UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>                      Defendants. | No. 16-cv-1702 |

## NOTICE OF APPEARANCE

TO: The Clerk of Court and all parties of record

PLEASE TAKE NOTICE that I am admitted to practice in this Court and appear in this case as counsel for Plaintiff Kimberly A. Negron.

| | |
|---|---|
| Dated:  October 14, 2016 | Respectfully submitted,<br><br>      */s/ Craig A. Raabe*<br>Craig A. Raabe (ct04116)<br>E-mail: craabe@ikrlaw.com<br>IZARD, KINDALL & RAABE LLP<br>29 S. Main St., Suite 305<br>West Hartford, CT 06107<br>Tel: (860) 493-6292<br>Fax: (860) 493-6290<br><br>*Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I, Craig A. Raabe, certify that, on October 14, 2016, I caused a true and correct copy of the foregoing to be served electronically on all counsel of record registered for electronic service for this case.

                                                */s/ Craig A. Raabe*

Craig A. Raabe (ct04116)
E-mail: craabe@ikrlaw.com
IZARD, KINDALL & RAABE LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Counsel for Plaintiff*