# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Kimberly A. Negron**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>**Cigna Corporation** and **Cigna Health And Life Insurance Company**,<br><br>Defendants. | Case No. 16-cv-1702<br><br><br><br>**Notice of Appearance** |

To:     The Clerk of Court and all parties of record

PLEASE TAKE NOTICE that I am admitted to practice in this Court and appear in this case as counsel for plaintiff Kimberly A. Negron.

Dated: November 15, 2016

Respectfully submitted,

*/s/ Christopher M. Barrett*

Christopher M. Barrett (ct30151)
cbarrett@ikrlaw.com
IZARD, KINDALL & RAABE LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax

Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I, Christopher M. Barrett, certify that, on November 15, 2016, I caused a true and correct copy of the foregoing to be served electronically on all counsel of record registered for electronic service for this case.

Executed this 15th day of November 2016 at West Harford, Connecticut.

*/s/ Christopher M. Barrett*

Christopher M. Barrett (ct30151)
cbarrett@ikrlaw.com
IZARD, KINDALL & RAABE LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax

Counsel for Plaintiffs
