# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>    Defendants. | No. 3:16-cv-1702<br><br><br>November 18, 2016 |
| DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, OPTUMRX, INC.<br><br>    Defendants. | No. 3:16-cv-1904 |

## PLAINTIFFS' MOTION TO CONSOLIDATE
## AND APPOINT INTERIM CLASS COUNSEL

Pursuant to Fed. R. Civ. P. 42(a) and 23(g), Plaintiffs in the above-captioned actions (collectively, the "CIGNA Actions") by their counsel, hereby move this Court for entry of an Order consolidating the above-captioned related actions; entering Plaintiffs' proposed interim schedule; and appointing Robert A. Izard of Izard, Kindall & Raabe, LLP and William H. Narwold of Motley Rice LLC as Plaintiffs' Interim Co-Lead Class Counsel and appointing a Plaintiffs' Executive Committee comprised of Joseph P. Guglielmo of Scott+Scott, Attorneys at Law, LLP ("Scott+Scott"), Brian C. Gudmundson of Zimmerman Reed, LLP; Andrew A. Lemmon of

Lemmon Law Firm LLC;; Ronen Sarraf of Sarraf Gentile LLP; and E. Kirk. Wood of Wood Law Firm, LLC (collectively, the "Leadership Committee").[1]

This Motion is based on the record in the CIGNA Actions, as well as: (1) Memorandum of Law in Support of Plaintiffs' Motion to Consolidate and Appoint Interim Class Counsel; (2) the Declaration of Craig A. Raabe in Support of Plaintiffs' Motion to Consolidate and Appoint Interim Class Counsel and Exhibits; and (3) the Proposed Order, which are served and filed herewith, as well as any additional materials or argument that may be presented to the Court.

DATED:  November 18, 2016

                        Respectfully submitted,

                        */s/ Robert A. Izard*
                        Robert A. Izard (ct01601)
                        *Proposed Interim Co-Lead Class Counsel*
                        **IZARD, KINDALL & RAABE, LLP**
                        29 South Main Street, Suite 305
                        West Hartford, CT 06107
                        Telephone:  860-493-6292
                        Facsimile:   860-493-6290
                        rizard@ikrlaw.com

                        William H. Narwold
                        *Proposed Interim Co-Lead Class Counsel*
                        **MOTLEY RICE LLC**
                        One Corporate Center
                        20 Church Street, 17th Floor
                        Hartford, CT 06103
                        Telephone:  860-882-1681
                        Facsimile:   860-882-1682
                        bnarwold@motleyrice.com

---

[1] Counsel for Defendants Cigna Corporation and Cigna Health and Life Insurance Company have advised Plaintiffs that they have no objection to the interim schedule set forth in the proposed order (should an Amended Consolidated Complaint be filed), and they will address, as appropriate, the other issues presented by Plaintiffs' Motion in their Response thereto.

Joseph P. Guglielmo
*Proposed Executive Committee Member*
Erin Green Comite
**SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:   212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com


Brian C. Gudmundson
*Proposed Executive Committee Member*
**ZIMMERMAN REED, LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:   612-341-0844
brian.gudmundson@zimmreed.com


Andrew A. Lemmon
*Proposed Executive Committee Member*
**LEMMON LAW FIRM LLC**
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985-783-6789
Facsimile:   985-783-1333
andrew@lemmonlawfirm.com

- and -

650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504-581-5644
Facsimile:   504-581-2156
andrew@lemmonlawfirm.com

Ronen Sarraf
*Proposed Executive Committee Member*
**SARRAF GENTILE LLP**
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516-699-8890
Facsimile:   516-699-8968
ronen@sarrafgentile.com

E. Kirk Wood
*Proposed Executive Committee Member*
**WOOD LAW FIRM, LLC**
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-908-4906
Facsimile:   866-747-3905
ekirkwood1@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

> /s/ *Robert A. Izard*
> Robert A. Izard
> *Proposed Interim Co-Lead Class Counsel*
> **IZARD, KINDALL & RAABE, LLP**
> 29 South Main Street, Suite 305
> West Hartford, CT 06107
> Telephone:  860-493-6292
> Facsimile:   860-493-6290
> rizard@ikrlaw.com