UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:16-cv-01702 (WWE) ) |
| CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | ) ) ) |
| Defendants. | ) November 18, 2016 |

## APPEARANCE

To the clerk of this Court and all parties of record:

    Please enter the appearance of the undersigned attorney on behalf of Plaintiff Kimberly A. Negron.

                                   By  */s/ William H. Narwold*
                                          William H. Narwold (CT 00133)
                                          MOTLEY RICE LLC
                                          One Corporate Center
                                          20 Church Street, 17th Floor
                                          Hartford, CT  06103
                                          Tel.: (860) 882-1676
                                          Fax: (860) 882-1682
                                          bnarwold@motleyrice.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing on this November 18, 2016.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

          */s/ William H. Narwold*
          William H. Narwold (CT 00133)