# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 3:16-cv-01702 (WWE) |
| CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) November 18, 2016 |

## **APPEARANCE**

To the clerk of this Court and all parties of record:

    Please enter the appearance of the undersigned attorney on behalf of Plaintiff Kimberly A. Negron.

                                             By  */s/ Mathew P. Jasinski*
                                                   Mathew P. Jasinski (CT 27520)
                                                   MOTLEY RICE LLC
                                                   One Corporate Center
                                                   20 Church Street, 17th Floor
                                                   Hartford, CT 06103
                                                   Tel.: (860) 218-2725
                                                   Fax: (860) 882-1682
                                                   mjasinski@motleyrice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing on this November 18, 2016.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                   */s/ Mathew P. Jasinski*
                                               Mathew P. Jasinski (CT 27520)