# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>                    Defendants. | No. 3:16-cv-1702<br><br>December 1, 2016 |
| DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, OPTUMRX, INC.<br><br>                    Defendants. | No. 3:16-cv-1904 |

## PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE
## AND APPOINT INTERIM CLASS COUNSEL

Pursuant to Fed. R. Civ. P. 42(a) and 23(g), Plaintiffs in the above-captioned actions (collectively, the "CIGNA Actions") by their counsel, hereby move this Court for entry of an Order consolidating the above-captioned related actions; entering Plaintiffs' proposed interim schedule; and appointing Robert A. Izard of Izard, Kindall & Raabe, LLP and William H. Narwold of Motley Rice LLC as Plaintiffs' Interim Co-Lead Class Counsel and appointing a Plaintiffs' Executive Committee chaired by Joseph P. Guglielmo of Scott+Scott, Attorneys at Law, LLP ("Scott+Scott"), and including Brian C. Gudmundson of Zimmerman Reed, LLP; Andrew A.

Lemmon of Lemmon Law Firm LLC; Ronen Sarraf of Sarraf Gentile LLP; Derek Loeser of Keller Rohrback, LLP; Karen Hanson Riebel of Lockridge Grindal Nauen PLLP;  and E. Kirk. Wood of Wood Law Firm, LLC (collectively, the "Leadership Committee").

This Unopposed Motion replaces the Motion filed on November 18, 2016 (Dkt. No. 8), and is based on the record in the CIGNA Actions, the previously-filed Memorandum of Law in Support of Plaintiffs' Motion to Consolidate and Appoint Interim Class Counsel (Dkt. No. 8-1) and the Declaration of Craig A. Raabe in Support of Plaintiffs' Motion to Consolidate and Appoint Interim Class Counsel and Exhibits (Dkt. No. 8-2; together with (1) the Supplemental Memorandum of Law in Support of Plaintiffs' Unopposed Motion to Consolidate and Appoint Interim Class Counsel; (2) the Declarations of Derek Loeser and Karen Hanson Riebel; and (3) the Amended Proposed Order, all of which are served and filed herewith, as well as any additional materials or argument that may be presented to the Court.

DATED:  December 1, 2016

>Respectfully submitted,
>
>/s/ *Robert A. Izard*
>Robert A. Izard (ct01601)
>*Proposed Interim Co-Lead Class Counsel*
>**IZARD, KINDALL & RAABE, LLP**
>29 South Main Street, Suite 305
>West Hartford, CT 06107
>Telephone:  860-493-6292
>Facsimile:   860-493-6290
>rizard@ikrlaw.com
>
>William H. Narwold
>*Proposed Interim Co-Lead Class Counsel*
>**MOTLEY RICE LLC**
>One Corporate Center
>20 Church Street, 17th Floor
>Hartford, CT 06103
>Telephone:  860-882-1681
>Facsimile:   860-882-1682
>bnarwold@motleyrice.com

Joseph P. Guglielmo
*Proposed Executive Committee Chair*
Erin Green Comite
**SCOTT+SCOTT,**
**ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:   212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com


Brian C. Gudmundson
*Proposed Executive Committee Member*
**ZIMMERMAN REED, LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:   612-341-0844
brian.gudmundson@zimmreed.com


Andrew A. Lemmon
*Proposed Executive Committee Member*
**LEMMON LAW FIRM LLC**
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985-783-6789
Facsimile:   985-783-1333
andrew@lemmonlawfirm.com

   - and -

650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504-581-5644
Facsimile:   504-581-2156
andrew@lemmonlawfirm.com

3

Ronen Sarraf
*Proposed Executive Committee Member*
**SARRAF GENTILE LLP**
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516-699-8890
Facsimile:   516-699-8968
ronen@sarrafgentile.com

E. Kirk Wood
*Proposed Executive Committee Member*
**WOOD LAW FIRM, LLC**
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-908-4906
Facsimile:   866-747-3905
ekirkwood1@bellsouth.net

Derek W. Loeser, *pro hac vice*
*Proposed Executive Committee Member*
**KELLER ROHRBACK, LLP**
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206- 623-1900
Facsimile:   206-623-3384
dloeser@kellerrohrback.com

Karen Hanson Riebel
*Proposed Executive Committee Member*
**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:  612-596-4097
Facsimile:   612-339-0981
khriebel@locklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

    /s/ *Robert A. Izard*
    Robert A. Izard
    *Proposed Interim Co-Lead Class Counsel*
    **IZARD, KINDALL & RAABE, LLP**
    29 South Main Street, Suite 305
    West Hartford, CT 06107
    Telephone:  860-493-6292
    Facsimile:   860-493-6290
    rizard@ikrlaw.com