## UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, | No. 3:16-cv-1702 |
| Plaintiff, | |
| vs. | December 1, 2016 |
| CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | |
| Defendants. | |
| DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, | No. 3:16-cv-01904 |
| Plaintiff, | |
| vs. | |
| CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, OPTUMRX, INC. | |
| Defendants. | |

## SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL

Plaintiffs respectfully submit this supplemental memorandum of law in support of their motion to consolidate and appoint interim class counsel [ecf no. 8]. The parties have met and conferred and made changes to the proposed order. The amended proposed order, a copy of which is attached hereto, is now unopposed as set forth herein.

The amended proposed order differs from the initial proposed order in four ways. First, the amended proposed order provides that consolidation is for pretrial purposes, not all purposes (¶ 2).

Second, the amended proposed order allows Defendants the right to object to consolidation of subsequently filed or transferred cases (¶ 4). Third, the amended proposed order clarifies that Defendants have sixty (60) days to respond to the Consolidated Complaint (¶ 6).  Defendants consent to these changes.

Fourth, the amended proposed order appoints Joseph P. Guglielmo as Chair of Plaintiffs' Executive and includes Derek Loeser of Keller Rohrback, LLP and Karen Hanson Riebel of Lockridge Grindal Nauen PLLP as members of that Committee (¶ 11).[1]  Defendants have been advised of this change, and take no position on it or Plaintiffs' request for appointment of interim class counsel generally.

Accordingly, the motion is now unopposed as explained herein and the parties request that the Court grant the motion in order to set an appropriate schedule for the orderly litigation of this matter.

DATED:  December 1, 2016

Respectfully submitted,


/s/ Robert A. Izard
Robert A. Izard (ct01601)
*Proposed Interim Co-Lead Class Counsel*
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone:  860-493-6292
Facsimile: 860-493-6290
rizard@ikrlaw.com

William H. Narwold
*Proposed Interim Co-Lead Class Counsel*
**MOTLEY RICE LLC**
One Corporate Center

---

[1] For information on Keller Rohrback and Lockridge Grindal, please see Declarations of Derek W. Loeser and Karen Hanson Riebel and the exhibits thereto.

20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860-882-1681
Facsimile:  860-882-1682
bnarwold@motleyrice.com


Joseph P. Guglielmo
*Proposed Executive Committee Chair*
**SCOTT+SCOTT,**
**ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com

Brian C. Gudmundson
*Proposed Executive Committee Member*
**ZIMMERMAN REED, LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:  612-341-0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon
*Proposed Executive Committee Member*
**LEMMON LAW FIRM LLC**
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985-783-6789
Facsimile:  985-783-1333
andrew@lemmonlawfirm.com

- and -

650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504-581-5644
Facsimile:  504-581-2156
andrew@lemmonlawfirm.com

3

Ronen Sarraf
*Proposed Executive Committee Member*
**SARRAF GENTILE LLP**
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516-699-8890
Facsimile:  516-699-8968
ronen@sarrafgentile.com

E. Kirk Wood
*Proposed Executive Committee Member*
**WOOD LAW FIRM, LLC**
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-908-4906
Facsimile:  866-747-3905
ekirkwood1@bellsouth.net

Derek W. Loeser, *pro hac vice*
*Proposed Executive Committee Member*
**KELLER ROHRBACK, LLP**
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206- 623-1900
Facsimile:   206-623-3384
dloeser@kellerrohrback.com

Karen Hanson Riebel
*Proposed Executive Committee Member*
**LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:  612-596-4097
Facsimile:   612-339-0981
khriebel@locklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

*/s/ Robert A. Izard*

Robert A. Izard (ct01601)
Proposed Interim Co-Lead Class Counsel
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone:  860-493-6292
Facsimile:  860-493-6290
rizard@ikrlaw.com