**UNITED STATES DISTRICT COURT**
**OF THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendants. | No. 3:16-cv-1702 |
| DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, OPTUMRX, INC.<br><br>Defendants. | No. 3:16-cv-1904 |

Karen Hanson Riebel, under penalty of perjury under the laws of the State of Minnesota and the United States, declares that the following is true and correct:

1. I am a partner in the law firm of Lockridge Grindal Nauen P.L.L.P. ("LGN"). I am licensed to practice law in the State of Minnesota, I am admitted to practice in numerous federal courts, and my application to appear *pro hac vice* in this matter is forthcoming.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Minneapolis-based LGN is one of the leading class action law firms in the country representing banks, financial institutions, shareholders, and other institutional investors in complex class litigation, and has extensive experience litigating and obtaining significant recoveries in courts in Minnesota and across the country. LGN has over 40 accomplished lawyers in the firm and will devote the necessary financial and other resources needed to prosecute these cases.

4. I have been extensively involved in LGN's complex class action practice for over 25 years and have extensive trial experience. For example, I was a member of the team of lawyers that tried the In re *ICN/Viratek Securities Litigation* in the Southern District of New York before the Honorable Kimba Wood. The case was settled for $14.5 million after the jury returned a partial verdict. In 1994, I spent seven months in Anchorage, Alaska, as a member of the trial team that secured a jury verdict for punitive damages in the amount of $5 billion for a mandatory punitive damages class in *In re The Exxon Valdez,* Case No. A89-0095-CV (D. Alaska). For their efforts, the members of the trial team—including me—were awarded the Trial Lawyers' For Public Justice Trial Lawyers of the Year award in 1994. In addition, I was extensively involved in the administration and evaluation of the more than 50,000 claims submitted in that litigation. As reflected in the accompanying LGN Firm Resume, attached hereto as Exhibit A, the abilities of LGN and me are well known.

5. For example, I recently served as Liaison Counsel and on the Executive Committee for the Financial Institutions in *In re Target Corp. Customer Data Security Breach Litig.*, No. 14-02522-PAM (D. Minn.), currently serves as the Co-Chair of the

Discovery Committee in *In Re HardiePlank Fiber Cement Siding Litig*., MDL No. 2359 (D. Minn.), and was Co-Lead Counsel, with Keller Rohrback, in *Judith Thorkelson, et al. v. Publishing House of the Evangelical Lutheran Church in America, d/b/a Augsburg Fortress Publishers, et al.*, Court File No. 10-1712 (D. Minn.), to highlight just a few of the cases in which I successfully served in leadership positions.

I declare under penalty of perjury of the laws of the State of Minnesota and the United States that the foregoing is true and correct.

Executed this 1st day of December, 2016 at Minneapolis, Minnesota.

By: *s/ Karen Hanson Riebel*
Karen Hanson Riebel

# EXHIBIT A




Founded in 1978, Lockridge Grindal Nauen P.L.L.P. has extensive experience in consumer, antitrust, securities, data breach, data privacy, environmental, employment, health care, commercial, intellectual property and telecommunications law. Our clients include pension funds, unions, agri-businesses, business enterprises, banks, local governments, trade and industry associations, real estate developers, telecommunications providers, health care professionals, casualty insurers, publishers and authors, and a major computer manufacturer and retailer.

Lockridge Grindal Nauen attorneys are assisted by more than 20 paralegals and government relations specialists, and an extensive support staff. The firm has offices in Minneapolis, Minnesota and Washington, D.C.

With respect to experience, Lockridge Grindal Nauen is one of the preeminent class action law firms in the country, has vast experience representing banks, financial institutions, shareholders, and other institutional investors in complex litigation, and has extensive experience litigating cases in Minnesota and across the country. As just a few examples, the firm has served or serves as Lead or Co-Lead counsel in several prominent cases in Minnesota: *Judith Thorkelson, et al. v. Publishing House of the Evangelical Lutheran Church in America, et al.,* Court File 10-01712 (D. Minn.); *Peterson v. BASF Corp.,* Civil No. C2-97-295 (Norman County District Court, Minn.); *In Re Baycol Products Litig.,* MDL No. 1431 (D. Minn.); *Benacquisto,*

