# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| IN RE CIGNA CORPORATION<br>PBM LITIGATION | )<br>)<br>) Case No.<br>)<br>) | 3:16-cv-01702-WWE |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiffs Kimberly A. Negron and Daniel Perry**
_____ .

Date:   12/07/2016

/s/ Carey Alexander
_____
*Attorney's signature*

**Carey Alexander (PHV 08628)**
*Printed name and bar number*

**Scott+Scott, Attorneys at Law, LLP**
**The Helmsley Building**
**230 Park Avenue, 17th Floor**
**New York, NY 10169**
*Address*

**calexander@scott-scott.com**
*E-mail address*

**(212) 223-6444**
*Telephone number*

**(212) 223-6334**
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on **12/07/2016**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Carey Alexander

**Carey Alexander (PHV 08628)**
**Scott+Scott, Attorneys at Law, LLP**
**The Helmsley Building**
**230 Park Avenue, 17th Floor**
**New York, NY 10169**
**Phone: (212) 223-6444**
**Fax: (212) 223-6334**
**E-mail: calexander@scott-scott.com**