# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | ) ) ) Case No.   3:16-cv-01702-WWE ) ) |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiffs Kimberly A. Negron and Daniel Perry**.

Date:   12/07/2016

/s/ Erin Green Comite
*Attorney's signature*

**Erin Green Comite (CT 24886)**
*Printed name and bar number*
**Scott+Scott, Attorneys at Law, LLP**
**156 South Main Street**
**P.O. Box 192**
**Colchester, CT 06415**
*Address*

**ecomite@scott-scott.com**
*E-mail address*

**(860) 537-5537**
*Telephone number*

**(860) 537-4432**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **12/07/2016**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Erin Green Comite

**Erin Green Comite (CT 24886)**
**Scott+Scott, Attorneys at Law, LLP**
**156 South Main Street**
**P.O. Box 192**
**Colchester, CT 06415**
**Phone: (860) 537-5537**
**Fax: (860) 537-4432**
**Email: ecomite@scott-scott.com**