UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | ) ) ) ) ) ) | Case No.   3:16-cv-01702-WWE |

NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiffs Kimberly A. Negron and Daniel Perry**                                              .

Date:   12/07/2016

/s/ Joseph P. Guglielmo
*Attorney's signature*

**Joseph P. Guglielmo (CT 27481)**
*Printed name and bar number*

**Scott+Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169**
*Address*

**jguglielmo@scott-scott.com**
*E-mail address*

**(212) 223-6444**
*Telephone number*

**(212) 223-6334**
*FAX number*

*Rev. 5/4/2011*

# CERTIFICATE OF SERVICE

I hereby certify that on  **12/07/2016**  , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph P. Guglielmo

**Joseph P. Guglielmo (CT 27481)**
**Scott+Scott, Attorneys at Law, LLP**
**The Helmsley Building**
**230 Park Avenue, 17th Floor**
**New York, NY 10169**
**Phone: (212) 223-6444**
**Fax: (212) 223-6334**
**E-mail: jguglielmo@scott-scott.com**