IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re CIGNA Corporation PBM Litigation | Civil No. 16-cv-1702-WWE |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of the undersigned attorney on behalf of Defendants Cigna Corporation and Cigna Health and Life Insurance Company in the above-referenced action.

Dated:  December 8, 2016

/s/ Michael C. D'Agostino
Michael C. D'Agostino (ct17294)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT  06103
+1.860.240.2731 (Telephone)
+1.860.240.2800 (Facsimile)
michael.dagostino@morganlewis.com

*Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company*