## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2016, the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                */s/ Michael C. D'Agostino*
                                                Michael C. D'Agostino (ct17294)
                                                MORGAN, LEWIS & BOCKIUS LLP