# UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, <br><br> Defendants. | No. 3:16-cv-1702 <br><br> December 1, 2016 |
| DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, OPTUMRX, INC. <br><br> Defendants. | No. 3:16-cv-1904 |

## ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL

Having considered the Plaintiffs' Motion to Consolidate and Appoint Interim Class Counsel (the "Motion"), ECF No. 8, (16-cv-1702), along with Plaintiffs' Supplemental Memorandum filed in support of the same reflecting Defendants' positions regarding the Motion, and good cause appearing therefore, the Court ORDERS as follows:

1.      The motion is GRANTED as follows;

1

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following actions, which are currently pending in this District, are hereby consolidated for pretrial purposes under Case Number No. 16-CV-1702 (WWE):

> a.  *Negron v. CIGNA Corporation et al.*, No. 16-CV-1702 (WWE);
>
> b.  *Perry v. CIGNA Corporation et al.*, No. 16-CV-1904 (filed November 17, 2016);

3.      The caption for the consolidated actions shall be In Re CIGNA Corporation PBM Litigation, Case No. 16-CV-1702 (WWE).

4.      All actions filed in this District subsequent to Case No. 16-CV-1702 (WWE), or subsequently transferred into this District, that are based upon similar factual allegations and legal theories, shall likewise be consolidated into Case No. 16-CV-1702 (WWE) for pretrial purposes, subject to Defendants' right to object to such consolidation.

5.      Plaintiffs shall file a master Consolidated Complaint, which will serve as the operative complaint for the consolidated action, within 30 days following the date of this Order;

6.      Defendants shall file a response (answer, motion or other response) to Plaintiffs' Consolidated Complaint within 60 days from the date Plaintiffs file the Consolidated Complaint;

7.      Plaintiffs shall file an opposition to Defendants' response, if necessary, within 30 days from the date Defendants file their response;

8.      Defendants shall file a reply within 21 days from the date Plaintiffs file their opposition;

9.      Deadlines in the Court's standing pre-trial order relating to the close of discovery, filing of dispositive motions and filing for class certification are suspended, and will be addressed in the Rule 16 conference. The Parties shall hold their Rule 26(f) Conference within 30 days of the

filing of the Consolidated Complaint, and shall submit their Rule 26(f) Report within 14 days of the Rule 26(f) Conference.

10.     Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, Robert A. Izard of Izard, Kindall & Raabe, LLP and William H. Narwold of Motley Rice LLC are appointed as Plaintiffs' Interim Co-Lead Class Counsel; and

11.     Joseph P. Guglielmo of Scott+Scott, Attorneys at Law, LLP is hereby appointed Chair of Plaintiffs' Executive Committee. Brian C. Gudmundson of Zimmerman Reed, LLP; Andrew A. Lemmon of Lemmon Law Firm LLC; Ronen Sarraf of Sarraf Gentile LLP; Derek Loeser of Keller Rohrback, LLP; Karen Hanson Riebel of Lockridge Grindal Nauen PLLP;  and E. Kirk. Wood of Wood Law Firm, LLC; are hereby appointed to Plaintiffs' Executive Committee.

**IT IS SO ORDERED** this ___8th___ day of _____December_____, 2016.



_____ /s/ _____

Senior   USDJ Warren W. Eginton

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

/s/ Robert A. Izard

Robert A. Izard (ct01601)
Proposed Interim Co-Lead Class Counsel
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone:  860-493-6292
Facsimile:   860-493-6290
rizard@ikrlaw.com