**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, | Civil No. 3:16-cv-1702 (WWE) |
| Plaintiff, | |
| vs. | |
| CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | |
| Defendants. | |

**DEFENDANTS' MOTION FOR ADMISSION
*PRO HAC VICE* OF JOSEPH J. COSTELLO**

Pursuant to L. Civ. R. 83.1(d), Defendants Cigna Corporation and Cigna Health and Life Insurance Company (the "Cigna Defendants"), by and through the undersigned counsel, a member in good standing of the bar of this Court, respectfully move for the admission of Joseph J. Costello to represent the Cigna Defendants in this matter as a visiting attorney. The undersigned represents that Attorney Costello is familiar with the issues that will be litigated in this action. The undersigned represents that the admission of Attorney Costello would not require modification of any existing scheduling orders or deadlines.

In support of this Motion, the undersigned further states as follows:

1.      Attorney Costello is a Partner at the law firm Morgan, Lewis & Bockius LLP.

2.      Attorney Costello's office address is 1701 Market Street, Philadelphia, PA 19103. His direct telephone number is +1.215.963.5295. His fax number is +1.215.963.5001. His email is joseph.costello@morganlewis.com.

3.      Attorney Costello is currently a member in good standing of the bar of the Commonwealth of Pennsylvania.  His Pennsylvania bar number is 44327.

4.      Attorney Costello is also currently a member in good standing of the bars of the following courts (bar numbers, if assigned, have been listed, while "N/A" indicates that no bar number has been assigned): United States District Court for the Eastern District of Pennsylvania (N/A).  Attorney Costello has never been a member of any other bar.

5.      Attorney Costello has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6.      Attorney Costello has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7.      Attorney Costello has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.      Attorney Costello, pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d)(1), designates the undersigned, Michael C. D'Agostino (ct17294), a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring his application *pro hac vice* and as his agent for service of process upon whom service of all papers shall be made.  Attorney Costello, pursuant to L. Civ. P. R. 83.1(d)(1), designates the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

9.      The Affidavit of Joseph J. Costello is attached hereto as Exhibit A in further support of this Motion pursuant to L. Civ. P. R. 83.1(d)(1).  A Certificate of Good Standing from the Commonwealth of Pennsylvania will be filed promptly if this motion is granted.

Wherefore, the Cigna Defendants respectfully request that the Court grant this motion for admission *pro hac vice* of Joseph J. Costello.

Dated:  December 9, 2016                Respectfully submitted,


                                        */s/ Michael C. D'Agostino*
                                        Michael C. D'Agostino (ct17294)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        One State Street
                                        Hartford, CT  06103
                                        +1.860.240.2731 (Telephone)
                                        +1.860.240.2800 (Facsimile)
                                        michael.dagostino@morganlewis.com

                                        ***Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 9, 2016, the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Michael C. D'Agostino*
Michael C. D'Agostino (ct17294)
MORGAN, LEWIS & BOCKIUS LLP