# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil No. 3:16-cv-1702 (WWE) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR
<u>ADMISSION *PRO HAC VICE* OF BRIAN W. SHAFFER</u>**

I, Brian W. Shaffer, a resident of the Commonwealth of Pennsylvania, having been duly sworn, state as follows:

1. I am over the age of eighteen (18) years of age.

2. I understand the obligations of an oath.

3. I am a Partner at the law firm of Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103. My direct telephone number is +1.215.963.5103. My fax number is +1.215.963.5001. My email is brian.shaffer@morganlewis.com.

4. I make this affidavit pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d), and seek admission *pro hac vice* in the matter of *Kimberly A. Negron v. Cigna Corporation and Cigna Health and Life Insurance Company,* Civ. No. 3:16-cv-1702-WWE, to represent Cigna Corporation and Cigna Health and Life Insurance Company (the "Cigna Defendants").

5. I am currently a member in good standing of the bar of the Commonwealth of Pennsylvania. My Pennsylvania bar number is 78851.

6. I am also currently a member in good standing of the bars of the following courts (bar numbers, if assigned, have been listed, while "N/A" indicates that no bar number has been assigned): State of New Jersey (I.D. # 025651996), United States District Court for the Eastern District of Pennsylvania (N/A), United States District Court for the District of New Jersey (N/A), United States District Court for the Middle District of Pennsylvania (N/A), United States District Court for the Western District of Pennsylvania (N/A), United States Court of Appeals for the Third Circuit (N/A), United States Court of Appeals for the Ninth Circuit (N/A), United States Court of Appeals for the Eleventh Circuit (N/A) and the United States Supreme Court (N/A).

7. I have no pending disciplinary complaints as to which a finding has been made that such complaints should proceed to a hearing.

8. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

9. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

10. Pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d)(1)(e), I designate Michael C. D'Agostino (ct17294), a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring my application *pro hac vice* and as my agent for service of process upon whom service of all papers shall be made. Pursuant to L. Civ. P. R. 83.1(d)(1), I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court; and

-3-

11. I make this affidavit based on my own personal knowledge.

_____
Brian W. Shaffer

COMMONWEALTH OF PENNSYLVANIA, *ss*:

Subscribed to and sworn to before me this 7th day of December, 2016.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Rosemary L. Lavin, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 23, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES