IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil No. 3:16-cv-1702 (WWE) |

**DEFENDANTS' MOTION FOR ADMISSION**
***PRO HAC VICE* OF ELEANOR R. FARRELL**

Pursuant to L. Civ. R. 83.1(d), Defendants Cigna Corporation and Cigna Health and Life Insurance Company (the "Cigna Defendants"), by and through the undersigned counsel, a member in good standing of the bar of this Court, respectfully move for the admission of Eleanor R. Farrell to represent the Cigna Defendants in this matter as a visiting attorney. The undersigned represents that Attorney Farrell is familiar with the issues that will be litigated in this action. The undersigned represents that the admission of Attorney Farrell would not require modification of any existing scheduling orders or deadlines.

In support of this Motion, the undersigned further states as follows:

1. Attorney Farrell is an attorney at the law firm Morgan, Lewis & Bockius LLP.

2. Attorney Farrell's office address is 1701 Market Street, Philadelphia, PA 19103. Her direct telephone number is +1.215.963.5194. Her fax number is +1.215.963.5001. Her email is eleanor.farrell@morganlewis.com.

-2-

3. Attorney Farrell is currently a member in good standing of the bar of the Commonwealth of Pennsylvania. Her Pennsylvania bar number is 312183.

4. Attorney Farrell is also currently a member in good standing of the bars of the following courts (bar numbers, if assigned, have been listed, while "N/A" indicates that no bar number has been assigned): State of Connecticut (I.D. # 431778), State of New Jersey (I.D. # 027012011), United States District Court for the Eastern District of Pennsylvania (N/A), United States District Court for the District of New Jersey, and United States Court of Appeals for the Third Circuit (N/A). Attorney Farrell has never been a member of any other bar.

5. Attorney Farrell has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. Attorney Farrell has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. Attorney Farrell has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. Attorney Farrell, pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d)(1), designates the undersigned, Michael C. D'Agostino (ct17294), a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring her application *pro hac vice* and as her agent for service of process upon whom service of all papers shall be made. Attorney Farrell, pursuant to L. Civ. P. R. 83.1(d)(1), designates the District of Connecticut as the forum for the resolution of any dispute arising out of her admission to this Court.

9. The Affidavit of Eleanor R. Farrell is attached hereto as Exhibit A in further support of this Motion pursuant to L. Civ. P. R. 83.1(d)(1). A Certificate of Good Standing from the Commonwealth of Pennsylvania will be filed promptly if this motion is granted.

Wherefore, the Cigna Defendants respectfully request that the Court grant this motion for admission *pro hac vice* of Eleanor R. Farrell.

Dated: December 9, 2016         Respectfully submitted,

*/s/ Michael C. D'Agostino*
Michael C. D'Agostino (ct17294)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
+1.860.240.2731 (Telephone)
+1.860.240.2800 (Facsimile)
michael.dagostino@morganlewis.com

*Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2016, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael C. D'Agostino*
Michael C. D'Agostino (ct17294)
MORGAN, LEWIS & BOCKIUS LLP