UNITED STATES DISTRICT COURT
OF THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re:<br><br>CIGNA Corporation PBM Litigation | Case No. 16-cv-1702 (WWE) |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.1, Plaintiffs Kimberly Negron and Daniel Perry ("Plaintiffs"), through their undersigned counsel, respectfully move this Court to grant leave for attorneys Derek W. Loeser and Gretchen S. Obrist to appear *pro hac vice*.

1.      Attorney Loeser is a partner at the law firm of Keller Rohrback L.L.P., and a member in good standing of the Washington State Bar and the federal courts listed in ¶ 3 of his affidavit, which is attached hereto as Exhibit A.  His contact information is as follows:

> Derek W. Loeser
> Keller Rohrback L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, Washington, 98101
> Telephone: (206) 623-1900
> Facsimile: (206) 623-3384
> Email: dloeser@kellerrohrback.com

2.      Attorney Obrist is a partner at the law firm of Keller Rohrback L.L.P., and a member in good standing of the Washington State Bar and the federal courts listed in ¶ 3 of her affidavit, which is attached hereto as Exhibit B.  Her contact information is as follows:

      Gretchen S. Obrist
      Keller Rohrback L.L.P.
      1201 Third Avenue, Suite 3200
      Seattle, Washington, 98101
      Telephone: (206) 623-1900
      Facsimile: (206) 623-3384
      Email: gobrist@kellerrohrback.com

3.    The undersigned hereby moves that Attorneys Loeser and Obrist be permitted to represent Plaintiffs in all matters and proceedings related to the above-mentioned case.

4.    Pursuant to this Court's Order dated December 8, 2016 (ECF #20), Attorney Loeser of Keller Rohrback, L.L.P. was appointed to the Plaintiffs' Executive Committee for this consolidated case.

5.    This motion is accompanied by affidavits from Attorneys Loeser and Obrist, attached hereto as Exhibits 1 and 2, attesting that they satisfy all the requirements for admission as visiting attorneys under D. Conn. L. Civ. R. 83.1(d)(1).

6.    The undersigned agrees to accept service on behalf of Attorneys Loeser and Obrist.

7.    The payment of the fee of $150.00 ($75.00 for each attorney) is submitted with this Motion pursuant to D. Conn. L. R. Civ. 83.1(d)(3).

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and that Attorneys Loeser and Obrist be permitted to represent Plaintiffs in all proceedings before this Court related to the above-captioned case.

| | |
|---|---|
| Dated: December 14, 2016. | Respectfully submitted,<br><br>IZARD, KINDALL & RABBE, LLP<br><br>/s/ *Robert A. Izard*<br>Robert A. Izard, (ct01601)<br>Email: rizard@ikrlaw.com<br>29 S. Main Street, Suite 305<br>West Hartford, CT 06107<br>Tel: (860) 493-6292<br>Fax: (860) 493-6290<br><br>*Plaintiffs' Interim Co-Lead Class Counsel* |

## CERTIFICATE OF SERVICE

I, Robert A. Izard, certify that, on December 14, 2016, I caused a true and correct copy of the foregoing to be served electronically on all counsel of record registered for electronic service for this case.

Executed this 14th day of December 2016 at West Harford, Connecticut.

*/s/ Robert A. Izard*

Robert A. Izard (ct01601)
E-mail: rizard@ikrlaw.com
IZARD, KINDALL & RAABE LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Counsel for Plaintiffs*