UNITED STATES DISTRICT COURT
OF THE DISTRICT OF CONNECTICUT

In Re:

CIGNA Corporation PBM Litigation

Case No. 16-cv-1702 (WWE)

## AFFIDAVIT

I, Gretchen S. Obrist, being duly sworn, deposes and says:

1. I am a partner in the law firm of Keller Rohrback L.L.P., 1201 Third Avenue, Suite 3200, Seattle, WA 98101, telephone number (206) 623-1900; fax number (206) 623-3384 and my email address is gobrist@kellerrohrback.com.

2. I am a member of good standing of the Washington State Bar and admitted to practice before the highest court in Washington. My Washington State Bar No. is 37071.

3. I am also admitted to practice in the federal courts listed on the attached Exhibit A.

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, been disciplined by or resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

1

6. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Civil Rules of the Unites States for the District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate my sponsoring attorney, Robert A. Izard, Jr., of Izard, Kindall & Rabbe, LLP-CT as my agent for service of process designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Gretchen S. Obrist

Subscribed and sworn before me, this 12th day of December, 2016.

Notary Public

# EXHIBIT A

| 2d Circuit | 03/29/2011 |
|---|---|
| 6th Circuit | 11/15/2011 |
| 8th Circuit | 12/11/2008 |
| 9th Circuit | 09/20/2010 |
| Michigan, E.D. | 04/15/2008 |
| Washington, E.D. | 01/06/2011 |
| Washington, W.D. | 09/20/2007 |