**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>   Defendants. | Civil No. 3:16-cv-1702 (WWE) |

**CERTIFICATE OF GOOD STANDING FOR JOSEPH J. COSTELLO**



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Joseph John Costello, Esq.*

DATE OF ADMISSION

*November 12, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 1, 2016

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

-2-

Dated: December 14, 2016

          Respectfully submitted,

          */s/ Joseph J. Costello*
          Joseph J. Costello (ct14917 admitted *pro hac vice*)
          MORGAN, LEWIS & BOCKIUS LLP
          1701 Market Street
          Philadelphia, PA 19103
          +1.215.963.5295 (Telephone)
          +1.215.963.5001 (Facsimile)
          joseph.costello@morganlewis.com

          Michael C. D'Agostino (ct17294)
          MORGAN, LEWIS & BOCKIUS LLP
          One State Street
          Hartford, CT  06103
          +1.860.240.2731 (Telephone)
          +1.860.240.2800 (Facsimile)
          michael.dagostino@morganlewis.com

          ***Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2016, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Joseph J. Costello*
Joseph J. Costello (ct14917 admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
