**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil No. 3:16-cv-1702 (WWE) |

**CERTIFICATE OF GOOD STANDING FOR BRIAN W. SHAFFER**



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Brian W. Shaffer, Esq.*

**DATE OF ADMISSION**

*December 18, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: December 1, 2016

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

Dated: December 14, 2016

        Respectfully submitted,


        */s/ Brian W. Shaffer*
        Brian W. Shaffer (phv08654 admitted *pro hac vice*)
        MORGAN, LEWIS & BOCKIUS LLP
        1701 Market Street
        Philadelphia, PA 19103
        +1.215.963.5103 (Telephone)
        +1.215.963.5001 (Facsimile)
        brian.shaffer@morganlewis.com


        Michael C. D'Agostino (ct17294)
        MORGAN, LEWIS & BOCKIUS LLP
        One State Street
        Hartford, CT  06103
        +1.860.240.2731 (Telephone)
        +1.860.240.2800 (Facsimile)
        michael.dagostino@morganlewis.com


        ***Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2016, the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Brian W. Shaffer*
Brian W. Shaffer (phv08654 admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP