**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>          Defendants. | Civil No. 3:16-cv-1702 (WWE) |

**CERTIFICATE OF GOOD STANDING FOR MATTHEW D. KLAYMAN**



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Matthew Daniel Klayman, Esq.*

**DATE OF ADMISSION**

*December 15, 2014*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  December 1, 2016**

Patricia A. Johnson
Chief Clerk

Dated: December 14, 2016

Respectfully submitted,

*/s/ Matthew D. Klayman*
Matthew D. Klayman (phv08656 admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
+1.215.963.5609 (Telephone)
+1.215.963.5001 (Facsimile)

Michael C. D'Agostino [ct7294]
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT  06103
+1.860.240.2731 (Telephone)
+1.860.240.2800 (Facsimile)
michael.dagostino@morganlewis.com

**Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2016, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Matthew D. Klayman*                           
Matthew D. Klayman (phv08656 admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP