# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil No. 3:16-cv-1702 (WWE) |

## CERTIFICATE OF GOOD STANDING FOR ELEANOR R. FARRELL



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Eleanor Rose Farrell, Esq.*

**DATE OF ADMISSION**

*November 30, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 1, 2016

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

-2-

Dated: December 14, 2016

                      Respectfully submitted,

                      */s/ Eleanor R. Farrell*
                      Eleanor R. Farrell (phv08309 admitted *pro hac vice*)
                      MORGAN, LEWIS & BOCKIUS LLP
                      1701 Market Street
                      Philadelphia, PA 19103
                      +1.215.963.5194 (Telephone)
                      +1.215.963.5001 (Facsimile)
                      eleanore.farrell@morganlewis.com

                      Michael C. D'Agostino (ct17294)
                      MORGAN, LEWIS & BOCKIUS LLP
                      One State Street
                      Hartford, CT  06103
                      +1.860.240.2731 (Telephone)
                      +1.860.240.2800 (Facsimile)
                      michael.dagostino@morganlewis.com

                      ***Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2016, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Eleanor R. Farrell*
Eleanor R. Farrell (phv08309 admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP