UNITED STATES DISTRICT COURT
OF THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: <br><br> CIGNA Corporation PBM Litigation | Case No. 3:16-cv-1702 (WWE) |

**CERTIFICATE OF GOOD STANDING**

1

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 24274 |
| OF | ) | CERTIFICATE |
| DEREK WILLIAM LOESER | ) | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**DEREK WILLIAM LOESER**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 15, 1994, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 28th day of November, 2016.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court

Dated: December 20, 2016.

        Respectfully submitted,

        */s/ Derek W. Loeser*
        Derek W. Loeser, (phv23926 admitted *pro hac vice*)
        KELLER ROHRBACK L.L.P.
        1201 Third Avenue, Suite 3200
        Seattle, WA 98101
        (206) 623-1900 (Telephone)
        (206) 623-3384 (Fax)
        dloeser@kellerrohrback.com

*Counsel for Plaintiffs*