# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Civil No. 16-cv-1702<br><br>CLASS ACTION<br><br>**MOTION FOR ADMISSION OF DANIEL K. BRYSON AND JEREMY R. WILLIAMS TO APPEAR *PRO HAC VICE*** |

Plaintiffs, Kimberly A. Negron, Courtney Gallagher, Nina Curol, Roger Curol, and Daniel Perry ("Plaintiffs"), by their undersigned attorneys, respectfully move this Court to grant leave for attorneys Daniel K. Bryson and Jeremy R. Williams to appear *pro hac vice*.

1. Attorney Daniel K. Bryson is a partner at the law firm of Whitfield Bryson & Mason, LLP and a member in good standing of the North Carolina State Bar and the federal courts listed in in Exhibit 1 of his affidavit, which is attached hereto as Exhibit A. His contact information is as follows:

> Daniel K. Bryson
> Whitfield Bryson Mason, LLP
> 900 West Morgan St.
> Raleigh, NC 27603
> Telephone: (919) 600-5000
> Facsimile: (919) 600-5035
> Email: dan@wbmllp.com

2. Attorney Jeremy R. Williams is an attorney at the law firm of Whitfield Bryson & Mason, LLP and a member in good standing of the North Carolina State Bar and the federal courts listed in Exhibit 1 of his affidavit, which is attached hereto as Exhibit B. His contact information is as follows:

> Jeremy R. Williams
> Whitfield Bryson Mason, LLP
> 900 West Morgan St.

Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
Email: jeremy@wbmllp.com

3. The undersigned hereby moves that Attorneys Bryson and Williams be permitted to represent Plaintiffs in all matters and proceedings related to the above-mentioned case.

4. This motion is accompanied by affidavits from Attorneys Bryson and Williams, attached hereto as Exhibits A and B, attesting that they satisfy all the requirements for admission as visiting attorneys under D. Conn. L. Civ. 83.1(d)(1).

5. The undersigned agrees to accept service on behalf of Attorneys Bryson and Williams.

6. The payment of the fee of $150.00 ($75.00) for each attorney) is submitted with this Motion pursuant to D. Conn. L. Civ. 83.1(d)(3).

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and that Attorneys Bryson and Williams be permitted to represent Plaintiffs in all proceedings before this Court related to the above-captioned case.

Dated: January 13, 2017

Respectfully submitted,
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (ct27481)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:   212-223-6334
jguglielmo@scott-scott.com

*Plaintiffs' Executive Committee Chair*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 13, 2017, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                              */s/ Joseph P. Guglielmo*
                                              Joseph P. Guglielmo (ct27481)
                                              **SCOTT+SCOTT,**
                                              **ATTORNEYS AT LAW, LLP**
                                              The Helmsley Building
                                              230 Park Avenue, 17th Floor
                                              New York, NY 10169
                                              Telephone:  212-223-6444
                                              Facsimile:   212-223-6334
                                              jguglielmo@scott-scott.com