# EXHIBIT B

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Civil No. 16-cv-1702<br><br>CLASS ACTION |

## AFFIDAVIT

I, Jeremy R. Williams, being duly sworn, deposes and says:

1. I am an attorney in the law firm of Whitfield Bryson & Mason, LLP, 900 West Morgan St. Raleigh, NC 27603; telephone number (919) 600-5000; fax number (919) 600-5035 and my email address is jeremy@wbmllp.com.

2. I am a member in good standing of the North Carolina State Bar. My North Carolina Bar No. is 48162.

4. I am also admitted to practice in the federal courts listed on the attached Exhibit 1.

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by or resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing disciplinary complaint.

7. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Civil Rules of the United States for the District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.    I hereby designate my sponsoring attorney, Joseph P. Guglielmo, of as my agent for service of process, and designate the District of Connecticut as the forum the for resolution of any dispute arising out of my admission.

*[signature]*
Jeremy R. Williams

Subscribed and sworn before me, this 12TH day of January, 2017.

*[signature]*
Notary Public

SCOTT E. HELDMAN
Notary Public
North Carolina
Orange County

-3-

# Exhibit 1

| | |
|---|---|
| US District Court, Eastern District of North Carolina | 2015 |
| US District Court, Middle District of North | 2016 |
| US District Court, Western District of North Carolina | 2016 |
| United State Court of Appeals, 4th Circuit | 2015 |