# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

In Re:

CIGNA Corporation PBM Litigation

Case No. 16-cv-1702 (WWE)

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1, Plaintiffs Kimberly Negron and Daniel Perry ("Plaintiffs"), through their undersigned counsel, respectfully move this Court to grant leave for Brian C. Gudmundson to appear *pro hac vice*.

1. Brian Gudmundson is a partner at the law firm of Zimmerman Reed LLP, and a member of good standing in the Minnesota State Bar and the federal courts listed in ¶ 3 of his affidavit, which is attached hereto as Exhibit A. His contact information is as follows:

   Brian C. Gudmundson
   ZIMMERMAN REED LLP
   1100 IDS Center
   80 South 8th Street
   Minneapolis, MN  55402
   Telephone: (612) 341-0400
   Facsimile: (612) 341-0844
   Email: brian.gudmundson@zimmreed.com

2. The undersigned hereby moves that Brian Gudmundson be permitted to represent Plaintiffs in all matters and proceedings related to the above-mentioned case.

3. Pursuant to the Court's Order dated December 8, 2016 (ECF #20), Brian Gudmundson was appointed to the Plaintiffs' Executive Committee for this consolidated case.

4. This motion is accompanied by an affidavit from Brian Gudmundson, attached hereto as Exhibit A, attesting that he satisfies all the requirements for admission as a visiting attorney under D. Comm. L. Civ. R. 83.1(d)(1).

5. The undersigned agrees to accept service on behalf of Brian Gudmundson.

6. The payment of the fee of $75.00 is submitted with this Motion pursuant to D. Conn. L. R. Civ. 83.1(d)(3).

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and that Brian Gudmundson be permitted to represent Plaintiffs in all proceedings before this Court related to the above-captioned case.

DATED: January 17, 2017                         Respectfully submitted,

                                                SCOTT + SCOTT, LLP

                                                /s/ *Joseph P. Guglielmo*
                                                Joseph P. Guglielmo (CT 27481)
                                                The Helmsley Building
                                                230 Park Avenue, 17th Floor
                                                New York, NY  10169
                                                Telephone: (212) 223-6444
                                                Facsimile: (212) 223-6334
                                                Email: jguglielmo@scott-scott.com

                                                *Plaintiffs' Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017, I cased a true and correct copy of the foregoing to be served electronically on all counsel of record registered for electronic service for this case.

Executed this 17th day of January 2017 at New York, New York.

/s/ *Joseph P. Guglielmo*
Joseph P. Guglielmo (CT 27481)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

*Counsel for Plaintiffs*