# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re:<br><br>CIGNA Corporation PBM Litigation | Case No. 16-cv-1702 (WWE) |

### AFFIDAVIT

I, Brian C. Gudmundson, being duly sworn, deposes and says:

1. I am a partner at the law firm of Zimmerman Reed LLP, 1100 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, telephone number (612) 341-0400, fax number (612) 341-0844 and my email address is brian.gudmundson@zimmreed.com.

2. I am a member of good standing of the Minnesota State Bar and admitted to practice before the highest court in Minnesota. My Minnesota State Bar No. is 336695.

3. I am also admitted to practice in the following federal courts: United States District Court ("U.S.D.C."), District of Minnesota; U.S.D.C., District of Colorado; U.S.D.C., Northern District of Illinois; and United States Court of Appeals for the Fourth, Eighth and Tenth Circuit.

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, been disciplined by or resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

6. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Civil Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.  I hereby designate my sponsoring attorney, Joseph P. Guglielmo, of Scott + Scott, LLP as my agent for service of process and designate the District of Connecticut as the form for the resolution of any dispute arising out of my admission.

Brian C. Gudmundson

Subscribed and sworn before me, this 17th day of January, 2017.

Notary Public

JENNIFER JANE GALZKI
COMM. #31074547
Notary Public
State of Minnesota
My Commission Expires 1/31/2021

2