UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re:<br><br>CIGNA Corporation PBM Litigation | Case No. 3:16-cv-1702 (WWE) |

**CERTIFICATE OF GOOD STANDING FOR BRIAN C. GUDMUNDSON**

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

BRIAN CHARLES GUDMUNDSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 29, 2004

Given under my hand and seal of this court on

January 11, 2017

Margaret Fuller Corneille
Office of Lawyer Registration



Dated: January 18, 2017	Respectfully submitted,

/s/ *Brian C. Gudmundson*
Brian C. Gudmundson (phv08721)
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: brian.gudmundson@zimmreed.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 18, 2017, I caused a true and correct copy of the foregoing document to be served electronically on all counsel of record registered for electronic service for this case.

             /s/ *Brian C. Gudmundson*
             Brian C. Gudmundson (phv08721)
             ZIMMERMAN REED LLP
             1100 IDS Center
             80 South 8th Street
             Minneapolis, MN  55402
             Telephone: (612) 341-0400
             Facsimile: (612) 341-0844
             Email: brian.gudmundson@zimmreed.com

             *Counsel for Plaintiffs*