UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: CIGNA CORPORATION PBM LITIGATION | Case No. 16-cv-01702-WWE |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.1 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned hereby moves this Court to permit Karen H. Riebel to appear *pro hac vice* in the above-referenced action on behalf of Plaintiffs Daniel Perry, Nina Curol, and Roger Curol ("Plaintiffs").

In accordance with the requirements of D. Conn. L. Civ. R. 83.1(d), the undersigned states the following:

1. The undersigned is a member in good standing of the bar of the United States District Court for the District of Connecticut.

2. Attorney Karen H. Riebel ("Attorney Riebel") is a partner at the law firm Lockridge Grindal Nauen P.L.L.P. and a member in good standing of the Minnesota State Bar and the federal courts listed in ¶3 of her affidavit, which is attached hereto as Exhibit A. Her contact information is as follows:

>   Karen H. Riebel
>   Lockridge Grindal Nauen P.L.L.P.
>   100 Washington Ave S., Suite 2200
>   Minneapolis, MN 55401
>   Telephone:  612-339-6900
>   Facsimile:   612-339-0981
>   khriebel@locklaw.com

3. Pursuant to this Court's December 8, 2016 Order (ECF No. 20), Attorney Riebel was appointed to the Plaintiffs' Executive Committee for this consolidated case.

4. Attorney Riebel has not been denied admission or disciplined by this Court or any other court and has fully reviewed and is familiar with the Local Civil Rules of the United States District Court for the District of Connecticut.

5. The undersigned counsel, Erin Green Comite, a partner of Scott+Scott, Attorneys at Law, LLP, 156 South Main Street, P.O. Box 192, Colchester, Connecticut 06415, will participate in this action, provide a local office, as required by D. Conn. L. Civ. R. 83.1(c), and accept service on behalf of Attorney Riebel.

6. The payment of the fee of $75.00 is submitted with this Motion pursuant to D. Conn. L. Civ. R. 83.1(d)(3).

7. This Motion is accompanied by an affidavit from Attorney Riebel, attached hereto as Exhibit A, attesting that she satisfies all requirements for admission as a visiting attorney under D. Conn. L. Civ. R. 83.1(d)(1).

WHEREFORE, undersigned counsel respectfully requests that this Motion be granted and that Attorney Riebel be permitted to represent Plaintiffs in all proceedings before this Court related to the above-captioned case.

Dated: February 15, 2017  Respectfully submitted,
SCOTT+SCOTT, ATTORNEYS AS LAW, LLP

 */s/ Erin Green Comite*
Erin Green Comite (CT 24886)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  860-537-5537
Facsimile:  860-537-4432
ecomite@scott-scott.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 15, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ *Erin Green Comite*
                                                Erin Green Comite (CT 24886)
                                                **SCOTT+SCOTT, ATTORNEYS AS LAW, LLP**
                                                156 South Main Street
                                                P.O. Box 192
                                                Colchester, CT 06415
                                                Telephone:  860-537-5537
                                                Facsimile:   860-537-4432
                                                ecomite@scott-scott.com