**EXHIBIT A**

## UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF CONNECTICUT

In Re: CIGNA Corporation PBM Litigation

Case No. 16-cv-01702-WWE

### AFFIDAVIT OF KAREN H. RIEBEL

I, Karen H. Riebel, being duly sworn, deposes and says:

1.      I am a partner in the law firm of Lockridge Grindal Nauen P.L.L.P., 100 Washington Ave S., Suite 2200, Minneapolis, MN 55401, telephone number (612) 339-6900; fax number (612) 339-0981 and my email address is khriebel@locklaw.com

2.      I am a member of good standing of the Minnesota State Bar and my Minnesota State Bar No. is 0219770.

3.      I am also admitted to practice in the federal courts of the United States District Court for the District of Minnesota, admitted in 1992; United States Court of Appeals for the Eighth Circuit, admitted in 1992; and the United States Court of Appeals for the Third Circuit, admitted in 2016.

4.      I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5.      I have not been denied admission to, been disciplined by or resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

6.      I have reviewed an am familiar with the Federal Rules of Civil Procedure and the Local Civil Rules of the United States for the District Court of Connecticut, and the Connecticut Rules of Professional Conduct.

512332.1

7.    I hereby designate my sponsoring attorney, Erin Green Comite of Scott + Scott, Attorneys at Law, LLP, as my agent for service of process designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

Dated: February 10, 2017



Karen H. Riebel

Sworn and subscribed before me this

10th Day of February, 2017

Carey R. Johnson

CAREY R. JOHNSON
Notary Public-Minnesota
My Commission Expires Jan. 31, 2021