# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ERIC NEIL LINSK

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 30, 2008

Given under my hand and seal of this court on

January 27, 2017

Margaret Fuller Corneille
Office of Lawyer Registration