## UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: CIGNA Corporation PBM Litigation | Case No. 16-cv-01702-WWE |

## NOTICE OF APPEARANCE OF ERIC N. LINSK

Please enter the appearance of the undersigned as attorney for Plaintiffs Daniel Perry,

Nina Curol, and Roger Curol in connection with the above-captioned matter. The Motion for me

to Appear *Pro Hac Vice* was granted on February 15, 2017 (Dkt. 57).

Dated: February 16, 2017

   /s/ Eric N. Linsk
Eric N. Linsk (MN 0388827) (phv08793)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S.
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rnlinsk@locklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2017, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric N. Linsk
Eric N. Linsk (MN 0388827) (phv08793)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S.
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rnlinsk@locklaw.com