UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>                Defendants. | Civil No. 3:16-cv-1702 (WWE)<br><br>February 16, 2017 |

## **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant, OptumRx, Inc. hereby identifies any parent corporation and any publicly-held corporation owning 10% or more of its stock, as follows: OptumRx Holdings, LLC, Optum, Inc., United Healthcare Services, Inc., UnitedHealth Group Incorporated, and UHIC Holdings, Inc. No other publicly held corporation currently owns 10% or more of its common stock.

Respectfully submitted,

**DEFENDANT
OPTUMRX, INC.**

By its attorneys,

*/s/ Kelly Frye Barnett*
Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8206
E-mail: kbarnett@rc.com

William R. Stoeri (To Be Admitted *Pro Hac Vice*)
Michelle S. Grant (To Be Admitted *Pro Hac Vice*)
Andrew Holly (To Be Admitted *Pro Hac Vice*)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN  55402-1498
Telephone:     (612) 340-2600
Facsimile:     (612) 340-2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2017, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

*/s/ Kelly Frye Barnett*
Kelly Frye Barnett