UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, ET AL , <br>     Plaintiff, <br><br> V. <br><br> CIGNA CORPORATION, CIGNA HEALTH <br> AND LIFE INSURANCE COMPANY and <br> OPTUMRX, INC. <br>     Defendants. | :    CIVIL ACTION NO.  3:16-cv-1702 (WWE) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :    FEBRUARY 21, 2017 |

## NOTICE OF APPEARANCE

Please enter the appearance of Theodore J. Tucci of Robinson & Cole LLP as counsel for the Defendant, OptumRx, Inc.. in the above-captioned action.

        Respectfully submitted,

        THE DEFENDANT
        OptumRx, Inc.


        By: /s/ *Theodore J. Tucci*
            Theodore J. Tucci (ct05249)
            Email: ttucci@rc.om
            Robinson & Cole LLP
            280 Trumbull Street
            Hartford, CT  06103
            Tel. No.:  (860) 275-8200
            Fax No.:  (860) 275-8299

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2017 the foregoing and all attachments were filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Theodore J. Tucci*
Theodore J. Tucci