UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>Defendants. | Civil No. 3:16-cv-1702 (WWE)<br><br>February 28, 2017 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ATTORNEY ANDREW HOLLY

Pursuant to Rule 83.1 of the Local Rules of Civil Procedure, the undersigned counsel, Theodore J. Tucci, hereby moves this Court for an Order admitting Andrew Holly *pro hac vice* to appear before this Court in the above-captioned case on behalf of Defendant OptumRx, Inc. In support of this motion, the undersigned counsel states as follows:

1. I am an attorney and partner at Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597, Tel. (860) 275-8210, ttucci@rc.com.

2. I am a member in good standing of the bar of the state of Connecticut and admitted to practice before the United States District Court for the District of Connecticut.

3. Attorney Holly is a member in good standing of the Bar of the State of Minnesota, the United States District Court for the District of Minnesota, the United States

District Court for the District of North Dakota, the United States District Court for the Northern District of Florida, and the United States Court of Appeals for the Eighth Circuit. Pursuant to Local Rule 83.1(d)(1), Attorney Holly's affidavit in support of this motion is attached hereto as <u>Exhibit A</u> and a $75.00 filing fee accompanies this motion.

4. As set forth in <u>Exhibit</u> A, Attorney Holly satisfies the requirements for admission *pro hac vice* in this case pursuant to Local Rule (D.Conn.) 83.1(d).

5. Because this case is at a very early stage, the granting of this motion will not require modification of a scheduling order or any established deadlines.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order admitting Andrew Holly *pro hac vice* to appear on behalf of Defendant OptumRx, Inc. in this case.

Respectfully submitted,

ROBINSON & COLE LLP

By: */s/Theodore J. Tucci*
    Theodore J. Tucci (ct05249)
    Kelly Frye Barnett (ct29817)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103
    Telephone: (860) 275-8331
    Facsimile: (860) 275-8299
    ttucci@rc.com
    kbarnett@rc.com

*COUNSEL FOR DEFENDANT OPTUMRX, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2017, I electronically filed the foregoing with the Clerk of Court, using CM/ECF. I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF, or via other means if required.

By: /s/ *Kelly Frye Barnett*
Kelly Frye Barnett

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>      Defendants. | Civil No. 3:16-cv-1702 (WWE)<br><br>February 28, 2017 |

## AFFIDAVIT OF ANDREW HOLLY IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

I, Andrew Holly, being duly sworn, hereby depose and say:

1. I am an attorney and partner at the law firm of Dorsey & Whitney LLP.

2. I submit this affidavit in support of the Motion for Admission *pro hac vice*, filed herewith, as counsel for Defendant, OptumRx, Inc. in this case.

3. I am designating Theodore J. Tucci (Fed. Bar No. ct05249), my sponsoring attorney, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

4. My contact information is as follows:

   50 South 6th Street, Suite 1500
   Minneapolis, MN 55402-1498
   Telephone:   (612) 340-2600
   Facsimile:   (612) 340-2868
   holly.andrew@dorsey.com

5

5. I am a member in good standing of the following bars:

- State of Minnesota (Bar No.308171;
- United States District Court for the District of Minnesota (Bar no. 308171);
- United States District Court for the District of North Dakota;
- United States District Court for the Northern District of Florida; and
- United States Court of Appeals for the Eighth Circuit.

6. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

7. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

8. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. I am familiar with the facts and circumstances pertaining to the claims in the above-captioned matter.

10. I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case.

Andrew Holly

Sworn to and subscribed before me this
27th day of February, 2017.

Lori A. Kaemmer
Notary Public
My Commission Expires: 1/31/18

LORI A KAEMMER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/18