UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Civil No. 3:16-cv-1702 (WWE)<br><br>CLASS ACTION<br><br>March 10, 2017 |

## DEFENDANT OPTUMRX INC.'S MOTION TO DISMISS CONSOLIDATED COMPLAINT

Defendant OptumRx Inc. ("OptumRx") hereby moves the Court under Federal Rule of Civil Procedure 9(b) and 12(b)(6) for an order dismissing the Plaintiffs' Consolidated Class Action Complaint. The grounds for this motion are as follows:

- Plaintiffs' claim for ERISA benefits (Count I) fails because Plaintiffs have not exhausted their required administrative remedies and three of the named Plaintiffs also fail to allege even a plausible factual basis for a claim under *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 545 (2007). Plaintiffs also fail to state a claim for discrimination under ERISA Section 702 (Count V).

- Plaintiffs' ERISA breach of fiduciary duty and prohibited transactions claims (Counts II-IV & VI-VII) fail because they do not plausibly allege that Defendants engaged in any fiduciary act or that OptumRx took plan assets.

- In addition, the ERISA remedy provisions Plaintiffs invoke do not give them the right to recover against OptumRx.

- Plaintiffs' RICO claims (Counts IX-X)[1] fail because Plaintiffs do not plausibly allege that OptumRx agreed to conspire, exercised control over an enterprise, or engaged in a pattern of racketeering activity.

This Motion to Dismiss is supported by the Memorandum of Law in Support of OptumRx's Motion to Dismiss; exhibits, the papers on file herein; and upon such other evidence and argument as the Court may permit at any hearing of this matter. Defendant OptumRx also hereby joins in Defendants Cigna Corporation's and Cigna Health and Life Insurance

---

[1] OptumRx is not named in Count VIII, which asserts a civil RICO claim against Cigna.

Company's Motion to Dismiss, and incorporates by reference as though fully restated herein verbatim the arguments made in the Motion and supporting memorandum of law and exhibits.

Respectfully submitted,

By   */s/ Theodore J. Tucci*
Theodore J. Tucci (ct05249)
Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
ttucci@rc.com
kbarnett@rc.com
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8206


William R. Stoeri (*Pro Hac Vice – ct14744*)
stoeri.bill@dorsey.com
Michelle S. Grant (*Pro Hac Vice – phv08827*)
grant.michelle@dorsey.com
Andrew Holly (*Pro Hac Vice – phv008826*)
holly.andrew@dorsey.com
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorneys for Defendant OptumRx, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, I electronically filed the foregoing with the Clerk of Court, using CM/ECF. I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF, or via other means if required.

By: <i>/s/ Kelly Frye Barnett</i><br>
Kelly Frye Barnett