UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated, <br><br>　　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC., <br><br>　　　　　　　　Defendants. | Civil No. 3:16-cv-1702 (WWE) <br><br><br> March 10, 2017 |

## DEFENDANTS CIGNA CORPORATION AND CIGNA HEALTH AND LIFE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT

Defendants Cigna Corporation and Cigna Health and Life Insurance Company (collectively, "Defendants"), by and through their undersigned counsel, respectfully move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiffs' Consolidated Complaint with prejudice for the reasons set forth in the accompanying Memorandum of Law.

Dated:  March 10, 2017                          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph J. Costello
　　　　　　　　　　　　　　　　　　　　　　Joseph J. Costello (ct14917)
　　　　　　　　　　　　　　　　　　　　　　Brian W. Shaffer (phv08654)
　　　　　　　　　　　　　　　　　　　　　　Eleanor R. Farrell (phv08309)
　　　　　　　　　　　　　　　　　　　　　　Matthew D. Klayman (phv08656)

**ORAL ARGUMENT REQUESTED**

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  215-963-5000
Facsimile:  215-963-5001
joseph.costello@morganlewis.com
brian.shaffer@morganlewis.com
eleanor.farrell@morganlewis.com
evan.jacobs@morganlewis.com
matthew.klayman@morganlewis.com

Michael C. D'Agostino (ct7294)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  860-240-2731
Facsimile:  860-240-2800
michael.dagostino@morganlewis.com

*Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2017, the foregoing document and all attachments thereto were filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

          /s/ Joseph J. Costello
          Joseph J. Costello