UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br> vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>     Defendants. | Civil No. 3:16-cv-1702 (WWE) |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**

  AND NOW, this _____ day of _____, 2017, upon consideration of Defendants Cigna Corporation and Cigna Health and Life Insurance Company's Motion to Dismiss Plaintiffs' Consolidated Complaint, and any response thereto, it is hereby ORDERED that Defendants' Motion is GRANTED, and Plaintiffs' Consolidated Complaint is hereby DISMISSED WITH PREJUDICE.

                    _____
                    Hon. Warren W. Eginton
                    United States District Judge