UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>                    Defendants. | Civil No. 3:16-cv-1702 (WWE) |

**DEFENDANTS CIGNA CORPORATION AND CIGNA HEALTH
AND LIFE INSURANCE COMPANY'S UNOPPOSED MOTION TO SEAL**

Pursuant to Local Civil Rule 5(e), Defendants Cigna Corporation ("Cigna") and Cigna Health and Life Insurance Company ("CHLIC") (collectively, the "Cigna Defendants") hereby move to file the following documents (the "Subject Documents") under seal:

1) Exhibit 2 – Plan Sponsor Administrative Services Contract, effective date January 1, 2016 (Curols)

2) Exhibit 4 – Plan Sponsor Cigna Health and Life Insurance Policy, effective date, March 1, 2015 (Gallagher)

3) Exhibit 6 – Plan Sponsor Cash Management Program Disclosure, effective date, March 1, 2015 (Gallagher)

4) Exhibit 7 – Plan Sponsor Cash Management Program Disclosure, effective date, March 1, 2016 (Gallagher)

**ORAL ARGUMENT NOT REQUESTED**

5) Exhibit 9 – Plan Sponsor Administrative Services Only Agreement Amendment, dated December 8, 2014, effective date, January 1, 2015 (Negron)

6) Exhibit 10 – Plan Sponsor Administrative Services Only Agreement Amendment, dated May 29, 2015, effective date, January 1, 2015 (Negron)

7) Exhibit 13 – Plan Sponsor Administrative Services Only Agreement Amendment, effective date, January 1, 2015 (Perry)

8) Exhibit 14 – Plan Sponsor Administrative Services Only Agreement Disclosure, effective date, January 1, 2016 (Perry)

The Subject Documents contain information that the Cigna Defendants maintain as confidential and do not share publicly.  In particular, the documents reflect information that CHLIC generally discloses only during non-public negotiations with plan sponsors (Cigna's clients).  Moreover, as finalized, the Subject Documents reflect the substance of non-public negotiations between CHLIC and plan sponsors that are not shared with competitors or prospective clients.  The interests of the parties in maintaining the confidentiality of this commercially sensitive information overrides the public's interest in viewing it.  Plaintiffs consent to the Cigna Defendants' request to file the Subject Documents under seal, but reserve the right to move to unseal them.

Accordingly, the Cigna Defendants respectfully request that the Court seal the Subject Documents for the reasons set forth more fully in the accompanying memorandum of law.

Dated:  March 10, 2017     Respectfully submitted,

/s/ Joseph J. Costello
Joseph J. Costello (ct14917)
Brian W. Shaffer (phv08654)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  215-963-5000
Facsimile:  215-963-5001
joseph.costello@morganlewis.com
brian.shaffer@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael C. D'Agostino (ct7294)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  860-240-2731
Facsimile:  860-240-2800
michael.dagostino@morganlewis.com

*Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, the foregoing document and all attachments thereto were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joseph J. Costello
Joseph J. Costello