UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>                  Defendants. | Civil No. 3:16-cv-1702 (WWE) |

**DECLARATION OF ATTEMPTED
ELECTRONIC FILING AND TECHNICAL FAILURE**

I, Eleanor R. Farrell, in accordance with 28 U.S.C. § 1746 and pursuant to Part V.D ("Technical Failures") of the Court's Electronic Filing Procedures, declare as follows:

1. I am an attorney in the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis").

2. Morgan Lewis represents Cigna Corporation ("Cigna") and Cigna Health and Life Insurance Company ("CHLIC") (collectively, "Defendants") in the above-captioned matter. I am one of the attorneys of record for Defendants.

3. Defendants' Motion to Dismiss was due on March 10, 2017.

4. On Friday, March 10, 2017 at 11:15 p.m. EST, I attempted to file the following documents (the "Documents"), using the CM/ECF Filing System for the District of Connecticut (https://ecf.ctd.uscourts.gov):

   a. Motion to Dismiss, Memorandum in Support of Motion, Appendix of Exhibits (Volumes I and II), and Proposed Order; and
   b. Motion to Seal and Memorandum in Support of Motion.

5. I could not, however, file the Documents at that time, due to what appeared to be a technical issue with the CM/ECF Filing System for the District of Connecticut.[1]

6. When I attempted to access the CM/ECF login page for the District of Connecticut, Internet Explorer displayed the following message: "This page can't be displayed."

7. When I attempted to access the Court's CM/ECF Filing System using Google Chrome, the browser displayed the following message: "This site can't be reached. ecf.ctd.uscourts.gov took too long to respond."

8. At 11:19 p.m. EST, one of my colleagues contacted Morgan Lewis' Help Desk, and the Help Desk Analyst tried to access the CM/ECF login page on multiple computers, both on and off of Morgan Lewis' network. The Help Desk Analyst was also unable to access the webpage and reported that the technical error appeared to be with the CM/ECF webpage.

9. Counsel for Defendants also tried to access the CM/ECF webpage from three other computers in our office, a mobile device, and a computer located outside of our office. Each time, we received similar error messages.

---

[1] I had successfully accessed and logged into the District of Connecticut's CM/ECF Filing System on Friday, March 10, 2017 at approximately 5:30 p.m. EST to confirm that the webpage and login information were functioning properly. I also accessed documents in this matter received via ECF Notifications at approximately 9:30 p.m. EST on March 10, 2017.

10. We documented these attempts with screenshots (time stamped 11:26 p.m. EST) and a video (time stamped 11:33 p.m. EST) to show our inability to access the webpage:



3


Video.MOV

11. At 11:28 p.m. EST, I called Will Gonzalez, the CM/ECF Helpdesk contact for Technical Help at the Bridgeport Federal Courthouse, and left a voicemail to report this issue.

12. When it became apparent that filing through the CM/ECF Filing System would not be possible, I timely served the Documents on counsel of record via e-mail at 11:59 p.m. EST on Friday, March 10, 2017.

13. On Saturday, March 11, 2017 at 12:55 a.m. EST, I sent an e-mail to Quality Control for the District of Connecticut to report that we had attempted to file the Documents via the CM/ECF Filing System. I attached the aforementioned screenshots, video, and e-mail to counsel of record serving the Documents.

14. As of Saturday, March 11, 2017 at 1:05 a.m. EST, I was still unable to access the Court's CM/ECF Filing System.

15. On Saturday, March 11, 2017 at approximately 7:15 a.m. EST, I filed the Documents on the CM/ECF Filing System and served all counsel of record again by ECF Notification. See Dkt. 70, Cigna and CHLIC's Motion to Dismiss; Dkt. 71, Cigna and CHLIC's Motion to Seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 13th day of March, 2017

/s/ Eleanor R. Farrell
Eleanor R. Farrell