IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and OPTUMRX, INC.,<br><br>Defendants. | Civil Action No. 3:16-cv-01702-WWE |

## NOTICE OF RELATED CASE

Pursuant to Rule 40(b)(2) of the United States District Court for the District of Connecticut's Local Rules of Civil Procedure, Defendants Cigna Corporation and Cigna Health and Life Insurance Company ("CHLIC") (collectively, the "Cigna Defendants") file this Notice of Related Case. The above-captioned consolidated action ("*Negron*") is related to a recently transferred case that is currently pending in the District of Connecticut: *Gail Davis v. OptumRx, Inc., Cigna Health and Life Insurance Company, and Does 1-10,* Case No. 3:17-cv-00375-WWE ("*Davis*").

*Davis* was initially filed in the Central District of California, where CHLIC tagged the action as related to *Negron* and *Perry v. Cigna Corporation, Cigna Health and Life Insurance Company, and OptumRx, Inc.*, Case No. 3:16-cv-1904 ("*Perry*"). *See* Dkt. 34, *Gail Davis v. OptumRx, Inc. et al.*, Case No. 8:16-cv-02165-DOC-JCG (C.D. Cal.). *Negron* and *Perry* were

consolidated for pretrial purposes on December 8, 2016 before your Honor, with *Negron* serving as the lead case and the consolidated proceedings using the *Negron* docket number.  On March 7, 2017, the United States District Court for the Central District of California transferred *Davis* to the United States District Court for the District of Connecticut under the first-to-file rule.  Dkt. 66, *Gail Davis v. OptumRx, Inc. et al.*, Case No. 8:16-cv-02165-DOC-JCG (C.D. Cal.).  On April 6, 2017, Judge Michael P. Shea transferred *Davis* to your Honor for all purposes including trial.  Dkt. 77, *Gail Davis v. OptumRx, Inc. et al.*, Case No. 3:17-cv-00375-WWE.

Dated:  April 11, 2017

Respectfully submitted,

*/s/ Michael C. D'Agostino*
Michael C. D'Agostino (ct17294)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  860-240-2731
Facsimile:  860-240-2800
michael.dagostino@morganlewis.com

*Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 11th day of April, 2017, a true and correct copy of the foregoing Notice of Related Case was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                     */s/ Michael C. D'Agostino*
                                                                     Michael C. D'Agostino