# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil No. 3:16-cv-1702 (WWE) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR
<u>ADMISSION *PRO HAC VICE* OF LISA VEASMAN</u>**

I, Lisa Veasman, a resident of the State of California, having been duly sworn, state as follows:

1. I am over eighteen (18) years of age.

2. I understand the obligations of an oath.

3. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071. My direct telephone number is +1.213.612.2500. My fax number is +1.213.612.2501. My email is lisa.veasman@morganlewis.com.

4. I make this affidavit pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d), and seek admission *pro hac vice* in the matter of *Kimberly A. Negron v. Cigna Corporation and Cigna Health and Life Insurance Company*, Civ. No. 3:16-cv-1702 (WWE), to represent Cigna Corporation and Cigna Health and Life Insurance Company (the "Cigna Defendants").

5. I am currently a member in good standing of the bar of the State of California. My California bar number is 259050.

6. I am also currently a member in good standing of the bars of the following courts (bar numbers, if assigned, have been listed, while "N/A" indicates that no bar number has been assigned): United States Court of Appeals for the Ninth Circuit (N/A), United States District Court for the Central District of California (N/A), United States District Court for the Northern District of California (N/A) and the United States District Court for the Eastern District of California (N/A).

7. I have no pending disciplinary complaints as to which a finding has been made that such complaints should proceed to a hearing.

8. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

9. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

10. Pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d)(1)(e), I designate Michael C. D'Agostino (ct7294), a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring my application *pro hac vice* and as my agent for service of process upon whom service of all papers shall be made. Pursuant to L. Civ. P. R. 83.1(d)(1), I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court; and

11. I make this affidavit based on my own personal knowledge.

_____  4/13/17
Lisa Veasman

COMMONWEALTH OF PENNSYLVANIA, *ss*:

Subscribed to and sworn to before me this _____ day of April, 2017.

_____
Notary Public

See attached

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____       _____
Signature of Document Signer No. 1         Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of **Los Angeles**

Subscribed and sworn to (or affirmed) before me on this **13th** day of **April**, 20**17**,
       Date         Month         Year
by
(1) **Lisa Veasman**
~~(and (2)~~ _____ ),
       Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature **Bernice E. Worley**
            Signature of Notary Public

[Notary Seal:
BERNICE E. WORLEY
Commission # 2067793
Notary Public - California
Los Angeles County
My Comm. Expires May 11, 2018]

Seal
Place Notary Seal Above

──────────── **OPTIONAL** ────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: **Affidavit in Support of Motion for Admission Pro Hac Vice**    Document Date: **4-13-17**
Number of Pages: **3**   Signer(s) Other Than Named Above: **none**

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910