# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil No. 3:16-cv-1702 (WWE) |

### DEFENDANTS' MOTION FOR ADMISSION
### *PRO HAC VICE* OF MARGARET M. MCDOWELL

Pursuant to L. Civ. R. 83.1(d), Defendants Cigna Corporation and Cigna Health and Life Insurance Company (the "Cigna Defendants"), by and through the undersigned counsel, a member in good standing of the bar of this Court, respectfully move for the admission of Margaret M. McDowell to represent the Cigna Defendants in this matter as a visiting attorney. The undersigned represents that Attorney McDowell is familiar with the issues that will be litigated in this action. The undersigned represents that the admission of Attorney McDowell would not require modification of any existing scheduling orders or deadlines.

In support of this Motion, the undersigned further states as follows:

1. Attorney McDowell is an attorney at the law firm Morgan, Lewis & Bockius LLP.

2. Attorney McDowell's office address is 1701 Market Street, Philadelphia, PA 19103. Her direct telephone number is +1.215.963.5616. Her fax number is +1.215.963.5001. Her email is margaret.mcdowell@morganlewis.com.

3. Attorney McDowell is currently a member in good standing of the bar of the Commonwealth of Pennsylvania.  Her Pennsylvania bar number is 322619.

4. Attorney McDowell is also currently a member in good standing of the bars of the following courts (bar numbers, if assigned, have been listed, while "N/A" indicates that no bar number has been assigned):  State of New Jersey (I.D. # 198652016), United States District Court for the Eastern District of Pennsylvania (N/A) and the United States District Court for the District of New Jersey (N/A).

5. Attorney McDowell has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. Attorney McDowell has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. Attorney McDowell has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. Attorney McDowell, pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d)(1), designates the undersigned, Michael C. D'Agostino (ct7294), a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring her application *pro hac vice* and as her agent for service of process upon whom service of all papers shall be made.  Attorney McDowell, pursuant to L. Civ. P. R. 83.1(d)(1), designates the District of Connecticut as the forum for the resolution of any dispute arising out of her admission to this Court.

9. The Affidavit of Margaret M. McDowell is attached hereto as Exhibit A in further support of this Motion pursuant to L. Civ. P. R. 83.1(d)(1). A Certificate of Good Standing from the Commonwealth of Pennsylvania will be filed promptly if this motion is granted.

Wherefore, the Cigna Defendants respectfully request that the Court grant this motion for admission *pro hac vice* of Margaret M. McDowell.

Dated:  April 19, 2017                    Respectfully submitted,


                                          */s/ Michael C. D'Agostino*
                                          Michael C. D'Agostino (ct7294)
                                          MORGAN, LEWIS & BOCKIUS LLP
                                          One State Street
                                          Hartford, CT  06103
                                          +1.860.240.2731 (Telephone)
                                          +1.860.240.2800 (Facsimile)
                                          michael.dagostino@morganlewis.com


                                          *Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael C. D'Agostino*
Michael C. D'Agostino (ct17294)