# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, | Civil No. 3:16-cv-1702 (WWE) |
| Plaintiff, | |
| vs. | |
| CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | |
| Defendants. | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR
## ADMISSION *PRO HAC VICE* OF MARGARET M. MCDOWELL

I, Margaret M. McDowell, a resident of the Commonwealth of Pennsylvania, having been duly sworn, state as follows:

1.     I am over eighteen (18) years of age.

2.     I understand the obligations of an oath.

3.     I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103.  My direct telephone number is +1.215.963.5616.  My fax number is +1.215.963.5001.  My email is margaret.mcdowell@morganlewis.com.

4.     I make this affidavit pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d), and seek admission *pro hac vice* in the matter of *Kimberly A. Negron v. Cigna Corporation and Cigna Health and Life Insurance Company*, Civil No. 3:16-cv-1702 (WWE), to represent Cigna Corporation and Cigna Health and Life Insurance Company (the "Cigna Defendants").

5.     I am currently a member in good standing of the bar of the Commonwealth of Pennsylvania.  My Pennsylvania bar number is 322619.

6.      I am also currently a member in good standing of the bars of the following courts (bar numbers, if assigned, have been listed, while "N/A" indicates that no bar number has been assigned):  State of New Jersey (I.D. # 198652016), United States District Court for the Eastern District of Pennsylvania (N/A) and the United States District Court for the District of New Jersey (N/A).

7.      I have no pending disciplinary complaints as to which a finding has been made that such complaints should proceed to a hearing.

8.      I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

9.      I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

10.     Pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d)(1)(e), I designate Michael C. D'Agostino (ct7294), a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring my application *pro hac vice* and as my agent for service of process upon whom service of all papers shall be made.  Pursuant to L. Civ. P. R. 83.1(d)(1), I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court; and

11.    I make this affidavit based on my own personal knowledge.

Margaret M. McDowell

COMMONWEALTH OF PENNSYLVANIA, *ss*:

Subscribed to and sworn to before me this ___11___ day of April, 2017.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Christine M. Grimm, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Feb. 23, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Notary Public

-3-