## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>                    Defendants. | Civil No. 3:16-cv-1702 (WWE) |

### CERTIFICATE OF GOOD STANDING FOR MARGARET M. McDOWELL



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Margaret Mary McDowell, Esq.*

**DATE OF ADMISSION**

*October 21, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 23, 2017

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

-2-

Dated:  April 20, 2017

                Respectfully submitted,

                */s/ Margaret M. McDowell*
                Margaret M. McDowell (phv08956 admitted *pro hac vice*)
                MORGAN, LEWIS & BOCKIUS LLP
                1701 Market Street
                Philadelphia, PA 19103
                +1.215.963.5000 (Telephone)
                +1.215.963.5001 (Facsimile)
                margaret.mcdowell@morganlewis.com

                Michael C. D'Agostino (ct17294)
                MORGAN, LEWIS & BOCKIUS LLP
                One State Street
                Hartford, CT  06103
                +1.860.240.2731 (Telephone)
                +1.860.240.2800 (Facsimile)
                michael.dagostino@morganlewis.com

                ***Attorneys for Defendants Cigna Corporation and***
                ***Cigna Health and Life Insurance Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2017, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Margaret M. McDowell
Margaret M. McDowell (phv08956 admitted *pro hac vice*)