UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Case No. 3:16-cv-1702-WWE (Consolidated)<br><br>April 21, 2017 |

## JOINT MOTION FOR ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION

The parties in the above-captioned action respectfully move this Court to enter the attached Stipulation and Proposed Order Regarding Discovery of Electronically Stored Information ("ESI"). The Proposed Order governs discovery procedures of all documents, ESI, and any other materials and information produced by the parties. The agreements and procedures outlined in the Proposed Order will clarify the parties' rights and obligations with respect to preserving, collecting, reviewing, and producing certain documents, including ESI, which will conserve judicial resources while promoting efficiencies moving forward.

Respectfully submitted,

| **Plaintiffs Kimberly A. Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol** | **Defendants Cigna Corporation and Cigna Health and Life Insurance Company** |
|---|---|
| s/ Robert A. Izard | s/ Eleanor R. Farrell* |
| Robert A. Izard (ct01601)<br>IZARD, KINDALL & RAABE, LLP<br>29 South Main Street, Suite 305<br>West Hartford, CT 06107<br>860-493-6292<br>860-493-6290 fax<br>rizard@ikrlaw.com | Joseph J. Costello<br>Eleanor R. Farrell, pro hac vice<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>215-963-5000<br>215-963-5001 fax<br>joseph.costello@morganlewis.com<br>eleanor.farrrell@morganlewis.com |

| | |
|---|---|
| | **Defendant OptumRx, Inc.** |
| William H. Narwold (ct00133) | |
| MOTLEY RICE LLC | |
| One Corporate Center | s/ Michelle S. Grant* |
| 20 Church Street, 17th Floor | Michelle S. Grant |
| Hartford, CT 06103 | DORSEY & WHITNEY LLP |
| 860-882-1681 | 50 South Sixth Street |
| 860-882-1682 fax | Suite 1500 |
| bnarwold@motleyrice.com | Minneapolis, MN 55402 |
| | (612) 340-2600 |
| | (612) 340-2868 fax |
| | grant.michelle@dorsey.com |

*(Signed with consent pursuant to § XI(D) of the Electronic Filing Policies & Procedures)