UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Case No. 3:16-cv-1702-WWE (Consolidated) |
| | April 21, 2017 |

## JOINT MOTION FOR PROTECTIVE ORDER

The parties in the above-captioned action respectfully move this Court to enter the attached Proposed Protective Order. The parties anticipate the production of certain information that the parties believe to be of a non-public, confidential, and sensitive nature, including, but not limited to, financial and/or business information. Thus, the parties believe that entry of the Proposed Protective Order will facilitate the prompt resolution of disputes over confidentiality, protect materials entitled to be kept confidential, and ensure that confidentiality will be afforded only to materials so entitled.

Respectfully submitted,

| | |
|---|---|
| **Plaintiffs Kimberly A. Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol** | **Defendants Cigna Corporation and Cigna Health and Life Insurance Company** |
| s/ Robert A. Izard | s/ Eleanor R. Farrell* |
| Robert A. Izard (ct01601) | Joseph J. Costello |
| IZARD, KINDALL & RAABE, LLP | Eleanor R. Farrell, pro hac vice |
| 29 South Main Street, Suite 305 | MORGAN, LEWIS & BOCKIUS LLP |
| West Hartford, CT 06107 | 1701 Market Street |
| 860-493-6292 | Philadelphia, PA 19103 |
| 860-493-6290 fax | 215-963-5000 |
| rizard@ikrlaw.com | 215-963-5001 fax |
| | joseph.costello@morganlewis.com |
| | eleanor.farrrell@morganlewis.com |

– 2 –

| | |
|---|---|
| William H. Narwold (ct00133)<br>MOTLEY RICE LLC<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>860-882-1681<br>860-882-1682 fax<br>bnarwold@motleyrice.com | **Defendant OptumRx, Inc.**<br><br>                s/ Michelle S. Grant*<br>Michelle S. Grant<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street<br>Suite 1500<br>Minneapolis, MN 55402<br>(612) 340-2600<br>(612) 340-2868 fax<br>grant.michelle@dorsey.com |

*(Signed with consent pursuant to § XI(D) of the Electronic Filing Policies & Procedures)