UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE CIGNA CORPORATION PBM LITIGATION

Case No. 3:16-cv-1702-WWE
(Consolidated)

April 21, 2017

## MOTION TO FILE CONSOLIDATED MEMORANDUM AND FOR EXTENSION OF PAGE LIMIT

Pursuant to Local Rule 7, Plaintiffs, by and through their undersigned attorneys, hereby respectfully move this Court for an extension of the page limitations to file a single memorandum of law in opposition to Defendants' two Motions to Dismiss. In support of this motion, Plaintiffs submit the following:

1.      Plaintiffs filed their consolidated amended complaint January 9, 2017. ECF No. 41.

2.      On March 10, 2017, Defendant OptumRx filed its Motion to Dismiss and accompanying thirty (30) page Memorandum of Law in Support of the Motion. ECF No. 68-69.

3.      On March 11, 2017, Defendant Cigna Corporation and Cigna Health and Life Insurance Company ("Cigna") filed their Motion to Dismiss and accompanying forty (40) page Memorandum of Law in Support of the Motion. ECF No. 70-71.

4.      Defendants OptumRx's and Cigna's Memoranda raise several complex issues, which Plaintiffs propose responding in a singular opposition not to exceed seventy (70) pages.

5.      Plaintiffs have conferred with Defendants and they do not object to the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion for Plaintiffs to file a single opposition memorandum not to exceed seventy (70) pages.

Dated: April 21, 2017

*s/ Robert A. Izard*

Robert A. Izard (ct01601)
*Plaintiffs' Interim Co-Lead Class Counsel*
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292
860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com


Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
212-223-6444
212-223-6334 fax
jguglielmo@scott-scott.com
calexander@scott-scott.com


Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT
LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
860-537-5537
860-537-4432 fax
ecomite@scott-scott.com

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 fax
bnarwold@motleyrice.com
mjasinski@motleyrice.com


Derek W. Loeser, pro hac vice
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
206- 623-1900
206-623-3384 fax
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com


Brian C. Gudmundson, pro hac vice
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-341-0400
612-341-0844 fax
brian.gudmundson@zimmreed.com


Karen Hanson Riebel, pro hac vice
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, pro hac vice pending
LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
516-699-8890
516-699-8968 fax
ronen@sarrafgentile.com
joseph@sarrafgentile.com


Andrew A. Lemmon
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
985-783-6789
985-783-1333 fax
andrew@lemmonlawfirm.com


- and -

650 Poydras Street, Suite 2335
New Orleans, LA 70130
504-581-5644
504-581-2156 fax

612-596-4097
612-339-0981 fax
khriebel@locklaw.com
kgmarttila@locklaw.com


Brad J. Moore
STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
206-448-1777
206-728-2131 fax
brad@stritmatter.com


Daniel K. Bryson
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
919-600-5000
919-600-5035 fax
dan@wbmllp.com
jeremy@wbmllp.com
*Additional Counsel for Plaintiffs*


E. Kirk Wood
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
205-908-4906
866-747-3905 fax
ekirkwood1@bellsouth.net

CERTIFICATE OF SERVICE

I, Robert A. Izard, certify that, on April 21, 2017, I caused a true and correct copy of the foregoing document to be served on counsel for all parties by filing it on the Court's CM/ECF system.

Executed this 21st day of April 2017 at West Harford, Connecticut.

*s/ Robert A. Izard*
Robert A. Izard
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com