# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Defendants. | Civil No. 3:16-cv-1702 (WWE) |

## CERTIFICATE OF GOOD STANDING FOR LISA VEASMAN

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 10, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LISA ROSE VEASMAN, #259050 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

-2-

Dated:  April 26, 2017

        Respectfully submitted,

        */s/ Lisa Veasman*
        Lisa Veasman (phv08957 admitted *pro hac vice*)
        MORGAN, LEWIS & BOCKIUS LLP
        300 South Grand Avenue
        Twenty-Second Floor
        Los Angeles, CA  90071-3132
        +1.213.612.2500 (Telephone)
        +1.213.612.2501 (Facsimile)
        lisa.veasman@morganlewis.com

        Michael C. D'Agostino (ct17294)
        MORGAN, LEWIS & BOCKIUS LLP
        One State Street
        Hartford, CT  06103
        +1.860.240.2731 (Telephone)
        +1.860.240.2800 (Facsimile)
        michael.dagostino@morganlewis.com

        ***Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2017, the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Lisa Veasman*
Lisa Veasman (phv08957 admitted *pro hac vice*)