UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Case No. 3:16-cv-1702-WWE (Consolidated)<br><br>May 1, 2017 |

## PLAINTIFFS' UNOPPOSED MOTION TO SEAL

Pursuant to Local Civil Rule 5(e)(4)(a), Plaintiffs respectfully move for an order permitting Plaintiffs to file under seal the unredacted version of their *Memorandum of Law in Opposition to Defendants' Motions to Dismiss* (the "Opposition"). The redacted portions of the Opposition contain information from certain agreements that were filed under seal by Defendants Cigna Corporation ("Cigna") and Cigna Health and Life Insurance Company ("CHLIC") (collectively, "Cigna") in support of their motion to dismiss. *See* ECF No. 72 (Order granting Cigna's motion to seal). Cigna maintains that these agreements are confidential and nonpublic. *See* Cigna's motion to seal, ECF No. 71. Defendants do not oppose this motion.

Accordingly, Plaintiffs respectfully request that the Court seal the unredacted version of the Opposition.

Dated: May 1, 2017

      *s/ Robert A. Izard*

| | |
|---|---|
| Robert A. Izard (ct01601) | William H. Narwold (ct00133) |
| *Plaintiffs' Interim Co-Lead Class Counsel* | *Plaintiffs' Interim Co-Lead Class Counsel* |
| Craig A. Raabe (ct04116) | Mathew Jasinski (ct27520) |
| Christopher M. Barrett (ct30151) | MOTLEY RICE LLC |
| IZARD, KINDALL & RAABE, LLP | One Corporate Center |
| 29 South Main Street, Suite 305 | 20 Church Street, 17th Floor |
| West Hartford, CT 06107 | Hartford, CT 06103 |
| 860-493-6292 | 860-882-1681 |
| 860-493-6290 fax | 860-882-1682 fax |
| rizard@ikrlaw.com | bnarwold@motleyrice.com |

<div style="columns:2">

craabe@ikrlaw.com
cbarrett@ikrlaw.com


Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
212-223-6444
212-223-6334 fax
jguglielmo@scott-scott.com
calexander@scott-scott.com


Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT
LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
860-537-5537
860-537-4432 fax
ecomite@scott-scott.com




Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
516-699-8890
516-699-8968 fax
ronen@sarrafgentile.com
joseph@sarrafgentile.com


Andrew A. Lemmon
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC

mjasinski@motleyrice.com

Derek W. Loeser, pro hac vice
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
206- 623-1900
206-623-3384 fax
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com


Brian C. Gudmundson, pro hac vice
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-341-0400
612-341-0844 fax
brian.gudmundson@zimmreed.com


Karen Hanson Riebel, pro hac vice
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, pro hac vice pending
LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
612-596-4097
612-339-0981 fax
khriebel@locklaw.com
kgmarttila@locklaw.com


Brad J. Moore
STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
206-448-1777
206-728-2131 fax
brad@stritmatter.com


Daniel K. Bryson
Jeremy R. Williams

</div>

| | |
|---|---|
| P.O. Box 904 | WHITFIELD, BRYSON & MASON, LLP |
| 15058 River Road | 900 W. Morgan Street |
| Hahnville, LA 70057 | Raleigh, NC 27603 |
| 985-783-6789 | 919-600-5000 |
| 985-783-1333 fax | 919-600-5035 fax |
| andrew@lemmonlawfirm.com | dan@wbmllp.com |
| | jeremy@wbmllp.com |
| - and - | *Additional Counsel for Plaintiffs* |
| 650 Poydras Street, Suite 2335 | E. Kirk Wood |
| New Orleans, LA 70130 | *Plaintiffs' Executive Committee Member* |
| 504-581-5644 | WOOD LAW FIRM, LLC |
| 504-581-2156 fax | P. O. Box 382434 |
| | Birmingham, AL 35238-2434 |
| | 205-908-4906 |
| | 866-747-3905 fax |
| | ekirkwood1@bellsouth.net |

Draft / Confidential / Attorney-Work Product

CERTIFICATE OF SERVICE

    I, Robert A. Izard, certify that, on May 1, 2017, I caused a true and correct copy of the foregoing document to be served on counsel for all parties by filing it on the Court's CM/ECF system.

    Executed this 1st day of May 2017 at West Harford, Connecticut.

                                             *s/ Robert A. Izard*
                                      Robert A. Izard
                                      IZARD, KINDALL & RAABE, LLP
                                      29 S. Main St., Suite 305
                                      West Hartford, CT 06107
                                      (860) 493-6292
                                      (860) 493-6290 fax
                                      rizard@ikrlaw.com