IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and OPTUMRX, INC.,<br><br>Defendants. | Civil Action No. 3:16-cv-01702-WWE |

**AGREED UPON MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY BRIEFS AND FOR ADDITIONAL PAGES AND EXTENSION OF TIME FOR PLAINTIFFS TO FILE SUR-REPLY**

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, and Roger Curol ("Plaintiffs"), Defendants Cigna Corporation and Cigna Health and Life Insurance Company (collectively, "Cigna"), and Defendant OptumRx, Inc. (collectively, "Defendants" and with Plaintiffs, "the Parties"), by and through their undersigned counsel, hereby move for (i) an extension of time up to and including June 12, 2017 for the Defendants to file their reply briefs, which shall not exceed twenty (20) pages; and (ii) an extension of time up to and including July 3, 2017 for the Plaintiffs to file a sur-reply (if they so choose), which shall not exceed ten (10) pages. In further support of this motion, the Parties state as follows:

1. Plaintiffs filed their consolidated amended complaint on January 9, 2017 (Dkt. 41).

2. On March 10, 2017, Defendant OptumRx filed its Motion to Dismiss and accompanying Memorandum of Law in Support of the Motion (Dkt. 68-69).

3. On March 11, 2017,[1] Defendant Cigna filed its Motion to Dismiss and accompanying Memorandum of Law in Support of the Motion (Dkt. 70-71).

4. Plaintiffs filed their sixty-nine (69) page consolidated Opposition to Defendants' Motions to Dismiss on May 1, 2017 (Dkt. 97).

5. Pursuant to the Court's Order granting Plaintiffs' Consent Motion for Extension of Time to File Opposition to Defendants' Motion to Dismiss (Dkt. 78), Defendants' reply briefs currently are due within twenty-one (21) days of the filing of the responsive brief to which the reply is being made, which would be on or before May 22, 2017. Additionally, Pursuant to D. Conn. L. Civ. R. 7(d), reply briefs must not exceed ten (10) pages in length without leave of court.

6. Given the number of claims and complexity of the issues addressed in Plaintiffs' sixty-nine page Opposition, the Parties have conferred and agree to a three (3) week extension for Defendants to file their reply briefs. Defendants' reply briefs will therefore be due on or before June 12, 2017. The Parties further agree to an additional ten (10) pages each for Cigna and OptumRx's reply briefs, so that each reply brief will not exceed twenty (20) pages.

7. The Parties have also conferred and agree that any sur-reply that Plaintiffs file will not exceed ten (10) pages and will be filed on or before July 3, 2017, within three (3) weeks of when Defendants file their reply briefs.

---

[1] Cigna's Motion to Dismiss and Memorandum of Law were filed on March 11, 2017 due to a technical failure of the Court's ECF system when Cigna attempted to file on March 10, 2017 (Dkt. 73).

8.     Pursuant to D. Conn. L. Civ. R. 7(b)(3), and as noted, the Parties have conferred and are in agreement as to the relief requested in this motion. This is the Parties' first motion for extension of time with respect to the Defendants' reply briefs and is the Parties' first motion for extension of time with respect to the Plaintiffs' sur-reply.

WHEREFORE, the Parties respectfully request that the Court grant this agreed upon motion and (a) allow Defendants to file their reply briefs, which shall not exceed twenty (20) pages, on or before June 12, 2017; and (b) allow Plaintiffs to file a sur-reply (if they so choose), which shall not exceed ten (10) pages, on or before July 3, 2017.

Dated this 16th day of May 2017.

Respectfully Submitted,

| | |
|---|---|
| /s/ Michael C. D'Agostino | /s/ Christopher M. Barrett |
| Michael C. D'Agostino (ct7294) | Robert A. Izard (ct01601) |
| MORGAN, LEWIS & BOCKIUS LLP | *Plaintiffs' Interim Co-Lead Class Counsel* |
| One State Street | Craig A. Raabe (ct04116) |
| Hartford, CT 06103 | Christopher M. Barrett (ct30151) |
| Telephone:  860-240-2731 | IZARD, KINDALL & RAABE, LLP |
| Facsimile:  860-240-2800 | 29 South Main Street, Suite 305 |
| michael.dagostino@morganlewis.com | West Hartford, CT 06107 |
| | Telephone:  860-493-6292 |
| Joseph J. Costello (*pro hac vice*) | Facsimile: 860-493-6290 |
| Brian W. Shaffer (*pro hac vice*) | rizard@ikrlaw.com |
| Eleanor R. Farrell (*pro hac vice*) | craabe@ikrlaw.com |
| Matthew Klayman (*pro hac vice*) | cbarrett@ikrlaw.com |
| MORGAN, LEWIS & BOCKIUS LLP | |
| 1701 Market Street | William H. Narwold (ct00133) |
| Philadelphia, PA 19103 | *Plaintiffs' Interim Co-Lead Class Counsel* |
| Telephone:  215-963-5000 | Mathew Jasinski, (ct27520) |
| Facsimile:  215-963-5001 | MOTLEY RICE LLC |
| joseph.costello@morganlewis.com | One Corporate Center |
| brian.shaffer@morganlewis.com | 20 Church Street, 17th Floor |
| eleanor.farrell@morganlewis.com | Hartford, CT 06103 |
| matthew.klayman@morganlewis.com | Telephone:  860-882-1681 |
| | Facsimile:   860-882-1682 |
| *Attorneys for Defendants Cigna and CHLIC* | bnarwold@motleyrice.com |
| | mjasinski@motleyrice.com |

-3-

/s/ Michelle S. Grant_____
Michelle S. Grant (*Pro Hac Vice*)
William R. Stoeri (*Pro Hac Vice*)
Andrew Holly (*Pro Hac Vice)*
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN  55402-1498
Telephone:     (612) 340-2600
Facsimile:      (612) 340-2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8206
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, *pro hac vice*
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:   212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  860-537-5537
Facsimile:   860-537-4432
ecomite@scott-scott.com

Derek W. Loeser, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, *pro hac vice*
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206- 623-1900
Facsimile:   206-623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, *pro hac vice*
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:   612-341-0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, *pro hac vice*
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC

P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985-783-6789
Facsimile:  985-783-1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504-581-5644
Facsimile:  504-581-2156
andrew@lemmonlawfirm.com

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile, *pro hac vice*
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516-699-8890
Facsimile:  516-699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, *pro hac vice*
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-908-4906
Facsimile:  866-747-3905
ekirkwood1@bellsouth.net

Karen Hanson Riebel, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, *pro hac vice*
LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:  612-596-4097
Facsimile:  612-339-0981
khriebel@locklaw.com
kmarttila@locklaw.com

**SO ORDERED this \_\_\_ day of _____, 2017.**

_____
**WARREN W. EGINTON
UNITED STATES DISTRICT JUDGE**