UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Case No. 3:16-cv-1702-WWE (Consolidated)<br><br>June 19, 2017 |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE SUR-REPLY MEMORANDUM IN FURTHER OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiffs Kimberly A. Negron, Daniel Perry, Courtney Gallagher, Nina Curol, and Roger Curol respectfully request that the deadline to file their sur-reply memorandum in further opposition to Defendants'[1] motions to dismiss, currently set for **July 3, 2017**, be extended by seven days to **July 10, 2017**.  Defendants consent to the relief requested herein.  Good cause exists for such extension, and in support of this motion, the undersigned states as follows:

1. Defendants filed their motions to dismiss the Consolidated Complaint on March 11, 2017 (ECF Nos. 68 and 70).

2. Plaintiffs filed their oppositions to Defendants' motions to dismiss on May 1, 2017 (ECF Nos. 96 and 97).

3. Defendants filed their reply memorandum in support of their motions to dismiss on June 12, 2017 (ECF Nos. 103 and 104).

4. Plaintiffs' counsel requires additional time to prepare proper responses to the numerous legal arguments raised by Defendants in support of their motions, and the June 26, 2017 deadline cannot reasonably be met despite the diligence of Plaintiffs' counsel.

---

[1] Defendants are Cigna Corporation, Cigna Health and Life Insurance Company, and OptumRx, Inc.

5. For this reason, Plaintiffs request an additional 7 days within which to file their sur-reply.

6. The undersigned has inquired of opposing counsel and Defendants do not object to the relief requested herein.

7. This is the first motion to extend the time within which Plaintiffs must file their sur-reply in further opposition to Defendants' motions to dismiss.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion, extending the deadline to file their sur-reply in further opposition to Defendants' motions to dismiss by 7 days to July 10, 2017.

Dated: June 19, 2017  Respectfully submitted,

                *s/ Robert A. Izard*
Robert A. Izard (ct01601)
*Plaintiffs' Interim Co-Lead Class Counsel*
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292
860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 fax
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
212-223-6444
212-223-6334 fax
jguglielmo@scott-scott.com
calexander@scott-scott.com


Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
860-537-5537
860-537-4432 fax
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
206- 623-1900
206-623-3384 fax
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-341-0400
612-341-0844 fax
brian.gudmundson@zimmreed.com

Andrew A. Lemmon

*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
985-783-6789
985-783-1333 fax
andrew@lemmonlawfirm.com

- and -

650 Poydras Street, Suite 2335
New Orleans, LA 70130
504-581-5644
504-581-2156 fax

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
516-699-8890
516-699-8968 fax
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
205-908-4906
866-747-3905 fax
ekirkwood1@bellsouth.net

Karen Hanson Riebel, pro hac vice
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, pro hac vice pending
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
612-596-4097
612-339-0981 fax
khriebel@locklaw.com

- 4 -

kgmarttila@locklaw.com

Brad J. Moore
STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
206-448-1777
206-728-2131 fax
brad@stritmatter.com

Daniel K. Bryson
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
919-600-5000
919-600-5035 fax
dan@wbmllp.com
jeremy@wbmllp.com
*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Robert A. Izard, certify that, on June 19, 2017, I caused a true and correct copy of the foregoing document to be served on counsel for all parties by filing it on the Court's CM/ECF system.

Executed this 19th day of June 2017 at West Harford, Connecticut.

*s/ Robert A. Izard*
Robert A. Izard
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
(860) 493-6292
rizard@ikrlaw.com