UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Case No. 3:16-cv-1702-WWE |

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record

PLEASE TAKE NOTICE that I am admitted to practice in this Court and appear in this case as counsel for all plaintiffs.

Dated: July 17, 2017

Respectfully submitted,

/s/ Ronen Sarraf
Ronen Sarraf (ct27506)
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
(516) 699-8890
(516) 699-8968 fax

Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I, Ronen Sarraf, certify that on July 17, 2017, I caused a true and correct copy of the foregoing to be served electronically on all counsel of record registered for electronic service for this case.

Executed this 17th day of July 2017 at Great Neck, New York.

/s/ Ronen Sarraf
Ronen Sarraf (ct27506)
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
(516) 699-8890
(516) 699-8968 fax