IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>      Defendants. | Civil No. 3:16-cv-1702 (WWE) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of the undersigned attorney on behalf of Defendants Cigna Corporation and Cigna Health and Life Insurance Company in the above-referenced action.

Dated: July 26, 2017

    */s/ Michael D. Blanchard*
    Michael D. Blanchard (ct 25891)
    MORGAN, LEWIS & BOCKIUS LLP
    One State Street
    Hartford, CT  06103
    +1.860.240.2945 (Telephone)
    +1.860.240.2800 (Facsimile)
    michael.blanchard@morganlewis.com

    ***Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company***