## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2017, the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                              */s/ Michael D. Blanchard*
                                              Michael D. Blanchard (ct 25891)
                                              MORGAN, LEWIS & BOCKIUS LLP