IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>       Defendants. | Civil No. 3:16-cv-1702 (WWE) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw his appearance on behalf of the Defendants Cigna Corporation and Cigna Health and Life Insurance Company ("CIGNA"). There is good cause for the Court to grant this motion because CIGNA continues to be represented by Attorneys Brian W. Shaffer; Eleanor R. Farrell; Evan K. Jacobs; Joseph J. Costello; Lisa Rose Veasman; Margaret M. McDowell; Matthew D. Klayman and Michael D. Blanchard of Morgan, Lewis & Bockius, LLP, all of whom have entered appearances in this case. CIGNA has expressly provided its consent to the undersigned's withdrawal.

**WHEREFORE**, the undersigned hereby moves that his appearance be withdrawn.

-2-

Dated:  August 2, 2017                    Respectfully submitted,

*/s/ Michael C. D'Agostino*
Michael C. D'Agostino (ct17294)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT  06103-3178
Tel:  +1.860.240.2731
Fax:  +1.860.240.2701
Email:  michael.dagostino@morganlewis.com

***Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company***