## **CERTIFICATE OF SERVICE**

I, Michael C. D'Agostino, hereby certify that on this 2nd day of August, 2017, the foregoing Motion to Withdraw Appearance was filed via the Court's CM/ECF system which caused electronic notification upon all counsel of record.

>                             */s/ Michael C. D'Agostino*
>                             Michael C. D'Agostino