## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

KIMBERLY A. NEGRON, Individually and on
Behalf of All Others Similarly Situated, DANIEL
PERRY, Individually and on Behalf of All Others
Similarly Situated, COURTNEY GALLAGHER,
Individually and on Behalf of All Others Similarly
Situated, NINA CUROL, Individually and on
Behalf of All Others Similarly Situated, and
ROGER CUROL, Individually and on Behalf of
All Others Similarly Situated,

                        Plaintiffs,

      v.

CIGNA CORPORATION, CIGNA HEALTH
AND LIFE INSURANCE COMPANY and
OPTUMRX, INC.,

                  Defendants.

Civil No. 3:16-cv-1702 (WWE)

## ASSENTED TO MOTION FOR PERMISSION TO
## EXCUSE LOCAL COUNSEL FROM PROCEEDING

Pursuant to Rule 83.1(d)(2) of the Local Civil Rules of the United States District Court

for the District of Connecticut, Defendants Cigna Corporation and Cigna Health and Life

Insurance Company (collectively, the "Cigna Defendants") move the Court for permission to

excuse Connecticut counsel, Michael D. Blanchard, from attendance in Court at the hearing

scheduled for September 14, 2017.  In support hereof, Mr. Blanchard represents as follows:

      1.     Mr. Blanchard, who is admitted to practice in the United States District Court for

the District of Connecticut (ct25891), has appeared on behalf of the Cigna Defendants.

      2.     The Court has granted motions to admit Joseph J. Costello (ct14917), Brian W.

Shaffer (phv08654), Lisa R. Veasman (phv08957), Eleanor R. Farrell (phv08309), Evan K.

Jacobs (phv08655), Matthew D. Klayman (phv08656), and Margaret M. McDowell (phv08956) as visiting attorneys on behalf of the Cigna Defendants.

3.      Local Rule 83.1(d)(2) provides that a sponsoring (i.e., local) attorney may apply to be excused from attendance in Court and participation in other proceedings before the Court. Local Rule 83.1(d)(2) further provides that a sponsoring attorney who is excused is not thereby relieved of any other obligation of an appearing attorney.

4.      Mr. Blanchard has a previously scheduled commitment to be in Chicago from September 13 through September 16, 2017, and therefore requests permission to be excused for the hearing scheduled for September 14, 2017.

5.      Counsel for the Cigna Defendants raised this request with counsel for Plaintiffs, who consented to it.

6.      Mr. Blanchard acknowledges that pursuant to Local Rule 83.1(d)(2), he will not be relieved of any other obligations.

WHEREFORE, Defendants Cigna Corporation and Cigna Health and Life Insurance Company seek an order from this Court excusing Connecticut counsel Michael D. Blanchard from attendance in Court at the hearing scheduled for September 14, 2017.

Dated:  September 7, 2017

*/s/ Michael D. Blanchard*
Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT  06103
+1.860.240.2945 (Telephone)
+1.860.240.2800 (Facsimile)
michael.blanchard@morganlewis.com

***Attorneys for Defendants Cigna Corporation and Cigna Health and Life Insurance Company***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2017, the foregoing Assented to Motion for Permission to Excuse Local Counsel from Proceeding was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ Michael D. Blanchard*
Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP