Civil- (Dec-2008)

HONORABLE: Warren W. Eginton
DEPUTY CLERK: Kristen Gould
RPTR/ECRO/TAPE: BCT Reporting
TOTAL TIME: 1 hours 5 minutes
DATE: 9/14/2017   START TIME: 11:00am   END TIME: 12:05pm
LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:16-cv-01702-WWE

Negron

vs

CIGNA Corporation et al

Plaintiff's Counsel: Craig Raabe, Carey Alexander, William Narwold, Joseph Guglielmo, Robert Izard, Jr.

Defendant's Counsel: Joseph Costello, Eleanor Farrell, Brian Shaffer, Michelle Grant, Theodore Tucci.

## COURTROOM MINUTES- CIVIL

☑ Motion hearing
☐ Show Cause Hearing
☐ Evidentiary Hearing
☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... #68 Motion MOTION to Dismiss   ☐ granted ☐ denied ☑ advisement
☑ ..... #70 Motion MOTION to Dismiss Plaintiffs' Consolidated Complaint   ☐ granted ☐ denied ☑ advisement
☐ ..... # ___ Motion   ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion   ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion   ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion   ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion   ☐ granted ☐ denied ☐ advisement

☐ ..... ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ..........   ☐ filed ☐ docketed
☐ ..........   ☐ filed ☐ docketed
☐ ..........   ☐ filed ☐ docketed
☐ ..........   ☐ filed ☐ docketed
☐ ..........   ☐ filed ☐ docketed
☐ ..........   ☐ filed ☐ docketed
☐ ..........   Hearing continued until ____ at ____

Notes: