**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Civil Action No. 3:16-cv-01702-WWE |

**NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**AS TO DEFENDANT CIGNA CORPORATION**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Kimberly A. Negron, Daniel Perry, Courtney Gallagher, Nina Curol, and Roger Curol hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, as to Defendant Cigna Corporation only.

Defendant Cigna Corporation has filed neither an answer nor a motion for summary judgment. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Respectfully submitted on October 5, 2017.

/s/ *Robert A. Izard*

| | |
|---|---|
| Robert A. Izard (ct01601) | William H. Narwold (ct00133) |
| *Plaintiffs' Interim Co-Lead Class Counsel* | *Plaintiffs' Interim Co-Lead Class Counsel* |
| Craig A. Raabe (ct04116) | Mathew Jasinski, (ct27520) |
| Christopher M. Barrett (ct30151) | MOTLEY RICE LLC |
| IZARD, KINDALL & RAABE, LLP | One Corporate Center |
| 29 South Main Street, Suite 305 | 20 Church Street, 17th Floor |
| West Hartford, CT 06107 | Hartford, CT 06103 |
| Telephone: 860-493-6292 | Telephone: 860-882-1681 |
| Facsimile: 860-493-6290 | Facsimile: 860-882-1682 |
| rizard@ikrlaw.com | bnarwold@motleyrice.com |
| craabe@ikrlaw.com | mjasinski@motleyrice.com |
| cbarrett@ikrlaw.com | |

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander (*Pro Hac Vice*)
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:   212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Andrew A. Lemmon (*Pro Hac Vice*)
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985-783-6789
Facsimile:   985-783-1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504-581-5644
Facsimile:   504-581-2156
andrew@lemmonlawfirm.com

E. Kirk Wood (*Pro Hac Vice*)
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-908-4906
Facsimile:   866-747-3905
ekirkwood1@bellsouth.net

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  860-537-5537
Facsimile:   860-537-4432
ecomite@scott-scott.com

Derek W. Loeser (*Pro Hac Vice*)
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist (*Pro Hac Vice*)
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206- 623-1900
Facsimile:   206-623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson (*Pro Hac Vice*)
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:   612-341-0844
brian.gudmundson@zimmreed.com

Ronen Sarraf (ct27506)
*Plaintiffs' Executive Committee Member*
Joseph Gentile (*Pro Hac Vice*)
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516-699-8890
Facsimile:   516-699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

Karen Hanson Riebel (*Pro Hac Vice*)
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, *pro hac vice*
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:  612-596-4097
Facsimile:   612-339-0981
khriebel@locklaw.com
kmarttila@locklaw.com

## CERTIFICATE OF SERVICE

I, Robert A. Izard, certify that, on October 5, 2017, I caused a true and correct copy of the foregoing document to be served on counsel for all parties by filing it on the Court's CM/ECF system.

Executed this 5th day of October 2017 at West Harford, Connecticut.

                                        */s/ Robert A. Izard*
                                        Robert A. Izard (ct01601)
                                        IZARD, KINDALL & RAABE, LLP
                                        29 S. Main St., Suite 305
                                        West Hartford, CT 06107
                                        (860) 493-6292
                                        rizard@ikrlaw.com