UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

IN RE CIGNA CORPORATION
PBM LITIGATION

No. 3:16-cv-1702-WWE
(Consolidated)

October 5, 2017

## MOTION TO SEAL EXCERPTS OF DEFENDANTS'
## ANSWERS TO INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5(e), Plaintiffs, respectfully move for an order allowing the filing under seal of unredacted versions of (1) an excerpted copy of Cigna Corporation and Cigna Health and Life Insurance Company's (collectively, "Cigna") Answer to Interrogatory 1, which is attached as Exhibits C to Plaintiffs' *Supplemental Memorandum of Law in Opposition to Defendants' Motions to Dismiss* ("*Supplemental Memorandum*"); (2) an excerpted copy of OptumRx Inc.'s ("Optum Rx") Answers to Interrogatories 1 and 2, which is attached as Exhibit D to Plaintiff's *Supplemental Memorandum* (together, "Defendants' interrogatory answers"); and (3) Plaintiff's *Supplemental Memorandum*, in which information from Defendants' interrogatory answers has been redacted in the publicly filed version.

Plaintiffs  seeks to file these documents under seal because Defendants designated their interrogatory answers as confidential pursuant to the Protective Order (ECF No. 92).  By designating its interrogatory answers as "CONFIDENTIAL–ATTORNEY'S EYES ONLY," Cigna maintains that it reasonably and in good faith believes the information contained therein is so highly sensitive that its disclosure to a competitor could result in significant competitive or commercial disadvantage to the designating party.

1

By designating its interrogatory answers as "CONFIDENTIAL," OptumRx maintains that the information contained therein has not been made public and that OptumRx in good faith believes such information contains or comprises (a) trade secrets, (b) proprietary or otherwise sensitive nonpublic business information, (c) information implicating an individual's legitimate expectation of privacy, or (d) "protected health information" as defined in 45 C.F.R. §§ 160.103 and 164.501.

Accordingly, Plaintiffs respectfully request an order allowing the filing under seal of unredacted versions of excerpted copies of Defendants' interrogatory answers and Plaintiffs' *Supplemental Memorandum*.

Dated: October 5, 2017

Respectfully submitted,

*s/ Robert A. Izard*

Robert A. Izard (ct01601)
*Plaintiffs' Interim Co-Lead Class Counsel*
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292
860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
212-223-6444
212-223-6334 fax

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 fax
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Derek W. Loeser, pro hac vice
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
206- 623-1900
206-623-3384 fax
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com
Brian C. Gudmundson, pro hac vice

jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT
LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
860-537-5537
860-537-4432 fax
ecomite@scott-scott.com

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
516-699-8890
516-699-8968 fax
ronen@sarrafgentile.com
joseph@sarrafgentile.com

Andrew A. Lemmon
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
985-783-6789
985-783-1333 fax
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130

E. Kirk Wood
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
205-908-4906
866-747-3905 fax
ekirkwood1@bellsouth.net

*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-341-0400
612-341-0844 fax
brian.gudmundson@zimmreed.com

Karen Hanson Riebel, pro hac vice
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, pro hac vice pending
LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
612-596-4097
612-339-0981 fax
khriebel@locklaw.com
kgmarttila@locklaw.com

Brad J. Moore
STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
206-448-1777
206-728-2131 fax
brad@stritmatter.com

Daniel K. Bryson
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
919-600-5000
919-600-5035 fax
dan@wbmllp.com
jeremy@wbmllp.com
*Additional Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I, Robert A. Izard, certify that, on October, 5, 2017, I caused a true and correct copy of the foregoing document to be served electronically on all counsel of record registered for electronic service for this case.

Executed this 5th day of October 2017 at West Harford, Connecticut.

*s/ Robert A. Izard*
Robert A. Izard
Izard, Kindall & Raabe, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com