UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | No. 3:16-cv-1702 (Consolidated) |
| JEFFREY NEUFELD, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and CARECENTRIX, INC.,<br><br>                Defendants. | No. 3:17-cv-1693<br><br>October 6, 2017 |

**NOTICE OF POTENTIALLY RELATED CASE**

      PLEASE TAKE NOTICE that *Neufeld v. Cigna Health and Life Insurance Company, et al.*, No. 3:17-cv-1693, which was filed today, may be related to the two class actions (1) *Negron v. Cigna Health and Life Insurance Company, et al.*, No. 3:16-cv-1702 and (2) *Perry v. Cigna Health and Life Insurance Company, et al.*, No. 3:16-cv-1904, filed in October 2016 and currently consolidated (under No. 3:16-cv-1702) before the Honorable Warren W. Eginton. In those cases, the Motions to Dismiss have been fully briefed and argued, and document discovery is underway.

      The allegations in all three matters (*Perry*, *Negron*, and *Neufeld*) concern Cigna's scheme to overcharge participants in Cigna health insurance plans in violation of the plan language. The cases all concern essentially the same language in the same plans and the same corporate decision making and policies. The main difference between the cases is that *Perry* and *Negron*

concern retail and mail-order prescription drugs while *Neufeld* concerns other services (*e.g.*, home healthcare services) and products (*e.g.*, durable medical equipment). Additionally, CareCentrix is not a Defendant in *Perry* and *Negron*. Due the potential relatedness of the cases, Local Rule 40 suggests that the later-filed *Neufeld* case could be transferred to Judge Eginton. *See* L.R. 40(b)(1)(a) ("the later-filed case should normally be transferred to the Judge having the earliest filed case that remains pending.").[1]

Respectfully submitted,

Dated: October 6, 2017

/s/ *Robert A. Izard*
Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
**IZARD, KINDALL & RAABE, LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860-493-6292
Facsimile: 860-493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

Ronen Sarraf
Joseph Gentile
**SARRAF GENTILE LLP**
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516-699-8890
Facsimile: 516-699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

William H. Narwold (ct00133)
Mathew Jasinski, (ct27520)
**MOTLEY RICE LLC**
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-882-1681
Facsimile: 860-882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

---

[1] Plaintiff is unclear as to whether the *Neufeld* action is sufficiently related to warrant transfer and, therefore, did not list the prior cases on the Civil Action Cover Sheet but, instead, filed this Notice pursuant to L.R. 40(b)(2). He leaves the issue of relatedness to the Court's discretion.