

**Craig A. Raabe**
craabe@ikrlaw.com

December 22, 2017

*Via ECF*
The Honorable Warren W. Eginton
United States Courthouse
915 Lafayette Boulevard, 2nd Floor Annex
Bridgeport, CT 06604

    RE:  *In re Cigna Corporation PBM Litigation*, 3:16-cv-01702-WWE (D. Conn.)

Dear Judge Eginton:

Late yesterday, Plaintiffs received a Notice of Supplemental Authority from Cigna Health and Life Insurance Company ("Cigna"). This letter is to advise the Court that Plaintiffs intend to file a response to Cigna's Notice. Lead counsel for Plaintiffs will be traveling for the holidays beginning today, so we intend to file a response by no later than January 5, 2017.

Thank you for your consideration.

Respectfully,

s/ Craig A. Raabe


cc:  All counsel of record (via ECF)