# Exhibit A

## PLAN FIDUCIARY PROVISIONS

> **Discretionary Authority**
>
> The Plan Administrator delegates to Cigna the discretionary authority to interpret and apply plan terms and to make factual determinations in connection with its review of claims under the plan. Such discretionary authority is intended to include, but not limited to, the determination of the eligibility of persons desiring to enroll in or claim benefits under the plan, the determination of whether a person is entitled to benefits under the plan, and the computation of any and all benefit payments. The Plan Administrator also delegates to Cigna the discretionary authority to perform a full and fair review, as required by ERISA, of each claim denial which has been appealed by the claimant or his duly authorized representative.

Appx. 161 (Gallagher); Appx. 323 (Negron); Appx. 457 (Perry); Appx. 518 (Perry); PERRY 000053 (Perry)