# Exhibit B

# Exhibit B

# PLAN COST-SHARING TERMS

> **Prescription Drug Benefits**
>
> **For You and Your Dependents**
>
> **Covered Expenses**
>
> If you or any one of your Dependents, while insured for Prescription Drug Benefits, incurs *__expenses for charges made by a Pharmacy,__* for Medically Necessary Prescription Drugs or Related Supplies ordered by a Physician, *__Cigna will provide coverage for those expenses__* as shown in the Schedule. Coverage also includes Medically Necessary Prescription Drugs and Related Supplies dispensed for a prescription issued to you or your Dependents by a licensed dentist for the prevention of infection or pain in conjunction with a dental procedure. [Emphasis added.]

Appx. 139 (Gallagher); Appx. 303 (Negron); Appx. 437 (Perry); Appx. 498 (Perry); PERRY00032 (Perry).

**Copayment / Coinsurance Provisions**

> **For You and Your Dependents**
>
> This plan provides Prescription Drug benefits for Prescription Drugs and Related Supplies provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you and your Dependents may be required to pay a *__portion of the Covered Expenses__* for Prescription Drugs and Related Supplies. That portion includes any applicable Copayment, Deductible and/or Coinsurance. [Emphasis added.]

Appx. 137 (Gallagher); Appx. 301 (Negron); Appx. 435 (Perry); Appx. 496 (Perry); PERRY00030 (Perry).

> You and your covered Dependent(s) (the Member) may be required *__to pay a portion of Covered Expenses__* for Prescription Drugs and Related Supplies. That portion includes any applicable deductible, copay or coinsurance. [Emphasis added.]

Appx. 17 (Curols)

**Participants should pay only a "portion" of "charges made by a Pharmacy"**

**Spread paid by participants exceeds 100% portion of "charges made by a pharmacy"**

## Copayment Plans

> **Copayments**
> Copayments are expenses to be paid by you or your Dependent for Covered Prescription Drugs and Related Supplies.

Appx. 301 (Negron); Appx. 301 (Negron); Appx. 435 (Perry); Appx. 496 (Perry); PERRY00030 (Perry).

> In no event will the applicable copay or coinsurance paid by you and your covered Dependent(s) for the Prescription Drug or Related Supply exceed the amount paid by the Plan or the Pharmacy's Usual and Customary (U&C) charge. Usual and Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts the Pharmacy usually applies to its customers, regardless of the customer's payment source.

> **Copays**
> A copay is the amount you and your covered Dependent(s) are required to pay for covered Prescription Drugs and Related Supplies charges under this Plan.
>
> A charge is the amount charged by Cigna to the Plan when the Pharmacy is a Network Pharmacy, and it means the actual billed charges when the Pharmacy is not a Network Pharmacy.
>
> If the cost of a Prescription Drug or Related Supply is less than the copay, then you and your covered Dependent(s) pay 100% of the cost.

Appx. 17 (Curols)

> In no event will the Copayment or Coinsurance for the Prescription Drug or Related Supply exceed the amount paid by the plan to the Pharmacy, or the Pharmacy's Usual and Customary (U&C) charge. Usual & Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts that Pharmacy usually applies to its customers regardless of the customer's payment source.

Appx. 304 (Negron); Appx. 438 (Perry); Appx. 499 (Perry).

**Spread paid by participants exceeds "the amount paid by the plan to the Pharmacy"**[1]

---

[1] Technically, the Plan never pays anything when a participant is charged Spread because the participant pays the pharmacy in full. The plan pays only when the pharmacy is due more than the participant cost-share amount. Cigna Memorandum in Support of Motion to dismiss at 8, fn, 6. So, technically, the cost-share amount should be zero. In any event, no one should pay more for the drug than the amount paid to the pharmacy.

## Coinsurance Plans

| |
|---|
| **Coinsurance** <br> The term Coinsurance means the percentage of Charges for covered Prescription Drugs and Related Supplies that you or your Dependent are required to pay under this plan. |
| **Charges** <br> The term Charges means the discounted amount that the pharmacy benefits manager makes available to the Insurance Company with respect to Participating Pharmacies, and it means the actual billed charges when the Pharmacy is a non-Participating Pharmacy. |

Appx. 137 (Gallagher)

**Coinsurance payments should not be based on charges that exceed the discounted amount paid to the pharmacy**