UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Case No. 3:16-cv-1702-WWE (Consolidated) |
| | February 2, 2018 |

**PLAINTIFFS' SUR-REPLY CONCERNING DEFENDANTS' MEMORANDA IN RESPONSE TO THE COURT'S ORDER CONCERNING BRIEFING ON ERISA AND RICO ISSUES**

In response to the Court's January 5, 2018 Order (ECF 130), Defendants separately filed briefs on February 1, 2018 (ECF Nos. 134 and 135). Plaintiffs respectfully submit this Sur-Reply to address one issue not covered in their prior filings: the allegations of fiduciary conduct in the Complaints in this case and in *In re: UnitedHealth Group PBM Litigation* ("*United*"), and the consideration of those issues by the *United* court.

Defendants correctly note the similarity between certain allegations in the Complaint in this case and in *United*. *See* Optum Memorandum at 4 (ECF No. 134) (noting paragraph 153 of the *United* Complaint); Cigna Memorandum at 7-8 (ECF No. 135) (noting paragraphs 153-155 of the *United* Complaint). But, the *United* decision ignores these paragraphs (any many others) in its discussion of fiduciary status. Instead, it cites only to paragraph 58, which simply alleges background information as to the mechanics of drug claim processing. Paragraph 58 contains no specific allegations concerning United or Optum or, more importantly, their fiduciary status. *United* at 19-20. Accordingly, it does not appear that the *United* court considered (much less analyzed) the many other relevant fiduciary duty paragraphs contained in the *United* Complaint in reaching its decision.

1

Moreover, neither this case (nor *United*) involved a "mistake" that resulted in an incorrect instantaneous calculation. *See United* at 20. To the contrary, in this case: "Defendants had and exercised discretion to determine the amount of and require the payment of this additional undisclosed compensation [*i.e.*, the excessive copayments, coinsurance, deductible payments], as well as whether to disclose it—or require its concealment." Consolidated Complaint ¶ 107 [ECF 41]; *see also, e.g.*, ¶¶ 9-15 (describing how Defendants "exercised their unilateral discretion" to charge more than the Plans allowed); 62-68 (generally describing the overcharge scheme and gag clauses); 69 (providing numerous specific examples of the exercise of fiduciary authority and control that resulted in overcharges); 92-95 (describing cost-sharing limitations that Defendants exercised unilateral discretion to violate); 104-109 (describing in detail how Defendants "*exercised* discretionary authority and control" by, among many things, "requir[ing] pharmacies to charge patients more for drugs than they should have been charged pursuant to the terms of the ERISA Plans"(emphasis in original)); 111-115 (describing in detail how Cigna delegated fiduciary authority and control to Optum and Argus to overcharge Plan participants). Because the *United* court apparently did not consider allegations of this type, it should not be relied upon by this Court. Moreover, unlike the *United* court, which dismissed without leave to amend, to the extent this Court has concerns with the adequacy of the Complaint, Plaintiffs respectfully request leave to amend.

Dated: February 2, 2018

*s/ Robert A. Izard*

Robert A. Izard (ct01601)　　　　　　　　William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*　　*Plaintiffs' Interim Co-Lead Class Counsel*
Craig A. Raabe (ct04116)　　　　　　　　Mathew Jasinski (ct27520)
Christopher M. Barrett (ct30151)　　　　　MOTLEY RICE LLC
IZARD, KINDALL & RAABE, LLP　　　　One Corporate Center

| | |
|---|---|
| 29 South Main Street, Suite 305<br>West Hartford, CT 06107<br>860-493-6292<br>860-493-6290 fax<br>rizard@ikrlaw.com<br>craabe@ikrlaw.com<br>cbarrett@ikrlaw.com | 20 Church Street, 17th Floor<br>Hartford, CT 06103<br>860-882-1681<br>860-882-1682 fax<br>bnarwold@motleyrice.com<br>mjasinski@motleyrice.com |
| Joseph P. Guglielmo (ct27481)<br>*Plaintiffs' Executive Committee Chair*<br>Carey Alexander, pro hac vice<br>SCOTT+SCOTT,<br>ATTORNEYS AT LAW, LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>212-223-6444<br>212-223-6334 fax<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com | Derek W. Loeser, pro hac vice<br>*Plaintiffs' Executive Committee Member*<br>Gretchen S. Obrist, pro hac vice<br>KELLER ROHRBACK, LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>206- 623-1900<br>206-623-3384 fax<br>dloeser@kellerrohrback.com<br>gobrist@kellerrohrback.com |
| Erin Green Comite (ct24886)<br>SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>860-537-5537<br>860-537-4432 fax<br>ecomite@scott-scott.com | Brian C. Gudmundson, pro hac vice<br>*Plaintiffs' Executive Committee Member*<br>ZIMMERMAN REED, LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>612-341-0400<br>612-341-0844 fax<br>brian.gudmundson@zimmreed.com |
| Ronen Sarraf<br>*Plaintiffs' Executive Committee Member*<br>Joseph Gentile<br>SARRAF GENTILE LLP<br>14 Bond Street, Suite 212<br>Great Neck, NY 11021<br>516-699-8890<br>516-699-8968 fax<br>ronen@sarrafgentile.com<br>joseph@sarrafgentile.com | Karen Hanson Riebel, pro hac vice<br>*Plaintiffs' Executive Committee Member*<br>Kristen G. Marttila, pro hac vice pending<br>LOCKRIDGE GRINDAL NAUEN, P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>612-596-4097<br>612-339-0981 fax<br>khriebel@locklaw.com<br>kgmarttila@locklaw.com |
| Andrew A. Lemmon<br>*Plaintiffs' Executive Committee Member* | |

LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
985-783-6789
985-783-1333 fax
andrew@lemmonlawfirm.com

- and -

650 Poydras Street, Suite 2335
New Orleans, LA 70130
504-581-5644
504-581-2156 fax

Brad J. Moore
STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
206-448-1777
206-728-2131 fax
brad@stritmatter.com

Daniel K. Bryson
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
919-600-5000
919-600-5035 fax
dan@wbmllp.com
jeremy@wbmllp.com
*Additional Counsel for Plaintiffs*

E. Kirk Wood
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
205-908-4906
866-747-3905 fax
ekirkwood1@bellsouth.net