## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Civil No. 3:16-cv-1702 (WWE) |
| v. | April 4, 2018 |
| CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC., | |
| Defendants. | |

## STIPULATED JOINT CASE MANAGEMENT PLAN

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, and Roger Curol ("Plaintiffs"), Defendant Cigna Health and Life Insurance Company ("CHLIC"), and Defendant OptumRx, Inc. ("Optum") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and submit a joint case management plan as follows:

1.      Pursuant to the Court's March 12, 2018 Order (Dkt. 137) granting in part and denying in part the Defendants' Motions to Dismiss (Dkts. 68 and 70), the Parties were instructed to file a joint case management plan within twenty-one (21) days of the Court's Order

that outlined a schedule for any discovery required prior to the filing of a motion for summary judgment.[1]

2.       The Parties have met and conferred about the joint case management plan. Plaintiffs do not object to the Court's proposal that the parties move for summary judgment prior to class certification.  However, the Parties propose the schedule set forth below where class certification would be decided before summary judgment.  This is in response to Defendants' position that they do not wish to waive their one-way intervention rights by having Plaintiffs' motion for summary judgment addressed first.  *See, e.g.*, *Costello v. BeavEx, Inc.*, 810 F.3d 1045, 1057-58 (7th Cir. 2016) ("The rule against one-way intervention prevents plaintiffs from moving for class certification after acquiring a favorable ruling on the merits of a claim . . . The rule exists because it is 'unfair [to the defendant] to allow members of a class to benefit from a favorable judgment without subjecting themselves to the binding effect of an unfavorable one.'") (quoting *Am. Pipe & Constr. Co. v. Utah*, 414 U.S. 538, 547 (1974)); *Mendez v. The Radec Corp.*, 260 F.R.D. 38, 45 (W.D.N.Y. 2009) (explaining that the rule against one-way intervention gives defendants "the right—should they choose to exercise it—to have class certification issues decided first, before any decision on the merits of the plaintiffs' claims").

3.       The Parties therefore propose the following case management plan:

| Event | Proposed Deadline |
|---|---|
| Joinder of parties/amendment of pleadings | By motion only |
| Completion of all discovery: Fact and expert | 7/29/2019 |
| Document production completed | 12/31/2018, with rolling production prior to then |

---

[1]  On April 2, 2018, the parties were granted a two-day (2) extension, up to and including April 4, 2018, within which to file this joint case management plan.

| Event | Proposed Deadline |
|---|---|
| Final privilege log completed | 12/31/2018 |
| Experts: | |
|     Expert reports where party bears burden of proof | 2/28/2019 |
|     Rebuttal expert reports | 6/28/2019 |
|     Depositions completed | 7/29/2019 |
| Class certification: | |
|     Motion for class certification | 2/28/2019 |
|     Opposition to class certification | 6/28/2019 |
|     Reply in support of motion for class certification | 8/12/2019 |
| Summary Judgment: | |
|     Motions for summary judgment | Motions for summary judgment will be filed 60 days after the Court's ruling on Plaintiffs' motion for class certification or the court of appeals' ruling on any Rule 23(f) petition, whichever is later. |
|     Oppositions to summary judgment | 60 days after motions for summary judgment are filed. |
|     Replies in support of motions for summary judgment | 30 days after oppositions to summary judgment are filed. |

| Event | Proposed Deadline |
|---|---|
| Joint Trial Memorandum | If any claims remain to be tried following the Court's rulings on the parties' motions for summary judgment, the parties shall, within 60 days of the Court's summary judgment order, file a Joint Trial Memorandum proposing how any remaining claims should be tried. |
| Trial Ready | See above regarding Joint Trial Memorandum. |
| Other issues: | |
| • Depositions | Each party may take 25 fact depositions. |
| • Interrogatories | No more than 40 interrogatories may be served on each party. |
| • Class Certification | No earlier filing of a class certification motion, unless by agreement or with permission of the court.  The parties will agree to an appropriate briefing schedule. |
| • Summary judgment | Optum may file a summary judgment motion prior to class certification.  The parties will agree to an appropriate briefing schedule. |

April 4, 2018

Respectfully Submitted,

/s/ Joseph J. Costello

/s/ Robert A. Izard

Joseph J. Costello (pro hac vice)
Brian W. Shaffer (pro hac vice)
Eleanor R. Farrell (pro hac vice)
Matthew Klayman (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
joseph.costello@morganlewis.com
brian.shaffer@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  860.240.2945
Facsimile:  860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*

/s/ Michelle S. Grant

Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Robert A. Izard (ct01601)
Plaintiffs' Interim Co-Lead Class Counsel
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860.493.6292
Facsimile: 860.493.6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
Plaintiffs' Interim Co-Lead Class Counsel
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo (ct27481)
Plaintiffs' Executive Committee Chair
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

5

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Plaintiffs' Executive Committee Member
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
Plaintiffs' Executive Committee Member
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
Plaintiffs' Executive Committee Member
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Plaintiffs' Executive Committee Member
Joseph Gentile, pro hac vice

6

SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
Plaintiffs' Executive Committee Member
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member

Kristen G. Marttila, pro hac vice
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*

**SO ORDERED this ___ day of_____, 2018.**

**HONORABLE WARREN W. EGINTON**
**UNITED STATES DISTRICT JUDGE**