UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC., <br><br> Defendants. | Civil No. 3:16-cv-1702 (WWE) <br><br><br> April 5, 2018 |

**STIPULATION TO EXTEND THE TIME TO
ANSWER THE AMENDED CONSOLIDATED COMPLAINT**

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, and Roger Curol ("Plaintiffs"), Defendant Cigna Health and Life Insurance Company ("CHLIC"), and Defendant OptumRx, Inc. ("Optum") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree as follows:

1. On March 12, 2018, the Court entered an Order granting in part and denying in part Defendants' Motions to Dismiss. (Dkt. 137).

2. On March 23, 2018, the Parties stipulated to a 14-day extension, up to and including April 9, 2018, for Defendants to file their responsive pleadings to the Amended Consolidated Complaint. (Dkt. 138).

3. On March 27, 2018, the Court granted the Parties' stipulated extension. (Dkt. 139).

4. To allow for additional time for Defendants to respond to the Amended Consolidated Complaint, the Parties have agreed, subject to the Court's approval, to a 7-day extension, up to and including April 16, 2018, for Defendants to file their responsive pleadings to the Amended Consolidated Complaint.

| | |
|---|---|
| April 5, 2018 | Respectfully Submitted, |
| /s/ Joseph J. Costello | /s/ Robert A. Izard |
| Joseph J. Costello (pro hac vice)<br>Brian W. Shaffer (pro hac vice)<br>Eleanor R. Farrell (pro hac vice)<br>Matthew Klayman (pro hac vice)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>joseph.costello@morganlewis.com<br>brian.shaffer@morganlewis.com<br>eleanor.farrell@morganlewis.com<br>matthew.klayman@morganlewis.com<br><br>Michael D. Blanchard (ct25891)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One State Street<br>Hartford, CT 06103<br>Telephone: 860.240.2945<br>Facsimile: 860.240.2800<br>michael.blanchard@morganlewis.com<br><br>*Attorneys for Defendant CHLIC* | Robert A. Izard (ct01601)<br>Plaintiffs' Interim Co-Lead Class Counsel<br>Craig A. Raabe (ct04116)<br>Christopher M. Barrett (ct30151)<br>IZARD, KINDALL & RAABE, LLP<br>29 South Main Street, Suite 305<br>West Hartford, CT 06107<br>Telephone: 860.493.6292<br>Facsimile: 860.493.6290<br>rizard@ikrlaw.com<br>craabe@ikrlaw.com<br>cbarrett@ikrlaw.com<br><br>William H. Narwold (ct00133)<br>Plaintiffs' Interim Co-Lead Class Counsel<br>Mathew Jasinski, (ct27520)<br>MOTLEY RICE LLC<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>Telephone: 860.882.1681<br>Facsimile: 860.882.1682<br>bnarwold@motleyrice.com<br>mjasinski@motleyrice.com<br><br>Joseph P. Guglielmo (ct27481)<br>Plaintiffs' Executive Committee Chair |

/s/ Michelle S. Grant

Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Plaintiffs' Executive Committee Member
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
Plaintiffs' Executive Committee Member
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
Plaintiffs' Executive Committee Member
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road

Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Plaintiffs' Executive Committee Member
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
Plaintiffs' Executive Committee Member
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member

Kristen G. Marttila, pro hac vice
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*

 

**SO ORDERED this \_\_\_ day of_____, 2018.**

**HONORABLE WARREN W. EGINTON**
**UNITED STATES DISTRICT JUDGE**