UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-cv-1702<br><br>CLASS ACTION |

### MOTION FOR PRO HAC VICE ADMISSION

Plaintiffs Kimberly A. Negron, Courtney Gallagher, Nina Curol, Roger Curol, and Daniel Perry ("Plaintiffs"), by their undersigned counsel, hereby move for the admission *pro hac vice* of Meghan S. B. Oliver, to permit Attorney Oliver to appear and practice before this Court in the above-captioned matter on behalf of Plaintiffs.

In support of this motion, and as further set forth in the Affidavit of Meghan S. B. Oliver, I, William H. Narwold, the movant, state as follows:

1. I am an attorney at Motley Rice LLC, One Corporate Center, 20 Church Street, 17th Floor, Hartford, Connecticut 06103, and am a member in good standing of the bar of the United States District Court for the District of Connecticut.

2. The information set forth in the Affidavit of Meghan S. B. Oliver, which accompanies this motion, is true to the best of my knowledge, information, and belief.

3. Attorney Meghan S. B. Oliver is a member in good standing of the bars of the District of Columbia, the Commonwealth of Virginia, and the State of South Carolina.

4. Attorney Meghan S. B. Oliver is familiar with the claims at issue in this litigation, and in particular, with the claims as they relate to Plaintiffs.

5. Attorney Meghan S. B. Oliver is familiar with the rules of this Court and agrees to abide by them.

WHEREFORE, I William H. Narwold, the undersigned counsel of record for Plaintiffs, respectfully request that this Court admit Meghan S. B. Oliver to appear and practice before this Court in this matter.

Respectfully Submitted,

By  */s/ William H. Narwold*
William H. Narwold (CT 00133)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Tel.: (860) 882-1676
Fax: (860) 882-1682
bnarwold@motleyrice.com

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of May, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                  */s/ William H. Narwold*
                                  William H. Narwold (CT 00133)