UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-cv-1702<br><br>CLASS ACTION |

**AFFADAVIT IN SUPPORT OF MOTION FOR**
**PRO HAC VICE ADMISSION OF MEGHAN S. B. OLIVER**

STATE OF SOUTH CAROLINA  )
                          ) ss.:
COUNTY OF CHARLESTON      )

I, Meghan S. B. Oliver, under oath do depose and say as follows:

1. I am an attorney at Motley Rice LLC, 28 Bridgeside Blvd., Mt. Pleasant, SC 29464. The telephone number for that office is 843-216-9000, the facsimile number is 843-216-9430, and my email address is moliver@motleyrice.com.

2. I am a member in good standing of the bars of the District of Columbia, the Commonwealth of Virginia, and the State of South Carolina. I am admitted to practice in the United States District Court for the District of South Carolina.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for

admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. By virtue of this affidavit and its submission to this Court, I hereby designate William H. Narwold of Motley Rice LLC, One Corporate Center, 20 Church Street, 17th Floor, Hartford CT 06103, Telephone: 860-882-21676, Facsimile: 860-882-1682, email: bnarwold@motleyrice.com as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

7. I am familiar with facts and circumstances pertaining to the claims in the above-captioned matter.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Meghan S.B. Oliver

Dated: May 15, 2018

Sworn before me this 15th day of May, 2018.

_____
Notary Public for the State of SC
My Commission Expires 07-07-27