UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Civil No. 16-cv-1702-WWE-WIG<br>Consolidated |

### DEFENDANT OPTUMRX, INC.'S CASE MANAGEMENT SUBMISSION TO MAGISTRATE JUDGE GARFINKEL REGARDING CASE MANAGEMENT

Defendant OptumRx, Inc. ("OptumRx") submits its Case Management Submission pursuant to the Court's Scheduling Order [ECF No. 151]. OptumRx joins in Defendant CHLIC's submission [ECF No. 153].

OptumRx agrees that the Case Management Conference on May 29 should be devoted to addressing the challenges associated with identifying and collecting the applicable plan documents and related materials as addressed by CHLIC (as well as Plaintiffs). OptumRx notes that despite Plaintiffs' reference to Defendants collectively, OptumRx is not the claims administrator for Plaintiffs' prescription drug benefit plans nor does it have possession, custody, or control of the applicable plan documents.

Dated: May 24, 2018

DORSEY & WHITNEY LLP

By:  /s/ *Michelle S. Grant*
    William R. Stoeri (*Pro Hac Vice – ct14744*)
    Michelle S. Grant (*Pro Hac Vice – phv08827*)
    Andrew Holly (*Pro Hac Vice – phv08826*)
50 South 6th Street, Suite 1500
Minneapolis, MN  55402-1498
Telephone:    (612) 340-2600
Facsimile:    (612) 340-2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

                                      Theodore J. Tucci (ct05249)
Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8206
E-mail: ttucci@rc.com
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*