UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | ) ) ) Civil Action No. 3:16-cv-01702 ) ) ) CLASS ACTION ) ) ) ) ) ) |

**APPEARANCE**

To the clerk of this Court and all parties of record:

    Please enter the appearance of the undersigned attorney on behalf of Plaintiffs Kimberly A. Negron, Courtney Gallagher, Nina Curol, Roger Curol, and Daniel Perry.

                                      By  */s/ Meghan S. B. Oliver*
                                          Meghan S. B. Oliver
                                          MOTLEY RICE LLC
                                          28 Bridgeside Blvd.
                                          Mt. Pleasant, SC 29464
                                          Tel.: (843) 216-9492
                                          Fax: (843) 216-9430
                                          moliver@motleyrice.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing on this 31st  day of May, 2018. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                    */s/ Meghan S. B. Oliver*
                                                     Meghan S. B. Oliver