**Plaintiff's Counsel**

- Robert A. Izard , Jr.
- William H. Narwold
- Ronen Sarraf
- Craig A. Raabe

**Defendant's Counsel**

- Joseph J. Costello
- Eleanor R. Farrell
- Michelle S. Grant
- Brian W. Shaffer