

**Craig A. Raabe**
craabe@ikrlaw.com

July 2, 2018

*Via ECF*

The Honorable William I. Garfinkel
United States Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604

    RE:  *In re Cigna Corporation PBM Litigation*, 3:16-cv-01702-WWE (D. Conn.)

Dear Magistrate Judge Garfinkel:

This letter will serve as the proposed joint agenda that the Court ordered on May 29, 2018. The parties have been working to narrow areas of discovery dispute. The Cigna Defendant has begun producing applicable plan documents, as well as other health plan templates that the parties discussed at the status conference. Defendants have also responded to additional discovery requests. The parties are meeting and conferring by correspondence and telephone on these and other issues. The parties expect to update the Court in the July 10 status call as to the meet and confer progress and, to the extent issues will require Court intervention, they would like to confirm the Court's procedures for resolving discovery disputes as set forth in the Court's June 4, 2018 Order.

Thank you for your consideration.

Respectfully,

s/ Craig A. Raabe


cc:  All counsel of record (via ECF)