UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Case No. 3:16-cv-1702-WWE (Consolidated)<br><br>October 16, 2018 |

**UNOPPOSED MOTION FOR LEAVE TO FILE
AMENDED CONSOLIDATED COMPLAINT**

Plaintiffs request leave, pursuant to Federal Rules 15(a)(2) and 20 and Local Rule 7(f), and the parties' Amended Joint Case Management Statement (ECF 158), to amend the Complaint by (a) joining Billy Ray Blocker, Jr. and his state-law claims and (b) removing claims that were dismissed by the Court's March 12, 2018 ruling denying-in-part and granting-in-part Defendants' motions to dismiss.  Defendants have informed Plaintiffs that they do not oppose this motion but that they reserve all rights to move to dismiss the Amended Consolidated Complaint under Rule 12 if leave to file is granted. A clean copy of Plaintiffs' proposed Amended Consolidated Complaint is attached as <u>Exhibit A</u>, and a redlined version showing the proposed changes against the current pleading is attached as <u>Exhibit B</u>.

Dated: October 16, 2018

s/ Robert A. Izard

Robert A. Izard (ct01601)
*Plaintiffs' Interim Co-Lead Class Counsel*
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292
860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 fax
bnarwold@motleyrice.com
mjasinski@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that, on October 16, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic service. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Executed this 16th day of October 2018 at West Hartford, Connecticut.

/s *Robert A. Izard*
Robert A. Izard
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com