# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, ROGER CUROL, Individually and on Behalf of All Others Similarly Situated, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>                Defendants. | Civil No. 3:16-cv-1702 (WWE) |

### DEFENDANTS' JOINT CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT

Pursuant to D. Conn. L. Civ. R. 7(b), Defendant Cigna Health and Life Insurance Company ("CHLIC") and Defendant OptumRx, Inc. ("Optum") (collectively, the "Defendants") respectfully request that the deadline to file their responses to Plaintiffs' Amended Consolidated Complaint (Dkt. 166), currently set for **November 1, 2018**, be extended by eighteen (18) days up to and including **November 19, 2018**. Plaintiffs consent to the relief requested herein. Good cause exists for such extension, and in support of this motion, the undersigned states as follows:

1. On October 17, 2018, the Court entered an Order (Dkt. 164) granting Plaintiffs' Unopposed Motion for Leave to File Amended Consolidated Complaint (Dkt. 163).

2.      On October 18, 2018, Plaintiffs filed their Amended Consolidated Complaint (Dkt. 166).

3.      Defendants require additional time to prepare proper responses to the new allegations and legal theories in Plaintiffs' Amended Consolidated Complaint, and the November 1, 2018 deadline cannot reasonably be met despite the diligence of Defendants' counsel.

4.      For this reason, Defendants request an additional eighteen (18) days within which to respond to the Amended Consolidated Complaint.

5.      The undersigned has inquired of opposing counsel, and Plaintiffs do not object to the relief requested herein.

6.      This is the first motion for an extension of time for Defendants to respond to Plaintiffs' Amended Consolidated Complaint.

WHEREFORE, Defendants respectfully request an order from this Court extending the deadline to respond to the Amended Consolidated Complaint by eighteen (18) days up to and including November 19, 2018.

Dated:  October 25, 2018

/s/ Michelle S. Grant

Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Respectfully submitted,

/s/ Joseph J. Costello

Joseph J. Costello (pro hac vice)
Brian W. Shaffer (pro hac vice)
Eleanor R. Farrell (pro hac vice)
Matthew Klayman (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
joseph.costello@morganlewis.com
brian.shaffer@morganlewis.com
eleanor.farrell@morganlewis.com

Kelly Frye Barnett (ct29817)  
ROBINSON & COLE LLP  
280 Trumbull Street  
Hartford, CT 06103  
Tel.: 860.275.8200  
Fax: 860.275.8206  
E-mail: kbarnett@rc.com  

*Attorneys for Defendant OptumRx, Inc.*

matthew.klayman@morganlewis.com  

Michael D. Blanchard (ct25891)  
MORGAN, LEWIS & BOCKIUS LLP  
One State Street  
Hartford, CT 06103  
Telephone:  860.240.2945  
Facsimile:  860.240.2800  
michael.blanchard@morganlewis.com  

*Attorneys for Defendant CHLIC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, the foregoing Defendants' Joint Consent Motion for Extension of Time to Respond to Plaintiffs' Amended Consolidated Complaint was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ Joseph J. Costello*
Joseph J. Costello