## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY A. NEGRON, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated, | : : : : : : | CIVIL ACTION NO. 3:16-cv-1702 (WWE) |
| Plaintiff, | : : | |
| | : | DECEMBER 17, 2018 |
| V. | : | |
| CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC., | | |
| Defendants. | | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned counsel, respectfully seeks leave of the Court to withdraw the appearance of Kelly Frye Barnett on behalf of the defendant, OptumRx, Inc.  The undersigned is leaving Robinson & Cole LLP for other employment, effective December 31, 2018.  The defendant will continue to be represented by, *inter alia*, Attorney Theodore J. Tucci of Robinson & Cole LLP, who currently has an appearance on file in this matter.  Notice of this motion is being sent to the Plaintiff.

          Respectfully Submitted,

          */s/Kelly Frye Barnett*
          Theodore J. Tucci (ct05249)
          Kelly Frye Barnett (ct29817)
          ROBINSON & COLE LLP
          280 Trumbull Street
          Hartford, CT 06103
          Tel.: (860) 275-8369
          Fax: (860) 275-8299
          E-mail: kbarnett@rc.com;
          E-mail: ttucci@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          By:    */s/ Kelly Frye Barnett*
                  Kelly Frye Barnett