# Morgan Lewis

**Joseph J. Costello**
Partner
+1.215.963.5295
joseph.costello@morganlewis.com

February 4, 2019

**VIA ECF**

Honorable William I. Garfinkel
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard – Suite 429
Bridgeport, CT  06604

Re:     <u>Negron, et al. v. Cigna Corp., et al. Civil No. 3:16-cv-1703 (WWE)</u>

Dear Magistrate Judge Garfinkel:

We represent Defendant Cigna Health and Life Insurance Company ("CHLIC") in the above-referenced action and write on behalf of Plaintiffs, Defendant OptumRx, Inc., and CHLIC (collectively, "the parties") regarding the Court's June 4, 2018 Order (Dkt. 159) Approving the Amended Joint Case Management Plan (Dkt. 158).  Pursuant to Your Honor's Order, the deadline to complete document production was January 30, 2019.  The parties have conferred and agree that additional time will be needed to complete document production in this case.  This will necessitate not only the extension of the document production deadline, but also the other deadlines approved by the June 4, 2018 Order.  The parties are working to reach agreement on the proposed case schedule and anticipate being able to submit a stipulated amended schedule to the Court for consideration by February 20, 2019.

Respectfully submitted,

*/s/ Joseph J. Costello*

Joseph J. Costello


c:  All Counsel of Record

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921          T +1.215.963.5000
United States                                       F +1.215.963.5001