**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,

Defendants.

Civil No. 3:16-cv-1702 (WWE)

February 22, 2019

**SECOND AMENDED STIPULATED JOINT CASE MANAGEMENT PLAN**

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs"), Defendant Cigna Health and Life Insurance Company ("CHLIC"), and Defendant OptumRx, Inc. ("Optum") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and submit the following amended joint case management plan. In support thereof, the Parties respectfully state as follows:

1. The Parties have been actively engaged in document discovery. In particular, since last appearing before Your Honor on July 10, 2018, the Parties agreed on the parameters for the review of approximately nineteen of CHLIC's custodians and nine of Optum's custodians.

2. Pursuant to the Court's June 4, 2018 Order (Dkt. 159) Approving the Amended Joint Case Management Plan (Dkt. 158) (the "Order"), the deadline to complete document production was January 30, 2019.

3. CHLIC and Optum maintain that they largely completed their production of documents for these custodians by the January deadline, and anticipate some additional production, including as CHLIC and Optum finalize their initial privilege logs.[1] In total, CHLIC has produced over 600,000 pages of documents to date. Optum has produced between 5,500 and 6,000 pages of documents.

4. Plaintiffs still are reviewing the production, the majority of which was produced in the last week of the document production period, and Plaintiffs are concerned about whether the initial production is complete. CHLIC and Plaintiffs also continue to meet and confer about Plaintiffs' responses and objections to CHLIC's discovery requests and their accompanying document production.

5. In addition, based on the materials that have been produced, CHLIC and Plaintiffs agree that production of additional documents will be necessary.

6. For instance, the Parties have agreed that CHLIC will produce documents for seven additional custodians. Plaintiffs have also proposed that, at least, nine additional individuals should be custodians, and CHLIC is evaluating its position with regard to those individuals. Plaintiffs also have requested that Optum search the files of six additional custodians for responsive documents.

7. CHLIC and Plaintiffs also are continuing to meet-and-confer to reach an agreement on an approach for the production of additional plan documents at issue in this matter.

8. The review and production of these documents will necessitate not only the extension of the document production deadline, but also the other deadlines approved by the Court's Order.

[1] The Parties agreed to an extension of time until March 1, 2019 for the Parties to produce their initial privilege logs.

9. Accordingly, the Parties propose the following case management plan:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joinder of parties/amendment of pleadings | By motion only | By motion only |
| Completion of all discovery: Fact and expert | 8/28/19 | 12/18/19 |
| Document production completed | 1/30/19, with rolling production prior to then | 6/20/2019, with rolling production prior to then |
| Initial privilege log completed | | 3/1/2019 |
| Final privilege log completed | 1/30/19 | 7/28/2019 |
| **Experts:** | | |
| Expert reports where party bears burden of proof (excluding declarations supporting class certification, which will be submitted with Plaintiffs' motion for class certification) | 4/1/19 | 8/19/2019 |
| Rebuttal expert reports (excluding declarations opposing class certification, which will be submitted with Defendants' oppositions to class certification) | 7/29/19 | 11/18/2019 |
| Depositions completed | 8/28/19 | 12/18/19 |
| **Class certification:** | | |
| Motion for class certification | 4/1/19 | On or before 6/30/19 |
| Opposition to class certification | 7/29/19 | Within 90 days of Plaintiffs' motion |
| Reply in support of motion for class certification | 8/28/19 | Within 45 days of Defendants' oppositions |

| **Summary Judgment:** | | |
|---|---|---|
| Motions for summary judgment | Motions for summary judgment will be filed 60 days after the Court's ruling on Plaintiffs' motion for class certification or the court of appeals' ruling on any Rule 23(f) petition, whichever is later. | same |
| Oppositions to summary judgment | 60 days after motions for summary judgment are filed. | same |
| Replies in support of motions for summary judgment | 30 days after oppositions to summary judgment are filed. | same |
| Joint Trial Memorandum | If any claims remain to be tried following the Court's rulings on the parties' motions for summary judgment, the parties shall, within 60 days of the Court's summary judgment order, file a Joint Trial Memorandum proposing how any remaining claims should be tried. | same |
| Trial Ready | See above regarding Joint Trial Memorandum. | same |
| **Other issues:** | | |
| • Depositions | Each party may take 25 fact depositions. | same |
| • Interrogatories | No more than 40 interrogatories may be served on each party. | same |

| | | |
|---|---|---|
| • Class Certification | No earlier filing of a class certification motion, unless by agreement or with permission of the court. The parties will agree to an appropriate briefing schedule. | same |
| • Summary judgment | Optum may file a summary judgment motion prior to class certification. The parties will agree to an appropriate briefing schedule. | same |

February 22, 2019

Respectfully Submitted,

/s/ Joseph J. Costello

Joseph J. Costello (pro hac vice)
Brian W. Shaffer (pro hac vice)
Eleanor R. Farrell (pro hac vice)
Matthew Klayman (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
joseph.costello@morganlewis.com
brian.shaffer@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860.240.2945
Facsimile: 860.240.2800

/s/ Robert A. Izard

Robert A. Izard (ct01601)
Plaintiffs' Interim Co-Lead Class Counsel
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860.493.6292
Facsimile: 860.493.6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
Plaintiffs' Interim Co-Lead Class Counsel
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center

michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*

/s/ Michelle S. Grant

Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868 stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo (ct27481)
Plaintiffs' Executive Committee Chair
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT
LAW,
LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Plaintiffs' Executive Committee
Member
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
Plaintiffs' Executive Committee
Member
ZIMMERMAN REED, LLP

1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
Plaintiffs' Executive Committee
Member
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Plaintiffs' Executive Committee
Member
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
Plaintiffs' Executive Committee
Member
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee

Member

Kristen G. Marttila, pro hac vice
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*

---

**SO ORDERED this ___ day of______, 2019.**

______________________________________

**HONORABLE WILLIAM I. GARFINKEL**
**UNITED STATES MAGISTRATE JUDGE**