UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>      Defendants. | Civil No. 3:16-cv-1702 (WWE)<br><br>June 7, 2019 |

## THIRD AMENDED STIPULATED JOINT CASE MANAGEMENT PLAN

  Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs"), Defendant Cigna Health and Life Insurance Company ("CHLIC"), and Defendant OptumRx, Inc. ("Optum") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and submit the following amended joint case management plan:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joinder of parties/amendment of pleadings | By motion only | By motion only |
| Completion of all discovery: Fact and expert | 12/18/19 | 4/3/20 |
| Document production completed | 6/20/19, with rolling production prior to then | 10/4/19 |
| Final privilege log completed | 7/28/19 | 11/11/19 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Experts:** | | |
| Expert reports where party bears burden of proof (excluding declarations supporting class certification, which will be submitted with Plaintiffs' motion for class certification) | 8/19/19 | 12/3/19 |
| Rebuttal expert reports (excluding declarations opposing class certification, which will be submitted with Defendants' oppositions to class certification) | 11/18/19 | 3/3/20 |
| Depositions completed | 12/18/19 | 4/3/20 |
| **Class certification:** | | |
| Motion for class certification | On or before 6/30/19 | 10/15/19 |
| Opposition to class certification | Within 90 days of Plaintiffs' motion | Within 90 days of Plaintiffs' motion |
| Reply in support of motion for class certification | Within 45 days of Defendants' oppositions | Within 45 days of Defendants' oppositions |

| Summary Judgment: | | |
|---|---|---|
| Motions for summary judgment | Motions for summary judgment will be filed 60 days after the Court's ruling on Plaintiffs' motion for class certification or the court of appeals' ruling on any Rule 23(f) petition, whichever is later. | same |
| Oppositions to summary judgment | 60 days after motions for summary judgment are filed. | same |
| Replies in support of motions for summary judgment | 30 days after oppositions to summary judgment are filed. | same |
| Joint Trial Memorandum | If any claims remain to be tried following the Court's rulings on the parties' motions for summary judgment, the parties shall, within 60 days of the Court's summary judgment order, file a Joint Trial Memorandum proposing how any remaining claims should be tried. | same |
| Trial Ready | See above regarding Joint Trial Memorandum. | same |
| **Other issues:** | | |
| • Depositions | Each party may take 25 fact depositions. | same |
| • Interrogatories | No more than 40 interrogatories may be served on each party. | same |

| | | |
|---|---|---|
| • Class Certification | No earlier filing of a class certification motion, unless by agreement or with permission of the court. The parties will agree to an appropriate briefing schedule. | same |
| • Summary judgment | Optum may file a summary judgment motion prior to class certification. The parties will agree to an appropriate briefing schedule. | same |

June 7, 2019                                                  Respectfully Submitted,

/s/ Joseph J. Costello                                        /s/ Robert A. Izard

Joseph J. Costello (pro hac vice)                             Robert A. Izard (ct01601)
Brian W. Shaffer (pro hac vice)                               Plaintiffs' Interim Co-Lead Class
Eleanor R. Farrell (pro hac vice)                             Counsel
Matthew Klayman (pro hac vice)                                Craig A. Raabe (ct04116)
MORGAN, LEWIS & BOCKIUS LLP                                   Christopher M. Barrett (ct30151)
1701 Market Street                                            IZARD, KINDALL & RAABE, LLP
Philadelphia, PA 19103                                        29 South Main Street, Suite 305
Telephone: 215.963.5000                                       West Hartford, CT 06107
Facsimile: 215.963.5001                                       Telephone: 860.493.6292
joseph.costello@morganlewis.com                               Facsimile: 860.493.6290
brian.shaffer@morganlewis.com                                 rizard@ikrlaw.com
eleanor.farrell@morganlewis.com                               craabe@ikrlaw.com
matthew.klayman@morganlewis.com                               cbarrett@ikrlaw.com

Michael D. Blanchard (ct25891)                                William H. Narwold (ct00133)
MORGAN, LEWIS & BOCKIUS LLP                                   Plaintiffs' Interim Co-Lead Class
One State Street                                              Counsel
Hartford, CT 06103                                            Mathew Jasinski, (ct27520)
Telephone: 860.240.2945                                       MOTLEY RICE LLC
Facsimile: 860.240.2800                                       One Corporate Center

michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*


/s/ Michelle S. Grant

Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868 stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo (ct27481)
Plaintiffs' Executive Committee Chair
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW,
LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Plaintiffs' Executive Committee Member
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
Plaintiffs' Executive Committee Member
ZIMMERMAN REED, LLP

5

1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
Plaintiffs' Executive Committee
Member
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Plaintiffs' Executive Committee
Member
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
Plaintiffs' Executive Committee
Member
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee

6

Member

Kristen G. Marttila, *pro hac vice*
LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*

**SO ORDERED this \_\_\_ day of _____, 2019.**

_____
**HONORABLE WARREN W. EGINTON**
**UNITED STATES DISTRICT JUDGE**