UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, AND BILLY RAY BLOCKER, JR., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>  v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY AND OPTUMRX, INC.,<br><br>        Defendants. | Case No. 16-cv-1702 (WWE)<br><br>July 17, 2019 |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.1, Plaintiffs, through their undersigned counsel, respectfully move this Court to grant leave for Attorney Chanele N. Reyes to appear *pro hac vice*.

1. Attorney Reyes is an associate attorney at the law firm of Keller Rohrback L.L.P., and a member in good standing of the Washington State Bar and the Arizona State Bar and the federal courts listed in Exhibit 1 to her affidavit, which is attached hereto as Exhibit A. Her contact information is as follows:

 Chanele N. Reyes
 Keller Rohrback L.L.P.
 3101 N. Central Avenue, Suite 1400
 Phoenix, Arizona  85012
 Telephone:  602-248-0088
 Facsimile:  602-248-2822
 E-mail:  creyes@kellerrohrback.com

2. The undersigned hereby moves that Attorney Reyes be permitted to represent Plaintiffs in all matters and proceedings related to the above-mentioned case.

3. This motion is accompanied by an affidavit from Attorney Reyes attached hereto as Exhibit A, attesting that she satisfies all the requirements for admission as visiting attorney under D. Conn. L. Civ. R. 83.1(d)(1).

4. The undersigned agrees to accept service on behalf of Attorney Reyes.

5. Payment of the fee of $75.00 is submitted with this Motion pursuant to D. Conn. L.R. Civ. 83.1(d)(3).

Wherefore, undersigned counsel respectfully requests that this motion be granted and that Attorney Reyes be permitted to represent Plaintiffs in all proceedings before this Court related to the above-captioned case.

Dated: July 17, 2019

                              Respectfully submitted,

                              By /s/ Robert A. Izard
                                  Robert A. Izard (ct01601)
                                  IZARD, KINDALL & RAABE, LLP
                                  29 S. Main St., Suite 305
                                  West Hartford, CT 06107
                                  Telephone: 860 493 6292
                                  Facsimile: 860-493-6290

**CERTIFICATE OF SERVICE**

I, Robert A. Izard, certify that on July 17, 2019, I caused a true and correct copy of the foregoing to be served electronically on all counsel of record registered for electronic service for this case.

Executed this 17th day of July, 2019 at West Hartford, Connecticut.

/s/ Robert A. Izard
Robert A. Izard (ct01601)