# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, AND BILLY RAY BLOCKER, JR., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY AND OPTUMRX, INC., <br><br> Defendants. | Case No. 16-cv-1702 (WWE) |

## AFFIDAVIT

I, Chanele N. Reyes, being duly sworn, deposes and says:

1.     I am an associate attorney in the law firm of Keller Rohrback L.L.P., 3101 N. Central Avenue, Suite 1400, Phoenix, Arizona 85012, telephone number (602) 248-0088, fax number (602) 248-2822 and my email address is creyes@kellerrohrback.com.

2.     I am a member of good standing of the Washington State Bar.  My Washington State Bar No. is 46712.

3.     I am also a member of good standing of the Arizona State Bar.  My Arizona State Bar No. is 34898.

4.     I am also admitted to practice in the federal courts listed on the attached Exhibit 1.

5.     I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

1

6.      I have not been denied admission to, been disciplined by or resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

7.      I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Civil Rules of the United States for the District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.      I hereby designate my sponsoring attorney Robert A. Izard, of Izard, Kindall & Raabe, LLP, as my agent for service of process and designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____

Chanele N. Reyes

Subscribed and sworn before me, this _11th_ day of July, 2019.

_Kathryn B. Kendrick_

KATHRYN B. KENDRICK
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 551309
Expires September 01, 2022

**EXHIBIT 1**

| | |
|---|---|
| Arizona District Court | 1/4/2018 |
| Washington, E.D. | 2/9/2017 |