UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, AND BILLY RAY BLOCKER, JR., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY AND OPTUMRX, INC.,<br><br>        Defendants. | Case No. 16-cv-1702 (WWE) |

**CERTIFICATE OF GOOD STANDING**

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **CHANELE N. REYES** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on December 18, 2018 is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this July 22, 2019.

_____
Michelle R. Martinez
Disciplinary Clerk

Dated: July 31, 2019

        Respectfully submitted,

        By /s/ Chanele N. Reyes
            Chanele N. Reyes, (*admitted pro hac vice*)
            KELLER ROHRBACK L.L.P.
            3101 N. Central Avenue, Suite 1400
            Phoenix, Arizona 85012
            *creyes@kellerrohrback.com*
            Telephone: 602-248-0088
            Facsimile: 602-248-2822

        Attorney for Plaintiffs