UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, AND BILLY RAY BLOCKER, JR., individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY AND OPTUMRX, INC.,<br><br>       Defendants. | No. 16-cv-1702 (WWE)<br><br><br><br><br><br><br><br>September 5, 2019 |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

  Pursuant to Rule 83.1, Plaintiffs, through their undersigned counsel, respectfully move this Court to grant leave for Attorney Ron Kilgard to appear *pro hac vice*.

  1. Attorney Kilgard is a partner at the law firm of Keller Rohrback L.L.P., and a member in good standing of the Arizona State Bar, New York State Bar and the federal courts listed on Exhibit 1 to his Affidavit, which is attached hereto as Exhibit A.  His contact information is as follows:

> Ron Kilgard
> Keller Rohrback L.L.P.
> 3101 N. Central Avenue, Suite 1400
> Phoenix, Arizona  85012
> Telephone:  602-248-0088
> Facsimile:  602-248-2822
> E-mail:  rkilgard@kellerrohrback.com

  2. The undersigned hereby moves that Attorney Kilgard be permitted to represent Plaintiffs in all matters and proceedings related to the above-mentioned case.

1

3. This motion is accompanied by an affidavit from Attorney Kilgard attached hereto as Exhibit A, attesting that he satisfies all the requirements for admission as visiting attorney under D. Conn. L. Civ. R. 83.1(d)(1).

4. The undersigned agrees to accept service on behalf of Attorney Kilgard.

5. Payment of the fee of $75.00 is submitted with this Motion pursuant to D. Conn. L.R. Civ. 83.1(d)(3).

Wherefore, undersigned counsel respectfully requests that this motion be granted and that Attorney Kilgard be permitted to represent Plaintiffs in all proceedings before this Court related to the above-captioned case.

Dated:  September 5, 2019

                                    Respectfully submitted,

                                    By /s/ Robert A. Izard
                                         Robert A. Izard (ct01601)
                                         IZARD, KINDALL & RAABE, LLP
                                         29 S. Main St., Suite 305
                                         West Hartford, CT 06107
                                         Telephone:  860-493-6292
                                         Facsimile: 860-493-6290