UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, AND BILLY RAY BLOCKER, JR., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY AND OPTUMRX, INC.,<br><br>Defendants. | Case No. 16-cv-1702 (WWE) |

## AFFIDAVIT

Ron Kilgard, being duly sworn, deposes and says:

1. I am a partner in the law firm of Keller Rohrback L.L.P., 3101 N. Central Avenue, Suite 1400, Phoenix, Arizona 85012, telephone number (602) 248-0088, fax number (602) 248-2822, and my email address is *rkilgard@kellerrohrback.com*.

2. I am a member of good standing of the Arizona State Bar. My Arizona State Bar No. is 005902.

3. I am also a member of good standing of the New York State Bar. My New York State Bar No. is 4976916.

4. I am also a member of good standing of the District of Columbia Bar. My District of Columbia Bar No. is 986049.

4. I am also admitted to practice in the federal courts listed on the attached Exhibit 1.

1

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by or resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Civil Rules of the United States for the District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. I hereby designate my sponsoring attorney Robert A. Izard, of Izard, Kindall & Raabe, LLP, as my agent for service of process and designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Ron Kilgard

Subscribed and sworn before me, this 27th day of August, 2019.

_____
Kathryn B. Kendrick



KATHRYN B. KENDRICK
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 551383
Expires September 01, 2022

# EXHIBIT 1

| Bar | Date |
|---|---|
| State of Arizona | 10/13/79 |
| District of Columbia | 02/09/09 |
| State of New York | 12/07/11 |
| U.S. Supreme Court | 12/11/95 |
| U.S. Court of Appeals for the Second Circuit | 03/01/05 (renewed 06/24/15) |
| U.S. Court of Appeals for the Third Circuit | 10/23/14 |
| U.S. Court of Appeals for the Fourth Circuit | 09/07/10 |
| U.S. Court of Appeals for the Fifth Circuit | 03/02/05 |
| U.S. Court of Appeals for the Sixth Circuit | 06/02/14 |
| U.S. Court of Appeals for the Seventh Circuit | 02/20/15 |
| U.S. Court of Appeals for the Eighth Circuit | 10/16/13 |
| U.S. Court of Appeals for the Ninth Circuit | 06/30/82 |
| U.S. Court of Appeals for the Tenth Circuit | 12/22/15 |
| U.S. District Court for the District of Arizona | 11/09/79 |
| U.S. District Court for the District of Colorado | 02/12/13 |
| U.S. District Court for the Central District of Illinois | 10/24/16 |
| U.S. District Court for the Southern District of Illinois | 04/22/16 |
| U.S. District Court for the Northern District of Indiana | 11/21/16 |
| U.S. District Court for the Eastern District of Michigan | 03/01/07 |
| U.S. District Court for the Eastern District of Missouri | 05/26/16 |
| U.S. District Court for the Southern District of New York | 04/17/12 |
| U.S. District Court for the District of North Dakota | 10/07/10 |
| U.S. District Court for the Western District of Oklahoma | 05/25/16 |