UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated, | No. 3:16-cv-1702 (WWE) |
| Plaintiffs, | |
| v. | |
| CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC., | October 11, 2019 |
| Defendants. | |

**FOURTH AMENDED STIPULATED JOINT CASE MANAGEMENT PLAN**

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs"), Defendant Cigna Health and Life Insurance Company ("CHLIC"), and Defendant OptumRx, Inc. ("Optum") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and submit the following amended joint case management plan, which amends the current schedule in connection with expert discovery and the briefing of Plaintiffs' anticipated motion for class certification.

The Parties have been working collaboratively and with the help of a neutral to narrow the issues in dispute in this case and have a second meeting with the neutral scheduled in November 2019. The Parties agree that rescheduling the deadlines for expert discovery and the briefing of Plaintiffs' motion for class certification is in the interests of justice and judicial efficiency because it will allow the Parties to focus their efforts on better positioning the issues for resolution, through the judicial process or potential settlement.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joinder of parties/amendment of pleadings | By motion only | Same |
| Completion of all discovery: Fact and expert | 4/3/20 | Same |
| Document production completed | 10/4/19 | Same |
| Final privilege log completed | 11/11/19 | Same |
| **Experts:** | | |
| Expert reports where party bears burden of proof (excluding declarations supporting class certification, which will be submitted with Plaintiffs' motion for class certification) | 12/3/19 | 3/3/20 |
| Rebuttal expert reports (excluding declarations opposing class certification, which will be submitted with Defendants' oppositions to class certification) | 3/3/20 | 6/3/20 |
| Depositions completed | 4/3/20 | 7/8/20 |
| **Class certification:** | | |
| Motion for class certification | 10/15/19 | 1/3/20 |
| Opposition to class certification | Within 90 days of Plaintiffs' motion | 3/3/20 |
| Reply in support of motion for class certification | Within 45 days of Plaintiffs' motion | 4/17/20 |
| **Summary Judgment:** | | |
| Motions for summary judgment | Motions for summary judgment will be filed 60 days after the Court's ruling on Plaintiffs' motion for class certification or | same |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| | the court of appeals' ruling on any Rule 23(f) petition, whichever is later. | |
| Oppositions to summary judgment | 60 days after motions for summary judgment are filed. | same |
| Replies in support of motions for summary judgment | 30 days after oppositions to summary judgment are filed. | same |
| Joint Trial Memorandum | If any claims remain to be tried following the Court's rulings on the parties' motions for summary judgment, the parties shall, within 60 days of the Court's summary judgment order, file a Joint Trial Memorandum proposing how any remaining claims should be tried. | same |
| Trial Ready | See above regarding Joint Trial Memorandum. | same |
| **Other issues:** | | |
| • Depositions | Each party may take 25 fact depositions. | same |
| • Interrogatories | No more than 40 interrogatories may be served on each party. | same |
| • Class Certification | No earlier filing of a class certification motion, unless by agreement or with permission of the | same |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
|  | court.  The parties will agree to an appropriate briefing schedule. |  |
| • Summary judgment | Optum may file a summary judgment motion prior to class certification.  The parties will agree to an appropriate briefing schedule. | same |

October 11, 2019                                          Respectfully Submitted,

/s/ Joseph J. Costello*                                  /s/ Robert A. Izard

Joseph J. Costello (pro hac vice)            Robert A. Izard (ct01601)
Brian W. Shaffer (pro hac vice)              Plaintiffs' Interim Co-Lead Class Counsel
Eleanor R. Farrell (pro hac vice)            Craig A. Raabe (ct04116)
Matthew Klayman (pro hac vice)               Christopher M. Barrett (ct30151)
MORGAN, LEWIS & BOCKIUS LLP                  IZARD, KINDALL & RAABE, LLP
1701 Market Street                           29 South Main Street, Suite 305
Philadelphia, PA 19103                       West Hartford, CT 06107
Telephone: 215.963.5000                      Telephone: 860.493.6292
Facsimile: 215.963.5001                      Facsimile: 860.493.6290
joseph.costello@morganlewis.com              rizard@ikrlaw.com
brian.shaffer@morganlewis.com                craabe@ikrlaw.com
eleanor.farrell@morganlewis.com              cbarrett@ikrlaw.com
matthew.klayman@morganlewis.com              William H. Narwold (ct00133)
Michael D. Blanchard (ct25891)               Plaintiffs' Interim Co-Lead Class Counsel
MORGAN, LEWIS & BOCKIUS LLP                  Mathew Jasinski, (ct27520)
One State Street                             MOTLEY RICE LLC
Hartford, CT 06103                           One Corporate Center
Telephone:  860.240.2945                     20 Church Street, 17th Floor
Facsimile:  860.240.2800                     Hartford, CT 06103
michael.blanchard@morganlewis.com            Telephone: 860.882.1681
                                             Facsimile: 860.882.1682
*Attorneys for Defendant CHLIC*              bnarwold@motleyrice.com
                                             mjasinski@motleyrice.com

*Signed with consent pursuant to § XI(D) of the Electronic Filing Policies & Procedures.

/s/ Michelle S. Grant*
_____

Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

Joseph P. Guglielmo (ct27481)
Plaintiffs' Executive Committee Chair
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT
LAW,
LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Plaintiffs' Executive Committee Member
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
Plaintiffs' Executive Committee Member
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
Plaintiffs' Executive Committee Member

*Signed with consent pursuant to § XI(D) of the Electronic Filing Policies & Procedures.

LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Plaintiffs' Executive Committee Member
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
Plaintiffs' Executive Committee Member
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member

Kristen G. Marttila, pro hac vice
LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*

**SO ORDERED this ___ day of October 2019.**

---

**HONORABLE JEFFREY A. MEYER**
**UNITED STATES DISTRICT JUDGE**