UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, AND BILLY RAY BLOCKER, JR., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>         Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY AND OPTUMRX, INC.,<br><br>         Defendants. | Case No. 3:16-v-1702 (WWE) |

## NOTICE OF MOTION FOR WITHDRAWAL OF COUNSEL

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD

  Pursuant to Rule 7(e) of the Local Rules of the United States District Court for the District of Connecticut, the undersigned attorney hereby notifies the Court and counsel that the appearance of Chanele Reyes should be withdrawn as Plaintiffs' counsel in this matter. The undersigned directs that Chanele Reyes is no longer employed by Keller Rohrback L.L.P. effective November 13, 2019. Multiple attorneys, including at Keller Rohrback L.L.P., as indicated below, have appeared on behalf of and remain counsel of record for Plaintiffs.

1

Dated: November 18, 2019					Respectfully submitted,

By */s/ Gretchen S. Obrist*
Gretchen S. Obrist
Derek W. Loeser
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206- 623-1900
Facsimile: 206-623-3384
gobrist@kellerrohrback.com
dloeser@kellerrohrback.com

Ron Kilgard
KELLER ROHRBACK, LLP
3101 N Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
rkilgard@kellerrohrback.com

Robert A. Izard
Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860-493-6292
Facsimile: 860-493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold
Mathew Jasinski
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-882-1681
Facsimile: 860-882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo
Carey Alexander

SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
ecomite@scott-scott.com

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 18, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                          */s/ Rosie McKinlay-Mench*
                                          Rosie McKinlay-Mench