UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated, | No. 16-cv-1702 (JAM) (Consolidated) |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC., | February 5, 2020 |
| Defendants. | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' CONSENT MOTION TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT**

Plaintiffs respectfully move with consent of Defendants for leave to file a Second Amended Consolidated Complaint (the "SACC") in the form attached hereto as Exhibit A.[1]  The proposed SACC adds information learned during the course of discovery that Plaintiffs believe supports and elucidates Plaintiffs' claims.  For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully submit that leave to file the SACC is warranted under both the "when justice so requires" standard of Fed. R. Civ. P. 15 and, to the extent that the Court concludes that it is applicable, the heightened standard of Fed. R. Civ. P. 16.

---

[1]  A redlined copy of the proposed SACC as compared against the presently filed Amended Complaint is attached hereto as Exhibit B.

WHEREFORE, Plaintiffs respectfully request that their consent Motion to file a Second Amended Consolidated Complaint in the form attached hereto as Exhibit A be granted.


Dated: February 5, 2020                              Respectfully submitted,

                                                              *s/ Robert A. Izard*
                                                     Robert A. Izard (ct01601)
                                                     *Plaintiffs' Interim Co-Lead Class Counsel*
                                                     Craig A. Raabe (ct04116)
                                                     Christopher M. Barrett (ct30151)
                                                     IZARD, KINDALL & RAABE, LLP
                                                     29 South Main Street, Suite 305
                                                     West Hartford, CT 06107
                                                     Telephone:  860-493-6292
                                                     Facsimile: 860-493-6290
                                                     rizard@ikrlaw.com
                                                     craabe@ikrlaw.com
                                                     cbarrett@ikrlaw.com

                                                     William H. Narwold (ct00133)
                                                     *Plaintiffs' Interim Co-Lead Class Counsel*
                                                     Mathew Jasinski, (ct27520)
                                                     MOTLEY RICE LLC
                                                     One Corporate Center
                                                     20 Church Street, 17th Floor
                                                     Hartford, CT 06103
                                                     Telephone:  860-882-1681
                                                     Facsimile:  860-882-1682
                                                     bnarwold@motleyrice.com
                                                     mjasinski@motleyrice.com

                                                     Joseph P. Guglielmo (ct27481)
                                                     *Plaintiffs' Executive Committee Chair*
                                                     Carey Alexander, *pro hac vice*
                                                     SCOTT+SCOTT,
                                                     ATTORNEYS AT LAW, LLP
                                                     The Helmsley Building
                                                     230 Park Avenue, 17th Floor
                                                     New York, NY 10169
                                                     Telephone:  212-223-6444
                                                     Facsimile:  212-223-6334
                                                     jguglielmo@scott-scott.com
                                                     calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW,
LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  860-537-5537
Facsimile:  860-537-4432
ecomite@scott-scott.com

Derek W. Loeser, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, *pro hac vice*
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206- 623-1900
Facsimile:  206-623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:  612-341-0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985-783-6789
Facsimile:  985-783-1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504-581-5644
Facsimile:  504-581-2156

- 3 -

andrew@lemmonlawfirm.com

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile, *pro hac vice pending*
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516-699-8890
Facsimile:  516-699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-908-4906
Facsimile:  866-747-3905
ekirkwood1@bellsouth.net

Karen Hanson Riebel, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, *pro hac vice pending*
LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:  612-596-4097
Facsimile:   612-339-0981
khriebel@locklaw.com
kmarttila@locklaw.com

Brad J. Moore
STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
Telephone: 206.448.1777
Facsimile: 206.728.2131
Brad@stritmatter.com

Daniel K. Bryson
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP

900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile:  919-600-5035
Dan@wbmllp.com
Jeremy@wbmllp.com

Additional Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Seth R. Klein, hereby certify that on this 5th day of February, 2020, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access these documents though the court's CM/ECF system.

/s/ Seth R. Klein
Seth R. Klein