UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.<br><br>Defendants. | No. 16-cv-1702(JAM) |

## NOTICE OF APPEARANCE

TO: The Clerk of Court and all parties of record

PLEASE TAKE NOTICE that I am admitted to practice in this Court and appear in this case as counsel for Plaintiffs Kimberly A. Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker.

Dated: February 5, 2020

Respectfully submitted,

*/s/ Seth R. Klein*

Seth R. Klein (ct18121)
E-mail: sklein@ikrlaw.com
IZARD, KINDALL & RAABE LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Seth R. Klein, certify that, on February 5, 2020, I caused a true and correct copy of the foregoing to be served electronically on all counsel of record registered for electronic service for this case.

/s/ Seth R. Klein

Seth R. Klein (ct18121)
E-mail: craabe@ikrlaw.com
IZARD, KINDALL & RAABE LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Counsel for Plaintiffs*