UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br>  vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>                      Defendants. | No. 16-cv-1702 (JAM)<br>(Consolidated)<br><br>CLASS ACTION<br><br><br><br>February 18, 2020 |

**PLAINTIFFS' CONSENT MOTION TO**
**REALLOCATE BRIEFING PAGES**

Plaintiffs respectfully move with consent of Defendants for permission to reallocate the fifty (50) pages allowed under Local Rules 7(a) and (d) for their class certification briefing to twenty (20) pages for their opening brief and thirty (30) pages for their reply. In support of this motion, Plaintiffs state as follows.

      1.      Plaintiffs' Motion for Class Certification and Memorandum in support thereof are due to be filed on March 2, 2019. *See* [ECF Nos. 192, 193].

      2.      Under the Local Rules, Plaintiffs are allowed 40 pages for their opening brief, and then 10 pages for their reply brief, for a total of 50 briefing pages. *See* Local Rules 7(a), 7(d).

      3.      Plaintiffs respectfully submit that there is good cause to reallocate these fifty pages to allow 20 pages for Plaintiffs' opening brief and 30 pages for their reply (keeping the

same 50 pages total), to allow them to most clearly and efficiently address any disputed class certification issues.

4. Specifically, Plaintiffs believe that they can demonstrate that the proposed classes meet the standard of Rule 23 and warrant certification in a twenty-page opening brief. However, Plaintiffs do not know what specific issues Defendants may raise to challenge class certification. From their general experience in class certification briefing, Plaintiffs believe that attempting to guess the issues Defendants may raise in advance would likely lead to unnecessary briefing on issues that in fact are undisputed. Moreover, Plaintiffs likely would ultimately have to request additional pages for their reply brief to discuss unanticipated arguments that Defendants raise in their opposition briefing. By reallocating the briefing pages from the outset, Plaintiffs respectfully submit that they will be able to best and most efficiently address the elements of class certification that are actually in dispute.

5. Plaintiffs have consulted with Defendants, who consent to this reallocation of pages.

WHEREFORE, Plaintiffs respectfully request that their consent Motion to Reallocate Briefing Pages to allow them 20 pages on their opening brief and 30 pages on their reply brief be granted.

Dated: February 18, 2020                    Respectfully submitted,

                                            *s/ Robert A. Izard*
                                            Robert A. Izard (ct01601)
                                            *Plaintiffs' Interim Co-Lead Class Counsel*
                                            Craig A. Raabe (ct04116)
                                            Christopher M. Barrett (ct30151)
                                            IZARD, KINDALL & RAABE, LLP
                                            29 South Main Street, Suite 305
                                            West Hartford, CT 06107

Telephone: 860-493-6292
Facsimile: 860-493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-882-1681
Facsimile: 860-882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, *pro hac vice*
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
ecomite@scott-scott.com

Derek W. Loeser, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, *pro hac vice*
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200

- 3 -

Seattle, WA  98101-3052
Telephone:  206- 623-1900
Facsimile:   206-623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:   612-341-0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985-783-6789
Facsimile:   985-783-1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504-581-5644
Facsimile:   504-581-2156
andrew@lemmonlawfirm.com

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile, *pro hac vice pending*
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516-699-8890
Facsimile:   516-699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC

P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-908-4906
Facsimile:   866-747-3905
ekirkwood1@bellsouth.net

Karen Hanson Riebel, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, *pro hac vice pending*
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:  612-596-4097
Facsimile:   612-339-0981
khriebel@locklaw.com
kmarttila@locklaw.com

Brad J. Moore
STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
Telephone: 206.448.1777
Facsimile: 206.728.2131
Brad@stritmatter.com

Daniel K. Bryson
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile:  919-600-5035
Dan@wbmllp.com
Jeremy@wbmllp.com

Additional Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I, Seth R. Klein, hereby certify that on this 18th day of February, 2020, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access these documents though the court's CM/ECF system.

                                  /s/ Seth R. Klein
                                    Seth R. Klein