UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>   vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>                      Defendants. | Civ. A. No. 16-cv-1702 (JAM) |

**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S
PARTIAL MOTION TO DISMISS PLAINTIFFS'
SECOND AMENDED CONSOLIDATED COMPLAINT**

Defendant Cigna Health and Life Insurance Company ("CHLIC"),[1] by and through its undersigned counsel, respectfully moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Count IX (Breach of Contract) and Count X (Breach of Implied Covenant of Good Faith and Fair Dealing) of Plaintiffs' Second Amended Consolidated Complaint with prejudice for the reasons set forth in the accompanying Memorandum of Law.

---

[1] Cigna Corporation has been dismissed from the Action, so this motion is made on behalf of Defendant CHLIC only.

**ORAL ARGUMENT REQUESTED**

Dated: February 20, 2020

Respectfully submitted,

/s/ Joseph J. Costello
Joseph J. Costello (ct14917)
Brian W. Shaffer (phv08654)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
joseph.costello@morganlewis.com
brian.shaffer@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860-240-2945
Facsimile: 860-240-2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that on February 20, 2020, a copy of the foregoing Defendant Cigna Health and Life Insurance Company's Partial Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint and supporting papers were served via electronic mail on all counsel of record.

Dated:  February 20, 2020            /s/ Joseph J. Costello
                                     Joseph J. Costello