# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, ET AL , :    Plaintiff, | CIVIL ACTION NO.  3:16-cv-1702 (WWE) |
| V. : | |
| CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC. :    Defendants. | MARCH 6, 2020 |

## NOTICE OF APPEARANCE

Please enter the appearance of Ivana Greco of Robinson & Cole LLP as counsel for the Defendant, OptumRx, Inc., in the above-captioned action.

        Respectfully submitted,

        THE DEFENDANT
        OptumRx, Inc.


        By: /s/ *Ivana Greco*
            Ivana Greco (ct29635)
            Email: igreco@rc.com
            Robinson & Cole LLP
            280 Trumbull Street
            Hartford, CT  06103
            Tel. No.:  (860) 275-8200
            Fax No.:  (860) 275-8299

## CERTIFICATE OF SERVICE

    I hereby certify that on this 6th day of March, 2020 the foregoing and all attachments were filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Ivana Greco*
                                            Ivana Greco