UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated, | Civil No. 16-cv-1702 (JAM) |
| Plaintiffs, | |
| vs. | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al. | March 12, 2020 |
| Defendants. | |

**PLAINTIFF BLOCKER'S MOTION TO SEAL**

Pursuant to Local Civil Rule 5(e)(4)(a), Plaintiff Blocker moves as required by the protective order for an order permitting Plaintiff to file under seal the unredacted version of (1) his *Memorandum of Law in Opposition to Cigna's Motion to Dismiss Counts IX and X* (the "Opposition") and (2) Exhibit 1 to the Opposition, which is an excerpted version of the "Administrative Services Only Agreement" between Cigna Health and Life Insurance Company ("Cigna") and Plaintiff's employer that was produced and designated as "CONFIDENTIAL" by Cigna in this action ("Agreement"). The redacted portions of the Opposition contain information from the Agreement.

Notwithstanding the filing of this motion, Plaintiff does not believe these documents can properly be sealed under the First Amendment and controlling case law. Plaintiff asked Cigna on March 12, 2020 whether Plaintiff can file these document publicly, but Cigna has advised Plaintiff that it needs additional time to consider Plaintiff's request.

After Cigna has had the opportunity to consider Plaintiff's request, to the extent Cigna

decides that such documents should remain sealed, it can file a document in support of this

Motion, attempting to demonstrate that the redactions in the Opposition and the sealing of the

Agreement is supported by clear and compelling reasons and is narrowly tailored to serve those

reasons.  Cigna does not oppose this motion.

Accordingly, Plaintiff respectfully requests that the Court seal the unredacted versions of

the Opposition and the Agreement until Cigna files documentation supporting the sealing.

 March 12, 2020

_s/ Robert A. Izard_

Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292
860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
Mathew Jasinski  (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 fax
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. B. Oliver
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

843-216-9000
moliver@motleyrice.com

**Attorneys for Plaintiffs**