**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC., <br><br> Defendants. | Civ. A. No. 16-cv-1702 (JAM) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PLAINTIFFS' MOTIONS**

Pursuant to D. Conn. L. Civ. R. 7(b), Defendant Cigna Health and Life Insurance Company

("CHLIC") and Defendant OptumRx, Inc. ("Optum") (collectively, the "Defendants") respectfully

request that the deadline to file their responses to both Plaintiffs' Motion to De-Designate and

Unseal Confidential Documents ("Motion to Unseal") (Dkt. 212) and Plaintiffs' Motions to Seal

("Motions to Seal") (Dkt. 208 and 214), currently set for **March 16, 2020**, be extended by fourteen

(14) days up to and including **March 30, 2020**.  Plaintiffs consent to the relief requested herein.

Good cause exists for such extension, and in support of this motion, the undersigned states as

follows:

1.      On March 2, 2020, Plaintiffs filed their first Motion to Seal certain exhibits

appended to their Motion for Class Certification, as well as their memorandum of law in support

thereof (Dkts. 205–207).

2.      On March 6, 2020, Plaintiffs filed the Motion to Unseal those sealed exhibits.

3.      On March 9, 2020, the Court entered an Order (Dkt. 213) requiring Defendants to file any objection or response to Plaintiffs' Motion to Unseal by March 16, 2020.[1]

4.      On March 12, 2020, Plaintiffs filed a second Motion to Seal, this time to seal an exhibit attached to their Opposition to CHLIC's Motion to Dismiss and their memorandum in support thereof (Dkts. 215–216).[2]

5.      On March 13, 2020, the Court entered an Order (Dkt. 217) requiring Defendants to file any response to Plaintiffs' Motions to Seal by March 16, 2020.

6.      Due to the challenges and logistical limitations related to the evolving COVID-19 situation, which have impacted both Defendants and their outside counsel, and which have impeded Defendants' ability to obtain necessary information in support of the Motions to Seal, and support for their opposition to Plaintiffs' Motion to Unseal, including obtaining needed information from potential declarants, Defendants require additional time to prepare proper responses to the issues raised in Plaintiffs' Motion to unseal, and the March 16, 2020 deadline cannot reasonably be met despite Defendants' diligence.

7.      Pursuant to Local Rule 7(b)(3), Defendants state that this motion was filed three days before the deadline in question despite the rapidly evolving nature of the response to COVID-19 and the unforeseen need for additional time to file a response.

---

[1] Absent an order from the Court shortening the time for Defendants' response, D. Conn. L. Civ. R. 7(a)(2) would have provided Defendants with twenty-one (21) days from the filing of Plaintiffs' Motion to submit an opposition memorandum.

[2] Plaintiffs first raised with Defendant CHLIC on the same date of the filing of their Second Motion to Seal whether CHLIC would consent to allow the proposed exhibit designated Confidential to be filed publically.  Given the timing of the request, CHLIC informed Plaintiffs that it would need additional time to consider any de-designation of the document in question, which is a non-public contract with a third-party.

8.      For this reason, Defendants request an additional fourteen (14) days within which

to respond to the Motion to Unseal and the Motions to Seal.

9.      The undersigned has inquired of opposing counsel, and Plaintiffs do not object to

the relief requested herein.

10.     This is the first motion for an extension of time for Defendants to respond to

Plaintiffs' Motion to Unseal and Motions to Seal.

WHEREFORE, Defendants respectfully request an order from this Court extending the

deadline to respond to the Motion to Unseal and the Motions to Seal by fourteen (14) days up to

and including March 30, 2020.

Dated:  March 13, 2020

/s/ Michelle S. Grant

Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

Respectfully submitted,

/s/ Joseph J. Costello

Joseph J. Costello (ct14917)
Brian W. Shaffer (phv08654)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
joseph.costello@morganlewis.com
brian.shaffer@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  +1.860.240.2945
Facsimile:  +1.860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, the foregoing document was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system.  Parties may access this filing through the Court's system.


/s/ Joseph J. Costello
Joseph J. Costello