UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, ROGER CUROL, Individually and on Behalf of All Others Similarly Situated, and BILLY RAY BLOCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and OPTUMRX, INC.,<br><br>        Defendants. | Civil No. 3:16-cv-1702 (JAM) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

In accordance with D. Conn. L. Civ. R. 7(e), the undersigned counsel moves for the withdrawal of the *pro hac vice* appearance of Joseph J. Costello in the action on behalf of Defendant Cigna Health and Life Insurance Company ("CHLIC"). In support of this motion the undersigned counsel represents that Joseph J. Costello is retiring from the practice of law at Morgan, Lewis & Bockius LLP effective March 31, 2020. CHLIC continues to be represented by, *inter alia*, Brian W. Shaffer, Lisa Weddle, Eleanor R. Farrell, and Matthew D. Klayman of the law firm of Morgan, Lewis & Bockius LLP.

Therefore, the undersigned counsel respectfully requests that this motion be granted.

Dated:  March 30, 2020                                    Respectfully submitted,

*s/ Brian W. Shaffer*
Brian W. Shaffer (phv08654)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
brian.shaffer@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860-240-2945
Facsimile: 860-240-2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

## CERTIFICATE OF SERVICE

I, Brian W. Shaffer, hereby certify that on March 30, 2020, I caused to be served the document filed herein via the Court's electronic filing system upon all counsel of record.

*s/ Brian W. Shaffer*