UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>        Defendants. | Civ. A. No. 16-cv-1702 (JAM)<br><br>March 30, 2020 |

**DECLARATION OF ELEANOR R. FARRELL IN SUPPORT OF DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO DE-DESIGNATE AND UNSEAL CONFIDENTIAL DOCUMENTS**

  I, Eleanor R. Farrell, being of full age, certify and state as follows:

  1. I am an attorney at law in the State of Pennsylvania and an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Defendant Cigna Health and Life Insurance Company ("CHLIC"). I submit this declaration in support of Defendant CHLIC's Opposition to Plaintiffs' Motion to De-Designate and Unseal Confidential Documents. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify hereto.

  2. On March 2, 2020, Plaintiffs filed their Motion for Class Certification. Upon review, I determined that many of the Exhibits to Plaintiffs' Motion for Class Certification were excerpted in the Second Amended Consolidated Complaint (the "Complaint") that Plaintiffs filed on February 6, 2020. *See* Dkt. 198. Counsel for the parties previously conferred about CHLIC's

confidentiality designations for those documents prior to the filing of the Complaint.  As a result of those discussions, CHLIC had agreed that certain parts of the documents that did not contain confidential, proprietary, and commercially sensitive business information could be referenced and even quoted in the publicly filed Complaint.  *See* Dkt. 198.  Based on that agreement, Plaintiffs included many of these same excerpts without redaction in their memorandum of law in support of their Motion for Class Certification.  *See* Dkt. 209 at 4-6.  Only references to four new Exhibits were redacted in the publicly-filed version of Plaintiffs' brief based on CHLIC's designation of those Exhibits as confidential.  *See id.* at 13-15.

3. On March 5, 2020, the parties engaged in a meet-and-confer regarding Plaintiffs' proposed motion to unseal the Exhibits.

4. During the March 5, 2020 meet-and-confer, counsel for CHLIC suggested that the parties should focus on potentially unsealing the parts of the four remaining exhibits relied upon by Plaintiffs in their brief.  When Plaintiffs' counsel rejected this approach, Defense counsel also separately expressed their willingness to potentially redact and even fully unseal certain Exhibits to Plaintiffs' motion after additional consultation with their client.

5. Plaintiffs' counsel was not willing to discuss the specifics of the documents further before filing their motion to unseal.  Instead, Plaintiffs' counsel indicated that they were going to file their motion and that they would consider CHLIC's proposals after the motion was on file.

6. On March 12, 2020, Plaintiffs raised with CHLIC for the first time whether CHLIC would consent to allow Exhibit 1 (designated by CHLIC as "Confidential") to be filed publically in support of Plaintiff Blocker's Memorandum of Law in Opposition to Cigna's Motion to Dismiss Counts IX and X of Plaintiffs' Second Amended Consolidated Complaint,

which was due to be filed with the Court that day.  Given the timing of the request, CHLIC informed Plaintiffs that it would need additional time to consider any de-designation and unsealing of the document in question, which is a CHLIC contract with a third party.  Later that day, Plaintiffs filed Exhibit 1 under seal with the Court along with their second Motion to Seal.

 I hereby certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

*Eleanor Farrell* (signature)

Eleanor R. Farrell

Executed:   March 30, 2020