## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

<table>
<tr>
<td>

KIMBERLY A. NEGRON, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CIGNA CORPORATION and CIGNA HEALTH
AND LIFE INSURANCE COMPANY,

Defendants.

</td>
<td>

Civil No. 3:16-cv-01702 (JAM)

April 1, 2010

</td>
</tr>
</table>

### DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S
### MOTION FOR ADMISSION *PRO HAC VICE* OF JEREMY P. BLUMENFELD

Pursuant to L. Civ. R. 83.1(d), Defendant Cigna Health and Life Insurance Company

("CHLIC") by and through the undersigned counsel, a member in good standing of the bar of

this Court, respectfully moves for the admission of Jeremy P. Blumenfeld to represent the

CHLIC in this matter as a visiting attorney.  The undersigned represents that Attorney

Blumenfeld is familiar with the issues that will be litigated in this action.  The undersigned

represents that the admission of Attorney Blumenfeld would not require modification of any

existing scheduling orders or deadlines.

In support of this Motion, the undersigned further states as follows:

1.      Attorney Blumenfeld is a Partner at the law firm Morgan, Lewis & Bockius LLP.

2.      Attorney Blumenfeld's office address is 1701 Market Street, Philadelphia, PA

19103.  His direct telephone number is +1.215.963.5258.  His fax number is +1.215.963.5001.  His

email is jeremy.blumenfeld@morganlewis.com.

3.      Attorney Blumenfeld is currently a member in good standing of the bar of the Commonwealth of Pennsylvania.  His Pennsylvania bar number is 85955.

4.      Attorney Blumenfeld is also currently a member in good standing of the bars of the following courts (bar numbers, if assigned, have been listed, while "N/A" indicates that no bar number has been assigned): State of New Jersey (I.D. #015882000), State of New York (I.D. #4859518), State of Ohio (I.D #0068858), United District Court for the Southern District of Ohio (N/A), Supreme Court of New Jersey (N/A), United States District Court for the Eastern District of Pennsylvania (N/A), United States Court of Appeals for the Sixth Circuit (N/A), United States Court for Appeals for the Third Circuit (N/A), United States Court of Appeals for the Seventh Circuit (N/A), United States Court of Appeals for the Tenth Circuit (N/A), United States Court of Appeals for the Second Circuit (N/A), United States District Court for the Eastern District of Michigan (N/A), United States District Court for the Northern District of Illinois (I.D. #90785592), United States District Court for the District of Colorado (N/A), United States District Court for the Northern District of Ohio (N/A), United States Supreme Court, United States Court of Appeals for the First Circuit (I.D. #1139761), United States District Court Central District of Illinois (N/A), United States District Court Southern District of New York (N/A), United States Court of Appeals for the Ninth Circuit (N/A), United States Court of Appeals for the Fourth Circuit (N/A).  Attorney Blumenfeld has never been a member of any other bar.

5.      Attorney Blumenfeld has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6.      Attorney Blumenfeld has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7.      Attorney Blumenfeld has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.      Attorney Blumenfeld, pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d)(1), designates the undersigned, Michael D. Blanchard (ct25891), a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring his application *pro hac vice* and as his agent for service of process upon whom service of all papers shall be made.  Attorney Blumenfeld, pursuant to L. Civ. P. R. 83.1(d)(1), designates the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

9.      The Affidavit of Jeremy P. Blumenfeld is attached hereto as Exhibit A in further support of this Motion pursuant to L. Civ. P. R. 83.1(d)(1).  A Certificate of Good Standing from the Commonwealth of Pennsylvania will be filed promptly if this motion is granted.

Wherefore, the Cigna Defendants respectfully request that the Court grant this motion for admission *pro hac vice* of Jeremy P. Blumenfeld.

Dated: April 1, 2020                         Respectfully submitted,


                                             */s/ Michael D. Blanchard*
                                             Michael D. Blanchard (ct25891)
                                             MORGAN, LEWIS & BOCKIUS LLP
                                             One State Street
                                             Hartford, CT  06103
                                             +1.860.240.2731 (Telephone)
                                             +1.860.240.2800 (Facsimile)
                                             michael.blanchard@morganlewis.com

                                             *Attorneys for Defendant Cigna Health and Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2020, the foregoing document was filed electronically.

Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.


*/s/ Michael D. Blanchard*
Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP