UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated, | No. 16-cv-1702 (JAM) (Consolidated) |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC., | |
| Defendants. | April 13, 2020 |

## DECLARATION OF CRAIG A. RAABE

I, Craig A. Raabe, declare under penalty of perjury:

1.      I am an attorney at the law firm of Izard Kindall & Raabe LLP. I submit this declaration in support of Plaintiffs' Reply Memorandum in Further Support of Motion to De-Designate and Unseal Claimed "Confidential" Documents.  I state the following based upon my personal knowledge.

2.      Plaintiffs began the meet-and-confer process to de-designate the documents at issue on December 16, 2019.

3.      Plaintiffs sought to ensure that the public's first amendment right to examine the judicial record of Cigna's "clawback" scheme was not hampered and they sought to avoid the administrative hassle of filing outdated, non-confidential documents under seal.  Of the millions of pages of documents that Plaintiffs reviewed, they narrowly selected approximately twenty

supposed "confidential" documents for de-designation.  The documents fit into a one-inch binder and the majority of them are from 2013 and 2014, when Cigna hatched its "clawback" scheme.

4.      In the four months since approaching Defendants, Plaintiffs have repeatedly requested that Cigna meet its obligation to specifically identify any supposed confidential information in the subject documents.

5.      Plaintiffs twice requested that Cigna create highlighted pdfs showing Plaintiffs what material Cigna baldly claimed as "confidential," but Cigna refused.

6.      Despite multiple meet and confer sessions, Cigna's opposition memorandum is the first time that it has identified a single word or phrase that it claims reveals confidential information by preparing for the court precisely what Plaintiffs asked it to do for them: create highlighted pdfs specifying its claims of supposed confidentiality.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April, 2020 at West Hartford, Connecticut.

_____

Craig A. Raabe

2