## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KIMBERLY A. NEGRON, ET AL , | : | CIVIL ACTION NO.  3:16-cv-1702 (JAM) |
|    Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC. | : : : | |
|    Defendants. | : | APRIL 13, 2020 |

### MOTION TO BE EXCUSED FROM COURT HEARING ON APRIL 23, 2020

Pursuant to D. Conn. L. Civ. R. 83(d)(2), the undersigned counsel from Robinson & Cole LLP respectfully request permission to be excused from attending the upcoming hearing in this matter.  In support of this motion, undersigned counsel represent:

1. The upcoming hearing concerns a motion to dismiss filed by Defendant Cigna Corporation.

2. Undersigned counsel represent Defendant OptumRx, Inc. ("Optum"), along with counsel from Dorsey & Whitney LLP.  Attorney Michelle Grant from Dorsey & Whitney LLP has been admitted Pro Hac Vice to this Court, and the undersigned has discussed this motion with her.

3. Local Rule 83.1(d)(2) allows local counsel to request permission from the Court to be excused from attending a Court hearing.

4. Excusing the undersigned from attending the upcoming hearing will save Optum from additional expense and will not otherwise impact this matter.

Wherefore, the undersigned respectfully respects that the Court excuse them from attending the upcoming hearing on April 23, 2020.

20463125-v1

2

Respectfully submitted,

THE DEFENDANT
OptumRx, Inc.


By: /s/ *Ivana Greco*
 Ivana Greco
 Theodore J. Tucci
 Robinson & Cole LLP
 280 Trumbull Street
 Hartford, CT  06103
 Tel. No.:  (860) 275-8200
 Fax No.:  (860) 275-8299
 igreco@rc.com
 ttucci@rc.com