UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br>Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br>Defendants. | Civ. A. No. 16-cv-1702 (JAM) |

**AMENDED STIPULATED JOINT CASE MANAGEMENT PLAN**

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, and Roger Curol ("Plaintiffs"), Defendant Cigna Health and Life Insurance Company ("CHLIC"), and Defendant OptumRx, Inc. ("Optum") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and submit the following amended joint case management plan, which further amends the amended joint case management plan filed by the parties on December 19, 2019 (Dkt. 192), and entered by the Court on December 20, 2019 (Dkt. 193).

1. On March 2, 2020, Plaintiffs filed their Motion for Class Certification (Dkt. 212).

2. Shortly thereafter, the World Health Organization, the United States Centers for Disease Control and Prevention, and the majority of states recognized that there is a life-threatening pandemic due to the spread of the COVID-19 virus and, on March 13, 2020, President Trump declared a national emergency.

3. The Parties and their counsel have been abiding by the numerous shelter-in-place and stay at home orders in effect in the various jurisdictions where these individuals reside.

Although the parties are continuing to advance the litigation as described below, the COVID-19 pandemic has created significant business disruption and challenges. Accordingly, the parties have agreed to, and request that the Court approve, a short extension of the current deadlines in the case.

4. The parties can report to the Court that they have been working diligently to prepare expert reports and collaboratively to schedule and conduct remote depositions of Plaintiffs' proposed class representatives and Plaintiffs' expert witness who submitted a declaration in support of their Motion for Class Certification (Dkt. 207-1). Defendants believe these depositions are necessary to oppose Plaintiffs' Motion for Class Certification.

5. The depositions of Plaintiffs' expert and two of the proposed class representatives are currently scheduled for April 17, April 21, and April 22–24, 2020. Defendant CHLIC has moved to dismiss the state law claims of the other proposed class representative, Plaintiff Billy Ray Blocker, Jr. (Dkt. 209), and the Court has scheduled a hearing on this Motion for April 23, 2020 (Dkt. 221). The parties have agreed to postpone Plaintiff Blocker's deposition until after the hearing since the outcome of that Motion may affect the scope of the deposition or eliminate the need to depose Plaintiff Blocker.

6. The parties also have been working cooperatively on additional discovery-related issues, some of which Plaintiffs have identified as necessary for preparation of their expert report on the merits. This includes the recently requested deposition of a CHLIC employee, as well as the production of additional data and information. The parties anticipate prompt completion of this discovery, including the scheduling of the deposition, but agree that an extension of the expert schedule is necessary in light of these unforeseeable circumstances.

7. In addition to this discovery, Defendant CHLIC has served or attempted to serve subpoenas on third-party pharmacy associations seeking documents related to this action. Service has been delayed or impeded due to COVID-19, and it is anticipated that responses to these subpoenas will take longer due to business disruption from the COVID-19 situation.

8. Accordingly, counsel for the Parties met and conferred and agree that, despite the Parties' diligence, given the current shelter-in-place, travel, and health restrictions and concerns regarding COVID-19, the fact discovery, expert, and class certification briefing schedules need to be extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joinder of parties/amendment of pleadings | By motion only | Same |
| Completion of all discovery: Fact and expert | 9/11/20 | 10/12/20 |
| Document production substantially completed | 10/4/19 | Same |
| Final privilege log completed | 11/11/19 | Same |
| **Experts:** | | |
| Expert reports where party bears burden of proof (excluding declarations supporting class certification, which will be submitted with Plaintiffs' motion for class certification) | 5/4/20 | 6/4/20 |
| Rebuttal expert reports (excluding declarations opposing class certification, which will be submitted with Defendants' oppositions to class certification) | 8/3/20 | 9/3/20 |
| Depositions completed | 9/11/20 | 10/12/20 |

3

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Class certification:** | | |
| Motion for class certification | 3/2/20 | Same |
| Opposition to class certification | 5/4/20 | 6/4/20 |
| Reply in support of motion for class certification | 6/17/20 | 7/20/20 |
| **Summary Judgment:** | | |
| Motions for summary judgment | Motions for summary judgment will be filed 60 days after the Court's ruling on Plaintiffs' motion for class certification or the court of appeals' ruling on any Rule 23(f) petition, whichever is later. | Same |
| Oppositions to summary judgment | 60 days after motions for summary judgment are filed. | Same |
| Replies in support of motions for summary judgment | 30 days after oppositions to summary judgment are filed. | Same |
| Joint Trial Memorandum | If any claims remain to be tried following the Court's rulings on the parties' motions for summary judgment, the parties shall, by 10/12/20 or within 60 days of the Court's summary judgment order, whichever is later, file a Joint Trial Memorandum proposing how any remaining claims should be tried. | Same |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Trial Ready | See above regarding Joint Trial Memorandum. | Same |
| **Other issues:** | | |
| • Depositions | Each party may take 25 fact depositions. | Same |
| • Interrogatories | No more than 40 interrogatories may be served on each party. | Same |
| • Class Certification | No earlier filing of a class certification motion, unless by agreement or with permission of the court. The parties will agree to an appropriate briefing schedule. | Same |
| • Summary judgment | Optum may file a summary judgment motion prior to class certification. The parties will agree to an appropriate briefing schedule. | Same |

Dated:  April 13, 2020

Respectfully submitted,

/s/ Craig A Raabe
Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292

/s/ Brian W. Shaffer
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv08309)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

*Plaintiffs' Interim Co-Lead Class Counsel*

Telephone: 215.963.5000
Facsimile: 215.963.5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  +1.860.240.2945
Facsimile:  +1.860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*

/s/ Michelle S. Grant
Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868 stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2020, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian W. Shaffer
Brian W. Shaffer
