# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br>　　　　　　　　　　Defendants. | Civ. A. No. 16-cv-1702 (JAM)<br><br>April 20, 2020 |

## MOTION FOR PERMISSION TO EXCUSE LOCAL COUNSEL FROM PROCEEDING

Pursuant to Rule 83.1(d)(2) of the Local Civil Rules of the United States District Court for the District of Connecticut, Defendant Cigna Health and Life Insurance Company ("CHLIC") moves the Court for permission to excuse Connecticut counsel, Michael D. Blanchard, from attendance in court at the hearing scheduled for April 23, 2020 on CHLIC's Motion to Dismiss Counts IX and X of Plaintiffs' Second Amended Consolidated Complaint. *See* Dkt. 221. In support hereof, Mr. Blanchard represents as follows:

1. Mr. Blanchard, who is admitted to practice in the United States District Court for the District of Connecticut (ct25891), has appeared on behalf of CHLIC.

2. The Court has granted motions to admit Brian W. Shaffer (phv08654), Jeremy Blumenfeld (ct23943), Lisa R. Veasman (phv08957), Eleanor R. Farrell (phv08309), Matthew D. Klayman (phv08656), and Margaret M. McDowell (phv08956) as visiting attorneys on behalf of the CHLIC.

3. Local Rule 83.1(d)(2) provides that a sponsoring (i.e., local) attorney may apply to be excused from attendance in court and participation in other proceedings before the Court. Local Rule 83.1(d)(2) further provides that a sponsoring attorney who is excused is not thereby relieved of any other obligation of an appearing attorney.

4. Certain counsel who have been admitted as visiting attorneys on behalf of CHLIC will appear for the hearing on April 23, 2020. Excusing Mr. Blanchard from attending the hearing will save CHLIC from additional expense and will not otherwise impact this matter.

5. Mr. Blanchard acknowledges that pursuant to Local Rule 83.1(d)(2), he will not be relieved of any other obligations.

WHEREFORE, Defendant Cigna Health and Life Insurance Company seeks an order from this Court excusing Connecticut counsel Michael D. Blanchard from attendance in court at the hearing scheduled for April 23, 2020.

Dated:  April 20, 2020          */s/ Michael D. Blanchard*
                                Michael D. Blanchard (ct25891)
                                MORGAN, LEWIS & BOCKIUS LLP
                                One State Street
                                Hartford, CT  06103
                                +1.860.240.2945 (Telephone)
                                +1.860.240.2800 (Facsimile)
                                michael.blanchard@morganlewis.com

                                *Attorneys for Defendant Cigna Health and Life Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2020, the foregoing Motion for Permission to Excuse Local Counsel from Proceeding was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                          */s/ Michael D. Blanchard*
                                          Michael D. Blanchard (ct25891)
                                          MORGAN, LEWIS & BOCKIUS LLP