## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and OPTUMRX, INC.<br><br>Defendants. | Civil No. 3:16-cv-01702 (JAM)<br><br><br>April 20, 2020 |

### **CERTIFICATE OF GOOD STANDING**



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Jeremy P. Blumenfeld, Esq.

**DATE OF ADMISSION**

*October 27, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: April 14, 2020**

Patricia A. Johnson
Chief Clerk

Dated: April 20, 2020                    Respectfully submitted,

*/s/ Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld (ct23943)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
+1.215.963.5258 (Telephone)
+1.215.963.5001 (Facsimile)
jeremy.blumenfeld@morganlewis.com

*Attorney for Defendant Cigna Health and Life Insurance Company*