# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and OPTUMRX, INC.<br><br>Defendants. | Civil No. 3:16-cv-01702 (JAM)<br><br>April 20, 2020 |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeremy P. Blumenfeld of Morgan, Lewis & Bockius LLP as counsel for the Defendant Cigna Health and Life Insurance Company in the above-captioned action.

Dated: April 20, 2020

Respectfully submitted,

*/s/ Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld (ct23943)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
+1.215.963.5258 (Telephone)
+1.215.963.5001 (Facsimile)
jeremy.blumenfeld@morganlewis.com

*Attorney for Defendant Cigna Health and Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2020, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             */s/ Jeremy P. Blumenfeld*
                                             Jeremy P. Blumenfeld (ct23943)
                                             MORGAN, LEWIS & BOCKIUS LLP