UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br>　　　　　　　　　　　Defendants. | Civ. A. No. 16-cv-1702 (JAM)<br><br>April 20, 2020 |

**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S MOTION IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL THEIR REPLY BRIEF (DKT. 232)**

Defendant Cigna Health and Life Insurance Company ("CHLIC") files this Motion, as permitted by the Court in its April 14, 2020 Order (Dkt. 237), to provide the necessary lawful basis on which to seal portions of Plaintiffs' reply brief (Dkt. 232).

On April 13, 2020, Plaintiffs filed a Motion to Seal (Dkt. 233) because portions of their Reply Memorandum in Further Support of Motion to De-Designate and Unseal Claimed "Confidential" Documents (Dkt. 232) (the "Reply") contains specific language that either quotes from, or summarizes the contents of, the Exhibits that Defendants previously designated as "Confidential" or "Confidential—Attorneys' Eyes Only" under the protective order in this action and which CHLIC has argued should maintain those designations and be sealed. *See* Reply at 4 (quoting from Ex. C to the Declaration of Tyler Lester (Dkt. 226) ("Lester Decl.")); Reply at 7 and n.4 (quoting Ex. K); and Reply at 8 (summarizing information in Ex. T); and Reply at 9 (quoting from Ex. D); *see also* Dkt. 223 (CHLIC's Opposition to Plaintiffs' Motion to De-

Designate and Unseal Confidential Documents (redacted)) ("Opp.") at 5-15; Dkt. 224 (CHLIC's Opposition filed under seal). The portions of the documents Plaintiffs quote or summarize are the same documents that are the subject of Plaintiffs' Memorandum of Law in Support of Motion for Class Certification (Dkt. 206 (filed under seal); Dkt. 209 (redacted version)) and Plaintiffs' Motion to De-Designate and Unseal Claimed "Confidential" Documents ("Motion to Unseal") (Dkt. 212).

CHLIC's Opposition to Plaintiffs' Motion to Unseal provides the Court with a detailed description of the legal and factual grounds on which CHLIC requests that certain documents, or portions thereof, including references to those documents in Plaintiffs' briefing and CHLIC's Opposition, be sealed and maintain their confidentiality designations. *See* Opp. at 7-12. Because Plaintiffs' Reply now quotes or summarizes the same Exhibits, those grounds apply with equal force here.

In particular, in that prior briefing, CHLIC demonstrates that these Exhibits reflect commercially sensitive business information that would cause competitive harm to CHLIC if it were publicly disclosed. *See* Opp. at 9-15. This business information includes internal discussions of strategy CHLIC pharmacy business projects, CHLIC prescription drug benefits policies and practices, and specific pharmacy prescription drug pricing information. *See* Opp. at 9-10. CHLIC has proposed narrowly tailored redactions of this proprietary and commercially sensitive information in eleven of the Exhibits in compliance with Local Rule 5(e). *See* Opp. at 11-12. CHLIC has submitted the Declaration of Tyler Lester in support of its Opposition and request to seal, which describes the specific proprietary business information present in each Exhibit and the specific competitive harm that disclosure would cause CHLIC. *See* Tyler Decl. ¶¶ 11-16. Courts have ordered documents sealed when they contained similar business

information, including sensitive internal analyses of business projects, non-public financial and pricing data, contractual agreements with third parties, and confidential information regarding business operations. *See* Opp. at 10 and n.7 (collecting cases ordering similar business information sealed).

Regarding the four Exhibits that Plaintiffs cite in their Reply, CHLIC directs the Court's attention to following portions of its prior briefing that address those documents in detail:

| Exhibit | Location in Plaintiffs' Reply | Discussion in CHLIC's Opposition | Discussion in Tyler Declaration |
|---|---|---|---|
| Exhibit C | Reply at 4 | *See* Opp. at 5, 7 | *See* Tyler Decl. ¶ 11 |
| Exhibit K | Reply at 7 and n. 4 | *See* Opp. at 2, 6, 7, 10-12 | *See* Tyler Decl. ¶¶ 13, 16 |
| Exhibit T | Reply at 8 | *See* Opp. at 10 | *See* Tyler Decl. ¶ 14 |
| Exhibit D | Reply at 9 | *See* Opp. at 5, 7, 11-12 | *See* Tyler Decl. ¶ 12(a) |

Accordingly, for the same reasons that the Court should deny Plaintiffs' motion to unseal and order the documents and information sealed as CHLIC requests in its Opposition, the Court should also order portions of Plaintiffs' Reply sealed.

Dated:  April 20, 2020

Respectfully submitted,

/s/ Brian W. Shaffer
Brian W. Shaffer (phv08654)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  +1.215.963.5000
Facsimile:  +1.215.963.5001
brian.shaffer@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Lisa R. Weddle (ca259050)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue

Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: +1.213.612.2500
Facsimile: +1.213.612.2501
lisa.weddle@morganlewis.com

Michael Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  +1.860.240.2945
Facsimile:  +1.860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2020, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Brian Shaffer<br>Brian Shaffer