Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____   RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: _____ hours  45  minutes
DATE: 4/23/2020   START TIME: 3:02pm   END TIME: 3:47pm
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 16cv1702

Negron

vs

CIGNA Corporation et al

Plaintiff's Counsel

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing          [ ] Show Cause Hearing
[ ] Evidentiary Hearing     [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] Doc #202  Motion to Dismiss _____ [ ] granted [ ] denied [✓] advisement
[ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....      Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....      Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....      Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....      Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] .....   [ ] Briefs(s) due ____  [ ] Proposed Findings due ____  Response due ____
[ ] ..........  _____ [ ] filed [ ] docketed
[ ] ..........  _____ [ ] filed [ ] docketed
[ ] ..........  _____ [ ] filed [ ] docketed
[ ] ..........  _____ [ ] filed [ ] docketed
[ ] ..........  _____ [ ] filed [ ] docketed
[ ] ..........  _____ [ ] filed [ ] docketed
[ ] ..........  Hearing continued until _____ at _____

Notes: