UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>                  Defendants. | No. 16-cv-1702 (JAM)<br>(Consolidated)<br><br>CLASS ACTION<br><br>May 20, 2020 |

## **PLAINTIFFS' MOTION TO AMEND PROPOSED CLASS DEFINITIONS**

Plaintiffs respectfully move this Court for permission to amend their Motion for Class Certification [ECF No. 205] (the "Motion") to substitute the following class and subclass definitions for the corresponding definitions set forth in the Motion:[1]

**ERISA Class.** All individuals residing in the United States and its territories who:

(A) were enrolled in a health benefit plan or policy subject to ERISA that was issued and/or administered by Cigna Health and Life Insurance Company including its affiliates ("Cigna") that:

- provided that a member "may be required to pay a portion of the Covered Expenses"; and

- provided that "Covered Expenses" are where an individual "incurs expenses for charges made by a Pharmacy"; and

- with respect to deductible payments, did not provide that the "Deductible payment" "will be based on the plan's Prescription Drug Charge"; and

---

[1] All capitalized terms are used as defined in the Second Amended Consolidated Complaint ("SACC").

 (B) paid a copayment or deductible payment to purchase prescription drugs pursuant to such plan or policy where according to the transaction data produced by Cigna in this action:

- the copayment or deductible payment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept for such drugs on a transaction-by-transaction basis; and

- the excess amount is credited or transferred to Cigna or the pharmacy benefit manager.

**ERISA Subclass.**  All individuals residing in the United States and its territories who:

 (A) were enrolled in a health benefit plan or policy subject to ERISA that was issued and/or administered by Cigna Health and Life Insurance Company including its affiliates ("Cigna") that provided that "in no event will the Copayment . . . exceed the amount paid by the plan to the Pharmacy"; and

 (B) paid a copayment to purchase prescription drugs pursuant to such plan or policy where according to the transaction data produced by Cigna in this action:

- the copayment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept for such drugs on a transaction-by-transaction basis; and

- the excess amount is credited or transferred to Cigna or the pharmacy benefit manager.

**State Law Class.**  All individuals residing in the United States and its territories who:

 (A) were enrolled in a health benefit plan or policy not subject to ERISA that was issued and/or administered by Cigna Health and Life Insurance Company including its affiliates ("Cigna") that:

- provided that a member "may be required to pay a portion of the Covered Expenses"; and

- provided that "Covered Expenses" are where an individual "incurs expenses for charges made by a Pharmacy"; and

- with respect to deductible payments, did not provide that the "Deductible payment" "will be based on the plan's Prescription Drug Charge"; and

 (B) paid a copayment or deductible payment to purchase prescription drugs pursuant to such plan or policy where according to the transaction data produced by Cigna in this action:

- the copayment or deductible payment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept for such drugs on a transaction-by-transaction basis; and

- the excess amount is credited or transferred to Cigna or the pharmacy benefit manager.

**State Law Subclass.** All individuals residing in the United States and its territories who:

(A) were enrolled in a health benefit plan or policy not subject to ERISA that was issued and/or administered by Cigna Health and Life Insurance Company including its affiliates ("Cigna") that provided that "in no event will the Copayment . . . exceed the amount paid by the plan to the Pharmacy"; and

(B) paid a copayment to purchase prescription drugs pursuant to such plan or policy where according to the transaction data produced by Cigna in this action:

- the copayment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept for such drugs on a transaction-by-transaction basis; and

- the excess amount is credited or transferred to Cigna or the pharmacy benefit manager.

**RICO Class.** All individuals residing in the United States and its territories who:

(A) were enrolled in a health benefit plan or policy that was issued and/or administered by Cigna Health and Life Insurance Company including its affiliates ("Cigna") that:

- provided that a member "may be required to pay a portion of the Covered Expenses"; and

- provided that "Covered Expenses" are where an individual "incurs expenses for charges made by a Pharmacy"; and

- with respect to deductible payments, did not provide that the "Deductible payment" "will be based on the plan's Prescription Drug Charge"; and

(B) paid a copayment or deductible payment to purchase prescription drugs pursuant to such plan or policy where according to the transaction data produced by Cigna in this action:

- the copayment or deductible payment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept for such drugs on a transaction-by-transaction basis; and

- the excess amount is credited or transferred to Cigna or the pharmacy benefit manager.

**RICO Subclass.** All individuals residing in the United States and its territories who:

(A) were enrolled in a health benefit plan or policy that was issued and/or administered by Cigna Health and Life Insurance Company including its affiliates ("Cigna") that provided that "in no event will the Copayment . . . exceed the amount paid by the plan to the Pharmacy"; and

(B) paid a copayment to purchase prescription drugs pursuant to such plan or policy where according to the transaction data produced by Cigna in this action:

- the copayment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept for such drugs on a transaction-by-transaction basis; and

- the excess amount is credited or transferred to Cigna or the pharmacy benefit manager.

As set forth in the accompanying memorandum of law, the proposed amendments *narrow* the scope of the original Class definitions, and thus will relieve Defendants and the Court of unnecessary expenditure of time and resources. Accordingly, Plaintiffs respectfully move that the Court grant Plaintiffs' motion to substitute the foregoing proposed class definitions for those set forth in Plaintiffs' original Motion.

Respectfully submitted,

Dated: May 20, 2020

*s/ Robert A. Izard*

Robert A. Izard (ct01601)
*Plaintiffs' Interim Co-Lead Class Counsel*
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860-493-6292
Facsimile: 860-493-6290
rizard@ikrlaw.com

craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860-882-1681
Facsimile:   860-882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, *pro hac vice*
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:   212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  860-537-5537
Facsimile:   860-537-4432
ecomite@scott-scott.com

Derek W. Loeser, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, *pro hac vice*
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206- 623-1900
Facsimile:   206-623-3384

– 5 –

dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:  612-341-0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985-783-6789
Facsimile:  985-783-1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504-581-5644
Facsimile:  504-581-2156
andrew@lemmonlawfirm.com

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile, *pro hac vice pending*
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516-699-8890
Facsimile:  516-699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-908-4906

Facsimile:   866-747-3905
ekirkwood1@bellsouth.net

Karen Hanson Riebel, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, *pro hac vice pending*
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:  612-596-4097
Facsimile:   612-339-0981
khriebel@locklaw.com
kmarttila@locklaw.com

Brad J. Moore
STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
Telephone: 206.448.1777
Facsimile: 206.728.2131
Brad@stritmatter.com

Daniel K. Bryson
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile:  919-600-5035
Dan@wbmllp.com
Jeremy@wbmllp.com

Additional Counsel for Plaintiffs