# EXHIBIT 1

**ERISA Class.** All individuals residing in the United States and its territories who **:**

**(A)** were enrolled in a health benefit plan **or policy subject to ERISA that was** issued and/or administered by [~~Defendants or their affiliates or insured under Defendants' or their affiliates' health insurance policies and subject to ERISA, who purchased~~] ~~prescription drugs pursuant to such~~ [~~plans or policies~~]**Cigna Health and Life Insurance Company including its affiliates ("Cigna")** that **:**

   • provided that a member "may be required to pay a portion of **the** Covered Expenses"**; and**

   • **provided that "Covered Expenses" are where an individual "incurs expenses for charges made by a Pharmacy"; and**

   • **with respect to deductible payments, did not provide that the "Deductible payment" "will be based on the plan's Prescription Drug Charge";** and

**(B)** paid a copayment or deductible payment **to purchase** prescription drugs pursuant to such **plan or policy where according to the transaction data produced by Cigna in this action:**

   • **the copayment or deductible payment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept** for such drugs[~~that was higher than the Pharmacy Charge~~] on a transaction-by-transaction basis[~~, which~~]**; and**

   • **the** excess [~~payment above the Pharmacy Charge was "clawed-back" by Cigna~~]**amount is credited or transferred to Cigna or the pharmacy benefit manager**.

**ERISA Subclass.** All individuals residing in the United States and its territories who **:**

**(A)** were enrolled in a health benefit plan **or policy subject to ERISA that was** issued and/or administered by [~~Defendants or their affiliates or insured under Defendants' or their affiliates' health insurance policies and subject to ERISA, who purchased~~] ~~prescription drugs pursuant to such~~ [~~plans or policies~~]**Cigna Health and Life Insurance Company including its affiliates ("Cigna")** that provided that "in no event will the Copayment[~~" "~~]**. . .** exceed the amount paid by the plan to the Pharmacy"**;** and

**(B)** paid a copayment **to purchase** prescription drugs pursuant to such **plan or policy where according to the transaction data produced by Cigna in this action:**

   • **the copayment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept** for such drugs [~~that was higher than the Pharmacy Charge~~]on a transaction-by- transaction basis[~~, which~~]**; and**

- **the** excess [payment above the Pharmacy Charge was "clawed back" by Cigna]**amount is credited or transferred to Cigna or the pharmacy benefit manager**.

**State Law Class.** All individuals residing in the United States and its territories who **:**

**(A)** were enrolled in a health benefit plan **or policy not subject to ERISA that was** issued and/or administered by [Defendants or their affiliates or insured under Defendants' or their affiliates' health insurance policies and not subject to ERISA, who purchased] prescription drugs pursuant to such [plans or policies]**Cigna Health and Life Insurance Company including its affiliates ("Cigna")** that **:**

- provided that a member "may be required to pay a portion of **the** Covered Expenses"**; and**

- **provided that "Covered Expenses" are where an individual "incurs expenses for charges made by a Pharmacy"; and**

- **with respect to deductible payments, did not provide that the "Deductible payment" "will be based on the plan's Prescription Drug Charge";** and

**(B)** paid a copayment or deductible payment **to purchase** prescription drugs pursuant to such **plan or policy where according to the transaction data produced by Cigna in this action:**

- **the copayment or deductible payment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept** for such drugs[ that was higher than the Pharmacy Charge] on a transaction-by-transaction basis[, which]**; and**

- **the** excess [payment above the Pharmacy Charge was "clawed back" by Cigna]**amount is credited or transferred to Cigna or the pharmacy benefit manager**.

**State Law Subclass.** All individuals residing in the United States and its territories who **:**

**(A)** were enrolled in a health benefit plan **or policy not subject to ERISA that was** issued and/or administered by [Defendants or their affiliates or insured under Defendants' or their affiliates' health insurance policies and not subject to ERISA, who purchased] prescription drugs pursuant to such plan**Cigna Health and Life Insurance Company including its affiliates ("Cigna")** that provided that "in no event will the Copayment["—"]**. . .** exceed the amount paid by the plan to the Pharmacy"**;** and

**(B)** paid a copayment **to purchase** prescription drugs pursuant to such plan **or policy where according to the transaction data produced by Cigna in this action:**

- **the copayment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept** for such drugs [~~that was higher than the Pharmacy Charge~~]on a transaction-by- transaction basis[~~, which~~]**; and**

- **the** excess [~~payment above the Pharmacy Charge was "clawed-back" by Cigna~~]**amount is credited or transferred to Cigna or the pharmacy benefit manager**.

**RICO Class.** All individuals residing in the United States and its territories who **:**

**(A)** were enrolled in a health benefit plan **or policy that was** issued and/or administered by [~~Defendants or their affiliates or insured under Defendants' or their affiliates' health insurance policies, including both plans subject to ERISA and plans not subject to ERISA, who purchased~~] prescription drugs pursuant to such [~~plans or policies~~]**Cigna Health and Life Insurance Company including its affiliates ("Cigna")** that **:**

- provided that a member "may be required to pay a portion of **the** Covered Expenses"**; and**

- **provided that "Covered Expenses" are where an individual "incurs expenses for charges made by a Pharmacy"; and**

- **with respect to deductible payments, did not provide that the "Deductible payment" "will be based on the plan's Prescription Drug Charge";** and

**(B)** paid a copayment or deductible payment **to purchase** prescription drugs pursuant to such **plan or policy where according to the transaction data produced by Cigna in this action:**

- **the copayment or deductible payment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept** for such drugs[~~ that was higher than the Pharmacy Charge~~] on a transaction-by-transaction basis[~~, which~~]**; and**

- **the** excess [~~payment above the Pharmacy Charge was "clawed-back" by Cigna~~]**amount is credited or transferred to Cigna or the pharmacy benefit manager**.

**RICO Subclass.** All individuals residing in the United States and its territories who **:**

**(A)** were enrolled in a health benefit plan **or policy that was** issued and/or administered by [~~Defendants or their affiliates or insured under Defendants' or their affiliates' health insurance policies, including both plans subject to ERISA and plans not subject to ERISA, who purchased~~] prescription drugs pursuant to such [~~plans or policies~~]**Cigna Health and Life Insurance Company including its affiliates ("Cigna")** that provided that "in no event will the Copayment[~~" "~~]**. . .** exceed the amount paid by the plan to the Pharmacy"**;** and

**(B)**   paid  a  copayment **to purchase** prescription drugs pursuant to such **plan or policy where according to the transaction data produced by Cigna in this action:**

- **the copayment exceeds the amount the pharmacy agreed with Cigna or the pharmacy benefit manager to accept** for such drugs [~~that was higher than the Pharmacy Charge~~ ]on a transaction-by- transaction basis[~~, which~~]**; and**

- **the** excess [~~payment above the Pharmacy Charge was "clawed back" by Cigna~~]**amount is credited or transferred to Cigna or the pharmacy benefit manager**.

Document comparison by Workshare 10.0 on Tuesday, May 19, 2020 4:35:52 PM

| Input: | |
|---|---|
| Document 1 ID | file://C:\Users\mp072321\Desktop\Current Class Definitions.docx |
| Description | Current Class Definitions |
| Document 2 ID | file://C:\Users\mp072321\Desktop\Amended class defintions (05.19.20).pdf |
| Description | Amended class defintions (05.19.20) |
| Rendering set | MLB Set 1 |

| Legend: | |
|---|---|
| **Insertion** | |
| [Deletion ] | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 108 |
| Deletions | 32 |
| Moved from | 6 |
| Moved to | 6 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 152 |