UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated, | No. 3:16-cv-1702 (JAM) |
| Plaintiffs, | |
| v. | |
| CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC., | May 27, 2020 |
| Defendants. | |

## SEVENTH AMENDED STIPULATED JOINT CASE MANAGEMENT PLAN

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs"), Defendant Cigna Health and Life Insurance Company ("CHLIC"), and Defendant OptumRx, Inc. ("Optum") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and submit the following amended joint case management plan ("JCMP"), which amends the current schedule in connection with completion of briefing on Plaintiffs' pending motion for class certification and the service of Plaintiffs' merits expert report. This JCMP also resolves CHLIC's letter dated May 21, 2020 [ECF No. 255] ("Letter") and responds to the Court's Order directing Plaintiffs to file a response to that Letter by May 27, 2020 [ECF No. 256].

As set forth below, the Parties have agreed to an extension of the class certification briefing schedule to resolve the request in CHLIC's Letter. In addition, in order to address a small slippage of the schedule due to the ongoing coronavirus pandemic, the Parties have agreed

to extend the timing of Plaintiffs' merits expert report by fourteen (14) days.  The Parties respectfully request that the Court approve this stipulation.

**Requests for Extension**

The specific scheduling revisions sought by the Parties are as follows:

- *Extension of Class Certification Briefing Schedule.*  On May 20, 2020, Plaintiffs filed their Motion to Amend Proposed Class Definitions [ECF No. 253] ("Motion to Amend").  In response, Defendants filed a letter to the Court requesting, *inter alia,* that their present June 4, 2020 deadline to oppose class certification be extended [ECF No. 255].  The Parties have conferred and jointly propose as follows:

  o Defendants shall have 14 days from the date of the Motion to Amend, or until and including June 3, 2020, either to respond to the Motion or to reach agreement with Plaintiffs concerning the Motion (rather than the 21 days ordinarily allowed under Local Rule 7(a)(2) to respond to a motion).

    ▪ If Defendants oppose the Motion to Amend, Plaintiffs shall have 7 days from the date of the opposition, or until and including June 10, 2020, to file a reply memorandum (rather than the 14 days ordinarily allowed under Local Rule 7(d) to file a reply).

  o Once the issue of the Class definitions is resolved – either through a stipulation approved by the Court or a ruling by the Court on the Motion to Amend – Defendants shall have thirty (30) days to file their opposition to Plaintiffs' underlying Motion for Class Certification [ECF No. 205].

- o As under the current schedule, Plaintiffs will be allowed 45 days to file their reply brief after the date that Defendants file their opposition to class certification.

- o If warranted, Defendants may seek leave to file a sur-reply brief in accordance with Judge Meyer's procedures and the applicable rules.

- *Extension of Service of Plaintiffs' Expert Report*. Plaintiffs have served written discovery and requested depositions in connection with their merits expert's opinion. However, due to delays occasioned by the coronavirus pandemic and despite mutual cooperation of the Parties, including completion of one of those defense depositions, some of that discovery cannot be completed before the current expert report deadline. Accordingly, the Parties request that the deadline for Plaintiffs to file their merits expert report be extended by 14 days, until and including June 18, 2020.  Insofar as rebuttal expert reports are not due until September 3, 2020, the requested extension of the deadline for Plaintiffs' expert's merits report will not require an extension of the deadline for rebuttal reports.

