UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated, | No. 3:16-cv-1702 (JAM) |
| Plaintiffs, | |
| v. | |
| CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC., | June 3, 2020 |
| Defendants. | |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs"), Defendant Cigna Health and Life Insurance Company ("CHLIC"), and Defendant OptumRx, Inc. ("Optum") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree to and submit for the Court's consideration the following stipulation. The Parties respectfully request that the Court enter this stipulation to resolve Plaintiffs' Motion to Amend Proposed Class Definitions [ECF No. 253].

Plaintiffs filed their Motion to Amend Proposed Class Definitions on May 20, 2020. As a preliminary response, Defendants filed a letter requesting, *inter alia,* that their deadline to oppose class certification be extended [ECF No. 255]. The Court directed Plaintiffs to respond to the request set forth in Defendants' letter. [ECF No. 256]. The Parties then jointly proposed the Seventh Amended Joint Case Management Plan, which resolved Defendants' scheduling request.

[ECF No. 257]. The Court entered an order approving the Seventh Amended Joint Case Management Plan on May 28, 2020. [ECF No. 258].

Since then, the Parties have continued to confer and now agree as follows, subject to the Court's approval:

1. The proposed class and subclass definitions set forth in the Motion to Amend Proposed Class Definitions shall be substituted for the corresponding proposed definitions set forth in Plaintiffs' Motion for Class Certification [ECF No. 205].

2. Plaintiffs' Motion to Amend Proposed Class Definitions [ECF No. 253] is moot.

3. Plaintiffs shall not seek to amend their proposed class definitions further except to address any specific issue(s) identified by the Court.

4. If Defendants believe in good faith that they need to re-depose Plaintiffs' proffered expert, Launce B. Mustoe, regarding his declaration in support of Plaintiffs' Motion for Class Certification [ECF No. 207-01], Plaintiffs shall pay for the costs of such deposition, not to exceed four hours.

June 3, 2020                                             Respectfully Submitted,

_____*/s/ Brian W. Shaffer*_____                    _____*/s/ Robert A. Izard*_____
Brian W. Shaffer (pro hac vice)                         Robert A. Izard (ct01601)
Jeremy P. Blumenfeld (pro hac vice)                     *Plaintiffs' Interim Co-Lead Class Counsel*
Eleanor R. Farrell (pro hac vice)
Matthew Klayman (pro hac vice)                          Craig A. Raabe (ct04116)
MORGAN, LEWIS & BOCKIUS LLP                              Christopher M. Barrett (ct30151)
1701 Market Street                                      IZARD, KINDALL & RAABE, LLP
Philadelphia, PA 19103                                  29 South Main Street, Suite 305
Telephone: 215.963.5000                                 West Hartford, CT 06107
Facsimile: 215.963.5001                                 Telephone: 860.493.6292
brian.shaffer@morganlewis.com                           Facsimile: 860.493.6290
jeremy.blumenfeld@morganlewis.com                       rizard@ikrlaw.com
eleanor.farrell@morganlewis.com                         craabe@ikrlaw.com
matthew.klayman@morganlewis.com                         cbarrett@ikrlaw.com

                                                        William H. Narwold (ct00133)

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  860.240.2945
Facsimile:  860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*

### */s/ Michelle S. Grant\**

Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo (ct27481)
Plaintiffs' Executive Committee Chair
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW,
LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Plaintiffs' Executive Committee Member
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
Plaintiffs' Executive Committee Member

ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
Plaintiffs' Executive Committee Member
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Plaintiffs' Executive Committee Member
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
Plaintiffs' Executive Committee Member
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member

Kristen G. Marttila, pro hac vice

LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*

\* Signed with consent pursuant to § XI(D) of the Electronic Filing Policies & Procedures.

\*   \*   \*   \*

**BY THE COURT:**

Date:    June __, 2020          _____

HON. JEFFREY A. MEYER
UNITED STATES DISTRICT COURT JUDGE