UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>                      Defendants. | Civil No. 16-cv-1702 (JAM) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

In accordance with D. Conn. L. Civ. R. 7(e), the undersigned counsel moves for the withdrawal of the *pro hac* vice appearance of William R. Stoeri in the action on behalf of Defendant OptumRx, Inc. OptumRx, Inc. continues to be represented by Theodore J. Tucci and Ivana Greco of the law firm of Robinson & Cole LLP and Michelle S. Grant and Andrew Holly of the law firm of Dorsey & Whitney LLP.

Dated: June 8, 2020

                                                        By s/ William R. Stoeri
                                                        Theodore J. Tucci (ct05249)
                                                        Ivana Greco
                                                        ROBINSON & COLE LLP
                                                        280 Trumbull Street
                                                        Hartford, CT 06103
                                                         Telephone: (860) 275-8200
                                                        Facsimile: (860) 275-8206
                                                        ttucci@rc.com
                                                        igreco@rc.com

William R. Stoeri (*Pro Hac Vice – ct14744*)
Michelle S. Grant (*Pro Hac Vice – phv08827*)
Andrew Holly (*Pro Hac Vice – phv08826)*
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

*Attorneys for Defendant OptumRx, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2020, I electronically filed the foregoing with the Clerk of Court, using CM/ECF.  I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF, or via other means if required.

By s/ William R. Stoeri<br>
William R. Stoeri

4825-5522-9884\1