UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>  vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>                      Defendants. | Civ. A. No. 16-cv-1702 (JAM)<br><br>June 29, 2020 |

**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S AND
PLAINTIFFS' JOINT MOTION REQUESTING ADDITIONAL BRIEFING PAGES**

Defendant Cigna Health and Life Insurance Company ("CHLIC") and Plaintiffs respectfully move for permission to exceed (1) the forty (40) pages allowed under Local Rule 7(a) for CHLIC's class certification opposition and (2) the thirty (30) pages allowed per this Court's order, at ECF 200,[1] for Plaintiffs' class certification reply by an additional ten (10) pages. In support of this motion, CHLIC and Plaintiffs state as follows:

      1.      CHLIC's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification is due to be filed on July 6, 2020, and Plaintiffs' reply is due forty-five (45) days thereafter. *See* [ECF Nos. 257, 258].

      2.      CHLIC and Plaintiffs respectfully submit that there is good cause to allow an additional ten (10) pages in CHLIC's opposition and Plaintiffs' reply to address the arguments

---

[1] The Court previously granted Plaintiffs' request to allocate their pages so they were permitted to a twenty (20) page opening brief (instead of forty (40)) and thirty (30) pages for their reply (instead of ten (10)). *See* [ECF Nos. 199, 200].

1

raised in connection with Plaintiffs' Motion for Class Certification, which seeks to certify three classes and three subclasses of millions of putative class members under several theories of liability.

3. Specifically, CHLIC believes that the complexity of the issues raised by Plaintiffs' Motion for Class Certification, including, but not limited to, the recent amendments to Plaintiffs' proposed class definitions, will likely require additional pages for CHLIC to properly address its arguments against class certification. *See* [ECF Nos. 260, 261]. CHLIC will make every effort to minimize its briefing, but it requests the additional pages to ensure that it has a full opportunity to respond to Plaintiffs' motion and include the factual information and substantive legal arguments necessary.

4. Plaintiffs believe they will require additional pages as well to respond to the arguments raised in CHLIC's opposition.

WHEREFORE, CHLIC and Plaintiffs respectfully request that their Motion Requesting Additional Briefing Pages to allow them an additional ten (10) pages for their respective briefs be granted.

Dated: June 29, 2020

Respectfully submitted,

/s/ *Robert A. Izard*
Robert A. Izard (ct01601)
Plaintiffs' Interim Co-Lead Class Counsel
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860-493-6292
Facsimile: 860-493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

/s/ *Brian W. Shaffer*
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv23943)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

| | |
|---|---|
| William H. Narwold (ct00133)<br>Plaintiffs' Interim Co-Lead Class Counsel<br>Mathew Jasinski, (ct27520)<br>MOTLEY RICE LLC<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>Telephone:  860-882-1681<br>Facsimile:  860-882-1682<br>bnarwold@motleyrice.com<br>mjasinski@motleyrice.com | Michael D. Blanchard (ct25891)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One State Street<br>Hartford, CT 06103<br>Telephone:  860-240-2945<br>Facsimile:  860-240-2800<br>michael.blanchard@morganlewis.com<br><br>*Attorneys for Defendant Cigna Health and Life Insurance Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Brian W. Shaffer*
Brian W. Shaffer