UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>      Defendants. | Civil No. 3:16-cv-1702 (WWE) |

**DEFENDANT OPTUMRX, INC.'S MOTION TO SEAL**

Pursuant to Local Civil Rule 5(e), Defendant OptumRx, Inc. ("OptumRx") hereby moves to file unredacted versions of the following documents (the "Subject Documents") under seal:[1]

1) OptumRx's Opposition to Plaintiffs' Motion for Class Certification

2) Exhibit 7 to the Declaration of Michelle S. Grant in Support of OptumRx's Opposition to Plaintiffs' Motion for Class Certification – Transcript of April 24, 2020 Deposition of Daniel Perry.

The Subject Documents contain information from Plaintiff Daniel Perry's April 24, 2020 deposition in this matter that the Plaintiffs have designated as "CONFIDENTIAL" under the Protective Order in place in this litigation (*see* [ECF No. 92]). OptumRx inquired whether Plaintiffs would be willing to de-designate the subject testimony from Mr. Perry's deposition, so

---

[1] Along with the public redacted version of OptumRx's Opposition to Plaintiffs' Motion for Class Certification, OptumRx is filing an unredacted version of its Opposition under seal.

that sealing is unnecessary, but have received no response to its inquiry from Plaintiffs as of the time of filing.

Accordingly, without conceding the confidentiality of the Subject Documents, OptumRx respectfully requests that the Court seal the Subject Documents in light of Plaintiffs' designation of Mr. Perry's deposition testimony.

Dated: July 6, 2020

By */s/ Michelle S. Grant*
Theodore J. Tucci (ct05249)
Ivana Greco (ct29635)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200
Facsimile: (860) 275-8299
ttucci@rc.com
igreco@rc.com

Michelle S. Grant (*Pro Hac Vice – phv08827*)
Andrew Holly (*Pro Hac Vice – phv08826*)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
grant.michelle@dorsey.com
holly.andrew@dorsey.com

*Attorneys for Defendant OptumRx, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2020, the foregoing document and all attachments thereto were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ivana Greco
Ivana Greco
