UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>　　　　　　　　　　Defendants. | No. 16-cv-1702 (JAM)<br>(Consolidated)<br><br>CLASS ACTION<br><br><br><br>July 6, 2020 |

**DECLARATION OF MICHELLE S. GRANT IN SUPPORT OF OPTUMRX INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Michelle S. Grant, pursuant to 28 U.S.C. § 1746, declare:

1. I am an attorney at the law firm of Dorsey & Whitney LLP and am one of the attorneys representing Defendant OptumRx, Inc. ("OptumRx") in the above-captioned matter. I submit this Declaration in Support of OptumRx's Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Hampton Affiliates Open Access Plus Medical Benefits Summary Plan Description, effective January 1, 2015, produced by Cigna Health and Life Insurance Company ("CHLIC") in this action bearing bates number CIGNA00000137.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Putnam Investments, Inc. Open Access Plus Medical Benefits Summary Plan Description, effective January 1, 2015, produced by CHLIC in this action bearing bates number CIGNA00001752.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Cobb County Government Prescription Drug Benefits Summary Plan Description, effective January 1, 2016, produced by CHLIC in this action bearing bates number CIGNA00024196.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Supplemental Objections and Responses of Defendant CHLIC to Interrogatory Nos. 1–6 of Plaintiffs'

Fifth Set of Interrogatories, dated June 18, 2020.[1] Protected health information has been redacted from Exhibit 4.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the June 23, 2020 deposition of Tyler Lester.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the transcript of the April 21, 2020 deposition of Plaintiff Kimberly A. Negron.

8. Attached hereto as **Exhibit 7** and **<u>filed under seal</u>** is a true and correct copy of excerpts from the transcript of the April 24, 2020 deposition of Plaintiff Daniel Perry.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the May 12, 2020 deposition of Plaintiff Billy Ray Blocker, Jr.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiffs Kimberly Negron's and Daniel Perry's Objections and Responses to OptumRx's First Set of Interrogatories, dated June 17, 2020.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Responses and Objections of Defendants Cigna Corporation and CHLIC to Plaintiffs' First Set of Interrogatories, dated September 1, 2017.[2]

---

[1] Before filing these exhibits, I consulted with counsel for CHLIC, who agreed to de-designate these interrogatory responses, thus eliminating the need to file Exhibit 4 under seal.

[2] Before filing these exhibits, I consulted with counsel for CHLIC, who agreed to de-designate these interrogatory responses, thus eliminating the need to file Exhibit 10 under seal.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the transcript of the April 17, 2020 deposition of Launce B. Mustoe, Jr.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated:  July 6, 2020                                  */s/ Michelle S. Grant*
                                                      Michelle S. Grant