# Exhibit 6



Deposition of:
# Kimberly A. Negron

*April 21, 2020*

In the Matter of:

# Negron, Kimberly et al. v. Cigna Corporation et al.

Veritext Legal Solutions
888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

```
 1          Q.      What do you know about OptumRX?
 2          A.      That they're -- mainly that
 3   they're a prescription company.  That's really
 4   it.
 5          Q.      Have you had any dealings or
 6   interactions with anyone from Optum with
 7   respect to -- ever with respect to your
 8   pharmacy benefits?
 9          A.      I don't believe so.  I don't
10   believe so.
11          Q.      Are you familiar with a company
12   called Argus?
13          A.      I never heard of it.
14          Q.      I'm sorry to jump around a
15   little bit.  Can we go back to Exhibit 2 which
16   are the Answers to the Interrogatories that
17   were previously marked.  And let's go to page
18   -- it's page 27 of the responses.
19          A.      Almost there.  Okay.  Page 27.
20          Q.      Do you see question 13 on there?
21          A.      Yes.
22          Q.      And question 13, again, this was
23   one that was directed to you and the other
24   plaintiffs.  It says, "Describe in detail how
```

1   amount and we're, like, wait a minute and then
2   that's when we updated the insurance.  We've
3   never actually had to fill --
4         Q.    I'm sorry, I didn't mean to cut
5   you off.  You did that and that's how -- you
6   had to give them some information to verify
7   that you did have the insurance and then you
8   got the non-exuberant price?
9         A.    Right.  So, like, say they got
10  an ear infection just after the new year or
11  something.  We updated our insurance
12  information, like my husband and I, maybe we
13  hadn't done it for one of the kids.  So
14  initially when we picked something up, the
15  pharmacy might initially give the amount and
16  then we quickly realized you guys need our
17  updated insurance information.  That's all.
18  We never actually fulfilled it, gone with it
19  because it's so expensive that way.
20        Q.    Other than the CVS in Burlington,
21  to the best of your recollection, are there
22  any other pharmacies where you would have had
23  prescriptions filled from 2012 to 2015?
24        A.    No, actually, I believe that CV

1    is the only place.
2         Q.    And did you ever discuss the
3    cost that you were paying for any of the
4    prescription drugs with the pharmacist at CVS
5    in Burlington when you would go in there?
6         A.    No.
7         Q.    Did you ever tell them that you
8    believe you were being overpaid -- you were
9    overpaying for any of the drugs that you were
10   buying?
11        A.    No.
12        Q.    Did you ever discuss the
13   concepts of clawbacks with any pharmacists?
14        A.    No.  I doubt any pharmacist
15   would engage, if he did.
16        Q.    I take it that no pharmacist,
17   then, ever told you that they couldn't discuss
18   any of those types of issues with you.
19   Correct?
20        A.    No.  I'm just -- it's an
21   assumption I'm making.
22             MR. SHAFFER:  Ms. Negron, I
23        don't have any more questions for you
24        right now.  I think some of the other

1      lawyers who are on the phone may have a
2      few questions for you, and I'm going to
3      take a look, I'm checking to see if we
4      have any additional documents that you
5      may have produced that we may not have
6      marked; if so, we may come back and do
7      that at the end.  For now I'll pass the
8      witness.  Thank you very much for your
9      time and your cooperation here.  I know
10     it's not ideal circumstances.  So thank
11     you.  I appreciate it.
12             THE WITNESS:  Any time.
13                    -  -  -
14                  EXAMINATION
15                    -  -  -
16  BY MS. GRANT:
17     Q.    Ms. Negron, this is Michelle
18  Grant.  I'm an attorney for OptumRX.  Can you
19  hear me fine?
20     A.    I can.
21     Q.    So I'm one of the other lawyers
22  that Mr. Shaffer mentioned may be asking some
23  questions.
24             Following up on talking to the

