# Exhibit 8



Deposition of:

# Billy Ray Blocker , Jr.

*May 12, 2020*

In the Matter of:

# Negron, Kimberly et al.v. Cigna Corporation et al.

Veritext Legal Solutions
888.777.6690 | cs-midatlantic@veritext.com | 215-241-1000

1    don't remember what time period it was?
2         A.    Yes.  I had a specific one to
3    ask for.  I don't remember now.
4         Q.    Thank you.  Do you know --
5         A.    I'm sorry.  It would have
6    covered at least 2017, but I don't know what
7    year it actually -- some of the years were
8    exactly the same as I was told.  So I'm not
9    sure which one they gave me.
10        Q.    Thank you, Mr. Blocker.
11              Do you know -- let me ask a
12   slightly different question.
13              Did you ever write any letters
14   to Cobb County or emails or other written
15   communications to Cobb County about
16   prescription drugs?
17        A.    The only one I can remember is
18   the one that occurred when I was married to my
19   first wife and that was way before there.  I
20   don't have any recollection of any
21   conversations with them other than getting
22   that plan.
23        Q.    Mr. Blocker, do you know what
24   OptumRX is?

```
 1          A.    Not truly.  I've heard the name.
 2    I'm not sure exactly what they do.
 3          Q.    Had you heard of the name from
 4    anybody aside from your counsel?
 5          A.    No.
 6          Q.    Got it.  I guess the same
 7    question that I was asking about Cobb County,
 8    did you ever talk to anybody at OptumRX by
 9    phone or in person?
10          A.    No.
11          Q.    Did you ever talk to anybody at
12    OptumRX in writing, emails, letters?
13          A.    No.
14                MR. BLUMENFELD:  Meghan, did you
15          get a copy of that B05 exhibit?
16                MS. OLIVER:  I have not gotten
17          it yet.  I can download it and forward
18          that to him.  But I have not gotten an
19          email from Jill yet.
20                MR. BLUMENFELD:  That would be
21          great if you could.  Thank you.
22    BY MR. BLUMENFELD:
23          Q.    Mr. Blocker?
24          A.    Yes, sir.
```

1      Q.    Are you aware that you have
2    named OptumRX as a defendant in this lawsuit?
3      A.    I hadn't been aware of that.  I
4    did the other day see their name in the file.
5    But I did not understand how they were --
6    exactly how they were together.
7      Q.    Have you ever received any
8    written materials from OptumRX relating to
9    prescription drug benefits through Cobb County?
10     A.    Not that I know.
11     Q.    Have you ever received any
12   representations or statements from OptumRX?
13     A.    I'm not aware of any.
14     Q.    Did you ever ask any pharmacist
15   regarding the amount of the copay that you
16   were paying?
17     A.    In that last episode on March of
18   '18 I asked because the amount was way over
19   what I had been paying and they said that was
20   correct copay for using the insurance.  And I
21   said I don't remember paying that much.  They
22   looked it up and told me you've been doing a
23   cash transaction.  So they changed it to that.
24     Q.    Is that the first time you

1   recall asking that question of a pharmacist?
2           A.    Of asking why it was -- yes, I
3   believe so.
4           Q.    Did you ever ask a pharmacist
5   what amount they were being paid by either
6   Cigna or OptumRX for the prescription drug?
7           A.    No.
8           Q.    Did any pharmacist ever tell you
9   that they can provide you certain information
10  regarding your co-payment?
11          A.    No.
12              MS. GRANT:  Thank you, Mr. Blocker.
13          No further questions from OptumRX.
14              MS. OLIVER:  I have no questions.
15              MR. BLUMENFELD:  I think we're
16          done.
17              MS. OLIVER:  We will read and
18          sign.
19              MR. BLUMENFELD:  Mr. Blocker,
20          thank you very much for your time and
21          assistance with this.
22              THE WITNESS:  Thank you.  And
23          I'll get that name for Linda.
24              VIDEOGRAPHER:  The time is 2:30.

1          C E R T I F I C A T E
2
3          I do hereby certify that I am a Notary
   Public in good standing, that the aforesaid
4  testimony was taken before me, pursuant to
   notice, at the time and place indicated; that
5  said deponent was by me duly sworn to tell the
   truth, the whole truth, and nothing but the
6  truth; that the testimony of said deponent was
   correctly recorded in machine shorthand by me
7  and thereafter transcribed under my
   supervision with computer-aided transcription;
8  that the deposition is a true and correct
   record of the testimony given by the witness;
9  and that I am neither of counsel nor kin to
   any party in said action, nor interested in
10 the outcome thereof.
11         WITNESS my hand and official seal May
   20, 2020.
12
13
14                 <%signature%>
                   _____
15                 Linda Rossi-Rios, RPR, CSR
                   Notary Public
16
17
18
19
20
21
22
23
24