IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>       Defendants. | Civ. A. No. 16-cv-1702 (JAM) |

## DECLARATION OF BRIAN W. SHAFFER

I, Brian W. Shaffer, being of full age, certify and state as follows:

1. I am an attorney at law and a Partner with the law firm of Morgan, Lewis & Bockius LLP admitted to practice in the Commonwealth of Pennsylvania and State of New Jersey, and *pro hac vice* in this case as counsel for Defendant Cigna Health and Life Insurance Company ("CHLIC").

2. Attached hereto are true and correct copies of the following:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **Exhibit 1** | Plan Sponsor Choices Appendix |
| **Exhibit 2** | Class Representative and Member Variation Appendix (SEALED) |
| **Exhibit 3** | Plan Variation Appendix |
| **Exhibit 4** | Declaration of Sean M. May, Ph.D. (SEALED) |
| **Exhibit 5** | Declaration of Alyson Wooten, Pharm.D., M.B.A. |
| **Exhibit 6** | Declaration of Gary M. Owns, M.D. |

1

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **Exhibit 7** | Declaration of David Kasper |
| **Exhibit 8** | Declaration of Chalon Carpenter |
| **Exhibit 9** | Declaration of Christopher Mandy, along with supporting redacted submissions (SEALED – EXHIBITS ONLY) |
| **Exhibit 10** | Motion to Dismiss State Law Claims Oral Argument Transcript |
| **Exhibit 11** | Plaintiffs' Second Amended Objections and Responses to CHLIC's First Set of Interrogatories (SEALED) |
| **Exhibit 12** | CHLIC's Second Supplemental Objections and Responses to Interrogatory No. 2 from Plaintiffs' Fourth Set of Interrogatories (SEALED – REDACTION) |
| **Exhibit 13** | June 3, 2020 Email from C. Barrett to E. Farrell, cc'ing distribution list re: *Negron v. Cigna* |
| **Exhibit 14** | Excerpts of Deposition Transcript of Launce B. Mustoe, Jr., R.Ph. (SEALED) |
| **Exhibit 15** | Excerpts of Deposition Transcript of Kimberly Negron (SEALED) |
| **Exhibit 16** | Excerpts of Deposition Transcript of Daniel Perry (SEALED) |
| **Exhibit 17** | Excerpts of Deposition Transcript of Billy Ray Blocker, Jr. (SEALED) |
| **Exhibit 18** | Excerpts of Deposition Transcript of Nina Curol (SEALED) |
| **Exhibit 19** | Excerpts of Deposition Transcript of Roger Curol (SEALED) |
| **Exhibit 20** | Excerpts of Deposition Transcript of Tyler Lester |
| **Exhibit 21** | Putnam Investments, Inc. ASO Agreement (SEALED) |
| **Exhibit 22** | Hampton Affiliates ASO Agreement (SEALED) |
| **Exhibit 23** | Cobb County Government ASO Agreement |
| **Exhibit 24** | Putnam Investments, Inc. Open Access Plus Medical Benefits Bates No. CIGNA00001752 |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **Exhibit 25** | Putnam Investments, Inc. Open Access Plus Medical Benefits<br>Bates No. CIGNA02379774 |
| **Exhibit 26** | Putnam Investments, Inc. Wrap Plan<br>Bates No. CIGNA00001606 |
| **Exhibit 27** | Hampton Affiliates Open Access Plus Medical Benefits<br>Bates No. CIGNA00000137 |
| **Exhibit 28** | Hampton Affiliates Open Access Plus Medical Benefits<br>Bates No. CIGNA00000197 |
| **Exhibit 29** | Cobb County Government Prescription Drug Benefits<br>Bates No. CIGNA00024167 |
