# EXHIBIT 1

**Plan Sponsors Choose Benefit Designs to Fit Their Needs, Including the Need to Have Participants Share in Overall Costs for All Benefits**

| Plan's Financial Considerations | Plan's Aggregate Benefit Design Considerations | Plan's Participant Level Considerations |
|---|---|---|
| Benefit structure:<br>• Integrated or separate medical and prescription drug benefits?<br><br>Funding type:<br>• Self-Insured (ASO) (risk borne by plan sponsor)<br>• Fully-Insured (premium–based, risk to insurer) | Types of prescription drugs:<br>• Preventative<br>• Brand<br>• Generic<br>• Specialty | Monthly premiums/costs for participants<br>• Percentage/dollar amount of anticipated (ASO)/actual (insured) plan cost<br>• Individual v. family cost variability<br><br>Prescription drug cost contributions – how and how much will participants pay out of pocket?<br>• Deductibles?  If so, how much?  Individual/family?<br>• Copayments?  If so, how much and for what kind of drugs?<br>• Coinsurance?  If so, what % and for what kind of drugs?<br>• Combination of deductible, copayments, and coinsurance |
| Cost certainty: negotiate both over plan year and drug by drug<br>• Aggregate discounts<br>• Price protections: performance guarantee (plan year); client rate (drug by drug) | Utilization management (what type, if any):<br>• Approved formularies by treatment group/disease<br>• Tiers of drugs (and types in each tier)<br>• Prior authorization (PA)/step therapies<br>• Medication therapy management | Interplay with medical benefits:<br>• Is there a separate deductible for prescription drugs or do prescription drug costs go toward ("cross-accumulate" with) the plan's medical deductible amount? |
| Other options to meet plan financial objectives and participant affordability considerations:<br>• Traditional (spread) vs. transparent (pass-through) pricing[1]<br>    o Can combine in same plan for different drug types<br>• Actuarial-estimated discounts vs. discount guarantees<br>• Pay administrative fees?  (Y/N; amount)<br>• Other financial considerations for prescription drugs (rebates, etc.) | Options and access:<br>• Quantities (30-day and 90-day)<br>• Transactions (emergency/prescription)<br>• Types of pharmacies (retail, home-delivery/mail order, specialty)<br>• Pharmacies (in-network benefits only?; benefit level for out-of-network pharmacies) | Limitations on contributions:<br>• Out of pocket maximums?  How much?  Individual/family?<br>• "Lesser of" logic |

---

[1] "Negative reimbursements" or what Plaintiffs refer to as "clawbacks" have no bearing on the plan-specific method used to determine how much a participant must pay for prescription drugs at the point of sale under the terms of a particular plan; rather, they affect whether certain amounts are retained by the pharmacy or credited to CHLIC.