# EXHIBIT 3

# SAMPLE LANGUAGE VARIATIONS APPEARING IN SOME (BUT NOT ALL) PLAN DOCUMENTS

## THE SCHEDULE

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **Metropolitan Nashville and Davidson County Employee Benefit Board** <br><br> **(Acct. 3172416)** | Cigna Choice Fund Medical HRA Plan – Open Access Plus Network | 1/1/2016 | Ex. 46 | "This plan provides Prescription Drug benefits for Prescription Drugs and Related Supplies provided by Pharmacies as shown in this Schedule.  To receive Prescription Drug Benefits, you and your Dependents may be required to pay **a portion of the Covered Expenses** for Prescription Drugs and Related Supplies for each 34-day supply at a retail pharmacy or each 102-day supply at a mail order pharmacy.  **That portion is the Coinsurance.**  However, note that Coinsurance does not become applicable until after you have exhausted the amount in your HRA Fund and have also met the applicable deductible (see 'Your Payments' above under 'Prescription Drug Benefits')." <br><br> (CIGNA01259054) (emphasis added) |
| **GL&V USA Inc.** <br><br> **(Acct. 3335215)** | Open Access Plus Medical Benefits $800 Copay Plan | 1/1/2016 | Ex. 39 | For "Tier 2 Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent" filled at a "Participating Pharmacy," participant pays "30% subject to a **minimum copay of $25** and a maximum copay of $50." <br><br> (CIGNA02911724) (emphasis added) |
| **Waste Management Holdings, Inc.** <br><br> **(Acct. 3309644)** | Open Access Plus Medical Benefits (CN008) | 1/1/2014 | Ex. 50 | "No charge after $8 copay" is "**[t]he amount you pay for each 30-day supply**" of "Tier 1 Generic* drugs on the Prescription Drug List." <br><br> (CIGNA07381725) (emphasis added) |
| **WME IMG, LLC** <br><br> **(Acct. 00745543)** | OAP Minimum 5000 | 1/1/2017 | Ex. 51 | "If the cost of a Prescription Drug Product is less than the copay, then you pay **100% of the cost**." <br><br> (CIGNA00004609) (emphasis added) |
| **M/A-COM Technology Solutions, Inc.** <br><br> **(Acct. 3332039)** | Open Access Plus Medical Benefits Health Savings Account – Value Plan (ASO13) | 1/1/2014 | Ex. 45 | For "Tier 1 Generic* drugs on the Prescription Drug List," "**[t]he amount you pay for each 30-day supply**" of "Maintenance Drugs" is "$10 for the first 3 fills, then **the plan pays 100%** after plan deductible.  For refills after the 3rd fill, **you pay 100% of the cost**." <br><br> (CIGNA02661672) (emphasis added) |

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **The Greenbrier Companies, Inc.** <br><br> **(Acct. 3332040)** | Open Access Plus Medical Benefits (ASO11) | 1/1/2014 | Ex. 41 | "Maintenance medications, including oral contraceptives, must be filled through home delivery; otherwise after 3 retail refills, **the normal copay will double (up to a maximum of the actual cost of the drug)**." <br><br> (CIGNA02478700) (emphasis added) |
| **Estes Express Lines** <br><br> **(Acct. 3335115)** | Comprehensive Medical Benefits for Puerto Rico Residents Plan Option 3 (ASO36) | 1/1/2016 | Ex. 35 | For "Retail Prescription Drugs," "**[y]ou pay 100% of Cigna's discounted cost after the first fill of Specialty Medication**." <br><br> (CIGNA00013200) (emphasis added) |
| **Envision Healthcare Corporation** <br><br> **(Acct. 3338165)** | Open Access Plus and Local Plus Medical Benefits High Deductible Health Plan Gold, Silver, Bronze and Safety Net Plans (ASO1) | 1/1/2015 | Ex. 34 | "The **following copays apply** to the above Preventive classes only: . . . Retail Multi Source Brands: $5 plus difference in **cost** (DAW 1 and DAW 2) deductible excluded. . . . Smoking Cessation, Bowel Preps and Vitamin D (for customers age 65 and older) are coverat [sic] at $0 cost share and excluded from deductible – DAW 2 Penalty applies to NPB Smoking Cessation, Bowel Preps and Vitamin D. Penalty does not accumulate to the OOP max. **Once the OOP is met the customer will continue to pay the difference in cost**." <br><br> (CIGNA04347935) (emphasis added) |
| **G-League Core (In-Network Only) Open Access Plus Plan** <br><br> **(Acct. 2470650)** | Open Access Plus In-Network Medical Benefits (CN032) | 11/1/2017 | Ex. 38 | "Note: If **the cost** of a covered Prescription Drug or Related Supply is less than the copayment for that Prescription Drug or Related Supply, **you or your Dependent are responsible for the lesser amount**." <br><br> (CIGNA00706902) (emphasis added) |

