# EXHIBIT 6

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated, Plaintiffs, <br><br> vs. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC., Defendants. | No. 16-cv-1702 (JAM) (Consolidated) |

**Declaration**
Gary M. Owens, M.D.
**July 3, 2020**

## Table of Contents

**Page**

I.  **Qualifications and Assignment** .................................................................. **3**

    A.    Qualifications ................................................................................. 3

    B.    Assignment ................................................................................... 4

II.  **Overview of Pharmacy Benefits** ........................................................... **5**

    A.    What are Pharmacy Benefits? ...................................................... 5

    B.    Important High-Level Considerations for Plan Sponsors when Providing

        Pharmacy Benefits: ....................................................................... 6

III.  **Pharmacy Benefit Design Choices Involve a Large Number of Variables** ................ **7**

    A.    Types of Funding and Additional Benefits ..................................... 7

    B.    Multiple Additional Variables Are Considered in a Pharmacy Benefit

        Design ........................................................................................ 10

IV.  **How Plan Sponsors Evaluate and Contract for Pharmacy Benefit Programs** ......... **13**

V.  **Important Aspects of Contracting and Pricing for Pharmacy Benefits** ................. **15**

VI.  **An Example of the Pharmacy Benefit Bidding Process** ............................... **25**

VII.  **Summary of Conclusions** ........................................................................... **27**

I.      **Qualifications and Assignment**

    A.      **Qualifications**

1.      I am the President of Gary Owens Associates, a company founded in 2007, which provides consulting services focusing on the management and reimbursement of pharmaceutical products and other new technologies.  Through my consulting practice, I have consulted to health plans on issues of medical and pharmacy management and worked with employers and benefit purchasing groups on pharmacy management issues, benefit design and formulary management. Additionally, I provide consulting services pertaining to clinical assessment, formulary management and economic assessments of new products to manufacturers of drugs, devices, and biotechnology products.

2.      I received a B.A. from the University of Pennsylvania in 1971 and an M.D. from Thomas Jefferson University in 1975.  Between 1975 and 1978, I was a resident at Wilmington Medical Center in the Department of Family Practice, and I received certification from the American Board of Family Practice in 1978.  I became a fellow of the American Academy of Family Physicians in 1981.  I have obtained medical licenses from Delaware (retired in 2012) and Pennsylvania (active retired status).  I am a member of the American Medical Association and the National Association of Managed Care Physicians (NAMCP).  From April 2014 to April 2018, I have served on the Board of Directors for the Academy of Managed Care Pharmacy.  I am currently engaged by NAMCP to provide a monthly lecture series directed at contemporary payer issues in pharmaceutical reimbursement and access.

3.      Prior to starting my consulting practice, I was Vice President of Medical Management and Policy at Independence Blue Cross, and before that, I was Vice President of Patient Care Management at Independence Blue Cross.  While at Independence Blue Cross, I chaired the

Pharmacy and Therapeutics committee for 15 years (1991-2006), was responsible for operations of the pharmacy department covering 2 million lives and provided primary oversight of development of IBC's internal Pharmacy Benefit Management subsidiary, Future Scripts. During my time at Independence Blue Cross, I negotiated PBM contracts with Caremark, Medco, and Argus as a pharmacy claims processor.

4.      In my consulting practice, I served as Senior Medical Advisor and Pharmacy and Therapeutics Committee Chairman for the Towers Watson RxCollaborative from 2007 to 2015. In that role I worked with the benefit consultants at Towers Watson on the development of pharmacy benefit management programs, tools to assess insurer and PBM pharmacy benefit contracts and evaluate new pharmaceutical agents to include on the formulary used by members of the collaborative.

5.      I have authored more than 130 articles and editorials in leading pharmacy, healthcare management and medical journals such as *The American Journal of Managed Care*, *Journal of Managed Care Medicine*, *Journal of Managed Care and Specialty Pharmacy*, *American Health and Drug Benefits*, *Journal of Clinical Pathways*, and *American Family Physician*.  I also serve on the editorial board of various publications including *American Health and Drug Benefits*, *Journal of Managed Care and Specialty Pharmacy*, and *Journal of Managed Care Medicine*.

6.      My curriculum vitae is attached as Appendix A.

**B.      Assignment**

7.      I understand that my role in producing this declaration is to provide an overview of the many variables that go into the selection and provision of group pharmacy benefits by plan sponsors.  I have been asked to explain why plan sponsors provide the pharmacy benefits they do and how plan sponsors develop and contract for pharmacy benefits.  Additionally, this

declaration discusses several key aspects of pharmacy benefit management and the variables that exist when plan sponsors select a pharmacy benefit to provide to their employees and their beneficiaries.

8.      I have been retained by Morgan Lewis and Bockius, LLP, counsel for Cigna Health & Life Insurance Company ("CHLIC"), to provide this declaration.

9.      In formulating my opinions, I relied on my more than 35 years of experience in the health insurance industry, including 29 years of experience working with pharmacy benefits design, formularies, Pharmacy and Therapeutics Committees, and 8 years of experience as a medical advisor to the Towers Watson RxCollaborative, a pharmacy benefit purchasing collaborative that served over 250 mid-to-large employers.  I have reviewed the documents listed in Appendix B.

10.     I am being compensated at my hourly rate of $525.  My compensation does not depend upon the conclusions I reach or upon the outcome of this matter.

## II.     Overview of Pharmacy Benefits

### A.     What are Pharmacy Benefits?

11.     Employers that offer healthcare benefits to their employees and their beneficiaries typically cover three major categories of benefits:  medical, mental health and substance abuse, and pharmacy benefits.  Some employers may also offer additional coverage for vision and dental services.

12.     Prescription drugs are a necessary and integral part of the management of acute and chronic conditions.  While many drugs are physician-administered or administered in medical facilities and covered under the medical benefit, the vast majority of drugs dispensed in the U.S. are patient self-administered in various formulations, such as oral agents, self-injectables, topical agents and other less common formulations.  These agents are typically prescribed by the

treating physician and obtained by the patient through out-patient dispensing channels, such as retail, mail-order and specialty pharmacies.  These are the drugs that are covered under a pharmacy benefit.

13.     Employers have a large number of considerations in the selection of a pharmacy benefit design and structure.

**B.     Important High-Level Considerations for Plan Sponsors when Providing Pharmacy Benefits:**

14.     There are a large number of variables that plan sponsors must consider when offering pharmacy benefits through a benefit plan.  This section will describe the high-level considerations by plan sponsors when they contract with an insurer, third party administrator, or a Pharmacy Benefit Manager (PBM) for pharmacy benefits.

15.     Employers who are the plan sponsors must first decide whether to utilize an integrated medical and pharmacy benefit or to use separate medical benefit and prescription drug benefit structures.

16.     Plan sponsors also must decide whether to purchase a fully-insured benefit, meaning a fixed premium is paid for the benefits and the insurer takes the risk for pharmacy costs; or whether to self-fund the benefits and take on the cost risk themselves.  Typically, an employer needs to have more than 100 covered lives to consider self-funding their benefits.

17.     The next high-level consideration is budget impact.  The cost of providing health insurance continues to increase and pharmacy benefits represent more than 10% of this cost in the U.S.   When deciding on benefits for an upcoming year, an employer must carefully consider not only the impact of maintaining current benefit levels and member (typically employee) cost

contributions, but also consider the projected cost trend of the benefit in the context of the financial goals of the company.

18.     Another consideration for plan sponsors is the level of employee cost sharing.  In order to maintain affordable benefits in the aggregate, the plan sponsor must consider the level of employee contribution necessary to meet the budgetary targets for providing the pharmacy benefit, yet maintain a level of affordability and access to pharmaceuticals for the employee.

19.     In order to manage pharmacy benefits to these high-level considerations, plan sponsors face a wide range of choices when considering the pharmacy benefit offerings to their employees, which will be described in more detail in the next section of this declaration.

## III.     Pharmacy Benefit Design Choices Involve a Large Number of Variables

20.     There are a large number of variables that a plan sponsor must consider and evaluate as part of the process of providing pharmacy benefits to its employees.  This section describes those variable components in more detail.

### A.     Types of Funding and Additional Benefits

21.     **Fully Insured Benefit Plans:**  Under this arrangement, when a plan sponsor is fully insured, the sponsor pays a fixed insurance premium per beneficiary to the insurer regardless of the prescription drug (or medical) claims that the insurer may need to reimburse for that beneficiary.  These fixed premiums can be experience-rated based on the individual employer's past claim experience or community-rated based on past claims experience of all or a selected group of customers of the insurer.

22.     Typically, in a fully insured arrangement, the plan sponsor purchases both medical and pharmacy benefits from the chosen insurer and pays a fixed per member monthly premium to the insurer who then provides coverage of medically necessary medical services, including

prescription drugs.  Under this arrangement, the employer has less flexibility in benefit design because these plans are state regulated; but, they have more cost predictability because of the fixed premium arrangement.

23.     **Self-funded Benefit Plans:** On the other end of the spectrum are contractual arrangements in which plan sponsors are self-insured and for which companies like CHLIC serve in an "administrative services only" or "ASO" capacity.  In an ASO arrangement, a company would provide pharmacy benefit management services (potentially bundled with medical claims processing) and would bill the plan sponsor for the provision of such services, including the costs of reimbursing pharmacies for dispensing prescription drugs and fees to cover the administrative cost of providing the services.  Importantly, in the context of a self-funded plan, drug costs are ultimately the responsibility of the plan sponsor, and companies providing "administrative services only" do not bear the risk for drug costs.

24.     A PBM is a third-party administrator of prescription drug programs.  PBMs are primarily responsible for developing and maintaining the formulary, contracting with pharmacies, negotiating discounts and rebates with drug manufacturers, and processing and paying prescription drug claims.  For the most part, they work with self-insured companies and some government programs and health insurers to manage pharmacy expenditures while concurrently trying to improve health care outcomes.  They can be part of an ASO provider or a separate company.

25.     In a self-insured arrangement, the plan sponsor may choose to use the same company as an ASO provider for both medical and pharmacy benefits or select one company for the medical benefit and "carve-out" the pharmacy benefit to a different entity.  In the situation where an ASO provides both medical and pharmacy benefits under a self-funded arrangement, the ASO may

subcontract or separately carve out the management of pharmacy benefits—in whole or in part—to a PBM or PBM service provider, creating yet another variable (and another contractual arrangement that comes into play).

26.     **Specialty Pharmacy Benefit:** Specialty pharmacy agents are defined by the Academy of Managed Care Pharmacy as "Any high cost drug (e.g., higher than $670/month per Medicare Part D) including injectables, infused products, oral agents, or inhaled medications, which require unique storage/shipment and additional education and support from a health care professional. Specialty drugs offer treatment for serious, chronic, life threatening diseases and is covered under pharmacy or medical benefits."[1]

27.     While specialty pharmacy drugs may be used only by a small fraction of the population (often less than 1-2%), they may account for one third to one half of pharmacy costs to an employer's plan.  Therefore, a plan sponsor needs to consider how to cover these agents under the medical benefit when they are administered under medical supervision, such as an office or hospital, and how to cover these agents under the pharmacy benefit when they are self-administered.  Plan sponsors must also consider whether to include these agents under their fully insured or ASO pharmacy contracts or even consider carving out this benefit to an independent specialty pharmacy (creating additional contracting arrangements).

28.     Because of the high cost of these agents, plan sponsors also must decide on levels of member cost sharing compared to non-specialty agents.  If a plan sponsor designs its plan so that

---

[1] Academy of Managed Care Pharmacy; *Managed Care Glossary;* https://www.amcp.org/about/managed-care-pharmacy-101/managed-care-glossary;  Accessed 6/26/20

a member who needs a specialty pharmacy agent will have to pay a significant portion of the cost himself or herself, the plan design may be viewed as not affording a sufficient level of benefit-coverage for those in need.  If, on the other hand, the plan sponsor designs its plan so that a member who needs a specialty pharmacy agent will only have to pay the same as, or slightly more than, he/she would for a non-specialty pharmacy agent, then the additional cost for the specialty pharmacy agent will have to be spread among the plan sponsor and the other members who participate in the employer's plan.  Coverage and management of these agents add yet another important level of variability to an employer's decision to provide a pharmacy benefit.

29.     In addition to critical decisions about whether to have a fully insured benefit program or whether to self-fund the benefit, and decisions about the management of specialty drugs, plan sponsors then are faced with assessing a large number of additional variables that may impact their cost, the levels of employee contributions and access to medications when choosing a pharmacy benefit.

**B.     Multiple Additional Variables Are Considered in a Pharmacy Benefit Design**

30.     **Networks and Network Adequacy**:  Plan sponsors – through their pharmacy benefit contracts – must consider the type of pharmacy network to offer their members.  Typically, insurers, ASOs and PBMs offer choices of networks ranging from broad national and local networks to narrower networks offering limited choices of both independent and chain pharmacies.  Narrow networks are typically able to offer deeper discounts as a trade-off for increased volume of patients.  A plan sponsor must balance cost versus access when considering the type of network for their employees and their beneficiaries.

31.     **Mail order services:**  Mail order pharmacy services entail filling prescriptions by mail, providing drug-related information to members, and tracking potential issues with dispensed

prescriptions, such as drug interactions.  Because mail order pharmacies are highly automated and generally fulfill prescriptions with larger quantities (typically 90 days), the cost of drugs through mail order typically is less than at retail.  As an incentive to use mail order, plan sponsors may choose to have co-pays that are lower than those at retail pharmacies.

32.     **Formularies**:  One of the primary mechanisms that plans use to manage prescription drug utilization by members (whether the plan is insured or ASO) is a prescription drug formulary.  A formulary is a list of prescription drugs that a plan covers, that is, the list of drugs for which a plan will provide all or part of the reimbursement to a pharmacy.  Formularies are either closed or open.  An open formulary generally provides coverage for all FDA-approved drugs in a therapeutic category.  A closed formulary, in contrast, may provide coverage only for a subset of drugs in a therapeutic category while excluding others.  Open formularies offer more treatment options to patients, whereas closed formularies may be more cost-effective.  Both types of formularies typically exclude certain categories of drugs altogether, such as investigational drugs and lifestyle drugs.

33.     **Formulary Tiers:**  Both open and closed formularies typically have tiered structures. Common tier structures during the relevant period of this matter were a 3 or 4-tiered formulary, with generic drugs being placed at tier 1 (the tier with the lowest patient out-of-pocket cost), preferred branded drugs being placed at tier 2 (the tier with a higher patient out-of-pocket cost), and non-preferred branded drugs being placed at tier 3 (the tier with the highest patient out-of-pocket cost).  Tier 4 is typically used for specialty drugs.

34.     Tiered formulary structures can incentivize members to use lower-cost drugs within a therapeutic category.  If members (and their physicians) expect to receive the same clinical

benefit from several drugs in a therapeutic category, they can choose a drug that would require the lowest patient out-of-pocket cost among these clinically similar agents.

35.     Placement of a drug on a formulary tier can be a lever in price negotiations with drug manufacturers.  Specifically, placing a branded drug on a preferred tier with a lower patient out-of-pocket cost (e.g. tier 2 in a three-tier plan) is likely to increase utilization of that drug, compared to a similar drug in tier 3.  In exchange for being on a preferred tier, a drug manufacturer might provide rebates resulting in a lower drug cost under the plan.

