# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br>Plaintiffs,<br>vs.<br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br>Defendants. | Civ. A. No. 16-cv-1702 (JAM) |

## **DECLARATION OF CHRISTOPHER MANDY**

I, Christopher J. Mandy, hereby declare as follows:

1. I am a Senior Account Manager at Cigna. I have been in this position since January 2008. I have personal knowledge of the matters stated herein. If called and sworn as a witness, I could and would competently testify thereto.

2. In my current role at Cigna, I am responsible for managing the Putman Investments account. I am involved with existing business and retention requests for proposals ("RFPs") for medical and pharmacy benefits Cigna offers.

3. In my role at Cigna, I have gained experience interacting with consultants and brokers, and I understand the varying levels of sophistication between different clients, consultants and brokers' concerning pharmacy benefit designs.

4. The pharmacy benefit design process is highly individualized, and based on my interactions over the years, differs from employer to employer in terms of what aspects of the

pharmacy benefits are important to the plan sponsor, and what they want to accomplish through their pharmacy benefits.

5. I have personal knowledge regarding the Putnam Investments account, having been directly involved with it since Putnam Investments first selected Cigna for benefits effective January 1, 2012. Since the beginning, Putnam Investments has always used Strategic Benefit Advisors, Inc. ("SBA") as a consultant for pharmacy benefits. SBA has interfaced with Cigna in negotiating Putnam Investments' benefits, including its pharmacy benefits. In my experience, SBA is one of the most sophisticated health and welfare benefits consultants in the country, with a deep knowledge of pharmacy benefit design.

6. More recently, beginning in 2016, Putnam Investments also engaged Gallagher to assist Putnam and SBA in an RFP for pharmacy benefits. Gallagher did not replace SBA; rather, Putnam Investments utilized the knowledge and services of both Gallagher and SBA as part of their renewal process in 2016, for example.

7. In 2012, when Putnam Investments first partnered with Cigna, they were a minimum premium and insured account. In 2014, Putnam opted to convert to an ASO arrangement. In an ASO arrangement, Cigna acts in an "administrative services only" capacity, handling administrative tasks such as membership enrollment and the processing of claims and providing other services such as design and management of formularies. In these arrangements, the plan sponsor ultimately bears the cost risk associated with the prescription benefit offering it selects.

8. Attached hereto as Exhibit A is a true and correct copy of a completed "Prescription Drug Cost & Utilization Data Form" for 2014 (redacted) for Putnam Investments.

SBA sent Cigna this form on behalf of Putnam in April 2015 and asked Cigna to fill it out, which we did and I returned it to SBA.

9. Attached hereto as Exhibit B is a true and correct copy of a completed "Rx Proposal Form" (redacted) for Putnam Investments. SBA sent Cigna this form on behalf of Putnam in April 2015 and asked Cigna to fill it out, which we did and I returned it to SBA.

10. Attached hereto as Exhibit C is a true and correct copy of an excerpt of Cigna's September 2016 response to an RFP (redacted) for Putnam Investments handled by Gallagher.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of July, 2020.

*/s/ Christopher J. Mandy*
Christopher J. Mandy

3

# MANDY DECLARATION EXHIBIT A FILED UNDER SEAL

# MANDY DECLARATION
# EXHIBIT B
# FILED UNDER SEAL

# MANDY DECLARATION EXHIBIT C FILED UNDER SEAL