# EXHIBIT 10

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - x
                                 :
KIMBERLY A. NEGRON, DANIEL       :  No. 3:16CV1702(JAM)
PERRY, COURTNEY GALLAGHER,       :
NINA CUROL, ROBER CUROL, and     :
BILLY RAY BLOCKER, JR.,          :
Individually and on Behalf of    :
All Others Similarly Situated,   :
                                 :
              Plaintiffs         :
                                 :
         v.                      :
                                 :
CIGNA CORPORATION, CIGNA HEALTH  :
AND LIFE INSURANCE COMPANY and   :
OPTUMRX, INC.,                   :
                                 :
                                 :  New Haven, Connecticut
              Defendants         :  April 23, 2020
                                 :
- - - - - - - - - - - - - - - - x
```

VIDEO MOTION HEARING

B E F O R E:

    THE HONORABLE JEFFREY ALKER MEYER, U.S.D.J.

Diana Huntington, RDR, CRR
Official Court Reporter

```
 1   A P P E A R A N C E S:
 2
         FOR THE PLAINTIFFS:
 3
             IZZARD KINDALL & RAABE LLP
 4                29 South Main Street, Suite 305
                  West Hartford, Connecticut 06107
 5           BY:  SETH R. KLEIN, ESQ.
                  ROBERT A. IZARD, JR., ESQ.
 6
 7       FOR DEFENDANT CIGNA HEALTH AND LIFE INSURANCE
         COMPANY:
 8
             MORGAN LEWIS & BOCKIUS LLP
 9                1701 Market Street
                  Philadelphia, Pennsylvania 19103
10           BY:  JEREMY P. BLUMENFELD, ESQ.
                  BRIAN W. SHAFFER, ESQ.
11                ELEANOR R. FARRELL,ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1     THE COURT: All right. I understand the
2 argument.
3     MR. KLEIN: I suppose beyond that, it's just
4 more of the same provisions that we highlight in our
5 brief, and I don't want to just recite what we have in our
6 brief over and over but we talk about the Covered Expenses
7 section which talks about, you know, Cigna will provide
8 certain benefits and we will -- Cigna will provide
9 coverage for those expenses shown in the schedule. Again,
10 nobody is saying that Cigna was actually paying out of
11 pocket, but it's further indication to class members of a
12 further clause that's incorporated into the ASO agreement
13 that Cigna is in on the hook for their administration
14 here. It's not just everything pushed off on Cobb County
15 even though they're the ones who messed up.
16     Beyond that, I would also just point out that
17 because this isn't an ERISA plan, the normal discretion
18 granted to administrators to have discretion over what
19 terms mean, that doesn't apply here. We all agree this is
20 not an ERISA plan, therefore the plain language of the ASO
21 agreement and the Plan document will control. We submit,
22 obviously, that it would indicate to any reasonable
23 policyholder like Mr. Blocker that they do have a direct
24 right of action against Cigna. I understand defendants
25 would disagree, but we, respectfully, believe our