# EXHIBIT 1

# EXHIBIT 14
# FILED UNDER SEAL

# EXHIBIT 15
# FILED UNDER SEAL

# EXHIBIT 16
# FILED UNDER SEAL

# EXHIBIT 17
# FILED UNDER SEAL

# EXHIBIT 18
# FILED UNDER SEAL

# EXHIBIT 19
# FILED UNDER SEAL

# EXHIBIT 20
# FILED UNDER SEAL

# EXHIBIT 9

# EXHIBIT 9
# FILED UNDER SEAL

# EXHIBIT 10

# EXHIBIT 11
# FILED UNDER SEAL

# EXHIBIT 12

# (Filed Partially Under Seal with Redactions)

# EXHIBIT 13

# EXHIBIT 14
# FILED UNDER SEAL

# EXHIBIT 15
# FILED UNDER SEAL

# EXHIBIT 16
# FILED UNDER SEAL

# EXHIBIT 17
# FILED UNDER SEAL

# EXHIBIT 18
# FILED UNDER SEAL

# EXHIBIT 19
# FILED UNDER SEAL

# EXHIBIT 20

# EXHIBIT 21
# FILED UNDER SEAL

# EXHIBIT 22
# FILED UNDER SEAL

# EXHIBIT 23

# EXHIBIT 24

# EXHIBIT 25

# EXHIBIT 26

# EXHIBIT 27

# EXHIBIT 28

# EXHIBIT 29

# EXHIBIT 30

# EXHIBIT 31

# EXHIBIT 32

# EXHIBIT 33

# EXHIBIT 34

# EXHIBIT 35

# EXHIBIT 36

# EXHIBIT 37

# EXHIBIT 38

# EXHIBIT 39

# EXHIBIT 40

# EXHIBIT 41

# EXHIBIT 42

# EXHIBIT 43

# EXHIBIT 44

# EXHIBIT 45

# EXHIBIT 46

# EXHIBIT 47

# EXHIBIT 48

# EXHIBIT 49

# EXHIBIT 50

# EXHIBIT 51

# EXHIBIT 52

# EXHIBIT 53