# EXHIBIT 31

# Boyd Gaming Corporation

## Choice Select Plan Open Access Plus Medical Benefits

## Effective Date: April 1, 2012

ASO40
3328095

Printed in U.S.A.

CONFIDENTIAL
CIGNA01393837

CONFIDENTIAL

CIGNA01393838

# Table of Contents

Important Information ........................................................................................................5

Special Plan Provisions .....................................................................................................7

    Case Management .........................................................................................................7

Important Notices .............................................................................................................8

How To File Your Claim ...................................................................................................8

Benefits Eligibility ...........................................................................................................9

    Waiting Period ............................................................................................................11

    Employee Insurance ...................................................................................................11

    Dependent Insurance ..................................................................................................12

Dependent Verification Overview ...................................................................................12

Open Access Plus Medical Benefits ...............................................................................14

    The Schedule ..............................................................................................................14

    Certification Requirements - Out-of-Network ............................................................26

    Prior Authorization/Pre-Authorized ...........................................................................26

    Covered Expenses ......................................................................................................27

Prescription Drug Benefits .............................................................................................36

    The Schedule ..............................................................................................................36

    Covered Expenses ......................................................................................................40

    Limitations .................................................................................................................40

    Your Payments ...........................................................................................................40

    Exclusions ..................................................................................................................41

    Reimbursement/Filing a Claim ..................................................................................41

Exclusions, Expenses Not Covered and General Limitations ...........................................42

Coordination of Benefits .................................................................................................44

Medicare Eligibles ..........................................................................................................46

Subrogation and Reimbursement .....................................................................................46

Payment of Benefits ........................................................................................................48

    Rescissions .................................................................................................................49

Federal Requirements .....................................................................................................49

    Notice of Provider Directory/Networks ......................................................................49

    Qualified Medical Child Support Order (QMCSO) .....................................................49

    Special Enrollment Rights Under the Health Insurance Portability & Accountability Act (HIPAA) .................50

    Effect of Section 125 Tax Regulations on This Plan ...................................................51

    Eligibility for Coverage for Adopted Children ...........................................................52

    Federal Tax Implications for Dependent Coverage ......................................................52

    Coverage for Maternity Hospital Stay .......................................................................52

    Women's Health and Cancer Rights Act (WHCRA) ...................................................52

    Group Plan Coverage Instead of Medicaid .................................................................52

CIGNA01393839

Obtaining a Certificate of Creditable Coverage Under This Plan .......................................... 52

Requirements of Medical Leave Act of 1993 (FMLA) .......................................................... 52

Uniformed Services Employment and Re-Employment Rights Act of 1994 (USERRA) ......... 53

Claim Determination Procedures Under ERISA .................................................................... 53

When You Have a Complaint or an Appeal ............................................................................ 55

Arbitration ............................................................................................................................. 56

COBRA Continuation Rights Under Federal Law .................................................................. 57

ERISA Required Information .................................................................................................. 60

**Definitions** ...................................................................................................................... **62**

**What You Should Know about CIGNA Choice Fund® – Health Reimbursement Arrangement** ................................................................................................................. **69**

CIGNA01393840

## Important Information

THIS IS NOT AN INSURED BENEFIT PLAN. THE BENEFITS DESCRIBED IN THIS BOOKLET OR ANY RIDER ATTACHED HERETO ARE SELF-INSURED BY BOYD GAMING CORPORATION WHICH IS RESPONSIBLE FOR THEIR PAYMENT. CIGNA HEALTH AND LIFE INSURANCE COMPANY (CIGNA) PROVIDES CLAIM ADMINISTRATION SERVICES TO THE PLAN, BUT CIGNA DOES NOT INSURE THE BENEFITS DESCRIBED.

THIS DOCUMENT MAY USE WORDS THAT DESCRIBE A PLAN INSURED BY CIGNA. BECAUSE THE PLAN IS NOT INSURED BY CIGNA, ALL REFERENCES TO INSURANCE SHALL BE READ TO INDICATE THAT THE PLAN IS SELF-INSURED. FOR EXAMPLE, REFERENCES TO "CIGNA," "INSURANCE COMPANY," AND "POLICYHOLDER" SHALL BE DEEMED TO MEAN YOUR "EMPLOYER" AND "POLICY" TO MEAN "PLAN" AND "INSURED" TO MEAN "COVERED" AND "INSURANCE" SHALL BE DEEMED TO MEAN "COVERAGE."

CONFIDENTIAL

CIGNA01393841

### CIGNA HealthCare

CIGNA HealthCare will be referred to as either "CIGNA" or "the Insurance Company" throughout this document.

### Explanation of Terms

You will find terms starting with capital letters throughout your certificate. To help you understand your benefits, most of these terms are defined in the Definitions section of your certificate.

### The Schedule

The Schedule is a brief outline of your maximum benefits which may be payable under your insurance. For a full description of each benefit, refer to the appropriate section listed in the Table of Contents.

CONFIDENTIAL

CIGNA01393842



**CIGNA HealthCare**

## Special Plan Provisions

### Important Information Regarding CIGNA Care Network

In order to receive a higher level of In-Network benefits, you should be sure to verify that your Specialist Physician has been designated a CIGNA Care Network Provider.

Provider designations are assessed and may change annually. You have access to a list of all providers who participate in the network by visiting www.cigna.com; mycigna.com; or by calling the toll-free telephone number on your ID card. CIGNA Care Network providers are specifically identified in this listing.

When you select a Participating Provider, this Plan pays a greater share of the costs than if you select a non-Participating Provider. Participating Providers include Physicians, Hospitals and Other Health Care Professionals and Other Health Care Facilities. Visit www.cigna.com or mycigna.com, or call the toll-free telephone number on your ID card, for a list of Participating Providers in your area. Participating Providers are committed to providing you and your Dependents appropriate care while lowering medical costs.

### Services Available in Conjunction With Your Medical Plan

The following pages describe helpful services available in conjunction with your medical plan. You can access these services by calling the toll-free number shown on the back of your ID card.

### CIGNA'S Toll-Free Care Line

CIGNA's toll-free care line allows you to talk to a health care professional 24 hours per day, 7 days per week, simply by calling the toll-free number shown on your ID card.

CIGNA's toll-free care line personnel can provide you with the names of Participating Providers. If you or your Dependents need medical care, you may visit www.cigna.com or mycigna.com for a list of Participating Providers in your area or call CIGNA's toll-free number for assistance. If you or your Dependents need medical care while away from home, you may have access to a national network of Participating Providers through CIGNA's Away-From-Home Care feature. Call CIGNA's toll-free care line for the names of Participating Providers in other network areas. Whether you obtain the name of a Participating Provider from www.cigna.com or mycigna.com through the care line, it is recommended that prior to making an appointment you call the provider to confirm that he or she is a current participant in the Open Access Plus Program.

## Case Management

Case Management is a service provided through a Review Organization, which assists individuals with treatment needs that extend beyond the acute care setting. The goal of Case Management is to ensure that patients receive appropriate care in the most effective setting possible whether at home, as an outpatient, or an inpatient in a Hospital or specialized facility. Should the need for Case Management arise, a Case Management professional will work closely with the patient, his or her family and the attending Physician to determine appropriate treatment options which will best meet the patient's needs and keep costs manageable. The Case Manager will help coordinate the treatment program and arrange for necessary resources. Case Managers are also available to answer questions and provide ongoing support for the family in times of medical crisis.

Case Managers are Registered Nurses (RNs) and other credentialed health care professionals, each trained in a clinical specialty area such as trauma, high risk pregnancy and neonates, oncology, mental health, rehabilitation or general medicine and surgery. A Case Manager trained in the appropriate clinical specialty area will be assigned to you or your Dependent. In addition, Case Managers are supported by a panel of Physician advisors who offer guidance on up-to-date treatment programs and medical technology. While the Case Manager recommends alternate treatment programs and helps coordinate needed resources, the patient's attending Physician remains responsible for the actual medical care.

1. You, your dependent or an attending Physician can request Case Management services by calling the toll-free number shown on your ID card 24 hours per day, 7 days per week. In addition, your employer, a claim office or a utilization review program (see the PAC/CSR section of this document) may refer an individual for Case Management.

2. The Review Organization assesses each case to determine whether Case Management is appropriate.

3. You or your Dependent is contacted by an assigned Case Manager who explains in detail how the program works. Participation in the program is voluntary - no penalty or benefit reduction is imposed if you do not wish to participate in Case Management.

4. Following an initial assessment, the Case Manager works with you, your family and Physician to determine the needs of the patient and to identify what alternate treatment programs are available (for example, in-home medical care in lieu of an extended Hospital convalescence). You are not penalized if the alternate treatment program is not followed.

CONFIDENTIAL

CIGNA01393843


**CIGNA HealthCare**

5.  The Case Manager arranges for alternate treatment services and supplies, as needed (for example, nursing services or a Hospital bed and other Durable Medical Equipment for the home).

6.  The Case Manager also acts as a liaison between the insurer, the patient, his or her family and Physician as needed (for example, by helping you to understand a complex medical diagnosis or treatment plan).

7.  Once the alternate treatment program is in place, the Case Manager continues to manage the case to ensure the treatment program remains appropriate to the patient's needs.

While participation in Case Management is strictly voluntary, Case Management professionals can offer quality, cost-effective treatment alternatives, as well as provide assistance in obtaining needed medical resources and ongoing family support in a time of need.

**Additional Programs**

We may, from time to time, offer or arrange for various entities to offer discounts, benefits, or other consideration to our members for the purpose of promoting the general health and well being of our members. We may also arrange for the reimbursement of all or a portion of the cost of services provided by other parties to the Policyholder. Contact us for details regarding any such arrangements.

## Important Notices

### Direct Access to Obstetricians and Gynecologists

You do not need prior authorization from the plan or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in our network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, visit www.mycigna.com or contact customer service at the phone number listed on the back of your ID card.

### Selection of a Primary Care Provider

This plan generally allows the designation of a primary care provider. You have the right to designate any primary care provider who participates in the network and who is available to accept you or your family members. Until you make this designation, CIGNA designates one for you. For information on how to select a primary care provider, and for a list of the participating primary care providers, visit www.mycigna.com

or contact customer service at the phone number listed on the back of your ID card.

For children, you may designate a pediatrician as the primary care provider.

## How To File Your Claim

There's no paperwork for In-Network care. Just show your identification card and pay your share of the cost, if any; your provider will submit a claim to CIGNA for reimbursement. Out-of-Network claims can be submitted by the provider if the provider is able and willing to file on your behalf. If the provider is not submitting on your behalf, you must send your completed claim form and itemized bills to the claims address listed on the claim form.

You may get the required claim forms from the website listed on your identification card or by calling Member Services using the toll-free number on your identification card.

### CLAIM REMINDERS

- BE SURE TO USE YOUR MEMBER ID AND ACCOUNT NUMBER WHEN YOU FILE CIGNA'S CLAIM FORMS, OR WHEN YOU CALL YOUR CIGNA CLAIM OFFICE.

  YOUR MEMBER ID IS THE ID SHOWN ON YOUR BENEFIT IDENTIFICATION CARD.

  YOUR ACCOUNT NUMBER IS THE 7-DIGIT POLICY NUMBER SHOWN ON YOUR BENEFIT IDENTIFICATION CARD.

- BE SURE TO FOLLOW THE INSTRUCTIONS LISTED ON THE BACK OF THE CLAIM FORM CAREFULLY WHEN SUBMITTING A CLAIM TO CIGNA.

### Timely Filing of Out-of-Network Claims

CIGNA will consider claims for coverage under our plans when proof of loss (a claim) is submitted within 180 days for Out-of-Network benefits after services are rendered. If services are rendered on consecutive days, such as for a Hospital Confinement, the limit will be counted from the last date of service. If claims are not submitted within 180 days for Out-of-Network benefits, the claim will not be considered valid and will be denied.

**WARNING:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information; or conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act.

CONFIDENTIAL

CIGNA01393844


**CIGNA HealthCare**

# Benefits Eligibility

All hourly employees of Boyd Gaming will be eligible for Boyd Benefits on the first of the month following 6-months of continuous employment provided the employee worked a minimum of 824 hours within the initial 6-month period and has completed a Health Risk Assessment on myCIGNAplans.com 15-days before their initial eligibility date or has completed a Health Risk Assessment on myCIGNA.com within the previous 12-months. If you do not take the Health Risk Assessment by the required deadline, you and any eligible dependents will not be allowed to enroll in the Boyd Health Plan during the calendar year in which you were initially eligible. Annual Open Enrollment rules will then apply. Employees whose terms are governed by a collective bargaining agreement are not included unless eligibility under these Plans is negotiated as a part of the collective bargaining agreement. All other employees will be effective the first day of the month following hire date.

If you were previously insured and your insurance ceased, you must satisfy the New Employee Group Waiting Period and eligibility requirements to become insured again. If your insurance ceased because you were no longer employed in a Class of Eligible Employees, your eligibility will be as follows:

- Rehire (greater than 30-days): Employees will become eligible for Boyd Benefits on the first of the month following 6-months of continuous employment provided the employee worked a minimum of 824 hours within the initial 6-month period from the rehire date and has completed a Health Risk Assessment within the previous 12-months.

- Recall: Employees recalled within 90-days of their layoff date, that previously had at least one year of employment will have benefits reinstated the first of the month following recall date provided they were enrolled in benefits prior to their layoff date.

- Reinstatement due to EDRICK: Employees will be reinstated immediately with no loss of coverage into the same coverage they were enrolled in prior to their release date.

## Open Enrollment

The Annual Open Enrollment Period is your opportunity to continue enrollment for yourself and your Eligible Dependents if currently covered in the Boyd Benefits Plan and provided you have worked the minimum hours requirement, enroll yourself and your Eligible Dependents in the Boyd Benefits Plan if you did not previously do so and provided you have worked the minimum hours requirement, change your benefits plan, drop coverage for yourself or your dependents, and enroll or re-enroll in a pre-tax Flexible Spending Account. The Annual Open Enrollment period is from November 1st through November 21st. Changes made during the Annual

Open Enrollment period will become effective on January 1st of the following year.

If you are currently enrolled in a health plan and do not make a health plan selection during the Annual Open Enrollment period, then coverage for you and your dependents will be automatically defaulted to no coverage for the following plan year. You and/or your dependents will not be eligible to enroll again until the next Annual Open Enrollment period unless you or your dependents experience a Life Change Event/Qualifying Event.

## Premium Deductions

Premiums for health insurance will be deducted from your payroll check. If we are unable to deduct the monthly contribution from your paycheck, it is your responsibility to submit your premium payment check to Boyd Benefits by the due date. You will be notified in writing via U.S. Mail that your contribution is in arrears, providing you with an opportunity to make up the missed contribution. If the missed contribution(s) has not been paid in full and received by Boyd Benefits by the due date, your coverage will be considered terminated as of thirty (30) days from the date of the missed premium letter (but see Requirements of Medical Leave Act of 1993 (FMLA) section for certain options, as applicable). You will not be eligible to participate in a health plan until the next Open Enrollment period for each plan unless you are eligible sooner due to a Life Change Event/Qualifying Event.

## Continuing Eligibility

Once an employee is a member of Boyd Benefits, the employee must work a minimum of 412 hours during a calendar quarter (three month period) and have completed a Health Risk Assessment within the previous 12-months to maintain/regain coverage, if applicable. If an employee who is a member of Boyd Benefits fails to maintain 412 hours of work in a quarter or did not complete a Health Risk Assessment, if applicable, the employee's eligibility will terminate 30-days from the termination notification. At that time the employee will have the option of continuing coverage in accordance with Federal Law (see "Continuation of Benefits").

## Leave of Absence

Family Medical Leave Act (FMLA) - Non-exempt employees on a qualified medical leave (FMLA) will receive credit for work hours missed during their leave of absence and exempt employees will receive credit for work days missed.

Personal Leave - If an employee takes a Personal Leave of Absence and returns to work in less than 30-days there will be no break in Health Insurance coverage. Employees on a personal leave of absence greater than 30-days will not receive credit for work hours/work days missed during their leave of absence; and will lose their coverage the 31st day of the

CONFIDENTIAL

CIGNA01393845


**CIGNA HealthCare**

Personal Leave of Absence. Employees will regain coverage the first of the month following their return to work.

Extended Medical Leave - If the employee was enrolled in Benefits prior to the FMLA leave, the employee will regain Benefits the first of the month following their date of return to work. If the employee was not enrolled in Benefits prior to the FMLA leave then the 412 Hours Requirement must be met in accordance with the normal Quarterly schedule.

Military Leave - If the employee was enrolled in Benefits prior to the Military leave (greater than 60-days), the employee will regain Benefits the first day upon returning to work and the Military leave days will count towards the 412 Hours Requirement. If the employee was not enrolled in Benefits prior to the Military leave, the Military leave days will count towards the 412 Hours Requirement in accordance with the normal Quarterly schedule.

**Exceptions to the above eligibility requirements are listed below:**

- If you are a specialty room server or bus person that is scheduled for 6-hour shifts, the minimum number of hours per quarter is 354; and
- If you are a scheduled 4-day relief person, the minimum number of hours per quarter is 368.

**Benefit Periods**

Work hours are monitored on a calendar quarter basis. Employees will continue to be covered based on the following schedule:

| Hours worked in: | Determine benefit eligibility for: |
|---|---|
| Jan – Feb – Mar | Apr - May - Jun |
| Apr – May – Jun | Jul - Aug - Sep |
| Jul – Aug – Sep | Oct - Nov - Dec |
| Oct – Nov – Dec | Jan - Feb - Mar |

**The Active Work Requirement**

In order for coverage to begin, you must be actively at work. To qualify as being actively at work, you must have performed the regular duties of your occupation for a full work day on the day before your coverage begins and you must be able to work on the day it is to begin, either at your employer's regular place of business or at some location to which you are required to travel to do your work. This provision only applies if you were absent from work for a reason other than a health factor.

If you do not meet the active work requirement on the date your coverage would otherwise begin, it will begin on the next day on which you meet this requirement.

**Effective Date**

The effective date for eligible employees will be subject to the timely completion of enrollment on the Boyd Benefits Portal, www.boydgaming.benefitsnow.com or by calling 888.242.7973. If an eligible employee fails to enroll with Boyd Benefits by not completing the required enrollment by the last day of the month in which you become eligible, then coverage may only become effective in accordance with the "Annual Open Enrollment" or "Special Enrollment" provisions.

**Benefits Enrollment**

You will receive a letter from the Boyd Benefits office notifying you of when you have met the eligibility requirements for your benefits. In order to finalize your benefits enrollment, you will need to complete your enrollment on the Boyd Benefits Portal, www.boydgaming.benefitsnow.com or by calling the Boyd Benefits Service Call Center 888.242.7973, and submit any required documentation to your Human Resources department or mail to Boyd Benefits, 6465 So. Rainbow Blvd., Las Vegas, NV 89118. Your dependent documentation, detailed later in this SPD, must be received by the Benefits department prior to the last day of the month in which you become eligible. If you do not properly enroll in the plan when you are first eligible or if you allow your coverage to lapse, the Annual Open Enrollment rules apply.

**Annual Open Enrollment**

If an employee does not properly enroll in the plan when he/she is first eligible or if the employee allows his/her coverage to lapse, the employee may be eligible to later enroll during the plan's designated Annual Open Enrollment period as a "late entrant" provided the employee worked the minimum hours requirement and has completed a Health Risk Assessment as required. The Annual Open Enrollment period is November 1st – November 21st (unless otherwise stated). Changes made during this period will be effective January 1st of the following year.

**Special Enrollment Rights**

If you are declining enrollment for yourself or your dependents (including your spouse) because of other health insurance coverage, you may in the future be able to enroll yourself or your dependents in this plan, provided that you request enrollment within thirty days after your other coverage ends. Also see Eligible Dependents.

# Eligibility for Dependent Insurance

**Coverage for your Dependents**

When you are covered under this plan, you may also cover your eligible dependents. Dependent coverage is offered on a contributory basis through payroll deduction. If you and your

CONFIDENTIAL

CIGNA01393846


**CIGNA HealthCare**

spouse are both covered as employees of the eligible group, either of you, but not both of you, may cover your eligible children.

**Eligible Dependents**

- Your legally married Spouse. The term Spouse refers only to a man or woman who is legally married to a person of the opposite sex. **However, if your spouse is eligible as an employee for group health coverage (including dental and vision), through another employer and has declined that coverage for any reason, then he/she will not be eligible for coverage under this plan (see "Order of Benefit Determination").**

  *Note: Voluntarily declining coverage includes failure or refusal to authorize or make any required contributions necessary to obtain coverage, or opting for a higher wage in exchange for declining the employer-sponsored group health coverage. In the event Boyd Benefits pays benefits on behalf of a spouse who voluntarily elected not to enroll in their own employer's group health plan due to incorrect information provided by the employee or the spouse's employer or health plan, Boyd Benefits will request full reimbursement of all benefits payments made.*

  If both husband and wife are employed by Boyd Gaming and both are eligible for benefits, each employee must enroll as an employee and cannot be covered as a dependent. If both employees are enrolled in Boyd Benefits, there will be no coordination of benefits between the two plans. If one spouse is not eligible for coverage the enrolled spouse may cover them; however, once the ineligible spouse becomes eligible for their own coverage, the spouse must be removed from the enrolled spouse's coverage.

- Your child who is your natural child, stepchild, legally adopted child or a child placed with you by a licensed agency for adoption and the child

  a. is a citizen, resident or national of the United States or a resident of Canada or Mexico; **AND**

  b. is under the age of 26. When a dependent is no longer eligible as a dependent, the employee must complete a Change of Coverage form, available on the Boyd Benefits Portal, in order to delete the dependent and to change the employee's coverage.

  c. is permanently mentally or physically handicapped, is incapable of self-sustaining employment, and is dependent upon you for support and maintenance provided the condition existed prior to the child reaching age 26 (see "Dependent Policies – Disability Policy").

- A child for whom you are legally responsible to obtain medical coverage due to a Qualified Medical Child

Support Order (QMCSO), even if the child does not meet the requirements set forth above. (See "Dependent Policies – Qualified Medical Child Support Orders".)

You will become eligible for Dependent insurance on the later of:

- the day you become eligible for yourself; or
- the day you acquire your first Dependent.

## Waiting Period

Initial Employee Group: You are in the Initial Employee Group if you are currently employed in a Class of Eligible Employees as defined in the paragraphs above. Certain classifications, 1st of the month following 6-months of continuous employment provided the employee recorded 824 hours of work in the six (6) month period and has completed a Health Risk Assessment as required. All others, 1st of the month following hire date.

New Employee Group: You are in the New Employee Group if you are not in the Initial Employee Group (for example, a newly hired employee, or an existing employee who had not previously been eligible for medical benefits). Certain classifications, 1st of the month following 6-months of continuous employment provided the employee recorded 824 hours of work in the six (6) month period and has completed a Health Risk Assessment as required. All others, 1st of the month following hire date.

## Employee Insurance

This plan is offered to you as an Employee. To be insured, you will be required to pay part of the cost.

**Effective Date of Your Insurance**

You will become insured on the date notified to you by Boyd benefits, but no earlier than the date you become eligible. If you are a Late Entrant, you will not be eligible to enroll until the next enrollment period. You will not be denied enrollment for Medical Insurance due to your health status.

**Late Entrant - Employee**

You are a Late Entrant if you elect the insurance more than 30 days after you first become eligible.

CONFIDENTIAL

CIGNA01393847



**CIGNA HealthCare**

## Dependent Insurance

For your Dependents to be insured, you will have to pay part of the cost of Dependent Insurance.

**Effective Date of Dependent Insurance**

**When Coverage for Dependents Begins**

**Initial Coverage**

Coverage under the plan for your eligible dependents can begin on the same date as your own, provided you have complied with the documentation requirement as indicated under "Documentation Requirement".

**Adding New Dependents**

Additions of dependents due to birth, adoption, placement for adoption, marriage, or loss of other coverage will be effective the date of the event (or first day after the loss of other coverage) provided you go on-line to the Boyd Benefits Portal (boydgaming.benefitsnow.com) or by calling the Boyd Benefits Service Call Center at 888.242.7973 to enroll the dependents in the health insurance and provide proper documentation to Boyd Benefits within 30 days of the event. If you do not enroll your newly eligible dependents within the allowed time, they will not be eligible to enroll until the Annual Open Enrollment period.

**Dependent Documentation Required**

- Spouse – Official State-certified Marriage License or Certificate
- Children – Birth Certificate or Confirmation of Birth (must contain natural parents' names)
- Step-Children – Marriage Certificate and Child's Birth Certificate
- Divorce Decree
- Decree of Adoption or Decree of Placement for Adoption

These documents must be provided to the Boyd Benefits office within 30 days of the dependent eligibility date; otherwise, the dependent will not be eligible to enroll until the Annual Open Enrollment period. If the document is in a language other than English the document must be translated to English and both documents must be submitted to Boyd Benefits.

Insurance for your Dependents will become effective on the date of the event (or first day after the loss of other coverage). All of your Dependents as defined will be included.

If you are a Late Entrant for Dependent Insurance, your Dependents will not be eligible to enroll until the next enrollment period. Your Dependent will not be denied enrollment for Medical Insurance due to health status.

Your Dependents will be insured only if you are insured.

**Late Entrant – Dependent**

You are a Late Entrant for Dependent Insurance if you elect that insurance more than 30 days after you first become eligible for it.

## Dependent Verification Overview

A verification process is required if the plan maintains coverage for disabled and/or handicapped dependents. Verification of information must be obtained for any dependent over the limiting age in order to determine coverage status. The CIGNA Dependent Verification Process defines the procedures for the following:

**Handicapped/Disabled Status**

If the verification or re-verification document is returned with a request from the subscriber for handicapped/disabled status of the dependent child, the form with the attached documentation is forwarded to the appropriate Medical Review contact for evaluation. When the Medical Reviewer approves the dependent for handicapped status, a letter will be sent to the member verifying this status. An approved handicapped dependent child will no longer be included in the annual re-verification process for covered dependents. If the Medical Reviewer approves the dependent child for disabled status, the dependent may need to be re-verified annually. If the Medical Reviewer does not approve handicapped/disabled status, a notification letter will be sent to the subscriber. The subscriber may appeal a Medical Reviewer's decision by following the guidelines set forth in the decision letter they received.

## Important Information About Your Medical Plan

Details of your medical benefits are described on the following pages.

**Opportunity to Select a Primary Care Physician**

Choice of Primary Care Physician:

This medical plan does not require that you select a Primary Care Physician or obtain a referral from a Primary Care Physician in order to receive all benefits available to you under this medical plan. Notwithstanding, a Primary Care Physician may serve an important role in meeting your health care needs by providing or arranging for medical care for you and your Dependents. For this reason, we encourage the use of Primary Care Physicians and provide you with the opportunity to select a Primary Care Physician from a list provided by CIGNA for yourself and your Dependents. If you choose to select a Primary Care Physician, the Primary Care Physician

CONFIDENTIAL

CIGNA01393848



**CIGNA HealthCare**

you select for yourself may be different from the Primary Care Physician you select for each of your Dependents.

Changing Primary Care Physicians:

You may request a transfer from one Primary Care Physician to another by contacting us at the member services number on your ID card. Any such transfer will be effective on the first day of the month following the month in which the processing of the change request is completed.

In addition, if at any time a Primary Care Physician ceases to be a Participating Provider, you or your Dependent will be notified for the purpose of selecting a new Primary Care Physician, if you choose.

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393849



**CIGNA HealthCare**

---

| CHOICE SELECT PLAN OPEN ACCESS PLUS MEDICAL BENEFITS |
| :---: |
| **The Schedule** |

**For You and Your Dependents**

Open Access Plus Medical Benefits provide coverage for care In-Network and Out-of-Network.  To receive Open Access Plus Medical Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for services and supplies. That portion is the Copayment, Deductible or Coinsurance.

If you are unable to locate an In-Network Provider in your area who can provide you with a service or supply that is covered under this plan, you must call the number on the back of your I.D. card to obtain authorization for Out-of-Network Provider coverage.  If you obtain authorization for services provided by an Out-of-Network Provider, benefits for those services will be covered at the In-Network benefit level.

**Coinsurance**

The term Coinsurance means the percentage of charges for Covered Expenses that an insured person is required to pay under the plan.

**Copayments/Deductibles**

Copayments are expenses to be paid by you or your Dependent for covered services.  Deductibles are also expenses to be paid by you or your Dependent.  Deductible amounts are separate from and not reduced by Copayments.  Copayments and Deductibles are in addition to any Coinsurance.  Once the Deductible maximum in The Schedule has been reached, you and your family need not satisfy any further medical deductible for the rest of that year.

**Out-of-Pocket Expenses**

Out-of-Pocket Expenses are Covered Expenses incurred for In-Network and Out-of-Network charges that are not paid by the benefit plan because of any coinsurance.

Charges will not accumulate toward the Out-of-Pocket Maximum for Covered Expenses incurred for:

- non-compliance penalties.
- provider charges in excess of the Maximum Reimbursable Charge.

When the Out-of-Pocket Maximum shown in The Schedule is reached, Injury and Sickness benefits are payable at 100% except for:

- non-compliance penalties.
- provider charges in excess of the Maximum Reimbursable Charge.

**Accumulation of Plan Deductibles and Out-of-Pocket Maximums**

Deductibles and Out-of-Pocket Maximums will accumulate in one direction (e.g. Out-of-Network will accumulate to In-Network). All other plan maximums and service-specific maximums (dollar and occurrence) cross-accumulate between In- and Out-of-Network unless otherwise noted.

**Multiple Surgical Reduction**

Multiple surgeries performed during one operating session result in payment reduction of 50% to the surgery of lesser charge.  The most expensive procedure is paid as any other surgery.

---

**myCIGNA.com**

CONFIDENTIAL                                                          CIGNA01393850



**CIGNA** HealthCare

## CHOICE SELECT PLAN OPEN ACCESS PLUS MEDICAL BENEFITS

### The Schedule

**Assistant Surgeon and Co-Surgeon Charges**

**Assistant Surgeon**

The maximum amount payable will be limited to charges made by an assistant surgeon that do not exceed 20 percent of the surgeon's allowable charge. (For purposes of this limitation, allowable charge means the amount payable to the surgeon prior to any reductions due to coinsurance or deductible amounts.)

