# EXHIBIT 34

**Envision Healthcare
Corporation**

OPEN ACCESS PLUS AND LOCAL PLUS
MEDICAL BENEFITS
High Deductible Health Plan
Gold, Silver, Bronze and Safety Net Plans

**EFFECTIVE DATE: January 1, 2015**

ASO1
3338165

This document printed in March, 2015 takes the place of any documents previously issued to you which described your benefits.

Printed in U.S.A.

 CIGNA04347857

# Table of Content

**Important Information** ....................................................................................................3

**Special Plan Provisions** ..............................................................................................5

**Important Notices** .......................................................................................................6

**How To File Your Claim** ...........................................................................................7

**Important Information About Your Medical Plan** ....................................................8

**Open Access Plus and Local Plus Medical Benefits** .................................................9

    The Schedule – Gold Plan ...........................................................................................9

**Open Access Plus and Local Plus Medical Benefits** ...............................................21

    The Schedule – Silver Plan.........................................................................................21

**Open Access Plus and Local Plus Medical Benefits** ...............................................34

    The Schedule – Bronze Plan.......................................................................................34

    The Schedule – Safety Net Plan .................................................................................47

    Certification Requirements - Out-of-Network ............................................................60

    Prior Authorization/Pre-Authorized ..........................................................................60

    Covered Expenses ......................................................................................................61

**Prescription Drug Benefits** ......................................................................................70

    The Schedule – Gold Plan .........................................................................................70

    The Schedule – Silver Plan.........................................................................................73

    The Schedule – Bronze Plan.......................................................................................76

    The Schedule – Safety Net Plan .................................................................................79

    Covered Expenses ......................................................................................................82

    Limitations..................................................................................................................82

    Your Payments ...........................................................................................................82

    Exclusions ..................................................................................................................83

    Reimbursement/Filing a Claim...................................................................................83

**Exclusions, Expenses Not Covered and General Limitations** .................................83

**Medicare Eligibles**....................................................................................................86

**Payment of Benefits** .................................................................................................86

**Rescissions** ...............................................................................................................87

**Federal Requirements** ..............................................................................................87

    Notice of Provider Directory/Networks......................................................................87

    Claim Determination Procedures under ERISA ..........................................................87

    Medical - When You Have a Complaint or an Appeal .................................................88

**Definitions**................................................................................................................90

CIGNA04347858

## Important Information

THIS IS NOT AN INSURED BENEFIT PLAN. THE BENEFITS DESCRIBED IN THIS BOOKLET OR ANY RIDER ATTACHED HERETO ARE SELF-INSURED BY ENVISION HEALTHCARE CORPORATION WHICH IS RESPONSIBLE FOR THEIR PAYMENT. CIGNA HEALTH AND LIFE INSURANCE COMPANY (CIGNA) PROVIDES CLAIM ADMINISTRATION SERVICES TO THE PLAN, BUT CIGNA DOES NOT INSURE THE BENEFITS DESCRIBED.

THIS DOCUMENT MAY USE WORDS THAT DESCRIBE A PLAN INSURED BY CIGNA. BECAUSE THE PLAN IS NOT INSURED BY CIGNA, ALL REFERENCES TO INSURANCE SHALL BE READ TO INDICATE THAT THE PLAN IS SELF-INSURED. FOR EXAMPLE, REFERENCES TO "CIGNA," "INSURANCE COMPANY," AND "POLICYHOLDER" SHALL BE DEEMED TO MEAN YOUR "EMPLOYER" AND "POLICY" TO MEAN "PLAN" AND "INSURED" TO MEAN "COVERED" AND "INSURANCE" SHALL BE DEEMED TO MEAN "COVERAGE."

HC-NOT1

CIGNA04347859

**Explanation of Terms**

You will find terms starting with capital letters throughout your certificate. To help you understand your benefits, most of these terms are defined in the Definitions section of your certificate.

**The Schedule**

**The Schedule is a brief outline of your maximum benefits which may be payable under your insurance. For a full description of each benefit, refer to the appropriate section listed in the Table of Contents.**

CONFIDENTIAL

CIGNA04347860



## Special Plan Provisions

When you select a Participating Provider, this Plan pays a greater share of the costs than if you select a non-Participating Provider. Participating Providers include Physicians, Hospitals and Other Health Care Professionals and Other Health Care Facilities. Consult your Physician Guide for a list of Participating Providers in your area. Participating Providers are committed to providing you and your Dependents appropriate care while lowering medical costs.

### Services Available in Conjunction With Your Medical Plan

The following pages describe helpful services available in conjunction with your medical plan. You can access these services by calling the toll-free number shown on the back of your ID card.

HC-SPP1                                                          04-10
                                                                V1

### Case Management

Case Management is a service provided through a Review Organization, which assists individuals with treatment needs that extend beyond the acute care setting. The goal of Case Management is to ensure that patients receive appropriate care in the most effective setting possible whether at home, as an outpatient, or an inpatient in a Hospital or specialized facility. Should the need for Case Management arise, a Case Management professional will work closely with the patient, his or her family and the attending Physician to determine appropriate treatment options which will best meet the patient's needs and keep costs manageable. The Case Manager will help coordinate the treatment program and arrange for necessary resources. Case Managers are also available to answer questions and provide ongoing support for the family in times of medical crisis.

Case Managers are Registered Nurses (RNs) and other credentialed health care professionals, each trained in a clinical specialty area such as trauma, high risk pregnancy and neonates, oncology, mental health, rehabilitation or general medicine and surgery. A Case Manager trained in the appropriate clinical specialty area will be assigned to you or your dependent. In addition, Case Managers are supported by a panel of Physician advisors who offer guidance on up-to-date treatment programs and medical technology. While the Case Manager recommends alternate treatment programs and helps coordinate needed resources, the patient's attending Physician remains responsible for the actual medical care.

- You, your dependent or an attending Physician can request Case Management services by calling the **toll-free number** shown on your ID card during normal business hours, Monday through Friday. In addition, your employer, a claim office or a utilization review program (see the PAC/CSR section of your certificate) may refer an individual for Case Management.

- The Review Organization assesses each case to determine whether Case Management is appropriate.

- You or your Dependent is contacted by an assigned Case Manager who explains in detail how the program works. Participation in the program is voluntary - no penalty or benefit reduction is imposed if you do not wish to participate in Case Management.

- Following an initial assessment, the Case Manager works with you, your family and Physician to determine the needs of the patient and to identify what alternate treatment programs are available (for example, in-home medical care in lieu of an extended Hospital convalescence). You are not penalized if the alternate treatment program is not followed.

- The Case Manager arranges for alternate treatment services and supplies, as needed (for example, nursing services or a Hospital bed and other Durable Medical Equipment for the home).

- The Case Manager also acts as a liaison between the insurer, the patient, his or her family and Physician as needed (for example, by helping you to understand a complex medical diagnosis or treatment plan).

- Once the alternate treatment program is in place, the Case Manager continues to manage the case to ensure the treatment program remains appropriate to the patient's needs.

While participation in Case Management is strictly voluntary, Case Management professionals can offer quality, cost-effective treatment alternatives, as well as provide assistance in obtaining needed medical resources and ongoing family support in a time of need.

HC-SPP2                                                          04-10
                                                                V1

### Additional Programs

We may, from time to time, offer or arrange for various entities to offer discounts, benefits, or other consideration to our members for the purpose of promoting the general health and well being of our members. We may also arrange for the reimbursement of all or a portion of the cost of services provided by other parties to the Policyholder. Contact us for details regarding any such arrangements.

HC-SPP3                                                          04-10
                                                                V1

CONFIDENTIAL                                          CIGNA04347861



# Important Notices

## Direct Access to Obstetricians and Gynecologists

You do not need prior authorization from the plan or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in our network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, visit www.mycigna.com or contact customer service at the phone number listed on the back of your ID card.

## Selection of a Primary Care Provider

This plan generally allows the designation of a primary care provider. You have the right to designate any primary care provider who participates in the network and who is available to accept you or your family members. For information on how to select a primary care provider, and for a list of the participating primary care providers, visit www.mycigna.com or contact customer service at the phone number listed on the back of your ID card.

For children, you may designate a pediatrician as the primary care provider.

HC-NOT5                                                    01-11

## Important Information

### Mental Health Parity and Addiction Equity Act

**The Certificate is amended as stated below:**

In the event of a conflict between the provisions of your plan documents and the provisions of this notice, the provisions that provide the better benefit shall apply.

**The Schedule and Mental Health and Substance Abuse Covered Expenses:**

Partial Hospitalization charges for Mental Health and Substance Abuse will be paid at the Outpatient level. Covered Expenses are changed as follows:

### Mental Health and Substance Abuse Services

**Mental Health Services** are services that are required to treat a disorder that impairs the behavior, emotional reaction or thought processes. In determining benefits payable, charges made for the treatment of any physiological conditions related to Mental Health will not be considered to be charges made for treatment of Mental Health.

**Substance Abuse** is defined as the psychological or physical dependence on alcohol or other mind-altering drugs that requires diagnosis, care, and treatment. In determining

benefits payable, charges made for the treatment of any physiological conditions related to rehabilitation services for alcohol or drug abuse or addiction will not be considered to be charges made for treatment of Substance Abuse.

**Inpatient Mental Health Services**

Services that are provided by a Hospital while you or your Dependent is Confined in a Hospital for the treatment and evaluation of Mental Health. Inpatient Mental Health Services include Mental Health Residential Treatment Services.

**Mental Health Residential Treatment Services** are services provided by a Hospital for the evaluation and treatment of the psychological and social functional disturbances that are a result of subacute Mental Health conditions.

**Mental Health Residential Treatment Center** means an institution which specializes in the treatment of psychological and social disturbances that are the result of Mental Health conditions; provides a subacute, structured, psychotherapeutic treatment program, under the supervision of Physicians; provides 24-hour care, in which a person lives in an open setting; and is licensed in accordance with the laws of the appropriate legally authorized agency as a residential treatment center.

A person is considered confined in a Mental Health Residential Treatment Center when she/he is a registered bed patient in a Mental Health Residential Treatment Center upon the recommendation of a Physician.

**Outpatient Mental Health Services** are Services of Providers who are qualified to treat Mental Health when treatment is provided on an outpatient basis, while you or your Dependent is not Confined in a Hospital, or for Partial Hospitalization sessions, and is provided in an individual, group or Mental Health Intensive Outpatient Therapy Program. Covered services include, but are not limited to, outpatient treatment of conditions such as: anxiety or depression which interfere with daily functioning; emotional adjustment or concerns related to chronic conditions, such as psychosis or depression; emotional reactions associated with marital problems or divorce; child/adolescent problems of conduct or poor impulse control; affective disorders; suicidal or homicidal threats or acts; eating disorders; or acute exacerbation of chronic Mental Health conditions (crisis intervention and relapse prevention) and outpatient testing and assessment.

**Partial Hospitalization** sessions are services that are provided for not less than 4 hours and not more than 12 hours in any 24-hour period.

**Inpatient Substance Abuse Rehabilitation Services**

Services provided for rehabilitation, while you or your Dependent is Confined in a Hospital, when required for the diagnosis and treatment of abuse or addiction to alcohol and/or drugs. Inpatient Substance Abuse Services include Residential Treatment services.

CONFIDENTIAL

CIGNA04347862



**Substance Abuse Residential Treatment Services** are services provided by a Hospital for the evaluation and treatment of the psychological and social functional disturbances that are a result of subacute Substance Abuse conditions.

**Substance Abuse Residential Treatment Center** means an institution which specializes in the treatment of psychological and social disturbances that are the result of Substance Abuse; provides a subacute, structured, psychotherapeutic treatment program, under the supervision of Physicians; provides 24-hour care, in which a person lives in an open setting; and is licensed in accordance with the laws of the appropriate legally authorized agency as a residential treatment center.

A person is considered confined in a Substance Abuse Residential Treatment Center when she/he is a registered bed patient in a Substance Abuse Residential Treatment Center upon the recommendation of a Physician.

**Outpatient Substance Abuse Rehabilitation Services**

Services provided for the diagnosis and treatment of abuse or addiction to alcohol and/or drugs, while you or your Dependent is not Confined in a Hospital, including outpatient rehabilitation in an individual, or a Substance Abuse Intensive Outpatient Therapy Program and for Partial Hospitalization sessions.

**Partial Hospitalization** sessions are services that are provided for not less than 4 hours and not more than 12 hours in any 24-hour period.

A Substance Abuse Intensive Outpatient Therapy Program consists of distinct levels or phases of treatment that are provided by a certified/licensed Substance Abuse program. Intensive Outpatient Therapy Programs provide a combination of individual, family and/or group therapy in a day, totaling nine, or more hours in a week.

**Substance Abuse Detoxification Services**

Detoxification and related medical ancillary services are provided when required for the diagnosis and treatment of addiction to alcohol and/or drugs. Cigna will decide, based on the Medical Necessity of each situation, whether such services will be provided in an inpatient or outpatient setting.

**Mental Health and Substance Abuse Exclusions:**

The following exclusion is hereby deleted and no longer applies:

- any court ordered treatment or therapy, or any treatment or therapy ordered as a condition of parole, probation or custody or visitation evaluations unless Medically Necessary and otherwise covered under this policy or agreement.

**Terms within the agreement:** The term "mental retardation" within your Certificate is hereby changed to "intellectual disabilities".

**Visit Limits:** Any health care service billed with a Mental Health or Substance Abuse diagnosis, will not incur a visit limit, including but not limited to genetic counseling and nutritional evaluation/counseling.

HC-NOT69                                                          12-14

# How To File Your Claim

There's no paperwork for In-Network care. Just show your identification card and pay your share of the cost, if any; your provider will submit a claim to Cigna for reimbursement. Out-of-Network claims can be submitted by the provider if the provider is able and willing to file on your behalf. If the provider is not submitting on your behalf, you must send your completed claim form and itemized bills to the claims address listed on the claim form.

You may get the required claim forms from the website listed on your identification card or by using the toll-free number on your identification card.

**CLAIM REMINDERS**

- BE SURE TO USE YOUR MEMBER ID AND ACCOUNT/GROUP NUMBER WHEN YOU FILE CIGNA'S CLAIM FORMS, OR WHEN YOU CALL YOUR CIGNA CLAIM OFFICE.

  YOUR MEMBER ID IS THE ID SHOWN ON YOUR BENEFIT IDENTIFICATION CARD.

  YOUR ACCOUNT/GROUP NUMBER IS SHOWN ON YOUR BENEFIT IDENTIFICATION CARD.

- BE SURE TO FOLLOW THE INSTRUCTIONS LISTED ON THE BACK OF THE CLAIM FORM CAREFULLY WHEN SUBMITTING A CLAIM TO CIGNA.

**Timely Filing of Out-of-Network Claims**

Cigna will consider claims for coverage under our plans when proof of loss (a claim) is submitted within 180 days for Out-of-Network benefits after services are rendered. If services are rendered on consecutive days, such as for a Hospital Confinement, the limit will be counted from the last date of service. If claims are not submitted within 180 days for Out-of-Network benefits, the claim will not be considered valid and will be denied.

CONFIDENTIAL

CIGNA04347863



**WARNING:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information; or conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act.

HC-CLM25                                                      01-11
                                                             V11

# Important Information About Your Medical Plan

Details of your medical benefits are described on the following pages.

**Opportunity to Select a Primary Care Physician**

Choice of Primary Care Physician:

This medical plan does not require that you select a Primary Care Physician or obtain a referral from a Primary Care Physician in order to receive all benefits available to you under this medical plan. Notwithstanding, a Primary Care Physician may serve an important role in meeting your health care needs by providing or arranging for medical care for you and your Dependents. For this reason, we encourage the use of Primary Care Physicians and provide you with the opportunity to select a Primary Care Physician from a list provided by Cigna for yourself and your Dependents. If you choose to select a Primary Care Physician, the Primary Care Physician you select for yourself may be different from the Primary Care Physician you select for each of your Dependents.

Changing Primary Care Physicians:

You may request a transfer from one Primary Care Physician to another by contacting us at the member services number on your ID card. Any such transfer will be effective on the first day of the month following the month in which the processing of the change request is completed.

In addition, if at any time a Primary Care Physician ceases to be a Participating Provider, you or your Dependent will be notified for the purpose of selecting a new Primary Care Physician, if you choose.

HC-IMP1                                                      04-10
                                                             V1

CONFIDENTIAL                                CIGNA04347864



## Open Access Plus and Local Plus Medical Benefits

### The Schedule – Gold Plan

**For You and Your Dependents**

Your Medical Benefits provide coverage for care In-Network and Out-of-Network. To receive your Medical Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for services and supplies. That portion is the Deductible or Coinsurance.

When you receive services from an In-Network Provider, remind your provider to utilize In-Network Providers for x-rays, lab tests and other services to ensure the cost may be considered at the In-Network level.

If you are unable to locate an In-Network Provider in your area who can provide you with a service or supply that is covered under this plan, you must call the number on the back of your I.D. card to obtain authorization for Out-of-Network Provider coverage. If you obtain authorization for services provided by an Out-of-Network Provider, benefits for those services will be covered at the In-Network benefit level.

**Coinsurance**

The term Coinsurance means the percentage of charges for Covered Expenses that an insured person is required to pay under the plan.

**Deductibles**

Deductibles are expenses to be paid by you or your Dependent. Deductibles are in addition to any Coinsurance. Once the Deductible maximum in The Schedule has been reached, you and your family need not satisfy any further medical deductible for the rest of that year.

**Out-of-Pocket Expenses - For In-Network Charges Only**

Out-of-Pocket Expenses are Covered Expenses incurred for charges that are not paid by the benefit plan because of any Deductibles or Coinsurance. Such Covered Expenses accumulate to the Out-of-Pocket Maximum shown in the Schedule. When the Out-of-Pocket Maximum is reached, all Covered Expenses, except charges for non-compliance penalties, are payable by the benefit plan at 100%.

**Out-of-Pocket Expenses - For Out-of-Network Charges Only**

Out-of-Pocket Expenses are Covered Expenses incurred for charges that are not paid by the benefit plan. The following Expenses contribute to the Out-of-Pocket Maximum, and when the Out-of-Pocket Maximum shown in The Schedule is reached, they are payable by the benefit plan at 100%:

- Coinsurance.
- Plan Deductible.

The following Out-of-Pocket Expenses and charges do not contribute to the Out-of-Pocket Maximum, and they are not payable by the benefit plan at 100% when the Out-of-Pocket Maximum shown in The Schedule is reached:

- Non-compliance penalties.
- Any benefit deductibles.
- Provider charges in excess of the Maximum Reimbursable Charge.

**Accumulation of Plan Deductibles and Out-of-Pocket Maximums**

Deductibles and Out-of-Pocket Maximums will cross-accumulate (that is, In-Network will accumulate to Out-of-Network and Out-of-Network will accumulate to In-Network). All other plan maximums and service-specific maximums (dollar and occurrence) also cross-accumulate between In- and Out-of-Network unless otherwise noted.

CONFIDENTIAL

CIGNA04347865



## Open Access Plus and Local Plus Medical Benefits

### The Schedule – Gold Plan

**Multiple Surgical Reduction**

Multiple surgeries performed during one operating session result in payment reduction of 50% to the surgery of lesser charge. The most expensive procedure is paid as any other surgery.

**Assistant Surgeon and Co-Surgeon Charges**

**Assistant Surgeon**

The maximum amount payable will be limited to charges made by an assistant surgeon that do not exceed a percentage of the surgeon's allowable charge as specified in Cigna Reimbursement Policies. (For purposes of this limitation, allowable charge means the amount payable to the surgeon prior to any reductions due to coinsurance or deductible amounts.)

**Co-Surgeon**

The maximum amount payable for charges made by co-surgeons will be limited to the amount specified in Cigna Reimbursement Policies.

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Lifetime Maximum** | Unlimited ||
| **The Percentage of Covered Expenses the Plan Pays**<br><br>**Note:** "No charge" means an insured person is not required to pay Coinsurance. | 90% | 60% of the Maximum Reimbursable Charge |

CONFIDENTIAL

CIGNA04347866



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Maximum Reimbursable Charge for Open Access Plus Medical Benefits**<br>Maximum Reimbursable Charge is determined based on the lesser of the provider's normal charge for a similar service or supply; or<br><br>A percentile of charges made by providers of such service or supply in the geographic area where the service is received. These charges are compiled in a database we have selected.<br>**Note:** The provider may bill you for the difference between the provider's normal charge and the Maximum Reimbursable Charge, in addition to applicable deductibles and coinsurance.<br><br>**Note:** Some providers forgive or waive the cost share obligation (e.g. your deductible and/or coinsurance) that this plan requires you to pay. Waiver of your required cost share obligation can jeopardize your coverage under this plan. For more details, see the Exclusions Section. | Not Applicable | 80th Percentile |
| **Maximum Reimbursable Charge for Local Plus Medical Benefits**<br>Maximum Reimbursable Charge is determined based on the lesser of the provider's normal charge for a similar service or supply; or<br><br>A percentile of charges made by providers of such service or supply in the geographic area where the service is received. These charges are compiled in a database we have selected.<br>**Note:** The provider may bill you for the difference between the provider's normal charge and the Maximum Reimbursable Charge, in addition to applicable deductibles and coinsurance.<br><br>**Note:** Some providers forgive or waive the cost share obligation (e.g. your deductible and/or coinsurance) that this plan requires you to pay. Waiver of your required cost share obligation can jeopardize your coverage under this plan. For more details, see the Exclusions Section. | Not Applicable | 110th Percentile |

**myCigna.com**

CONFIDENTIAL

CIGNA04347867



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Calendar Year Deductible** | | |
| Individual | $1,000 per person | $2,000 per person |
| Family Maximum | $2,000 per family | $4,000 per family |
| Family Maximum Calculation **Collective Deductible:** All family members contribute towards the family deductible. An individual cannot have claims covered under the plan coinsurance until the total family deductible has been satisfied. | | |
| **Combined Out-of-Pocket Maximum for Medical/Pharmacy** | | |
| Individual | $2,500 per person | $5,000 per person |
| Family Maximum | $5,000 per family | $10,000 per family |
| Family Maximum Calculation **Collective Out-of-Pocket Maximum:** All family members contribute towards the family Out-of-Pocket. An individual cannot have claims covered at 100% until the total family Out-of-Pocket has been satisfied. | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347868



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Combined Medical/Pharmacy Out-of-Pocket Maximum** | | |
| Combined Medical/Pharmacy Out-of-Pocket: includes retail and home delivery prescription drugs | Yes | In-Network coverage only |
| Home Delivery Pharmacy Costs Contribute to the Combined Medical/Pharmacy Out-of-Pocket Maximum | Yes | In-Network coverage only |
| **Physician's Services** | | |
| Primary Care Physician's Office Visit | 90% after plan deductible | 60% after plan deductible |
| Specialty Care Physician's Office Visits | 90% after plan deductible | 60% after plan deductible |
| Consultant and Referral Physician's Services | | |
| **Note:** OB/GYN providers will be considered either as a PCP or Specialist, depending on how the provider contracts with the Insurance Company. | | |
| Surgery Performed in the Physician's Office | 90% after plan deductible | 60% after plan deductible |
| Second Opinion Consultations (provided on a voluntary basis) | 90% after plan deductible | 60% after plan deductible |
| Allergy Treatment/Injections | 90% after plan deductible | 60% after plan deductible |
| Allergy Serum (dispensed by the Physician in the office) | 90% after plan deductible | 60% after plan deductible |
| **Preventive Care** | | |
| **Note:** Includes coverage of additional services, such as urinalysis, EKG, and other laboratory tests, supplementing the standard Preventive Care benefit. | | |
| Routine Preventive Care - all ages | No charge | 60% after plan deductible |
| Immunizations - all ages | No charge | 60% after plan deductible |
| **Note:** Includes Travel Immunizations | | |
| **Mammograms, PSA, PAP Smear** | | |
| Preventive Care Related Services (i.e. "routine" services) | No charge | 60% after plan deductible |
| Diagnostic Related Services (i.e. "non-routine" services) | Subject to the plan's x-ray & lab benefit; based on place of service | Subject to the plan's x-ray & lab benefit; based on place of service |

