# EXHIBIT 44

# Law Offices of Peter G. Angelos

POINT OF SERVICE MEDICAL
BENEFITS

**EFFECTIVE DATE: October 1, 2013**

CN016
3212708

This document printed in January, 2014 takes the place of any documents previously issued to you which
described your benefits.

Printed in U.S.A.

CONFIDENTIAL

CIGNA08908635

CONFIDENTIAL

CIGNA08908636

# Table of Contents

**Certification** .................................................................................................................................5

**Special Plan Provisions** .................................................................................................................7

**Important Notices** .........................................................................................................................8

**How To File Your Claim** ...............................................................................................................9

**Eligibility - Effective Date** ........................................................................................................10
    Employee Insurance ...................................................................................................................10
    Waiting Period ...........................................................................................................................10
    Dependent Insurance .................................................................................................................11

**Important Information About Your Medical Plan** ...................................................................11

**Point of Service Medical Benefits** ............................................................................................13
    The Schedule .............................................................................................................................13
    Certification Requirements - Out-of-Network ..........................................................................26
    Prior Authorization/Pre-Authorized ........................................................................................27
    Covered Expenses .....................................................................................................................27

**Medical Conversion Privilege** ..................................................................................................40

**Prescription Drug Benefits** .......................................................................................................42
    The Schedule .............................................................................................................................42
    Covered Expenses .....................................................................................................................44
    Limitations .................................................................................................................................44
    Your Payments ..........................................................................................................................45
    Exclusions .................................................................................................................................45
    Reimbursement/Filing a Claim .................................................................................................46

**Vision Benefits** ...........................................................................................................................47
    The Schedule .............................................................................................................................47
    Covered Expenses .....................................................................................................................48
    Exclusions .................................................................................................................................48

**Exclusions, Expenses Not Covered and General Limitations** ...............................................48

**Coordination of Benefits** ...........................................................................................................51

**Expenses For Which A Third Party May Be Responsible** .....................................................54

**Payment of Benefits** ...................................................................................................................55

**Termination of Insurance** .........................................................................................................55
    Employees .................................................................................................................................55
    Dependents ................................................................................................................................55
    Continuation ..............................................................................................................................56
    Rescissions ................................................................................................................................57

**Medical Benefits Extension Upon Coverage Termination** ...................................................57

**Federal Requirements** ...............................................................................................................58
    Notice of Provider Directory/Networks ...................................................................................58

CIGNA08908637

Qualified Medical Child Support Order (QMCSO) ........................................................................58

Special Enrollment Rights Under the Health Insurance Portability & Accountability Act (HIPAA) .................59

Effect of Section 125 Tax Regulations on This Plan................................................................60

Eligibility for Coverage for Adopted Children........................................................................61

Coverage for Maternity Hospital Stay ...............................................................................61

Women's Health and Cancer Rights Act (WHCRA) ...................................................................61

Group Plan Coverage Instead of Medicaid............................................................................61

Pre-Existing Conditions Under the Health Insurance Portability & Accountability Act (HIPAA) ...................61

Requirements of Medical Leave Act of 1993 (as amended) (FMLA) ...........................................62

Uniformed Services Employment and Re-Employment Rights Act of 1994 (USERRA) .................................63

Claim Determination Procedures under ERISA ......................................................................63

COBRA Continuation Rights Under Federal Law ....................................................................65

ERISA Required Information.........................................................................................68

Notice of an Appeal or a Grievance ..............................................................................70

**When You Have A Complaint, An Appeal Or A Grievance**....................................................**70**

**Definitions** .........................................................................................................**74**

CIGNA08908638

*Home Office: Bloomfield, Connecticut*

*Mailing Address: Hartford, Connecticut   06152*

# CIGNA HEALTH AND LIFE INSURANCE COMPANY

a Cigna company (hereinafter called Cigna) certifies that it insures certain Employees for the benefits provided by the following policy(s):

**POLICYHOLDER: Law Offices of Peter G. Angelos**

**GROUP POLICY(S) — COVERAGE**

3212708 - POS1   POINT OF SERVICE MEDICAL BENEFITS

**EFFECTIVE DATE:** October 1, 2013

This certificate describes the main features of the insurance. It does not waive or alter any of the terms of the policy(s). If questions arise, the policy(s) will govern.

This certificate takes the place of any other issued to you on a prior date which described the insurance.

*Anna Krishtul, Corporate Secretary*

HC-CER25

04-10
V1

CONFIDENTIAL

CIGNA08908639

**Explanation of Terms**

You will find terms starting with capital letters throughout your certificate. To help you understand your benefits, most of these terms are defined in the Definitions section of your certificate.

**The Schedule**

**The Schedule is a brief outline of your maximum benefits which may be payable under your insurance. For a full description of each benefit, refer to the appropriate section listed in the Table of Contents.**

CONFIDENTIAL

CIGNA08908640



# Special Plan Provisions

## Case Management

Case Management is a service provided through a Review Organization, which assists individuals with treatment needs that extend beyond the acute care setting. The goal of Case Management is to ensure that patients receive appropriate care in the most effective setting possible whether at home, as an outpatient, or an inpatient in a Hospital or specialized facility. Should the need for Case Management arise, a Case Management professional will work closely with the patient, his or her family and the attending Physician to determine appropriate treatment options which will best meet the patient's needs and keep costs manageable. The Case Manager will help coordinate the treatment program and arrange for necessary resources. Case Managers are also available to answer questions and provide ongoing support for the family in times of medical crisis.

Case Managers are Registered Nurses (RNs) and other credentialed health care professionals, each trained in a clinical specialty area such as trauma, high risk pregnancy and neonates, oncology, mental health, rehabilitation or general medicine and surgery. A Case Manager trained in the appropriate clinical specialty area will be assigned to you or your dependent. In addition, Case Managers are supported by a panel of Physician advisors who offer guidance on up-to-date treatment programs and medical technology. While the Case Manager recommends alternate treatment programs and helps coordinate needed resources, the patient's attending Physician remains responsible for the actual medical care.

- You, your dependent or an attending Physician can request Case Management services by calling the **toll-free number** shown on your ID card during normal business hours, Monday through Friday. In addition, your employer, a claim office or a utilization review program (see the PAC/CSR section of your certificate) may refer an individual for Case Management.
- The Review Organization assesses each case to determine whether Case Management is appropriate.
- You or your Dependent is contacted by an assigned Case Manager who explains in detail how the program works. Participation in the program is voluntary - no penalty or benefit reduction is imposed if you do not wish to participate in Case Management.
- Following an initial assessment, the Case Manager works with you, your family and Physician to determine the needs of the patient and to identify what alternate treatment programs are available (for example, in-home medical care

in lieu of an extended Hospital convalescence). You are not penalized if the alternate treatment program is not followed.
- The Case Manager arranges for alternate treatment services and supplies, as needed (for example, nursing services or a Hospital bed and other Durable Medical Equipment for the home).
- The Case Manager also acts as a liaison between the insurer, the patient, his or her family and Physician as needed (for example, by helping you to understand a complex medical diagnosis or treatment plan).
- Once the alternate treatment program is in place, the Case Manager continues to manage the case to ensure the treatment program remains appropriate to the patient's needs.

While participation in Case Management is strictly voluntary, Case Management professionals can offer quality, cost-effective treatment alternatives, as well as provide assistance in obtaining needed medical resources and ongoing family support in a time of need.

HC-SPP2                                                                                      04-10
                                                                                              V1

## Notice Regarding Emergency Services and Urgent Care

In the event of an Emergency, get help immediately. Go to the nearest emergency room, the nearest Hospital or call or ask someone to call 911 or your local emergency service, police or fire department for help. You do not need a referral from your PCP for Emergency Services, but you need to call your PCP as soon as possible for further assistance and advice on follow-up care. If you require specialty care or a Hospital admission, your PCP will coordinate it and handle the necessary authorizations for care or hospitalization. Participating Providers are on call 24 hours a day, seven days a week to assist you when you need Emergency Services.

If you receive Emergency Services outside the service area, you must notify the Review Organization as soon as reasonably possible. The Review Organization may arrange to have you transferred to a Participating Provider for continuing or follow-up care, if it is determined to be medically safe to do so.

## Urgent Care Inside the Service Area

For Urgent Care inside the service area, you must take all reasonable steps to contact your PCP for direction and you must receive care from a Participating Provider, unless otherwise authorized by your PCP or the Review Organization.

CONFIDENTIAL

CIGNA08908641



**Urgent Care Outside the Service Area**

In the event you need Urgent Care while outside the service area, you should, whenever possible, contact your PCP for direction and authorization prior to receiving services.

**Continuing or Follow-up Treatment**

Continuing or follow-up treatment, whether in or out of the service area is not covered unless it is provided or arranged for by your PCP or upon prior authorization by the Review Organization.

HC-SPP5                                                  04-10
                                                         V1

# Important Notices

**Direct Access to Obstetricians and Gynecologists**

You do not need prior authorization from the plan or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in our network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, visit www.mycigna.com or contact customer service at the phone number listed on the back of your ID card.

**Selection of a Primary Care Provider**

This plan generally requires the designation of a primary care provider. You have the right to designate any primary care provider who participates in the network and who is available to accept you or your family members. Until you make this designation, Cigna designates one for you. For information on how to select a primary care provider, and for a list of the participating primary care providers, visit www.mycigna.com or contact customer service at the phone number listed on the back of your ID card.

For children, you may designate a pediatrician as the primary care provider.

HC-NOT5                                                  01-11

**Problems With Your Insurance?** If you are having problems with your insurance company, do not hesitate to contact the insurance company to resolve your problem. Please call the number shown on your identification card or claim form.

You can also contact the **Maryland Insurance Administration** and file a complaint. You can contact them in writing or by telephone. Please write to:

> Maryland Insurance Administration
> Consumer Complaints & Investigation
> 200 St. Paul Place, Suite 2700
> Baltimore, MD 21202

or you can call 1-800-492-6116, or 410-468-2244 (Fax: 410-468-2260).

For plans with Participating Providers: To receive a directory of Participating Providers you may call the number on your Benefit Identification card or visit the web site at www.cigna.com.

**Important Information About Your Pharmacy and Vision Benefits Plan**

**Generally, all non-Emergency Services care must be provided by a Participating Pharmacy or Vision Provider to be covered. Emergency Services are received in connection with an unforeseen illness, injury, or a condition requiring immediate care will always be covered as if received from a Participating Pharmacy or Vision Provider, even if such care was received from a non-Participating Pharmacy or Vision Provider.**

Standing Referral for Services by a Participating Specialist

You may receive a standing referral, to a participating Specialist, if: your Primary Care Physician determines, with the Specialist, that you need continuing care from the Specialist, you have a condition or disease that is life threatening, degenerative, chronic or disabling, and requires specialized medical care, and the Specialist has expertise in the treating such disease or condition.

A standing referral will be made in accordance with a written treatment plan for a covered service developed by your Primary Care Physician, the Specialist and you.

Referral For Services by a Non-Participating Specialist or Nonphysician Specialist

You may receive a referral to a non-participating specialist or nonphysician specialist if: you are diagnosed with a condition or disease that requires specialized health care services or medical care; we do not have a participating specialist or nonphysician specialist with the professional training and expertise to treat or provide health care services for the condition or disease; or we cannot provide reasonable access to a specialist or nonphysician specialist with the professional training and expertise to treat or provide health care services for the condition or disease without unreasonable delay or travel. Any deductible, copayment or coinsurance applicable to the services for which the referral is requested will be calculated as if the services were received from a Participating Provider.

CONFIDENTIAL                                          CIGNA08908642



**Qualified Medical Child Support Order (QMCSO)**

**Eligibility for Coverage Under a QMCSO**

If a Qualified Medical Child Support Order (QMCSO) is issued for your child, that child will be eligible for coverage as required by the order and you will not be considered a Late Entrant for Dependent Insurance.

You, your child's noninsuring parent, a state child support enforcement agency or the Maryland Department of Health and Mental Hygiene must notify your Employer and elect coverage for that child. If you yourself are not already enrolled, you must elect coverage for both yourself and your child. We will enroll both you and your child within 20 business days of our receipt of the QMCSO from your Employer.

Eligibility for coverage will not be denied on the grounds that the child: was born out of wedlock; is not claimed as a dependent on the Employee's federal income tax return; does not reside with the Employee or within the plan's service area; or is receiving, or is eligible to receive, benefits under the Maryland Medical Assistance Program.

**Qualified Medical Child Support Order Defined**

A Qualified Medical Child Support Order is a judgment, decree or order (including approval of a settlement agreement) or administrative notice, which is issued pursuant to a state domestic relations law (including a community property law), or to an administrative process, which provides for child support or provides for health benefit coverage to such child and relates to benefits under the group health plan, and satisfies all of the following:

- the order recognizes or creates a child's right to receive group health benefits for which a participant or beneficiary is eligible;
- the order specifies your name and last known address, and the child's name and last known address, except that the name and address of an official of a state or political subdivision may be substituted for the child's mailing address;
- the order provides a description of the coverage to be provided, or the manner in which the type of coverage is to be determined;
- the order states the period to which it applies; and
- if the order is a National Medical Support Notice completed in accordance with the Child Support Performance and Incentive Act of 1998, such Notice meets the requirements above.

The QMCSO may not require the health insurance policy to provide coverage for any type or form of benefit or option not otherwise provided under the policy, except that an order may require a plan to comply with State laws regarding health care coverage.

**Claims**

Claims will be accepted from the noninsuring parent, from the child's health care provider or from the state child support enforcement agency. Payment will be directed to whomever submits the claim.

**Payment of Benefits**

Any payment of benefits in reimbursement for Covered Expenses paid by the child, or the child's custodial parent or legal guardian, shall be made to the child, the child's custodial parent or legal guardian, or a state official whose name and address have been substituted for the name and address of the child.

**Termination of Coverage Under a QMCSO**

Coverage required by a QMCSO will continue until we receive written evidence that: the order is no longer in effect; the child is or will be enrolled under a comparable health plan which takes effect not later than the effective date of disenrollment; dependent coverage has been eliminated for all Employees; or you are no longer employed by the Employer, except that if you elect to exercise the provisions of the federal Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), coverage will be provided for the child consistent with the Employer's plan for postemployment health insurance coverage for Dependents.

HC-IMP89                                                          04-10

                                                                  V1

# How To File Your Claim

There's no paperwork for In-Network care. Just show your identification card and pay your share of the cost, if any; your provider will submit a claim to Cigna for reimbursement. Out-of-Network claims can be submitted by the provider if the provider is able and willing to file on your behalf. If the provider is not submitting on your behalf, you must send your completed claim form and itemized bills to the claims address listed on the claim form.

You may get the required claim forms from the website listed on your identification card or by calling Member Services using the toll-free number on your identification card. If Cigna does not provide you claim forms within 15 days after your notice of claim is received, you are considered to have complied with the requirements of the policy, as to proof of loss, if you submit – within the time period described in the "Timely Filing of Claims" provision below – written proof of the occurrence, character and extent of the loss for which the claim is made.

CONFIDENTIAL

CIGNA08908643



**CLAIM REMINDERS**

- BE SURE TO USE YOUR MEMBER ID AND ACCOUNT/GROUP NUMBER WHEN YOU FILE CIGNA'S CLAIM FORMS, OR WHEN YOU CALL YOUR CIGNA CLAIM OFFICE.

  YOUR MEMBER ID IS THE ID SHOWN ON YOUR BENEFIT IDENTIFICATION CARD.

  YOUR ACCOUNT/GROUP NUMBER IS SHOWN ON YOUR BENEFIT IDENTIFICATION CARD.

- BE SURE TO FOLLOW THE INSTRUCTIONS LISTED ON THE BACK OF THE CLAIM FORM CAREFULLY WHEN SUBMITTING A CLAIM TO CIGNA.

**Timely Filing of Out-of-Network Claims**

Cigna will consider claims for coverage under our plans when proof of loss (a claim) is submitted within 180 days for Out-of-Network benefits after services are rendered. If services are rendered on consecutive days, such as for a Hospital Confinement, the limit will be counted from the last date of service. If claims are not submitted within 180 days for Out-of-Network benefits, the claim will not be invalidated or reduced if it was not reasonably possible to submit the proof within the required time, if the proof is furnished as soon as reasonably possible and, except in the absence of legal capacity of the claimant, not later than one year after the time proof is otherwise received.

**Statements Not Warranties**

All statements made by you will, in the absence of fraud, be deemed representations and not warranties. No statement made by you to obtain insurance will be used to avoid the insurance or reduce benefits under the policy after your insurance has been in force for a period of two years during your lifetime. Additionally, no such statement will be used to avoid the insurance or reduce benefits under the policy unless the statement was material to the risk assumed, and unless the statement was made in writing and signed by you, and unless a copy of it is sent to you or your Beneficiary.

**WARNING:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information; commits a fraudulent insurance act.

HC-CLM26                                                  04-11
                                                         V1

# Eligibility - Effective Date

## Employee Insurance

This plan is offered to you as an Employee.

### Eligibility for Employee Insurance

You will become eligible for insurance on the day you complete the waiting period if:

- you are in a Class of Eligible Employees; and
- you are an eligible, full-time Employee; and
- you normally work at least 30 hours a week; and
- you pay any required contribution.

If you were previously insured and your insurance ceased, you must satisfy the Waiting Period to become insured again. If your insurance ceased because you were no longer employed in a Class of Eligible Employees, you are not required to satisfy any waiting period if you again become a member of a Class of Eligible Employees within one year after your insurance ceased.

### Eligibility for Dependent Insurance

You will become eligible for Dependent insurance on the later of:

- the day you become eligible for yourself; or
- the day you acquire your first Dependent.

## Waiting Period

The first day of the month following 30 days from date of hire.

### Classes of Eligible Employees

Each Employee as reported to the insurance company by your Employer.

### Effective Date of Employee Insurance

You will become insured on the date you elect the insurance by signing an approved payroll deduction or enrollment form, as applicable, but no earlier than the date you become eligible.

You will become insured on your first day of eligibility, following your election, if you are in Active Service on that date, or if you are not in Active Service on that date due to your health status.

### Late Entrant - Employee

You are a Late Entrant if:

- you elect the insurance more than 30 days after you become eligible; or

CONFIDENTIAL

CIGNA08908644



- you again elect it after you cancel your payroll deduction (if required).

## Dependent Insurance

For your Dependents to be insured, you will have to pay the required contribution, if any, toward the cost of Dependent Insurance.

### Effective Date of Dependent Insurance

Insurance for your Dependents will become effective on the date you elect it by signing an approved payroll deduction form (if required), but no earlier than the day you become eligible for Dependent Insurance. All of your Dependents as defined will be included.

Your Dependents will be insured only if you are insured.

### Late Entrant – Dependent

You are a Late Entrant for Dependent Insurance if:

- you elect that insurance more than 30 days after you become eligible for it; or

- you again elect it after you cancel your payroll deduction (if required).

### Exception for Certain Dependent Children

Any Dependent child:

- born; or

- newly adopted; or

- newly granted to your guardianship by a court or testamentary appointment

while you are insured will become insured on such date of birth, adoption, or appointment, as applicable.

If a premium contribution is required for you to add such child to your Dependent Insurance, you must elect to insure the child within 31 days after the date of the birth, adoption or appointment as applicable, in order to continue the child's coverage after the end of that 31-day period. If your Dependent Insurance for the child ends at the end of that 31-day period, no benefits for expenses incurred after the 31st day will be payable.

Any Dependent child(ren) who were covered as dependents under your spouse's group health insurance certificate, on the date of your spouse's death, may be added as Dependents to your Medical Insurance under this plan at any time and without evidence of good health. To do so, you must elect the Dependent Insurance within 6 months after the date of your spouse's death.

This provision applies regardless of whether the Dependent child(ren) are eligible for any continuation or conversion privileges under the spouse's group health insurance certificate.

### Exception for Certain Spouses and Children

If you are married, and your spouse and/or children are covered under the spouse's group health insurance certificate on the date the spouse loses coverage under that certificate because of the involuntary termination of the spouse's employment other than for cause, then you may add your spouse and/or children to your Medical Insurance under this plan without evidence of good health. To do so, you must notify the Policyholder and elect the Dependent Insurance within 6 months after the date on which the spouse's prior group health insurance coverage terminates.

HC-ELG48                                                         04-10
                                                                  V1

# Important Information About Your Medical Plan

Details of your medical benefits are described on the following pages.

### Primary Care Physician

Choice of Primary Care Physician:

When you elect Medical Insurance, you will select a Primary Care Physician for yourself and your Dependents from a list provided by Cigna. The Primary Care Physician you select for yourself may be different from the Primary Care Physician you select for each of your Dependents.

Primary Care Physician's Role/Your Responsibility:

The Primary Care Physician's role is to provide or arrange for medical care for you and any of your Dependents.

You and your Dependents are responsible for contacting and obtaining the authorization of the Primary Care Physician, as required, prior to seeking medical care. (You are responsible for obtaining such authorization on behalf of a Dependent who is a minor.)

Changing Primary Care Physicians:

You may request a transfer from one Primary Care Physician to another by contacting us at the member services number on your ID card. Any such transfer will be effective on the first day of the month following the month in which the processing of the change request is completed.

In addition, if at any time a Primary Care Physician ceases to be a Participating Provider, you or your Dependent will be notified for the purpose of selecting a new Primary Care Physician, if you choose.

### Standing Referral for Services by a Participating Specialist

You may receive a standing referral, to a participating Specialist, if: your Primary Care Physician determines, with

CONFIDENTIAL                                          CIGNA08908645



the Specialist, that you need continuing care from the Specialist; you have a condition or disease that is life threatening, degenerative, chronic or disabling, and requires specialized medical care; and the Specialist has expertise in the treating such disease or condition.

A standing referral will be made in accordance with a written treatment plan for a covered service developed by your Primary Care Physician, the Specialist and you.

### Referral For Services by a Non-Participating Specialist or Nonphysician Specialist

You may receive a referral to a non-participating specialist or nonphysician specialist if: you are diagnosed with a condition or disease that requires specialized health care services or medical care; we do not have a participating specialist or nonphysician specialist with the professional training and expertise to treat or provide health care services for the condition or disease; or we cannot provide reasonable access to a specialist or nonphysician specialist with the professional training and expertise to treat or provide health care services for the condition or disease without unreasonable delay or travel. Any deductible, copayment or coinsurance applicable to the services for which the referral is requested will be calculated as if the services were received from a Participating Provider.

### Direct Access for OB/GYN Services

Female insureds covered by this plan are allowed direct access to a licensed/certified Participating Provider for covered OB/GYN services. There is no requirement to obtain an authorization of care from your Primary Care Physician for visits to the Participating Provider of your choice for pregnancy, well-woman gynecological exams, primary and preventive gynecological care, and acute gynecological conditions.

### Direct Access for Chiropractic Care Services

Insureds covered by this plan are allowed direct access to a licensed/certified Participating Provider for In-Network covered Chiropractic Care services. There is no requirement to obtain an authorization of care from your Primary Care Physician for visits to the Participating Provider of your choice for Chiropractic Care.

### Direct Access for Mental Health and Substance Abuse Services

Insureds covered by this plan are allowed direct access to a licensed/certified Participating Provider for covered Mental Health and Substance Abuse Services. There is no requirement to obtain an authorization of care from your Primary Care Physician for individual or group therapy visits to the Participating Provider of your choice for Mental Health and Substance Abuse.

HC-IMP87                                                                04-10
                                                                       V1

**myCigna.com**

CONFIDENTIAL                                         CIGNA08908646



| **Point of Service Medical Benefits** |
|---|
| **The Schedule** |

**For You and Your Dependents**

Point of Service Medical Benefits provide coverage for care In-Network and Out-of-Network. To receive Point of Service Medical Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for services and supplies. That portion is the Copayment, Deductible or Coinsurance.

If you are unable to locate an In-Network Provider in your area who can provide you with a service or supply that is covered under this plan, you must call the number on the back of your I.D. card to obtain authorization for Out-of-Network Provider coverage. If you obtain authorization for services provided by an Out-of-Network Provider, benefits for those services will be covered at the In-Network benefit level.

**Coinsurance**

The term Coinsurance means the percentage of charges for Covered Expenses that an insured person is required to pay under the plan. However for the purposes of this Schedule, the percentage an insured person is required to pay equals the difference between 100% and the percentage that is paid by Cigna as shown in the following Benefit Highlights pages.

**Copayments/Deductibles**

Copayments are expenses to be paid by you or your Dependent for covered services. Deductibles are also expenses to be paid by you or your Dependent.  Deductible amounts are separate from and not reduced by Copayments. Copayments and Deductibles are in addition to any Coinsurance.  Once the Deductible maximum in The Schedule has been reached, you and your family need not satisfy any further medical deductible for the rest of that year.

**Out-of-Pocket Expenses**

Out-of-Pocket Expenses are Covered Expenses incurred for charges that are not paid by the benefit plan. The following Expenses contribute to the Out-of-Pocket Maximum, and when the Out-of-Pocket Maximum shown in The Schedule is reached, they are payable by the benefit plan at 100%:

- Coinsurance.
- Any coinsurance, copayments and/or benefit deductibles for the following:
  - inpatient hospital facility.

Once the Out-of-Pocket Maximum is reached for covered services that apply to the Out-of-Pocket Maximum, any copayments and/or benefit deductibles are no longer required.

The following Out-of-Pocket Expenses and charges do not contribute to the Out-of-Pocket Maximum, and they are not payable by the benefit plan at 100% when the Out-of-Pocket Maximum shown in The Schedule is reached:

- Non-compliance penalties.
- Plan Deductible.
- Any copayments and/or benefit deductibles not listed above as accumulating to the Out of Pocket maximum.
- Provider charges in excess of the Maximum Reimbursable Charge.

**Contract Year**

Contract Year means a twelve month period beginning on each 10/01.

**Multiple Surgical Reduction (Out-of-Network)**

Multiple surgeries performed during one operating session result in payment reduction of 50% to the surgery of lesser charge. The most expensive procedure is paid as any other surgery.

**myCigna.com**

CONFIDENTIAL

CIGNA08908647



## Point of Service Medical Benefits

### The Schedule

**Assistant Surgeon and Co-Surgeon Charges**

**Assistant Surgeon**

The maximum amount payable will be limited to charges made by an assistant surgeon that do not exceed a percentage of the surgeon's allowable charge as specified in Cigna Reimbursement Policies. (For purposes of this limitation, allowable charge means the amount payable to the surgeon prior to any reductions due to coinsurance or deductible amounts.)

**Co-Surgeon**

The maximum amount payable for charges made by co-surgeons will be limited to the amount specified in Cigna Reimbursement Policies.

