UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br>　　　　　　　　　　Defendants. | Civ. A. No. 16-cv-1702 (JAM) |

**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S
MOTION TO SEAL DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO
<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

Pursuant to Local Civil Rule 5(e) and 7(a), Defendant Cigna Health and Life Insurance Company ("CHLIC"),[1] by and through its undersigned counsel, hereby moves to file the following documents under seal (together, the "Subject Documents"):

- Exhibits 2, 11-12, 14-19, 21, and 22 to the Declaration of Brian W. Shaffer ("Shaffer Declaration") (ECF 277);

- Exhibits A, B, and C to the Declaration of Christopher Mandy (Ex. 9 to the Shaffer Decl.);

- the Declaration of CHLIC's testifying expert, Sean May, Ph.D. (Ex. 4 to the Shaffer Decl.); and

- CHLIC's Memorandum in Support of its Motion to Exclude the Declaration and Testimony of Launce B. Mustoe, Jr. (together, the "Subject Documents") (ECF 279).

---

[1] Cigna Corporation has been dismissed from the Action, so this motion is made on behalf of Defendant CHLIC only.

The Subject Documents were designated as "Confidential" or "Confidential—Attorney's Eyes Only" by the parties to this action pursuant to the Protective Order, which requires CHLIC to file them under seal.  *See* Dkt. 92.  As set forth more fully in the accompanying memorandum of law, these documents contain confidential, proprietary, and commercial sensitive information, as well as protected health information exempt from disclosure under the Health Insurance Portability and Accountability Act of 1996.  For these reasons, CHLIC respectfully seeks an order sealing the Subject Documents.

| | |
|---|---|
| Dated:  July 6, 2020 | Respectfully submitted, |

*/s/ Brian W. Shaffer*
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv23943)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  215-963-5000
Facsimile:  215-963-5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  860-240-2945
Facsimile:  860-240-2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2020, the foregoing document and all attachments thereto were filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                    /s/ Brian Shaffer
                                    Brian Shaffer