THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br>                          Defendants. | Civ. A. No. 16-cv-1702 (JAM) |

**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S MOTION TO EXCLUDE THE DECLARATION AND TESTIMONY OF
LAUNCE B. MUSTOE, JR., R.PH. OFFERED IN SUPPORT OF PLAINTIFFS'
<u>MOTION FOR CLASS CERTIFICATION</u>**

Defendant Cigna Health and Life Insurance Company ("CHLIC"),[1] by and through its undersigned counsel, respectfully moves pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), to exclude the declaration and testimony of Launce B. Mustoe, Jr., R.Ph. offered by Plaintiffs in support of their Motion for Class Certification (ECF 205) for the reasons set forth in the accompanying Memorandum of Law and the exhibits attached to the Declaration of Brian W. Shaffer (ECF 275 & 277).

---

[1] Cigna Corporation has been dismissed from the Action, so this motion is made on behalf of Defendant CHLIC only.

**ORAL ARGUMENT REQUESTED**

Dated:  July 7, 2020                                   Respectfully submitted,

                                                       */s/ Brian W. Shaffer*
                                                       Brian W. Shaffer (phv08654)
                                                       Jeremy P. Blumenfeld (phv23943)
                                                       Eleanor R. Farrell (phv08309)
                                                       Matthew D. Klayman (phv08656)
                                                       MORGAN, LEWIS & BOCKIUS LLP
                                                       1701 Market Street
                                                       Philadelphia, PA 19103
                                                       Telephone:  215-963-5000
                                                       Facsimile:  215-963-5001
                                                       brian.shaffer@morganlewis.com
                                                       jeremy.blumenfeld@morganlewis.com
                                                       eleanor.farrell@morganlewis.com
                                                       matthew.klayman@morganlewis.com

                                                       Michael D. Blanchard (ct25891)
                                                       MORGAN, LEWIS & BOCKIUS LLP
                                                       One State Street
                                                       Hartford, CT 06103
                                                       Telephone:  860-240-2945
                                                       Facsimile:  860-240-2800
                                                       michael.blanchard@morganlewis.com

                                                       *Attorneys for Defendant Cigna Health and Life Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2020, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Brian W. Shaffer*
                                            Brian W. Shaffer