UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>Defendants. | Civ. A. No. 16-cv-1702 (JAM)<br><br>July 9, 2020 |

**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S
UNOPPOSED MOTION TO CORRECT EXHIBITS 19 AND 20
TO THE DECLARATION OF BRIAN W. SHAFFER**

Defendant Cigna Health and Life Insurance Company ("CHLIC") respectfully moves to correct Exhibits 19 and 20 to the Declaration of Brian W. Shaffer (ECF No. 275). In support of this motion, CHLIC states as follows:

1. On July 6, 2020, CHLIC filed its Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification ("Opposition"). *See* ECF No. 274. In support of that submission, CHLIC filed the Declaration of Brian W. Shaffer (the "Shaffer Declaration"). *See* ECF No. 275. Attached to the Shaffer Declaration were a series of exhibits. *See* ECF No. 275-1 through 275-53.

2. After experiencing technical difficulties with its filing on the ECF system, CHLIC inadvertently submitted an incorrect version of Exhibit 19 to the Shaffer Declaration at ECF No. 275-19. Specifically, ECF No. 275-19 mistakenly contained extraneous pages of "cover sheets" when it should have contained only one cover sheet stating that Exhibit 19 was being submitted

1

for filing under seal.  Attached hereto is a corrected slip sheet for Exhibit 19 to the Shaffer Declaration submitted for substitution in place of the document filed at ECF No. 275-19.  The full and correct version of Exhibit 19 was filed under seal.  ECF 277-19.

3. With its filing, CHLIC also inadvertently submitted an incorrect version of Exhibit 20 to the Shaffer Declaration at ECF No. 275-20.  Specifically, ECF No. 275-20 mistakenly contained only a cover sheet stating that the document was being submitted for filing under seal when it should have contained the document itself (excerpts from a deposition transcript already in the possession of all parties and identified in the Shaffer Declaration).  Exhibit 20 was not filed under seal, and CHLIC does not seek to file Exhibit 20 under seal.  Attached hereto is a corrected copy of Exhibit 20 to the Shaffer Declaration submitted for substitution in place of the document filed at ECF No. 275-20.

4. Good cause exists to grant CHLIC's Motion to Correct and to substitute the attached versions of Exhibits 19 and 20 in place of the incorrect versions filed at ECF Nos 275-19 and 275-20, respectively.  The requested relief will allow the Court to consider the merits of Plaintiffs' request for class certification and CHLIC's Opposition on a complete and correct record.

5. Counsel for Plaintiffs and Defendant OptumRx, Inc. consent to this Motion.

WHEREFORE, CHLIC respectfully requests that its Motion to Correct Exhibits 19 and 20 to the Shaffer Declaration be granted such that (a) Exhibit 19 attached will be filed at ECF No. 275-19, and (b) Exhibit 20 attached will be filed at ECF No. 275-20.

Dated: July 9, 2020

Respectfully submitted,

/s/ *Brian W. Shaffer*
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv23943)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860-240-2945
Facsimile: 860-240-2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2020, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Brian W. Shaffer*
Brian W. Shaffer