UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated, | Civil No. 16-cv-1702 (JAM) |
| Plaintiffs, vs. | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al. | July 10, 2020 |
| Defendants. | |

**PLAINTIFFS' RESPONSE TO ORDER (ECF 280) CONCERNING
OPTUMRX'S MOTION TO SEAL (ECF 268)**

In support of its Opposition (ECF 270) to Plaintiffs' motion for class certification (ECF 205), Defendant OptumRx, Inc. filed the following materials under seal (ECF 268) because they contained information from Plaintiff Daniel Perry's April 24, 2020 deposition in this matter that the Plaintiffs designated as "CONFIDENTIAL" under the Protective Order in place in this litigation (*see* ECF 92): **(1)** OptumRx's Opposition to Plaintiffs' Motion for Class Certification; and **(2)** Exhibit 7 to the Grant Declaration – Transcript of April 24, 2020 Deposition of Daniel Perry.

The Court's Order (ECF 280) stated "The Court intends to deny defendant OptumRx's motion to seal unless plaintiffs file a memorandum by July 10, 2020 setting forth a basis for the Court to grant the motion to seal."

Plaintiffs have reviewed the information that has been redacted and do not oppose the unsealing of the two documents filed under seal by OptumRx.

July 10, 2020

|   |
|---|
| *s/ Christopher M. Barrett* |

Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292
860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
Mathew Jasinski  (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 fax
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. B. Oliver
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
moliver@motleyrice.com

**Attorneys for Plaintiffs**