UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.<br><br>　　　　　　　Defendants. | No. 16-cv-1702 (JAM)<br><br><br><br><br><br>July 10, 2020 |

**PLAINTIFFS' CONSENT MOTION TO EXTEND DEADLINES FOR THE FILING OF (1) PLAINTIFFS' OPPOSITION TO, AND (2) CHLIC'S REPLY IN SUPPORT OF CHLIC'S MOTION TO PRECLUDE THE DECLARATION AND TESTIMONY OF LAUNCE B. MUSTOE, JR.**

Pursuant to Local Rule 7(b), Plaintiffs respectfully request that the deadlines to file (1) their memorandum in opposition to Cigna Health and Life Insurance Company's ("CHLIC") Motion to Preclude the Declaration and Testimony of Launce B. Mustoe, Jr. (ECF 278); and (2) CHLIC's reply in support of the Motion to Preclude be extended as proposed below so that the briefing schedule is on the same track as the briefing schedule for Plaintiffs' Motion for Class Certification (ECF 205).  CHLIC consents to the relief requested herein.  Good cause exists for such extension, and in support of this motion, the undersigned states as follows:

　　　　1.　　　Plaintiffs filed their Motion for Class Certification on March 2, 2020 (ECF 205). The Motion was supported by the Declaration of Launce B. Mustoe, Jr. (ECF 207-1).

　　　　2.　　　CHLIC file its Memorandum in Opposition to Class Certification on July 6, 2020 (ECF 274).

3. Concurrently with the filing of its Opposition to Class Certification, CHLIC also filed a Motion to Preclude the Declaration and Testimony of Mr. Mustoe.

4. CHLIC's Motion to Preclude was supported by the declaration of CHLIC's expert witness, Sean M. May, Ph.D., who Plaintiffs may want to depose before they respond to the Motion to Preclude.

5. Plaintiffs' Reply in Support of its Motion for Class Certification must be filed on or before August 20, 2020.

6. The Court has scheduled a hearing on Plaintiffs' Motion for Class Certification for October 6, 2020.

7. Under Local Rule 7, Plaintiffs must file an opposition to the Motion to Preclude by July 28, 2020; and CHLIC must file its reply within 14 days of the filing of the opposition.

8. Because the Motion for Class Certification and the Motion to Preclude are related and deal with the same issues, Plaintiffs believe it is in the interests of economy for the briefing schedule for the Motion to Preclude to be extended so that it corresponds with the briefing schedule for Motion for Class Certification. Additionally, an extension will provide more time for Plaintiffs to depose Dr. May and others before Plaintiffs respond to CHLIC's Motion to Preclude and Opposition.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion, extending the deadlines for:

(1) their memorandum in opposition to the Motion to Preclude from July 28, 2020 to **August 20, 2020** (the same date their Reply in Support of Class Certification is due); and

(2) CHLIC's reply in support of the Motion to Preclude to **September 15, 2020** (which is three weeks before the scheduled hearing).

July 10, 2020

                                           *s/ Christopher M. Barrett*
Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292
860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
Mathew Jasinski (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 fax
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. B. Oliver
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
moliver@motleyrice.com

**Attorneys for Plaintiffs**