## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>   vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>                          Defendants. | Civil No. 3:16-cv-1702 (WWE)<br><br>July 24, 2020 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ATTORNEY CHELSEA MCLEAN

Pursuant to Rule 83.1 of the Local Rules of Civil Procedure, the undersigned counsel, Theodore J. Tucci, hereby moves this Court for an Order admitting Chelsea McLean *pro hac vice* to appear before this Court in the above-captioned case on behalf of Defendant OptumRx, Inc. In support of this motion, the undersigned counsel states as follows:

1. I am an attorney and partner at Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597, Tel. (860) 275-8210, ttucci@rc.com.

2. I am a member in good standing of the bar of the state of Connecticut and admitted to practice before the United States District Court for the District of Connecticut.

3. Service of all papers directed to Defendant OptumRx, Inc. may be made upon the undersigned, pursuant to Rule 83.1(c) of the Local Rules of Civil Procedure.

4. Attorney McLean is a member in good standing of the Bar of the State of Minnesota, the United States District Court for the District of Minnesota, the United States Court of Appeals for the Eighth Circuit, the Bar of the State of New York, and the Southern District of New York.  Pursuant to Local Rule 83.1(d)(1), Attorney McLean's affidavit in support of this motion is attached hereto as <u>Exhibit A</u> and a $200.00 filing fee accompanies this motion.

5. As set forth in <u>Exhibit A</u>, Attorney McLean satisfies the requirements for admission *pro hac vice* in this case pursuant to Local Rule (D.Conn.) 83.1(d).

6. The granting of this motion will not require modification of a scheduling order or any established deadlines.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order admitting Chelsea McLean *pro hac vice* to appear on behalf of Defendant OptumRx, Inc. in this case.

Respectfully submitted,

**ROBINSON & COLE LLP**

By: */s/ Theodore J. Tucci*
Theodore J. Tucci (ct05249)
Ivana Greco (ct29635)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8331
Facsimile: (860) 275-8299
ttucci@rc.com
kbarnett@rc.com

*COUNSEL FOR DEFENDANT OPTUMRX, INC.*