# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, and ROGER CUROL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>　　　　　　　　Defendants. | Civil No. 3:16-cv-1702 (WWE)<br><br>July 24, 2020 |

### AFFIDAVIT OF CHELSEA MCLEAN IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

I, Chelsea McLean, being duly sworn, hereby depose and say:

1. I am an attorney and partner at the law firm of Dorsey & Whitney LLP.

2. I submit this affidavit in support of the Motion for Admission p*ro hac vice*, filed herewith, as counsel for Defendant, OptumRx, Inc. in this case.

3. I am designating Theodore J. Tucci (Fed. Bar No. ct05249), my sponsoring attorney, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

4. My contact information is as follows:

   50 South 6th Street, Suite 1500
   Minneapolis, MN 55402-1498
   Telephone:　(612) 340-2600
   Facsimile:　(612) 340-2868
   Email:　　　mclean.chelsea@dorsey.com

4

5. I am a member in good standing of the following bars:

- State of Minnesota (Bar No. 0399477);

- United States District Court for the District of Minnesota (Bar No. 0399477);

- United States Court of Appeals for the Eighth Circuit (Bar No 17-0089);

- State of New York (Bar No. 4757027); and

- United States District Court for the Southern District of New York (Bar No. 4757027).

6. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

7. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

8. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. I am familiar with the facts and circumstances pertaining to the claims in the above-captioned matter.

10. I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this case.

                                                   */s/ Chelsea McLean*
                                                   Chelsea McLean

Sworn to and subscribed before me
This 24th day of July, 2020.

_____
Notary Public
My Commission Expires: 9-21-22

**LACEY A HRUBY**
**Notary Public**
**State of North Dakota**
**My Commission Expires Sept 21, 2022**

6