**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, | Civil No. 3:16-cv-01702 (JAM) |
| Plaintiff, | |
| vs. | July 28, 2020 |
| CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY, | |
| Defendants. | |

**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S**
**MOTION FOR ADMISSION *PRO HAC VICE* OF ELISE M. ATTRIDGE**

Pursuant to L. Civ. R. 83.1(d), Defendant Cigna Health and Life Insurance Company ("CHLIC") by and through the undersigned counsel, a member in good standing of the bar of this Court, respectfully moves for the admission of Elise M. Attridge to represent CHLIC in this matter as a visiting attorney.  The undersigned represents that Attorney Attridge is familiar with the issues that will be litigated in this action.  The undersigned represents that the admission of Attorney Attridge would not require modification of any existing scheduling orders or deadlines.

In support of this Motion, the undersigned further states as follows:

1.      Attorney Attridge is an Associate at the law firm Morgan, Lewis & Bockius LLP.

2.      Attorney Attridge's office address is 1111 Pennsylvania Avenue, NW, Washington DC 20004-2541.   Her direct telephone number is +1.202.739.5704. Her fax number is +1.202.739.3001. Her email is elise.attridge@morganlewis.com.

3.      Attorney Attridge is currently a member in good standing of the bar of the District of Columbia.  Her District of Columbia bar number is 1002905.

4.      Attorney Attridge is also currently a member in good standing of the bars of the following courts (bar numbers, if assigned, have been listed, while "N/A" indicates that no bar number has been assigned): Commonwealth of Pennsylvania (I.D. 310580), State of Maryland (I.D. 1012140285), United States District Court of Maryland (I.D. 19467), and United States Court of Appeals for the Ninth Circuit (N/A).  Attorney Attridge has never been a member of any other bar.

5.      Attorney Attridge has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6.      Attorney Attridge has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7.      Attorney Attridge has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.      Attorney Attridge, pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d)(1), designates the undersigned, Michael D. Blanchard (ct25891), a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring her application *pro hac vice* and as her agent for service of process upon whom service of all papers shall be made. Attorney Attridge, pursuant to L. Civ. P. R. 83.1(d)(1), designates the District of Connecticut as the forum for the resolution of any dispute arising out of her admission to this Court.

9.      The Affidavit of Elise M. Attridge is attached hereto as Exhibit A in further support of this Motion pursuant to L. Civ. P. R. 83.1(d)(1).  A Certificate of Good Standing from the District of Columbia will be filed promptly if this motion is granted.

Wherefore, CHLIC respectfully request that the Court grant this motion for admission *pro hac vice* of Elise M. Attridge.

Dated: July 28, 2020                           Respectfully submitted,


/s/ Michael D. Blanchard
Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT  06103
+1.860.240.2731 (Telephone)
+1.860.240.2800 (Facsimile)
michael.blanchard@morganlewis.com

*Attorney for Defendant Cigna Health and Life Insurance Company*

### **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2020, the foregoing document was filed electronically.

Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Michael D. Blanchard*
Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP