# EXHIBIT A




## Attridge PHV Affidavit.pdf

| | |
|---|---|
| DocVerify ID: | 3F18E412-9D54-4894-91A6-A4B34EC509BE |
| Created: | July 27, 2020 11:31:49 -8:00 |
| Pages: | 3 |
| Remote Notary: | Yes / State: PA |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

**E-Signature Summary**

**E-Signature 1: Elise Attridge (EMA)**
July 27, 2020 11:39:06 -8:00 [312C867AE6ED] [205.196.206.14]
elise.attridge@morganlewis.com (Principal) (Personally Known)

**E-Signature Notary: Judith Hanratty (jh)**
July 27, 2020 11:39:06 -8:00 [F8D2077E7800] [205.196.206.14]
justjudy123@verizon.net
I, Judith Hanratty, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat.
All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendants. | Civil No. 3:16-cv-01702 (JAM)<br><br><br><br>July 28, 2020 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR**
**<u>ADMISSION *PRO HAC VICE* OF ELISE M. ATTRIDGE</u>**

I, Elise M. Attridge, a resident of the District of Columbia, having been duly sworn, state as follows:

1. I am over the age of eighteen (18) years of age.

2. I understand the obligations of an oath.

3. I am an Associate at the law firm of Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW, Washington DC 20004-2541.  My direct telephone number is +1.202.739.5704. My fax number is +1.202.739.3001.  My email is elise.attridge@morganlewis.com.

4. I make this affidavit pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d), and seek admission *pro hac vice* in the matter of *Kimberly A. Negron, et al. v. Cigna Corporation, et al.,* Civ. No. 3:16-cv-1702-JAM, to represent Cigna Health and Life Insurance Company ("CHLIC").

5. I am currently a member in good standing of the bar of the District of Columbia. My District of Columbia bar number is 1002905.



-2-

6. I am also currently a member in good standing of the bars of the following courts (bar numbers, if assigned, have been listed, while "N/A" indicates that no bar number has been assigned): Commonwealth of Pennsylvania (I.D. 310580), State of Maryland (I.D. 1012140285), United States District Court of Maryland (I.D. 19467), and United States Court of Appeals for the Ninth Circuit (N/A).

7. I have no pending disciplinary complaints as to which a finding has been made that such complaints should proceed to a hearing.

8. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

9. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

10. Pursuant to L. Civ. P. R. 83.1(c)(1) and 83.1(d)(1)(e), I designate Michael D. Blanchard (ct25891), a member in good standing of the bar of this Court with an office within the District of Connecticut, as the attorney sponsoring my application *pro hac vice* and as my agent for service of process upon whom service of all papers shall be made. Pursuant to L. Civ. P. R. 83.1(d)(1), I designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court; and

DocVerify ID: 3F18E412-9D54-4894-91A6-A4B34EC509BE
www.docverify.com
Page 2 of 3   2A4B34EC509BE
3F18E412-9D54-4894-91A6-A4B34EC509BE --- 2020/07/27 11:31:49 -8:00 --- Remote Notary

-3-

11.   I make this affidavit based on my own personal knowledge.


Elise M. Attridge

COMMONWEALTH OF PENNSYLVANIA   )
                                )   ss.
COUNTY OF PHILADELPHIA           )

Subscribed and sworn to before me on this 27th day of July, 2020.

*This notarial act involved the use of communication technology.

Commonwealth of Pennsylvania - Notary Seal
Judith Hanratty, Notary Public
Philadelphia County
My Commission Expires Apr 02, 2023
Commission Number 1348913
Notary Stamp 2020/07/27 11:39:06 PST                    F8D2077E7800

Notary Public

