# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

CHELSEA REBEKAH MCLEAN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 13, 2017

Given under my hand and seal of this court on

July 01, 2020

Emily J. Eschweiler, Director
Office of Lawyer Registration

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Chelsea Rebekah McLean

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 20, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

**July 23, 2020**

*[signature: Susanna Rojas]*

Clerk of the Court

5115