# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: CIGNA Corporation PBM Litigation | Case No. 16-cv-01702-JAM |

## MOTION FOR WITHDRAWAL OF ERIC N. LINSK

PLEASE TAKE NOTICE that pursuant to Rule 7(e) of the Local Rules of the United States District Court for the District of Connecticut, Eric N. Linsk hereby files this motion to withdraw as attorney for Plaintiffs Daniel Perry, Nina Curol, and Roger Curol ("Plaintiffs") in connection with the above-captioned matter.

Plaintiffs will continue to be represented by Karen Hanson Riebel and other attorneys in this matter, therefore, Plaintiffs will not be prejudiced in any way by the withdrawal of Eric N. Linsk.

Dated: July 29, 2020

      /s/ Eric N. Linsk
Eric N. Linsk (MN 0388827) (phv08793)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S.
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rnlinsk@locklaw.com

551581.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be send by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric N. Linsk
Eric N. Linsk (MN 0388827) (phv08793)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S.
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rnlinsk@locklaw.com