UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated, | No. 16-cv-1702 (JAM) |
| Plaintiffs, | |
| vs. | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al. | July 29, 2020 |
| Defendants. | |

**JOINT MOTION TO EXTEND DEADLINES IN CONNECTION WITH
(1) BRIEFING FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
(2) BRIEFING FOR CHLIC'S MOTION TO PRECLUDE THE DECLARATION AND
TESTIMONY OF LAUNCE B. MUSTOE, JR., AND (3) EXCHANGE OF REBUTTAL
EXPERT REPORTS**

Pursuant to Local Rule 7(b), and consistent with the telephonic status conference held with the Court on July 29, 2020, Plaintiffs and Cigna Health and Life Insurance Company ("CHLIC") respectfully request a two-week extension to the deadlines associated with (1) the remaining briefing in connection with Plaintiffs' Motion for Class Certification (ECF 205); (2) the remaining briefing in connection with CHLIC's Motion to Preclude the Declaration and Testimony of Launce B. Mustoe, Jr. (ECF 278) ("Motion to Preclude"), and (3) the exchange of rebuttal expert reports.  CHLIC also requests leave to file a sur-reply in opposition to Plaintiffs' Motion for Class Certification, and Plaintiffs consent to this request.  Defendant OptumRx consents to the relief sought herein. Good cause exists for such extension, and in support of this motion, the undersigned states as follows:

1. Plaintiffs filed their Motion for Class Certification on March 2, 2020 (ECF 205). The Motion was supported by the Declaration of Launce B. Mustoe, Jr. (ECF 207-1).

2. CHLIC filed its Memorandum in Opposition to Class Certification on July 6, 2020 (ECF 274).

3. Concurrently with the filing of its Memorandum in Opposition to Class Certification, CHLIC also filed its Motion to Preclude (ECF 278).

4. CHLIC's Motion to Preclude and its Memorandum in Opposition to Class Certification were supported by the declarations of CHLIC's expert witnesses, who Plaintiffs intend to depose before they respond to the Motion to Preclude and file their Class Certification Reply.

5. Plaintiffs also are deposing CHLIC 30(b)(6) designees on several topics.

6. CHLIC has issued deposition subpoenas on several third parties.

7. Accordingly, the parties scheduled the following 14 expert, 30(b)(6), and third-party depositions between now and the end of August 2020.

| | |
|---|---|
| Deposition of CHLIC's expert | Wed, 7/29/20 |
| Deposition of CHLIC's expert | Fri, 7/31/20 |
| Deposition of CHLIC's expert | Tue, 8/4/20 |
| Deposition of CHLIC's 30(b)(6) designee | Thu, 8/6/20 |
| Deposition of CHLIC's 30(b)(6) designee | Fri, 8/7/20 |
| Deposition of CHLIC's 30(b)(6) designee | Tue, 8/11/20 |
| Deposition of CHLIC's 30(b)(6) designee | Wed, 8/12/20 |
| Deposition of third party | Wed, 8/19/20 |
| **Current deadline for Plaintiffs to file Class Certification Reply and Opposition to Motion to Preclude** | Thu, 8/20/20 |
| Deposition of third party | Thu, 8/20/20 |
| Deposition of third party | Fri, 8/21/20 |
| Deposition of third party | Mon, 8/24/20 |
| Deposition of third party | Tue, 8/25/20 |
| Deposition of third party | Wed, 8/26/20 |
| Deposition of third party | Thu, 8/27/20 |

8. They also are scheduling at least two more corporate representative depositions in response to Plaintiffs' Rule 30(b)(6) Notice.

9. Due to the number of depositions that need to be conducted over the next few weeks, Plaintiffs believe it is in the interests of economy that the deadlines associated with the remaining briefing for the Motion for Class Certification and the Motion to Preclude be extended by two weeks.

10. In the interest of judicial economy, CHLIC further seeks leave in this Motion to file a sur-reply brief in opposition to Plaintiffs' Motion for Class Certification. Plaintiffs consent to CHLIC's request to file a sur-reply. CHLIC believes that a sur-reply will enable it to respond to arguments raised in Plaintiff's Class Certification Reply, which may be 40 pages (ECF 266 & 267), and allow the Court to make a fully informed decision on Plaintiffs' Motion for Class Certification. Should the Court grant this request, CHLIC would file its sur-reply concurrently with its reply in support of its Motion to Preclude in order to keep the briefing schedules on the same track.

11. Plaintiffs and CHLIC also note that the hearing on the pending motions is now scheduled for scheduled October 6, 2020, one week after the last brief is to be filed under the proposed amended schedule set forth below.

12. Plaintiffs and CHLIC further request a corresponding two-week extension of the rebuttal expert report deadline. (ECF 257 & 258).

WHEREFORE, consistent with the telephonic status conference held with the Court on July 29, 2020, Plaintiffs and CHLIC respectfully request that this Court grant their motion, extending the deadlines as follows:

| Filing | Current deadline | Proposed deadline |
|---|---|---|
| Reply in Support of Class Certification and Opposition to Motion to Preclude | 8/20/2020 | 9/3/2020 |
| Sur-reply in Opposition to Class Certification and Reply in Support of Motion to Preclude | 9/15/2020 | 9/29/2020 |
| Hearing | 10/6/2020 | At Court's discretion |
| Rebuttal expert reports (excluding declarations opposing class certification, which were submitted with Defendants' opposition to class certification on July 6, 2020) | 9/3/2020 | 9/17/2020 |

July 29, 2020                                                                 Respectfully Submitted,

/s/ Brian W. Shaffer                                                       /s/ Robert A. Izard

Brian W. Shaffer (pro hac vice)                              Robert A. Izard (ct01601)
Jeremy P. Blumenfeld (pro hac vice)                    Plaintiffs' Interim Co-Lead Class Counsel
Eleanor R. Farrell (pro hac vice)                            Craig A. Raabe (ct04116)
Matthew Klayman (pro hac vice)                          Christopher M. Barrett (ct30151)
MORGAN, LEWIS & BOCKIUS LLP                  IZARD, KINDALL & RAABE, LLP
1701 Market Street                                                   29 South Main Street, Suite 305
Philadelphia, PA 19103                                           West Hartford, CT 06107
Telephone: 215.963.5000                                         Telephone: 860.493.6292
Facsimile: 215.963.5001                                          Facsimile: 860.493.6290
brian.shaffer@morganlewis.com                            rizard@ikrlaw.com
jeremy.blumenfeld@morganlewis.com                craabe@ikrlaw.com
eleanor.farrell@morganlewis.com                         cbarrett@ikrlaw.com
matthew.klayman@morganlewis.com

                                                                                William H. Narwold (ct00133)
Michael D. Blanchard (ct25891)                            Plaintiffs' Interim Co-Lead Class Counsel
MORGAN, LEWIS & BOCKIUS LLP                  Mathew Jasinski, (ct27520)
One State Street                                                        MOTLEY RICE LLC
Hartford, CT 06103                                                   One Corporate Center
Telephone:  860.240.2945                                        20 Church Street, 17th Floor
Facsimile:  860.240.2800                                         Hartford, CT 06103

michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*


Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com


Joseph P. Guglielmo (ct27481)
Plaintiffs' Executive Committee Chair
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Plaintiffs' Executive Committee Member
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
Plaintiffs' Executive Committee Member
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844

brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
Plaintiffs' Executive Committee Member
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Plaintiffs' Executive Committee Member
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
Plaintiffs' Executive Committee Member
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member

Kristen G. Marttila, pro hac vice
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097

Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*