# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | No. 16-cv-1702 (JAM)<br><br><br><br><br><br>August 17, 2020 |

## MOTION FOR PRO HAC VICE ADMISSION

Plaintiffs Kimberly A. Negron, Courtney Gallagher, Nina Curol, Roger Curol, Daniel Perry and Billy Ray Blocker ("Plaintiffs"), through their undersigned counsel, hereby move for the admission *pro hac vice* of Charlotte Loper, to permit Attorney Loper to appear and practice before this Court in the above-captioned matter on behalf of Plaintiffs.

In support of this motion, and as further set forth in the Affidavit of Charlotte Loper, I, William H. Narwold, the movant, state as follows:

1. I am an attorney at Motley Rice LLC, One Corporate Center, 20 Church Street, 17th Floor, Hartford, Connecticut 06103, and am a member in good standing of the bar of the United States District Court for the District of Connecticut.

2. The information set forth in the Affidavit of Charlotte Loper, which accompanies this motion, is true to the best of my knowledge, information, and belief.

3. Attorney Charlotte Loper is a member in good standing of the bar of the State of South Carolina.

2

4. Attorney Charlotte Loper is familiar with the claims at issue in this litigation, and in particular, with the claims as they relate to Plaintiffs.

5. Attorney Charlotte Loper is familiar with the rules of this Court and agrees to abide by them.

WHEREFORE, I William H. Narwold, the undersigned counsel of record for Plaintiffs Kimberly A. Negron, Courtney Gallagher, Nina Curol, Roger Curol, Daniel Perry and Billy Ray Blocker, respectfully requests that this Court admit Charlotte Loper to appear and practice before this Court in this matter.

Respectfully Submitted,

By  */s/ William H. Narwold*
William H. Narwold (CT 00133)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT  06103
Tel.: (860) 882-1676
Fax: (860) 882-1682
bnarwold@motleyrice.com

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of August, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                              */s/ William H. Narwold*
                                              William H. Narwold (CT 00133)