# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | No. 16-cv-1702 (JAM)<br><br><br><br><br>August 19, 2020 |

## **APPEARANCE**

To the clerk of this Court and all parties of record:

    Please enter the appearance of the undersigned attorney on behalf of Plaintiffs Kimberly A. Negron, Courtney Gallagher, Nina Curol, Roger Curol, Daniel Perry and Billy Ray Blocker.

    By: */s/ Charlotte Loper*
    Charlotte Loper
    MOTLEY RICE LLC
    28 Bridgeside Blvd.
    Mt. Pleasant, SC 29464
    Tel.: (843) 216-9287
    Fax: (843) 216-9430
    cloper@motleyrice.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing on this 19th day of August, 2020. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                  */s/ Charlotte Loper*
                                                  Charlotte Loper