IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and OPTUMRX, INC.<br><br>Defendants. | Civil No. 3:16-cv-01702 (JAM)<br><br><br>August 20, 2020 |

**CERTIFICATE OF GOOD STANDING**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Elise Monique Attridge*

was duly qualified and admitted on August 8, 2011 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 22, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

Dated: August 20, 2020             Respectfully submitted,

                                       */s/ Elise M. Attridge*
                                       Elise M. Attridge (phv10802)
                                       MORGAN, LEWIS & BOCKIUS LLP
                                       1111 Pennsylvania Avenue, NW
                                       Washington, DC 20004-2541
                                       +1.202.739.5704 (Telephone)
                                       +1.202.739.3001 (Facsimile)
                                       elise.attridge@morganlewis.com

                                       *Attorney for Defendant Cigna Health and Life Insurance Company*