# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and OPTUMRX, INC.<br><br>Defendants. | Civil No. 3:16-cv-01702 (JAM)<br><br><br>August 20, 2020 |

## NOTICE OF APPEARANCE

Please enter the appearance of Elise M. Attridge of Morgan, Lewis & Bockius LLP as counsel for the Defendant Cigna Health and Life Insurance Company in the above-captioned action.

Dated: August 20, 2020                    Respectfully submitted,

*/s/ Elise M. Attridge*
Elise M. Attridge (phv10802)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
+1.202.739.5704 (Telephone)
+1.202.739.3001 (Facsimile)
elise.attridge@morganlewis.com

*Attorney for Defendant Cigna Health and Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2020, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ Elise M. Attridge*
                                              Elise M. Attridge (phv10802)
                                              MORGAN, LEWIS & BOCKIUS LLP