# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Charlotte E. Loper was duly sworn and admitted as an attorney in this state on November 19, 2019, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY _____

DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

August 19, 2020