UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al. <br><br> Defendants. | No. 16-cv-1702 (JAM) <br><br><br><br><br><br> September 3, 2020 |

**PLAINTIFFS' MOTION TO STRIKE CERTAIN ARGUMENTS AND EVIDENCE SUBMITTED BY CIGNA IN OPPOSING CLASS CERTIFICATION, OR, ALTERNATIVELY, TO REMEDY CIGNA'S DISCOVERY ABUSES**

Plaintiffs hereby respectfully move to preclude Defendant Cigna Health and Life Insurance Company ("Cigna") from making arguments and submitting evidence, including portions of the report of its expert, Sean May, that challenge Plaintiffs' use of the DST Reports or that are based on information that it refused to produce such as deductible and out of pocket maximum accumulator data. Alternatively, Cigna should be compelled to answer Plaintiffs' discovery requests and tie members' claims to the plan language at issue, rather than impermissibly invoke Rule 33(d).

In support of this motion, Plaintiffs submit an accompanying memorandum of law and the Declaration of Meghan S. Oliver (attaching Exhibits).

WHEREFORE, Plaintiffs respectfully request that that Court should:

With regard to DST Reports:

- strike all of Cigna's arguments and evidence, including the Report of Cigna's expert, Dr. May, now and for all future proceedings, related to Plaintiffs' use of the DST Reports and supposed shortcomings of the DST Reports;

- or alternatively, order Cigna to answer the previously propounded interrogatories requesting it to link claims to specific plans, rather than place that burden on Plaintiffs under Rule 33(d).

With Regard to Accumulator Data:

- strike Cigna's arguments and evidence, including the Report of Cigna's expert, Dr. May, now and for all future proceedings, that Plaintiffs should have considered deductibles and out-of-pocket maximums.

Dated: September 3, 2020            Respectfully submitted,

                                    *s/ Robert A. Izard*
                                    Robert A. Izard (ct01601)
                                    *Plaintiffs' Interim Co-Lead Class Counsel*
                                    Craig A. Raabe (ct04116)
                                    Seth R. Klein (ct18121)
                                    Christopher M. Barrett (ct30151)
                                    IZARD, KINDALL & RAABE, LLP
                                    29 South Main Street, Suite 305
                                    West Hartford, CT 06107
                                    Telephone: 860-493-6292
                                    Facsimile: 860-493-6290
                                    rizard@ikrlaw.com
                                    craabe@ikrlaw.com
                                    sklein@ikrlaw.com
                                    cbarrett@ikrlaw.com

                                    William H. Narwold (ct00133)
                                    *Plaintiffs' Interim Co-Lead Class Counsel*
                                    Mathew Jasinski, (ct27520)
                                    MOTLEY RICE LLC
                                    One Corporate Center

20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860-882-1681
Facsimile:   860-882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. Oliver, *pro hac vice*
Charlotte Loper, *pro hac vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843-216-9000
moliver@motleyrice.com
cloper@motleyrice.com

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, *pro hac vice*
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:   212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  860-537-5537
Facsimile:   860-537-4432
ecomite@scott-scott.com

Derek W. Loeser, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, *pro hac vice*
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206- 623-1900

Facsimile:   206-623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:   612-341-0400
Facsimile:   612-341-0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:   985-783-6789
Facsimile:   985-783-1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:   504-581-5644
Facsimile:   504-581-2156
andrew@lemmonlawfirm.com

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile, *pro hac vice pending*
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:   516-699-8890
Facsimile:   516-699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434

Telephone:  205-908-4906
Facsimile:   866-747-3905
ekirkwood1@bellsouth.net

Karen Hanson Riebel, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, *pro hac vice pending*
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:  612-596-4097
Facsimile:   612-339-0981
khriebel@locklaw.com
kmarttila@locklaw.com

Brad J. Moore
STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
Telephone: 206.448.1777
Facsimile: 206.728.2131
Brad@stritmatter.com

Daniel K. Bryson
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile:  919-600-5035
Dan@wbmllp.com
Jeremy@wbmllp.com

Additional Counsel for Plaintiffs