UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>　　　　　　　　　　Defendants. | No. 16-cv-1702 (JAM)<br>(Consolidated)<br><br>CLASS ACTION<br><br><br>September 3, 2020 |

**DECLARATION OF MEGHAN S. B. OLIVER**

I, Meghan S. B. Oliver, being of full age, certify and state as follows:

1. I am an attorney at law and a Member of the law firm of Motley Rice LLC admitted to practice in the State of South Carolina, the District of Columbia, and the Commonwealth of Virginia, and admitted *pro hac vice* in this case as counsel for Plaintiffs.

2. Attached hereto are true and correct copies of the following:

| Exhibit Letter | Description |
|---|---|
| Exhibit A | June 17, 2019, Objections and Responses of Defendant Cigna Health and Life Insurance Company to (1) Plaintiffs' Fourth Set of Interrogatories, and (2) Third Set of Requests for Production. |
| Exhibit B | June 18, 2020, Supplemental Objections and Responses of Defendant Cigna Health and Life Insurance Company to Interrogatory Nos. 1-6 of Plaintiffs' Fifth Set of Interrogatories. **[Sealed]** |
| Exhibit C | February 13, 2020 Objections and Responses of Defendant Cigna Health and Life Insurance Company to Plaintiffs' Sixth Set of Interrogatories. |

| | |
|---|---|
| Exhibit D | March 26, 2020, Objections and Responses of Defendant Cigna Health and Life Insurance Company to Plaintiffs' Eighth Set of Interrogatories. |
| Exhibit E | May 25, 2018, Supplemental Objections and Responses of Defendant Cigna Health and Life Insurance Company to Plaintiffs' First Request for Production of Documents. **[Sealed]** |
| Exhibit F | January 23, 2019, letter from Plaintiffs' counsel to Cigna's outside counsel. **[Sealed-Redacted]** |
| Exhibit G | April 22, 2020, letter from Plaintiffs' counsel to outside counsel |
| Exhibit H | February 7, 2019, letter from Cigna's outside counsel to Plaintiffs' counsel. **[Sealed-Redacted]** |
| Exhibit I | May 28, 2015, email, **Bates CIGNA00321336 through CIGNA00321341** produced by Cigna in this Action and marked as Plaintiffs' Exhibit 63 at deposition. **[Sealed]** |
| Exhibit J | Plaintiffs' excerpt of DST Report 1, "exceed the amount paid by the plan to the pharmacy," produced by Cigna in this Action. **[Sealed]** |
| Exhibit K | Excerpts of the transcript of **Deposition of Tyler Lester**, taken on June 23, 2020 in this Action. **[Sealed-Redacted]** |
| Exhibit L | Excerpts of the transcript of **Deposition of Cigna Corporate Representative, Damon Hellandbrand**, taken on August 10, 2020 in this Action. **[Sealed]** |
| Exhibit M | Excerpts of the transcript of **Deposition of Dr. Sean May**, taken on July 31, 2020 in this Action. **[Sealed]** |
| Exhibit N | "Interrogatories Relating to Plaintiffs' Request for Relief" created by Plaintiffs' for This Court's reference. |
| Exhibit O | May 1, 2020, letter from Cigna's outside counsel to Plaintiffs' counsel. |
| Exhibit P | Sept. 3, 2020 Declaration of Launce B. Mustoe, R.Ph. **[Sealed]** |
| Exhibit Q | Excerpts of the transcript of **Deposition of Claudia Skarvinko**, taken on July 23, 2020 in this Action. **[Sealed]** |
| Exhibit R | Excerpts of the transcript of **Deposition of Cigna Corporate Representative, Wilbur Parsell**, taken on August 19, 2020 in this Action. **[Sealed]** |
| Exhibit S | September 16, 2015, internal Cigna document, **Bates CIGNA07693614** produced by Cigna in this Action. **[Sealed]** |
| Exhibit T | May 27, 2015, internal Cigna document, **Bates CIGNA00142273 through CIGNA00142303** produced by Cigna in this Action. **[Sealed]** |
| Exhibit U | May 24, 2016, email and attachment, **Bates CIGNA07722981 through CIGNA07722983** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 109 at deposition. **[Sealed]** |
| Exhibit V | July 7, 2011, email, **Bates CIGNA00050308 through CIGNA00050309** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 113 at deposition. **[Sealed]** |
| Exhibit W | August 15, 2012, email, **Bates CIGNA00388460 through CIGNA00388462** produced by Cigna in this Action. **[Sealed]** |

