UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>      Defendants. | No. 3:16-cv-1702 (JAM) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs") and Defendant OptumRx, Inc. ("Optum") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the action as to Optum hereby is and shall be voluntarily dismissed with prejudice, without fees and costs to either party, and the parties waive all rights to appeal.

                   Respectfully Submitted,

Dated: September 11, 2020     **DORSEY & WHITNEY LLP**

                   By __*/s/ Michelle S. Grant*_____
                   Michelle S. Grant (admitted pro hac vice)
                   grant.michelle@dorsey.com
                   Andrew Holly (admitted pro hac vice)
                   holly.andrew@dorsey.com
                   Suite 1500, 50 South Sixth Street
                   Minneapolis, MN 55402-1498
                   (612) 340-2600

Theodore J. Tucci (ct05249)
Ivana Greco (ct29635)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
ttucci@rc.com
igreco@rc.com

*Attorneys for Defendant OptumRx, Inc.*

Dated: September 11, 2020                **IZARD, KINDALL & RAABE, LLP**


By */s/ William H. Narwold*_____
   Robert A. Izard (ct01601)
*Plaintiffs' Interim Co-Lead Class Counsel*

Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151) IZARD,
KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860.493.6292
Facsimile: 860.493.6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead
Class Counsel*
Mathew Jasinski (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo (ct27481)
Plaintiffs' Executive Committee Chair
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice Plaintiffs'
Executive Committee Member Gretchen S.
Obrist, pro hac vice KELLER
ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Derek W. Loeser, pro hac vice Plaintiffs'
Executive Committee Member Gretchen S.
Obrist, pro hac vice
KELLER RHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
Plaintiffs' Executive Committee Member

3

ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612.341.0400
Facsimile:  612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
Plaintiffs' Executive Committee Member
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985.783.6789
Facsimile:  985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504.581.5644
Facsimile:  504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Plaintiffs' Executive Committee Member
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516.699.8890
Facsimile:  516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
Plaintiffs' Executive Committee Member
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205.908.4906
Facsimile:  866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member

        Kristen G. Marttila, pro hac vice
        LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
        100 Washington Avenue S, Suite 2200
        Minneapolis, MN 55401
        Telephone:  612.596.4097
        Facsimile:  612.339.0981
        khriebel@locklaw.com
        kmarttila@locklaw.com

*Attorneys for Plaintiffs*

\* Signed with consent pursuant to § XI(D) of the Electronic Filing Policies & Procedures.