# EXHIBIT A

```
                                                          Page 1

 1

 2   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 3   Case No. 16-cv-1702
     - - - - - - - - - - - - - - - - - - -x
 4   KIMBERLY A. NEGRON, Individually   :
     and on Behalf of All Others        :
 5   Similarly Situated,                :
                                        :
 6                  Plaintiffs,         :
                                        :
 7          - vs -                      :
                                        :
 8   CIGNA CORPORATION and CIGNA HEALTH :
     AND LIFE INSURANCE COMPANY, et al.,:
 9                                      :
                    Defendants.         :
10   - - - - - - - - - - - - - - - - - - -x
11
12                          August 12, 2020
                            9:23 a.m.
13                          9 Cimmeron City Drive
                            Cape Neddick, Maine
14
15
16
17
18
19
20         VIDEOTAPED VIRTUAL DEPOSITION UPON
21   ORAL EXAMINATION OF STEPHANIE BYRNE, held at the
22   above-mentioned time and place, before Randi
23   Friedman, a Registered Professional Reporter,
24   within and for the State of New York.
25
```

Page 30

S. Byrne

in question from their contracts."
     Q   You see that?
     A   Yes.
     Q   Do you know what contracts that is referring to?
          MR. SHAFFER:  Object to form. Lack of foundation.
          But you can answer, Steph.
          THE WITNESS:  As I read this, and seeing that the author of the email was Ed Stacey, it would be my understanding he would be referring to pharmacy contracts.
BY MR. RAABE:
     Q   Okay.
          MR. RAABE:  Okay.  Charlotte, let's mark as Exhibit 171 Cigna document starting with Bates No. 213011.
          MS. LOPER:  Okay.  Just a second, sorry.  They're taking a second for them to load on my side.
          Okay.  You should be able to see Exhibit 171 now.
          (Exhibit 171 was marked.)
          THE WITNESS:  Okay.  Got it.

Page 31

S. Byrne

BY MR. RAABE:
     Q   If you scroll through just to familiarize yourself, and then I'll ask you a few specific questions.
     A   Okay.  Okay.
     Q   Was this a standard form document that Cigna used, in your experience?
          MR. SHAFFER:  Objection to form.
          THE WITNESS:  I am familiar with this particular period in time.  There were a process for which you would start a request for some type of enhancement.  And they had particular forms that needed to be completed in an effort for completeness.  So I had seen forms of this type in my experience.
BY MR. RAABE:
     Q   For purposes of enhancing Cigna's policies and practices?
     A   I mean, not necessarily.  I think it was anything that was going to be a project size, to make a change, they would go through a fairly formal process to be able to execute on that.
     Q   And use this form in that process?

Page 32

S. Byrne

     A   Yes.
     Q   So if you would turn to the first substantive page.  At the top it says Document Information.
     A   Document Information, yes.
     Q   It says Project Co-Pay G Standardization; you see that?
     A   Yes.
     Q   And below that it lists a project sponsor and that's Mr. Haron.  You see that?
     A   Yes.
     Q   What's the role of a project sponsor?
          MR. SHAFFER:  Objection to form. Lack of foundation.
          THE WITNESS:  I don't actually know if they actually even had a role.  I mean, it could be that you could think of this as someone who's endorsing it, but I don't think they actually had a role per se.
BY MR. RAABE:
     Q   Did Mr. Haron play a role in the Co-Pay G standardization project?
     A   I don't recall if he had a type of role, I mean, as the leader and manager of the

Page 33

S. Byrne

pharmacy senior team.  They would probably have -- not probably.  They did have joint discussions on all -- on all projects and prioritized them and made consensus decisions on which ones would go forward.  He would be part of that.
     Q   Over in the right it says Project -- Business Project Manager, Julie Burns-McAvoy, that's M-C-A-V-O-Y, Derek Burton.  Derek is D-E-R-E-K.
          Do you know either of those people?
     A   Yes, I did know them when I worked at Cigna.
     Q   Did either of them report to you?
     A   No.
     Q   Do you know what the role of the business project manager was with respect to Co-Pay G standardization?
     A   The project manager was tasked with aggregating all of the information needed to be able to go forth with a project.  A very important part was understanding what all of the impacts are.  What are the different areas that would need be notified and involved.  And

9 (Pages 30 - 33)