# EXHIBIT C



# Argus Transition: 33 Day Supply

## *Pharmacy Business Requirements*

Document Status: Draft Version

Updated: 8/20/13
Version 1.0

Page 1 of 4

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright 2013 by CIGNA

# DOCUMENT INFORMATION

## Project Information

| | | | |
|---|---|---|---|
| Project: | Argus Transition: 33 Day Supply | BEN Code: | N/A |
| Project Sponsor: | David Cordani | Enterprise Project Manager: | Sue Sullivan |
| Project Type: | Strategy Definition | Business Project Manager: | Julie Burns-McAvoy |
| | | IT Project Manager: | Maura Delaney |
| | | System Analysts: | TBD |
| | | Test Manager: | TBD |
| | | Pharmacy SMEs: | Jordan Farrell / Mary Anne Grant |

## Document Change Log

| Date | Version# | Author | Comments | Approved By |
|---|---|---|---|---|
| 8/20/13 | 1.0 | Julie Burns-McAvoy | Initial submission. | Jordan Farrell |
| | | | | |
| | | | | |

## Related Documents

| Document Name | Purpose | Location |
|---|---|---|
| | | |
| | | |
| | | |

# 1. PROJECT SUMMARY

Catamaran uses a greater than 33 days' supply (34 and up) in their contract language to define "90-day supply" for pharmacy reimbursement logic. 90-Day claim logic must be changed accordingly in order for Performance Guarantees (PGs) provided by Catamaran to Cigna to be met and to apply proper reimbursement to pharmacies.

# 2. REQUIREMENTS SECTION

| # | Business Requirements |
|---|---|
| 1. | The greater than 34 day supply (35 day supply and above) associated with the 90 day logic needs to be changed to greater than 33 day supply (34 day supply and above). *Refer to Business Assumption 1* |
| 2. | If the client is on CLNT02150007 and the claim is for a retail pharmacy with day supply greater than 33 use rates from the Alternate pharmacy plan 1 (Network 400) to price the claim using standard lesser of logic. |
| 3. | If the client is on CLNT02150007 and the claim is for a retail pharmacy with day supply greater than 33 and the NABP is on PHRM02150025 and the drug is on MI0215497 use the reimbursement rates found in V0215002 (common module). |
| 4. | If the customer meets the criteria for 3 times equalization and the claim is for a retail pharmacy with day supply greater than 33 use rates from the Alternate pharmacy plan 1 (Network 400) to price the claim using standard lesser of logic. |

Page 2 of 4

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright 2013 by CIGNA

CONFIDENTIAL                                                                                          CIGNA00054305

| | |
|---|---|
| 5. | If the customer meets the criteria for 90 day supply mandate and the claim is for a retail pharmacy with day supply greater than 33 use rates from the Alternate pharmacy plan 1 (Network 400) to price the claim using standard lesser of logic. |
| 6. | If the customer meets the criteria for 3 times equalization and the claim is for a retail pharmacy with day supply greater than 33 and the NABP is on PHRM02150025 and the drug is on MI0215497 use the reimbursement rates found in V0215002 (common module). |
| 7. | If the customer meets the criteria for 90 day supply mandate and the claim is for a retail pharmacy with day supply greater than 33 and the NABP is on PHRM02150025 and the drug is on MI0215497 use the reimbursement rates found in V0215002 (common module). |
| 8. | Flag 1 (C9003-PRICED-AT-ALT-PRVDR) needs to be sent to claims processing. |
| 9. | If the customer meets criteria for 3 times equalization and/or the 90 day supply mandate apply the Network 400 reimbursement logic. |
| 10. | Do not apply 90 day supply network copay logic (return mail copay for day supply greater than 30). |
| 11. | If the customer meets criteria for 3 times equalization and/or the 90 day supply mandate and the claim is for a non-network 400 pharmacy return error 056, Day supply fails to meet requirements', and free form message "Use participating 90-day pharmacy". |
| 12. | If the customer meets criteria for 3 times equalization and/or the 90 day supply mandate and the claim is for a non-network 400 pharmacy and the customer/client/coverage code is on CVCD02150023, then override error 056 and allow the claim to pay. |
| 13. | If the client is on CLNT02150007 and the claim is for a retail pharmacy with day supply greater than 33 and the pharmacy is not found in Alternate pharmacy plan 1, return default rates loaded standard pharmacy plan (Network 100). |
| 14. | If the customer meets the criteria for 3 times equalization and the claim is for a retail pharmacy with day supply greater than 33 and the pharmacy is not found in Alternate pharmacy plan 1, return default rates loaded standard pharmacy plan (Network 100). |
| 15. | If the customer meets the criteria for 90 day supply mandate and the claim is for a retail pharmacy with day supply greater than 33 and the pharmacy is not found in Alternate pharmacy plan 1, return default rates loaded standard pharmacy plan (Network 100). |
| 16. | If the client is on CLNT02150007 and the claim is for a pharmacy found in Alternate pharmacy plan 1 with day supply greater than 30, then return 1 home delivery (mail order) copay. |
| 17. | If the customer meets the criteria for 3 times equalization or the 90 day supply mandate and the claim is for a pharmacy found in Alternate pharmacy plan 1 with day supply greater than 30, then return copays as set forth by the mandate (Pricing), unless client and coverage code is on MIP215B9. |
| 18. | If the client is on CLNT02150007 and the customer meets the criteria for 3 times equalization or 90 day supply mandate and the pharmacy is found in Alternate pharmacy plan 1, then allow up to a 90 day supply and set quantity limits to 3 times and set 90 day Drug Utilization Review (DUR) flag.<br>*Refer to Business Assumption 2* |
| 19. | |
| 20. | |

## 3. GENERAL ASSUMPTIONS

| # | Business Assumptions |
|---|---|
| 1. | *Refer to Business Requirement 1*<br>Copay logic should not be changed.  The only change should be to the pharmacy reimbursement to trigger network 400 rates for 34 day supply and above, instead of the 35 |

Page 3 of 4

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright 2013 by CIGNA

CONFIDENTIAL                                                                                                      CIGNA00054306

|   |   |
|---|---|
|   | day supply and above that is in place now. |
| 2. | *Refer to Business Requirement 18*<br>Logic is coded in common module V021590D in MIPCAD55. |
| 3. |   |
| 4. |   |
| 5. |   |

## 4. QUESTIONS/OPEN ISSUES

| # | Questions/Open Issues |
|---|---|
| 1. |   |
| 2. |   |
| 3. |   |
| 4. |   |
| 5. |   |

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright 2013 by CIGNA

CONFIDENTIAL                                              CIGNA00054307