# EXHIBIT E

84

```
 1                     ROUGH DRAFT - CONFIDENTIAL
 2          Exhibit 231.  I'll let you know when it's
 3          up.
 4                     THE WITNESS:  Okay.
 5                     MS. LOPER:  You should be able to
 6          see it now.
 7                     THE WITNESS:  231 you said
 8          Charlotte?
 9                     MS. LOPER:  Yes.
10                     THE WITNESS:  Okay.  Loading now.
11          Okay.  Craig, I have it up.
12     BY MR. RAABE:
13          Q     Do you recognize this document?
14          A     Let me skim through it.  I don't
15     recognize this document.  Sorry.
16          Q     Look at the third slide under the
17     section at the top key stakeholders; do you see
18     that?
19          A     Yes.
20          Q     It lists you as the business sponsor?
21          A     Yes.
22          Q     Does that mean you had ultimate
23     responsibility for this program?
24          A     We typically use business sponsor as
25     the most senior person in the control funding.
```

85

```
                1                ROUGH DRAFT - CONFIDENTIAL
                2    So as I said I'm sure you can probably find
                3    thousands and hundreds of documents with me as
                4    the business sponsor on it over my tenure at
                5    Cigna.
                6         Q     So you were the person who had
                7    ultimate responsibility for the budget with
                8    respect to this benefit language update?
                9         A     The budget was promulgated up through
               10    the business lines, one of which was pharmacy, so
               11    that's how we would have used business sponsor.
               12    I'm not familiar with this document, how they
               13    would have used it, though.
               14         Q     So when you said the business sponsor
               15    is the most senior person in control of funding
               16    what does that mean?
               17         A    Typically how we would have allocated
               18    money towards projects in any given year, you
               19    would have had an executive sponsor, and at this
               20    time, I think I would have still been the head of
               21    pharmacy plus or minus before Chris Brad Berry
               22    took over, so I would have -- I would expect to
               23    see other documents from other lines of business
               24    as well that I was most senior person on
               25   responsible for that P&L before it rolled up to
```