UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br>   vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>                              Defendant. | No. 16-cv-1702 (JAM)<br>(Consolidated)<br><br>CLASS ACTION<br><br>September 18, 2020 |

## MOTION TO SEAL

Solely in accord with their duty under the Protective Order in place in this litigation (*see* [ECF No. 92]), Plaintiffs move to file certain limited portions of Plaintiffs' Letter Brief ("Letter Brief") under seal. Specifically, Plaintiffs move to seal portions of the Letter Brief quoting documents and testimony that Cigna or non-party Argus Health Systems ("Argus") has designated as "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEYS' EYES ONLY."

Notwithstanding the filing of this motion, Plaintiffs do not believe that the confidential designation of these documents and testimony is appropriate. Although Plaintiffs do not believe that the portions of the letter that are the subject of this motion can properly be sealed, Plaintiffs are willing to meet and confer with Cigna and Argus on the issue. Should the parties be unable to reach an agreement and unless otherwise instructed by the court, Plaintiffs will file a motion to de-designate, and the designating party shall bear the burden of defending its confidentiality

designations. ECF No. 92 at ¶ 14 ("Upon any such application [to de-designate], the burden shall be on the Designating Person to show why the designation is proper.").

| | |
|---|---|
| Dated: September 18, 2020 | Respectfully submitted, |
| | *s/ Craig A. Raabe* |
| | Robert A. Izard (ct01601) |
| | *Plaintiffs' Interim Co-Lead Class Counsel* |
| | Craig A. Raabe (ct04116) |
| | Seth R. Klein (ct18121) |
| | Christopher M. Barrett (ct30151) |
| | IZARD, KINDALL & RAABE, LLP |
| | 29 South Main Street, Suite 305 |
| | West Hartford, CT 06107 |
| | Telephone:  860-493-6292 |
| | Facsimile: 860-493-6290 |
| | rizard@ikrlaw.com |
| | craabe@ikrlaw.com |
| | sklein@ikrlaw.com |
| | cbarrett@ikrlaw.com |
| | |
| | William H. Narwold (ct00133) |
| | *Plaintiffs' Interim Co-Lead Class Counsel* |
| | Mathew Jasinski, (ct27520) |
| | MOTLEY RICE LLC |
| | One Corporate Center |
| | 20 Church Street, 17th Floor |
| | Hartford, CT 06103 |
| | Telephone:  860-882-1681 |
| | Facsimile:   860-882-1682 |
| | bnarwold@motleyrice.com |
| | mjasinski@motleyrice.com |
| | |
| | Meghan S. Oliver, *pro hac vice* |
| | Charlotte Loper, *pro hac vice* |
| | MOTLEY RICE LLC |
| | 28 Bridgeside Blvd. |
| | Mount Pleasant, SC 29464 |
| | Telephone: 843-216-9000 |
| | moliver@motleyrice.com |
| | cloper@motleyrice.com |

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, *pro hac vice*
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:   212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  860-537-5537
Facsimile:   860-537-4432
ecomite@scott-scott.com

Derek W. Loeser, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, *pro hac vice*
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206- 623-1900
Facsimile:   206-623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:   612-341-0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, *pro hac vice pending*

3

*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985-783-6789
Facsimile:   985-783-1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504-581-5644
Facsimile:   504-581-2156
andrew@lemmonlawfirm.com

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile, *pro hac vice pending*
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516-699-8890
Facsimile:   516-699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-908-4906
Facsimile:   866-747-3905
ekirkwood1@bellsouth.net

Karen Hanson Riebel, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, *pro hac vice pending*
LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612-596-4097
Facsimile:   612-339-0981
khriebel@locklaw.com
kmarttila@locklaw.com

4

Brad J. Moore
STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
Telephone: 206.448.1777
Facsimile: 206.728.2131
Brad@stritmatter.com

Daniel K. Bryson
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile:  919-600-5035
Dan@wbmllp.com
Jeremy@wbmllp.com

Additional Counsel for Plaintiffs