# PLAINTIFFS' EXHIBIT A FILED UNDER SEAL

# PLAINTIFFS' EXHIBIT B FILED UNDER SEAL

# PLAINTIFFS' EXHIBIT C FILED UNDER SEAL

# PLAINTIFFS' EXHIBIT D FILED UNDER SEAL

# PLAINTIFFS' EXHIBIT E FILED UNDER SEAL

# PLAINTIFFS' EXHIBIT F FILED UNDER SEAL

# PLAINTIFFS' EXHIBIT G FILED UNDER SEAL

# PLAINTIFFS'
# EXHIBIT H
# FILED UNDER SEAL

# PLAINTIFFS' EXHIBIT I
# FILED UNDER SEAL