**Attachment 1 – Documents Cited In Plaintiffs' Letter (ECF 325)**

| Document | Mr. Cordani Wrote Document? (Y/N) | Mr. Cordani Received Document? (Y/N) | Mr. Cordani Mentioned in Document? (Y/N) | Description of Mr. Cordani's Involvement in Document |
|---|---|---|---|---|
| CIGNA00002860 | N | N | N | No involvement. |
| CIGNA00056016 | N | N | N | No involvement. |
| CIGNA07424525 | N | N | N | No involvement. |
| CIGNA07777049 | N | N | N | No involvement. |
| CIGNA07777080 | N | N | N | No involvement. |
| CIGNA12371054 | N | N | N | No involvement. |
| Class Cert. Memo. (ECF 209), Ex. J | N | N | N | No involvement. |
| Class Cert. Memo. (ECF 209), Ex. K | N | N | N | No involvement. |
| Class Cert. Memo. (ECF 209), Ex. L | N | N | N | No involvement. |
| Class Cert. Memo. (ECF 209), Ex. M | N | N | N | No involvement. |
| Class Cert. Memo. (ECF 209), Ex. N | N | N | N | No involvement. |
| Class Cert. Memo. (ECF 209), Ex. O | N | N | N | No involvement. |
| Class Cert. Memo. (ECF 209), Ex. P | N | N | N | No involvement. |
| Class Cert. Memo. (ECF 209), Ex. Q | N | N | N | No involvement. |
| Class Cert. Memo. (ECF 209), Ex. R | N | N | N | No involvement. |
| Class Cert. Memo. (ECF 209), Ex. S | N | N | N | No involvement. |
| Deposition Exhibit 11 | N | N | N | No involvement. |
| Deposition Exhibit 73 | N | N | N | No involvement. |
| Deposition Exhibit 109 | N | N | N | No involvement. |
| Deposition Exhibit 185 | N | N | Y | Pharmacy Business Requirements document identifying Mr. Cordani as "Project Sponsor" of "Argus Transition: Pharmacy Over Payments."  CHLIC witnesses testified that the "project sponsor" had "no role per se," but was the organizational sponsor of the project.  ECF 326, Ex. A at 32:20; Ex. B at 51:6-15.  Mr. Hocevar testified that he was listed as "sponsor" on "thousands and hundreds" of similar documents.  Ex. G (attached), Hocevar Dep. at 84:20-85:5. |
| Deposition Exhibit 187 | N | N | N | No involvement. |

| Document | Mr. Cordani Wrote Document? (Y/N) | Mr. Cordani Received Document? (Y/N) | Mr. Cordani Mentioned in Document? (Y/N) | Description of Mr. Cordani's Involvement in Document |
|---|---|---|---|---|
| Deposition Exhibit 189 | N | N | N | No involvement. |
| Deposition Exhibit 190 | N | N | N | No involvement. |
| Deposition Exhibit 221 | N | Y | Y | "September Pharmacy MOR [Monthly Operating Report]" sent by Chris Hocevar to Matt Manders, Tom McCarthy, and David Cordani dated September 19, 2013, including a bullet stating, in part, that "claw back mechanism currently being assessed." Mr. Hocevar testified that he did not recall what the phrase specifically referred to, and that he did not recall ever discussing "clawbacks" or similar topics with Messrs. Cordani, McCarthy, or Manders. *See* Ex. G (attached), Hocevar Dep. at 37:3-7, 129:5-13, 142:16-18. Plaintiffs have not sought the depositions of Mr. McCarthy or Mr. Manders, who was Mr. Hocevar's supervisor during this period. |
| Deposition Exhibit 230 | N | N | N | No involvement. |
| Motion to Strike Memo. [ECF 312] at 4 (citing Ex. I) | N | N | N | No involvement. |