UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>        Defendant. | Civ. A. No. 16-cv-1702 (JAM)<br><br>September 22, 2020 |

## NINTH AMENDED STIPULATED JOINT CASE MANAGEMENT PLAN

  Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs") and Defendant Cigna Health and Life Insurance Company ("Defendant"), by and through their undersigned counsel, hereby submit the following amended Joint Case Management Plan ("JCMP"), which seeks to amend the current briefing schedule associated with Plaintiffs' Motion to Strike (ECF 311) (the "Motion to Strike"); modify the page limits and submissions concerning Plaintiffs' Motion for Class Certification (ECF 205) (the "Motion for Class Certification") and Defendant's Motion to Exclude the Declaration and Testimony of Plaintiffs' Expert (ECF 278) (the "*Daubert* Motion"); and adjourn the parties' remaining expert discovery deadlines pending the amendment of Plaintiffs' merits expert report. The parties respectfully request that the Court approve this amended JCMP.

1

**I.      Requests for Amendment of Briefing Schedule**

The parties jointly request the following revisions to the existing briefing schedule:

- ***Extension of Defendant's Deadline to File Response to Motion to Strike.*** Plaintiffs filed their Motion to Strike on September 3, 2020. Pursuant to Local Rule 7(a)(2), Defendant's Response to Plaintiffs' Motion to Strike is due on September 24, 2020. The parties jointly request a five-day extension of this deadline to September 29, 2020, in order to align this filing with the other filings that Defendant will make that day, namely a Sur-Reply to the Motion for Class Certification and a Reply to the *Daubert* Motion. This approach is consistent with that utilized in connection with Plaintiffs' Response to the *Daubert* Motion, which was moved at Plaintiffs' request to correspond with the filing of their Reply to the Motion for Class Certification.

- ***Extension of Plaintiffs' Deadline to File Reply to Motion to Strike.*** The parties likewise jointly request that Plaintiffs' deadline to file a Reply to the Motion to Strike (currently October 8, 2020) be extended correspondingly by five days to October 13, 2020, so as to provide Plaintiffs with the entire 14-day reply period to which they are entitled under Local Rule 7(d).

**II.     Requests for Modification of Page Limits and Submissions**

Defendant requests the following modifications to the existing page limitations:

- ***Expansion of Page Limits for Defendant's Sur-Reply to Plaintiffs' Motion for Class Certification.*** Defendant's Sur-Reply to the Motion for Class Certification is currently limited to 10 pages. However, in order to adequately address the arguments raised in Plaintiffs' 40-page Reply (ECF 307), Defendant believes that

additional briefing space is necessary and, as such, requests 10 extra pages for its Sur-Reply, *i.e.*, a total of 20 pages. In making this request, Defendant is cognizant of the Court's resources, but if granted, this 10-page expansion of the Sur-Reply page limit will ensure that Defendant has a full opportunity to respond to Plaintiffs' Reply and aid the Court in resolving the various issues raised by the Motion for Class Certification.[1]

- ***Expansion of Page Limits for Defendant's Reply to* Daubert *Motion*.** Along these same lines, Defendant requests an expanded 20-page limit for its Reply to the *Daubert* Motion, which, per Local Rule 7(d), is currently limited to 10 pages. If granted, this 10-page expansion would allow Defendant to comprehensively respond to the arguments raised by Plaintiffs in their 38-page Response (ECF 309) and assist the Court in its resolution of the *Daubert* Motion.

Plaintiffs request leave for the following additional submissions:

- ***Plaintiffs' Response to Defendant's Sur-Reply to Plaintiffs' Motion for Class Certification*.** Plaintiffs believe that additional briefing may be necessary to respond to a 20-page sur-reply brief from Defendant and, therefore, request that they be permitted to file a response of no more than 10 pages on the date they file their reply concerning their Motion to Strike.

- ***Plaintiffs' Response to Defendant's Reply to* Daubert *Motion*.** Plaintiffs believe that additional briefing may be necessary to respond to a 20-page reply brief from Defendant and, therefore, request that they be permitted to file a response of no

---

[1] To minimize its overall briefing, Defendant will limit its response to Plaintiffs' Motion to Strike to no more than 30 pages (rather than the 40 pages permitted under the Local Rules).

3

more than 10 pages on the date they file their reply concerning their Motion to Strike.

### III. Request for Adjournment of Expert Discovery Deadlines

The parties jointly request the following modification to the existing expert discovery schedule:

- ***Adjournment of Expert Discovery Deadlines:*** Plaintiffs submitted a merits expert report on July 7, 2020. The parties have agreed that Plaintiffs may amend their merits expert report upon receipt of additional data that Plaintiffs have sought in discovery. In order to facilitate this additional discovery and Plaintiffs' amendment of the report, the parties jointly request that the existing expert discovery deadlines – specifically, the September 17, 2020 deadline to file rebuttal expert reports and October 12, 2020 deadline to complete expert discovery – be adjourned. Following the forthcoming production of the additional discovery, the parties will propose a revised expert discovery schedule for the Court's consideration. The requested adjournment and extension of the expert discovery deadlines will not impact any other existing case deadlines.

