**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | Civ. A. No. 16-cv-1702 (JAM) <br><br> September 29, 2020 |

## DECLARATION OF BRIAN W. SHAFFER

I, Brian W. Shaffer, hereby declare as follows:

1.       I am an attorney at law and a Partner with the law firm of Morgan, Lewis & Bockius LLP admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey, and *pro hac vice* in this case as counsel for Defendant Cigna Health and Life Insurance Company ("CHLIC").

2.       Attached hereto are true and correct copies of the following:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **Exhibit 54** | Putnam Investments, Inc. Open Access Plus Medical Benefits (ASO10) Bates No. CIGNA02379774 |
| **Exhibit 55** | Maxion Wheels U.S.A. LLC. Open Access Plus Medical Benefits Enhanced Open Access Plus Plan (ASO9) Bates No. CIGNA04523893 |
| **Exhibit 56** | Excerpts of Deposition Transcript of Julie Burns-McAvoy |
| **Exhibit 57** | Excerpts of Deposition Transcript of Justin Pitt |

I hereby certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 29th day of September, 2020.

*/s/ Brian W. Shaffer*
Brian W. Shaffer

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 29, 2020, the foregoing document and all attachments thereto were filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Brian W. Shaffer*
      Brian W. Shaffer