# EXHIBIT 56

```
                                                          Page 1
 1
 2    UNITED STATES DISTRICT COURT
      DISTRICT OF CONNECTICUT
 3    Case No. 16-cv-1702
      - - - - - - - - - - - - - - - - - -x
 4    KIMBERLY A. NEGRON, Individually   :
      and on Behalf of All Others        :
 5    Similarly Situated,                :
                                         :
 6                       Plaintiffs,     :
                                         :
 7            - vs -                     :
                                         :
 8    CIGNA CORPORATION and CIGNA HEALTH :
      AND LIFE INSURANCE COMPANY, et al.,:
 9                                       :
                         Defendants.     :
10    - - - - - - - - - - - - - - - - - -x
11
12                              August 13, 2020
                                9:01 a.m.
13                              397 Somers Road
                                Ellington, Connecticut
14
15
16
17
18
19
20         VIDEOTAPED VIRTUAL DEPOSITION UPON
21    ORAL EXAMINATION OF JULIE BURNS-McAVOY, held at
22    the above-mentioned time and place, before Randi
23    Friedman, a Registered Professional Reporter,
24    within and for the State of New York.
25
```

Page 96

1       J. Burns-McAvoy
2     Q    Where did you get that information
3  from?
4     A    It was part of the project
5  discussions.
6     Q    With whom?
7     A    I don't recall.
8          MR. RAABE:  Okay.  Let's go to
9     Document 56461.
10         MR. BARRETT:  It's been loaded and
11    marked as Exhibit 193.
12         (Exhibit 193 was marked.)
13 BY MR. RAABE:
14    Q    Let me know after you've had a chance
15 to review that one, please, Ms. Burns-McAvoy.
16    A    Okay.  I'm familiar with this.
17    Q    Okay.  So the second and third pages
18 have some scenarios in grid format.
19         Did you create that?
20    A    Yes.
21    Q    What was the purpose of creating that?
22    A    These were to simulate what would
23 happen at the pharmacy and within the Argus --
24 within the Argus GUI system.
25    Q    And one of the people you sent this to

```
                                               Page 97
 1                J. Burns-McAvoy
 2   was Renee Von Bevern.
 3        A     Yeah.
 4        Q     Who's that?
 5        A     Renee was my counterpart at Argus.
 6        Q     And in the grid that you created here,
 7   you used the term "plan" a number of times; do
 8   you see that?
 9        A     Yes.
10        Q     And then Mr. Despard wrote to you and
11   says, "I think I'm getting lost on some of your
12   terminology.  Is the plan referring to Cigna?"
13              And then you type back, "Yes, the plan
14   refers to Cigna and what we owe the pharmacy."
15              So when you were using the term "plan"
16   there, what were you trying to represent?
17        A     It's a -- there's a radio button in
18   the Argus GUI system that reflects what we pay
19   the pharmacy is under plan.
20        Q     So in the Argus GUI system, Cigna is
21   designated as the plan?
22              MS. FARRELL:  Objection.
23              THE WITNESS:  It's referring to
24        the dollars that Cigna pays to the pharmacy
25        or has contracted with a pharmacy.
```

Page 98

1           J. Burns-McAvoy
2  BY MR. RAABE:
3       Q    What's the Argus GUI system used for?
4       A    It simulates a claim transaction.  So
5  as if it was connected to a pharmacy and a
6  pharmacist processed a claim and then it would
7  simulate what it would look like and how it would
8  process on our end at Argus.
9       Q    Okay.  So that simulated claim
10 transaction system would show what Cigna is
11 paying to the pharmacy?
12      A    As one piece, yes.
13      Q    And under that scenario, Cigna is the
14 plan?
15      A    In these test scenarios, yes.
16      Q    Okay.  Just a few more documents.
17 I'll have you done by lunchtime, I promise.
18      A    Okay.
19           MR. RAABE:  Chris, let's go to
20      57142.
21           MR. BARRETT:  It's loaded and
22      marked as Exhibit 194.
23           (Exhibit 194 was marked.)
24           THE WITNESS:  Okay.
25