# EXHIBIT A

# Morgan Lewis

**Lisa Veasman**
Partner-Elect
+1.213.612.7334
lisa.veasman@morganlewis.com

July 31, 2018

**VIA FEDERAL EXPRESS AND SECURE FILE TRANSFER**

Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107

Re:   *Negron, et al. v. Cigna Corp., et al.*, No. 3:16-cv-1702 (WWE)

Dear Counsel:

Enclosed please find a disc containing additional documents produced by Defendant Cigna Health and Life Insurance Company ("CHLIC") in response to Plaintiffs' First Request for Production of Documents. This production includes 519 additional plan documents and/or summary plan descriptions, which bear Bates numbers CIGNA00007017 through CIGNA00039550. CHLIC also re-produces without redactions the organizational charts previously produced at CIGNA00002267 - CIGNA00002270. CHLIC makes this production pursuant to and in accordance with its Responses and Objections to Plaintiffs' First Request for Production of Documents served on March 17, 2017, and the supplemental responses served May 25, 2018. CHLIC preserves all objections raised in its responses relating to the categories of documents requested.

Certain documents in this production have been designated according to the confidentiality provisions permitted by the Court's April 24, 2017 Protective Order (Dkt. 92), and should be treated in accordance with and pursuant to its terms. Additionally, please note that the documents in this production were collected utilizing informal collection methods, as described in Section III of the April 24, 2017 Stipulation and Order Regarding Discovery of Electronically Stored Information (Dkt. 90). The production files are password protected, and the password will be provided via separate email.

Sincerely,

Lisa Veasman

Enclosure

c:   Mathew P. Jasinski, MOTLEY RICE LLC
     Michelle S. Grant, DORSEY & WHITNEY LLP
     (via secure file transfer)

DB1/ 98830908.1

**Morgan, Lewis & Bockius LLP**

300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132        ☏ +1.213.612.2500
United States                       📠 +1.213.612.2501