# EXHIBIT B

# Morgan Lewis

**Lisa Veasman**
Partner-Elect
+1.213.612.7334
lisa.veasman@morganlewis.com

August 17, 2018

**VIA FEDERAL EXPRESS AND SECURE FILE TRANSFER**

Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107

Re:   *Negron, et al. v. Cigna Corp., et al.*, No. 3:16-cv-1702 (WWE)

Dear Counsel:

Enclosed please find a disc containing additional documents produced by Defendant Cigna Health and Life Insurance Company ("CHLIC") in response to Plaintiffs' First Request for Production of Documents. This production includes 158 additional plan documents and/or summary plan descriptions, which were generated by CHLIC clients (not CHLIC), and bear Bates numbers CIGNA00039551 - CIGNA00049791. This production represents approximately 20% of the client-generated Proclaim plan documents for the time period 2014 and later, and, insofar as these documents are individually generated by CHLIC clients, we cannot and do not represent that they are statistically representative of other client-generated plans. The collection of these client-generated plans is a significant undertaking. Before CHLIC moves ahead with any additional collection of client-generated plan documents, we request that Plaintiffs advise whether they intend to include such plans in their proposed class definition and whether Plaintiffs will continue to pursue claims based on these plans. Please let us know your position as soon as possible or if you would like to discuss this aspect of the case in particular.

CHLIC makes this production pursuant to and in accordance with its Responses and Objections to Plaintiffs' First Request for Production of Documents served on March 17, 2017, and the supplemental responses served May 25, 2018. CHLIC preserves all objections raised in its responses relating to the categories of documents requested. Please note that the documents in this production were collected utilizing informal collection methods, as described in Section III of

DB1/ 99159199

**Morgan, Lewis & Bockius LLP**

300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132            ☏ +1.213.612.2500
United States                                      📠 +1.213.612.2501

Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
August 17, 2018
Page 2

the April 24, 2017 Stipulation and Order Regarding Discovery of Electronically Stored Information (Dkt. 90).  The production files are password protected, and the password will be provided via separate email.

Sincerely,

*Lisa Veasman*
Lisa Veasman
Enclosure

c: Mathew P. Jasinski, MOTLEY RICE LLC
   Michelle S. Grant, DORSEY & WHITNEY LLP
   (via secure file transfer)

DB1/ 99159199