# EXHIBIT H

| | |
|---|---|
| **From:** | Farrell, Eleanor R. |
| **Sent:** | Thursday, February 7, 2019 4:32 PM |
| **To:** | Robert Izard; Craig Raabe; Christopher Barrett; William H. Narwold; Meghan Oliver |
| **Cc:** | Costello, Joseph J.; Shaffer, Brian W.; Veasman, Lisa |
| **Subject:** | Negron v. Cigna |
| **Attachments:** | 051078-06__101874314v1_2019.01.30 - Sample DST Report (AEO) - Cigna _ Negron.XLSX |

Counsel,

As part of our meet-and-confer efforts with respect to plan documents, we have attached a sample report that includes documents from Cigna's DST system that stores certain documents for clients whose prescription drug transactions are handled on the Proclaim system. We have designated this report "Attorneys' Eyes Only" subject to the parties' protective order.

The documents identified on this report include any plan or related document in the DST system created between 1/1/2010 and 12/4/2018 that contains the phrase "exceed the amount paid by the plan to the pharmacy." As we have discussed, the "Effective Date" field reflects the effective date of that document for a particular client. Cigna is currently unable to provide the end date for each document or when the phrase searched no longer appeared in particular documents for that client and plan.

Please note that clients on the Proclaim system reissue/update their plans periodically. In the interim, there may be riders issued to address regulatory changes, benefit changes, or any other changes requested by the client during that interim period. You will see various riders identified in the "Document Type" field.

Ellie

**Eleanor R. Farrell**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5194 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Cell: +1.814.769.1216
eleanor.farrell@morganlewis.com | www.morganlewis.com
Assistant: Fatima Sewell | +1.215.963.5382 | fatima.sewell@morganlewis.com