# EXHIBIT I

| | |
|---|---|
| **From:** | Christopher Barrett <cbarrett@ikrlaw.com> |
| **Sent:** | Monday, February 25, 2019 4:30 PM |
| **To:** | Farrell, Eleanor R. |
| **Cc:** | Robert Izard; Craig Raabe; William H. Narwold; Meghan Oliver; Costello, Joseph J.; Shaffer, Brian W.; Weddle, Lisa R. |
| **Subject:** | Re: Negron v. Cigna |

[EXTERNAL EMAIL]
Ellie,

In furtherance of our meet-and-confer efforts with respect to plan documents, Plaintiffs request that Cigna also search the proclaim plans on the DST system and provide the resulting reports for each of the the following phrases:

"Charges means the discounted amount that the pharmacy benefits manager makes available to the Insurance Company"

"provider has contracted directly or indirectly with Cigna for a different amount"

"provider has contracted directly or indirectly with CG for a different amount"

"prescription drug charge"

Let us know if you would like to discuss.

Thanks,

Chris

On Feb 7, 2019, at 4:31 PM, Farrell, Eleanor R. <eleanor.farrell@morganlewis.com> wrote:

Counsel,

As part of our meet-and-confer efforts with respect to plan documents, we have attached a sample report that includes documents from Cigna's DST system that stores certain documents for clients whose prescription drug transactions are handled on the Proclaim system.  We have designated this report "Attorneys' Eyes Only" subject to the parties' protective order.

The documents identified on this report include any plan or related document in the DST system created between 1/1/2010 and 12/4/2018 that contains the phrase "exceed the amount paid by the plan to the pharmacy."  As we have discussed, the "Effective Date" field reflects the effective date of that document

for a particular client.  Cigna is currently unable to provide the end date for each document or when the phrase searched no longer appeared in particular documents for that client and plan.

Please note that clients on the Proclaim system reissue/update their plans periodically.  In the interim, there may be riders issued to address regulatory changes, benefit changes, or any other changes requested by the client during that interim period.  You will see various riders identified in the "Document Type" field.

Ellie

**Eleanor R. Farrell**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5194 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Cell: +1.814.769.1216
eleanor.farrell@morganlewis.com | www.morganlewis.com
Assistant: Fatima Sewell | +1.215.963.5382 | fatima.sewell@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

<051078-06__101874314v1_2019.01.30 - Sample DST Report (AEO) - Cigna _ Negron.XLSX>