# EXHIBIT J

# Morgan Lewis

**Christopher M. Diffee**
Senior Attorney
+1.215.963.4687
christopher.diffee@morganlewis.com

February 27, 2019

**VIA EMAIL AND FEDEX**

Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107

Re:     <u>Negron, et al. v. Cigna Corp., et al.</u>, No. 3:16-cv-1702 (WWE)

Dear Counsel:

Enclosed please find a hard drive Bates numbered CIGNA00607847 produced by Defendant Cigna Health and Life Insurance Company ("CHLIC") in response to Plaintiffs' First Request for Production of Documents and based on our related meet and confer discussions and communications. This production contains 138,769 plan documents and related documents (e.g., riders) for clients on the Proclaim system that had a plan or related document containing the phrase "exceed the amount paid by the plan to the Pharmacy" during the period 1/1/2010 through 12/4/2018.

Because these documents are not individually Bates stamped, we propose that the parties mutually agree upon a protocol for identifying materials from this production that are subsequently used in depositions, expert reports, court filings, etc.

Please let me know if you have any problem accessing these productions.

Sincerely,

*/s/ Christopher M. Diffee/*

Christopher M. Diffee
Enclosure

c:   Mathew P. Jasinski, MOTLEY RICE LLC (via email only)
     Michelle S. Grant, DORSEY & WHITNEY LLP (via email and FedEx)

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921         T +1.215.963.5000
United States                         F +1.215.963.5001