# EXHIBIT K

# Morgan Lewis

**Christopher M. Diffee**
Senior Attorney
+1.215.963.4687
christopher.diffee@morganlewis.com

May 10, 2019

**VIA SECURE FILE TRANSFER AND FEDEX**

Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107

Re:    <u>Negron, et al. v. Cigna Corp., et al.</u>, No. 3:16-cv-1702 (WWE)

Dear Counsel:

Enclosed please find media containing additional 187,864 documents (bearing Bates numbers CIGNA00679942 to CIGNA07388767) produced by Defendant Cigna Health and Life Insurance Company ("CHLIC").  This production contains the following:

1. TIFF images of the 138,769 plan related documents (previously produced on the hard drive on February 27, 2019, bearing Bates number CIGNA00607847) for clients on the Proclaim system that had a plan or related document containing the phrase "exceed the amount paid by the plan to the Pharmacy" during the period 1/1/2010 through 12/4/2018. These documents bear Bates numbers CIGNA00679942 - CIGNA04543329.

2. 44,410 plan related documents for clients on the Facets system that had a plan or related document containing the phrase "exceed the amount paid by the plan" during the period 1/1/2010 through 12/4/2018.  These documents bear Bates numbers CIGNA04543330 - CIGNA07162398.

3. 133 plan related documents where CHLIC previously produced a Summary of Benefits for clients who owned the process of producing their plan materials, to the extent the client provided a copy of its produced plan related documents to CHLIC.  This production is in response to Mr. Barrett's previous correspondence dated December 3, 2018 and January 3, 2019.  These documents bear Bates numbers CIGNA07162399 - CIGNA07172737.

4. 1,347 additional plan related documents for clients that owned the process of producing their plan materials at any time during the period of 2014 through 2018, provided that the client provided Cigna with a copy of the final produced plan document or plan related document.  These documents bear Bates numbers CIGNA07172738 - CIGNA07328588.

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921          ☏ +1.215.963.5000
United States                                      ℻ +1.215.963.5001

Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
May 10, 2019
Page 2

    5. 3,205 additional plan related documents for clients that owned the process of producing their plan materials at any time during the period of 2010 through 2013, provided that the client provided Cigna with a copy of the final produced plan document or plan related document. These documents bear Bates numbers CIGNA07328589 - CIGNA07388767.

For the plan related documents identified in Nos. 4 and 5 above, there are a few important caveats that must be considered:

- These documents relate only to clients on the Proclaim system.

- As was the case for the plan related documents CHLIC produced for clients on Proclaim who had plan documents identified through the DST language search, these plan related documents also include every type of plan for each client, including those that do not have prescription drug benefits.

- Because CHLIC extracted all documents for the identified clients for certain time periods—specifically, 2010 through 2013 for clients identified as having produced their own plan related documents at any time during the period of 2010 through 2013, and 2010 through 2018 for clients identified as having produced their own plan related documents at any time during the period of 2014 through 2018—not every single document produced is a plan related document created when the client owned the process for production. For example, for a client identified as producing its own plan related documents in 2012 and 2013, 2010 and 2011 plan related documents for that client are not client produced.

CHLIC makes this production pursuant to and in accordance with its Responses and Objections to Plaintiffs' First Request for Production of Documents served on March 17, 2017, and the supplemental responses served May 25, 2018, and based on our related meet and confer discussions and communications. CHLIC preserves all objections raised in its responses relating to the categories of documents requested. Please note that the documents in this production were collected utilizing informal collection methods, as described in Section III of the April 24, 2017 Stipulation and Order Regarding Discovery of Electronically Stored Information (Dkt. 90). These documents have been designated by CHLIC as "Confidential" under the Protective Order (Dkt. 92).

The production files are password protected, and the password will be provided via separate email. Please let me know if you have any problem accessing these productions.

Sincerely,

*Christopher M. Diffee* (signature)

Christopher M. Diffee
Enclosure

c:    Mathew P. Jasinski, MOTLEY RICE LLC (via email only)
       Michelle S. Grant, DORSEY & WHITNEY LLP (via email and FedEx)