# EXHIBIT P

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated, | Civil No. 16-cv-1702 (JAM) |
| Plaintiffs, | |
| vs. | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al. | June 30, 2020 |
| Defendants. | |

**PLAINTIFFS' TENTH SET OF INTERROGATORIES TO
CIGNA HEALTH AND LIFE INSURANCE COMPANY**

Pursuant to the Federal Rules of Civil Procedure and the instructions, plaintiffs Kimberly

A. Negron, Courtney Gallagher, Daniel Perry, Nina Curol, Roger Curol, and Billy Ray Blocker

request that Cigna Health and Life Insurance Company ("Cigna"), within 30 days of service,

answer fully and under oath the below interrogatory.

**I.      Instructions**

To the extent any of Cigna's answers rely on Fed. R. Civ. P. 33(d), please specify the

purported burden on Cigna of deriving or ascertaining the answer and explain why Cigna believes

the burden on Cigna would be greater than, or substantially the same as, the burden on Plaintiffs.

**II.     Interrogatory**

1.      Identify all databases and data fields that can be (a) queried by Cigna's Document

Source Tool and/or (b) included in "DST reports."

June 30, 2020

*s/ Christopher M. Barrett*

Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292
860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com


William H. Narwold (ct00133)
Mathew Jasinski  (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 fax
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. B. Oliver
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
moliver@motleyrice.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2020, I caused a true and correct copy of the foregoing document, *Plaintiffs' Ninth Set of Interrogatories to Cigna Health and Life Insurance Company*, to be served on counsel for all parties via email.

Executed this 30th day of June 2020 at West Harford, Connecticut.

s/ Christopher M. Barrett

Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
cbarrett@ikrlaw.com