# EXHIBIT R

| | |
|---|---|
| **From:** | Farrell, Eleanor R. |
| **Sent:** | Thursday, July 11, 2019 4:19 PM |
| **To:** | Christopher Barrett; Robert Izard; Craig Raabe; William H. Narwold; Meghan Oliver |
| **Cc:** | Costello, Joseph J.; Shaffer, Brian W.; Weddle, Lisa R.; Klayman, Matthew D. |
| **Subject:** | Negron v. Cigna |
| **Attachments:** | 051078-07_105185830v2_2019.07.10 - DST Report (incurs expenses) (AEO) - Cigna _ Negron.XLSX |

Counsel,

We have attached an additional DST report, which includes any plan or related document with an effective date since 1/1/2010 in the DST system that has the phrase "incurs expenses for charges made by a Pharmacy."  (The report does not include any plans/related documents for Cigna participants/beneficiaries, where applicable, as such plans are excluded from Plaintiffs' class definition).  We have designated this report "Attorneys' Eyes Only" subject to the parties' protective order.

Thanks,
Ellie

**Eleanor R. Farrell**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5194 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Cell: +1.814.769.1216
eleanor.farrell@morganlewis.com | www.morganlewis.com
Assistant: Fatima Sewell | +1.215.963.5382 | fatima.sewell@morganlewis.com