# EXHIBIT U

# Morgan Lewis

**Brian W. Shaffer**
Partner
+1.215.963.5103
brian.shaffer@morganlewis.com

July 22, 2019

Robert A. Izard
Izard, Kindall & Raabe, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107

Re:   <u>Negron, et al. v. Cigna Health and Life Ins. Co., et al.</u>, 3:16-cv-01702 (WWE)

Dear Bob:

We write as a follow-up to our meet and confer on July 12, 2019. As we noted in our email to you on June 28, 2019 and during the meet and confer, Plaintiffs' request for production of scores of additional fields of data from Cigna's files, as set forth in your May 23, 2019 letter, has been extremely time-intensive to investigate. Plaintiffs appear to have compiled a laundry list of terms concerning various data that might exist in various reports or various databases at various points in time. We continue to believe that Plaintiffs' request is objectionable insofar as it is overly broad and not reasonably calculated to lead to additional relevant information, and even to the extent that it could be considered marginally relevant, the request is duplicative of previous requests, unduly burdensome, and not proportional to the needs of the case.

Nonetheless, and without waiver of Cigna's objections, we are providing you with the following summary of the information we have been able to gather to date about the relevant fields referenced in your May 23, 2019 letter on the Proclaim system. As we discussed on our last call, our investigation into some of the fields is ongoing:

| **Proclaim Field Requested on May 23, 2019** | **Information Regarding Requested Field** | **Corresponding Data Field Already Produced** |
|---|---|---|
| Amount Paid | Value reflected in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. | TOT_PD_AMT |
| Paid Amount | Value reflected in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. | TOT_PD_AMT |

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921         +1.215.963.5000
United States                                     +1.215.963.5001

Robert A. Izard
Izard, Kindall & Raabe, LLP
July 22, 2019
Page 2

| | | |
|---|---|---|
| Amount Adjusted | Value reflected in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. | CLM_TY |
| Copay Amount | Component of value in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. We are willing to meet and confer to discuss the identification of copay versus co-insurance amounts in that field. | COPAY_COIN_AMT |
| Submitted Copay Amount | Component of value in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. We are willing to meet and confer to discuss the identification of copay versus co-insurance amounts in that field. | COPAY_COIN_AMT |
| Basis of Cost Determination | Value reflected in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. | PRC_SRC |
| Original Allowed Amount | *Investigation Ongoing* | *Investigation Ongoing* |
| Deductible Plan ID | *Investigation Ongoing* | *Investigation Ongoing* |
| Deductible Applied Ingredient Cost | Component of value in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. We do not believe the component is relevant or | DEDCT_APPLD_AMT |

Robert A. Izard
Izard, Kindall & Raabe, LLP
July 22, 2019
Page 3

|  |  |  |
|---|---|---|
|  | necessary to the issues in the case. |  |
| Deductible Applied Dispense Fee | Component of value in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. We do not believe the component is relevant or necessary to the issues in the case. | DEDCT_APPLD_AMT |
| Deductible Applied Sales Tax | Component of value in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. We do not believe the component is relevant or necessary to the issues in the case. | DEDCT_APPLD_AMT |
| Coverage Code | Value reflected in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. | BRNCH_CD |
| Plan ID | Value reflected in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. | BRNCH_CD |
| Basis of Calculation Copay | *Investigation Ongoing* | *Investigation Ongoing* |
| Administrative Fee Amount | *Investigation Ongoing* | *Investigation Ongoing* |
| Amount Applied to Periodic Deductible | Value reflected in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. | DEDCT_APPLD_AMT |

Robert A. Izard
Izard, Kindall & Raabe, LLP
July 22, 2019
Page 4

|  |  |  |
| --- | --- | --- |
| Amount of Copay | Component of value in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. We are willing to meet and confer to discuss the identification of copay versus co-insurance amounts in that field. | COPAY_COIN_AMT |
| Amount Exceeding Periodic Benefit Maximum | Value reflected in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. | COPAY_COIN_AMT. |
| Spending Account Amount Remaining | *Investigation Ongoing* | *Investigation Ongoing* |
| Health Plan-Funded Assistance Amount | *Investigation Ongoing* | *Investigation Ongoing* |
| Ingredient Cost Contract/Reimbursement Amount | Value reflected in data fields already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. | INGRD_CST_AMT, EXPND_INGRD_CST_AMT |
| Dispensing Fee Contract/Reimbursement Amount | Value reflected in a data field that Cigna already produced. See enclosed description of corresponding data field, which Cigna produced on June 30, 2017. | DISP_FEE_AMT |

Your May 23, 2019 letter also requested data and information about fields that are found only in connection with coinsurance transactions. Insofar as Plaintiffs have indicated that they are no longer pursuing coinsurance-based claims, such information is no longer relevant, and the burden of further investigating the following fields on the Proclaim system is plainly disproportionate to the needs of the case:

- Amount of Coinsurance
- Basis of Calculation – Coinsurance
- Plan Co-Insurance Amount

Robert A. Izard
Izard, Kindall & Raabe, LLP
July 22, 2019
Page 5

Similarly, your May 23, 2019 letter requested data and information on fields that are found only in connection with plans on the Facets system. Insofar as Plaintiffs have indicated that they are no longer pursuing any claims for plans on Facets, such information is no longer relevant, and the burden of further investigating these fields is plainly disproportionate to the needs of the case:

- Argus Copay Amount
- Benefit Copay 100%
- Copay Benefit Code
- Copay Calculation Base Code
- Customer Copay Amount
- Actual Coinsurance Amount Paid
- Coinsurance Amount
- Combined Deductible Indicator
- Adjudication Code
- Argus Acquisition Cost
- Basis of Calculation Dispensing Fee
- Billed Basis Code
- Coverage Group Code
- Flexible Spending Amount
- Group Coverage Code
- Member Pay Code
- Retail Spread Amount

As noted above, our investigation is continuing and we are available to continue our meet and confer discussions regarding this issue.

Sincerely,

*/s/ Brian W. Shaffer*

Brian W. Shaffer


cc:   Joseph J. Costello (joseph.costello@morganlewis.com)
      Lisa R. Veasman (lisa.veasman@morganlewis.com)
      Eleanor R. Farrell (eleanor.farrell@morganlewis.com)
      Michelle S. Grant (grant.michelle@dorsey.com)
      Kirsten Schubert (schubert.kirsten@dorsey.com)
      William H. Narwold (bnarwold@motleyrice.com)
      Craig Raabe (craabe@ikrlaw.com)

Encl.