# EXHIBIT V

# Morgan Lewis

**Christopher M. Diffee**
Senior Attorney
+1.212.309.6645
christopher.diffee@morganlewis.com

October 9, 2019

**VIA EMAIL AND FEDEX**

Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107

Re:   <u>Negron, et al. v. Cigna Corp., et al.</u>, No. 3:16-cv-1702 (WWE)

Dear Counsel:

Enclosed please find a hard drive containing Defendant Cigna Health and Life Insurance Company's ("CHLIC") document production volume 33, which is being produced in response to Plaintiffs' various sets of requests for production of documents and in accordance with CHLIC's Initial Disclosures.  This production bears Bates numbers CIGNA07865947 to CIGNA12360662 and includes 179,725 plan related documents for clients on the Proclaim system that had a plan or related document containing any of the following phrases:

- "incurs expenses for charges made by a Pharmacy" (for the period 1/1/2010 through 7/3/2019);

- "required to pay a portion of the Covered Expenses for Prescription Drugs and Related Supplies" (for the period 1/1/2010 through 7/5/2019); and/or

- "prescription drug charge" (for the period 1/1/2010 through 4/15/2019, although some documents have effective dates that post-date 4/15/2019).

These documents were collected utilizing informal collection methods, as described in Section III of the April 24, 2017 Stipulation and Order Regarding Discovery of Electronically Stored Information (Dkt. 90).

CHLIC preserves all objections raised in its responses relating to the categories of documents requested in Plaintiffs' various sets of requests for production of documents to CHLIC.  Certain of these documents have been designated by CHLIC as either "Confidential" or "Confidential—Attorney's Eyes Only" pursuant to the Court's April 24, 2017 Protective Order (Dkt. 92).

The hard drive is protected through a passcode that will be provided via separate email.  Please let

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060         ☎ +1.212.309.6000
United States                                   ✆ +1.212.309.6001

Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
October 9, 2019
Page 2

me know if you have any problem accessing these productions.

Sincerely,

Christopher M. Diffee
Enclosure

c:	Mathew P. Jasinski, MOTLEY RICE LLC (via email only)
	Michelle S. Grant, DORSEY & WHITNEY LLP (via email and FedEx)