# EXHIBIT W

| | |
|---|---|
| **From:** | Christopher Barrett <cbarrett@ikrlaw.com> |
| **Sent:** | Thursday, December 12, 2019 11:47 AM |
| **To:** | Farrell, Eleanor R. |
| **Cc:** | Craig Raabe; Robert Izard; William H. Narwold; Meghan Oliver; Costello, Joseph J.; Shaffer, Brian W.; Klayman, Matthew D.; McDowell, Margaret M. |
| **Subject:** | Re: Cigna/Negron - Settlement Communication |

[EXTERNAL EMAIL]
Ellie,

Please let us know whether Cigna will provide two DST reports of plans containing the following language: (1) "Charges means the discounted amount that the pharmacy benefits manager makes available" and (2) "Coinsurance means the percentage of Charges for covered Prescription Drugs." This language is relevant to the claims of Plaintiff Gallagher and the Class she seeks to represent.

Let us know if you want to discuss.

Regards,

**Christopher M. Barrett**

**IZARD, KINDALL & RAABE, LLP**
29 S. Main St, Suite 305
West Hartford, CT 06107
860 493 6292

1