# EXHIBIT X

| | |
|---|---|
| **From:** | Farrell, Eleanor R. |
| **Sent:** | Monday, November 18, 2019 2:05 PM |
| **To:** | Craig Raabe; Christopher Barrett; Meghan Oliver |
| **Cc:** | Costello, Joseph J.; Shaffer, Brian W.; Klayman, Matthew D. |
| **Subject:** | Cigna/Negron |
| **Attachments:** | DST Report - incurs expenses for charges (AEO) - Cigna _ Negron.XLSX; DST Report - portion of the covered expenses (AEO) - Cigna_Negron.xlsx |

Craig, Chris, and Meghan,

Thanks for the call today with your experts.  As discussed, we have attached the DST reports that CRA is applying for Class 1.  These have been designated Attorneys' Eyes Only subject the parties' confidentiality order.

Thanks,
Ellie

**Eleanor R. Farrell**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5194 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Cell: +1.814.769.1216
eleanor.farrell@morganlewis.com | www.morganlewis.com
Assistant: Fatima Sewell | +1.215.963.5382 | fatima.sewell@morganlewis.com