# EXHIBIT Y

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br>　vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.<br><br>　　　　　　　　　Defendants. | Civil No. 16-cv-1702 (JAM)<br><br><br><br><br><br>January 13, 2020 |

**PLAINTIFFS' SIXTH SET OF INTERROGATORIES TO
CIGNA HEALTH AND LIFE INSURANCE COMPANY**

Pursuant to the Federal Rules of Civil Procedure, plaintiffs Kimberly A. Negron, Courtney Gallagher, Daniel Perry, Nina Curol, Roger Curol, and Billy Ray Blocker request that Cigna Health and Life Insurance Company ("Cigna"), within 30 days of service, answer fully and under oath the below interrogatory.

1.　For the period beginning on October 13, 2010 and continuing to the present, identify each plan and certificate that contain both of the following clauses: (1) "Charges means the discounted amount that the pharmacy benefits manager makes available" and (2) "Coinsurance means the percentage of Charges for covered Prescription Drugs"; and for each identified plan/certificate provide the account number, account name, document type, CN Number (as used in the previously produced "DST Reports"), funding arrangement, date plan/certificate went into effect, date plan/certificate came out of effect, and Group ID (which should include the Benefit Option/Plan of Benefit).

January 13, 2020

                          *s/ Christopher M. Barrett*
Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292
860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com


William H. Narwold (ct00133)
Mathew Jasinski (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 fax
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. B. Oliver
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9000
moliver@motleyrice.com

**Attorneys for Plaintiffs**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on January 13, 2020, I caused a true and correct copy of the foregoing document, *Plaintiffs' Sixth Set of Interrogatories to Cigna Health and Life Insurance Company*, to be served on counsel for all parties via email and U.S. mail.

Executed this 13th day of January 2020 at West Harford, Connecticut.

                                              *s/ Christopher M. Barrett*
                                            Christopher M. Barrett
                                            IZARD, KINDALL & RAABE, LLP
                                            29 S. Main St., Suite 305
                                            West Hartford, CT 06107
                                            (860) 493-6292
                                            (860) 493-6290 fax
                                            cbarrett@ikrlaw.com