# EXHIBIT Z

# Weddle, Lisa R.

| | |
|---|---|
| **From:** | Robert Izard <rizard@ikrlaw.com> |
| **Sent:** | Thursday, August 27, 2020 1:54 PM |
| **To:** | Shaffer, Brian W.; Christopher Barrett; Farrell, Eleanor R.; Klayman, Matthew D.; Grant.Michelle@dorsey.com; Blumenfeld, Jeremy P.; Weddle, Lisa R. |
| **Cc:** | Craig Raabe; Seth Klein; William H. Narwold; Oliver, Meghan |
| **Subject:** | RE: EXTERNAL-RE: Cigna/Negron - 30(b)(6) Designation |

[EXTERNAL EMAIL]
Noon works
Talk to you then

Robert A. Izard
Izard Kindall & Raabe
29 South Main St., Ste.305
West Hartford, CT 06107
(860) 493-6295

---

**From:** Shaffer, Brian W. <brian.shaffer@morganlewis.com>
**Sent:** Thursday, August 27, 2020 4:36 PM
**To:** Robert Izard <rizard@ikrlaw.com>; Christopher Barrett <cbarrett@ikrlaw.com>; Farrell, Eleanor R. <eleanor.farrell@morganlewis.com>; Klayman, Matthew D. <matthew.klayman@morganlewis.com>; Grant.Michelle@dorsey.com; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Weddle, Lisa R. <lisa.weddle@morganlewis.com>
**Cc:** Craig Raabe <craabe@ikrlaw.com>; Seth Klein <sklein@ikrlaw.com>; William H. Narwold <bnarwold@motleyrice.com>; Oliver, Meghan <moliver@motleyrice.com>
**Subject:** RE: EXTERNAL-RE: Cigna/Negron - 30(b)(6) Designation

Bob,

We are willing to put up Tyler Lester tomorrow on the two 30(b)(6) topics as we previously identified:
- "internal accounting--and specifically we want to follow-up on testimony from last week about the discounts for fully-insured business" (from Craig's Raabe's 8/17 email); and
- "deductible/OPM accumulator data."

This is consistent with Craig's 8/25 email ("The only other topics we do need to cover on Friday that were not covered in the prior depo are the fully-insured discounts and deductible/OPM accumulator data.")

For the record, the other 30(b)(6) topics on which Mr. Lester was being offered are the following:
"For the time period since 2014, Mr. Lester will testify about Cigna Pharmacy Management's organizational structure (Topic 1), the electronic systems and databases used to adjudicate, process, and pay pharmacy transactions (Topic 2.c), GHTR (Topic 3), the adjudication, processing, and payment of pharmacy transactions in the Prescription Drug Claim Transaction Data, as defined in the Notice (Topics 10 and 14), the transmission, content, and format of the Prescription Drug Claim Transaction Data (Topics 11, 30, 32, and 33), contracts with participating pharmacies and Cigna's involvement in those contracts (Topics 23, 25, 37, and 39), the decision to implement negative reimbursement (Topic 17), changes made to pharmacy transaction processing to implement negative reimbursement for transactions in the Prescription Drug Claim Transaction Data and related

1

EXHIBIT
0212

communications (Topic 18), projections and calculations of the amount of negative reimbursement (Topic 19), and the decision to switch to Catamaran's network of pharmacies (Topic 38)" (from Matt Klayman's 8/4 email).

We are willing to reserve disputes to a later date as you propose. As we discussed yesterday, however, it is our position that Mr. Lester's individual testimony plainly would not be converted to 30(b)(6) testimony on any area where Cigna has already put up a different witness in a 30(b)(6) capacity (e.g., DST, ePro) or would do so if it were identified in a notice and relevant to the case (e.g., DOD pharmacies).

Given the limited scope for tomorrow, let's please start at noon EDT with Mr. Lester so he can attend a meeting in the morning for his job.

