# EXHIBIT AA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.<br><br>Defendants. | Civil No. 16-cv-1702 (JAM)<br><br><br><br><br>February 25, 2020 |

**PLAINTIFFS' EIGHTH SET OF INTERROGATORIES TO
CIGNA HEALTH AND LIFE INSURANCE COMPANY**

Pursuant to the Federal Rules of Civil Procedure and the instructions, plaintiffs Kimberly A. Negron, Courtney Gallagher, Daniel Perry, Nina Curol, Roger Curol, and Billy Ray Blocker request that Cigna Health and Life Insurance Company ("Cigna"), within 30 days of service, answer fully and under oath the below interrogatories.

**I.    Instructions**

To the extent any of Cigna's answers rely on Fed. R. Civ. P. 33(d), please specify the purported burden on Cigna of deriving or ascertaining the answer and explain why Cigna believes the burden on Cigna would be greater than, or substantially the same as, the burden on Plaintiffs.

**II.    Interrogatories**

1.    For the period beginning on October 13, 2010 and continuing to the present, identify each plan and certificate that contain the phrase "may be required to pay a Deductible, Copayment or Coinsurance requirement for Covered Expenses for Prescription Drug Products"; and for each identified plan/certificate provide the account number, account name, document type, CN Number (as used in the previously produced "DST Reports"), funding arrangement, the

date period the plan/certificate was in effect, Group ID (which should include the Benefit Option/Plan of Benefit), and the BRANCH_POLICY_CDES.

2. For the period beginning on October 13, 2010 and continuing to the present, identify each plan and certificate that contain the phrase "discretionary authority to interpret and apply plan terms"; and for each identified plan/certificate provide the account number, account name, document type, CN Number (as used in the previously produced "DST Reports"), funding arrangement, the date period the plan/certificate was in effect, Group ID (which should include the Benefit Option/Plan of Benefit), and the BRANCH_POLICY_CDES.

February 25, 2020

                                               *s/ Christopher M. Barrett*
Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292
860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
Mathew Jasinski (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 fax
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. B. Oliver
MOTLEY RICE LLC
28 Bridgeside Blvd.

      Mount Pleasant, SC 29464
      843-216-9000
      moliver@motleyrice.com

      **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that, on February 25, 2020, I caused a true and correct copy of the foregoing document, *Plaintiffs' Eighth Set of Interrogatories to Cigna Health and Life Insurance Company*, to be served on counsel for all parties via email and U.S. mail.

Executed this 25th day of February 2020 at West Harford, Connecticut.

*s/ Christopher M. Barrett*
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
cbarrett@ikrlaw.com
