# EXHIBIT BB

# Morgan Lewis

**Eleanor R. Farrell**
Associate
+1.215.963.5194
eleanor.farrell@morganlewis.com

May 12, 2020

**VIA SECURE FILE TRANSFER**

Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107

Re:     <u>Negron, et al. v. Cigna Corp., et al.</u>, No. 3:16-cv-1702 (WWE)

Dear Chris:

We write regarding several discovery items.

First, as set forth in Cigna's response to Interrogatory 1 of Plaintiffs' Seventh Set of Interrogatories, we have enclosed a file (bearing bates number CIGNA12365596) that includes an ERISA indicator field ("ERISA_IND") for October 2010 through August 2019 with respect to the plans and plan-related documents listed on the DST reports referenced in the interrogatory. We have designated this data "Confidential-Attorneys' Eyes Only" subject to the parties' protective order.

Second, as set forth in Cigna's responses to Interrogatories 1 and 2 of Plaintiffs' Eighth Set of Interrogatories, we have enclosed two DST reports: (1) a DST report that includes any plan or plan-related document since 1/1/2010 in the DST system for Proclaim that has the phrase "may be required to pay a Deductible, Copayment or Coinsurance requirement for Covered Expenses for Prescription Drug Products" (a phrase selected by Plaintiffs) (bearing bates number CIGNA12365597); and (2) a DST report that includes any plan or plan-related document since 1/1/2010 in the DST system for Proclaim that contains the phrase "discretionary authority to interpret and apply plan terms" (also selected by Plaintiffs) (bearing bates number CIGNA12365598). These reports do not include any plans/plan-related documents for participants/beneficiaries of Cigna plans, where applicable. We have designated these reports "Confidential-Attorneys' Eyes Only" subject to the parties' protective order.

Finally, we have looked into the international health plans that we discussed that appear on the DST reports and do not have transactions in the prescription drug transaction data that Cigna produced. We confirmed that the account numbers that contain a letter at the end of the account number (e.g., 04680B) are associated with Cigna's international plans. These international plans do not use the Proclaim or Facets platforms, which were the sources for the prescription drug

Morgan, Lewis & Bockius LLP

1701 Market Street
Philadelphia, PA 19103-2921      T  +1.215.963.5000
United States                    F  +1.215.963.5001

Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
May 12, 2020
Page 2

transaction data.[1] Because Plaintiffs' putative classes are limited to "individuals residing in the United States"—and in the absence of any articulation by Plaintiffs of a method for determining whether an individual "resid[es] in the United States" and what laws would govern these individuals' claims—we understand that individuals with benefits under these international plans do not fall within the proposed class definitions. *See* Dkt. 205 at 2-3. If you disagree, please provide an explanation for your belief that these individuals are included in the scope of your classes. In light of the foregoing information, Cigna does not intend to produce data for prescription drug transactions associated with these international plans.

Sincerely,

/s/ Eleanor R. Farrell

Eleanor R. Farrell

Enclosures

c:  Mathew P. Jasinski, MOTLEY RICE LLC
    Michelle S. Grant, DORSEY & WHITNEY LLP
    (via secure file transfer)

---

[1] The international plans provide coverage for expatriates (i.e., members living outside the United States), expatriates' dependents who live within the United States despite the member himself or herself living abroad, and impatriates (i.e., non-U.S. residents living within the United States on a temporary basis).

| | |
|---|---|
| **From:** | eleanor.farrell@morganlewis.com |
| **Sent:** | Tuesday, May 12, 2020 3:47 PM |
| **To:** | cbarrett@ikrlaw.com |
| **Cc:** | craabe@ikrlaw.com; rizard@ikrlaw.com; bnarwold@motleyrice.com; moliver@motleyrice.com; mjasinski@motleyrice.com; grant.michelle@dorsey.com; Shaffer, Brian W.; Blumenfeld, Jeremy P.; Weddle, Lisa R.; Diffee, Christopher M.; Klayman, Matthew D.; McDowell, Margaret M. |
| **Subject:** | Negron v. Cigna |

**You have received 4 secure files from eleanor.farrell@morganlewis.com.**
Use the secure links below to download.

Chris,

Please see the attached correspondence and documents.

Thanks,
Ellie

**Secure File Downloads:**
Available until: **11 June 2020**

Click links to download:

**CIGNA12365598 - DST Report - discretionary authority . . . (AEO).XLSX**
9.82 MB

**CIGNA12365597 - DST Report - may be required to pay . . . (AEO).XLSX**
1.13 MB

**CIGNA12365596 (AEO).csv**
190.33 MB

**2020.05.12 - Letter to C. Barrett - Cigna _ Negron.pdf**
53.07 KB

**\*\*\* Do not delete this email message prior to taking appropriate action. \*\*\***

You have received attachment link(s) within this email from Morgan, Lewis & Bockius LLP. **You must use the link(s) above to download the file(s): .**

Secured by Accellion

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this

communication in error, please notify us immediately by
e-mail and delete the original message.