*et al. v. American Express Financial Corp. et al.,* Master File No. 00-1980 (D. Minn.), Civil Action No. 96-18477 (Henn. Cty. Dist. Ct.) (insurance class action); *In Re HardiePlank Fiber Cement Siding Litig.,* MDL No. 2359 (D. Minn.); *In Re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.,* MDL No. 1309 (D. Minn.); *In Re Monosodium Glutamate Antitrust Litig.,* MDL No. 1328 (D. Minn.); *In Re Northstar Education Finance, Inc. Contract Litig.*, MDL 08-1990 (D. Minn.); and *In Re Piper Funds, Inc. Institutional Government Income Portfolio Litig.,* Master File No. 3-94-587 (D. Minn).

In other District Courts, Lockridge Grindal Nauen served or serves as Lead or Co-Lead Counsel in the following cases, among others: *In Re Catfish Antitrust Litig.,* MDL No. 928 (N.D. Miss.); *In Re CertainTeed Corp. Roofing Shingle Products Liability Litig.,* MDL 1817 (E.D. Pa.); *George Guenther, et al. v. Cooper Life Sciences, et al.* (Cooper Life Sciences Securities Litig.), No. C 89-1823 MHP (N.D. Cal.); *In Re IKO Roofing Shingle Products Liability Litig.*, MDL No. 2104 (C.D. Ill.); *In Re Kitec Plumbing Systems Products Liab. Litig.* MDL No. 2098 (N.D. Tex.); *Meyers v. The Guardian Life Insurance Company of America, Inc. Litig.,* Civil No. 2:97CV35-D-B (N.D. Miss.); *In Re Polypropylene Carpet Antitrust Litig.,* MDL No. 1075 (N.D. Ga.); *In Re: Potash Antitrust Litigation (II)*, MDL No. 1996 (N.D. Ill.); *In Re Residential Doors Antitrust Litig.,* MDL No. 1039 (E.D. Pa.); *Gary G. Smith, et al. v. Little Caesar Enterprises, Inc., et al.* (Little Caesar Franchise Litig.), Civil No. 93 CV 74041 DT (E.D. Mich.); and *In Re Unisys Savings Plan Litig.,* Master File No. 91-3067 (E.D. Pa.).

LGN also had substantial involvement in the following litigation: *In Re Air Cargo Shipping Services Antitrust Litig.,* Civil No. 1:06-md-1775-CBA-VVP (E.D.N.Y.); *American Telephone and Telegraph Antitrust Litig.,* Civil Action No. 81-2623 (D.D.C.); *In Re AOL Time Warner Securities Litig.,* MDL No. 1500 (S.D.N.Y.); *In Re Blue Cross Blue Shield Subscriber*

*Litig.*, Master File No. 19-C3-98-7780 (Dakota County District Court, Minn.); *In Re Connecticut General Life Insurance Co. Premium Litig.*, MDL No. 1336 (C.D. Cal.); *Davenport, et al. v. Illinois Farmers Insurance Company, et al.*, Case No. CIV-03-158-F (W.D. Ok.); *In Re Delphi Corporation Securities, ERISA, and Shareholder Derivative Litig.,* Master Case No. 05-md-1725 (E.D. Mich.); *In Re Domestic Air Transportation Antitrust Litig.,* MDL No. 861 (N.D. Ga.); *Eliason v. Gentek Building Products, Inc., et al.*, Civ. No. 10-cv-2093 (N.D. Ohio) (Executive Committee); *In Re Federal National Mortgage Association Securities, Derivative and ERISA Litig.,* MDL No. 1668 (D.D.C.); *In Re Flat Glass (1) Antitrust Litig.,* MDL No. 1200 (W.D. Pa.); *In Re Guidant Corp. Implantable Defibrillators Products Liability Litig.,* MDL No. 1708 (DWF/AJB)(D. Minn.); *Haritos, et al. v. American Express Financial Advisors, Inc.,* 02-2255-PHX-PGR (D. Ariz.); *In Re ICN/Viratek Securities Litig.,* 87 Civ. 4296 (S.D.N.Y.); *In Re IPhone Application Litig.*, Civil No. 10-CV-05878-LHK (N.D. Calif.); *In Re Lease Oil Antitrust Litig.,* MDL No. 1166 (S.D. Tex.); *In Re Medtronic, Inc. Implantable Defibrillator Products Liability Litig.,* MDL No. 1726 (JMR/AJB) (D. Minn.) *In Re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.*, MDL 08-1905 (D. Minn.) (Liaison Counsel); *In Re Merck & Co., Inc., Securities, Derivative & ERISA Litig.,* No. 3:05-cv-1151 (D.N.J.); *In Re Meridia Products Liability Litig.,* MDL No. 1481 (N. D. Ohio); *In Re Nasdaq Market-Maker Antitrust Litig.,* MDL No. 1023 (S.D.N.Y.); *Ohio Public Employees Retirement System, et al. v. Freddie Mac, et al.,* MDL No. 1584 (S.D.N.Y.); *In Re Propulsid Products Liability Litig.,* MDL No. 1355 (E.D. La.); *In Re Rezulin Litig.,* MDL No. 1348 (S.D.N.Y.); *In Re Vioxx Product Liability Litig.,* MDL No.1657 (E.D.La.); *In Re Vytorin/Zetia Marketing, Sales Practices, and Products Liability Litig.*, MDL 1938 (D.N.J.); and *In Re Worldcom, Inc. Securities Litig.,* No. 02-CV-3288 (S.D.N.Y.).