Accordingly, taking into account the foregoing proposed extensions, the Parties respectfully request entry of the following schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joinder of parties/amendment of pleadings | By motion only | Same |
| Completion of all discovery: Fact and expert | 10/12/20 | Same |
| Document production substantially completed | 10/4/19 | Same |
| Final privilege log completed | 11/11/19 | Same |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Experts:** | | |
| Expert reports where party bears burden of proof (excluding declarations supporting class certification, which will be submitted with Plaintiffs' motion for class certification) | 6/4/20 | 6/18/20 |
| Rebuttal expert reports (excluding declarations opposing class certification, which will be submitted with Defendants' oppositions to class certification) | 9/3/20 | Same |
| Depositions completed | 10/12/20 | Same |
| **Class certification:** | | |
| Motion for class certification | 3/2/20 | Same (filed) |
| Defendants' response to Plaintiffs' Motion to Amend Proposed Class Definitions | | 6/3/20 |
| Plaintiffs' reply in support of Motion to Amend Proposed Class Definitions (if needed) | | 6/10/20 |
| Opposition to class certification | 6/4/20 | 30 days from resolution of Plaintiffs' Motion to Amend Proposed Class Definitions |
| Reply in support of motion for class certification | 7/20/20 | 45 days from filing of Defendants' opposition to class certification |
| **Summary Judgment:** | | |
| Motions for summary judgment | Motions for summary judgment will be filed 60 days after the Court's ruling on Plaintiffs' motion for class certification or | Same |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| | the court of appeals' ruling on any Rule 23(f) petition, whichever is later. | |
| Oppositions to summary judgment | 60 days after motions for summary judgment are filed. | Same |
| Replies in support of motions for summary judgment | 30 days after oppositions to summary judgment are filed. | Same |
| Joint Trial Memorandum | If any claims remain to be tried following the Court's rulings on the parties' motions for summary judgment, the parties shall, within 60 days of the Court's summary judgment order, file a Joint Trial Memorandum proposing how any remaining claims should be tried. | Same |
| Trial Ready | See above regarding Joint Trial Memorandum. | Same |
| **Other issues:** | | |
| • Depositions | Each party may take 25 fact depositions. | Same |
| • Interrogatories | No more than 40 interrogatories may be served on each party. | Same |
| • Class Certification | No earlier filing of a class certification motion, unless by agreement or with permission of the | Same |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| | court.  The parties will agree to an appropriate briefing schedule. | |
| • Summary judgment | Optum may file a summary judgment motion prior to class certification.  The parties will agree to an appropriate briefing schedule. | Same |

May 27, 2020                                       Respectfully Submitted,

/s/ Brian W. Shaffer                              /s/ Robert A. Izard

Brian W. Shaffer (pro hac vice)                   Robert A. Izard (ct01601)
Jeremy P. Blumenfeld (pro hac vice)               Plaintiffs' Interim Co-Lead Class Counsel
Eleanor R. Farrell (pro hac vice)                 Craig A. Raabe (ct04116)
Matthew Klayman (pro hac vice)                    Christopher M. Barrett (ct30151)
MORGAN, LEWIS & BOCKIUS LLP                       IZARD, KINDALL & RAABE, LLP
1701 Market Street                                29 South Main Street, Suite 305
Philadelphia, PA 19103                            West Hartford, CT 06107
Telephone: 215.963.5000                           Telephone: 860.493.6292
Facsimile: 215.963.5001                           Facsimile: 860.493.6290
brian.shaffer@morganlewis.com                     rizard@ikrlaw.com
jeremy.blumenfeld@morganlewis.com                 craabe@ikrlaw.com
eleanor.farrell@morganlewis.com                   cbarrett@ikrlaw.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)                    William H. Narwold (ct00133)
MORGAN, LEWIS & BOCKIUS LLP                       Plaintiffs' Interim Co-Lead Class Counsel
One State Street                                  Mathew Jasinski, (ct27520)
Hartford, CT 06103                                MOTLEY RICE LLC
Telephone:  860.240.2945                          One Corporate Center
Facsimile:  860.240.2800                          20 Church Street, 17th Floor
michael.blanchard@morganlewis.com                 Hartford, CT 06103
                                                  Telephone: 860.882.1681
*Attorneys for Defendant CHLIC*                   Facsimile: 860.882.1682
                                                  bnarwold@motleyrice.com

mjasinski@motleyrice.com

/s/ Michelle S. Grant

Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

Joseph P. Guglielmo (ct27481)
Plaintiffs' Executive Committee Chair
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW,
LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Plaintiffs' Executive Committee Member
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
Plaintiffs' Executive Committee Member
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice

Plaintiffs' Executive Committee Member
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Plaintiffs' Executive Committee Member
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
Plaintiffs' Executive Committee Member
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member

Kristen G. Marttila, pro hac vice
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*