1    pharmacist at CVS, did you ever ask what the
2    pharmacy was being paid for any of the
3    prescriptions you were picking up?
4             A.      No.  No.
5             Q.      When you were asked earlier your
6    understanding of what OptumRX was or if you
7    ever heard that term before, I believe you
8    said yes.  Are you aware that you have named
9    OptumRX as a defendant in this lawsuit?
10            A.      I recognize the name, I'm
11   familiar with the name in the paperwork, but I
12   relied on my lawyers for some of that.
13            Q.      Have you ever received any
14   written materials from OptumRX relating to
15   your prescription drug benefits you had
16   through Putnam?
17            A.      I can't recall.  I mean, the
18   insurance cards we get from the medical
19   insurance.  I don't think we've ever
20   received -- sorry, I don't recall.
21            Q.      You mentioned your insurance
22   card before.  Do you know if there is a number
23   to OptumRX on that insurance card?
24            A.      Oh, and I actually didn't look

Case 3:16-cv-01702-JAM   Document 271-6   Filed 07/06/20   Page 8 of 11

KIMBERLY NEGRON

Page 193

1         A.    I believe so, yeah.
2         Q.    And where did you find that
3    number to call them?
4         A.    On the back of the insurance
5    card.
6         Q.    Do you ever recall talking to
7    anyone at OptumRX?
8         A.    I don't recall.  I don't.
9         Q.    Did you ever have prescription
10   drug benefits through OptumRX other than
11   through your insurance with Cigna through
12   Putnam?
13        A.    I don't believe so.
14        Q.    Is there a specific affirmative
15   statement that you believe someone from
16   OptumRX made to you that was not true
17   regarding your prescription drug benefits?
18              MR. RAABE:  Object to the form.
19              THE WITNESS:  Not a specific
20        statement, no.
21   BY MS. GRANT:
22        Q.    I believe earlier you testified
23   about receiving receipts when you purchased
24   prescription drugs.  Did you ever keep any of

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

1    those receipts?
2         A.    No.  I really didn't have a need
3    to.  You know, I review drug interactions and
4    things like that for the kids and stuff, but
5    otherwise, that's kind of clutter.
6         Q.    Can you, Ms. Negron, go to
7    Exhibit 2 back on the Exhibit Share.
8         A.    Sure.
9         Q.    Which were the Answers to
10   Interrogatories that Mr. Shaffer asked about
11   earlier.
12        A.    I'm in.
13        Q.    I'll direct you to, I guess, the
14   bottom of page 9 which is part of the document
15   that you looked at earlier.
16        A.    Okay.
17        Q.    Do you see at the bottom there
18   is a box that says Negron 2012 Plan and
19   certain provisions in the box to the right?
20   Are you there?
21        A.    I'm there, yes.
22        Q.    Are you aware of any evidence
23   that OptumRX had knowledge regarding the
24   specific provisions cited under -- in that box

1    next to Negron 2012 Plan?
2          A.    I relied on my lawyers for that.
3          Q.    Would that be the same answer if
4    I asked about the provisions referenced in the
5    Negron 2013 Plan, the 2014 plan and the 2015
6    plan on the next couple of pages as well?
7          A.    Correct.
8          Q.    Earlier you talked about pulling
9    information, I believe you said it was from
10   the myCVS website.  I believe, if I'm correct,
11   you said that you looked at that in 2015.  Do
12   you remember exactly when in 2015?
13         A.    Oh, I wish.  Like a month?  I
14   really don't.
15         Q.    And I should have said I'm done
16   with that Exhibit 2, so you can hop off of
17   that if you want to.
18               Had you ever logged into myCVS
19   before?
20         A.    I had, but I had never gone in
21   and dug around.  Looked at different names and
22   stuff.
23         Q.    What had you gone in to look at
24   myCVS in previous times?

1             C E R T I F I C A T E

3         I do hereby certify that I am a Notary
   Public in good standing, that the aforesaid
   testimony was taken before me, pursuant to
4  notice, at the time and place indicated; that
   said deponent was by me duly sworn to tell the
5  truth, the whole truth, and nothing but the
   truth; that the testimony of said deponent was
6  correctly recorded in machine shorthand by me
   and thereafter transcribed under my
7  supervision with computer-aided transcription;
   that the deposition is a true and correct
8  record of the testimony given by the witness;
   and that I am neither of counsel nor kin to
9  any party in said action, nor interested in
   the outcome thereof.

         WITNESS my hand and official seal May
11  1, 2020.

                 <%signature%>
14               _____
                 Linda Rossi-Rios, RPR, CSR
15               Notary Public