| **Exhibit 30** | Island Operating Company, Inc. Open Access Plus Medical Benefits<br>Bates No. CIGNA00036936 |
| **Exhibit 31** | Boyd Gaming Corporation Choice Select Plan Open Access Plus Medical Benefits (ASO40)<br>Bates No. CIGNA01393837 |
| **Exhibit 32** | Catholic Diocese of Arlington Open Access Plus Medical Benefits (ASO5)<br>Bates No. CIGNA04068668 |
| **Exhibit 33** | Cornerstone OnDemand, Inc. Open Access Plus Medical Benefits (CN025)<br>Bates No. CIGNA01122716 |
| **Exhibit 34** | Envision Healthcare Corporation Open Access Plus and Local Plus Medical Benefits (ASO1)<br>Bates No. CIGNA04347857 |
| **Exhibit 35** | Estes Express Lines Comprehensive Medical Benefits for Puerto Rico Residents Plan Option 3 (ASO36)<br>Bates No. CIGNA00013170 |
| **Exhibit 36** | Everest Reinsurance Company Major Medical Benefits (CN034)<br>Bates No. CIGNA08279037 |
| **Exhibit 37** | Freshfields Burckhaus Deringer US LLP Preferred Provider Medical Benefits Retiree Only Plan (CN027)<br>Bates No. CIGNA01113332 |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **Exhibit 38** | G-League Core (In-Network Only) Open Access Plus Plan Open Access Plus In-Network Medical Benefits (CN032)<br>Bates No. CIGNA00706861 |
| **Exhibit 39** | GL&V USA Inc. Open Access Plus Medical Benefits $800 Copay Plan<br>Bates No. CIGNA02911682 |
| **Exhibit 40** | The Greenbrier Companies, Inc. Open Access Plus Medical Benefits (ASO12)<br>Bates No. CIGNA02478534 |
| **Exhibit 41** | The Greenbrier Companies, Inc. Open Access Plus Medical Benefits (ASO11)<br>Bates No. CIGNA02478667 |
| **Exhibit 42** | HOK Group, Inc. Major Medical Benefits (ASO13)<br>Bates No. CIGNA00746537 |
| **Exhibit 43** | Krispy Kreme Doughnut Corporation Preferred Provider Medical Benefits (Passive PPO – Platinum Plan) (ASO36)<br>Bates No. CIGNA00808060 |
| **Exhibit 44** | Law Offices of Peter G. Angelos Point of Service Medical Benefits (CN016)<br>Bates No. CIGNA08908635 |
| **Exhibit 45** | M/A-COM Technology Solutions, Inc. Open Access Plus Medical Benefits Health Savings Account – Value Plan (ASO13)<br>Bates No. CIGNA02661640 |
| **Exhibit 46** | Metropolitan Nashville and Davidson Country Employee Benefit Board Cigna Choice Fund Medical HRA Plan Open Access Plus Network<br>Bates No. CIGNA01259006 |
| **Exhibit 47** | O. Berk Company, LLC Open Access Plus Medical Benefits High Plan (CN023)<br>Bates No. CIGNA09584175 |
| **Exhibit 48** | Putnam Investments, Inc. Open Access Plus Medical Benefits<br>Bates No. CIGNA00001699 |
| **Exhibit 49** | Tangoe, Inc. Open Access Plus Medical Benefits (CN001)<br>Bates No. CIGNA11977896 |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **Exhibit 50** | Waste Management Holdings, Inc. Open Access Plus Medical Benefits (CN008)<br>Bates No. CIGNA07381690 |
| **Exhibit 51** | WME IMG, LLC OAP Minimum 5000<br>Bates No. CIGNA00004596 |
| **Exhibit 52** | NSTAR Open Access Plus Medical Benefits<br>Bates No. CIGNA02119190 |
| **Exhibit 53** | Atlas Air, Inc. Network Medical Benefits Crew Plan (ASO116)<br>Bates No. CIGNA00807102 |

I hereby certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 6th day of July, 2020.

*/s/ Brian W. Shaffer*
Brian W. Shaffer