## COVERED EXPENSES

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **Hampton Affiliates** **(Acct 3335031)** | Open Access Plus Medical Benefits (ASO2) | 1/1/2015 | Ex. 27 | "If you or any one of your Dependents, while insured for Prescription Drug Benefits, **incurs expenses for charges made by a Pharmacy**, for Medically Necessary Prescription Drugs or Related Supplies ordered by a Physician, Cigna will provide coverage for those expenses as shown in the Schedule." (CIGNA00000169) (emphasis added) |
| **Boyd Gaming Corporation** **(Acct. 3328095)** | Choice Select Plan Open Access Plus Medical Benefits (ASO40) | 4/1/2012 | Ex. 31 | "The following drug classes are covered at **100% member liability** (**member pays full cost with CIGNA's discount** and no prior authorization or quantity limits should apply). . . ." (CIGNA01393876) (emphasis added) |

<u>**YOUR PAYMENTS**</u>

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **Everest Reinsurance Company** <br><br>**(Acct. 3212816)** | Major Medical Benefits (CN034) | 1/1/2015 | Ex. 36 | "Coverage for Prescription Drugs and Related Supplies purchased at a Pharmacy is **subject to the Copayment or Coinsurance shown in the Schedule**.  Please **refer to the Schedule for any required Copayments, Coinsurance, Deductibles or Maximums if applicable**."<br><br>(CIGNA08279068) (emphasis added) |
| **Law Offices of Peter G. Angelos** <br><br>**(Acct. 3212708)** | Point of Service Medical Benefits (CN016) | 10/1/2013 | Ex. 44 | "Coverage for Prescription Drugs and Related Supplies purchased at a Pharmacy is **subject to the Copayment or Coinsurance shown in the Schedule**, after you have satisfied your Prescription Drug Deductible, if applicable.  In no event will any Copayment or Coinsurance, as applicable, exceed **the cost of the Prescription Drug or Related Supply**.  Please **refer to the Schedule for any required Copayments, Coinsurance, Deductibles or Maximums if applicable**."<br><br>(CIGNA08908679) (emphasis added) |
| **O. Berk Company, LLC** <br><br>**(Acct. 3330425)** | Open Access Plus Medical Benefits High Plan (CN023) | 1/1/2017 | Ex. 47 | "Coverage for Prescription Drugs and Related Supplies purchased at a Pharmacy is **subject to the Copayment or Coinsurance shown in the Schedule**, after you have satisfied your Prescription Drug Deductible, if applicable.  In no event will the Copayment exceed **the retail cost of the Prescription Drug or Related Supply**.  Please **refer to the Schedule for any required Copayments, Coinsurance, Deductibles or Maximums if applicable**."<br><br>(CIGNA09584212) (emphasis added) |

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **Hampton Affiliates** <br><br> **(Acct 3335031)** | Open Access Plus Medical Benefits (ASO2) | 1/1/2015 | Ex. 27 | "Coverage for Prescription Drugs and Related Supplies purchased at a Pharmacy is **subject to the Copayment or Coinsurance shown in the Schedule**, after you have satisfied your Prescription Drug Deductible, if applicable. Please **refer to the Schedule for any required Copayments, Coinsurance, Deductibles or Maximums if applicable**. . . . "In no event will the Copayment or Coinsurance for the Prescription Drug or Related Supply exceed **the amount paid by the plan to the Pharmacy**, or **the Pharmacy's Usual & Customary (U&C) charge**." <br><br> (CIGNA00000170) (emphasis added) |