36.     **Deductibles:**  A deductible is typically defined as the amount a member pays for medically necessary services before a plan (insured or ASO) begins to pay benefits.  Plan sponsors may choose to have deductibles and may choose what level of deductible will be applied to the medical benefit, the pharmacy benefit or select combined medical and pharmacy deductibles.

37.     **Co-payment (copay) levels:**  A copay is a fixed amount that the member pays for a health care service, usually paid at the time the service is rendered.  The amount can vary by the type of service.  The plan sponsor determines the level of copay for different types of services, and when a copay is applicable.  Copays typically are applied after the member has finished paying toward the deductible.  With respect to pharmacy benefits, copays often vary based on the formulary tier structure to create member incentives to use more cost-effective medications.

38.     **Co-insurance levels**:  Co-insurance is another method used to create a member's share of the costs of a health care service.  Co-insurance is usually applied after the member has paid the plan's deductible.  Levels of co-insurance in terms of percentages and maximum out-of-pocket amounts on a per prescription or annual basis can also be varied by the plan sponsor.

39.     **Clinical management**:  Clinical management programs are also aspects of the pharmacy benefit that can be elected by a plan sponsor to manage the cost of the pharmacy benefit.  A common clinical management tool at the time of this case was, and continues to be, a prior authorization ("PA") requirement.  Step therapy is another clinical management tool whereby members have to try and fail one or more "prerequisite" drugs before a certain therapy would be covered by the payer.  Other examples include quantity limits (to ensure that prescribed quantities are consistent with clinical dosing guidelines and medical literature), and medication therapy management.[2]  Plan sponsors may choose to offer these clinical management programs as part of their plans to help optimize outcomes, minimize waste and control cost.

40.     All of the factors described in this section need to be considered as the plan sponsor considers how to design its pharmacy benefit plan and contract for pharmacy benefits.

**IV.     How Plan Sponsors Evaluate and Contract for Pharmacy Benefit Programs**

41.     Evaluating and selecting the pharmacy benefit to offer to employees is a particularly important decision that will significantly impact how much a plan sponsor spends on prescription drugs each year.  It will also impact the levels of service and access to medications that their employees and their beneficiaries receive so they can stay healthy and productive.  But doing this can be a significant challenge due to the sheer complexity of pharmacy benefits and the choices that can be offered that affect benefit design, as listed in Section III of this declaration.

---

[2] Medication therapy management (MTM) is defined by the Academy of Managed Care Pharmacy as "A distinct service or group of services that optimize therapeutic outcomes for individual patients. MTM services are independent of, but can occur in conjunction with, the provision of a medication product."  Academy of Managed Care Pharmacy; *Managed Care Glossary;* https://www.amcp.org/about/managed-care-pharmacy-101/managed-care-glossary; Accessed 6/27/20.

42.     Both the Human Resources (HR) department and the Finance department at most plan sponsors play a key role in the procurement of health benefits, including pharmacy benefits. Goals of these departments include focusing on strategic pharmacy benefit solutions to improve access and quality, managing cost to corporate goals and maintaining employee access and affordability.  They need to carefully balance these issues in a complex and changing environment.  To accomplish this, most employers rely on brokers or benefit consultants to help them manage the pharmacy (and medical) benefit process.

43.     Benefit consultants and brokers work with plan sponsors to help them add choice and flexibility and enhance their members' experiences with their health and group benefits. They assist the plan sponsor by assessing current benefit offerings to determine their adequacy and affordability.  If the sponsor decides to re-negotiate or renew the pharmacy benefit, the consultant or broker has processes in place to assist with the pharmacy benefit procurement process.

44.     Consultants and brokers help the plan sponsor navigate the complexity of an RFP process for pharmacy benefits, using internal resources such as pharmacists, analysts, project managers and clinicians.  The use of these services helps inform the plan sponsor of the many options for the benefit and the cost of selecting various options so that the plan sponsor has a good understanding of the trade-offs of different pharmacy benefit contract offerings.

45.     One of the first steps done by a consultant is an examination of the plan sponsor's current pharmacy benefit contract with an analysis of cost based on existing claims data from the previous year's utilization.

46.     A major role of the consultant or broker is to help plan sponsors be well informed of their options and the impact of the options available to them when purchasing pharmacy benefits.

They also assist the plan sponsor with an understanding of pharmacy benefit contract terms, conditions, definitions, and services that can vary significantly.  This type of assistance helps the plan sponsor better manage their financial resources while maintaining adequate benefits for their employees.  As Tyler Lester, a CHLIC employee, noted in his deposition:

> "Generally plan sponsors will hire an independent third-party, a broker, a
> consultant to help them make the plan selection and through that process the
> broker is able to bring in a number of health plans or pharmacy benefit managers
> and usually puts out a request for proposal for different organizations to bid on
> that business."[3]

47.      A benefit consultant can help the plan sponsor develop the request for proposal (RFP) for pharmacy benefits.  A detailed description of the large number of variables in a pharmacy benefit RFP and the process used to develop that RFP is beyond the scope of this declaration.  The next section of my declaration will discuss many of the important financial and contracting considerations that are considered when contracting for pharmacy benefits through the procurement (RFP) process.

**V.      Important Aspects of Contracting and Pricing for Pharmacy Benefits**

48.      It is important to recognize that multiple contractual relationships come into play in the provision of pharmacy benefits.  Some insurers and ASOs provide pharmacy benefit management services themselves, while others contract with external pharmacy benefit managers, or PBMs.  By virtue of providing pharmacy benefit management services to large numbers of insurers and ASOs, PBMs are able to realize substantial economies of scale, for

---

[3] Deposition of Tyler Lester, June 23, 2020; Pages 321-322

example, by utilizing a single information technology system to adjudicate claims between a pharmacy and multiple insurers and ASOs, or by negotiating better contract terms with pharmacies in exchange for offering access to more patients.  As a result, in many instances, external PBMs are able to provide pharmacy benefit management services at a lower cost than an insurer/ASO would be able to achieve by itself.  In this case, CHLIC contracted with Catamaran in 2013 to provide certain PBM services to its clients.  Based on my experience, during this time, it was common for insurers/ASOs to contract with external PBMs for pharmacy benefit management services.  Indeed, as CHLIC's Tyler Lester stated:

> "The original relationship with Catamaran had a few components to it. One included utilizing their claim processing platform. Another was partnering in pharmaceutical manufacturer contracting. And the third big item at the time was retail network configuration."[4]

49.     Contractual arrangements between insurers/ASOs and PBMs vary widely depending on the negotiated terms of the contract.  Important areas for plan sponsors to consider are network pricing, generic drug pricing, brand drug pricing, specialty drug pricing, dispensing fees, rebates, and member contribution requirements.

50.     Frequent reference is made to drug prices, suggesting that there is a single "price" for a drug that is known by all participants in the marketplace. The reality of drug pricing is that there are many different prices depending on who is buying, who is selling, and when and where the transaction takes place.

---

[4] Deposition of Tyler Lester, June 23, 2020; Page 10-11

51. **Spread or "Traditional" Pricing:**  In some instances, a plan sponsor will negotiate a pricing arrangement where the plan sponsor's pricing may be different from the amount of reimbursement a pharmacy keeps for each drug claim.  This is known as spread or "traditional" pricing, and as the name implies, it is one of the most common pricing arrangements that plan sponsors and their broker/consultants may select.  The same can be the case when a plan sponsor contracts with an insurer/ASO or a PBM.  An example of this type of spread pricing arrangement can be found in the ASO contract between CHLIC and the Cobb County Government:

> "The amount paid to the Retail Pharmacy for Brand, Generic, or Specialty Drug
>
> Claims may or may not be equal to the amount charged to Employer, and CHLIC
>
> will absorb or retain any difference."[5]

In my experience, plan sponsors and their broker/consultants understand that PBMs and insurers/ASOs need to be compensated for the services they provide.  Plan sponsors have options in deciding how that compensation will occur.  In the spread pricing model, plan sponsors are electing to contract for predictable drug costs for the year and have the services provided by the PBM or insurer/ASO be paid for (at least in part) by allowing them to keep the difference between those predictable drug costs and the amount retained by the pharmacy that dispenses the drugs.  As Tyler Lester explained in his deposition, one reason why plan sponsors often choose spread pricing is:

> "[I]t gives them more flexibility about where they want to see value in their plan.
>
> So if they prefer not to pay a per-member per-month fee every month, then they

---

[5] Cobb County ASO Agreement (effective January 1, 2014), CIGNA12361830

have the option, or we have an option where we can earn the revenue that we need

to provide services through spread."[6]

Based on my experience it is my understanding that during the relevant time period of this

matter, many brokers and benefit consultants knew about the concept of spread pricing and had a

good understanding of the concept and the important differences between spread and pass

through pricing arrangements.

52.     **Pass Through Pricing:**  In other instances, a plan sponsor contracts to pay the PBM or

insurer/ASO the actual amount retained by the pharmacy for a prescription (net of discounts and

member liability) plus dispensing fees and a fee to cover the costs of other contracted services

that are provided in the form of an administrative fee.  This fee is typically a per-member-per-

month (PMPM) payment for the package of administrative services provided. This is known as a

pass through pricing arrangement.  Although one not familiar with the pricing of group

pharmacy benefits might assume a pass-through arrangement would be financially advantageous

to the plan sponsor, there are trade-offs in pass-through contracts to consider, including the

likelihood of higher administrative fees paid by the plan sponsor.  It is especially important to

understand that pass through pricing does not guarantee plan sponsors (and in turn members) will

have lower costs for their prescription drug plans; in fact, often it will be the opposite.  The pass-

through pricing approach to lowering drug spend is based on lowering unit costs by promoting

lower cost drug alternatives versus higher cost drugs that drive higher rebates.  For this reason,

discounts and rebates under a pass-through plan typically are not as aggressive as the traditional

pricing model, and that may result in a higher overall total plan drug cost versus a spread pricing

---

[6] Deposition of Tyler Lester, June 23, 2020; Page 346

model. Additionally, in a pass through pricing model, there can be additional fees charged for claims processing, enrollment and eligibility processing, network access and other administrative fees that might not be charged in a spread pricing arrangement.  Therefore, even if some individual prescriptions were less costly in a pass through model, the total cost paid by members and/or plan sponsors could be higher.

53.     **Generic Drug Pricing**:  Another important element of pharmacy benefit contracting is pricing of generic drugs.  In the relevant time period of this case, based on my experience, the generic dispensing rate (percentage of total Rx dispensed as generic or GDR) was over 70%, but they accounted for less than 25% of the total pharmacy spend.  The market dynamics of brand and generic drugs are quite different, as the brand industry is generally controlled by one manufacturer with exclusivity, while the generic industry follows a multi-competitor model with drug prices decreasing as more competitors enter the marketplace.  Therefore, PBM and insurer/ASO contracts with plan sponsors offer deep and competitive discounts for generic drugs.  Contractual arrangements include payment for most multi-source generic drugs based on the concept of maximum allowable charge (MAC).  MAC may be defined as: "A reimbursement limit per individual multiple-source pharmaceutical entity, strength, and dosage form (e.g., $0.50 per fluoxetine 20 mg capsule).  MAC price lists are established by health plans and PBMs for private-sector clients and usually are considered confidential."[7]  In addition, these contractual arrangements may offer differential generic discounts depending on distribution channel (e.g., mail order vs. retail).  Finally, such contractual arrangements also may offer aggregate generic

_____

[7] Academy of Managed Care Pharmacy; *Managed Care Glossary;* https://www.amcp.org/about/managed-care-pharmacy-101/managed-care-glossary;  Accessed 6/28/20

drug discount guarantees to the plan sponsor.  An example of such a guarantee for generic retail claims can be found in the contract between Cigna and the Cobb County Government:

> "Retail Generic Drug Claims (other than those to which the above brand discount applies): The lesser of: (i) the drug's charge on a CHLIC generic Maximum Allowable Charge schedule that generates an annual average aggregate discount across Generic Drug Claims dispensed at Retail Pharmacies to CHLIC group-client book of business of AWP minus 78.92% (Plan-specific results may vary based on drug mix)…"[8]

54.   **Branded Drug Pricing:**  Reimbursement for branded prescription drugs is usually a percentage of a published list price for the drug itself.  Because branded drugs are single source, and are only marketed by one manufacturer, the manufacturer can report a price for the product to publicly-available pricing compendia.

55.   **Rebates:**  Another area of consideration that plan sponsors and their benefit consultants have is brand drug rebates.  Rebates may be defined as: "A discount that occurs after drugs are purchased from a pharmaceutical manufacturer and involves the manufacturer returning some of the purchase price to the purchaser. When drugs are purchased by a managed care organization, a rebate is based on volume, market share, and other factors."[9]  Plan sponsors may contract to receive all (pass through rebates) or a portion of the rebates that are negotiated with drug manufacturers.  Much like spread pricing in network contracts, allowing the insurer, ASO or PBM to retain a portion of the rebates may offset all or a portion of the administrative fees or

---

[8] Cobb County ASO Agreement (effective January 1, 2014), CIGNA12361829

[9] Academy of Managed Care Pharmacy; *Managed Care Glossary;* https://www.amcp.org/about/managed-care-pharmacy-101/managed-care-glossary;  Accessed 6/29/20

reduce other plan costs.  These contracts may also specify a minimum rebate (rebate guarantee) that a PBM or insurer/ASO agrees to pay to plan sponsor.  An example of a rebate guarantee can be found in the 2014 ASO contract between Cigna and the Cobb County Government:

> "Subject to the caveats below, CHLIC will remit to Employer the following portion of Rebates that CHLIC collects with respect to utilization under the Plan's Pharmacy Benefit:
>
> For 1-1-2014 – 12-31-2014: The greater of 100.00% of Rebates, or the sum of $24.49 multiplied by the number of Retail Pharmacy Brand Drug Claims plus $133.85 multiplied by the number of Mail Service Pharmacy Brand Drug Claims.
>
> For 1-1-2015 – 12-31-2015: The greater of 100.00% of Rebates, or the sum of $27.72 multiplied by the number of Retail Pharmacy Brand Drug Claims plus $153.67 multiplied by the number of Mail Service Pharmacy Brand Drug Claims.
>
> For 1-1-2016 – 12-31-2016: The greater of 100.00% of Rebates, or the sum of $27.72 multiplied by the number of Retail Pharmacy Brand Drug Claims plus $153.67 multiplied by the number of Mail Service Pharmacy Brand Drug Claims"[10]

56.  **Specialty Drug Pricing:**  As noted in paragraphs 26-28 above, specialty drugs, because of their high cost per claim, require additional decisions about access, cost, and employee contribution by a plan sponsor.  A contract for specialty benefits may need to include any or all of the following considerations, among others, around specialty drug pricing and reimbursement:

---

[10] Cobb County ASO Agreement (effective January 1, 2014), CIGNA12361831

- Formulary development and management of specialty products specifically;

- Medications that will be supplied directly and those drugs that must be obtained from another source due to manufacturer/FDA requirements;

- Clear determination of drug classes covered under the pharmacy plan versus the medical plan, along with benefit coordination capabilities;

- Network contracting for specialty products specifically, including discounts and any rebates that are applicable to specialty products;

- Reports of utilization and cost for the plan sponsor provided monthly and from POS data;

- Options for member cost sharing that are the same as or different from those that apply to other prescriptions.

The choices and complexity of managing the specialty drug benefit add a large number of additional variables that plan sponsors must consider.