**Co-Surgeon**

The maximum amount payable will be limited to charges made by co-surgeons that do not exceed 20 percent of the surgeon's allowable charge plus 20 percent. (For purposes of this limitation, allowable charge means the amount payable to the surgeons prior to any reductions due to coinsurance or deductible amounts.)

| BENEFITS HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Lifetime Maximum** | Unlimited ||
| **Coinsurance Levels** | 85% of allowable | 50% of allowable |
| **Combined Medical/Pharmacy Calendar Year Deductible**<br>Combined Medical/CIGNA Pharmacy Deductible and Out of Pocket Maximums | Yes | N/A |
| **Calendar Year Deductible – Collective**<br><br>**Individual (Employee Only – no covered dependents)**<br>Health Reimbursement Arrangement (HRA) Company-Funded Amount<br>Employee Responsibility<br>**Total Deductible** | <br><br><br>$750 per person<br>$750 per person<br>**$1,500 per person** | <br><br><br>$750 per person<br>$2,250 per person<br>**$3,000 per person** |
| **Family Maximum (Employee + Family)**<br>Health Reimbursement Arrangement (HRA) Company-Funded Amount<br>Employee Responsibility<br>**Total Deductible**<br><br>The HRA Fund will be exhausted before employee responsibility applies. | <br>$1,500 per family<br>$1,500 per family<br>**$3,000 per family** | <br>$1,500 per family<br>$7,500 per family<br>**$9,000 per family** |
| **Deductible Accumulators**<br>One-way accumulation of Out-of-network to In-network deductibles. |||

CONFIDENTIAL

CIGNA01393851


**CIGNA HealthCare**

| BENEFITS HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Out-of-Pocket Maximum Accumulators** One-way accumulation of Out-of-network to In-network. | | |
| Includes Employee Portion of Deductible | Yes | Not Applicable |
| Includes Copays | No | Not Applicable |
| Does Not Apply To | Non-compliance penalties or copays | Not Applicable |
| Benefits for accident or sickness (including mental health and substance abuse benefits) are paid at 100% of allowable once an individual's out of pocket maximum has been reached. | | |
| **Combined Medical/Pharmacy Out-of-Pocket Maximum** | | |
| Combined Medical/CIGNA Pharmacy OOP Maximum | Yes | N/A |
| **Out-of-Pocket Maximum – Collective** | | |
| Individual (Employee Only – no covered dependents) | $4,000 per person | Unlimited |
| Family Maximum (Employee + Family) | $8,000 per person | |
| **Physician Services** Physician Office Visit | | |
|     Primary Care Physician – Fremont Clinics (Las Vegas area only), Convenience Care Clinics (where available), and All Other Primary Care Physicians | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
|     Specialty Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Surgery Performed in a Physician's Office | | |
|     Primary Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
|     Specialty Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Second Opinion Consultations (services will be provided on a voluntary basis) | | |
|     Primary Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
|     Specialty Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Allergy Treatment** Allergy Treatment/Injections and Skin Testing | | |
|     Primary Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
|     Specialty Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Allergy Serum (dispensed by the physician in the office) | No charge | 50% of allowable after plan deductible |

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393852



**CIGNA HealthCare**

| BENEFITS HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Preventive Care**<br>Routine Preventive Care<br>Immunizations<br>*Note: Diagnostic related services are paid at the same level of benefits as any other illness, based on place of service.* | <br>100% of allowable no deductible<br>100% of allowable no deductible | <br>50% of allowable after plan deductible<br>50% of allowable after plan deductible |
| **Routine Mammogram**<br>*Note: Diagnostic related services are paid at the same level of benefits as any other illness, based on place of service.* | 100% of allowable no deductible | 50% of allowable after plan deductible |
| **Routine Colonoscopy**<br>*Note: Provided for age 50 and older.*<br>*Note: Diagnostic related services are paid at the same level of benefits as any other illness, based on place of service.* | 100% of allowable no deductible | 50% of allowable after plan deductible |
| **Inpatient Hospital — Facility Service**<br><br>   Semi Private Room and Board<br><br>   Private Room<br><br>   Special Care Units (ICU/CCU) | <br>85% of allowable after plan deductible<br>Limited to semi-private room negotiated rate<br>Limited to semi-private room negotiated rate<br>Limited to negotiated rate | **Note: Subject to prior authorization**<br>50% of allowable after plan deductible<br>Limited to semi-private room rate<br><br>Limited to semi-private room rate<br><br>Limited to ICU/CCU daily room rate |
| **Outpatient Facility Services**<br>Operating Room, Recovery Room, Procedures Room, Treatment Room and Observation Room | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Inpatient Hospital Physician's Visits/Consultations** | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Inpatient Hospital Professional Services**<br>Surgeon, Radiologist, Pathologist, Anesthesiologist | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Multiple Surgical Reduction** | Multiple surgeries performed during one operating session result in payment reduction of 50% to the surgery of lesser charge. The most expensive procedure is paid as any other surgery. | |
| **Outpatient Professional Services**<br>Surgeon, Radiologist, Pathologist, Anesthesiologist | 85% of allowable after plan deductible | 50% of allowable after plan deductible |

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393853



**CIGNA HealthCare**

| BENEFITS HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Pre-Admission Certification - Continued Stay Review**<br><br>*CIGNA's PAC/CSR is not necessary for Medicare Primary individuals | | |
| **Inpatient Pre-Admission Certification – Continued Stay Review (required for all inpatient admissions)** | Coordinated by Provider/PCP | **Mandatory**: Employee is responsible for contacting CIGNA Healthcare. Penalties for non-compliance:<br><br>• 50% penalty applied to hospital inpatient charges for failure to contact CIGNA Healthcare to precertify admission.<br><br>• Benefits are denied for any admission reviewed by CIGNA Healthcare and not certified.<br><br>• Benefits are denied for any additional days not certified by CIGNA Healthcare. |
| **Outpatient Prior Authorization (required for selected outpatient procedures and diagnostic testing).** | Coordinated by Provider/PCP | **Mandatory**: Employee is responsible for contacting CIGNA Healthcare.  Penalties for non-compliance:<br><br>• 50% penalty applied to outpatient procedures/diagnostic testing charges for failure to contact CIGNA Healthcare to precertify admission.<br><br>• Benefits are denied for any outpatient procedures/diagnostic testing reviewed by CIGNA Healthcare and not certified. |
| **Case Management** | Coordinated by CIGNA HealthCare. This is a service designated to provide assistance to a patient who is at risk of developing medical complexities or for whom a health incident has precipitated a need for rehabilitation or additional health care support. The program strives to attain a balance between quality and cost-effective care while maximizing the patient's quality of life. | |

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393854



**CIGNA HealthCare**

| BENEFITS HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Emergency Services** | | |
| Physician Office Visit | | |
|     Primary Care Physician | 85% of allowable after plan deductible | Same as in-network benefit (except if not a true emergency, then 50% of allowable after deductible) |
|     Specialty Care Physician | 85% of allowable after plan deductible | |
| Hospital Emergency Room | $150 per visit copay plus 85% of allowable after plan deductible * | Same as in-network benefit (except if not a true emergency, then 50% of allowable after deductible) * |
| Outpatient Professional services (radiology, pathology and ER physician) | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Urgent Care Facility | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Ambulance | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| | * If an ER or UC visit leads to an inpatient hospital admission, then the ER/UC copay will be waived. A person will be considered admitted to an inpatient hospital if he is a registered bed patient in a hospital upon the recommendation of a physician. | * If an ER or UC visit leads to an inpatient hospital admission, then the ER/UC copay will be waived. A person will be considered admitted to an inpatient hospital if he is a registered bed patient in a hospital upon the recommendation of a physician. |
| **Inpatient Services at Other Health Care Facilities**<br><br>Includes: Skilled Nursing Facility, Rehabilitation Hospital and Sub-Acute Facilities<br><br>**Maximum** (combined for all facilities listed above):  60 days per calendar year | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Laboratory and Radiology Services (includes pre-admission testing)** | | |
| Emergency Room/Urgent Care Facility | 85% of allowable after plan deductible | Same as in-network benefit (except if not a true emergency, then 50% of allowable after deductible) |
| All Other Locations | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans, PET Scans, etc.)** | | **Note: Subject to prior authorization.** |
| Emergency Room/Urgent Care Facility | 85% of allowable after plan deductible | Same as in-network benefit (except if not a true emergency, then 50% of allowable after deductible) |
| All Other Locations | 85% of allowable after plan deductible | 50% of allowable after plan deductible |

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393855



**CIGNA HealthCare**

| BENEFITS HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Outpatient Short Term Rehabilitative Therapy**<br>**Maximum**: Unlimited days per calendar year for all therapies combined<br>**Benefit Includes**:<br>• Cardiac Rehabilitation<br>• Speech Therapy<br>• Occupational Therapy<br>• Pulmonary Rehab<br>• Cognitive Therapy | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Physical Therapy**<br>**Maximum**: 50 days per calendar year | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Chiropractic Care & Acupuncture/Acupressure**<br>Office Visit<br>**Calendar Year Maximum:** 20 days for all combined<br>**Lifetime Maximum:** 50 days for all combined<br>*Note: Lifetime maximums follow covered members from plan to plan.* | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Home Health Care**<br>**Maximum:** 90 days per calendar year (includes outpatient private duty nursing when approved as medically necessary)<br>*Note: The maximum number of hours per day is limited to 16 hours. Multiple visits can occur in one day; with a visit defined as a period of 2 hours or less (e.g. maximum of 8 visits per day).* | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Hospice**<br>Inpatient Services<br>Outpatient Services | <br>100% of allowable, no plan deductible<br>100% of allowable, no plan deductible | <br>50% of allowable after plan deductible<br>50% of allowable after plan deductible |
| **Bereavement Counseling**<br>Services provided as part of Hospice Care Program:<br>    Inpatient<br>    Outpatient<br>Services provided by a Mental Health Professional | <br><br>85% of allowable after plan deductible<br>85% of allowable after plan deductible<br>Covered under Mental Health Benefit | <br><br>50% of allowable after plan deductible<br>50% of allowable after plan deductible<br>Covered under Mental Health Benefit |

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393856



**CIGNA HealthCare**

| BENEFITS HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Maternity** | | |
| **Applicable to Employee and Dependent Spouse Only** | | |
| Initial Visit to Confirm Pregnancy | | |
|     Primary Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
|     Specialty Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| All Subsequent Prenatal Visits, Postnatal Visits, and Physician's Delivery Charges (i.e. global maternity fee) | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Physician Office Visit in addition to the global maternity fee when performed by an OB or Specialist. | | |
|     Primary Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
|     Specialty Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Delivery – Facility (Inpatient Hospital, Birthing Center) | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Abortion** | | |
| **Includes non-elective or medically necessary procedures only** | | |
| Inpatient Facility | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Outpatient Surgical Facility | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Physician Office Visit | | |
|     Primary Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
|     Specialty Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Outpatient Professional Services | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Inpatient Professional Services | 85% of allowable after plan deductible | 50% of allowable after plan deductible |

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393857



| BENEFITS HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Family Planning** | | |
| Office Visits, Lab and Radiology Tests, and Counseling | | |
|     Primary Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
|     Specialty Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| *Note: The standard benefit will include coverage for Contraceptives Devices (e.g. Depo-Provera, Norplant and Intrauterine Devices (IUDs). Diaphragms will also be covered when services are provided in the physician's office.* | | |
| **Surgical Sterilization Procedures for Vasectomy/Tubal Ligations (exclude reversals)** | | |
| Physician Office Visit | | |
|     Primary Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
|     Specialty Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Inpatient Facility | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Outpatient Surgical Facility | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Physician's Services | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Infertility Treatment**<br><br>Coverage will be provided for the treatment of an underlying medical condition up to the point an infertility condition is diagnosed. Services will be covered as any other illness.<br><br>Services not covered include:<br><br>• Testing performed specifically to determine the cause of infertility.<br><br>• Treatment and/or procedures performed specifically to restore fertility (e.g. procedures to correct an infertility condition).<br><br>• Artificial means of becoming pregnant (e.g. Artificial Insemination, In-vitro, GIFT, ZIFT, etc). | Not Covered | Not Covered |

CONFIDENTIAL

CIGNA01393858



**CIGNA HealthCare**

| BENEFITS HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Organ Transplants**<br>Includes all medically appropriate, non-experimental transplants<br>Inpatient Facility<br>    Lifesource Facilities<br>    Non-Lifesource Facilities<br>Physician's Services<br>    Lifesource Facilities<br>    Non-Lifesource Facilities<br>**Travel Services Maximum** (Only available for Lifesource facilities): $5,000/transplant | <br><br><br><br>100%, no deductible<br>85% of allowable after plan deductible<br><br>100%, no deductible<br>85% of allowable after plan deductible | <br><br><br><br><br>50% of allowable after plan deductible<br><br><br>50% of allowable after plan deductible |
| **Durable Medical Equipment** | 85% of allowable after plan deductible | 85% of allowable after plan deductible |
| **External Prosthetic Appliances** | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Hearing Aids**<br>**Maximum:** $1,200 per every four (4) calendar years | 85% of allowable after plan deductible | 85% of allowable after plan deductible |
| **Wigs**<br>**Maximum:** $150 per calendar year | 85% of allowable after plan deductible | 85% of allowable after plan deductible |
| **Compression Stockings**<br>**Maximum:** 8 single stockings per calendar year | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Custom Shoes**<br>*Note:  Includes HCPCS codes A5500-A5509*<br>**Maximum:** $500 per calendar year | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Orthotics**<br>*Note: Includes HCPCS Codes: L3000-L3031* | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Nutritional Counseling**<br>**Maximum:** 8 visits per calendar year | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Mammoplasty/Breast Reduction Surgery**<br>*Note: Subject to standard CIGNA medical necessity guidelines.*<br>**Maximum:** $6,000 per lifetime | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Refractive Surgery**<br>*(Including, but not limited to LASIK, Radial Keratotomy, etc.)*<br>*Note: Individual must be covered under a Boyd Gaming medical plan for 5 years.*<br>**Maximum:** $2,000 per lifetime | 85% of allowable after plan deductible | 50% of allowable after plan deductible |

CONFIDENTIAL

CIGNA01393859



**CIGNA HealthCare**

| BENEFITS HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Dental Care (Medical Plan)**<br>Charges made for services or supplies provided for or in connection with an accidental injury to sound natural teeth are covered provided a continuous course of dental treatment is started within 90 days of the accident. Treatment must be completed within 12 months of the accident. Sound natural teeth are defined as natural teeth that are free of active clinical decay, have at least 50% bony support and are functional in the arch. | | |
| Physician Office Visit | | |
|     Primary Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
|     Specialty Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Inpatient Facility | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Outpatient Surgical Facility | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Physician's Services | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Surgical and Non-Surgical TMJ**<br>Provided on a limited, case by case basis. This excludes appliances and orthodontic treatment. Subject to medical necessity. | | |
| Physician Office Visit | | |
|     Primary Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
|     Specialty Care Physician | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Inpatient Facility | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Outpatient Surgical Facility | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| Physician's Services | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Maximum:** $1,000 per lifetime (applies to both surgical and non-surgical services) | | |
| **Employee Assistance Program (EAP)** | This program includes the following services:<br>• Access to assistance 24 hours a day, 365 days a year<br>• Up to 3 assessment or problem resolution sessions per member per calendar year<br>• Referral and follow-up<br>• Work/life services, including consultation, resource and referral for dependent care, legal and financial referral services, and other work/life referrals. | |

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393860



**CIGNA HealthCare**

| BENEFITS HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Mental Health/Substance Abuse** | **Please note the following regarding Mental Health (MH) and Substance Abuse (SA) benefit administration:**<br>• Substance Abuse includes Alcohol and Drug Abuse services. | |
| **Inpatient Mental Health** | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Outpatient Mental Health** | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Inpatient Substance Abuse (Alcohol & Drug)** | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **Outpatient Substance Abuse (Alcohol & Drug)** | 85% of allowable after plan deductible | 50% of allowable after plan deductible |
| **MH/SA Utilization Review, Case Management and Programs** | Inpatient Management Only (FFS):<br>• CBH provides utilization review and case management for In-network Inpatient Services. | |
| **Maximum Reimbursable Charge (for Out-of-Network Charges Only)**<br>Determined based on the lesser of the provider's normal charge for a similar service or supply; or a percentage of a fee schedule developed by CIGNA that is based upon a methodology similar to methodology utilized by Medicare to determine the allowable fee for the same or similar service within the geographic market.<br>**Note:** The provider may bill the member the difference between the provider's normal charge and the Maximum Reimbursable Charge as determined by the benefit plan, in addition to applicable deductibles, copayments and coinsurance. | Not Applicable | 110% |

CONFIDENTIAL

CIGNA01393861


**CIGNA HealthCare**

# Open Access Plus Medical Benefits

## Certification Requirements - Out-of-Network

### For You and Your Dependents
### Pre-Admission Certification/Continued Stay Review for Hospital Confinement

Pre-Admission Certification (PAC) and Continued Stay Review (CSR) refer to the process used to certify the Medical Necessity and length of a Hospital Confinement when you or your Dependent require treatment in a Hospital:

- as a registered bed patient;
- for a Partial Hospitalization for the treatment of Mental Health or Substance Abuse;
- for Mental Health or Substance Abuse Residential Treatment Services.

You or your Dependent should request PAC prior to any non-emergency treatment in a Hospital described above. In the case of an emergency admission, you should contact the Review Organization by calling the toll-free telephone number on your ID card within 48 hours after the admission. For an admission due to pregnancy, you should contact the Review Organization by calling the toll-free telephone number on your ID card by the end of the third month of pregnancy. CSR should be requested, prior to the end of the certified length of stay, for continued Hospital Confinement.

Covered Expenses incurred will be reduced by 50% for Hospital charges made for each separate admission to the Hospital:

- unless PAC is received: (a) prior to the date of admission; or (b) in the case of an emergency admission, within 48 hours after the date of admission.

Covered Expenses incurred for which benefits would otherwise be payable under this plan for the charges listed below will not include:

- Hospital charges for Bed and Board, for treatment listed above for which PAC was performed, which are made for any day in excess of the number of days certified through PAC or CSR; and
- any Hospital charges for treatment listed above for which PAC was requested, but which was not certified as Medically Necessary.

PAC and CSR are performed through a utilization review program by a Review Organization with which CIGNA has contracted.

In any case, those expenses incurred for which payment is excluded by the terms set forth above will not be considered as expenses incurred for the purpose of any other part of this plan, except for the "Coordination of Benefits" section.

## Outpatient Certification Requirements Out-of-Network

Outpatient Certification refers to the process used to certify the Medical Necessity of outpatient diagnostic testing and outpatient procedures, including, but not limited to, those listed in this section when performed as an outpatient in a Free-standing Surgical Facility, Other Health Care Facility or a Physician's office. You or your Dependent should call the toll-free number on the back of your I.D. card to determine if Outpatient Certification is required prior to any outpatient diagnostic testing or procedures. Outpatient Certification is performed through a utilization review program by a Review Organization with which CIGNA has contracted. Outpatient Certification should only be requested for nonemergency procedures or services, and should be requested by you or your Dependent at least four working days (Monday through Friday) prior to having the procedure performed or the service rendered.

Covered Expenses incurred will be reduced by 50% for charges made for any outpatient diagnostic testing or procedure performed unless Outpatient Certification is received prior to the date the testing or procedure is performed.

Covered Expenses incurred will not include expenses incurred for charges made for outpatient diagnostic testing or procedures for which Outpatient Certification was performed, but, which was not certified as Medically Necessary.

In any case, those expenses incurred for which payment is excluded by the terms set forth above will not be considered as expenses incurred for the purpose of any other part of this plan, except for the "Coordination of Benefits" section.

### Diagnostic Testing and Outpatient Procedures

Including, but not limited to:

Advanced radiological imaging – CT Scans, MRI, MRA or PET scans.

Hysterectomy

## Prior Authorization/Pre-Authorized

The term Prior Authorization means the approval that a Participating Provider must receive from the Review Organization, prior to services being rendered, in order for certain services and benefits to be covered under this policy.

CONFIDENTIAL

CIGNA01393862


**CIGNA HealthCare**

Services that require Prior Authorization include, but are not limited to:

- inpatient Hospital services;
- inpatient services at any participating Other Health Care Facility;
- residential treatment;
- outpatient facility services;
- advanced radiological imaging;
- nonemergency ambulance; or
- transplant services.

## Covered Expenses

The term Covered Expenses means the expenses incurred by or on behalf of a person for the charges listed below if they are incurred after he becomes insured for these benefits. Expenses incurred for such charges are considered Covered Expenses to the extent that the services or supplies provided are recommended by a Physician, and are Medically Necessary for the care and treatment of an Injury or a Sickness, as determined by CIGNA. **Any applicable Copayments, Deductibles or limits are shown in The Schedule.**

**Covered Expenses**

- charges made by a Hospital, on its own behalf, for Bed and Board and other Necessary Services and Supplies; except that for any day of Hospital Confinement, Covered Expenses will not include that portion of charges for Bed and Board which is more than the Bed and Board Limit shown in The Schedule.
- charges for licensed ambulance service to or from the nearest Hospital where the needed medical care and treatment can be provided.
- charges made by a Hospital, on its own behalf, for medical care and treatment received as an outpatient.
- charges made by a Free-Standing Surgical Facility, on its own behalf for medical care and treatment.
- charges made on its own behalf, by an Other Health Care Facility, including a Skilled Nursing Facility, a Rehabilitation Hospital or a subacute facility for medical care and treatment; except that for any day of Other Health Care Facility confinement, Covered Expenses will not include that portion of charges which are in excess of the Other Health Care Facility Daily Limit shown in The Schedule.
- charges made for Emergency Services and Urgent Care.
- charges made by a Physician or a Psychologist for professional services.

- charges made by a Nurse, other than a member of your family or your Dependent's family, for professional nursing service.
- charges made for anesthetics and their administration; diagnostic x-ray and laboratory examinations; x-ray, radium, and radioactive isotope treatment; chemotherapy; blood transfusions; oxygen and other gases and their administration.
- charges for appropriate counseling, medical services connected with surgical therapies, including vasectomy and tubal ligation.
- charges made for laboratory services, radiation therapy and other diagnostic and therapeutic radiological procedures.
- charges made for Family Planning, including medical history, physical exam, related laboratory tests, medical supervision in accordance with generally accepted medical practices, other medical services, information and counseling on contraception, implanted/injected contraceptives, after appropriate counseling, medical services connected with surgical therapies (tubal ligations, vasectomies).
- charges made for the following preventive care services (detailed information is available at www.healthcare.gov/center/regulations/prevention/ recommendations.html):
  (1) evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the United States Preventive Services Task Force;
  (2) immunizations that have in effect a recommendation from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention with respect to the Covered Person involved;
  (3) for infants, children, and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration;
  (4) for women, such additional preventive care and screenings not described in paragraph (1) as provided for in comprehensive guidelines supported by the Health Resources and Services Administration.
- surgical or nonsurgical treatment of TMJ Dysfunction.
- charges made for acupuncture/acupressure.
- hearing aids, including but not limited to semi-implantable hearing devices, audiant bone conductors and Bone Anchored Hearing Aids (BAHAs), subject to the maximum shown in the Schedule. A hearing aid is any device that amplifies sound.

27

CONFIDENTIAL

CIGNA01393863



**CIGNA HealthCare**

- charges made for wigs, subject to the maximum shown in the Schedule.

- charges made for breast reduction services, subject to the maximum shown in the Schedule.

- charges made for refractive surgeries, including Lasik surgery, subject to the maximum shown in the Schedule. Members are not eligible for these services unless they have been covered under a Boyd Gaming Medical plan for at least five (5) years.

- orthognathic surgery to repair or correct a severe facial deformity or disfigurement that orthodontics alone can not correct, provided:

  - the deformity or disfigurement is accompanied by a documented clinically significant functional impairment, and there is a reasonable expectation that the procedure will result in meaningful functional improvement; or

  - the orthognathic surgery is Medically Necessary as a result of tumor, trauma, disease or;

  - the orthognathic surgery is performed prior to age 19 and is required as a result of severe congenital facial deformity or congenital condition.

Repeat or subsequent orthognathic surgeries for the same condition are covered only when the previous orthognathic surgery met the above requirements, and there is a high probability of significant additional improvement as determined by the utilization review Physician.

**Genetic Testing**

- charges made for genetic testing that uses a proven testing method for the identification of genetically-linked inheritable disease. Genetic testing is covered only if:

  - a person has symptoms or signs of a genetically-linked inheritable disease;

  - it has been determined that a person is at risk for carrier status as supported by existing peer-reviewed, evidence-based, scientific literature for the development of a genetically-linked inheritable disease when the results will impact clinical outcome; or

  - the therapeutic purpose is to identify specific genetic mutation that has been demonstrated in the existing peer-reviewed, evidence-based, scientific literature to directly impact treatment options.

Pre-implantation genetic testing, genetic diagnosis prior to embryo transfer, is covered when either parent has an inherited disease or is a documented carrier of a genetically-linked inheritable disease.

Genetic counseling is covered if a person is undergoing approved genetic testing, or if a person has an inherited disease and is a potential candidate for genetic testing. Genetic

counseling is limited to 3 visits per calendar year for both pre- and postgenetic testing.

**Nutritional Evaluation**

- charges made for nutritional evaluation and counseling when diet is a part of the medical management of a documented organic disease, subject to the maximum shown in the Schedule.

**Internal Prosthetic/Medical Appliances**

- charges made for internal prosthetic/medical appliances that provide permanent or temporary internal functional supports for nonfunctional body parts are covered. Medically Necessary repair, maintenance or replacement of a covered appliance is also covered.

- charges made by a Hospital for maternity coverage will include coverage for mother and child for at least 48 hours of inpatient care following a vaginal delivery and at least 96 hours of inpatient care following a cesarean section. Less time may be provided if the attending Physician feels it is appropriate as deemed by the American College of Obstetricians and Gynecologists.

- charges for a drug that has been prescribed for the treatment of cancer for which use of the drug has not been approved by the U.S. Food and Drug Administration if that drug has been recognized as a treatment for cancer in one of the standard reference compendia or supported by articles in accepted, peer-reviewed medical literature. Coverage will also be provided for any medical services necessary to administer the drug.

- charges for colorectal cancer screening in accordance with: (a) the guidelines concerning colorectal cancer screening published by the American Cancer Society; or (b) other guidelines or reports concerning colorectal cancer screening which are published by nationally-recognized professional organizations and which include current or prevailing supporting scientific data, subject to the maximum shown in the Schedule.

**Clinical Trials**

- charges made for medical treatment which a Covered Person receives as part of a clinical trial or study if:

  (a) the medical treatment is provided in a Phase I, Phase II, Phase III or Phase IV study or clinical trial for the treatment of cancer or chronic fatigue syndrome;

  (b) the clinical trial or study is approved by:

  - an agency of the National Institutes of Health;

  - a cooperative group;

  - the FDA as an application for a new investigational drug;

  - the United State Department of Veteran Affairs; or

CONFIDENTIAL

CIGNA01393864


**CIGNA HealthCare**

- the United States Department of Defense;

(c) the medical treatment is provided by a provider of health care and the facility and personnel have the experience and training to provide the treatment in a capable manner;

(d) there is no medical treatment available which is considered a more appropriate alternative medical treatment than the medical treatment provided in the clinical trial or study;

(e) there is reasonable expectation based on clinical data that the medical treatment provided in the clinical trial or study will be at least as effective as any other medical treatment;

(f) the clinical trial or study is conducted in Nevada; and

(g) the Covered Person has signed, before his or her participation in the clinical trial or study, a statement of consent indicating that he or she has been informed of, without limitation:

- the procedure to be undertaken;
- alternative methods of treatment; and
- the risks associated with participation in the clinical trial or study, including, without limitation, the general nature and extent of such risks.

Coverage for medical treatment is limited to:

(a) coverage for any drug or device that is approved for sale by the FDA without regard to whether the approved drug or device has been approved for use in the medical treatment of the trial or study participant;

(b) the cost of any reasonably necessary health care services that are required as a result of the medical treatment provided in the clinical trial or study, or as a result if any complication arising out of the medical treatment provided in the clinical trial or study, to the extent that such health care services would otherwise be covered under the Employer's policy;

(c) the cost of any routine health care services that would otherwise be covered under the policy for a Covered Person participating on a Phase I clinical trial or study;

(d) the initial consultation to determine whether the Covered Person is eligible to participate in the clinical trial or study;

(e) health care services required for clinically appropriate participant monitoring during a Phase II, III or IV clinical trial or study;

(f) health care services which are required for clinically appropriate participant monitoring during a Phase I clinical trial or study and which are not directly related to the clinical trial or study.

Coverage for medical treatment does not include:

(a) any portion of the clinical trial or study that is customarily paid for by a government or by a biotechnical, pharmaceutical or medical industry;

(b) coverage for a drug or device which is paid for by the manufacturer, distributor or provider of the drug or device;

(c) health care services that are specifically excluded from coverage under the group policy, regardless of whether such services are provided under the clinical trial or study;

(d) health care services that are customarily provided by the sponsors of the clinical trial or study free of charge to participants;

(e) extraneous expenses related to participation in the clinical trial or study, including, without limitation, travel, housing, and other expenses a participant might incur;

(f) any expenses incurred by a person who accompanies the participant during the clinical trial or study;

(g) any item or service that is provided solely to satisfy a need or desire for data collection or analysis that is not directly related to the clinical management of the participant;

(h) any costs for the management of research relating to the clinical trial or study.

- charges for the following expenses for insulin and noninsulin-dependent diabetics, as well as covered individuals who have elevated blood sugar levels due to pregnancy or other medical conditions:

  - Durable Medical Equipment, including podiatric appliances, related to diabetes. A special maximum will not apply.

  - insulin; syringes; prefilled insulin cartridges for the blind; oral blood sugar control agents; glucose test strips; visual reading ketone strips; urine test strips; lancets; and alcohol swabs.

  - training by a Physician, including a podiatrist with recent education in diabetes management, but limited to the following:

    (a) Medically Necessary visits when diabetes is diagnosed;
    (b) visits following a diagnosis of a significant change in the symptoms or conditions that warrant change in self-management;
    (c) visits when reeducation or refresher training is prescribed by the Physician; and

CONFIDENTIAL

CIGNA01393865



**CIGNA HealthCare**

(d) medical nutrition therapy related to diabetes management.

- charges for outpatient services related to contraceptives or hormone replacement therapy. Coverage includes any type of drug or device for contraception and any type of lawfully prescribed or ordered hormone replacement therapy which has been approved by the U.S. Food and Drug Administration (FDA).

**Home Health Services**

- charges made for Home Health Services when you: (a) require skilled care; (b) are unable to obtain the required care as an ambulatory outpatient; and (c) do not require confinement in a Hospital or Other Health Care Facility.

Home Health Services are provided only if CIGNA has determined that the home is a medically appropriate setting. If you are a minor or an adult who is dependent upon others for nonskilled care and/or custodial services (e.g., bathing, eating, toileting), Home Health Services will be provided for you only during times when there is a family member or care giver present in the home to meet your nonskilled care and/or custodial services needs.

Home Health Services are those skilled health care services that can be provided during visits by Other Health Care Professionals. The services of a home health aide are covered when rendered in direct support of skilled health care services provided by Other Health Care Professionals. A visit is defined as a period of 2 hours or less. Home Health Services are subject to a maximum of 16 hours in total per day. Necessary consumable medical supplies and home infusion therapy administered or used by Other Health Care Professionals in providing Home Health Services are covered. Home Health Services do not include services by a person who is a member of your family or your Dependent's family or who normally resides in your house or your Dependent's house even if that person is an Other Health Care Professional. Skilled nursing services or private duty nursing services provided in the home are subject to the Home Health Services benefit terms, conditions and benefit limitations. Physical, occupational, and other Short-Term Rehabilitative Therapy services provided in the home are not subject to the Home Health Services benefit limitations in the Schedule, but are subject to the benefit limitations described under Short-term Rehabilitative Therapy Maximum shown in The Schedule.

**Hospice Care Services**

- charges made for a person who has been diagnosed as having six months or fewer to live, due to Terminal Illness, for the following Hospice Care Services provided under a Hospice Care Program:
  - by a Hospice Facility for Bed and Board and Services and Supplies;

  - by a Hospice Facility for services provided on an outpatient basis;
  - by a Physician for professional services;
  - by a Psychologist, social worker, family counselor or ordained minister for individual and family counseling;
  - for pain relief treatment, including drugs, medicines and medical supplies;
  - by an Other Health Care Facility for:
    - part-time or intermittent nursing care by or under the supervision of a Nurse;
    - part-time or intermittent services of an Other Health Care Professional;
    - physical, occupational and speech therapy;
    - medical supplies; drugs and medicines lawfully dispensed only on the written prescription of a Physician; and laboratory services; but only to the extent such charges would have been payable under the policy if the person had remained or been Confined in a Hospital or Hospice Facility.

The following charges for Hospice Care Services are not included as Covered Expenses:

- for the services of a person who is a member of your family or your Dependent's family or who normally resides in your house or your Dependent's house;
- for any period when you or your Dependent is not under the care of a Physician;
- for services or supplies not listed in the Hospice Care Program;
- for any curative or life-prolonging procedures;
- to the extent that any other benefits are payable for those expenses under the policy;
- for services or supplies that are primarily to aid you or your Dependent in daily living.

**Mental Health and Substance Abuse Services**

**Mental Health Services** are services that are required to treat a disorder that impairs the behavior, emotional reaction or thought processes. In determining benefits payable, charges made for the treatment of any physiological conditions related to Mental Health will not be considered to be charges made for treatment of Mental Health.

**Substance Abuse** is defined as the psychological or physical dependence on alcohol or other mind-altering drugs that requires diagnosis, care, and treatment. In determining benefits payable, charges made for the treatment of any physiological conditions related to rehabilitation services for alcohol or drug abuse or addiction will not be considered to be charges made for treatment of Substance Abuse.

CONFIDENTIAL

CIGNA01393866

 **CIGNA HealthCare**

## Inpatient Mental Health Services

Services that are provided by a Hospital while you or your Dependent is Confined in a Hospital for the treatment and evaluation of Mental Health. Inpatient Mental Health Services include Partial Hospitalization and Mental Health Residential Treatment Services.

Inpatient Mental Health services are exchangeable with **Partial Hospitalization** sessions when services are provided for not less than 4 hours and not more than 12 hours in any 24-hour period. The exchange for services will be two Partial Hospitalization sessions are equal to one day of inpatient care.

Mental Health Residential Treatment Services are services provided by a Hospital for the evaluation and treatment of the psychological and social functional disturbances that are a result of subacute Mental Health conditions.

Mental Health Residential Treatment services are exchanged with Inpatient Mental Health services at a rate of two days of Mental Health Residential Treatment being equal to one day of Inpatient Mental Health Treatment.

Mental Health Residential Treatment Center means an institution which (a) specializes in the treatment of psychological and social disturbances that are the result of Mental Health conditions; (b) provides a subacute, structured, psychotherapeutic treatment program, under the supervision of Physicians; (c) provides 24-hour care, in which a person lives in an open setting; and (d) is licensed in accordance with the laws of the appropriate legally authorized agency as a residential treatment center.

A person is considered confined in a Mental Health Residential Treatment Center when she/he is a registered bed patient in a Mental Health Residential Treatment Center upon the recommendation of a Physician.

## Outpatient Mental Health Services

Services of Providers who are qualified to treat Mental Health when treatment is provided on an outpatient basis, while you or your Dependent is not Confined in a Hospital, and is provided in an individual, group or Mental Health Intensive Outpatient Therapy Program. Covered services include, but are not limited to, outpatient treatment of conditions such as: anxiety or depression which interfere with daily functioning; emotional adjustment or concerns related to chronic conditions, such as psychosis or depression; emotional reactions associated with marital problems or divorce; child/adolescent problems of conduct or poor impulse control; affective disorders; suicidal or homicidal threats or acts; eating disorders; or acute exacerbation of chronic Mental Health conditions (crisis intervention and relapse prevention) and outpatient testing and assessment.

A Mental Health Intensive Outpatient Therapy Program consists of distinct levels or phases of treatment that are provided by a certified/licensed Mental Health program.

Intensive Outpatient Therapy Programs provide a combination of individual, family and/or group therapy in a day, totaling nine or more hours in a week. Mental Health Intensive Outpatient Therapy Program services are exchanged with Outpatient Mental Health services at a rate of one visit of Mental Health Intensive Outpatient Therapy being equal to one visit of Outpatient Mental Health Services.

## Inpatient Substance Abuse Rehabilitation Services

Services provided for rehabilitation, while you or your Dependent is Confined in a Hospital, when required for the diagnosis and treatment of abuse or addiction to alcohol and/or drugs. Inpatient Substance Abuse Services include Partial Hospitalization sessions and Residential Treatment services.

Inpatient Substance Abuse services are exchangeable with **Partial Hospitalization** sessions when services are provided for not less than 4 hours and not more than 12 hours in any 24-hour period. The exchange for services will be two Partial Hospitalization sessions are equal to one day of inpatient care.

**Substance Abuse Residential Treatment Services** are services provided by a Hospital for the evaluation and treatment of the psychological and social functional disturbances that are a result of subacute Substance Abuse conditions.

Substance Abuse Residential Treatment services are exchanged with Inpatient Substance Abuse services at a rate of two days of Substance Abuse Residential Treatment being equal to one day of Inpatient Substance Abuse Treatment.

**Substance Abuse Residential Treatment Center** means an institution which (a) specializes in the treatment of psychological and social disturbances that are the result of Substance Abuse; (b) provides a subacute, structured, psychotherapeutic treatment program, under the supervision of Physicians; (c) provides 24-hour care, in which a person lives in an open setting; and (d) is licensed in accordance with the laws of the appropriate legally authorized agency as a residential treatment center.

A person is considered confined in a Substance Abuse Residential Treatment Center when she/he is a registered bed patient in a Substance Abuse Residential Treatment Center upon the recommendation of a Physician.

## Outpatient Substance Abuse Rehabilitation Services

Services provided for the diagnosis and treatment of abuse or addiction to alcohol and/or drugs, while you or your Dependent is not Confined in a Hospital, including outpatient rehabilitation in an individual, or a Substance Abuse Intensive Outpatient Therapy Program.

A Substance Abuse Intensive Outpatient Therapy Program consists of distinct levels or phases of treatment that are provided by a certified/licensed Substance Abuse program. Intensive Outpatient Therapy Programs provide a combination

CONFIDENTIAL

CIGNA01393867

 **CIGNA HealthCare**

of individual, family and/or group therapy in a day, totaling nine, or more hours in a week. Substance Abuse Intensive Outpatient Therapy Program services are exchanged with Outpatient Substance Abuse services at a rate of one visit of Substance Abuse Intensive Outpatient Therapy being equal to one visit of Outpatient Substance Abuse Rehabilitation Services.