CONFIDENTIAL   CIGNA04347869



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Inpatient Hospital - Facility Services** | 90% after plan deductible | 60% after plan deductible |
| Semi-Private Room and Board | Limited to the semi-private room negotiated rate | Limited to the semi-private room rate |
| Private Room | Limited to the semi-private room negotiated rate | Limited to the semi-private room rate |
| Special Care Units (ICU/CCU) | Limited to the negotiated rate | Limited to the ICU/CCU daily room rate |
| **Outpatient Facility Services** Operating Room, Recovery Room, Procedures Room, Treatment Room and Observation Room | 90% after plan deductible | 60% after plan deductible |
| **Inpatient Hospital Physician's Visits/Consultations** | 90% after plan deductible | 60% after plan deductible |
| **Inpatient Hospital Professional Services** Surgeon Radiologist Pathologist Anesthesiologist | 90% after plan deductible | 60% after plan deductible |
| **Outpatient Professional Services** Surgeon Radiologist Pathologist Anesthesiologist | 90% after plan deductible | 60% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347870



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Emergency and Urgent Care Services** | | |
| Physician's Office Visit | 90% after plan deductible | 90% after in-network plan deductible |
| Hospital Emergency Room | 90% after plan deductible | 90% after in-network plan deductible |
| Outpatient Professional Services (radiology, pathology and ER Physician) | 90% after plan deductible | 90% after in-network plan deductible |
| Urgent Care Facility or Outpatient Facility | 90% after plan deductible | 90% after in-network plan deductible |
| X-ray and/or Lab performed at the Emergency Room/Urgent Care Facility (billed by the facility as part of the ER/UC visit) | 90% after plan deductible | 90% after in-network plan deductible |
| Independent x-ray and/or Lab Facility in conjunction with an ER visit | 90% after plan deductible | 90% after in-network plan deductible |
| Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans, PET Scans etc.) | 90% after plan deductible | 90% after in-network plan deductible |
| Ambulance | 90% after plan deductible | 90% after in-network plan deductible |
| **Inpatient Services at Other Health Care Facilities** Includes Skilled Nursing Facility, Rehabilitation Hospital and Sub-Acute Facilities | 90% after plan deductible | 60% after plan deductible |
| Calendar Year Maximum: 120 days combined | | |
| **Laboratory and Radiology Services (includes pre-admission testing)** | | |
| Physician's Office Visit | 90% after plan deductible | 60% after plan deductible |
| Outpatient Hospital Facility | 90% after plan deductible | 60% after plan deductible |
| Independent X-ray and/or Lab Facility | 90% after plan deductible | 60% after plan deductible |
| **Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans and PET Scans)** | | |
| Physician's Office Visit | 90% after plan deductible | 60% after plan deductible |
| Inpatient Facility | 90% after plan deductible | 60% after plan deductible |
| Outpatient Facility | 90% after plan deductible | 60% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347871



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Outpatient Short-Term Rehabilitative Therapy and Chiropractic Services** | 90% after plan deductible | 60% after plan deductible |
| Calendar Year Maximum: Unlimited for each therapy<br>Pulmonary Rehab<br>Cognitive Therapy<br>Cardiac Rehab | | |
| Calendar Year Maximum: 50 days for each therapy<br>Physical Therapy<br>Occupational Therapy | | |
| Calendar Year Maximum: 25 days for each therapy<br>Speech Therapy<br>Chiropractic Therapy (includes Chiropractors) | | |
| **Note:** Includes Speech, physical, and/or occupational therapy for the treatment of Autism Spectrum Disorder. | | |
| **Home Health Care**<br>Calendar Year Maximum: 100 days (includes outpatient private nursing when approved as Medically Necessary) | 90% after plan deductible | 60% after plan deductible |
| **Hospice** | | |
| Inpatient Services | 90% after plan deductible | 60% after plan deductible |
| Outpatient Services | 90% after plan deductible | 60% after plan deductible |
| (same coinsurance level as Home Health Care) | | |
| **Bereavement Counseling** | | |
| Services provided as part of Hospice Care | | |
| Inpatient | 90% after plan deductible | 60% after plan deductible |
| Outpatient | 90% after plan deductible | 60% after plan deductible |
| Services provided by Mental Health Professional | Covered under Mental Health Benefit | Covered under Mental Health Benefit |

**myCigna.com**

CONFIDENTIAL

CIGNA04347872



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Maternity Care Services** | | |
| Initial Visit to Confirm Pregnancy | 90% after plan deductible | 60% after plan deductible |
| **Note:** OB/GYN providers will be considered either as a PCP or Specialist depending on how the provider contracts with the Insurance Company. | | |
| All subsequent Prenatal Visits, Postnatal Visits and Physician's Delivery Charges (i.e. global maternity fee) | 90% after plan deductible | 60% after plan deductible |
| Physician's Office Visits in addition to the global maternity fee when performed by an OB/GYN or Specialist | 90% after plan deductible | 60% after plan deductible |
| Delivery - Facility (Inpatient Hospital, Birthing Center) | 90% after plan deductible | 60% after plan deductible |
| **Abortion** | | |
| Includes elective and non-elective procedures | | |
| Physician's Office Visit | 90% after plan deductible | 60% after plan deductible |
| Inpatient Facility | 90% after plan deductible | 60% after plan deductible |
| Outpatient Facility | 90% after plan deductible | 60% after plan deductible |
| Physician's Services | 90% after plan deductible | 60% after plan deductible |
| **Women's Family Planning Services** | | |
| Office Visits, Lab and Radiology Tests and Counseling | No charge | 60% after plan deductible |
| **Note:** Includes coverage for contraceptive devices (e.g., Depo-Provera and Intrauterine Devices (IUDs)) as ordered or prescribed by a physician. Diaphragms also are covered when services are provided in the physician's office. | | |
| Surgical Sterilization Procedures for Tubal Ligation (excludes reversals) | | |
| Physician's Office Visit | No charge | 60% after plan deductible |
| Inpatient Facility | No charge | 60% after plan deductible |
| Outpatient Facility | No charge | 60% after plan deductible |
| Physician's Services | No charge | 60% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347873



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Men's Family Planning Services** | | |
| Office Visits, Lab and Radiology Tests and Counseling | 90% after plan deductible | 60% after plan deductible |
| Surgical Sterilization Procedures for Vasectomy (excludes reversals) | | |
| Physician's Office Visit | 90% after plan deductible | 60% after plan deductible |
| Inpatient Facility | 90% after plan deductible | 60% after plan deductible |
| Outpatient Facility | 90% after plan deductible | 60% after plan deductible |
| Physician's Services | 90% after plan deductible | 60% after plan deductible |
| **Infertility Treatment**<br>Coverage will be provided for the following services:<br>• Testing and treatment services performed in connection with an underlying medical condition.<br>• Testing performed specifically to determine the cause of infertility.<br>• Treatment and/or procedures performed specifically to restore fertility (e.g. procedures to correct an infertility condition).<br>• Artificial Insemination, In-vitro, GIFT, ZIFT, etc. | | |
| Physician's Office Visit (Lab and Radiology Tests, Counseling) | 90% after plan deductible | In-Network coverage only |
| Inpatient Facility | 90% after plan deductible | In-Network coverage only |
| Outpatient Facility | 90% after plan deductible | In-Network coverage only |
| Physician's Services | 90% after plan deductible | In-Network coverage only |
| Lifetime Maximum: $20,000 per member | | |
| Includes all related services billed with an infertility diagnosis (i.e. x-ray or lab services billed by an independent facility). | | |
| **Organ Transplants**<br>Includes all medically appropriate, non-experimental transplants | | |
| Physician's Office Visit | 90% after plan deductible | In-Network coverage only |
| Inpatient Facility | 100% at Lifesource center, otherwise 90% after plan deductible | In-Network coverage only |
| Physician's Services | 100% at Lifesource center, otherwise 90% after plan deductible | In-Network coverage only |
| Lifetime Travel Maximum: $10,000 per transplant | No charge (only available when using Lifesource facility) | In-Network coverage only |
| **Durable Medical Equipment** | 90% after plan deductible | 60% after plan deductible |
| Calendar Year Maximum: Unlimited | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347874



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Breast Feeding Equipment and Supplies**<br>**Note:** Includes the rental of one breast pump per birth as ordered or prescribed by a physician. Includes related supplies. | No charge | 60% after plan deductible |
| **External Prosthetic Appliances**<br>Calendar Year Maximum: Unlimited | 90% after plan deductible | 60% after plan deductible |
| **Nutritional Evaluation**<br>Calendar Year Maximum: 3 visits per person | | |
| Physician's Office Visit | 90% after plan deductible | 60% after plan deductible |
| Inpatient Facility | 90% after plan deductible | 60% after plan deductible |
| Outpatient Facility | 90% after plan deductible | 60% after plan deductible |
| Physician's Services | 90% after plan deductible | 60% after plan deductible |
| **Dental Care**<br>Limited to charges made for a continuous course of dental treatment started within six months of an injury to sound, natural teeth. | | |
| Physician's Office Visit | 90% after plan deductible | 60% after plan deductible |
| Inpatient Facility | 90% after plan deductible | 60% after plan deductible |
| Outpatient Facility | 90% after plan deductible | 60% after plan deductible |
| Physician's Services | 90% after plan deductible | 60% after plan deductible |
| **Obesity/Bariatric Surgery**<br>**Note:** Coverage is provided subject to medical necessity and clinical guidelines subject to any limitations shown in the "Exclusions, Expenses Not Covered and General Limitations" section of this certificate. | | |
| Physician's Office Visit | 90% after plan deductible | In-Network coverage only |
| Inpatient Facility | 90% after plan deductible | In-Network coverage only |
| Outpatient Facility | 90% after plan deductible | In-Network coverage only |
| Physician's Services | 90% after plan deductible | In-Network coverage only |
| Surgical Professional Services Lifetime Maximum: $10,000<br>**Notes:** Includes charges for surgeon only; does not include radiologist, anesthesiologist, etc. | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347875



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Acupuncture**<br>　Calendar Year Maximum: 25 days | 90% after plan deductible | 60% after plan deductible |
| **Hearing Aids**<br>　Maximum: $3,000 per 36 months<br>**Note:** Includes testing and fitting of hearing aid devices covered at PCP or specialist office visit level. | 90% after plan deductible | 60% after plan deductible |
| **Wigs**<br>　Maximum: 1 wig per calendar year<br><br>**Note:** Coverage limited to chemotherapy and/or alopecia treatment. | 90% after plan deductible | 90% after plan deductible (coverage is subject to the In-Network deductible) |
| **Routine Foot Disorders** | Not covered except for services associated with foot care for diabetes and peripheral vascular disease when Medically Necessary. | Not covered except for services associated with foot care for diabetes and peripheral vascular disease when Medically Necessary. |
| **Treatment Resulting From Life Threatening Emergencies**<br>Medical treatment required as a result of an emergency, such as a suicide attempt, will be considered a medical expense until the medical condition is stabilized. Once the medical condition is stabilized, whether the treatment will be characterized as either a medical expense or a mental health/substance abuse expense will be determined by the utilization review Physician in accordance with the applicable mixed services claim guidelines. | | |
| **Mental Health**<br>　Inpatient<br><br>　Outpatient (Includes Individual, Group and Intensive Outpatient)<br>　　Physician's Office Visit<br>　　Outpatient Facility | <br>90% after plan deductible<br><br><br><br>90% after plan deductible<br>90% after plan deductible | <br>60% after plan deductible<br><br><br><br>60% after plan deductible<br>60% after plan deductible |
| **Substance Abuse**<br>　Inpatient<br><br>　Outpatient (Includes Individual and Intensive Outpatient)<br>　　Physician's Office Visit<br>　　Outpatient Facility | <br>90% after plan deductible<br><br><br><br>90% after plan deductible<br>90% after plan deductible | <br>60% after plan deductible<br><br><br><br>60% after plan deductible<br>60% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347876



## Open Access Plus and Local Plus Medical Benefits

### The Schedule – Silver Plan

**For You and Your Dependents**

Your Medical Benefits provide coverage for care In-Network and Out-of-Network. To receive your Medical Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for services and supplies. That portion is the Deductible or Coinsurance.

When you receive services from an In-Network Provider, remind your provider to utilize In-Network Providers for x-rays, lab tests and other services to ensure the cost may be considered at the In-Network level.

If you are unable to locate an In-Network Provider in your area who can provide you with a service or supply that is covered under this plan, you must call the number on the back of your I.D. card to obtain authorization for Out-of-Network Provider coverage. If you obtain authorization for services provided by an Out-of-Network Provider, benefits for those services will be covered at the In-Network benefit level.

**Coinsurance**

The term Coinsurance means the percentage of charges for Covered Expenses that an insured person is required to pay under the plan.

**Deductibles**

Deductibles are expenses to be paid by you or your Dependent. Deductibles are in addition to any Coinsurance. Once the Deductible maximum in The Schedule has been reached, you and your family need not satisfy any further medical deductible for the rest of that year.

**Out-of-Pocket Expenses - For In-Network Charges Only**

Out-of-Pocket Expenses are Covered Expenses incurred for charges that are not paid by the benefit plan because of any Deductibles or Coinsurance. Such Covered Expenses accumulate to the Out-of-Pocket Maximum shown in the Schedule. When the Out-of-Pocket Maximum is reached, all Covered Expenses, except charges for non-compliance penalties, are payable by the benefit plan at 100%.

**Out-of-Pocket Expenses - For Out-of-Network Charges Only**

Out-of-Pocket Expenses are Covered Expenses incurred for charges that are not paid by the benefit plan. The following Expenses contribute to the Out-of-Pocket Maximum, and when the Out-of-Pocket Maximum shown in The Schedule is reached, they are payable by the benefit plan at 100%:

- Coinsurance.
- Plan Deductible.

The following Out-of-Pocket Expenses and charges do not contribute to the Out-of-Pocket Maximum, and they are not payable by the benefit plan at 100% when the Out-of-Pocket Maximum shown in The Schedule is reached:

- Non-compliance penalties.
- Any benefit deductibles.
- Provider charges in excess of the Maximum Reimbursable Charge.

**Accumulation of Plan Deductibles and Out-of-Pocket Maximums**

Deductibles and Out-of-Pocket Maximums will cross-accumulate (that is, In-Network will accumulate to Out-of-Network and Out-of-Network will accumulate to In-Network). All other plan maximums and service-specific maximums (dollar and occurrence) also cross-accumulate between In- and Out-of-Network unless otherwise noted.

**myCigna.com**

CONFIDENTIAL

CIGNA04347877



| Open Access Plus and Local Plus Medical Benefits |
|---|
| **The Schedule – Silver Plan** |
| **Multiple Surgical Reduction** |
| Multiple surgeries performed during one operating session result in payment reduction of 50% to the surgery of lesser charge. The most expensive procedure is paid as any other surgery. |
| **Assistant Surgeon and Co-Surgeon Charges** |
| **Assistant Surgeon**<br>The maximum amount payable will be limited to charges made by an assistant surgeon that do not exceed a percentage of the surgeon's allowable charge as specified in Cigna Reimbursement Policies. (For purposes of this limitation, allowable charge means the amount payable to the surgeon prior to any reductions due to coinsurance or deductible amounts.)<br><br>**Co-Surgeon**<br>The maximum amount payable for charges made by co-surgeons will be limited to the amount specified in Cigna Reimbursement Policies. |

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Lifetime Maximum** | Unlimited | |
| **The Percentage of Covered Expenses the Plan Pays**<br><br>**Note:** "No charge" means an insured person is not required to pay Coinsurance. | 80% | 50% of the Maximum Reimbursable Charge |

**myCigna.com**

CONFIDENTIAL

CIGNA04347878



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Maximum Reimbursable Charge for Open Access Plus Medical Benefits**<br>Maximum Reimbursable Charge is determined based on the lesser of the provider's normal charge for a similar service or supply; or<br><br>A percentile of charges made by providers of such service or supply in the geographic area where the service is received. These charges are compiled in a database we have selected.<br>**Note:** The provider may bill you for the difference between the provider's normal charge and the Maximum Reimbursable Charge, in addition to applicable deductibles and coinsurance.<br><br>**Note:** Some providers forgive or waive the cost share obligation (e.g. your deductible and/or coinsurance) that this plan requires you to pay. Waiver of your required cost share obligation can jeopardize your coverage under this plan. For more details, see the Exclusions Section. | Not Applicable | 80th Percentile |
| **Maximum Reimbursable Charge for Local Plus Medical Benefits**<br>Maximum Reimbursable Charge is determined based on the lesser of the provider's normal charge for a similar service or supply; or<br><br>A percentile of charges made by providers of such service or supply in the geographic area where the service is received. These charges are compiled in a database we have selected.<br>**Note:** The provider may bill you for the difference between the provider's normal charge and the Maximum Reimbursable Charge, in addition to applicable deductibles and coinsurance.<br><br>**Note:** Some providers forgive or waive the cost share obligation (e.g. your deductible and/or coinsurance) that this plan requires you to pay. Waiver of your required cost share obligation can jeopardize your coverage under this plan. For more details, see the Exclusions Section. | Not Applicable | 110th Percentile |

**myCigna.com**

CONFIDENTIAL

CIGNA04347879



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Calendar Year Deductible** | | |
| Individual | $2,000 per person | $4,000 per person |
| Family Maximum | $4,000 per family | $8,000 per family |
| Family Maximum Calculation **Collective Deductible:** All family members contribute towards the family deductible. An individual cannot have claims covered under the plan coinsurance until the total family deductible has been satisfied. | | |
| **Combined Medical/Pharmacy Calendar Year Deductible** | | |
| Combined Medical/Pharmacy Deductible: includes retail and home delivery prescription drugs | Yes | In-Network coverage only |
| Home Delivery Pharmacy Costs Contribute to the Combined Medical/Pharmacy Deductible | Yes | In-Network coverage only |
| **Combined Out-of-Pocket Maximum for Medical/Pharmacy** | | |
| Individual | $4,000 per person | $8,000 per person |
| Family Maximum | $8,000 per family | $16,000 per family |
| Family Maximum Calculation **Collective Out-of-Pocket Maximum:** All family members contribute towards the family Out-of-Pocket. An individual cannot have claims covered at 100% until the total family Out-of-Pocket has been satisfied. | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347880



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Combined Medical/Pharmacy Out-of-Pocket Maximum** | | |
| Combined Medical/Pharmacy Out-of-Pocket: includes retail and home delivery prescription drugs | Yes | In-Network coverage only |
| Home Delivery Pharmacy Costs Contribute to the Combined Medical/Pharmacy Out-of-Pocket Maximum | Yes | In-Network coverage only |
| **Physician's Services** | | |
| Primary Care Physician's Office Visit | 80% after plan deductible | 50% after plan deductible |
| Specialty Care Physician's Office Visits | 80% after plan deductible | 50% after plan deductible |
| Consultant and Referral Physician's Services | | |
| **Note:** OB/GYN providers will be considered either as a PCP or Specialist, depending on how the provider contracts with the Insurance Company. | | |
| Surgery Performed in the Physician's Office | 80% after plan deductible | 50% after plan deductible |
| Second Opinion Consultations (provided on a voluntary basis) | 80% after plan deductible | 50% after plan deductible |
| Allergy Treatment/Injections | 80% after plan deductible | 50% after plan deductible |
| Allergy Serum (dispensed by the Physician in the office) | 80% after plan deductible | 50% after plan deductible |
| **Preventive Care** | | |
| **Note:** Includes coverage of additional services, such as urinalysis, EKG, and other laboratory tests, supplementing the standard Preventive Care benefit. | | |
| Routine Preventive Care - all ages | No charge | 50% after plan deductible |
| Immunizations - all ages | No charge | 50% after plan deductible |
| **Note:** Includes Travel Immunizations | | |
| **Mammograms, PSA, PAP Smear** | | |
| Preventive Care Related Services (i.e. "routine" services) | No charge | 50% after plan deductible |
| Diagnostic Related Services (i.e. "non-routine" services) | Subject to the plan's x-ray & lab benefit; based on place of service | Subject to the plan's x-ray & lab benefit; based on place of service |

**myCigna.com**

CONFIDENTIAL

CIGNA04347881

Cigna

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Inpatient Hospital - Facility Services** | 80% after plan deductible | 50% after plan deductible |
| Semi-Private Room and Board | Limited to the semi-private room negotiated rate | Limited to the semi-private room rate |
| Private Room | Limited to the semi-private room negotiated rate | Limited to the semi-private room rate |
| Special Care Units (ICU/CCU) | Limited to the negotiated rate | Limited to the ICU/CCU daily room rate |
| **Outpatient Facility Services**<br>Operating Room, Recovery Room, Procedures Room, Treatment Room and Observation Room | 80% after plan deductible | 50% after plan deductible |
| **Inpatient Hospital Physician's Visits/Consultations** | 80% after plan deductible | 50% after plan deductible |
| **Inpatient Hospital Professional Services**<br>Surgeon<br>Radiologist<br>Pathologist<br>Anesthesiologist | 80% after plan deductible | 50% after plan deductible |
| **Outpatient Professional Services**<br>Surgeon<br>Radiologist<br>Pathologist<br>Anesthesiologist | 80% after plan deductible | 50% after plan deductible |



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Emergency and Urgent Care Services** | | |
| Physician's Office Visit | 80% after plan deductible | 80% after in-network plan deductible |
| Hospital Emergency Room | 80% after plan deductible | 80% after in-network plan deductible |
| Outpatient Professional Services (radiology, pathology and ER Physician) | 80% after plan deductible | 80% after in-network plan deductible |
| Urgent Care Facility or Outpatient Facility | 80% after plan deductible | 80% after in-network plan deductible |
| X-ray and/or Lab performed at the Emergency Room/Urgent Care Facility (billed by the facility as part of the ER/UC visit) | 80% after plan deductible | 80% after in-network plan deductible |
| Independent x-ray and/or Lab Facility in conjunction with an ER visit | 80% after plan deductible | 80% after in-network plan deductible |
| Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans, PET Scans etc.) | 80% after plan deductible | 80% after in-network plan deductible |
| Ambulance | 80% after plan deductible | 80% after in-network plan deductible |
| **Inpatient Services at Other Health Care Facilities** | 80% after plan deductible | 50% after plan deductible |
| Includes Skilled Nursing Facility, Rehabilitation Hospital and Sub-Acute Facilities | | |
| Calendar Year Maximum: 120 days combined | | |
| **Laboratory and Radiology Services (includes pre-admission testing)** | | |
| Physician's Office Visit | 80% after plan deductible | 50% after plan deductible |
| Outpatient Hospital Facility | 80% after plan deductible | 50% after plan deductible |
| Independent X-ray and/or Lab Facility | 80% after plan deductible | 50% after plan deductible |
| **Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans and PET Scans)** | | |
| Physician's Office Visit | 80% after plan deductible | 50% after plan deductible |
| Inpatient Facility | 80% after plan deductible | 50% after plan deductible |
| Outpatient Facility | 80% after plan deductible | 50% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347883



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Outpatient Short-Term Rehabilitative Therapy and Chiropractic Services**<br><br>Calendar Year Maximum: Unlimited for each therapy<br>Pulmonary Rehab<br>Cognitive Therapy<br>Cardiac Rehab<br><br>Calendar Year Maximum: 50 days for each therapy<br>Physical Therapy<br>Occupational Therapy<br><br>Calendar Year Maximum: 25 days for each therapy<br>Speech Therapy<br>Chiropractic Therapy (includes Chiropractors)<br><br>**Note:** Includes Speech, physical, and/or occupational therapy for the treatment of Autism Spectrum Disorder. | 80% after plan deductible | 50% after plan deductible |
| **Home Health Care**<br>Calendar Year Maximum: 100 days (includes outpatient private nursing when approved as Medically Necessary) | 80% after plan deductible | 50% after plan deductible |
| **Hospice**<br><br>Inpatient Services<br><br>Outpatient Services<br><br>(same coinsurance level as Home Health Care) | <br><br>80% after plan deductible<br><br>80% after plan deductible | <br><br>50% after plan deductible<br><br>50% after plan deductible |
| **Bereavement Counseling**<br>Services provided as part of Hospice Care<br><br>Inpatient<br><br>Outpatient<br><br>Services provided by Mental Health Professional | <br><br><br><br>80% after plan deductible<br><br>80% after plan deductible<br><br>Covered under Mental Health Benefit | <br><br><br><br>50% after plan deductible<br><br>50% after plan deductible<br><br>Covered under Mental Health Benefit |