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Lifetime Maximum** | Unlimited | |
| **The Percentage of Covered Expenses the Plan Pays**<br><br>**Note:**<br>"No charge" means an insured person is not required to pay Coinsurance. | 100% | 80% of the Maximum Reimbursable Charge |
| **Maximum Reimbursable Charge**<br><br>In no event will Cigna's allowed amount paid to a non-Participating Provider for a covered health care service be less than the allowed amount paid to a similarly licensed provider who is a Participating Provider, for the same service in the same geographical region.<br><br>Maximum Reimbursable Charge is determined based on the lesser of the provider's normal charge for a similar service or supply; or<br><br>A percentile of charges made by providers of such service or supply in the geographic area where the service is received. These charges are compiled in a database we have selected.<br>**Note:**<br>The provider may bill you for the difference between the provider's normal charge and the Maximum Reimbursable Charge, in addition to applicable deductibles, copayments and coinsurance. | Not Applicable | 80th Percentile |

CONFIDENTIAL

CIGNA08908648



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
| --- | --- | --- |
| **Contract Year Deductible** | | |
| Individual | Not Applicable | $500 per person |
| Family Maximum | Not Applicable | $1,000 per family |
| Family Maximum Calculation **Individual Calculation:** Family members meet only their individual deductible and then their claims will be covered under the plan coinsurance; if the family deductible has been met prior to their individual deductible being met, their claims will be paid at the plan coinsurance. | | |
| **Out-of-Pocket Maximum** | | |
| Individual | Not Applicable | $5,000 per person |
| Family Maximum | Not Applicable | $10,000 per family |
| Family Maximum Calculation **Individual Calculation:** Family members meet only their individual Out-of-Pocket and then their claims will be covered at 100%; if the family Out-of-Pocket has been met prior to their individual Out-of-Pocket being met, their claims will be paid at 100%. | | |
| **Physician's Services** | | |
| Primary Care Physician's Office Visit | No charge after $10 per office visit copay | 80% after plan deductible |
| Specialty Care Physician's Office Visits   Consultant and Referral Physician's Services | No charge after $10 Specialist per office visit copay | 80% after plan deductible |
| Surgery Performed in the Physician's Office | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Second Opinion Consultations (provided on a voluntary basis) | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Allergy Treatment/Injections | No charge after either the $10 PCP or $10 Specialist per office visit copay or the actual charge, whichever is less | 80% after plan deductible |
| Allergy Serum (dispensed by the Physician in the office) | No charge | 80% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA08908649



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Preventive Care** | | |
| Routine Preventive Care (all ages) | No charge | 80% |
| Immunizations (all ages) | No charge | 80% |
| **Mammograms** | | |
| Preventive Care Related Services (i.e. "routine" services) | No charge | 80% after plan deductible |
| Diagnostic Related Services (i.e. "non-routine" services) | 100% | 80% after plan deductible |
| **PSA, PAP Smear and Mandated Screening Tests**<br><br>Screenings include:<br><br>• Prostate Cancer including a digital rectal exam and PSA<br>• Colorectal Cancer<br>• Breast Cancer<br>• Osteoporosis prevention and treatment including bone mass measurement<br>• Chlamydia and Human Papillomavirus (HPV) | | |
| Preventive Care Related Services (i.e. "routine" services) | No charge | 80% after plan deductible |
| Diagnostic Related Services (i.e. "non-routine" services) | 100% | 80% after plan deductible |
| **Inpatient Hospital - Facility Services** | No charge after $100 per admission copay | 80% after plan deductible |
| Semi-Private Room and Board | Limited to the semi-private room negotiated rate | Limited to the semi-private room rate |
| Private Room | Limited to the semi-private room negotiated rate | Limited to the semi-private room rate |
| Special Care Units (ICU/CCU) | Limited to the negotiated rate | Limited to the ICU/CCU daily room rate |
| **Outpatient Facility Services** | | |
| Operating Room, Recovery Room, Procedures Room, Treatment Room and Observation Room and when provided instead of an inpatient service, when an attending physician's request for an inpatient admission has been denied. | No charge | 80% after plan deductible |
| **Inpatient Hospital Physician's Visits/Consultations** | No charge | 80% after plan deductible |

CONFIDENTIAL

CIGNA08908650



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Inpatient Hospital Professional Services** | No charge | 80% after plan deductible |
| Surgeon | | |
| Radiologist | | |
| Pathologist | | |
| Anesthesiologist | | |
| **Outpatient Professional Services** | No charge | 80% after plan deductible |
| Surgeon | | |
| Radiologist | | |
| Pathologist | | |
| Anesthesiologist | | |

**Emergency and Urgent Care Services**

**Note:**

The Maximum Reimbursable Charge for Emergency Services is determined based on the greater of these amounts:

- the amount negotiated, if any, with In-Network providers for the Emergency Service furnished. If there is more than one amount negotiated with In-Network providers for the Emergency Service, the amount described is the median of these amounts. In determining the median, the amount negotiated with each In-Network provider is treated as a separate amount, even if the same amount is paid to more than one provider.
- the amount for the Emergency Service calculated using the same method the plan generally uses to determine payments for Out-of-Network Services.
- the amount that would be paid under Medicare for the Emergency Service.

| | | |
|---|---|---|
| Physician's Office Visit | No charge after the $10 PCP or $10 Specialist per office visit copay | Same as In-Network |
| Hospital Emergency Room | No charge after $50 per visit copay (Copay waived if admitted) | Same as In-Network |
| Outpatient Professional Services (radiology, pathology, ER physician) | No charge | Same as In-Network |
| Urgent Care Facility or Outpatient Facility | No charge after $50 per visit copay (Copay waived if admitted) | Same as In-Network |
| X-ray and/or Lab performed at the Emergency Room/Urgent Care Facility (billed by the facility as part of the ER/UC visit) | No charge | Same as In-Network |
| Independent X-ray and/or Lab Facility in conjunction with an ER visit | No charge | Same as In-Network |
| Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans, PET Scans etc.) | No charge | Same as In-Network |
| Ambulance | No charge | Same as In-Network |

CONFIDENTIAL

CIGNA08908651



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Inpatient Services at Other Health Care Facilities** | No charge | 80% after plan deductible |
| Includes Skilled Nursing Facility, Rehabilitation Hospital and Sub-Acute Facilities | | |
| Contract Year Maximum: 120 days combined | | |
| No prior hospitalization required | | |
| **Laboratory and Radiology Services (includes pre-admission testing)** | | |
| Physician's Office Visit | No charge | 80% after plan deductible |
| Outpatient Hospital Facility | No charge for facility charges; no charge for outpatient professional charges | 80% after plan deductible |
| Independent X-ray and/or Lab Facility | No charge | 80% after plan deductible |
| **Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans and PET Scans)** | | |
| Physician's Office Visit | No charge | 80% after plan deductible |
| Inpatient Facility | No charge | 80% after plan deductible |
| Outpatient Facility | No charge | 80% after plan deductible |
| **Outpatient Short-Term Rehabilitative Therapy** | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Contract Year Maximum: 20 days for all therapies combined | **Note:** The Outpatient Short Term Rehab copay does not apply to services provided as part of a Home Health Care visit. | |
| Includes: Cardiac Rehab Physical Therapy Speech Therapy Occupational Therapy Pulmonary Rehab Cognitive Therapy | | |
| **Habilitative Services for Children Under Age 19** (Including physical, speech and occupational therapy, autism, autism spectrum disorder and cerebral palsy) | | |
| Contract Year Maximum: Unlimited | | |
| **Self-Referral Chiro** Contract Year Maximum: 20 days | | |
| Physician's Office Visit | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA08908652



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Home Health Care**<br><br>In-Network Contract Year Maximum: Unlimited<br><br>Out-of-Network Contract Year: 40 visits (includes outpatient private nursing when approved as medically necessary) | No charge | 80% after plan deductible |
| **Home Visits - Mastectomy or Surgical Removal of a Testicle**<br><br>Contract Year Maximum:<br><br>One visit within 24 hours after discharge from the Hospital or outpatient health facility; one additional visit when approved by the attending Physician for an outpatient procedure or for an inpatient stay of less than 48 hours. | | |
| **Hospice**<br><br>Inpatient Services<br><br>Outpatient Services<br>(same coinsurance level as Home Health Care) | <br><br>No charge<br><br>No charge | <br><br>80% after plan deductible<br><br>80% after plan deductible |
| **Bereavement Counseling**<br><br>Services provided as part of Hospice Care<br><br>Inpatient<br><br>Outpatient<br><br>Services provided by Mental Health Professional | <br><br><br><br>No charge<br><br>No charge<br><br>Covered under Mental Health Benefit | <br><br><br><br>80% after plan deductible<br><br>80% after plan deductible<br><br>Covered under Mental Health Benefit |

**myCigna.com**

CONFIDENTIAL

CIGNA08908653



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Maternity Care Services** | | |
| Initial Visit to Confirm Pregnancy | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| All subsequent Prenatal Visits, Postnatal Visits and Physician's Delivery Charges (i.e. global maternity fee) | No charge | 80% after plan deductible |
| Physician's Office Visits in addition to the global maternity fee when performed by an OB/GYN or Specialist | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Delivery - Facility (Inpatient Hospital, Birthing Center) | No charge after $100 per admission copay | 80% after plan deductible |
| **Note:** Benefit levels will be the same as the benefit levels for Inpatient Hospital Facility Services for any other covered Sickness. | | |
| Home Visits, as required by law and as recommended by the Physician | No charge | No charge |
| **Abortion** | | |
| Includes elective and non-elective procedures | | |
| Physician's Office Visit | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | No charge after $100 per admission copay | 80% after plan deductible |
| Outpatient Facility | No charge | 80% after plan deductible |
| Physician's Services | No charge | 80% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA08908654



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Women's Family Planning Services** | | |
| Physician's Office Visit (tests, counseling) | No charge | 80% after plan deductible |
| **Note:** Includes coverage for contraceptive devices (e.g., Depo-Provera and Intrauterine Devices (IUDs)) as ordered or prescribed by a physician. Diaphragms also are covered when services are provided in the physician's office. | | |
| Surgical Sterilization Procedures for Tubal Ligation (excludes reversals) | | |
| Physician's Office Visit | No charge | 80% after plan deductible |
| Inpatient Facility | No charge | 80% after plan deductible |
| Outpatient Facility | No charge | 80% after plan deductible |
| Physician's Services | No charge | 80% after plan deductible |
| **Men's Family Planning Services** | | |
| Physician's Office Visit (tests, counseling) | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Surgical Sterilization Procedures for Vasectomy (excludes reversals) | | |
| Physician's Office Visit | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | No charge after $100 per admission copay | 80% after plan deductible |
| Outpatient Facility | No charge | 80% after plan deductible |
| Physician's Services | No charge | 80% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA08908655



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Infertility Treatment**<br>Coverage will be provided for the following services:<br><br>• Testing and treatment services performed in connection with an underlying medical condition.<br>• Testing performed specifically to determine the cause of infertility.<br>• Treatment and/or procedures performed specifically to restore fertility (e.g. procedures to correct an infertility condition).<br>• Artificial Insemination.<br>• Outpatient in-vitro fertilization up to 3 attempts per live birth; $100,000 maximum per lifetime. Benefit levels will be the same as the benefit levels for any other pregnancy-related procedures.<br><br>Services Not Covered: Refer to the Covered Expenses, Infertility Services provision of your certificate.<br>**Note:**<br>For services other than Outpatient in-vitro fertilization services, benefit levels will be the same as for any other covered Sickness. | | |
| Physician's Office Visit (Lab and Radiology Tests, Counseling) | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Surgical Procedure Copay | $200 Surgical Copay | 80% after plan deductible |
| Inpatient Facility | No charge after $100 per admission copay | 80% after plan deductible |
| Outpatient Facility | No charge | 80% after plan deductible |
| Physician's Services | No charge | 80% after plan deductible |
| **Organ Transplants**<br>Includes all medically appropriate, non-experimental transplants | | |
| Physician's Office Visit | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | No charge after $100 per admission copay | 80% after plan deductible |
| Inpatient Physician's Services | No charge | 80% after plan deductible |
| Lifetime Travel Maximum: $10,000 per transplant | No charge (only available when using Lifesource facility) | In-Network coverage only |
| **Durable Medical Equipment**<br>Contract Year Maximum: Unlimited | No charge | 80% after plan deductible |

CONFIDENTIAL

CIGNA08908656



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **External Prosthetic Appliances**<br><br>Contract Year Maximum:<br>Unlimited<br><br>**Note:**<br>For EPAs meant to replace, in whole or in part, an arm, a leg or an eye: benefit levels will be the same as the benefit levels for primary care benefits covered under the policy. | No charge after $200 EPA deductible per Contract Year | $200 EPA deductible per Contract Year, then 100% after plan deductible |
| **Hearing Aid Maximum**<br>Up to $1,400 per hearing aid for each hearing impaired ear every 36 months for a dependent child age 18 or younger. | | |
| **Diabetic Equipment**<br><br>Contract Year Maximum:<br>Unlimited | No charge | 80% after plan deductible |
| **Hair Prosthesis Maximum for Hair Loss Resulting from Chemotherapy or Radiation**<br><br>Contract Year Maximum:<br>$350 | | |
| **Nutritional Evaluation**<br><br>Contract Year Maximum:<br>3 visits per person however, the 3 visit limit will not apply to treatment of diabetes. | | |
| Physician's Office Visit | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | No charge after $100 per admission copay | 80% after plan deductible |
| Outpatient Facility | No charge | 80% after plan deductible |
| Physician's Services | No charge | 80% after plan deductible |
| **Dental Care**<br><br>Limited to charges made for a continuous course of dental treatment started within six months of an injury to sound, natural teeth. | | |
| Physician's Office Visit | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | No charge after $100 per admission copay | 80% after plan deductible |
| Outpatient Facility | No charge | 80% after plan deductible |
| Physician's Services | No charge | 80% after plan deductible |

CONFIDENTIAL

CIGNA08908657



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **TMJ Surgical and Non-Surgical**<br>Always excludes appliances and orthodontic treatment. Subject to medical necessity.<br><br>**Note:**<br>Benefit levels will be the same as the benefit levels for any other covered condition, based on the type and location of service provided. | | |
|    Physician's Office Visit | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
|    Inpatient Facility | No charge after $100 per admission copay | 80% after plan deductible |
|    Outpatient Facility | No charge | 80% after plan deductible |
|    Physician's Services | No charge | 80% after plan deductible |
| **Routine Foot Disorders** | Not covered except for services associated with foot care for diabetes and peripheral vascular disease. | Not covered except for services associated with foot care for diabetes and peripheral vascular disease. |
| **Additional Benefits and Provisions**<br>Contract Year Maximum:<br>Unlimited<br><br>Includes:<br><br>• Treatment of Morbid Obesity.<br>• Cleft Lip/Cleft Palate Services.<br>• Breast Reconstruction Surgery.<br>• Breast Prostheses.<br>• Blood Products.<br>• Medical Foods and Low Protein Food Products.<br>• Amino Acid-Based Elemental Formula.<br>• Diabetes Equipment, Supplies and Training.<br>• Clinical Trials.<br>• Dental Care (Anesthesia and Facility Charges).<br><br>**Note:**<br>Benefit levels for these additional benefits are subject to the same cost-sharing requirements as for any other similar covered service, depending on the type and place of the service provided. | | |
| Physician's Office Visit | No charge after the $10 PCP or $10 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | No charge after $100 per admission copay | 80% after plan deductible |
| Outpatient Facility | No charge | 80% after plan deductible |
| Physician's Services | No charge | 80% after plan deductible |

CONFIDENTIAL

CIGNA08908658



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Treatment Resulting From Life Threatening Emergencies** | | |
| Medical treatment required as a result of an emergency, such as a suicide attempt, will be considered a medical expense until the medical condition is stabilized. Once the medical condition is stabilized, whether the treatment will be characterized as either a medical expense or a mental health/substance abuse expense will be determined by the utilization review Physician in accordance with the applicable mixed services claim guidelines. | | |
| **Mental Health and Substance Abuse**<br><br>Contract Year Maximum: Unlimited | You and your Dependent pay any In-Network Deductible, Copayment and benefit deductible shown below plus any Coinsurance, then the Plan pays the Benefit Percentage shown. | You and your Dependent pay any Out-of-Network Deductible, any benefit deductible shown below plus any Coinsurance, then the Plan pays the Benefit Percentage shown. |
| Inpatient<br>**Note:**<br>Benefit levels will be the same as the benefit levels for Inpatient Hospital Facility Services for any other covered Sickness. | No charge after $100 per admission copay | 80% after plan deductible |
| Residential Crisis Services<br>**Note:**<br>Benefit levels will be the same as the benefit levels for Inpatient Hospital Facility Services for any other covered Sickness. | No charge after $100 per admission copay | 80% after plan deductible |
| Outpatient<br>(Includes Individual Therapy, Mental Health Group Therapy, Intensive Outpatient Program, Methadone Maintenance* and Visits for Medication Management)<br><br>*The copayment for methadone maintenance treatment will not be greater than 50% of the daily cost of such treatment. | | |
| Physician's Office Visit<br>**Note:**<br>Benefit levels will be the same as the benefit levels for similar services for physical illnesses. | $10 per visit copay | 80% after plan deductible |
| Partial Hospitalization and Outpatient Facility<br><br>**Note:**<br>Benefit levels will be the same as the benefit levels for Outpatient Facility Services for any other covered Sickness. | No charge | 80% after plan deductible |

**myCigna.com**

CONFIDENTIAL

CIGNA08908659



# Point of Service Medical Benefits

## Certification Requirements - Out-of-Network

### For You and Your Dependents

### Pre-Admission Certification/Continued Stay Review for Hospital Confinement

Pre-Admission Certification (PAC) and Continued Stay Review (CSR) refer to the process used to certify the Medical Necessity and length of a Hospital Confinement when you or your Dependent require treatment in a Hospital:

- as a registered bed patient;
- for a Partial Hospitalization for the treatment of Mental Health or Substance Abuse;
- for Mental Health or Substance Abuse Residential Treatment Services.

You or your Dependent should request PAC prior to any non-emergency treatment in a Hospital described above. The Review Organization will make all initial determinations on whether to authorize or certify a non-emergency course of treatment within two working days of receipt of the information necessary to make their decision; and promptly notify the attending health care provider and patient of that determination. If the Review Organization does not have sufficient information to make a determination within three calendar days of the initial request for health care services, the Review Organization will notify the health care provider that additional information must be provided. For an inpatient or residential crisis services admission for the treatment of a mental, emotional, or substance abuse disorder, the Review Organization will make all determinations on whether to authorize or certify an inpatient admission or an admission for residential crisis services within two hours after receipt of the information necessary to make the determination, and promptly notify the health care provider of that determination.

Written notice of an adverse decision will be sent to you and to the attending health care provider within five working days after the adverse decision has been made.

Covered Expenses incurred will be reduced by 50% for Hospital charges made for each separate admission to the Hospital unless PAC is received: prior to the date of admission; or in the case of an emergency admission, by the end of the first scheduled work day after the date of admission, or as soon as reasonably possible.

Covered Expenses incurred for which benefits would otherwise be payable under this plan for the charges listed below will not include: Hospital charges for Bed and Board, for treatment listed above for which PAC was performed,

which are made for any day in excess of the number of days certified through PAC or CSR; and

- any Hospital charges for treatment listed above for which PAC was requested, but which was not certified as Medically Necessary.

All determinations for an extended stay in a health care facility or additional health care services will be made within one working day of receipt of the information necessary to make that determination. The attending health care provider will be notified promptly of the determination.

In the case of an emergency admission, you should contact the Review Organization by the end of the first scheduled work day after the admission or as soon as reasonably possible. The Review Organization will not render an adverse decision for an emergency admission solely because the Hospital did not notify the Review Organization of the emergency admission within 24 hours or by the end of the first scheduled work day after the admission if the patient's medical condition prevented the Hospital from determining the patient's insurance status and the Review Organization's emergency admission notification requirements. The Review Organization will not render an adverse decision during the first 24 hours after a patient's admission when: the admission is based on a determination that the patient is in imminent danger to self or others; the determination was made by the patient's physician or psychologist in conjunction with a member of the facility's medical staff; and the facility immediately notifies the Review Organization of the patient's admission and the reasons for the admission. The Review Organization will not render an adverse decision for up to 72 hours for a Hospital admission determined to be Medically Necessary for the patient's treating physician when: the admission is an involuntary psychiatric admission; and the Hospital immediately notifies the Review Organization of the patient's admission and the reasons for the admission. CSR should be requested, prior to the end of the certified length of stay, for continued Hospital Confinement.

In the case of an admission due to pregnancy, a call by you to the Review Organization prior to the end of the third month of pregnancy will allow the Review Organization an opportunity to obtain information from you that could determine whether a referral to Cigna's maternity-related case management programs is indicated.

If there is an adverse determination in regard to any of the above determinations, the Review Organization will provide an opportunity for the health care provider to seek a reconsideration by telephone on an expedited basis not to exceed 24 hours.

If a course of treatment has been preauthorized or approved for a patient, the Review Organization will not retrospectively

CONFIDENTIAL                                                                    CIGNA08908660



render an adverse decision regarding the preauthorized or approved services delivered to the patient.

PAC and CSR are performed through a utilization review program by a Review Organization with which Cigna has contracted. A representative of the Review Organization is reasonably accessible to patients and health care providers in Maryland 7 days a week, 24 hours a day.

In any case, those expenses incurred for which payment is excluded by the terms set forth above will not be considered as expenses incurred for the purpose of any other part of this plan, except for the "Coordination of Benefits" section.

**Outpatient Certification Requirements - Out-of-Network**

Outpatient Certification refers to the process used to certify the Medical Necessity of outpatient diagnostic testing and outpatient procedures, including, but not limited to, those listed in this section when performed as an outpatient in a Free-standing Surgical Facility, Other Health Care Facility or a Physician's office. You or your Dependent should call the toll-free number on the back of your I.D. card to determine if Outpatient Certification is required prior to any outpatient diagnostic testing or procedures. Outpatient Certification is performed through a utilization review program by a Review Organization with which Cigna has contracted. Outpatient Certification should only be requested for nonemergency procedures or services, and should be requested by you or your Dependent at least four working days (Monday through Friday) prior to having the procedure performed or the service rendered.

Covered Expenses incurred will be reduced by 50% for charges made for any outpatient diagnostic testing or procedure performed unless Outpatient Certification is received prior to the date the testing or procedure is performed.

Covered Expenses incurred will not include expenses incurred for charges made for outpatient diagnostic testing or procedures for which Outpatient Certification was performed, but, which was not certified as Medically Necessary.

In any case, those expenses incurred for which payment is excluded by the terms set forth above will not be considered as expenses incurred for the purpose of any other part of this plan, except for the "Coordination of Benefits" section.

**Diagnostic Testing and Outpatient Procedures**

Including, but not limited to:

- Advanced radiological imaging – CT Scans, MRI, MRA or PET scans.
- Hysterectomy.

HC-PAC3                                                                04-10
                                                                        V1

**Prior Authorization/Pre-Authorized**

The term Prior Authorization means the approval that a Participating Provider must receive from the Review Organization in order for certain services and benefits to be covered under this policy. Prior Authorization is not required for Emergency Services.

Services that require Prior Authorization include, but are not limited to:

- inpatient Hospital services;
- inpatient services at any participating Other Health Care Facility;
- residential treatment;
- outpatient facility services;
- intensive outpatient programs;
- advanced radiological imaging;
- non-emergency ambulance; or
- transplant services.

HC-PRA2                                                                04-10
                                                                        V1

# Covered Expenses

The term Covered Expenses means the expenses incurred by or on behalf of a person for the charges listed below if they are incurred after he becomes insured for these benefits. Expenses incurred for such charges are considered Covered Expenses to the extent that the services or supplies provided are recommended by a Physician, and are Medically Necessary for the care and treatment of an Injury or a Sickness, as determined by Cigna. **Any applicable Copayments, Deductibles or limits are shown in The Schedule.**

**Covered Expenses**

- charges made by a Hospital, on its own behalf, for Bed and Board and other Necessary Services and Supplies; except that for any day of Hospital Confinement, Covered Expenses will not include that portion of charges for Bed and Board which is more than the Bed and Board Limit shown in The Schedule.
- charges for licensed ambulance service to or from the nearest Hospital where the needed medical care and treatment can be provided.
- charges made by a Hospital, on its own behalf, for medical care and treatment received as an outpatient.

CONFIDENTIAL

CIGNA08908661



- charges made by a Free-Standing Surgical Facility, on its own behalf for medical care and treatment.

- charges made for an outpatient service provided instead of an inpatient service, when an attending physician's request for an inpatient admission is denied after utilization review has been conducted.

- charges for an objective second opinion, when required by a utilization review program.

- charges made on its own behalf, by an Other Health Care Facility, including a Skilled Nursing Facility, a Rehabilitation Hospital or a subacute facility for medical care and treatment; except that for any day of Other Health Care Facility confinement, Covered Expenses will not include that portion of charges which are in excess of the Other Health Care Facility Daily Limit shown in The Schedule.

- charges made for Emergency Services and Urgent Care.

- charges made by a Physician or a Psychologist for professional services.

- charges made by a Nurse, other than a member of your family or your Dependent's family, for professional nursing service.

- charges made for anesthetics and their administration; diagnostic x-ray and laboratory examinations; x-ray, radium, and radioactive isotope treatment; chemotherapy; blood transfusions; oxygen and other gases and their administration.

- charges made for breast cancer screenings in accordance with the latest screening guidelines issued by the American Cancer Society. Coverage will not be provided for breast cancer screenings used to identify breast cancer in asymptomatic women when the screenings are provided by a facility that is not accredited by the American College of Radiology or certified or licensed under a program established by the State of Maryland. A deductible will not apply to this benefit.

- charges for or in connection with a diagnostic exam for prostate cancer including a digital rectal exam and a prostate-specific antigen (PSA) test: for men who are between 40 and 75 years of age; when used for the purpose of guiding patient management in monitoring the response to prostate cancer treatment; when used for staging in determining the need for a bone scan in patients with prostate cancer; or when used for male patients who are at high risk for prostate cancer.

- charges made for laboratory services, radiation therapy and other diagnostic and therapeutic radiological procedures.

- charges made for Family Planning, including medical history, physical exam, related laboratory tests, medical supervision in accordance with generally accepted medical practices, other medical services, information and counseling on contraception, implanted/injected contraceptives, after appropriate counseling, medical services connected with surgical therapies (tubal ligations, vasectomies).

- charges made for the following preventive care services (detailed information is available at www.healthcare.gov.):

  (1) evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the United States Preventive Services Task Force. (however, such recommendations issued in or around November 2009, with respect to breast cancer screenings, mammography and prevention, are not considered to be current);

  (2) immunizations that have in effect a recommendation from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention with respect to the Covered Person involved;

  (3) for infants, children, and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration;

  (4) for women, such additional preventive care and screenings not described in paragraph (1) as provided for in comprehensive guidelines supported by the Health Resources and Services Administration.

Cigna will update the terms of this provision to reflect new recommendations to the preventive care services described herein at the schedule established by the Secretary of health and Human Services.

In addition, Covered Expenses will include expenses incurred for a Dependent child for charges made for Child Preventive Care Services consisting of the following services, delivered or supervised by a Physician, in keeping with prevailing medical standards:

- all visits for and costs of childhood and adolescent immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control including charges for physical examinations, development assessments and parental anticipatory guidance provided in conjunction with these services;

- all visits prior to 4 weeks of age for hereditary and metabolic disease screening (the first screening sample is to be collected before 2 weeks of age) including charges for physical examinations, development assessments and parental anticipatory guidance provided in conjunction with these services;

- all visits for obesity evaluation and management including charges for physical examinations, development

CONFIDENTIAL

CIGNA08908662



assessments and parental anticipatory guidance provided in conjunction with these services;

- all visits for and costs of developmental screenings as recommended by the American Academy of Pediatrics including charges for physical examinations, development assessments and parental anticipatory guidance provided in conjunction with the services.

- all visits for and costs of age-appropriate screening tests for tuberculosis, anemia, lead toxicity, hearing and vision as determined by the American Academy of Pediatrics including charges for physical examinations, development assessments and parental anticipatory guidance provided in conjunction with these services;

- universal hearing screening of newborns provided by a hospital before discharge;

- laboratory tests provided in conjunction with the above services;

excluding any charges for:

- services for which benefits are otherwise provided under this Covered Expenses section;

- services for which benefits are not payable according to the Expenses Not Covered section.

A deductible will not apply to the Child Preventive Care benefit.

- charges made for inpatient hospitalization services for a mother and newborn child for a minimum of: 48 hours on inpatient hospitalization care after an uncomplicated vaginal delivery; and 96 hours of inpatient hospitalization care after an uncomplicated cesarean section. A mother may request a shorter length of stay than that provided if the mother decides, in consultation with her attending provider, that less time is needed for recovery.

If the mother and newborn child have a shorter hospital stay than that provided, coverage is provided for: one home visit scheduled to occur within 24 hours after hospital discharge; and an additional home visit if prescribed by the attending provider. The home visit must: be provided in accordance with generally accepted standards of nursing practice for home care of a mother and newborn child; be provided by a registered nurse with at least one year of experience in maternal and child health nursing or community health nursing with an emphasis on maternal and child health; and include any services required by the attending provider. Coverage for the home visits described in this section are not subject to any deductible.

If the mother and newborn child remain in the hospital for at least the minimum length of time provided, coverage is provided for a home visit if prescribed by the attending provider. The home visit must: be provided in accordance with generally accepted standards of nursing practice for

home care of a mother and newborn child; be provided by a registered nurse with at least one year of experience in maternal and child health nursing or community health nursing with an emphasis on maternal and child health; and include any services required by the attending provider. Coverage for the home visits described in this section are not subject to any deductible.