| | |
|---|---|
| Exhibit X | Internal Cigna document, **Bates CIGNA00006950** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 122 at deposition. **[Sealed]** |
| Exhibit Y | August 15, 2016, internal Cigna document, **Bates CIGNA07715760 through CIGNA07715798** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 121 at deposition. **[Sealed]** |
| Exhibit Z | Internal Cigna document, **Bates CIGNA00007016** produced by Cigna in this Action. **[Sealed]** |
| Exhibit AA | Internal Cigna document, **Bates CIGNA00006938** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 167 at deposition. |
| Exhibit AB | Internal Cigna document, **Bates CIGNA00006960** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 168 at deposition. |
| Exhibit AC | March 1 2012, email, **Bates CIGNA00218848 through CIGNA00218850** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 183 at deposition. **[Sealed]** |
| Exhibit AD | February 6, 2013, internal Cigna document, **Bates CIGNA07729382 through CIGNA07729393** produced by Cigna in this Action and marked as Plaintiffs' Exhibit 151 at deposition. **[Sealed]** |
| Exhibit AE | Internal Cigna document, **Bates CIGNA00006943** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 123 at deposition. |
| Exhibit AF | November 5, 2014, internal Cigna document, **Bates CIGNA07722450** produced by Cigna in this Action and marked as Plaintiffs' Exhibit 128 at deposition. **[Sealed]** |
| Exhibit AG | January 30, 2015 email, **Bates CIGNA07497853 through CIGNA07497857** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 136 at deposition. **[Sealed]** |
| Exhibit AH | February 13, 2013, internal Cigna document, **Bates CIGNA12367930 through CIGNA12367930_0004** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 134 at deposition. **[Sealed]** |
| Exhibit AI | Internal Cigna document, **Bates CIGNA00007011** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 127 at deposition. **[Sealed]** |
| Exhibit AJ | Internal Cigna document, **Bates CIGNA00194906** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 165 at deposition. **[Sealed]** |
| Exhibit AK | January 17, 2012, email, **Bates CIGNA00050494 through CIGNA00050501** produced by Cigna in this Action. **[Sealed]** |
| Exhibit AL | June 18, 2020, Objections and Responses of Defendant Cigna Health and Life Insurance Company to Plaintiffs' Ninth Set of Interrogatories. |
| Exhibit AM | December 8, 2014, internal Cigna document, **Bates CIGNA00001525 through CIGNA00001564** produced by Cigna in this Action. **[Sealed]** |

| | |
|---|---|
| Exhibit AN | Excerpts of the transcript of **Deposition of Argus Corporate Representative Michelle Emanuel-Johnson** taken on July 16, 2020 in this Action. **[Sealed]** |
| Exhibit AO | January 18, 2014, internal Argus document, **Bates DSTPS 003630 through DSTPS 003639** produced by third party Argus Health Systems, Inc. in this Action and previously marked as Plaintiffs' Exhibit 77 at deposition. **[Sealed]** |
| Exhibit AP | October 22, 2014, email, **Bates CIGNA00287640 through CIGNA00287645** produced by Cigna in this Action and previously marked as Plaintiffs' Exhibit 59 at deposition. **[Sealed]** |
| Exhibit AQ | May 13, 2016, email, **Bates AAP0049 through AAP0051** produced by third party American Associated Pharmacies in this Action. |
| Exhibit AR | May 2, 2014, email, **Bates CIGNA00260814 through CIGNA00260822** produced by Cigna in this action and previously marked as Plaintiffs' Exhibit 96 at deposition. **[Sealed]** |
| Exhibit AS | Excerpts of the transcript of **Deposition of Cigna Corporate Representative Stephanie Byrne** taken on August 12, 2020 in this Action. **[Sealed]** |
| Exhibit AT | Internal Cigna document, **Bates CIGNA00002359** produced by Cigna in this action. **[Sealed]** |
| Exhibit AU | Excerpts from **Bates CIGNA00002361** and **CIGNA07777352** produced by Cigna in this action and previously marked as Plaintiffs' Exhibit 003 at deposition. **[Sealed]** |
| Exhibit AV | Excerpts of the transcript of **Deposition of Justin Pitt** taken on July 22, 2020 in this Action. **[Sealed]** |
| Exhibit AW | Excerpts of the transcript of **Deposition of Roger Curol** taken on May 12, 2020 in this Action. |
| Exhibit AX | Excerpts of the transcript of **Deposition of Billy Ray Blocker, Jr** taken on May 12, 2020 in this Action. |
| Exhibit AY | July 7, 2020 Written Report of Plaintiffs' Expert, Launce B. Mustoe, R.Ph. **[Sealed]** |
| Exhibit AZ | July 11, 2016, internal Cigna document, **Bates CIGNA00173345 through CIGNA00173378** produced by Cigna in this Action. **[Sealed]** |
| Exhibit BA | August 15, 2016, internal Cigna document, **Bates CIGNA00172950 through CIGNA00172977** produced by Cigna in this Action. **[Sealed]** |
| Exhibit BB | Excerpts of the transcript of **Deposition of Karen Montanaro** taken on July 24, 2020. **[Sealed]** |
| Exhibit BC | August 21, 2017, internal Cigna document, **Bates CIGNA00172978 through CIGNA00173009** produced by Cigna in this Action. **[Sealed]** |
| Exhibit BD | September 18, 2017, internal Cigna document, **Bates CIGNA00173084 through CIGNA00173122** produced by Cigna in this Action and marked as Plaintiffs' Exhibit 159 at deposition. **[Sealed]** |
| Exhibit BE | Excerpts of the transcript of **Deposition of Kevin Cummings** taken on August 11, 2020 in this Action. **[Sealed]** |