Accordingly, taking into account the foregoing requests, the Parties respectfully request entry of the following schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joinder of parties/amendment of pleadings | By motion only | Same |
| Completion of all discovery: Fact and expert | 10/12/20 | Same, except for adjournment of expert discovery deadline |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Document production substantially completed | 10/4/19 | Same |
| Final privilege log completed | 11/11/19 | Same |
| **Experts:** | | |
| Expert reports where party bears burden of proof (excluding declarations supporting class certification, which will be submitted with Plaintiffs' motion for class certification) | 7/6/20 | Same (submitted), except amended report forthcoming |
| Rebuttal expert reports (excluding declarations opposing class certification, which will be submitted with Defendants' oppositions to class certification) | 9/17/20 | Adjourned |
| Depositions completed | 10/12/20 | Adjourned |
| **Class certification and other filings:** | | |
| Motion for Class Certification | 3/2/20 | Same (filed) |
| Defendant's Response to Plaintiffs' Motion to Amend Proposed Class Definitions | 6/3/20 | Same (filed) |
| Plaintiffs' Reply in Support of Motion to Amend Proposed Class Definitions (if needed) | 6/10/20 | Same (filed) |
| Defendant's Opposition to Motion for Class Certification | 30 days from resolution of Plaintiffs' Motion to Amend Proposed Class Definitions | Same (filed) |
| Plaintiffs' Reply in Support of Motion for Class Certification | 45 days from filing of Defendants' opposition to class certification | Same (filed) |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Sur-Reply to Motion for Class Certification | 9/29/20 | Same |
| Defendant's Reply in Support of *Daubert* Motion | 9/29/20 | Same |
| Plaintiffs' Additional Brief Regarding Defendant's Sur-Reply to Motion for Class Certification and/or Defendant's Reply to *Daubert* Motion | N/A | 10/13/20 |
| Defendant's Response to Plaintiffs' Motion to Strike | 9/24/20 | 9/29/20 |
| Plaintiffs' Reply in support of their Motion to Strike and Responses to Defendant's Sur-Reply to Motion for Class Certification and Defendant's Reply to *Daubert* Motion | 10/8/2020 | 10/13/20 |
| **Summary Judgment:** | | |
| Motions for summary judgment | Motions for summary judgment will be filed 60 days after the Court's ruling on Plaintiffs' motion for class certification or the court of appeals' ruling on any Rule 23(f) petition, whichever is later. | Same |
| Oppositions to summary judgment | 60 days after motions for summary judgment are filed. | Same |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Replies in support of motions for summary judgment | 30 days after oppositions to summary judgment are filed. | Same |
| Joint Trial Memorandum | If any claims remain to be tried following the Court's rulings on the parties' motions for summary judgment, the parties shall, within 60 days of the Court's summary judgment order, file a Joint Trial Memorandum proposing how any remaining claims should be tried. | Same |
| Trial Ready | See above regarding Joint Trial Memorandum. | Same |
| **Other issues:** | | |
| Depositions | Each party may take 25 fact depositions. | Same |
| Interrogatories | No more than 40 interrogatories may be served on each party. | Same |
| Class Certification | No earlier filing of a class certification motion, unless by agreement or with permission of the court. The parties will agree to an appropriate briefing schedule. | Same |

September 22, 2020

/s/ Brian W. Shaffer

Brian W. Shaffer (pro hac vice)
Jeremy P. Blumenfeld (pro hac vice)
Eleanor R. Farrell (pro hac vice)
Matthew Klayman (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860.240.2945
Facsimile: 860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*

Respectfully Submitted,

/s/ Robert A. Izard

Robert A. Izard (ct01601)
Plaintiffs' Interim Co-Lead Class Counsel
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860.493.6292
Facsimile: 860.493.6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
Plaintiffs' Interim Co-Lead Class Counsel
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Charlotte E. Loper (pro hac vice)
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: 843.216.9287
Facsimile: 843.216.9430
cloper@motleyrice.com

Joseph P. Guglielmo (ct27481)
Plaintiffs' Executive Committee Chair
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334

jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Plaintiffs' Executive Committee Member
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
Plaintiffs' Executive Committee Member
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
Plaintiffs' Executive Committee Member
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130

Telephone: 504.581.5644
Facsimile: 504.581.2156

andrew@lemmonlawfirm.com

Ronen Sarraf
Plaintiffs' Executive Committee Member
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
Plaintiffs' Executive Committee Member
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net

Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member
Kristen G. Marttila, pro hac vice
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401 Telephone: 612.596.4097 Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, a copy of the foregoing Ninth Amended Stipulated Joint Case Management Plan was served via ECF on all counsel of record.

/s/ *Brian W. Shaffer*
Brian W. Shaffer