Thank you,
Brian

**Brian W. Shaffer**

**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5103 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.215.901.9252
brian.shaffer@morganlewis.com | www.morganlewis.com
Assistant: Marlene E. Mackason | +1.215.963.4930 | marlene.mackason@morganlewis.com

---

**From:** Robert Izard <rizard@ikrlaw.com>
**Sent:** Thursday, August 27, 2020 2:09 PM
**To:** Shaffer, Brian W. <brian.shaffer@morganlewis.com>; Christopher Barrett <cbarrett@ikrlaw.com>; Farrell, Eleanor R. <eleanor.farrell@morganlewis.com>; Klayman, Matthew D. <matthew.klayman@morganlewis.com>; Grant.Michelle@dorsey.com; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Weddle, Lisa R. <lisa.weddle@morganlewis.com>
**Cc:** Craig Raabe <craabe@ikrlaw.com>; Seth Klein <sklein@ikrlaw.com>; William H. Narwold <bnarwold@motleyrice.com>; Oliver, Meghan <moliver@motleyrice.com>
**Subject:** RE: EXTERNAL-RE: Cigna/Negron - 30(b)(6) Designation

[EXTERNAL EMAIL]
Brian
On tomorrow
As it is heading into mid-aftermnoon, I propose that we limit the questions of Mr. Lester to topic 14 re the flow of funds on the fully insured business and accumulation towards annual deductibles and out of pocket maximums
If we have to work out other issues re use of the other testimony, we can deal with it later
I suspect that the depo will take about an hour, give or take, and am happy to start when convenient (but I would like to get going at least by 2)
Thanks
Bob

Robert A. Izard
Izard Kindall & Raabe
29 South Main St., Ste.305
West Hartford, CT 06107
(860) 493-6295

---

**From:** Shaffer, Brian W. <brian.shaffer@morganlewis.com>
**Sent:** Thursday, August 27, 2020 2:00 PM
**To:** Christopher Barrett <cbarrett@ikrlaw.com>; Farrell, Eleanor R. <eleanor.farrell@morganlewis.com>; Klayman,

2

Matthew D. <matthew.klayman@morganlewis.com>; Grant.Michelle@dorsey.com; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Weddle, Lisa R. <lisa.weddle@morganlewis.com>
**Cc:** Robert Izard <rizard@ikrlaw.com>; Craig Raabe <craabe@ikrlaw.com>; Seth Klein <sklein@ikrlaw.com>; William H. Narwold <bnarwold@motleyrice.com>; Oliver, Meghan <moliver@motleyrice.com>
**Subject:** RE: EXTERNAL-RE: Cigna/Negron - 30(b)(6) Designation

Chris,

We acknowledge receipt of these 3 notices. We can accept service on behalf of Mr. Hocevar and will let you know about his availability for the 16th in the next several days.

We note that Mr. Urick was not mentioned in Craig's email of 8/17 or Meghan's follow up email of Monday 8/24. (I know he was on an earlier list of many witnesses, including some that you've subsequently decided not to take). Regardless, we are working to try to secure his authorization to accept service but do not have it yet. We will advise you by tomorrow of the status, and you can proceed with service if you feel you must (though it seems unnecessary given the timing of the requested deposition). We'll also advise you by tomorrow as to our position regarding Mr. Cordani.

Thank you,
Brian

**Brian W. Shaffer**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5103 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.215.901.9252
brian.shaffer@morganlewis.com | www.morganlewis.com
Assistant: Marlene E. Mackason | +1.215.963.4930 | marlene.mackason@morganlewis.com

---

**From:** Christopher Barrett <cbarrett@ikrlaw.com>
**Sent:** Wednesday, August 26, 2020 4:31 PM
**To:** Shaffer, Brian W. <brian.shaffer@morganlewis.com>; Farrell, Eleanor R. <eleanor.farrell@morganlewis.com>; Klayman, Matthew D. <matthew.klayman@morganlewis.com>; Grant.Michelle@dorsey.com; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Weddle, Lisa R. <lisa.weddle@morganlewis.com>
**Cc:** Robert Izard <rizard@ikrlaw.com>; Craig Raabe <craabe@ikrlaw.com>; Seth Klein <sklein@ikrlaw.com>; William H. Narwold <bnarwold@motleyrice.com>; Oliver, Meghan <moliver@motleyrice.com>
**Subject:** Re: EXTERNAL-RE: Cigna/Negron - 30(b)(6) Designation

[EXTERNAL EMAIL]
Counsel,

Attached are deposition notices for David Cordani, Christopher Hocevar, and Paul Urick. In order to avoid the need for personal service, please let us know by tomorrow whether you are authorized to accept service of the subpoenas on behalf of Mr. Hocevar and Mr. Urick.