## Karen Hanson Riebel

Karen Hanson Riebel, who requests appointment to the Executive Committee, is a partner in Lockridge Grindal Nauen P.L.L.P. A 1991 dual-degree program graduate (J.D., B.A., *cum laude*) from the Boston University School of Law and the Boston University College of Liberal Arts, Ms. Riebel joined the firm in 1992. In 1997, she worked briefly at Norwest National Bank, NA, the same year the bank bought Wells Fargo, in the bank's trust department.

During her tenure at the firm, Ms. Riebel has been active in class action, consumer fraud, data privacy, securities, antitrust, and other complex litigation, including serving as Co-Lead Counsel, trial counsel, or as a member of various litigation committees in:

- *Benacquisto, et al. v. American Express Financial Corp. et al.*, Master File No. 00-1980 (D. Minn.), Civil Action No. 96-18477 (Henn. Cty. Dist.Ct.);
- *In re Catfish Antitrust Litig.*, MDL No. 928 (N.D. Miss.);
- *In re Citi-Equity Group, Inc. Securities Litig.*, Master File No. 3-94-1024 (D. Minn.);
- *In re Community Health Systems, Inc. Customer Security Data Breach Litig.*, No. 15-00222 (N.D. Ala.);
- *Kirk Dahl, et al. v. Bain Capital Partners, LLC, et al.* (Private Equity Antitrust Litig.), No. 07-CV-12388 (D. Mass.);
- *Danis v. USN Communications, Inc., et al.*, No. 98 C 7482 (N.D. Ill.);
- *In re Digi International Inc. Securities Litig.*, Master File No. 97-5 (D. Minn.);
- *Dittman, et al. v. UPMC*, No. GD-14-003285 (Allegheny Cty., Pa.);
- *Exxon Valdez Oil Spill Litig.*, Case No. A89-0095-CV (D. Alaska);
- *First Choice Federal Credit Union et al., v. The Wendy's Company et al.,* No. 16-cv-00506 (W.D. PA);
- *In re Google Android Consumer Privacy Litig.*, Civil No. 11-md-2264-JSW (N.D. Cal.);
- *Greater Chautauqua Federal Credit Union, et al. v. Kmart Corporation*, et al., No. 15-02228 (N.D. Ill.);
- *In re HardiePlank Fiber Cement Siding Litig.*, MDL No. 2359 (D. Minn.);