<u>LIMITATIONS</u>

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **Estes Express Lines** <br><br> **(Acct. 3335115)** | Comprehensive Medical Benefits for Puerto Rico Residents Plan Option 3 (ASO36) | 1/1/2016 | Ex. 35 | "Each Prescription Order or refill shall be limited . . . to one fill of Specialty Medication at a retail pharmacy.  If you exceed the one fill allowed at a retail Pharmacy, **you will be required to pay 100% of Cigna's discounted cost**." <br><br> (CIGNA00013201) (emphasis added) <br><br> "REFERENCES TO 'CIGNA,' . . . SHALL BE DEEMED TO MEAN YOUR 'EMPLOYER,' . . . ." <br><br> (CIGNA00013174) |
| **Hampton Affiliates** <br><br> **(Acct 3335031)** | Open Access Plus Medical Benefits (ASO2) | 1/1/2015 | Ex. 27 | "In the event that you insist on a more expensive 'brand-name' drug where a 'generic' drug would otherwise have been dispensed, you will be financially responsible for the amount by which **the cost of the 'brand-name' drug** exceeds **the cost of the 'generic' drug**, **plus the required Copayment identified in the Schedule**." <br><br> (CIGNA00000169) (emphasis added) |

**Reimbursement/Filing a Claim**

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **Putnam Investments, Inc.** <br><br> **(Acct. 3335044)** | Open Access Plus Medical Benefits (ASO2) | 1/1/2014 | Ex. 48 | "When you or your Dependents purchase your Prescription Drugs or Related Supplies through a retail Participating Pharmacy, **you pay any applicable Copayment, Coinsurance or Deductible shown in the Schedule at the time of purchase**.  **You do not need to file a claim form**. <br><br> If you or your Dependents purchase your Prescription Drugs or Related Supplies through a non-Participating Pharmacy, **you pay the full cost at the time of purchase**.  **You must submit a claim form to be reimbursed**. <br><br> To purchase Prescription Drugs or Related Supplies from a home delivery Participating Pharmacy, see your home delivery drug introductory kit for details, or contact member services for assistance." <br><br> (CIGNA00001704) (emphasis added) |
| **Everest Reinsurance Company** <br><br> **(Acct. 3212816)** | Major Medical Benefits (CN034) | 1/1/2015 | Ex. 36 | "If you or your Dependents purchase your Prescription Drugs or Related Supplies through a non-Participating Pharmacy, **you pay the full cost at the time of purchase**.  **You must submit a claim form to be reimbursed**." <br><br> (CIGNA08279069) (emphasis added) |
| **Hampton Affiliates** <br><br> **(Acct 3335031)** | Open Access Plus Medical Benefits (ASO2) | 1/1/2015 | Ex. 27 | "When you or your Dependents purchase your Prescription Drugs or Related Supplies through a retail Participating Pharmacy, **you pay any applicable Copayment, Coinsurance or Deductible shown in the Schedule at the time of purchase**.  **You do not need to file a claim form unless you are unable to purchase Prescription Drugs at a Participating Pharmacy for Emergency Services**.  To purchase Prescription Drugs or Related Supplies from a home delivery Participating Pharmacy, see your home delivery drug introductory kit for details, or contact member services for assistance." <br><br> (CIGNA00000170) (emphasis added) |

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **HOK Group, Inc.** **(Acct. 3209096)** | Major Medical Benefits (ASO13) | 1/1/2010 | Ex. 42 | "When you or your Dependents purchase your Prescription Drugs or Related Supplies, you pay **the full cost** at the time of purchase. **You must submit a claim form to be reimbursed**." (CIGNA00746567) (emphasis added) |

**DISCRETIONARY AUTHORITY**

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **Envision Healthcare Corporation** **(Acct. 3338165)** | Open Access Plus and Local Plus Medical Benefits High Deductible Health Plan Gold, Silver, Bronze and Safety Net Plans (ASO1) | 1/1/2015 | Ex. 34 | Plan apparently governed by ERISA that does **not** include a section entitled "Discretionary Authority." |
| **Atlas Air, Inc.** **(Acct. 3212280)** | Network Medical Benefits Crew Plan (ASO116) | 1/1/2017 | Ex. 53 | "When you or a Dependent are issued a Prescription Order or Refill for Medically Necessary Prescription Drug Products as part of the rendering of Emergency Services and **Cigna determines** that it cannot reasonably be filled by a Network Pharmacy, the prescription will be covered by Cigna as if filled by a Network Pharmacy. **Your payment will be based on the Usual and Customary Charge submitted by the non-Network Pharmacy**." (CIGNA00807134) (emphasis added) |
| **Hampton Affiliates** **(Acct 3335031)** | Open Access Plus Medical Benefits (ASO2) | 1/1/2015 | Ex. 27 | "**The Plan Administrator delegates to Cigna the discretionary authority to interpret and apply plan terms and to make factual determinations in connection with its review of claims under the plan**. Such discretionary authority is intended to include, but not limited to, the determination of the eligibility of persons desiring to enroll in or claim benefits under the plan, the determination of whether a person is entitled to benefits under the plan, and the computation of any and all benefit payments. The Plan Administrator also delegates to Cigna the discretionary authority to perform a full and fair review, as required by ERISA, of each claim denial which has been appealed by the claimant or his duly authorized representative." (CIGNA00000189) (emphasis added) "Cigna, **in its discretion**, will calculate Covered Expenses following evaluation and |