57.    **Member Cost Contribution Considerations:**  Member cost contribution is another important aspect of pharmacy benefit development.  As noted earlier in this declaration, member cost contribution may consist of a combination of deductibles, co-payments, and co-insurances that can be used by plan sponsors as levers to incentivize members to use clinically and cost-effective choices of medications in the appropriate circumstances.  Member contribution to the pharmacy benefit is considered important for several reasons.   Plan sponsors use deductibles and copayments to share health care costs so that the employer is not bearing all of the costs itself.  It also helps prevent unnecessary overutilization by members.  Member contributions can vary widely depending on the choices elected by the plan sponsor.  The variability of member cost contribution and the impact on the benefit was noted by Tyler Lester in his deposition:

"That's also a selection by the client and within self-funded plans, it's almost

unlimited the number of combinations of copays and coinsurance and where those

levels can be set or insured regulated business, there might be limits on how high

or low each value can go but within that range the plan sponsor has flexibility to

select that and as a service provider, as an insurer, we can provide information to

the client about how those changes might impact their overall plan cost."[11]

58.   Based on my experience with pharmacy benefit contracts, it is my understanding that,

during the relevant time period of this matter, many brokers/consultants knew and understood

that the payment made to the pharmacy at the point of sale by a member could be greater than,

equal to, or less than the discounted amount that the insurer, ASO or PBM contracted to pay the

pharmacy for the drug.  They also knew and understood that, if it was greater, the difference

could be credited back to the insurer/ASO or PBM.

59.   An important point to emphasize around member cost contribution through deductibles,

co-payments and co-insurance is that an ASO does not pay for drugs out of its own funds,

because it is an "administrative services only" relationship.  Plan sponsors are responsible for the

costs of the prescription drugs and any other benefits provided under the plan sponsor's plan.

When a company acts in an ASO capacity, it handles administrative tasks that can include

membership enrollment and the processing of claims, and provide other services such as

management of formularies.  In these arrangements, the plan sponsor bears all of the cost risk

associated with the prescription drug benefit.

---

[11]  Deposition of Tyler Lester, June 23, 2020; Page 326

60.   **OOP Maximums and Cross Accumulations:**   Another area of consideration for the plan sponsor is the maximum out-of-pocket cost (OOP Maximum) a member may be required to pay in a plan year.  Typically, the OOP Maximum is described to members as the most one has to pay for covered services in a plan year. After spending this amount on deductibles, copayments, and coinsurance for in-network care and services, the health plan pays 100% of the costs of covered benefits.  Plan sponsors may choose benefits with or without OOP maximum arrangements.  Likewise, plan sponsors may select to have these maximums and the associated deductibles apply to the medical benefit only, the pharmacy benefit separately or apply cross accumulators combining medical and pharmacy member contributions.   As an example, Tyler Lester noted in his deposition:

> "So cross accumulation are when dollars accumulate between benefits. Generally we're talking about the medical and the pharmacy benefits. There are also behavioral benefits that are available that are considered as part of the medical plan and cross accumulation are where dollars per services on the medical and dollars per services on the pharmacy all accumulate to the same amount on the deductible so those dollars from all those services accumulate to a single deductible or out-of-pocket maximums where the determination of when a participant hits that out-of-pocket maximum can cross accumulate from both benefits."[12]

61.   **Competitive Bidding:**  Once the employer, usually in conjunction with the broker/consultant, has determined the benefit plan required for the plan year, the process is

---

[12] Deposition of Tyler Lester, June 23, 2020; Pages 328-329

generally to bid to multiple insurers/ASOs/PBMs.  The competitive bid process using a request

for proposal (RFP) typically requires significant effort and is performed near the end of a

contract period.  During the RFP process, multiple companies compete to earn a plan sponsor's

business.  In this process, a detailed review of proposed plan structures, contracts and services is

needed to compare proposals on a similar basis.  However, in some instances, a market check

may be used in place of a formal RFP if the current pharmacy benefit contract is competitive and

allows for contract extensions.

**VI.      An Example of the Pharmacy Benefit Bidding Process**

62.      **Financial Modeling and Cost Projection:**  One of the first steps in the RFP process that

must be done by the plan sponsor or the broker/consultant is to use actual claims experience from

the prior year or years to model claims cost trends, assess cost trends based on claim experience

and ultimately establish a projected cost for providing pharmacy benefits in the upcoming bid

years.  Once those financial goals are established, the plan sponsor can begin the competitive

bidding process or decide to renew the current arrangement if that arrangement is satisfactory.

63.      **Overview of RFP Elements:**  Bidding for pharmacy benefits can be a complex process

that must consider all of the variables that have been discussed in this declaration.  To

summarize, below is a listing of the wide range of considerations in an RFP that plan sponsors

and their benefit consultants/brokers may include in the bidding process:

- Qualifications and experience of the insurer/ASO/PBM

- Implementation process and timelines for implementation

- Enrollment and eligibility capabilities

- Formulary, tier, and pharmaceutical products and structures available

- Networks offered and network adequacy

- Billing and claims payment process

- Rebates and how they are paid to the plan sponsor—pass through versus shared rebate arrangements

- Pricing considerations, including spread vs. pass-through pricing

- Member cost share including deductibles, copayments and co-insurance

- Claims processing systems

- Customer service

- HIPAA compliance

- Clinical management programs

- Specialty pharmacy programs

- Cost proposals and cost projections

- Appeals and grievance management

- Audit rights

- References from prior customers

Many of these items vary depending on the plan sponsor's needs and goals.  Ultimately the bids are assessed based on these (and potentially other) parameters.  While no insurer/ASO/PBM is likely to have the best proposal in every one of these categories, plan sponsors carefully select the choice of benefit plan to offer to their employees, generally with assistance of a broker or consultant.  The ultimate goal of this process is to select a plan that best meets the needs of the plan sponsor and their employees, and to select a plan that is cost effective.  By doing this process, the plan sponsor is able to make a well-informed and financially sound choice of the ultimate pharmacy benefit plan to offer to their employees.

## VII.    Summary of Conclusions

64.    In this declaration, I have focused on the provision of pharmacy benefits by plan sponsors and on the complexity and variability of decisions that are involved in selecting those benefits. The major points covered were:

a.    Prescription drugs are a necessary and integral part of the management of acute and chronic conditions.  Prescription drugs account for a substantial portion of the healthcare cost and provision of a prescription drug benefit is considered an important benefit to offer employees as part of the healthcare benefit package.

b.    There are numerous variables that a plan sponsor must consider when selecting and offering pharmacy benefit to their employees.

c.    Plan sponsors must decide whether to purchase a fully-insured benefit, meaning a fixed premium is paid for the benefits and the insurer takes the risk for pharmacy cost; or whether to self-fund the benefits and take on the cost risk themselves.

d.    In addition to critical decisions about whether to have a fully insured benefit program or whether to self-fund the benefit, plan sponsors then are faced with assessing a large number of additional variables for their plan design, and how those variables will impact their cost.

e.    Multiple other decisions go into developing and contracting for pharmacy benefits, including network pricing, generic drug pricing, brand drug pricing, specialty drug pricing, dispensing fees, rebates, and member contribution requirements.

f.    Because cost of the benefit is a major issue, much of the focus of the plan sponsor is spent on reimbursement and cost trend projections.

g.  When contracting for pharmacy benefits, plan sponsors have multiple options for how the benefit is funded and paid.  One major choice is whether to use a spread pricing arrangement or a pass through arrangement.

h.  In deciding between these models (and in deciding other aspects about their benefits structure), plan sponsors often rely on sophisticated consultants or brokers to help them make informed decisions about the pricing model, service providers (insurer/ASO/PBM) and benefit design that best meets their needs.

(i)  The ultimate goal is to select a plan that meets the needs of the plan sponsor and its employees and is cost effective.

_____

Gary Owens, M.D.

July 3, 2020

# OWENS DECLARATION
# EXHIBIT A

**Appendix A**
**Curriculum Vitae**
**Gary M. Owens, M.D.**

**ADDRESS:**             P.O. Box 810
                        Ocean View, DE 19970

**TELEPHONE:**           Mobile:  610-733-5857
                        Office: 302-616-1858
                        Fax 302-616-1859

**E-MAIL:**              gowens99@comcast.net
                        garyowensassociates@gmail.com

**PLACE OF BIRTH:**      Salisbury, MD

**PREMEDICAL EDUCATION:**   B.A. University of Pennsylvania, 1971
                        Honors: Alpha Epsilon Delta
                                Premedical Honor Society

**MEDICAL EDUCATION:**   M.D. Thomas Jefferson University, 1975
                        Honors: Alpha Omega Alpha
                                Medical Honor Society

**RESIDENCY:**           Wilmington Medical Center
                        Department of Family Practice, 1975-1978

**BOARD CERTIFICATION:**   American Board of Family Practice, 1978
                        Recertification, 1984
                        Recertification, 1991

**FELLOWSHIP:**          American Academy of Family Physicians, 1981

**MEDICAL LICENSURE:**   Delaware License: C1-0000977 (Retired 1/1/12)
                        Pennsylvania License: MD108837E (Active Retired Status)

**CURRENT ACTIVITY**     President, Gary Owens Associates
                        Consulting in Health Economics and New Technology
                        Assessment
                        February 2007-Present

## Medical Management and Managed Care Activities

<u>PRESIDENT, GARY OWENS ASSOCIATES, February 2007 – Present</u>

- Established consulting practice in 2007 focusing on market access, health economics payer landscape and pharmacy/new technology reimbursement strategy.

- Provides reimbursement advice to manufacturers of new technology, including drugs, devices and biotechnology products.  Over 70 major drug and device manufacturers listed as current or previous clients.

- Provides advice on technology evaluation, coding and claims payment issues

- Serves as a moderator/facilitator of advisory boards, web conferences and one-on-one in-depth interviews

- Consults with health plans on issues of medical and pharmacy management

- Works with employers and benefit purchasing groups on pharmacy management issues

- Consultant to Towers Watson Pharmacy Practice and RxCollaborative.  Co-developed comprehensive pharmacy management program for Towers Watson RxCollaborative and serves as a Medical Advisor on Specialty Pharmacy Strategy for the Collaborative (2007-2015)

- Medical Director for Xcenda's Managed Care Network 2007-14

- Payer Leader for Apical Research Team 2007-2018

- Consultant to Baker Tilley since 2007

- Medical Director to Patient Access Network Foundation since 2016

- Consultant to Martin's Point Health Plan--served as interim Medical Director from March 2008 to September 2009

- Published more than 130 articles/perspectives and lectured extensively from 2007 to present

- Member of the Editorial Board of *American Health and Drug Benefits, Value Based Care in Rheumatology, Value Based Care in Cardiometabolic Health, Value Based Care in Neurology, Journal of Managed Care Medicine, Journal of Managed Care and Specialty Pharmacy, First Report Managed Care, Journal of Clinical Pathways* and *Clinical Therapeutics*

- Member, Board of Directors, Academy of Managed Care Pharmacy, 2014-2018

VICE PRESIDENT, MEDICAL MANAGEMENT AND POLICY, INDEPENDENCE BLUE CROSS, 2003 – 2006;
VICE PRESIDENT PATIENT CARE MANAGEMENT, INDEPENDENCE BLUE CROSS 1996-2003

- Primary responsibility was for medical utilization and medical cost management for 3.0 million subscribers with a medical expense budget of $8.0 billion.

- Oversaw staff of 1 Vice President, four Senior Medical Directors, four Senior Directors/Directors, twenty Medical Directors and 700 Associates who provided support for utilization management, Medicare programs, medical policy, claims payment policy, technology evaluation, and pharmacy for multiple business lines

- Operational management responsibility for the Care Management and Coordination Department with total of 350 nurse case managers and 200 support staff

- Was responsible for URAC Core and Case Management certification and re-certification from 1996 to 2006

- Successful implementation of a Radiology Management program for advanced imaging technology certification in 2005.

- Operational responsibility for the Claims Payment Policy Department that developed uniform medical policy and claims payment policy for multiple lines of business in three states

- Responsibility for utilization review and case management support for Medicare Advantage product covering 180,000 lives

- Developed program to control utilization of inpatient services by use of on-site concurrent review and a physician "care cluster" review model.

- Responsible for operations of the Pharmacy Department covering 2.0 MM lives

- Successfully oversaw PBM conversion of 2.0 MM covered lives in 2004 with no measurable disruption to service.

- Primary oversight of development of FutureScripts and FutureScripts Secure, 2 internal PBM subsidiaries of IBC in 2005-2006.  Conversion of 2.0 MM covered lives to the new entity in October 2006.

- Chaired Pharmacy and Therapeutics Committee—15 years

- Responsible for Implementation of Medicare Part D discount card program in 2005 and launched Medicare Part D pharmacy program 1/1/06.

- Member of corporate Medical Trend Analysis Work Group

- Responsible for contract development and implementation of multiple new systems, including Landacorp's maxMC, McKesson's Care Enhanced Manager, Claim Check, and Clear Claim Connection (C-3)

- Member of corporate Clinical Quality Committee, Managed Care Quality Improvement Committee, and Administrative Quality Committee and e-commerce Steering Committee

- Corporate leader of the Injectable Drug Management strategic project work team

- Developed standardized documentation process for Utilization Management communications process creating fully compliant letters that conveyed UM decisions to members and physicians with a volume of over 1.2 MM letters per year

- Managed a phone unit that handled over 1.0 MM calls per year, while meeting all corporate performance standards for service and accuracy

## SENIOR MEDICAL DIRECTOR, KEYSTONE HEALTH PLAN EAST/ INDEPENDENCE BLUE CROSS 1994-1996

- Responsible for 600,000 HMO and 650,000 PPO covered lives, providing utilization review support and case management direction

- Managed staff of five Medical Directors and two Medical Policy Coordinators

- Developed "Connections" Disease Management programs

- Obtained URAC certification for all business lines

- Actively managed inpatient hospitalization to meet plan goals

- Implemented Full Risk Medicare program for utilization review and case management support, program for Full Risk HMO Medicare product

- Implemented Medical Director support for utilization review activities with 24-hour turnaround for all reviewed cases – "Doc of the Day"

- Chairman, Patient Care Management Committee

- Chairman, Pharmacy & Therapeutic Committee

- Member, Quality Management Committee

- Maintained RBRVS fee schedule

MEDICAL DIRECTOR, KEYSTONE HEALTH PLAN EAST, 1991 – 1994

- Oversight of RBRVS fee schedule for HMO, 1992. One of the first HMOs in U.S. to implement RBRVS fees

- Actively managed inpatient utilization in HMO to exceed plan goals

- Implemented "Optimed" automated utilization review system

- Developed "Connections" disease management programs

- Developed case management rounds for HMO with 500,000 covered lives

- Developed and implemented Pharmacy and Therapeutics and Patient Care Management Committees

- Chairman, Pharmacy and Therapeutics Committee and Patient Care Management Committee

- Developed Medical Policy Manual and started plans for Medical Policy department

DELAWARE VALLEY HMO, ASSOCIATE MEDICAL DIRECTOR, 1986-1991

- Developed first quality management program and studies for managed care plan of 100,000 covered lives

- Reviewed complex claims and implemented system to save in excess of $50,000/month in provider claims

- Developed and supported PCP network for Delaware business expansion

## Board and Committee Activity

**BOARD and OTHER APPOINTMENTS:**

1. Department of Family Practice, Medical Center of Delaware, Vice Chairman 1990-91
2. Biotech Medical Management Association, Board of Directors, 1998 – 2008, Chairman 2007- 2008
3. Philadelphia Health Management Corporation, Board of Directors, 2000 - 2007