**Substance Abuse Detoxification Services**

Detoxification and related medical ancillary services are provided when required for the diagnosis and treatment of addiction to alcohol and/or drugs. CIGNA will decide, based on the Medical Necessity of each situation, whether such services will be provided in an inpatient or outpatient setting.

**Exclusions**

The following are specifically excluded from Mental Health and Substance Abuse Services:

- Any court ordered treatment or therapy, or any treatment or therapy ordered as a condition of parole, probation or custody or visitation evaluations unless Medically Necessary and otherwise covered under this policy or agreement.
- Treatment of disorders which have been diagnosed as organic mental disorders associated with permanent dysfunction of the brain.
- Developmental disorders, including but not limited to, developmental reading disorders, developmental arithmetic disorders, developmental language disorders or developmental articulation disorders.
- Counseling for activities of an educational nature.
- Counseling for borderline intellectual functioning.
- Counseling for occupational problems.
- Counseling related to consciousness raising.
- Vocational or religious counseling.
- I.Q. testing.
- Custodial care, including but not limited to geriatric day care.
- Psychological testing on children requested by or for a school system.
- Occupational/recreational therapy programs even if combined with supportive therapy for age-related cognitive decline.

**Durable Medical Equipment**

- charges made for purchase or rental of Durable Medical Equipment for use outside a Hospital or Other Health Care Facility. Coverage for repair, replacement or duplicate equipment is provided only when required due to anatomical change and/or reasonable wear and tear. All maintenance and repairs that result from a person's misuse

are the person's responsibility. Coverage for Durable Medical Equipment is limited to the lowest-cost alternative as determined by the Medical Director.

Durable Medical Equipment is defined as items which are designed for and able to withstand repeated use by more than one person; customarily serve a medical purpose; generally are not useful in the absence of Injury or Sickness; are appropriate for use in the home; and are not disposable. Such equipment includes, but is not limited to, crutches, hospital beds, respirators, wheel chairs, and dialysis machines.

Durable Medical Equipment items that are not covered include but are not limited to those that are listed below:

- **Bed Related Items:** bed trays, over the bed tables, bed wedges, pillows, custom bedroom equipment, mattresses, including nonpower mattresses, custom mattresses and posturepedic mattresses.
- **Bath Related Items:** bath lifts, nonportable whirlpools, bathtub rails, toilet rails, raised toilet seats, bath benches, bath stools, hand held showers, paraffin baths, bath mats, and spas.
- **Chairs, Lifts and Standing Devices:** computerized or gyroscopic mobility systems, roll about chairs, geriatric chairs, hip chairs, seat lifts (mechanical or motorized), patient lifts (mechanical or motorized – manual hydraulic lifts are covered if patient is two-person transfer), and auto tilt chairs.
- **Fixtures to Real Property:** ceiling lifts and wheelchair ramps.
- **Car/Van Modifications.**
- **Air Quality Items:** room humidifiers, vaporizers, air purifiers and electrostatic machines.
- **Blood/Injection Related Items:** blood pressure cuffs, centrifuges, nova pens and needleless injectors.
- **Other Equipment:** heat lamps, heating pads, cryounits, cryotherapy machines, electronic-controlled therapy units, ultraviolet cabinets, sheepskin pads and boots, postural drainage board, AC/DC adaptors, enuresis alarms, magnetic equipment, scales (baby and adult), stair gliders, elevators, saunas, any exercise equipment and diathermy machines.

**External Prosthetic Appliances and Devices**

- charges made or ordered by a Physician for: the initial purchase and fitting of external prosthetic appliances and devices available only by prescription which are necessary for the alleviation or correction of Injury, Sickness or congenital defect.

External prosthetic appliances and devices shall include prostheses/prosthetic appliances and devices, orthoses and orthotic devices; braces; and splints.

CONFIDENTIAL

CIGNA01393868



**CIGNA HealthCare**

**Prostheses/Prosthetic Appliances and Devices**

Prostheses/prosthetic appliances and devices are defined as fabricated replacements for missing body parts. Prostheses/prosthetic appliances and devices include, but are not limited to:

- basic limb prostheses;
- terminal devices such as hands or hooks; and
- speech prostheses.

**Orthoses and Orthotic Devices**

Orthoses and orthotic devices are defined as orthopedic appliances or apparatuses used to support, align, prevent or correct deformities. Coverage is provided for custom foot orthoses and other orthoses as follows:

- Nonfoot orthoses – only the following nonfoot orthoses are covered:
  - rigid and semirigid custom fabricated orthoses,
  - semirigid prefabricated and flexible orthoses; and
  - rigid prefabricated orthoses including preparation, fitting and basic additions, such as bars and joints.
- Custom foot orthoses – custom foot orthoses are only covered as follows:
  - for persons with impaired peripheral sensation and/or altered peripheral circulation (e.g. diabetic neuropathy and peripheral vascular disease);
  - when the foot orthosis is an integral part of a leg brace and is necessary for the proper functioning of the brace;
  - when the foot orthosis is for use as a replacement or substitute for missing parts of the foot (e.g. amputated toes) and is necessary for the alleviation or correction of Injury, Sickness or congenital defect; and
  - for persons with neurologic or neuromuscular condition (e.g. cerebral palsy, hemiplegia, spina bifida) producing spasticity, malalignment, or pathological positioning of the foot and there is reasonable expectation of improvement.

Custom foot orthoses and orthopedic shoes for reasons other than those listed above are subject to the maximum shown in the Schedule.

The following are specifically excluded orthoses and orthotic devices:

- prefabricated foot orthoses;
- cranial banding and/or cranial orthoses. Other similar devices are excluded except when used postoperatively for synostotic plagiocephaly. When used for this indication, the cranial orthosis will be subject to the limitations and maximums of the External Prosthetic Appliances and Devices benefit;

- orthoses primarily used for cosmetic rather than functional reasons; and
- orthoses primarily for improved athletic performance or sports participation.

**Braces**

A Brace is defined as an orthosis or orthopedic appliance that supports or holds in correct position any movable part of the body and that allows for motion of that part.

The following braces are specifically excluded: Copes scoliosis braces.

**Splints**

A Splint is defined as an appliance for preventing movement of a joint or for the fixation of displaced or movable parts.

Coverage for replacement of external prosthetic appliances and devices is limited to the following:

- Replacement due to regular wear. Replacement for damage due to abuse or misuse by the person will not be covered.
- Replacement will be provided when anatomic change has rendered the external prosthetic appliance or device ineffective. Anatomic change includes significant weight gain or loss, atrophy and/or growth.
- Coverage for replacement is limited as follows:
  - No more than once every 24 months for persons 19 years of age and older and
  - No more than once every 12 months for persons 18 years of age and under.
  - Replacement due to a surgical alteration or revision of the site.

The following are specifically excluded external prosthetic appliances and devices:

- External and internal power enhancements or power controls for prosthetic limbs and terminal devices; and
- Myoelectric prostheses peripheral nerve stimulators.

**Short-Term Rehabilitative Therapy**

Short-term Rehabilitative Therapy that is part of a rehabilitation program, including physical, speech, occupational, cognitive, osteopathic manipulative, cardiac rehabilitation, and pulmonary rehabilitation therapy, when provided in the most medically appropriate setting.

The following limitations apply to Short-term Rehabilitative Therapy:

CONFIDENTIAL

CIGNA01393869

 **CIGNA HealthCare**

- To be covered all therapy services must be restorative in nature. Restorative Therapy services are services that are designed to restore levels of function that had previously existed but that have been lost as a result of Injury or Sickness. Restorative Therapy services do not include therapy designed to acquire levels of function that had not been previously achieved prior to the Injury or Sickness.

- Services are not covered if they are custodial, training, educational or developmental in nature.

- Occupational therapy is provided only for purposes of enabling persons to perform the activities of daily living after an Illness or Injury or Sickness.

Short-term Rehabilitative Therapy services that are not covered include but are not limited to:

- sensory integration therapy, group therapy; treatment of dyslexia; behavior modification or myofunctional therapy for dysfluency, such as stuttering or other involuntarily acted conditions without evidence of an underlying medical condition or neurological disorder;

- treatment for functional articulation disorder such as correction of tongue thrust, lisp, verbal apraxia or swallowing dysfunction that is not based on an underlying diagnosed medical condition or Injury; and

- maintenance or preventive treatment consisting of routine, long term or non-Medically Necessary care provided to prevent recurrence or to maintain the patient's current status;

Services that are provided by a chiropractic Physician are not covered. These services include the conservative management of acute neuromusculoskeletal conditions through manipulation and ancillary physiological treatment rendered to restore motion, reduce pain and improve function.

**Chiropractic Care Services**

Charges made for diagnostic and treatment services utilized in an office setting by chiropractic Physicians. Chiropractic treatment includes the conservative management of acute neuromusculoskeletal conditions through manipulation and ancillary physiological treatment rendered to specific joints to restore motion, reduce pain, and improve function. For these services you have direct access to qualified chiropractic Physicians.

The following limitations apply to Chiropractic Care Services:

- To be covered, all therapy services must be restorative in nature. Restorative Therapy services are services that are designed to restore levels of function that had previously existed but that have been lost as a result of Injury or Sickness. Restorative Therapy services do not include

therapy designed to acquire levels of function that had not been previously achieved prior to the Injury or Sickness;

- Services are not covered if they are considered custodial, instructional, developmental or educational in nature;

- Occupational therapy is provided only for purposes of enabling persons to perform the activities of daily living after an Injury or Sickness;

- services of a chiropractor which are not within his scope of practice, as defined by state law;

- charges for care not provided in an office setting;

- maintenance or preventive treatment consisting of routine, longterm or non-Medically Necessary care provided to prevent recurrence or to maintain the patient's current status; and

- vitamin therapy.

**Transplant Services**

- charges made for human organ and tissue transplant services which include solid organ and bone marrow/stem cell procedures at designated facilities throughout the United States or its territories.  This coverage is subject to the following conditions and limitations.

  Transplant services include the recipient's medical, surgical and Hospital services; inpatient immunosuppressive medications; and costs for organ or bone marrow/stem cell procurement. Transplant services are covered only if they are required to perform any of the following human to human organ or tissue transplants: allogeneic bone marrow/stem cell, autologous bone marrow/stem cell, cornea, heart/lung, kidney, kidney/pancreas, liver, lung, pancreas or intestine which includes small bowel, liver or multiple viscera.

  All Transplant services received from non-Participating Providers are payable at the Out-of-Network level.

  All Transplant services, other than cornea, are payable at 100% when received at CIGNA LIFESOURCE Transplant Network® Facilities. Cornea transplants are not covered at CIGNA LIFESOURCE Transplant Network® facilities. Transplant services, including cornea, when received from Participating Provider facilities other than CIGNA LIFESOURCE Transplant Network® facilities are payable at the In-Network level.

  Coverage for organ procurement costs are limited to costs directly related to the procurement of an organ, from a cadaver or a live donor. Organ procurement costs shall consist of surgery necessary for organ removal, organ transportation and the transportation, hospitalization and surgery of a live donor. Compatibility testing undertaken prior to procurement is covered if Medically Necessary.

CONFIDENTIAL

CIGNA01393870

 **CIGNA HealthCare**

Costs related to the search for, and identification of a bone marrow or stem cell donor for an allogeneic transplant are also covered.

Please note that coverage for organ procurement from a live donor is excluded when the transplant recepient is not enrolled in a Boyd healthcare plan.

**Transplant Travel Services**

Charges made for reasonable travel expenses incurred by you in connection with a preapproved organ/tissue transplant are covered subject to the following conditions and limitations. Transplant travel benefits are not available for cornea transplants. Benefits for transportation, lodging and food are available to you only if you are the recipient of a preapproved organ/tissue transplant from a designated CIGNA LIFESOURCE Transplant Network® facility. The term recipient is defined to include a person receiving authorized transplant related services during any of the following: (a) evaluation, (b) candidacy, (c) transplant event, or (d) post-transplant care. Travel expenses for the person receiving the transplant will include charges for: transportation to and from the transplant site (including charges for a rental car used during a period of care at the transplant facility); lodging while at, or traveling to and from the transplant site; and food while at, or traveling to and from the transplant site.

In addition to your coverage for the charges associated with the items above, such charges will also be considered covered travel expenses for one companion to accompany you. The term companion includes your spouse, a member of your family, your legal guardian, or any person not related to you, but actively involved as your caregiver. The following are specifically excluded travel expenses:

travel costs incurred due to travel within 60 miles of your home; laundry bills; telephone bills; alcohol or tobacco products; and charges for transportation that exceed coach class rates.

These benefits are only available when the covered person is the recipient of an organ transplant. No benefits are available when the covered person is a donor.

**Breast Reconstruction and Breast Prostheses**

- charges made for reconstructive surgery following a mastectomy; benefits include: (a) surgical services for reconstruction of the breast on which surgery was performed; (b) surgical services for reconstruction of the nondiseased breast to produce symmetrical appearance; (c) postoperative breast prostheses; and (d) mastectomy bras and external prosthetics, limited to the lowest cost alternative available that meets external prosthetic placement needs. During all stages of mastectomy, treatment of physical complications, including lymphedema therapy, are covered.

- charges for mastectomy supplies, including surgical bras, sleeves, forms, etc., subject to the maximum shown in the Schedule.

**Reconstructive Surgery**

- charges made for reconstructive surgery or therapy to repair or correct a severe physical deformity or disfigurement which is accompanied by functional deficit; (other than abnormalities of the jaw or conditions related to TMJ disorder) provided that: (a) the surgery or therapy restores or improves function; (b) reconstruction is required as a result of Medically Necessary, noncosmetic surgery; or (c) the surgery or therapy is performed prior to age 19 and is required as a result of the congenital absence or agenesis (lack of formation or development) of a body part. Repeat or subsequent surgeries for the same condition are covered only when there is the probability of significant additional improvement as determined by the utilization review Physician.

CONFIDENTIAL

CIGNA01393871



**CIGNA HealthCare**

---

| Prescription Drug Benefits |
|---|
| **The Schedule** |
| **For You and Your Dependents** |
| This plan provides Prescription Drug benefits for Prescription Drugs and Related Supplies provided by Pharmacies as shown in this Schedule.  To receive Prescription Drug Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for Prescription Drugs and Related Supplies for each 34-day supply at a retail pharmacy or each 90-day supply through home delivery.  That portion is the Coinsurance. |
| **Coinsurance** |
| The term Coinsurance means the percentage of charges for covered Prescription Drugs and Related Supplies that you or your Dependent are required to pay under this plan. |
| **Deductible** |
| Deductibles are expenses to be paid by you or your Dependent. Deductibles are in addition to any Coinsurance.  Once the Combined Medical/Pharmacy Deductible maximum in The Schedule has been reached, you and your family need not satisfy any further medical deductible for the rest of that year. |

CONFIDENTIAL

CIGNA01393872



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Retail Prescription Drugs** | | |
| Generic* drugs | 25% of allowable after plan deductible | In-network coverage only |
| Preferred Brand-Name* drugs | 35% of allowable after plan deductible, up to a maximum of $150 | In-network coverage only |
| Non-Preferred Brand-Name* drugs | 50% of allowable after plan deductible, up to a maximum of $200 | In-network coverage only |
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |
| **Home Delivery Prescription Drugs – 90 day supply** | | |
| Generic* drugs | 25% of allowable after plan deductible | In-network coverage only |
| Preferred Brand-Name* drugs | 35% of allowable after plan deductible | In-network coverage only |
| Non-Preferred Brand-Name* drugs | 50% of allowable after plan deductible | In-network coverage only |
| Insulin Pens, Cartridges, Vials, and Needles | No charge | In-network coverage only |
| Diabetic Supplies (including alcohol swabs and glucometers) | No charge | In-network coverage only |
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393873



**CIGNA HealthCare**

| STEP THERAPY – PROGRAM DETAILS | |
|---|---|
| Drug Classes | • High Blood Pressure (ACEI and ARB drugs) <br> • High Cholesterol (STATIN drugs) <br> • Stomach Acid (PPI drugs) |
| Implementation Method | First-Fill Pay & Educate: Allows the first fill of a brand drug to process, triggering a notification letter to the employee and prescriber. This letter alerts the employee that any further fills will require Prior Authorization. |
| Level of Management | Generic First: Employees are required to try the generic before any brand (Preferred or Non-Preferred) can be used. |
| | |
| Drug Classes | • Bladder Problems (OAB) <br> • Osteoporosis (BONE) <br> • Allergy (NASAL STEROIDS) <br> • Depression (SSRI/SNRI) <br> • Non-Narcotic Pain Relievers (NSAIDs) <br> • ADD/ADHD (ADHD) |
| Implementation Method | First-Fill Pay & Educate: Allows the first fill of a brand drug to process, triggering a notification letter to the employee and prescriber. This letter alerts the employee that any further fills will require Prior Authorization. |
| Level of Intervention | Stacked (Generic & Preferred Brand First): A two-step process that requires first the use of one or more Generic and Preferred Brand medications, in any order, before a Non-Preferred Brand is eligible for coverage. |

CONFIDENTIAL

CIGNA01393874



**CIGNA HealthCare**

| Drug Classes | • Sleep Disorders (HYPNOTICS)<br>• Mental Health (ATYPICAL PSYCHS)<br>• Asthma (ASTHMA) |
|---|---|
| Implementation Method | First-Fill Pay & Educate: Allows the first fill of a brand drug to process, triggering a notification letter to the employee and prescriber. This letter alerts the employee that any further fills will require Prior Authorization. |
| Level of Intervention | Generic OR Preferred Brand First: A one-step process that requires the use of one or more Generics OR Preferred Brands before a Non-Preferred Brand is eligible for coverage. |
| | |
| Drug Classes | • Skin Conditions (TI)<br>• Narcotic Pain Relievers (NARCOTICS) |
| Implementation Method | First-Fill Pay & Educate: Allows the first fill of a brand drug to process, triggering a notification letter to the employee and prescriber. This letter alerts the employee that any further fills will require Prior Authorization. |
| Level of Management | Generic First: One step edit requiring the use of a generic before any brand (Preferred or Non-Preferred) can be used. |

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393875



**CIGNA HealthCare**

# Prescription Drug Benefits
**For You and Your Dependents**

## Covered Expenses

If you or any one of your Dependents, while insured for Prescription Drug Benefits, incurs expenses for charges made by a Pharmacy, for Medically Necessary Prescription Drugs or Related Supplies ordered by a Physician, CIGNA will provide coverage for those expenses as shown in the Schedule. Coverage also includes Medically Necessary Prescription Drugs and Related Supplies dispensed for a prescription issued to you or your Dependents by a licensed dentist for the prevention of infection or pain in conjunction with a dental procedure.

When you or a Dependent is issued a prescription for Medically Necessary Prescription Drugs or Related Supplies as part of the rendering of Emergency Services and that prescription cannot reasonably be filled by a Participating Pharmacy, the prescription will be covered by CIGNA, as if filled by a Participating Pharmacy.

**Covered Expenses**

- Depo-provera and the birth-control drug "Seasonale" covered at retail for 1 copay for a 90 day supply.
- The following drug classes are covered at 100% member liability (member pays full cost with CIGNA's discount and no prior authorization or quantity limits should apply): oral and injectible infertility (category B), Cosmetic drugs (category U), Erectile dysfunctional drugs (category 1), smoking cessation drugs (category J), and prescription diet drugs, non-sedating antihistamines, and omeprazole.
- Synagis and Delestrogen covered with prior authorization.

## Limitations

Each Prescription Order or refill shall be limited as follows:

- up to a consecutive 34-day supply, at a retail Pharmacy, unless limited by the drug manufacturer's packaging: or
- up to a consecutive 90-day supply at a mail-order Participating Pharmacy, unless limited by the drug manufacturer's packaging; or
- to a dosage and/or dispensing limit as determined by the P&T Committee.

Coverage for certain Prescription Drugs and Related Supplies requires your Physician to obtain authorization prior to prescribing. If your Physician wishes to request coverage for Prescription Drugs or Related Supplies for which prior authorization is required, your Physician may call or complete the appropriate prior authorization form and fax it to CIGNA to request prior authorization for coverage of the Prescription Drugs or Related Supplies. Your Physician should make this request before writing the prescription.

If the request is approved, your Physician will receive confirmation. The authorization will be processed in our claim system to allow you to have coverage for those Prescription Drugs or Related Supplies. The length of the authorization will depend on the diagnosis and Prescription Drugs or Related Supplies. When your Physician advises you that coverage for the Prescription Drugs or Related Supplies has been approved, you should contact the Pharmacy to fill the prescription(s).

If the request is denied, your Physician and you will be notified that coverage for the Prescription Drugs or Related Supplies is not authorized.

If you disagree with a coverage decision, you may appeal that decision in accordance with the provisions of the Policy, by submitting a written request stating why the Prescription Drugs or Related Supplies should be covered.

If you have questions about a specific prior authorization request, you should call Member Services at the toll-free number on the ID card.

All drugs newly approved by the Food and Drug Administration (FDA) are designated as either non-Preferred or non-Prescription Drug List drugs until the P & T Committee clinically evaluates the Prescription Drug for a different designation.

Prescription Drugs that represent an advance over available therapy according to the FDA will be reviewed by the P&T Committee within six months after FDA approval. Prescription Drugs that appear to have therapeutic qualities similar to those of an already marketed drug according to the FDA, will not be reviewed by the P&T Committee for at least six months after FDA approval. In the case of compelling clinical data, an ad hoc group will be formed to make an interim decision on the merits of a Prescription Drug.

## Your Payments

Coverage for Prescription Drugs and Related Supplies purchased at a Pharmacy is subject to the Coinsurance shown in the Schedule, after you have satisfied your combined Medical/Pharmacy Deductible. Please refer to the Schedule for the required Coinsurance, Deductibles and Maximums.

When a treatment regimen contains more than one type of Prescription Drug which is packaged together for your, or your Dependent's convenience, a Copayment will apply to each Prescription Drug.

CONFIDENTIAL

CIGNA01393876



**CIGNA HealthCare**

In no event will the Copayment for the Prescription Drug or Related Supply exceed the amount paid by the plan to the Pharmacy, or the Pharmacy's Usual and Customary (U&C) charge. Usual & Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts that Pharmacy usually applies to its customers regardless of the customer's payment source.

## Exclusions

No payment will be made for the following expenses:

- drugs available over the counter that do not require a prescription by federal or state law;

- any drug that is a pharmaceutical alternative to an over-the-counter drug other than insulin;

- a drug class in which at least one of the drugs is available over the counter and the drugs in the class are deemed to be therapeutically equivalent as determined by the P&T Committee;

- injectable infertility drugs and any injectable drugs that require Physician supervision and are not typically considered self-administered drugs. The following are examples of Physician supervised drugs: Injectables used to treat hemophilia and RSV (respiratory syncytial virus), chemotherapy injectables and endocrine and metabolic agents. These drugs are covered at 100% member liability.

- any drugs that are experimental or investigational as described under the Medical "Exclusions" section of your certificate;

- Food and Drug Administration (FDA) approved drugs used for purposes other than those approved by the FDA unless the drug is recognized for the treatment of the particular indication in one of the standard reference compendia (The United States Pharmacopeia Drug Information, The American Medical Association Drug Evaluations; or The American Hospital Formulary Service Drug Information) or in medical literature. Medical literature means scientific studies published in a peer-reviewed national professional medical journal;

- prescription and nonprescription supplies (such as ostomy supplies), devices, and appliances other than Related Supplies;

- implantable contraceptive products;

- dietary supplements, and fluoride products;

- drugs used for cosmetic purposes such as drugs used to reduce wrinkles, drugs to promote hair growth as well as drugs used to control perspiration and fade cream products;

- immunization agents, biological products for allergy immunization, biological sera, blood, blood plasma and other blood products or fractions and medications used for travel prophylaxis;

- replacement of Prescription Drugs and Related Supplies due to loss or theft;

- drugs used to enhance athletic performance;

- drugs which are to be taken by or administered to you while you are a patient in a licensed Hospital, Skilled Nursing Facility, rest home or similar institution which operates on its premises or allows to be operated on its premises a facility for dispensing pharmaceuticals;

- prescriptions more than one year from the original date of issue.

Other limitations are shown in the Medical "Exclusions" section.

## Reimbursement/Filing a Claim

When you or your Dependents purchase your Prescription Drugs or Related Supplies through a retail Participating Pharmacy, you pay any applicable Copayment, Coinsurance or Deductible shown in the Schedule at the time of purchase. You do not need to file a claim form.

To purchase Prescription Drugs or Related Supplies from a mail-order Participating Pharmacy, see your mail-order drug introductory kit for details, or contact member services for assistance.

See your Employer's Benefit Plan Administrator to obtain the appropriate claim form.

CONFIDENTIAL

CIGNA01393877


**CIGNA HealthCare**

## Exclusions, Expenses Not Covered and General Limitations

### Exclusions and Expenses Not Covered

Additional coverage limitations determined by plan or provider type is specifically shown in the Schedule. Payment for the following is specifically excluded from this plan:

- **Benefits are not payable arising out of the following situations:**
  - **For expenses from intentionally self-inflicted injury or self-induced sickness,**
  - **For expenses arising as a result of participation in the commission of a crime or unlawful act or unsafe activity such as not wearing a seat belt while seated in a motor vehicle as required by law.**
  - **For expenses incurred as a result of participation in an extreme sport or activity such as, but not limited to, bungee jumping.**

  **Notwithstanding the above limitations and exclusions, the Plan shall be administered to comply with the requirements of HIPAA and applicable law and to the extent any such limitation or exclusion are inconsistent with the requirements if HIPAA or other applicable law as applied to certain cases or conditions, such limitation or exclusion shall not apply in such cases or conditions. See the Plan Administrator for more information regarding whether a particular source of injury is covered by the Plan.**

- care for conditions due to any sickness entitling the patient to benefits under any worker's compensation act or similar law.
- care required by state or federal law to be supplied by a public school system or school district.
- for or in connection with an Injury or Sickness which is due to war, declared or undeclared.
- charges which you are not obligated to pay or for which you are not billed or for which you would not have been billed except that they were covered under this plan.
- assistance in the activities of daily living, including but not limited to eating, bathing, dressing or other Custodial Services or self-care activities, homemaker services and services primarily for rest, domiciliary or convalescent care.
- for or in connection with experimental, investigational or unproven services.

  Experimental, investigational and unproven services are medical, surgical, diagnostic, psychiatric, substance abuse or other health care technologies, supplies, treatments,

procedures, drug therapies or devices that are determined by the utilization review Physician to be:

- not demonstrated, through existing peer-reviewed, evidence-based, scientific literature to be safe and effective for treating or diagnosing the condition or sickness for which its use is proposed;
- not approved by the U.S. Food and Drug Administration (FDA) or other appropriate regulatory agency to be lawfully marketed for the proposed use;
- the subject of review or approval by an Institutional Review Board for the proposed use except as provided in the "Clinical Trials" section of this plan; or
- the subject of an ongoing phase I, II or III clinical trial, except as provided in the "Clinical Trials" section of this plan.

- cosmetic surgery and therapies. Cosmetic surgery or therapy is defined as surgery or therapy performed to improve or alter appearance or self-esteem or to treat psychological symptomatology or psychosocial complaints related to one's appearance. The following procedures will be considered covered expenses under the plan: repairs of disfiguration resulting from an accident which occurs while the patient is covered under the plan and treatment begins within ninety (90) days after the accident; correction of a birth defect; or reconstructive surgery due to a medically necessary mastectomy.

- regardless of clinical indication for macromastia or gynecomastia surgeries; abdominoplasty/panniculectomy; redundant skin surgery; craniosacral/cranial therapy; dance therapy, movement therapy; applied kinesiology; rolfing; prolotherapy; and extracorporeal shock wave lithotripsy (ESWL) for musculoskeletal and orthopedic conditions.

- for or in connection with treatment of the teeth or periodontium unless such expenses are incurred for: (a) charges made for a continuous course of dental treatment started within 90 days and completed within twelve months of an Injury to sound natural teeth; (b) charges made by a Hospital for Bed and Board or Necessary Services and Supplies; (c) charges made by a Free-Standing Surgical Facility or the outpatient department of a Hospital in connection with surgery. Sound natural teeth are defined as natural teeth that are free of active clinical decay, have at least 50% bony support and are functional in the arch.

- for medical and surgical services, initial and repeat, intended for the treatment or control of obesity including clinically severe (morbid) obesity, including: medical and surgical services to alter appearance or physical changes that are the result of any surgery performed for the management of obesity or clinically severe (morbid) obesity; and weight loss programs or treatments, whether

CONFIDENTIAL

CIGNA01393878



**CIGNA HealthCare**

prescribed or recommended by a Physician or under medical supervision.

- unless otherwise covered in this plan, for reports, evaluations, physical examinations, or hospitalization not required for health reasons including, but not limited to, employment, insurance or government licenses, and court-ordered, forensic or custodial evaluations.

- court-ordered treatment or hospitalization, unless such treatment is prescribed by a Physician and listed as covered in this plan.

- abortion services, except for non-elective or medically necessary abortions.

- infertility services including infertility drugs, surgical or medical treatment programs for infertility, including in vitro fertilization, gamete intrafallopian transfer (GIFT), zygote intrafallopian transfer (ZIFT), variations of these procedures, and any costs associated with the collection, washing, preparation or storage of sperm for artificial insemination (including donor fees). Cryopreservation of donor sperm and eggs are also excluded from coverage.

- reversal of male and female voluntary sterilization procedures.

- transsexual surgery including medical or psychological counseling and hormonal therapy in preparation for, or subsequent to, any such surgery.

- any services or supplies for the treatment of male or female sexual dysfunction such as, but not limited to, treatment of erectile dysfunction (including penile implants), anorgasmy, and premature ejaculation. Charges for drugs to treat sexual dysfunction are covered at 100% member liability under the Prescription Drug Benefit Plan.

- medical and Hospital care and costs for the infant child of a Dependent, unless this infant child is otherwise eligible under this plan.

- nonmedical counseling or ancillary services, including but not limited to Custodial Services, education, training, vocational rehabilitation, behavioral training, biofeedback, neurofeedback, hypnosis, sleep therapy, employment counseling, back school, return to work services, work hardening programs, driving safety, and services, training, educational therapy or other nonmedical ancillary services for learning disabilities, developmental delays, autism or mental retardation.

- therapy or treatment intended primarily to improve or maintain general physical condition or for the purpose of enhancing job, school, athletic or recreational performance, including but not limited to routine, long term, or maintenance care which is provided after the resolution of the acute medical problem and when significant therapeutic improvement is not expected.

- consumable medical supplies other than ostomy supplies and urinary catheters. Excluded supplies include, but are not limited to bandages and other disposable medical supplies, skin preparations and test strips, except as specified in the "Home Health Services" or "Breast Reconstruction and Breast Prostheses" sections of this plan.

- private Hospital rooms and/or private duty nursing except as provided under the **Home Health Services** provision.

- personal or comfort items such as personal care kits provided on admission to a Hospital, television, telephone, newborn infant photographs, complimentary meals, birth announcements, and other articles which are not for the specific treatment of an Injury or Sickness.

- artificial aids including, but not limited to, arch supports, garter belts, corsets, and dentures.

- aids or devices that assist with nonverbal communications, including but not limited to communication boards, prerecorded speech devices, laptop computers, desktop computers, Personal Digital Assistants (PDAs), Braille typewriters, visual alert systems for the deaf and memory books.

- eyeglass lenses and frames and contact lenses (except for the first pair of contact lenses for treatment of keratoconus or post-cataract surgery).

- charges made for or in connection with eye exercises and for surgical treatment for the correction of a refractive error, including radial keratotomy, when eyeglasses or contact lenses may be worn, except as noted under Covered Expenses.

- all noninjectable prescription drugs, injectable prescription drugs that do not require Physician supervision and are typically considered self-administered drugs, nonprescription drugs, and investigational and experimental drugs, except as provided in this plan. These drugs are covered at 100% member liability under the Prescription Drug Benefit Plan.

- routine foot care, including the paring and removing of corns and calluses or trimming of nails. However, services associated with foot care for diabetes and peripheral vascular disease are covered when Medically Necessary.

- membership costs or fees associated with health clubs, weight loss programs and smoking cessation programs.

- genetic screening or pre-implantations genetic screening. General population-based genetic screening is a testing method performed in the absence of any symptoms or any significant, proven risk factors for genetically linked inheritable disease.

- dental implants for any condition.

- fees associated with the collection or donation of blood or blood products, except for autologous donation in

43

CONFIDENTIAL

CIGNA01393879

 **CIGNA HealthCare**

anticipation of scheduled services where in the utilization review Physician's opinion the likelihood of excess blood loss is such that transfusion is an expected adjunct to surgery.

- blood administration for the purpose of general improvement in physical condition.

- cost of biologicals that are immunizations or medications for the purpose of travel, or to protect against occupational hazards and risks.

- cosmetics, dietary supplements and health and beauty aids.

- all nutritional supplements and formulae are excluded, except for infant formula needed for the treatment of inborn errors of metabolism.

- for or in connection with an Injury or Sickness arising out of, or in the course of, any employment for wage or profit.

- telephone, e-mail, and Internet consultations, and telemedicine.

- massage therapy.

- charges related to services that are cancelled at the request of the patient when there is no medical necessity for the cancellation.

- charges for sales tax.

- for or in connection with the pregnancy of a Dependent child, other than Complications of Pregnancy.

- expenses incurred after the date the plan terminates or for services not listed as covered medical expenses.

- travel expenses whether or not recommended by physician, except for travel services associated with a transplant performed at a LIFESOURCE facility.

## General Limitations

No payment will be made for expenses incurred for you or any one of your Dependents:

- for charges made by a Hospital owned or operated by or which provides care or performs services for, the United States Government, if such charges are directly related to a military-service-connected Injury or Sickness.

- to the extent that you or any one of your Dependents is in any way paid or entitled to payment for those expenses by or through a public program, other than Medicaid.

- to the extent that payment is unlawful where the person resides when the expenses are incurred.

- for charges which would not have been made if the person had no insurance.

- to the extent that they are more than Maximum Reimbursable Charges.

- to the extent of the exclusions imposed by any certification requirement shown in this plan.

- expenses for supplies, care, treatment, or surgery that are not Medically Necessary.

- charges made by any covered provider who is a member of your family or your Dependent's Family.

- expenses incurred outside the United States other than expenses for medically necessary urgent or emergent care while temporarily traveling abroad.