**myCigna.com**

CONFIDENTIAL

CIGNA04347884



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Maternity Care Services** | | |
| Initial Visit to Confirm Pregnancy | 80% after plan deductible | 50% after plan deductible |
| **Note:** OB/GYN providers will be considered either as a PCP or Specialist depending on how the provider contracts with the Insurance Company. | | |
| All subsequent Prenatal Visits, Postnatal Visits and Physician's Delivery Charges (i.e. global maternity fee) | 80% after plan deductible | 50% after plan deductible |
| Physician's Office Visits in addition to the global maternity fee when performed by an OB/GYN or Specialist | 80% after plan deductible | 50% after plan deductible |
| Delivery - Facility (Inpatient Hospital, Birthing Center) | 80% after plan deductible | 50% after plan deductible |
| **Abortion** | | |
| Includes elective and non-elective procedures | | |
| Physician's Office Visit | 80% after plan deductible | 50% after plan deductible |
| Inpatient Facility | 80% after plan deductible | 50% after plan deductible |
| Outpatient Facility | 80% after plan deductible | 50% after plan deductible |
| Physician's Services | 80% after plan deductible | 50% after plan deductible |
| **Women's Family Planning Services** | | |
| Office Visits, Lab and Radiology Tests and Counseling | No charge | 50% after plan deductible |
| **Note:** Includes coverage for contraceptive devices (e.g., Depo-Provera and Intrauterine Devices (IUDs)) as ordered or prescribed by a physician. Diaphragms also are covered when services are provided in the physician's office. | | |
| Surgical Sterilization Procedures for Tubal Ligation (excludes reversals) | | |
| Physician's Office Visit | No charge | 50% after plan deductible |
| Inpatient Facility | No charge | 50% after plan deductible |
| Outpatient Facility | No charge | 50% after plan deductible |
| Physician's Services | No charge | 50% after plan deductible |

CONFIDENTIAL                                           CIGNA04347885



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Men's Family Planning Services** | | |
| Office Visits, Lab and Radiology Tests and Counseling | 80% after plan deductible | 50% after plan deductible |
| Surgical Sterilization Procedures for Vasectomy (excludes reversals) | | |
|    Physician's Office Visit | 80% after plan deductible | 50% after plan deductible |
|    Inpatient Facility | 80% after plan deductible | 50% after plan deductible |
|    Outpatient Facility | 80% after plan deductible | 50% after plan deductible |
|    Physician's Services | 80% after plan deductible | 50% after plan deductible |
| **Infertility Treatment** | | |
| Coverage will be provided for the following services:<br>• Testing and treatment services performed in connection with an underlying medical condition.<br>• Testing performed specifically to determine the cause of infertility.<br>• Treatment and/or procedures performed specifically to restore fertility (e.g. procedures to correct an infertility condition).<br>• Artificial Insemination, In-vitro, GIFT, ZIFT, etc. | | |
| Physician's Office Visit (Lab and Radiology Tests, Counseling) | 80% after plan deductible | In-Network coverage only |
| Inpatient Facility | 80% after plan deductible | In-Network coverage only |
| Outpatient Facility | 80% after plan deductible | In-Network coverage only |
| Physician's Services | 80% after plan deductible | In-Network coverage only |
| Lifetime Maximum: $20,000 per member | | |
| Includes all related services billed with an infertility diagnosis (i.e. x-ray or lab services billed by an independent facility). | | |
| **Organ Transplants** | | |
| Includes all medically appropriate, non-experimental transplants | | |
| Physician's Office Visit | 80% after plan deductible | In-Network coverage only |
| Inpatient Facility | 100% at Lifesource center, otherwise 80% after plan deductible | In-Network coverage only |
| Physician's Services | 100% at Lifesource center, otherwise 80% after plan deductible | In-Network coverage only |
| Lifetime Travel Maximum: $10,000 per transplant | No charge (only available when using Lifesource facility) | In-Network coverage only |
| **Durable Medical Equipment** | 80% after plan deductible | 50% after plan deductible |
|    Calendar Year Maximum: Unlimited | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347886



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Breast Feeding Equipment and Supplies**<br><br>**Note:** Includes the rental of one breast pump per birth as ordered or prescribed by a physician. Includes related supplies. | No charge | 50% after plan deductible |
| **External Prosthetic Appliances**<br>Calendar Year Maximum: Unlimited | 80% after plan deductible | 50% after plan deductible |
| **Nutritional Evaluation**<br>Calendar Year Maximum: 3 visits per person | | |
| Physician's Office Visit | 80% after plan deductible | 50% after plan deductible |
| Inpatient Facility | 80% after plan deductible | 50% after plan deductible |
| Outpatient Facility | 80% after plan deductible | 50% after plan deductible |
| Physician's Services | 80% after plan deductible | 50% after plan deductible |
| **Dental Care**<br>Limited to charges made for a continuous course of dental treatment started within six months of an injury to sound, natural teeth. | | |
| Physician's Office Visit | 80% after plan deductible | 50% after plan deductible |
| Inpatient Facility | 80% after plan deductible | 50% after plan deductible |
| Outpatient Facility | 80% after plan deductible | 50% after plan deductible |
| Physician's Services | 80% after plan deductible | 50% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347887



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Obesity/Bariatric Surgery**<br><br>**Note:** Coverage is provided subject to medical necessity and clinical guidelines subject to any limitations shown in the "Exclusions, Expenses Not Covered and General Limitations" section of this certificate. | | |
| Physician's Office Visit | 80% after plan deductible | In-Network coverage only |
| Inpatient Facility | 80% after plan deductible | In-Network coverage only |
| Outpatient Facility | 80% after plan deductible | In-Network coverage only |
| Physician's Services | 80% after plan deductible | In-Network coverage only |
| Surgical Professional Services<br>Lifetime Maximum: $10,000<br><br>**Notes:** Includes charges for surgeon only; does not include radiologist, anesthesiologist, etc. | | |
| **Acupuncture**<br>    Calendar Year Maximum: 25 days | 80% after plan deductible | 50% after plan deductible |
| **Hearing Aids**<br>    Maximum: $3,000 per 36 months<br>**Note:** Includes testing and fitting of hearing aid devices covered at PCP or specialist office visit level. | 80% after plan deductible | 50% after plan deductible |
| **Wigs**<br>    Maximum: 1 wig per calendar year<br><br>**Note:** Coverage limited to chemotherapy and/or alopecia treatment. | 80% after plan deductible | 80% after plan deductible (coverage is subject to the In-Network deductible) |
| **Routine Foot Disorders** | Not covered except for services associated with foot care for diabetes and peripheral vascular disease when Medically Necessary. | Not covered except for services associated with foot care for diabetes and peripheral vascular disease when Medically Necessary. |
| **Treatment Resulting From Life Threatening Emergencies**<br>Medical treatment required as a result of an emergency, such as a suicide attempt, will be considered a medical expense until the medical condition is stabilized. Once the medical condition is stabilized, whether the treatment will be characterized as either a medical expense or a mental health/substance abuse expense will be determined by the utilization review Physician in accordance with the applicable mixed services claim guidelines. | | |

CONFIDENTIAL

CIGNA04347888



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Mental Health** | | |
| Inpatient | 80% after plan deductible | 50% after plan deductible |
| Outpatient (Includes Individual, Group and Intensive Outpatient) | | |
| Physician's Office Visit | 80% after plan deductible | 50% after plan deductible |
| Outpatient Facility | 80% after plan deductible | 50% after plan deductible |
| **Substance Abuse** | | |
| Inpatient | 80% after plan deductible | 50% after plan deductible |
| Outpatient (Includes Individual and Intensive Outpatient) | | |
| Physician's Office Visit | 80% after plan deductible | 50% after plan deductible |
| Outpatient Facility | 80% after plan deductible | 50% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347889



## Open Access Plus and Local Plus Medical Benefits

### The Schedule – Bronze Plan

**For You and Your Dependents**

Your Medical Benefits provide coverage for care In-Network and Out-of-Network. To receive your Medical Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for services and supplies. That portion is the Deductible or Coinsurance.

When you receive services from an In-Network Provider, remind your provider to utilize In-Network Providers for x-rays, lab tests and other services to ensure the cost may be considered at the In-Network level.

If you are unable to locate an In-Network Provider in your area who can provide you with a service or supply that is covered under this plan, you must call the number on the back of your I.D. card to obtain authorization for Out-of-Network Provider coverage. If you obtain authorization for services provided by an Out-of-Network Provider, benefits for those services will be covered at the In-Network benefit level.

**Coinsurance**

The term Coinsurance means the percentage of charges for Covered Expenses that an insured person is required to pay under the plan.

**Deductibles**

Deductibles are expenses to be paid by you or your Dependent. Deductibles are in addition to any Coinsurance. Once the Deductible maximum in The Schedule has been reached, you and your family need not satisfy any further medical deductible for the rest of that year.

**Out-of-Pocket Expenses - For In-Network Charges Only**

Out-of-Pocket Expenses are Covered Expenses incurred for charges that are not paid by the benefit plan because of any Deductibles or Coinsurance. Such Covered Expenses accumulate to the Out-of-Pocket Maximum shown in the Schedule. When the Out-of-Pocket Maximum is reached, all Covered Expenses, except charges for non-compliance penalties, are payable by the benefit plan at 100%.

**Out-of-Pocket Expenses - For Out-of-Network Charges Only**

Out-of-Pocket Expenses are Covered Expenses incurred for charges that are not paid by the benefit plan. The following Expenses contribute to the Out-of-Pocket Maximum, and when the Out-of-Pocket Maximum shown in The Schedule is reached, they are payable by the benefit plan at 100%:

- Coinsurance.
- Plan Deductible.

The following Out-of-Pocket Expenses and charges do not contribute to the Out-of-Pocket Maximum, and they are not payable by the benefit plan at 100% when the Out-of-Pocket Maximum shown in The Schedule is reached:

- Non-compliance penalties.
- Any benefit deductibles.
- Provider charges in excess of the Maximum Reimbursable Charge.

**Accumulation of Plan Deductibles and Out-of-Pocket Maximums**

Deductibles and Out-of-Pocket Maximums will cross-accumulate (that is, In-Network will accumulate to Out-of-Network and Out-of-Network will accumulate to In-Network). All other plan maximums and service-specific maximums (dollar and occurrence) also cross-accumulate between In- and Out-of-Network unless otherwise noted.

CONFIDENTIAL

CIGNA04347890



## Open Access Plus and Local Plus Medical Benefits

### The Schedule – Bronze Plan

**Multiple Surgical Reduction**

Multiple surgeries performed during one operating session result in payment reduction of 50% to the surgery of lesser charge. The most expensive procedure is paid as any other surgery.

**Assistant Surgeon and Co-Surgeon Charges**

**Assistant Surgeon**

The maximum amount payable will be limited to charges made by an assistant surgeon that do not exceed a percentage of the surgeon's allowable charge as specified in Cigna Reimbursement Policies. (For purposes of this limitation, allowable charge means the amount payable to the surgeon prior to any reductions due to coinsurance or deductible amounts.)

**Co-Surgeon**

The maximum amount payable for charges made by co-surgeons will be limited to the amount specified in Cigna Reimbursement Policies.

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Lifetime Maximum** | Unlimited | |
| **The Percentage of Covered Expenses the Plan Pays**<br><br>**Note:** "No charge" means an insured person is not required to pay Coinsurance. | 70% | 50% of the Maximum Reimbursable Charge |

CONFIDENTIAL

CIGNA04347891



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Maximum Reimbursable Charge for Open Access Plus Medical Benefits**<br>Maximum Reimbursable Charge is determined based on the lesser of the provider's normal charge for a similar service or supply; or<br><br>A percentile of charges made by providers of such service or supply in the geographic area where the service is received. These charges are compiled in a database we have selected.<br>**Note:** The provider may bill you for the difference between the provider's normal charge and the Maximum Reimbursable Charge, in addition to applicable deductibles and coinsurance.<br><br>**Note:** Some providers forgive or waive the cost share obligation (e.g. your deductible and/or coinsurance) that this plan requires you to pay. Waiver of your required cost share obligation can jeopardize your coverage under this plan. For more details, see the Exclusions Section. | Not Applicable | 80th Percentile |
| **Maximum Reimbursable Charge for Local Plus Medical Benefits**<br>Maximum Reimbursable Charge is determined based on the lesser of the provider's normal charge for a similar service or supply; or<br><br>A percentile of charges made by providers of such service or supply in the geographic area where the service is received. These charges are compiled in a database we have selected.<br>**Note:** The provider may bill you for the difference between the provider's normal charge and the Maximum Reimbursable Charge, in addition to applicable deductibles and coinsurance.<br><br>**Note:** Some providers forgive or waive the cost share obligation (e.g. your deductible and/or coinsurance) that this plan requires you to pay. Waiver of your required cost share obligation can jeopardize your coverage under this plan. For more details, see the Exclusions Section. | Not Applicable | 110th Percentile |

**myCigna.com**

CONFIDENTIAL

CIGNA04347892



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Calendar Year Deductible** | | |
| Individual | $3,225 per person | $6,450 per person |
| Family Maximum | $6,450 per family | $12,900 per family |
| Family Maximum Calculation | | |
| **Collective Deductible:** | | |
| All family members contribute towards the family deductible. An individual cannot have claims covered under the plan coinsurance until the total family deductible has been satisfied. | | |
| **Combined Medical/Pharmacy Calendar Year Deductible** | | |
| Combined Medical/Pharmacy Deductible: includes retail and home delivery prescription drugs | Yes | In-Network coverage only |
| Home Delivery Pharmacy Costs Contribute to the Combined Medical/Pharmacy Deductible | Yes | In-Network coverage only |
| **Combined Out-of-Pocket Maximum for Medical/Pharmacy** | | |
| Individual | $6,450 per person | $12,900 per person |
| Family Maximum | $12,900 per family | $25,800 per family |
| Family Maximum Calculation | | |
| **Collective Out-of-Pocket Maximum:** | | |
| All family members contribute towards the family Out-of-Pocket. An individual cannot have claims covered at 100% until the total family Out-of-Pocket has been satisfied. | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347893



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Combined Medical/Pharmacy Out-of-Pocket Maximum** | | |
| Combined Medical/Pharmacy Out-of-Pocket: includes retail and home delivery prescription drugs | Yes | In-Network coverage only |
| Home Delivery Pharmacy Costs Contribute to the Combined Medical/Pharmacy Out-of-Pocket Maximum | Yes | In-Network coverage only |
| **Physician's Services** | | |
| Primary Care Physician's Office Visit | 70% after plan deductible | 50% after plan deductible |
| Specialty Care Physician's Office Visits | 70% after plan deductible | 50% after plan deductible |
| Consultant and Referral Physician's Services | | |
| **Note:** OB/GYN providers will be considered either as a PCP or Specialist, depending on how the provider contracts with the Insurance Company. | | |
| Surgery Performed in the Physician's Office | 70% after plan deductible | 50% after plan deductible |
| Second Opinion Consultations (provided on a voluntary basis) | 70% after plan deductible | 50% after plan deductible |
| Allergy Treatment/Injections | 70% after plan deductible | 50% after plan deductible |
| Allergy Serum (dispensed by the Physician in the office) | 70% after plan deductible | 50% after plan deductible |
| **Preventive Care** | | |
| **Note:** Includes coverage of additional services, such as urinalysis, EKG, and other laboratory tests, supplementing the standard Preventive Care benefit. | | |
| Routine Preventive Care - all ages | No charge | 50% after plan deductible |
| Immunizations - all ages | No charge | 50% after plan deductible |
| **Note:** Includes Travel Immunizations. | | |
| **Mammograms, PSA, PAP Smear** | | |
| Preventive Care Related Services (i.e. "routine" services) | No charge | 50% after plan deductible |
| Diagnostic Related Services (i.e. "non-routine" services) | Subject to the plan's x-ray & lab benefit; based on place of service | Subject to the plan's x-ray & lab benefit; based on place of service |

**myCigna.com**

CONFIDENTIAL

CIGNA04347894



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Inpatient Hospital - Facility Services** | 70% after plan deductible | 50% after plan deductible |
| Semi-Private Room and Board | Limited to the semi-private room negotiated rate | Limited to the semi-private room rate |
| Private Room | Limited to the semi-private room negotiated rate | Limited to the semi-private room rate |
| Special Care Units (ICU/CCU) | Limited to the negotiated rate | Limited to the ICU/CCU daily room rate |
| **Outpatient Facility Services**<br>Operating Room, Recovery Room, Procedures Room, Treatment Room and Observation Room | 70% after plan deductible | 50% after plan deductible |
| **Inpatient Hospital Physician's Visits/Consultations** | 70% after plan deductible | 50% after plan deductible |
| **Inpatient Hospital Professional Services**<br><br>Surgeon<br>Radiologist<br>Pathologist<br>Anesthesiologist | 70% after plan deductible | 50% after plan deductible |
| **Outpatient Professional Services**<br><br>Surgeon<br>Radiologist<br>Pathologist<br>Anesthesiologist | 70% after plan deductible | 50% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347895



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Emergency and Urgent Care Services** | | |
| Physician's Office Visit | 70% after plan deductible | 70% after in-network plan deductible |
| Hospital Emergency Room | 70% after plan deductible | 70% after in-network plan deductible |
| Outpatient Professional Services (radiology, pathology and ER Physician) | 70% after plan deductible | 70% after in-network plan deductible |
| Urgent Care Facility or Outpatient Facility | 70% after plan deductible | 70% after in-network plan deductible |
| X-ray and/or Lab performed at the Emergency Room/Urgent Care Facility (billed by the facility as part of the ER/UC visit) | 70% after plan deductible | 70% after in-network plan deductible |
| Independent x-ray and/or Lab Facility in conjunction with an ER visit | 70% after plan deductible | 70% after in-network plan deductible |
| Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans, PET Scans etc.) | 70% after plan deductible | 70% after in-network plan deductible |
| Ambulance | 70% after plan deductible | 70% after in-network plan deductible |
| **Inpatient Services at Other Health Care Facilities** Includes Skilled Nursing Facility, Rehabilitation Hospital and Sub-Acute Facilities | 70% after plan deductible | 50% after plan deductible |
| Calendar Year Maximum: 120 days combined | | |
| **Laboratory and Radiology Services (includes pre-admission testing)** | | |
| Physician's Office Visit | 70% after plan deductible | 50% after plan deductible |
| Outpatient Hospital Facility | 70% after plan deductible | 50% after plan deductible |
| Independent X-ray and/or Lab Facility | 70% after plan deductible | 50% after plan deductible |
| **Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans and PET Scans)** | | |
| Physician's Office Visit | 70% after plan deductible | 50% after plan deductible |
| Inpatient Facility | 70% after plan deductible | 50% after plan deductible |
| Outpatient Facility | 70% after plan deductible | 50% after plan deductible |

40

**myCigna.com**

CIGNA04347896



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Outpatient Short-Term Rehabilitative Therapy and Chiropractic Services**<br><br>Calendar Year Maximum: Unlimited for each therapy<br>Pulmonary Rehab<br>Cognitive Therapy<br>Cardiac Rehab<br><br>Calendar Year Maximum: 50 days for each therapy<br>Physical Therapy<br>Occupational Therapy<br><br>Calendar Year Maximum: 25 days for each therapy<br>Speech Therapy<br>Chiropractic Therapy (includes Chiropractors)<br><br>**Note:** Includes Speech, physical, and/or occupational therapy for the treatment of Autism Spectrum Disorder. | 70% after plan deductible | 50% after plan deductible |
| **Home Health Care**<br>Calendar Year Maximum: 100 days (includes outpatient private nursing when approved as Medically Necessary) | 70% after plan deductible | 50% after plan deductible |
| **Hospice**<br><br>Inpatient Services<br><br>Outpatient Services<br>(same coinsurance level as Home Health Care) | <br><br>70% after plan deductible<br><br>70% after plan deductible | <br><br>50% after plan deductible<br><br>50% after plan deductible |
| **Bereavement Counseling**<br>Services provided as part of Hospice Care<br><br>Inpatient<br><br>Outpatient<br><br>Services provided by Mental Health Professional | <br><br><br>70% after plan deductible<br><br>70% after plan deductible<br><br>Covered under Mental Health Benefit | <br><br><br>50% after plan deductible<br><br>50% after plan deductible<br><br>Covered under Mental Health Benefit |

**myCigna.com**

CONFIDENTIAL

CIGNA04347897



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Maternity Care Services** | | |
| Initial Visit to Confirm Pregnancy | 70% after plan deductible | 50% after plan deductible |
| **Note:** OB/GYN providers will be considered either as a PCP or Specialist depending on how the provider contracts with the Insurance Company. | | |
| All subsequent Prenatal Visits, Postnatal Visits and Physician's Delivery Charges (i.e. global maternity fee) | 70% after plan deductible | 50% after plan deductible |
| Physician's Office Visits in addition to the global maternity fee when performed by an OB/GYN or Specialist | 70% after plan deductible | 50% after plan deductible |
| Delivery - Facility (Inpatient Hospital, Birthing Center) | 70% after plan deductible | 50% after plan deductible |
| **Abortion** | | |
| Includes elective and non-elective procedures | | |
| Physician's Office Visit | 70% after plan deductible | 50% after plan deductible |
| Inpatient Facility | 70% after plan deductible | 50% after plan deductible |
| Outpatient Facility | 70% after plan deductible | 50% after plan deductible |
| Physician's Services | 70% after plan deductible | 50% after plan deductible |
| **Women's Family Planning Services** | | |
| Office Visits, Lab and Radiology Tests and Counseling | No charge | 50% after plan deductible |
| **Note:** Includes coverage for contraceptive devices (e.g., Depo-Provera and Intrauterine Devices (IUDs)) as ordered or prescribed by a physician. Diaphragms also are covered when services are provided in the physician's office. | | |
| Surgical Sterilization Procedures for Tubal Ligation (excludes reversals) | | |
| Physician's Office Visit | No charge | 50% after plan deductible |
| Inpatient Facility | No charge | 50% after plan deductible |
| Outpatient Facility | No charge | 50% after plan deductible |
| Physician's Services | No charge | 50% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347898



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Men's Family Planning Services** | | |
| Office Visits, Lab and Radiology Tests and Counseling | 70% after plan deductible | 50% after plan deductible |
| Surgical Sterilization Procedures for Vasectomy (excludes reversals) | | |
| Physician's Office Visit | 70% after plan deductible | 50% after plan deductible |
| Inpatient Facility | 70% after plan deductible | 50% after plan deductible |
| Outpatient Facility | 70% after plan deductible | 50% after plan deductible |
| Physician's Services | 70% after plan deductible | 50% after plan deductible |
| **Infertility Treatment**<br>Coverage will be provided for the following services:<br>• Testing and treatment services performed in connection with an underlying medical condition.<br>• Testing performed specifically to determine the cause of infertility.<br>• Treatment and/or procedures performed specifically to restore fertility (e.g. procedures to correct an infertility condition).<br>• Artificial Insemination, In-vitro, GIFT, ZIFT, etc. | | |
| Physician's Office Visit (Lab and Radiology Tests, Counseling) | 70% after plan deductible | In-Network coverage only |
| Inpatient Facility | 70% after plan deductible | In-Network coverage only |
| Outpatient Facility | 70% after plan deductible | In-Network coverage only |
| Physician's Services | 70% after plan deductible | In-Network coverage only |
| Lifetime Maximum: $20,000 per member | | |
| Includes all related services billed with an infertility diagnosis (i.e. x-ray or lab services billed by an independent facility). | | |
| **Organ Transplants**<br>Includes all medically appropriate, non-experimental transplants | | |
| Physician's Office Visit | 70% after plan deductible | In-Network coverage only |
| Inpatient Facility | 100% at Lifesource center, otherwise 70% after plan deductible | In-Network coverage only |
| Physician's Services | 100% at Lifesource center, otherwise 70% after plan deductible | In-Network coverage only |
| Lifetime Travel Maximum: $10,000 per transplant | No charge (only available when using Lifesource facility) | In-Network coverage only |
| **Durable Medical Equipment** | 70% after plan deductible | 50% after plan deductible |
| Calendar Year Maximum: Unlimited | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347899



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Breast Feeding Equipment and Supplies**<br>**Note:** Includes the rental of one breast pump per birth as ordered or prescribed by a physician. Includes related supplies. | No charge | 50% after plan deductible |
| **External Prosthetic Appliances**<br>Calendar Year Maximum: Unlimited | 70% after plan deductible | 50% after plan deductible |
| **Nutritional Evaluation**<br>Calendar Year Maximum: 3 visits per person | | |
| Physician's Office Visit | 70% after plan deductible | 50% after plan deductible |
| Inpatient Facility | 70% after plan deductible | 50% after plan deductible |
| Outpatient Facility | 70% after plan deductible | 50% after plan deductible |
| Physician's Services | 70% after plan deductible | 50% after plan deductible |
| **Dental Care**<br>Limited to charges made for a continuous course of dental treatment started within six months of an injury to sound, natural teeth. | | |
| Physician's Office Visit | 70% after plan deductible | 50% after plan deductible |
| Inpatient Facility | 70% after plan deductible | 50% after plan deductible |
| Outpatient Facility | 70% after plan deductible | 50% after plan deductible |
| Physician's Services | 70% after plan deductible | 50% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347900



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Obesity/Bariatric Surgery**<br><br>**Note:** Coverage is provided subject to medical necessity and clinical guidelines subject to any limitations shown in the "Exclusions, Expenses Not Covered and General Limitations" section of this certificate. | | |
| Physician's Office Visit | 70% after plan deductible | In-Network coverage only |
| Inpatient Facility | 70% after plan deductible | In-Network coverage only |
| Outpatient Facility | 70% after plan deductible | In-Network coverage only |
| Physician's Services | 70% after plan deductible | In-Network coverage only |
| Surgical Professional Services Lifetime Maximum: $10,000<br><br>**Notes:** Includes charges for surgeon only; does not include radiologist, anesthesiologist, etc. | | |
| **Acupuncture**<br>Calendar Year Maximum: 25 days | 70% after plan deductible | 50% after plan deductible |
| **Hearing Aids**<br>Maximum: $3,000 per 36 months<br>**Note:** Includes testing and fitting of hearing aid devices covered at PCP or specialist office visit level. | 70% after plan deductible | 50% after plan deductible |
| **Wigs**<br>Maximum: 1 wig per calendar year<br><br>**Note:** Coverage limited to chemotherapy and/or alopecia treatment. | 70% after plan deductible | 70% after plan deductible (coverage is subject to the In-Network deductible) |
| **Routine Foot Disorders** | Not covered except for services associated with foot care for diabetes and peripheral vascular disease when Medically Necessary. | Not covered except for services associated with foot care for diabetes and peripheral vascular disease when Medically Necessary. |
| **Treatment Resulting From Life Threatening Emergencies**<br>Medical treatment required as a result of an emergency, such as a suicide attempt, will be considered a medical expense until the medical condition is stabilized. Once the medical condition is stabilized, whether the treatment will be characterized as either a medical expense or a mental health/substance abuse expense will be determined by the utilization review Physician in accordance with the applicable mixed services claim guidelines. | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347901



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Mental Health** | | |
| Inpatient | 70% after plan deductible | 50% after plan deductible |
| Outpatient (Includes Individual, Group and Intensive Outpatient) | | |
|    Physician's Office Visit | 70% after plan deductible | 50% after plan deductible |
|    Outpatient Facility | 70% after plan deductible | 50% after plan deductible |
| **Substance Abuse** | | |
| Inpatient | 70% after plan deductible | 50% after plan deductible |
| Outpatient (Includes Individual and Intensive Outpatient) | | |
|    Physician's Office Visit | 70% after plan deductible | 50% after plan deductible |
|    Outpatient Facility | 70% after plan deductible | 50% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347902



## Open Access Plus and Local Plus Medical Benefits

### The Schedule – Safety Net Plan

**For You and Your Dependents**

Your Medical Benefits provide coverage for care In-Network and Out-of-Network. To receive your Medical Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for services and supplies. That portion is the Deductible or Coinsurance.