Additionally, whenever a mother is required to remain hospitalized after childbirth for medical reasons and the mother requests that the newborn also remain in the hospital, coverage will be provided for additional hospitalization for the newborn for up to four days.

- charges for inpatient or outpatient expenses for orthodontics; oral surgery; and otological, audiological and speech/language treatment involved in the management of cleft lip or cleft palate or both.

- charges for covered services provided to an insured person by a community health resource. A community health resource means a nonprofit or for profit health care center or program that offers the primary health care services required by the Maryland Community Health Resources Commission on a sliding fee schedule and without regard to an individual's ability to pay. A community health resource includes: a federally qualified health center; a federally qualified health center "look-alike"; a community health center; a migrant health center; a health care program for the homeless; a primary care program for a public housing project; a local nonprofit and community-owned health care program; a school-based health center; a teaching clinic; a well mobile; a health center controlled operating network; a historic Maryland primary care provider; an outpatient mental health clinic; and any other center or program identified by the Maryland Community Health Resources Commission as a community health resource.

- charges made for testing of bone mass measurement for the prevention, diagnosis, and treatment of osteoporosis when the bone mass measurement is requested by a health care provider for a qualified individual. A "qualified individual" means: an estrogen-deficient individual at clinical risk for osteoporosis; an individual with a specific sign suggestive of spinal osteoporosis, including roentgenographic osteopenia or roentgenographic evidence suggestive of collapse, wedging, or ballooning of one or more thoracic or lumbar vertebral bodies, who is a candidate for therapeutic intervention or for an extensive diagnostic evaluation for metabolic bone disease; an individual receiving long-term glucocorticoid (steroid) therapy; an individual with primary hyperparathyroidism; or an individual being monitored to assess the response to or efficacy of an approved osteoporosis drug therapy.

- charges for a drug that has been prescribed for a use for which it has not been approved by the Food and Drug



Administration (FDA). Such a drug must be covered, provided: the drug must be recognized for the use prescribed in any one of the following established reference compendia (that is, any authoritative compendia as recognized periodically by the federal Secretary of Health and Human Services or the Maryland Insurance Commissioner); The American Hospital Formulary Service; or any national peer-reviewed professional medical journal; the drug has been otherwise approved by the FDA; and the drug has not been contraindicated by the FDA for the off-label use prescribed.

- charges for an annual routine chlamydia screening test for: women who are under age 20 if they are sexually active; women who are at least age 20 if they have multiple risk factors; and men who have multiple risk factors.

  Chlamydia screening means any lab test approved by the FDA that specifically detects infection by one or more agents of chlamydia trachomatis. Multiple risk factors means having a prior history of a sexually transmitted disease, new or multiple sex partners, inconsistent use of barrier contraceptives or cervical ectopy.

- charges for a human papillomavirus screening at the testing intervals outlined in the recommendations for cervical cytology screening developed by the American College of Obstetricians and Gynecologists.

  Human papillomavirus screening test means any laboratory test that: specifically detects for infection by one or more agents of the human papillomavirus; and is approved for this purpose by the FDA.

- charges for one hair prosthesis up to a maximum benefit as shown in the Schedule when prescribed by an oncologist for hair loss suffered as a result of chemotherapy or radiation treatment for cancer.

- coverage of habilitative services for children under age 19. Habilitative services means services, including occupational therapy, physical therapy, and speech therapy, for the treatment of a child with a congenital or genetic birth defect (including, but not limited to, autism or an autism spectrum disorder and cerebral palsy) to enhance the child's ability to function. Coverage is not provided for habilitative services delivered through early intervention or school services. Congenital or genetic birth defect means a defect existing from birth, including a hereditary defect.

- charges made by a Hospital or Ambulatory Surgical Facility for anesthesia and facility charges for dental procedures for: a covered person age 7 or under or a covered person who is developmentally disabled for whom a successful result cannot be expected from dental care provided under local anesthesia because of a physical, intellectual or other medically compromising condition and for whom a superior result can be expected from dental care provided under general anesthesia; or a covered person who is an extremely uncooperative, fearful, or uncommunicative child age 17 or under with dental needs of such magnitude that treatment should not be delayed or deferred and for whom lack of treatment can be expected to result in oral pain, infection, loss of teeth, or other increased oral or dental morbidity.

- charges for hearing aids for a minor child, provided the hearing aids are prescribed, fitted and dispensed by a licensed audiologist. Hearing aid means a device that: is of a design and circuitry to optimize audibility and listening skills in the environment commonly experienced by children; and is nondisposable. Coverage is limited to a maximum benefit as shown in the Schedule. A covered person may choose a hearing aid that is priced higher than the benefits available under this coverage, and may pay the difference between the price of the hearing aid and the benefit payable under this coverage, without financial or contractual penalty to the provider of the hearing aid.

- charges for colorectal cancer screening in accordance with the latest American Cancer Society guidelines.

- charges for inpatient hospitalization services for a minimum of 48 hours following a mastectomy. Mastectomy means the surgical removal of all or part of a breast as a result of breast cancer. A patient may request a shorter length of stay if the patient decides, in consultation with the patient's attending physician, that less time is needed for recovery.

- charges for:
  - one home visit, for a patient who remains in the hospital for at least 48 hours following a mastectomy, if prescribed by the attending physician;
  - one home visit scheduled to occur within 24 hours after discharge from a hospital or outpatient health care facility, and an additional home visit, if prescribed by the patient's attending physician; for:
    - a person following a mastectomy on an outpatient basis;
    - a person who receives less than 48 hours of inpatient hospitalization following a mastectomy.

- charges for: one home visit scheduled to occur within 24 hours after discharge from a hospital or outpatient health care facility; and an additional home visit, if prescribed by the patient's attending physician; for:
  - a person following the surgical removal of a testicle on an outpatient basis;
  - a person who receives less than 48 hours of inpatient hospitalization following the surgical removal of a testicle.

- charges for all medically appropriate and necessary diabetes equipment, diabetes supplies, and diabetes outpatient self-management training and educational services, including

CONFIDENTIAL

CIGNA08908664



medical nutrition therapy, that the covered person's treating Physician or other appropriately licensed health care provider, or a physician who specializes in the treatment of diabetes, certifies are necessary for the treatment of: insulin-using diabetes; noninsulin-using diabetes; or elevated blood glucose levels induced by pregnancy. If certified as necessary, the diabetes self-management training and educational services, including medical nutrition therapy, shall be provided through a program supervised by an appropriately licensed, registered or certified health care provider whose scope of practice includes diabetes education or management.

- charges for the diagnostic or surgical procedures involving a bone or joint of the face, neck or head if, under the accepted standards of the profession of the health care provider rendering the service, the procedure is Medically Necessary to treat a condition caused by a congenital deformity, disease or injury.

## Clinical Trials

Coverage shall be provided for Medically Necessary health care services that are incurred as a result of the treatment being provided to an insured for purposes of a clinical trial for a life-threatening condition or prevention, early detection and treatment studies on cancer if:

- treatment is being provided or the studies are being conducted in a Phase I, Phase II, Phase III, or Phase IV clinical trial for cancer; or treatment is being provided or the studies are being conducted in a Phase I, Phase II, Phase III, or Phase IV clinical trial for any other life-threatening condition;

- the treatment is being provided in a clinical trial approved by: one of the National Institutes of Health (NIH); an NIH cooperative group or an NIH center; the Federal Food and Drug Administration (FDA) in the form of an investigational new drug application; the Federal Department of Veteran's Affairs; or an institutional review board of an institution in the state which has a multiple project assurance contract approved by the Office of Protection from Research Risks of the NIH;

- the facility and personnel providing the treatment are capable of doing so by virtue of their experience, training and volume of patients treated to maintain expertise;

- there is no clearly superior, noninvestigational treatment alternative; and

- the available clinical or preclinical data provides a reasonable expectation that the treatment will be at least as effective as the noninvestigational alternative.

Coverage shall also be provided for costs incurred for drugs and devices that have been approved for sale by the FDA whether or not the FDA has approved the drug or device for use in treating an insured's particular condition, to the extent that the drugs or devices are not paid for by the manufacturer, distributor, or provider of that drug or device.

Coverage shall not include: the cost of an investigational drug or device; the cost of nonhealth care services that an insured may be required to receive as a result of the treatment being provided for the purposes of a clinical trial; costs associated with managing the research associated with the clinical trial; or costs that would not be covered under an insured's policy, plan, or contract for noninvestigational treatments.

Cooperative group means a formal network of facilities that collaborate on research projects and have an established NIH-approved Peer-Review Program operating within the group.

Cooperative group includes: the National Cancer Institute Clinical Cooperative Group; the National Cancer Institute Community Clinical Oncology Program; the AIDS Clinical Trials Group; and the Community Programs for Clinical Research in AIDS.

Multiple project assurance contract means a contract between an institute and the federal Department of Health and Human Services that defines the relationship of the institution to the federal Department of Health and Human Services and sets out the responsibilities of the institute and the procedures that will be used by the institution to protect human subjects.

NIH means the National Institutes of Health.

Patient cost means the cost of a Medically Necessary health care service that is incurred as a result of the treatment being provided to you for the purposes of the clinical trial.

Patient cost does not include: the cost of an investigational drug or device; the cost of nonhealth care services that you may be required to receive as a result of the treatment being provided for purposes of the clinical trial; costs associated with managing the research associated with the clinical trial; or costs that would not be covered under an insured's policy, plan or contract for noninvestigational treatments.

## Genetic Testing

Charges made for genetic testing that uses a proven testing method for the identification of genetically-linked inheritable disease. Genetic testing is covered only if:

- a person has symptoms or signs of a genetically-linked inheritable disease;

- it has been determined that a person is at risk for carrier status as supported by existing peer-reviewed, evidence-based, scientific literature for the development of a genetically-linked inheritable disease when the results will impact clinical outcome; or

- the therapeutic purpose is to identify specific genetic mutation that has been demonstrated in the existing peer-reviewed, evidence-based, scientific literature to directly impact treatment options.

CONFIDENTIAL                                                                          CIGNA08908665



Pre-implantation genetic testing, genetic diagnosis prior to embryo transfer, is covered when either parent has an inherited disease or is a documented carrier of a genetically-linked inheritable disease.

Genetic counseling is covered if a person is undergoing approved genetic testing, or if a person has an inherited disease and is a potential candidate for genetic testing. Genetic counseling is limited to 3 visits per contract year for both pre- and post-genetic testing.

**Nutritional Evaluation**

Charges made for nutritional evaluation and counseling when diet is a part of the medical management of a documented organic disease.

**Nutritional Products**

Coverage is provided for medical foods and low protein modified food products, for the treatment of inherited metabolic diseases, provided the foods/products are: prescribed as medically necessary for the therapeutic treatment of inherited metabolic diseases; and administered under the direction of a Physician. An inherited metabolic disease is a disease caused by an inherited abnormality of body chemistry, including a disease for which the state screens newborns. A medical food is a food intended for the dietary treatment of a disease/condition for which nutritional requirements are established by medical evaluation and formulated to be consumed or administered enterally under the direction of a Physician. A low protein modified food product is a food product specially formulated to have less than one gram of protein per serving, and is intended to be used under the direction of a Physician for the dietary treatment of an inherited metabolic disease. Low protein modified food products do not include natural foods that are naturally low in protein.

Coverage also includes amino acid-based elemental formula, regardless of delivery method, for the diagnosis and treatment of: Immunoglobulin E and non-Immunoglobulin E mediated allergies to multiple food proteins; severe food protein induced enterocolitis syndrome; eosinophilic disorder, as evidenced by the results of a biopsy; and impaired absorption of nutrients caused by disorders affecting the absorptive surface, functional length and motility of the gastrointestinal tract. The ordering Physician must issue an order stating that the treatment is medically necessary.

**Internal Prosthetic/Medical Appliances**

Charges made for internal prosthetic/medical appliances that provide permanent or temporary internal functional supports for nonfunctional body parts are covered. Medically Necessary repair, maintenance or replacement of a covered appliance is also covered.

**Private Hospital Rooms**

Charges for private rooms as determined by the Health Services Cost Review Commission, but not beyond those rates.

**In Vitro Fertilization (IVF)**

Coverage will be provided for outpatient expenses arising from in vitro fertilization procedures if:

- you are the Employee or a covered Dependent of the Employee;
- the patient's oocytes are fertilized with the patient's spouse's sperm;
- the patient or the patient's spouse have a history of infertility of at least two years duration; or the infertility is associated with any of the following medical conditions:
  - endometriosis;
  - exposure in utero to diethylstilbestrol (DES);
  - blockage of, or surgical removal of, one or both fallopian tubes (lateral or bilateral salpingectomy); or
  - abnormal male factors, including oligospermia, contributing to the infertility;
- the patient has been unable to attain successful pregnancy through a less costly infertility treatment for which coverage is available under this plan; and
- the in vitro fertilization procedures are performed at medical facilities that conform to the American College of Obstetricians and Gynecologists guidelines for in vitro fertilization clinics or to the American Fertility Society minimum standards for programs of in vitro fertilization.

Coverage is limited to a maximum benefit as shown in the Schedule.

HC-COV27                                                        04-10
                                                                 V1
HC-COV211

CONFIDENTIAL                                          CIGNA08908666



**Obesity Treatment**

- charges for the surgical treatment of morbid obesity that is: recognized by the National Institutes of Health as effective for the long-term reversal of morbid obesity; and consistent with criteria approved by the National Institutes of Health. Morbid Obesity means a body mass index that is greater than 40 kilograms per meter squared, or equal to or greater than 35 kilograms per meter squared with a comorbid medical condition, including hypertension, a cardiopulmonary condition, sleep apnea, or diabetes. Body mass index means a practical marker that is issued to assess the degree of obesity and is calculated by dividing the weight in kilograms by the height in meters squared.

HC-COV30                                                    04-10
                                                            V1

**Orthognathic Surgery**

- orthognathic surgery to repair or correct a severe facial deformity or disfigurement that orthodontics alone can not correct, provided:
  - the deformity or disfigurement is accompanied by a documented clinically significant functional impairment, and there is a reasonable expectation that the procedure will result in meaningful functional improvement; or
  - the orthognathic surgery is Medically Necessary as a result of tumor, trauma, disease or;
  - the orthognathic surgery performed is required as a result of severe congenital facial deformity or congenital condition.

Repeat or subsequent orthognathic surgeries for the same condition are covered only when the previous orthognathic surgery met the above requirements, and there is a high probability of significant additional improvement as determined by the utilization review Physician.

HC-COV31                                                    04-10
                                                            V1

**Home Health Services**

- charges made for Home Health Services if: institutionalization would have been required if home health was not provided; and your Physician establishes and approves in writing the plan of treatment covering the home health care service. Home Health Services are subject to the benefit limitations described here and the visit limitations shown in the Schedule. A visit is defined as a period of 4 hours or less. Home Health Services may include the services of a home health aide if the services of the aide are

rendered in direct support of skilled health care that is being provided by Other Participating Health Professionals.

Home Health Services are provided only if Cigna has determined that the home is a medically appropriate setting. If you are a minor or an adult who is dependent upon others for nonskilled care and/or custodial services (e.g., bathing, eating, toileting), Home Health Services will be provided for you only during times when there is a family member or care giver present in the home to meet your nonskilled care and/or custodial services needs.

Home Health Services shall be provided by: a hospital that has a valid operating certificate and is certified to provide home health care services; or a public or private health service or agency that is licensed as a home health agency under Title 19, Subtitle 4 of the Health – General Article to provide coordinated home health care. Necessary consumable medical supplies, home infusion therapy, administered or used by: a hospital that has a valid operating certificate and is certified to provide home health care services; or a public or private health service or agency that is licensed as a home health agency under Title 19, Subtitle 4 of the Health – General Article to provide coordinated home health care in providing Home Health Services are covered. Home Health Services do not include services by a person who is a member of your family or your dependent's family or who normally resides in your house or your dependent's house even if that person is an other health professional. Skilled nursing services or private duty nursing services provided in the home are subject to the Home Health Services benefit terms, conditions and benefit limitations. Physical, occupational, and other Short-Term Rehabilitative Therapy services provided in the home that are not received as part of an approved plan of home health care treatment are not subject to the Home Health Services benefit limitations in the Schedule, but are subject to the benefit limitations described under Short-term Rehabilitative Therapy Maximum shown in The Schedule.

HC-COV32                                                    04-10
                                                            V1

**Hospice Care Services**

- charges made for a person who has been diagnosed as having six months or fewer to live, due to Terminal Illness, for the following Hospice Care Services provided under a Hospice Care Program:
  - by a Hospice Facility for Bed and Board and Services and Supplies;
  - by a Hospice Facility for services provided on an outpatient basis;

**myCigna.com**

CONFIDENTIAL                                      CIGNA08908667



- by a Physician for professional services;
- by a Psychologist, social worker, family counselor or ordained minister for individual and family counseling, including a family caregiver;
- by a Psychologist, social worker, family counselor or ordained minister for individual and family counseling, including a family caregiver, for bereavement counseling sessions for the six-month period following the person's death or 15 counseling sessions, whichever occurs first;
- for dietary counseling for the terminally ill insured;
- for comfort maintenance and pain relief treatment, including drugs, medicines and medical supplies and equipment;
- for Respite Care for the caregiver not to exceed 14 days per contract year, which is the 12-month period that begins with the effective date of the policy;
- for part-time or intermittent nursing care by or under the supervision of a Nurse;
- for part-time or intermittent services of an Other Health Care Professional;
- physical, occupational and speech therapy;
- medical supplies; drugs and medicines lawfully dispensed only on the written prescription of a Physician; and laboratory services; but only to the extent such charges would have been payable under the policy if the person had remained or been Confined in a Hospital or Hospice Facility.

The following charges for Hospice Care Services are not included as Covered Expenses:

- for the services of a spouse, parent, sibling, grandparent, or children of the terminally ill insured or services of one who normally resides in your house or your Dependent's house;
- for any period when you or your Dependent is not under the care of a Physician;
- for services or supplies not listed in the Hospice Care Program;
- for any curative or life-prolonging procedures;
- to the extent that any other benefits are payable for those expenses under the policy;
- for services or supplies that are primarily to aid you or your Dependent in daily living.

HC-COV33                                                    04-10
                                                            V1

## Mental Health and Substance Abuse Services

**Mental Health Services** are Medically Necessary services that are required to treat a mental illness or emotional disorder. In determining benefits payable, charges made for the treatment of any physiological conditions related to Mental Health will not be considered to be charges made for treatment of Mental Health. Physiological conditions related to Mental Health will be covered as any other illness through the medical/surgical benefits section of the plan.

**Substance Abuse** is defined as Alcohol Abuse or Drug Abuse that requires diagnosis, care, and treatment. In determining benefits payable, charges made for the treatment of any physiological conditions related to rehabilitation services for alcohol or drug abuse or addiction will not be considered to be charges made for treatment of Substance Abuse. Physiological conditions related to Substance Abuse will be covered as any other illness through the medical/surgical benefits section of the plan.

**Alcohol Abuse** means a disease that is characterized by a pattern of pathological use of alcohol with repeated attempts to control its use, and with significant negative consequences in at least one of the following areas of life: medical, legal, financial or psycho-social.

**Alcohol Dependence** means a disease characterized by: alcohol abuse; and physical symptoms of withdrawal or tolerance.

**Alcohol misuse** means: unlawful use of alcohol; alcohol abuse; or alcohol dependence.

**Detoxification facility** means a facility that provides direct or indirect services to an acutely intoxicated individual to fulfill the physical, social, and emotional needs of the individual by: monitoring the amount of alcohol and other toxic agents in the body of the individual; managing withdrawal symptoms; and motivating the individual to participate in the appropriate addictions treatment programs for alcohol or drug abuse.

**Drug** means a controlled dangerous substance that is regulated under the Maryland Controlled Dangerous Substances Act; a prescription medication; or a chemical substance when used for unintended and harmful purposes.

**Drug misuse** means unlawful use of a drug; drug abuse; or drug dependence.

**Drug abuse** means a disease which is characterized by a pattern of pathological use of a drug with repeated attempts to control the use, and with significant negative consequences in at least one of the following areas of life: medical, legal, financial, or psycho-social.

**Drug dependence** means a disease characterized by drug abuse and physical symptoms of withdrawal or tolerance.

CONFIDENTIAL                                          CIGNA08908668



### Inpatient Mental Health Services

Services that are provided by a Hospital while you or your Dependent is Confined in a Hospital for the treatment and evaluation of Mental Health. Inpatient Mental Health Services include Mental Health Residential Crisis Services. These inpatient services are provided for an unlimited number of days per year under the same terms and conditions that apply to physical illness.

**Mental Health Residential Crisis Services** means intensive mental health and support services that are:

- provided to a child or an adult with a mental illness who is experiencing or is at risk of a psychiatric crisis that would impair the individual's ability to function in the community;

- designed to prevent a psychiatric inpatient admission, provide an alternative to psychiatric inpatient admission, or shorten the length of inpatient stay;

- provided out of the individual's residence on a short-term basis in a community-based residential setting; and

- provided by entities that are licensed by the Department of Health and Mental Hygiene to provide residential crisis services.

### Outpatient Mental Health Services

Services of Providers who are qualified to treat Mental Health when treatment is provided on an outpatient or Out-of-Hospital basis, while you or your Dependent is not Confined in a Hospital, in an individual or group therapy program. Covered services include, but are not limited to, outpatient treatment of conditions such as: anxiety or depression which interfere with daily functioning; emotional adjustment or concerns related to chronic conditions, such as psychosis or depression; emotional reactions associated with marital problems or divorce; child/adolescent problems of conduct or poor impulse control; affective disorders; suicidal or homicidal threats or acts; eating disorders; or acute exacerbation of chronic mental health conditions (crisis intervention and relapse prevention) and outpatient testing and assessment and for psychological and neuropsychological testing for diagnosis purposes.

A Mental Health Intensive Outpatient Therapy Program consists of distinct levels or phases of treatment that are provided by a certified/licensed Mental Health program. Intensive Outpatient Therapy Programs provide a combination of individual, family and/or group therapy in a day, totaling nine or more hours in a week. A physician's recommendation that an Intensive Outpatient Program is the best mode of treatment for an individual will not affect the availability of Inpatient Mental Health Services and regular Outpatient Mental Health Services for which the individual would otherwise be eligible.

**Partial Hospitalization** sessions are provided for Mental Health and Substance Abuse Services, when benefits are provided for not less than 24 hours, but more than 4 hours in a day, and are payable annually. These sessions are provided under the same terms and conditions that apply to outpatient treatment of physical illness.

### Psychological and Neuropsychological Testing

Coverage is provided for psychological and neuropsychological testing for diagnostic purposes, provided to treat mental illnesses, emotional disorders, drug abuse, or alcohol abuse.

### Medication Management Visits

Office visits to a Physician or other health care provider for the purpose of medication management for Mental Health and Substance Abuse Services do not count against any number of maximum visits per year. Services will be provided under the same terms and conditions that apply to an office visit for physical illness.

### Inpatient Substance Abuse Rehabilitation Services

Services provided for rehabilitation, while you or your Dependent is Confined in a Hospital, when required for the diagnosis and treatment of abuse or addiction to alcohol and/or drugs. Inpatient Substance Abuse Services include Substance Abuse Residential Services.

**Substance Abuse Residential Treatment Services** are services provided by a Hospital for the evaluation and treatment of the psychological and social functional disturbances that are a result of subacute Substance Abuse conditions.

**Substance Abuse Residential Treatment Center** means an institution which: specializes in the treatment of psychological and social disturbances that are the result of Substance Abuse; provides a subacute, structured, psychotherapeutic treatment program, under the supervision of Physicians; provides 24-hour care, in which a person lives in an open setting; and is licensed in accordance with the laws of the appropriate legally authorized agency as a Residential Treatment Center.

A person is considered Confined in a Residential Treatment Center when she/he is a registered bed patient in a Residential Treatment Center upon the recommendation of a Physician.

### Outpatient Substance Abuse Rehabilitation Services

Services provided for the diagnosis and treatment of abuse or addiction to alcohol and/or drugs, while you or your Dependent is not Confined in a Hospital, including outpatient rehabilitation in an individual, or a Substance Abuse Intensive Outpatient Therapy Program, including psychological or neuropsychological testing for diagnosis purposes.

A Substance Abuse Intensive Outpatient Therapy Program consists of distinct levels or phases of treatment that are provided by a certified/licensed Substance Abuse program.

CONFIDENTIAL

CIGNA08908669



Intensive Outpatient Therapy Programs provide a combination of individual, family and/or group therapy in a day, totaling nine, or more hours in a week. A physician's recommendation that an Intensive Outpatient Program is the best mode of treatment for an individual will not affect the availability of Inpatient Substance Abuse Services and regular Outpatient Substance Abuse Services for which the individual would otherwise be eligible.

**Substance Abuse Detoxification Services**

Detoxification and related medical ancillary services are provided when required for the diagnosis and treatment of addiction to alcohol and/or drugs.

**Exclusions**

The following are specifically excluded from Mental Health and Substance Abuse Services:

- any court ordered treatment or therapy, or any treatment or therapy ordered as a condition of parole, probation or custody or visitation evaluations unless Medically Necessary and otherwise covered under this policy.

- treatment of medical disorders which have been diagnosed as organic mental disorders associated with permanent dysfunction of the brain; provided, however, that such treatment be covered under the medical benefit provision of this plan.

- developmental disorders, including but not limited to, developmental reading disorders, developmental arithmetic disorders, developmental language disorders or developmental articulation disorders, unless such developmental disorder is treatable.

- counseling for activities of an educational nature.

- counseling for borderline intellectual functioning.

- counseling for occupational problems.

- counseling related to consciousness raising.

- vocational or religious counseling.

- I.Q. testing.

- custodial care, including but not limited to geriatric day care.

- psychological testing on children requested by or for a school system, unless Medically Necessary and otherwise covered under this policy.

- occupational/recreational therapy programs even if combined with supportive therapy for age-related cognitive decline.

Other limitations are shown in the "Exclusions, Expenses Not Covered and General Limitations" section.

**Durable Medical Equipment**

- charges made for purchase or rental of Durable Medical Equipment that is ordered or prescribed by a Physician and provided by a vendor approved by Cigna for use outside a Hospital or Other Health Care Facility. Coverage for repair, replacement or duplicate equipment is provided only when required due to anatomical change and/or reasonable wear and tear. All maintenance and repairs that result from a person's misuse are the person's responsibility. Coverage for Durable Medical Equipment is limited to the lowest-cost alternative as determined by the utilization review Physician.

Durable Medical Equipment is defined as items which are designed for and able to withstand repeated use by more than one person; customarily serve a medical purpose; generally are not useful in the absence of Injury or Sickness; are appropriate for use in the home; and are not disposable. Such equipment includes, but is not limited to, crutches, hospital beds, respirators, wheel chairs, and dialysis machines.

Durable Medical Equipment items that are not covered:

- **Bed Related Items:** bed trays, over the bed tables, bed wedges, pillows, custom bedroom equipment, mattresses, including nonpower mattresses, custom mattresses and posturepedic mattresses.

- **Bath Related Items:** bath lifts, nonportable whirlpools, bathtub rails, toilet rails, raised toilet seats, bath benches, bath stools, hand held showers, paraffin baths, bath mats, and spas.

- **Chairs, Lifts and Standing Devices:** computerized or gyroscopic mobility systems, roll about chairs, geriatric chairs, hip chairs, seat lifts (mechanical or motorized), patient lifts (mechanical or motorized – manual hydraulic lifts are covered if patient is two-person transfer), and auto tilt chairs.

- **Fixtures to Real Property:** ceiling lifts and wheelchair ramps.

- **Car/Van Modifications.**

- **Air Quality Items:** room humidifiers, vaporizers, air purifiers and electrostatic machines.

- **Blood/Injection Related Items:** blood pressure cuffs, centrifuges, nova pens and needleless injectors.

HC-COV34                                      04-10
                                              V1

CONFIDENTIAL

CIGNA08908670



- **Other Equipment:** heat lamps, heating pads, cryounits, cryotherapy machines, electronic-controlled therapy units, ultraviolet cabinets, sheepskin pads and boots, postural drainage board, AC/DC adaptors, enuresis alarms, magnetic equipment, scales (baby and adult), stair gliders, elevators, saunas, any exercise equipment and diathermy machines.