| Exhibit BF | May 11, 2020 letter from Plaintiffs' counsel to Cigna's outside counsel. |
|---|---|
| Exhibit BG | Excerpts of the rough transcript of **Deposition of Cigna Corporate Representative, Robin Boyce** taken on August 28, 2020 in this Action. **[Sealed]** |
| Exhibit BH | July 26, 2016, email, **Bates CIGNA07723565 through CIGNA07723566** produced by Cigna in this Action and marked as Plaintiffs' Exhibit 213 at deposition. **[Sealed]** |
| Exhibit BI | June 5, 2013, email, **Bates CIGNA00236789 through CIGNA00236801** produced by Cigna in this Action and marked as Plaintiffs' Exhibit 131 at deposition. **[Sealed]** |
| Exhibit BJ | July 3, 2012, internal Cigna document, **Bates CIGNA00149592 through Bates CIGNA00149602** produced by Cigna in this Action. **[Sealed]** |
| Exhibit BK | June 10, 2013, excerpts of document produced by Cigna in this Action beginning at **CIGNA00002362. [Sealed]** |
| Exhibit BL | November 15, 2011, email, **Bates CIGNA00050406 through CIGNA00050407** produced by Cigna in this Action. **[Sealed]** |
| Exhibit BM | November 15, 2011, internal Cigna document, **Bates CIGNA00050408** produced by Cigna in this Action as an attachment to CIGNA00050406.  **[Sealed]** |
| Exhibit BN | Internal Cigna document, **Bates CIGNA00006959** produced by Cigna in this Action and marked as Plaintiffs' Exhibit 155 at deposition. |
| Exhibit BO | January 9, 2014, email, **Bates CIGNA00056461 through CIGNA00056463** produced by Cigna in this Action and marked as Plaintiffs' Exhibit 193 at deposition. **[Sealed]** |
| Exhibit BP | July 1, 2016, internal Cigna document, **Bates CIGNA07597275 through CIGNA07597331** produced by Cigna in this Action and marked as Plaintiffs' Exhibit 154 at deposition. **[Sealed]** |
| Exhibit BQ | June 8, 2012, email, **Bates CIGNA00608547** produced by Cigna in this Action and marked as Plaintiffs' Exhibit 81 at deposition. **[Sealed]** |
| Exhibit BR | June 8, 2012, internal Cigna document, **Bates CIGNA00608548** produced by Cigna in this Action as an attachment to CIGNA00608547 and marked as Plaintiffs' Exhibit 82 at deposition. **[Sealed]** |
| Exhibit BS | February 27, 2020 Objections and Responses of Defendant Cigna Health and Life Insurance Company to Plaintiffs' Seventh Set of Interrogatories |
| Exhibit BT | November 6, 2017, internal Cigna document, **Bates CIGNA00382897 through CIGNA00382947** produced by Cigna in this Action. **[Sealed]** |
| Exhibit BU | August 8, 2016, internal Cigna document, **Bates CIGNA00491444 through CIGNA0491464** produced by Cigna in this Action. **[Sealed]** |

I hereby certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 3rd day of September, 2020.

                                                      */s/ Meghan S. B. Oliver*