Thanks,

Chris

**Christopher M. Barrett**
**IZARD, KINDALL & RAABE, LLP**
29 S. Main St, Suite 305

West Hartford, CT 06107
860 493 6292

On Aug 24, 2020, at 2:38 PM, Oliver, Meghan <moliver@motleyrice.com> wrote:

Ellie,

I write with regard to the 30(b)(6) topics for depositions prior to the surreply due date.

Craig requested a designee for the PBAB/PHA process (Topic 5). We are looking for someone to testify about the PBAB process and the PHA process, and specifically, the following:

PBAB:

1. How the PBAB process worked; when and how it was used; what systems were involved; what personnel were involved (not an exhaustive list of names, but people in charge and titles or team names); records or reports generated or able to be generated; policies regarding maintenance of records or reports generated;

2. Which clients or accounts received PBAB approval for copay G or copay K, and when;

3. Which clients or accounts received PBAB approval for the removal or alteration of the template copay G or copay K language, and when;

4. Which clients or accounts received PBAB approval for the removal or alteration of the template copay G and the subsequent reinsertion of the template copay G language, and when;

5. Which clients or accounts received PBAB approval for removal or alteration of the template language "may be required to pay a portion of the Covered Expenses" included within the Prescription Drug Schedule of Benefits, and when;

6. Which clients or accounts received PBAB approval for removal or alteration of the template language "may be required to pay a portion of the Covered Expenses" included within the Prescription Drug Schedule of Benefits, and the subsequent reinsertion of template language for the Prescription Drug Schedule of Benefits and when;

7. Which clients or accounts received PBAB approval for removal or alteration of the template language "incurs expenses for charges made by a Pharmacy" in the "Covered Expenses" section of the plans, and when; and

8. Which clients or accounts received PBAB approval for removal or alteration of the language "incurs expenses for charges made by a Pharmacy" in the "Covered Expenses" section of the plans, and when and the subsequent reinsertion of template language for the "Covered Expenses" section of the plans and when.

PHA:

1. How the PHA process worked; when and how it was used; what systems were involved; what personnel were involved (not an exhaustive list of names, but people in charge and titles or team names); records or reports generated or able to be generated; policies regarding maintenance of records or reports generated;

2. Which clients or accounts received PBAB approval for copay G or copay K, and when;

3. Which clients or accounts received PBAB approval for the removal or alteration of the template copay G or copay K language, and when;

4. Which clients or accounts received PBAB approval for the removal or alteration of the template copay G and the subsequent reinsertion of the template copay G language, and when;

5. Which clients or accounts received PBAB approval for removal or alteration of the template language "may be required to pay a portion of the Covered Expenses" included within the Prescription Drug Schedule of Benefits, and when;

6. Which clients or accounts received PBAB approval for removal or alteration of the template language "may be required to pay a portion of the Covered Expenses" included within the Prescription Drug Schedule of Benefits, and the subsequent reinsertion of template language for the Prescription Drug Schedule of Benefits and when;

7. Which clients or accounts received PBAB approval for removal or alteration of the template language "incurs expenses for charges made by a Pharmacy" in the "Covered Expenses" section of the plans, and when; and

8. Which clients or accounts received PBAB approval for removal or alteration of the language "incurs expenses for charges made by a Pharmacy" in the "Covered Expenses" section of the plans, and when and the subsequent reinsertion of template language for the "Covered Expenses" section of the plans and when.

We also intend to notice the depositions of Mr. Hocevar and Mr. Cordani for the third week in September (9/14-18). We'll be serving notices shortly.

Please let us know if there's anything we can clarify further.