- *In re Home Depot, Inc., Customer Data Security Breach Litig.*, No. 14-02583-TWT (N.D. Ga.);
- *In re ICN/Viratek Securities Litig.*, 87 Civ. 4296 (S.D.N.Y.);
- *Insulate SB, Inc. v. Abrasive Products & Equipment et al.*, No. 13-cv-02664-ADM-SER (D. Minn.);
- *In re iPhone Application Litig.*, Civil No. 11-md-2250-LHK (N.D. Cal.);
- *In re LaserMaster Technologies, Inc. Securities Litig.,* Master File No. 4-95-631 (D. Minn.);
- *In re Lutheran Brotherhood Variable Ins. Prod. Co. Sales Practices Litig.*, MDL No. 1309 (D. Minn.);
- *In re Piper Funds, Inc. Institutional Government Income Portfolio Litig.*, Master File No. 3-94-587 (D. Minn.);
- *Richard J. Rodney, Jr., et al. v. KPMG Peat Marwick*, No. 4-95-CIV-800 (D. Minn.);
- *In re Select Comfort Corp. Securities Litig.*, Master File No. 99-884 (D. Minn.);
- *Storm et al. v. Paytime, Inc.*, No. 14-01138-JEJ (M.D. Pa.);
- *In re Summit Medical Systems, Inc. Securities Litig.*, Master File No. 97-558 (D. Minn.);
- *In re Supervalu, Inc., Customer Data Security Breach Litig.*, MDL No. 2586 (D. Minn.);
- *In re Target Corp. Customer Data Security Breach Litig.*, No. 14-02522-PAM (D. Minn.); and
- *Judith Thorkelson, et al. v. Publishing House of the Evangelical Lutheran Church in America, d/b/a Augsburg Fortress Publishers, et al.*, Court File No. 10-cv-1712 (D. Minn.).

Ms. Riebel also is or has been also involved in the following complex litigation matters, among others:

- *In re Aggrenox Antitrust Litig.*, No. 3:14-md-02516-SRU (D. Conn.);
- *In re Air Cargo Shipping Services Antitrust Litig.*, No. 1:06-md-1775-CBA-VVP (E.D.N.Y.);
- *In re Anthem, Inc. Data Breach*, No. 5:15-MD-02617-LHK (N.D. Cal);
- *In re AOL Time Warner Securities Litig.*, MDL No. 1500 (S.D.N.Y.);
- *In re Ashley Madison Customer Data Breach Security Litigation,* MDL No. 2669 (E.D. MO);
- *Azimpour v. Select Comfort Corporation*, No. 0:15-cv-04296 (D. Minn);

- *In re Banner Health Data Breach Litig.,* No. 16-cv-02696 (D. AZ);
- *Boland et al v. Merrill Lynch & Co., Inc. ERISA Litig.*, Civil File No. 07-cv-11054 (S.D.N.Y.);
- *In re Bristol-Myers Squibb Co. Securities Litig.*, No. 07-cv-7867 (S.D.N.Y.);
- *In re Celebrex (Celecoxib) Antitrust Litig.*, Lead Case No. 2:14-cv-00395 (E.D. Va.);
- *In re Countrywide Financial Securities Litig.*, No. 07-CV-05295 (C.D. Cal.);
- *In re Credit Suisse - AOL Securities Litig.*, Case No. 1:02-CV-12146-NG (D. Mass.);
- *In re Delphi Corp. Securities, ERISA, and Shareholder Derivative Litig.*, Master Case No. 05-md-1725 (E.D. Mich.);
- *In re Domestic Air Transportation Antitrust Litig.*, MDL No. 861 (N.D. Ga.);
- *Duqum v. Scottrade, Inc.,* No. 4:15-cv-01537 (E.D. MO);
- *In re Federal National Mortgage Association Securities, Derivative and ERISA Litig.*, MDL No. 1668 (D.D.C.);
- *Fero et al v. Excellus Health Plan, Inc. et al.,* No. 6:15-06569 (W.D. NY);
- *Funeral Consumers Alliance, Inc., et al. v. Service Corp. Int'l, et al.*, No. H-05-3394 (S.D. Tex.);
- *Mary Hudson, et al. v. Bumble Bee Foods LLC, et al.*, Case No. 3:15-cv-02129 (S.D. Cal.);
- *In re Initial Public Offering Securities Litig.*, No. 21-92 (S.D.N.Y.);
- *In re Keurig Green Mountain Single Serve Coffee Antitrust Litig.*, MDL No. 2542 (S.D.N.Y.);
- *Khoday et al. v. Symantec Corp., et al.,* No. 11-cv-00180-JRT (D. Minn.);
- *In re Lidoderm Antitrust Litig.*, MDL Docket No. C-14-md-02521 WHO (N.D. Cal.);
- *Little Gem Life Sciences LLC v. Orphan Medical, Inc., et al.*, File No. 06-1377 (D. Minn.);
- *In re Merck & Co., Inc., Securities, Derivative & ERISA Litig.*, No. 3:05-cv-1151 (D.N.J.);
- *Murillo et al. v. Kohl's Corporation et al.,* No. 2:16-00196 (E.D. WI);
- *In re Niaspan Antitrust Litig.*, Master Case No. 2:13-md-2460 (E.D. Pa.);
- *Nunez v. Best Buy Co. et al.,* No. 0:15-cv-03965 (D. Minn);