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| | | | | validation of all provider billing in accordance with: • the methodologies in the most recent edition of the Current Procedural terminology, • the methodologies as reported by generally recognized professionals or publications." <br><br>(CIGNA00000177) (emphasis added). |
| **WME IMG, LLC** <br><br>**(Acct. 00745543)** | OAP Minimum 5000 | 1/1/2017 | Ex. 51 | "**The Plan Administrator has the discretionary authority to control and manage the operation and administration of the Employer's self-funded medical and drug benefit Plan**.  The Plan Administrator in his or her discretionary authority, will determine benefit eligibility under such self-funded Plan, construe the terms of the self-funded Plan and resolve any disputes which may arise with regard to the rights of any person under the terms of the self-funded Plan, including but not limited to eligibility for participation and claims for benefits.<br><br>For initial claim determination, the Plan Administrator has the discretionary authority to determine eligibility and to interpret the Plan. **For claim appeals, the Plan Administrator has designated Cigna Health and Life Insurance Company as the appeals fiduciary. Cigna will have the discretionary authority to determine whether a claim should be paid or denied on appeal and according to the Plan provisions.**"<br>(CIGNA00004602) (emphasis added)<br><br>"… the Plan Administrator is:  Employer named above."<br><br>(CIGNA00004660) |

## CLAIMS / APPEALS

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **WME IMG, LLC** **(Acct. 00745543)** | OAP Minimum 5000 | 1/1/2017 | Ex. 51 | "**A prescription given to a pharmacist is not a claim for benefits under the Plan**. A claim for Prescription Drugs and Related Supplies may be submitted if all or a portion of the cost of a Prescription drug or Related Supply is paid by you when the Prescription Drug or Related Supply is dispensed, and you want to request reimbursement for the amount paid. Benefits will be processed subject to Plan provisions." (CIGNA00004638) (emphasis added) |
| **Hampton Affiliates** **(Acct 3335031)** | Open Access Plus Medical Benefits (ASO2) | 1/1/2015 | Ex. 27 | "We are here to listen and help. **If you have a concern regarding a person, a service, the quality of care, contractual benefits, or a rescission of coverage, you may call the toll - free number on your ID card, explanation of benefits, or claim form and explain your concern to one of our Customer Service representatives**. You may also express that concern in writing. We will do our best to resolve the matter on your initial contact. If we need more time to review or investigate your concern, we will get back to you as soon as possible, but in any case within 30 days. **If you are not satisfied with the results of a coverage decision, you may start the appeals procedure**." (CIGNA00000184) (emphasis added) |
| **Freshfields Bruckhaus Deringer US LLP** **(Acct. 3210856)** | Preferred Provider Medical Benefits Retiree Only Plan (CN027) | 1/2/2014 | Ex. 37 | "Cigna has a **two-step appeals procedure** to review **any dispute you may have with Cigna's decision, action or determination**." (CIGNA01113386) (emphasis added) |
| **Cornerstone OnDemand, Inc.** **(Acct. 3328253)** | Open Access Plus Medical Benefits (CN025) | 1/1/2016 | Ex. 33 | "Cigna has a **one-step appeal** procedure for appeals decisions." (CIGNA01116779) (emphasis added) |

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **G-League Core (In-Network Only) Open Access Plus Plan** **(Acct. 2470650)** | Open Access Plus In-Network Medical Benefits (CN032) | 11/1/2017 | Ex. 38 | "Cigna's Grievance procedure applies to **any issue not relating to Medical Necessity or experimental or investigational determination by us**.  For example, it applies to contractual benefit denials or issues or concerns you have regarding Cigna's administrative policies or access to providers."<br><br>(CIGNA00706923) (emphasis added) |