4. Eastern PA Chapter Arthritis Foundation, Board of Directors, 2003-2013, Vice Chairman 2007-2009, Executive Committee 2007-2013; Chairman, 2009-2011
5. Patient Access Network Foundation, Board of Directors, 2004-2008, Treasurer 2007-2008
6. Thomas Jefferson University; Department of Health Policy Senior Scholar, 2007-2009
7. Arthritis Foundation; Northeast Regional Board Member, 2009-2013
8. Clinical Therapeutics; Editorial Board, 2002-present
9. American Health and Drug Benefits; Editorial Board, 2007-present
10. Value Based Cancer Care; Editorial Board 2010-2016
11. Value Based Care in Rheumatology; Editorial Board, 2011-present
12. Value Based Care In Cardiometabolic Health; Editorial Board, 2012-present
13. First Report, Managed Care; Editorial Board, 2013-present
14. Journal of Managed Care Medicine; Editorial Review Board 2012-present
15. Value Based Care in Neurology; Editorial Board 2014-present
16. Academy of Managed Care Pharmacy, Board of Directors, 2014-2018
17. Journal of Managed Care and Specialty Pharmacy; Editorial Board, 2014-present
18. Austin Journal of Neuroimmunology and Multiple Sclerosis, Editorial Board, 2014-present
19. Journal of Clinical Pathways, Editorial Board 2015-present

**COMMITTEE APPOINTMENTS:**

1. Private Review Committee, Delaware Review Organization, 1984 - 1986
2. Bylaws Committee, Department of Family Practice, Medical Center of Delaware, 1983 - 1986
3. Credentials Committee, Department of Family Practice, Medical Center of Delaware, 1984 -1989
4. Mental Health Committee, Delaware Academy of Family Physicians, 1981 - 1983
5. Chairman, Medical Education Steering Committee, Delaware Academy of Family Physicians, 1982 - 1984
6. Utilization Review Committee, St. Francis Hospital, 1982 - 1983
7. Infections Committee, Medical Center of Delaware, 1984 - 1986
8. Bylaws Committee, Delaware Review Organization, 1984 - 1986
9. Finance Committee, Diamond State IPA, 1984
10. Editorial Committee, Delaware Medical Journal, 1984
11. Committee on Alternative Healthcare Delivery Systems, Medical Society of Delaware, 1984 -1989
12. Recredentials Committee, Department of Family Practice, Medical Center of Delaware, Chairman, 1989 - 1991
13. Staff Recredentials Committee, Medical Center of Delaware, 1989 - 1991
14. Staff Council, Medical Center of Delaware, Alternate At-Large Member, 1990 - 1991
15. Quality Assurance Committee, Delaware Valley HMO, Chairman, 1989 - 1991
16. Credentials Committee, Delaware Valley HMO, Chairman, 1989 - 1991
17. Research Committee, Delaware Academy of Family Physicians, 1989 - 1991
18. Executive Committee, Department of Family Practice, Medical Center of Delaware, 1990 - 1991

19. Physicians Advisory Committee, Delaware Valley HMO, 1987 - 1991
20. Patient Care Management Committee, KHPE, Chairman, 1991 - 1994
21. Pharmacy and Therapeutics Committee, Independence Blue Cross, Chairman, 1991 – 2006
22. BCBSA Pharmacy Workgroup, 2000 – 2005
23. BCBSA Utilization Management Committee Chairman 2002-2004
24. BMMA Membership Committee, 2000 – 2008
25. Arthritis Foundation, Eastern PA Chapter, Executive Committee, 2007-2013
26. Arthritis Foundation, Eastern PA Chapter, Budget and Finance Committee, 2007-2011
27. Towers Watson Rx Collaborative P&T Committee Chairman 2007-2015
28. Arthritis Foundation, Northeast Region, Finance Committee, 2009-2013
29. Arthritis Foundation, Northeast Region, Human Resources Committee, 2009- 2013, Chairman
30. AMCP Membership Committee, 2014-2017
31. AMCP Joint Research Committee, 2017-
32. AMCP Editorial Advisory Committee, 2014-
33. Laurel, DE Alumni Association Board President 2017-18
34. Ellis Point Homeowners Association Board President 2018-2019
35. Laurel, DE Alumni Association Board Secretary 2019-
36. National Association of Managed Care Physicians Oncology Advisory Council 2019-

## Clinical Activities and Related Appointments

**MEDICAL PRACTICE:**

1. Private Practice of Family Medicine 1978 - 1991
   2700 Silverside Road, Wilmington, DE 19810
2. Medical Director, Phoenix Steel Company, 1980 - 1987
   Claymont, DE 19703
3. Teaching Attending, Department of Family Practice, 1978 - 1991
   Medical Center of Delaware
4. Consultant, Delaware Review Organization, 1978 - 1986
   Wilmington, DE
5. Consultant, Delaware Rehabilitation and Sports Medicine
   Wilmington, DE 1981 - 1985
6. Consultant, Nor-Am Chemical Corporation
   Wilmington, DE 1982 - 1990
7. Consultant, DuPont Co.
   Wilmington, DE 1978 -1980

**HOSPITAL APPOINTMENTS:**

1.  Medical Center of Delaware, Consultant Status, 1991 - 2003
        Senior Attending, Department of Family Practice, 1978 - 1991
        Vice Chairman, Department of Family Practice, 1990-1991
2.  St. Francis Hospital
        Chief, Department of Family Practice, 1978 – 1991
3.   Rockford Center, Consultant Status, 1978 - 1991


**PROFESSIONAL ASSOCIATIONS:**

1.  American Medical Association, 1975 - 1992, 1998 – present

2.  American Academy of Family Physicians, 1975 – 1999, 2005-2008

3.  Delaware Academy of Family Physicians, 1975 - 1991
        Vice President, 1982
        President Elect, 1983
        President 1984
4.  Pennsylvania Academy of Family Physicians, 1991 – 1999, 2005-2008
5.  Medical Society of Delaware, 1978 – 1991
6.  New Castle County Medical Society, 1978 - 1991
        House of Delegates, 1987 - 1990
7.  American Occupational Medical Association, 1980 - 1986
8.  American College of Physician Executives, 1989 - 1992, 1996 – 2015
9.  National Association of Managed Care Physicians 2005-present
10. Academy of Managed Care Pharmacy, 2009-present

9

## Publications, Lectures and Scientific Exhibits

**BIBLIOGRAPHY:**

1. Owens, Gary M., Paulshock, B.Z., <u>The Physician's Role in the Cost of Hospitalization: An Analysis of Four Admissions</u>; *Delaware Medical Journal;* Vol. 50, No. 9, September,1979

2. Hocutt, J.E. Jr., Owens, G.M., <u>Poisoning</u>, *Emergency Medicine*, Arco Publishing Co. 1981

3. Hocutt, J.E. Jr., Owens, G.M., <u>Fever</u>, *Emergency Medicine*, Arco Publishing Co. 1981

4. Hocutt, J.E., Jaffee, R., Owens, G.M., Walters, D.T., <u>Flexible Fiberoptic Sigmoidoscopy</u>, *American Family Physician*, November 1982, Vol. 26, No. 5.

5. Hocutt, J.E., Jaffee, R., Owens, G.M., Walters, D.T., <u>Flexible Fiberoptic Sigmoidoscopy in Family Medicine</u>, *American Family Physician*, May 1984, Vol. 29, No. 5

6. Owens, G.M., <u>Chest Pain</u>, *Primary Care*, May 1986, Vol. 13, No. 1

7. Owens, Gary M., <u>Clinician and Payer Issues in Managing Growth Hormone Deficiency</u>, *The American Journal of Managed Care*, September 2000, Vol. 6, No. 15, Supplement

8. Owens, Gary M, Lawless, Grant D; <u>Breast Cancer Part 1:  Advances in Early Diagnosis and Therapy</u>, *Journal of the Biotech Medical Management Association*, Vol. 6, No. 4 , Fall 2002

9. Cook, David, Owens, Gary M., <u>Appropriate Use of Growth Hormone Therapy in Adults: A Collaborative Approach,</u> *The American Journal of Managed Care*, Vol. 10, No. 13, Supplement, October 2004

10. Cook, David, Owens, Gary M, Jacobs, Michael, <u>Human Growth Hormone Treatment in Adults: Balancing Economics and Ethics,</u> *The American Journal of Managed Care*, Vol. 10, No. 13, Sup.  October 2004

11. Owens, Gary M. et al., <u>Prescription Benefit Design: Perspectives, Reimbursement Issues, and Future Trends,</u> *The American Journal of Managed Care*, Vol. 10, No. 13, Supplement, October 2004

12. Owens, Gary M et al., <u>Clinical Presentation and Diagnosis: Growth Hormone Deficiency in Adults,</u> *The American Journal of Managed Care*, Vol. 10, No 13, Supplement, October 2004

13. Owens, Gary M. et al., <u>Treatment of the Adult and Transitional Patient,</u> *The American Journal of Managed Care*, Vol. 10, No. 13, Supplement, October 2004

BIBLIOGRAPHY:

14. Cook, David, Owens, Gary M., <u>Developing a Rational Approach for the Use of Growth Hormone in Nonpediatric Patients,</u> *The American Journal of Managed Care*, Vol. 10, No. 13, Supplement, October 2004

15. Owens, Gary M., <u>Migraine in the Managed Care Environment,</u> *The American Journal of Managed Care*, Vol. 11, No. 2, Supplement, June 2005

16. Owens, Gary M., <u>Successful Aging in Men with BPH</u>, *The American Journal of Managed Care*, Vol. 12, No. 5, Supplement, April 2006

17. Owens, Gary M., Lawless, Grant D., Emmons, Matthew F., Christian-Hernan, Jennifer, <u>Current Trends in Pharmacy Benefit Designs: A Threat to Disease Management in Chronic Complex Diseases;</u> *Disease Management,* 2007, 10(2): 74-82.

18. Owens, Gary M., <u>An Integrated Approach: Bisphosphonate Management for the Treatment of Osteoporosis,</u> *The American Journal of Managed Care,* Volume 13, No. 11-Supplement, December 2007.

19. Owens, Gary, Sample Integrated Policy: <u>Bisphosphonate Management for the Treatment of Osteoporosis,</u> *The American Journal of Managed Care,* Volume 13, No. 11-Supplement, December 2007.

20. Owens, Gary, <u>The Value of Biologics</u>, *American Health and Drug Benefits,* Volume 1, No. 2, March 2008

21. Owens, Gary, <u>Gender Differences in Health Care Expenditures, Resource Utilization, and Quality of Care,</u> *Journal of Managed Care Pharmacy* Volume 14, No. 3, April 2008-Supplement

22. Owens, Gary, <u>Seizing the Opportunity:  Current Issues in Generic Drugs, Part 1,</u> *American Health and Drug Benefits,* Volume 1, No. 3, April 2008

23. Owens, Gary, <u>Managed Care and Medicare Use of Generics: Seizing the Opportunity, Part 2</u>, *American Health and Drug Benefits,* Volume 1, No. 4, May 2008

24. Heinrichs, Melisa J., Owens, Gary, <u>Where Generics and Biologics Meet</u>, *American Health and Drug Benefits,* Volume 1, No. 5, June 2008

25. Owens, Gary; <u>Recent Regulatory Changes in the Cough/Cold Market: A Medical Director's Perspective</u>; *American Health and Drug Benefits;* Volume 1, No. 8, Supplement; October 2008

26. Owens, Gary; <u>Value-Based Benefit:  The Concept, the Reality, and the Challenge;</u> *American Health and Drug Benefits;* Volume 2, No. 1, Supplement; January 2009

**BIBLIOGRAPHY:**

27. Owens, Gary M; <u>Biologics for Cancer Care:  Raising the Stakes in the Value Equation</u>; *Value Based Oncology Benefit Design,* Volume 1, No. 1; pages 8-11, February 2009

28. Owens, Gary M.; <u>How to Improve Outcomes in a Patient Population of Asthmatics</u>*; Journal of Managed Care Medicine*; Volume 12, No. 2; pages 7-10, Spring 2009

29. Owens, Gary M.; <u>The Health Plans' Approach to Colorectal Cancer Treatment:  The P&T Chairperson Perspective;</u> *Value Based Oncology Benefit Design;* Volume 1, No. 2; pages 4-7, April-May 2009

30. Owens, Gary M.; <u>Cancer Care Market Indicators: Implications of Changing Demographics and New Treatment:  Choices for Today's Health Plans;</u> *Value Based Oncology Benefit Design;* Volume 1, No. 4; pages 4-7, June-July 2009

31. Owens, Gary M.; <u>Payers Perspective:  The Cost of Oncology Care;</u> *American Health and Drug Benefits;* Volume 2, No. 5, page 32, August 2009

32. Owens, Gary M.; <u>Electronic PHRs and e-Prescribing: Not Quite There Yet</u>; *American Health and Drug Benefits;* Volume 2, No. 6; Page 259, September-October 2009

33. Owens, Gary M.; <u>End of Life Choices are Necessary in Any Healthcare Reform: An Editorial</u>; *American Health and Drug Benefits;* Volume 2, No. 6; Page 235, September-October 2009

34. Owens, Gary M.; <u>Management of Fibromyalgia: A Stakeholders Perspective</u>; *American Health and Drug Benefits;* Volume 2, No. 6, Supplement; Page S-7, September-October 2009

35. Owens, Gary M.; <u>Breast Cancer Management: What We Can Learn from History;</u> *Value Based Oncology Benefit Design;* Volume 1, No 6, pages 10-11; September/October 2009

36. Owens, Gary M.; <u>Diabetes Management Strategies: More Money Does Not Equal Better Care</u>; *American Health and Drug Benefits;* Volume 3, No. 1, January-February, 2010

37. Owens, Gary M.; <u>The Role of Health Plans in Prevention and Wellness;</u> *American Health and Drug Benefits;* Volume 3, No. 2, Supplement 6, Pages S137-S140; March-April 2010,

38. Owens, Gary M.; <u>New Drug Approvals 2009:  A Transitional Year;</u> *American Health and Drug Benefits;* Volume 3, Number 3, Supplement 10, May/June 2010

39. Owens, Gary M.; <u>Management of Fibromyalgia:  A Stakeholder's Perspective;</u> *American Health and Drug Benefits;* Volume 3, Number 3, Supplement 10, May/June 2010

BIBLIOGRAPHY:

40. Owens, Gary M.; <u>The Many Challenges of Pay for Performance Programs: A Stakeholder's Perspective;</u> *American Health and Drug Benefits;* Volume 3, Number 3, May/June 2010

41. Owens, Gary M.; <u>Type 2 Diabetes, Associated Complications and Cost Concerns;</u> *American Health and Drug Benefits;* Volume 3, Number 5, Supplement ADA 2010, September 2010

42. Owens, Gary M.; <u>Chronic Myelogenous Leukemia:  Is it Time for a Change?;</u> *American Health and Drug Benefits;* Volume 3, Number 5,  Supplement 15, September/ October 2010

43. Owens, Gary M., et al; <u>Wellness and Prevention in Chronic Disease Consensus Statement;</u> *American Health and Drug Benefits;* Volume 3, Number 5, Supplement 15, September/ October 2010

44. Owens, Gary M., <u>Robust NHL drug pipeline calls for comparative trials;</u> *Formulary;* October 1, 2010

45. Owens, Gary M.; <u>ACC Update on Stroke: New Treatments, New Patterns of Care or Both;</u> *American Health and Drug Benefits;* Volume 3, Number 6, Supplement 17, November/December 2010