## Coordination of Benefits

This section applies if you or any one of your Dependents is covered under more than one Plan and determines how benefits payable from all such Plans will be coordinated. You should file all claims with each Plan.

**Definitions**

For the purposes of this section, the following terms have the meanings set forth below:

**Plan**

Any of the following that provides benefits or services for medical or vision care or treatment:

(1) Group insurance and/or group-type coverage, whether insured or self-insured which neither can be purchased by the general public, nor is individually underwritten, including closed panel coverage.

(2) Coverage under Medicare and other governmental benefits as permitted by law, excepting Medicaid and Medicare supplement policies.

(3) Medical benefits coverage of group, group-type, and individual automobile contracts.

Each Plan or part of a Plan which has the right to coordinate benefits will be considered a separate Plan.

**Closed Panel Plan**

A Plan that provides medical or dental benefits primarily in the form of services through a panel of employed or contracted providers, and that limits or excludes benefits provided by providers outside of the panel, except in the case of emergency or if referred by a provider within the panel.

**Primary Plan**

The Plan that determines and provides or pays benefits without taking into consideration the existence of any other Plan.

**Secondary Plan**

A Plan that determines, and may reduce its benefits after taking into consideration, the benefits provided or paid by the Primary Plan. A Secondary Plan may also recover from the Primary Plan the Reasonable Cash Value of any services it provided to you.

CONFIDENTIAL

CIGNA01393880

 **CIGNA HealthCare**

**Allowable Expense**

A necessary, reasonable and customary service or expense, including deductibles, coinsurance or copayments, that is covered in full or in part by any Plan covering you. When a Plan provides benefits in the form of services, the Reasonable Cash Value of each service is the Allowable Expense and is a paid benefit.

Examples of expenses or services that are not Allowable Expenses include, but are not limited to the following:

(1) An expense or service or a portion of an expense or service that is not covered by any of the Plans is not an Allowable Expense.

(2) If you are confined to a private Hospital room and no Plan provides coverage for more than a semiprivate room, the difference in cost between a private and semiprivate room is not an Allowable Expense.

(3) If you are covered by two or more Plans that provide services or supplies on the basis of reasonable and customary fees, any amount in excess of the highest reasonable and customary fee is not an Allowable Expense.

(4) If you are covered by one Plan that provides services or supplies on the basis of reasonable and customary fees and one Plan that provides services and supplies on the basis of negotiated fees, the Primary Plan's fee arrangement shall be the Allowable Expense.

(5) If your benefits are reduced under the Primary Plan (through the imposition of a higher copayment amount, higher coinsurance percentage, a deductible and/or a penalty) because you did not comply with Plan provisions or because you did not use a preferred provider, the amount of the reduction is not an Allowable Expense. Such Plan provisions include second surgical opinions and precertification of admissions or services.

**Claim Determination Period**

A calendar year, but does not include any part of a year during which you are not covered under this policy or any date before this section or any similar provision takes effect.

**Reasonable Cash Value**

An amount which a duly licensed provider of health care services usually charges patients and which is within the range of fees usually charged for the same service by other health care providers located within the immediate geographic area where the health care service is rendered under similar or comparable circumstances.

**Order of Benefit Determination Rules**

A Plan that does not have a coordination of benefits rule consistent with this section shall always be the Primary Plan. If the Plan does have a coordination of benefits rule consistent

with this section, the first of the following rules that applies to the situation is the one to use:

(1) The Plan that covers you as an enrollee or an employee shall be the Primary Plan and the Plan that covers you as a Dependent shall be the Secondary Plan;

(2) If you are a Dependent child whose parents are not divorced or legally separated, the Primary Plan shall be the Plan which covers the parent whose birthday falls first in the calendar year as an enrollee or employee;

(3) If you are the Dependent of divorced or separated parents, benefits for the Dependent shall be determined in the following order:

(a) first, if a court decree states that one parent is responsible for the child's healthcare expenses or health coverage and the Plan for that parent has actual knowledge of the terms of the order, but only from the time of actual knowledge;

(b) then, the Plan of the parent with custody of the child;

(c) then, the Plan of the spouse of the parent with custody of the child;

(d) then, the Plan of the parent not having custody of the child, and

(e) finally, the Plan of the spouse of the parent not having custody of the child.

(4) The Plan that covers you as an active employee (or as that employee's Dependent) shall be the Primary Plan and the Plan that covers you as laid-off or retired employee (or as that employee's Dependent) shall be the secondary Plan. If the other Plan does not have a similar provision and, as a result, the Plans cannot agree on the order of benefit determination, this paragraph shall not apply.

(5) The Plan that covers you under a right of continuation which is provided by federal or state law shall be the Secondary Plan and the Plan that covers you as an active employee or retiree (or as that employee's Dependent) shall be the Primary Plan. If the other Plan does not have a similar provision and, as a result, the Plans cannot agree on the order of benefit determination, this paragraph shall not apply.

(6) If one of the Plans that covers you is issued out of the state whose laws govern this Policy, and determines the order of benefits based upon the gender of a parent, and as a result, the Plans do not agree on the order of benefit determination, the Plan with the gender rules shall determine the order of benefits.

If none of the above rules determines the order of benefits, the Plan that has covered you for the longer period of time shall be primary.

CONFIDENTIAL

CIGNA01393881


**CIGNA HealthCare**

When coordinating benefits with Medicare, this Plan will be the Secondary Plan and determine benefits after Medicare, where permitted by the Social Security Act of 1965, as amended. However, when more than one Plan is secondary to Medicare, the benefit determination rules identified above, will be used to determine how benefits will be coordinated.

**Method of Claims Payment Determination**

When the Boyd plan is the secondary plan, it will pay the difference between the allowable expense (as calculated by the Boyd plan), if greater, and the primary plan's payment, or the Boyd plan's normal liability, whichever is less.

**Effect on the Benefits of This Plan**

If this Plan is the Secondary Plan, this Plan may reduce benefits so that the total benefits paid by all Plans during a Claim Determination Period are not more than 100% of the total of all Allowable Expenses.

**Recovery of Excess Benefits**

If CIGNA pays charges for benefits that should have been paid by the Primary Plan, or if CIGNA pays charges in excess of those for which we are obligated to provide under the Policy, CIGNA will have the right to recover the actual payment made or the Reasonable Cash Value of any services.

CIGNA will have sole discretion to seek such recovery from any person to, or for whom, or with respect to whom, such services were provided or such payments made by any insurance company, healthcare plan or other organization. If we request, you must execute and deliver to us such instruments and documents as we determine are necessary to secure the right of recovery.

**Right to Receive and Release Information**

CIGNA, without consent or notice to you, may obtain information from and release information to any other Plan with respect to you in order to coordinate your benefits pursuant to this section. You must provide us with any information we request in order to coordinate your benefits pursuant to this section. This request may occur in connection with a submitted claim; if so, you will be advised that the "other coverage" information, (including an Explanation of Benefits paid under the Primary Plan) is required before the claim will be processed for payment. If no response is received within 90 days of the request, the claim will be denied. If the requested information is subsequently received, the claim will be processed.

# Medicare Eligibles

CIGNA will pay as the Secondary Plan as permitted by the Social Security Act of 1965 as amended for the following:

(a) a former Employee who is eligible for Medicare and whose insurance is continued for any reason as provided in this plan;

(b) a former Employee's Dependent, or a former Dependent Spouse, who is eligible for Medicare and whose insurance is continued for any reason as provided in this plan;

(c) an Employee whose Employer and each other Employer participating in the Employer's plan have fewer than 100 Employees and that Employee is eligible for Medicare due to disability;

(d) the Dependent of an Employee whose Employer and each other Employer participating in the Employer's plan have fewer than 100 Employees and that Dependent is eligible for Medicare due to disability;

(e) an Employee or a Dependent of an Employee of an Employer who has fewer than 20 Employees, if that person is eligible for Medicare due to age;

(f) an Employee, retired Employee, Employee's Dependent or retired Employee's Dependent who is eligible for Medicare due to End Stage Renal Disease after that person has been eligible for Medicare for 30 months;

CIGNA will assume the amount payable under:

- Part A of Medicare for a person who is eligible for that Part without premium payment, but has not applied, to be the amount he would receive if he had applied.

- Part B of Medicare for a person who is entitled to be enrolled in that Part, but is not, to be the amount he would receive if he were enrolled.

- Part B of Medicare for a person who has entered into a private contract with a provider, to be the amount he would receive in the absence of such private contract.

A person is considered eligible for Medicare on the earliest date any coverage under Medicare could become effective for him.

This reduction will not apply to any Employee and his Dependent or any former Employee and his Dependent unless he is listed under (a) through (f) above.

# Subrogation and Reimbursement

The benefits payable hereunder as a result of any injuries which give rise to a claim by any participant, beneficiary or any other covered person, hereinafter individually and collectively "Participant", against a third party tortfeasor or against any person or entity as the result of the actions of a third party are excluded from coverage under this plan. This Plan also does not provide benefits to the extent that there is other coverage under non-group medical payments (including auto) or medical expense type coverage to the extent of that

CONFIDENTIAL

CIGNA01393882

 **CIGNA HealthCare**

coverage. However, this Plan will provide benefits, otherwise payable under this Plan, to or on behalf of said Participant only on the following terms and conditions:

1. In the event that benefits are provided under this Plan, the Plan shall be subrogated to all of the Participant's (the term Participant includes any person receiving benefits hereunder including all dependents) rights of recovery against any person or organization to the extent of the benefits provided. The Participant shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The Participant shall do nothing after loss to prejudice such rights. The Participant hereby agrees to cooperate with the Plan and/or any representatives of the Plan in completing such forms and in giving such information surrounding any accident as the Plan or its representatives deem necessary to fully investigate the incident.

2. The Plan is also granted a right of reimbursement from the proceeds of any recovery whether by settlement, judgment, or otherwise. This right of reimbursement is cumulative with and not exclusive of the subrogation right granted in paragraph 1, but only to the extent of the benefits provided by the Plan.

3. The Plan, by providing benefits hereunder, is hereby granted a lien on the proceeds of any settlement, judgment or other payment intended for, payable to, or received by the Participant or his/her representatives, and the Participant hereby consents to said lien and agrees to take whatever steps are necessary to help the company secure said lien. The Participant agrees that said lien shall constitute a charge upon the proceeds of any recovery and the Plan shall be entitled to assert security interest thereon. By the acceptance of benefits under the Plan, the Participant and his/her representatives agree to hold the proceeds of any settlement in trust for the benefit of the Plan to the extent of 100% of all benefits paid on behalf of the participant.

4. By accepting benefits hereunder, the participant hereby grants a lien and assigns to the Plan an amount equal to the benefits paid against any recovery made by or on behalf of the Participant. This assignment is binding on any attorney who represents the Participant whether or not an agent of the participant and on any insurance company or other financially responsible party against whom a Participant may have a claim provided said attorney, insurance carriers or others have been notified by the Plan or its agents.

5. The subrogation and reimbursement rights and liens apply to any recoveries made by the Participant as a result of the injuries sustained, including but not limited to the following:

a. Payments made directly by the third party tortfeasor, or any insurance company on behalf of the third party tortfeasor, or any other payments on behalf of the third party tortfeasor.

b. Any payments or settlements or judgment or arbitration awards paid by any insurance company under an uninsured or underinsured motorist coverage, whether on behalf of a Participant or other person.

c. Any other payments from any source designed or intended to compensate a Participant for injuries sustained as the result of negligence or alleged negligence of a third party.

d. Any worker's compensation award or settlement.

e. Any recovery made pursuant to no-fault insurance.

f. Any medical payments made as a result of such coverage in any automobile or homeowners insurance policy.

6. No adult Participant hereunder may assign any rights that it may have to recover medical expenses from any tortfeasor or other person or entity to any minor child or children of said adult Participant without the prior express written consent of the Plan. The Plan's right to recover (whether by subrogation or reimbursement) shall apply to decedents', minors', and incompetent or disabled persons' settlements or recoveries.

7. No Participant shall make any settlement, which specifically reduces or excludes, or attempts to reduce or exclude the benefits provided by the Plan.

8. The Plan's right of recovery shall be a prior lien against any proceeds recovered by the Participant, which right shall not be defeated nor reduced by the application of any so-called "Made-Whole Doctrine", "Rimes Doctrine", or any other such doctrine purporting to defeat the Plan's recovery rights by allocating the proceeds exclusively to non-medical expense damages.

9. No Participant hereunder shall incur any expenses on behalf of the Plan in pursuit of the Plan's rights hereunder, specifically, no court costs nor attorneys fees may be deducted from the Plan's recovery without the prior express written consent of the Plan. This right shall not be defeated by any so-called "Fund Doctrine", or "Common Fund Doctrine", or "Attorney's Fund Doctrine".

10. The Plan shall recover the full amount of benefits provided hereunder without regard to any claim of fault on the part of any Participant, whether under comparative negligence or otherwise.

11. The benefits under this Plain are secondary to any coverage under no-fault or similar insurance.

12. In the event that a Participant shall fail or refuse to honor its obligations hereunder, then the Plan shall be entitled to

CONFIDENTIAL

CIGNA01393883



recover any costs incurred in enforcing the terms hereof including but not limited to attorney's fees, litigation, court costs, and other expenses.  The Plan shall also be entitled to offset the reimbursement obligation against any entitlement to future medical benefits hereunder until the Participant has fully complied with his reimbursement obligations hereunder, regardless of how those future medical benefits are incurred.

13. Any reference to state law in any other provision of this policy shall not be applicable to this provision, if the Plan is governed by ERISA.  By acceptance of benefits under the Plan, the Participant agrees that a breach hereof would cause irreparable and substantial harm and that no adequate remedy at law would exist.  Further, the Plan shall be entitled to invoke such equitable remedies as may be necessary to enforce the terms of the Plan, including, but not limited to, specific performance, restitution, the imposition of an equitable lien and/or constructive trust, as well as injunctive relief.

# Payment of Benefits

### To Whom Payable

Medical Benefits are assignable to the provider. When you assign benefits to a provider, you have assigned the entire amount of the benefits due on that claim. If the provider is overpaid because of accepting a patient's payment on the charge, it is the provider's responsibility to reimburse the patient. Because of CIGNA's contracts with providers, all claims from contracted providers should be assigned.

CIGNA may, at its option, make payment to you for the cost of any Covered Expenses received by you or your Dependent from a Non-Participating Provider even if benefits have been assigned. When benefits are paid to you or your Dependent, you or your Dependents are responsible for reimbursing the Provider.

If any person to whom benefits are payable is a minor or, in the opinion of CIGNA, is not able to give a valid receipt for any payment due him, such payment will be made to his legal guardian. If no request for payment has been made by his legal guardian, CIGNA may, at its option, make payment to the person or institution appearing to have assumed his custody and support.

When one of our participants passes away, CIGNA may receive notice that an executor of the estate has been established. The executor has the same rights as our insured and benefit payments for unassigned claims should be made payable to the executor.

Payment as described above will release CIGNA from all liability to the extent of any payment made.

### Recovery of Overpayment

When an overpayment has been made by CIGNA, CIGNA will have the right at any time to: recover that overpayment from the person to whom or on whose behalf it was made; or offset the amount of that overpayment from a future claim payment.

### Calculation of Covered Expenses

CIGNA, in its discretion, will calculate Covered Expenses following evaluation and validation of all provider billings in accordance with:

- the methodologies in the most recent edition of the Current Procedural terminology.
- the methodologies as reported by generally recognized professionals or publications.

# Termination of Insurance

### When your Coverage Ends

Your coverage will end on the earlier of the following dates:

    A. Upon termination of active employment;

    B. 30 days from the date of the termination of coverage letter;

    C. On the termination date of the plan; or

    D. On the date the covered person enters the armed forces of any country or international organization on a full-time active duty basis other than scheduled drills or other training not exceeding one month in any calendar year.

### When your Dependents' Coverage Ends

Your dependents' coverage under the plan will end on the earlier of the following dates:

    A. When the coverage of the covered employee is terminated;

    B. When you cease making the required contribution toward your dependent coverage;

    C. When the covered dependent ceases to meet the definition of a dependent (see "Who Are Your Dependents");

    D. When a dependent spouse becomes eligible as a covered employee; or, when an eligible child becomes eligible as an employee under this plan;

    E. When dependent coverage is discontinued under the plan; or

    F. On the termination date of the plan.

CONFIDENTIAL

CIGNA01393884

 **CIGNA HealthCare**

## Cancellation of Dependent Coverage

The following is a list of Qualifying Events that allow cancellation of dependent coverage and discontinuation of your pre-tax premiums other than during the Annual Open Enrollment period:

- Becoming eligible for other coverage
- Death of a spouse or child
- Divorce / Legal Separation / Annulment
- Loss of eligibility when a covered dependent ceases to meet the definition of a dependent (see "Who Are Your Dependents")
- Marriage
- Termination of a Qualified Medical Child Support Order (QMCSO)

You must provide proper documentation to the Boyd Benefits office within 30 days of the date of the event. If a Qualifying Event occurred and the employee fails to delete the dependent's coverage online on the Boyd Benefits Portal or to complete the Change of Coverage form available online within 30 days of the event, the employee will not be refunded any premium amount.

## Rescissions

Your coverage may not be rescinded (retroactively terminated) by CIGNA or the plan sponsor unless the plan sponsor or an individual (or a person seeking coverage on behalf of the individual) performs an act, practice or omission that constitutes fraud; or the plan sponsor or individual (or a person seeking coverage on behalf of the individual) makes an intentional misrepresentation of material fact.

# Federal Requirements

The following pages explain your rights and responsibilities under federal laws and regulations. Some states may have similar requirements. If a similar provision appears elsewhere in this booklet, the provision which provides the better benefit will apply.

## Notice of Provider Directory/Networks

**Notice Regarding Provider/Pharmacy Directories and Provider/Pharmacy Networks**

You will have access to a list of Providers who participate in the network by visiting www.cigna.com; mycigna.com or by calling the toll-free telephone number on your ID card.

Your Participating Provider/Pharmacy networks consist of a group of local medical practitioners, and Hospitals, of varied specialties as well as general practice or a group of local Pharmacies who are employed by or contracted with CIGNA HealthCare.

# Qualified Medical Child Support Order (QMCSO)

## A. Eligibility for Coverage Under a QMCSO

If a Qualified Medical Child Support Order (QMCSO) is issued for your child, that child will be eligible for coverage as required by the order and you will not be considered a Late Entrant for Dependent Insurance.

You must notify your Employer and elect coverage for that child and yourself, if you are not already enrolled, within 30 days of the QMCSO being issued.

## B. Qualified Medical Child Support Order Defined

A Qualified Medical Child Support Order is a judgment, decree or order (including approval of a settlement agreement) or administrative notice, which is issued pursuant to a state domestic relations law (including a community property law), or to an administrative process, which provides for child support or provides for health benefit coverage to such child and relates to benefits under the group health plan, and satisfies all of the following:

1. the order recognizes or creates a child's right to receive group health benefits for which a participant or beneficiary is eligible;

2. the order specifies your name and last known address, and the child's name and last known address, except that the name and address of an official of a state or political subdivision may be substituted for the child's mailing address;

3. the order provides a description of the coverage to be provided, or the manner in which the type of coverage is to be determined;

4. the order states the period to which it applies; and

5. if the order is a National Medical Support Notice completed in accordance with the Child Support Performance and Incentive Act of 1998, such Notice meets the requirements above.

The QMCSO may not require the health insurance policy to provide coverage for any type or form of benefit or option not otherwise provided under the policy, except that an order may require a plan to comply with State laws regarding health care coverage.

CONFIDENTIAL

CIGNA01393885

 **CIGNA HealthCare**

## C.  Payment of Benefits

Any payment of benefits in reimbursement for Covered Expenses paid by the child, or the child's custodial parent or legal guardian, shall be made to the child, the child's custodial parent or legal guardian, or a state official whose name and address have been substituted for the name and address of the child.

## Special Enrollment Rights Under the Health Insurance Portability & Accountability Act (HIPAA)

If you or your eligible Dependent(s) experience a special enrollment event as described below, you or your eligible Dependent(s) may be entitled to enroll in the Plan outside of a designated enrollment period upon the occurrence of one of the special enrollment events listed below. If you are already enrolled in the Plan, you may request enrollment for you and your eligible Dependent(s) under a different option offered by the Employer for which you are currently eligible. If you are not already enrolled in the Plan, you must request special enrollment for yourself in addition to your eligible Dependent(s). You and all of your eligible Dependent(s) must be covered under the same option. The special enrollment events include:

- **Acquiring a new Dependent.** If you acquire a new Dependent(s) through marriage, birth, adoption or placement for adoption, you may request special enrollment for any of the following combinations of individuals if not already enrolled in the Plan: Employee only; spouse only; Employee and spouse; Dependent child(ren) only; Employee and Dependent child(ren); Employee, spouse and Dependent child(ren). Enrollment of Dependent children is limited to the newborn or adopted children or children who became Dependent children of the Employee due to marriage. Dependent children who were already Dependents of the Employee but not currently enrolled in the Plan are not entitled to special enrollment.

- **Loss of eligibility for State Medicaid or Children's Health Insurance Program (CHIP).** If you and/or your Dependent(s) were covered under a state Medicaid or CHIP plan and the coverage is terminated due to a loss of eligibility, you may request special enrollment for yourself and any affected Dependent(s) who are not already enrolled in the Plan. You must request enrollment within 60 days after termination of Medicaid or CHIP coverage.

- **Loss of eligibility for other coverage (excluding continuation coverage).** If coverage was declined under this Plan due to coverage under another plan, and eligibility for the other coverage is lost, you and all of your eligible Dependent(s) may request special enrollment in this Plan. If

required by the Plan, when enrollment in this Plan was previously declined, it must have been declined in writing with a statement that the reason for declining enrollment was due to other health coverage. This provision applies to loss of eligibility as a result of any of the following:

- divorce or legal separation;

- cessation of Dependent status (such as reaching the limiting age);

- death of the Employee;

- termination of employment;

- reduction in work hours to below the minimum required for eligibility;

- you or your Dependent(s) no longer reside, live or work in the other plan's network service area and no other coverage is available under the other plan;

- you or your Dependent(s) incur a claim which meets or exceeds the lifetime maximum limit that is applicable to all benefits offered under the other plan; or

- the other plan no longer offers any benefits to a class of similarly situated individuals.

- **Termination of employer contributions (excluding continuation coverage).** If a current or former employer ceases all contributions toward the Employee's or Dependent's other coverage, special enrollment may be requested in this Plan for you and all of your eligible Dependent(s).

- **Exhaustion of COBRA or other continuation coverage.** Special enrollment may be requested in this Plan for you and all of your eligible Dependent(s) upon exhaustion of COBRA or other continuation coverage. If you or your Dependent(s) elect COBRA or other continuation coverage following loss of coverage under another plan, the COBRA or other continuation coverage must be exhausted before any special enrollment rights exist under this Plan. An individual is considered to have exhausted COBRA or other continuation coverage only if such coverage ceases: (a) due to failure of the employer or other responsible entity to remit premiums on a timely basis; (b) when the person no longer resides or works in the other plan's service area and there is no other COBRA or continuation coverage available under the plan; or (c) when the individual incurs a claim that would meet or exceed a lifetime maximum limit on all benefits and there is no other COBRA or other continuation coverage available to the individual. This does not include termination of an employer's limited period of contributions toward COBRA or other continuation coverage as provided under any severance or other agreement.

CONFIDENTIAL                                             CIGNA01393886



- **Eligibility for employment assistance under State Medicaid or Children's Health Insurance Program (CHIP)**. If you and/or your Dependent(s) become eligible for assistance with group health plan premium payments under a state Medicaid or CHIP plan, you may request special enrollment for yourself and any affected Dependent(s) who are not already enrolled in the Plan. You must request enrollment within 60 days after the date you are determined to be eligible for assistance.

Except as stated above, special enrollment must be requested within 30 days after the occurrence of the special enrollment event. If the special enrollment event is the birth or adoption of a Dependent child, coverage will be effective immediately on the date of birth, adoption or placement for adoption. Coverage with regard to any other special enrollment event will be effective on the first day of the calendar month following receipt of the request for special enrollment.

Individuals who enroll in the Plan due to a special enrollment event will not be considered Late Entrants. Any Pre-existing Condition limitation will be applied upon enrollment, reduced by prior Creditable Coverage, but will not be extended as for a Late Entrant.

Domestic Partners and their children (if not legal children of the Employee) are not eligible for special enrollment.

## Effect of Section 125 Tax Regulations on This Plan

Your Employer has chosen to administer this Plan in accordance with Section 125 regulations of the Internal Revenue Code. Per this regulation, if you enroll in benefits, you agree to a pretax salary reduction that is put toward the cost of your benefits. Otherwise, the funds that would have been put toward the cost of your benefits will be considered as taxable earnings. You may opt out of this provision if you choose. Your request must be submitted in writing.

### A. Coverage Elections

Per Section 125 regulations, you are generally allowed to enroll for or change coverage only before each annual benefit period. However, exceptions are allowed if your Employer agrees and you enroll for or change coverage within 30 days of the following:

- the date you meet the Special Enrollment criteria described above; or

- the date you meet the criteria shown in the following Sections B through F.

### B. Change of Status

A change in status is defined as:

(a) change in legal marital status due to marriage, death of a spouse, divorce, annulment or legal separation;

(b) change in number of Dependents due to birth, adoption, placement for adoption, or death of a Dependent;

(c) change in employment status of Employee or Dependent due to termination or start of employment, strike, lockout, beginning or end of unpaid leave of absence, including under the Family and Medical Leave Act (FMLA), or change in worksite;

(d) changes in employment status of Employee or Dependent resulting in eligibility or ineligibility for coverage;

(e) change in residence of Employee or Dependent to a location outside of the Employer's network service area; and

(f) changes which cause a Dependent to become eligible or ineligible for coverage.

### C. Court Order

A change in coverage due to and consistent with a court order of the Employee or other person to cover a Dependent.

### D. Medicare or Medicaid Eligibility/Entitlement

The Employee or Dependent cancels or reduces coverage due to entitlement to Medicare or Medicaid, or enrolls or increases coverage due to loss of Medicare or Medicaid eligibility.

### E. Change in Cost of Coverage

If the cost of benefits increases or decreases during a benefit period, your Employer may, in accordance with plan terms, automatically change your elective contribution.

When the change in cost is significant, you may either increase your contribution or elect less-costly coverage. When a significant overall reduction is made to the benefit option you have elected, you may elect another available benefit option. When a new benefit option is added, you may change your election to the new benefit option.

### F. Changes in Coverage of Dependent Under Another Employer's Plan

You may make a coverage election change if the plan of your Dependent: (a) incurs a change such as adding or deleting a benefit option; (b) allows election changes due to Special Enrollment, Change in Status, Court Order or Medicare or Medicaid Eligibility/Entitlement; or (c) this Plan and the other plan have different periods of coverage or open enrollment periods.

CONFIDENTIAL

CIGNA01393887


**CIGNA HealthCare**

## Eligibility for Coverage for Adopted Children

Any child under the age of 18 who is adopted by you, including a child who is placed with you for adoption, will be eligible for Dependent Coverage upon the date of placement with you. A child will be considered placed for adoption when you become legally obligated to support that child, totally or partially, prior to that child's adoption.

If a child placed for adoption is not adopted, all health coverage ceases when the placement ends, and will not be continued.

## Federal Tax Implications for Dependent Coverage

Premium payments for Dependent health coverage are usually exempt from federal income tax. Generally, if you can claim an individual as a Dependent for purposes of federal income tax, then the premium for that Dependent's health coverage coverage will not be taxable to you as income. However, in the rare instance that you cover an individual under your health insurance who does not meet the federal definition of a Dependent, the premium may be taxable to you as income. If you have questions concerning your specific situation, you should consult your own tax consultant or attorney.

## Coverage for Maternity Hospital Stay

Group health plans and health insurance issuers offering group health insurance coverage generally may not, under a federal law known as the "Newborns' and Mothers' Health Protection Act": restrict benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section; or require that a provider obtain authorization from the plan or insurance issuer for prescribing a length of stay not in excess of the above periods. The law generally does not prohibit an attending provider of the mother or newborn, in consultation with the mother, from discharging the mother or newborn earlier than 48 or 96 hours, as applicable.

Please review this Plan for further details on the specific coverage available to you and your Dependents.

## Women's Health and Cancer Rights Act (WHCRA)

Do you know that your plan, as required by the Women's Health and Cancer Rights Act of 1998, provides benefits for mastectomy-related services including all stages of reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy, including lymphedema? Call Member Services at the toll free number listed on your ID card for more information.

## Group Plan Coverage Instead of Medicaid

If your income does not exceed 100% of the official poverty line and your liquid resources are at or below twice the Social Security income level, the state may decide to pay premiums for this coverage instead of for Medicaid, if it is cost effective. This includes premiums for continuation coverage required by federal law.

## Obtaining a Certificate of Creditable Coverage Under This Plan

Upon loss of coverage under this Plan, a Certificate of Creditable Coverage will be mailed to each terminating individual at the last address on file. You or your dependent may also request a Certificate of Creditable Coverage, without charge, at any time while enrolled in the Plan and for 24 months following termination of coverage. You may need this document as evidence of your prior coverage to reduce any pre-existing condition limitation period under another plan, to help you get special enrollment in another plan, or to obtain certain types of individual health coverage even if you have health problems. To obtain a Certificate of Creditable Coverage, contact the Plan Administrator or call the toll-free customer service number on the back of your ID card.

## Requirements of Medical Leave Act of 1993 (FMLA)

Any provisions of the policy that provide for: (a) continuation of insurance during a leave of absence; and (b) reinstatement of insurance following a return to Active Service; are modified by the following provisions of the federal Family and Medical Leave Act of 1993, where applicable:

### A. Continuation of Health Insurance During Leave

Your health insurance will be continued during a leave of absence if:

- that leave qualifies as a leave of absence under the Family and Medical Leave Act of 1993; and

- you are an eligible Employee under the terms of that Act.

The cost of your health coverage during such leave must be paid, whether entirely by your Employer or in part by you and your Employer.

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393888


**CIGNA HealthCare**

**B.   Reinstatement of Canceled Insurance Following Leave**

Upon your return to Active Service following a leave of absence that qualifies under the Family and Medical Leave Act of 1993, you may re-enroll for any canceled health insurance as long as you make your election on the Boyd Benefits Portal within 30 days of your return date.

You will not be required to satisfy any eligibility or benefit waiting period or the requirements of any Pre-existing Condition limitation to the extent that they had been satisfied prior to the start of such leave of absence.

Your Employer will give you detailed information about the Family and Medical Leave Act of 1993.

## Uniformed Services Employment and Re-Employment Rights Act of 1994 (USERRA)

The Uniformed Services Employment and Re-employment Rights Act of 1994 (USERRA) sets requirements for continuation of health coverage and re-employment in regard to an Employee's military leave of absence. These requirements apply to medical and dental coverage for you and your Dependents. They do not apply to any Life, Short-term or Long-term Disability or Accidental Death & Dismemberment coverage you may have.

**A.   Continuation of Coverage**

For leaves of less than 60 days, coverage will continue as described in the Termination section regarding Leave of Absence.

For leaves of 60 days or more, you may continue coverage for yourself and your Dependents as follows:

You may continue benefits by paying the required premium to your Employer, until the earliest of the following:

- 24 months from the last day of employment with the Employer;
- the day after you fail to return to work; and
- the date the policy cancels.

Your Employer may charge you and your Dependents up to 102% of the total premium.

Following continuation of health coverage per USERRA requirements, you may convert to a plan of individual coverage according to any "Conversion Privilege" shown in your certificate.

**B.   Reinstatement of Benefits (applicable to all coverages)**

If your coverage ends during the leave of absence because you do not elect USERRA or an available conversion plan at the expiration of USERRA and you are reemployed by your current Employer, coverage for you and your Dependents may be reinstated if (a) you gave your Employer advance written or

verbal notice of your military service leave, and (b) the duration of all military leaves while you are employed with your current Employer does not exceed 5 years.

You and your Dependents will be subject to only the balance of a Pre-Existing Condition Limitation (PCL) or waiting period that was not yet satisfied before the leave began. However, if an Injury or Sickness occurs or is aggravated during the military leave, full Plan limitations will apply.

Any 63-day break in coverage rule regarding credit for time accrued toward a PCL waiting period will be waived.

If your coverage under this plan terminates as a result of your eligibility for military medical and dental coverage and your order to active duty is canceled before your active duty service commences, these reinstatement rights will continue to apply.

## Claim Determination Procedures Under ERISA

**The following complies with federal law effective July 1, 2002. Provisions of the laws of your state may supersede.**

**Procedures Regarding Medical Necessity Determinations**

In general, health services and benefits must be Medically Necessary to be covered under the plan. The procedures for determining Medical Necessity vary, according to the type of service or benefit requested, and the type of health plan. Medical Necessity determinations are made on either a preservice, concurrent, or postservice basis, as described below:

Certain services require prior authorization in order to be covered. This prior authorization is called a "preservice medical necessity determination." The Certificate describes who is responsible for obtaining this review. You or your authorized representative (typically, your health care provider) must request Medical Necessity determinations according to the procedures described below, in the Certificate, and in your provider's network participation documents as applicable.

When services or benefits are determined to be not Medically Necessary, you or your representative will receive a written description of the adverse determination, and may appeal the determination. Appeal procedures are described in the Certificate, in your provider's network participation documents, and in the determination notices.

**Preservice Medical Necessity Determinations**

When you or your representative request a required Medical Necessity determination prior to care, CIGNA will notify you or your representative of the determination within 15 days after receiving the request. However, if more time is needed due to matters beyond CIGNA 's control, CIGNA will notify you or your representative within 15 days after receiving your request. This notice will include the date a determination can be expected, which will be no more than 30 days after receipt

CONFIDENTIAL                                                                           CIGNA01393889



**CIGNA HealthCare**

of the request. If more time is needed because necessary information is missing from the request, the notice will also specify what information is needed, and you or your representative must provide the specified information to CIGNA within 45 days after receiving the notice. The determination period will be suspended on the date CIGNA sends such a notice of missing information, and the determination period will resume on the date you or your representative responds to the notice.

If the determination periods above would (a) seriously jeopardize your life or health, your ability to regain maximum function, or (b) in the opinion of a Physician with knowledge of your health condition, cause you severe pain which cannot be managed without the requested services, CIGNA will make the preservice determination on an expedited basis. CIGNA 's Physician reviewer, in consultation with the treating Physician, will decide if an expedited determination is necessary. CIGNA will notify you or your representative of an expedited determination within 72 hours after receiving the request.