When you receive services from an In-Network Provider, remind your provider to utilize In-Network Providers for x-rays, lab tests and other services to ensure the cost may be considered at the In-Network level.

If you are unable to locate an In-Network Provider in your area who can provide you with a service or supply that is covered under this plan, you must call the number on the back of your I.D. card to obtain authorization for Out-of-Network Provider coverage. If you obtain authorization for services provided by an Out-of-Network Provider, benefits for those services will be covered at the In-Network benefit level.

**Coinsurance**

The term Coinsurance means the percentage of charges for Covered Expenses that an insured person is required to pay under the plan.

**Deductibles**

Deductibles are expenses to be paid by you or your Dependent. Deductibles are in addition to any Coinsurance. Once the Deductible maximum in The Schedule has been reached, you and your family need not satisfy any further medical deductible for the rest of that year.

**Out-of-Pocket Expenses - For In-Network Charges Only**

Out-of-Pocket Expenses are Covered Expenses incurred for charges that are not paid by the benefit plan because of any Deductibles or Coinsurance. Such Covered Expenses accumulate to the Out-of-Pocket Maximum shown in the Schedule. When the Out-of-Pocket Maximum is reached, all Covered Expenses, except charges for non-compliance penalties, are payable by the benefit plan at 100%.

**Out-of-Pocket Expenses - For Out-of-Network Charges Only**

Out-of-Pocket Expenses are Covered Expenses incurred for charges that are not paid by the benefit plan. The following Expenses contribute to the Out-of-Pocket Maximum, and when the Out-of-Pocket Maximum shown in The Schedule is reached, they are payable by the benefit plan at 100%:

- Coinsurance.
- Plan Deductible.

The following Out-of-Pocket Expenses and charges do not contribute to the Out-of-Pocket Maximum, and they are not payable by the benefit plan at 100% when the Out-of-Pocket Maximum shown in The Schedule is reached:

- Non-compliance penalties.
- Any benefit deductibles.
- Provider charges in excess of the Maximum Reimbursable Charge.

**Accumulation of Plan Deductibles and Out-of-Pocket Maximums**

Deductibles and Out-of-Pocket Maximums will cross-accumulate (that is, In-Network will accumulate to Out-of-Network and Out-of-Network will accumulate to In-Network). All other plan maximums and service-specific maximums (dollar and occurrence) also cross-accumulate between In- and Out-of-Network unless otherwise noted.

**myCigna.com**

CONFIDENTIAL

CIGNA04347903



## Open Access Plus and Local Plus Medical Benefits

### The Schedule – Safety Net Plan

**Multiple Surgical Reduction**

Multiple surgeries performed during one operating session result in payment reduction of 50% to the surgery of lesser charge. The most expensive procedure is paid as any other surgery.

**Assistant Surgeon and Co-Surgeon Charges**

**Assistant Surgeon**

The maximum amount payable will be limited to charges made by an assistant surgeon that do not exceed a percentage of the surgeon's allowable charge as specified in Cigna Reimbursement Policies. (For purposes of this limitation, allowable charge means the amount payable to the surgeon prior to any reductions due to coinsurance or deductible amounts.)

**Co-Surgeon**

The maximum amount payable for charges made by co-surgeons will be limited to the amount specified in Cigna Reimbursement Policies.

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Lifetime Maximum** | Unlimited | |
| **The Percentage of Covered Expenses the Plan Pays**<br><br>**Note:** "No charge" means an insured person is not required to pay Coinsurance. | 100% | 80% of the Maximum Reimbursable Charge |

CONFIDENTIAL

CIGNA04347904



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Maximum Reimbursable Charge for Open Access Plus Medical Benefits**<br><br>Maximum Reimbursable Charge is determined based on the lesser of the provider's normal charge for a similar service or supply; or<br><br>A percentile of charges made by providers of such service or supply in the geographic area where the service is received. These charges are compiled in a database we have selected.<br>**Note:** The provider may bill you for the difference between the provider's normal charge and the Maximum Reimbursable Charge, in addition to applicable deductibles and coinsurance.<br><br>**Note:** Some providers forgive or waive the cost share obligation (e.g. your deductible and/or coinsurance) that this plan requires you to pay. Waiver of your required cost share obligation can jeopardize your coverage under this plan. For more details, see the Exclusions Section. | Not Applicable | 80th Percentile |
| **Maximum Reimbursable Charge for Local Plus Medical Benefits**<br>Maximum Reimbursable Charge is determined based on the lesser of the provider's normal charge for a similar service or supply; or<br><br>A percentile of charges made by providers of such service or supply in the geographic area where the service is received. These charges are compiled in a database we have selected.<br>**Note:** The provider may bill you for the difference between the provider's normal charge and the Maximum Reimbursable Charge, in addition to applicable deductibles and coinsurance.<br><br>**Note:** Some providers forgive or waive the cost share obligation (e.g. your deductible and/or coinsurance) that this plan requires you to pay. Waiver of your required cost share obligation can jeopardize your coverage under this plan. For more details, see the Exclusions Section. | Not Applicable | 110th Percentile |

**myCigna.com**

CONFIDENTIAL

CIGNA04347905



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Calendar Year Deductible** | | |
| Individual | $6,450 per person | $10,000 per person |
| Family Maximum | $12,900 per family | $20,000 per family |
| Family Maximum Calculation **Collective Deductible:** All family members contribute towards the family deductible. An individual cannot have claims covered under the plan coinsurance until the total family deductible has been satisfied. | | |
| **Combined Medical/Pharmacy Calendar Year Deductible** | | |
| Combined Medical/Pharmacy Deductible: includes retail and home delivery prescription drugs | Yes | In-Network coverage only |
| Home Delivery Pharmacy Costs Contribute to the Combined Medical/Pharmacy Deductible | Yes | In-Network coverage only |
| **Combined Out-of-Pocket Maximum for Medical/Pharmacy** | | |
| Individual | $6,450 per person | $12,900 per person |
| Family Maximum | $12,900 per family | $25,800 per family |
| Family Maximum Calculation **Collective Out-of-Pocket Maximum:** All family members contribute towards the family Out-of-Pocket. An individual cannot have claims covered at 100% until the total family Out-of-Pocket has been satisfied. | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347906



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Combined Medical/Pharmacy Out-of-Pocket Maximum** | | |
| Combined Medical/Pharmacy Out-of-Pocket: includes retail and home delivery prescription drugs | Yes | In-Network coverage only |
| Home Delivery Pharmacy Costs Contribute to the Combined Medical/Pharmacy Out-of-Pocket Maximum | Yes | In-Network coverage only |
| **Physician's Services** | | |
| Primary Care Physician's Office Visit | 100% after plan deductible | 80% after plan deductible |
| Specialty Care Physician's Office Visits | 100% after plan deductible | 80% after plan deductible |
| Consultant and Referral Physician's Services | | |
| **Note:** OB/GYN providers will be considered either as a PCP or Specialist, depending on how the provider contracts with the Insurance Company. | | |
| Surgery Performed in the Physician's Office | 100% after plan deductible | 80% after plan deductible |
| Second Opinion Consultations (provided on a voluntary basis) | 100% after plan deductible | 80% after plan deductible |
| Allergy Treatment/Injections | 100% after plan deductible | 80% after plan deductible |
| Allergy Serum (dispensed by the Physician in the office) | 100% after plan deductible | 80% after plan deductible |
| **Preventive Care** | | |
| **Note:** Includes coverage of additional services, such as urinalysis, EKG, and other laboratory tests, supplementing the standard Preventive Care benefit. | | |
| Routine Preventive Care - all ages | No charge | 80% after plan deductible |
| Immunizations - all ages | No charge | 80% after plan deductible |
| **Note:** Includes Travel Immunizations | | |
| **Mammograms, PSA, PAP Smear** | | |
| Preventive Care Related Services (i.e. "routine" services) | No charge | 80% after plan deductible |
| Diagnostic Related Services (i.e. "non-routine" services) | Subject to the plan's x-ray & lab benefit; based on place of service | Subject to the plan's x-ray & lab benefit; based on place of service |

51

**myCigna.com**

CIGNA04347907



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Inpatient Hospital – Facility Services** | 100% after plan deductible | 80% after plan deductible |
| Semi-Private Room and Board | Limited to the semi-private room negotiated rate | Limited to the semi-private room rate |
| Private Room | Limited to the semi-private room negotiated rate | Limited to the semi-private room rate |
| Special Care Units (ICU/CCU) | Limited to the negotiated rate | Limited to the ICU/CCU daily room rate |
| **Outpatient Facility Services**<br>Operating Room, Recovery Room, Procedures Room, Treatment Room and Observation Room | 100% after plan deductible | 80% after plan deductible |
| **Inpatient Hospital Physician's Visits/Consultations** | 100% after plan deductible | 80% after plan deductible |
| **Inpatient Hospital Professional Services**<br><br>Surgeon<br>Radiologist<br>Pathologist<br>Anesthesiologist | 100% after plan deductible | 80% after plan deductible |
| **Outpatient Professional Services**<br><br>Surgeon<br>Radiologist<br>Pathologist<br>Anesthesiologist | 100% after plan deductible | 80% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347908



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Emergency and Urgent Care Services** | | |
| Physician's Office Visit | 100% after plan deductible | 100% after in-network plan deductible |
| Hospital Emergency Room | 100% after plan deductible | 100% after in-network plan deductible |
| Outpatient Professional Services (radiology, pathology and ER Physician) | 100% after plan deductible | 100% after in-network plan deductible |
| Urgent Care Facility or Outpatient Facility | 100% after plan deductible | 100% after in-network plan deductible |
| X-ray and/or Lab performed at the Emergency Room/Urgent Care Facility (billed by the facility as part of the ER/UC visit) | 100% after plan deductible | 100% after in-network plan deductible |
| Independent x-ray and/or Lab Facility in conjunction with an ER visit | 100% after plan deductible | 100% after in-network plan deductible |
| Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans, PET Scans etc.) | 100% after plan deductible | 100% after in-network plan deductible |
| Ambulance | 100% after plan deductible | 100% after in-network plan deductible |
| **Inpatient Services at Other Health Care Facilities** | 100% after plan deductible | 80% after plan deductible |
| Includes Skilled Nursing Facility, Rehabilitation Hospital and Sub-Acute Facilities | | |
| Calendar Year Maximum: 120 days combined | | |
| **Laboratory and Radiology Services (includes pre-admission testing)** | | |
| Physician's Office Visit | 100% after plan deductible | 80% after plan deductible |
| Outpatient Hospital Facility | 100% after plan deductible | 80% after plan deductible |
| Independent X-ray and/or Lab Facility | 100% after plan deductible | 80% after plan deductible |
| **Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans and PET Scans)** | | |
| Physician's Office Visit | 100% after plan deductible | 80% after plan deductible |
| Inpatient Facility | 100% after plan deductible | 80% after plan deductible |
| Outpatient Facility | 100% after plan deductible | 80% after plan deductible |

CONFIDENTIAL

CIGNA04347909



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Outpatient Short-Term Rehabilitative Therapy and Chiropractic Services**<br><br>Calendar Year Maximum: Unlimited for each therapy<br>Pulmonary Rehab<br>Cognitive Therapy<br>Cardiac Rehab<br><br>Calendar Year Maximum: 50 days for each therapy<br>Physical Therapy<br>Occupational Therapy<br><br>Calendar Year Maximum: 25 days for each therapy<br>Speech Therapy<br>Chiropractic Therapy (includes Chiropractors)<br><br>**Note:** Includes Speech, physical, and/or occupational therapy for the treatment of Autism Spectrum Disorder. | 100% after plan deductible | 80% after plan deductible |
| **Home Health Care**<br>Calendar Year Maximum: 100 days (includes outpatient private nursing when approved as Medically Necessary) | 100% after plan deductible | 80% after plan deductible |
| **Hospice**<br><br>Inpatient Services<br><br>Outpatient Services<br><br>(same coinsurance level as Home Health Care) | <br><br>100% after plan deductible<br><br>100% after plan deductible | <br><br>80% after plan deductible<br><br>80% after plan deductible |
| **Bereavement Counseling**<br>Services provided as part of Hospice Care<br><br>Inpatient<br><br>Outpatient<br><br>Services provided by Mental Health Professional | <br><br><br>100% after plan deductible<br><br>100% after plan deductible<br><br>Covered under Mental Health Benefit | <br><br><br>80% after plan deductible<br><br>80% after plan deductible<br><br>Covered under Mental Health Benefit |

**myCigna.com**

CONFIDENTIAL

CIGNA04347910



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Maternity Care Services** | | |
| Initial Visit to Confirm Pregnancy | 100% after plan deductible | 80% after plan deductible |
| **Note:** OB/GYN providers will be considered either as a PCP or Specialist depending on how the provider contracts with the Insurance Company. | | |
| All subsequent Prenatal Visits, Postnatal Visits and Physician's Delivery Charges (i.e. global maternity fee) | 100% after plan deductible | 80% after plan deductible |
| Physician's Office Visits in addition to the global maternity fee when performed by an OB/GYN or Specialist | 100% after plan deductible | 80% after plan deductible |
| Delivery - Facility (Inpatient Hospital, Birthing Center) | 100% after plan deductible | 80% after plan deductible |
| **Abortion** | | |
| Includes elective and non-elective procedures | | |
| Physician's Office Visit | 100% after plan deductible | 80% after plan deductible |
| Inpatient Facility | 100% after plan deductible | 80% after plan deductible |
| Outpatient Facility | 100% after plan deductible | 80% after plan deductible |
| Physician's Services | 100% after plan deductible | 80% after plan deductible |
| **Women's Family Planning Services** | | |
| Office Visits, Lab and Radiology Tests and Counseling | No charge | 80% after plan deductible |
| **Note:** Includes coverage for contraceptive devices (e.g., Depo-Provera and Intrauterine Devices (IUDs)) as ordered or prescribed by a physician. Diaphragms also are covered when services are provided in the physician's office. | | |
| Surgical Sterilization Procedures for Tubal Ligation (excludes reversals) | | |
| Physician's Office Visit | No charge | 80% after plan deductible |
| Inpatient Facility | No charge | 80% after plan deductible |
| Outpatient Facility | No charge | 80% after plan deductible |
| Physician's Services | No charge | 80% after plan deductible |

55

**myCigna.com**

CONFIDENTIAL

CIGNA04347911



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Men's Family Planning Services** | | |
| Office Visits, Lab and Radiology Tests and Counseling | 100% after plan deductible | 80% after plan deductible |
| Surgical Sterilization Procedures for Vasectomy (excludes reversals) | | |
|    Physician's Office Visit | 100% after plan deductible | 80% after plan deductible |
|    Inpatient Facility | 100% after plan deductible | 80% after plan deductible |
|    Outpatient Facility | 100% after plan deductible | 80% after plan deductible |
|    Physician's Services | 100% after plan deductible | 80% after plan deductible |

**Infertility Treatment**

Coverage will be provided for the following services:

- Testing and treatment services performed in connection with an underlying medical condition.
- Testing performed specifically to determine the cause of infertility.
- Treatment and/or procedures performed specifically to restore fertility (e.g. procedures to correct an infertility condition).
- Artificial Insemination, In-vitro, GIFT, ZIFT, etc.

| | | |
|---|---|---|
| Physician's Office Visit (Lab and Radiology Tests, Counseling) | 100% after plan deductible | In-Network coverage only |
| Inpatient Facility | 100% after plan deductible | In-Network coverage only |
| Outpatient Facility | 100% after plan deductible | In-Network coverage only |
| Physician's Services | 100% after plan deductible | In-Network coverage only |
| Lifetime Maximum: $20,000 per member | | |
| Includes all related services billed with an infertility diagnosis (i.e. x-ray or lab services billed by an independent facility). | | |
| **Organ Transplants** | | |
| Includes all medically appropriate, non-experimental transplants | | |
| Physician's Office Visit | 100% after plan deductible | In-Network coverage only |
| Inpatient Facility | 100% at Lifesource center, otherwise 100% after plan deductible | In-Network coverage only |
| Physician's Services | 100% at Lifesource center, otherwise 100% after plan deductible | In-Network coverage only |
| Lifetime Travel Maximum: $10,000 per transplant | No charge (only available when using Lifesource facility) | In-Network coverage only |
| **Durable Medical Equipment** | 100% after plan deductible | 80% after plan deductible |
|    Calendar Year Maximum: Unlimited | | |

CONFIDENTIAL

CIGNA04347912



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Breast Feeding Equipment and Supplies**<br>**Note:** Includes the rental of one breast pump per birth as ordered or prescribed by a physician. Includes related supplies. | No charge | 80% after plan deductible |
| **External Prosthetic Appliances**<br>Calendar Year Maximum: Unlimited | 100% after plan deductible | 80% after plan deductible |
| **Nutritional Evaluation** | | |
| Calendar Year Maximum: 3 visits per person | | |
| Physician's Office Visit | 100% after plan deductible | 80% after plan deductible |
| Inpatient Facility | 100% after plan deductible | 80% after plan deductible |
| Outpatient Facility | 100% after plan deductible | 80% after plan deductible |
| Physician's Services | 100% after plan deductible | 80% after plan deductible |
| **Dental Care**<br>Limited to charges made for a continuous course of dental treatment started within six months of an injury to sound, natural teeth. | | |
| Physician's Office Visit | 100% after plan deductible | 80% after plan deductible |
| Inpatient Facility | 100% after plan deductible | 80% after plan deductible |
| Outpatient Facility | 100% after plan deductible | 80% after plan deductible |
| Physician's Services | 100% after plan deductible | 80% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347913



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Obesity/Bariatric Surgery**<br><br>**Note:** Coverage is provided subject to medical necessity and clinical guidelines subject to any limitations shown in the "Exclusions, Expenses Not Covered and General Limitations" section of this certificate. | | |
|   Physician's Office Visit | 100% after plan deductible | In-Network coverage only |
|   Inpatient Facility | 100% after plan deductible | In-Network coverage only |
|   Outpatient Facility | 100% after plan deductible | In-Network coverage only |
|   Physician's Services | 100% after plan deductible | In-Network coverage only |
| Surgical Professional Services Lifetime Maximum: $10,000<br><br>**Notes:** Includes charges for surgeon only; does not include radiologist, anesthesiologist, etc. | | |
| **Acupuncture**<br>  Calendar Year Maximum: 25 days | 100% after plan deductible | 80% after plan deductible |
| **Hearing Aids**<br>  Maximum: $3,000 per 36 months<br>**Note:** Includes testing and fitting of hearing aid devices covered at PCP or specialist office visit level. | 100% after plan deductible | 80% after plan deductible |
| **Wigs**<br>  Maximum: 1 wig per calendar year<br><br>**Note:** Coverage limited to chemotherapy and/or alopecia treatment. | 100% after plan deductible | 100% after plan deductible (coverage is subject to the In-Network deductible) |
| **Routine Foot Disorders** | Not covered except for services associated with foot care for diabetes and peripheral vascular disease when Medically Necessary. | Not covered except for services associated with foot care for diabetes and peripheral vascular disease when Medically Necessary. |
| **Treatment Resulting From Life Threatening Emergencies**<br>Medical treatment required as a result of an emergency, such as a suicide attempt, will be considered a medical expense until the medical condition is stabilized. Once the medical condition is stabilized, whether the treatment will be characterized as either a medical expense or a mental health/substance abuse expense will be determined by the utilization review Physician in accordance with the applicable mixed services claim guidelines. | | |

CONFIDENTIAL

CIGNA04347914



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Mental Health** | | |
| Inpatient | 100% after plan deductible | 80% after plan deductible |
| Outpatient (Includes Individual, Group and Intensive Outpatient) | | |
|     Physician's Office Visit | 100% after plan deductible | 80% after plan deductible |
|     Outpatient Facility | 100% after plan deductible | 80% after plan deductible |
| **Substance Abuse** | | |
| Inpatient | 100% after plan deductible | 80% after plan deductible |
| Outpatient (Includes Individual and Intensive Outpatient) | | |
|     Physician's Office Visit | 100% after plan deductible | 80% after plan deductible |
|     Outpatient Facility | 100% after plan deductible | 80% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA04347915



# Open Access Plus and Local Plus Medical Benefits

## Certification Requirements - Out-of-Network
### For You and Your Dependents
### Pre-Admission Certification/Continued Stay Review for Hospital Confinement

Pre-Admission Certification (PAC) and Continued Stay Review (CSR) refer to the process used to certify the Medical Necessity and length of a Hospital Confinement when you or your Dependent require treatment in a Hospital:

- as a registered bed patient, except for 48/96 hour maternity stays;
- for a Partial Hospitalization for the treatment of Mental Health or Substance Abuse;
- for Mental Health or Substance Abuse Residential Treatment Services.

You or your Dependent should request PAC prior to any non-emergency treatment in a Hospital described above. In the case of an emergency admission, you should contact the Review Organization within 48 hours after the admission. For an admission due to pregnancy, you should call the Review Organization by the end of the third month of pregnancy. CSR should be requested, prior to the end of the certified length of stay, for continued Hospital Confinement.