HC-COV210                                              04-10
                                                       V1

### External Prosthetic Appliances and Devices

- charges made or ordered by a Physician for the initial purchase and fitting of external prosthetic appliances and devices available only by prescription which are necessary for the alleviation or correction of Injury, Sickness or congenital defect. Coverage also includes repairs to prosthetic devices.

  Coverage for prostheses/prosthetic appliances and devices and components of prosthetic devices, and repairs thereof, other than speech prostheses, is limited no more restrictively than the indications, limitations of coverage and medical necessity established under the Medicare Coverage Database. Coverage for External Prosthetic Appliances is limited to the most appropriate and cost effective alternative as determined by the utilization review Physician.

  External prosthetic appliances and devices shall include prostheses/prosthetic appliances and devices; orthoses and orthotic devices; braces; and splints.

### Prostheses/Prosthetic Appliances and Devices

Prostheses/prosthetic appliances and devices are defined as artificial devices to replace, in whole or in part, a leg, an arm, or an eye. Prostheses/prosthetic appliances and devices include, but are not limited to:

- basic limb prostheses; and
- terminal devices such as hands or hooks.

Prostheses/prosthetic appliances and devices also include speech prostheses, such as electronic larynx devices and tracheoesophageal voice prostheses that are recommended by an otolaryngologist or speech and language pathologist following total laryngectomy.

### Orthoses and Orthotic Devices

Orthoses and orthotic devices are defined as orthopedic appliances or apparatuses used to support, align, prevent or correct deformities. Coverage is provided for custom foot orthoses and other orthoses as follows:

- Nonfoot orthoses – only the following nonfoot orthoses are covered:
  - rigid and semirigid custom fabricated orthoses;

  - semirigid prefabricated and flexible orthoses; and
  - rigid prefabricated orthoses including preparation, fitting and basic additions, such as bars and joints.
- Custom foot orthoses – custom foot orthoses are only covered as follows:
  - for persons with impaired peripheral sensation and/or altered peripheral circulation (e.g. diabetic neuropathy and peripheral vascular disease);
  - when the foot orthosis is an integral part of a leg brace and is necessary for the proper functioning of the brace;
  - when the foot orthosis is for use as a replacement or substitute for missing parts of the foot (e.g. amputated toes) and is necessary for the alleviation or correction of Injury, Sickness or congenital defect; and
  - for persons with neurologic or neuromuscular condition (e.g. cerebral palsy, hemiplegia, spina bifida) producing spasticity, malalignment, or pathological positioning of the foot and there is reasonable expectation of improvement.

The following are specifically excluded orthoses and orthotic devices:

- prefabricated foot orthoses;
- cranial banding and/or cranial orthoses. Other similar devices are excluded except when used postoperatively for synostotic plagiocephaly. When used for this indication, the cranial orthosis will be subject to the limitations and maximums of the External Prosthetic Appliances and Devices benefit;
- orthosis shoes, shoe additions, procedures for foot orthopedic shoes, shoe modifications and transfers;
- orthoses primarily used for cosmetic rather than functional reasons; and
- orthoses primarily for improved athletic performance or sports participation.

### Braces

A Brace is defined as an orthosis or orthopedic appliance that supports or holds in correct position any movable part of the body and that allows for motion of that part.

The following braces are specifically excluded: Copes scoliosis braces.

### Splints

A Splint is defined as an appliance for preventing movement of a joint or for the fixation of displaced or movable parts.

### Limitations and Expenses Not Covered

For prostheses/prosthetic appliances and devices and components of prosthetic devices, other than speech

CONFIDENTIAL                                              CIGNA08908671



prostheses, Cigna will use the limitations of coverage established under the Medicare Coverage Database.

For all other External Prosthetic Appliances and Devices, coverage for replacement of appliances and devices is limited to the following:

- replacement due to regular wear. Replacement for damage due to abuse or misuse by the person will not be covered.

- replacement will be provided when anatomic change has rendered the external prosthetic appliance or device ineffective. Anatomic change includes significant weight gain or loss, atrophy and/or growth.

Coverage for replacement of tracheoesophageal voice prostheses is limited to every three to six months or when signs of leakage or increased airflow pressure are present.

Coverage for replacement of other External Prosthetic Appliances and Devices is limited as follows:

- no more than once every 24 months for persons 19 years of age and older;

- no more than once every 12 months for persons 18 years of age and under; and

- replacement due to a surgical alteration or revision of the site.

The following are specifically excluded appliances and devices:

- external and internal power enhancements or power controls for prosthetic limbs and terminal devices; and

- myoelectric prostheses peripheral nerve stimulators.

HC-COV35                                    04-10
                                            V1

### Infertility Services

- charges made for services related to diagnosis of infertility and treatment of infertility once a condition of infertility has been diagnosed. Services include, but are not limited to: approved surgeries and other therapeutic procedures that have been demonstrated in existing peer-reviewed, evidence-based, scientific literature to have a reasonable likelihood of resulting in pregnancy; laboratory tests; sperm washing or preparation; and diagnostic evaluations.

Infertility is defined as the inability of opposite sex partners to achieve conception after one year of unprotected intercourse; or the inability of a woman to achieve conception after six trials of artificial insemination over a one-year period. This benefit includes diagnosis and treatment of both male and female infertility. The following are specifically excluded infertility services:

- Infertility drugs;

- Gamete intrafallopian transfer (GIFT); zygote intrafallopian transfer (ZIFT) and variations of these procedures;

- Reversal of male and female voluntary sterilization;

- Infertility services when the infertility is caused by or related to voluntary sterilization;

- Donor charges and services;

- Cryopreservation of donor sperm and eggs; and

- Any experimental, investigational or unproven infertility procedures or therapies.

HC-COV36                                    04-10
                                            V1

### Short-Term Rehabilitative Therapy

Short-term Rehabilitative Therapy that is part of a rehabilitation program, including physical, speech, occupational, cognitive, osteopathic manipulative, cardiac rehabilitation and pulmonary rehabilitation therapy, when provided in the most medically appropriate setting.

The following limitation applies to Short-term Rehabilitative Therapy:

- occupational therapy is provided only for purposes of enabling persons to perform the activities of daily living after an Illness or Injury or Sickness.

Short-term Rehabilitative Therapy services that are not covered include but are not limited to:

- sensory integration therapy, group therapy; treatment of dyslexia; behavior modification or myofunctional therapy for dysfluency, such as stuttering or other involuntarily acted conditions without evidence of an underlying medical condition or neurological disorder;

- treatment for functional articulation disorder such as correction of tongue thrust, lisp, verbal apraxia or swallowing dysfunction that is not based on an underlying diagnosed medical condition or Injury; and

- maintenance or preventive treatment consisting of routine, long term or non-Medically Necessary care provided to prevent recurrence or to maintain the patient's current status.

Multiple outpatient services provided on the same day constitute one day.

A separate Copayment will apply to the services provided by each provider.

Services that are provided by a chiropractic Physician are not covered. These services include the conservative management of acute neuromusculoskeletal conditions through

CONFIDENTIAL                                 CIGNA08908672



manipulation and ancillary physiological treatment rendered to restore motion, reduce pain and improve function.

**Chiropractic Care Services**

Charges made for diagnostic and treatment services utilized in an office setting by chiropractic Physicians. Chiropractic treatment includes the conservative management of acute neuromusculoskeletal conditions through manipulation and ancillary physiological treatment rendered to specific joints to restore motion, reduce pain, and improve function. For these services you have direct access to qualified chiropractic Physicians.

You do not need a referral from your Primary Care Physician.

The following limitations apply to Chiropractic Care Services:

- to be covered, all therapy services must be restorative in nature. Restorative Therapy services are services that are designed to restore levels of function that had previously existed but that have been lost as a result of Injury or Sickness. Restorative Therapy services do not include therapy designed to acquire levels of function that had not been previously achieved prior to the Injury or Sickness;

- services are not covered if they are considered custodial, training, developmental or educational in nature;

- occupational therapy is provided only for purposes of enabling persons to perform the activities of daily living after an Injury or Sickness;

- services of a chiropractor which are not within his scope of practice, as defined by state law;

- charges for care not provided in an office setting;

- maintenance or preventive treatment consisting of routine, long term or non-Medically Necessary care provided to prevent recurrence or to maintain the patient's current status;

- vitamin therapy.

HC-COV39                                                    04-10

                                                              V1

**Breast Reconstruction and Breast Prostheses**

- charges made for reconstructive surgery following a mastectomy; benefits include: surgical services for reconstruction of the breast on which surgery was performed; surgical services for reconstruction of the nondiseased breast to produce symmetrical appearance; postoperative breast prostheses; and mastectomy bras and external prosthetics, limited to the lowest cost alternative available that meets external prosthetic placement needs. During all stages of mastectomy, treatment of physical complications, including lymphedema therapy in a manner

determined in consultation with the attending Physician and the patient, are covered.

Mastectomy means the surgical removal of all, or part, of a breast.

Reconstructive breast surgery performed as a result of a mastectomy, means surgery to reestablish symmetry between the two breasts, including augmentation mammoplasty, reduction mammoplasty and mastopexy.

**Reconstructive Surgery**

- charges made for reconstructive surgery or therapy to repair or correct a severe physical deformity or disfigurement which is accompanied by functional deficit (other than abnormalities of the jaw or conditions related to TMJ disorder) provided that: the surgery or therapy restores or improves function; reconstruction is required as a result of Medically Necessary, noncosmetic surgery; or the surgery or therapy is performed prior to age 19 and is required as a result of the congenital absence or agenesis (lack of formation or development) of a body part. Repeat or subsequent surgeries for the same condition are covered only when there is the probability of significant additional improvement as determined by the utilization review Physician.

HC-COV40                                                    04-10

                                                              V1

**Transplant Services**

- charges made for human organ and tissue Transplant services which include solid organ and bone marrow/stem cell procedures. This coverage is subject to the following conditions and limitations.

  Transplant services include the recipient's medical, surgical and Hospital services; inpatient immunosuppressive medications; and costs for organ or bone marrow/stem cell procurement. Transplant services are covered only if they are required to perform any of the following human to human organ or tissue transplants: allogeneic bone marrow/stem cell, autologous bone marrow/stem cell, cornea, heart, heart/lung, kidney, kidney/pancreas, liver, lung, pancreas or intestine which includes small bowel-liver or multi-visceral.

  Coverage for organ procurement costs are limited to costs directly related to the procurement of an organ, from a cadaver or a live donor. Organ procurement costs shall consist of surgery necessary for organ removal, organ transportation and the transportation, hospitalization and surgery of a live donor. Compatibility testing undertaken prior to procurement is covered if Medically Necessary. Costs related to the search for, and identification of a bone

CONFIDENTIAL                                                    CIGNA08908673



marrow or stem cell donor for an allogeneic transplant are also covered.

HC-COV41                                      04-10
                                                V1

# Medical Conversion Privilege

### For You and Your Dependents

When a person's Medical Expense Insurance ceases, he may be eligible to be insured under an individual policy of medical care benefits (called the Converted Policy). The Policyholder will give written notice to the person of his right to elect such conversion on or before the date of termination of insurance, but in no event more than 61 days before such termination. If proper notice is not given by the Policyholder before termination, late notice must then be given to the person.

A Converted Policy will be issued by Cigna:

- only to a person who is Entitled to Convert; and
- only if he applies in writing and pays the first premium for the Converted Policy within:
  - 45 days after the date his insurance ceases, if he received proper notice from the Policyholder;
  - 31 days after the date he received late notice from the Policyholder, but not beyond the 90th day following the date of termination.

Evidence of good health is not needed.

### Employees Entitled to Convert

You are Entitled to Convert Medical Expense Insurance for yourself and all of your Dependents who were insured when your insurance ceased, except a Dependent who is eligible for Medicare or would be Overinsured, but only if:

- you have been insured for at least three consecutive months under the policy or under it and a prior policy issued to the Policyholder.
- your insurance ceased for a reason other than:
  - you performed an act or practice that constitutes fraud in connection with your coverage; or
  - you made an intentional misrepresentation of a material fact under the terms of the coverage; or
  - the terminated coverage was replaced by similar coverage within 31 days after the date the group policy terminated; or
  - your failure to pay the required premium or contribution.
- you are not eligible for Medicare.
- you would not be Overinsured.

If you retire you may apply for a Converted Policy within the applicable time period described in the above "For You and Your Dependents" provision, in place of any continuation of your insurance that may be available under this plan when you retire, if you are otherwise Entitled to Convert.

### Dependents Entitled to Convert

The following Dependents are also Entitled to Convert:

- a child whose insurance under this plan ceases because he no longer qualifies as a Dependent or because of your death.
- a spouse whose insurance under this plan ceases due to divorce, annulment of marriage or your death.
- your Dependents whose insurance under this plan ceases for a reason other than:
  - the Dependent performed an act or practice that constitutes fraud in connection with the Dependent's coverage; or
  - the Dependent made an intentional misrepresentation of a material fact under the terms of the coverage; or
  - the terminated coverage was replaced by similar coverage within 31 days after the date the group policy terminated; or
  - the Dependent's failure to pay the required premium or contribution;

but only if that Dependent: is not eligible for Medicare and would not be Overinsured.

### Overinsured

A person will be considered Overinsured if either of the following occurs:

- his insurance under this plan is replaced by similar group coverage within 31 days.
- the benefits under the Converted Policy, combined with Similar Benefits, result in an excess of insurance based on Cigna's underwriting standards for individual policies.

Similar Benefits are: those for which the person is covered by another hospital, surgical or medical expense insurance policy, or a hospital, or medical service subscriber contract, or a medical practice or other prepayment plan or by any other plan or program; those for which the person is eligible, whether or not covered, under any plan of group coverage on an insured or uninsured basis; or those available for the person by or through any state, provincial or federal law.

### Converted Policy

The Converted Policy will be one of Cigna's current offerings at the time the first premium is received based on its rules for Converted Policies. The Converted Policy will be on a form which meets the conversion requirements of the jurisdiction where you reside, if a Converted Policy is permitted by such jurisdiction.

CONFIDENTIAL                                   CIGNA08908674



The Converted Policy will be issued to you if you are Entitled to Convert, insuring you and those Dependents for whom you may convert. If you are not Entitled to Convert and your spouse and children are, it will be issued to the spouse, covering all such Dependents. Otherwise, a Converted Policy will be issued to each Dependent who is Entitled to Convert. The Converted Policy will take effect on the day after the person's insurance under this plan ceases. The premium on its effective date will be based on: class of risk and age; and benefits.

The Converted Policy may not exclude any pre-existing condition not excluded by this plan. During the first 12 months the Converted Policy is in effect, the amount payable under it will be reduced so that the total amount payable under the Converted Policy and the Medical Benefits Extension of this plan (if any) will not be more than the amount that would have been payable under this plan if the person's insurance had not ceased. After that, the amount payable under the Converted Policy will be reduced by any amount still payable under the Medical Benefits Extension of this plan (if any). Cigna or the Policyholder will give you, on request, further details of the Converted Policy.

HC-CNV3                                    04-10
                                            V1

**myCigna.com**

CONFIDENTIAL                                    CIGNA08908675



## Prescription Drug Benefits

### The Schedule

**For You and Your Dependents**

This plan provides Prescription Drug benefits for Prescription Drugs and Related Supplies provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for Prescription Drugs and Related Supplies. That portion includes any applicable Copayment, Deductible and/or Coinsurance.

**Coinsurance**

The term Coinsurance means the percentage of Charges for covered Prescription Drugs and Related Supplies that you or your Dependent are required to pay under this plan.

**Charges**

The term Charges means the amount charged by the Insurance Company to the plan when the Pharmacy is a Participating Pharmacy, and it means the actual billed charges when the Pharmacy is a non-Participating Pharmacy.

**Copayments**

Copayments are expenses to be paid by you or your Dependent for Covered Prescription Drugs and Related Supplies.

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Retail Prescription Drugs** | **The amount you pay for each 30-day supply** | **The amount you pay for each 30-day supply** |
| Medications required as part of preventive care services (detailed information is available at www.healthcare.gov) are covered at 100% with no copayment or deductible. | | |
| **Tier 1** <br> Generic* | No charge after $10 copay | 20% |
| **Tier 2** <br> Brand-Name* | No charge after $20 copay | 20% |
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |
| **Home Delivery Prescription Drugs** | **The amount you pay for each 90-day supply** | **The amount you pay for each 90-day supply** |
| Medications required as part of preventive care services (detailed information is available at www.healthcare.gov) are covered at 100% with no copayment or deductible. | | |
| **Tier 1** <br> Generic* | No charge after $30 copay | 20% |
| **Tier 2** <br> Brand-Name* | No charge after $60 copay | 20% |

CONFIDENTIAL

CIGNA08908676



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |

**myCigna.com**

CONFIDENTIAL

CIGNA08908677



# Prescription Drug Benefits

**For You and Your Dependents**

## Covered Expenses

If you or any one of your Dependents, while insured for Prescription Drug Benefits, incurs expenses for charges made by a Pharmacy, for Medically Necessary Prescription Drugs or Related Supplies ordered by a Physician, Cigna will provide coverage for those expenses as shown in the Schedule.

Coverage also includes:

- Medically Necessary Prescription Drugs and Related Supplies dispensed for a prescription issued to you or your Dependents by a licensed dentist for the prevention of infection or pain in conjunction with a dental procedure;

- charges made for oral contraceptives approved by the U.S. Food and Drug Administration (FDA); and

- charges made for a drug that is: approved by the FDA as an aid for the cessation of the use of tobacco products; and obtained under a prescription written by a Physician. Coverage includes two 90-day courses of nicotine replacement therapy (that is, a product that is used to deliver nicotine to an individual attempting to cease the use of tobacco products, and that is obtained under a prescription written by a Physician). Coverage does not include drugs, nor any nicotine replacement therapy, that may be obtained over-the-counter, without a prescription.

When you or a Dependent is issued a prescription for Medically Necessary Prescription Drugs or Related Supplies as part of the rendering of Emergency Services and that prescription cannot reasonably be filled by a Participating Pharmacy, the prescription will be covered by Cigna, as if filled by a Participating Pharmacy.

## Limitations

Each Prescription Order or refill shall be limited as follows:

- up to a consecutive 90-day supply at a Pharmacy; or

- to a dosage and/or dispensing limit as determined by the P&T Committee.

Refills of prescription eye drops will be provided:

- in accordance with guidance for early refills of topical ophthalmic products provided to Medicare Part D plan sponsors by the Centers for Medicare and Medicaid Services; and

- if the prescribing health care practitioner indicates on the original prescription that additional quantities of the prescription drops are needed; the refill you or a Dependent request does not exceed the number of additional quantities

indicated on the original prescription by the prescribing health care practitioner; and the prescription eye drops prescribed by the health care practitioner are covered under this plan.

HC-PHR12                                                                04-10
                                                                        V1

Coverage for certain Prescription Drugs and Related Supplies requires your Physician to obtain authorization prior to prescribing. Prior authorization may include, for example, a step therapy determination. Step therapy determines the specific usage progression of therapeutically equivalent drug products or supplies appropriate for treatment of a specific condition. If your Physician wishes to request coverage for Prescription Drugs or Related Supplies for which prior authorization is required, your Physician may call or complete the appropriate prior authorization form and fax it to Cigna to request a prior authorization for coverage of the Prescription Drugs or Related Supplies. Your Physician should make this request before writing the prescription.

If the request is approved, your Physician will receive confirmation. The authorization will be processed in our claim system to allow you to have coverage for those Prescription Drugs or Related Supplies. The length of the authorization will depend on the diagnosis and Prescription Drugs or Related Supplies. When your Physician advises you that coverage for the Prescription Drugs or Related Supplies has been approved, you should contact the Pharmacy to fill the prescription(s).

If the request is denied, your Physician and you will be notified that coverage for the Prescription Drugs or Related Supplies is not authorized. If you disagree with a coverage decision, you may appeal that decision in accordance with the provisions of the policy, by submitting a written request stating why the Prescription Drugs or Related Supplies should be covered.

If you have questions about a specific prior authorization request, you should call Member Services at the toll-free number on the ID card.

All newly approved drugs by the Food and Drug Administration (FDA) are designated as Non-Prescription Drug List drugs until the P&T Committee clinically evaluates the prescription drug and considers whether it may be placed on the Prescription Drug List. Prescription Drugs that represent an advance over available therapy according to the FDA will be reviewed by the P&T Committee within six months after FDA approval. Prescription Drugs that appear to have therapeutic qualities similar to those of an already marketed drug according to the FDA, will not be reviewed by

CONFIDENTIAL                                                        CIGNA08908678



the P&T Committee for at least six months after FDA approval. In the case of compelling clinical data, an ad hoc group will be formed to make an interim decision on the merits of a Prescription Drug.

HC-PHR13      04-10
V1

## Your Payments

Coverage for Prescription Drugs and Related Supplies purchased at a Pharmacy is subject to the Copayment or Coinsurance shown in the Schedule, after you have satisfied your Prescription Drug Deductible, if applicable. In no event will any Copayment or Coinsurance, as applicable, exceed the cost of the Prescription Drug or Related Supply. Please refer to the Schedule for any required Copayments, Coinsurance, Deductibles or Maximums if applicable.

When a treatment regimen contains more than one type of Prescription Drugs which are packaged together for your, or your Dependent's convenience, a Copayment will apply to each Prescription Drug.

HC-PHR15      04-10
V1

## Exclusions

No payment will be made for the following expenses:

- any drug that is a pharmaceutical alternative to an over-the-counter drug other than insulin; however, coverage for a non-Prescription Drug List drug or device will be granted if, in the judgment of the prescribing Physician:
  - there is no equivalent Prescription Drug or Related Supply on the Prescription Drug List; or
  - the equivalent Prescription Drug or Related Supply on the Prescription Drug List has been ineffective in treating the disease or condition, or may cause an adverse reaction or other harm to the Insured;

- a drug class in which at least one of the drugs is available over the counter and the drugs in the class are deemed to be therapeutically equivalent as determined by the P&T Committee, unless Medically Necessary in the judgment of the prescribing Physician and approved in accordance with the prescription drug exception process. Information on drug classes is provided in the Cigna HealthCare Drug List available at www.cigna.com; however, coverage for a non-Prescription Drug List drug or device will be granted if, in the judgment of the prescribing Physician:
  - there is no equivalent Prescription Drug or Related Supply on the Prescription Drug List; or
  - the equivalent Prescription Drug or Related Supply on the Prescription Drug List has been ineffective in treating the disease or condition, or may cause an adverse reaction or other harm to the Insured;

- injectable infertility drugs and any injectable drugs, but not contraceptive drugs, that require Physician supervision and are not typically considered self-administered drugs. The following are examples of Physician supervised drugs: Injectables used to treat hemophilia and RSV (respiratory syncytial virus), chemotherapy injectables and endocrine and metabolic agents;

- Food and Drug Administration (FDA) approved drugs used for purposes other than those approved by the FDA unless the drug is recognized for the treatment of the particular indication in one of the standard reference compendia (that is, any authoritative compendia as recognized periodically by the federal Secretary of Health and Human Services or the Maryland Insurance Commissioner) or in medical literature. Medical literature means scientific studies published in a peer-reviewed national professional medical journal;

- prescription and nonprescription supplies (such as ostomy supplies), devices, and appliances other than Related Supplies; however, contraceptive drugs and devices are covered;

- any fertility drug; unless related to an in vitro fertilization procedure;

- diet pills or appetite suppressants (anorectics);

- drugs used for cosmetic purposes such as drugs used to reduce wrinkles, drugs to promote hair growth as well as drugs used to control perspiration and fade cream products;

- immunization agents, biological products for allergy immunization, biological sera, blood, blood plasma and other blood products or fractions and medications used for travel prophylaxis;

- replacement of Prescription Drugs and Related Supplies due to loss or theft;

- drugs used to enhance athletic performance;

**myCigna.com**

CONFIDENTIAL
CIGNA08908679



- drugs which are to be taken by or administered to you while you are a patient in a licensed Hospital, Skilled Nursing Facility, rest home or similar institution which operates on its premises or allows to be operated on its premises a facility for dispensing pharmaceuticals;
- prescriptions more than one year from the original date of issue;
- any drugs that are experimental or investigational as described under the Medical "Exclusions" section of your certificate.

Other limitations are shown in the Medical "Exclusions" section of your certificate.

HC-PHR14                                      07-12
                                              V3

## Reimbursement/Filing a Claim

When you or your Dependents purchase your Prescription Drugs or Related Supplies through a retail Participating Pharmacy, the Pharmacy may require you to pay any applicable Copayment, Coinsurance or Deductible shown in the Schedule at the time of purchase. You do not need to file a claim form.

If you or your Dependents purchase your Prescription Drugs or Related Supplies through a non-Participating Pharmacy, you pay the full cost at the time of purchase. You must submit a claim form to be reimbursed.

To purchase Prescription Drugs or Related Supplies from a home delivery Participating Pharmacy, see your home delivery drug introductory kit for details, or contact member services for assistance.

See your Employer's Benefit Plan Administrator to obtain the appropriate claim form.

HC-PHR45                                      04-10
                                              V1

**myCigna.com**

CONFIDENTIAL

CIGNA08908680



| Vision Benefits | | |
|---|---|---|
| **The Schedule** | | |
| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
| **Vision Benefits**<br><br>**For You and Your Dependents**<br><br>**Examinations**<br>　　Eye Exam every 24 months.<br>　　Eye Glasses/Contact Lenses Not Covered | **You or Your Dependents Will Pay:**<br><br>$10 per office visit copay | In-Network coverage only |

**myCigna.com**

CONFIDENTIAL

CIGNA08908681



## Vision Benefits

**For You and Your Dependents**

### Covered Expenses

If you or any one of your Dependents., while insured for Vision Benefits, incurs expenses for charges made In-Network for one complete eye exam, including basic vision screening, refraction and tonometric testing, Cigna will pay that portion of the expense remaining after you or your Dependent has paid the required Copayment shown in The Schedule. You do not need a referral from your PCP (if any) to access these services.

HC-VIS3      04-10
     V1

### Exclusions

The following are specifically excluded from coverage:

- any services or items related to orthoptics or vision training;
- magnification vision aids;
- any prescription or nonprescription eyeglasses, lenses or contact lenses;
- any charges for tinting, antireflective coatings, prescription sunglasses or light-sensitive lenses;
- any eye examination required by an Employer as a condition of employment or which an Employer is required to provide under a collective bargaining agreement;
- any eye examination required by law;
- safety glasses or lenses required for employment;
- any eye examination or materials that exceed the frequency limits shown in The Schedule. Other limitations are shown in the Exclusions, Expenses Not Covered and General Limitations section.

**Vision Benefits Extension Upon Coverage Termination**

If you or your Dependent has ordered glasses or contact lenses before the date your or your Dependent's coverage under this benefit terminates, Cigna will continue to provide coverage for the glasses or contact lenses, in accordance with the terms of this benefit, if you or your Dependent receive the glasses or contact lenses within 30 days after the order.

During an extension period described in this provision, no premium contribution will apply to your or your Dependent's coverage under this benefit.

This provision will not apply, however, if:

- coverage is terminated because an individual fails to pay a required premium;
- coverage is terminated for fraud or material misrepresentation by the individual; or
- any coverage provided by a succeeding vision benefit plan is provided at a cost to the individual that is less than or equal to the cost of the extended benefit required under this provision, and does not result in an interruption of benefits.

HC-VIS3      04-10
     V3

## Exclusions, Expenses Not Covered and General Limitations

### Exclusions and Expenses Not Covered

**Additional coverage limitations determined by plan or provider type are shown in the Schedule. Payment for the following is specifically excluded from this plan:**

- care required by state or federal law to be supplied by a public school system or school district.
- care for military service disabilities treatable through governmental services if you are legally entitled to such treatment and facilities are reasonably available.
- treatment of an Injury or Sickness which is due to war, declared, or undeclared.
- charges which you are not obligated to pay or for which you are not billed or for which you would not have been billed except that they were covered under this plan. However, this exclusion is not intended to reduce or deny benefits because services are rendered to you when you are eligible for, or receive, State medical assistance under the laws of Maryland.
- assistance in the activities of daily living, including but not limited to eating, bathing, dressing or other Custodial Services or self-care activities, homemaker services and services primarily for rest, domiciliary or convalescent care.
- for or in connection with experimental, investigational or unproven services.