Meghan


**Meghan Oliver** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9492 | f. 843.216.9430 | moliver@motleyrice.com

---

**From:** Farrell, Eleanor R. <eleanor.farrell@morganlewis.com>
**Sent:** Friday, August 21, 2020 4:49 PM
**To:** Craig Raabe <craabe@ikrlaw.com>; Klayman, Matthew D. <matthew.klayman@morganlewis.com>; Robert Izard <rizard@ikrlaw.com>; Christopher Barrett <cbarrett@ikrlaw.com>; Oliver, Meghan <moliver@motleyrice.com>; Narwold, Bill <bnarwold@motleyrice.com>; grant.michelle@dorsey.com; Seth Klein <sklein@ikrlaw.com>
**Cc:** Shaffer, Brian W. <brian.shaffer@morganlewis.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Weddle, Lisa R. <lisa.weddle@morganlewis.com>
**Subject:** EXTERNAL-RE: Cigna/Negron - 30(b)(6) Designation

Hi Craig,

Mr. Lester will be designated on #3 in your email (i.e., discounts for fully insured business (Topic 14)).

With regard to #1, could you provide clarification on whether there is any specific aspect of PBAB in which you are interested, or whether it is the process as a whole? We want to confirm that we have identified the right witness and prepare the witness appropriately.

Thanks,
Ellie

**Eleanor R. Farrell**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5194 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Cell: +1.814.769.1216
eleanor.farrell@morganlewis.com | www.morganlewis.com
Assistant: Fatima Sewell | +1.215.963.5382 | fatima.sewell@morganlewis.com

**From:** Farrell, Eleanor R.
**Sent:** Wednesday, August 19, 2020 4:00 PM
**To:** 'Craig Raabe' <craabe@ikrlaw.com>; Klayman, Matthew D. <matthew.klayman@morganlewis.com>; Robert Izard <rizard@ikrlaw.com>; Christopher Barrett <cbarrett@ikrlaw.com>; Oliver, Meghan <moliver@motleyrice.com>; bnarwold@motleyrice.com; grant.michelle@dorsey.com; Seth Klein <sklein@ikrlaw.com>
**Cc:** Shaffer, Brian W. <brian.shaffer@morganlewis.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Weddle, Lisa R. <lisa.weddle@morganlewis.com>
**Subject:** RE: Cigna/Negron - 30(b)(6) Designation

Craig,

Thanks for confirming August 28th for Mr. Lester. We have informed Mr. Whitnah that his deposition will not proceed tomorrow. We're working to identify 30(b)(6) designees for the 3 issues that you list in your email and will get back to you with individuals and dates. Based on your email, are we correct in assuming that Plaintiffs are not seeking any other depositions (30(b)(6) or fact witnesses), at least through the date our class cert surreply and Daubert reply are due? Please confirm, as we are planning our schedules around the briefing deadlines.

Thanks,
Ellie

**Eleanor R. Farrell**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5194 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Cell: +1.814.769.1216
eleanor.farrell@morganlewis.com | www.morganlewis.com
Assistant: Fatima Sewell | +1.215.963.5382 | fatima.sewell@morganlewis.com

**From:** Craig Raabe <craabe@ikrlaw.com>
**Sent:** Monday, August 17, 2020 10:18 AM
**To:** Klayman, Matthew D. <matthew.klayman@morganlewis.com>; Robert Izard <rizard@ikrlaw.com>; Christopher Barrett <cbarrett@ikrlaw.com>; Oliver, Meghan <moliver@motleyrice.com>; bnarwold@motleyrice.com; grant.michelle@dorsey.com; Seth Klein

<sklein@ikrlaw.com>
**Cc:** Shaffer, Brian W. <brian.shaffer@morganlewis.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Weddle, Lisa R. <lisa.weddle@morganlewis.com>; Farrell, Eleanor R. <eleanor.farrell@morganlewis.com>
**Subject:** Re: Cigna/Negron - 30(b)(6) Designation

[EXTERNAL EMAIL]
Matt, et al.,

We'll take Lester on the 28th.

We've decided we won't take Whitnah, at least before class cert. briefing is due.