- *Ohio Public Employees Retirement System, et al. v. Freddie Mac, et al*., MDL No. 1584 (S.D.N.Y.);
- *Pizza Pie & Wing Co. LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07305 (C.D. Cal.);
- *Rainforest Café, Inc. v. State of Wisconsin Investment Board, et al.*, Case No. A03-0813 (D. Minn.);
- *Savett v. Yahoo!, Inc.,* No. 16-cv-06152 (N.D. CA);
- *SELCO Community Credit Union v. Noodle & Company,* No. 16-cv-02247 (D. CO);
- *Shoemaker v. Cardiovascular Systems, Inc. et al.*; No. 16-00568 (D. Minn);
- *Shores, et al. v. Premera Blue Cross*, No. 15-01268 (D. Or.);
- *In re Telxon Securities Litig.,* No. 5:98-CV-2876 (N.D. Ohio);
- *In re Tyco International, Ltd., ERISA Litig.*, Civil File No. 02-cv-1357 (D. NH); and
- *In re Worldcom, Inc. Securities Litig.*, No. 02-CV-3288 (S.D.N.Y.).

Ms. Riebel was a member of the team of lawyers that tried the *In re ICN/Viratek Securities Litigation* in the Southern District of New York before the Honorable Kimba Wood. The case was settled for $14.5 million after the jury returned a partial verdict.

In 1994, Ms. Riebel spent seven months in Anchorage, Alaska, as a member of the trial team that secured a jury verdict for punitive damages in the amount of $5 billion for a mandatory punitive damages class in *In re The Exxon Valdez*, Case No. A89-0095-CV (D. Alaska). For their efforts, Ms. Riebel and the other members of the trial team were awarded the Trial Lawyers' For Public Justice Trial Lawyers of the Year award in 1994. In addition, Ms. Riebel was extensively involved in the administration and evaluation of the more than 50,000 claims submitted in that litigation.

Ms. Riebel is admitted to practice before the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Third Circuit, and the federal and state courts of Minnesota. She was a member of the United States District Court for the District of

Minnesota's ECM/ECFE Advisory Committee, has served as an officer of the National Association of Shareholder and Consumer Attorneys (NASCAT) since 2007, is a member of the Board of Advisors for the Page Education Foundation, and is a member of the Board of Directors of Project for Pride in Living.

## Heidi M. Silton

Heidi M. Silton is a partner in Lockridge Grindal Nauen P.L.L.P. She graduated from Valparaiso University with a B.A. in 1992. She is a 1995 graduate of William Mitchell College of Law. Ms. Silton is admitted to practice before the United States Court of Appeals for the Eighth Circuit and the federal and state courts of Minnesota. She is a member of the Federal Bar Association and the Minnesota and Hennepin County Bar Associations. Ms. Silton practices primarily in the areas of antitrust, class action and commercial litigation.

Ms. Silton has been named one of Minnesota's "Super Lawyers" by Minnesota Law & Politics Magazine from 2003 to 2015. In 2007-2009, Ms. Silton was listed among the Top 100 Women Super Lawyers and named one of the Top 50 Women Minnesota Super Lawyers in 2012-2015. In May 2005, the Minnesota Business Journal selected Ms. Silton as one of Minnesota's "Forty Under 40" business and community leaders. She is one of just a few attorneys included in this select group of business leaders.

She formerly served as President of the Antitrust Section of the Minnesota State Bar Association and is a member of the Federal Bar Association and the Minnesota and Hennepin County Bar Associations. Ms. Silton is a frequent speaker on both women's issues and antitrust law.