## RECOVERY OF OVERPAYMENTS

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **Hampton Affiliates** <br><br> **(Acct 3335031)** | Open Access Plus Medical Benefits (ASO2) | 1/1/2015 | Ex. 27 | "**When an overpayment has been made by Cigna, Cigna will have the right at any time to: recover that overpayment from the person to whom or on whose behalf it was made**: or offset the amount of that overpayment from a future claim payment." <br><br> (CIGNA00000177) (emphasis added) |
| **WME IMG, LLC** <br><br> **(Acct. 00745543)** | OAP Minimum 5000 | 1/1/2017 | Ex. 51 | "**When a Plan overpayment has been made, the Plan will have the right at any time to: recover that overpayment from the person to whom or on whose behalf it was made**; or offset the amount of that overpayment from a future claim payment.  In addition, your acceptance of benefits under this Plan and/or assignment of benefits separately creates **an equitable lien by agreement pursuant to which** **the Plan may seek recovery of any overpayment**.  You agree that the Plan, in seeking recovery of any overpayment as a contractual right or as an equitable line [sic] by agreement, **may pursue the general assets of the person or entity to whom or on whose behalf the overpayment was made**." <br><br> (CIGNA00004647) (emphasis added) |

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **Krispy Kreme Doughnut Corporation**<br><br>**(Acct. 3316164)** | Preferred Provider Medical Benefits (Passive PPO- Platinum Plan) (ASO36) | 2/1/2016 | Ex. 43 | "**When an overpayment has been made by Cigna, Cigna will have the right at any time to: recover that overpayment from the person to whom or on whose behalf it was made**; or offset the amount of that overpayment from a future claim payment. In addition, your acceptance of benefits under this plan and/or assignment of Medical Benefits separately creates **an equitable lien by agreement pursuant to which Cigna may seek recovery of any overpayment**. You agree that Cigna, in seeking recovery of any overpayment as a contractual right or as an equitable line by agreement, **may pursue the general assets of the person or entity to whom or on whose behalf the overpayment was made**."<br><br>(CIGNA00808105) (emphasis added)<br><br>"For example, if **Cigna determines** that a provider is or has waived, reduced, or forgiven any portion of its charges and/or any portion of copayment, deductible, and/or coinsurance amount(s) you are required to pay for a Covered Service (as shown on the Schedule) without Cigna's express consent, then **Cigna in its sole discretion shall have the right to deny the payment of benefits in connection with the Covered Service, or reduce the benefits in proportion to the amount of the copayment, deductible, and/or coinsurance amounts waived, forgiven or reduced**, regardless of whether the provider represents that you remain responsible for any amounts that your plan does not cover."<br><br>(CIGNA00808099) (emphasis added) |

## DEDUCTIBLE AND OUT-OF-POCKET MAXIMUM ACCUMULATION

| Plan Sponsor | Document Name | Effective Date | Exhibit | Sample Language Variation Appearing In Some (But Not All) Plan Documents |
|---|---|---|---|---|
| **Envision Healthcare Corporation** <br><br> **(Acct. 3338165)** | Open Access Plus and Local Plus Medical Benefits High Deductible Health Plan Gold, Silver, Bronze and Safety Net Plans (ASO1) | 1/1/2015 | Ex. 34 | "Deductibles and Out-of-Pocket Maximums will **cross-accumulate** (that is, **In-Network will accumulate to Out-of-Network and Out-of-Network will accumulate to In-Network**). All other plan maximums and service-specific maximums (dollar and occurrence) also cross-accumulate between In- and Out-of-Network unless otherwise noted." (CIGNA04347877) (emphasis added) <br><br> "Retail Generic:  $5 **deductible excluded**. . . Retail Multi Source Brands:  $5 plus difference in cost (DAW 1 and DAW 2) deductible excluded.  **Penalty does not accumulate to OOP Pocket Maximum**." <br><br> (CIGNA04347929) (emphasis added) |
| **Krispy Kreme Doughnut Corporation** <br><br> **(Acct. 3316164)** | Preferred Provider Medical Benefits (Passive PPO-Platinum Plan) (ASO36) | 2/1/2016 | Ex. 43 | "Deductibles and Out-of-Pocket Maximums will accumulate in **one direction** (that is, **Out-of-Network will accumulate to In-Network**). All other plan maximums and service-specific maximums (dollar and occurrence) cross-accumulate between In- and Out-of-Network unless otherwise noted." <br><br> (CIGNA00808071) (emphasis added) |
| **The Greenbrier Companies, Inc.** <br><br> **(Acct. 3332040)** | Open Access Plus Medical Benefits Health Savings Account (ASO11) | 1/1/2014 | Ex. 41 | "All family members contribute towards the family Out-of-Pocket.  An individual cannot have claims covered at 100% until the total family Out-of-Pocket has been satisfied." <br><br> (CIGNA002478679) (emphasis added) |