46. Owens, Gary M.; <u>Health Plans Must COPE with Chronic Diseases</u> ;  *American Health and Drug Benefits;* Volume 4, Number 1, January/February 2011

47. Owens, Gary M.; <u>COPD and Its Associated Costs</u> ;  *American Health and Drug Benefits;* Volume 4, Number 1, Supplement 1, February 2011

48. Owens, Gary M.; <u>Allergic Rhinitis and Asthma:  Major Cost and Clinical Burdens for Health Plans;</u>  *American Health and Drug Benefits;* Volume 4, Number 2, Supplement 5, April 2011

49. Owens, Gary M.; <u>New Drug Approvals in 2010: Another Difficult Year</u>*; American Health and Drug Benefits;* Volume 4, Number 2, Special Feature, May-June 2011

50. Owens, Gary M.; <u>Real World Challenges of Treating Osteoporosis;</u> *The American Journal of Managed Care*, Vol. 17, No 7, Supplement (S177-S184), May 2011

51. Owens, Gary M.; <u>Measuring Value of Multiple Myeloma Therapies;</u> *Managed Care Oncology*, Quarter 3, 2011

52. Owens, Gary M., Zweigenhaft, Burt; <u>Cancer Care 2011—The Perfect Storm</u> ;  *Value Based Cancer Care;* Volume 2, Number 4, July 2011

## BIBLIOGRAPHY:

53. Owens, Gary M.; <u>Optimizing New and Emerging Therapies for Treatment and Symptom Management of Multiple Sclerosis in Managed Care; Introduction: Overview of Multiple Sclerosis in 2011</u>; *American Health and Drug Benefits;* Volume 4, Number 4, Supplement 7; July-August 2011

54. Owens, Gary M.; <u>The Time Is Now to Promote Aggressive Lipid Management to Prevent Macrovascular Complications in Patients with Type 2 Diabetes</u>; *American Health and Drug Benefits;* Volume 4, Number 5, September 2011

54. Owens, Gary M.; <u>Optimizing Treatment and Costs in the Management of Rheumatoid Arthritis</u>; *Journal of Managed Care Medicine*; Volume 14, No. 4; pages 36-39, Fall 2011

55. Owens, Gary M.; <u>We Need More Research on True Value-Based Benefit Design that Will Improve Outcomes and Control Costs</u>; *American Health and Drug Benefits;* Volume 4, Number 7, November/December 2011

56. Owens, Gary M.; <u>Primary Care Shortages: It Is All About the Money After All</u>; *American Health and Drug Benefits;* Volume 5, Number 1, January-February 2012

57. Owens, Gary M.; <u>Value-Based Care in Cardiometabolic Health:  A Medical Director's Perspective on the Inaugural Edition</u>; *Value-Based Care In Cardiometabolic Health;* Volume 1 No. 1; May 2012

58. Owens, Gary M.; <u>New Drug Approvals in 2011:  Novel Therapies Mark a Year of Increased FDA Approvals</u>; *American Health and Drug Benefits;* Volume 5 No. 3; June 2012

59. Owens, Gary M.; <u>The Cost of Cancer Care:  In Search of New Solutions</u>; *American Health and Drug Benefits;* Volume 5 No. 4; July 2012

60. Gene Beed, Gary M Owens, Al B Benson, Ira M Klein, Samuel M Silver, Roy A Beveridge, Jennifer Malin, John D Sprandio, Craig K Deligdish, Matthew Mitchell, F Randy Vogenberg, John Fox, Lee N Newcomer; <u>Defining Value in Cancer Care: AVBCC 2012 Steering Committee Report</u>; *Am Health Drug Benefits* 2012 Jul;5(4):202-17

61. Aarti A. Patel, PharmD, MBA; Barb Lennert, RN, BSN, MAOM; Brian Macomson, PharmD; Winnie W. Nelson, PharmD; Gary M. Owens, MD; Samir H. Mody, PharmD, MBA; Jeff Schein, DrPH, MPH; <u>Anticoagulant Use for Prevention of Stroke in a Commercial Population with Atrial Fibrillation</u>; *American Health and Drug Benefits;* Volume 5 No. 5; July/August 2012

62. Owens, Gary; <u>Parkinson's Disease: A Complicated but Underappreciated and Undertreated Condition</u>; *American Health and Drug Benefits*; Volume 5 No. 6; September/October 2012

**BIBLIOGRAPHY:**

63. Owens, Gary M; Olvey, Elinor; Skrepnik, Grant; Pill, Michael; Perspectives for Managed Care Organizations on the Burden of Multiple Sclerosis and the Cost-Benefits of Disease-Modifying Therapies; *Journal of Managed Care Pharmacy;* January/February 2013; Volume 19, No. 1-a, S41-S53

64. Owens, Gary M; Tofacitinib: The First Oral Janus Kinase Inhibitor for Rheumatoid Arthritis; *American Journal of Managed Care*; published on-line, January 17, 2013;

65. Christopher J Barnes, Christina Caon, John F Foley, Mark Friedman, Joseph Menzin, Kavita V Nair, Christine Nichols, Eleanor L Olvey, Gary M Owens, Michael W Pill, Grant H Skrepnek, Leigh Ann White, Kristine Zerkowski; Intramuscular interferon beta-1a and evolving treatment options and outcomes measurement for MS: considerations for managed care.; J Manag Care Pharm 2013 Jan-Feb;19(1 Suppl A):S1-53

66. Owens, Gary M; The Growing Cost of Specialty Pharmacy—Is it Sustainable?; *American Journal of Managed Care*; published on-line, February 18, 2013;

67. Collins, Sarah, MBA; Piper, Kevin, MA, FACHE; Owens, Gary, MD; The Opportunity for Health Plans to Improve Quality and Reduce Costs by Embracing Primary Care Medical Homes; *American Health and Drug Benefits*; Volume 6 No. 1; January/February 2013

68. Owens, Gary M; Managing Multiple Myeloma—Pomalidomide for Relapsed or Refractory Disease; *American Journal of Managed Care*; published on-line, March 20, 2013;

69. Owens, Gary M., The Changing Management of Multiple Sclerosis—Dimethyl Fumarate (Tecfidera) for MS, *American Journal of Managed Care*; published on-line, April 22, 2013;

70. Owens, Gary M.; New Drug Approvals in 2010:  A 15 Year High; *American Health and Drug Benefits;* Volume 6, Number 3, Special Feature, April 2013

71. Owens, Gary M.; Stakeholder Perspective:  New Oncology Care Delivery Payment Models to Enhance Care Efficiency; *American Health and Drug Benefits;* Volume 6 No. 5; July 2013

72. Burt Zweigenhaft, Linda Bosserman, James T Kenney, Grant D Lawless, Thomas A Marsland, Craig K Deligdish, Douglas S Burgoyne, Kevin B Knopf, Douglas M Long, Patrick McKercher, Gary M Owens, John E Hennessy, James R Lang, Jennifer Malin, Leonard Natelson, Matthew C Palmgren, Jayson Slotnik, Lillie D Shockney, F Randy Vogenberg;  Defining Value in Cancer Care: AVBCC 2013 Steering Committee Report;  Am Health Drug Benefits 2013 Jul;6(5):236-46

73. Owens, Gary M.; Zweigenhaft, Burt; Deligdish, Craig; Value-Based Strategies and Issues Influencing the Patient Impact Factor:  Highlights from the Third Annual Conference of the Association for Value-Based Cancer Care**;** *Value Based Cancer Care;* Volume 4 No. 8; October 2013

**BIBLIOGRAPHY:**

74. Robert Navarro, PharmD; Jeffrey D. Dunn, PharmD, MBA; Peter A. Lee, MD, PhD; Gary M. Owens, MD; Robert Rappaport, MD; <u>Translating Clinical Guidelines Into Practice:  The Effective and Appropriate Use of Human Growth Hormone</u>; *American Journal of Managed Care;* November 2013 – Vol. 19, No. 15, Sup.

75. Owens, Gary M.; <u>A Medical Director Perspective on Specialty Pharmacy</u>; *American Journal of Pharmacy Benefits;* Volume 5, Special Issue; November 2013

76. Owens, Gary M.; <u>A Data-Driven Approach to Improving Clinical and Economic Outcomes in Multiple Sclerosis:  Managed Care Aspects of Managing Multiple Sclerosis</u>; *American Journal of Managed Care;* November 2013; Volume 19, no 16 supplement

77. Owens, Gary M.; <u>New Approaches for the Management of Rheumatoid Arthritis</u>; *Journal of Managed Care Medicine;* Volume 16, No 4; pages 31-35, Fall 2013

78. Owens, Gary M.; <u>Stakeholder Perspective:</u> <u>Screening for Diabetic Retinopathy in the Community Setting: Exploring the Options</u>;  *American Health and Drug Benefits;* Volume 6 No. 9; November/December 2013

79. Owens, Gary M.; <u>Stakeholder Perspective: Evaluating Treatments for Acne: It's Time to "Sweat" the Smaller Things</u>; *American Health and Drug Benefits;* Volume 7, Number 1, January-February 2014

80. Messali, Andrew; Owens, Gary; Bloudek, Lisa; Kori, Shashidhar; Cole, Ashley; Chia, Jenny; <u>Health Care Resource Utilization Following Initiation of a Triptan: A Retrospective Claims Analysis</u>; *Journal of Managed Care Pharmacy;* Volume 20, No 4; April 2014

81. Sand, Peter; Owens, Gary; Black, Edward; Anderson, Louise; Martinson, Melissa; <u>Cost effectiveness of radiofrequency microremodeling for stress urinary incontinence</u>; *International Urogynecology Journal*; April 2014, Volume 25, Issue 4, pp 517-523,

82. Owens, Gary M.; <u>New FDA Drug Approvals in 2103</u>; *American Health and Drug Benefits*; Volume 7 Special Feature, March 2014.

83. Owens, Gary M. et al; <u>Improving Transitions of Care for Patients With Thromboembolic Disease</u>;  *American Journal of Managed Care;*  Volume 20, No 4;  March 20, 2014; http://www.ajmc.com/publications/supplement/2014/A465_Mar14_Transitions/A465_Mar14 _Owens_S81to91/

84. Owens ,Gary M.; <u>Hepatitis C: New Treatments Emerge in 2014 That Will Have Profound Implications for Payers</u>;  *American Journal of Managed Care*; published on-line, March 31, 2014;  http://www.ajmc.com/payer-perspectives/0314/-Hepatitis-C-New-Treatments-Emerge-in-2014-That-Will-Have-Profound-Implications-for-Payers

**BIBLIOGRAPHY:**

85. Owens, Gary M.; Reflections on 2013—The First of the Breakthrough Therapies: A Payer Perspective; *American Journal of Managed Care;* Published on-line March 31, 2014: http://www.ajmc.com/payer-perspectives/0314/Reflections-on-2013The-First-of-the-Breakthrough-Therapies-A-Payer-Perspective

86. Owens, Gary M.; New FDA Guidance on Biosimilars: Another Step Forward A Payer Perspective; American Journal of Managed Care; published on-line, May 30, 2014; http://www.ajmc.com/payer-perspectives/0514/New-FDA-Guidance-on-Biosimilars-Another-Step-Forward-A-Payer-Perspective

87. Owens, Gary M.; Managed Care Implications in Managing Rheumatoid Arthritis:  *American Journal of Managed Care;* Volume 20, No. 7 supplement  May 31,2014; http://www.ajmc.com/publications/supplement/2014/ace017_may14_ra-ce/ACE017_May14_RA-CE_Owens_S145toS152

88. Owens, Gary M.; Stakeholder Perspective: Bipolar Disorders: Balancing Formulary Management and Clinical Outcomes for a Vulnerable Patient Population; *American Health and Drug Benefits;* Volume 7, No. 9;  December 2014; http://www.ahdbonline.com/issues/2014/december-2014-vol-7-no-9/1829-diagnosis-and-treatment-of-bipolar-disorders-in-adults-a-review-of-the-evidence-on-pharmacologic-treatments

89. Owens, Gary M., Mathis, Scott; Implications for multiple sclerosis in the era of the Affordable Care Act: the shifting managed care landscape; Am J Managed Care 2014 Dec;20(11 Suppl):S242-53

90. Owens, Gary M,: Revolutionizing Treatment Outcomes in Hepatitis C:Managed Care Implications and Considerations—The New and Evolving Standards of Care; *American Journal of Managed Care:*  Volume 21, Number 5, Supplement, March 2015

91. Owens, Gary M; Evolving Diagnostic and Therapeutic Strategies in the Management of Psoriasis; *Journal of Managed Care Medicine;* Volume 18, no. 2; April 2015

92. Owens, Gary M; New FDA Drug Approvals Hit an18-Year High in 2014; *American Health and Drug Benefits;* March/April 2015; Volume 8, Payors Guide

93. Owens, Gary M., Higgenbotham, Eve, Lace, Dan;  The Overall Cost of Glaucoma Treatment:  Focus on Generic Treatments May Increase Cost; *Advanced Studies in Medicine;* Published on-line 8/14/15, http://www.mycmesite1.com/index.aspx?case_id=540

94. Owens, Gary M.; Stakeholder Perspective:  Saving Money is Not Always the Objective; *American Health and Drug Benefits;* September 2015; Volume 8, Number 6;

95. Owens, Gary M.; The Current Cost of Cancer Drugs: Physician, Payer and Government Concerns Grow; *Journal of Clinical Pathways*; September-October 2015

**BIBLIOGRAPHY**

96. Owens, Gary M.; <u>The Socioeconomic Burden of Patients with Chronic Pain;</u> Stakeholder Perspective; *American Health and Drug Benefits, Faculty Perspectives Part 1*; October 2015

97. Owens, Gary M.; <u>Meeting the Challenges of Public Health Issues in Chronic Pain;</u> Stakeholder Perspective; *American Health and Drug Benefits, Faculty Perspectives Part 2*; November 2015

98. Owens, Gary M.; <u>Optimizing Rheumatoid Arthritis Therapy: Using Objective Measures of Disease Activity to Guide Treatment;</u> *American Health and Drug Benefits;* Volume 8, Number 7, October 2015;  http://www.ahdbonline.com/issues/2015/october-2015-vol-8-no-7

99. Owens, Gary M.; <u>In Vitro and Clinical Assessments of Abuse-deterrent Formulations in the Management of Chronic Pain.</u> Stakeholder Perspective; *American Health and Drug Benefits, Faculty Perspectives Part 3*; December 2015

100. Owens, Gary M.; <u>Advancing Clinical Care and Improving Outcomes in Psoriatic Arthritis: A Payer's Perspective</u>; *Journal   of Managed Care Medicine*; Volume 19, No 1; pages 40-43,  2016

101. Owens, Gary M.; <u>Impact of Emerging Therapies in the Management of Multiple Sclerosis: Payer Perspective;</u> *Journal of Managed Care Medicine;* Volume 19, No 2; pages 46-50

102. Owens, Gary M.; <u>The Year 2015 Had Highest Number of Drug Approvals in the New Millennium, but with Controversy;</u> *American Health and Drug Benefits*; March 2016; Volume 9, Seventh Annual Payers Guide

103. Owens, Gary M.; <u>Economic Burden of Multiple Sclerosis and the Role of Managed Care Organizations in Multiple Sclerosis Management;</u> *American Journal of Managed Care;* Vol.22, No 6, Supplement; pages S151-S158