However, if necessary information is missing from the request, CIGNA will notify you or your representative within 24 hours after receiving the request to specify what information is needed. You or your representative must provide the specified information to CIGNA within 48 hours after receiving the notice. CIGNA will notify you or your representative of the expedited benefit determination within 48 hours after you or your representative responds to the notice. Expedited determinations may be provided orally, followed within 3 days by written or electronic notification.

If you or your representative fails to follow CIGNA 's procedures for requesting a required preservice medical necessity determination, CIGNA will notify you or your representative of the failure and describe the proper procedures for filing within 5 days (or 24 hours, if an expedited determination is required, as described above) after receiving the request. This notice may be provided orally, unless you or your representative requests written notification.

**Concurrent Medical Necessity Determinations**

When an ongoing course of treatment has been approved for you and you wish to extend the approval, you or your representative must request a required concurrent Medical Necessity determination at least 24 hours prior to the expiration of the approved period of time or number of treatments. When you or your representative requests such a determination, CIGNA will notify you or your representative of the determination within 24 hours after receiving the request.

**Postservice Medical Necessity Determinations**

When you or your representative requests a Medical Necessity determination after services have been rendered, CIGNA will

notify you or your representative of the determination within 30 days after receiving the request. However, if more time is needed to make a determination due to matters beyond CIGNA 's control CIGNA will notify you or your representative within 30 days after receiving the request. This notice will include the date a determination can be expected, which will be no more than 45 days after receipt of the request.

If more time is needed because necessary information is missing from the request, the notice will also specify what information is needed, and you or your representative must provide the specified information to CIGNA within 45 days after receiving the notice. The determination period will be suspended on the date CIGNA sends such a notice of missing information, and the determination period will resume on the date you or your representative responds to the notice.

**Postservice Claim Determinations**

When you or your representative requests payment for services which have been rendered, CIGNA will notify you of the claim payment determination within 30 days after receiving the request. However, if more time is needed to make a determination due to matters beyond CIGNA 's control, CIGNA will notify you or your representative within 30 days after receiving the request. This notice will include the date a determination can be expected, which will be no more than 45 days after receipt of the request. If more time is needed because necessary information is missing from the request, the notice will also specify what information is needed, and you or your representative must provide the specified information within 45 days after receiving the notice. The determination period will be suspended on the date CIGNA sends such a notice of missing information, and resume on the date you or your representative responds to the notice.

**Notice of Adverse Determination**

Every notice of an adverse benefit determination will be provided in writing or electronically, and will include all of the following that pertain to the determination: information sufficient to identify the claim; the specific reason or reasons for the adverse determination; reference to the specific plan provisions on which the determination is based; a description of any additional material or information necessary to perfect the claim and an explanation of why such material or information is necessary; a description of the plan's review procedures and the time limits applicable, including a statement of a claimant's rights to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on appeal; upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination regarding your claim, and an explanation of the scientific or clinical judgment for a determination that is based

CONFIDENTIAL                                                                          CIGNA01393890



**CIGNA HealthCare**

on a Medical Necessity, experimental treatment or other similar exclusion or limit; information about any office of health insurance consumer assistance or ombudsman available to assist you with the appeal process; and in the case of a claim involving urgent care, a description of the expedited review process applicable to such claim.

## When You Have a Complaint or an Appeal

For the purposes of this section, any reference to "you," "your," or "Member" also refers to a representative or provider designated by you to act on your behalf, unless otherwise noted.

"Physician Reviewers" are licensed Physicians depending on the care, service or treatment under review.

We want you to be completely satisfied with the care you receive. That is why we have established a process for addressing your concerns and solving your problems.

**Start With Member Services**

We are here to listen and help. If you have a concern regarding a person, a service, the quality of care, or contractual benefits, you may call the toll-free number on your Benefit Identification card, explanation of benefits, or claim form and explain your concern to one of our Member Services representatives. You may also express that concern in writing.

We will do our best to resolve the matter on your initial contact. If we need more time to review or investigate your concern, we will get back to you as soon as possible, but in any case within 30 days. If you are not satisfied with the results of a coverage decision, you may start the appeals procedure.

**Appeals Procedure**

CIGNA has a two-step appeals procedure for coverage decisions. To initiate an appeal, you must submit a request for an appeal in writing to CIGNA within 365 days of receipt of a denial notice. You should state the reason why you feel your appeal should be approved and include any information supporting your appeal. If you are unable or choose not to write, you may ask CIGNA to register your appeal by telephone. Call or write us at the toll-free number on your Benefit Identification card, explanation of benefits, or claim form.

**Level-One Appeal**

Your appeal will be reviewed and the decision made by someone not involved in the initial decision. Appeals involving Medical Necessity or clinical appropriateness will be considered by a health care professional.

For level-one appeals, we will respond in writing with a decision within 15 calendar days after we receive an appeal for a required preservice or concurrent care coverage determination, and within 30 calendar days after we received

an appeal for a postservice coverage determination. If more time or information is needed to make the determination, we will notify you in writing to request an extension of up to 15 calendar days and to specify any additional information needed to complete the review.

You may request that the appeal process be expedited if, (a) the time frames under this process would seriously jeopardize your life, health or ability to regain maximum functionality or in the opinion of your Physician would cause you severe pain which cannot be managed without the requested services; or (b) your appeal involves nonauthorization of an admission or continuing inpatient Hospital stay. CIGNA 's Physician reviewer, in consultation with the treating Physician, will decide if an expedited appeal is necessary. When an appeal is expedited, CIGNA will respond orally with a decision within 72 hours, followed up in writing.

**Level-Two Appeal**

If you are dissatisfied with our level-one appeal decision, you may request a second review. To initiate a level-two appeal, follow the same process required for a level-one appeal.

Requests for a level-two appeal regarding the medical necessity or clinical appropriateness of your issue will be conducted by a Committee, which consists of one or more people not previously involved in the prior decision. The Committee will consult with at least one Physician in the same or similar specialty as the care under consideration, as determined by CIGNA's Physician reviewer. You may present your situation to the Committee in person or by conference call.

For required preservice and concurrent care coverage determinations the Committee review will be completed within 15 calendar days and for post service claims, the Committee review will be completed within 30 calendar days. If more time or information is needed to make the determination, we will notify you in writing to request an extension of up to 15 calendar days and to specify any additional information needed by the Committee to complete the review.

In the event any new or additional information (evidence) is considered, relied upon or generated by CIGNA in connection with the level-two appeal, CIGNA will provide this information to you as soon as possible and sufficiently in advance of the Committee's decision, so that you will have an opportunity to respond. Also, if any new or additional rationale is considered by CIGNA, CIGNA will provide the rationale to you as soon as possible and sufficiently in advance of the Committee's decision so that you will have an opportunity to respond.

You will be notified in writing of the Committee's decision within 5 business days after the Committee meeting, and

CONFIDENTIAL

CIGNA01393891


**CIGNA HealthCare**

within the Committee review time frames above if the Committee does not approve the requested coverage.

You may request that the appeal process be expedited if, (a) the time frames under this process would seriously jeopardize your life, health or ability to regain maximum functionality or in the opinion of your Physician, would cause you severe pain which cannot be managed without the requested services; or (b) your appeal involves nonauthorization of an admission or continuing inpatient Hospital stay. CIGNA 's Physician reviewer, in consultation with the treating Physician, will decide if an expedited appeal is necessary. When an appeal is expedited, CIGNA will respond orally with a decision within 72 hours, followed up in writing.

**Independent Review Procedure**

If you are not fully satisfied with the decision of CIGNA 's level-two appeal review regarding your Medical Necessity or clinical appropriateness issue, you may request that your appeal be referred to an Independent Review Organization. The Independent Review Organization is composed of persons who are not employed by CIGNA HealthCare, or any of its affiliates. A decision to use the voluntary level of appeal will not affect the claimant's rights to any other benefits under the plan.

There is no charge for you to initiate this Independent Review Process. CIGNA will abide by the decision of the Independent Review Organization.

In order to request a referral to an Independent Review Organization, the reason for the denial must be based on a Medical Necessity or clinical appropriateness determination by CIGNA. Administrative, eligibility or benefit coverage limits or exclusions are not eligible for appeal under this process.

To request a review, you must notify the Appeals Coordinator within 180 days of your receipt of CIGNA 's level-two appeal review denial. CIGNA will then forward the file to the Independent Review organization. The Independent Review Organization will render an opinion within 45 days.

When requested and if a delay would be detrimental to your medical condition, as determined by CIGNA 's Physician reviewer, or if your appeal concerns an admission, availability of care, continued stay, or health care item or service for which you received emergency services, but you have not yet been discharged from the facility, the review shall be completed within 72 hours.

**Notice of Benefit Determination on Appeal**

Every notice of a determination on appeal will be provided in writing or electronically and, if an adverse determination, will include: information sufficient to identify the claim; the specific reason or reasons for the adverse determination; reference to the specific plan provisions on which the determination is based; a statement that the claimant is entitled

to receive, upon request and free of charge, reasonable access to and copies of all documents, records, and other Relevant Information as defined; a statement describing any voluntary appeal procedures offered by the plan and the claimant's right to bring an action under ERISA section 502(a); upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination regarding your appeal, and an explanation of the scientific or clinical judgment for a determination that is based on a Medical Necessity, experimental treatment or other similar exclusion or limit; and information about any office of health insurance commissioner or ombudsman available to assist you in the appeal process. A final notice of an adverse determination will include a discussion of the decision.

**Relevant Information**

Relevant information is any document, record or other information which: (a) was relied upon in making the benefit determination; (b) was submitted, considered or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (c) demonstrates compliance with the administrative processes and safeguards required by federal law in making the benefit determination; or (d) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

**Legal Action**

If your plan is governed by ERISA, you have the right to bring a civil action under section 502(a) of ERISA if you are not satisfied with the outcome of the Appeals Procedure. In most instances, you may not initiate a legal action against CIGNA until you have completed the Level-One and Level-Two appeal processes. If your appeal is expedited, there is no need to complete the Level-Two process prior to bringing legal action.

## Arbitration

This provision does not apply to dental plans.

To the extent permitted by law, any controversy between CIGNA and the Group, or an insured (including any legal representative acting on behalf of a Member), arising out of or in connection with this Certificate may be submitted to arbitration upon written notice by one party to another. Such arbitration shall be governed by the provisions of the Commercial Arbitration Rules of the American Arbitration Association, to the extent that such provisions are not inconsistent with the provisions of this section.

CONFIDENTIAL

CIGNA01393892



**CIGNA HealthCare**

If the parties cannot agree upon a single arbitrator within 30 days of the effective date of written notice of arbitration, each party shall choose one arbitrator within 15 working days after the expiration of such 30-day period and the two arbitrators so chosen shall choose a third arbitrator, who shall be an attorney duly licensed to practice law in the applicable state. If either party refuses or otherwise fails to choose an arbitrator within such 15-working-day-period, the arbitrator chosen shall choose a third arbitrator in accordance with these requirements.

The arbitration hearing shall be held within 30 days following appointment of the third arbitrator, unless otherwise agreed to by the parties. If either party refuses to or otherwise fails to participate in such arbitration hearing, such hearing shall proceed and shall be fully effective in accordance with this section, notwithstanding the absence of such party.

The arbitrator(s) shall render his (their) decision within 30 days after the termination of the arbitration hearing. To the extent permitted by law, the decision of the arbitrator, or the decision of any two arbitrators if there are three arbitrators, shall be binding upon both parties conclusive of the controversy in question, and enforceable in any court of competent jurisdiction.

No party to this Certificate shall have a right to cease performance of services or otherwise refuse to carry out its obligations under this Certificate pending the outcome of arbitration in accordance with this section, except as otherwise specifically provided under this Certificate.

## COBRA Continuation Rights Under Federal Law

### For You and Your Dependents

### What is COBRA Continuation Coverage?

Under federal law, you and/or your Dependents must be given the opportunity to continue health insurance when there is a "qualifying event" that would result in loss of coverage under the Plan. You and/or your Dependents will be permitted to continue the same coverage under which you or your Dependents were covered on the day before the qualifying event occurred, unless you move out of that plan's coverage area or the plan is no longer available. You and/or your Dependents cannot change coverage options until the next open enrollment period.

### When is COBRA Continuation Available?

For you and your Dependents, COBRA continuation is available for up to 18 months from the date of the following qualifying events if the event would result in a loss of coverage under the Plan:

- your termination of employment for any reason, other than gross misconduct, or
- your reduction in work hours.

For your Dependents, COBRA continuation coverage is available for up to 36 months from the date of the following qualifying events if the event would result in a loss of coverage under the Plan:

- your death;
- your divorce or legal separation; or
- for a Dependent child, failure to continue to qualify as a Dependent under the Plan.

### Who is Entitled to COBRA Continuation?

Only a "qualified beneficiary" (as defined by federal law) may elect to continue health insurance coverage. A qualified beneficiary may include the following individuals who were covered by the Plan on the day the qualifying event occurred: you, your spouse, and your Dependent children. Each qualified beneficiary has their own right to elect or decline COBRA continuation coverage even if you decline or are not eligible for COBRA continuation.

The following individuals are not qualified beneficiaries for purposes of COBRA continuation: domestic partners, same sex spouses, grandchildren (unless adopted by you), stepchildren (unless adopted by you). Although these individuals do not have an independent right to elect COBRA continuation coverage, if you elect COBRA continuation coverage for yourself, you may also cover your Dependents even if they are not considered qualified beneficiaries under COBRA. However, such individuals' coverage will terminate when your COBRA continuation coverage terminates. The sections titled "Secondary Qualifying Events" and "Medicare Extension For Your Dependents" are not applicable to these individuals.

### Secondary Qualifying Events

If, as a result of your termination of employment or reduction in work hours, your Dependent(s) have elected COBRA continuation coverage and one or more Dependents experience another COBRA qualifying event, the affected Dependent(s) may elect to extend their COBRA continuation coverage for an additional 18 months (7 months if the secondary event occurs within the disability extension period) for a maximum of 36 months from the initial qualifying event. The second qualifying event must occur before the end of the initial 18 months of COBRA continuation coverage or within the disability extension period discussed below. Under no circumstances will COBRA continuation coverage be available for more than 36 months from the initial qualifying event. Secondary qualifying events are: your death; your divorce or legal separation; or, for a Dependent child, failure to continue to qualify as a Dependent under the Plan.

CONFIDENTIAL

CIGNA01393893

 **CIGNA HealthCare**

## Disability Extension

If, after electing COBRA continuation coverage due to your termination of employment or reduction in work hours, you or one of your Dependents is determined by the Social Security Administration (SSA) to be totally disabled under title II or XVI of the SSA, you and all of your Dependents who have elected COBRA continuation coverage may extend such continuation for an additional 11 months, for a maximum of 29 months from the initial qualifying event.

To qualify for the disability extension, all of the following requirements must be satisfied:

1. SSA must determine that the disability occurred prior to or within 60 days after the disabled individual elected COBRA continuation coverage; and

2. A copy of the written SSA determination must be provided to the Plan Administrator within 60 calendar days after the date the SSA determination is made AND before the end of the initial 18-month continuation period.

If the SSA later determines that the individual is no longer disabled, you must notify the Plan Administrator within 30 days after the date the final determination is made by SSA. The 11-month disability extension will terminate for all covered persons on the first day of the month that is more than 30 days after the date the SSA makes a final determination that the disabled individual is no longer disabled.

All causes for "Termination of COBRA Continuation" listed below will also apply to the period of disability extension.

## Medicare Extension for Your Dependents

When the qualifying event is your termination of employment or reduction in work hours and you became enrolled in Medicare (Part A, Part B or both) within the 18 months before the qualifying event, COBRA continuation coverage for your Dependents will last for up to 36 months after the date you became enrolled in Medicare. Your COBRA continuation coverage will last for up to 18 months from the date of your termination of employment or reduction in work hours.

## Termination of COBRA Continuation

COBRA continuation coverage will be terminated upon the occurrence of any of the following:

- the end of the COBRA continuation period of 18, 29 or 36 months, as applicable;
- failure to pay the required premium within 30 calendar days after the due date;
- cancellation of the Employer's policy with CIGNA;
- after electing COBRA continuation coverage, a qualified beneficiary enrolls in Medicare (Part A, Part B, or both);
- after electing COBRA continuation coverage, a qualified beneficiary becomes covered under another group health plan, unless the qualified beneficiary has a condition for

which the new plan limits or excludes coverage under a pre-existing condition provision. In such case coverage will continue until the earliest of: (a) the end of the applicable maximum period; (b) the date the pre-existing condition provision is no longer applicable; or (c) the occurrence of an event described in one of the first three bullets above; or

- any reason the Plan would terminate coverage of a participant or beneficiary who is not receiving continuation coverage (e.g., fraud).

## Moving Out of Employer's Service Area or Elimination of a Service Area

If you and/or your Dependents move out of the Employer's service area or the Employer eliminates a service area in your location, your COBRA continuation coverage under the plan will be limited to out-of-network coverage only. In-network coverage is not available outside of the Employer's service area. If the Employer offers another benefit option through CIGNA or another carrier which can provide coverage in your location, you may elect COBRA continuation coverage under that option.

## Employer's Notification Requirements

Your Employer is required to provide you and/or your Dependents with the following notices:

- An initial notification of COBRA continuation rights must be provided within 90 days after your (or your spouse's) coverage under the Plan begins (or the Plan first becomes subject to COBRA continuation requirements, if later). If you and/or your Dependents experience a qualifying event before the end of that 90-day period, the initial notice must be provided within the time frame required for the COBRA continuation coverage election notice as explained below.

- A COBRA continuation coverage election notice must be provided to you and/or your Dependents within the following timeframes:

  (a) if the Plan provides that COBRA continuation coverage and the period within which an Employer must notify the Plan Administrator of a qualifying event starts upon the loss of coverage, 44 days after loss of coverage under the Plan;

  (b) if the Plan provides that COBRA continuation coverage and the period within which an Employer must notify the Plan Administrator of a qualifying event starts upon the occurrence of a qualifying event, 44 days after the qualifying event occurs; or

  (c) in the case of a multi-employer plan, no later than 14 days after the end of the period in which Employers must provide notice of a qualifying event to the Plan Administrator.

CONFIDENTIAL

CIGNA01393894

 **CIGNA** HealthCare

## How to Elect COBRA Continuation Coverage

The COBRA coverage election notice will list the individuals who are eligible for COBRA continuation coverage and inform you of the applicable premium. The notice will also include instructions for electing COBRA continuation coverage. You must notify the Plan Administrator of your election no later than the due date stated on the COBRA election notice. If a written election notice is required, it must be post-marked no later than the due date stated on the COBRA election notice. If you do not make proper notification by the due date shown on the notice, you and your Dependents will lose the right to elect COBRA continuation coverage. If you reject COBRA continuation coverage before the due date, you may change your mind as long as you furnish a completed election form before the due date.

Each qualified beneficiary has an independent right to elect COBRA continuation coverage. Continuation coverage may be elected for only one, several, or for all Dependents who are qualified beneficiaries. Parents may elect to continue coverage on behalf of their Dependent children. You or your spouse may elect continuation coverage on behalf of all the qualified beneficiaries. You are not required to elect COBRA continuation coverage in order for your Dependents to elect COBRA continuation.

## How Much Does COBRA Continuation Coverage Cost?

Each qualified beneficiary may be required to pay the entire cost of continuation coverage. The amount may not exceed 102% of the cost to the group health plan (including both Employer and Employee contributions) for coverage of a similarly situated active Employee or family member. The premium during the 11-month disability extension may not exceed 150% of the cost to the group health plan (including both employer and employee contributions) for coverage of a similarly situated active Employee or family member. For example:

If the Employee alone elects COBRA continuation coverage, the Employee will be charged 102% (or 150%) of the active Employee premium. If the spouse or one Dependent child alone elects COBRA continuation coverage, they will be charged 102% (or 150%) of the active Employee premium. If more than one qualified beneficiary elects COBRA continuation coverage, they will be charged 102% (or 150%) of the applicable family premium.

## When and How to Pay COBRA Premiums

*First payment for COBRA continuation*

If you elect COBRA continuation coverage, you do not have to send any payment with the election form. However, you must make your first payment no later than 45 calendar days after the date of your election. (This is the date the Election Notice is postmarked, if mailed.) If you do not make your first

payment within that 45 days, you will lose all COBRA continuation rights under the Plan.

*Subsequent payments*

After you make your first payment for COBRA continuation coverage, you will be required to make subsequent payments of the required premium for each additional month of coverage. Payment is due on the first day of each month. If you make a payment on or before its due date, your coverage under the Plan will continue for that coverage period without any break.

*Grace periods for subsequent payments*

Although subsequent payments are due by the first day of the month, you will be given a grace period of 30 days after the first day of the coverage period to make each monthly payment. Your COBRA continuation coverage will be provided for each coverage period as long as payment for that coverage period is made before the end of the grace period for that payment. However, if your payment is received after the due date, your coverage under the Plan may be suspended during this time. Any providers who contact the Plan to confirm coverage during this time may be informed that coverage has been suspended. If payment is received before the end of the grace period, your coverage will be reinstated back to the beginning of the coverage period. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated. If you fail to make a payment before the end of the grace period for that coverage period, you will lose all rights to COBRA continuation coverage under the Plan.

## You Must Give Notice of Certain Qualifying Events

If you or your Dependent(s) experience one of the following qualifying events, you must notify the Plan Administrator within 60 calendar days after the later of the date the qualifying event occurs or the date coverage would cease as a result of the qualifying event:

- Your divorce or legal separation;

- Your child ceases to qualify as a Dependent under the Plan; or

- The occurrence of a secondary qualifying event as discussed under "Secondary Qualifying Events" above (this notice must be received prior to the end of the initial 18- or 29-month COBRA period).

(Also refer to the section titled "Disability Extension" for additional notice requirements.)

Notice must be made in writing and must include: the name of the Plan, name and address of the Employee covered under the Plan, name and address(es) of the qualified beneficiaries affected by the qualifying event; the qualifying event; the date the qualifying event occurred; and supporting documentation

CONFIDENTIAL

CIGNA01393895


**CIGNA HealthCare**

(e.g., divorce decree, birth certificate, disability determination, etc.).

**Newly Acquired Dependents**

If you acquire a new Dependent through marriage, birth, adoption or placement for adoption while your coverage is being continued, you may cover such Dependent under your COBRA continuation coverage. However, only your newborn or adopted Dependent child is a qualified beneficiary and may continue COBRA continuation coverage for the remainder of the coverage period following your early termination of COBRA coverage or due to a secondary qualifying event. COBRA coverage for your Dependent spouse and any Dependent children who are not your children (e.g., stepchildren or grandchildren) will cease on the date your COBRA coverage ceases and they are not eligible for a secondary qualifying event.

**Trade Act of 2002**

The Trade Act of 2002 created a new tax credit for certain individuals who become eligible for trade adjustment assistance and for certain retired Employees who are receiving pension payments from the Pension Benefit Guaranty Corporation (PBGC) (eligible individuals). Under the new tax provisions, eligible individuals can either take a tax credit or get advance payment of 65% of premiums paid for qualified health insurance, including continuation coverage. If you have questions about these new tax provisions, you may call the Health Coverage Tax Credit Customer Contact Center toll-free at 1-866-628-4282. TDD/TYY callers may call toll-free at 1-866-626-4282. More information about the Trade Act is also available at www.doleta.gov/tradeact/2002act_index.asp.

In addition, if you initially declined COBRA continuation coverage and, within 60 days after your loss of coverage under the Plan, you are deemed eligible by the U.S. Department of Labor or a state labor agency for trade adjustment assistance (TAA) benefits and the tax credit, you may be eligible for a special 60 day COBRA election period. The special election period begins on the first day of the month that you become TAA-eligible. If you elect COBRA coverage during this special election period, COBRA coverage will be effective on the first day of the special election period and will continue for 18 months, unless you experience one of the events discussed under "Termination of COBRA Continuation" above. Coverage will not be retroactive to the initial loss of coverage. If you receive a determination that you are TAA-eligible, you must notify the Plan Administrator immediately.

**Interaction With Other Continuation Benefits**

You may be eligible for other continuation benefits under state law. Refer to the Termination section for any other continuation benefits.

## ERISA Required Information

The name of the Plan is:

Boyd Benefits

The name, address, ZIP code and business telephone number of the sponsor of the Plan is:

Boyd Benefits
6465 South Rainbow Blvd.
Las Vegas, NV 89118
702-792-7373

| Employer Identification Number (EIN) | Plan Number |
|---|---|
| 88-0242733 | 501 |

The name, address, ZIP code and business telephone number of the Plan Administrator is:

Employer named above

The name, address and ZIP code of the person designated as agent for the service of legal process is:

Employer named above

The office designated to consider the appeal of denied claims is:

The CIGNA Claim Office responsible for this Plan

The cost of the Plan is shared by Employee and Employer.

The Plan's fiscal year ends on 12/31.

The preceding pages set forth the eligibility requirements and benefits provided for you under this Plan.

**Plan Trustees**

A list of any Trustees of the Plan, which includes name, title and address, is available upon request to the Plan Administrator.

**Plan Type**

The plan is a healthcare benefit plan.

**Collective Bargaining Agreements**

You may contact the Plan Administrator to determine whether the Plan is maintained pursuant to one or more collective bargaining agreements and if a particular Employer is a sponsor. A copy is available for examination from the Plan Administrator upon written request.

**Discretionary Authority**

The Plan Administrator delegates to CIGNA the discretionary authority to interpret and apply plan terms and to make factual determinations in connection with its review of claims under the plan. Such discretionary authority is intended to include, but not limited to, the determination of the eligibility of persons desiring to enroll in or claim benefits under the plan, the determination of whether a person is entitled to benefits

CONFIDENTIAL

CIGNA01393896



**CIGNA HealthCare**

under the plan, and the computation of any and all benefit payments. The Plan Administrator also delegates to CIGNA the discretionary authority to perform a full and fair review, as required by ERISA, of each claim denial which has been appealed by the claimant or his duly authorized representative.

**Plan Modification, Amendment and Termination**

The Employer as Plan Sponsor reserves the right to, at any time, change or terminate benefits under the Plan, to change or terminate the eligibility of classes of employees to be covered by the Plan, to amend or eliminate any other plan term or condition, and to terminate the whole plan or any part of it. The procedure by which benefits may be changed or terminated, by which the eligibility of classes of employees may be changed or terminated, or by which part or all of the Plan may be terminated, is contained in the Employer's Plan Document, which is available for inspection and copying from the Plan Administrator designated by the Employer. No consent of any participant is required to terminate, modify, amend or change the Plan.

Termination of the Plan together with termination of the insurance policy(s) which funds the Plan benefits will have no adverse effect on any benefits to be paid under the policy(s) for any covered medical expenses incurred prior to the date that policy(s) terminates. Likewise, any extension of benefits under the policy(s) due to you or your Dependent's total disability which began prior to and has continued beyond the date the policy(s) terminates will not be affected by the Plan termination. Rights to purchase limited amounts of life and medical insurance to replace part of the benefits lost because the policy(s) terminated may arise under the terms of the policy(s). A subsequent Plan termination will not affect the extension of benefits and rights under the policy(s).

Your coverage under the Plan's insurance policy(s) will end on the earliest of the following dates:

- the date you leave Active Service;
- the date you are no longer in an eligible class;
- if the Plan is contributory, the date you cease to contribute;
- the date the policy(s) terminates.

See your Plan Administrator to determine if any extension of benefits or rights are available to you or your Dependents under this policy(s). No extension of benefits or rights will be available solely because the Plan terminates.

**Statement of Rights**

As a participant in the plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits**

- examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure room of the Employee Benefits Security Administration.

- obtain, upon written request to the Plan Administrator, copies of documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

- receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each person under the Plan with a copy of this summary financial report.

**Continue Group Health Plan Coverage**

- continue health care coverage for yourself, your spouse or Dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your Dependents may have to pay for such coverage. Review this summary plan description and the documents governing the Plan on the rules governing your federal continuation coverage rights.

- reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect federal continuation coverage, when your federal continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied or ignored you have a right to know why this was done, to obtain

CONFIDENTIAL

CIGNA01393897



copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

**Enforce Your Rights**

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.

In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# Definitions

**Active Service**

You will be considered in Active Service:

- on any of your Employer's scheduled work days if you are performing the regular duties of your work on a full-time basis on that day either at your Employer's place of business or at some location to which you are required to travel for your Employer's business.

- on a day which is not one of your Employer's scheduled work days if you were in Active Service on the preceding scheduled work day.

**Bed and Board**

The term Bed and Board includes all charges made by a Hospital on its own behalf for room and meals and for all general services and activities needed for the care of registered bed patients.

**Charges**

The term "charges" means the actual billed charges; except when the provider has contracted directly or indirectly with CIGNA for a different amount.

**CIGNA Care Network**

The term CIGNA Care Network refers to a designation given to Participating Providers who meet independently-established criteria determining efficiency and quality.

**Custodial Services**

Any services that are of a sheltering, protective, or safeguarding nature. Such services may include a stay in an institutional setting, at-home care, or nursing services to care for someone because of age or mental or physical condition. This service primarily helps the person in daily living. Custodial care can also provide medical services, given mainly to maintain the person's current state of health. These services cannot be intended to greatly improve a medical condition; they are intended to provide care while the patient cannot care for himself or herself. Custodial Services include but are not limited to:

- Services related to watching or protecting a person;

- Services related to performing or assisting a person in performing any activities of daily living, such as: (a) walking, (b) grooming, (c) bathing, (d) dressing, (e) getting in or out of bed, (f) toileting, (g) eating, (h) preparing foods, or (i) taking medications that can be self administered, and

- Services not required to be performed by trained or skilled medical or paramedical personnel.

**Dependent**

Dependents are:

- your lawful spouse; and

- any child of yours who is
  - less than 26 years old;

CONFIDENTIAL

CIGNA01393898



**CIGNA HealthCare**

- 26 or more years old and primarily supported by you and incapable of self-sustaining employment by reason of mental or physical handicap. Proof of the child's condition and dependence must be submitted to CIGNA within 30 days after the date the child ceases to qualify above. During the next two years CIGNA may, from time to time, require proof of the continuation of such condition and dependence. After that, CIGNA may require proof no more than once a year.

A child includes an adopted child from the earlier of: (a) the date the adoption becomes effective; or (b) the first day of the child's placement in the home. It also includes a stepchild who lives with you.

Benefits for a Dependent child will continue until the birthday the dependent reaches the limiting age.

Anyone who is eligible as an Employee will not be considered as a Dependent.

No one may be considered as a Dependent of more than one Employee.

**Emergency Medical Condition**

Emergency medical condition means a medical condition which manifests itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy; serious impairment to bodily functions; or serious dysfunction of any bodily organ or part.

**Emergency Services**

Emergency services means, with respect to an emergency medical condition, a medical screening examination that is within the capability of the emergency department of a hospital, including ancillary services routinely available to the emergency department to evaluate the emergency medical condition; and such further medical examination and treatment, to the extent they are within the capabilities of the staff and facilities available at the hospital, to stabilize the patient.

**Employee**

The term Employee means a full-time employee of the Employer who is currently in Active Service and works a minimum or 412 hours a quarter for the Employer..

**Employer**

The term Employer means the plan sponsor self-insuring the benefits described in this booklet, on whose behalf CIGNA is providing claim administration services.

**Essential Health Benefits**

Essential health benefits means, to the extent covered under the plan, expenses incurred with respect to covered services, in at least the following categories: ambulatory patient services, emergency services, hospitalization, maternity and newborn care, mental health and substance use disorder services, including behavioral health treatment, prescription drugs, rehabilitative and habilitative services and devices, laboratory services, preventive and wellness services and chronic disease management and pediatric services, including oral and vision care.

**Expense Incurred**

An expense is incurred when the service or the supply for which it is incurred is provided.

**Free-Standing Surgical Facility**

The term Free-standing Surgical Facility means an institution which meets all of the following requirements:

- it has a medical staff of Physicians, Nurses and licensed anesthesiologists;
- it maintains at least two operating rooms and one recovery room;
- it maintains diagnostic laboratory and x-ray facilities;
- it has equipment for emergency care;
- it has a blood supply;
- it maintains medical records;
- it has agreements with Hospitals for immediate acceptance of patients who need Hospital Confinement on an inpatient basis; and
- it is licensed in accordance with the laws of the appropriate legally authorized agency.

**Hospice Care Program**

The term Hospice Care Program means:

- a coordinated, interdisciplinary program to meet the physical, psychological, spiritual and social needs of dying persons and their families;
- a program that provides palliative and supportive medical, nursing and other health services through home or inpatient care during the illness;

CONFIDENTIAL

CIGNA01393899


**CIGNA HealthCare**

- a program for persons who have a Terminal Illness and for the families of those persons.

## Hospice Care Services

The term Hospice Care Services means any services provided by: (a) a Hospital, (b) a Skilled Nursing Facility or a similar institution, (c) a Home Health Care Agency, (d) a Hospice Facility, or (e) any other licensed facility or agency under a Hospice Care Program.

## Hospice Facility

The term Hospice Facility means an institution or part of it which:

- primarily provides care for Terminally Ill patients;
- is accredited by the National Hospice Organization;
- meets standards established by CIGNA; and
- fulfills any licensing requirements of the state or locality in which it operates.

## Hospital

The term Hospital means:

- an institution licensed as a hospital, which: (a) maintains, on the premises, all facilities necessary for medical and surgical treatment; (b) provides such treatment on an inpatient basis, for compensation, under the supervision of Physicians; and (c) provides 24-hour service by Registered Graduate Nurses;
- an institution which qualifies as a hospital, a psychiatric hospital or a tuberculosis hospital, and a provider of services under Medicare, if such institution is accredited as a hospital by the Joint Commission on the Accreditation of Healthcare Organizations; or
- an institution which: (a) specializes in treatment of Mental Health and Substance Abuse or other related illness; (b) provides residential treatment programs; and (c) is licensed in accordance with the laws of the appropriate legally authorized agency;
- a Hospice Facility.

The term Hospital will not include an institution which is primarily a place for rest, a place for the aged, or a nursing home.

## Hospital Confinement or Confined in a Hospital

A person will be considered Confined in a Hospital if he is:

- a registered bed patient in a Hospital upon the recommendation of a Physician;

- receiving treatment for Mental Health and Substance Abuse Services in a Partial Hospitalization program;
- receiving treatment for Mental Health and Substance Abuse Services in a Mental Health or Substance Abuse Residential Treatment Center.