Covered Expenses incurred will be reduced by 50% for Hospital charges made for each separate admission to the Hospital unless PAC is received: prior to the date of admission; or in the case of an emergency admission, within 48 hours after the date of admission.

Covered Expenses incurred for which benefits would otherwise be payable under this plan for the charges listed below will not include:

- Hospital charges for Bed and Board, for treatment listed above for which PAC was performed, which are made for any day in excess of the number of days certified through PAC or CSR; and
- any Hospital charges for treatment listed above for which PAC was requested, but which was not certified as Medically Necessary.

PAC and CSR are performed through a utilization review program by a Review Organization with which Cigna has contracted.

In any case, those expenses incurred for which payment is excluded by the terms set forth above will not be considered as expenses incurred for the purpose of any other part of this plan, except for the "Coordination of Benefits".

### Outpatient Certification Requirements – Out-of-Network

Outpatient Certification refers to the process used to certify the Medical Necessity of outpatient diagnostic testing and outpatient procedures, including, but not limited to, those listed in this section when performed as an outpatient in a Free-standing Surgical Facility, Other Health Care Facility or a Physician's office. You or your Dependent should call the toll-free number on the back of your I.D. card to determine if Outpatient Certification is required prior to any outpatient diagnostic testing or procedures. Outpatient Certification is performed through a utilization review program by a Review Organization with which Cigna has contracted. Outpatient Certification should only be requested for nonemergency procedures or services, and should be requested by you or your Dependent at least four working days (Monday through Friday) prior to having the procedure performed or the service rendered.

Covered Expenses incurred will be reduced by 50% for charges made for any outpatient diagnostic testing or procedure performed unless Outpatient Certification is received prior to the date the testing or procedure is performed.

Covered Expenses incurred will not include expenses incurred for charges made for outpatient diagnostic testing or procedures for which Outpatient Certification was performed, but, which was not certified as Medically Necessary.

In any case, those expenses incurred for which payment is excluded by the terms set forth above will not be considered as expenses incurred for the purpose of any other part of this plan, except for the "Coordination of Benefits".

### Diagnostic Testing and Outpatient Procedures

Including, but not limited to:

- Advanced radiological imaging – CT Scans, MRI, MRA or PET scans.
- Hysterectomy.

HC-PAC1                                                          11-14
                                                                 V11 M

## Prior Authorization/Pre-Authorized

The term Prior Authorization means the approval that a Participating Provider must receive from the Review Organization, prior to services being rendered, in order for certain services and benefits to be covered under this policy.

Services that require Prior Authorization include, but are not limited to:

- inpatient Hospital services, except for 48/96 hour maternity stays;

CONFIDENTIAL                                          CIGNA04347916



- inpatient services at any participating Other Health Care Facility;
- residential treatment;
- outpatient facility services;
- intensive outpatient programs;
- advanced radiological imaging;
- non-emergency ambulance; or
- transplant services.

HC-PRA1                                                     11-14
                                                             V5

## Covered Expenses

The term Covered Expenses means the expenses incurred by or on behalf of a person for the charges listed below if they are incurred after he becomes insured for these benefits. Expenses incurred for such charges are considered Covered Expenses to the extent that the services or supplies provided are recommended by a Physician, and are Medically Necessary for the care and treatment of an Injury or a Sickness, as determined by Cigna. **Any applicable Copayments, Deductibles or limits are shown in The Schedule.**

**Covered Expenses**

- charges made by a Hospital, on its own behalf, for Bed and Board and other Necessary Services and Supplies; except that for any day of Hospital Confinement, Covered Expenses will not include that portion of charges for Bed and Board which is more than the Bed and Board Limit shown in The Schedule.
- charges for licensed ambulance service to or from the nearest Hospital where the needed medical care and treatment can be provided.
- charges made by a Hospital, on its own behalf, for medical care and treatment received as an outpatient.
- charges made by a Free-Standing Surgical Facility, on its own behalf for medical care and treatment.
- charges made on its own behalf, by an Other Health Care Facility, including a Skilled Nursing Facility, a Rehabilitation Hospital or a subacute facility for medical care and treatment; except that for any day of Other Health Care Facility confinement, Covered Expenses will not include that portion of charges which is in excess of the Other Health Care Facility Daily Limit shown in The Schedule.
- charges made for Emergency Services and Urgent Care.
- charges made by a Physician or a Psychologist for professional services.

- charges made by a Nurse, other than a member of your family or your Dependent's family, for professional nursing service.
- charges made for anesthetics and their administration; diagnostic x-ray and laboratory examinations; x-ray, radium, and radioactive isotope treatment; chemotherapy; blood transfusions; oxygen and other gases and their administration.
- charges made for an annual prostate-specific antigen test (PSA).
- charges made for laboratory services, radiation therapy and other diagnostic and therapeutic radiological procedures.
- charges made for Family Planning, including medical history, physical exam, related laboratory tests, medical supervision in accordance with generally accepted medical practices, other medical services, information and counseling on contraception, implanted/injected contraceptives, after appropriate counseling, medical services connected with surgical therapies (tubal ligations, vasectomies).
- charges made for the following preventive care services (detailed information is available at www.healthcare.gov.):

  (1) evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the United States Preventive Services Task Force;

  (2) immunizations that have in effect a recommendation from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention with respect to the Covered Person involved;

  (3) for infants, children, and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration;

  (4) for women, such additional preventive care and screenings not described in paragraph (1) as provided for in comprehensive guidelines supported by the Health Resources and Services Administration.

- charges made for surgical or nonsurgical treatment of Temporomandibular Joint Dysfunction.
- charges made for acupuncture.
- charges made for hearing aids, including but not limited to semi-implantable hearing devices, audiant bone conductors and Bone Anchored Hearing Aids (BAHAs). A hearing aid is any device that amplifies sound.
- charges for the delivery of health-related services and information via telecommunications technologies, including telephones and "Skype Like" consultations via personal

61                                                  **myCigna.com**

CONFIDENTIAL                                                    CIGNA04347917



computers or smart phones, when delivered through a contracted telehealth provider.

- Autism Spectrum Disorders are defined as neurological disorders, usually appearing in the first three years of life, that affect normal brain functions and are typically manifested by impairments in communication and social interaction, as well as restrictive, repetitive and stereotyped behaviors.

**Clinical Trials**

This benefit plan covers routine patient care costs related to a qualified clinical trial for an individual who meets the following requirements:

(a) is eligible to participate in an approved clinical trial according to the trial protocol with respect to treatment of cancer or other life-threatening disease or condition; and

(b) either
  - the referring health care professional is a participating health care provider and has concluded that the individual's participation in such trial would be appropriate based upon the individual meeting the conditions described in paragraph (a); or
  - the individual provides medical and scientific information establishing that the individual's participation in such trial would be appropriate based upon the individual meeting the conditions described in paragraph (a).

For purposes of clinical trials, the term "life-threatening disease or condition" means any disease or condition from which the likelihood of death is probable unless the course of the disease or condition is interrupted.

The clinical trial must meet the following requirements:

The study or investigation must:

- be approved or funded by any of the agencies or entities authorized by federal law to conduct clinical trials;
- be conducted under an investigational new drug application reviewed by the Food and Drug Administration; or
- involve a drug trial that is exempt from having such an investigational new drug application.

Routine patient care costs are costs associated with the provision of health care items and services including drugs, items, devices and services otherwise covered by this benefit plan for an individual who is not enrolled in a clinical trial and, in addition:

- services required solely for the provision of the investigational drug, item, device or service;
- services required for the clinically appropriate monitoring of the investigational drug, device, item or service;

- services provided for the prevention of complications arising from the provision of the investigational drug, device, item or service; and
- reasonable and necessary care arising from the provision of the investigational drug, device, item or service, including the diagnosis or treatment of complications.

Routine patient care costs do not include:

- the investigational drug, item, device, or service, itself; or
- items and services that are provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient.

If your plan includes In-Network providers, Clinical trials conducted by non-participating providers will be covered at the In-Network benefit level if:

- there are not In-Network providers participating in the clinical trial that are willing to accept the individual as a patient, or
- the clinical trial is conducted outside the individual's state of residence.

**Genetic Testing**

Charges made for genetic testing that uses a proven testing method for the identification of genetically-linked inheritable disease. Genetic testing is covered only if:

- a person has symptoms or signs of a genetically-linked inheritable disease;
- it has been determined that a person is at risk for carrier status as supported by existing peer-reviewed, evidence-based, scientific literature for the development of a genetically-linked inheritable disease when the results will impact clinical outcome; or
- the therapeutic purpose is to identify specific genetic mutation that has been demonstrated in the existing peer-reviewed, evidence-based, scientific literature to directly impact treatment options.

Pre-implantation genetic testing, genetic diagnosis prior to embryo transfer, is covered when either parent has an inherited disease or is a documented carrier of a genetically-linked inheritable disease.

Genetic counseling is covered if a person is undergoing approved genetic testing, or if a person has an inherited disease and is a potential candidate for genetic testing. Genetic counseling is limited to 3 visits per calendar year for both pre- and post-genetic testing.

**Nutritional Evaluation**

Charges made for nutritional evaluation and counseling when diet is a part of the medical management of a documented organic disease.

CONFIDENTIAL

CIGNA04347918



## Internal Prosthetic/Medical Appliances

Charges made for internal prosthetic/medical appliances that provide permanent or temporary internal functional supports for nonfunctional body parts are covered. Medically Necessary repair, maintenance or replacement of a covered appliance is also covered.

HC-COV1                                                                 06-14
                                                                        V12

## Obesity Treatment

- charges made for medical and surgical services only at approved centers for the treatment or control of clinically severe (morbid) obesity as defined below and if the services are demonstrated, through existing peer reviewed, evidence based, scientific literature and scientifically based guidelines, to be safe and effective for the treatment or control of the condition. Clinically severe (morbid) obesity is defined by the National Heart, Lung and Blood Institute (NHLBI) as a Body Mass Index (BMI) of 40 or greater without comorbidities, or a BMI of 35-39 with comorbidities. The following items are specifically excluded:

  - medical and surgical services to alter appearances or physical changes that are the result of any medical or surgical services performed for the treatment or control of obesity or clinically severe (morbid) obesity; and

  - weight loss programs or treatments, whether or not they are prescribed or recommended by a Physician or under medical supervision.

HC-COV2                                                                 04-10
                                                                        V1

## Orthognathic Surgery

- orthognathic surgery to repair or correct a severe facial deformity or disfigurement that orthodontics alone can not correct, provided:

  - the deformity or disfigurement is accompanied by a documented clinically significant functional impairment, and there is a reasonable expectation that the procedure will result in meaningful functional improvement; or

  - the orthognathic surgery is Medically Necessary as a result of tumor, trauma, disease; or

  - the orthognathic surgery is performed prior to age 19 and is required as a result of severe congenital facial deformity or congenital condition.

Repeat or subsequent orthognathic surgeries for the same condition are covered only when the previous orthognathic surgery met the above requirements, and there is a high probability of significant additional improvement as determined by the utilization review Physician.

HC-COV3                                                                 04-10
                                                                        V1

## Home Health Services

- charges made for Home Health Services when you: require skilled care; are unable to obtain the required care as an ambulatory outpatient; and do not require confinement in a Hospital or Other Health Care Facility.

  Home Health Services are provided only if Cigna has determined that the home is a medically appropriate setting. If you are a minor or an adult who is dependent upon others for nonskilled care and/or custodial services (e.g., bathing, eating, toileting), Home Health Services will be provided for you only during times when there is a family member or care giver present in the home to meet your nonskilled care and/or custodial services needs.

  Home Health Services are those skilled health care services that can be provided during visits by Other Health Care Professionals. The services of a home health aide are covered when rendered in direct support of skilled health care services provided by Other Health Care Professionals. A visit is defined as a period of 2 hours or less. Home Health Services are subject to a maximum of 16 hours in total per day. Necessary consumable medical supplies and home infusion therapy administered or used by Other Health Care Professionals in providing Home Health Services are covered. Home Health Services do not include services by a person who is a member of your family or your Dependent's family or who normally resides in your house or your Dependent's house even if that person is an Other Health Care Professional. Skilled nursing services or private duty nursing services provided in the home are subject to the Home Health Services benefit terms, conditions and benefit limitations. Physical, occupational, and other Short-Term Rehabilitative Therapy services provided in the home are not subject to the Home Health Services benefit limitations in the Schedule, but are subject to the benefit limitations described under Short-term Rehabilitative Therapy Maximum shown in The Schedule.

HC-COV5                                                                 04-10
                                                                        V1

CONFIDENTIAL                                                   CIGNA04347919



## Hospice Care Services

- charges made for a person who has been diagnosed as having six months or fewer to live, due to Terminal Illness, for the following Hospice Care Services provided under a Hospice Care Program:

  - by a Hospice Facility for Bed and Board and Services and Supplies;

  - by a Hospice Facility for services provided on an outpatient basis;

  - by a Physician for professional services;

  - by a Psychologist, social worker, family counselor or ordained minister for individual and family counseling;

  - for pain relief treatment, including drugs, medicines and medical supplies;

  - by an Other Health Care Facility for:

    - part-time or intermittent nursing care by or under the supervision of a Nurse;

    - part-time or intermittent services of an Other Health Care Professional;

  - physical, occupational and speech therapy;

  - medical supplies; drugs and medicines lawfully dispensed only on the written prescription of a Physician; and laboratory services; but only to the extent such charges would have been payable under the policy if the person had remained or been Confined in a Hospital or Hospice Facility.

The following charges for Hospice Care Services are not included as Covered Expenses:

- for the services of a person who is a member of your family or your Dependent's family or who normally resides in your house or your Dependent's house;

- for any period when you or your Dependent is not under the care of a Physician;

- for services or supplies not listed in the Hospice Care Program;

- for any curative or life-prolonging procedures;

- to the extent that any other benefits are payable for those expenses under the policy;

- for services or supplies that are primarily to aid you or your Dependent in daily living.

HC-COV6                                                04-10
                                                        V1

## Mental Health and Substance Abuse Services

**Mental Health Services** are services that are required to treat a disorder that impairs the behavior, emotional reaction or thought processes. In determining benefits payable, charges made for the treatment of any physiological conditions related to Mental Health will not be considered to be charges made for treatment of Mental Health.

**Substance Abuse** is defined as the psychological or physical dependence on alcohol or other mind-altering drugs that requires diagnosis, care, and treatment. In determining benefits payable, charges made for the treatment of any physiological conditions related to rehabilitation services for alcohol or drug abuse or addiction will not be considered to be charges made for treatment of Substance Abuse.

### Inpatient Mental Health Services

Services that are provided by a Hospital while you or your Dependent is Confined in a Hospital for the treatment and evaluation of Mental Health. Inpatient Mental Health Services include Partial Hospitalization and Mental Health Residential Treatment Services.

Partial Hospitalization sessions are services that are provided for not less than 4 hours and not more than 12 hours in any 24-hour period.

Mental Health Residential Treatment Services are services provided by a Hospital for the evaluation and treatment of the psychological and social functional disturbances that are a result of subacute Mental Health conditions.

Mental Health Residential Treatment Center means an institution which specializes in the treatment of psychological and social disturbances that are the result of Mental Health conditions; provides a subacute, structured, psychotherapeutic treatment program, under the supervision of Physicians; provides 24-hour care, in which a person lives in an open setting; and is licensed in accordance with the laws of the appropriate legally authorized agency as a residential treatment center.

A person is considered confined in a Mental Health Residential Treatment Center when she/he is a registered bed patient in a Mental Health Residential Treatment Center upon the recommendation of a Physician.

### Outpatient Mental Health Services

Services of Providers who are qualified to treat Mental Health when treatment is provided on an outpatient basis, while you or your Dependent is not Confined in a Hospital, and is provided in an individual, group or Mental Health Intensive Outpatient Therapy Program. Covered services include, but are not limited to, outpatient treatment of conditions such as: anxiety or depression which interfere with daily functioning; emotional adjustment or concerns related to chronic conditions, such as psychosis or depression; emotional reactions associated with marital problems or divorce; child/adolescent problems of conduct or poor impulse control; affective disorders; suicidal or homicidal threats or acts; eating disorders; or acute exacerbation of chronic Mental Health conditions (crisis intervention and relapse prevention) and outpatient testing and assessment.

CONFIDENTIAL

CIGNA04347920



A Mental Health Intensive Outpatient Therapy Program consists of distinct levels or phases of treatment that are provided by a certified/licensed Mental Health program. Intensive Outpatient Therapy Programs provide a combination of individual, family and/or group therapy in a day, totaling nine or more hours in a week.

Mental Health outpatient benefits include coverage of Applied Behavioral Analysis related to the treatment of autism spectrum disorders (including Autistic Disorder, Asperger's disorder, Pervasive Developmental Disorder not otherwise specified, Rett's Disorder and Childhood Disintegrative Disorder).

**Inpatient Substance Abuse Rehabilitation Services**

Services provided for rehabilitation, while you or your Dependent is Confined in a Hospital, when required for the diagnosis and treatment of abuse or addiction to alcohol and/or drugs. Inpatient Substance Abuse Services include Partial Hospitalization sessions and Residential Treatment services.

Partial Hospitalization sessions are services that are provided for not less than 4 hours and not more than 12 hours in any 24-hour period.

**Substance Abuse Residential Treatment Services** are services provided by a Hospital for the evaluation and treatment of the psychological and social functional disturbances that are a result of subacute Substance Abuse conditions.

**Substance Abuse Residential Treatment Center** means an institution which specializes in the treatment of psychological and social disturbances that are the result of Substance Abuse; provides a subacute, structured, psychotherapeutic treatment program, under the supervision of Physicians; provides 24-hour care, in which a person lives in an open setting; and is licensed in accordance with the laws of the appropriate legally authorized agency as a residential treatment center.

A person is considered confined in a Substance Abuse Residential Treatment Center when she/he is a registered bed patient in a Substance Abuse Residential Treatment Center upon the recommendation of a Physician.

**Outpatient Substance Abuse Rehabilitation Services**

Services provided for the diagnosis and treatment of abuse or addiction to alcohol and/or drugs, while you or your Dependent is not Confined in a Hospital, including outpatient rehabilitation in an individual, or a Substance Abuse Intensive Outpatient Therapy Program.

A Substance Abuse Intensive Outpatient Therapy Program consists of distinct levels or phases of treatment that are provided by a certified/licensed Substance Abuse program. Intensive Outpatient Therapy Programs provide a combination of individual, family and/or group therapy in a day, totaling nine, or more hours in a week.

**Substance Abuse Detoxification Services**

Detoxification and related medical ancillary services are provided when required for the diagnosis and treatment of addiction to alcohol and/or drugs. Cigna will decide, based on the Medical Necessity of each situation, whether such services will be provided in an inpatient or outpatient setting.

**Exclusions**

The following are specifically excluded from Mental Health and Substance Abuse Services:

- any court ordered treatment or therapy, or any treatment or therapy ordered as a condition of parole, probation or custody or visitation evaluations unless Medically Necessary and otherwise covered under this policy or agreement.
- treatment of disorders which have been diagnosed as organic mental disorders associated with permanent dysfunction of the brain.
- developmental disorders, including but not limited to, developmental reading disorders, developmental arithmetic disorders, developmental language disorders or developmental articulation disorders.
- counseling for activities of an educational nature.
- counseling for borderline intellectual functioning.
- counseling for occupational problems.
- counseling related to consciousness raising.
- vocational or religious counseling.
- I.Q. testing.
- custodial care, including but not limited to geriatric day care.
- psychological testing on children requested by or for a school system.
- occupational/recreational therapy programs even if combined with supportive therapy for age-related cognitive decline.

HC-COV7                                                          04-10
                                                                 V4 M

**Durable Medical Equipment**

- charges made for purchase or rental of Durable Medical Equipment that is ordered or prescribed by a Physician and provided by a vendor approved by Cigna for use outside a Hospital or Other Health Care Facility. Coverage for repair, replacement or duplicate equipment is provided only when required due to anatomical change and/or reasonable wear and tear. All maintenance and repairs that result from a person's misuse are the person's responsibility. Coverage for Durable Medical Equipment is limited to the lowest-cost alternative as determined by the utilization review Physician.

CONFIDENTIAL                                         CIGNA04347921



Durable Medical Equipment is defined as items which are designed for and able to withstand repeated use by more than one person; customarily serve a medical purpose; generally are not useful in the absence of Injury or Sickness; are appropriate for use in the home; and are not disposable. Such equipment includes, but is not limited to, crutches, hospital beds, respirators, wheel chairs, and dialysis machines.

Durable Medical Equipment items that are not covered include but are not limited to those that are listed below:

- **Bed Related Items:** bed trays, over the bed tables, bed wedges, pillows, custom bedroom equipment, mattresses, including nonpower mattresses, custom mattresses and posturepedic mattresses.
- **Bath Related Items:** bath lifts, nonportable whirlpools, bathtub rails, toilet rails, raised toilet seats, bath benches, bath stools, hand held showers, paraffin baths, bath mats, and spas.
- **Chairs, Lifts and Standing Devices:** computerized or gyroscopic mobility systems, roll about chairs, geriatric chairs, hip chairs, seat lifts (mechanical or motorized), patient lifts (mechanical or motorized – manual hydraulic lifts are covered if patient is two-person transfer), and auto tilt chairs.
- **Fixtures to Real Property:** ceiling lifts and wheelchair ramps.
- **Car/Van Modifications.**
- **Air Quality Items:** room humidifiers, vaporizers, air purifiers and electrostatic machines.
- **Blood/Injection Related Items:** blood pressure cuffs, centrifuges, nova pens and needleless injectors.
- **Other Equipment:** heat lamps, heating pads, cryounits, cryotherapy machines, electronic-controlled therapy units, ultraviolet cabinets, sheepskin pads and boots, postural drainage board, AC/DC adaptors, enuresis alarms, magnetic equipment, scales (baby and adult), stair gliders, elevators, saunas, any exercise equipment and diathermy machines.

HC-COV8                                                          04-10
                                                                 V2

**External Prosthetic Appliances and Devices**

- charges made or ordered by a Physician for: the initial purchase and fitting of external prosthetic appliances and devices available only by prescription which are necessary for the alleviation or correction of Injury, Sickness or congenital defect. Coverage for External Prosthetic Appliances is limited to the most appropriate and cost effective alternative as determined by the utilization review Physician.

External prosthetic appliances and devices shall include prostheses/prosthetic appliances and devices, orthoses and orthotic devices; braces; and splints.

**Prostheses/Prosthetic Appliances and Devices**

Prostheses/prosthetic appliances and devices are defined as fabricated replacements for missing body parts. Prostheses/prosthetic appliances and devices include, but are not limited to:

- basic limb prostheses;
- terminal devices such as hands or hooks; and
- speech prostheses.

**Orthoses and Orthotic Devices**

Orthoses and orthotic devices are defined as orthopedic appliances or apparatuses used to support, align, prevent or correct deformities. Coverage is provided for custom foot orthoses and other orthoses as follows:

- Nonfoot orthoses – only the following nonfoot orthoses are covered:
  - rigid and semirigid custom fabricated orthoses;
  - semirigid prefabricated and flexible orthoses; and
  - rigid prefabricated orthoses including preparation, fitting and basic additions, such as bars and joints.
- Custom foot orthoses – custom foot orthoses are only covered as follows:
  - for persons with impaired peripheral sensation and/or altered peripheral circulation (e.g. diabetic neuropathy and peripheral vascular disease);
  - when the foot orthosis is an integral part of a leg brace and is necessary for the proper functioning of the brace;
  - when the foot orthosis is for use as a replacement or substitute for missing parts of the foot (e.g. amputated toes) and is necessary for the alleviation or correction of Injury, Sickness or congenital defect; and
  - for persons with neurologic or neuromuscular condition (e.g. cerebral palsy, hemiplegia, spina bifida) producing spasticity, malalignment, or pathological positioning of the foot and there is reasonable expectation of improvement.

The following are specifically excluded orthoses and orthotic devices:

- prefabricated foot orthoses;
- cranial banding and/or cranial orthoses. Other similar devices are excluded except when used postoperatively for synostotic plagiocephaly. When used for this indication, the cranial orthosis will be subject to the limitations and maximums of the External Prosthetic Appliances and Devices benefit;

CONFIDENTIAL

CIGNA04347922



- orthosis shoes, shoe additions, procedures for foot orthopedic shoes, shoe modifications and transfers;
- orthoses primarily used for cosmetic rather than functional reasons; and
- orthoses primarily for improved athletic performance or sports participation.