**myCigna.com**

CONFIDENTIAL      CIGNA08908682



Experimental, investigational and unproven services are medical, surgical, diagnostic, psychiatric, substance abuse or other health care technologies, supplies, treatments, procedures, drug therapies or devices that are determined by the utilization review Physician to be:

- not demonstrated, through existing peer-reviewed, evidence-based, scientific literature to be safe and effective for treating or diagnosing the condition or sickness for which its use is proposed;

- not approved by the U.S. Food and Drug Administration (FDA) or other appropriate regulatory agency to be lawfully marketed for the proposed use, unless the drug is recognized for the treatment of the particular indication in one of the standard reference compendia (that is, any authoritative compendia as recognized periodically by the federal Secretary of Health and Human Services or the Maryland Insurance Commissioner) or in medical literature;

- the subject of review or approval by an Institutional Review Board for the proposed use except as provided in the "Clinical Trials" section of this plan; or

- the subject of an ongoing phase I, II or III clinical trial, except as provided in the "Clinical Trials" section of this plan.

- cosmetic surgery and therapies, except as specified in the "Breast Reconstruction and Breast Prostheses" section of this plan. Cosmetic surgery or therapy is defined as surgery or therapy performed to improve or alter appearance or self-esteem or to treat psychological symptomatology or psychosocial complaints related to one's appearance.

- The following services are excluded from coverage regardless of clinical indications: Macromastia or Gynecomastia Surgeries; Abdominoplasty; Panniculectomy; Rhinoplasty; Blepharoplasty; Redundant skin surgery; Removal of skin tags; Acupressure; Craniosacral/cranial therapy; Dance therapy, Movement therapy; Applied kinesiology; Rolfing; Prolotherapy; and Extracorporeal shock wave lithotripsy (ESWL) for musculoskeletal and orthopedic conditions.

- dental treatment of the teeth, gums or structures directly supporting the teeth, including dental X-rays, examinations, repairs, orthodontics, periodontics, casts, splints and services for dental malocclusion, for any condition. Charges made for services or supplies provided for or in connection with an accidental injury to sound natural teeth are covered provided a continuous course of dental treatment is started within six months of an accident. Sound natural teeth are defined as natural teeth that are free of active clinical decay, have at least 50% bony support and are functional in the arch.

- for medical and surgical services intended for the treatment or control of obesity, except as provided for under "Covered Expenses."

- unless otherwise covered in this plan, for reports, evaluations, physical examinations, or hospitalization not required for health reasons including, but not limited to, employment, insurance or government licenses, and court-ordered, forensic or custodial evaluations.

- court-ordered treatment or hospitalization, unless such treatment is prescribed by a Physician and listed as covered in this plan.

- any claim, bill or other demand or request for payment for health care services that the appropriate regulatory board determines were provided as a result of a referral prohibited by the Maryland Health Occupations Article.

- transsexual surgery including medical or psychological counseling and hormonal therapy in preparation for, or subsequent to, any such surgery.

- any services or supplies for the treatment of male or female sexual dysfunction such as, but not limited to, treatment of erectile dysfunction (including penile implants), anorgasmy, and premature ejaculation.

- medical and Hospital care and costs for the infant child of a Dependent, unless this infant child is otherwise eligible under this plan. However, this exclusion does not apply to charges for inpatient hospitalization services and home visits, with respect to a newborn child, as provided in the "Covered Expenses" section.

- nonmedical counseling or ancillary services, including but not limited to Custodial Services, education, training, vocational rehabilitation, behavioral training, biofeedback, neurofeedback, hypnosis, sleep therapy, employment counseling, back school, return to work services, work hardening programs, driving safety, and services, training, educational therapy or other nonmedical ancillary services for learning disabilities, developmental delays, autism or mental retardation, except as provided for under "Covered Expenses."

- therapy or treatment intended primarily to improve or maintain general physical condition or for the purpose of enhancing job, school, athletic or recreational performance, including but not limited to routine, long term, or maintenance care which is provided after the resolution of the acute medical problem and when significant therapeutic improvement is not expected.

- consumable medical supplies other than ostomy supplies and urinary catheters, or as otherwise covered items. Excluded supplies include, but are not limited to bandages and other disposable medical supplies, skin preparations and test strips, except as specified in the "Home Health

CONFIDENTIAL

CIGNA08908683



Services" or "Breast Reconstruction and Breast Prostheses" sections of this plan.

- private Hospital rooms and/or private duty nursing except as provided under the Home Health Services provision.

- personal or comfort items such as personal care kits provided on admission to a Hospital, television, telephone, newborn infant photographs, complimentary meals, birth announcements, and other articles which are not for the specific treatment of an Injury or Sickness.

- artificial aids, specifically: corrective orthopedic shoes, arch supports, elastic stockings, garter belts, corsets, dentures and wigs, except as may otherwise be provided for under "Covered Expenses."

- hearing aids, except as provided for under "Covered Expenses," including but not limited to semi-implantable hearing devices, audiant bone conductors and Bone Anchored Hearing Aids (BAHAs). A hearing aid is any device that amplifies sound.

- aids or devices that assist with nonverbal communications, including but not limited to communication boards, prerecorded speech devices, laptop computers, desktop computers, Personal Digital Assistants (PDAs), Braille typewriters, visual alert systems for the deaf and memory books.

- eyeglass lenses and frames and contact lenses (except for the first pair of contact lenses for treatment of keratoconus or post-cataract surgery).

- eye exercises and surgical treatment for the correction of a refractive error, including radial keratotomy.

- treatment by acupuncture.

- all noninjectable prescription drugs, nonprescription drugs, and investigational and experimental drugs, except as provided in this plan.

- routine foot care, including the paring and removing of corns and calluses or trimming of nails. However, services associated with foot care for diabetes and peripheral vascular disease are covered when Medically Necessary.

- membership costs or fees associated with health clubs, weight loss programs and smoking cessation programs.

- genetic screening or pre-implantations genetic screening. General population-based genetic screening is a testing method performed in the absence of any symptoms or any significant, proven risk factors for genetically linked inheritable disease.

- dental implants for any condition.

- fees associated with the collection or donation of blood or blood products, except for autologous donation in anticipation of scheduled services where in the utilization review Physician's opinion the likelihood of excess blood loss is such that transfusion is an expected adjunct to surgery.

- blood administration for the purpose of general improvement in physical condition.

- cost of biologicals that are immunizations or medications for the purpose of travel, or to protect against occupational hazards and risks.

- cosmetics, dietary supplements (except for medical foods and modified food products and amino acid-based elemental formula as provided for in the "Covered Expenses" section) and health and beauty aids.

- all nutritional supplements and formulae except for those described in the "Nutritional Products" provision of the "Covered Expenses" section.

- for or in connection with an Injury or Sickness arising out of, or in the course of, any employment for wage or profit.

- telephone, e-mail, and Internet consultations, and telemedicine.

- massage therapy.

**General Limitations**

No payment will be made for expenses incurred for you or any one of your Dependents:

- for charges made by a Hospital owned or operated by or which provides care or performs services for, the United States Government, if such charges are directly related to a military-service-connected Injury or Sickness.

- to the extent that you or any one of your Dependents is in any way paid or entitled to payment for those expenses by or through a public program, other than Medicaid.

- to the extent that payment is unlawful where the person resides when the expenses are incurred.

- for charges which would not have been made if the person had no insurance.

- to the extent that they are more than Maximum Reimbursable Charges.

- to the extent of the exclusions imposed by any certification requirement shown in this plan.

- expenses for supplies, care, treatment, or surgery that are not Medically Necessary, except as specifically provided in the "Covered Expenses" section.

- charges made by any covered provider who is a member of your family or your Dependent's Family.

CONFIDENTIAL

CIGNA08908684



- expenses incurred outside the United States other than expenses for medically necessary urgent or emergent care while temporarily traveling abroad.

HC-EXC6                                                      10-13
                                                             V3

**Pre-existing Condition Limitations**

**Not applicable to anyone under age 19**

**For Out-of-Network Coverage Only**

No payment will be made for Covered Expenses for or in connection with an Injury or a Sickness which is a Pre-existing Condition, unless those expenses are incurred after the end of the one-year period beginning on the effective date of an individual's coverage.

**Pre-existing Condition**

A Pre-existing Condition is an Injury or a Sickness for which a person receives treatment, incurs expenses or receives a diagnosis from a Physician during the 90 days before the earlier of the date a person begins an eligibility waiting period, or becomes insured for these benefits.

**Exceptions to Pre-existing Condition Limitation**

Pregnancy, and genetic information with no related treatment, will not be considered Pre-existing Conditions.

An adopted child, or a child placed for adoption before age 19 will not be subject to any Pre-existing Condition limitation if such child was covered within 31 days of adoption or placement for adoption. Such waiver will not apply if 63 days elapse between coverage during a prior period of Creditable Coverage and coverage under this plan.

**Credit for Coverage Under Prior Plan**

If a person was previously covered under a plan which qualifies as Creditable Coverage, the following will apply, provided he notifies the Employer of such prior coverage, and fewer than 63 days elapse between coverage under the prior plan and coverage under this plan, exclusive of any waiting period.

Cigna will reduce any Pre-existing Condition limitation period under this policy by the number of days of prior Creditable Coverage you had under a creditable health plan or policy.

**Creditable Coverage**

Creditable Coverage means coverage of an individual under:

- an employer sponsored plan;
- a health benefit plan;
- Part A or Part B of Title XVIII of the Social Security Act;
- Title XIX of the Social Security Act, other than coverage consisting solely of benefits under § 1928 of that Act;

- Chapter 55 of Title 10 of the United States Code;
- a medical care program of the Indian Health Service or of a tribal organization;
- a State health benefits risk pool;
- a health plan offered under the Federal Employees Health Benefits Program (FEHBP), Title 5, Chapter 89 of the United States Code;
- a public health plan as defined by federal regulations authorized by the Public Health Service Act, § 2701(c)(1)(i), as amended by P.L. 104-191; or
- a health benefit plan under § 5(e) of the Peace Corps Act, 22 U.S.C. 2504(e).

HC-EXC7                                                      01-11
                                                             V1

# Coordination of Benefits

This section applies if you or any one of your Dependents is covered under more than one Plan and determines how benefits payable from all such Plans will be coordinated. You should file all claims with each Plan.

**Definitions**

For the purposes of this section, the following terms have the meanings set forth below:

**Plan**

Any of the following that provides benefits or services for medical or vision care or treatment:

- Group insurance and/or group-type coverage, whether insured or self-insured which neither can be purchased by the general public, nor is individually underwritten.
- Coverage under Medicare and other governmental benefits as permitted by law, excepting Medicaid and Medicare supplement policies.

Each Plan or part of a Plan which has the right to coordinate benefits will be considered a separate Plan.

**Closed Panel Plan**

A Plan that provides medical or dental benefits primarily in the form of services through a panel of employed or contracted providers, and that limits or excludes benefits provided by providers outside of the panel, except in the case of emergency or if referred by a provider within the panel.

**Primary Plan**

The Plan that determines and provides or pays benefits without taking into consideration the existence of any other Plan.

CONFIDENTIAL                                          CIGNA08908685



**Secondary Plan**

A Plan that determines, and may reduce its benefits after taking into consideration, the benefits provided or paid by the Primary Plan. A Secondary Plan may also recover from the Primary Plan the Reasonable Cash Value of any services it provided to you.

**Allowable Expense**

A necessary, reasonable and customary service or expense, including deductibles, coinsurance or copayments, that is covered in full or in part by any Plan covering you. When a Plan provides benefits in the form of services, the Reasonable Cash Value of each service is the Allowable Expense and is a paid benefit.

Examples of expenses or services that are not Allowable Expenses include, but are not limited to the following:

- An expense or service or a portion of an expense or service that is not covered by any of the Plans is not an Allowable Expense.

- If you are confined to a private Hospital room and no Plan provides coverage for more than a semiprivate room, the difference in cost between a private and semiprivate room is not an Allowable Expense, unless the patient's stay in a private Hospital room is Medically Necessary in terms of generally accepted medical practice.

- If you are covered by two or more Plans that provide services or supplies on the basis of reasonable and customary fees, any amount in excess of the highest reasonable and customary fee is not an Allowable Expense.

- If you are covered by one Plan that provides services or supplies on the basis of reasonable and customary fees and one Plan that provides services and supplies on the basis of negotiated fees, the Primary Plan's fee arrangement shall be the Allowable Expense. However, if a provider has contracted with the Secondary Plan to provide the benefit or service for a specific negotiated fee or payment amount that is different than the Primary Plan's payment arrangement, and if the provider's contract permits, the negotiated fee or payment shall be the Allowable Expense used by the Secondary Plan to determine its benefits.

- If your benefits are reduced under the Primary Plan (through the imposition of a higher copayment amount, higher coinsurance percentage, a deductible and/or a penalty) because you did not comply with Plan provisions or because you did not use a preferred provider, the amount of the reduction is not an Allowable Expense. Such Plan provisions include second surgical opinions and precertification of admissions or services.

**Claim Determination Period**

A calendar year or that part of a calendar year in which the person has been covered under this Plan.

**Reasonable Cash Value**

An amount which a duly licensed provider of health care services usually charges patients and which is within the range of fees usually charged for the same service rendered under similar or comparable circumstances by other health care providers located within the immediate geographic area.

<u>**Order of Benefit Determination Rules**</u>

A Plan that does not have a coordination of benefits rule consistent with this section shall always be the Primary Plan. If the Plan does have a coordination of benefits rule consistent with this section, the first of the following rules that applies to the situation is the one to use:

- The Plan that covers you as an enrollee or an employee shall be the Primary Plan and the Plan that covers you as a Dependent shall be the Secondary Plan. If the person is a Medicare beneficiary, and as a result of the provisions of Title XVIII of the Social Security Act and implementation regulation Medicare is: secondary to the Plan covering the person as a Dependent; and primary to the Plan covering the person as other than a Dependent (for example, a retired employee), then the order of benefits is reversed so that the Plan covering the person as an enrollee, employee or retired employee is the Secondary Plan and the other Plan covering the person as a Dependent is the Primary Plan.

- If you are a Dependent child whose parents are married or are living together, whether or not they have ever been married, or for a Dependent child whose parents are divorced or legally separated or who are not living together, whether or not they have ever been married and who have joint custody, the Primary Plan shall be the Plan which covers the parent as an enrollee or employee whose birthday falls first in the calendar year. If both parents have the same birthday, the Plan that covered either of the parents longer is primary.

- If you are the Dependent of divorced or separated parents or parents who are not living together, whether or not they have ever been married, benefits for the Dependent shall be determined in the following order:

  - first, if a court decree states that one parent is responsible for the child's healthcare expenses or health coverage, the Plan for that parent is primary but only from the time the Plan for that parent has actual knowledge of the terms of the order. If the parent with responsibility has no health care coverage for the Dependent child's health care expenses, but that parent's spouse does, that parent's spouse's Plan is the Primary Plan; however, this requirement is not applicable with respect to any Plan year during which benefits are paid or provided before the Plan has actual knowledge of the court decree provision.

  - Then, if there is no court decree:
    - the Plan of the parent with custody of the child;

CONFIDENTIAL

CIGNA08908686



- the Plan of the spouse of the parent with custody of the child;
- the Plan of the parent not having custody of the child, and
- finally, the Plan of the spouse of the parent not having custody of the child.

- The Plan that covers you as an active employee (or as that employee's Dependent) shall be the Primary Plan and the Plan that covers you as laid-off or retired employee (or as that employee's Dependent) shall be the Secondary Plan. If the other Plan does not have a similar provision and, as a result, the Plans cannot agree on the order of benefit determination, this paragraph shall not apply.

- The Plan that covers you under a right of continuation which is provided by federal or state law shall be the Secondary Plan and the Plan that covers you as an active employee or retiree (or as that employee's Dependent) shall be the Primary Plan. If the other Plan does not have a similar provision and, as a result, the Plans cannot agree on the order of benefit determination, this paragraph shall not apply.

- If one of the Plans that covers you is issued out of the state whose laws govern this Policy, and determines the order of benefits based upon the gender of a parent, and as a result, the Plans do not agree on the order of benefit determination, the Plan with the gender rules shall determine the order of benefits.

If none of the above rules determines the order of benefits, the Plan that has covered you for the longer period of time shall be primary.

When coordinating benefits with Medicare, this Plan will be the Secondary Plan and determine benefits after Medicare, where permitted by the Social Security Act of 1965, as amended. However, when more than one Plan is secondary to Medicare, the benefit determination rules identified above, will be used to determine how benefits will be coordinated.

**Effect on the Benefits of This Plan**

If this Plan is the Secondary Plan, this Plan may reduce benefits so that the total benefits paid by all Plans during a Claim Determination Period are not more than 100% of the total of all Allowable Expenses.

The difference between the amount that this Plan would have paid if this Plan had been the Primary Plan, and the benefit payments that this Plan had actually paid as the Secondary Plan, will be recorded as a benefit reserve for you. Cigna will use this benefit reserve to pay any Allowable Expense not otherwise paid during the Claim Determination Period.

As each claim is submitted, Cigna will determine the following:

- the Plan's obligation to provide services and supplies under this policy;
- whether a benefit reserve has been recorded for you; and
- whether there are any unpaid Allowable Expenses during the Claims Determination Period.

If there is a benefit reserve, the Plan will use the benefit reserve recorded for you to pay up to 100% of the total of all Allowable Expenses. At the end of the Claim Determination Period, your benefit reserve will return to zero and a new benefit reserve will be calculated for each new Claim Determination Period.

**Right of Recovery**

If the amount of payments made by an insurer is more than it should have paid under its COB provision, it may recover the excess from one or more of:

- the persons it has paid or for whom it has paid;
- insurance companies; or
- other organizations.

**Right to Receive and Release Information**

The Plan, without consent or notice to you, may obtain information from and release information to any other Plan with respect to you in order to coordinate your benefits pursuant to this section. You must provide us with any information we request in order to coordinate your benefits.

# Medicare Eligibles

Cigna will pay as the Secondary Plan as permitted by the Social Security Act of 1965 as amended for the following:

(a) a former Employee who is eligible for Medicare and whose insurance is continued for any reason as provided in this plan;

(b) a former Employee's Dependent, or a former Dependent Spouse, who is eligible for Medicare and whose insurance is continued for any reason as provided in this plan;

(c) an Employee whose Employer and each other Employer participating in the Employer's plan have fewer than 100 Employees and that Employee is eligible for Medicare due to disability;

(d) the Dependent of an Employee whose Employer and each other Employer participating in the Employer's plan have fewer than 100 Employees and that Dependent is eligible for Medicare due to disability;

(e) an Employee or a Dependent of an Employee of an Employer who has fewer than 20 Employees, if that person is eligible for Medicare due to age;

CONFIDENTIAL

CIGNA08908687



Cigna

(f) an Employee, retired Employee, Employee's Dependent or retired Employee's Dependent who is eligible for Medicare due to End Stage Renal Disease after that person has been eligible for Medicare for 30 months;

Cigna will coordinate benefits with Medicare only to the extent that benefits are actually paid under Medicare.

This reduction will not apply to any Employee and his Dependent or any former Employee and his Dependent unless he is listed under (a) through (f) above.

HC-COB9 04-10 V1

## Expenses For Which A Third Party May Be Responsible

### Subrogation/Right Of Reimbursement

If a Participant incurs a Covered Expense for which, in the opinion of the plan or its claim administrator, another party may be responsible or for which the Participant may receive payment as described above:

- Subrogation: The plan shall, to the extent permitted by law, be subrogated to all rights, claims or interests that a Participant may have against such party and shall automatically have a lien upon the proceeds of any recovery by a Participant from such party to the extent of any benefits paid under the plan. A Participant or his/her representative shall execute such documents as may be required to secure the plan's subrogation rights.
- Right of Reimbursement: The plan is also granted a right of reimbursement from the proceeds of any recovery whether by settlement, judgment, or otherwise. This right of reimbursement is cumulative with and not exclusive of the subrogation right granted in paragraph 1, but only to the extent of the benefits provided by the plan. Any amount refunded to the insurance company will be reduced by a pro rata share of the court costs and legal fees incurred by the insured which are applicable to the portion of the settlement returned to the insurance company.

### Lien Of The Plan

By accepting benefits under this plan, a Participant:

- grants a lien and assigns to the plan an amount equal to the benefits paid under the plan against any recovery made by or on behalf of the Participant which is binding on any attorney or other party who represents the Participant whether or not an agent of the Participant or of any insurance company or other financially responsible party against whom a Participant may have a claim provided said attorney, insurance carrier or other party has been notified by the plan or its agents. The amount of the lien will be reduced by a pro rata share of any court costs and attorney's fees incurred by the insured which are applicable to the portion of the settlement returned to the insurance company;
- agrees that this lien shall constitute a charge against the proceeds of any recovery and the plan shall be entitled to assert a security interest thereon;
- agrees to hold the proceeds of any recovery in trust for the benefit of the plan to the extent of any payment made by the plan.

### Additional Terms

- No adult Participant hereunder may assign any rights that it may have to recover medical expenses from any third party or other person or entity to any minor Dependent of said adult Participant without the prior express written consent of the plan. The plan's right to recover shall apply to decedents', minors', and incompetent or disabled persons' settlements or recoveries.
- No Participant shall make any settlement, which specifically reduces or excludes, or attempts to reduce or exclude, the benefits provided by the plan.
- The plan's right of recovery shall be a prior lien against any proceeds recovered by the Participant. This right of recovery shall not be defeated nor reduced by the application of any so-called "Made-Whole Doctrine," "Rimes Doctrine," or any other such doctrine purporting to defeat the plan's recovery rights by allocating the proceeds exclusively to non-medical expense damages.
- The plan shall be entitled to offset the reimbursement obligation against any entitlement to future medical benefits hereunder until the participant has fully complied with his reimbursement obligations hereunder, regardless of how those future medical benefits are incurred.
- By acceptance of benefits under the plan, the Participant agrees that a breach hereof would cause irreparable and substantial harm and that no adequate remedy at law would exist. Further, the Plan shall be entitled to invoke such equitable remedies as may be necessary to enforce the terms of the plan, including, but not limited to, specific performance, restitution, the imposition of an equitable lien and/or constructive trust, as well as injunctive relief.

HC-SUB35 04-10 V1

CONFIDENTIAL CIGNA08908688

# Payment of Benefits

### Time of Payment of Claims

Benefits payable under the policy will be paid not more than 30 days after receipt of written proof of loss.

### To Whom Payable

Medical and Vision Benefits are assignable to the provider. When you assign benefits to a provider, you have assigned the entire amount of the benefits due on that claim. If the provider is overpaid because of accepting a patient's payment on the charge, it is the provider's responsibility to reimburse the patient. Because of Cigna's contracts with providers, all claims from contracted providers should be assigned.

Cigna will make payment to you for the cost of any Covered Expenses from a Non-Participating Provider only when benefits have not been assigned to the provider. When benefits are paid to you or your Dependent, you or your Dependents are responsible for reimbursing the provider.

If any person to whom benefits are payable is a minor or, in the opinion of Cigna is not able to give a valid receipt for any payment due him, such payment will be made to his legal guardian. If no request for payment has been made by his legal guardian, Cigna may, at its option, pay the benefit, up to an amount not exceeding $5,000, to any relative by blood or connection in marriage of the individual who is considered by Cigna to be equitably entitled to the benefit.

When one of our participants passes away, Cigna may receive notice that an executor of the estate has been established. The executor has the same rights as our insured and benefit payments for unassigned claims should be made payable to the executor.

Payment as described above will release Cigna from all liability to the extent of any payment made.

### Recovery of Overpayment

When an overpayment has been made by Cigna, Cigna will have the right at any time to: recover that overpayment from the person to whom or on whose behalf it was made; or offset the amount of that overpayment from a future claim payment.

### Calculation of Covered Expenses

Cigna, in its discretion, will calculate Covered Expenses following evaluation and validation of all provider billings in accordance with:

- the methodologies in the most recent edition of the Current Procedural terminology,
- the methodologies as reported by generally recognized professionals or publications.

# Termination of Insurance

## Employees

Your insurance will cease on the earliest date below:

- the date you cease to be in a Class of Eligible Employees or cease to qualify for the insurance.
- the last day for which you have made any required contribution for the insurance.
- the date the policy is canceled.
- the last day of the calendar month in which your Active Service ends except as described below.

Any continuation of insurance must be based on a plan which precludes individual selection.

### Temporary Layoff or Leave of Absence

If your Active Service ends due to temporary layoff or leave of absence, your insurance will be continued until the date your Employer: stops paying premium for you; or cancels your insurance. However, your insurance will not be continued for more than 60 days past the date your Active Service ends.

### Injury or Sickness

If your Active Service ends due to an Injury or Sickness, your insurance will be continued while you remain totally and continuously disabled as a result of the Injury or Sickness. Coverage will be continued until the earlier of: the date you cease to be totally disabled; or 12 months after the date coverage terminates.

### Retirement

If your Active Service ends because you retire, your insurance will be continued until the date on which your Employer stops paying premium for you or otherwise cancels the insurance.

## Dependents

Your insurance for all of your Dependents will cease on the earliest date below:

- the date your insurance ceases.
- the date you cease to be eligible for Dependent Insurance.
- the last day for which you have made any required contribution for the insurance.
- the date Dependent Insurance is canceled.

The insurance for any one of your Dependents will cease on the date that Dependent no longer qualifies as a Dependent.

HC-POB44

04-10
V1

**myCigna.com**

CONFIDENTIAL

CIGNA08908689



### Notice of Termination of Eligibility

The Employer must provide Cigna with written notice of the termination of eligibility for any Employee or Dependent. If Cigna receives Notice of Termination within 60 days of the date of the loss of eligibility, coverage for the individual will cease at midnight on the day loss of eligibility occurs. If Notice of Termination is not received within 60 days of the date of loss of eligibility, then coverage for the individual will cease at midnight on the date which is 60 days prior to the date Cigna receives Notice of Termination.

HC-TRM7                                                     04-10
                                                              V1

## Continuation

### Special Continuation of Medical Insurance

### For Employees

If your Insurance ceases because:

- you are involuntarily terminated from employment other than for cause; or
- you voluntarily terminated your employment;

and if you have been insured for at least 3 consecutive months, you may continue the insurance by paying the required premium to your Employer. In no event will your insurance be continued beyond the earliest of:

- 18 months from the date your employment ends;
- the last day for which you have paid the required contribution;
- the date you become eligible for similar group coverage or entitled to benefits under Medicare; or
- the date the Group Policy cancels.

If your insurance ceases because you are terminated from employment for cause, you may continue the insurance by paying the required premium to your Employer. In no event will your insurance be continued beyond the earliest of:

- 6 months from the date your employment ends;
- the last day for which you have paid the required premium; or
- the date you become eligible for similar group coverage or entitled to benefits under Medicare.

### Provisions Regarding Notification of Special Continuation

Your Employer will provide you with an election notification form no later than 14 days after the receipt of your request for continuance. You may elect the continuance by signing the election notification form and submitting it to your Employer no later than 45 days after your employment ends.

### For Dependents

If your insurance is being continued as described above, Medical Insurance may be continued for those Dependents insured on the date your employment ends, subject to the provisions set forth above. The Insurance will continue until the earlier of:

- the date your insurance ceases, except in the case of your death; or
- for any one Dependent, the earlier of: the date that Dependent becomes eligible for similar group coverage or entitled to benefits under Medicare, or the date that Dependent no longer qualifies as a Dependent for any reason other than your death.

### For Dependents of Deceased Employees

If you die while insured for Medical Insurance and if you have been insured at least 3 consecutive months, your Eligible Dependents may continue their insurance by paying the required premium to your Employer. Eligible Dependents are: your Dependent children who are insured at the time of your death or are born to your Eligible Dependent spouse after your death; and your Dependent spouse, providing that person was insured as your Dependent spouse for a 30-day period immediately preceding your death. The Insurance may not be continued beyond the earliest of:

- 18 months from the date of your death;
- the last day for which the required contribution has been paid;
- for any one Dependent, the earlier of: the date that Dependent becomes eligible for similar group coverage or entitled to benefits under Medicare; or for a Dependent child, the date that Dependent no longer qualifies as a Dependent for any reason other than your death; or
- the date the Group Policy cancels.