On the 30(b)(6) topics, we still need designees on the following issues:
1. The PBAB/PHA process (Topic 5)
2. Adverse benefit determinations (Topic 44)
3. Internal accounting--and specifically we want to follow-up on testimony from last week about the discounts for fully-insured business (Topic 14)

Craig

---

**From:** Klayman, Matthew D. <matthew.klayman@morganlewis.com>
**Sent:** Monday, August 17, 2020 8:26 AM
**To:** Robert Izard <rizard@ikrlaw.com>; Christopher Barrett <cbarrett@ikrlaw.com>; Craig Raabe <craabe@ikrlaw.com>; Oliver, Meghan <moliver@motleyrice.com>; bnarwold@motleyrice.com <bnarwold@motleyrice.com>; grant.michelle@dorsey.com <grant.michelle@dorsey.com>
**Cc:** Shaffer, Brian W. <brian.shaffer@morganlewis.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Weddle, Lisa R. <lisa.weddle@morganlewis.com>; Farrell, Eleanor R. <eleanor.farrell@morganlewis.com>
**Subject:** RE: Cigna/Negron - 30(b)(6) Designation

Craig et al.,

We write to follow up on the below email, to which we received no response. Tyler Lester is available on August 28. Please confirm whether that date works for Plaintiffs.

Thanks,
Matt

**Matthew D. Klayman**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5609 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
matthew.klayman@morganlewis.com | www.morganlewis.com
Assistant: Angela P. Garden | +1.215.963.5463 | angela.garden@morganlewis.com

---

**From:** Klayman, Matthew D.
**Sent:** Tuesday, August 04, 2020 5:18 PM
**To:** 'rizard@ikrlaw.com' <rizard@ikrlaw.com>; 'cbarrett@ikrlaw.com' <cbarrett@ikrlaw.com>; 'craabe@ikrlaw.com' <craabe@ikrlaw.com>; 'moliver@motleyrice.com' <moliver@motleyrice.com>; 'bnarwold@motleyrice.com' <bnarwold@motleyrice.com>; 'grant.michelle@dorsey.com'

7

<grant.michelle@dorsey.com>
**Cc:** Shaffer, Brian W. <brian.shaffer@morganlewis.com>; Blumenfeld, Jeremy P. <jeremy.blumenfeld@morganlewis.com>; Weddle, Lisa R. <lisa.weddle@morganlewis.com>; Farrell, Eleanor R. <eleanor.farrell@morganlewis.com>
**Subject:** Cigna/Negron - 30(b)(6) Designation

Craig et al.,

Following up on our other discussions, CHLIC will be designating Tyler Lester as a Rule 30(b)(6) designee for some of the topics in Plaintiffs' Rule 30(b)(6) Notice of Deposition of Cigna Health and Life Insurance Company dated July 2, 2020, and as supplemented by Plaintiffs' July 14, 2020 email prioritizing certain topics.  In the paragraph below, we have endeavored to describe the general areas of testimony to be covered by Mr. Lester.  As we've explained previously, many of the topics in Plaintiffs' Notice are overbroad, vague and ambiguous, and overlap with one another, but we have noted where possible what we believe are the corresponding topics for the general areas of testimony to be covered by Mr. Lester.  If you believe in good faith that additional testimony is necessary to address any of these areas following his deposition, we will be willing to discuss that with you.  CHLIC reserves its right amend or supplement the areas of testimony described at this time and to serve written objections and responses to the Notice.

For the time period since 2014, Mr. Lester will testify about Cigna Pharmacy Management's organizational structure (Topic 1), the electronic systems and databases used to adjudicate, process, and pay pharmacy transactions (Topic 2.c), GHTR (Topic 3), the adjudication, processing, and payment of pharmacy transactions in the Prescription Drug Claim Transaction Data, as defined in the Notice (Topics 10 and 14), the transmission, content, and format of the Prescription Drug Claim Transaction Data (Topics 11, 30, 32, and 33), contracts with participating pharmacies and Cigna's involvement in those contracts (Topics 23, 25, 37, and 39), the decision to implement negative reimbursement (Topic 17), changes made to pharmacy transaction processing to implement negative reimbursement for transactions in the Prescription Drug Claim Transaction Data and related communications (Topic 18), projections and calculations of the amount of negative reimbursement (Topic 19), and the decision to switch to Catamaran's network of pharmacies (Topic 38).

Mr. Lester is available on August 14.  Please confirm that date works for Plaintiffs.

Thanks,
Matt

**Matthew D. Klayman**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5609 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
matthew.klayman@morganlewis.com | www.morganlewis.com
Assistant: Angela P. Garden | +1.215.963.5463 | angela.garden@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this

communication in error, please notify us immediately by
e-mail and delete the original message.
Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.