Ms. Silton is also active in the community having served as a co-chair for the American Diabetes Association's Gala, a co-host for the Twin Cities Second Harvest fundraising event, the annual "Butterball", and in 2014 was a co-chair of the Sanneh Foundation Annual Gala. In addition to her litigation practice, Ms. Silton is the current Hiring Partner and is the Co-Chair of the firm's Business Development Committee.

Ms. Silton has worked on a number of complex and class action antitrust and insurance matters in which the firm has had a leading or other significant role, including:

- *In re Aggrenox Antitrust Litig.*, No. 3:14-md-02516-SRU (D. Conn.);
- *In re Air Cargo Shipping Services Antitrust Litig.,* Civil No. 1:06-md-1775-CBA-VVP (E.D.N.Y.);
- *In re Aluminum Warehousing Antitrust Litig.*, Case No. 1:13-md-02481 (S.D.N.Y.);
- *In re Automotive Refinishing Paint Antitrust Litig.,* MDL No. 1426 (E.D. Pa.);
- *Benacquisto, et al. v. American Express Financial Corp. et al.,* Civil Action No. 96-18477 ((Henn. Cty. Dist. Ct.); and Case No. 00-1980 (D. Minn.);
- *In re Bulk Vitamins Antitrust Litig.,* MDL No. 1285 (D.D.C.);
- *In re Carbon Fiber Antitrust Litig. (Thomas & Thomas Rodmakers Inc. et al. v. Newport Adhesives & Composites, Inc. et al.),* Case No. CV-99-07796 FMC (C.D. Cal.);
- *In re Celebrex (Celecoxib) Antitrust Litig.*, Lead Case No. 2:14-cv-00395 (E.D. Va.);
- *In re Chocolate Confectionary Antitrust Litig.,* MDL No. 1935 (M.D. Pa.);
- *In re Commercial Tissue Products Antitrust Litig.,* MDL No. 1189 (N.D. Fla.);
- *In re Digital Music Antitrust Litig.*, Master File No. 1:06-md-01780-LAP (S.D.N.Y.)*;*
- *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.,* Case No. M:02-cv-1486 (N.D. Cal.);
- *El Jay Poultry v. Packaging Corp. of America, et al.,* Case No. 1:10-cv-5896 (N.D. Ill.);
- *In re Fasteners Antitrust Litig.,* MDL No. 1912, (E.D. Pa.);
- *In re Flat Glass (I) Antitrust Litig.,* MDL No. 1200 (W.D. Pa.);
- *In re Flat Glass (II) Antitrust Litig.*, Civil No. 2:08-mc-180 (W.D. Pa.);
- *In re Food Service Equipment Hardware Antitrust Litig.,* Case No. 1:10-cv-1849 (N.D. Ga.);
- *In re Foundry Resins Antitrust Litig.,* Case No. 2:04-md-1638 (S.D. Ohio);
- *Funeral Consumers Alliance, Inc., et al. v. Service Corp. Int'l, et al.,* No. H-05-3394 (S.D. Tex.);
- *In re Graphite Electrodes Antitrust Litig.,* MDL No. 1244 (E.D. Pa.);