104. Owens, Gary M.; <u>Can Improved Management of Opioid-Induced Constipation Mitigate the Associated Costs;</u> *American Health and Drug Benefits;* Vol 9, No 3, page 170

105. Owens, Gary M.; <u>Improving Outcomes with new Treatment Options in the Management of Cystic Fibrosis;</u> *Journal of Managed Care Medicine;* Vol 19, No 3, Oct. 2016, pages 37-42

106. Owens, Gary M.; <u>Important Insights from Real-World Treatment Patterns and Outcomes for Varicose Veins Management;</u> *American Health and Drug Benefits;* Volume 9, No 8, November 2016, Page 465

107. Owens, Gary M.; <u>The Challenge of Managing Specialty Drugs for Psoriasis;</u> *American Health and Drug Benefits;* Volume 9, No 9, December 2016; Page 513

**BIBLIOGRAPHY**

108. Owens, Gary M.; <u>Psoriasis: Changing Approaches to the Treatment of Moderate to Severe Disease, the Payer's Perspective</u>; *Journal of Managed Care Medicine*; Vol 20, No 1, Feb 2017, pages 8-11

109. Owens, Gary M.; <u>Best Practices in the Treatment and Management of Multiple Sclerosis: The Payer's Perspective</u>; *Journal of Managed Care Medicine*; Vol 20, No 1, Feb 2017, pages 26-30

110. Owens, Gary M.: <u>Psoriasis: Changing Treatment Approaches to Moderate to Severe Disease—A Payer's Perspective</u>; *Journal of Managed Care Medicine;* Volume 20; No 1; Pages 8-11; Feb 2017

111. Lawrence F. Eichenfield, MD; Emma Guttman-Yassky, MD, PhD, FAAD; Adelaide A. Hebert, MD; Gary M. Owens, MD; <u>New Horizons in the Treatment and Management of Atopic Dermatitis (AD): How Novel Therapies are Changing the Treatment Paradigm</u>; *Journal of Managed Care Medicine*; Special Edition 2017; Pages 6-18

112. Robert Bermel, MD; Jacqueline Bernard, MD; Patricia K. Coyle, MD; Lily Jung Henson, MD, MMM, FAAN, FACHE; George J. Hutton, MD; Ronald S. Murray, MD; Gary M. Owens, MD*;* <u>New Horizons in the Treatment of Multiple Sclerosis: Best Practices for Improved Patient Outcomes</u>; *Journal of Managed Care Medicine;* Volume 20; No 2 Supplement 2017; Pages 7-26

113. Leonard H. Calabrese, DO; Jeffrey Curtis, MD, MS, MPH; Diane L. Kamen, MD, MSCR; Gary M. Owens, MD; <u>New Horizons in the Treatment and Management of Rheumatoid Arthritis: How Janus Kinase (JAK) Inhibitors are Changing the Treatment Paradigm</u>; *Journal of Managed Care Medicine*; Volume 20; No 2 Supplement 2017;  Pages 7-22

114. Owens, Gary M,; <u>A First Step Toward Improving the Complex Approach to Metastatic Prostate Cancer Management</u>; *American Health and Drug Benefits;* Volume 10, No 20, September 2017;  Page 303

115. Burton S. Brodsky, MD; Gary M. Owens, MD; Dennis J. Scotti, PhD, MBA; Keith A. Needham, BS; Christina L. Cool, MPH; <u>Economic Impact of Increased Utilization of Multivariate Assay Testing to Guide the Treatment of Ovarian Cancer: Implications for Payers</u>; *American Health and Drug Benefits*; Volume 10, No. 7; October 2017

116. Bauml, J; Ferris, R, Owens GM, Seiwert, T; <u>New Horizons in the Treatment of Metastatic Head and Neck Squamous Cell Carcinoma (HNSCC): How Immunotherapies Are Changing the Treatment Paradigm: Journal of Managed Care Medicine</u>; Volume 20, No. 4 (Monograph); Fall 2017; Pages 6-18

**BIBLIOGRAPHY**

117. Owens, Gary M.; <u>Improving Treatment Outcomes with Novel Treatment Strategies in the Management of Multiple Sclerosis</u>; *Journal of Managed Care Medicine*; Volume 21, No 1, Winter 2018; Pages 14-18

118. Owens, Gary M.: <u>Managed Care Considerations in the Evolving Immuno-oncology Landscape</u>; *Journal of Managed Care Medicine;* Special Issue, Winter 2018; Pages 6-13

119. Owens, Gary M; <u>There's Room for Improvement in Rosacea Treatment—Stakeholder Perspective</u>; *American Health and Drug Benefits;* Volume 11, No 2; April 2018 Page 106

120. Burguera, B; Fitch, A; Owens, GM; Patel, D;l San Martin, V; <u>Management of Obesity: Considerations in Managed Care Medicine</u>; *Journal of Managed Care Medicine;* Supplement, May 2018

121. Armstrong, A, Kolb, R, Owens, GM; <u>New Horizons in the Treatment and Management of Moderate to Severe Psoriasis:   Tailoring Treatment to Achieve Improved Patient Outcomes and Quality of Life;</u> *Journal of Managed Care Medicine;* Supplement, Spring 2018

122. Owens, Gary M.; <u>The Economic Burden and Managed Care Implications of Chronic Inflammatory Demyelinating Polyneuropathy</u>; *American Journal of Managed Care;* October 2018, supplement; pp S138-S142

123. Owens, Gary M.; <u>It's About the Total Cost of Care—Stakeholder Perspective</u>*; American Health and Drug Benefits;* Volume 11, No. 7; October 2018

124. Akshay S. Desai, MD, MPH; Mark E. Dunlap, MD; Sharon Mack, APRN-CNP; Gary Owens, MD;  <u>What Managed Care Needs to Know in the Evolving Treatment of Heart Failure: Novel Therapies for Improved Clinical and Economic Outcomes</u>; *Journal of Managed Care Medicine;* Heart Failure Monograph, October 2018

125. Christopher P. Cannon, MD; Steven Nissen, MD; Gary Owens, MD; <u>The Role of PCSK9 Inhibitors in Lowering LDL-C in Patients with Dyslipidemia: What Managed Care Needs to Know;</u> *Journal of Managed Care Medicine;* Dyslipidemia Monograph, November 2018; Pages 1-15

126. Owens, Gary M.; <u>Stakeholder's Perspective:   Evolving Therapies for Atopic Dermatitis Will Create New Management Challenges</u>; *American Health and Drug Benefits;* Volume 12, No 2; April 2019, page 93

127. Owens, Gary M; <u>New Horizons in the Management of Sickle Cell Disease (SCD): What Managed Care Needs to Know About Novel Therapies in an Evolving Treatment Paradigm</u>; *Journal of Managed Care Medicine;* Supplement April 2019; pages 6-13

**BIBLIOGRAPHY**

128. Don S. Dizon, MD, FACP, FASCO; Gary M. Owens, MD and Shannon N. Westin, MD, MPH, FACOG; <u>PARP Inhibition and its Evolving Use in the Treatment of Cancers: Clinical and Economic Outcomes</u>; Journal of Managed Care Medicine; Supplement April 2019; pages 6-15

129. Kenneth A. Alexander, MD, PhD; Amanda F. Dempsey, MD, PhD, MPH; Gary M. Owens, MD; <u>Managed Care Consideration in Human Papillomavirus (HPV): Overcoming Barriers to Improved Patient Outcomes</u>; *Journal of Managed Care Medicine;* Supplement, June 2019; pages 6-15

130. Tanios S. Bekaii-Saab, MD, FACP; Minsig Choi, MD and Gary M. Owens, M; <u>The Promise of Immunotherapy in the Management of Gastrointestinal Cancers: What Does Managed Care Need to Know About Checkpoint Inhibition and Biomarkers in Colorectal and Gastric Tumors?;</u> *Journal of Managed Care Medicine;* Supplement, June 2019; pages 6-16

131. Owens, Gary M<u>.; Evolving Treatment Paradigms in Chronic Inflammatory Demyelinating Polyneuropathy (CIDP): Managed Care Considerations on Immunoglobulin Replacement Therapy;</u> *Journal of Managed Care Medicine;* Supplement, July 2019; pages 6-11

132. Owens, Gary M.; <u>Shared Decision-Making and Payer Preferences:   IVIG or SCIG Route of Administration;</u> *American Health and Drug Benefits;* Volume 12, No 6; October 2019; page 304

133. Owens, Gary M, MD<u>; Mental Health Conditions Constitute Significant Comorbidity: The Impact on Potentially Avoidable Hospital Admission:  A Stakeholder's Perspective;</u> *American Health and Drug Benefits;* Vol. 13, No. 20

**CLINICAL LECTURES:**

1. <u>Sore Throat: How to Diagnose and When to Treat,</u> Department of Family Practice, Wilmington Medical Center, October 1979
2. <u>Minor Infections in Family Practice</u>, Department of Family Practice, Wilmington Medical Center, August 1980
3. <u>Sexually Transmitted Diseases,</u> Department of Family Practice, St. Francis Hospital, October 1980
4. <u>Diagnostic Imaging: How to Choose the Study</u>, Department of Family Practice, Medical Center of Delaware, November 1981
5. <u>The Disability Evaluation</u>, Department of Family Practice, Medical Center of Delaware, August 1982
6. <u>Gastroenteritis,</u> Department of Family Practice, St. Francis Hospital, November 1982
7. Moderator, Winter Course, Delaware Academy of Family Physicians, 1983
8. <u>Flexible Fiberoptic Sigmoidoscopy</u>, Department of Family Practice, University Hospital of Cleveland, March 1983

9.  <u>Normal Endoscopic Anatomy</u>
    <u>Do Polyps Become Cancer?</u>
    <u>Limitations and Complications of Flexible Sigmoidoscopy</u>
    Flexible Fiberoptic Sigmoidoscopy – Tips and Techniques, a Symposium, Atlantic City, NJ, September 16-17, 1983
10. Moderator, Fall Course, Delaware Academy of Family Physicians, 1983
11. <u>Herpes and Common Venereal Pathogens</u>, Department of Family Practice, St. Francis Hospital, November 1983
12. Moderator, Emergency Medicine – Tips and Techniques, Atlantic City, NJ, June 1983
13. <u>Flexible Fiberoptic Sigmoidoscopy, an Analysis of 445 Cases</u>, New Jersey Academy of Family Physicians, Atlantic City, NJ, March 1984
14. Moderator, Emergency Medicine, Update 1984, Atlantic City, NJ, June 1984
15. <u>Flexible Sigmoidoscopy,</u> Department of Family Practice, St. Francis Hospital, November 1984
16. <u>ACE Inhibitors and Hypertension</u>, Department of Family Practice, Northeastern Hospital, Philadelphia, PA, January 1985
17. <u>Technique of Fiberoptic Sigmoidoscopy</u>, Pennsylvania Academy of Family Physicians, Baltimore, MD, May 1985
18. Moderator, Emergency Medicine, State of the Art, Atlantic City, NJ, June 1985
19. <u>Flexible Fiberoptic Sigmoidoscopy and the Family Physician</u>, Winter Course, Delaware Academy of Family Physicians, January 1986
20. Moderator, Delaware Valley HMO Postgraduate Seminar, Concordville, PA, February 1986
21. Moderator, Emergency Medicine, Update 1986, Atlantic City, NJ, June 1986
22. <u>New Uses of ACE Inhibitors in Hypertension</u>, Wilmington, DE, December 1986
23. <u>Wound Healing and Office Surgical Techniques</u> – Emergency Medicine for the Primary Care Physician, Lake Buena Vista, FL, March 1987
24. <u>Antiarrhythmic Drug Pharmacology,</u> Emergency Medicine, Atlantic City, NJ, June 1987
25. <u>Wide Complex Tachycardias</u>, Emergency Medicine, Update, Atlantic City, NJ, June 1988
26. Moderator, Emergency Medicine – State of the Art, Atlantic City, NJ, June 1989

**MANAGED CARE PRESENTATIONS and LECTURES:**

1.  <u>Managed Care Basics</u>, Riverside Hospital, Red Bank, NJ, April 1994
2.  <u>Changing Delivery Systems</u>, Integrated Medicine Alliance, Red Bank, NJ, December 1994
3.  <u>Managed Care Basics</u>, Department of Family Practice, Underwood Hospital, Woodbury, NJ, March 1995
4.  <u>Clinical Practice Guidelines and Managed Care</u>, West Virginia Academy of Family Physicians, Morgantown, WV, April 1995
5.  <u>Clinical Practice Guidelines</u>, Primary Care Conference and Exhibition, Philadelphia, PA June 1995
6.  <u>Provider Risk Contracting, Aligning the Incentives</u>, Health Care 2000, Santa Fe, NM, October 1995
7.  <u>Outcome Guarantees – Does Managed Care Need Them?</u>, Outcome Guarantee Programs and Risk Sharing Contracts, Philadelphia, PA October 1995
8.  <u>Managed Care Methods of Cost Control</u>, Glaxo Wellcome Preceptorship Program, Thomas Jefferson University, Philadelphia, PA, November 1995

9. <u>Disease Management – An HMO Perspective – What Do We Need?</u>, Astra-Merck Outcomes Congress, Orlando, FL, November 1995
10. <u>Prepaid Health Care – Aligning the Incentives</u>, ReoPro Roundtable, Thomas Jefferson University, Philadelphia, PA, December 1995
11. <u>Predictive Testing, An Insurer's Perspective, New Developments in Cancer</u>, University of Pennsylvania, Philadelphia, PA, December 1995
12. <u>The Role of Disease Management in Managed Care</u>, Holy Redeemer Managed Care Organizations, Philadelphia, PA, January 1996
13. <u>Managed Care: Role and Challenges of the Medical Director</u>, Glaxo Wellcome Preceptorship Program, Thomas Jefferson University, February 1996
14. <u>Managing Utilization in Medicare and Medicaid Programs</u>, Medicaid/Medicare and Managed Care, Strategic Research Institute, Philadelphia, PA, March 1996
15. <u>Outcome Guarantees – Does Managed Care Need Them</u>?, CapCon '96, Orlando, FL, March 1996
16. <u>Managed Care's Role in a Changing Health Care Environment</u>, U.S. Pharmaceuticals District Managers' Meeting, Pallisades, NY, April 1996
17. <u>Capitation and Practice Patterns, Full Risk Capitation</u>, Cooper Hospital/University Medical Center, University of Medicine and Dentistry of New Jersey, Voorhees, NJ, June 1996
18. <u>Managed Care: Role and Challenges of the Medical Director</u>, Glaxo-Wellcome Preceptorship Program, Thomas Jefferson University, Philadelphia, PA, June 1996
19. <u>Asthma, Matching the Patient's Needs</u>, Disease Management Congress, Washington, DC, September 1996
20. <u>Panelist – Money, Medicine & Morals</u>, Bryn Mawr Rehabilitation, Philadelphia, PA, September 1996
21. <u>Medical Director's Role in the Managed Care Organization</u>, Pfizer Laboratories, Palisades, NY, September 1996
22. <u>Building Positive Relationships with Providers</u>, Workshop, Second Annual Managed Care 2000, Monterey, CA, October 1996
23. <u>Hepatitis Treatment, Impact of Managed Care</u>, American Association for the Study of Liver Disease (AASLD), Chicago, IL, November 1996
24. <u>Managed Care Perspective on Osteoporosis</u>, Rheumatology Clinical Conference, Thomas Jefferson University, Philadelphia, PA November 1996
25. <u>Disease Management, From Theory to Practice</u>, Thomas Jefferson University, January 1997
26. <u>Disease Management – Practical Applications</u>, Spring Education Seminar, Pennsylvania Association of Healthcare Quality, Harrisburg, PA, April 1997
27. <u>Managed Care, Balancing Quality and Access in a Price Sensitive Environment</u>, Pfizer Pharmaceuticals, New York, NY, July 1997
28. <u>Management of Obesity: Primary Issues in a Managed Care Setting</u>, Interdisciplinary Council on Lifestyle and Obesity Management, New York, NY, July 1997
29. <u>Roles and Responsibilities of a Medical Director</u>, Bayer Preceptorship, Philadelphia, PA, Thomas Jefferson University, July 1997
30. <u>Understanding Capitation</u>, Jackson Memorial Hospital, Miami, FL, September 1997
31. <u>Role of a Medical Director in Managed Care</u>, Pfizer Pharmaceuticals, Palisades, NY, October 1997
32. <u>Managed Care Basics, Part I</u>, Temple University Medical School, Philadelphia, PA, October 1997