## Injury

The term Injury means an accidental bodily injury.

## Maintenance Treatment

The term Maintenance Treatment means:

• treatment rendered to keep or maintain the patient's current status.

## Maximum Reimbursable Charge - Medical

The Maximum Reimbursable Charge for covered services is determined based on the lesser of:

- the provider's normal charge for a similar service or supply; or
- a percentage of a fee schedule developed by CIGNA that is based upon a methodology similar to methodology utilized by Medicare to determine the allowable fee for the same or similar service within the geographic market.

The percentage used to determine the Maximum Reimbursable Charge is listed in The Schedule.

The Maximum Reimbursable Charge is subject to all other benefit limitations and applicable coding and payment methodologies determined by CIGNA. Additional information about how CIGNA determines the Maximum Reimbursable Charge is available upon request.

## Medicaid

The term Medicaid means a state program of medical aid for needy persons established under Title XIX of the Social Security Act of 1965 as amended.

## Medically Necessary/Medical Necessity

Medically Necessary Covered Services and Supplies are those determined by the Medical Director to be:

- required to diagnose or treat an illness, injury, disease or its symptoms;
- in accordance with generally accepted standards of medical practice;
- clinically appropriate in terms of type, frequency, extent, site and duration;

CONFIDENTIAL

CIGNA01393900

- not primarily for the convenience of the patient, Physician or other health care provider; and
- rendered in the least intensive setting that is appropriate for the delivery of the services and supplies. Where applicable, the Medical Director may compare the cost-effectiveness of alternative services, settings or supplies when determining least intensive setting.

**Medicare**

The term Medicare means the program of medical care benefits provided under Title XVIII of the Social Security Act of 1965 as amended.

**Necessary Services and Supplies**

The term Necessary Services and Supplies includes:

- any charges, except charges for Bed and Board, made by a Hospital on its own behalf for medical services and supplies actually used during Hospital Confinement;
- any charges, by whomever made, for licensed ambulance service to or from the nearest Hospital where the needed medical care and treatment can be provided; and
- any charges, by whomever made, for the administration of anesthetics during Hospital Confinement.

The term Necessary Services and Supplies will not include any charges for special nursing fees, dental fees or medical fees.

**Nurse**

The term Nurse means a Registered Graduate Nurse, a Licensed Practical Nurse or a Licensed Vocational Nurse who has the right to use the abbreviation "R.N.," "L.P.N." or "L.V.N."

**Other Health Care Facility/ Other Health Professional**

The term Other Health Care Facility means a facility other than a Hospital or hospice facility. Examples of Other Health Care Facilities include, but are not limited to, licensed skilled nursing facilities, rehabilitation Hospitals and subacute facilities. The term Other Health Professional means an individual other than a Physician who is licensed or otherwise authorized under the applicable state law to deliver medical services and supplies. Other Health Professionals include, but are not limited to physical therapists, registered nurses and licensed practical nurses. Other Health Professionals do not include providers such as Certified First Assistants, Certified Operating Room Technicians, Certified Surgical Assistants/Technicians, Licensed Certified Surgical Assistants/Technicians, Licensed Surgical Assistants, Orthopedic Physician Assistants and Surgical First Assistants.

**Participating Pharmacy**

The term Participating Pharmacy means a retail pharmacy with which Connecticut General Life Insurance Company has contracted to provide prescription services to insureds; or a designated mail-order pharmacy with which CIGNA has contracted to provide mail-order prescription services to insureds.

**Participating Provider**

The term Participating Provider means a hospital, a Physician or any other health care practitioner or entity that has a direct or indirect contractual arrangement with CIGNA to provide covered services with regard to a particular plan under which the participant is covered.

**Patient Protection and Affordable Care Act of 2010 ("PPACA")**

Patient Protection and Affordable Care Act of 2010 means the Patient Protection and Affordable Care Act of 2010 (Public Law 111-148) as amended by the Health Care and Education Reconciliation Act of 2010 (Public Law 111-152).

**Pharmacy**

The term Pharmacy means a retail pharmacy, or a mail-order pharmacy.

**Pharmacy & Therapeutics (P & T) Committee**

A committee of CIGNA Participating Providers, Medical Directors and Pharmacy Directors which regularly reviews Prescription Drugs and Related Supplies for safety and efficacy. The P&T Committee evaluates Prescription Drugs and Related Supplies for potential addition to or deletion from the Prescription Drug List and may also set dosage and/or dispensing limits on Prescription Drugs and Related Supplies.

**Physician**

The term Physician means a licensed medical practitioner who is practicing within the scope of his license and who is licensed to prescribe and administer drugs or to perform surgery. It will also include any other licensed medical practitioner whose services are required to be covered by law in the locality where the policy is issued if he is:

- operating within the scope of his license; and



- performing a service for which benefits are provided under this plan when performed by a Physician.

**Prescription Drug**

Prescription Drug means; (a) a drug which has been approved by the Food and Drug Administration for safety and efficacy; (b) certain drugs approved under the Drug Efficacy Study Implementation review; or (c) drugs marketed prior to 1938 and not subject to review, and which can, under federal or state law, be dispensed only pursuant to a Prescription Order.

**Prescription Drug List**

Prescription Drug List means a listing of approved Prescription Drugs and Related Supplies. The Prescription Drugs and Related Supplies included in the Prescription Drug List have been approved in accordance with parameters established by the P&T Committee. The Prescription Drug List is regularly reviewed and updated.

**Prescription Order**

Prescription Order means the lawful authorization for a Prescription Drug or Related Supply by a Physician who is duly licensed to make such authorization within the course of such Physician's professional practice or each authorized refill thereof.

**Preventive Treatment**

The term Preventive Treatment means:

• treatment rendered to prevent disease or its recurrence.

**Primary Care Physician**

The term Primary Care Physician means a Physician: (a) who qualifies as a Participating Provider in general practice, internal medicine, family practice or pediatrics; and (b) who has been selected by you, as authorized by the Provider Organization, to provide or arrange for medical care for you or any of your insured Dependents.

**Psychologist**

The term Psychologist means a person who is licensed or certified as a clinical psychologist. Where no licensure or certification exists, the term Psychologist means a person who is considered qualified as a clinical psychologist by a recognized psychological association. It will also include any other licensed counseling practitioner whose services are required to be covered by law in the locality where the policy is issued if he is:

- operating within the scope of his license; and
- performing a service for which benefits are provided under this plan when performed by a Psychologist.

**Related Supplies**

Related Supplies means diabetic supplies (insulin needles and syringes, lancets and glucose test strips), needles and syringes for injectables covered under the pharmacy plan, and spacers for use with oral inhalers.

**Review Organization**

The term Review Organization refers to an affiliate of CIGNA or another entity to which CIGNA has delegated responsibility for performing utilization review services. The Review Organization is an organization with a staff of clinicians which may include Physicians, Registered Graduate Nurses, licensed mental health and substance abuse professionals, and other trained staff members who perform utilization review services.

**Sickness – For Medical Insurance**

The term Sickness means a physical or mental illness. It also includes pregnancy for you or your spouse and complications of pregnancy for your dependent child. Expenses incurred for routine Hospital and pediatric care of a newborn child prior to discharge from the Hospital nursery will be considered to be incurred as a result of Sickness.

**Skilled Nursing Facility**

The term Skilled Nursing Facility means a licensed institution (other than a Hospital, as defined) which specializes in:

- physical rehabilitation on an inpatient basis; or
- skilled nursing and medical care on an inpatient basis;

but only if that institution: (a) maintains on the premises all facilities necessary for medical treatment; (b) provides such treatment, for compensation, under the supervision of Physicians; and (c) provides Nurses' services.

**Stabilize**

Stabilize means, with respect to an emergency medical condition, to provide such medical treatment of the condition as may be necessary to assure, within reasonable medical probability that no material deterioration of the condition is likely to result from or occur during the transfer of the individual from a facility.

CONFIDENTIAL

CIGNA01393902


**CIGNA HealthCare**

**Terminal Illness**

A Terminal Illness will be considered to exist if a person becomes terminally ill with a prognosis of six months or less to live, as diagnosed by a Physician.

**Urgent Care**

Urgent Care is medical, surgical, Hospital or related health care services and testing which are not Emergency Services, but which are determined by CIGNA, in accordance with generally accepted medical standards, to have been necessary to treat a condition requiring prompt medical attention. This does not include care that could have been foreseen before leaving the immediate area where you ordinarily receive and/or were scheduled to receive services. Such care includes, but is not limited to, dialysis, scheduled medical treatments or therapy, or care received after a Physician's recommendation that the insured should not travel due to any medical condition.

CONFIDENTIAL

CIGNA01393903



CIGNA HealthCare

The following pages describe the features of your CIGNA Choice Fund -  Health Reimbursement Arrangement. Please read them carefully.

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393904



**CIGNA HealthCare**

## What You Should Know about CIGNA Choice Fund® – Health Reimbursement Arrangement

**CIGNA Choice Fund is designed to give you more of what you want:**

- Options to help you manage your health *and* your health care
- Simple ways to predict and track cost
- A better understanding of your options

**What's in it for you?**

*Control*

The services you get and where you get them are up to you.

*Choice*

You have the freedom to choose any licensed doctor. Your costs are lower for services from CIGNA contracted providers.

*Flexibility*

Your employer's annual contribution to your HRA helps offset the cost of your deductible. You can use your HRA to pay for qualified expenses. Ask your employer if this option is available to you. Please visit myCIGNA.com for a list of qualified expenses.

*Quality*

Your plan covers medical care when you're sick, but also includes coverage for preventive care services.

*Tools*

Easy-to-use resources help you make informed decisions.

*Health Information and Education*

Just call the toll-free number on your ID card to reach the CIGNA HealthCare 24-Hour Health Information Line℠, giving you access to registered nurses and an audio library of health topics 24 hours a day. In addition, the CIGNA HealthCare Healthy Babies® program provides prenatal education and support for mothers-to-be.

*Support*

We help you keep track with online benefits information, transactions, and account activity; medical and drug cost comparisons; monthly statements; and more. You also have toll-free access to dedicated Member Service teams, specially trained to answer your questions and address your needs.

*Savings on Health and Wellness Products and Services*

Through CIGNA Healthy Rewards®, you can save money on products and services not often covered by many traditional plans. Offerings include laser vision correction, acupuncture, chiropractic care, Weight Watchers®, and more.

**The Basics**

**How does it work?**

The Health Reimbursement Arrangement combines traditional medical coverage with a fund that includes contributions only from your employer.

1. **Employer contribution** — Your employer establishes a health fund that can be used to pay for qualified health care expenses during that year. The services you receive and where you get them are up to you. Amounts paid by the fund for covered services count toward the annual deductible. For a list of qualified expenses, please visit CIGNA.com, subject to limits set by your employer.

2. **Your contribution** — Once you've used the dollars in your health fund, you pay your expenses up to the deductible.

3. **Your employer and you** — After your deductible is met, you use a traditional medical plan for covered services. Depending on your plan, you pay pre-determined coinsurance or copayments for certain services.

**Which services are covered by my Health Reimbursement Arrangement?**

According to federal law, HRA funds can be used to cover only qualified medical expenses for you and your dependents.

**Which services are covered by my medical plan, and which will I have to pay out of my own pocket?**

Covered services vary depending on your plan, so visit myCIGNA.com or check your plan materials in this booklet for specific information. In addition to your premiums deducted from your paycheck, you'll be responsible for paying:

- Costs for any services needed after you've spent your health fund, if you haven't met your deductible.
- Your coinsurance or copayments after you meet the deductible and your medical plan coverage begins.

If all of your medical expenses are covered services and the total cost doesn't exceed the amount in your health fund, you may not have additional out-of-pocket costs.

Your plan may also include a Flexible Spending Account (FSA). If you are eligible to enroll in this account, you can contribute pre-tax dollars from each paycheck — then use the funds to reimburse yourself for eligible health care expenses, such as certain vision, hearing, or orthodontic care, even if they're not covered by your CIGNA medical plan. Your employer determines which health care expenses are eligible for reimbursement. Money for expenses is deducted first from your HRA, and then your FSA. In addition, your employer

CONFIDENTIAL

CIGNA01393905



**CIGNA HealthCare**

may allow you to use FSA funds remaining at the end of the plan year to pay for claims incurred during the 2½ months after your plan year ends.

**Are services covered if I use out-of-network doctors?**

You can use the dollars in your HRA to visit any licensed doctor or facility. However, if you choose a provider who participates with CIGNA HealthCare, your costs will be lower.

**What happens to any unused dollars in my fund?**

Any unused HRA dollars, up to a cap amount of $750 for an individual and $1,500 for a family and based on your enrollment status on December 31, rollover to the next year and can help you pay for any final expenses for the current year billed in the next year, as well as your deductible and coinsurance in the next year. Here's how it works:

- CIGNA processes dollars from your HRA funds based on the date of your services
- When the current year ends, any unused dollars up to the cap amount rollover to the new year
- Rollover dollars can be used to pay for current year and new year claims
- Your new year HRA funds, based on your enrollment status on January 1, can only be used to pay for claims incurred on or after January 1st of the new year
- Rollover dollars can be used to help satisfy your portion of the total deductible

**Key Terms**

For the specific amounts in your plan, please see the medical plan section of this booklet.

**Deductible**

The amount that you must pay for covered health expenses before the underlying health plan covers expenses.

**Out-of-Pocket Maximum**

The maximum amount you pay out of your pocket for eligible expenses each year.

**HRA amount**

The amount your employer contributes to your HRA each year.

**Plan coinsurance**

The percentage of charges you pay for expenses covered by your medical plan.

**Tools and Resources at Your Fingertips**

To help you understand your benefits, we've created a suite of information and tools that you can access confidentially through our member website, **myCIGNA.com**.

You have a right to know the cost of services you receive. You have the power to make a difference in the type and quality of those services. You have unique health care needs.

And that's why you have myCIGNA.com – to find value in your health plan. myCIGNA.com includes helpful resources specifically for members who have CIGNA Choice Fund.

- Online access to your current fund balance, past transactions and claim status, as well as your Explanation of Benefits.
- Your own savings account calculator, with account balance tracking and transaction worksheets to estimate your out-of-pocket expenses.
- Medical cost and drug cost information, including average costs for your state.
- Explanations of other CIGNA HealthCare products and services – what they are and how you can use them.
- Frequently asked questions – about health care in general and CIGNA HealthCare specifically.
- A number of convenient, helpful tools that let you:

*Compare costs*

Use tools to compare costs and help you decide where to get care. You can get average price ranges for certain ambulatory surgical procedures and radiology services. You can also find estimated costs in your region for common medical services and conditions.

*Find out more about your local hospitals*

Learn how hospitals rank by number of procedures performed, patients' average length of stay, and cost. Go to our online provider directory for estimated average cost ranges for certain procedures, including total charges and your out-of-pocket expense, based on a CIGNA HealthCare benefit plan. You can also find hospitals that earn the "Centers of Excellence" designation based on effectiveness in treating selected procedures/conditions and cost.

*Get the facts about your medication, cost, treatment options and side effects*

Use the pharmacy tools to: check your prescription drug costs, listed by specific pharmacy and location (including CIGNA Tel-Drug); and review your claims history for the past 16 months. Click "WebMD Drug Comparison Tool" under **Related Health Resources** to look at condition-specific drug treatments and compare characteristics of more than 200 common medications. Evaluate up to 10 medications at once to better understand side effects, drug interactions and alternatives.

*Take control of your health*

Take the health risk assessment, an online questionnaire that can help you identify and monitor your health status. You also can find out how your family history may affect you, learn about preventive care and check your progress toward

CONFIDENTIAL                                                                           CIGNA01393906


**CIGNA HealthCare**

healthy goals. And if your results show that you may benefit from other services, you can learn about related CIGNA HealthCare programs on the same site.

### Explore topics on medicine, health and wellness

Get information on more than 5,000 health conditions, health and wellness, first aid and medical exams through **Healthwise®**, an interactive library. Research articles on clinical findings through **Condition Centers®**.

### Keep track of your personal health information

**Health Record** is your central, secure location for your medical conditions, medications, allergies, surgeries, immunizations, and emergency contacts. You can add your health risk assessment results to **Health Record**, so you can easily print and share the information with your doctor. Your lab results from certain facilities can be automatically entered into your Personal Health Record.

### Chart progress of important health indicators

Input key data such as blood pressure, blood sugar, cholesterol (Total/LDL/HDL), height and weight, and exercise regimen. **Health Tracker** makes it easy to chart the results and share them with your doctor.

## On the Phone

Call the toll-free number on your CIGNA HealthCare ID card to reach the CIGNA HealthCare 24-Hour Health Information Line$^{SM}$. You can speak to a trained nurse for guidance on appropriate care or directions to the nearest facility. You also can listen to audio tapes on a variety of health topics. It's easy, reassuring, convenient and confidential.

## CIGNA Health Advisor$^{SM}$

Your plan includes access to **CIGNA Health Advisor**. Call a CIGNA Health Advisor for personalized health and wellness coaching and resources to help you achieve your health-related goals and make the most of your health care benefits. Our team of health and wellness professionals includes registered nurses, health educators and nutritionists, all supported by doctors and pharmacists. CIGNA Health Advisors give you a personalized contact for: easy-to-understand health and wellness information based on your specific benefits, needs and preferences; and help evaluating treatment options and navigating the complex health care system. To reach your CIGNA Health Advisor, call the toll-free number on your CIGNA HealthCare ID card, Monday-Friday, 9 a.m.-9 p.m. and Saturday, 9-12 p.m. See your benefits administrator for more details.

## Getting the Most from Your HRA

As a consumer, you make decisions every day – from buying the family car to choosing the breakfast cereal. Make yourself a more educated health care consumer and you'll find that you, too, can make a difference in the health care services you receive and what you ultimately pay.

## Fast Facts

If you choose to see a CIGNA HealthCare participating provider, the cost is based on discounted rates, so your costs will be lower. If you visit a provider not in the network, you may still use CIGNA Choice Fund to pay for the cost of those services, but you will pay a higher rate, and you may have to file claims.

**If you need hospital care, there are several tools to help you make informed decisions about quality and cost.**

- With the Select Quality Care$^{TM}$ hospital comparison tool on myCIGNA.com, you can learn how hospitals rank by number of procedures performed, patients' average length of stay, and cost.

- Visit our provider directory for CIGNA "Centers of Excellence," providing hospital scores for specific procedures/conditions, such as cardiac care, hip and knee replacement, and bariatric surgery. Scores are based on cost and effectiveness in treating the procedure/condition, based on publicly available data.

- www.cigna.com also includes a Provider Excellence Recognition Directory. This directory includes information on:
  - Participating physicians who have achieved recognition from the National Committee for Quality Assurance (NCQA) for diabetes and/or heart and stroke care.
  - Hospitals that fully meet The Leapfrog Group patient safety standards.

**Wherever you go in the U.S., you take the CIGNA HealthCare 24-Hour Health Information Line$^{SM}$ with you.**

Whether it's late at night, and your child has a fever, or you're traveling and you're not sure where to get care, or you don't feel well and you're unsure about the symptoms, you can call the CIGNA HealthCare 24-Hour Health Information Line whenever you have a question. Call the toll-free number on your CIGNA HealthCare ID card and you will speak to a nurse who will help direct you to the appropriate care.

**A little knowledge goes a long way.**

Getting the facts about your care, such as treatment options and health risks is important to your health and well-being — and your pocketbook. For instance:

- Getting appropriate preventive care is key to staying healthy. Your CIGNA HealthCare participating doctor can provide a wide variety of tests and exams that are covered by your CIGNA HealthCare plan. Visit myCIGNA.com to learn more about proper preventive care and what's covered under your plan. You can also find ways to stay healthy by calling the CIGNA HealthCare 24-Hour Health Information Line, which includes audio tapes on preventive health, exercise and fitness, nutrition and weight control, and more.

CONFIDENTIAL                                                        CIGNA01393907


**CIGNA HealthCare**

- When it comes to medications, talk to your doctor about whether generic drugs are right for you. The brand name drugs you are prescribed may have generic alternatives that could lower your costs. If a generic version of your brand name drug is not available, other generic drugs with the same treatment effect may meet your needs.

- The health care cost estimator tool on myCIGNA.com can help you use the plan effectively. When planning and budgeting, consider:

  - Your medical and prescription drug expenses from last year.

  - Any expected changes in your medical spending in the coming year.

  - Your anticipated benefit expenses and out-of-pocket costs for the coming year.

  - The amount in your CIGNA Choice Fund compared with your expected out-of-pocket costs. Keep in mind the copayment and/or coinsurance you will pay once the fund is spent.

- Additional tools on myCIGNA.com can help you take control of your health, learn more about medical topics and wellness, and keep track of your personal health information. You can print personalized reports to discuss with your doctor.

**myCIGNA.com**

CONFIDENTIAL

CIGNA01393908

# BOYD GAMING CORPORATION SECTION 125 PLAN AND SUMMARY PLAN DESCRIPTION

**Amended and Restated Effective as of January 1, 2011**

i

CONFIDENTIAL

CIGNA01393909

## TABLE OF CONTENTS

Page

**PURPOSE OF PLAN/SPD**..................................................................... 5

**DEFINITIONS** ........................................................................................ 5

**PARTICIPATION IN THE PLAN/SPD**.................................................... 7

    A.    **When Participation Begins.** ...................................................... 7

    B.    **When Participation Ends.** ......................................................... 7

    C.    **Reinstatement of Participation by Former Participants.**.............. 7

    D.    **Unpaid Leaves of Absence that Qualify under the FMLA.** .......... 8

**AVAILABLE BENEFITS.** ...................................................................... 10

    A.    **Health Coverage.** .................................................................... 10

    B.    **Accounts.** ................................................................................ 10

    C.    **Tax Treatment of Pre-Tax Reductions.** ................................... 10

    D.    **Elections and Election Period.** ................................................ 10

    E.    **Changes in Election During the Year.** ..................................... 11

    F.    **Irrevocability of Elections.** ...................................................... 14

    G.    **Authority of Administrator to Cancel or Revise Certain Elections.** .......... 14

    H.    **Adjustments to Prevent Discrimination.** ................................. 14

**HEALTH CARE FLEXIBLE SPENDING ACCOUNT**............................ 15

    A.    **Establishment of Health Care Flexible Spending Account.**...................... 15

    B.    **Maximum Reimbursement to Health Care Flexible Spending Account.** ...... 15

    C.    **Crediting Your Health Care Flexible Spending Account.** ........... 15

    D.    **Qualifying Health Care Expenses.** .......................................... 15

    E.    **Ceasing to be a Participant with Respect to the Health Care Flexible Spending Account.** ........................................... 16

**DEPENDENT CARE FLEXIBLE SPENDING ACCOUNT** ..................... 16

    A.    **Establishment of Dependent Care Flexible Spending Account.** ............... 16

    B.    **Reimbursement Amounts.**........................................................ 17

    C.    **Crediting Your Account.** ........................................................... 17

    D.    **Dependent Care Expenses.** ..................................................... 17

    E.    **Cessation of Participation.** ....................................................... 18

    F.    **Tax Credit vs. Dependent Care Reimbursement.** ..................... 19

**PROVISIONS APPLICABLE TO BOTH THE HEALTH CARE AND DEPENDENT CARE FLEXIBLE SPENDING ACCOUNTS** ................... 19

    A.    **Reimbursement of Qualifying Health Care Expenses and Dependent Care Expenses.** ................................................... 19

    B.    **Forfeiture of Unused Amounts.**................................................ 20

**ADMINISTRATION OF THE PLAN/SPD** .............................................. 21

ii

CIGNA01393910

A.   Administrator. ............................................................................. 21
B.   Discretionary Authority of Administrator. ................................. 21
CLAIMS PROCEDURE. ............................................................................ 21
A.   Claims for Health Care Flexible Spending Account. ............... 21
B.   Claims for Dependent Care Flexible Spending Account. ......... 23
C.   Claims Provisions Applicable to Both Health Care Flexible
     Spending and Dependent Care Flexible Spending Accounts. .... 23
PROTECTED HEALTH INFORMATION ................................................... 24
A.   Your Protected Health Information. ......................................... 24
B.   Disclosures of PHI. ................................................................. 25
C.   Uses and Disclosures by the Company. .................................. 25
AMENDMENT AND TERMINATION ......................................................... 26
CONTINUATION OF COVERAGE ............................................................ 26
A.   Qualified Beneficiaries. .......................................................... 26
B.   Qualifying Events. ................................................................... 26
C.   Electing COBRA Coverage. ..................................................... 27
D.   Paying for COBRA Coverage. .................................................. 27
E.   Length of COBRA Coverage. ................................................... 27
F.   When COBRA Continuation Coverage Ends. .......................... 27
G.   Notification Requirements. ..................................................... 28
H.   About the Coverage Provided Under COBRA. ......................... 29
COBRA/OTHER MEDICAL PREMIUMS .................................................. 29
MISCELLANEOUS ................................................................................. 30
A.   Report to Participants on or before January 31 of Each Year. ... 30
B.   Taxes or Penalties. ................................................................. 30
C.   No Guarantee of Tax Consequences. ..................................... 30
D.   Indemnification Of Company By Participants. ........................ 30
E.   Eligibility for Medicaid Benefits. ............................................ 31
F.   Federal Laws. ......................................................................... 31
G.   HIPAA Compliance. ................................................................ 31
H.   Limitation of Rights and Obligations. ..................................... 31
I.   Forms and Proofs. .................................................................. 31
J.   Assignment of Benefits. .......................................................... 31
K.   Misrepresentation. ................................................................. 32
L.   Employment of Consultants. ................................................... 32
M.   Designation of Fiduciaries. ..................................................... 32
N.   Fiduciary Responsibilities. ...................................................... 32
O.   Allocation of Fiduciary Responsibilities. ................................. 32

CONFIDENTIAL   CIGNA01393911

P.    **Counterparts**. ........................................................................... 32
Q.    **Notice**. ..................................................................................... 32
R.    **Disclaimer of Liability**. .............................................................. 32
S.    **Right of Recovery**. ...................................................................... 32
T.    **Legal Counsel**. .......................................................................... 33
U.    **Evidence of Action**. .................................................................... 33
V.    **Audit**. ....................................................................................... 33
W.    **Bonding**. ................................................................................... 33
X.    **Protective Clause**. ...................................................................... 33
Y.    **Receipt and Release**. .................................................................. 33
Z.    **Benefits Solely from General Assets**. ......................................... 33
AA.   **Legal Actions**. ........................................................................... 33
BB.   **Reliance**. ................................................................................... 33
CC.   **Qualified Medical Child Support Orders**. .................................... 34
DD.   **Participant Incapacitation**. ......................................................... 34
EE.   **Participant Death**. ...................................................................... 34
FF.   **Rules of Interpretation**. .............................................................. 34
GG.   **Entire Plan/SPD**. ....................................................................... 34
**RIGHTS UNDER THE EMPLOYEE RETIREMENT INCOME SECURITY ACT
    OF 1974** ................................................................................... 34
A.    **Receive Information About Your Benefits and Plan/SPD**. ........... 34
B.    **Prudent Actions by Plan/SPD Fiduciaries**. ................................ 35
C.    **Enforce Your Rights**. .................................................................. 35
**GENERAL INFORMATION** ............................................................... 36

CONFIDENTIAL

CIGNA01393912

# BOYD GAMING CORPORATION
# SECTION 125 FLEXIBLE BENEFIT PLAN AND
# <u>SUMMARY PLAN DESCRIPTION</u>

### <u>PURPOSE OF PLAN/SPD</u>

The Plan/SPD is amended and restated effective as of January 1, 2011.  The Plan/SPD allows you to: (1) direct the Company to pay for your cost of Health Coverage with pre-tax dollars and (2) save additional taxes through a Health Care Flexible Spending Account and/or a Dependent Care Flexible Spending Account.

If you participate in the Plan/SPD, you will not pay federal, state, local, or Social Security taxes on any pre-tax amounts.  Please be aware that this may reduce your future Social Security benefits.

### <u>DEFINITIONS</u>

Throughout this Plan/SPD the capitalized words have precise meanings.  The special definitions of the capitalized words are defined here:

"**Accounts**" means a Participant's:

>"**Dependent Care Flexible Spending Account**" which accounts for reimbursement of Dependent Care Expenses.

>"**Health Care Flexible Spending Account**" which accounts for reimbursement of Qualifying Health Care Expenses.

"**Administrator**" means the Company, who serves as plan administrator under Section 3 of ERISA.

"**Board**" or "**Board of Directors**" means the Company's Board of Directors.

"**COBRA**" means the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended.

"**Code**" means the Internal Revenue Code of 1986.

"**Company**" means Boyd Gaming Corporation and its successors and assigns.

"**Dependent Care Reimbursement**" means reimbursement for services that, if paid for by you, would be considered employment-related expenses under Code Section 21(b)(2).

"**Earned Income**" means earned income as defined in Code Section 32(c)(2), but excluding any amounts you paid or Incurred for Dependent Care Reimbursement under the Plan/SPD.  If your spouse is a full-time student, or is physically or mentally incapable of caring for himself or herself and shares your principal place of abode with you, your spouse will be deemed to have Earned Income of not less than:

>$250 per month if you have 1 Qualifying Individual, or

5

CIGNA01393913

$500 per month if you have 2 or more Qualifying Individuals.

"**Eligible Employee**" means an employee of the Company who has satisfied the eligibility requirements to participate in the Group Medical Plan since his or her most recent date of hire, unless he or she was: (1) rehired within 30 days of the previous period of employment; or (2) recalled within 90 days of the previous period of employment, and he or she satisfied the eligibility requirements to participate in the Group Medical Plan in that previous period of employment.

The term '"Eligible Employee" does not include:  (1) any employee who is represented by any collective bargaining agent, or included in any collective bargaining unit recognized by the Company, unless and until the Company and the collective bargaining agent agree that the Plan/SPD shall apply to such unit; (2) leased employees, as defined under Code Section 414(n); (3) any person who, by written agreement, is not eligible for benefits; (4) any individual designated in good faith by the Company as an independent contractor (including, but not limited to, former employees of the Company who have become employees of an unrelated employer and who continue to provide services to the Company), regardless of whether the Internal Revenue Service or a court of law later determines such individual to be a common-law employee for tax purposes; and (5) any individual who is a nonresident alien and who receives no earned income (within the meaning of Code Section 911(d)(2)) from the Company which constitutes income from sources within the United States within the meaning of Code Section 861(a)(3).

"**ERISA**" means the Employee Retirement Income Security Act of 1974.

"**FMLA**" means the Family and Medical Leave Act of 1993.

"**FSA Vendor**" means the company that processes reimbursements for your Accounts.

"**Group Medical Plan**" means any of the medical benefits plans of Boyd Gaming Corporation, as in effect as of January 1, 2010, as amended from time to time, that provide Health Coverage, and any successor or replacement plans thereto (including the Choice and Advantage Plan options).

"**Health Coverage**" means medical, prescription drug, mental health/substance abuse, dental, and/or vision coverage provided under the health plan maintained by the Company.  It does not include coverage for qualified long-term care services as defined in Code Section 7702(B)(c) or coverage for any product which is advertised, marketed, or offered as long-term care insurance.

"**HIPAA**" means the Health Insurance Portability and Accountability Act of 1996.

"**Incurs**" or "**Incurred**" refers to the date care or services are provided, *not* the date you are billed or pay for such care or services.

"**Participant**" means an Eligible Employee who has begun participation in the Plan/SPD and has not subsequently become ineligible to participate.

"**Plan/SPD**" means the Boyd Gaming Corporation Section 125 Plan and Summary Plan Description, as set forth in this document, as amended from time to time.

"**Plan Year**" means the 12-month period beginning on each January 1 and ending on each December 31.

CONFIDENTIAL

CIGNA01393914

"**Relative**" means your son, daughter, descendant of a son or daughter, stepson, stepdaughter, brother, sister, stepbrother, stepsister, father, mother, ancestor of a father or mother, stepfather, stepmother, nephew, niece, uncle, aunt, and in-laws.

"**Special Participant**" means an individual who is deemed to have elected coverage under the Plan/SPD (see **COBRA/OTHER MEDICAL PREMIUMS** below).

"**USERRA**" means the Uniformed Services Employment and Reemployment Rights Act of 1994.

## PARTICIPATION IN THE PLAN/SPD

**A.     When Participation Begins.**  Each Eligible Employee may become a Participant in the Plan/SPD effective as of the first day of the month he or she is eligible to enroll in Health Coverage, provided the Eligible Employee completes and timely submits any required election form electronically via the Boyd Benefits Portal.  If an Eligible Employee fails to complete the required forms and applications within the timeframe required by the Administrator, such Eligible Employee must wait to participate in the Plan/SPD until the next January 1 or until a change in status or applicable event occurs.

**B.     When Participation Ends.**  Except as required by COBRA, USERRA, or the section **COBRA/OTHER MEDICAL PREMIUMS**, you will no longer be a Participant on the earliest of: (1) the date on which the Plan/SPD terminates; (2) the date on which employment with the Company has terminated; (3) with respect to pre-tax premium deductions for Health Coverage, the date on which Health Coverage ends or COBRA coverage begins; or (4) 30 days from the date of the Missed Premium letter notifying you that you failed to make required contributions, provided you do not make such required contributions by the due date in the letter (and except as otherwise required by USERRA or the FMLA).  Further, if your employment with the Company terminates during the Plan Year or within the Grace Period, you will have until the earlier of: (i) 90 days after your termination date, or (ii) the April 30 following the completion of the Plan Year for which you are claiming reimbursements to submit Qualifying Health Care Expenses and Dependent Care Expenses that were Incurred before your termination date (see **Reimbursement of Qualifying Health Care Expenses and Dependent Care Expenses** for an explanation of the Grace Period rules).

**C.     Reinstatement of Participation by Former Participants.**  If you participate in the Plan/SPD, terminate employment with the Company, and then return to employment with the Company within the same Plan Year and within 30 days following your termination of employment, you will be reinstated in your elections under the Plan/SPD prior to your termination.  However, if your absence spans two Plan Years, upon your return you must make a new election under the Plan/SPD for the remainder of the Plan Year.

### *EXAMPLE*

Assume you terminate employment with the Company on December 29, 2011 (during the 2011 Plan Year) and then you are reemployed and return to work on January 15, 2012 (during the 2012 Plan Year).  You will be covered under the Plan on the date you return to work but you must make new elections under the Plan for the rest of the Plan Year.