**Braces**

A Brace is defined as an orthosis or orthopedic appliance that supports or holds in correct position any movable part of the body and that allows for motion of that part.

The following braces are specifically excluded: Copes scoliosis braces.

**Splints**

A Splint is defined as an appliance for preventing movement of a joint or for the fixation of displaced or movable parts.

Coverage for replacement of external prosthetic appliances and devices is limited to the following:

- replacement due to regular wear. Replacement for damage due to abuse or misuse by the person will not be covered.
- replacement will be provided when anatomic change has rendered the external prosthetic appliance or device ineffective. Anatomic change includes significant weight gain or loss, atrophy and/or growth.
- Coverage for replacement is limited as follows:
  - no more than once every 24 months for persons 19 years of age and older;
  - no more than once every 12 months for persons 18 years of age and under; and
  - replacement due to a surgical alteration or revision of the site.

The following are specifically excluded external prosthetic appliances and devices:

- external and internal power enhancements or power controls for prosthetic limbs and terminal devices; and
- myoelectric prostheses peripheral nerve stimulators.

HC-COV9                                                        04-10
                                                                V2

**Infertility Services**

- charges made for services related to diagnosis of infertility and treatment of infertility once a condition of infertility has been diagnosed. Services include, but are not limited to: infertility drugs which are administered or provided by a Physician; approved surgeries and other therapeutic procedures that have been demonstrated in existing peer-reviewed, evidence-based, scientific literature to have a reasonable likelihood of resulting in pregnancy; laboratory tests; sperm washing or preparation; artificial insemination;

diagnostic evaluations; gamete intrafallopian transfer (GIFT); in vitro fertilization (IVF); zygote intrafallopian transfer (ZIFT); and the services of an embryologist.

Infertility is defined as the inability of opposite sex partners to achieve conception after one year of unprotected intercourse; or the inability of a woman to achieve conception after six trials of artificial insemination over a one-year period. This benefit includes diagnosis and treatment of both male and female infertility.

However, the following are specifically excluded infertility services:

- reversal of male and female voluntary sterilization;
- infertility services when the infertility is caused by or related to voluntary sterilization;
- donor charges and services;
- cryopreservation of donor sperm and eggs; and
- any experimental, investigational or unproven infertility procedures or therapies.

HC-COV11                                                       04-10
                                                                V2

**Short-Term Rehabilitative Therapy and Chiropractic Care Services**

- charges made for Short-term Rehabilitative Therapy that is part of a rehabilitative program, including physical, speech, occupational, cognitive, osteopathic manipulative, cardiac rehabilitation and pulmonary rehabilitation therapy, when provided in the most medically appropriate setting. Also included are services that are provided by a chiropractic Physician when provided in an outpatient setting. Services of a chiropractic Physician include the conservative management of acute neuromusculoskeletal conditions through manipulation and ancillary physiological treatment that is rendered to restore motion, reduce pain and improve function.

The following limitation applies to Short-term Rehabilitative Therapy and Chiropractic Care Services:

- occupational therapy is provided only for purposes of enabling persons to perform the activities of daily living after an Injury or Sickness.

Short-term Rehabilitative Therapy and Chiropractic Care services that are not covered include but are not limited to:

- sensory integration therapy, group therapy; treatment of dyslexia; behavior modification or myofunctional therapy for dysfluency, such as stuttering or other involuntarily acted conditions without evidence of an underlying medical condition or neurological disorder;
- treatment for functional articulation disorder such as correction of tongue thrust, lisp, verbal apraxia or

CONFIDENTIAL                                                CIGNA04347923



swallowing dysfunction that is not based on an underlying diagnosed medical condition or Injury;

- maintenance or preventive treatment consisting of routine, long term or non-Medically Necessary care provided to prevent recurrences or to maintain the patient's current status;

The following are specifically excluded from Chiropractic Care Services:

- services of a chiropractor which are not within his scope of practice, as defined by state law;
- charges for care not provided in an office setting;
- vitamin therapy.

If multiple outpatient services are provided on the same day they constitute one day.

HC-COV12                                                                04-10
                                                                        V1

### Breast Reconstruction and Breast Prostheses

- charges made for reconstructive surgery following a mastectomy; benefits include: surgical services for reconstruction of the breast on which surgery was performed; surgical services for reconstruction of the nondiseased breast to produce symmetrical appearance; postoperative breast prostheses; and mastectomy bras and external prosthetics, limited to the lowest cost alternative available that meets external prosthetic placement needs. During all stages of mastectomy, treatment of physical complications, including lymphedema therapy, are covered.

### Reconstructive Surgery

- charges made for reconstructive surgery or therapy to repair or correct a severe physical deformity or disfigurement which is accompanied by functional deficit; (other than abnormalities of the jaw or conditions related to TMJ disorder) provided that: the surgery or therapy restores or improves function; reconstruction is required as a result of Medically Necessary, noncosmetic surgery; or the surgery or therapy is performed prior to age 19 and is required as a result of the congenital absence or agenesis (lack of formation or development) of a body part. Repeat or subsequent surgeries for the same condition are covered only when there is the probability of significant additional improvement as determined by the utilization review Physician.

HC-COV14                                                                04-10
                                                                        V1

### Transplant Services

- charges made for human organ and tissue Transplant services which include solid organ and bone marrow/stem cell procedures at designated facilities throughout the United States or its territories. This coverage is subject to the following conditions and limitations.

Transplant services include the recipient's medical, surgical and Hospital services; inpatient immunosuppressive medications; and costs for organ or bone marrow/stem cell procurement. Transplant services are covered only if they are required to perform any of the following human to human organ or tissue transplants: allogeneic bone marrow/stem cell, autologous bone marrow/stem cell, cornea, heart, heart/lung, kidney, kidney/pancreas, liver, lung, pancreas or intestine which includes small bowel-liver or multi-visceral.

All Transplant services, other than cornea, are covered at 100% when received at Cigna LIFESOURCE Transplant Network® facilities. Cornea transplants are not covered at Cigna LIFESOURCE Transplant Network® facilities. Transplant services, including cornea, received at participating facilities specifically contracted with Cigna for those Transplant services, other than Cigna LIFESOURCE Transplant Network® facilities, are payable at the In-Network level. Transplant services received at any other facilities, including Non-Participating Providers and Participating Providers not specifically contracted with Cigna for Transplant services, are not covered.

Coverage for organ procurement costs are limited to costs directly related to the procurement of an organ, from a cadaver or a live donor. Organ procurement costs shall consist of surgery necessary for organ removal, organ transportation and the transportation, hospitalization and surgery of a live donor. Compatibility testing undertaken prior to procurement is covered if Medically Necessary. Costs related to the search for, and identification of a bone marrow or stem cell donor for an allogeneic transplant are also covered.

### Transplant Travel Services

Charges made for reasonable travel expenses incurred by you in connection with a preapproved organ/tissue transplant are covered subject to the following conditions and limitations. Transplant travel benefits are not available for cornea transplants. Benefits for transportation, lodging and food are available to you only if you are the recipient of a preapproved organ/tissue transplant from a designated Cigna LIFESOURCE Transplant Network® facility. The term recipient is defined to include a person receiving authorized transplant related services during any of the following: evaluation, candidacy, transplant event, or post-transplant care. Travel expenses for the person receiving the transplant will include charges for: transportation to and from the transplant site (including charges for a rental car used during a period of care at the transplant facility); lodging while at, or traveling to and from the transplant site; and food while at, or traveling to and from the transplant site.

In addition to your coverage for the charges associated with the items above, such charges will also be considered covered travel expenses for one companion to accompany you. The term companion includes your spouse, a member of your

68

CONFIDENTIAL                                                  CIGNA04347924



family, your legal guardian, or any person not related to you, but actively involved as your caregiver. The following are specifically excluded travel expenses: travel costs incurred due to travel within 60 miles of your home; laundry bills; telephone bills; alcohol or tobacco products; and charges for transportation that exceed coach class rates.

These benefits are only available when the covered person is the recipient of an organ transplant. No benefits are available when the covered person is a donor.

HC-COV15                                                    04-10
                                                             V2

CONFIDENTIAL                                        CIGNA04347925



| Prescription Drug Benefits |
|---|
| **The Schedule – Gold Plan** |

**For You and Your Dependents**

This plan provides Prescription Drug benefits for Prescription Drugs and Related Supplies provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for Prescription Drugs and Related Supplies. That portion includes any applicable Copayment, Deductible and/or Coinsurance.

**Coinsurance**

The term Coinsurance means the percentage of Charges for covered Prescription Drugs and Related Supplies that you or your Dependent are required to pay under this plan.

**Charges**

The term Charges means the amount charged by the Insurance Company to the plan when the Pharmacy is a Participating Pharmacy.

**Copayments**

Copayments are expenses to be paid by you or your Dependent for Covered Prescription Drugs and Related Supplies.

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Preventive Medications**<br><br>Preventive Medications in the following classes (client specific Drug list) are covered under the Preventive Drug Benefit as follows:<br><br>Anti-platelet (heart attack and stroke prevention)<br>Anti-coagulant (heart attack and stroke prevention)<br>Cholesterol lowering (heart attack and heart disease prevention)<br>Hypertension - ACE-Inhibitors and ARBs.<br><br>The following copays apply to the above Preventive classes only:<br>Retail Generic: $5 deductible excluded<br>Retail Single Source Brands: $10 deductible excluded<br>Retail Multi Source Brands: $5 plus difference in cost (DAW 1 and DAW 2) deductible excluded.Penalty does not accumulate to OOP Pocket Maximum.<br>Mail Generic: $12.50 deductible excluded<br>Mail Single Source Brands: $25 deductible excluded<br>Mail Multi Source Brands: $12.50 plus difference in cost (DAW 1 and DAW 2) deductible excluded. Penalty does not accumulate to OOP Pocket Maximum.<br>Smoking Cessation, Bowel Preps and Vitamin D (for customers age 65 and older) are coverat at $0 cost share and excluded from deductible - DAW 2 Penalty applies to NPB Smoking Cessation, Bowel Preps and Vitamin D. Penalty does not accumulate to the OOP max. Once the OOP is met the customer will continue to pay the difference in cost. Cover PPIs and NSA's at the non preferred brand tier at retail and mail. | | |
| **Lifetime Maximum** | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |

CONFIDENTIAL

CIGNA04347926



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Out-of-Pocket Maximum** | | |
| Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| **Retail Prescription Drugs** | **The amount you pay for each 30-day supply** | **The amount you pay for each 30-day supply** |
| Medications required as part of preventive care services (detailed information is available at www.healthcare.gov) are covered at 100% with no copayment or deductible. | | |
| **Tier 1** | | |
| Generic* drugs on the Prescription Drug List | Non-Maintenance Drugs: 10%, subject to a maximum of $10, then the plan pays 100% Maintenance Drugs: 10%, subject to a maximum of $10 for the first 2 fills, then the plan pays 100%. 10%, subject to a maximum of $25 after the 2nd fill, then the plan pays 100%. | In-network coverage only |
| **Tier 2** | | |
| Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent | Non-Maintenance Drugs: 20%, subject to a maximum of $30, then the plan pays 100% Maintenance Drugs: 20%, subject to a maximum of $30 for the first 2 fills, then the plan pays 100%. 20%, subject to a maximum of $75 after the 2nd fill, then the plan pays 100%. | In-network coverage only |
| **Tier 3** | | |
| Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | Non-Maintenance Drugs: 40%, subject to a maximum of $60, then the plan pays 100% Maintenance Drugs: 40%, subject to a maximum of $60 for the first 2 fills, then the plan pays 100%. 40%, subject to a maximum of $150 after the 2nd fill, then the plan pays 100%. | In-network coverage only |
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |
| ** Specialty Medications are covered through retail after two refills. | | |

71

**myCigna.com**

CONFIDENTIAL

CIGNA04347927



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Home Delivery Prescription Drugs** | **The amount you pay for each 90-day supply** | **The amount you pay for each 90-day supply** |
| Medications required as part of preventive care services (detailed information is available at www.healthcare.gov) are covered at 100% with no copayment or deductible. | | |
| **Tier 1**<br><br>Generic* drugs on the Prescription Drug List | 10%, subject to a maximum of $25, then the plan pays 100% | In-network coverage only |
| **Tier 2**<br><br>Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent | 20%, subject to a maximum of $75, then the plan pays 100% | In-network coverage only |
| **Tier 3**<br><br>Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | 40%, subject to a maximum of $150, then the plan pays 100% | In-network coverage only |
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |
| ** Specialty Medications are covered through mail-order after two refills. | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347928



| Prescription Drug Benefits |
|---|
| **The Schedule – Silver Plan** |

**For You and Your Dependents**

This plan provides Prescription Drug benefits for Prescription Drugs and Related Supplies provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for Prescription Drugs and Related Supplies. That portion includes any applicable Copayment, Deductible and/or Coinsurance.

**Coinsurance**

The term Coinsurance means the percentage of Charges for covered Prescription Drugs and Related Supplies that you or your Dependent are required to pay under this plan.

**Charges**

The term Charges means the amount charged by the Insurance Company to the plan when the Pharmacy is a Participating Pharmacy.

**Copayments**

Copayments are expenses to be paid by you or your Dependent for Covered Prescription Drugs and Related Supplies.

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Preventive Medications** | | |
| Preventive Medications in the following classes (client specific Drug list) are covered under the Preventive Drug Benefit as follows:<br><br>Anti-platelet (heart attack and stroke prevention)<br>Anti-coagulant (heart attack and stroke prevention)<br>Cholesterol lowering (heart attack and heart disease prevention)<br>Hypertension - ACE-Inhibitors and ARBs.<br><br>The following copays apply to the above Preventive classes only:<br>Retail Generic: $5 deductible excluded<br>Retail Single Source Brands: $10 deductible excluded<br>Retail Multi Source Brands: $5 plus difference in cost (DAW 1 and DAW 2) deductible excluded.Penalty does not accumulate to OOP Pocket Maximum.<br>Mail Generic: $12.50 deductible excluded<br>Mail Single Source Brands: $25 deductible excluded<br>Mail Multi Source Brands: $12.50 plus difference in cost (DAW 1 and DAW 2) deductible excluded. Penalty does not accumulate to OOP Pocket Maximum.<br>Smoking Cessation, Bowel Preps and Vitamin D (for customers age 65 and older) are coverat at $0 cost share and excluded from deductible - DAW 2 Penalty applies to NPB Smoking Cessation, Bowel Preps and Vitamin D. Penalty does not accumulate to the OOP max. Once the OOP is met the customer will continue to pay the difference in cost. Cover PPIs and NSA's at the non preferred brand tier at retail and mail. | | |
| **Lifetime Maximum** | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |

CONFIDENTIAL

CIGNA04347929



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Calendar Year Deductible** | | |
| Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| **Out-of-Pocket Maximum** | | |
| Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| **Retail Prescription Drugs** | **The amount you pay for each 30-day supply** | **The amount you pay for each 30-day supply** |
| Medications required as part of preventive care services (detailed information is available at www.healthcare.gov) are covered at 100% with no copayment or deductible. | | |
| **Tier 1**<br>Generic* drugs on the Prescription Drug List | Non-Maintenance Drugs: 20%, subject to a maximum of $20, then the plan pays 100% after plan deductible Maintenance Drugs: 20%, subject to a maximum of $20 for the first 2 fills, then the plan pays 100% after plan deductible. 20%, subject to a maximum of $50 after the 2nd fill, then the plan pays 100% after plan deductible | In-network coverage only |
| **Tier 2**<br>Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent | Non-Maintenance Drugs: 30%, subject to a maximum of $40, then the plan pays 100% after plan deductible Maintenance Drugs: 30%, subject to a maximum of $40 for the first 2 fills, then the plan pays 100% after plan deductible. 30%, subject to a maximum of $100 after the 2nd fill, then the plan pays 100% after plan deductible | In-network coverage only |

**myCigna.com**

CONFIDENTIAL

CIGNA04347930



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Tier 3**<br><br>Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | Non-Maintenance Drugs: 50%, subject to a maximum of $70, then the plan pays 100% after plan deductible Maintenance Drugs:<br>50%, subject to a maximum of $70 for the first 2 fills, then the plan pays 100% after plan deductible. 50%, subject to a maximum of $175 after the 2nd fill, then the plan pays 100% after plan deductible | In-network coverage only |
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |
| ** Specialty Medications are covered through retail after two refills. | | |
| **Home Delivery Prescription Drugs** | **The amount you pay for each 90-day supply** | **The amount you pay for each 90-day supply** |
| Medications required as part of preventive care services (detailed information is available at www.healthcare.gov) are covered at 100% with no copayment or deductible. | | |
| **Tier 1**<br><br>Generic* drugs on the Prescription Drug List | 20%, subject to a maximum of $50, then the plan pays 100% after plan deductible | In-network coverage only |
| **Tier 2**<br><br>Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent | 30%, subject to a maximum of $100, then the plan pays 100% after plan deductible | In-network coverage only |
| **Tier 3**<br><br>Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | 50%, subject to a maximum of $175, then the plan pays 100% after plan deductible | In-network coverage only |
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |
| ** Specialty Medications are covered through mail-order after two refills. | | |

CONFIDENTIAL

CIGNA04347931



| Prescription Drug Benefits |
|---|
| **The Schedule – Bronze Plan** |

**For You and Your Dependents**

This plan provides Prescription Drug benefits for Prescription Drugs and Related Supplies provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for Prescription Drugs and Related Supplies. That portion includes any applicable Copayment, Deductible and/or Coinsurance.

**Coinsurance**

The term Coinsurance means the percentage of Charges for covered Prescription Drugs and Related Supplies that you or your Dependent are required to pay under this plan.

**Charges**

The term Charges means the amount charged by the Insurance Company to the plan when the Pharmacy is a Participating Pharmacy.

**Copayments**

Copayments are expenses to be paid by you or your Dependent for Covered Prescription Drugs and Related Supplies.

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Preventive Medications**<br><br>Preventive Medications in the following classes (client specific Drug list) are covered under the Preventive Drug Benefit as follows:<br><br>Anti-platelet (heart attack and stroke prevention)<br>Anti-coagulant (heart attack and stroke prevention)<br>Cholesterol lowering (heart attack and heart disease prevention)<br>Hypertension - ACE-Inhibitors and ARBs.<br><br>The following copays apply to the above Preventive classes only:<br>Retail Generic: $5 deductible excluded<br>Retail Single Source Brands: $10 deductible excluded<br>Retail Multi Source Brands: $5 plus difference in cost (DAW 1 and DAW 2) deductible excluded.Penalty does not accumulate to OOP Pocket Maximum.<br>Mail Generic: $12.50 deductible excluded<br>Mail Single Source Brands: $25 deductible excluded<br>Mail Multi Source Brands: $12.50 plus difference in cost (DAW 1 and DAW 2) deductible excluded. Penalty does not accumulate to OOP Pocket Maximum.<br>Smoking Cessation, Bowel Preps and Vitamin D (for customers age 65 and older) are coverat at $0 cost share and excluded from deductible - DAW 2 Penalty applies to NPB Smoking Cessation, Bowel Preps and Vitamin D. Penalty does not accumulate to the OOP max. Once the OOP is met the customer will continue to pay the difference in cost. Cover PPIs and NSA's at the non preferred brand tier at retail and mail. | | |
| **Lifetime Maximum** | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |

CONFIDENTIAL

CIGNA04347932



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Calendar Year Deductible** | | |
| Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| **Out-of-Pocket Maximum** | | |
| Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| **Retail Prescription Drugs** | **The amount you pay for each 30-day supply** | **The amount you pay for each 30-day supply** |
| Medications required as part of preventive care services (detailed information is available at www.healthcare.gov) are covered at 100% with no copayment or deductible. | | |
| **Tier 1** | | |
| Generic* drugs on the Prescription Drug List | Non-Maintenance Drugs: 20%, subject to a maximum of $20, then the plan pays 100% after plan deductible Maintenance Drugs: 20%, subject to a maximum of $20 for the first 2 fills, then the plan pays 100% after plan deductible. 20%, subject to a maximum of $50 after the 2nd fill, then the plan pays 100% after plan deductible | In-network coverage only |
| **Tier 2** | | |
| Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent | Non-Maintenance Drugs: 30%, subject to a maximum of $40, then the plan pays 100% after plan deductible Maintenance Drugs: 30%, subject to a maximum of $40 for the first 2 fills, then the plan pays 100% after plan deductible. 30%, subject to a maximum of $100 after the 2nd fill, then the plan pays 100% after plan deductible | In-network coverage only |

77

**myCigna.com**

CONFIDENTIAL

CIGNA04347933



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Tier 3**<br><br>Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | Non-Maintenance Drugs: 50%, subject to a maximum of $70, then the plan pays 100% after plan deductible Maintenance Drugs: 50%, subject to a maximum of $70 for the first 2 fills, then the plan pays 100% after plan deductible. 50%, subject to a maximum of $175 after the 2nd fill, then the plan pays 100% after plan deductible | In-network coverage only |
| *Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |
| ** Specialty Medications are covered through retail after two refills. | | |
| **Home Delivery Prescription Drugs** | **The amount you pay for each 90-day supply** | **The amount you pay for each 90-day supply** |
| Medications required as part of preventive care services (detailed information is available at www.healthcare.gov) are covered at 100% with no copayment or deductible. | | |
| **Tier 1**<br><br>Generic* drugs on the Prescription Drug List | 20%, subject to a maximum of $50, then the plan pays 100% after plan deductible | In-network coverage only |
| **Tier 2**<br><br>Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent | 30%, subject to a maximum of $100, then the plan pays 100% after plan deductible | In-network coverage only |
| **Tier 3**<br><br>Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | 50%, subject to a maximum of $175, then the plan pays 100% after plan deductible | In-network coverage only |
| *Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |
| ** Specialty Medications are covered through mail-order after two refills. | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347934



| **Prescription Drug Benefits** | | |
| --- | --- | --- |
| **The Schedule – Safety Net Plan** | | |
| **For You and Your Dependents** | | |
| This plan provides Prescription Drug benefits for Prescription Drugs and Related Supplies provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for Prescription Drugs and Related Supplies. That portion includes any applicable Copayment, Deductible and/or Coinsurance. | | |
| **Coinsurance** | | |
| The term Coinsurance means the percentage of Charges for covered Prescription Drugs and Related Supplies that you or your Dependent are required to pay under this plan. | | |
| **Charges** | | |
| The term Charges means the amount charged by the Insurance Company to the plan when the Pharmacy is a Participating Pharmacy. | | |
| **Copayments** | | |
| Copayments are expenses to be paid by you or your Dependent for Covered Prescription Drugs and Related Supplies. | | |
| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
| **Preventive Medications** Preventive Medications in the following classes (client specific Drug list) are covered under the Preventive Drug Benefit as follows: <br><br>Anti-platelet (heart attack and stroke prevention) <br>Anti-coagulant (heart attack and stroke prevention) <br>Cholesterol lowering (heart attack and heart disease prevention) <br>Hypertension - ACE-Inhibitors and ARBs. <br><br>The following copays apply to the above Preventive classes only: <br>Retail Generic: $5 deductible excluded <br>Retail Single Source Brands: $10 deductible excluded <br>Retail Multi Source Brands: $5 plus difference in cost (DAW 1 and DAW 2) deductible excluded. Penalty does not accumulate to OOP Pocket Maximum. <br>Mail Generic: $12.50 deductible excluded <br>Mail Single Source Brands: $25 deductible excluded <br>Mail Multi Source Brands: $12.50 plus difference in cost (DAW 1 and DAW 2) deductible excluded. Penalty does not accumulate to OOP Pocket Maximum. <br>Smoking Cessation, Bowel Preps and Vitamin D (for customers age 65 and older) are coverat at $0 cost share and excluded from deductible - DAW 2 Penalty applies to NPB Smoking Cessation, Bowel Preps and Vitamin D. Penalty does not accumulate to the OOP max. Once the OOP is met the customer will continue to pay the difference in cost. Cover PPIs and NSA's at the non preferred brand tier at retail and mail. | | |
| **Lifetime Maximum** | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |

**myCigna.com**

CONFIDENTIAL

CIGNA04347935



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Calendar Year Deductible** | | |
| Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| **Out-of-Pocket Maximum** | | |
| Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| **Retail Prescription Drugs** | **The amount you pay for each 30-day supply** | **The amount you pay for each 30-day supply** |
| Medications required as part of preventive care services (detailed information is available at www.healthcare.gov) are covered at 100% with no copayment or deductible. | | |
| **Tier 1** Generic* drugs on the Prescription Drug List | Non-Maintenance Drugs: No charge after plan deductible Maintenance Drugs: No charge after plan deductible for the first 2 fills. No charge after plan deductible after the 2nd fill. | In-network coverage only |
| **Tier 2** Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent | Non-Maintenance Drugs: No charge after plan deductible Maintenance Drugs: No charge after plan deductible for the first 2 fills. No charge after plan deductible after the 2nd fill. | In-network coverage only |
| **Tier 3** Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | Non-Maintenance Drugs: No charge after plan deductible Maintenance Drugs: No charge after plan deductible for the first 2 fills. No charge after plan deductible after the 2nd fill. | In-network coverage only |
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |
| ** Specialty Medications are covered through retail after two refills. | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347936



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Home Delivery Prescription Drugs** | **The amount you pay for each 90-day supply** | **The amount you pay for each 90-day supply** |
| Medications required as part of preventive care services (detailed information is available at www.healthcare.gov) are covered at 100% with no copayment or deductible. | | |
| **Tier 1** <br> Generic* drugs on the Prescription Drug List | No charge after plan deductible | In-network coverage only |
| **Tier 2** <br> Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent | No charge after plan deductible | In-network coverage only |
| **Tier 3** <br> Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | No charge after plan deductible | In-network coverage only |
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |
| ** Specialty Medications are covered through mail-order after two refills. | | |

**myCigna.com**

CONFIDENTIAL

CIGNA04347937



## Prescription Drug Benefits
**For You and Your Dependents**

### Covered Expenses

If you or any one of your Dependents, while insured for Prescription Drug Benefits, incurs expenses for charges made by a Pharmacy, for Medically Necessary Prescription Drugs or Related Supplies ordered by a Physician, Cigna will provide coverage for those expenses as shown in the Schedule. Coverage also includes Medically Necessary Prescription Drugs and Related Supplies dispensed for a prescription issued to you or your Dependents by a licensed dentist for the prevention of infection or pain in conjunction with a dental procedure.