### Provisions Regarding Notification of Special Continuation

Your Employer will provide any Eligible Dependent with an election notification form no later than 14 days after receipt of that Dependent's request for continuance. The Eligible Dependent may elect the continuance by signing the election notification form and submitting it to your Employer no later than 45 days after your death.

### Conversion Available Following Continuation

The provisions of the "Medical Conversion Privilege" section will apply following the termination of insurance.

The terms of this section will not reduce any continuation of insurance otherwise provided.

### For Spouse and Children Upon Divorce From Employee

If your spouse's and any children's Medical Insurance would otherwise cease because of divorce, the insurance may be

CONFIDENTIAL                                                    CIGNA08908690



continued under the policy for your Eligible Dependents, provided you or your spouse pay or share the cost of the required contribution to your Employer. Eligible Dependents are: your former spouse, provided that person was insured as your Dependent spouse for a 30-day period immediately preceding the divorce; your children, provided they were insured as your Dependent children immediately prior to the divorce; and any child or children born to your former spouse after the divorce. In no event will the insurance continue beyond the earliest of:

- the last day for which you have paid the required contribution;

- the date your former spouse remarries, with respect to the former spouse's continued insurance;

- for any one Dependent: for a Dependent child, the date that Dependent ceases to qualify as a Dependent for any reason other than divorce; the date that Dependent becomes eligible for similar group coverage, entitled to benefits under Medicare or accepts non-group coverage; or the date that Dependent no longer elects to be insured under the policy;

- the date you are no longer insured under the policy;

- the date the Group Policy cancels;

- the date you cease to be in a Class of Employees eligible for Dependent Insurance; or

- the date Dependent Insurance is canceled.

A written notice of the termination of coverage for your spouse or Dependent child must be given to your Employer when: that Dependent ceases to qualify as a Dependent for any reason other than divorce; that Dependent becomes eligible for similar group coverage or entitled to benefits under Medicare; that Dependent no longer elects to be insured under the policy; or your former spouse remarries. The termination statement form is available from your Employer.

**Effect of Remarriage of Employee**

If you remarry: an additional contribution will be required for your former spouse; and any provision for continuation of insurance after your death, other than as provided in this "Special Continuation of Medical Insurance" section, will not apply.

**Conversion Available Following Continuation**

The provisions of the "Medical Conversion Privilege" section will apply following the termination of insurance.

The terms of this section will not operate to reduce any continuation of insurance otherwise provided, except as shown above in the paragraph entitled "Effect of Remarriage of Employee."

HC-TRM8                                                                04-10
                                                                       V1

## Rescissions

Your coverage may not be rescinded (retroactively terminated) by Cigna or the plan sponsor unless: the plan sponsor or an individual (or a person seeking coverage on behalf of the individual) performs an act, practice or omission that constitutes fraud; or the plan sponsor or individual (or a person seeking coverage on behalf of the individual) makes an intentional misrepresentation of material fact. You will be provided at least 30 days advance written notice of any rescission.

HC-TRM80                                                               01-11
                                                                       V3

# Medical Benefits Extension Upon Coverage Termination

If the Medical Benefits under this plan cease for you or your Dependent due to the termination of your or your Dependent's coverage, and you or your Dependent is Totally Disabled on that date due to Injury or Sickness, or you or your Dependent is Confined in a Hospital, Medical Benefits will be paid for Covered Expenses incurred in connection with that Injury or Sickness until the earliest of:

- the date you exceed the Maximum Benefit, if any, shown in The Schedule;

- the date you are neither Totally Disabled nor Confined in a Hospital; or

- 12 months after the date coverage ends.

The terms of this Medical Benefits Extension will not apply to a child born as a result of a pregnancy which exists when you or your Dependent's Medical Benefits cease.

**Totally Disabled**

You will be considered Totally Disabled if, because of an Injury or a Sickness:

- you are unable to perform the basic duties of your occupation; and

- you are not performing any other work or engaging in any other occupation for wage or profit.

CONFIDENTIAL

CIGNA08908691



Your Dependent will be considered Totally Disabled if, because of an Injury or a Sickness:

- he is unable to engage in the normal activities of a person of the same age, sex and ability; or
- in the case of a Dependent who normally works for wage or profit, he is not performing such work.

Cigna may, at any time, require you or your Dependent to provide proof of Total Disability.

This section will not apply, however, if: coverage is terminated because an individual fails to pay a required premium; coverage is terminated for fraud or material misrepresentation by the individual; or any coverage provided by a succeeding health benefit plan is provided at a cost to the individual that is less than or equal to the cost of the extended benefit required under this mandate, and does not result in an interruption of benefits.

**Benefits Extension in Connection with Dental Care Services**

Benefits for Covered Expenses incurred in connection with dental care services will be extended for 90 days after the date a person's coverage terminates. Covered Expenses will be deemed to be incurred while he or she is insured if the treatment:

- begins before the date coverage terminates; and
- requires two or more visits on separate days to a dentist's office.

HC-BEX4                                                     04-10
                                                            V1

# Federal Requirements

The following pages explain your rights and responsibilities under federal laws and regulations. Some states may have similar requirements. If a similar provision appears elsewhere in this booklet, the provision which provides the better benefit will apply.

HC-FED1                                                     10-10

## Notice of Provider Directory/Networks

**Notice Regarding Provider/Pharmacy Directories and Provider/Pharmacy Networks**

If your Plan utilizes a network of Providers, a separate listing of Participating Providers who participate in the network is available to you without charge by visiting www.cigna.com;

mycigna.com or by calling the toll-free telephone number on your ID card.

Your Participating Provider/Pharmacy networks consist of a group of local medical practitioners, and Hospitals, of varied specialties as well as general practice or a group of local Pharmacies who are employed by or contracted with Cigna HealthCare.

HC-FED2                                                     10-10

## Qualified Medical Child Support Order (QMCSO)

**Eligibility for Coverage Under a QMCSO**

If a Qualified Medical Child Support Order (QMCSO) is issued for your child, that child will be eligible for coverage as required by the order and you will not be considered a Late Entrant for Dependent Insurance.

You must notify your Employer and elect coverage for that child, and yourself if you are not already enrolled, within 31 days of the QMCSO being issued.

**Qualified Medical Child Support Order Defined**

A Qualified Medical Child Support Order is a judgment, decree or order (including approval of a settlement agreement) or administrative notice, which is issued pursuant to a state domestic relations law (including a community property law), or to an administrative process, which provides for child support or provides for health benefit coverage to such child and relates to benefits under the group health plan, and satisfies all of the following:

- the order recognizes or creates a child's right to receive group health benefits for which a participant or beneficiary is eligible;
- the order specifies your name and last known address, and the child's name and last known address, except that the name and address of an official of a state or political subdivision may be substituted for the child's mailing address;
- the order provides a description of the coverage to be provided, or the manner in which the type of coverage is to be determined;
- the order states the period to which it applies; and
- if the order is a National Medical Support Notice completed in accordance with the Child Support Performance and Incentive Act of 1998, such Notice meets the requirements above.

The QMCSO may not require the health insurance policy to provide coverage for any type or form of benefit or option not

CONFIDENTIAL                                       CIGNA08908692



otherwise provided under the policy, except that an order may require a plan to comply with State laws regarding health care coverage.

**Payment of Benefits**

Any payment of benefits in reimbursement for Covered Expenses paid by the child, or the child's custodial parent or legal guardian, shall be made to the child, the child's custodial parent or legal guardian, or a state official whose name and address have been substituted for the name and address of the child.

HC-FED4                                                          10-10

## Special Enrollment Rights Under the Health Insurance Portability & Accountability Act (HIPAA)

If you or your eligible Dependent(s) experience a special enrollment event as described below, you or your eligible Dependent(s) may be entitled to enroll in the Plan outside of a designated enrollment period upon the occurrence of one of the special enrollment events listed below. If you are already enrolled in the Plan, you may request enrollment for you and your eligible Dependent(s) under a different option offered by the Employer for which you are currently eligible. If you are not already enrolled in the Plan, you must request special enrollment for yourself in addition to your eligible Dependent(s). You and all of your eligible Dependent(s) must be covered under the same option. The special enrollment events include:

- **Acquiring a new Dependent.** If you acquire a new Dependent(s) through marriage, birth, adoption or placement for adoption, you may request special enrollment for any of the following combinations of individuals if not already enrolled in the Plan: Employee only; spouse only; Employee and spouse; Dependent child(ren) only; Employee and Dependent child(ren); Employee, spouse and Dependent child(ren). Enrollment of Dependent children is limited to the newborn or adopted children or children who became Dependent children of the Employee due to marriage. Dependent children who were already Dependents of the Employee but not currently enrolled in the Plan are not entitled to special enrollment.

- **Loss of eligibility for State Medicaid or Children's Health Insurance Program (CHIP).** If you and/or your Dependent(s) were covered under a state Medicaid or CHIP plan and the coverage is terminated due to a loss of eligibility, you may request special enrollment for yourself and any affected Dependent(s) who are not already enrolled in the Plan. You must request enrollment within 60 days after termination of Medicaid or CHIP coverage.

- **Loss of eligibility for other coverage (excluding continuation coverage).** If coverage was declined under this Plan due to coverage under another plan, and eligibility for the other coverage is lost, you and all of your eligible Dependent(s) may request special enrollment in this Plan. If required by the Plan, when enrollment in this Plan was previously declined, it must have been declined in writing with a statement that the reason for declining enrollment was due to other health coverage. This provision applies to loss of eligibility as a result of any of the following:

  - divorce or legal separation;
  - cessation of Dependent status (such as reaching the limiting age);
  - death of the Employee;
  - termination of employment;
  - reduction in work hours to below the minimum required for eligibility;
  - you or your Dependent(s) no longer reside, live or work in the other plan's network service area and no other coverage is available under the other plan;
  - you or your Dependent(s) incur a claim which meets or exceeds the lifetime maximum limit that is applicable to all benefits offered under the other plan; or
  - the other plan no longer offers any benefits to a class of similarly situated individuals.

- **Termination of employer contributions (excluding continuation coverage).** If a current or former employer ceases all contributions toward the Employee's or Dependent's other coverage, special enrollment may be requested in this Plan for you and all of your eligible Dependent(s).

- **Exhaustion of COBRA or other continuation coverage.** Special enrollment may be requested in this Plan for you and all of your eligible Dependent(s) upon exhaustion of COBRA or other continuation coverage. If you or your Dependent(s) elect COBRA or other continuation coverage following loss of coverage under another plan, the COBRA or other continuation coverage must be exhausted before any special enrollment rights exist under this Plan. An individual is considered to have exhausted COBRA or other continuation coverage only if such coverage ceases: due to failure of the employer or other responsible entity to remit premiums on a timely basis; when the person no longer resides or works in the other plan's service area and there is no other COBRA or continuation coverage available under the plan; or when the individual incurs a claim that would meet or exceed a lifetime maximum limit on all benefits and there is no other COBRA or other continuation coverage

CONFIDENTIAL                                                    CIGNA08908693



available to the individual. This does not include termination of an employer's limited period of contributions toward COBRA or other continuation coverage as provided under any severance or other agreement.

- **Eligibility for employment assistance under State Medicaid or Children's Health Insurance Program (CHIP).** If you and/or your Dependent(s) become eligible for assistance with group health plan premium payments under a state Medicaid or CHIP plan, you may request special enrollment for yourself and any affected Dependent(s) who are not already enrolled in the Plan. You must request enrollment within 60 days after the date you are determined to be eligible for assistance.

**Except as stated above, special enrollment must be requested within 30 days after the occurrence of the special enrollment event. If the special enrollment event is the birth or adoption of a Dependent child, coverage will be effective immediately on the date of birth, adoption or placement for adoption. Coverage with regard to any other special enrollment event will be effective on the first day of the calendar month following receipt of the request for special enrollment.**

Individuals who enroll in the Plan due to a special enrollment event will not be considered Late Entrants. Any Pre-existing Condition limitation will be applied upon enrollment, reduced by prior Creditable Coverage, but will not be extended as for a Late Entrant.

Domestic Partners and their children (if not legal children of the Employee) are not eligible for special enrollment.

HC-FED43                                                         11-12

## Effect of Section 125 Tax Regulations on This Plan

Your Employer has chosen to administer this Plan in accordance with Section 125 regulations of the Internal Revenue Code. Per this regulation, you may agree to a pretax salary reduction put toward the cost of your benefits. Otherwise, you will receive your taxable earnings as cash (salary).

### A. Coverage Elections

Per Section 125 regulations, you are generally allowed to enroll for or change coverage only before each annual benefit period. However, exceptions are allowed if your Employer agrees and you enroll for or change coverage within 30 days of the following:

- the date you meet the criteria shown in the following Sections B through F.

### B. Change of Status

A change in status is defined as:

- change in legal marital status due to marriage, death of a spouse, divorce, annulment or legal separation;
- change in number of Dependents due to birth, adoption, placement for adoption, or death of a Dependent;
- change in employment status of Employee, spouse or Dependent due to termination or start of employment, strike, lockout, beginning or end of unpaid leave of absence, including under the Family and Medical Leave Act (FMLA), or change in worksite;
- changes in employment status of Employee, spouse or Dependent resulting in eligibility or ineligibility for coverage;
- change in residence of Employee, spouse or Dependent to a location outside of the Employer's network service area; and
- changes which cause a Dependent to become eligible or ineligible for coverage.

### C. Court Order

A change in coverage due to and consistent with a court order of the Employee or other person to cover a Dependent.

### D. Medicare or Medicaid Eligibility/Entitlement

The Employee, spouse or Dependent cancels or reduces coverage due to entitlement to Medicare or Medicaid, or enrolls or increases coverage due to loss of Medicare or Medicaid eligibility.

### E. Change in Cost of Coverage

If the cost of benefits increases or decreases during a benefit period, your Employer may, in accordance with plan terms, automatically change your elective contribution.

When the change in cost is significant, you may either increase your contribution or elect less-costly coverage. When a significant overall reduction is made to the benefit option you have elected, you may elect another available benefit option. When a new benefit option is added, you may change your election to the new benefit option.

### F. Changes in Coverage of Spouse or Dependent Under Another Employer's Plan

You may make a coverage election change if the plan of your spouse or Dependent: incurs a change such as adding or deleting a benefit option; allows election changes due to Change in Status, Court Order or Medicare or Medicaid Eligibility/Entitlement; or this Plan and the other plan have different periods of coverage or open enrollment periods.

HC-FED7                                                         10-10

CONFIDENTIAL                                                    CIGNA08908694



## Eligibility for Coverage for Adopted Children

Any child under the age of 18 who is adopted by you, including a child who is placed with you for adoption, will be eligible for Dependent Insurance upon the date of placement with you. A child will be considered placed for adoption when you become legally obligated to support that child, totally or partially, prior to that child's adoption.

If a child placed for adoption is not adopted, all health coverage ceases when the placement ends, and will not be continued.

The provisions in the "Exception for Newborns" section of this document that describe requirements for enrollment and effective date of insurance will also apply to an adopted child or a child placed with you for adoption.

HC-FED8                                                                  10-10

## Coverage for Maternity Hospital Stay

Group health plans and health insurance issuers offering group health insurance coverage generally may not, under a federal law known as the "Newborns' and Mothers' Health Protection Act": restrict benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section; or require that a provider obtain authorization from the plan or insurance issuer for prescribing a length of stay not in excess of the above periods. The law generally does not prohibit an attending provider of the mother or newborn, in consultation with the mother, from discharging the mother or newborn earlier than 48 or 96 hours, as applicable.

Please review this Plan for further details on the specific coverage available to you and your Dependents.

HC-FED11                                                                 10-10

## Women's Health and Cancer Rights Act (WHCRA)

Do you know that your plan, as required by the Women's Health and Cancer Rights Act of 1998, provides benefits for mastectomy-related services including all stages of reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy, including lymphedema? Call Member Services at the toll free number listed on your ID card for more information.

HC-FED12                                                                 10-10

## Group Plan Coverage Instead of Medicaid

If your income and liquid resources do not exceed certain limits established by law, the state may decide to pay premiums for this coverage instead of for Medicaid, if it is cost effective. This includes premiums for continuation coverage required by federal law.

HC-FED13                                                                 10-10

## Pre-Existing Conditions Under the Health Insurance Portability & Accountability Act (HIPAA)

### Not Applicable to Anyone Under 19

A federal law known as the Health Insurance Portability & Accountability Act (HIPAA) establishes requirements for Pre-existing Condition limitation provisions in health plans. Following is an explanation of the requirements and limitations under this law.

### Pre-Existing Condition Limitation

Under HIPAA, a Pre-existing Condition limitation is a limitation or exclusion of benefits relating to a condition based on the fact that the condition was present before the effective date of coverage under the plan, whether or not any medical advice, diagnosis, care, or treatment was recommended or received before that date. A Pre-existing Condition limitation is permitted under group health plans, provided it is applied only to a physical or mental condition for which medical advice, diagnosis, care, or treatment was recommended or received within the 6-month period (or a shorter period as applies under the plan) ending on the enrollment date. Plan provisions may vary. Please refer to the section entitled "Exclusions, Expenses Not Covered and General Limitations" for the specific Pre-existing Condition limitation provision which applies under this Plan, if any.

CONFIDENTIAL                                              CIGNA08908695



**Exceptions to Pre-existing Condition Limitation**

Pregnancy, and genetic information with no related treatment, will not be considered Pre-existing Conditions.

An adopted child, or a child placed for adoption before age 18 will not be subject to any Pre-existing Condition limitation if such child was covered under any Creditable Coverage within 30 days of adoption or placement for adoption. Such waiver will not apply if 63 days or more elapse between coverage under the prior Creditable Coverage and coverage under this Plan.

**Credit for Coverage Under Prior Plan**

If you and/or your Dependent(s) were previously covered under a plan which qualifies as Creditable Coverage, Cigna will reduce any Pre-existing Condition limitation period under this policy by the number of days of prior Creditable Coverage you had under the prior plan(s). However, credit is available only if you notify the Employer of such prior coverage, and fewer than 63 days elapse between coverage under the prior plan and coverage under this Plan, exclusive of any waiting period. Credit will be given for coverage under all prior Creditable Coverage, provided fewer than 63 days elapsed between coverage under any two plans.

If you and/or your Dependent enrolled in or re-enrolled in COBRA continuation coverage or state continuation coverage under the extended election period allowed in the American Recovery and Reinvestment Act of 2009 ("ARRA"), this lapse in coverage will be disregarded for the purposes of determining Creditable Coverage.

**Certificate of Prior Creditable Coverage**

You must provide proof of your prior Creditable Coverage in order to reduce a Pre-Existing Condition limitation period. You should submit proof of prior coverage with your enrollment material. A certificate of prior Creditable Coverage, or other proofs of coverage which need to be submitted outside the standard enrollment form process for any reason, may be sent directly to: Eligibility Production Services, 900 Cottage Grove Road, Routing C2ECC, Hartford, CT 06152. You should contact the Plan Administrator or a Cigna Customer Service Representative if assistance is needed to obtain proof of prior Creditable Coverage. Once your prior coverage records are reviewed and credit is calculated, you will receive a notice of any remaining Pre-existing Condition limitation period.

**Creditable Coverage**

Creditable Coverage will include coverage under any of the following: A self-insured employer group health plan; Individual or group health insurance indemnity or HMO plans; Part A or Part B of Medicare; Medicaid, except coverage solely for pediatric vaccines; A health plan for certain members of the uniformed armed services and their dependents, including the Commissioned Corps of the National Oceanic and Atmospheric Administration and of the Public Health Service; A medical care program of the Indian Health Service or of a tribal organization; A state health benefits risk pool; The Federal Employees Health Benefits Program; A public health plan established by a State, the U.S. government, or a foreign country; the Peace Corps Act; Or a State Children's Health Insurance Program.

**Obtaining a Certificate of Creditable Coverage Under This Plan**

**Applicable to All Enrollees Regardless of Age**

Upon loss of coverage under this Plan, a Certificate of Creditable Coverage will be mailed to each terminating individual at the last address on file. You or your dependent may also request a Certificate of Creditable Coverage, without charge, at any time while enrolled in the Plan and for 24 months following termination of coverage. You may need this document as evidence of your prior coverage to reduce any pre-existing condition limitation period under another plan, to help you get special enrollment in another plan, or to obtain certain types of individual health coverage even if you have health problems. To obtain a Certificate of Creditable Coverage, contact the Plan Administrator or call 1-800-Cigna24 or 1-800-244-6224.

HC-FED32                                                                04-11

# Requirements of Medical Leave Act of 1993 (as amended) (FMLA)

Any provisions of the policy that provide for: continuation of insurance during a leave of absence; and reinstatement of insurance following a return to Active Service; are modified by the following provisions of the federal Family and Medical Leave Act of 1993, as amended, where applicable:

**Continuation of Health Insurance During Leave**

Your health insurance will be continued during a leave of absence if:

- that leave qualifies as a leave of absence under the Family and Medical Leave Act of 1993, as amended; and

- you are an eligible Employee under the terms of that Act.

The cost of your health insurance during such leave must be paid, whether entirely by your Employer or in part by you and your Employer.

**Reinstatement of Canceled Insurance Following Leave**

Upon your return to Active Service following a leave of absence that qualifies under the Family and Medical Leave Act of 1993, as amended, any canceled insurance (health, life or disability) will be reinstated as of the date of your return.

CONFIDENTIAL                                                    CIGNA08908696



You will not be required to satisfy any eligibility or benefit waiting period or the requirements of any Pre-existing Condition limitation to the extent that they had been satisfied prior to the start of such leave of absence.

Your Employer will give you detailed information about the Family and Medical Leave Act of 1993, as amended.

HC-FED17                                                          10-10

## Uniformed Services Employment and Re-Employment Rights Act of 1994 (USERRA)

The Uniformed Services Employment and Re-employment Rights Act of 1994 (USERRA) sets requirements for continuation of health coverage and re-employment in regard to an Employee's military leave of absence. These requirements apply to medical and dental coverage for you and your Dependents. They do not apply to any Life, Short-term or Long-term Disability or Accidental Death & Dismemberment coverage you may have.

### Continuation of Coverage

For leaves of less than 31 days, coverage will continue as described in the Termination section regarding Leave of Absence.

For leaves of 31 days or more, you may continue coverage for yourself and your Dependents as follows:

You may continue benefits by paying the required premium to your Employer, until the earliest of the following:

- 24 months from the last day of employment with the Employer;
- the day after you fail to return to work; and
- the date the policy cancels.

Your Employer may charge you and your Dependents up to 102% of the total premium.

Following continuation of health coverage per USERRA requirements, you may convert to a plan of individual coverage according to any "Conversion Privilege" shown in your certificate.

### Reinstatement of Benefits (applicable to all coverages)

If your coverage ends during the leave of absence because you do not elect USERRA or an available conversion plan at the expiration of USERRA and you are reemployed by your current Employer, coverage for you and your Dependents may be reinstated if you gave your Employer advance written or verbal notice of your military service leave, and the duration of all military leaves while you are employed with your current Employer does not exceed 5 years.

You and your Dependents will be subject to only the balance of a Pre-existing Condition Limitation (PCL) or waiting period that was not yet satisfied before the leave began. However, if an Injury or Sickness occurs or is aggravated during the military leave, full Plan limitations will apply.

Any 63-day break in coverage rule regarding credit for time accrued toward a PCL waiting period will be waived.

If your coverage under this plan terminates as a result of your eligibility for military medical and dental coverage and your order to active duty is canceled before your active duty service commences, these reinstatement rights will continue to apply.

HC-FED18                                                          10-10

## Claim Determination Procedures under ERISA

**The following complies with federal law. Provisions of the laws of your state may supersede.**

**Procedures Regarding Medical Necessity Determinations**

In general, health services and benefits must be Medically Necessary to be covered under the plan. The procedures for determining Medical Necessity vary, according to the type of service or benefit requested, and the type of health plan. Medical Necessity determinations are made on either a preservice, concurrent, or postservice basis, as described below:

Certain services require prior authorization in order to be covered. This prior authorization is called a "preservice medical necessity determination." The Certificate describes who is responsible for obtaining this review. You or your authorized representative (typically, your health care provider) must request Medical Necessity determinations according to the procedures described below, in the Certificate, and in your provider's network participation documents as applicable.

When services or benefits are determined to be not Medically Necessary, you or your representative will receive a written description of the adverse determination, and may appeal the determination. Appeal procedures are described in the Certificate, in your provider's network participation documents, and in the determination notices.

**Preservice Medical Necessity Determinations**

When you or your representative request a required Medical Necessity determination prior to care, Cigna will notify you or your representative of the determination within 15 days after receiving the request. However, if more time is needed due to matters beyond Cigna's control, Cigna will notify you or your representative within 15 days after receiving your request. This notice will include the date a determination can be expected, which will be no more than 30 days after receipt of

CONFIDENTIAL                                               CIGNA08908697



the request. If more time is needed because necessary information is missing from the request, the notice will also specify what information is needed, and you or your representative must provide the specified information to Cigna within 45 days after receiving the notice. The determination period will be suspended on the date Cigna sends such a notice of missing information, and the determination period will resume on the date you or your representative responds to the notice.

If the determination periods above would seriously jeopardize your life or health, your ability to regain maximum function, or in the opinion of a Physician with knowledge of your health condition, cause you severe pain which cannot be managed without the requested services, Cigna will make the preservice determination on an expedited basis. Cigna's Physician will defer to the determination of the treating Physician, regarding whether an expedited determination is necessary. Cigna will notify you or your representative of an expedited determination within 72 hours after receiving the request.

However, if necessary information is missing from the request, Cigna will notify you or your representative within 24 hours after receiving the request to specify what information is needed. You or your representative must provide the specified information to Cigna within 48 hours after receiving the notice. Cigna will notify you or your representative of the expedited benefit determination within 48 hours after you or your representative responds to the notice. Expedited determinations may be provided orally, followed within 3 days by written or electronic notification.

If you or your representative fails to follow Cigna's procedures for requesting a required preservice medical necessity determination, Cigna will notify you or your representative of the failure and describe the proper procedures for filing within 5 days (or 24 hours, if an expedited determination is required, as described above) after receiving the request. This notice may be provided orally, unless you or your representative requests written notification.

**Concurrent Medical Necessity Determinations**

When an ongoing course of treatment has been approved for you and you wish to extend the approval, you or your representative must request a required concurrent Medical Necessity determination at least 24 hours prior to the expiration of the approved period of time or number of treatments. When you or your representative requests such a determination, Cigna will notify you or your representative of the determination within 24 hours after receiving the request.

**Postservice Medical Necessity Determinations**

When you or your representative requests a Medical Necessity determination after services have been rendered, Cigna will notify you or your representative of the determination within 30 days after receiving the request. However, if more time is

needed to make a determination due to matters beyond Cigna's control Cigna will notify you or your representative within 30 days after receiving the request. This notice will include the date a determination can be expected, which will be no more than 45 days after receipt of the request.

If more time is needed because necessary information is missing from the request, the notice will also specify what information is needed, and you or your representative must provide the specified information to Cigna within 45 days after receiving the notice. The determination period will be suspended on the date Cigna sends such a notice of missing information, and the determination period will resume on the date you or your representative responds to the notice.

**Postservice Claim Determinations**

When you or your representative requests payment for services which have been rendered, Cigna will notify you of the claim payment determination within 30 days after receiving the request. However, if more time is needed to make a determination due to matters beyond Cigna's control, Cigna will notify you or your representative within 30 days after receiving the request. This notice will include the date a determination can be expected, which will be no more than 45 days after receipt of the request. If more time is needed because necessary information is missing from the request, the notice will also specify what information is needed, and you or your representative must provide the specified information within 45 days after receiving the notice. The determination period will be suspended on the date Cigna sends such a notice of missing information, and resume on the date you or your representative responds to the notice.