- *Greater Chautauqua Federal Credit Union, et al. v. Kmart Corporation*, et al., No. 15-02228 (N.D. Ill.);
- *Mary Hudson, et al. v. Bumble Bee Foods LLC, et al.*, Case No. 3:15-cv-02129 (S.D. Cal.);
- *In re Hydrogen Peroxide Antitrust Litig.,* MDL No. 1682 (E.D. Pa.);
- *Inquivosa et al. v. Ajinomoto Co., et al.,* Civil No. 03-2997 PAM (D. Minn.) (related to *In re Monosodium Glutamate Antitrust Litig.)*;
- *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, MDL No. 2542 (S.D.N.Y.);
- *Kleen Products LLC, et al. v. Packaging Corp. of America, et al.,* Case No. 1:10-cv-5711 (N.D. Ill.);
- *In re Lidoderm Antitrust Litig.*, MDL Docket No. C-14-md-02521 WHO (N.D. Cal.);
- *In re Linerboard Antitrust Litig.,* MDL No. 1261 (E.D. Pa.);
- *In re Methionine Antitrust Litig.,* MDL No. 1311 (N.D. Cal.);
- *In re Microcrystalline Cellulose Antitrust Litig.,* MDL No. 1402 (E.D. Pa.);
- *In re Monosodium Glutamate Antitrust Litig.,* MDL No. 1328 (D. Minn.);
- *Myers v. The Guardian Life Insurance Company of America, Inc.,* Civil Action No. 3:98cv68-D-B (N.D. Miss.);
- *In re National Collegiate Athletic Association Athletic Grant-In-Aid Cap Antitrust Litig.*, MDL No. 2541 (N.D. Cal.);
- *In re New England Mutual Life Insurance Company Sales Practices Litig.*, MDL No. 1105 (D. Mass.);
- *In re Niaspan Antitrust Litig.*, Master Case No. 2:13-md-2460 (E.D. Pa.);
- *In re Packaged Ice Antitrust Litig.,* MDL No. 1952, (E.D. Mich.);
- *In re Parcel Tanker Shipping Antitrust Litig.,* MDL No. 1568 3:03-md-01568 (AVC) (D. Conn.);
- *In re Pillar Point Partners Antitrust and Patent Litig.,* MDL No. 1202 (D. Ariz.);
- *Pizza Pie & Wing Co. LLC v. Nat'l Football League, Inc., et al.*, Case No. 2:15-cv-07305 (C.D. Cal.);
- *In re Platinum and Palladium Antitrust Litig.*, Civil No. 1:14-cv-09391-GHW (S.D. N.Y.);
- *In re Polypropylene Carpet Antitrust Litig.,* MDL No. 1075 (N.D. Ga.);
- *In re Potash Antitrust Litig. (II)*, Civil No. 1:08-md-06910 (N.D. Ill.);

- *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd., et al.,* No. 1:08-cv-42-JG-VVP (E.D.N.Y.) (Freight Forwarder Antitrust Litig.);
- *In re Pressure Sensitive Labelstock Antitrust Litig.,* MDL No. 1556 (M.D. Pa.);
- *In re Publication Paper Antitrust Litig,* Civil No. 3:04-md-1631-SRU (D. Conn.);
- *In re Refrigerant Compressors Antitrust Litig.*, MDL No. 2042;
- *In re Sodium Gluconate Antitrust Litig.,* MDL No. 1226 (N.D. Cal.);
- *In re Sorbates Direct Purchaser Antitrust Litig.,* Master File No. C-98-4886 MCC (N.D. Cal.);
- *In re Urethane Antitrust Litig.,* MDL No. 1616 (D. Kan.); and
- *Wallace, et al. v. Kraft Foods Group, Inc. and Mondelez Global LLC* (Wheat Commodity Futures), No. 1:15-cv-02937 (N.D. Ill.).

## **Kristen G. Marttila**

Kristen G. Marttila is an associate with Lockridge Grindal Nauen. Ms. Marttila is a three-time graduate of the University of Iowa. In 2005, she graduated from the University of Iowa College of Law with high distinction and was a member of the Order of the Coif. She was also awarded the Boyd Service Medallion for her public interest work. In law school, she was a symposium editor for the Journal of Transnational Law and Contemporary Problems and competed in the Jessup International Moot Court. She also earned her M.S. in urban and regional planning, with an emphasis in land-use and environmental planning, and a B.A. in English.

Ms. Marttila practices primarily in the areas of antitrust, environmental and land use, business law, and health care law. She frequently serves as local counsel in a wide variety of matters, including intellectual property, consumer, and complex ERISA cases. She is currently serving a three-year appointment to the District of Minnesota's Federal Practice Committee, and speaks and writes on a variety of procedural matters. Before joining the firm, Ms. Marttila was a litigation associate at Faegre & Benson, LLP, where she concentrated on administrative litigation and regulatory and environmental law. She clerked for the Honorable Patrick J. Schiltz in the United States District Court for the District of Minnesota.

Since joining the firm as an associate, Ms. Marttila has been substantially involved in a number of complex class action matters including:

- *Peterson et al. v. UnitedHealth Group, Inc. et al.,* No. 14-cv-2101 (D. Minn);
- *In re: Potash Antitrust Litigation (II),* MDL No. 1996 (N.D. Ill.);
- *In re Wholesale Grocery Products Antitrust Litigation,* MDL No. 2090 (D. Minn.); and
- *Precision Associates, Inc. et al. v. Panalpina World Transport (Holding) Ltd., et al. (*E.D.N.Y).