33. <u>Managed Care Basics, Part II</u>, Temple University Medical School, Philadelphia, PA, November 1997
34. <u>Alternative Care in an MCO</u>, Managed Care 2000 Workshop, Tempe, AZ, November 1997
35. <u>Role of a Medical Director in Managed Care</u>, Pfizer Pharmaceuticals, Palisades, NY, December 1997
36. <u>Ethical Issues for Medical Management</u>, University of Pennsylvania Medical School, Philadelphia, PA, January 1998
37. <u>Role and Responsibilities of a Medical Director in Managed Care Plans</u>, Pfizer Pharmaceutical, Palisades, NY, January 1998
38. <u>The Medical Director's Role in a Changing Environment</u>, Thomas Jefferson University Hospital, Glaxo Wellcome Preceptorship Program, Philadelphia, PA, June 1998
39. <u>Managed Care Medical Director's Role and Responsibilities</u>, Thomas Jefferson University Hospital, Decision Making and Biologics, Philadelphia, PA, July 1998
40. Moderator, <u>Biotec Medical Management Association</u>, Annual Meeting, Boston, MA, September 1998
41. <u>Technology Assessment of Biotec Products</u>, Blue Cross, Blue Shield Association, Best Practice Meeting, Atlanta, GA, October 1998
42. Moderator, <u>Managed Care 2000</u>, Rancho Mirage, CA, November 1998
43. <u>The Changing Role of Blue Cross Medical Management</u>, Managed Care 2000, Ranch Mirage, CA, November 1998
44. <u>The Changing Role of a Medical Director</u>, Centocor Preceptorship, Thomas Jefferson University Hospital, Philadelphia, PA, January 1999
45. Moderator, 1999 Update, <u>NCQA/HEDIS Quality Indicators</u>, Philadelphia, PA, March 1999
46. <u>Application of Technology Assessment: A Case Study</u>, 1999 Update, NCQA/HEDIS Quality Indicators, Philadelphia, PA, March 1999
47. <u>Women's Health Issues, Impact of Accreditation, The Bar Gets Higher</u>, Women's Health in Managed Care, Academy of Managed Care Pharmacy, Minneapolis, MN, May 1999
48. <u>Value Based Technology Assessment</u>, 1999 Merck Regional Advisory Board, Philadelphia, PA, May 1999
49. <u>New Technology, The Health Plan Perspective</u>, Senior Access to New Technology, Bio 99, Seattle, WA, May 1999
50. <u>The Changing Role of a Medical Director</u>, Centocor Preceptorship, Thomas Jefferson University, July 1999
51. <u>Managed Care Overview</u>, Centocor Managers' Training, Pennsylvania State University, September 1999
52. Moderator, <u>BMMA Annual Meeting</u>, Phoenix, AZ, September 1999
53. <u>Pharmaceutical Utilization and Cost Control</u>, BCBSA Best Practice Meeting, Dallas, TX, October 1999
54. <u>Legislative and Regulatory Challenges to MCO's</u>, Managed Care 2000 and Beyond, Phoenix, AZ, November 1999
55. <u>Technology Evaluation & Growth Hormone,</u> Growth Hormone, Clinician/Payor Perspective, Phoenix, AZ, March 2000
56. <u>A Business Case for Low Molecular Weight Heparin – The Health Plan Perspective</u>, A Business Case For Low Molecular Weight Heparin, Thomas Jefferson University, September 2000

57. <u>Growth Hormone, Clinician and Payer Issues</u>, National Cooperative Growth Study Meeting, San Francisco, CA, September 2000
58. <u>The Health Plan Perspective on Oncology Management</u>, Genentec Regional Managers Meeting, San Antonio, TX, October 2000
59. <u>Growth Hormone – The Role of the Case Manager</u>, Medical Case Management Conference, New Orleans, LA, October 2000
60. <u>Medical Management in a Healthplan</u>, Aventis Preceptorship Program, Thomas Jefferson University, December 1, 2000
61. <u>Technology Evaluation and Biotec Drugs</u>, Genentec Educational Session, San Francisco, CA, December 4, 2000
62. Moderator, <u>Starlix Advisory Panel</u>, Philadelphia, PA, February 7, 2001
63. <u>Diabetes & New Technology, Weight Management Programs in Managed Care</u>, Outcomes Conference, National Jewish Hospital, Vail, Colorado, March 30, 31, 2001
64. <u>Managed Care, Why the California Model of the 90's Failed</u>, Wyeth Managed Care Meeting, Philadelphia, PA, May 8, 2001
65. <u>Technology Evaluation and Biotechnology</u>, Ohio Association of Healthplans, Columbus, OH, May 9, 2001
66. <u>Managing New Technology</u>; American College of Radiology, State Chapter Leaders' Meeting; Washington D.C. March 11, 2002
67. <u>How Managed Care Assesses Your Pharmaceutical Product</u>; New Directions in Pharmaceutical Managed Care Marketing; The Zitter Group, Philadelphia, PA; May 13, 2003
68. <u>Managing Biotechnology Products</u>; Pinsonault Managed Care Meeting, San Diego, California July 22, 2003
69. <u>Balancing Safety, Efficacy and Cost</u>, Research, Opportunities and Investment in the Bone and Joint Decade, Philadelphia, PA September 28,2004
70. <u>Management of Asthma: Are HEDIS Measures Adequate</u>, Managed Care Symposium, Chicago, IL, Sept 2004
71. Panelist, <u>Genomics and Biologics:  Determining Your Role in the New Revolution</u>, Washington, D.C. December 2004
72. <u>A Case for Therapeutic Substitution of Selected Cardiac Drugs</u>, Update in Cardiology, Wilmington, DE.  March 12, 2005
73. <u>A Look at Biotech and Injectable Drugs, 2005 and Beyond</u>, MeDecision 2005 CMO Forum, Philadelphia, PA, April 5, 2005
74. <u>A Health Plan Perspective on Technology Evaluation and Trends in Product Development</u>, Bio 2005, Philadelphia, PA, June22, 2005
75. <u>A Successful Radiology Management Program</u>, Blue Cross and Blue Shield Association Spring Forum, Chicago, IL, April 2005
76. <u>Understanding Medicare Part D</u>, Holy Redeemer Hospital, Philadelphia, PA, November 2005
77. <u>A Health Plan Perspective On the Management of Specialty Pharmaceuticals and Trends in Product Development</u>, Pinsonault Medicare Part D and Specialty Symposium, San Diego, CA, November 10, 2005,
78. <u>Managing Injectable Products</u>, Pinsonault Symposium, Baltimore Maryland, April 2006
79. <u>Updates in Medical Management</u>, MEDecision Annual Meeting, Philadelphia, PA May 2007
80. <u>Issues of Medical Management for Medicare Patients</u>; Symposium on Future Care for the Aging, Ethos Healthcare Communications; Baltimore, Maryland; June 6, 2007
81. <u>ESAs and the Current FDA Actions</u>, Managed Care Network, Orlando Florida, March 2007

82. ESAs an Update after the Oncology Drug Advisory Committee, Managed Care Network, San Francisco, CA, June 2007
83. ESAs: a Policy Update, Managed Care Network, Boston MA, September 2007
84. Disparities in Health Care for Women, Academy of Managed Care Pharmacy, Boston MA, October 2007
85. Cancer Trial Endpoints, Managed Care Network, Orlando FL, March 2008
86. An Update on ESAs, Managed Care Network, Orlando FL, March 2008
87. Biologics in Immunotherapy:  A Value-based Benefit Design, Biologics in Immunotherapy, Thomas Jefferson Department of Health Policy, San Francisco CA, March 2008
88. The Use of Compendia at Private Health Plans, Webcast, Avalere Health, April 11, 2008,
89. Can Value Based Biologic Benefits be Designed?  June 13, 2008,  The Future of Biologics, Part 2, Patient Affordability, Philadelphia, PA
90. The Hidden Cost of Insomnia, Webcast Series from August 2009 to November 2009
91. TRIAD Study:  Implications for Diabetes Outcomes; Advancing Senior Health Conference, October 1-2, 2008, Philadelphia, PA
92. Value Based Benefit:  The Concept, the Reality and the Challenge; American Health and Drug Benefits Summit on Stakeholder Integration, October 10, 2008, Philadelphia, PA
93. Biologic Therapies: Their Impact on Chronic Diseases, Academy of Managed Care Pharmacy, October 16, 2008, Kansas City, MO
94. Asthma Management: A Population-Based Approach; National Association of Managed Care Physicians; November 6, 2008; Las Vegas, NV
95. Working with the Medical Director at a Healthplan:  Wyeth Training Session, Dallas, TX, January 14, 2009
96. The Hidden Cost of Insomnia, Emblem Health, March 27, 2009, New York, NY
97. A Day in the Life of a Medical Director, Advamed MLTI session, Boston, Massachusetts, March 31, 2009
98. The Hidden Cost of Insomnia; Dayton, Ohio, April 10, 2009
99. Value Based Oncology Benefits, Seminar Chairman and Speaker; Academy of Managed Care Pharmacy, April 16, 2009; Orlando, Florida
100. Working with the Health Plan Medical Director; Neocure Reimbursement Seminar, Boston, Massachusetts, May1, 2009
101. Managing Specialty Pharmacy: Towers Perrin's Systematic Approach; Towers Perrin Annual Employer Collaborative Meeting; Orlando, Florida, May 12, 2009
102. Medical vs. Pharmacy Benefit: Weighing the Most Sensible Option; Medco Drug Trend Symposium; Orlando, Florida, May 14, 2009
103. Evolving Concepts in CVD Risk Assessment: Implications in the Managed Care Environment; Webcast Series, September to October 2009
104. Managed Care Issues in Asthma Management; Schering Plough Respiratory Leadership Council; Short Hills, NJ; September 25, 2009
105. Compliance and Adherence to Specialty Pharmaceuticals; AMCP Fall Meeting 2009, October 7, 2009; San Antonio Texas
106. The Health Plan's Role in Wellness:  A Modest Proposal; American Health and Drug Benefits Wellness Symposium; October 29, 2009; Washington, D. C.
107. Comparative Effectiveness Research; Genentech Regional Symposium; November 5, 2009; New York, NY

108. New Technologies for Asthma Management; National Association of Managed Care Physicians; November 12, 2009; Las Vegas, NV

109. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, Annual Meeting, American Society of Health-System Pharmacists; December 9, 2009; Las Vegas, NV

110. Recent Advances in the Treatment of Type 2 Diabetes—Identifying Opportunities for Managed Care: Webcast and Lecture Series, March-April 2010

111. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, March 26, 2010, Illinois Society of Health-System Pharmacists, Bloomington, IL

112. Regional/ System Variations in the Delivery of Care for Multiple Myeloma,

113. April 8, 2010, Missouri Society of Health-System Pharmacists, Overland Park, KS

114. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, March 11, 2010, Texas Society of Health-System Pharmacists, Galveston, TX

115. Health Care Reform: Living with the New Normal; Co-presenter at USI Symposium with Richard Seiden and Robert Reers; June 24, 2010, St. Davids, PA

116. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, Florida Society of Health-System Pharmacists, Orlando, FL.; July 30, 2010,

117. Medical Specialty Pharmacy Conversion Issues; PCMA, Los Angeles, CA.  Oct. 5, 2010

118. Chronic Pain Management:  The Role of Managed Care Pharmacist in Balancing Patient's Needs with Potential Risks; AMCP, St. Louis, MO; October 15, 2010

119. Optimizing Treatment and Costs in the Management of Rheumatoid Arthritis; National Association of Managed Care Physicians; Las Vegas, NV; November 4, 2010

120. Improving the Prevention and Treatment of Venous Thromboembolism in Cancer:  The Strategic Role of the Health-System Pharmacist; Annual Meeting, American Society of Health-System Pharmacists, Anaheim, CA; December 6, 2010

121. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, Minnesota Society of Health-System Pharmacists, Duluth, MN, February 24, 2011

122. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, South Carolina Society of Health-System Pharmacists, Hilton Head, SC, March 14, 2011

123. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, Illinois Society of Health-System Pharmacists, Chicago, IL, March 28, 2011

124. Co-Chair, First Annual Meeting of the Association for Value-Based Cancer Care (AVBCC), Philadelphia, PA, March 29-30, 2011

125. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, New Jersey Society of Health-System Pharmacists, East Brunswick, NJ, April 8, 2011

126. Optimizing New and Emerging Therapies for Treatment and Symptom Management of Multiple Sclerosis in Managed Care, Academy of Managed Care Pharmacy, Minneapolis, MN, April 29, 2011

127. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, New York Society of Health-System Pharmacists, Verona, NY, May 1, 2011

128. Managing the Drug Benefit Like a Health Plan; Towers Watson Annual Employer Collaborative Meeting; Orlando, Florida, May 20, 2011

129. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, Louisiana Society of Health-System Pharmacists, New Orleans, LA, May 27, 2011

130. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, Florida Society of Health-System Pharmacists, Amelia Island, FL July 23, 2011