CONFIDENTIAL

CIGNA01393915

If you return to employment more than 30 days after such termination of employment, you must again satisfy the eligibility requirements and make a new election under the Plan/SPD for the remainder of the Plan Year.

**D.    Unpaid Leaves of Absence that Qualify under the FMLA.**

**(1)    Stopping Your Contributions.**  If you take an unpaid FMLA leave of absence, you may stop your contributions and revoke coverage for your Health Coverage and/or your Accounts for the duration of the FMLA leave.  You may then again elect coverage when you return from unpaid FMLA leave during the same Plan Year.

If you *stop* making contributions for **Health Coverage** while on unpaid FMLA leave, you will not receive Health Coverage during the period for which you are not making contributions.  However, if you return from FMLA leave in the same Plan Year, you may elect to be reinstated in Health Coverage, as long as you make the election within 30 days of your return date.  If you elect to reinstate Health Coverage, you must choose the same coverage you had prior to your leave, unless you elect a change in coverage that corresponds with a "change in status" or another "applicable event" (see the section below entitled **Changes in Election During the Year** for more information).

If you *stop* making contributions to the **Health Care Flexible Spending Account** while on unpaid FMLA leave, you will not be entitled to reimbursement of Qualifying Health Care Expenses that are Incurred during the period you stopped making contributions to the Health Care Flexible Spending Account.  If you return from FMLA leave during the same Plan Year, you may elect to reinstate coverage.  If you elect to reinstate coverage, you must either:

- resume coverage at the *level in effect before the FMLA leave*, and *make-up* the unpaid contributions, resulting in higher contributions per paycheck than before your FMLA leave; or

- resume coverage at a *reduced level based on amount of contributions not made while on FMLA leave*, and resume contributions at the *same level in effect before the FMLA leave*.

If you resume coverage under the Health Care Flexible Spending Account at a reduced level, the coverage will be prorated and reduced for the period during the FMLA leave for which no contributions were made, with contributions at the level in effect before your leave.  In either event, your coverage level will be reduced by any prior reimbursements.

***EXAMPLE A***

Assume you elect $1,200 of coverage for the Plan Year under the Health Care Flexible Spending Account, taken as $100 monthly premium payments.  Assume you incurred no medical expenses prior to April 1 at which time you take an unpaid FMLA leave for 3 months.  At this time you elect to discontinue your contributions to the Account and do not make any premium payments for the months of April, May, and June.  In this instance, you are not entitled to reimbursement for any expenses incurred during those 3 months.  If you then return from your leave and elect to be reinstated in the Account as of July 1 and resume coverage at the level in effect before the FMLA leave, your original annual election ($1,200) would remain the same, less any prior reimbursements (in this example there were $0 in prior

8

CIGNA01393916

reimbursements), and you would have to *make-up the unpaid contributions* ($300 total for April, May, and June).  So, in this instance, you would make higher contributions of $150 per month for the remainder of the Plan Year (July through December) in order to make-up your $300 in missed payments for April, May, and June.

### *EXAMPLE B*

Assume the same facts as Example A.  If you then return from your leave and elect to be reinstated in the Account as of July 1 and <u>resume coverage at a reduced level</u>, your original annual election ($1,200) would be reduced for the time period during the FMLA leave when no payments were made (reduced for April, May, and June) less any prior reimbursements (in this example there were $0 in prior reimbursements).  So, in this instance, your coverage for the remainder of the Plan Year would be $900 and you would make contributions of $100 per month for the remainder of the Plan Year (July through December).

Notwithstanding the above, you may be able to make an election change for your Health Care Flexible Spending Account different from the options provided above if such change corresponds with a "change in status" or another "applicable event" (see the section below entitled **Changes in Election During the Year** for more information).

If you *stop* making contributions to the **Dependent Care Flexible Spending Account** while on unpaid FMLA leave, you will not be entitled to reimbursement of Dependent Care Expenses that are Incurred during the period you stopped making contributions to the Dependent Care Flexible Spending Account.  However, to qualify as Dependent Care Expenses, the expenses Incurred must be expenses that allow you and your spouse (if applicable) to <u>work</u> and to care for certain qualified dependents.  Therefore, under most all circumstances, expenses that you Incur during a leave of absence would not be considered "Dependent Care Expenses" because they are not being Incurred in order for you and your spouse (if applicable) to work (*i.e.*, in the event of illness).  You will want to carefully consider this in your decision.  If you return from FMLA leave during the same Plan Year, you may make a new election under the Dependent Care Flexible Spending Account.  Your election must be the same as the election you made prior to your leave, unless you experienced a "change in status" or another "applicable event" (see the section below entitled **Changes in Election During the Year** for more information).

     **(2)    Continuing Your Contributions.**  If you decide to continue contributions and coverage while on an unpaid FMLA leave, payments will be made on a "pay-as-you-go" basis while on the leave.  Since you are on an unpaid leave and payroll deductions are not available, you will be responsible for making payments directly to the Company.  In addition, when you return from an unpaid FMLA leave, you may make a new election for the remainder of the calendar year as allowed under the **"Change in Status"** rules below.

     **(3)    Paid FMLA Leave.**  Notwithstanding any other provisions in this section, if you are entitled to a <u>paid</u> FMLA leave, your salary during the paid leave will be reduced each pay period to continue your current elections under the Plan/SPD for the period of time in which such leave is paid.

CONFIDENTIAL

CIGNA01393917

## AVAILABLE BENEFITS.

**A.      Health Coverage.**  If you enroll in Health Coverage, you will automatically participate in the Plan/SPD with respect to payment of your cost for Health Coverage, and your enrollment in Health Coverage will constitute an election to reduce your salary, on a *pre-tax basis* per pay period, in an amount equal to your cost for such coverage.  The cost may change each year.  You will be informed of the amount of contributions for Health Coverage benefits.  Your share of the benefit costs will be deducted from your pay in equal amounts each pay period.  If you do not want the amount of your cost for Health Coverage to be deducted from your salary on a pre-tax basis, you may opt out of automatic participation in the Plan/SPD by notifying the Administrator in writing at the time of your initial enrollment in Health Coverage and at each annual open enrollment.  Your election not to participate in the Plan/SPD with respect to Health Coverage would be required to be filed within the election period described below.

**B.      Accounts.**  Regardless of your participation in the Plan/SPD under the above paragraph, if you are an Eligible Employee you may also reduce your salary, on a *pre-tax basis*, to participate in the Health Care Flexible Spending Account and/or Dependent Care Flexible Spending Account.  Your participation in the Plan/SPD with respect to these Accounts is not automatic.  Your election to participate in the Plan/SPD with respect to the Accounts would be required to be filed within the election period described below.

**C.      Tax Treatment of Pre-Tax Reductions.**  You will **not** be required to pay federal, state, or local income taxes or Social Security taxes on any pre-tax reduction amounts for Health Coverage or the Accounts.  As used throughout the Plan/SPD, "salary" refers to the cash compensation you receive from the Company as either an hourly or salaried employee.

**D.      Elections and Election Period.**  To make an election for the Plan Year in which you *first* become eligible to participate, you must make an election electronically via the Boyd Benefits Portal and submit any required completed forms to Boyd Benefits.  You must make this election by the end of the month in which you become eligible for coverage.  If you do not make an election within the required timeframe, you may not participate in the Plan/SPD until the next January 1 or until a change in status or applicable event occurs.

For each Plan Year *after* you become a Participant (your "annual open enrollment"), Participants will receive enrollment materials, as will Eligible Employees who have not yet elected coverage.  At annual open enrollment you may make an election to:  (1) change your current plan or coverage options; (2) stop your coverage; or (3) begin coverage, by submitting a completed enrollment form electronically via the Boyd Benefits Portal within the annual enrollment period for the next Plan Year (or such other period designated by the Administrator).  Your election will be effective January 1 of the next Plan Year.

Once you are a Participant in the Plan/SPD, if you do not submit an enrollment form electronically via the Boyd Benefits Portal on or before the specified due date for the next Plan Year, you will be defaulted into the following elections for the next Plan Year:

- effective beginning with annual open enrollment for the 2012 Plan Year (which occurs at the end of 2011), an election not to have Health Coverage (regardless of any Group Medical Plan option election in effect for the current Plan Year); and

10

CIGNA01393918

- an election not to participate under the Health Care Flexible Spending Account and/or Dependent Care Flexible Spending Account (regardless of any election in effect for the current Plan Year).

**E.**   **Changes in Election During the Year.**  An election may only be changed as of the beginning of each Plan Year unless: (1) there is a **"change in status;"** or (2) another **"applicable event"** occurs.  To change or end an election due to a "change in status" or another "applicable event," you must do so electronically via the Boyd Benefits Portal and submit required documentation to Boyd Benefits within 30 days of the change in status or the applicable event (or within 60 days in the event of a status change described in the second paragraph under **Special Enrollment** below). The election will be effective no later than the first of the month following the change in status or applicable event (but may be earlier as required by HIPAA special enrollment rules).  In general, unless otherwise noted below, you cannot change your election during the year to change Group Medical Plan options (for example, switching from one option to another), but you may change your coverage (for example, switching from employee-only coverage to employee and spouse coverage). The preceding rule generally does not apply to the applicable events noted under **Significant Change in Cost or Coverage, Addition or Significant Improvement of Benefit Plan Option, or Loss of Coverage Under Governmental/Educational Group Health Plan** below.

**(1)**   **"Change in Status"**

You may change and make a new election or cancel an election to participate in the Plan/SPD during the year if you have a "change in status."  The change, election, or cancellation must be on account of the change in status, necessary or appropriate as a result of the status change, and consistent with the terms and conditions of the Health Coverage.

"Changes in status" include:

(a)  a change in your legal marital status, including

- divorce,
- marriage,
- legal separation or annulment of your marriage;

(b)  a change in the number of your dependents, including

- the death of a spouse or dependent, or
- the birth or adoption (or placement for adoption) of your child;

(c)  a change in your, your spouse's, or your dependent's employment status, including

- the termination or commencement of employment,
- a commencement of or return from an unpaid leave of absence, or
- a change in worksite;

(d)  your dependent satisfying or ceasing to satisfy the definition of "dependent" under the Health Coverage, including attainment of certain age;

(e)  your, your spouse's, or your dependent's change in the place of residence; or

11

CIGNA01393919

(f)  the commencement or termination of an adoption proceeding.

**(2)      Other Applicable Events**

There are other situations in which you can change your election mid-year before the annual open enrollment.  These situations include:

Significant Change in Cost or Coverage
Addition or Significant Improvement of Benefit Plan Option
Change in or Loss of Coverage Under Other Employer's Plan
Loss of Coverage Under Governmental/Educational Group Health Plan
Special Enrollment
Entitlement to Medicare or Medicaid
Medical Child Support Order

**Significant Change in Cost or Coverage** (Does *Not* Apply to Health Care Flexible Spending Account Elections).

*Significant Cost Increase or Decrease.*  If you elect to participate in the Plan/SPD and your cost for Health Coverage or Dependent Care Flexible Spending Account coverage **significantly increases or decreases** during the Plan Year, then you may either:

- make a corresponding increase or decrease in your payments; or

- if there is a significant cost increase, revoke your existing election and elect to receive coverage, on a prospective basis, under another benefit package option providing similar coverage (if available), or if not available, drop coverage entirely; or

- if there is a significant cost decrease, begin participation in the Plan/SPD and elect the coverage that significantly decreased in cost.

These changes will be allowed under the Dependent Care Flexible Spending Account **only** if the cost change is required by a dependent care provider who is **not** your Relative.

*Cost Increase or Decrease.*  If you elect to participate in the Plan/SPD and your cost for Health Coverage or Dependent Care Flexible Spending Account coverage increases or decreases during the Plan Year, and you are required to make a corresponding change in your premium payments, the Plan/SPD may make a prospective increase or decrease, as appropriate, in premium payments. These changes will be allowed under the Dependent Care Flexible Spending Account **only** if the cost change is required by a dependent care provider who is **not** your Relative.

*Coverage is Significantly Reduced (with a Loss of Coverage).*  If you, your spouse, or dependent have a significant reduction in coverage that results in a "loss of coverage," then you may cancel your election for coverage and elect to receive coverage, on a prospective basis, under another benefit package option providing similar coverage (if available), or drop such coverage if no other benefit package option providing similar coverage is available under the Plan/SPD.  A "loss of coverage" means:

- elimination of a benefit package option;

12

CIGNA01393920

- loss of all coverage due to hitting a lifetime or annual coverage limit; or

- a PPO ceasing to be available where you reside.

*Coverage is Significantly Reduced (without a Loss of Coverage).*  If you, your spouse, or dependent have a significant reduction in coverage but not a "loss of coverage" (for example, a significant increase in deductible, copayment, or out-of-pocket limit), then you may cancel your election for coverage and elect to receive coverage, on a prospective basis, under another coverage option providing similar coverage.  Coverage under the Plan/SPD is "significantly reduced" only if there is an overall reduction in coverage provided under the Plan/SPD.

**Addition or Significant Improvement of Benefit Plan Option Providing Similar Coverage.**  (Does **Not** Apply to Health Care Flexible Spending Account Elections).  If the Company adds a new benefit plan option or other coverage option (or significantly improves an existing benefit option or other coverage option), you may cancel your existing option and elect the newly-added option or the significantly improved option providing similar coverage, on a prospective basis.

### *EXAMPLE*

If the Company were to offer another health plan option (*e.g.*, a new PPO plan) mid-year, you would be allowed to make a mid-year change to the new option.

**Change in or Loss of Coverage Under Other Employer's Plan or Other Group Health Plan.**  (Does **Not** Apply to Health Care Flexible Spending Account Elections).  You may make an election change that is on account of and corresponds with a change made under the plan of your spouse, former spouse, or dependent's employer if: (1) the other plan permits Participants to make an election change; or (2) this Plan/SPD permits Participants to make an election for a period of coverage that is different from the period of coverage under the other plan.

### *EXAMPLE*

You participate in your spouse's health plan effective *October 1, 2010* to *September 30, 2011*.  On June 1, 2011, your spouse is no longer eligible for coverage under his employer's plan and you both lose coverage under that plan.  This Plan/SPD would then allow you to elect (mid-year) to cover yourself and/or your spouse under this Plan/SPD from *June 1, 2011* to *December 31, 2011*.

**Loss of Coverage Under Governmental/Educational Group Health Plan.**  You may make an election to add Health Coverage for you, your spouse or dependent if any of you lose coverage under any group health coverage sponsored by a governmental or educational institution (including a State children's health insurance program, medical program of an Indian Tribal government, a state health benefits risk pool or a foreign government group health plan).

**Special Enrollment.**  If you or your spouse or dependent are entitled to HIPAA special enrollment under the Plan/SPD – due to the addition of a new dependent by adoption, placement for adoption, birth, or marriage – you may make a mid-year change to your election consistent with your change in enrollment.

CONFIDENTIAL

CIGNA01393921

In addition, and notwithstanding the previous paragraph, if you or your dependent are eligible for, but not enrolled in, the Group Medical Plan, and if you or your dependent are entitled to special enrollment under HIPAA due to: (1) a loss of coverage under a Medicaid plan under Title XIX of the Social Security Act or a state children's health plan under Title XXI of the Social Security Act; or (2) becoming eligible for premium assistance under Medicaid or a state children's health plan, you may elect to make a prospective mid-year change in your election, consistent with your change in enrollment, to the extent required under HIPAA.  (The preceding paragraph does **not** apply to Health Care Flexible Spending Account elections.)

**Entitlement to Medicare or Medicaid.**  If you, your spouse, or your dependent are covered under the Plan/SPD and become entitled to coverage under Medicare or Medicaid (other than coverage solely under the program for distribution of pediatric vaccines), you may change your election to cancel or reduce coverage under the Plan/SPD for the entitled person.  If there is a loss of coverage under Medicare or Medicaid, you may elect to begin or increase coverage under the Plan/SPD for the affected person.

**Court Order/Medical Child Support Order.**  If you are subject to a judgment, decree, or order resulting from a divorce, legal separation, annulment, or change in legal custody (including a qualified medical child support order), you may make a consistent change in your Health Coverage election under the Plan/SPD to either:  (1) cover the child; or (2) cancel coverage of the child, as applicable.

**F.      Irrevocability of Elections.**  An election, once made, will remain in effect until the earliest of: (1) the date you are no longer a Participant; (2) the effective date of a new election; (3) the date the Plan/SPD or the Health Coverage is terminated; or (4) the end of the Plan Year.  Except as provided above, or as otherwise required by law, an election may be changed only as of the beginning of the Plan Year after the election is made.

**G.      Authority of Administrator to Cancel or Revise Certain Elections.**  To the extent required by Code Section 125, the following nondiscrimination rules will apply:  (1) the Plan/SPD will not discriminate in favor of highly compensated employees (as defined by Code Section 125(e)) as to eligibility to participate or as to contributions or benefits; and (2) the benefits provided to key employees (as defined by Code Section 416(i)(1)) will not exceed 25% of the aggregate benefits provided to all Participants.  If the Administrator or its designee determines, before or during any Plan Year, that the Plan/SPD (or any part thereof) may fail to satisfy any applicable nondiscrimination requirement imposed by the Code, the Administrator will cancel or revise the elections of key employees and/or highly compensated employees to receive benefits under the Plan/SPD to the extent necessary to satisfy the Code's nondiscrimination requirements.

**H.      Adjustments to Prevent Discrimination.**  Not more than 25% of the amounts paid or reimbursed under the Dependent Care Flexible Spending Account during any Plan Year may be provided to Participants (or their spouses or dependents) who own (after application of the attribution rules of Code Section 129(e)(5)) more than 5% of the stock of the Company on any day of the Plan Year.  In addition, the Dependent Care Flexible Spending Account will be administered to be in compliance with all applicable nondiscrimination requirements of the Code.  The Administrator may limit the amounts paid or reimbursed with respect to certain Participants to the extent necessary to satisfy the Code's nondiscrimination requirements.

CONFIDENTIAL                                                                    CIGNA01393922

## HEALTH CARE FLEXIBLE SPENDING ACCOUNT

**A.**   **Establishment of Health Care Flexible Spending Account.**  You will have a separate Health Care Flexible Spending Account for each Plan Year if you elect benefits under the Health Care Flexible Spending Account.  Health Care Flexible Spending Accounts will be maintained for bookkeeping purposes only (with no interest or earnings credited), and such amounts will remain part of the general assets of the Company until paid.

**B.**   **Maximum Reimbursement to Health Care Flexible Spending Account.**  There will be credited to your Health Care Flexible Spending Account, as of the beginning of the Plan Year (or as of the later effective date of your election), the annualized amount which you have elected to have your salary reduced for the Plan Year for the reimbursement of Qualifying Health Care Expenses. The maximum amount that you may elect to have credited to your Health Care Flexible Spending Account for a Plan Year is $5,000.  If you and your spouse are both Participants, you may elect to have a combined $5,000, per household, credited to your Health Care Flexible Spending Account.

> **EXAMPLE:**  If you become a Participant in the Plan/SPD on January 1, 2011 and elect to have $5,000 contributed to your Health Care Flexible Spending Account for the year, you will have $5,000 available to you on January 1, 2011 from which to receive reimbursement.

**C.**   **Crediting Your Health Care Flexible Spending Account.**  As of the date of any payment, your Health Care Flexible Spending Account will be debited by the amount of the payment, subject to the annualized amount credited to the Health Care Flexible Spending Account for the Plan Year.

**D.**   **Qualifying Health Care Expenses.**  "Qualifying Health Care Expenses" are certain medical, pharmacy, dental, or vision expenses Incurred by you or your dependents, for which you or your dependents have an obligation to pay.  For these purposes, the term "dependent" has the same meaning as the term "Dependent" under the Group Medical Plan; provided, however, that such dependents must also be described in Code Section 105(b).  The medical, dental, and vision expenses are limited to expenses defined in Code Section 213(d) and as allowed by Code Sections 105 and 106(f).  You or your dependents must not be otherwise entitled to reimbursement for the expense through insurance or otherwise.  In addition, reimbursement may occur only to the extent that the Qualifying Health Care Expense does not include: (1) any premiums paid for Health Coverage; (2) qualified long-term care services, as defined in Code Section 7702(B)(c); or (3) coverage provided which is advertised, marketed, or offered as long-term care insurance.

Effective January 1, 2011, Qualifying Health Care Expenses will not include over-the-counter drugs or medications unless the drug or medication is obtained with a prescription or is insulin.

**Examples of Qualifying Health Care Expenses could include:**

- copays
- custodial care expenses
- hearing aids
- coinsurance amounts
- deductibles

15

CIGNA01393923

- amounts in excess of the maximums allowed by the health or dental plans
- certain over-the-counter (OTC) items, such as band-aids, contact solution, crutches, etc.
- certain over-the-counter (OTC) drugs or medications, such as:
  - ➢ antacids
  - ➢ allergy and cold medicines
  - ➢ non-prescription pain relievers
  - ➢ anti-bacterial creams and treatments

**Note:  OTC drugs and medications purchased after December 31, 2010 will only be eligible for reimbursement if the drug or medication is obtained with a prescription or it is insulin.  This restriction applies even if the OTC drug or medication is purchased during the Grace Period for the 2010 Plan Year.**

**Examples of expenses that cannot be reimbursed include (but are not limited to):**

- charges that exceed "reasonable and customary" guidelines
- certain cosmetic surgery
- premiums for health, dental, or vision coverage
- travel expenses
- fees for health clubs
- vitamins (unless the vitamins are covered by a prescription)
- qualified long-term care services

You should contact the FSA Vendor for additional information and examples.

  **E.** **Ceasing to be a Participant with Respect to the Health Care Flexible Spending Account.**  If you stop being a Participant during a Plan Year or during a Grace Period (see **Reimbursement of Qualifying Health Care Expenses and Dependent Care Expenses** for the Grace Period rules), you will be entitled to reimbursements from your Health Care Flexible Spending Account for Qualifying Health Care Expenses that were Incurred before you stopped being a Participant.  In addition, you will not be entitled to reimbursement of Qualifying Health Care Expenses for any dependent after the person is no longer a dependent.

  Also, to the extent required by COBRA, if you stop being a Participant and agree to pay the premium for COBRA continuation coverage (see **CONTINUATION OF COVERAGE**), you will be treated as a Participant to the extent required by COBRA, and coverage under the Health Care Flexible Spending Account will continue as long as such premiums are paid, if applicable, but not beyond the end of the calendar year in which the COBRA qualifying event occurs.

## DEPENDENT CARE FLEXIBLE SPENDING ACCOUNT

  **A.** **Establishment of Dependent Care Flexible Spending Account.**  You will have a separate Dependent Care Flexible Spending Account for each Plan Year you elect benefits under the Dependent Care Flexible Spending Account.  Dependent Care Flexible Spending Accounts will be maintained for bookkeeping purposes only (with no interest or earnings credited), and such amounts will remain part of the general assets of the Company until paid.

CONFIDENTIAL

CIGNA01393924

**B.**   **Reimbursement Amounts.**   The maximum amount that you may elect to have credited to your Dependent Care Flexible Spending Account for any calendar year is $5,000 (or $2,500 if you are married and do not file a joint federal income tax return for the year).  This $5,000 could be less if your Earned Income for the year – or if you are married, the actual or deemed Earned Income of your spouse for the year – is less than $5,000.

**C.**   **Crediting Your Account.**   Your Dependent Care Flexible Spending Account will be credited, as of each payroll date (not on an annual basis), with the amount you elected for the Plan Year.  Any expenses paid out of your Dependent Care Flexible Spending Account during the Plan Year or the Grace Period (see **Reimbursement of Qualifying Health Care Expenses and Dependent Care Expenses** for the Grace Period rules) will be reflected in your Account balance.  No reimbursement of Dependent Care Expenses will exceed the balance of your Dependent Care Flexible Spending Account at the time of the reimbursement.  If you do not have enough in your Account to pay for Dependent Care Expenses, those expenses will be held and will be reimbursed at a later date if there is a sufficient balance in your Dependent Care Flexible Spending Account.

*EXAMPLE*

Assume you elected to have $5,000 contributed to your Dependent Care Flexible Spending Account for the 2011 calendar year.  As of April 1, 2011 you have made salary reduction contributions of $1,750 (and have not applied for any reimbursements).  Consequently, as of April 1, 2011 you may only file for reimbursement for up to $1,750 (the amount you have actually contributed to the Account).

**D.**   **Dependent Care Expenses.**   **"Dependent Care Expenses"** are expenses that can be reimbursed out of your Dependent Care Flexible Spending Account.  To qualify as Dependent Care Expenses, the expenses must:

- allow you and your spouse to work, AND

- be for the care of a "Qualifying Individual."

"Qualifying Individual" means:  (1) your "qualifying child" as defined in section 152(a)(1) of the Code who is under age 13; or (2) your dependent (under Code Section 152 but not subsections (b)(1), (b)(2) and (d)(1)(B)) or spouse who is physically or mentally incapable of caring for himself or herself and who shares a household with you for more than ½ of the year.  A child of divorced or separated parents is a Qualifying Individual of the custodial parent if:  (1) the child is in the custody of one or both parents more than ½ of the year; (2) the child receives over ½ of his/her support from his/her parents; and (3) the parents are legally divorced or separated.

**Note:**  Your child who is under age 13 or is physically or mentally incapable of caring for himself or herself may be deemed to be a Qualifying Individual even if the former spouse, and not you, may be entitled to claim a personal exemption deduction with respect to the child.

Additionally, you will not be entitled to reimbursements unless both you and your spouse work or your spouse is a full-time student or is mentally or physically unable to care for himself or herself.

Expenses will *not* be reimbursed as Dependent Care Expenses unless their main purpose is to assure the Qualifying Individual's well-being and protection.

17

CIGNA01393925

**Examples of expenses that are not considered Dependent Care Expenses include, but are not limited to:**

- services not required by your employment, such as baby sitters for leisure activity

- overnight camps,

- care provided by a person you claim as a dependent on your federal income tax return,

- amounts paid for food, clothing or education,

- transportation expenses for a dependent care provider,

- care when you are on vacation, holiday, or sick leave,

- custodial care.

When the expense Incurred includes expenses for other benefits that are incident to and an inseparable part of the care, the full amount of the expense is considered to be for such care.

### *EXAMPLES*

- The full amount paid to a nursery school that a child is enrolled in is considered to be a Dependent Care Expense, even though the school also furnishes lunch and educational services.

- Educational expenses Incurred for a child in the first grade or higher are not treated as eligible Dependent Care Expenses.

- Child care provided by a housekeeper whose services include child care and house cleaning **are** covered.

- Special rules apply to child care centers.  Services provided by a child care center are generally covered.  The child care center must be a center that provides dependent care for more than 6 individuals (who do not live at the center on a regular basis during the year) and receive a fee for providing the services.  Such centers must comply with all applicable state and local laws and regulations.

See the FSA Vendor for additional guidance for determining whether a particular expense qualifies as a Dependent Care Expense.

**E.** **Cessation of Participation.**  If you stop being a Participant during a Plan Year or during a Grace Period (see **Reimbursement of Qualifying Health Care Expenses and Dependent Care Expenses** for the Grace Period rules), you will be entitled to reimbursement of Dependent Care Expenses Incurred during the Plan Year or within the Grace Period you ceased to be a Participant, but not to exceed the credit balance in your Dependent Care Flexible Spending Account at the time you cease to be a Participant.

CONFIDENTIAL

CIGNA01393926

F.    **Tax Credit vs. Dependent Care Reimbursement.**  You are provided a limited **tax credit** for Dependent Care Expenses.  As a general rule, the amount of the tax credit is 35% of the Dependent Care Expenses, reduced (but not below 20%) by one percentage point for each $2,000 (or fraction thereof) by which your adjustable gross income for the taxable year exceeds $15,000, up to a maximum credit of $3,000 (for one Qualifying Individual) or $6,000 (for two or more Qualifying Individuals).  **Participation in this Plan/SPD affects this credit because the dependent care credit is not available for non-taxable reimbursements that you receive from your Dependent Care Flexible Spending Account under this Plan/SPD.**  Under certain circumstances, the credit would be more valuable than the tax savings provided under this Plan/SPD.  ***Therefore, you may wish to consult with your tax advisor before making use of your Dependent Care Flexible Spending Account.***

## PROVISIONS APPLICABLE TO BOTH THE HEALTH CARE AND DEPENDENT CARE FLEXIBLE SPENDING ACCOUNTS

A.    **Reimbursement of Qualifying Health Care Expenses and Dependent Care Expenses.**  You may request reimbursement of Qualifying Health Care Expenses and Dependent Care Expenses Incurred by you, your spouse or dependent who you claim on your tax return (even if they are not covered for Health Coverage) during the Plan Year or Grace Period by submitting a written claim form to the FSA Vendor *no later than April 30 after the end of the Plan Year* in which the expenses were Incurred.  The claim for reimbursement may be made before or after you have paid the Qualifying Health Care Expense or the Dependent Care Expense, but not before the expense has been Incurred.

Only expenses Incurred in any one Plan Year or during the Grace Period can be reimbursed from your Health Care Flexible Spending Account or your Dependent Care Flexible Spending Account for that Plan Year or during the Grace Period.  The "Grace Period" is the 2½ month period starting on the January 1 after the end of the Plan Year, and ending on the March 15 after the end of the Plan Year, during which you may Incur expenses for reimbursement.  For example, if you have a Health Care or Dependent Care Flexible Spending Account balance remaining on December 31, 2011 (the last day of the 2011 Plan Year), you can use up your 2011 Account balance for Qualifying Health Care Expenses and Dependent Care Expenses Incurred between January 1, 2012 through March 15, 2012.  Any Account balance remaining at the end of the Grace Period will be forfeited (subject to the deadline for submitting claims which is discussed in more detail below).

The written claim form must include:

1)  the amount, date, and nature of the Qualifying Health Care Expense or Dependent Care Expense;

2)  the name of the person, organization, or entity to which the Qualifying Health Care Expense was or is to be paid;

3)  the name, address, and taxpayer identification number of the person, entity or organization performing the services subject to Dependent Care Expense reimbursement;

4)  the name of the person for whom the Qualifying Health Care Expense was Incurred and, if the person requesting the benefits is not you, the relationship of the person to you;

19

5) a written statement (bill or invoice) from the individual delivering the service stating that the Qualifying Health Care Expense or Dependent Care Expense has been Incurred and the amount of expense;

6) a written statement that the Qualifying Health Care Expense or Dependent Care Expense has not been reimbursed and is not reimbursable under any other health plan coverage (or if the Qualifying Health Care Expense or Dependent Care Expense has been partially reimbursed or is partially reimbursable, the amount of the reimbursement);

7) a written statement that you are legally obligated to pay for the Qualifying Health Care Expense or Dependent Care Expense; and

8) any other information reasonably requested by the Administrator or FSA Vendor.

You must also submit with the claim form all relevant bills, receipts, or other statements with respect to the expenses.

You can continue to submit claims for expenses incurred in a Plan Year or during the Grace Period up to the April 30 following the completion of that Plan Year.  For example, when the 2011 Plan Year ends on December 31, 2011, you will then have until April 30, 2012 to submit claims for reimbursement for expenses Incurred from January 1, 2011 through March 15, 2012.  Note, however, if you terminate employment during the Plan Year or during a Grace Period, you must submit any claims for reimbursement by the earlier of: (i) 90 days after your termination date, or (ii) the April 30 following the completion of the Plan Year for which you are claiming reimbursements.

You can never receive a cash payout from your Health Care Flexible Spending Account or your Dependent Care Flexible Spending Account without a claim for reimbursement of eligible expenses.  In addition, unused amounts relating to a particular benefit may only be used to pay or reimburse expenses Incurred with respect to the same benefit.  For example, unused amounts elected to pay or reimburse Qualifying Health Care Expenses in your Health Care Flexible Spending Account may not be used to pay or reimburse Dependent Care Expenses Incurred during the Grace Period.

If you submit the written claim form and required documentation and your request for reimbursement is approved, your claim will be paid.  Reimbursements can be made by check or direct deposit.

The amount of any reimbursement will not exceed the amount credited to your Accounts at the time of the reimbursement.  Any dispute regarding a claim for reimbursement will be governed by the provisions under **CLAIMS PROCEDURE**.

### B.    Forfeiture of Unused Amounts.

Federal law requires that the amount credited to your Accounts be used only to reimburse you for Qualifying Health Care Expenses or Dependent Care Expenses Incurred **during the Plan Year for which your election is applicable or during the Grace Period**, with any balance remaining in your Accounts (after all allowable reimbursements for the Plan Year or Grace Period have been made) **to be forfeited**.  In other words, if you do not use up the amounts in your Health Care Flexible Spending Account or Dependent Care Flexible Spending Account by the end of the Grace Period,

20

CIGNA01393928

*you will lose those amounts.  Therefore, it is very important to be conservative when deciding how much you will contribute to these Accounts.*

### EXAMPLE

As of December 1, 2011, you have $200 remaining in your Health Care Flexible Spending Account.  On December 15, 2011 you Incur a Qualifying Health Care Expense equal to $75 and on January 2, 2012 (the next calendar year during the Grace Period) you Incur a Qualifying Health Care Expense equal to $50.  As of the Grace Period ending March 15, 2012, you would be reimbursed $125 from your Account ($75 for the expense Incurred December 15, 2011 and $25 for the expense Incurred January 2, 2012), but would forfeit the remaining unused $75 of your Account.

## ADMINISTRATION OF THE PLAN/SPD

**A.    Administrator.**  The Administrator will act directly by action of its Board of Directors or its duly authorized officers.  To the extent that responsibility is delegated by the Administrator to a designated person, subcommittee, FSA Vendor, or organization, such entity will have full discretionary authority of the Administrator in carrying out the delegated duties.

**B.    Discretionary Authority of Administrator.**  Except as may be otherwise specifically provided in the Plan/SPD or in any plan providing Health Coverage, the Administrator or its designee will have full, discretionary authority to enable it to carry out its duties under the Plan/SPD, including, but not limited to, the authority to determine eligibility under the Plan/SPD, to construe the terms of the Plan/SPD, and to determine all questions of fact or law arising hereunder.  The Administrator or its designee will have all power necessary or convenient to enable the Administrator to exercise such authority.  All such determinations and interpretations will be final, conclusive, and binding on all persons affected thereby.  The Administrator or its designee will have full, discretionary authority to correct any defect, supply any omission or reconcile any inconsistency and resolve ambiguities in the Plan/SPD in such manner and to such extent as it may deem expedient, and the Administrator or its designee will be the sole and final judge of such expediency.  The Administrator or its designee is authorized to accept service of legal process for the Plan/SPD and will be named fiduciary of the Plan/SPD.  Benefits under the Plan/SPD will be paid only if the Administrator and/or its designee decides in its discretion that you are entitled to such benefits.