When you or a Dependent is issued a prescription for Medically Necessary Prescription Drugs or Related Supplies as part of the rendering of Emergency Services and that prescription cannot reasonably be filled by a Participating Pharmacy, the prescription will be covered by Cigna, as if filled by a Participating Pharmacy.

### Limitations

Each Prescription Order or refill shall be limited as follows:

- up to a consecutive 30-day supply, excluding Specialty Medications after 2 refills, at a retail Participating Pharmacy, unless limited by the drug manufacturer's packaging; or
- up to a consecutive 90-day supply at a home delivery Participating Pharmacy, unless limited by the drug manufacturer's packaging; or
- to a dosage and/or dispensing limit as determined by the P&T Committee.

HC-PHR1                                            04-10
                                                   V2 M

Coverage for Prescription Drugs and Related Supplies is limited to "generic" drugs unless a generic alternative does not exist or state law does not permit substitution.

In the event that you or your Physician insists on a more expensive "brand-name" drug where a "generic" drug would otherwise have been dispensed, you will be financially responsible for the amount by which the cost of the "brand-name" drug exceeds the cost of the "generic" drug, plus the required Copayment identified in the Schedule.

Coverage for certain Prescription Drugs and Related Supplies requires your Physician to obtain authorization prior to prescribing. Prior authorization may include, for example, a step therapy determination. Step therapy determines the specific usage progression of therapeutically equivalent drug products or supplies appropriate for treatment of a specific condition. If your Physician wishes to request coverage for Prescription Drugs or Related Supplies for which prior authorization is required, your Physician may call or complete the appropriate prior authorization form and fax it to Cigna to request a prior authorization for coverage of the Prescription Drugs or Related Supplies. Your Physician should make this request before writing the prescription.

If the request is approved, your Physician will receive confirmation. The authorization will be processed in our claim system to allow you to have coverage for those Prescription Drugs or Related Supplies. The length of the authorization will depend on the diagnosis and Prescription Drugs or Related Supplies. When your Physician advises you that coverage for the Prescription Drugs or Related Supplies has been approved, you should contact the Pharmacy to fill the prescription(s).

If the request is denied, your Physician and you will be notified that coverage for the Prescription Drugs or Related Supplies is not authorized. If you disagree with a coverage decision, you may appeal that decision in accordance with the provisions of the policy, by submitting a written request stating why the Prescription Drugs or Related Supplies should be covered.

If you have questions about a specific prior authorization request, you should call Member Services at the toll-free number on the ID card.

All drugs newly approved by the Food and Drug Administration (FDA) are designated as either non-Preferred or non-Prescription Drug List drugs until the P&T Committee clinically evaluates the Prescription Drug for a different designation. Prescription Drugs that represent an advance over available therapy according to the FDA will be reviewed by the P&T Committee within six months after FDA approval. Prescription Drugs that appear to have therapeutic qualities similar to those of an already marketed drug according to the FDA, will not be reviewed by the P&T Committee for at least six months after FDA approval. In the case of compelling clinical data, an ad hoc group will be formed to make an interim decision on the merits of a Prescription Drug.

HC-PHR2                                            04-10
                                                   V6

### Your Payments

Coverage for Prescription Drugs and Related Supplies purchased at a Pharmacy is subject to the Copayment or Coinsurance shown in the Schedule, after you have satisfied your Prescription Drug Deductible, if applicable. Please refer

CONFIDENTIAL

CIGNA04347938



to the Schedule for any required Copayments, Coinsurance, Deductibles or Maximums if applicable.

In no event will the Copayment or Coinsurance for the Prescription Drug or Related Supply exceed the amount paid by the plan to the Pharmacy, or the Pharmacy's Usual and Customary (U&C) charge. Usual & Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts that Pharmacy usually applies to its customers regardless of the customer's payment source.

HC-PHR3                                                          04-10
                                                                 V4

## Exclusions

No payment will be made for the following expenses:

- drugs available over the counter that do not require a prescription by federal or state law unless state or federal law requires coverage of such drugs;
- any drug that is a pharmaceutical alternative to an over-the-counter drug other than insulin;
- a drug class in which at least one of the drugs is available over the counter and the drugs in the class are deemed to be therapeutically equivalent as determined by the P&T Committee;
- any injectable drugs that require Physician supervision and are not typically considered self-administered drugs. The following are examples of Physician supervised drugs: Injectables used to treat hemophilia and RSV (respiratory syncytial virus), chemotherapy injectables and endocrine and metabolic agents;
- Food and Drug Administration (FDA) approved drugs used for purposes other than those approved by the FDA unless the drug is recognized for the treatment of the particular indication in the standard reference compendia (AHFS or The American Hospital Formulary Service Drug Information) or in medical literature. Medical literature means scientific studies published in peer-reviewed English-language bio-medical journals;
- prescription and nonprescription supplies (such as ostomy supplies), devices, and appliances other than Related Supplies;
- implantable contraceptive products;
- drugs used for cosmetic purposes such as drugs used to reduce wrinkles, drugs to promote hair growth as well as drugs used to control perspiration and fade cream products;
- immunization agents, biological products for allergy immunization, biological sera, blood, blood plasma and other blood products or fractions and medications used for travel prophylaxis;

- replacement of Prescription Drugs and Related Supplies due to loss or theft;
- drugs used to enhance athletic performance;
- drugs which are to be taken by or administered to you while you are a patient in a licensed Hospital, Skilled Nursing Facility, rest home or similar institution which operates on its premises or allows to be operated on its premises a facility for dispensing pharmaceuticals;
- prescriptions more than one year from the original date of issue;
- any drugs that are experimental or investigational as described under the Medical "Exclusions" section of your certificate.

Other limitations are shown in the Medical "Exclusions" section of your certificate.

HC-PHR4                                                          05-12
                                                                 V24 M

## Reimbursement/Filing a Claim

When you or your Dependents purchase your Prescription Drugs or Related Supplies through a retail Participating Pharmacy, you pay any applicable Copayment, Coinsurance or Deductible shown in the Schedule at the time of purchase. You do not need to file a claim form unless you are unable to purchase Prescription Drugs at a Participating Pharmacy for Emergency Services.

To purchase Prescription Drugs or Related Supplies from a home delivery Participating Pharmacy, see your home delivery drug introductory kit for details, or contact member services for assistance.

See your Employer's Benefit Plan Administrator to obtain the appropriate claim form.

HC-PHR5                                                          04-10
                                                                 V2

## Exclusions, Expenses Not Covered and General Limitations

### Exclusions and Expenses Not Covered

**Additional coverage limitations determined by plan or provider type are shown in the Schedule. Payment for the following is specifically excluded from this plan:**

- care for health conditions that are required by state or local law to be treated in a public facility.
- care required by state or federal law to be supplied by a public school system or school district.
- care for military service disabilities treatable through governmental services if you are legally entitled to such treatment and facilities are reasonably available.

83

CONFIDENTIAL                                              CIGNA04347939



- treatment of an Injury or Sickness which is due to war, declared, or undeclared, riot or insurrection.
- charges which you are not obligated to pay or for which you are not billed or for which you would not have been billed except that they were covered under this plan. For example, if Cigna determines that a provider is or has waived, reduced, or forgiven any portion of its charges and/or any portion of copayment, deductible, and/or coinsurance amount(s) you are required to pay for a Covered Service (as shown on the Schedule) without Cigna's express consent, then Cigna in its sole discretion shall have the right to deny the payment of benefits in connection with the Covered Service, or reduce the benefits in proportion to the amount of the copayment, deductible, and/or coinsurance amounts waived, forgiven or reduced, regardless of whether the provider represents that you remain responsible for any amounts that your plan does not cover. In the exercise of that discretion, Cigna shall have the right to require you to provide proof sufficient to Cigna that you have made your required cost share payment(s) prior to the payment of any benefits by Cigna. This exclusion includes, but is not limited to, charges of a Non-Participating Provider who has agreed to charge you or charged you at an in-network benefits level or some other benefits level not otherwise applicable to the services received.
- charges arising out of or relating to any violation of a healthcare-related state or federal law or which themselves are a violation of a healthcare-related state or federal law.
- assistance in the activities of daily living, including but not limited to eating, bathing, dressing or other Custodial Services or self-care activities, homemaker services and services primarily for rest, domiciliary or convalescent care.
- for or in connection with experimental, investigational or unproven services.

  Experimental, investigational and unproven services are medical, surgical, diagnostic, psychiatric, substance abuse or other health care technologies, supplies, treatments, procedures, drug therapies or devices that are determined by the utilization review Physician to be:

  - not demonstrated, through existing peer-reviewed, evidence-based, scientific literature to be safe and effective for treating or diagnosing the condition or sickness for which its use is proposed;
  - not approved by the U.S. Food and Drug Administration (FDA) or other appropriate regulatory agency to be lawfully marketed for the proposed use;
  - the subject of review or approval by an Institutional Review Board for the proposed use except as provided in the "Clinical Trials" section(s) of this plan; or

- the subject of an ongoing phase I, II or III clinical trial, except for routine patient care costs related to qualified clinical trials as provided in the "Clinical Trials" section(s) of this plan.
- cosmetic surgery and therapies. Cosmetic surgery or therapy is defined as surgery or therapy performed to improve or alter appearance or self-esteem or to treat psychological symptomatology or psychosocial complaints related to one's appearance.
- The following services are excluded from coverage regardless of clinical indications: Macromastia or Gynecomastia Surgeries; Surgical treatment of varicose veins; Abdominoplasty; Panniculectomy; Rhinoplasty; Blepharoplasty; Redundant skin surgery; Removal of skin tags; Acupressure; Craniosacral/cranial therapy; Dance therapy, Movement therapy; Applied kinesiology; Rolfing; Prolotherapy; and Extracorporeal shock wave lithotripsy (ESWL) for musculoskeletal and orthopedic conditions.
- dental treatment of the teeth, gums or structures directly supporting the teeth, including dental X-rays, examinations, repairs, orthodontics, periodontics, casts, splints and services for dental malocclusion, for any condition. Charges made for services or supplies provided for or in connection with an accidental injury to sound natural teeth are covered provided a continuous course of dental treatment is started within six months of an accident. Sound natural teeth are defined as natural teeth that are free of active clinical decay, have at least 50% bony support and are functional in the arch.
- medical and surgical services, initial and repeat, intended for the treatment or control of obesity, except for treatment of clinically severe (morbid) obesity as shown in Covered Expenses, including: medical and surgical services to alter appearance or physical changes that are the result of any surgery performed for the management of obesity or clinically severe (morbid) obesity; and weight loss programs or treatments, whether prescribed or recommended by a Physician or under medical supervision.
- unless otherwise covered in this plan, for reports, evaluations, physical examinations, or hospitalization not required for health reasons including, but not limited to, employment, insurance or government licenses, and court-ordered, forensic or custodial evaluations.
- court-ordered treatment or hospitalization, unless such treatment is prescribed by a Physician and listed as covered in this plan.
- any services or supplies for the treatment of male or female sexual dysfunction such as, but not limited to, treatment of erectile dysfunction (including penile implants), anorgasmy, and premature ejaculation.

CONFIDENTIAL

CIGNA04347940



- medical and Hospital care and costs for the infant child of a Dependent, unless this infant child is otherwise eligible under this plan.
- nonmedical counseling or ancillary services, including but not limited to Custodial Services, education, training, vocational rehabilitation, behavioral training, biofeedback, neurofeedback, hypnosis, sleep therapy, employment counseling, back school, return to work services, work hardening programs, driving safety, and services, training, educational therapy or other nonmedical ancillary services for learning disabilities, developmental delays, autism (except as may otherwise be covered under the plan) or mental retardation.
- therapy or treatment intended primarily to improve or maintain general physical condition or for the purpose of enhancing job, school, athletic or recreational performance, including but not limited to routine, long term, or maintenance care which is provided after the resolution of the acute medical problem and when significant therapeutic improvement is not expected.
- consumable medical supplies other than ostomy supplies and urinary catheters. Excluded supplies include, but are not limited to bandages and other disposable medical supplies, skin preparations and test strips, except as specified in the "Home Health Services" or "Breast Reconstruction and Breast Prostheses" sections of this plan.
- private Hospital rooms and/or private duty nursing except as provided under the Home Health Services provision.
- personal or comfort items such as personal care kits provided on admission to a Hospital, television, telephone, newborn infant photographs, complimentary meals, birth announcements, and other articles which are not for the specific treatment of an Injury or Sickness.
- artificial aids including, but not limited to, corrective orthopedic shoes, arch supports, elastic stockings, garter belts, corsets and dentures.
- aids or devices that assist with nonverbal communications, including but not limited to communication boards, prerecorded speech devices, laptop computers, desktop computers, Personal Digital Assistants (PDAs), Braille typewriters, visual alert systems for the deaf and memory books.
- eyeglass lenses and frames and contact lenses (except for the first pair of contact lenses for treatment of keratoconus or post-cataract surgery).
- routine refractions, eye exercises and surgical treatment for the correction of a refractive error, including radial keratotomy.
- all noninjectable prescription drugs, injectable prescription drugs that do not require Physician supervision and are typically considered self-administered drugs, nonprescription drugs, and investigational and experimental drugs, except as provided in this plan.
- routine foot care, including the paring and removing of corns and calluses or trimming of nails. However, services associated with foot care for diabetes and peripheral vascular disease are covered when Medically Necessary.
- membership costs or fees associated with health clubs, weight loss programs and smoking cessation programs.
- genetic screening or pre-implantations genetic screening. General population-based genetic screening is a testing method performed in the absence of any symptoms or any significant, proven risk factors for genetically linked inheritable disease.
- dental implants for any condition.
- fees associated with the collection or donation of blood or blood products, except for autologous donation in anticipation of scheduled services where in the utilization review Physician's opinion the likelihood of excess blood loss is such that transfusion is an expected adjunct to surgery.
- blood administration for the purpose of general improvement in physical condition.
- cost of biologicals that are medications for the purpose of travel, or to protect against occupational hazards and risks.
- cosmetics, dietary supplements and health and beauty aids.
- all nutritional supplements and formulae except for infant formula needed for the treatment of inborn errors of metabolism.
- medical treatment for a person age 65 or older, who is covered under this plan as a retiree, or their Dependent, when payment is denied by the Medicare plan because treatment was received from a nonparticipating provider.
- medical treatment when payment is denied by a Primary Plan because treatment was received from a nonparticipating provider.
- for or in connection with an Injury or Sickness arising out of, or in the course of, any employment for wage or profit.
- email consultations.
- charges for the delivery of health-related services and information via telecommunications technologies, including telephones and "Skype Like" consultations via personal computers or smart phones, unless provided as specifically described under Covered Services.
- massage therapy.

85

CONFIDENTIAL

CIGNA04347941



## General Limitations

No payment will be made for expenses incurred for you or any one of your Dependents:

- for charges made by a Hospital owned or operated by or which provides care or performs services for, the United States Government, if such charges are directly related to a military-service-connected Injury or Sickness.

- to the extent that you or any one of your Dependents is in any way paid or entitled to payment for those expenses by or through a public program, other than Medicaid.

- to the extent that payment is unlawful where the person resides when the expenses are incurred.

- for charges which would not have been made if the person had no insurance.

- to the extent that they are more than Maximum Reimbursable Charges.

- to the extent of the exclusions imposed by any certification requirement shown in this plan.

- expenses for supplies, care, treatment, or surgery that are not Medically Necessary.

- charges made by any covered provider who is a member of your or your Dependent's family.

- expenses incurred outside the United States other than expenses for medically necessary urgent or emergent care while temporarily traveling abroad.

HC-EXC56                                                    10-14
                                                            V6 M

## Medicare Eligibles

Cigna will pay as the Secondary Plan as permitted by the Social Security Act of 1965 as amended for the following:

(a) a former Employee who is eligible for Medicare and whose insurance is continued for any reason as provided in this plan;

(b) a former Employee's Dependent, or a former Dependent Spouse, who is eligible for Medicare and whose insurance is continued for any reason as provided in this plan;

(c) an Employee whose Employer and each other Employer participating in the Employer's plan have fewer than 100 Employees and that Employee is eligible for Medicare due to disability;

(d) the Dependent of an Employee whose Employer and each other Employer participating in the Employer's plan have fewer than 100 Employees and that Dependent is eligible for Medicare due to disability;

(e) an Employee or a Dependent of an Employee of an Employer who has fewer than 20 Employees, if that person is eligible for Medicare due to age;

(f) an Employee, retired Employee, Employee's Dependent or retired Employee's Dependent who is eligible for Medicare due to End Stage Renal Disease after that person has been eligible for Medicare for 30 months;

Cigna will assume the amount payable under:

- Part A of Medicare for a person who is eligible for that Part without premium payment, but has not applied, to be the amount he would receive if he had applied.

- Part B of Medicare for a person who is entitled to be enrolled in that Part, but is not, to be the amount he would receive if he were enrolled.

- Part B of Medicare for a person who has entered into a private contract with a provider, to be the amount he would receive in the absence of such private contract.

A person is considered eligible for Medicare on the earliest date any coverage under Medicare could become effective for him.

This reduction will not apply to any Employee and his Dependent or any former Employee and his Dependent unless he is listed under (a) through (f) above.

### Domestic Partners

Under federal law, the Medicare Secondary Payer Rules do not apply to Domestic Partners covered under a group health plan when Medicare coverage is due to age. Therefore, when Medicare coverage is due to age, Medicare is always the Primary Plan for a person covered as a Domestic Partner, and Cigna is the Secondary Plan. However, when Medicare coverage is due to disability, the Medicare Secondary Payer rules explained above will apply.

HC-COB1                                                    04-10
                                                            V5

## Payment of Benefits

### To Whom Payable

Medical Benefits are assignable to the provider. When you assign benefits to a provider, you have assigned the entire amount of the benefits due on that claim. If the provider is overpaid because of accepting a patient's payment on the charge, it is the provider's responsibility to reimburse the patient. Because of Cigna's contracts with providers, all claims from contracted providers should be assigned.

Cigna may, at its option, make payment to you for the cost of any Covered Expenses from a Non-Participating Provider even if benefits have been assigned. When benefits are paid to

CONFIDENTIAL

CIGNA04347942

the determination within 15 days after receiving the request. However, if more time is needed due to matters beyond Cigna's control, Cigna will notify you or your representative within 15 days after receiving your request. This notice will include the date a determination can be expected, which will be no more than 30 days after receipt of the request. If more time is needed because necessary information is missing from the request, the notice will also specify what information is needed, and you or your representative must provide the specified information to Cigna within 45 days after receiving the notice. The determination period will be suspended on the date Cigna sends such a notice of missing information, and the determination period will resume on the date you or your representative responds to the notice.

If the determination periods above would seriously jeopardize your life or health, your ability to regain maximum function, or in the opinion of a Physician with knowledge of your health condition, cause you severe pain which cannot be managed without the requested services, Cigna will make the preservice determination on an expedited basis. Cigna's Physician will defer to the determination of the treating Physician, regarding whether an expedited determination is necessary. Cigna will notify you or your representative of an expedited determination within 72 hours after receiving the request.

However, if necessary information is missing from the request, Cigna will notify you or your representative within 24 hours after receiving the request to specify what information is needed. You or your representative must provide the specified information to Cigna within 48 hours after receiving the notice. Cigna will notify you or your representative of the expedited benefit determination within 48 hours after you or your representative responds to the notice. Expedited determinations may be provided orally, followed within 3 days by written or electronic notification.

If you or your representative fails to follow Cigna's procedures for requesting a required preservice determination, Cigna will notify you or your representative of the failure and describe the proper procedures for filing within 5 days (or 24 hours, if an expedited determination is required, as described above) after receiving the request. This notice may be provided orally, unless you or your representative requests written notification.

### Concurrent Determinations

When an ongoing course of treatment has been approved for you and you wish to extend the approval, you or your representative must request a required concurrent coverage determination at least 24 hours prior to the expiration of the approved period of time or number of treatments. When you or your representative requests such a determination, Cigna will notify you or your representative of the determination within 24 hours after receiving the request.

### Postservice Determinations

When you or your representative requests a coverage determination after services have been rendered, Cigna will notify you or your representative of the determination within 30 days after receiving the request. However, if more time is needed to make a determination due to matters beyond Cigna's control, Cigna will notify you or your representative within 30 days after receiving the request. This notice will include the date a determination can be expected, which will be no more than 45 days after receipt of the request.

If more time is needed because necessary information is missing from the request, the notice will also specify what information is needed, and you or your representative must provide the specified information to Cigna within 45 days after receiving the notice. The determination period will be suspended on the date Cigna sends such a notice of missing information, and the determination period will resume on the date you or your representative responds to the notice.

### Notice of Adverse Determination

Every notice of an adverse benefit determination will be provided in writing or electronically, and will include all of the following that pertain to the determination: information sufficient to identify the claim; the specific reason or reasons for the adverse determination; reference to the specific plan provisions on which the determination is based; a description of any additional material or information necessary to perfect the claim and an explanation of why such material or information is necessary; a description of the plan's review procedures and the time limits applicable, including a statement of a claimant's rights to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on appeal, (if applicable); upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination regarding your claim; and an explanation of the scientific or clinical judgment for a determination that is based on a Medical Necessity, experimental treatment or other similar exclusion or limit; information about any office of health insurance consumer assistance or ombudsman available to assist you with the appeal process; and in the case of a claim involving urgent care, a description of the expedited review process applicable to such claim.

HC-FED47                                                                  03-13

## Medical - When You Have a Complaint or an Appeal

For the purposes of this section, any reference to "you," "your," or "Member" also refers to a representative or provider designated by you to act on your behalf; unless otherwise noted.

CONFIDENTIAL                                                      CIGNA04347944

Cigna

"Physician Reviewers" are licensed Physicians depending on the care, service or treatment under review.

We want you to be completely satisfied with the care you receive. That is why we have established a process for addressing your concerns and solving your problems.

**Start With Member Services**

We are here to listen and help. If you have a concern regarding a person, a service, the quality of care, contractual benefits, or a rescission of coverage, you may call the toll-free number on your Benefit Identification card, explanation of benefits, or claim form and explain your concern to one of our Member Services representatives. You may also express that concern in writing.

We will do our best to resolve the matter on your initial contact. If we need more time to review or investigate your concern, we will get back to you as soon as possible, but in any case within 30 days. If you are not satisfied with the results of a coverage decision, you may start the appeals procedure.