**Notice of Adverse Determination**

Every notice of an adverse benefit determination will be provided in writing or electronically, and will include all of the following that pertain to the determination: information sufficient to identify the claim; the specific reason or reasons for the adverse determination; reference to the specific plan provisions on which the determination is based; a description of any additional material or information necessary to perfect the claim and an explanation of why such material or information is necessary; a description of the plan's review procedures and the time limits applicable, including a statement of a claimant's rights to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on appeal; upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination regarding your claim; and an explanation of the scientific or clinical judgment for a determination that is based on a Medical Necessity, experimental treatment or other similar exclusion or limit; information about any office of health insurance consumer assistance or ombudsman available to assist you with the appeal process; and in the case of a

CONFIDENTIAL

CIGNA08908698



claim involving urgent care, a description of the expedited review process applicable to such claim.

HC-FED40                                                        04-12

# COBRA Continuation Rights Under Federal Law

## For You and Your Dependents

### What is COBRA Continuation Coverage?

Under federal law, you and/or your Dependents must be given the opportunity to continue health insurance when there is a "qualifying event" that would result in loss of coverage under the Plan. You and/or your Dependents will be permitted to continue the same coverage under which you or your Dependents were covered on the day before the qualifying event occurred, unless you move out of that plan's coverage area or the plan is no longer available. You and/or your Dependents cannot change coverage options until the next open enrollment period.

### When is COBRA Continuation Available?

For you and your Dependents, COBRA continuation is available for up to 18 months from the date of the following qualifying events if the event would result in a loss of coverage under the Plan:

- your termination of employment for any reason, other than gross misconduct, or
- your reduction in work hours.

For your Dependents, COBRA continuation coverage is available for up to 36 months from the date of the following qualifying events if the event would result in a loss of coverage under the Plan:

- your death;
- your divorce or legal separation; or
- for a Dependent child, failure to continue to qualify as a Dependent under the Plan.

### Who is Entitled to COBRA Continuation?

Only a "qualified beneficiary" (as defined by federal law) may elect to continue health insurance coverage. A qualified beneficiary may include the following individuals who were covered by the Plan on the day the qualifying event occurred: you, your spouse, and your Dependent children. Each qualified beneficiary has their own right to elect or decline COBRA continuation coverage even if you decline or are not eligible for COBRA continuation.

The following individuals are not qualified beneficiaries for purposes of COBRA continuation: domestic partners, same sex spouses, grandchildren (unless adopted by you),

stepchildren (unless adopted by you). Although these individuals do not have an independent right to elect COBRA continuation coverage, if you elect COBRA continuation coverage for yourself, you may also cover your Dependents even if they are not considered qualified beneficiaries under COBRA. However, such individuals' coverage will terminate when your COBRA continuation coverage terminates. The sections titled "Secondary Qualifying Events" and "Medicare Extension For Your Dependents" are not applicable to these individuals.

### Secondary Qualifying Events

If, as a result of your termination of employment or reduction in work hours, your Dependent(s) have elected COBRA continuation coverage and one or more Dependents experience another COBRA qualifying event, the affected Dependent(s) may elect to extend their COBRA continuation coverage for an additional 18 months (7 months if the secondary event occurs within the disability extension period) for a maximum of 36 months from the initial qualifying event. The second qualifying event must occur before the end of the initial 18 months of COBRA continuation coverage or within the disability extension period discussed below. Under no circumstances will COBRA continuation coverage be available for more than 36 months from the initial qualifying event. Secondary qualifying events are: your death; your divorce or legal separation; or, for a Dependent child, failure to continue to qualify as a Dependent under the Plan.

### Disability Extension

If, after electing COBRA continuation coverage due to your termination of employment or reduction in work hours, you or one of your Dependents is determined by the Social Security Administration (SSA) to be totally disabled under Title II or XVI of the SSA, you and all of your Dependents who have elected COBRA continuation coverage may extend such continuation for an additional 11 months, for a maximum of 29 months from the initial qualifying event.

To qualify for the disability extension, all of the following requirements must be satisfied:

- SSA must determine that the disability occurred prior to or within 60 days after the disabled individual elected COBRA continuation coverage; and
- A copy of the written SSA determination must be provided to the Plan Administrator within 60 calendar days after the date the SSA determination is made AND before the end of the initial 18-month continuation period.

If the SSA later determines that the individual is no longer disabled, you must notify the Plan Administrator within 30 days after the date the final determination is made by SSA. The 11-month disability extension will terminate for all covered persons on the first day of the month that is more than

CONFIDENTIAL                                CIGNA08908699



30 days after the date the SSA makes a final determination that the disabled individual is no longer disabled.

All causes for "Termination of COBRA Continuation" listed below will also apply to the period of disability extension.

**Medicare Extension for Your Dependents**

When the qualifying event is your termination of employment or reduction in work hours and you became enrolled in Medicare (Part A, Part B or both) within the 18 months before the qualifying event, COBRA continuation coverage for your Dependents will last for up to 36 months after the date you became enrolled in Medicare. Your COBRA continuation coverage will last for up to 18 months from the date of your termination of employment or reduction in work hours.

**Termination of COBRA Continuation**

COBRA continuation coverage will be terminated upon the occurrence of any of the following:

- the end of the COBRA continuation period of 18, 29 or 36 months, as applicable;
- failure to pay the required premium within 30 calendar days after the due date;
- cancellation of the Employer's policy with Cigna;
- after electing COBRA continuation coverage, a qualified beneficiary enrolls in Medicare (Part A, Part B, or both);
- after electing COBRA continuation coverage, a qualified beneficiary becomes covered under another group health plan, unless the qualified beneficiary has a condition for which the new plan limits or excludes coverage under a pre-existing condition provision. In such case coverage will continue until the earliest of: the end of the applicable maximum period; the date the pre-existing condition provision is no longer applicable; or the occurrence of an event described in one of the first three bullets above;
- any reason the Plan would terminate coverage of a participant or beneficiary who is not receiving continuation coverage (e.g., fraud).

**Moving Out of Employer's Service Area or Elimination of a Service Area**

If you and/or your Dependents move out of the Employer's service area or the Employer eliminates a service area in your location, your COBRA continuation coverage under the plan will be limited to out-of-network coverage only. In-network coverage is not available outside of the Employer's service area. If the Employer offers another benefit option through Cigna or another carrier which can provide coverage in your location, you may elect COBRA continuation coverage under that option.

**Employer's Notification Requirements**

Your Employer is required to provide you and/or your Dependents with the following notices:

- An initial notification of COBRA continuation rights must be provided within 90 days after your (or your spouse's) coverage under the Plan begins (or the Plan first becomes subject to COBRA continuation requirements, if later). If you and/or your Dependents experience a qualifying event before the end of that 90-day period, the initial notice must be provided within the time frame required for the COBRA continuation coverage election notice as explained below.
- A COBRA continuation coverage election notice must be provided to you and/or your Dependents within the following timeframes:
  - if the Plan provides that COBRA continuation coverage and the period within which an Employer must notify the Plan Administrator of a qualifying event starts upon the loss of coverage, 44 days after loss of coverage under the Plan;
  - if the Plan provides that COBRA continuation coverage and the period within which an Employer must notify the Plan Administrator of a qualifying event starts upon the occurrence of a qualifying event, 44 days after the qualifying event occurs; or
  - in the case of a multi-employer plan, no later than 14 days after the end of the period in which Employers must provide notice of a qualifying event to the Plan Administrator.

**How to Elect COBRA Continuation Coverage**

The COBRA coverage election notice will list the individuals who are eligible for COBRA continuation coverage and inform you of the applicable premium. The notice will also include instructions for electing COBRA continuation coverage. You must notify the Plan Administrator of your election no later than the due date stated on the COBRA election notice. If a written election notice is required, it must be post-marked no later than the due date stated on the COBRA election notice. If you do not make proper notification by the due date shown on the notice, you and your Dependents will lose the right to elect COBRA continuation coverage. If you reject COBRA continuation coverage before the due date, you may change your mind as long as you furnish a completed election form before the due date.

Each qualified beneficiary has an independent right to elect COBRA continuation coverage. Continuation coverage may be elected for only one, several, or for all Dependents who are qualified beneficiaries. Parents may elect to continue coverage on behalf of their Dependent children. You or your spouse may elect continuation coverage on behalf of all the qualified beneficiaries. You are not required to elect COBRA

CONFIDENTIAL

CIGNA08908700



continuation coverage in order for your Dependents to elect COBRA continuation.

**How Much Does COBRA Continuation Coverage Cost?**

Each qualified beneficiary may be required to pay the entire cost of continuation coverage. The amount may not exceed 102% of the cost to the group health plan (including both Employer and Employee contributions) for coverage of a similarly situated active Employee or family member. The premium during the 11-month disability extension may not exceed 150% of the cost to the group health plan (including both employer and employee contributions) for coverage of a similarly situated active Employee or family member.

For example: If the Employee alone elects COBRA continuation coverage, the Employee will be charged 102% (or 150%) of the active Employee premium. If the spouse or one Dependent child alone elects COBRA continuation coverage, they will be charged 102% (or 150%) of the active Employee premium. If more than one qualified beneficiary elects COBRA continuation coverage, they will be charged 102% (or 150%) of the applicable family premium.

**When and How to Pay COBRA Premiums**

*First payment for COBRA continuation*

If you elect COBRA continuation coverage, you do not have to send any payment with the election form. However, you must make your first payment no later than 45 calendar days after the date of your election. (This is the date the Election Notice is postmarked, if mailed.) If you do not make your first payment within that 45 days, you will lose all COBRA continuation rights under the Plan.

*Subsequent payments*

After you make your first payment for COBRA continuation coverage, you will be required to make subsequent payments of the required premium for each additional month of coverage. Payment is due on the first day of each month. If you make a payment on or before its due date, your coverage under the Plan will continue for that coverage period without any break.

*Grace periods for subsequent payments*

Although subsequent payments are due by the first day of the month, you will be given a grace period of 30 days after the first day of the coverage period to make each monthly payment. Your COBRA continuation coverage will be provided for each coverage period as long as payment for that coverage period is made before the end of the grace period for that payment. However, if your payment is received after the due date, your coverage under the Plan may be suspended during this time. Any providers who contact the Plan to confirm coverage during this time may be informed that coverage has been suspended. If payment is received before the end of the grace period, your coverage will be reinstated

back to the beginning of the coverage period. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated. If you fail to make a payment before the end of the grace period for that coverage period, you will lose all rights to COBRA continuation coverage under the Plan.

**You Must Give Notice of Certain Qualifying Events**

If you or your Dependent(s) experience one of the following qualifying events, you must notify the Plan Administrator within 60 calendar days after the date of the date the qualifying event occurs or the date coverage would cease as a result of the qualifying event:

- Your divorce or legal separation; or
- Your child ceases to qualify as a Dependent under the Plan.
- The occurrence of a secondary qualifying event as discussed under "Secondary Qualifying Events" above (this notice must be received prior to the end of the initial 18- or 29-month COBRA period).

(Also refer to the section titled "Disability Extension" for additional notice requirements.)

Notice must be made in writing and must include: the name of the Plan, name and address of the Employee covered under the Plan, name and address(es) of the qualified beneficiaries affected by the qualifying event; the qualifying event; the date the qualifying event occurred; and supporting documentation (e.g., divorce decree, birth certificate, disability determination, etc.).

**Newly Acquired Dependents**

If you acquire a new Dependent through marriage, birth, adoption or placement for adoption while your coverage is being continued, you may cover such Dependent under your COBRA continuation coverage. However, only your newborn or adopted Dependent child is a qualified beneficiary and may continue COBRA continuation coverage for the remainder of the coverage period following your early termination of COBRA coverage or due to a secondary qualifying event. COBRA coverage for your Dependent spouse and any Dependent children who are not your children (e.g., stepchildren or grandchildren) will cease on the date your COBRA coverage ceases and they are not eligible for a secondary qualifying event.

**COBRA Continuation for Retirees Following Employer's Bankruptcy**

If you are covered as a retiree, and a proceeding in bankruptcy is filed with respect to the Employer under Title 11 of the United States Code, you may be entitled to COBRA continuation coverage. If the bankruptcy results in a loss of coverage for you, your Dependents or your surviving spouse within one year before or after such proceeding, you and your

CONFIDENTIAL

CIGNA08908701



covered Dependents will become COBRA qualified beneficiaries with respect to the bankruptcy. You will be entitled to COBRA continuation coverage until your death. Your surviving spouse and covered Dependent children will be entitled to COBRA continuation coverage for up to 36 months following your death. However, COBRA continuation coverage will cease upon the occurrence of any of the events listed under "Termination of COBRA Continuation" above.

**Trade Act of 2002**

The Trade Act of 2002 created a new tax credit for certain individuals who become eligible for trade adjustment assistance and for certain retired Employees who are receiving pension payments from the Pension Benefit Guaranty Corporation (PBGC) (eligible individuals). Under the new tax provisions, eligible individuals can either take a tax credit or get advance payment of 72.5% of premiums paid for qualified health insurance, including continuation coverage. If you have questions about these new tax provisions, you may call the Health Coverage Tax Credit Customer Contact Center toll-free at 1-866-628-4282. TDD/TYY callers may call toll-free at 1-866-626-4282. More information about the Trade Act is also available at www.doleta.gov/tradeact.

In addition, if you initially declined COBRA continuation coverage and, within 60 days after your loss of coverage under the Plan, you are deemed eligible by the U.S. Department of Labor or a state labor agency for trade adjustment assistance (TAA) benefits and the tax credit, you may be eligible for a special 60 day COBRA election period. The special election period begins on the first day of the month that you become TAA-eligible. If you elect COBRA coverage during this special election period, COBRA coverage will be effective on the first day of the special election period and will continue for 18 months, unless you experience one of the events discussed under "Termination of COBRA Continuation" above. Coverage will not be retroactive to the initial loss of coverage. If you receive a determination that you are TAA-eligible, you must notify the Plan Administrator immediately.

**Conversion Available Following Continuation**

If your or your Dependents' COBRA continuation ends due to the expiration of the maximum 18-, 29- or 36-month period, whichever applies, you and/or your Dependents may be entitled to convert to the coverage in accordance with the Medical Conversion benefit then available to Employees and the Dependents. Please refer to the section titled "Conversion Privilege" for more information.

**Interaction With Other Continuation Benefits**

You may be eligible for other continuation benefits under state law. Refer to the Termination section for any other continuation benefits.

**ERISA Required Information**

The name of the Plan is:

The Law Offices of Peter G. Angelos Cafeteria Plan

The name, address, ZIP code and business telephone number of the sponsor of the Plan is:

Law Offices of Peter Angelos
100 N. Charles Street
Baltimore, MD 21201
410-649-2000

| Employer Identification Number (EIN) | Plan Number |
|---|---|
| 521866796 | 501 |

The name, address, ZIP code and business telephone number of the Plan Administrator is:

Employer named above

The name, address and ZIP code of the person designated as agent for service of legal process is:

Employer named above

The office designated to consider the appeal of denied claims is:

The Cigna Claim Office responsible for this Plan

The cost of the Plan is shared by Employee and Employer.

The Plan's fiscal year ends on 12/31.

The preceding pages set forth the eligibility requirements and benefits provided for you under this Plan.

**Plan Trustees**

A list of any Trustees of the Plan, which includes name, title and address, is available upon request to the Plan Administrator.

**Plan Type**

The plan is a healthcare benefit plan.

**Collective Bargaining Agreements**

You may contact the Plan Administrator to determine whether the Plan is maintained pursuant to one or more collective bargaining agreements and if a particular Employer is a sponsor. A copy is available for examination from the Plan Administrator upon written request.

**Discretionary Authority**

The Plan Administrator delegates to Cigna the discretionary authority to interpret and apply plan terms and to make factual determinations in connection with its review of claims under the plan. Such discretionary authority is intended to include, but not limited to, the determination of the eligibility of persons desiring to enroll in or claim benefits under the plan,

HC-FED37                                                      04-12

CONFIDENTIAL

CIGNA08908702



the determination of whether a person is entitled to benefits under the plan, and the computation of any and all benefit payments. The Plan Administrator also delegates to Cigna the discretionary authority to perform a full and fair review, as required by ERISA, of each claim denial which has been appealed by the claimant or his duly authorized representative.

**Plan Modification, Amendment and Termination**

The Employer as Plan Sponsor reserves the right to, at any time, change or terminate benefits under the Plan, to change or terminate the eligibility of classes of employees to be covered by the Plan, to amend or eliminate any other plan term or condition, and to terminate the whole plan or any part of it. The procedure by which benefits may be changed or terminated, by which the eligibility of classes of employees may be changed or terminated, or by which part or all of the Plan may be terminated, is contained in the Employer's Plan Document, which is available for inspection and copying from the Plan Administrator designated by the Employer. No consent of any participant is required to terminate, modify, amend or change the Plan.

Termination of the Plan together with termination of the insurance policy(s) which funds the Plan benefits will have no adverse effect on any benefits to be paid under the policy(s) for any covered medical expenses incurred prior to the date that policy(s) terminates. Likewise, any extension of benefits under the policy(s) due to you or your Dependent's total disability which began prior to and has continued beyond the date the policy(s) terminates will not be affected by the Plan termination. Rights to purchase limited amounts of life and medical insurance to replace part of the benefits lost because the policy(s) terminated may arise under the terms of the policy(s). A subsequent Plan termination will not affect the extension of benefits and rights under the policy(s).

Your coverage under the Plan's insurance policy(s) will end on the earliest of the following dates:

- the date you leave Active Service (or later as explained in the Termination Section;)
- the date you are no longer in an eligible class;
- if the Plan is contributory, the date you cease to contribute;
- the date the policy(s) terminates.

See your Plan Administrator to determine if any extension of benefits or rights are available to you or your Dependents under this policy(s). No extension of benefits or rights will be available solely because the Plan terminates.

**Statement of Rights**

As a participant in the plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits**

- examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure room of the Employee Benefits Security Administration.
- obtain, upon written request to the Plan Administrator, copies of documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.
- receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each person under the Plan with a copy of this summary financial report.

**Continue Group Health Plan Coverage**

- continue health care coverage for yourself, your spouse or Dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your Dependents may have to pay for such coverage. Review this summary plan description and the documents governing the Plan on the rules governing your federal continuation coverage rights.
- reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect federal continuation coverage, when your federal continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your

CONFIDENTIAL

CIGNA08908703



union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied or ignored you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

**Enforce Your Rights**

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.

In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

HC-FED25                                                      10-10

**Notice of an Appeal or a Grievance**

The appeal or grievance provision in this certificate may be superseded by the law of your state. Please see your explanation of benefits for the applicable appeal or grievance procedure.

**Cigna Vision Second Level Appeals Address**

Please submit your Level 2 Grievance documents to the following address:

Cigna HealthCare
NAU National Appeals Unit
P.O. Box 188044
Chattanooga, TN 37422

HC-SPP4V2
04-10

# When You Have A Complaint, An Appeal Or A Grievance

### Definitions

**Adverse Decision**

An Adverse Decision is a utilization review determination by Cigna that: a proposed or delivered Health Care Service covered under the insured's contract is or was not Medically Necessary, appropriate, or efficient; and may result in noncoverage of the Health Care Service.

**Appeal**

An Appeal is a protest filed by an Insured, his or her representative or a health care provider with Cigna under its internal Appeal process regarding a Coverage Decision concerning an insured.

**Appeal Decision**

An Appeal Decision is a final determination by Cigna that arises from an Appeal filed with Cigna under its Appeal process regarding a Coverage Decision concerning an insured.

**Compelling Reason**

A Compelling Reason includes showing that the potential delay in receipt of a health care service until after the insured or health care provider exhausts the internal grievance process and obtains a final decision under the grievance process could result in loss of life, serious impairment to a bodily function, serious dysfunction of a bodily organ, or the insured remaining seriously mentally ill with symptoms that cause the insured to be in danger to self or others.

**Complaint**

A Complaint is: a protest filed with the Maryland Insurance Commissioner involving an Adverse Decision or Grievance

CONFIDENTIAL                                              CIGNA08908704



Decision concerning the insured; or a protest filed with the Commissioner involving a Coverage Decision.

### Grievance

A Grievance is a protest by an insured, his or her representative or a health care provider on behalf of the insured filed with Cigna through its internal grievance process regarding an Adverse Decision concerning the insured.

### Grievance Decision

A Grievance Decision by Cigna is a final determination that arises from a Grievance regarding an Adverse Decision concerning the insured, which was filed with Cigna under its internal grievance process.

### Health Care Provider

A Health Care Provider means: an individual who is licensed under the Maryland Health Occupations Article to provide health care services in the ordinary course of business or practice of a profession, and is a treating provider of the insured; or a hospital, as defined by Maryland law.

### Health Care Service

A Health Care Service is a health or medical care procedure or service rendered by a health care provider that: provides testing, diagnosis, or treatment of a human disease or dysfunction; or dispenses drugs, medical devices, medical appliances, or medical goods for the treatment of a human disease or dysfunction.

### Medically Necessary/Medical Necessity

Medically Necessary/Medical Necessity refer to Health Care Services and supplies which are determined by Cigna to be: medically required to meet the basic health needs of the insured; consistent with the diagnosis of the condition; consistent in type, frequency and duration of treatment with scientifically based guidelines as determined by medical research; required for purposes other than the comfort and convenience of the patient or his Physician; and of demonstrated medical value.

Any services precertified by the Review Organization will be deemed Medically Necessary.

### <u>When You Have a Complaint, an Appeal or a Grievance</u>

For the purposes of this section, any reference to "you," "your" or "Member" also refers to a representative or your treating provider designated by you to act on your behalf; and "Physician reviewers" are licensed Physicians depending on the care, treatment or service under review.

We want you to be completely satisfied with the care you receive. That is why we have established a process for addressing your concerns and solving your problems.

### Start With Customer Services

We are here to listen and help. If you have a concern regarding a person, a service, the quality of care, contractual benefits, or a rescission of coverage, you can call our toll-free number and explain your concern to one of our Customer Service representatives. Please call us at the Customer Services Toll-Free Number that appears on your Benefit Identification card, explanation of benefits or claim form.

### Quality of Care Issues

Quality of care issues include the following: malpractice allegation; negative patient outcomes related to poor care; failure to follow up on diagnostic procedures; failure to provide treatment for presenting complaints consistent with standard of care; failure to appropriately document medical records; confidentiality and privacy issues related to medical records or care; dissatisfaction of providers; qualifications of providers; misdiagnosis; inappropriate referrals; environmental issues related to infection control and hazardous medical waste; failure of a provider to perform adequate medical screening, assessments, or emergency care; failure to provide an adequate internal insured Complaint process concerning quality of care issues; failure to comply with policies and procedures concerning delivery of care; inadequate credentialing and performance appraisal for Physician; and denial of Health Care Service benefits by Cigna.

We will do our best to resolve the matter on your initial contact. If we need more time to review or investigate your concern, we will get back to you as soon as possible, but in any case within 30 days.

If you are not satisfied with the results of a Coverage Decision, such as a Claim denial or other adverse determination, or a rescission of coverage, you can start the Administrative Appeals Procedure or Medical Necessity Grievance Procedure.

### Internal Appeals and Grievance Procedure

Cigna has a one-step Appeals and Grievance Procedure for Coverage Decisions and decisions involving Medical Necessity. To initiate an Administrative Appeal or Medical Necessity Grievance, you must submit a written request for an Appeal or Grievance within 365 days of receipt of a denial notice, to the following address:

> Cigna
> National Appeals Organization (NAO)
> PO Box 188011
> Chattanooga, TN 37422

For decisions involving Medical Necessity, a denial notice is the same as an Adverse Decision. Notice of an Adverse Decision must be sent by us within five working days after the decision is made. You should state the reason why you feel your Appeal or Grievance should be approved and include any

CONFIDENTIAL

CIGNA08908705



information supporting your Appeal or Grievance. If you are unable or choose not to write, you may ask to register your Appeal or Grievance by calling the toll-free number on your Benefit Identification card, explanation of benefits or claim form. If we determine that we do not have sufficient information to complete our review, you will be notified within 5 working days after the Filing Date of your Grievance and will be assisted by us in gathering the necessary information.

Filing Date means the earlier of: 5 days after the date of mailing or the date of receipt.

If Cigna fails to strictly adhere to all the requirements of the internal claims and appeals process, you may initiate an external Independent Review and/or pursue any available remedies under applicable law.

**Medical Necessity Grievance Procedure**

Your request to reconsider an Adverse Decision will be reviewed and the decision made by someone not involved in the initial decision. Grievances involving Medical Necessity will be considered by a Physician reviewer who is board certified or eligible in the same specialty as the treatment under review. The Medical Director who has responsibility for oversight of grievance decisions is:

Douglas Hadley, MD
Cigna HealthCare
Two Liberty Place
1601 Chestnut Street
Philadelphia, PA 19192
215-761-7057

We will make a decision and will notify you in writing of our decision, both within 30 calendar days of the Filing Date of your Grievance request, unless you agree in writing to an extension for a period of no longer than 15 calendar days. In the event any new or additional information (evidence) is considered, relied upon or generated by Cigna in connection with the appeal, Cigna will provide this information to you as soon as possible and sufficiently in advance of the decision, so that you will have an opportunity to respond. Also, if any new or additional rationale is considered by Cigna, Cigna will provide the rationale to you as soon as possible and sufficiently in advance of the decision so that you will have an opportunity to respond.

In no case will written notice of the Grievance decision be sent later than five working days after the Grievance decision has been made.

Decisions involving a Grievance request in connection with a retrospective denial will be made within 45 working days after the date on which the Grievance is filed. The decision will be communicated to you in writing.

**Expedited Medical Necessity Grievance Procedure**

An expedited Grievance is available for services that are proposed, but which have not yet been rendered. When requested and when the time frames under this process would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function or would cause you to be a danger to self or others, we will respond verbally with a decision within 24 hours, followed up in writing within one calendar day of the verbal response.

If you request that your appeal be expedited because the time frames under this process would seriously jeopardize your life, health or ability to regain maximum function or in the opinion of your Physician would cause you severe pain which cannot be managed without the requested services, you may also ask for an expedited external Independent Review at the same time, if the time to complete an expedited Grievance would be detrimental to your medical condition.

**Administrative Appeal Procedure**

Your request to reconsider a Coverage Decision will be reviewed and the decision made by someone not involved in the initial decision. We will make a final Appeal Decision and will notify you in writing of our decision, both within 30 calendar days of your request. If more time or information is needed to make the determination, we will notify you in writing to request an extension of up to 15 calendar days and to specify any additional information needed to complete the review. In the event any new or additional information (evidence) is considered, relied upon or generated by Cigna in connection with the appeal, Cigna will provide this information to you as soon as possible and sufficiently in advance of the decision, so that you will have an opportunity to respond. Also, if any new or additional rationale is considered by Cigna, Cigna will provide the rationale to you as soon as possible and sufficiently in advance of the decision so that you will have an opportunity to respond.

**Expedited Administrative Appeal Procedure**

You may also request that the Appeal process be expedited if the time frames under this process would result in: serious jeopardy to your life or health; your inability to regain maximum function; serious impairment to bodily functions; serious dysfunction of any bodily organ or part; your remaining seriously mentally ill with symptoms that cause you to be a danger to self or others; the opinion of a health care provider with knowledge of your medical condition, severe pain that cannot be adequately managed without the care or treatment that is the subject of the Coverage Decision; or if your Appeal involves nonauthorization of an admission or continuing inpatient Hospital stay.

If you request that your appeal be expedited because the time frames under this process would seriously jeopardize your life, health or ability to regain maximum function or in the opinion

CONFIDENTIAL

CIGNA08908706



of your Physician would cause you severe pain which cannot be managed without the requested services, you may also ask for an expedited external Independent Review at the same time, if the time to complete an expedited Grievance would be detrimental to your medical condition.

The Physician reviewer, in consultation with the treating Physician, will decide if an expedited Appeal is necessary. When an Appeal is expedited, we will respond verbally with a decision with 72 hours, followed up in writing.

**Appeals to the State of Maryland Medical Necessity Grievance**

If you are not fully satisfied with the final decision of Cigna's Grievance review regarding your Medical Necessity issue, you have the right within four months to file a Complaint with the Maryland Insurance Commissioner. The Complaint may be filed without first filing a Grievance if:

- we have waived the requirements for you to participate in our internal Grievance process;
- we have failed to follow any of the requirements of our internal Grievance process; or
- you can demonstrate to the Commissioner a compelling reason to do so.