131. The Impact of Health Care Reform on Health System Stakeholders, (Panel Discussion) Medco Best Practices Meeting, Las Vegas, NV, September 27, 2011
132. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, Georgia Society of Health-System Pharmacists, Atlanta, GA, October 18, 2011
133. Approaches to the Management of Agents Used for the Treatment of Multiple Sclerosis; Academy of Managed Care Pharmacy, Atlanta, GA, October 21, 2011
134. The Impact of Health Care Reform on Health System Stakeholders, (Panel Discussion) Medco Best Practices Meeting, New York, NY, October 25, 2011
135. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, California Society of Health-System Pharmacists, Anaheim, CA, November 5, 2011
136. Optimizing the Diagnosis and Treatment of Rheumatoid Arthritis; National Association of Managed Care Physicians; Las Vegas, NV; November 11, 2011
137. Regional/ System Variations in the Delivery of Care for Multiple Myeloma, Oregon Society of Health-System Pharmacists, Portland, OR, November 12, 2011
138. Imperatives for Commercial Success in Global Biopharmaceutical Markets; PAREXEL Webcast; February 7 and 9, 2012
139. Co-Chair, Second Annual Meeting of the Association for Value-Based Cancer Care (AVBCC), Houston, TX, March 28-31, 2012
140. How Healthplans Review New Diagnostic Technology:  What You Don't Know Can Hurt You; Cambridge Healthtech Institute Webinar, April 5, 2012
141. Myelofibrosis and Multiple Myeloma:  Strategies for Effective Decision-Making; Moderator; Academy of Managed Care Pharmacy; April 20, 2012, San Francisco, CA
142. How Healthplans Evaluate New Technology; Clinical Genome Conference, June 13, 2012, San Francisco, CA
143. Discovering Best Practices for the Diagnosis and Treatment of Rheumatoid Arthritis; National Association of Managed Care Physicians Webinar; August 29, 2012
144. New Approaches in the Management of Rheumatoid Arthritis; National Association of Managed Care Physicians; Las Vegas, NV; November 9, 2012
145. Specialty Drug Management Across the Medical and Pharmacy Benefits; AIS Webinar; November 14, 2012
146. Biologic Therapies for Chronic Disease:  Factors Influencing Treatment Decisions; Academy of Managed Care Pharmacy Annual Meeting, April 4, 2013, San Diego, CA
147. Co-Chair, Third Annual Meeting of the Association for Value-Based Cancer Care (AVBCC), Hollywood, FL, May 1-5, 2013
148. New Perspectives in Psoriasis; Academy of Managed Care Pharmacy; Tampa, FL; April 3, 2014
149. Leveraging Quality Measures to Improve Outcomes in Rheumatoid Arthritis; Academy of Managed Care Pharmacy; Tampa, FL; April 3, 2014
150. Evolving Diagnostic & Therapeutic Strategies in the Management of Psoriasis; National Association of Managed Care Physicians, Spring Forum; April 25, 2014; Orlando, FL
151. Co-Chair, Fourth Annual Meeting of the Association for Value-Based Cancer Care (AVBCC), Hollywood, CA, May 6-9, 2014
152. Changing Access and Payer Challenges in Oncology, Fourth Annual Meeting of the Association for Value-Based Cancer Care (AVBCC), Hollywood, CA, May 6-9, 2014
153. How Payers Evaluate Molecular Diagnostics; Roche MCOE; June 10, 2014; Dallas, TX
154. Impact of New Therapies in the Management of Multiple Sclerosis—Payer Perspectives;

National Association of Managed Care Physicians; Orlando, FL, April 24, 2015

155. Advancing Clinical Care and Improving Outcomes in Psoriatic Arthritis—Payer Perspective, National Association of Managed Care Physicians, Orlando, FL, April 24, 2015

155. Co-Chair, Fifth Annual Meeting of the Association for Value-Based Cancer Care AVBCC), Washington, D.C.; May 3-6, 2015

156. Comparative Effectiveness Research: Improving Rheumatoid Arthritis Patient Outcomes with Immunotherapy; Presented on-line for Pharmacy Times; September 3, 2015

157. Contemporary Multiple Sclerosis Management: Identifying and Overcoming Challenges in the Managed Care Setting; Presented on-line; Peer Review Press, Purdue University; September 2015

158. Immunotherapy in Oncology: Groundbreaking Outcomes, Earth Shattering Costs; Kantar Health Webinar; October 7, 2015

159. Important Payer Trends 2016; Academy of Managed Care Pharmacy KAM Training; October 19,2015

160. Updates on Managing Cystic Fibrosis; National Association of Managed Care Physician's Fall Forum 2015, November 13, 2015.  Las Vegas, NV

161. Best Practices in the Treatment and Management of Multiple Sclerosis; National Association of Managed Care Physicians, April 22, 2016; Orlando, FL

162. An Update on Current and Novel Treatment Options for Psoriasis; National Association of Managed Care Physicians; April 22, 2016; Orlando, FL

163. Recent Advances in the Management of Rheumatoid Arthritis: A Closer Look at Emerging Therapies National Association of Managed Care Physicians; November 10, 2016; Las Vegas, NV

164. Psoriasis:  Shaping the Future Through Advanced Therapeutic Strategies National Association of Managed Care Physicians; November 11, 2016; Las Vegas, NV

165. Driving Value and Outcomes in Oncology; Academy of Managed Care Pharmacy; November 15, 2016; Washington, D.C.

166. What Managed Care Needs to Know About Managing MS; National Association of Managed Care Physicians; January 25, 2017; NAMCP Webinar

167. New Horizons in Rheumatoid Arthritis: What Managed Care Needs to Know About JAK Inhibitors in the Evolving RA Paradigm; March 10, 2017; NAMCP Webinar

168. What Managed Care Needs to Know About Novel Therapies in the Evolving Management of Atopic Dermatitis; March 22, 2017, NAMCP Webinar

169. How U.S. Payers View PROs in Oncology; Pfizer Patient Centered Outcomes Day, March 23, 2016, La Jolla, CA

170. Coverage for Surgical Intervention in the Lumbar DDD Patient: The Insurer's Perspective in the Age of Rapid Healthcare Reform; International Society for the Advancement of Spine Surgery; April 13, 2017; Boca Raton, FL

171. Improving Patient Outcomes with Novel Treatment Strategies in the Management of Multiple Sclerosis; National Association of Managed Care Physicians, Orlando, FL, April 27, 2017

172. Individualizing Therapy in the Management of Rheumatoid Arthritis:  A Closer Look at Emerging Therapeutic Options; National Association of Managed Care Physicians, Orlando, FL, April 28, 2017

173. Payer Perspectives on MS Management-2017; Academy of Managed Care Pharmacy Webinar' August 23, 2017

174. What Managed Care Needs to Know in the Evolving Management of Metastatic Head and Neck Squamous Cell Carcinoma (HNSCC); National Association of Managed Care Physician's Webinar; September 20, 2017

175. Managed Care Considerations in the Evolving Immuno-Oncology Treatment Landscape; National Association of Managed Care Physicians Webinar; October 4 and 11, 2017

176. Asthma Management: At the Center of Adherence and Technology;  Medscape on-line Program; https://www.medscape.org/viewarticle/882624?src=mkmcmr_driv_stan_mscpedu&impID=1445928

177. Mild-to-Moderate Asthma: Addressing the Adherence Challenge Through Technology; National Association of Managed Care Physicians; October 26, 2017; Las Vegas, NV

178. Comparative Effectiveness and Coordinated Care in Moderate to Severe Psoriasis: What Does Managed Care Need to Know about Novel Biologic Therapies? National Association of Managed Care Physicians Webinar, January 17, 2018

179. Examining the Impact of Extended Half –life Clotting Factors to the Managed Care Setting; Academy of Managed Care Pharmacy; April 24, 2018

180. Comparative Effectiveness and Coordinated Care in Heart Failure: What Does Managed Care Need to Know about Novel Therapies? National Association of Managed Care Physicians Webinar, May 30, 2018

181. A Managed Care Evaluation of Current Therapies and Updates in the Management of Systemic Lupus; National Association of Managed Care Physicians Webinar, July 19, 2018

182. The Immuno-Oncology Pipeline: Balancing Clinical Promise with Real-World Challenges; Academy of Managed Care Pharmacy; Webinar, August 1, 2018

183. Evolving Treatment Paradigms in CIDP: Managed Care Considerations on Immunoglobulin Replacement Therapy:  National Association of Managed Care Physicians Webinar, October 10 and 12, 2018

184. New Horizons in the Management of Sickle Cell Disease (SCD): Novel Therapies in an Evolving Treatment Paradigm: What Does Managed Care Need to Know?  National Association of Managed Care Physicians Webinar, December 12 and 14, 2018

185. Comparative Effectiveness and Coordinated Care in PARP Inhibitors: What Does Managed Care Need to Know?   National Association of Managed Care Physicians Webinar, January 10, 2019

186. Comparative Effectiveness and Coordinated Care in Hereditary Angioedema (HAE): What Does Managed Care Need to Know about Recently Approved Therapies? National Association of Managed Care Physicians Webinar, February 20, 2019

187. The Present and Future of Immunotherapy in Gastrointestinal Cancers: What Does Managed Care Need to Know?;  National Association of Managed Care Physicians Webinar, March 20, 2019

188. What Does Managed Care Need to Know about Vaccinations in the Management of HPV?;  National Association of Managed Care Physicians Webinar, April 20, 2019

189. Examining the Impact of Cardiovascular Safety in the Management of Type 2 Diabetes: Managed Care Considerations in an Evolving Treatment Paradigm; National Association of Managed Care Physicians, Spring Forum, April 26, 2019; Orlando, FL

190. <u>Comparative Effectiveness and Coordinated Care in Migraines: What Does Managed Care Need to Know about Anti-CGRP Therapies?;</u>  National Association of Managed Care Physicians Webinar, May 27, 2019

191. <u>A Patient's Experience:  A Journey Through MS while Understanding Aspects of Step Therapy, Specialty Pharmacy, Authorizations and More;</u> MS Views and News: Seattle Washington; May 28, 2019

192. <u>What Does Managed Care Need to Know about Immunotherapies in the Management of Advanced Renal Cell Carcinoma</u>; National Association of Managed Care Physicians Webinar; August 9, 2019

193. <u>A Patient's Experience:  A Journey Through MS while Understanding Aspects of Step Therapy, Specialty Pharmacy, Authorizations and More;</u> MS Views and News; Cincinnati, Ohio; August 10, 2019

194. <u>A Patient's Experience:  A Journey Through MS while Understanding Aspects of Step Therapy, Specialty Pharmacy, Authorizations and More;</u> MS Views and News; Roanoke, VA ; September 14, 2019

195. <u>Addressing the Challenges of Psoriasis Management: Optimal Treatment Strategies for Improved Patient Outcomes:</u>  National Association of Managed Care Physicians; Fall Forum;  Las Vegas, NV; October 11, 2019

196. <u>A Patient's Experience:  A Journey Through MS while Understanding Aspects of Step Therapy, Specialty Pharmacy, Authorizations and More;</u> MS Views and News; Plainview, NY; October 22, 2019

197. <u>Managed Care Considerations on Emerging Therapies in nAMD</u>; National Association of Managed Care Physicians Webinar; November 19, 2019

198. <u>Comparative Effectiveness and Coordinated Care in PIDD: What Does Managed Care Need to Know about Immunoglobulin Replacement?;</u>  National Association of Managed Care Physicians Webinar; December 13, 2019

199. <u>Comparative Effectiveness and Payer-Provider Coordination in Multiple Sclerosis;</u> National Association of Managed Care Physicians Webinar; December 18, 2019

200. <u>Comparative Effectiveness and Coordinated Care in ALS: What Managed Care Needs to Know about Novel Therapies;</u> National Association of Managed Care Physicians Webinar; January 16, 2019

201. <u>Comparative Effectiveness and Coordinated Care in Stage III and Earlier Non-Small Cell Lung Cancer (NSCLC): What Does Managed Care Need to Know about Immunotherapies;</u> National Association of Managed Care Physicians Webinar; February 20, 2020

202. <u>Comparative Effectiveness and Payer-Provider Coordination in Ankylosing Spondylitis: What Does Managed Care Need to Know About IL-17 and IL-23 Inhibitors;</u> National Association of Managed Care Physicians Webinar; February 21, 2020

203. <u>Comparative Effectiveness and Coordinated Care in Hepatocellular Carcinoma (HCC): What Does Managed Care Need to Know about Targeted and Immunotherapy Combinations?;</u> National Association of Managed Care Physicians Webinar; April 8, 2020

204. <u>Comparative Effectiveness and Coordinated Care of BTK Inhibitors: What Does Managed Care Need to Know?";</u> National Association of Managed Care Physicians Webinar; April 22, 2020

205.  What Managed Care Needs to Know About Emerging Therapies in the Management of Relapsed/Refractory Multiple Myeloma; National Association of Managed Care Physicians Webinar; May 8, 2020

206.  Reducing the Economic Burden of Atopic Dermatitis: What Managed Care Needs to Know to About the Health Economics of a Changing Management Paradigm; National Association or Managed Care Physicians Webinar;  May 21, 2020

207.  What Managed Care Needs to Know about Reducing Healthcare Costs with Fixed-Ratio Combinations of Basal Insulin and GLP-1 Receptor Agonists;  National Association or Managed Care Physicians Webinar;  May 26, 2020

208.  Incorporating RA Therapeutic Advances into Patient-Centered and Valued-Based Care Models;  North American Center for Continuing Medical Education Webinar Series; May-June 2020

209.  Comparative Effectiveness and Coordinated Care in Ovarian Cancer: What Does Managed Care Need to Know About PARP Inhibitors?; National Association or Managed Care Physicians Webinar;  June 15, 2020

210.  Prevention and Management of Recurrent C. Difficile Infection: What Managed Care Needs to Know; National Association or Managed Care Physicians Webinar; July 1, 2020

## SCIENTIFIC EXHIBITS:

1.  Flexible Fiberoptic Sigmoidoscopy, Scientific Assembly, American Academy of Family Physicians, San Francisco, CA, October 1982 – Received outstanding exhibit award

2.  Flexible Sigmoidoscopy, 35 or 65? Scientific Assembly, American Academy of Family Physicians, Miami Beach, FL, September 1983 – Received outstanding exhibit award

3.  Flexible Sigmoidoscopy, A Multicenter Study, Scientific Assembly, American Academy of Family Physicians, Kansas City, MO, October 1984

# OWENS DECLARATION
# EXHIBIT B

**Appendix B**

**List of Documents Reviewed**

1. Plaintiffs' Motion for Class Certification
2. Second Amended Consolidated Complaint
3. Defendants Cigna Corporation and Cigna Health and Life Insurance Company's Motion to Dismiss Plaintiffs' Consolidated Complaint
4. Defendants Cigna Corporation and Cigna Health and Life Insurance Company's Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Consolidated Complaint
5. Defendants Cigna Corporation and Cigna Health and Life Insurance Company's Motion to Dismiss Appendix (Volume 1)
6. Defendants Cigna Corporation and Cigna Health and Life Insurance Company's Motion to Dismiss Appendix (Volume 2)
7. Defendant Cigna Health and Life Insurance Company's Partial Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint
8. ASO agreements/amendments:  Cobb County Government 01-01-14
9. ASO agreements/amendments:  Cobb County Government 01-01-15
10. ASO agreements/amendments:  Cobb County Government 01-01-16
11. Cobb County Extraterritorial Legislation (effective 1/1/16)
12. Cobb County Prescription Drug Benefits (01-01-14) printed 11/13
13. Cobb County Prescription Drug Benefits (01-01-14) printed 12/13
14. Cobb County Prescription Drug Benefits (01-01-14) printed 07/14
15. Cobb County Prescription Benefits Certificate Rider (01-01-15)
16. Cobb County Prescription Benefits Certificate Rider 01-01-16)
17. Cobb County Prescription Benefits Certificate Rider (01-01-17)
18. ASO benefit design documents and client agreements:  Hampton Affiliates
19. ASO benefit design documents and client agreements:  Island Operating Company
20. ASO benefit design documents and client agreements: Putnam Investments
21. Plaintiffs' Motion to Amend Proposed Class Definitions
22. Response to Plaintiffs' Motion to Amend Proposed Class Definitions
23. Responses and Objections of Defendants Cigna Corporation and Cigna Health and Life Insurance Company to Plaintiffs' First Set of Interrogatories
24. Objections and Responses of Defendant Cigna Health and Life Insurance Company to Plaintiffs' Second Set of Interrogatories and Second Set of Document Requests
25. Catamaran Contract dated 6/10/13
26. Catamaran Contract Amendment #2 dated 2/26/14
27. Tyler Lester Deposition of 6/23/20