## CLAIMS PROCEDURE

*Please see your Health Coverage Summaries for claims procedures applicable to those benefits.*  A brief summary of the claims process for the Plan/SPD is outlined below.  All notifications for claim review, denial, approval and appeal may be done in writing or electronically, unless otherwise designated.

Whenever we refer to "you" in this Article, this will mean any claimant such as you, your spouse, or your dependent.

**A.    Claims for Health Care Flexible Spending Account.**

**(1)    Initial Claim.**  Any written claim to receive reimbursement for Qualifying Health Care Expenses must be filed with the FSA Vendor by April 30 after the end of the Plan Year in which the

21

CIGNA01393929

claim was Incurred.  You must submit with the claim relevant information as required under **Reimbursement of Qualifying Health Care Expenses and Dependent Care Expenses**.

**(2)     Initial Review.**  When a claim has been properly filed, you will be notified of the approval or denial no later than 30 days after the FSA Vendor receives the claim, unless the FSA Vendor needs an extension of 15 days.  If additional information is needed, the claimant will have 45 days to provide the information.  Thereafter, the claim will be decided within 15 days of the FSA Vendor receiving this information.

**(3)     Initial Denial.**  If any claim for reimbursement is partially or wholly denied, you will be given a notice.  The notice will include:

- the reasons for the denial;
- reference to the language from the Plan/SPD that supports the denial decision;
- a description of any additional information needed and why;
- a description of the review procedures and time limits;
- the specific internal rule, guideline, or protocol relied on in the denial, with a free copy, at request; and
- if the denial is based on a medical necessity or experimental treatment or similar exclusion or limit, either an explanation of the judgment or a statement that an explanation will be provided free, at request.

**(4)     Appeal of Claim Denial.**  You may appeal a claim denial by filing a written appeal with the FSA Vendor within 180 days after receipt of the denial.  If your request is not timely, the decision of the FSA Vendor will be final and binding.

Appeals of claims for reimbursement of Qualifying Health Care Expenses will be reviewed by the FSA Vendor who will:

- be the named fiduciary of the Plan/SPD;
- not be the individual or subordinate of the individual who made the initial determination; and
- not give any weight to the initial determination.

If the appeal is based, in whole or in part, on a medical judgment, the FSA Vendor will consult with an appropriate health care professional.  This person will not be the individual or subordinate of the individual who was consulted in connection with the initial determination.  The FSA Vendor will identify any medical or vocational experts it uses.

**(5)     Denial of Appeal.**  You will receive notice of the FSA Vendor's decision on appeal within 60 days after the FSA Vendor receives the appeal.  In addition, if your claim appeal is denied, you will be given a notice with a statement that you are entitled to receive, free and upon request, access to and copies of all documents, records, and other information that apply to your claim.  The notice will also contain:

- the reasons for the denial;
- reference to the language from the Plan/SPD that supports the denial decision; and
- the specific internal rule, guideline, or protocol relied on in the denial, with a free copy, at request.

CONFIDENTIAL

CIGNA01393930

This decision will be final and binding.

### B.     Claims for Dependent Care Flexible Spending Account.

**(1)     Initial Claim.**  Any written claim to receive reimbursement of Dependent Care Expenses must be filed with the FSA Vendor by April 30 after the end of the Plan Year in which the claim was Incurred.  You must submit with the claim relevant information as required under **Reimbursement of Qualifying Health Care Expenses and Dependent Care Expenses**.

**(2)     Initial Review.**  When a claim has been properly filed, you will be notified of the approval or denial within 90 days after the FSA Vendor receives the claim, unless special circumstances require an extension of time to process the claim.  Written notice of any extension will be furnished to you before the end of the initial 90-day period telling you the circumstances requiring an extension and when a final decision will be reached (which will be no later than 180 days after the claim was filed).

**(3)     Initial Denial.**  If any claim for reimbursement is partially or wholly denied, you will be given a notice.  The notice will include:

- the reasons for the denial;
- reference to the language from the Plan/SPD that supports the denial decision;
- a description of any additional information needed and why; and
- a description of the review procedures and time limits.

**(4)     Appeal of Claim Denial.**  You may appeal a claim denial by filing a written appeal with the FSA Vendor within 60 days after you receive notification of the denial.  If your request is not timely, the FSA Vendor's decision will be final and binding.

**(5)     Denial of Appeal.**  You will receive notice of the FSA Vendor's decision on appeal within 60 days after the FSA Vendor receives the appeal request, unless special circumstances require an extension of time to process the appeal.  If so, the FSA Vendor will notify you: (a) of the extension; and (b) when a final decision will be reached (which will not be later than 120 days after receipt of such appeal).

If your claim appeal is denied, you will be given notice with a statement that you are entitled to receive, free and upon request, access to and copies of all documents, records, and other information that apply to your claim.  The notice will also contain:

- the reasons for the denial; and
- reference to the language from the Plan/SPD that supports the denial decision.

A decision on review will be final and binding.

### C.     Claims Provisions Applicable to Both Health Care Flexible Spending and Dependent Care Flexible Spending Accounts.

**Authorized Representative**.  You may have a representative act on your behalf in pursuing a benefit claim or appeal.

CONFIDENTIAL                                                                     CIGNA01393931

**Calculating Time Periods**.  Claims time periods will begin when a claim or appeal is filed, even if all necessary information is not with the filing.  If you fail to provide certain needed information, these time periods may be put on hold.  See the FSA Vendor for details.

**Full and Fair Review**.  You will have reasonable access to, and copies of, all documents, records, and other information relating to your claim, free of charge.  You may submit written comments, documents, records, and other information relating to the claim.

If your review request is timely, the review of your denied claim will take into account all comments and documents you submitted about your claim even if that information was not submitted or considered in the initial benefit determination.

**Mediation**.  Claimants and this Plan/SPD may have other voluntary alternative dispute resolution options, such as mediation.  For available options, please contact your local U.S. Department of Labor Office and your State insurance regulatory agency.

**Definitions**.

*Denial* means a denial, reduction, termination, or failure to provide or make payment for a benefit, including determinations based on eligibility, and, with respect to health benefits, a denial, reduction, termination or failure to provide or make payment for a benefit based on utilization review, or a failure to cover a benefit because it is determined to be experimental or investigational or not medically necessary.

*Health care professional* means a physician or other health care professional licensed, accredited, or certified to perform health services consistent with State law.

**Exhaustion of Remedies**.  If you fail to file a request for review of a denial of benefits in whole or in part, as required by these procedures, or fail to follow these procedures, you will have no right to review and no right to bring action, at law or in equity, in any court.  The denial of the claim will become final and binding for all purposes.

## PROTECTED HEALTH INFORMATION

**A.**    **Your Protected Health Information.**  Federal privacy rules govern how the Plan/SPD may use and disclose your Protected Health Information and when it may be shared with employees. Protected Health Information ("PHI") generally means information (including demographic information) that:

- identifies an individual (or provides a reasonable basis to believe the information can be used to identify an individual);

- is created or received by a health care provider, a health plan, or certain other entities of the health care industry; and

- relates to the past, present, or future physical or mental health or condition of an individual; information regarding health care provided to an individual; or the past, present, or future payment for an individual's health care.

24

CIGNA01393932

The Plan/SPD may use and disclose PHI for purposes related to health care treatment, payment for health care, and for other purposes relating to operating the Plan/SPD and providing benefits to you.

**B.    Disclosures of PHI.**  PHI may need to be disclosed to certain Employees from time to time.  The Plan/SPD may:

- Disclose Summary Health Information to the Company, if the Company requests the Summary Health Information for the purpose of:

  - Obtaining premium bids from health plans for providing health insurance coverage under the Plan/SPD; or

  - Modifying, amending, or terminating the Plan/SPD.

    "Summary Health Information" generally means health information that summarizes the claims history, claims expenses, or type of claims experienced by individuals for whom the Company has provided health benefits under a group health plan.  However, identifiers (such as names, addresses, and social security numbers) that can directly link the health information to a particular individual are removed from the information.

- Disclose to the Company information on whether you or your dependent(s) are participating in the Plan/SPD, or are enrolled in or have disenrolled from the Plan/SPD.

- Disclose PHI to the Company to carry out Plan/SPD administration functions.

- With your authorization, disclose PHI to the Company for purposes related to the administration of other employee benefit features and fringe benefits sponsored by the Company.

In any event, the Plan/SPD may not:

- Permit a health insurance issuer or HMO to disclose PHI to the Company except as permitted by this Section.

- Disclose (and may not permit a health insurance issuer or HMO to disclose) PHI to the Company unless a statement is included in the Plan/SPD's notice of privacy practices that the Plan/SPD (or a health insurance issuer or HMO with respect to the Plan/SPD) may disclose PHI to the Company.

- Disclose, without your authorization, PHI to the Company for the purpose of employment-related actions or decisions or in connection with any other benefit or employee benefit feature of the Company.

**C.    Uses and Disclosures by the Company.**  When the Plan/SPD gives the Company your PHI, the Company may not use or disclose PHI for employment-related decisions or for its other benefit features without authorization.  The Company may use and disclose PHI without your authorization for Plan/SPD administrative functions including payment activities and health care operations, or as required by law.  If the Company uses an agent or subcontractor to assist it in

25

CONFIDENTIAL

CIGNA01393933

performing these activities (such as a third party administrator), the agent's or subcontractor's use and disclosures of PHI will be limited in the same manner as those applicable to the Company.

The Company must report any known improper use or disclosure of PHI to the Plan/SPD.  The Company must also make its records available to federal regulators who are in charge of ensuring that the Plan/SPD is protecting your PHI.  In addition, the Company must also assist the Plan/SPD in administering rights that you have to your PHI as described in the Plan/SPD's notice of privacy practices.  When the Company no longer needs the PHI, it must destroy it or return it to the Plan/SPD.  If return or destruction is not feasible, it must continue to maintain the PHI in accordance with this Article.

As set forth in the Company's HIPAA Privacy Policy, the only employees who will have access to your PHI without your authorization are:  the Privacy Officer, the HIPAA Contact Person, Boyd Benefits, and other individuals who are approved by the Privacy Officer who have a need for it to help administer the Plan/SPD.

## AMENDMENT AND TERMINATION

The Company will have the right in its sole discretion to amend the Plan/SPD at any time and from time to time to any extent that it may deem advisable.  The Company, through approval of the Board of Directors, will have the right in its sole discretion to terminate the Plan/SPD at any time.  Amendment or termination of the Plan/SPD will be effective in accordance with the time limitations under ERISA and the Code.  To the extent allowed by the ERISA and the Code, any such modification and/or amendment may be effective retroactively.

## CONTINUATION OF COVERAGE

These COBRA continuation provisions, along with the provisions under **Ceasing to be a Participant with Respect to the Health Care Flexible Spending Account**, apply to your Health Care Flexible Spending Account.

**A.**   **Qualified Beneficiaries.**  Only "qualified beneficiaries" may choose to continue coverage.  You are a qualified beneficiary if you are covered under the Plan/SPD under the Health Care Flexible Spending Account on the day before a "qualifying event" and you are:

- a Participant;
- a spouse of a Participant; or
- a dependent child of a Participant (including dependents born to or placed for adoption with you during the continuation coverage).

**B.**   **Qualifying Events.**  If one of the following "qualifying events" should occur that would cause you to lose coverage under the Health Care Flexible Spending Account, you have the right to choose to continue benefit coverage under the Health Flexible Spending Account through COBRA.  You are considered to "lose coverage" if you cease to be covered under the same terms and conditions as in effect immediately before the qualifying event or have an increase in the premium or contribution that you must pay.  These qualifying events are:

- your **death**;

26

CIGNA01393934

- your **termination of employment** (other than by reason of gross misconduct) or **reduction of hours** that results in a termination of coverage under the Health Care Flexible Spending Account;
- your divorce or legal separation;
- you becoming **entitled** to **Medicare** benefits; or
- your child **ceasing** to be considered a **dependent child**.  (In this instance, your child would be eligible for COBRA, but your coverage under the applicable benefit plan would not change).

C.   **Electing COBRA Coverage.**  To obtain continuation coverage, a qualified beneficiary must elect it on a form provided by the Administrator or its designee.  The period to elect COBRA benefits ends 60 days after the later of:  (1) the date the qualified beneficiary would lose coverage due to the qualifying event; or (2) the date the COBRA notice is sent by the Administrator or its designee.

The election form explains the terms and payments for coverage.  Your election is considered to be made on the date the Administrator or its designee receives the election form.

D.   **Paying for COBRA Coverage.**  The qualified beneficiary is responsible for paying the monthly cost of continuation coverage.  This cost is called a "premium."  Premiums must be paid each month.

After a qualifying event, the qualified beneficiary will receive a notice specifying:

- the amount of the premium;
- to whom the premium is to be paid; and
- the date each monthly payment is due.

Failure to pay premiums on a timely basis will result in termination of coverage as of the date the premium is due.  Payment of any premium (other than the *initial* one – see below) will be considered "timely" only if it is made **within 30 days** after the due date.

The *initial* premium payment, which is for the time period between the date of the qualifying event and the date you elected COBRA coverage, must be made **within 45 days** after the date of election.  Failure to pay this initial premium by the due date will result in cancellation of coverage back to the initial date coverage would have been terminated.

E.   **Length of COBRA Coverage.**  COBRA coverage in the Health Care Flexible Spending Account will extend only until the end of the Plan Year in which the qualified beneficiary's qualifying event occurs.

F.   **When COBRA Continuation Coverage Ends.**  COBRA continuation coverage will end earlier than the end of the Plan Year in which the qualifying event occurs if:

- COBRA premium payments are <u>not</u> made on a timely basis;
- the qualified beneficiary *first* becomes covered under any other group health plan *after* electing COBRA coverage.  If the other plan contains a limitation with respect to any pre-existing condition that impacts the qualified beneficiary, coverage will not terminate;

27

- the qualified beneficiary *first* becomes entitled to benefits under Medicare *after* electing COBRA coverage; or
- the Company ceases to provide any group health plan to any employee.

Coverage may also terminate "for cause" (e.g., the qualified beneficiary submits fraudulent claims). You will be notified, as soon as possible after your continuation coverage is terminating, if such coverage terminates prior to the maximum period set forth above.

## G.   Notification Requirements.

**(1)   General Notification to Participant and Spouse.**  The Administrator or its designee will give written notice to you and your spouse of your rights to continuation coverage. This notice will be provided to you and your spouse not later than the earlier of: (a) 90 days after your coverage begins; or (b) the date you would otherwise receive an election form due to a qualifying event (see *Notification to Qualified Beneficiary* below).

**(2)   Company Notification to Administrator.**  In addition, the Company will notify the Administrator or its designee in the event of your death, termination of employment (other than gross misconduct), reduction in hours, or entitlement to Medicare benefits within 30 days after the date of the qualifying event.

**(3)   Participant/Qualified Beneficiary Notification to Administrator.**  If you are a Participant or a qualified beneficiary, **you** must notify the Administrator or its designee if: (a) you divorce or legally separate from your spouse; (b) a child ceases to be a dependent child; or (c) you have a second qualifying event as soon as possible, but no later than 60 days after the *later* of:

- the date of the qualifying event;
- the date the qualified beneficiary would lose coverage due to such qualifying event; or
- the date you are notified of your notice obligation.

In addition, if you are not entitled to receive continuation coverage, you will be notified of this and will be provided with an explanation as to why you are not entitled to this continuation coverage.

Failure to provide notice within this time frame will result in the loss of your right to elect continuation coverage.

**(4)   Procedures for Participant/Qualified Beneficiary Notification.**

*Who Are the Individuals Required to Give Notice?*

- The qualified beneficiary;
- The Participant; or
- The representative acting on behalf of the Participant or qualified beneficiary.

*What Events Require Me to Give Notice?*

- A divorce or legal separation of the covered employee from his or her spouse;
- A child ceasing to be a dependent child under the eligibility requirements of the applicable benefit plan under the Plan/SPD; or

28

CIGNA01393936

- A second qualifying event after the qualified beneficiary has become entitled to COBRA coverage due to a covered employee's termination of employment or reduction in hours.

*How Am I to Give Notice?*  The notice that you are required to provide must be in writing and submitted on the form provided by the Administrator or its designee.  Oral notice, including notice by telephone, is <u>not</u> acceptable.  You must request (either in person, via telephone, or e-mail) a copy of the notice form from the Administrator or its designee.  You must complete the notice form (including any attachments described below) and then return the notice form (either by hand-delivery or mail) to the Administrator or its designee by the time period set forth in ***Participant/Qualified Beneficiary Notification to Administrator*** above in order to receive COBRA continuation coverage.  If mailed, the notice form must be postmarked no later than the last day of the required notice period (as set forth in ***Participant/Qualified Beneficiary Notification to Administrator*** above) in order to receive COBRA continuation coverage.

If you do not complete and return this notice form within this required time period, no continuation coverage will be provided to you.

*What Information Will You Need to Provide on Notice Form?*  On the notice form you must indicate the name of the Plan/SPD, the name and address of the Participant under the Plan/SPD, the name(s) and address(es) of any qualified beneficiary(ies), the qualifying event or disability information (whichever is applicable), and the date of the qualifying event or necessary disability information (whichever is applicable).  If the qualifying event is a *divorce*, you must attach a copy of the divorce decree to the notice form.  Your notice of *disability* determination or cessation must attach a copy of the Social Security Administration's determination.

**(5)**    **Notification to Qualified Beneficiary.**  Upon notification of a qualifying event, you and your dependents will be notified by the Administrator or its designee of your right to elect continuation coverage within 14 days of the date its designee received notice of the qualifying events.

In addition, if you are not entitled to receive continuation coverage, you will be notified of this and will be provided with an explanation as to why you are not entitled to this continuation coverage.

Any notification to a qualified beneficiary who is the spouse of the Participant will be treated as a notification to all other qualified beneficiaries residing with the spouse when notification is made.

**H.**    **<u>About the Coverage Provided Under COBRA</u>.**  The COBRA coverage provided will be identical to the coverage provided to similarly situated persons who have not experienced a qualifying event.  If coverage is modified for any group of similarly situated beneficiaries, coverage will also be modified in the same manner for all qualified beneficiaries.

## <u>COBRA/OTHER MEDICAL PREMIUMS</u>

Any contributions received by the Administrator or its designee from a former Eligible Employee of the Company (and/or his or her applicable dependents) (referred to as "Special Participants") under the Group Medical Plan, for post-employment medical coverage (if applicable) or COBRA coverage, will be made on an after-tax basis under this Plan/SPD.

Elections for such coverage will remain in place until the earliest of:

29

CIGNA01393937

- the date the Plan/SPD ends;
- the date the underlying coverage ends or is exhausted for the Special Participant; or
- the date the Special Participant revokes or stops coverage or fails to make timely contributions for coverage.

While coverage is in force, the Special Participant may make changes in the coverage as allowed under the underlying coverage, but only if:

- the change is on account of a "change in status," (see **Change in Status**);
- such change is necessary or appropriate as a result of the "change in status," (pursuant to the post-employment medical provisions of such program, if applicable), or the COBRA continuation coverage requirements; and
- such change is requested by the Special Participant within 31 days after the change in status, to be effective on the later of the status change or the request for it.

A Special Participant will not be considered a Participant for any other purpose of this Plan/SPD.

## MISCELLANEOUS

**A.      Report to Participants on or before January 31 of Each Year.**  On or before January 31 of each year, the FSA Vendor will furnish to each Participant who has received Dependent Care Reimbursement during the prior Plan Year a written statement (on the Form W-2) showing the amount of all Dependent Care Reimbursement paid to or on behalf of the Participant during the prior Plan Year.

**B.      Taxes or Penalties.**  If there are any taxes or penalties payable by the Company on your behalf, such taxes or penalties will be payable by you to the extent such taxes would have been originally payable by you had this Plan/SPD not been in existence.

**C.      No Guarantee of Tax Consequences.**  Neither the Administrator nor the Company makes any commitment or guarantee that any amounts paid to you or for your benefit under the Plan/SPD will be excludable from your gross income for federal, state, or local income tax purposes or for Social Security tax purposes, or that any other federal or state tax treatment will apply to or be available to you.  It will be your obligation to determine whether payment under the Plan/SPD is excludable from your gross income for federal, state, and local income tax purposes, and Social Security tax purposes, and to notify the Company if you have reason to believe that any such payment is not excludable.

**D.      Indemnification Of Company By Participants.**  If you receive one or more reimbursements under your Dependent Care Flexible Spending Account that are not for Dependent Care Expenses or under your Health Care Flexible Spending Account that are not for Qualifying Health Care Expenses, you will indemnify and reimburse the Company for any liability it may incur for failure to withhold federal, state, or local income tax or Social Security tax from the reimbursements. However, your indemnification and reimbursement will not exceed the amount of additional federal, state, or local income tax that you would have owed if the reimbursements had been made to you as regular cash compensation, plus your share of any Social Security tax that would have been paid on that compensation, less any such additional income and Social Security tax actually paid by you.

30

                                                                                                 CIGNA01393938

**E.      Eligibility for Medicaid Benefits.**  Benefits will be paid in accordance with any assignment of rights made by or on your behalf as required by a state plan for medical assistance approved under Title XIX, Section 1912(a)(1)(A) of the Social Security Act.  For purposes of enrollment and entitlement to benefits, your or your dependent's eligibility for or receipt of medical benefits under a state plan for medical assistance approved under Title XIX of the Social Security Act will not be taken into account.  The state will have a right to any payment made under a state plan for medical assistance approved under Title XIX of the Social Security Act when the Plan/SPD has a legal liability to make such payment.

**F.      Federal Laws.**  The Plan/SPD will comply with the Newborns' and Mothers' Health Protection Act of 1996, the Women's Health and Cancer Rights Act of 1998, the Mental Health Parity Act of 1996, the FMLA, and USERRA.

**G.      HIPAA Compliance.**  To the extent required under HIPAA, the Plan/SPD will comply with the requirements under HIPAA including: (1) the issuance of certificates of coverage; (2) compliance with certain special enrollment periods; (3) nondiscrimination benefits requirements; and (4) privacy and security requirements (as described above) to the extent required and to the extent not otherwise inconsistent with the requirements under Code Section 125 and any regulations issued thereunder.

**H.      Limitation of Rights and Obligations.**  Neither the establishment nor maintenance of the Plan/SPD nor any amendment thereof, nor any act or omission under the Plan/SPD or resulting from the operation of the Plan/SPD will be construed:

   **(1)**      as conferring upon you, your dependent, your beneficiary, or any other person a right or claim against the Company or the Administrator, except to the extent that such right or claim will be specifically expressed or provided in the Plan/SPD or provided under ERISA;

   **(2)**      as creating any responsibility or liability of the Company or the Administrator for the validity or effect of the Plan/SPD;

   **(3)**      as a contract or agreement between the Company and you or other person;

   **(4)**      as being consideration for, or an inducement or condition of, employment of any Participant or other person, or as affecting or restricting in any manner or to any extent whatsoever the rights or obligations of the Company or you or any other person to continue or terminate the employment relationship at any time; or

   **(5)**      as to give you or any other person, the right to be retained in the service of the Company or to interfere with the right of the Company to discharge you or any other person at any time.

**I.      Forms and Proofs.**  You must complete all forms and furnish all proofs, receipts, and releases as may be required by the Company or the Administrator.

**J.      Assignment of Benefits.**  Except as provided pursuant to a Qualified Medical Child Support Order under ERISA Section 609, no benefit under the Plan/SPD prior to actual receipt thereof by you, your dependent, or your beneficiary, will be subject to any debt, liability, contract, engagement, or tort of you, your dependent, or your beneficiary, nor subject to anticipation, sale,

CONFIDENTIAL

CIGNA01393939

assignment (except in the case of medical benefits), transfer, encumbrance, pledge, charge, attachment, garnishment, execution, alienation, or any other voluntary or involuntary alienation or other legal or equitable process, nor transferable by operation of law.

**K.**   **Misrepresentation.**   If you or your beneficiary make a material misrepresentation in making application for coverage or receipt of benefits, your coverage will be null and void for all purposes.

**L.**   **Employment of Consultants.**   The Administrator, or a fiduciary named by the Administrator pursuant to the Plan/SPD, may employ one or more persons to render advice with regard to their respective responsibilities under the Plan/SPD.

**M.**   **Designation of Fiduciaries.**   The Administrator may designate another person or persons to carry out any fiduciary responsibilities of the Administrator under the Plan/SPD. The Administrator will not be liable for any act or omission of such person in carrying out such responsibility, except as may be otherwise provided under ERISA.

**N.**   **Fiduciary Responsibilities.**   To the extent permitted under ERISA, no fiduciary of the Plan/SPD will be liable for any act or omission in carrying out the fiduciary's responsibilities under the Plan/SPD.

**O.**   **Allocation of Fiduciary Responsibilities.**   To the extent permitted under ERISA, each fiduciary under the Plan/SPD will be responsible only for the specific duties assigned under the Plan/SPD and will not be directly or indirectly responsible for the duties assigned to another fiduciary.

**P.**   **Counterparts.**   The Plan/SPD may be executed in any number of counterparts, each of which will be deemed to be an original.  All counterparts will constitute but one and the same instrument and will be evidenced by any one counterpart.

**Q.**   **Notice.**   Any notice given under the Plan/SPD will be sufficient if given to the Administrator when addressed to its office; if given to the FSA Vendor when addressed to its office; or if given to you, when addressed to you at your address as it appears in the records of the Administrator.

**R.**   **Disclaimer of Liability.**   Nothing contained herein will confer upon you any claim, right, or cause of action, either at law or at equity, against the Plan/SPD, Administrator, FSA Vendor, or the Company, for the acts or omissions of any provider of services or supplies for any benefits provided under the Plan/SPD.

**S.**   **Right of Recovery.**   If the Company, FSA Vendor, or Administrator or its designee makes any payment that according to the terms of the Plan/SPD should not have been made, it may recover that incorrect payment, whether or not it was made due to the Company's, FSA Vendor's, or the Administrator's or its designee's own error, from the person to whom it was made or from any other appropriate party.  If any such incorrect payment is made directly to you, the Company, FSA Vendor, or the Administrator or its designee may deduct it when making future payments directly to you.

CONFIDENTIAL                                                                                                      CIGNA01393940

**T.**   **Legal Counsel.**  The Administrator and/or its designee may from time to time consult with counsel, who may be counsel for the Company and will be fully protected in acting upon the advice of such counsel.

**U.**   **Evidence of Action.**  All orders, requests, and instructions to the Administrator or its designee or the FSA Vendor by the Company or by any duly authorized representative, will be in writing and the Administrator or its designee or the FSA Vendor will act and will be fully protected in acting in accordance with such orders, requests, and instructions.

**V.**   **Audit.**  If an audit of the Plan/SPD is required under ERISA for any Plan Year, the Administrator will engage an independent qualified public accountant.  Such audit will be conducted in accordance with the requirements of Section 103 of ERISA.

**W.**   **Bonding.**  Each fiduciary of the Plan/SPD, unless exempted under ERISA, will be bonded in an amount not less than 10% of the amounts of assets of the Plan/SPD handled by such fiduciary, provided, however, such bond will not be less than $1,000 and need not be for more than $500,000.  The expense of such bond will be paid from the assets of the Plan/SPD unless paid by the Company.

**X.**   **Protective Clause.**  Neither the Company nor the Administrator will be responsible for the validity of any contract of insurance or other benefit contract or policy by any benefit provider or for the failure on the part of any insurance company or other benefit provider to make payments thereunder.

**Y.**   **Receipt and Release.**  Any payments to you will, to the extent thereof, be in full satisfaction of your claim being paid and the Administrator may condition payment on your delivery of the duly executed receipt and release in such form as may be determined by the Administrator.

**Z.**   **Benefits Solely from General Assets.**  Except as may otherwise be required by law:

   **(1)**   the benefits provided hereunder will be paid solely from the general assets of the Company;

   **(2)**   nothing herein will be construed to require the Company or the Administrator to maintain any fund or segregate any amount for your benefit; and

   **(3)**   no Participant or other person will have any claim against, right to, or security or other interest in, any fund, account, or asset of the Company from which any payment under the Plan/SPD may be made.

**AA.**   **Legal Actions.**  If the Administrator is made a party to any legal action regarding the Plan/SPD, except for a breach of fiduciary responsibility of such person or persons, any and all costs and expenses, including reasonable attorneys' fees, incurred by the Administrator in connection with such proceeding will be paid by the Company.

**BB.**   **Reliance.**  The Administrator will not incur any liability in acting upon any notice, request, signed letter, telegram, or other paper or document believed by the Administrator to be genuine or to be executed or sent by an authorized person.

CONFIDENTIAL    CIGNA01393941

**CC.   Qualified Medical Child Support Orders.**  The Plan/SPD will provide benefits in accordance with the applicable requirements of a qualified medical child support order, as required by ERISA Section 609, received by the Plan/SPD.  If the Plan/SPD receives a medical child support order, the Administrator will promptly notify you, and each of your children identified in the order, of the receipt of such order and the Plan/SPD's procedures for determining whether the order is a qualified medical child support order.  Within a reasonable time after receipt of such order, the Administrator will determine whether the order is a qualified medical child support order and notify you and your children involved of the determination.  The Administrator will establish written procedures in accordance with ERISA Section 609 to determine whether a medical child support order received by the Plan/SPD is a qualified medical child support order under ERISA.  (Also see **Court Order/Medical Child Support Order** under **AVAILABLE BENEFITS**).

**DD.   Participant Incapacitation.**  When you are under legal disability or, in the Company's opinion, are in any way incapacitated so as to be unable to manage your affairs, the Company may cause your benefits to be paid to your legal representative for your benefit.  The payment of benefits will completely discharge the liability of the Company for the benefits.

**EE.   Participant Death.**  In the event of your death, your spouse (or, if none, your executor or administrator) may apply on your behalf for reimbursement of Qualifying Health Care Expenses or Dependent Care Expenses as applicable.  The payment of benefits will completely discharge the liability of the Company for the benefits.

**FF.   Rules of Interpretation.**  The Plan/SPD is to be administered consistent with Code Section 125.  The Health Care Flexible Spending Account is to comply with the requirements of Code Sections 105, 106, and 4980B and the Dependent Care Flexible Spending Account is to comply with the requirements of Code Section 129.

**GG.   Entire Plan/SPD.**  The Plan/SPD document and the documents incorporated by reference herein will constitute the only legally governing documents for the Plan/SPD.  All statements made by the Company or Administrator will be deemed representations and not warranties.  No oral statement or other communication will void or reduce coverage under the Plan/SPD, or amend or modify the terms of the Plan/SPD, or be used in defense to a claim, unless in writing signed by the Administrator.

## RIGHTS UNDER THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974

As a participant in the Plan/SPD, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 ("ERISA").  ERISA provides that all Plan/SPD Participants will be entitled to:

**A.   Receive Information About Your Benefits and Plan/SPD.**  Examine, without charge, at the Administrator's office and at other specified locations, such as worksites, all documents governing the Plan/SPD, including insurance contracts, and a copy of the latest annual report (Form 5500 Series) filed by the Plan/SPD with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Administrator, copies of documents governing the operation of the Plan/SPD, including insurance contracts, and copies of the latest annual report (Form

34

CIGNA01393942

5500 Series) and updated Plan/SPD.  The Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan/SPD's annual financial report.  The Administrator is required by law to furnish each participant with a copy of this summary annual report.

**B.** **Prudent Actions by Plan/SPD Fiduciaries.**  In addition to creating rights for Plan/SPD Participants, ERISA imposes duties upon the people who are responsible for the operation of the Plan/SPD.  The people who operate your Plan/SPD, called "fiduciaries" of the Plan/SPD, have a duty to do so prudently and in the interest of you and other Plan/SPD Participants and beneficiaries.  No one, including the Company or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

**C.** **Enforce Your Rights.**  If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights.  For example, if you request a copy of the Plan/SPD documents or the latest annual report from the Plan/SPD and do not receive them within 30 days, you may file suit in a federal court.  In such a case, the court may require the Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.  However, before you file suit, you must first complete all of the claims procedures outlined under **CLAIMS PROCEDURE**.  If you do not follow these claims procedures accordingly, you will have no right to review and no right to bring action, at law or in equity, in any court, and the denial of the claim will become final and binding.  In addition, if you disagree with the Plan/SPD's decision or lack thereof concerning the qualified status of a medical child support order, you may file suit in federal court.

Although unlikely, if it should happen that Plan/SPD fiduciaries should misuse the Plan/SPD's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court.

The court will decide who should pay court costs and legal fees.  If you are successful, the court may order the person you have sued to pay these costs and fees.  If you lose, the court may order you to pay those costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about the Plan/SPD, you should contact the Administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

CONFIDENTIAL

CIGNA01393943

## GENERAL INFORMATION

| | | |
|---|---|---|
| A. | **Plan Name:** | Boyd Gaming Corporation Section 125 Plan and Summary Plan Description |
| B. | **Plan Sponsor:** | Boyd Gaming Corporation<br>6465 South Rainbow Blvd.<br>Las Vegas, NV  89118<br>702-792-7373 |
| C. | **Sponsor's Identification Number:** | 88-0242733 |
| D. | **Plan/SPD Number assigned by the Administrator:** | 501 |
| E. | **Participating Employers** | Boyd Gaming Corporation and its successors and assigns, and other participating employers or affiliates approved by the Administrator as a participating employer under the Plan/SPD. |
| F. | **Type of Plan/SPD** | Flexible benefit program with salary reduction contributions and dependent care and health care flexible spending accounts for Eligible Employees and eligible dependents. |
| G. | **Administration of the Plan/SPD:** | The Plan/SPD is administered by Boyd Gaming Corporation, 6465 South Rainbow Blvd., Las Vegas, NV  89118, 702-792-7373. |
| H. | **Agent of Services For Legal Process:** | Boyd Gaming Corporation<br>6465 South Rainbow Blvd.<br>Las Vegas, NV  89118<br>702-792-7373 |
| I. | **Source of Financing the Plan/SPD:** | Company and employee contributions in amounts to be determined under the  provisions of the Plan/SPD. |
| J. | **Health Insurance Issuer Information:** | Benefits under the Plan/SPD are not guaranteed under a contract of insurance. |
| K. | **Benefits:** | (1)   Health Care Flexible Spending Accounts<br>(2)   Dependent Care Flexible Spending Accounts<br>(3)   Health Coverage |

36

CIGNA01393944