**Appeals Procedure**

Cigna has a two-step appeals procedure for coverage decisions. To initiate an appeal, you must submit a request for an appeal in writing to Cigna within 365 days of receipt of a denial notice. You should state the reason why you feel your appeal should be approved and include any information supporting your appeal. If you are unable or choose not to write, you may ask Cigna to register your appeal by telephone. Call or write us at the toll-free number on your Benefit Identification card, explanation of benefits, or claim form.

**Level-One Appeal**

Your appeal will be reviewed and the decision made by someone not involved in the initial decision. Appeals involving Medical Necessity or clinical appropriateness will be considered by a health care professional.

For level-one appeals, we will respond in writing with a decision within 15 calendar days after we receive an appeal for a required preservice or concurrent care coverage determination, and within 30 calendar days after we receive an appeal for a postservice coverage determination. If more time or information is needed to make the determination, we will notify you in writing to request an extension of up to 15 calendar days and to specify any additional information needed to complete the review.

You may request that the appeal process be expedited if, (a) the time frames under this process would seriously jeopardize your life, health or ability to regain maximum functionality or in the opinion of your Physician would cause you severe pain which cannot be managed without the requested services; or (b) your appeal involves nonauthorization of an admission or continuing inpatient Hospital stay.

If you request that your appeal be expedited based on (a) above, you may also ask for an expedited external Independent Review at the same time, if the time to complete an expedited level-one appeal would be detrimental to your medical condition.

Cigna's Physician Reviewer, in consultation with the treating Physician, will decide if an expedited appeal is necessary. When an appeal is expedited, Cigna will respond orally with a decision within 72 hours, followed up in writing.

**Level-Two Appeal**

If you are dissatisfied with our level-one appeal decision, you may request a second review. To initiate a level-two appeal, follow the same process required for a level-one appeal.

Requests for a level-two appeal regarding the Medical Necessity or clinical appropriateness of your issue will be conducted by a Committee, which consists of one or more people not previously involved in the prior decision. The Committee will consult with at least one Physician in the same or similar specialty as the care under consideration, as determined by Cigna's Physician Reviewer. You may present your situation to the Committee in person or by conference call.

For required preservice and concurrent care coverage determinations the Committee review will be completed within 15 calendar days and for post service claims, the Committee review will be completed within 30 calendar days. If more time or information is needed to make the determination, we will notify you in writing to request an extension of up to 15 calendar days and to specify any additional information needed by the Committee to complete the review.

In the event any new or additional information (evidence) is considered, relied upon or generated by Cigna in connection with the level-two appeal, Cigna will provide this information to you as soon as possible and sufficiently in advance of the Committee's decision, so that you will have an opportunity to respond. Also, if any new or additional rationale is considered by Cigna, Cigna will provide the rationale to you as soon as possible and sufficiently in advance of the Committee's decision so that you will have an opportunity to respond.

You will be notified in writing of the Committee's decision within 5 business days after the Committee meeting, and within the Committee review time frames above if the Committee does not approve the requested coverage.

You may request that the appeal process be expedited if, the time frames under this process would seriously jeopardize your life, health or ability to regain maximum functionality or in the opinion of your Physician, would cause you severe pain which cannot be managed without the requested services; or your appeal involves nonauthorization of an admission or continuing inpatient Hospital stay. Cigna's Physician



Reviewer, in consultation with the treating Physician, will decide if an expedited appeal is necessary. When an appeal is expedited, Cigna will respond orally with a decision within 72 hours, followed up in writing.

**Independent Review Procedure**

If you are not fully satisfied with the decision of Cigna's level-two appeal review and the appeal involves medical judgment or a rescission of coverage, you may request that your appeal be referred to an Independent Review Organization. The Independent Review Organization is composed of persons who are not employed by Cigna HealthCare, or any of its affiliates. A decision to request an appeal to an Independent Review Organization will not affect the claimant's rights to any other benefits under the plan.

There is no charge for you to initiate this Independent Review Process. Cigna will abide by the decision of the Independent Review Organization.

To request a review, you must notify the Appeals Coordinator within 365 days of your receipt of Cigna's level-two appeal review denial. Cigna will then forward the file to the Independent Review Organization. The Independent Review Organization will render an opinion within 45 days.

When requested, and if a delay would be detrimental to your medical condition, as determined by Cigna's Physician Reviewer, or if your appeal concerns an admission, availability of care, continued stay, or health care item or service for which you received emergency services, but you have not yet been discharged from a facility, the review shall be completed within 72 hours.

**Notice of Benefit Determination on Appeal**

Every notice of a determination on appeal will be provided in writing or electronically and, if an adverse determination, will include: information sufficient to identify the claim; the specific reason or reasons for the adverse determination; reference to the specific plan provisions on which the determination is based; a statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records, and other Relevant Information as defined; a statement describing any voluntary appeal procedures offered by the plan and the claimant's right to bring an action under ERISA section 502(a); upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination regarding your appeal, and an explanation of the scientific or clinical judgment for a determination that is based on a Medical Necessity, experimental treatment or other similar exclusion or limit; and information about any office of health insurance consumer assistance or ombudsman available to assist you in the appeal process. A final notice of an adverse determination will include a discussion of the decision.

You also have the right to bring a civil action under section 502(a) of ERISA if you are not satisfied with the decision on review. You or your plan may have other voluntary alternative dispute resolution options such as Mediation. One way to find out what may be available is to contact your local U.S. Department of Labor office and your State insurance regulatory agency. You may also contact the Plan Administrator.

**Relevant Information**

Relevant Information is any document, record or other information which: was relied upon in making the benefit determination; was submitted, considered or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; demonstrates compliance with the administrative processes and safeguards required by federal law in making the benefit determination; or constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

**Legal Action**

If your plan is governed by ERISA, you have the right to bring a civil action under section 502(a) of ERISA if you are not satisfied with the outcome of the Appeals Procedure. In most instances, you may not initiate a legal action against Cigna until you have completed the Level-One and Level-Two appeal processes. If your appeal is expedited, there is no need to complete the Level-Two process prior to bringing legal action. However, no action will be brought at all unless brought within three years after proof of claim is required under the Plan. However, no action will be brought at all unless brought within 3 years after a claim is submitted for In-Network Services or within three years after proof of claim is required under the Plan for Out-of-Network services.

HC-FED58                                                                 01-14 M

# Definitions

**Active Service**

You will be considered in Active Service:

- on any of your Employer's scheduled work days if you are performing the regular duties of your work on a full-time basis on that day either at your Employer's place of business or at some location to which you are required to travel for your Employer's business.

CONFIDENTIAL                                                         CIGNA04347946



- on a day which is not one of your Employer's scheduled work days if you were in Active Service on the preceding scheduled work day.

HC-DFS1　04-10　V1

**Bed and Board**

The term Bed and Board includes all charges made by a Hospital on its own behalf for room and meals and for all general services and activities needed for the care of registered bed patients.

HC-DFS2　04-10　V2

**Charges**

The term "charges" means the actual billed charges; except when the provider has contracted directly or indirectly with Cigna for a different amount.

HC-DFS3　04-10　V1

**Custodial Services**

Any services that are of a sheltering, protective, or safeguarding nature. Such services may include a stay in an institutional setting, at-home care, or nursing services to care for someone because of age or mental or physical condition. This service primarily helps the person in daily living. Custodial care can also provide medical services, given mainly to maintain the person's current state of health. These services cannot be intended to greatly improve a medical condition; they are intended to provide care while the patient cannot care for himself or herself. Custodial Services include but are not limited to:

- Services related to watching or protecting a person;
- Services related to performing or assisting a person in performing any activities of daily living, such as: walking, grooming, bathing, dressing, getting in or out of bed, toileting, eating, preparing foods, or taking medications that can be self administered, and
- Services not required to be performed by trained or skilled medical or paramedical personnel.

HC-DFS4　04-10　V1

**Dependent**

Dependents are:

- your lawful spouse; or
- your Domestic Partner; and
- any child of yours who is:
  - less than 26 years old.

- 26 or more years old and primarily supported by you and incapable of self-sustaining employment by reason of mental or physical disability which arose while the child was covered as a Dependent under this Plan, or while covered as a dependent under a prior plan with no break in coverage.

  Proof of the child's condition and dependence must be submitted to Cigna within 31 days after the date the child ceases to qualify above. From time to time, but not more frequently than once a year, Cigna may require proof of the continuation of such condition and dependence.

The term child means a child born to you or a child legally adopted by you. It also includes a stepchild or a child for whom you are the legal guardian. If your Domestic Partner has a child, that child will also be included as a Dependent.

Benefits for a Dependent child will continue until the last day of the calendar month in which the limiting age is reached.

Anyone who is eligible as an Employee will not be considered as a Dependent spouse. A child under age 26 may be covered as either an Employee or as a Dependent child. You cannot be covered as an Employee while also covered as a Dependent of an Employee.

No one may be considered as a Dependent of more than one Employee.

HC-DFS673　07-14　V1 M

**Domestic Partner**

A Domestic Partner is defined as a person of the same or opposite sex who:

- shares your permanent residence;
- has resided with you for no less than one year;
- is no less than 18 years of age;
- is financially interdependent with you and has proven such interdependence by providing documentation of at least two of the following arrangements: common ownership of real property or a common leasehold interest in such property; community ownership of a motor vehicle; a joint bank account or a joint credit account; designation as a beneficiary for life insurance or retirement benefits or under your partner's will; assignment of a durable power of attorney or health care power of attorney; or such other proof as is considered by Cigna to be sufficient to establish financial interdependency under the circumstances of your particular case;
- is not a blood relative any closer than would prohibit legal marriage; and
- has signed jointly with you, a notarized affidavit attesting to the above which can be made available to Cigna upon request.

CONFIDENTIAL　CIGNA04347947



In addition, you and your Domestic Partner will be considered to have met the terms of this definition as long as neither you nor your Domestic Partner:

- has signed a Domestic Partner affidavit or declaration with any other person within twelve months prior to designating each other as Domestic Partners hereunder;

- is currently legally married to another person; or

- has any other Domestic Partner, spouse or spouse equivalent of the same or opposite sex.

You and your Domestic Partner must have registered as Domestic Partners, if you reside in a state that provides for such registration.

HC-DFS47                                                            04-10
                                                                   V1 M

**Emergency Medical Condition**

Emergency medical condition means a medical condition which manifests itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy; serious impairment to bodily functions; or serious dysfunction of any bodily organ or part.

HC-DFS394                                                          11-10

**Emergency Services**

Emergency services means, with respect to an emergency medical condition, a medical screening examination that is within the capability of the emergency department of a hospital, including ancillary services routinely available to the emergency department to evaluate the emergency medical condition; and such further medical examination and treatment, to the extent they are within the capabilities of the staff and facilities available at the hospital, to stabilize the patient.

HC-DFS393                                                          11-10

**Employee**

The term Employee means a full-time employee (except for Evolution Health which is based on field visits tracked and reported as appropriate) of the Employer who is currently in Active Service. The term does not include employees who are part-time or temporary or who normally work less than 30 hours a week for the Employer.

HC-DFS7                                                            04-10
                                                                   V3 M

**Employer**

The term Employer means the plan sponsor self-insuring the benefits described in this booklet, on whose behalf Cigna is providing claim administration services.

HC-DFS8                                                            04-10
                                                                   V1

**Essential Health Benefits**

Essential health benefits means, to the extent covered under the plan, expenses incurred with respect to covered services, in at least the following categories: ambulatory patient services, emergency services, hospitalization, maternity and newborn care, mental health and substance use disorder services, including behavioral health treatment, prescription drugs, rehabilitative and habilitative services and devices, laboratory services, preventive and wellness services and chronic disease management and pediatric services, including oral and vision care.

HC-DFS411                                                          01-11

**Expense Incurred**

An expense is incurred when the service or the supply for which it is incurred is provided.

HC-DFS10                                                           04-10
                                                                   V1

**Free-Standing Surgical Facility**

The term Free-standing Surgical Facility means an institution which meets all of the following requirements:

- it has a medical staff of Physicians, Nurses and licensed anesthesiologists;

- it maintains at least two operating rooms and one recovery room;

- it maintains diagnostic laboratory and x-ray facilities;

- it has equipment for emergency care;

- it has a blood supply;

- it maintains medical records;

- it has agreements with Hospitals for immediate acceptance of patients who need Hospital Confinement on an inpatient basis; and

- it is licensed in accordance with the laws of the appropriate legally authorized agency.

HC-DFS11                                                           04-10
                                                                   V1

CONFIDENTIAL                                                    CIGNA04347948



**Hospice Care Program**

The term Hospice Care Program means:

- a coordinated, interdisciplinary program to meet the physical, psychological, spiritual and social needs of dying persons and their families;
- a program that provides palliative and supportive medical, nursing and other health services through home or inpatient care during the illness;
- a program for persons who have a Terminal Illness and for the families of those persons.

HC-DFS51                                                        04-10
                                                                V1

**Hospice Care Services**

The term Hospice Care Services means any services provided by: a Hospital, a Skilled Nursing Facility or a similar institution, a Home Health Care Agency, a Hospice Facility, or any other licensed facility or agency under a Hospice Care Program.

HC-DFS52                                                        04-10
                                                                V1

**Hospice Facility**

The term Hospice Facility means an institution or part of it which:

- primarily provides care for Terminally Ill patients;
- is accredited by the National Hospice Organization;
- meets standards established by Cigna; and
- fulfills any licensing requirements of the state or locality in which it operates.

HC-DFS53                                                        04-10
                                                                V1

**Hospital**

The term Hospital means:

- an institution licensed as a hospital, which: maintains, on the premises, all facilities necessary for medical and surgical treatment; provides such treatment on an inpatient basis, for compensation, under the supervision of Physicians; and provides 24-hour service by Registered Graduate Nurses;
- an institution which qualifies as a hospital, a psychiatric hospital or a tuberculosis hospital, and a provider of services under Medicare, if such institution is accredited as a hospital by the Joint Commission on the Accreditation of Healthcare Organizations; or
- an institution which: specializes in treatment of Mental Health and Substance Abuse or other related illness; provides residential treatment programs; and is licensed in

accordance with the laws of the appropriate legally authorized agency.

The term Hospital will not include an institution which is primarily a place for rest, a place for the aged, or a nursing home.

HC-DFS48                                                        04-10
                                                                V1

**Hospital Confinement** or **Confined in a Hospital**

A person will be considered Confined in a Hospital if he is:

- a registered bed patient in a Hospital upon the recommendation of a Physician;
- receiving treatment for Mental Health and Substance Abuse Services in a Partial Hospitalization program;
- receiving treatment for Mental Health and Substance Abuse Services in a Mental Health or Substance Abuse Residential Treatment Center.

HC-DFS49                                                        04-10
                                                                V1

**Injury**

The term Injury means an accidental bodily injury.

HC-DFS12                                                        04-10
                                                                V1

**Maximum Reimbursable Charge - Medical**

The Maximum Reimbursable Charge for covered services is determined based on the lesser of:

- the provider's normal charge for a similar service or supply; or
- a policyholder-selected percentile of charges made by providers of such service or supply in the geographic area where it is received as compiled in a database selected by Cigna.

The percentile used to determine the Maximum Reimbursable Charge is listed in The Schedule.

The Maximum Reimbursable Charge is subject to all other benefit limitations and applicable coding and payment methodologies determined by Cigna. Additional information about how Cigna determines the Maximum Reimbursable Charge or for help determining the Maximum Reimbursable Charge for a specified service is available upon request by calling the toll-free number shown on your ID card.

HC-DFS13                                                        04-10
                                                                V1

CONFIDENTIAL

CIGNA04347949



## Medicaid

The term Medicaid means a state program of medical aid for needy persons established under Title XIX of the Social Security Act of 1965 as amended.

HC-DFS16                                                                04-10
                                                                         V1

## Medically Necessary/Medical Necessity

Medically Necessary Covered Services and Supplies are those determined by the Medical Director to be:

- required to diagnose or treat an illness, injury, disease or its symptoms;

- in accordance with generally accepted standards of medical practice;

- clinically appropriate in terms of type, frequency, extent, site and duration;

- not primarily for the convenience of the patient, Physician or other health care provider; and

- rendered in the least intensive setting that is appropriate for the delivery of the services and supplies. Where applicable, the Medical Director may compare the cost-effectiveness of alternative services, settings or supplies when determining least intensive setting.

HC-DFS19                                                                04-10
                                                                         V1

## Medicare

The term Medicare means the program of medical care benefits provided under Title XVIII of the Social Security Act of 1965 as amended.

HC-DFS17                                                                04-10
                                                                         V1

## Necessary Services and Supplies

The term Necessary Services and Supplies includes any charges, except charges for Bed and Board, made by a Hospital on its own behalf for medical services and supplies actually used during Hospital Confinement, any charges, by whomever made, for licensed ambulance service to or from the nearest Hospital where the needed medical care and treatment can be provided; and any charges, by whomever made, for the administration of anesthetics during Hospital Confinement.

The term Necessary Services and Supplies will not include any charges for special nursing fees, dental fees or medical fees.

HC-DFS21                                                                04-10
                                                                         V1

## Nurse

The term Nurse means a Registered Graduate Nurse, a Licensed Practical Nurse or a Licensed Vocational Nurse who has the right to use the abbreviation "R.N.," "L.P.N." or "L.V.N."

HC-DFS22                                                                04-10
                                                                         V1

## Other Health Care Facility/Other Health Professional

The term Other Health Care Facility means a facility other than a Hospital or hospice facility. Examples of Other Health Care Facilities include, but are not limited to, licensed skilled nursing facilities, rehabilitation Hospitals and subacute facilities. The term Other Health Professional means an individual other than a Physician who is licensed or otherwise authorized under the applicable state law to deliver medical services and supplies. Other Health Professionals include, but are not limited to physical therapists, registered nurses and licensed practical nurses. Other Health Professionals do not include providers such as Certified First Assistants, Certified Operating Room Technicians, Certified Surgical Assistants/Technicians, Licensed Certified Surgical Assistants/Technicians, Licensed Surgical Assistants, Orthopedic Physician Assistants and Surgical First Assistants.

HC-DFS23                                                                04-10
                                                                         V1

## Participating Pharmacy

The term Participating Pharmacy means a retail Pharmacy with which Cigna has contracted to provide prescription services to insureds, or a designated home delivery Pharmacy with which Cigna has contracted to provide home delivery prescription services to insureds. A home delivery Pharmacy is a Pharmacy that provides Prescription Drugs through mail order.

HC-DFS60                                                                04-10
                                                                         V1

## Participating Provider

The term Participating Provider means a hospital, a Physician or any other health care practitioner or entity that has a direct or indirect contractual arrangement with Cigna to provide covered services with regard to a particular plan under which the participant is covered.

HC-DFS45                                                                04-10
                                                                         V1

CONFIDENTIAL

CIGNA04347950



**Patient Protection and Affordable Care Act of 2010 ("PPACA")**

Patient Protection and Affordable Care Act of 2010 means the Patient Protection and Affordable Care Act of 2010 (Public Law 111-148) as amended by the Health Care and Education Reconciliation Act of 2010 (Public Law 111-152).

HC-DFS412                                                    01-11

**Pharmacy**

The term Pharmacy means a retail Pharmacy, or a home delivery Pharmacy.

HC-DFS61                                                    04-10
                                                              V1

**Pharmacy & Therapeutics (P & T) Committee**

A committee of Cigna Participating Providers, Medical Directors and Pharmacy Directors which regularly reviews Prescription Drugs and Related Supplies for safety and efficacy. The P&T Committee evaluates Prescription Drugs and Related Supplies for potential addition to or deletion from the Prescription Drug List and may also set dosage and/or dispensing limits on Prescription Drugs and Related Supplies.

HC-DFS62                                                    04-10
                                                              V1

**Physician**

The term Physician means a licensed medical practitioner who is practicing within the scope of his license and who is licensed to prescribe and administer drugs or to perform surgery. It will also include any other licensed medical practitioner whose services are required to be covered by law in the locality where the policy is issued if he is:

- operating within the scope of his license; and
- performing a service for which benefits are provided under this plan when performed by a Physician.

HC-DFS25                                                    04-10
                                                              V1

**Prescription Drug**

Prescription Drug means; a drug which has been approved by the Food and Drug Administration for safety and efficacy; certain drugs approved under the Drug Efficacy Study Implementation review; or drugs marketed prior to 1938 and not subject to review, and which can, under federal or state law, be dispensed only pursuant to a Prescription Order.

HC-DFS63                                                    04-10
                                                              V1

**Prescription Drug List**

Prescription Drug List means a listing of approved Prescription Drugs and Related Supplies. The Prescription Drugs and Related Supplies included in the Prescription Drug List have been approved in accordance with parameters established by the P&T Committee. The Prescription Drug List is regularly reviewed and updated.

HC-DFS64                                                    04-10
                                                              V1

**Prescription Order**

Prescription Order means the lawful authorization for a Prescription Drug or Related Supply by a Physician who is duly licensed to make such authorization within the course of such Physician's professional practice or each authorized refill thereof.

HC-DFS65                                                    04-10
                                                              V1

**Primary Care Physician**

The term Primary Care Physician means a Physician who qualifies as a Participating Provider in general practice, internal medicine, family practice or pediatrics; and who has been selected by you, as authorized by Cigna, to provide or arrange for medical care for you or any of your insured Dependents.

HC-DFS40                                                    04-10
                                                              V1

**Psychologist**

The term Psychologist means a person who is licensed or certified as a clinical psychologist. Where no licensure or certification exists, the term Psychologist means a person who is considered qualified as a clinical psychologist by a recognized psychological association. It will also include any other licensed counseling practitioner whose services are required to be covered by law in the locality where the policy is issued if he is operating within the scope of his license and performing a service for which benefits are provided under this plan when performed by a Psychologist.

HC-DFS26                                                    04-10
                                                              V1

**Related Supplies**

Related Supplies means diabetic supplies (insulin needles and syringes, lancets and glucose test strips), needles and syringes for injectables covered under the pharmacy plan, and spacers for use with oral inhalers.

HC-DFS68                                                    04-10
                                                              V1

**Review Organization**

The term Review Organization refers to an affiliate of Cigna or another entity to which Cigna has delegated responsibility for performing utilization review services. The Review Organization is an organization with a staff of clinicians which may include Physicians, Registered Graduate Nurses, licensed

CONFIDENTIAL

CIGNA04347951



mental health and substance abuse professionals, and other trained staff members who perform utilization review services.

HC-DFS30                                                      04-10
                                                             V1

### Sickness – For Medical Insurance

The term Sickness means a physical or mental illness. It also includes pregnancy. Expenses incurred for routine Hospital and pediatric care of a newborn child prior to discharge from the Hospital nursery will be considered to be incurred as a result of Sickness.

HC-DFS50                                                      04-10
                                                             V1

### Skilled Nursing Facility

The term Skilled Nursing Facility means a licensed institution (other than a Hospital, as defined) which specializes in:

- physical rehabilitation on an inpatient basis; or

- skilled nursing and medical care on an inpatient basis;

but only if that institution: maintains on the premises all facilities necessary for medical treatment; provides such treatment, for compensation, under the supervision of Physicians; and provides Nurses' services.

HC-DFS31                                                      04-10
                                                             V1

### Specialty Medication

The term Specialty Medication means high cost medications which are used to treat rare and chronic conditions which include, but are not limited to, multiple sclerosis, hepatitis C or rheumatoid arthritis.

HC-DFS69                                                      04-10
                                                             V1

### Stabilize

Stabilize means, with respect to an emergency medical condition, to provide such medical treatment of the condition as may be necessary to assure, within reasonable medical probability that no material deterioration of the condition is likely to result from or occur during the transfer of the individual from a facility.

HC-DFS413                                                     01-11

### Terminal Illness

A Terminal Illness will be considered to exist if a person becomes terminally ill with a prognosis of six months or less to live, as diagnosed by a Physician.

HC-DFS54                                                      04-10
                                                             V1

### Urgent Care

Urgent Care is medical, surgical, Hospital or related health care services and testing which are not Emergency Services, but which are determined by Cigna, in accordance with generally accepted medical standards, to have been necessary to treat a condition requiring prompt medical attention. This does not include care that could have been foreseen before leaving the immediate area where you ordinarily receive and/or were scheduled to receive services. Such care includes, but is not limited to, dialysis, scheduled medical treatments or therapy, or care received after a Physician's recommendation that the insured should not travel due to any medical condition.

HC-DFS34                                                      04-10
                                                             V1

**myCigna.com**

CONFIDENTIAL                                        CIGNA04347952