You may also file a Complaint with the Commissioner if we fail to make a decision on a Medical Necessity Grievance within the required time frames, including if a Grievance decision is not received within 24 hours for an Expedited Medical Necessity Grievance. The Commissioner may be contacted at the following address, telephone number, and fax number:

Maryland Insurance Administration
Appeals and Grievance Unit
200 St. Paul Place, Suite 2700
Baltimore, MD 21202
Telephone Number:
410-468-2000 or 1-800-492-6116
Fax Number: 410-468-2270
TTY 1-800-735-2258

The Health Advocacy Unit is available to assist you in both mediating and filing a Grievance under our internal Grievance process. You may contact the Health Advocacy Unit of Maryland's Consumer Protection at:

Office of the Attorney General
Consumer Protection Division
200 St. Paul Place, 16th Floor
Baltimore, MD 21202

The Unit can also be reached by calling 410-528-1840 or 1-877-261-8807 (phone), TTY 1-800-576-7372 or 410-576-6571 (fax) or by e-mail heau@oag.state.md.us.

When you file a Complaint with the Commissioner, you will be required to authorize the release of any of your medical records that may be required to be reviewed in order to reach a decision on your Complaint.

**Administrative or Other Appeals**

If you are not satisfied with the final Appeal Decision, you have the right within four months to file a complaint with the Maryland Insurance Commissioner. The Administration may be contacted at the following address and telephone number:

Maryland Insurance Administration
200 St. Paul Place, Suite 2700
Baltimore, MD 21202
Telephone Number: 410-468-2000
TTY 1-800-735-2258

The Complaint may be filed with the Commissioner without first filing an Appeal, and receiving a final decision if: the complaint is the subject of an initial Coverage Decision that involves care which has not yet been rendered, and you give sufficient information and supporting documentation in the complaint that demonstrates an Urgent Medical Condition exists.

If a case involves a retrospective denial, an Urgent Medical Condition that would allow you to file a complaint is not deemed to exist unless you have first exhausted Cigna's internal appeal process.

Coverage Decision means: an initial determination by us that results in noncoverage of a Health Care Service; a determination by us that an individual is not eligible for coverage under a health benefit plan; or any determination by us that results in the rescission of an individual's coverage under a health benefit. This includes nonpayment of all or any part of a claim. Coverage Decision does not include decisions based on Medical Necessity.

Urgent Medical Condition means a condition that satisfies either of the following:

- medical condition, including a physical condition, mental condition, or a dental condition where the absence of medical attention within 72 hours could reasonably be expected, by a prudent layperson who possesses an average knowledge of health and medicine, to result in:
  - serious jeopardy to your life or health;
  - your inability to regain maximum function;
  - serious impairment to bodily functions;
  - serious dysfunction of any bodily organ or part; or
  - you remaining seriously mentally ill with symptoms that cause you to be a danger to self or others; or
- medical condition, including a physical condition, mental condition, or a dental condition where the absence of medical attention within 72 hours in the opinion of a health care provider with knowledge of your medical condition, would subject you to severe pain that cannot be adequately

CONFIDENTIAL

CIGNA08908707



managed without care or treatment that is the subject of the Coverage Decision.

The Health Advocacy Unit is available to assist you in both mediating and filing an Appeal under our internal Appeal process. You may contact the Health Advocacy Unit of Maryland's Consumer Protection at:

Office of the Attorney General
Consumer Protection Division
200 St. Paul Place, 16th Floor
Baltimore, MD 21202

The Unit can also be reached by calling 410-528-1840 or 1-877-261-8807 (phone), TTY 1-800-576-6372 or 410-576-6571 (fax) or by e-mail at heau@oag.state.md.us.

**Legal Action**

Legal Action may not be brought against Cigna before the expiration of 60 days after written proof of loss has been furnished in accordance with the terms of this Certificate, or after the expiration of 3 years after the written proof of loss is required to be furnished.

**Notice of Benefit Determination on Appeal**

Every notice of a determination on Appeal will be provided in writing or electronically and, if an adverse determination, will include: information sufficient to identify the claim; the specific reason or reasons for the adverse determination; reference to the specific plan provisions on which the determination is based; a statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records, and other Relevant Information as defined; a statement describing any voluntary Appeal procedures offered by the plan and the claimant's right to bring an action under ERISA section 502(a); upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination regarding your Appeal, and an explanation of the scientific or clinical judgment for a determination that is based on a Medical Necessity, experimental treatment or other similar exclusion or limit; and information about any office of health insurance consumer assistance or ombudsman available to assist you in the appeal process. A final notice of adverse determination will include a discussion of the decision.

In addition, notice of determination on an Appeal or Grievance will also include the following:

- for Administrative Appeals:
  - notice of the insured's right to submit a complaint to the Commissioner within four months of receipt of a decision; and
  - the Commissioner's address, telephone number and fax number; and

- a statement that the Health Advocacy Unit is available to assist you in filing a complaint with the Commissioner, along with the address, telephone number, facsimile number and e-mail address of the Health Advocacy Unit.

- for Medical Necessity Grievances:
  - the specific criteria and standards, including interpretive guidelines used;
  - the designated representative who has responsibility for the internal Grievance process;
  - notice of insured's right to file a complaint with the Commissioner within four months of receipt of a Grievance Decision;
  - the Commissioner's address; telephone number and fax number; and
  - a statement that the Health Advocacy Unit is available to assist you in filing a complaint with the Commissioner, along with the address, telephone number, facsimile number and e-mail address of the Health Advocacy Unit.

HC-APL3                                                            04-10
                                                                    V1

# Definitions

**Active Service**

You will be considered in Active Service:

- on any of your Employer's scheduled work days if you are performing the regular duties of your work on a full-time basis on that day either at your Employer's place of business or at some location to which you are required to travel for your Employer's business.

- on a day which is not one of your Employer's scheduled work days if you were in Active Service on the preceding scheduled work day.

- on a day which is immediately preceded by a day you were actually at work, and you are not totally disabled by reason of injury or sickness on such day.

- on a full normal work day in which you perform your regular duties.

- on a weekend, if one or both of these days is your employer's scheduled non-work day.

- on a Holiday, when such Holiday is your employer's scheduled non-work day.

- on a paid vacation.

- on any of your employer's regularly scheduled non-working days.

- on any non-scheduled non-working days.

CONFIDENTIAL                                                    CIGNA08908708



- on any excused leave of absence, except medical leave.
- on any emergency leave of absence, except emergency medical leave.

HC-DFS231                                            04-10
                                                     V1

### Bed and Board

The term Bed and Board includes all charges made by a Hospital on its own behalf for room and meals and for all general services and activities needed for the care of registered bed patients.

HC-DFS2                                              04-10
                                                     V2

### Charges

The term "charges" means the actual billed charges; except when the provider has contracted directly or indirectly with Cigna for a different amount.

HC-DFS3                                              04-10
                                                     V1

### Custodial Services

Any services that are of a sheltering, protective, or safeguarding nature. Such services may include a stay in an institutional setting, at-home care, or nursing services to care for someone because of age or mental or physical condition. This service primarily helps the person in daily living. Custodial care also can provide medical services, given mainly to maintain the person's current state of health. These services cannot be intended to greatly improve a medical condition; they are intended to provide care while the patient cannot care for himself or herself. Custodial Services include but are not limited to:

- Services related to watching or protecting a person;
- Services related to performing or assisting a person in performing any activities of daily living, such as: walking, grooming, bathing, dressing, getting in or out of bed, toileting, eating, preparing foods, or taking medications that can be self administered, and
- Services not required to be performed by trained or skilled medical or paramedical personnel.

HC-DFS4                                              04-10
                                                     V1

### Dependent

Dependents are:

- your lawful spouse; and
- any child of yours who is
  - less than 26 years old.
  - 26 or more years old, unmarried, and primarily supported by you and incapable of self-sustaining employment by reason of mental or physical disability.

    Proof of the child's condition and dependence must be submitted to Cigna within 31 days after the date the child ceases to qualify above. From time to time, but not more frequently than once a year, Cigna may require proof of the continuation of such condition and dependence.

The term child means: a child born to you, a stepchild, an adopted child or grandchild; a child placed with you for legal adoption; or a child who is entitled to dependent coverage under testamentary or court-ordered guardianship (other than temporary guardianship of less than 12 months duration).

Coverage is provided for the Injury or Sickness of a newly born or newly adopted dependent child or grandchild (as defined) from the moment of birth or date of adoption of the child or grandchild. Coverage for a minor for whom guardianship is granted by court or testamentary appointment is payable from the date of appointment. Coverage includes the necessary care and treatment of medically diagnosed congenital defects and birth abnormalities.

Benefits for a Dependent child will continue until the last day of the calendar month in which the limiting age is reached.

Anyone who is eligible as an Employee will not be considered as a Dependent.

No one may be considered as a Dependent of more than one Employee.

HC-DFS90                                             04-10
                                                     V1

CONFIDENTIAL

CIGNA08908709



**Emergency Medical Condition**

Emergency medical condition means a medical condition which manifests itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy; serious impairment to bodily functions; or serious dysfunction of any bodily organ or part.

HC-DFS394                                                11-10

**Emergency Services**

Emergency services means, with respect to an Emergency Medical Condition, a medical screening examination that is within the capability of the emergency department of a Hospital, including ancillary services routinely available to the emergency department to evaluate the Emergency Medical Condition; or a health care item or service furnished or required to evaluate and treat the Emergency Medical Condition; and such further medical examination and treatment, to the extent they are within the capabilities of the staff and facilities available at the Hospital, to Stabilize the patient.

In an emergency situation, you should call 911 for Maryland or other state, county, or local emergency medical services.

Pre-authorization for this service is not required.

HC-DFS432                                                04-10
                                                         V1

**Employee**

The term Employee means a full-time employee of the Employer who is currently in Active Service. The term does not include employees who are part-time or temporary or who normally work less than 30 hours a week for the Employer.

HC-DFS7                                                  04-10
                                                         V3

**Employer**

The term Employer means the Policyholder and all Affiliated Employers.

HC-DFS8                                                  04-10
                                                         V1

**Essential Health Benefits**

Essential health benefits has the meaning found in section 1302(b) of PPACA and as further defined by the Secretary of the U.S. Health and Human Services Department, and includes, to the extent covered under the plan, expenses incurred with respect to covered services, in at least the following categories: ambulatory patient services, emergency services, hospitalization, maternity and newborn care, mental health and substance use disorder services, including behavioral health treatment, prescription drugs, rehabilitative and habilitative services and devices, laboratory services, preventive and wellness services and chronic disease management and pediatric services, including oral and vision care.

HC-DFS491                                                04-10
                                                         V1

**Expense Incurred**

An expense is incurred when the service or the supply for which it is incurred is provided.

HC-DFS10                                                 04-10
                                                         V1

**Free-Standing Surgical Facility**

The term Free-standing Surgical Facility means an institution which meets all of the following requirements:

- it has a medical staff of Physicians, Nurses and licensed anesthesiologists;
- it maintains at least two operating rooms and one recovery room;
- it maintains diagnostic laboratory and x-ray facilities;
- it has equipment for emergency care;
- it has a blood supply;
- it maintains medical records;
- it has agreements with Hospitals for immediate acceptance of patients who need Hospital Confinement on an inpatient basis; and
- it is licensed in accordance with the laws of the appropriate legally authorized agency.

The term Free-Standing Surgical Facility also includes a Birthing Center.

HC-DFS97                                                 04-10
                                                         V1

CONFIDENTIAL                                         CIGNA08908710



## Hospice Care Program

The term Hospice Care Program means:

- a coordinated, interdisciplinary program to meet the physical, psychological, spiritual and social needs of dying persons and their families;
- a program that provides palliative and supportive medical, nursing and other health services through home or inpatient care during the illness;
- a program for persons who have a Terminal Illness and for the immediate families or family caregivers of those persons.

HC-DFS98                                                                 04-10
                                                                          V1

## Hospice Care Services

The term Hospice Care Services means a coordinated, interdisciplinary program of hospice care services for meeting the special physical, psychological, spiritual, and social needs of terminally ill individuals and their families, by providing palliative and supportive medical, nursing, and other health services through home or inpatient care during the illness and bereavement to: individuals who have no reasonable prospect of cure as estimated by a Physician; and the immediate families or family caregivers of those individuals.

HC-DFS99                                                                 04-10
                                                                          V1

## Hospice Facility

The term Hospice Facility means an institution or part of it which:

- primarily provides care for Terminally Ill patients; and
- fulfills any licensing requirements of the state or locality in which it operates.

HC-DFS100                                                                04-10
                                                                          V1

## Hospital

The term Hospital means:

- an institution licensed as a hospital, which: maintains, on the premises, all facilities necessary for medical and surgical treatment; provides such treatment on an inpatient basis, for compensation, under the supervision of

Physicians; and provides 24-hour service by Registered Graduate Nurses;

- an institution which qualifies as a hospital, a psychiatric hospital or a tuberculosis hospital, and a provider of services under Medicare, if such institution is accredited as a hospital by the Joint Commission on the Accreditation of Healthcare Organizations; or
- an institution which: specializes in treatment of Mental Health and Substance Abuse or other related illness; provides residential treatment programs; and is licensed in accordance with the laws of the appropriate legally authorized agency.

The term Hospital will not include an institution which is primarily a place for rest, a place for the aged, or a nursing home.

HC-DFS437                                                                04-10
                                                                          V1

## Hospital Confinement or Confined in a Hospital

A person will be considered Confined in a Hospital if he is:

- a registered bed patient in a Hospital upon the recommendation of a Physician;
- receiving treatment for Mental Health and Substance Abuse Services in a Partial Hospitalization program;
- receiving treatment for Mental Health and Substance Abuse Services in a Mental Health or Substance Abuse Residential Treatment Center.

HC-DFS49                                                                 04-10
                                                                          V1

## Immediate Family

The term Immediate Family means the spouse, parents, siblings, grandparents and children of the terminally ill insured.

HC-DFS101                                                                04-10
                                                                          V1

## Injury

The term Injury means an accidental bodily injury.

HC-DFS12                                                                 04-10
                                                                          V1

CONFIDENTIAL

CIGNA08908711



**Maintenance Treatment**

The term Maintenance Treatment means:

- treatment rendered to keep or maintain the patient's current status.

HC-DFS56                                                      04-10

                                                             V1

**Maximum Reimbursable Charge - Medical**

The Maximum Reimbursable Charge for covered services is determined based on the lesser of:

- the provider's normal charge for a similar service or supply; or
- a policyholder-selected percentile of charges made by providers of such service or supply in the geographic area where it is received as compiled in a database selected by Cigna.

The percentile used to determine the Maximum Reimbursable Charge is listed in The Schedule.

The Maximum Reimbursable Charge is subject to all other benefit limitations and applicable coding and payment methodologies determined by Cigna. Additional information about how Cigna determines the Maximum Reimbursable Charge is available upon request.

**In General**

In no event will Cigna's allowed amount paid to a non-Participating Provider for a covered health care service be less than the allowed amount paid to a similarly licensed provider who is a Participating Provider, for the same service in the same geographical region.

Also, with respect to on-call Physicians and Hospital-based Physicians who:

- are non-Participating Providers or Out-of-Network providers; and
- obtain an assignment of benefits from the insured person; and
- notify Cigna, in the manner specified by the Commissioner of Insurance, that the on-call Physician or Hospital-based Physician has obtained and accepted the assignment of benefits from the insured person,

Cigna agrees as follows:

- Cigna will pay the on-call Physician or Hospital-based Physician, within 30 days after receipt of the claim; and

- Cigna will pay a claim submitted by an on-call Physician, for a Covered Service rendered to an insured in a Hospital, no less than the greater of:
  - 140% of the average rate Cigna paid for the 12-month period that ends on January 1 of the previous calendar year in the same geographic area, as defined by the Centers for Medicare and Medicaid Services, for the same Covered Service, to similarly licensed providers under written contract with Cigna; or
  - the average rate Cigna paid for the 12-month period that ended on January 1, 2010, in the same geographic area, as defined by the Centers for Medicare and Medicaid Services, for the same Covered Service to a similarly licensed provider not under written contract with Cigna, inflated by the change in the Medicare Economic Index from 2010 to the current year.
- Cigna will pay a claim submitted by a Hospital-based Physician, for a Covered Service rendered to an insured, no less than the greater of:
  - 140% of the average rate Cigna paid for the 12-month period that ends on January 1 of the previous calendar year in the same geographic area, as defined by the Centers for Medicare and Medicaid Services, for the same Covered Service, to similarly licensed providers who are Hospital-based Physicians under written contract with Cigna; or
  - the final allowed amount of Cigna for the same Covered Service for the 12-month period that ended on January 1, 2010, inflated by the change in the Medicare Economic Index to the current year, to the Hospital-based Physician billing under the same federal tax identification number the Hospital-based Physician used in calendar year 2009.

HC-DFS494                                                    04-10

                                                             V1

**Medicaid**

The term Medicaid means a state program of medical aid for needy persons established under Title XIX of the Social Security Act of 1965 as amended.

HC-DFS16                                                     04-10

                                                             V1

**Medically Necessary/Medical Necessity**

Medically Necessary Covered Services and Supplies are those determined by the Medical Director to be:

- required to diagnose or treat an illness, injury, disease or its symptoms;

CONFIDENTIAL                                          CIGNA08908712



- in accordance with generally accepted standards of medical practice;
- clinically appropriate in terms of type, frequency, extent, site and duration;
- not primarily for the convenience of the patient, Physician or other health care provider; and
- rendered in the least intensive setting that is appropriate for the delivery of the services and supplies. Where applicable, the Medical Director may compare the cost-effectiveness of alternative services, settings or supplies when determining least intensive setting.

Preventive care services described in this certificate are considered to be Medically Necessary.

HC-DFS490                                                     04-10
                                                                V1

## Medicare

The term Medicare means the program of medical care benefits provided under Title XVIII of the Social Security Act of 1965 as amended.

HC-DFS17                                                      04-10
                                                                V1

## Necessary Services and Supplies

The term Necessary Services and Supplies includes:

- any charges, except charges for Bed and Board, made by a Hospital on its own behalf for medical services and supplies actually used during Hospital Confinement;

The term Necessary Services and Supplies will not include any charges for special nursing fees or dental fees.

HC-DFS103                                                     04-10
                                                                V1

## Nurse

The term Nurse means a Registered Graduate Nurse, a Licensed Practical Nurse or a Licensed Vocational Nurse who has the right to use the abbreviation "R.N.," "L.P.N." or "L.V.N." The term Nurse also includes a nurse practitioner, nurse anesthetist and nurse midwife.

HC-DFS104                                                     04-10
                                                                V1

## Ophthalmologist

The term Ophthalmologist means a person practicing ophthalmology within the scope of his license. It will also include a physician operating within the scope of his license when he performs any of the Vision Care services described in the policy.

HC-DFS70                                                      04-10
                                                                V1

## Optician

The term Optician means a fabricator and dispenser of eyeglasses and/or contact lenses. An optician fills prescriptions for glasses and other optical aids as specified by optometrists or ophthalmologists. The state in which an optician practices may or may not require licensure for rendering of these services.

HC-DFS71                                                      04-10
                                                                V1

## Optometrist

The term Optometrist means a person practicing optometry within the scope of his license. It will also include a physician operating within the scope of his license when he performs any of the Vision Care services described in the policy.

HC-DFS72                                                      04-10
                                                                V1

## Other Health Care Facility

The term Other Health Care Facility means a facility other than a Hospital or hospice facility. Examples of Other Health Care Facilities include, but are not limited to, licensed skilled nursing facilities, rehabilitation Hospitals and subacute facilities.

HC-DFS492                                                     04-10
                                                                V1

## Other Health Professional

The term Other Health Professional means an individual other than a Physician who is licensed or otherwise authorized under the applicable state law to deliver medical services and supplies. Other Health Professionals include, but are not limited to physical therapists, Registered Graduate Nurses and Licensed Practical Nurses.

CONFIDENTIAL

CIGNA08908713



The term Other Health Professional does not include Certified First Assistants, Certified Operating Room Technicians, Certified Surgical Assistants/Technicians, Licensed Certified Surgical Assistants/Technicians, Licensed Surgical Assistants, Orthopedic Physician Assistants and Surgical First Assistants.

HC-DFS493                                         04-10
                                                   V1

### Participating Pharmacy

The term Participating Pharmacy means a retail Pharmacy with which Cigna has contracted to provide prescription services to insureds, or a designated home delivery Pharmacy with which Cigna has contracted to provide home delivery prescription services to insureds. A home delivery Pharmacy is a Pharmacy that provides Prescription Drugs through mail order.

HC-DFS60                                          04-10
                                                   V1

### Participating Provider

The term Participating Provider means a hospital, a Physician or any other health care practitioner or entity that has a direct or indirect contractual arrangement with Cigna to provide covered services with regard to a particular plan under which the participant is covered.

HC-DFS45                                          04-10
                                                   V1

### Patient Protection and Affordable Care Act of 2010 ("PPACA")

Patient Protection and Affordable Care Act of 2010 means the Patient Protection and Affordable Care Act of 2010 (Public Law 111-148) as amended by the Health Care and Education Reconciliation Act of 2010 (Public Law 111-152).

HC-DFS412                                         01-11

### Pharmacy

The term Pharmacy means a retail Pharmacy, or a home delivery Pharmacy.

HC-DFS61                                          04-10
                                                   V1

### Pharmacy & Therapeutics (P & T) Committee

A committee of Cigna Participating Providers, Medical Directors and Pharmacy Directors which regularly reviews Prescription Drugs and Related Supplies for safety and efficacy. The P&T Committee evaluates Prescription Drugs and Related Supplies for potential addition to or deletion from the Prescription Drug List and may also set dosage and/or dispensing limits on Prescription Drugs and Related Supplies.

HC-DFS62                                          04-10
                                                   V1

### Physician

The term Physician means a licensed medical practitioner who is practicing within the scope of his license and who is licensed to prescribe and administer drugs or to perform surgery. It will also include any other licensed medical practitioner whose services are required to be covered by law in the locality where the policy is issued if he is:

- operating within the scope of his license; and
- performing a service for which benefits are provided under this plan when performed by a Physician.

HC-DFS25                                          04-10
                                                   V1

### Prescription Drug

Prescription Drug means; a drug which has been approved by the Food and Drug Administration for safety and efficacy; certain drugs approved under the Drug Efficacy Study Implementation review; or drugs marketed prior to 1938 and not subject to review, and which can, under federal or state law, be dispensed only pursuant to a Prescription Order.

HC-DFS63                                          04-10
                                                   V1

### Prescription Drug List

Prescription Drug List means a listing of approved Prescription Drugs and Related Supplies. The Prescription Drugs and Related Supplies included in the Prescription Drug List have been approved in accordance with parameters established by the P&T Committee. The Prescription Drug List is regularly reviewed and updated.

HC-DFS64                                          04-10
                                                   V1

CONFIDENTIAL                                  CIGNA08908714



**Prescription Order**

Prescription Order means the lawful authorization for a Prescription Drug or Related Supply by a Physician who is duly licensed to make such authorization within the course of such Physician's professional practice or each authorized refill thereof.

HC-DFS65                                                              04-10
                                                                        V1

**Primary Care Physician**

The term Primary Care Physician means a Physician: who qualifies as a Participating Provider in general practice, internal medicine, family practice or pediatrics; and who has been selected by you, as authorized by Cigna, to provide or arrange for medical care for you or any of your insured Dependents.

Primary Care Physician also includes obstetricians and gynecologists. However, if an obstetrician or gynecologist chooses not to be a Primary Care Physician, you or your Dependent are entitled to receive routine gynecological care from an In-Network obstetrician/gynecologist without visiting a Primary Care Physician first, if:

- the care is Medically Necessary, including care that is routine;

- after each visit for gynecological care, the obstetrician/gynecologist communicates with your or your Dependent's Primary Care Physician about any diagnosis or treatment rendered; and

- the obstetrician/gynecologist confers with the Primary Care Physician before performing any diagnostic procedure that is not routine gynecological care rendered during an annual visit.

HC-DFS438                                                             04-10
                                                                        V1

**Psychologist**

The term Psychologist means a person who is licensed or certified as a clinical psychologist. Where no licensure or certification exists, the term Psychologist means a person who is considered qualified as a clinical psychologist by a recognized psychological association. It will also include any other licensed counseling practitioner whose services are required to be covered by law in the locality where the policy is issued if he is operating within the scope of his license and performing a service for which benefits are provided under this plan when performed by a Psychologist; and any

psychotherapist while he is providing care authorized by the Provider Organization if he is state licensed or nationally certified by his professional discipline and performing a service for which benefits are provided under this plan when performed by a Psychologist.

HC-DFS26                                                              04-10
                                                                        V1

**Related Supplies**

Related Supplies means diabetic equipment and supplies, including but not limited to insulin needles and syringes, lancets and glucose test strips; needles and syringes for injectables covered under the pharmacy plan, and spacers for use with oral inhalers.

HC-DFS105                                                             04-10
                                                                        V1

**Respite Care**

The term Respite Care means temporary care provided to the terminally ill insured to relieve the family caregiver from the daily care of the insured.

HC-DFS106                                                             04-10
                                                                        V1

**Review Organization**

The term Review Organization refers to an affiliate of Cigna or another entity to which Cigna has delegated responsibility for performing utilization review services. The Review Organization is an organization with a staff of clinicians which may include Physicians, Registered Graduate Nurses, licensed mental health and substance abuse professionals, and other trained staff members who perform utilization review services.

HC-DFS30                                                              04-10
                                                                        V1

**Sickness – For Medical Insurance**

The term Sickness means a physical or mental illness. It also includes pregnancy. Sickness also means cleft lip and cleft palate including inpatient and outpatient expenses arising from orthodontics, oral surgery, otologic, audiological and speech/language treatment in connection with that condition. Any dental exclusions will not apply to cleft lip and cleft palate. Further, expenses incurred for routine Hospital and pediatric care of a newborn child prior to discharge from the

CONFIDENTIAL                                                    CIGNA08908715



Hospital nursery will be considered to be incurred as a result of Sickness.

HC-DFS107                                      04-10
                                                 V1

### Skilled Nursing Facility

The term Skilled Nursing Facility means a licensed institution (other than a Hospital, as defined) which specializes in:

- physical rehabilitation on an inpatient basis; or
- skilled nursing and medical care on an inpatient basis;

but only if that institution: maintains on the premises all facilities necessary for medical treatment; provides such treatment, for compensation, under the supervision of Physicians; and provides Nurses' services.

HC-DFS31                                       04-10
                                                 V1

### Specialist

The term Specialist means a Physician who provides specialized services, and is not engaged in general practice, family practice, internal medicine, or pediatrics.

HC-DFS439                                      04-10
                                                 V1

### Stabilize

Stabilize means, with respect to an emergency medical condition, to provide such medical treatment of the condition as may be necessary to assure, within reasonable medical probability that no material deterioration of the condition is likely to result from or occur during the transfer of the individual from a facility.

HC-DFS413                                      01-11

### Terminal Illness

A Terminal Illness will be considered to exist if a person becomes terminally ill with a prognosis of six months or less to live, as diagnosed by a Physician.

HC-DFS54                                       04-10
                                                 V1

### Urgent Care

Urgent Care is medical, surgical, Hospital or related health care services and testing which are not Emergency Services, but which are determined by Cigna, in accordance with generally accepted medical standards, to have been necessary to treat a condition requiring prompt medical attention. This does not include care that could have been foreseen before leaving the immediate area where you ordinarily receive and/or were scheduled to receive services. Such care includes, but is not limited to, dialysis, scheduled medical treatments or therapy, or care received after a Physician's recommendation that the insured should not travel due to any medical condition.

HC-DFS34                                       04-10
                                                 V1

### Vision Provider

The term Vision Provider means: an optometrist, ophthalmologist, optician or a group partnership or other legally recognized aggregation of such professionals; duly licensed and in good standing with the relevant public licensing bodies to provide covered vision services within the scope of the Vision Providers' respective licenses.

HC-DFS73                                       04-10
                                                 V1

CONFIDENTIAL                                          CIGNA08908716