# EXHIBIT CC

# Putnam Investments, Inc.

OPEN ACCESS PLUS MEDICAL
BENEFITS

High Plan

**EFFECTIVE DATE: January 1, 2012**

CN002
3335044

This document printed in January, 2012 takes the place of any Cigna documents previously issued to you which described your benefits.

Printed in U.S.A.

CIGNA00000369

CIGNA00000370

# Table of Contents

Certification ................................................................................................................5

Notice To Massachusetts Residents ...........................................................................7

Special Plan Provisions ...............................................................................................7

    Case Management .....................................................................................................7

Important Notices ........................................................................................................8

How To File Your Claim For Out-Of-Network Care ................................................12

Accident and Health Provisions ................................................................................12

Eligibility - Effective Date ........................................................................................13

    Waiting Period .........................................................................................................13

    Employee Insurance ................................................................................................13

    Dependent Insurance ...............................................................................................13

Massachusetts Requirement To Purchase Health Insurance: .................................15

Open Access Plus Medical Benefits ..........................................................................15

    The Schedule ...........................................................................................................15

    Certification Requirements - Out-of-Network .........................................................30

    Prior Authorization/Pre-Authorized ......................................................................31

    Continuity of Care ...................................................................................................31

    Covered Expenses ...................................................................................................31

Prescription Drug Benefits ........................................................................................43

    The Schedule ...........................................................................................................43

    Covered Expenses ...................................................................................................45

    Limitations ...............................................................................................................45

    Your Payments ........................................................................................................45

    Exclusions ...............................................................................................................46

    Reimbursement/Filing a Claim ...............................................................................46

Exclusions, Expenses Not Covered and General Limitations .................................46

Coordination of Benefits ............................................................................................48

Medicare Eligibles ......................................................................................................51

Expenses For Which A Third Party May Be Liable .................................................51

Payment of Benefits ...................................................................................................52

Termination of Insurance ...........................................................................................52

    Employees ...............................................................................................................52

    Dependents ..............................................................................................................53

    Termination of Insurance – Continuation ...............................................................53

Federal Requirements ................................................................................................54

    Notice of Provider Directory/Networks ..................................................................54

CIGNA00000371

Qualified Medical Child Support Order (QMCSO) ...............................................................................54

Special Enrollment Rights Under the Health Insurance Portability & Accountability Act (HIPAA) .................55

Coverage of Students on Medically Necessary Leave of Absence.........................................................56

Effect of Section 125 Tax Regulations on This Plan............................................................................57

Eligibility for Coverage for Adopted Children....................................................................................57

Coverage for Maternity Hospital Stay..............................................................................................57

Women's Health and Cancer Rights Act (WHCRA) ............................................................................58

Group Plan Coverage Instead of Medicaid.......................................................................................58

Obtaining a Certificate of Creditable Coverage Under This Plan .........................................................58

Requirements of Medical Leave Act of 1993 (as amended) (FMLA).....................................................58

Uniformed Services Employment and Re-Employment Rights Act of 1994 (USERRA)..............................58

Claim Determination Procedures Under ERISA .................................................................................59

COBRA Continuation Rights Under Federal Law ...............................................................................60

ERISA Required Information...........................................................................................................64

Notice of an Appeal or a Grievance ...............................................................................................66

**When You Have a Concern or a Complaint...........................................................................66**

**Definitions...........................................................................................................................70**

CIGNA00000372

*Home Office: Bloomfield, Connecticut*

*Mailing Address: Hartford, Connecticut   06152*

## CONNECTICUT GENERAL LIFE INSURANCE COMPANY

a CIGNA company (called CG) certifies that it insures certain Employees for the benefits provided by the following policy(s):

**POLICYHOLDER:** Putnam Investments, Inc.

GROUP POLICY(S) — COVERAGE

3335044 - HIGH   OPEN ACCESS PLUS MEDICAL BENEFITS

**EFFECTIVE DATE:** January 1, 2012

NOTICE

Any insurance benefits in this certificate will apply to an Employee only if: a) he has elected that benefit; and b) he has a "Final Confirmation Letter," with his name, which shows his election of that benefit.

This certificate describes the main features of the insurance. It does not waive or alter any of the terms of the policy(s). If questions arise, the policy(s) will govern.

This certificate takes the place of any other issued to you on a prior date which described the insurance.

*Shermona S. Mapp*

***Shermona Mapp, Corporate Secretary***

GM6000 C2                                                         CER7V23

CIGNA00000373

**Explanation of Terms**

You will find terms starting with capital letters throughout your certificate. To help you understand your benefits, most of these terms are defined in the Definitions section of your certificate.

**The Schedule**

**The Schedule is a brief outline of your maximum benefits which may be payable under your insurance. For a full description of each benefit, refer to the appropriate section listed in the Table of Contents.**

CIGNA00000374



**CIGNA HealthCare**

---



### Notice To Massachusetts Residents

This Open Access Plus Medical Benefits health plan **meets Minimum Creditable Coverage standards** and **will satisfy** the individual mandate that you have health insurance. For additional information, please see the section "Massachusetts Requirement to Purchase Health Insurance," immediately preceding the Schedule. See Table of Contents for page number.

NOT188

### Special Plan Provisions

When you select a Participating Provider, this Plan pays a greater share of the costs than if you select a non-Participating Provider. Participating Providers include Physicians, Hospitals and Other Health Care Professionals and Other Health Care Facilities. Consult your Physician Guide for a list of Participating Providers in your area. Participating Providers are committed to providing you and your Dependents appropriate care while lowering medical costs.

**Services Available in Conjunction With Your Medical Plan**

The following pages describe helpful services available in conjunction with your medical plan. You can access these services by calling the toll-free number shown on the back of your ID card.

FPINTRO4V1

### CIGNA'S Toll-Free Care Line

CIGNA's toll-free care line allows you to talk to a health care professional 24 hours a day simply by calling the toll-free number shown on your ID card.

CIGNA's toll-free care line personnel can provide you with the names of Participating Providers. If you or your Dependents need medical care, you may consult your Physician Guide which lists the Participating Providers in your area or call

CIGNA's toll-free number for assistance. If you or your Dependents need medical care while away from home, you may have access to a national network of Participating Providers through CIGNA's Away-From-Home Care feature. Call CIGNA's toll-free care line for the names of Participating Providers in other network areas. Whether you obtain the name of a Participating Provider from your Physician Guide or through the care line, it is recommended that prior to making an appointment you call the provider to confirm that he or she is a current participant in the Open Access Plus Program.

FPCCL10V1M

### Case Management

Case Management is a service provided through a Review Organization, which assists individuals with treatment needs that extend beyond the acute care setting. The goal of Case Management is to ensure that patients receive appropriate care in the most effective setting whether at home, as an outpatient, or an inpatient in a Hospital or specialized facility. Should the need for Case Management arise, a Case Management professional will work closely with the patient, his or her family and the attending Physician to determine appropriate treatment options which will best meet the patient's needs and keep costs manageable. The Case Manager will help coordinate the treatment program and arrange for necessary resources. Case Managers are also available to answer questions and provide ongoing support for the family in times of medical crisis.

Case Managers are Registered Nurses (RNs) and other credentialed health care professionals, each trained in a clinical specialty area such as trauma, high risk pregnancy and neonates, oncology, mental health, rehabilitation or general medicine and surgery. A Case Manager trained in the appropriate clinical specialty area will be assigned to you or your Dependent. In addition, Case Managers are supported by a panel of Physician advisors who offer guidance on up-to-date treatment programs and medical technology. While the Case Manager recommends alternate treatment programs and helps coordinate needed resources, the patient's attending Physician remains responsible for the actual medical care.

1. You, your dependent or an attending Physician can request Case Management services by calling the toll-free number shown on your ID card during normal business hours, Monday through Friday. In addition, your employer, a claim office or a utilization review program (see the PAC/CSR section of your certificate) may refer an individual for Case Management.

---

CIGNA00000375


**CIGNA HealthCare**

2. The Review Organization assesses each case to determine whether Case Management is appropriate.

3. You or your Dependent is contacted by an assigned Case Manager who explains in detail how the program works. Participation in the program is voluntary - no penalty or benefit reduction is imposed if you do not wish to participate in Case Management.

FPCM6

4. Following an initial assessment, the Case Manager works with you, your family and Physician to determine the needs of the patient and to identify what alternate treatment programs are available (for example, in-home medical care in lieu of an extended Hospital convalescence). You are not penalized if the alternate treatment program is not followed.

5. The Case Manager arranges for alternate treatment services and supplies, as needed (for example, nursing services or a Hospital bed and other Durable Medical Equipment for the home).

6. The Case Manager also acts as a liaison between the insurer, the patient, his or her family and Physician as needed (for example, by helping you to understand a complex medical diagnosis or treatment plan).

7. Once the alternate treatment program is in place, the Case Manager continues to manage the case to ensure the treatment program remains appropriate to the patient's needs.

While participation in Case Management is strictly voluntary, Case Management professionals can offer quality, cost-effective treatment alternatives, as well as provide assistance in obtaining needed medical resources and ongoing family support in a time of need.

FPCM2

**Additional Programs**

We may, from time to time, offer or arrange for various entities to offer discounts, benefits, or other consideration to our members for the purpose of promoting the general health and well being of our members. We may also arrange for the reimbursement of all or a portion of the cost of services provided by other parties to the Policyholder. Contact us for details regarding any such arrangements.

GM6000 NOT160

## Important Information About Your Medical Plan

Details of your medical benefits are described on the following pages.

**Opportunity to Select a Primary Care Physician**

Choice of Primary Care Physician:

This medical plan does not require that you select a Primary Care Physician or obtain a referral from a Primary Care Physician in order to receive all benefits available to you under this medical plan. Notwithstanding, a Primary Care Physician may serve an important role in meeting your health care needs by providing or arranging for medical care for you and your Dependents. For this reason, we encourage the use of Primary Care Physicians and provide you with the opportunity to select a Primary Care Physician from a list provided by CG for yourself and your Dependents. If you choose to select a Primary Care Physician, the Primary Care Physician you select for yourself may be different from the Primary Care Physician you select for each of your Dependents.

Changing Primary Care Physicians:

You may request a transfer from one Primary Care Physician to another by contacting us at the member services number on your ID card. Any such transfer will be effective on the first day of the month following the month in which the processing of the change request is completed.

In addition, if at any time a Primary Care Physician ceases to be a Participating Provider, you or your Dependent will be notified for the purpose of selecting a new Primary Care Physician, if you choose.

NOT123                                                                                          V1

# Important Notices

## Patient Protection and Affordable Care Act Endorsement

The group contract or certificate is amended as stated below.

In the event of a conflict between the provisions of your plan documents and the provisions of this endorsement, the provisions that provide the better benefit shall apply.

**Definitions**

"Emergency medical condition" means a medical condition which manifests itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in 1) placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or

CIGNA00000376


**CIGNA HealthCare**

her unborn child) in serious jeopardy; 2) serious impairment to bodily functions; or 3) serious dysfunction of any bodily organ or part.

"Emergency services" means, with respect to an emergency medical condition: (a) a medical screening examination that is within the capability of the emergency department of a hospital, including ancillary services routinely available to the emergency department to evaluate the emergency medical condition; and (b) such further medical examination and treatment, to the extent they are within the capabilities of the staff and facilities available at the hospital, to stabilize the patient.

"Essential health benefits" means, to the extent covered under the plan, expenses incurred with respect to covered services, in at least the following categories: ambulatory patient services, emergency services, hospitalization, maternity and newborn care, mental health and substance use disorder services, including behavioral health treatment, prescription drugs, rehabilitative and habilitative services and devices, laboratory services, preventive and wellness services and chronic disease management and pediatric services, including oral and vision care.

"Patient Protection and Affordable Care Act of 2010" means the Patient Protection and Affordable Care Act of 2010 (Public Law 111-148) as amended by the Health Care and Education Reconciliation Act of 2010 (Public Law 111-152).

"Stabilize" means, with respect to an emergency medical condition, to provide such medical treatment of the condition as may be necessary to assure, within reasonable medical probability that no material deterioration of the condition is likely to result from or occur during the transfer of the individual from a facility.

**Lifetime Dollar Limits**

Any lifetime limit on the aggregate dollar value of essential health benefits is deleted. Any lifetime limits on the dollar value of any essential health benefits are deleted.

**Annual Dollar Limits**

Any annual limits on the dollar value of essential health benefits are deleted.

**Rescissions**

Your coverage may not be rescinded (retroactively terminated) unless: (1) the plan sponsor or an individual (or a person seeking coverage on behalf of the individual) performs an act, practice or omission that constitutes fraud; or (2) the plan sponsor or individual (or a person seeking coverage on behalf of the individual) makes an intentional misrepresentation of material fact.

**Extension of Coverage to Dependents**

Dependent children are eligible for coverage up to the age of 26. Any restrictions in the definition of Dependent in your

plan document which require a child to be unmarried, a student, financially dependent on the employee, etc. no longer apply. If the definition of Dependent in the plan document provides coverage for a child beyond age 26, the provision and all restrictions will continue to apply starting at age 26. Any provisions related to coverage of a handicapped child continue to apply starting at age 26.

**Preventive Services**

In addition to any other preventive care services described in the plan documents, no deductible, copayment, or coinsurance shall apply to the following Covered Services.

However, the covered services must be provided by a Participating Provider:

(1) evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the United States Preventive Services Task Force;

(2) immunizations that have in effect a recommendation from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention with respect to the Covered Person involved;

(3) for infants, children, and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration;

(4) for women, such additional preventive care and screenings not described in paragraph (1) as provided for in comprehensive guidelines supported by the Health Resources and Services Administration.

**Notice of Adverse Determination**

In addition to the description provided in your plan documents, a notice of adverse benefit determination will also include information sufficient for you to identify the claim, and information about any office of health insurance consumer assistance or ombudsman available to assist you with the appeal process. In the case of a final adverse benefit determination, your notice will include a discussion of the decision.

**Right to Appeal**

You have the right to appeal any decision or action taken to deny, reduce, or terminate the provision of or payment for health care services covered by your plan or to rescind your coverage. When a requested service or payment for the service has been denied, reduced or terminated based on a judgment as to the medical necessity, appropriateness, health care setting, level of care, or effectiveness of the health care service, you have the right to have the decision reviewed by an independent review organization not associated with CIGNA.

Except where life or health would be seriously jeopardized, you must first exhaust the internal appeal process set forth in

CIGNA00000377



**CIGNA HealthCare**

your plan documents in the appeal section before your request for an external independent review will be granted.

Your appeal rights are outlined in your plan documents. In addition, before a final internal adverse benefit determination is issued, if applicable, you will be provided, free of charge, any new or additional evidence considered, or rationale relied upon, in sufficient time to allow you the opportunity to respond before the final notice is issued.

**Emergency Services**

Emergency Services, as defined above, are covered without the need for any prior authorization determination and without regard as to whether the health care provider furnishing such services is a participating provider. Emergency Services, as defined above, provided by a Non-participating Provider will be covered as if the services were provided by a Participating Provider.

**Direct Access to Obstetricians and Gynecologists**

You do not need prior authorization from the plan or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in our network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, visit www.mycigna.com or contact customer service at the phone number listed on the back of your ID card.

**Selection of a Primary Care Provider**

This plan generally allows the designation of a primary care provider. You have the right to designate any primary care provider who participates in the network and who is available to accept you or your family members. If your plan requires the designation of a primary care provider, CIGNA may designate one for you until you make this designation. For information on how to select a primary care provider, and for a list of the participating primary care providers, visit www.mycigna.com or contact customer service at the phone number listed on the back of your ID card.

For children, you may designate a pediatrician as the primary care provider.

NOT231                                                           V1M

**Interpreter and Translation Services**

**English:**

CIGNA will provide to you, upon request, interpreter and translation services related to administrative procedures.

**Arabic:**

سوف توفر لك CIGNA، في حالة الطلب، خدمات الترجمة الشفهية والخطية المتعلقة بالخدمات الإدارية.

**Brazilian Portuguese:**

A CIGNA lhe fornecerá, sob pedido, serviços de interpretação e tradução relacionados aos procedimentos admnistrativos.

**Continental Portuguese:**

CIGNA disponibilizar-lhe-á, mediante pedido, serviços de interpretação e de tradução relacionados com procedimentos admnistrativos.

**French:**

CIGNA vous fournira sur demande des services de traduction et d'interprétation relatifs à vos procédures administratives.

**Greek:**

Η Cigna θα σας παρέχει, μετά από αίτησή σας, υπηρεσίες διερμηνείας και μετάφρασης σχετικά με τις διαδικασίες διαχείρισης.

**Italian:**

Dietro richiesta, CIGNA vi fornirà servizi di interpretariato e traduzione relativi alle procedure amministrative.

**Khmer:**

CIGNA នឹងផ្តល់ជូនអ្នកបកប្រែ និងកិច្ចការបកប្រែ ដែលពាក់ព័ន្ធទៅនឹងនីតិវិធីរដ្ឋបាល នៅពេលអ្នកតាមការស្នើ ។

**Kreyole:**

Depi ou mande, "CIGNA" ap founi-ou sèvis entèpretasyon ak tradiksyon nan domenn pwosedi administratif.

**Lao:**

ຕາມການຮ້ອງຂໍ້, CIGNA ຈະຈັດຕຽມບໍລິການນາຍພາສາແລະ ແປເອກະສານໃນເລື່ອງທີ່ກ່ຽວຂ້ອງກັບ ລະບຽບການບໍລິການ ໃຫ້ກັບທ່ານ.

**Russian:**

По вашему требованию, компания CIGNA предоставит вам услуги устного и письменного переводчика в связи с прохождением административных процедур.

**Simplified Chinese:**

CIGNA 将依要求提供与行政程序有关的口译员和翻译服务。

**Traditional Chinese:**

CIGNA 將依要求提供與行政程序有關的口譯員和翻譯服務。

CIGNA00000378


**CIGNA HealthCare**

**Spanish:**

Si lo solicita, CIGNA le proporcionará servicios de interpretación y traducción relacionados con procedimientos administrativos.

GM6000 NOT144

**Notice of Federal Requirements**

**Coverage for Reconstructive Surgery Following Mastectomy**

When a person insured for benefits under this certificate who has had a mastectomy at any time, decides to have breast reconstruction, based on consultation between the attending Physician and the patient, the following benefits will be subject to the same coinsurance and deductibles which apply to other plan benefits:

- reconstruction of the breast on which the mastectomy was performed;
- surgery and reconstruction of the other breast to produce a symmetrical appearance; and
- prostheses and physical complications in all stages of mastectomy, including lymphedema.

If you have any questions about your benefits under this plan, please call the number on your ID card or contact your employer.

**Coverage for Maternity Hospital Stay**

Group health plans and health insurance issuers offering group health insurance coverage generally may not, under federal law restrict benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section, or require that a provider obtain authorization from the plan or insurance issuer for prescribing a length of stay not in excess of the above periods. The law generally does not prohibit an attending provider of the mother or newborn, in consultation with the mother, from discharging the mother or newborn earlier than 48 or 96 hours, as applicable. In the event of an early discharge, insureds are entitled to at least 1 home visit by a licensed health care provider. No pre-authorization from the PCP is required for the first home visit. Please review this Plan for further details on the specific coverage available to you and your Dependents. All prenatal, childbirth, and postpartum care will be covered to the same extent as provided for medical conditions not related to pregnancy.

NOT67

**Notice Regarding Nurse Practitioners**

Nurse practitioners are considered Physicians as defined by this plan. Coverage is provided on a nondiscriminatory basis for covered services delivered or arranged by a participating nurse practitioner. No annual or lifetime dollar or unit of service limitation will be imposed for covered services when delivered or arranged by a participating nurse practitioner that is less than that imposed for covered services delivered or arranged by other Participating Providers.

GM6000 R 6NP                                                      NOT211

**Notice**

**Prepayment Fees and Grace Period**

On or before the last day of each month, your Employer shall remit to the Healthplan on behalf of each Subscriber and his Dependents a specified Prepayment Fee for services rendered under this Agreement in the following month. The Healthplan shall permit a grace period of 15 days during which the Prepayment Fees may be paid without loss of coverage under the Agreement. In the event this Agreement terminates and there are Prepayment Fees due to the Healthplan, the Group will be financially responsible for the Prepayment Fees. This responsibility will be in addition to any other financial obligations of the Group hereunder.

The Office of Patient Protection is able to assist consumers: with questions regarding managed care; to develop Internet programs and otherwise communicate information about managed care; to monitor quality-related health plan information; and to develop recommendations regarding ways to improve the quality of managed care plans.

**The following information is available from the Office of Patient Protection**

- A list of sources of independently published information assessing insured satisfaction and evaluating the quality of health care services offered by the carrier;
- The percentage of Physicians who voluntarily and involuntarily terminated participation contracts with the carrier during the previous calendar year for which such data has been compiled and the three most common reasons for voluntary and involuntary Physician disenrollment;
- The percentage of premium revenue expended by the carrier for health care services provided to insureds for the most recent year for which information is available; and
- A report detailing, for the previous calendar year, the total number of: a. filed appeals, appeals that were approved internally, appeals that were denied internally, and appeals that were withdrawn before resolution; and b. external

CIGNA00000379



**CIGNA HealthCare**

appeals pursued after exhausting the internal appeal process and the resolution of all such external appeals.

**Consent for Providing Information for Eligibility**

You can only be required to provide consent to the disclosure of information regarding services for mental disorders to the same or similar extent consent is required for the disclosure of information of other Medical Conditions.

**Availability of Physician Profiling Information**

Physician profiling information, so-called, may be available from the Board of Registration in Medicine for physicians licensed to practice in Massachusetts.

GM6000 NOT68                                                    V1

# How To File Your Claim For Out-Of-Network Care

The prompt filing of any required claim form will result in faster payment of your claim.

You may get the required claim forms from your Benefit Plan Administrator. All fully completed claim forms and bills should be sent directly to your servicing CG Claim Office.

Depending on your Group Insurance Plan benefits, file your claim forms as described below.

**Hospital Confinement**

If possible, get your Group Medical Insurance claim form before you are admitted to the Hospital. This form will make your admission easier and any cash deposit usually required will be waived.

If you have a Benefit Identification Card, present it at the admission office at the time of your admission. The card tells the Hospital to send its bills directly to CG.

**Doctor's Bills and Other Medical Expenses**

The first Medical Claim should be filed as soon as you have incurred covered expenses. Itemized copies of your bills should be sent with the claim form. If you have any additional bills after the first treatment, file them periodically.

**CLAIM REMINDERS**

- BE SURE TO USE YOUR MEMBER ID AND ACCOUNT NUMBER WHEN YOU FILE CG'S CLAIM FORMS, OR WHEN YOU CALL YOUR CG CLAIM OFFICE.

  YOUR MEMBER ID IS THE ID SHOWN ON YOUR BENEFIT IDENTIFICATION CARD.

  YOUR ACCOUNT NUMBER IS THE 7-DIGIT POLICY NUMBER SHOWN ON YOUR BENEFIT IDENTIFICATION CARD.

- PROMPT FILING OF ANY REQUIRED CLAIM FORMS RESULTS IN FASTER PAYMENT OF YOUR CLAIMS.

**WARNING:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit is guilty of a crime and may be subject to fines and confinement in prison.

GM6000 CI 3                                                CLA9V42

# Accident and Health Provisions

**Claims**

**Notice of Claim**

Written notice of claim must be given to CG within 30 days after the occurrence or start of the loss on which claim is based. If notice is not given in that time, the claim will not be invalidated or reduced if it is shown that written notice was given as soon as was reasonably possible.

**Claim Forms**

When CG receives the notice of claim, it will give to the claimant, or to the Policyholder for the claimant, the claim forms which it uses for filing proof of loss. If the claimant does not get these claim forms within 15 days after CG receives notice of claim, he will be considered to meet the proof of loss requirements of the policy if he submits written proof of loss within 90 days after the date of loss. This proof must describe the occurrence, character and extent of the loss for which claim is made.

**Proof of Loss**

Written proof of loss must be given to CG within 90 days after the date of the loss for which claim is made. If written proof of loss is not given in that time, the claim will not be invalidated or reduced if it is shown that written proof of loss was given as soon as was reasonably possible.

**Physical Examination**

CG, at its own expense, will have the right to examine any person for whom claim is pending as often as it may reasonably require.

**Legal Actions**

Where CG has followed the terms of the policy, no action at law or in equity will be brought to recover on the policy until at least 60 days after proof of loss has been filed with CG. No action will be brought at all unless brought within 3 years after the time within which proof of loss is required.

GM6000  CLA43V6

CIGNA00000380



**CIGNA HealthCare**

# Eligibility - Effective Date

## Eligibility for Employee Insurance

You will become eligible for insurance on the day you complete the waiting period if:

- you are in a Class of Eligible Employees; and
- you are an eligible, full-time or part-time Employee;
  who normally works at least 20 hours a week.

If you were previously insured and your insurance ceased, you must satisfy the New Employee Group Waiting Period to become insured again. If your insurance ceased because you were no longer employed in a Class of Eligible Employees, you are not required to satisfy any waiting period if you again become a member of a Class of Eligible Employees within one year after your insurance ceased.

Initial Employee Group: You are in the Initial Employee Group if you are employed in a class of employees on the date that class of employees becomes a Class of Eligible Employees as determined by your Employer.

New Employee Group: You are in the New Employee Group if you are not in the Initial Employee Group.

## Eligibility for Dependent Insurance

You will become eligible for Dependent insurance on the later of:

- the day you become eligible for yourself; or
- the day you acquire your first Dependent.

## Waiting Period

Initial Employee Group: None.

New Employee Group: None.

## Classes of Eligible Employees

Each Employee as reported to the insurance company by your Employer.

GM6000 EL 2                                                      V-31
                                                                ELI5 M

## Employee Insurance

This plan is offered to you as an Employee. To be insured, you will have to pay part of the cost.

## Effective Date of Your Insurance

You will become insured on the date you elect the insurance by enrolling for your benefits through the administration system or by speaking with a Benefits Representative, but no earlier than the date you become eligible. If you are a Late Entrant, your insurance will not become effective until CG

agrees to insure you. You will not be denied enrollment for Medical Insurance due to your health status.

You will become insured on your first day of eligibility, following your election, if you are in Active Service on that date, or if you are not in Active Service on that date due to your health status. However, you will not be insured for any loss of life, dismemberment or loss of income coverage until you are in Active Service.

## Late Entrant - Employee

You are a Late Entrant if:

- you elect the insurance more than 30 days after you become eligible; or
- you again elect it after you cancel your payroll deduction.

GM6000 EF 1                                                     ELI7V82M

## Dependent Insurance

For your Dependents to be insured, you will have to pay part of the cost of Dependent Insurance.

## Effective Date of Dependent Insurance

Insurance for your Dependents will become effective on the date you elect it by enrolling for your benefits through the administration system or by speaking with a Benefits Representative, but no earlier than the day you become eligible for Dependent Insurance. All of your Dependents as defined will be included.

If you are a Late Entrant for Dependent Insurance, the insurance for each of your Dependents will not become effective until CG agrees to insure that Dependent. Your Dependent will not be denied enrollment for Medical Insurance due to health status.

Your Dependents will be insured only if you are insured. This may not apply if you are a dependent of a retiree. Please contact Putnam Investments for confirmation.

## Late Entrant - Dependent

You are a Late Entrant for Dependent Insurance if:

- you elect that insurance more than 30 days after you become eligible for it; or
- you again elect it after you cancel your payroll deduction.

## Exception for Newborns

Any Dependent child including the newborn infant of a Dependent, an adopted child or foster child born while you are insured for Medical Insurance will become insured for Medical Insurance on the date of his birth if you elect Dependent Medical Insurance no later than 31 days after his

CIGNA00000381



**CIGNA HealthCare**

birth. If you do not elect to insure your newborn child within
such 31 days, coverage for that child will end on the 31st day.
No benefits for expenses incurred beyond the 31st day will be
payable.

GM6000 ELI255                                    V1M

CIGNA00000382



**CIGNA HealthCare**

---

## Massachusetts Requirement To Purchase Health Insurance:

**As of January 1, 2009, the Massachusetts Health Care Reform Law requires that Massachusetts residents, eighteen (18) years of age and older, must have health coverage that meets the Minimum Creditable Coverage standards set by the Commonwealth Health Insurance Connector, unless waived from the health insurance requirement based on affordability or individual hardship. For more information call the Connector at 1-877-MA-ENROLL or visit the Connector website (www.mahealthconnector.org).**

This Open Access Plus Medical Benefits health plan **meets Minimum Creditable Coverage standards** that are effective January 1, 2009 as part of the Massachusetts Health Care Reform Law. If you purchase this plan, you **will satisfy** the statutory requirement that you have health insurance meeting these standards.

NOT191

---

## Open Access Plus Medical Benefits

### The Schedule

**For You and Your Dependents**

Open Access Plus Medical Benefits provide coverage for care In-Network and Out-of-Network. To receive Open Access Plus Medical Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for services and supplies. That portion is the Copayment, Deductible or Coinsurance.

**You or your Dependent can obtain the names of Participating Providers in your area by consulting your Physician Guide (Provider Directory), by calling the toll-free number shown on the back of your ID card, or by visiting our website at www.cigna.com.**

If you are unable to locate an In-Network Provider in your area who can provide you with a service or supply that is covered under this plan, you must call the number on the back of your I.D. card to obtain authorization for Out-of-Network Provider coverage. If you obtain authorization for services provided by an Out-of-Network Provider, benefits for those services will be covered at the In-Network benefit level.

If our network is not adequate for a particular service or provider type, benefits for that service or provider type will be paid at the In-Network level until an adequate network for that service or provider type has been established.

**Coinsurance**

The term Coinsurance means the percentage of charges for Covered Expenses that an insured person is required to pay under the plan.

**Copayments/Deductibles**

Copayments are expenses to be paid by you or your Dependent for covered services. Deductibles are also expenses to be paid by you or your Dependent. Deductible amounts are separate from and not reduced by Copayments. Copayments and Deductibles are in addition to any Coinsurance. Once the Deductible maximum in The Schedule has been reached, you and your family need not satisfy any further medical deductible for the rest of that year.

---

**myCIGNA.com**

CIGNA00000383


**CIGNA HealthCare**

## Open Access Plus Medical Benefits

### The Schedule

**Out-of-Pocket Expenses**

Out-of-Pocket Expenses are Covered Expenses incurred for In-Network and Out-of-Network charges that are not paid by the benefit plan because of any:

- Coinsurance.
- Out of Network plan deductibles.

Charges will not accumulate toward the Out-of-Pocket Maximum for Covered Expenses incurred for:

- non-compliance penalties.
- provider charges in excess of the Maximum Reimbursable Charge.

When the Out-of-Pocket Maximum shown in The Schedule is reached, Injury and Sickness benefits are payable at 100% except for:

- non-compliance penalties.
- provider charges in excess of the Maximum Reimbursable Charge.

**Multiple Surgical Reduction**

Multiple surgeries performed during one operating session result in payment reduction of 50% to the surgery of lesser charge. The most expensive procedure is paid as any other surgery.

**Assistant Surgeon and Co-Surgeon Charges**

**Assistant Surgeon**

The maximum amount payable will be limited to charges made by an assistant surgeon that do not exceed 20 percent of the surgeon's allowable charge. (For purposes of this limitation, allowable charge means the amount payable to the surgeon prior to any reductions due to coinsurance or deductible amounts).

**Co-Surgeon**

The maximum amount payable will be limited to 62.5 percent of the surgeon's allowable charge. (For purposes of this limitation, allowable charge means the amount payable to the surgeons prior to any reductions due to coinsurance or deductible amounts.)

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Lifetime Maximum** | Unlimited | |
| **Coinsurance Levels** | 100% | 80% of the Maximum Reimbursable Charge |

CIGNA00000384



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Maximum Reimbursable Charge**<br><br>Maximum Reimbursable Charge is determined based on the lesser of the provider's normal charge for a similar service or supply; or<br><br>A percentage of a schedule that we have developed that is based upon a methodology similar to a methodology utilized by Medicare to determine the allowable fee for similar services within the geographic market. In some cases, a Medicare based schedule will not be used and the Maximum Reimbursable Charge for covered services is determined based on the lesser of:<br>• the provider's normal charge for a similar service or supply; or<br>• the 80th percentile of charges made by providers of such service or supply in the geographic area where it is received as compiled in a database selected by the Insurance Company.<br>**Note:**<br>The provider may bill you for the difference between the provider's normal charge and the Maximum Reimbursable Charge, in addition to applicable deductibles, copayments and coinsurance. | Not Applicable | 200% |
| **Calendar Year Deductible** | | |
|   Individual | Not Applicable | $750 per person |
|   Family Maximum | Not Applicable | $1,500 per family |
|   Family Maximum Calculation<br>**Individual Calculation:**<br>Family members meet only their individual deductible and then their claims will be covered under the plan coinsurance; if the family deductible has been met prior to their individual deductible being met, their claims will be paid at the plan coinsurance. | | |

CIGNA00000385


**CIGNA HealthCare**

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Out-of-Pocket Maximum** | | |
| Individual | Not Applicable | $3,000 per person |
| Family Maximum | Not Applicable | $4,500 per family |
| Family Maximum Calculation | | |
| **Individual Calculation:** | | |
| Family members meet only their individual Out-of-Pocket and then their claims will be covered at 100%; if the family Out-of-Pocket has been met prior to their individual Out-of-Pocket being met, their claims will be paid at 100%. | | |
| **Physician's Services** | | |
| Primary Care Physician's Office visit | No charge after $20 per office visit copay | 80% after plan deductible |
| Specialty Care Physician's Office Visits | No charge after $20 Specialist per office visit copay | 80% after plan deductible |
|     Consultant and Referral Physician's Services | | |
| **Note:** OB/GYN providers will be considered either as a PCP or Specialist, depending on how the provider contracts with the Insurance Company. | | |
| Surgery Performed In the Physician's Office | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Second Opinion Consultations (provided on a voluntary basis) | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Allergy Treatment/Injections | No charge | 80% after plan deductible |
| Allergy Serum (dispensed by the Physician in the office) | No charge | 80% after plan deductible |

CIGNA00000386



CIGNA HealthCare

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Preventive Care**<br>**Early Intervention Services**<br>    CalendarYear Maximum (per Dependent child):  Unlimited<br>    Lifetime Maximum (per Dependent child):  Unlimited | | |
| Routine Preventive Care - all ages | No charge | 80% after plan deductible |
| Immunizations - all ages | No charge | 80% after plan deductible |
| **Mammograms, PSA, PAP Smear** | | |
| Preventive Care Related Services<br>(i.e. "routine" services) | No charge | 80% after plan deductible |
| Diagnostic Related Services<br>(i.e. "non-routine" services) | Subject to the plan's x-ray & lab<br>benefit; based on place of service | Subject to the plan's x-ray & lab<br>benefit; based on place of service |
| **Inpatient Hospital - Facility Services** | $250 per admission copay, then<br>100% (Copays will not exceed $500<br>per year per person) | 80% after plan deductible |
| Semi-Private Room and Board | Limited to the semi-private room<br>negotiated rate | Limited to the semi-private room rate |
| Private Room | Limited to the semi-private room<br>negotiated rate | Limited to the semi-private room rate |
| Special Care Units (ICU/CCU) | Limited to the negotiated rate | Limited to the ICU/CCU daily room<br>rate |
| **Outpatient Facility Services**<br>Operating Room, Recovery Room,<br>Procedures Room, Treatment Room<br>and Observation Room<br><br>**Note:**<br>Non-surgical treatment procedures<br>are not subject to the facility copay. | $150 per visit copay, then 100%<br>(Copays will not exceed $300 per<br>year per person) | 80% after plan deductible |
| **Inpatient Hospital Physician's**<br>**Visits/Consultations** | 100% | 80% after plan deductible |
| **Inpatient Hospital Professional**<br>**Services**<br><br>    Surgeon<br>    Radiologist<br>    Pathologist<br>    Anesthesiologist | 100% | 80% after plan deductible |

CIGNA00000387



**CIGNA HealthCare**

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Outpatient Professional Services**<br><br>Surgeon<br>Radiologist<br>Pathologist<br>Anesthesiologist | 100% | 80% after plan deductible |
| **Emergency and Urgent Care Services** | | |
| Physician's Office Visit | No charge after the $20 PCP or S20 Specialist per office visit copay | No charge after the $20 PCP or S20 Specialist per office visit copay |
| Hospital Emergency Room | No charge after $100 per visit copay*<br><br>*waived if admitted | No charge after $100 per visit copay*<br><br>*waived if admitted |
| Outpatient Professional services (radiology, pathology and ER Physician) | No charge | No charge |
| Urgent Care Facility or Outpatient Facility | No charge after $20 per visit copay*<br><br>*waived if admitted | No charge after $20 per visit copay*<br><br>*waived if admitted |
| X-ray and/or Lab performed at the Emergency Room/Urgent Care Facility (billed by the facility as part of the ER/UC visit) | No charge | No charge |
| Independent x-ray and/or Lab Facility in conjunction with an ER visit | No charge | No charge |
| Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans, PET Scans etc.) | No charge | No charge |
| Ambulance | 100% | 100% |
| **Inpatient Services at Other Health Care Facilities**<br><br>Includes Skilled Nursing Facility, Rehabilitation Hospital and Sub-Acute Facilities<br><br>Calendar Year Maximum: 180 days combined | 100% | 80% after plan deductible |

CIGNA00000388



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Laboratory and Radiology Services (includes pre-admission testing)** | | |
| Physician's Office Visit | No charge | 80% after plan deductible |
| Outpatient Hospital Facility | 100% | 80% after plan deductible |
| Independent X-ray and/or Lab Facility | 100% | 80% after plan deductible |
| **Advanced Radiological Imaging (i.e. MRIs, MRAs, CAT Scans and PET Scans)** | | |
| Physician's Office Visit | No charge | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | 100% | 80% after plan deductible |
| **Outpatient Short-Term Rehabilitative Therapy and Chiropractic Services** | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Calendar Year Maximum: Unlimited | **Note:** Outpatient Short Term Rehab copay applies, regardless of place of service, including the home. | |
| Includes: Physical Therapy Occupational Therapy Cognitive Therapy Pulmonary Rehab Chiropractic Therapy (includes Chiropractors) | | |
| These additional items are included: Cardiac Rehab (subject to medical necessity): Unlimited Speech Therapy (including Hearing and Language Disorders): Unlimited | | |
| **Home Health Care** | 100% | 80% after plan deductible |
| Calendar Year Maximum: Unlimited (includes outpatient private nursing when approved as medically necessary) | | |
| **Hospice** | | |
| Inpatient Services | 100% | 80% after plan deductible |
| Outpatient Services | 100% | 80% after plan deductible |
| (same coinsurance level as Home Health Care) | | |

CIGNA00000389



**CIGNA HealthCare**

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Bereavement Counseling** | | |
| Services provided as part of Hospice Care | | |
|    Inpatient | 100% | 80% after plan deductible |
|    Outpatient | 100% | 80% after plan deductible |
| Services provided by Mental Health Professional | Covered under Mental Health Benefit | Covered under Mental Health Benefit |
| **Maternity Care Services** | | |
|    Initial Visit to Confirm Pregnancy | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| **Note:**<br>OB/GYN providers will be considered either a PCP or Specialist depending on how the provider contracts with the Insurance Company. | | |
|    All subsequent Prenatal Visits, Postnatal Visits and Physician's Delivery Charges (i.e. global maternity fee) | 100% | 80% after plan deductible |
|    Physician's Office Visits in addition to the global maternity fee when performed by an OB/GYN or Specialist | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
|    Delivery - Facility (Inpatient Hospital, Birthing Center) | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| **Abortion** | | |
| Includes elective and non-elective procedures | | |
|    Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
|    Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
|    Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
|    Physician's Services | 100% | 80% after plan deductible |

**myCIGNA.com**

CIGNA00000390



**CIGNA HealthCare**

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Family Planning Services** | | |
| Office Visits, Lab and Radiology Tests and Counseling | No charge | 80% after plan deductible |
| **Note:** The standard benefit will include coverage for contraceptive devices (e.g. Depo-Provera and Intrauterine Devices (IUDs). Diaphragms will also be covered when services are provided in the physician's office. | | |
| Surgical Sterilization Procedure for Vasectomy/Tubal Ligation (excludes reversals) | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
| Physician's Services | 100% | 80% after plan deductible |

CIGNA00000391



**CIGNA HealthCare**

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Infertility Treatment** | | |
| Coverage will be provided for the following services: | | |
| • Testing and treatment services performed in connection with an underlying medical condition. | | |
| • Testing performed specifically to determine the cause of infertility. | | |
| • Treatment and/or procedures performed specifically to restore fertility (e.g. procedures to correct an infertility condition). | | |
| • Artificial Insemination, In-vitro, GIFT, ZIFT, etc. | | |
| Physician's Office Visit (Lab and Radiology Tests, Counseling) | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
| Physician's Services | 100% | 80% after plan deductible |
| Lifetime Maximum: Unlimited Includes all related services billed with an infertility diagnosis (i.e. x-ray or lab services billed by an independent facility). | | |
| **Organ Transplants** | | |
| Includes all medically appropriate, non-experimental transplants | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | 100% at Lifesource center after $250 per admission copay (Copays will not exceed $500 per year per person) otherwise 100% after $250 per admission copay (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Physician's Services | 100% at Lifesource center, otherwise 100% | 80% after plan deductible |
| Lifetime Travel Maximum: $10,000 per transplant | No charge (only available when using Lifesource facility) | In-Network coverage only |
| **Durable Medical Equipment** | 100% | 80% after plan deductible |
| Calendar Year Maximum: Unlimited | | |

CIGNA00000392



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **External Prosthetic Appliances**<br><br>Calendar Year Maximum:<br>Unlimited<br><br>**Note:**<br>The Calendar Year EPA maximum is not applicable to External Prosthetic Appliances meant to replace an arm or leg, in whole or in part. | For External Prosthetic Appliances other than those meant to replace an arm or a leg:<br>100%<br><br>For External Prosthetic Appliances meant to replace an arm or a leg:<br>100% | For External Prosthetic Appliances other than those meant to replace an arm or a leg:<br>80% after plan deductible<br><br>For External Prosthetic Appliances meant to replace an arm or a leg:<br>80% after plan deductible |
| **Diabetic Equipment**<br><br>Calendar Year Maximum:<br>Unlimited | 100% | 80% after plan deductible |
| **Nutritional Evaluation**<br>Calendar Year Maximum:<br>3 visits per person however, the 3 visit limit will not apply to treatment of diabetes. |  |  |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
| Physician's Services | 100% | 80% after plan deductible |
| **Dental Care**<br>Limited to charges made for a continuous course of dental treatment started within six months of an injury to sound, natural teeth. |  |  |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
| Physician's Services | 100% | 80% after plan deductible |

**myCIGNA.com**

CIGNA00000393



| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Abdominoplasty/Panniculectomy** | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
| Physician's Services | 100% | 80% after plan deductible |
| **Breast Reduction** | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
| Physician's Services | 100% | 80% after plan deductible |
| **Chemotherapy** | | |
| Physician's Office Visit | No charge | 80% after plan deductible |
| **Oral Surgery** | | |
| Note: Coverage included in an inpatient or outpatient hospital setting only, when medically necessary | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
| Physician's Services | 100% | 80% after plan deductible |

CIGNA00000394



**CIGNA HealthCare**

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Other** | | |
| Note: Coverage for Rhinoplasty, Blepharoplasty, Redundant Skin Surgery, Removal of Skin Tags, Craniosacral/Cranial Therapy & Sexual Dysfunction. | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
| Physician's Services | 100% | 80% after plan deductible |
| **Radiation Therapy** | | |
| Physician's Office Visit | No charge | 80% after plan deductible |
| **Treatment for TMJ** | | |
| Note: Surgical & Non-surgical (includes MORA device) | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
| Physician's Services | 100% | 80% after plan deductible |
| **Varicose Vein Treatment** | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
| Physician's Services | 100% | 80% after plan deductible |

**myCIGNA.com**

CIGNA00000395



**CIGNA HealthCare**

| BENEFIT HIGHLIGHTS | IN-NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Weight Reduction Surgery (Bariatric Surgery/Gastric Bypass)** | | |
| Physician's Office Visit | No charge after the $20 PCP or $20 Specialist per office visit copay | 80% after plan deductible |
| Inpatient Facility | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient Facility | $150 per visit copay, then 100% (Copays will not exceed $300 per year per person) | 80% after plan deductible |
| Physician's Services | 100% | 80% after plan deductible |
| **Wigs** | | |
| Calendar Year Maximum: $500 per covered member | 100% | 80% after plan deductible |
| **Routine Foot Disorders** | Not covered except for services associated with foot care for diabetes and peripheral vascular disease. | Not covered except for services associated with foot care for diabetes and peripheral vascular disease. |
| **Treatment Resulting From Life Threatening Emergencies** | | |
| Medical treatment required as a result of an emergency, such as a suicide attempt, will be considered a medical expense until the medical condition is stabilized. Once the medical condition is stabilized, whether the treatment will be characterized as either a medical expense or a mental health/substance abuse expense will be determined by the utilization review Physician in accordance with the applicable mixed services claim guidelines. | | |
| **Mental Health** | | |
| Inpatient | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient (Includes Individual, Group and Intensive Outpatient) | | |
| Physician's Office Visit | $20 per visit copay | 80% after plan deductible |
| Outpatient Facility | $20 per visit copay | 80% after plan deductible |
| **Substance Abuse** | | |
| Inpatient | $250 per admission copay, then 100% (Copays will not exceed $500 per year per person) | 80% after plan deductible |
| Outpatient (Includes Individual and Intensive Outpatient) | | |
| Physician's Office Visit | $20 per visit copay | 80% after plan deductible |
| Outpatient Facility | $20 per visit copay | 80% after plan deductible |

**myCIGNA.com**

CIGNA00000396



**CIGNA HealthCare**

# Open Access Plus Medical Benefits

## Medical Technology Assessment

Medical technology assessment is a process that responds to the need for integrated, critical evaluation of emerging and evolving medical technology. Medical technology refers to drugs, devices, medical equipment, biologics, procedures, imaging and diagnostic interventions proposed for benefit coverage. CIGNA HealthCare's Medical Technology Assessment Committee (MTAC) conducts an evaluation of medical technology that promotes a fair and consistent evidence-based assessment of the literature and other sources of information concerning emerging technologies. The MTAC recommends coverage positions regarding emerging technologies which assist medical management leaders in making appropriate benefit coverage determinations. The MTAC meets no fewer than 10 times a year to review new technologies, revise existing technology assessments and to recommend and document coverage positions accepted by the committee.

GM6000 INDEM226                                                        V1

## What is Utilization Review?

Utilization review is a part of CG's managed care program. It is a process used to review the delivery of health care services to make sure they are Medically Necessary and the most beneficial to your care. CG conducts prospective, concurrent and retrospective review of inpatient, outpatient and ancillary services. Prospective and concurrent reviews are referred to as Preadmission Certification and Continued Stay Review (PAC/CSR) and are described in more detail below. To inquire about the status or outcome of a utilization review decision, you may call the toll-free number printed on your ID card. This number will take you to the correct Member Services Department that can help you determine the status of a utilization review decision.

CG uses standardized guidelines to conduct prospective, concurrent and retrospective review of inpatient, outpatient and ancillary services. The criteria or guidelines used in the review process are, to the maximum extent feasible, scientifically derived and evidence based and are developed or approved with the input of Participating Physicians. The guidelines enable staff to approve services consistently and to identify cases where review by a medical director is required.

The guidelines used when making Medically Necessary determinations include:

- Milliman & Robertson Healthcare and Length of Stay Guidelines;

- Tools to Administer Benefits Standards (TABS) for new technology (developed by the national medical management council);
- CIGNA HealthCare's Clinical Coverage Decision Making (CCDM) guidelines;
- pharmacy guidelines (developed by the national Pharmacy & Therapeutics Committee); and
- local review criteria developed in response to member and network needs and characteristics.

The criteria are reviewed and approved by the quality management committee.

Should you have any concerns about a utilization review determination, information regarding our grievance and appeals process, including the time frames in which grievances and appeals can be initiated by you and when they will be responded to by us, is described in the provision "When You Have a Concern or Complaint."

## What is Preadmission Certification and Continued Stay Review? (PAC/CSR)

Preadmission Certification/Continued Stay Review is a program designed to help you and your Dependents choose the most appropriate facility for your medical care and to avoid unnecessary or excessively long Hospital stays. Any request for a nonemergency Hospital stay must be approved before you are admitted. As a part of the precertification process, CG will determine an appropriate length of your Hospital stay. If you choose to stay beyond this approved length of stay, you must obtain an approval. Remember, your Physician will handle PAC/CSR for you. If you use a non-Participating Provider, you are responsible for having your Hospital stay precertified.

## Who is Responsible for Obtaining PAC/CSR?

If you use Participating Providers, your Physician will initiate PAC/CSR by contacting CG. For services received from non-Participating Providers, you will have to call Member Services at the toll-free number on the back of your ID card to initiate the review. If you do not comply with the Preadmission Certification procedure, your coverage may be reduced.

**To determine the status of or outcome of PAC/CSR, call Member Services at the toll-free number on the back of your ID Card.**

## Commitment to Quality

One of our goals is to work with Participating Physicians to provide you with access to quality care and programs. The CIGNA HealthCare quality management program is based on industry standards and objective measures that help us evaluate the quality of care and services insureds receive. The program also helps us better focus our improvement efforts.

CIGNA00000397


**CIGNA HealthCare**

The program allows for input from our insureds and providers on:

- credentialing process for qualified physicians
- ongoing assessment of clinical activities and services
- utilization management activities and programs

Our quality committee evaluates the findings to identify improvement opportunities and efficiently monitor change.

You may participate in developing plan policy. You may do so by writing or calling us with your opinions, ideas and thoughts at the address or telephone number on your ID card. Additionally, your participation in periodic plan surveys gives direct feedback on performance and policy developments.

Each year, we evaluate our program to determine our success and identify opportunities for further improvement to focus on for the following year. For information on the CIGNA HealthCare quality management program and/or the annual program evaluation, please call the number on your ID card.

GM6000 PAC15                                                      V1

## Certification Requirements - Out-of-Network

**For You and Your Dependents**

**Pre-Admission Certification/Continued Stay Review for Hospital Confinement**

Pre-Admission Certification (PAC) and Continued Stay Review (CSR) refer to the process used to certify the Medical Necessity and length of a Hospital Confinement when you or your Dependent require treatment in a Hospital:

- as a registered bed patient;
- for a Partial Hospitalization for the treatment of Mental Health or Substance Abuse;
- for Mental Health or Substance Abuse Residential Treatment Services.

You or your Dependent should request PAC prior to any non-emergency treatment in a Hospital described above. In the case of an emergency admission, you should contact the Review Organization within 48 hours after the admission. For an admission due to pregnancy, you should call the Review Organization by the end of the third month of pregnancy. CSR should be requested, prior to the end of the certified length of stay, for continued Hospital Confinement.

Covered Expenses incurred will be reduced by 50% for Hospital charges made for each separate admission to the Hospital:

- unless PAC is received: (a) prior to the date of admission; or (b) in the case of an emergency admission, within 48 hours after the date of admission.

Covered Expenses incurred for which benefits would otherwise be payable under this plan for the charges listed below will not include: Hospital charges for Bed and Board, for treatment listed above for which PAC was performed, which are made for any day in excess of the number of days certified through PAC or CSR; and

- any Hospital charges for treatment listed above for which PAC was requested, but which was not certified as Medically Necessary.

GM6000 PAC1                                                      V37

PAC and CSR are performed through a utilization review program by a Review Organization with which CG has contracted.

In any case, those expenses incurred for which payment is excluded by the terms set forth above will not be considered as expenses incurred for the purpose of any other part of this plan, except for the "Coordination of Benefits" section.

GM6000 PAC2                                                      V9

## Outpatient Certification Requirements - Out-of-Network

**Outpatient Certification refers to the process used to certify the Medical Necessity of the outpatient diagnostic testing and outpatient procedures listed in this section when performed as an outpatient in a Free-standing Surgical Facility, Other Health Care Facility or a Physician's office. You or your Dependent should call the toll-free number on the back of your I.D. card prior to receiving any of the listed outpatient diagnostic tests or procedures. Outpatient Certification is performed through a utilization review program by a Review Organization with which CG has contracted. Outpatient Certification should only be requested for nonemergency procedures or services, and should be requested by you or your Dependent at least four working days (Monday through Friday) prior to having the procedure performed or the service rendered.**

Covered Expenses incurred will be reduced by 50% for charges made for any outpatient diagnostic testing or procedure performed unless Outpatient Certification is received prior to the date the testing or procedure is performed.

Covered Expenses incurred **will not include expenses incurred** for charges made for outpatient diagnostic testing or procedures for which Outpatient Certification was performed, but, which was not certified as Medically Necessary.

CIGNA00000398



In any case, those expenses incurred for which payment is excluded by the terms set forth above will not be considered as expenses incurred for the purpose of any other part of this plan, except for the "Coordination of Benefits" section.

**Diagnostic Testing and Outpatient Procedures**

- Skin Removal or Enhancement
- Lipectomy
- Breast Reduction/Breast Enlargement
- Gynecomastia
- Hysterectomy
- Back/Spine
- Gastric Bypass
- Oral/TMJ
- Treatment of Vericose Veins
- Eye, Ear and Nose Procedures
- Erectile Dysfunction
- Uvulopalatopharyngoplasty
- MRI, CT and PET Scans
- Genetic Testing
- Acupuncture
- Biofeedback

GM6000 SC1 PAC4                                               OCR8V8

## Prior Authorization/Pre-Authorized

The term Prior Authorization means the approval that a Participating Provider must receive from the Review Organization, prior to services being rendered, in order for certain services and benefits to be covered under this policy.

Services that require Prior Authorization include, but are not limited to:

- inpatient Hospital services;
- inpatient services at any participating Other Health Care Facility;
- residential treatment;
- outpatient facility services;
- intensive outpatient programs;
- advanced radiological imaging;
- nonemergency ambulance; or
- transplant services.

GM6000 05BPT16                                               V14

## Continuity of Care

If a Participating Physician is no longer in the network for reasons other than quality of care or fraud, coverage may be continued with that provider, as follows: (a) if a pregnant woman is in her second or third trimester of pregnancy, coverage will continue through the first post partum visit; (b) if terminally ill, coverage will continue until the insured's death.

If you are newly eligible for insurance, coverage may be continued with a non-Participating Provider at the Participating Provider benefit level for up to 30 days after the effective date of your coverage if: (a) your Employer only offers you a choice of health benefit plans in which your Physician is not a Participating Provider; and (b) you have an ongoing course of treatment with the non-Participating Provider. With respect to a pregnant woman in the second or third trimester of pregnancy, coverage may be continued with a non-Participating Provider at the Participating Provider benefit level through the first postpartum visit. With respect to a terminally ill insured, coverage may be continued with a non-Participating Provider at the Participating Provider benefit level until the insured's death.

However, CG may condition coverage of such continued treatment through a non-Participating Provider for any of the reasons state above upon the provider's agreeing: (a) to accept reimbursement at the rates applicable prior to disenrollment as payment in full and without imposing cost sharing for the insured in an amount that would exceed the cost sharing that would have been imposed had the provider not disenrolled; (b) to adhere to CG's quality assurance standards and to provide CG with necessary medical information related to the care provided; and (c) to adhere to CG's policies and procedures, including procedures regarding referrals, obtaining prior authorization, and providing services pursuant to a treatment plan, if any, approved by CG.

GM6000 FLX336                                               V2

## Covered Expenses

The term Covered Expenses means the expenses incurred by or on behalf of a person for the charges listed below if they are incurred after he becomes insured for these benefits. Expenses incurred for such charges are considered Covered Expenses to the extent that the services or supplies provided are recommended by a Physician, and are Medically Necessary for the care and treatment of an Injury or a Sickness, as determined by CG. **Any applicable Copayments, Deductibles or limits are shown in The Schedule.**

CIGNA00000399


CIGNA HealthCare

**Covered Expenses**

- charges made by a Hospital, on its own behalf, for Bed and Board and other Necessary Services and Supplies; except that for any day of Hospital Confinement, Covered Expenses will not include that portion of charges for Bed and Board which is more than the Bed and Board Limit shown in The Schedule.

- charges for licensed ambulance service to or from the nearest Hospital where the needed medical care and treatment can be provided.

- charges made by a Hospital, on its own behalf, for medical care and treatment received as an outpatient.

- charges made by a Free-Standing Surgical Facility, on its own behalf for medical care and treatment.

- charges made on its own behalf, by an Other Health Care Facility, including a Skilled Nursing Facility, a Rehabilitation Hospital or a subacute facility for medical care and treatment; except that for any day of Other Health Care Facility confinement, Covered Expenses will not include that portion of charges which are in excess of the Other Health Care Facility Daily Limit shown in The Schedule.

- charges made for Emergency Services and Urgent Care.

- charges made by a Physician or a Psychologist for professional services.

- charges made by a Nurse, other than a member of your family or your Dependent's family, for professional nursing service.

- Speech therapy is covered for all conditions that are both restorative and non-restorative in nature.

GM6000 CM5                                    FLX107V126 M

- charges made for anesthetics and their administration; diagnostic x-ray and laboratory examinations; x-ray, radium, and radioactive isotope treatment; chemotherapy; blood transfusions; oxygen and other gases and their administration.

- surgical or nonsurgical treatment of TMJ dysfunction (includes MORA device).

GM6000 CM6                                    FLX108V748 M

- charges made for an annual Papanicolaou laboratory screening test.

- charges made for an annual prostate-specific antigen test (PSA).

- charges for appropriate counseling, medical services connected with surgical therapies, including vasectomy and tubal ligation.

- charges made for laboratory services, radiation therapy and other diagnostic and therapeutic radiological procedures.

- charges made for Family Planning, including medical history, physical exam, related laboratory tests, medical supervision in accordance with generally accepted medical practices, other medical services, information and counseling on contraception, implanted/injected contraceptives; after appropriate counseling, medical services connected with surgical therapies, tubal ligations and vasectomies.

- office visits, tests and counseling for Family Planning services are subject to the Preventive Care Maximum shown in the Schedule.

- charges made for Routine Preventive Care from age 6 including immunizations, not to exceed the maximum shown in the Schedule. Routine Preventive Care means health care assessments, wellness visits and any related services.

GM6000 CM6                                    FLX108V749

- orthognathic surgery to repair or correct a severe facial deformity or disfigurement that orthodontics alone can not correct, provided:

  - the deformity or disfigurement is accompanied by a documented clinically significant functional impairment, and there is a reasonable expectation that the procedure will result in meaningful functional improvement; or

  - the orthognathic surgery is Medically Necessary as a result of tumor, trauma, disease or;

  - the orthognathic surgery is performed prior to age 19 and is required as a result of severe congenital facial deformity or congenital condition.

Repeat or subsequent orthognathic surgeries for the same condition are covered only when the previous orthognathic surgery met the above requirements, and there is a high probability of significant additional improvement as determined by the utilization review Physician.

GM6000 06BNR10

CIGNA00000000400



CIGNA HealthCare

**Genetic Testing**

- charges made for genetic testing that uses a proven testing method for the identification of genetically-linked inheritable disease. Genetic testing is covered only if:
  - a person has symptoms or signs of a genetically-linked inheritable disease;
  - it has been determined that a person is at risk for carrier status as supported by existing peer-reviewed, evidence-based, scientific literature for the development of a genetically-linked inheritable disease when the results will impact clinical outcome; or

GM6000 05BPT1                                                                 V1

- the therapeutic purpose is to identify specific genetic mutation that has been demonstrated in the existing peer-reviewed, evidence-based, scientific literature to directly impact treatment options.

Pre-implantation genetic testing, genetic diagnosis prior to embryo transfer, is covered when either parent has an inherited disease or is a documented carrier of a genetically-linked inheritable disease.

Genetic counseling is covered if a person is undergoing approved genetic testing, or if a person has an inherited disease and is a potential candidate for genetic testing. Genetic counseling is limited to 3 visits per calendar year for both pre- and postgenetic testing.

**Nutritional Evaluation**

- charges made for nutritional evaluation and counseling when diet is a part of the medical management of a documented organic disease.

**Internal Prosthetic/Medical Appliances**

- charges made for internal prosthetic/medical appliances that provide permanent or temporary internal functional supports for nonfunctional body parts are covered. Medically Necessary repair, maintenance or replacement of a covered appliance is also covered.

GM6000 05BPT2                                                                 V1

- charges made for or in connection with the treatment of metastatic breast cancer by autologous bone marrow transplants provided the treatment follows the guidelines reviewed and approved by the National Cancer Institute.
- charges for a scalp hair prosthesis worn for hair loss due to the treatment of any form of cancer or leukemia, provided that a Physician verifies in writing that the scalp hair

prosthesis is medically necessary. Benefits payable will not exceed $500 per year.

- charges for a newborn hearing screening test performed before the newborn is discharged from the Hospital or birthing center.
- charges made for screening for lead poisoning of a Dependent child from birth until 6 years of age.
- charges made for or in connection with mammograms for breast cancer screening, not to exceed: (a) one baseline mammogram for women age 35 but less than 40, and (b) a mammogram annually for women age 40 and over.
- charges for medically necessary diagnosis and treatment of speech, hearing and language disorders by individuals licensed as speech-language pathologists or audiologists, if such services are rendered within the lawful scope of practice for such practitioners, regardless of whether the services are provided in a Hospital, clinic or private office, and if such coverage does not extend to the diagnosis or treatment of speech, hearing and language disorders in a school-based setting.
- charges for pediatric specialty care, including mental health care by persons with recognized expertise in specialty pediatrics.
- charges for treatment of an Injury or Sickness of an eligible newborn or adopted child, including the necessary care and treatment of medically-diagnosed congenital defects and birth abnormalities or premature birth.
- charges for a minimum of 48 hours of inpatient care following a vaginal delivery and a minimum of 96 hours of inpatient care following a caesarean section for a mother and her newborn child. Any decision to shorten such minimum coverage will be made in accordance with rules and regulations promulgated by the Massachusetts Department of Public Health relative to early discharge (less than 48 hours for a vaginal delivery and 96 hours for a caesarean delivery) and postdelivery care, including but not limited to: home visits; parent education; assistance and training in breast or bottle feeding; and the performance of any necessary and appropriate clinical tests. The first home visit may be conducted by a registered nurse, Physician or certified nurse-midwife. Any subsequent home visit determined to be clinically necessary must be provided by a licensed health care provider.

GM6000 CM5                                                       INDEM145V26M

- charges made for or in connection with a drug, and its administration, that has been prescribed for the treatment of HIV/AIDS for which the use of such drug has not been approved by the Food and Drug Administration (FDA) for

CIGNA00000401


**CIGNA HealthCare**

that indication. Such drug must be covered, provided it is recognized for treatment of HIV/AIDS by one of the following: American Medical Association Drug Evaluations; American Hospital Formulary Service Drug Information; United States Pharmacopeia Drug Information; peer-reviewed medical literature; or the Commissioner of Insurance, Commonwealth of Massachusetts.

- charges made for or in connection with a drug, and its administration, that has been prescribed for the treatment of cancer for which the use of such drug has not been approved by the Food and Drug Administration (FDA) for that indication. Such drug must be covered, provided it is recognized for treatment of cancer by one of the following: American Medical Association Drug Evaluations; American Hospital Formulary Service Drug Information; United States Pharmacopeia Drug Information; peer-reviewed medical literature; or the Commissioner of Insurance, Commonwealth of Massachusetts.

- charges made for hormone replacement therapy services for peri- and postmenopausal women and for outpatient contraceptive drugs or devices which have been approved by the Food and Drug Administration (FDA), under the same terms and conditions as for other outpatient prescription drugs and devices.

GM6000 CM6                                                                    INDEM146V19

- Charges for the diagnosis and treatment of autism spectrum disorder. Autism spectrum disorders are any of the pervasive developmental disorders as defined in the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders. These disorders include: autistic disorder; Asperger's disorder; and pervasive developmental disorders not otherwise specified.

Diagnosis includes the following: Medically Necessary assessments; evaluations, including neuropsychological evaluations; genetic testing; or other tests to diagnose whether an insured has one of the autism spectrum disorders.

Treatment includes the following care when prescribed, provided or ordered by a licensed physician or licensed psychologist who determines the care to be Medically Necessary: Habilitative or Rehabilitative; pharmacy; Psychiatric; Psychological; and therapeutic.

Habilitative or Rehabilitative care means professional counseling and guidance services and treatment programs, including, but not limited to, applied behavior analysis supervised by a board certified behavior analyst, that are necessary to develop, maintain and restore, to the maximum extent practicable, the functioning of an individual. Applied behavior analysis includes the design, implementation and

evaluation of environmental modifications, using behavioral stimuli and consequences, to produce socially significant improvement in human behavior, including the use of direct observation, measurement and functional analysis of the relationship between environment and behavior.

Psychiatric care means direct or consultative services provided by a psychiatrist licensed in the state in which the psychiatrist practices.

Psychological care means direct or consultative services provided by a psychologist licensed in the state in which the psychologist practices.

Therapeutic care includes services provided by licensed or certified speech therapists, occupational therapists, physical therapists or social workers.

Pharmacy care is included to the same extent that such care is provided by the policy for other medical conditions.

The guidelines used by the insurance company to determine if coverage for the diagnosis and treatment of autism spectrum disorder is Medically Necessary will be:

- developed with input from practicing physicians in the insurer's service area;

- developed in accordance with the standards adopted by national accreditation organizations;

- updated at least biennially or more often as new treatments, applications and technologies are adopted as generally accepted professional medical practice; and

- evidence-based, if practicable.

In applying such guidelines, the insurer will consider the individual health care needs of the insured.

Benefits are payable on the same basis as for the diagnosis and treatment of other physical conditions. No annual or lifetime visit or dollar limits apply to the diagnosis and treatment of autism spectrum disorder.

No coverage is provided for services to an individual under: an individualized family service plan; an individualized education program; an individualized service plan; or for services related to autism spectrum disorder provided by school personnel under an individualized education program.

GM6000 RAUT2011                                                              INDEM306

- charges made for nonprescription enteral formulas to treat malabsorption caused by Crohn's disease or ulcerative colitis, gastroesophageal reflux, gastrointestinal motility, chronic intestinal pseudo-obstruction, and inherited disorders of amino and organic acid metabolism. Foods modified to be low protein for use by a person with

CIGNA00000402



**CIGNA HealthCare**

disorders of amino and organic acid metabolism are covered to a maximum of $5,000 per Calendar Year.

- charges made for cardiac rehabilitation, according to standards developed by the Massachusetts Department of Public Health. Cardiac rehabilitation means a multidisciplinary, medically necessary treatment of persons with documented cardiovascular disease, provided in either a Hospital or other setting and meeting standards set forth by the Massachusetts Commissioner of Public Health.

GM6000 CM40
GM6000 CM41
GM6000 R 6                                                    INDEM147V12

- The following benefits will apply to insulin and noninsulin dependent diabetics as well as covered individuals who have elevated blood sugar levels due to pregnancy or other medical conditions:

  - charges for pumps and supplies;

  - charges for Durable Medical Equipment, including blood glucose monitors, voice synthesizers, and visual magnifying aids for the legally blind;

  - charges for therapeutic/molded shoes and shoe inserts when certified by the treating Physician, prescribed by a podiatrist or other qualified provider and furnished by a podiatrist, orthotist, prosthetist or pedorthist;

  - charges for laboratory tests including glycosylated hemoglobin or HbAlc and urinary protein/microalbumin and lipid profiles;

  - charges for self-management training and education including medical nutrition therapy when provided by a certified diabetes health care provider.

- coverage for the cost of HLAT or histocompatibility locus antigen testing that is necessary to establish bone marrow transplant donor suitability. Coverage includes the cost of testing for A, B, or DR antigens, or any combination thereof, consistent with rules, regulations, and criteria established by the department of public health.

GM6000 CM6                                                    INDEM148V14

In addition, Covered Expenses will include expenses incurred at any of the Approximate Intervals shown below for a Dependent child who is age 5 or less for charges made for Child Preventive Care Services consisting of the following services delivered or supervised by a Physician, in keeping with prevailing medical standards:

- a history; physical examination; development assessment; anticipatory guidance; and appropriate immunizations and laboratory tests;

- measurements; sensory screening; neuropsychiatric evaluation; hereditary and metabolic screening at birth; TB test; hematocrit; other appropriate blood tests and urinalysis; special medical formulas approved by the Commissioner of Public Health, prescribed by a Physician, and medically necessary for treatment of PKU, tyrosinemia, homocystinuria, maple syrup urine disease, and propionic acidemia or methylmalonic acidemia in infants and children or medically necessary to protect the unborn fetuses of pregnant women with PKU.

excluding any charges for:

- more than one visit to one provider for Child Preventive Care Services at each of the Approximate Intervals up to a total of 12 visits for each Dependent child;

- services for which benefits are otherwise provided under this Medical Benefits section;

- services for which benefits are not payable according to the Expenses Not Covered section.

Approximate Intervals are:

- six times during the first year of life;

- three times during the second year of life;

- annually each year thereafter through the fifth year of life.

Covered Expenses will also include expenses incurred for Dependent children from birth until the child's third birthday for Early Intervention Services, to include: occupational, physical and speech therapy, nursing care and psychological counseling.

These services must be delivered by certified early intervention specialists, as defined by the early intervention operational standards by the Massachusetts Department of Public Health and in accordance with applicable certification requirements.

GM6000 CM6                                                    INDEM149V9

CIGNA00000403


**CIGNA HealthCare**

**Cancer Clinical Services**

Clinical Trial is defined to be a qualified clinical trial if it meets the following conditions:

- the clinical trial is to treat cancer;
- the clinical trial has been peer reviewed and approved by one of the following:
  - United States National Institutes of Health;
  - a cooperative group or center of the National Institutes of Health;
  - a qualified nongovernmental research entity identified in guidelines issued by the National Institutes of Health for center support grants;
  - the United States Food and Drug Administration pursuant to an investigational new drug exemption;
  - the United States Departments of Defense or Veterans Affairs; or
  - with respect to Phase II, III and IV clinical trials only, a qualified institutional review board.
- the facility and personnel conducting the clinical trials are capable of doing so by virtue of their experience and training, and treat a sufficient volume of patients to maintain that experience;
- with respect to Phase I clinical trials, the facility shall be an academic medical center or an affiliated facility and the clinicians conducting the trial shall have staff privileges at said academic  medical center;
- the patient meets the patient selection criteria enunciated in the study protocol for participation in the clinical trial;
- the patient has provided informed consent for participation in the clinical trial in a manner that is consistent with current legal and ethical standards;
- the available clinical or preclinical data provided a medical benefit that is commensurate with the risks of participation in clinical trials;
- the clinical trial does not unjustifiably duplicate existing studies; and
- the clinical trial must have a therapeutic intent and must, to some extent, assume the effect of the intervention on the patient.

Coverage for qualified trials shall be subject to all the other terms and conditions of the policy, including, but not limited to, requiring the use of participating providers, provisions related to utilization review and the applicable agreement between the provider and the carrier.

**Covered Patient Care Services**

Patient Care Services is defined as a health care item or service that is furnished to an individual enrolled in a qualified clinical trial which is consistent with the usual and customary standard of care for someone with the patient's diagnosis, is consistent with the study protocol for the clinical trial, and would be covered if the patient did not participate in the clinical trial.

Patient care service furnished pursuant to qualified clinical trials to the same extent as they would be covered and reimbursed if the patient did not receive care in a qualified clinical trial.

GM6000 INDEM191

**Home Health Services**

- charges made for Home Health Services when you: (a) require skilled care; (b) are unable to obtain the required care as an ambulatory outpatient; and (c) do not require confinement in a Hospital or Other Health Care Facility.

Home Health Services are provided only if CG has determined that the home is a medically appropriate setting. If you are a minor or an adult who is dependent upon others for nonskilled care and/or custodial services (e.g., bathing, eating, toileting), Home Health Services will be provided for you only during times when there is a family member or care giver present in the home to meet your nonskilled care and/or custodial services needs.

Home Health Services are those skilled health care services that can be provided during visits by Other Health Care Professionals, including, but not limited to, nursing, physical therapy, occupational therapy, speech therapy, medical social work, nutritional consultation, the services of a home health aide and the use of durable medical equipment and supplies if Medically Necessary. The services of a home health aide are covered when rendered in direct support of skilled health care services provided by Other Health Care Professionals. Necessary consumable medical supplies and home infusion therapy administered or used by Other Health Care Professionals in providing Home Health Services are covered. Home Health Services do not include services by a person who is a member of your family or your Dependent's family or who normally resides in your house or your Dependent's house even if that person is an Other Health Care Professional. Skilled nursing services or private duty nursing services provided in the home are subject to the Home Health Services benefit terms and conditions.

GM6000 05BPT110                                                    V1

CIGNA00000404



**CIGNA HealthCare**

---

**Hospice Care Services**

- charges made for a person who has been diagnosed as having six months or fewer to live, due to Terminal Illness, for the following Hospice Care Services provided under a Hospice Care Program:

  - by a Hospice Facility for Bed and Board and Services and Supplies;

  - by a Hospice Facility for services provided on an outpatient basis;

  - by a Physician for professional services;

  - by a Psychologist, social worker, family counselor or ordained minister for individual and family counseling;

  - for pain relief treatment, including drugs, medicines and medical supplies;

  - by an Other Health Care Facility for:

    - part-time or intermittent nursing care by or under the supervision of a Nurse;

    - part-time or intermittent services of an Other Health Care Professional;

GM6000 CM34                                              FLX124V38

  - physical, occupational and speech therapy;

  - medical supplies; drugs and medicines lawfully dispensed only on the written prescription of a Physician; and laboratory services; but only to the extent such charges would have been payable under the policy if the person had remained or been Confined in a Hospital or Hospice Facility.

The following charges for Hospice Care Services are not included as Covered Expenses:

- for the services of a person who is a member of your family or your Dependent's family or who normally resides in your house or your Dependent's house;

- for any period when you or your Dependent is not under the care of a Physician;

- for services or supplies not listed in the Hospice Care Program;

- for any curative or life-prolonging procedures;

- to the extent that any other benefits are payable for those expenses under the policy;

- for services or supplies that are primarily to aid you or your Dependent in daily living;

GM6000 CM35                                              FLX124V27

**Mental Health and Substance Abuse Services**

**Mental Health Services** are services that are required to treat a disorder that impairs the behavior, emotional reaction or thought processes. Coverage for Mental Health Services includes treatment for the following:

- Biologically-based mental disorders as described in the most recent edition of the Diagnostic and Statistical Manual of the American Psychiatric Association (the DSM); specifically schizophrenia, schizoaffective disorder, major depressive disorder, bipolar disorder, paranoia and other psychotic disorders, obsessive-compulsive disorder, panic disorder, delirium and dementia, affective disorders, eating disorders, post traumatic stress disorder, Substance Abuse disorders, autism and any biologically-based mental disorders appearing in the DSM that are scientifically recognized and approved by the commissioner of the Massachusetts Department of Mental Health in consultation with the commissioner of the Massachusetts Division of Insurance.

- Rape-related mental or emotional disorders for victims of a rape or victims of an assault with intent to commit rape, whenever the costs of such diagnosis and treatment exceed the maximum compensation awarded to such victims.

- Nonbiologically-based mental, behavioral or emotional disorders, as described in the most recent edition of the DSM, that substantially interferes with or substantially limits the functioning and social interactions of children and adolescents under age 19. The interference or limitation must either be: (a) documented by, and the referral for such diagnosis and treatment must be made by, the child or adolescent's Primary Care Physician, primary pediatrician or a licensed mental health professional; or (b) evidenced by conduct, including but not limited to, an inability to attend school as a result of the disorder; the need to hospitalize the child or adolescent as a result of the disorder; or a pattern of conduct or behavior caused by the disorder which poses a threat to the child or adolescent or to others. Benefits for treatment will continue beyond the adolescent's 19th birthday, if the adolescent is engaged in an ongoing course of treatment, until the course of treatment is completed, so long as this health benefits plan remains in effect. Ongoing treatment, if not completed, will also be covered under any subsequent health benefit plan in effect.

- All other mental disorders not otherwise previously provided for, which are described in the most recent edition of the DSM.

Psychopharmacological services and neuropsychological assessment services are covered on the same basis as services for any other Sickness.

In determining benefits payable, charges made for the treatment of biologically-based mental disorders, rape-related

---

CIGNA00000405



mental or emotional disorders for victims of a rape or victims of an assault with intent to commit rape, or nonbiologically-based mental, behavioral or emotional disorders of children or adolescents under age 19 are not considered Mental Health Services but are payable on the same basis as for any other Sickness.

**Substance Abuse** is considered a biologically-based mental disorder as described in the most recent edition of the Diagnostic and Statistical Manual of the American Psychiatric Association (the DSM).

**Inpatient Mental Health Services**

Services that are provided by a Hospital while you or your Dependent is Confined in a general Hospital, a facility under the direction of the Department of Mental Health, a private mental Hospital licensed by the Department of Mental Health, or a substance abuse facility licensed by the Department of Public Health, for the treatment and evaluation of Mental Health. Inpatient Mental Health Services include Partial Hospitalization, Mental Health Acute Residential Treatment Services, Level III community-based detoxification, and day treatment and crisis stabilization licensed or approved by the Department of Public Health or Mental Health.

Inpatient Mental Health services are exchangeable with **Partial Hospitalization** sessions with two Partial Hospitalization sessions equal to one day of inpatient care.

**Mental Health Residential Treatment Center** means an institution which (a) specializes in the treatment of psychological and social disturbances that are the result of Mental Health conditions; (b) provides a subacute, structured, psychotherapeutic treatment program, under the supervision of Physicians; (c) provides 24-hour care, in which a person lives in an open setting, and (d) is licensed in accordance with the laws of the appropriate legally authorized agency as a residential treatment center.

A person is considered confined in a Mental Health Residential Treatment Center when she/he is a registered bed patient in a Mental Health Residential Treatment Center upon the recommendation of a Physician.

**Outpatient Mental Health Services**

Services of Providers who are qualified to treat Mental Health when treatment is provided on an outpatient basis, while you or your Dependent is not Confined in a Hospital, in a licensed Hospital, a mental health or substance abuse clinic licensed by the Department of Public Health, a public community mental health center, a professional office, or home-based services, and is provided in an individual, group or Mental Health Intensive Outpatient Therapy Program when services are rendered by one of the following: a Physician who specializes in the practice of Psychiatry; a Psychotherapist; a Psychologist; a licensed independent clinical social worker; a mental health counselor; or a licensed nurse mental health

clinical specialist. Covered services include, but are not limited to, outpatient treatment of conditions such as: anxiety or depression which interfere with daily functioning; emotional adjustment or concerns related to chronic conditions, such as psychosis or depression; emotional reactions associated with marital problems or divorce; child/adolescent problems of conduct or poor impulse control; affective disorders; suicidal or homicidal threats or acts; eating disorders; or acute exacerbation of chronic mental health conditions (crisis intervention and relapse prevention) and outpatient testing and assessment.

A Mental Health Intensive Outpatient Therapy Program consists of distinct levels or phases of treatment that are provided by a certified/licensed Mental Health program. Intensive Outpatient Therapy Programs provide a combination of individual, family and/or group therapy in a day, totaling nine or more hours in a week. Mental Health Intensive Outpatient Therapy Program services are exchanged with Outpatient Mental Health services at a rate of one visit of Mental Health Intensive Outpatient Therapy being equal to one visit of Outpatient Mental Health Services.

**Exclusions**

The following are specifically excluded from Mental Health and Substance Abuse Services:

- any court ordered treatment or therapy, or any treatment or therapy ordered as a condition of parole, probation or custody or visitation evaluations unless Medically Necessary and otherwise covered under this policy or agreement.

- treatment of disorders which have been diagnosed as organic mental disorders associated with permanent dysfunction of the brain.

- developmental disorders, including but not limited to, developmental reading disorders, developmental arithmetic disorders, developmental language disorders or developmental articulation disorders.

- counseling for activities of an educational nature.

- counseling for borderline intellectual functioning.

- counseling for occupational problems.

- counseling related to consciousness raising.

- vocational or religious counseling.

- I.Q. testing.

- custodial care, including but not limited to geriatric day care.

- psychological testing on children requested by or for a school system.

CIGNA00000406



CIGNA HealthCare

_____

- occupational/recreational therapy programs even if combined with supportive therapy for age-related cognitive decline.

GM6000 INDEM9                                    V70

## Durable Medical Equipment

- charges made for purchase or rental of Durable Medical Equipment that is provided by a vendor approved by CG for use outside a Hospital or Other Health Care Facility. Coverage for repair, replacement or duplicate equipment is provided only when required due to anatomical change and/or reasonable wear and tear. All maintenance and repairs that result from a person's misuse are the person's responsibility. Coverage for Durable Medical Equipment is limited to the lowest-cost alternative as determined by the utilization review Physician.

Durable Medical Equipment is defined as items which are designed for and able to withstand repeated use by more than one person; customarily serve a medical purpose; generally are not useful in the absence of Injury or Sickness; are appropriate for use in the home; and are not disposable. Such equipment includes, but is not limited to, crutches, hospital beds, respirators, wheel chairs, and dialysis machines.

Durable Medical Equipment items that are not covered include but are not limited to those that are listed below:

- **Bed Related Items:** bed trays, over the bed tables, bed wedges, pillows, custom bedroom equipment, mattresses, including nonpower mattresses, custom mattresses ad posturepedic mattresses.

- **Bath Related Items:** bath lifts, nonportable whirlpools, bathtub rails, toilet rails, raised toilet seats, bath benches, bath stools, hand held showers, paraffin baths, bath mats, and spas.

- **Chairs, Lifts and Standing Devices:** computerized or gyroscopic mobility systems, roll about chairs, geriatric chairs, hip chairs, seat lifts (mechanical or motorized), patient lifts (mechanical or motorized – manual hydraulic lifts are covered if patient is two-person transfer), and auto tilt chairs.

- **Fixtures to Real Property:** ceiling lifts and wheelchair ramps.

- **Car/van modifications**.

- **Air Quality Items:** room humidifiers, vaporizers, air purifiers and electrostatic machines.

- **Blood/Injection Related Items:** blood pressure cuffs, centrifuges, nova pens and needleless injectors.

- **Other Equipment:** heat lamps, heating pads, cryounits, cryotherapy machines, electronic-controlled therapy units, ultraviolet cabinets, sheepskin pads and boots, postural drainage board, AC/DC adaptors, enuresis alarms, magnetic equipment, scales (baby and adult), stair gliders, elevators, saunas, any exercise equipment and diathermy machines.

GM6000 05BPT3                                    V1

## External Prosthetic Appliances and Devices

- Charges made or ordered by a Physician for the initial purchase and fitting of external prosthetic appliances and devices available only by prescription and necessary for the alleviation or correction of Injury, Sickness or congenital defect. Coverage for External Prosthetic Appliances is limited to the lowest cost alternative as determined by the utilization review Physician.

External prosthetic appliances and devices shall include prostheses/prosthetic appliances and devices, orthoses and orthotic devices; braces; and splints.

### Prostheses/Prosthetic Appliances and Devices

Prostheses/prosthetic appliances and devices are defined as fabricated replacements for missing body parts. Prostheses/prosthetic appliances and devices include, but are not limited to:

- basic limb prostheses;
- terminal devices such as hands or hooks; and
- speech prostheses.

### Orthoses and Orthotic Devices

Orthoses and orthotic devices are defined as orthopedic appliances or apparatuses used to support, align, prevent or correct deformities. Coverage is provide for custom foot orthoses and other orthoses as follows:

- Nonfoot orthoses – only the following nonfoot orthoses are covered:
  - rigid and semirigid custom fabricated orthoses,
  - semirigid prefabricated and flexible orthoses; and
  - rigid prefabricated orthoses including preparation, fitting and basic additions, such as bars and joints.
- Custom foot orthoses – custom foot orthoses are only covered as follows:
  - for persons with impaired peripheral sensation and/or altered peripheral circulation (e.g. diabetic neuropathy and peripheral vascular disease);
  - when the foot orthosis is an integral part of a leg brace and it is necessary for the proper functioning of the brace;
  - when the foot orthosis is for use as a replacement or substitute for missing parts of the foot (e.g. amputated

CIGNA00000407



**CIGNA HealthCare**

toes) and is necessary for the alleviation or correction of Injury, Sickness or congenital defect;

- for persons with neurologic or neuromuscular condition (e.g. cerebral palsy, hemiplegia, spina bifida) producing spasticity, malalignment, or pathological positioning of the foot and there is reasonable expectation of improvement; and

- therapeutic molded shoes and shoe inserts, in connection with a diabetic treatment plan.

GM6000 06BNR5                                                          V2

The following are specifically excluded orthoses and orthotic devices:

- prefabricated foot orthoses;

- cranial banding and/or cranial orthoses. Other similar devices are excluded except when used postoperatively for synostotic plagiocephaly. When used for this indication, the cranial orthosis will be subject to the limitations and maximums of the External Prosthetic Appliances and Devices benefit;

- orthosis shoes, shoe additions, procedures for foot orthopedic shoes, shoe modifications and transfers;

- orthoses primarily used for cosmetic rather than functional reasons; and

- orthoses primarily for improved athletic performance or sports participation.

**Braces**

A Brace is defined as an orthosis or orthopedic appliance that supports or holds in correct position any movable part of the body and that allows for motion of that part.

The following braces are specifically excluded: Copes scoliosis braces.

**Splints**

A Splint is defined as an appliance for preventing movement of a joint or for the fixation of displaced or movable parts.

Coverage for replacement of external prosthetic appliances and devices is limited to the following:

- replacement due to regular wear. Replacement for damage due to abuse or misuse by the person will not be covered.

- Replacement will be provided when anatomic change has rendered the external prosthetic appliance or device ineffective. Anatomic change includes significant weight gain or loss, atrophy and/or growth.

- Coverage for replacement is limited as follows:

  - no more than once every 24 months for persons 19 years of age and older and

  - no more than once every 12 months for persons 18 years of age and under.

  - replacement due to a surgical alteration or revision of the site.

The following are specifically excluded external prosthetic appliances and devices:

- External and internal power enhancements or power controls for prosthetic limbs and terminal devices; and

- Myoelectric prostheses peripheral nerve stimulators.

**Scalp Hair Prostheses**

Scalp hair prosthesis worn for hair loss suffered as a result of the treatment of any form of cancer or leukemia, if such coverage is in accordance with a written statement by a Physician that the prosthesis is Medically Necessary.

GM6000 05BPT5                                                       V1 (2)

**Infertility Services**

- charges made for services related to diagnosis of infertility and treatment of infertility once a condition of infertility has been diagnosed. Services include, but are not limited to: infertility drugs, approved surgeries and other therapeutic procedures that have been demonstrated in existing peer-reviewed, evidence-based, scientific literature to have a reasonable likelihood of resulting in pregnancy; laboratory tests; sperm washing or preparation; artificial insemination; diagnostic evaluations; gamete intrafallopian transfer (GIFT); in vitro fertilization and embryo placement (IVF - EP); sperm, egg and/or inseminated egg procurement and processing, and banking of sperm or inseminated eggs, to the extent such costs are not covered by the donor's insurance (if any); intracytoplasmic sperm injection (ICSI) for the treatment of male factor infertility; zygote intrafallopian transfer (ZIFT); and the services of an embryologist.

Infertility is defined as the inability of opposite sex partners to achieve conception after one year of unprotected intercourse; or the inability of a woman to achieve conception after six trials of artificial insemination over a one-year period. This benefit includes diagnosis and treatment of both male and female infertility.

However, the following are specifically excluded infertility services:

- Reversal of male and female voluntary sterilization;

- Infertility services when the infertility is caused by or related to voluntary sterilization;

CIGNA00000408



CIGNA HealthCare

- Donor charges and services;
- Any experimental, investigational or unproven infertility procedures or therapies.

GM6000 05BPT6                                                    V3

**Short-Term Rehabilitative Therapy and Chiropractic Care Services**

- charges made for Short-term Rehabilitative Therapy that is part of a rehabilitative program, including physical, occupational, cognitive, osteopathic manipulative and pulmonary rehabilitation therapy, when provided in the most medically appropriate setting. Also included are services that are provided by a chiropractic Physician when provided in an outpatient setting. Services of a chiropractic Physician include the conservative management of acute neuromusculoskeletal conditions through manipulation and ancillary physiological treatment that is rendered to restore motion, reduce pain and improve function.

The following limitation applies to Short-term Rehabilitative Therapy and Chiropractic Care Services:

- Occupational therapy is provided only for purposes of enabling persons to perform the activities of daily living after an Injury or Sickness.

Short-term Rehabilitative Therapy and Chiropractic Care services that are not covered include but are not limited to:

- sensory integration therapy, group therapy; treatment of dyslexia;
- maintenance or preventive treatment consisting of routine, long term or non-Medically Necessary care provided to prevent recurrences or to maintain the patient's current status;

The following are specifically excluded from Chiropractic Care Services:

- Services of a chiropractor which are not within his scope of practice, as defined by state law;
- Vitamin therapy.

A separate Copayment will apply to the services provided by each provider.

GM6000 07BNR1                                              V4 M
GM6000 07BNR2

**Transplant Services**

- charges made for human organ and tissue Transplant services which include solid organ and bone marrow/stem

cell procedures at designated facilities throughout the United States or its territories. This coverage is subject to the following conditions and limitations.

Transplant services include the recipient's medical, surgical and Hospital services; inpatient immunosuppressive medications; and costs for organ or bone marrow/stem cell procurement. Transplant services are covered only if they are required to perform any of the following human to human organ or tissue transplants: allogeneic bone marrow/stem cell, autologous bone marrow/stem cell, cornea, heart, heart/lung, kidney, kidney/pancreas, liver, lung, pancreas or intestine which includes small bowel-liver or multi-visceral.

All Transplant services, other than cornea, are covered at 100% when received at CIGNA LIFESOURCE Transplant Network® facilities. Cornea transplants are not covered at CIGNA LIFESOURCE Transplant Network® facilities. Transplant services, including cornea, received at participating facilities specifically contracted with CIGNA for those Transplant services, other than CIGNA LIFESOURCE Transplant Network® facilities, are payable at the In-Network level. Transplant services received at any other facilities, including Non-Participating Providers and Participating Providers not specifically contracted with CIGNA for Transplant services, are covered at the Out-of-Network level.

Coverage for organ procurement costs are limited to costs directly related to the procurement of an organ, from a cadaver or a live donor. Organ procurement costs shall consist of surgery necessary for organ removal, organ transportation and the transportation, hospitalization and surgery of a live donor. Compatibility testing undertaken prior to procurement is covered if Medically Necessary. Costs related to the search for, and identification of a bone marrow or stem cell donor for an allogeneic transplant are also covered.

**Transplant Travel Services**

Charges made for reasonable travel expenses incurred by you in connection with a preapproved organ/tissue transplant are covered subject to the following conditions and limitations. Transplant travel benefits are not available for cornea transplants. Benefits for transportation, lodging and food are available to you only if you are the recipient of a preapproved organ/tissue transplant from a designated CIGNA LIFESOURCE Transplant Network® facility. The term recipient is defined to include a person receiving authorized transplant related services during any of the following: (a) evaluation, (b) candidacy, (c) transplant event, or (d) post-transplant care. Travel expenses for the person receiving the transplant will include charges for: transportation to and from the transplant site (including charges for a rental car used during a period of care at the transplant facility); lodging while at, or traveling to and from the transplant site; and food while at, or traveling to and from the transplant site.

CIGNA00000409



**CIGNA HealthCare**

In addition to your coverage for the charges associated with the items above, such charges will also be considered covered travel expenses for one companion to accompany you. The term companion includes your spouse, a member of your family, your legal guardian, or any person not related to you, but actively involved as your caregiver. The following are specifically excluded travel expenses:

> travel costs incurred due to travel within 60 miles of your home; laundry bills; telephone bills; alcohol or tobacco products; and charges for transportation that exceed coach class rates.

These benefits are only available when the covered person is the recipient of an organ transplant. No benefits are available when the covered person is a donor.

GM6000 05BPT7                                                           V11

**Breast Reconstruction and Breast Prostheses**
- charges made for reconstructive surgery following a mastectomy; benefits include: (a) surgical services for reconstruction of the breast on which surgery was performed; (b) surgical services for reconstruction of the nondiseased breast to produce symmetrical appearance; (c) postoperative breast prostheses; and (d) mastectomy bras and external prosthetics, limited to the lowest cost alternative available that meets external prosthetic placement needs. During all stages of mastectomy, treatment of physical complications, including lymphedema therapy, are covered.

**Reconstructive Surgery**
- charges made for reconstructive surgery or therapy to repair or correct a severe physical deformity or disfigurement which is accompanied by functional deficit; (other than abnormalities of the jaw or conditions related to TMJ disorder) provided that: (a) the surgery or therapy restores or improves function; (b) reconstruction is required as a result of Medically Necessary, noncosmetic surgery; or (c) the surgery or therapy is performed prior to age 19 and is required as a result of the congenital absence or agenesis (lack of formation or development) of a body part. Repeat or subsequent surgeries for the same condition are covered only when there is the probability of significant additional improvement as determined by the utilization review Physician.

GM6000 05BPT2                                                           V2

CIGNA00000410



**CIGNA HealthCare**

---

## Prescription Drug Benefits

### The Schedule

**For You and Your Dependents**

This plan provides Prescription Drug benefits for Prescription Drugs and Related Supplies provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you and your Dependents may be required to pay a portion of the Covered Expenses for Prescription Drugs and Related Supplies. That portion includes any applicable Copayment, Deductible and/or Coinsurance.

**Coinsurance**

The term Coinsurance means the percentage of Charges for covered Prescription Drugs and Related Supplies that you or your Dependent are required to pay under this plan.

**Charges**

The term Charges means the amount charged by the Insurance Company to the plan when the Pharmacy is a Participating Pharmacy, and it means the actual billed charges when the Pharmacy is a non-Participating Pharmacy.

**Copayments**

Copayments are expenses to be paid by you or your Dependent for Covered Prescription Drugs and Related Supplies.

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Retail Prescription Drugs** | **The amount you pay for each 30-day supply** | **The amount you pay for each 30-day supply** |
| **Tier 1** | | |
| Generic* drugs on the Prescription Drug List | No charge after $10 copay | 20% |
| **Tier 2** | | |
| Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent | No charge after $25 copay | 20% |
| **Tier 3** | | |
| Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | No charge after $60 copay | 20% |
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |
| **Mail-Order Drugs** | **The amount you pay for each 90-day supply** | **The amount you pay for each 90-day supply** |
| **Tier 1** | | |
| Generic* drugs on the Prescription Drug List | No charge after $20 copay | 20% |

CIGNA00000411



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| **Tier 2**<br><br>Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent | No charge after $62 copay | 20% |
| **Tier 3**<br><br>Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | No charge after $150 copay | 20% |
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company | | |

**myCIGNA.com**

CIGNA00000412



**CIGNA HealthCare**

## Prescription Drug Benefits

**For You and Your Dependents**

### Covered Expenses

If you or any one of your Dependents, while insured for Prescription Drug Benefits, incurs expenses for charges made by a Pharmacy, for Medically Necessary Prescription Drugs or Related Supplies ordered by a Physician, CG will provide coverage for those expenses as shown in the Schedule. Coverage also includes Medically Necessary Prescription Drugs and Related Supplies dispensed for a prescription issued to you or your Dependents by a licensed dentist for the prevention of infection or pain in conjunction with a dental procedure.

When you or a Dependent is issued a prescription for Medically Necessary Prescription Drugs or Related Supplies as part of the rendering of Emergency Services and that prescription cannot reasonably be filled by a Participating Pharmacy, the prescription will be covered by CG, as if filled by a Participating Pharmacy.

### Limitations

Each Prescription Order or refill shall be limited as follows:

- up to a consecutive 30-day supply, at a retail Pharmacy, unless limited by the drug manufacturer's packaging; or

- up to a consecutive 90-day supply at a mail-order Participating Pharmacy, unless limited by the drug manufacturer's packaging; or

- to a dosage and/or dispensing limit as determined by the P&T Committee.

GM6000 PHARM91
GM6000 PHARM85                                            PHARM114

Coverage for certain Prescription Drugs and Related Supplies requires your Physician to obtain authorization prior to prescribing. Prior authorization may include, for example, a step therapy determination. Step therapy determines the specific usage progression of therapeutically equivalent drug products or supplies appropriate for treatment of a specific condition. If your Physician wishes to request coverage for Prescription Drugs or Related Supplies for which prior authorization is required, your Physician may call or complete the appropriate prior authorization form and fax it to CG to request prior authorization for coverage of the Prescription Drugs or Related Supplies. Your Physician should make this request before writing the prescription.

If the request is approved, your Physician will receive confirmation. The authorization will be processed in our claim system to allow you to have coverage for those Prescription Drugs or Related Supplies. The length of the authorization will depend on the diagnosis and Prescription Drugs or Related Supplies. When your Physician advises you that coverage for the Prescription Drugs or Related Supplies has been approved, you should contact the Pharmacy to fill the prescription(s).

If the request is denied, your Physician and you will be notified that coverage for the Prescription Drugs or Related Supplies is not authorized.

If you disagree with a coverage decision, you may appeal that decision in accordance with the provisions of the Policy, by submitting a written request stating why the Prescription Drugs or Related Supplies should be covered.

If you have questions about a specific prior authorization request, you should call Member Services at the toll-free number on the ID card.

All drugs newly approved by the Food and Drug Administration (FDA) are designated as either non-Preferred or non-Prescription Drug List drugs until the P & T Committee clinically evaluates the Prescription Drug for a different designation.

Prescription Drugs that represent an advance over available therapy according to the FDA will be reviewed by the P&T Committee within six months after FDA approval. Prescription Drugs that appear to have therapeutic qualities similar to those of an already marketed drug according to the FDA, will not be reviewed by the P&T Committee for at least six months after FDA approval. In the case of compelling clinical data, an ad hoc group will be formed to make an interim decision on the merits of a Prescription Drug.

### Your Payments

Coverage for Prescription Drugs and Related Supplies purchased at a Pharmacy is subject to the Copayment or Coinsurance shown in the Schedule, after you have satisfied your Prescription Drug Deductible, if applicable. Please refer to the Schedule for any required Copayments, Coinsurance, Deductibles or Maximums if applicable.

When a treatment regimen contains more than one type of Prescription Drugs which are packaged together for your, or your Dependent's convenience, a Copayment will apply to each Prescription Drug.

GM6000 PHARM129                                              V11

CIGNA00000413



**CIGNA HealthCare**

## Exclusions

No payment will be made for the following expenses:

- drugs available over the counter that do not require a prescription by federal or state law;
- any drug that is a pharmaceutical alternative to an over-the-counter drug other than insulin;
- a drug class in which at least one of the drugs is available over the counter and the drugs in the class are deemed to be therapeutically equivalent as determined by the P&T Committee;
- injectable infertility drugs and any injectable drugs that require Physician supervision and are not typically considered self-administered drugs. The following are examples of Physician supervised drugs: Injectables used to treat hemophilia and RSV (respiratory syncytial virus), chemotherapy injectables and endocrine and metabolic agents.
- any drugs that are experimental or investigational as described under the Medical "Exclusions" section of your certificate;
- Food and Drug Administration (FDA) approved drugs used for purposes other than those approved by the FDA unless the drug is recognized for the treatment of the particular indication in one of the standard reference compendia (The United States Pharmacopeia Drug Information, The American Medical Association Drug Evaluations; or The American Hospital Formulary  Service Drug Information) or in medical literature. Medical literature means scientific studies published in a peer-reviewed national professional medical journal;
- prescription and nonprescription supplies (such as ostomy supplies), devices, and appliances other than Related Supplies;
- implantable contraceptive products;
- dietary supplements;
- drugs used for cosmetic purposes such as drugs used to reduce wrinkles, drugs to promote hair growth as well as fade cream products;
- immunization agents, biological products for allergy immunization, biological sera, blood, blood plasma and other blood products or fractions or medications used for travel prophylaxis;
- replacement of Prescription Drugs and Related Supplies due to loss or theft;
- drugs used to enhance athletic performance;
- drugs which are to be taken by or administered to you while you are a patient in a licensed Hospital, Skilled Nursing Facility, rest home or similar institution which operates on

its premises or allows to be operated on its premises a facility for dispensing pharmaceuticals;

- prescriptions more than one year from the original date of issue.

Other limitations are shown in the Medical "Exclusions" section.

GM6000 PHARM88                                                    PHARM104V16M
GM6000 PHARM89
GM6000 PHARM105

## Reimbursement/Filing a Claim

When you or your Dependents purchase your Prescription Drugs or Related Supplies through a retail Participating Pharmacy, you pay any applicable Copayment, Coinsurance or Deductible shown in the Schedule at the time of purchase. You do not need to file a claim form.

If you or your Dependents purchase your Prescription Drugs or Related Supplies through a non-Participating Pharmacy, you pay the full cost at the time of purchase. You must submit a claim form to be reimbursed.

To purchase Prescription Drugs or Related Supplies from a mail-order Participating Pharmacy, see your mail-order drug introductory kit for details, or contact member services for assistance.

See your Employer's Benefit Plan Administrator to obtain the appropriate claim form.

GM6000 PHARM94                                                                  V17

## Exclusions, Expenses Not Covered and General Limitations

Additional coverage limitations determined by plan or provider type are shown in the Schedule. Payment for the following is specifically excluded from this plan:

- expenses for supplies, care, treatment, or surgery that are not Medically Necessary.
- to the extent that you or any one of your Dependents is in any way paid or entitled to payment for those expenses by or through a public program, other than Medicaid.
- to the extent that payment is unlawful where the person resides when the expenses are incurred.
- charges made by a Hospital owned or operated by or which provides care or performs services for, the United States

CIGNA00000414



**CIGNA HealthCare**

Government, if such charges are directly related to a military-service-connected Injury or Sickness.

- for or in connection with an Injury or Sickness which is due to war, declared or undeclared.

- charges which you are not obligated to pay or for which you are not billed or for which you would not have been billed except that they were covered under this plan.

- assistance in the activities of daily living, including but not limited to eating, bathing, dressing or other Custodial Services or self-care activities, homemaker services and services primarily for rest, domiciliary or convalescent care.

- for or in connection with experimental, investigational or unproven services.

  Experimental, investigational and unproven services are medical, surgical, diagnostic, psychiatric, substance abuse or other health care technologies, supplies, treatments, procedures, drug therapies or devices that are determined by the utilization review Physician to be:

  - not demonstrated, through existing peer-reviewed, evidence-based, scientific literature to be safe and effective for treating or diagnosing the condition or sickness for which its use is proposed;

  - not approved by the U.S. Food and Drug Administration (FDA) or other appropriate regulatory agency to be lawfully marketed for the proposed use;

  - the subject of review or approval by an Institutional Review Board for the proposed use except as provided in the "Cancer Clinical Trials" section of this plan; or

  - the subject of an ongoing phase I, II or III clinical trial, except as provided in the "Cancer Clinical Trials" section of this plan.

- cosmetic surgery and therapies. Cosmetic surgery or therapy is defined as surgery or therapy performed to improve or alter appearance or self-esteem or to treat psychological symptomatology or psychosocial complaints related to one's appearance.

- regardless of clinical indication for acupressure; dance therapy, movement therapy; applied kinesiology; rolfing; prolotherapy; and extracorporeal shock wave lithotripsy (ESWL) for musculoskeletal and orthopedic conditions.

- for or in connection with treatment of the teeth or periodontium unless such expenses are incurred for: (a) charges made for a continuous course of dental treatment started within six months of an Injury to sound natural teeth; (b) charges made by a Hospital for Bed and Board or Necessary Services and Supplies; (c) charges made by a Free-Standing Surgical Facility or the outpatient department of a Hospital in connection with surgery; or (d) charges made by a Physician for any of the following Surgical Procedures: excision of epulis; excision of unerupted

impacted tooth, including removal of alveolar bone and sectioning of tooth; removal of residual root (when performed by a Dentist other than the one who extracted the tooth); intraoral drainage of acute alveolar abscess with cellulitis; alveolectomy; gingivectomy, for gingivitis or periodontitis.

- unless otherwise covered in this plan, for reports, evaluations, physical examinations, or hospitalization not required for health reasons including, but not limited to, employment, insurance or government licenses, and court-ordered, forensic or custodial evaluations.

- court-ordered treatment or hospitalization, unless such treatment is prescribed by a Physician and listed as covered in this plan.

- transsexual surgery including medical or psychological counseling and hormonal therapy in preparation for, or subsequent to, any such surgery.

- medical and Hospital care and costs for the infant child of a Dependent, unless this infant child is otherwise eligible under this plan.

- nonmedical counseling or ancillary services, including but not limited to Custodial Services, education, training, vocational rehabilitation, behavioral training, biofeedback, neurofeedback, hypnosis, sleep therapy, employment counseling, back school, return to work services, work hardening programs, driving safety, and services, training, educational therapy or other nonmedical ancillary services for learning disabilities (except as provided in covered expenses), developmental delays (except as provided in covered expenses), autism or mental retardation (except as provided in covered expenses).

- therapy or treatment intended primarily to improve or maintain general physical condition or for the purpose of enhancing job, school, athletic or recreational performance, including but not limited to routine, long term, or maintenance care which is provided after the resolution of the acute medical problem and when significant therapeutic improvement is not expected.

- consumable medical supplies other than ostomy supplies and urinary catheters. Excluded supplies include, but are not limited to bandages and other disposable medical supplies, skin preparations and test strips, except as specified in the "Home Health Services" or "Breast Reconstruction and Breast Prostheses" sections of this plan.

- private Hospital rooms and/or private duty nursing except as provided under the **Home Health Services** provision.

- personal or comfort items such as personal care kits provided on admission to a Hospital, television, telephone, newborn infant photographs, complimentary meals, birth announcements, and other articles which are not for the specific treatment of an Injury or Sickness.

CIGNA00000415



**CIGNA HealthCare**

- artificial aids including, but not limited to, corrective orthopedic shoes, arch supports, elastic stockings, garter belts, corsets, dentures. <u>Note</u>: This exclusion does not apply to scalp hair prostheses worn for hair loss suffered as a result of treatment of any form of cancer or leukemia. For more information about this coverage for scalp hair prostheses, see the Covered Expenses section earlier in this Certificate of Insurance.

- hearing aids, including but not limited to semi-implantable hearing devices, audiant bone conductors and Bone Anchored Hearing Aids (BAHAs). A hearing aid is any device that amplifies sound.

- aids or devices that assist with nonverbal communications, including but not limited to communication boards, prerecorded speech devices, laptop computers, desktop computers, Personal Digital Assistants (PDAs), Braille typewriters, visual alert systems for the deaf and memory books.

- medical benefits for eyeglasses, contact lenses or examinations for prescription or fitting thereof, except that Covered Expenses will include the purchase of the first pair of eyeglasses, lenses, frames or contact lenses that follows keratoconus or cataract surgery.

- charges made for or in connection with routine refractions, eye exercises and for surgical treatment for the correction of a refractive error, including radial keratotomy, when eyeglasses or contact lenses may be worn.

- treatment by acupuncture.

- all noninjectable prescription drugs, injectable prescription drugs that do not require Physician supervision and are typically considered self-administered drugs, nonprescription drugs, and investigational and experimental drugs, except as provided in this plan.

- routine foot care, including the paring and removing of corns and calluses or trimming of nails. However, services associated with foot care for diabetes and peripheral vascular disease are covered when Medically Necessary.

- membership costs or fees associated with health clubs, weight loss programs and smoking cessation programs.

- genetic screening or pre-implantations genetic screening. General population-based genetic screening is a testing method performed in the absence of any symptoms or any significant, proven risk factors for genetically linked inheritable disease.

- dental implants for any condition.

- fees associated with the collection or donation of blood or blood products, except for autologous donation in anticipation of scheduled services where in the utilization review Physician's opinion the likelihood of excess blood loss is such that transfusion is an expected adjunct to surgery.

- blood administration for the purpose of general improvement in physical condition.

- cost of biologicals that are medications for the purpose of travel, or to protect against occupational hazards and risks.

- cosmetics, dietary supplements and health and beauty aids.

- medical treatment for a person age 65 or older, who is covered under this plan as a retiree, or their Dependent, when payment is denied by the Medicare plan because treatment was received from a nonparticipating provider.

- medical treatment when payment is denied by a Primary Plan because treatment was received from a nonparticipating provider.

- for or in connection with an Injury or Sickness arising out of, or in the course of, any employment for wage or profit.

- telephone, e-mail, and Internet consultations, and telemedicine.

- massage therapy.

- for charges which would not have been made if the person had no insurance.

- to the extent that they are more than Maximum Reimbursable Charges.

- expenses incurred outside the United States or Canada, unless you or your Dependent is a U.S. or Canadian resident and the charges are incurred while traveling on business or for pleasure.

- charges made by any covered provider who is a member of your family or your Dependent's family.

- to the extent of the exclusions imposed by any certification requirement shown in this plan.

GM6000 05BPT14, CM66, INDEM7,
INDEM64, INDEM65, INDEM70,
GEN321, GEN331, GEN364, GL1,
GL9, 06BNR2                                    V136 M

## Coordination of Benefits

This section applies if you or any one of your Dependents is covered under more than one Plan and determines how benefits payable from all such Plans will be coordinated. You should file all claims with each Plan.

CIGNA00000416


**CIGNA HealthCare**

---

## Definitions

For the purposes of this section, the following terms have the meanings set forth below:

**Plan**

Any of the following that provides benefits or services for medical care or treatment:

(1) Group insurance and/or group-type coverage, whether insured or self-insured which neither can be purchased by the general public, nor is individually underwritten, including closed panel coverage.

(2) Coverage under Medicare and other governmental benefits as permitted by law, excepting Medicaid and Medicare supplement policies.

(3) Medical benefits coverage of group, group-type, and individual automobile contracts.

Each Plan or part of a Plan which has the right to coordinate benefits will be considered a separate Plan.

**Closed Panel Plan**

A Plan that provides medical or dental benefits primarily in the form of services through a panel of employed or contracted providers, and that limits or excludes benefits provided by providers outside of the panel, except in the case of emergency or if referred by a provider within the panel.

**Primary Plan**

The Plan that determines and provides or pays benefits without taking into consideration the existence of any other Plan.

**Secondary Plan**

A Plan that determines, and may reduce its benefits after taking into consideration, the benefits provided or paid by the Primary Plan. A Secondary Plan may also recover from the Primary Plan the Reasonable Cash Value of any services it provided to you.

GM6000 COB11

**Allowable Expense**

A necessary, reasonable and customary service or expense, including deductibles, coinsurance or copayments, that is covered in full or in part by any Plan covering you. When a Plan provides benefits in the form of services, the Reasonable Cash Value of each service is the Allowable Expense and is a paid benefit.

Examples of expenses or services that are not Allowable Expenses include, but are not limited to the following:

(1) An expense or service or a portion of an expense or service that is not covered by any of the Plans is not an Allowable Expense.

(2) If you are confined to a private Hospital room and no Plan provides coverage for more than a semiprivate room, the difference in cost between a private and semiprivate room is not an Allowable Expense.

(3) If you are covered by two or more Plans that provide services or supplies on the basis of reasonable and customary fees, any amount in excess of the highest reasonable and customary fee is not an Allowable Expense.

**Claim Determination Period**

A calendar year or that part of a calendar year in which the person has been covered under this Plan.

GM6000 COB12V2

**Reasonable Cash Value**

An amount which a duly licensed provider of health care services usually charges patients and which is within the range of fees usually charged for the same service by other health care providers located within the immediate geographic area where the health care service is rendered under similar or comparable circumstances.

## Order of Benefit Determination Rules

A Plan that does not have a coordination of benefits rule consistent with this section shall always be the Primary Plan. If the Plan does have a coordination of benefits rule consistent with this section, the first of the following rules that applies to the situation is the one to use:

(1) The Plan that covers you as an enrollee or an employee shall be the Primary Plan and the Plan that covers you as a Dependent shall be the Secondary Plan;

(2) If you are a Dependent child whose parents are not divorced or legally separated, the Primary Plan shall be the Plan which covers the parent whose birthday falls first in the calendar year as an enrollee or employee;

(3) If you are the Dependent of divorced or separated parents, benefits for the Dependent shall be determined in the following order:

(a) first, if a court decree states that one parent is responsible for the child's healthcare expenses or health coverage and the Plan for that parent has actual knowledge of the terms of the order, but only from the time of actual knowledge;

CIGNA00000417



(b) then, the Plan of the parent with custody of the child;

(c) then, the Plan of the spouse of the parent with custody of the child;

(d) then, the Plan of the parent not having custody of the child, and

(e) finally, the Plan of the spouse of the parent not having custody of the child.

GM6000 COB13

(4) The Plan that covers you as an active employee (or as that employee's Dependent) shall be the Primary Plan and the Plan that covers you as laid-off or retired employee (or as that employee's Dependent) shall be the secondary Plan. If the other Plan does not have a similar provision and, as a result, the Plans cannot agree on the order of benefit determination, this paragraph shall not apply.

(5) The Plan that covers you under a right of continuation which is provided by federal or state law shall be the Secondary Plan and the Plan that covers you as an active employee or retiree (or as that employee's Dependent) shall be the Primary Plan. If the other Plan does not have a similar provision and, as a result, the Plans cannot agree on the order of benefit determination, this paragraph shall not apply.

(6) If one of the Plans that covers you is issued out of the state whose laws govern this Policy, and determines the order of benefits based upon the gender of a parent, and as a result, the Plans do not agree on the order of benefit determination, the Plan with the gender rules shall determine the order of benefits.

If none of the above rules determines the order of benefits, the Plan that has covered you for the longer period of time shall be primary.

When coordinating benefits with Medicare, this Plan will be the Secondary Plan and determine benefits after Medicare, where permitted by the Social Security Act of 1965, as amended. However, when more than one Plan is secondary to Medicare, the benefit determination rules identified above, will be used to determine how benefits will be coordinated.

**Effect on the Benefits of This Plan**

If this Plan is the Secondary Plan, this Plan may reduce benefits so that the total benefits paid by all Plans during a Claim Determination Period are not more than 100% of the total of all Allowable Expenses.

The difference between the amount that this Plan would have paid if this Plan had been the Primary Plan, and the benefit payments that this Plan had actually paid as the Secondary Plan, will be recorded as a benefit reserve for you. CG will use

this benefit reserve to pay any Allowable Expense not otherwise paid during the Claim Determination Period.

GM6000 COB14

As each claim is submitted, CG will determine the following:

(1) CG's obligation to provide services and supplies under this policy;

(2) whether a benefit reserve has been recorded for you; and

(3) whether there are any unpaid Allowable Expenses during the Claims Determination Period.

If there is a benefit reserve, CG will use the benefit reserve recorded for you to pay up to 100% of the total of all Allowable Expenses. At the end of the Claim Determination Period, your benefit reserve will return to zero and a new benefit reserve will be calculated for each new Claim Determination Period.

**Recovery of Excess Benefits**

If CG pays charges for benefits that should have been paid by the Primary Plan, or if CG pays charges in excess of those for which we are obligated to provide under the Policy, CG will have the right to recover the actual payment made or the Reasonable Cash Value of any services.

CG will have sole discretion to seek such recovery from any person to, or for whom, or with respect to whom, such services were provided or such payments made by any insurance company, healthcare plan or other organization. If we request, you must execute and deliver to us such instruments and documents as we determine are necessary to secure the right of recovery.

**Right to Receive and Release Information**

CG, without consent or notice to you, may obtain information from and release information to any other Plan with respect to you in order to coordinate your benefits pursuant to this section. You must provide us with any information we request in order to coordinate your benefits pursuant to this section. This request may occur in connection with a submitted claim; if so, you will be advised that the "other coverage" information, (including an Explanation of Benefits paid under the Primary Plan) is required before the claim will be processed for payment. If no response is received within 90 days of the request, the claim will be denied. If the requested information is subsequently received, the claim will be processed.

GM6000 COB15

CIGNA00000418



## Medicare Eligibles

CG will pay as the Secondary Plan as permitted by the Social Security Act of 1965 as amended for the following:

(a) a former Employee who is eligible for Medicare and whose insurance is continued for any reason as provided in this plan;

(b) a former Employee's Dependent, or a former Dependent Spouse, who is eligible for Medicare and whose insurance is continued for any reason as provided in this plan;

(c) an Employee whose Employer and each other Employer participating in the Employer's plan have fewer than 100 Employees and that Employee is eligible for Medicare due to disability;

(d) the Dependent of an Employee whose Employer and each other Employer participating in the Employer's plan have fewer than 100 Employees and that Dependent is eligible for Medicare due to disability;

(e) an Employee or a Dependent of an Employee of an Employer who has fewer than 20 Employees, if that person is eligible for Medicare due to age;

(f) an Employee, retired Employee, Employee's Dependent or retired Employee's Dependent who is eligible for Medicare due to End Stage Renal Disease after that person has been eligible for Medicare for 30 months;

GM6000 MEL23                                          V4

CG will assume the amount payable under:

• Part A of Medicare for a person who is eligible for that Part without premium payment, but has not applied, to be the amount he would receive if he had applied.

• Part B of Medicare for a person who is entitled to be enrolled in that Part, but is not, to be the amount he would receive if he were enrolled.

• Part B of Medicare for a person who has entered into a private contract with a provider, to be the amount he would receive in the absence of such private contract.

A person is considered eligible for Medicare on the earliest date any coverage under Medicare could become effective for him.

This reduction will not apply to any Employee and his Dependent or any former Employee and his Dependent unless he is listed under (a) through (f) above.

## Domestic Partners

Under federal law, the Medicare Secondary Payer Rules do not apply to Domestic Partners covered under a group health plan when Medicare coverage is due to age. Therefore, when Medicare coverage is due to age, Medicare is always the Primary Plan for a person covered as a Domestic Partner, and CIGNA is the Secondary Plan. However, when Medicare coverage is due to disability, the Medicare Secondary Payer Rules explained above will apply.

GM6000 MEL45                                          V5

## Expenses For Which A Third Party May Be Liable

This policy does not cover expenses for which another party may be responsible as a result of having caused or contributed to the Injury or Sickness. If you incur a Covered Expense for which, in the opinion of CG, another party may be liable:

1. CG shall, to the extent permitted by law, be subrogated to all rights, claims or interests which you may have against such party and shall automatically have a lien upon the proceeds of any recovery by you from such party to the

CIGNA00000419



**CIGNA HealthCare**

extent of any benefits paid under the Policy. You or your representative shall execute such documents as may be required to secure CG's subrogation rights.

2. Alternatively, CG may, at its sole discretion, pay the benefits otherwise payable under the Policy. However, you must first agree in writing to refund to CG the lesser of:

   a. the amount actually paid for such Covered Expenses by CG; or

   b. the amount you actually receive from the third party for such Covered Expenses;

   at the time that the third party's liability is determined and satisfied, whether by settlement, judgment, arbitration or award or otherwise.

GM6000 CCP7                                              CCL7

# Payment of Benefits

### To Whom Payable

All Medical Benefits are payable to you. However, at the option of CG, all or any part of them may be paid directly to the person or institution on whose charge claim is based.

Medical Benefits are not assignable unless agreed to by CG. CG may, at its option, make payment to you for the cost of any Covered Expenses received by you or your Dependent from a Non-Participating Provider even if benefits have been assigned. When benefits are paid to you or your Dependent, you or your Dependent is responsible for reimbursing the Provider. If any person to whom benefits are payable is a minor or, in the opinion of CG, is not able to give a valid receipt for any payment due him, such payment will be made to his legal guardian. If no request for payment has been made by his legal guardian, CG may, at its option, make payment to the person or institution appearing to have assumed his custody and support.

If you die while any of these benefits remain unpaid, CG may choose to make direct payment to any of your following living relatives: spouse, mother, father, child or children, brothers or sisters; or to the executors or administrators of your estate.

Payment as described above will release CG from all liability to the extent of any payment made.

### Time of Payment

Benefits will be paid by CG when it receives due proof of loss.

### Recovery of Overpayment

When an overpayment has been made by CG, CG will have the right at any time to: (a) recover that overpayment from the person to whom or on whose behalf it was made; or (b) offset the amount of that overpayment from a future claim payment.

### Calculation of Covered Expenses

CG, in its discretion, will calculate Covered Expenses following evaluation and validation of all provider billings in accordance with:

- the methodologies in the most recent edition of the Current Procedural terminology.

- the methodologies as reported by generally recognized professionals or publications.

GM6000 TRM366

# Termination of Insurance

## Employees

**Following are the only reasons your coverage under this plan may be terminated.**

Your insurance will cease on the earliest date below:

- the date you cease to be in a Class of Eligible Employees or cease to qualify for the insurance.

- the last day for which you have made any required contribution for the insurance.

- the date the policy is canceled.

- the date your Active Service ends except as described below.

Your insurance will also cease for either of the following reasons:

- You commit an act of misrepresentation or fraud.

- You commit an act of physical or verbal abuse unrelated to your physical or mental condition, and such act poses a threat to a provider or to other insureds.

Additionally, your insurance will cease on the later of:

- the last day of the period for which a required premium contribution for the Group Policy was paid to CG by your Employer (if the next required premium is not paid); provided that CG mails notification of termination of the Group Policy to your last known mailing address following your Employer's nonpayment of premium; or

- three days after CG mails notification of termination of the Group Policy to your last known mailing address following your Employer's nonpayment of Premium.

If the Group Policy ceases for any reason other than your Employer's failure to pay premium, CG will send a notice of termination to your Employer with the effective date of termination. Your Employer is responsible for notifying you of the termination.

**myCIGNA.com**

CIGNA00000420

Case 3:16-cv-01702-JAM   Document 348-29   Filed 09/29/20   Page 54 of 77



Any continuation of insurance must be based on a plan which precludes individual selection.

**Temporary Layoff or Leave of Absence**

If your Active Service ends due to temporary layoff or leave of absence, your insurance will be continued until the date as determined by the Employer.

**Injury or Sickness**

If your Active Service ends due to an Injury or Sickness, your insurance will be continued while you remain totally and continuously disabled as a result of the Injury or Sickness. However, the insurance will not continue past the date your Employer stops paying premium for you or otherwise cancels the insurance.

**Retirement**

If your Active Service ends because you retire, and you are under age 65, your insurance will be continued until the earlier of: a) the date on which your Employer stops paying premium for you or otherwise cancels the insurance; or b) your 65th birthday.

GM6000 TRM15                                                V47 M

## Dependents

Your insurance for this coverage for all of your Dependents will cease on the earliest date below:

- the date your insurance ceases.
- the date you cease to be eligible for Dependent Insurance.
- the last day for which you have made any required contribution for the insurance.
- the date Dependent Insurance is canceled.
- if there is misrepresentation or fraud.

The insurance for any one of your Dependents will cease on the date that Dependent no longer qualifies as a Dependent.

GM6000 TRM358

### Special 31-Day Continuation

Upon payment of premium by your Employer, your insurance will continue for 31 days after you:

- cease to be in a Class of Eligible Employees or cease to qualify as an Employee.
- terminate employment for any reason.

In no case will the insurance continue after you become insured under any other group policy for similar benefits or after the last day for which you have made any required contribution for the insurance.

GM6000 TER6                                           V-33
                                                      TRM104

## Termination of Insurance – Continuation

When insurance ceases for you or any of your Dependents, that person may be eligible to continue coverage under this plan under any applicable state or federal continuation of coverage laws. For more information, please contact your Employer or call Member Services at the toll-free number on the back of your ID card.

**Medical Insurance for Former Spouse**

A covered former spouse is entitled to continue coverage following a final court decree granting divorce or separate support, until the earliest of the following:

- the date you fail to make any required contribution;
- the date you are no longer insured under the group policy;
- the date Dependent Insurance cancels;
- the date your former spouse remarries;
- the date you remarry, unless you make arrangements with the Employer to continue the insurance in accordance with the paragraph below entitled "Effect of Remarriage of Employee";
- the date the court judgment no longer requires continued coverage.

**Effect of Remarriage of Employee**

If you remarry, an additional contribution will be required for your former spouse. You must notify your Employer of your remarriage within 30 days of the date of your remarriage and pay the additional contribution.

**Special Continuations of Medical Insurance**

If your Medical Insurance terminates for any of the reasons listed below, the Medical Insurance for you and your Dependents may be continued as outlined in each specific case.

CIGNA00000421



**CIGNA HealthCare**

**Involuntary Layoff**

Medical Insurance for you and your Dependents will be continued until the earlier of: (a) 39 weeks from the date your Active Service ends, or (b) as shown in (1), (2) or (3) of the "Other Dates of Termination" section; upon payment of the required premium by you to your Employer.

GM6000 TER5
GM6000 TER29                                    TRM78V6

**Plant Closing**

In the case of a plant closing, or a partial closing as determined by law, the Medical Insurance for you and your Dependents will be continued until the earlier of: (a) 90 days from the date your Active Service ends; or (b) as shown in (1), (2), or (3) of the "Other Dates of Termination" section. For continuation to take effect: (a) you must continue to pay any portion of the premium for which you were responsible prior to the end of your Active Service, and, (b) your Employer must continue to pay any portion of the premium for which he was responsible before the plant closing or partial closing. If the insurance terminates because your Employer fails to pay the premium, he will be liable for any Covered Expenses incurred between the last premium payment and the end of the 90-day continuation period.

Any current collective bargaining agreement with an extension at least equal to the continuation outlined here, will prevail.

**After Your Death**

Medical Insurance for your Dependents will be continued until the earliest of: 52 weeks from the date your insurance ceases, or as shown in (2), or (3) of the "Other Dates of Termination" section, if the required payment is made to the Employer.

**Other Dates of Termination**

(1) The date you become eligible for Medical Insurance under any other group policy or Medicare;

(2) The last day of a period equal to the most recent time period during which you were insured under the Employer's policy, or, in the case of Dependent Medical Insurance continuation, a period equal to the most recent time period during which you were insured for your Dependents under the Employer's policy;

(3) With respect to any one Dependent, the earlier of: (a) the date that Dependent becomes eligible for Medical Insurance under another group policy or under Medicare, or, (b) the date that Dependent no longer qualifies as a Dependent for any reason other than your death.

GM6000 TER355                                    TRM355 V1M

# Federal Requirements

The following pages explain your rights and responsibilities under federal laws and regulations. Some states may have similar requirements. If a similar provision appears elsewhere in this booklet, the provision which provides the better benefit will apply.

FDRL1                                              V2

# Notice of Provider Directory/Networks

**Notice Regarding Provider/Pharmacy Directories and Provider/Pharmacy Networks**

If your Plan utilizes a network of Providers, a separate listing of Participating Providers who participate in the network is available to you without charge by visiting www.cigna.com; mycigna.com or by calling the toll-free telephone number on your ID card.

Your Participating Provider/Pharmacy networks consist of a group of local medical practitioners, and Hospitals, of varied specialties as well as general practice or a group of local Pharmacies who are employed by or contracted with CIGNA HealthCare.

FDRL79

# Qualified Medical Child Support Order (QMCSO)

**A.   Eligibility for Coverage Under a QMCSO**

If a Qualified Medical Child Support Order (QMCSO) is issued for your child, that child will be eligible for coverage as required by the order and you will not be considered a Late Entrant for Dependent Insurance.

You must notify your Employer and elect coverage for that child and yourself, if you are not already enrolled, within 31 days of the QMCSO being issued.

CIGNA00000422



**CIGNA HealthCare**

**B.   Qualified Medical Child Support Order Defined**

A Qualified Medical Child Support Order is a judgment, decree or order (including approval of a settlement agreement) or administrative notice, which is issued pursuant to a state domestic relations law (including a community property law), or to an administrative process, which provides for child support or provides for health benefit coverage to such child and relates to benefits under the group health plan, and satisfies all of the following:

1.   the order recognizes or creates a child's right to receive group health benefits for which a participant or beneficiary is eligible;

2.   the order specifies your name and last known address, and the child's name and last known address, except that the name and address of an official of a state or political subdivision may be substituted for the child's mailing address;

3.   the order provides a description of the coverage to be provided, or the manner in which the type of coverage is to be determined;

4.   the order states the period to which it applies; and

5.   if the order is a National Medical Support Notice completed in accordance with the Child Support Performance and Incentive Act of 1998, such Notice meets the requirements above.

The QMCSO may not require the health insurance policy to provide coverage for any type or form of benefit or option not otherwise provided under the policy, except that an order may require a plan to comply with State laws regarding health care coverage.

**C.   Payment of Benefits**

Any payment of benefits in reimbursement for Covered Expenses paid by the child, or the child's custodial parent or legal guardian, shall be made to the child, the child's custodial parent or legal guardian, or a state official whose name and address have been substituted for the name and address of the child.

FDRL2                                                    V1

## Special Enrollment Rights Under the Health Insurance Portability & Accountability Act (HIPAA)

If you or your eligible Dependent(s) experience a special enrollment event as described below, you or your eligible Dependent(s) may be entitled to enroll in the Plan outside of a designated enrollment period upon the occurrence of one of the special enrollment events listed below. If you are already enrolled in the Plan, you may request enrollment for you and your eligible Dependent(s) under a different option offered by the Employer for which you are currently eligible. If you are not already enrolled in the Plan, you must request special enrollment for yourself in addition to your eligible Dependent(s). You and all of your eligible Dependent(s) must be covered under the same option. The special enrollment events include:

- **Acquiring a new Dependent.** If you acquire a new Dependent(s) through marriage, birth, adoption or placement for adoption, you may request special enrollment for any of the following combinations of individuals if not already enrolled in the Plan: Employee only; spouse only; Employee and spouse; Dependent child(ren) only; Employee and Dependent child(ren); Employee, spouse and Dependent child(ren). Enrollment of Dependent children is limited to the newborn or adopted children or children who became Dependent children of the Employee due to marriage. Dependent children who were already Dependents of the Employee but not currently enrolled in the Plan are not entitled to special enrollment.

- **Loss of eligibility for State Medicaid or Children's Health Insurance Program (CHIP).** If you and/or your Dependent(s) were covered under a state Medicaid or CHIP plan and the coverage is terminated due to a loss of eligibility, you may request special enrollment for yourself and any affected Dependent(s) who are not already enrolled in the Plan. You must request enrollment within 60 days after termination of Medicaid or CHIP coverage.

- **Loss of eligibility for other coverage (excluding continuation coverage).** If coverage was declined under this Plan due to coverage under another plan, and eligibility for the other coverage is lost, you and all of your eligible Dependent(s) may request special enrollment in this Plan. If required by the Plan, when enrollment in this Plan was previously declined, it must have been declined in writing with a statement that the reason for declining enrollment was due to other health coverage. This provision applies to loss of eligibility as a result of any of the following:

- divorce or legal separation;

- cessation of Dependent status (such as reaching the limiting age);

- death of the Employee;

- termination of employment;

- reduction in work hours to below the minimum required for eligibility;

- you or your Dependent(s) no longer reside, live or work in the other plan's network service area and no other coverage is available under the other plan;

CIGNA00000423



- you or your Dependent(s) incur a claim which meets or exceeds the lifetime maximum limit that is applicable to all benefits offered under the other plan; or
- the other plan no longer offers any benefits to a class of similarly situated individuals.
- **Termination of employer contributions (excluding continuation coverage).** If a current or former employer ceases all contributions toward the Employee's or Dependent's other coverage, special enrollment may be requested in this Plan for you and all of your eligible Dependent(s).
- **Exhaustion of COBRA or other continuation coverage.** Special enrollment may be requested in this Plan for you and all of your eligible Dependent(s) upon exhaustion of COBRA or other continuation coverage. If you or your Dependent(s) elect COBRA or other continuation coverage following loss of coverage under another plan, the COBRA or other continuation coverage must be exhausted before any special enrollment rights exist under this Plan. An individual is considered to have exhausted COBRA or other continuation coverage only if such coverage ceases: (a) due to failure of the employer or other responsible entity to remit premiums on a timely basis; (b) when the person no longer resides or works in the other plan's service area and there is no other COBRA or continuation coverage available under the plan; or (c) when the individual incurs a claim that would meet or exceed a lifetime maximum limit on all benefits and there is no other COBRA or other continuation coverage available to the individual. This does not include termination of an employer's limited period of contributions toward COBRA or other continuation coverage as provided under any severance or other agreement.

FDRL3                                                                    V4

- **Eligibility for employment assistance under State Medicaid or Children's Health Insurance Program (CHIP).** If you and/or your Dependent(s) become eligible for assistance with group health plan premium payments under a state Medicaid or CHIP plan, you may request special enrollment for yourself and any affected Dependent(s) who are not already enrolled in the Plan. You must request enrollment within 60 days after the date you are determined to be eligible for assistance.

Except as stated above, special enrollment must be requested within 30 days after the occurrence of the special enrollment event. If the special enrollment event is the birth or adoption of a Dependent child, coverage will be effective immediately on the date of birth, adoption or placement for adoption. Coverage with regard to any other special enrollment event

will be effective on the first day of the calendar month following receipt of the request for special enrollment.

Individuals who enroll in the Plan due to a special enrollment event will not be considered Late Entrants. Any Pre-existing Condition limitation will be applied upon enrollment, reduced by prior Creditable Coverage, but will not be extended as for a Late Entrant.

Domestic Partners and their children (if not legal children of the Employee) are not eligible for special enrollment.

FDRL4                                                                    V3

## Coverage of Students on Medically Necessary Leave of Absence

### (Applies to Students Age 26 or Over When Covered Under This Plan)

If your Dependent child is covered by this plan as a student, as defined in the Definition of Dependent, coverage will remain active for that child if the child is on a medically necessary leave of absence from a postsecondary educational institution (such as a college, university or trade school.)

Coverage will terminate on the earlier of:

- The date that is one year after the first day of the medically necessary leave of absence; or
- The date on which coverage would otherwise terminate under the terms of the plan.

The child must be a Dependent under the terms of the plan and must have been enrolled in the plan on the basis of being a student at a postsecondary educational institution immediately before the first day of the medically necessary leave of absence.

The plan must receive written certification from the treating physician that the child is suffering from a serious illness or injury and that the leave of absence (or other change in enrollment) is medically necessary.

A "medically necessary leave of absence" is a leave of absence from a postsecondary educational institution, or any other change in enrollment of the child at the institution that: starts while the child is suffering from a serious illness or condition; is medically necessary; and causes the child to lose student status under the terms of the plan.

FDRL80

CIGNA00000424



## Effect of Section 125 Tax Regulations on This Plan

Your Employer has chosen to administer this Plan in accordance with Section 125 regulations of the Internal Revenue Code. Per this regulation, you may agree to a pretax salary reduction put toward the cost of your benefits. Otherwise, you will receive your taxable earnings as cash (salary).

### A.   Coverage Elections

Per Section 125 regulations, you are generally allowed to enroll for or change coverage only before each annual benefit period. However, exceptions are allowed if your Employer agrees and you enroll for or change coverage within 30 days of the following:

- the date you meet the Special Enrollment criteria described above; or
- the date you meet the criteria shown in the following Sections B through F.

### B.   Change of Status

A change in status is defined as:

1.  change in legal marital status due to marriage, death of a spouse, divorce, annulment or legal separation;

2.  change in number of Dependents due to birth, adoption, placement for adoption, or death of a Dependent;

3.  change in employment status of Employee, spouse or Dependent due to termination or start of employment, strike, lockout, beginning or end of unpaid leave of absence, including under the Family and Medical Leave Act (FMLA), or change in worksite;

4.  changes in employment status of Employee, spouse or Dependent resulting in eligibility or ineligibility for coverage;

5.  change in residence of Employee, spouse or Dependent to a location outside of the Employer's network service area; and

6.  changes which cause a Dependent to become eligible or ineligible for coverage.

### C.   Court Order

A change in coverage due to and consistent with a court order of the Employee or other person to cover a Dependent.

### D.   Medicare or Medicaid Eligibility/Entitlement

The Employee, spouse or Dependent cancels or reduces coverage due to entitlement to Medicare or Medicaid, or enrolls or increases coverage due to loss of Medicare or Medicaid eligibility.

### E.   Change in Cost of Coverage

If the cost of benefits increases or decreases during a benefit period, your Employer may, in accordance with plan terms, automatically change your elective contribution.

When the change in cost is significant, you may either increase your contribution or elect less-costly coverage. When a significant overall reduction is made to the benefit option you have elected, you may elect another available benefit option. When a new benefit option is added, you may change your election to the new benefit option.

### F.   Changes in Coverage of Spouse or Dependent Under Another Employer's Plan

You may make a coverage election change if the plan of your spouse or Dependent: (a) incurs a change such as adding or deleting a benefit option; (b) allows election changes due to Special Enrollment, Change in Status, Court Order or Medicare or Medicaid Eligibility/Entitlement; or (c) this Plan and the other plan have different periods of coverage or open enrollment periods.

FDRL70

## Eligibility for Coverage for Adopted Children

Any child under the age of 18 who is adopted by you, including a child who is placed with you for adoption, will be eligible for Dependent Insurance upon the date of placement with you. A child will be considered placed for adoption when you become legally obligated to support that child, totally or partially, prior to that child's adoption.

If a child placed for adoption is not adopted, all health coverage ceases when the placement ends, and will not be continued.

The provisions in the "Exception for Newborns" section of this document that describe requirements for enrollment and effective date of insurance will also apply to an adopted child or a child placed with you for adoption.

FDRL6

## Coverage for Maternity Hospital Stay

Group health plans and health insurance issuers offering group health insurance coverage generally may not, under a federal law known as the "Newborns' and Mothers' Health Protection Act": restrict benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section; or require that a provider

CIGNA00000425



obtain authorization from the plan or insurance issuer for prescribing a length of stay not in excess of the above periods. The law generally does not prohibit an attending provider of the mother or newborn, in consultation with the mother, from discharging the mother or newborn earlier than 48 or 96 hours, as applicable.

Please review this Plan for further details on the specific coverage available to you and your Dependents.

FDRL8

## Women's Health and Cancer Rights Act (WHCRA)

Do you know that your plan, as required by the Women's Health and Cancer Rights Act of 1998, provides benefits for mastectomy-related services including all stages of reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy, including lymphedema? Call Member Services at the toll free number listed on your ID card for more information.

FDRL51

## Group Plan Coverage Instead of Medicaid

If your income and liquid resources do not exceed certain limits established by law, the state may decide to pay premiums for this coverage instead of for Medicaid, if it is cost effective. This includes premiums for continuation coverage required by federal law.

FDRL75

## Obtaining a Certificate of Creditable Coverage Under This Plan

Upon loss of coverage under this Plan, a Certificate of Creditable Coverage will be mailed to each terminating individual at the last address on file. You or your dependent may also request a Certificate of Creditable Coverage, without charge, at any time while enrolled in the Plan and for 24 months following termination of coverage. You may need this document as evidence of your prior coverage to reduce any pre-existing condition limitation period under another plan, to help you get special enrollment in another plan, or to obtain certain types of individual health coverage even if you have

health problems. To obtain a Certificate of Creditable Coverage, contact the Plan Administrator or call the toll-free customer service number on the back of your ID card.

FDRL50

## Requirements of Medical Leave Act of 1993 (as amended) (FMLA)

Any provisions of the policy that provide for: (a) continuation of insurance during a leave of absence; and (b) reinstatement of insurance following a return to Active Service; are modified by the following provisions of the federal Family and Medical Leave Act of 1993, as amended, where applicable:

**A.   Continuation of Health Insurance During Leave**

Your health insurance will be continued during a leave of absence if:

- that leave qualifies as a leave of absence under the Family and Medical Leave Act of 1993, as amended; and
- you are an eligible Employee under the terms of that Act.

The cost of your health insurance during such leave must be paid, whether entirely by your Employer or in part by you and your Employer.

**B.   Reinstatement of Canceled Insurance Following Leave**

Upon your return to Active Service following a leave of absence that qualifies under the Family and Medical Leave Act of 1993, as amended, any canceled insurance (health, life or disability) will be reinstated as of the date of your return.

You will not be required to satisfy any eligibility or benefit waiting period or the requirements of any Pre-existing Condition limitation to the extent that they had been satisfied prior to the start of such leave of absence.

Your Employer will give you detailed information about the Family and Medical Leave Act of 1993, as amended.

FDRL74

## Uniformed Services Employment and Re-Employment Rights Act of 1994 (USERRA)

The Uniformed Services Employment and Re-employment Rights Act of 1994 (USERRA) sets requirements for continuation of health coverage and re-employment in regard to an Employee's military leave of absence. These requirements apply to medical and dental coverage for you and your Dependents. They do not apply to any Life, Short-

CIGNA00000426



**CIGNA HealthCare**

term or Long-term Disability or Accidental Death & Dismemberment coverage you may have.

### A. Continuation of Coverage

For leaves of less than 31 days, coverage will continue as described in the Termination section regarding Leave of Absence.

For leaves of 31 days or more, you may continue coverage for yourself and your Dependents as follows:

You may continue benefits by paying the required premium to your Employer, until the earliest of the following:

- 24 months from the last day of employment with the Employer;
- the day after you fail to return to work; and
- the date the policy cancels.

Your Employer may charge you and your Dependents up to 102% of the total premium.

Following continuation of health coverage per USERRA requirements, you may convert to a plan of individual coverage according to any "Conversion Privilege" shown in your certificate.

### B. Reinstatement of Benefits (applicable to all coverages)

If your coverage ends during the leave of absence because you do not elect USERRA or an available conversion plan at the expiration of USERRA and you are reemployed by your current Employer, coverage for you and your Dependents may be reinstated if (a) you gave your Employer advance written or verbal notice of your military service leave, and (b) the duration of all military leaves while you are employed with your current Employer does not exceed 5 years.

You and your Dependents will be subject to only the balance of a Pre-Existing Condition Limitation (PCL) or waiting period that was not yet satisfied before the leave began. However, if an Injury or Sickness occurs or is aggravated during the military leave, full Plan limitations will apply.

Any 63-day break in coverage rule regarding credit for time accrued toward a PCL waiting period will be waived.

If your coverage under this plan terminates as a result of your eligibility for military medical and dental coverage and your order to active duty is canceled before your active duty service commences, these reinstatement rights will continue to apply.

FDRL58

## Claim Determination Procedures Under ERISA

**The following complies with federal law. Provisions of the laws of your state may supersede.**

**Procedures Regarding Medical Necessity Determinations**

In general, health services and benefits must be Medically Necessary to be covered under the plan. The procedures for determining Medical Necessity vary, according to the type of service or benefit requested, and the type of health plan. Medical Necessity determinations are made on either a preservice, concurrent, or postservice basis, as described below:

Certain services require prior authorization in order to be covered. This prior authorization is called a "preservice medical necessity determination." The Certificate describes who is responsible for obtaining this review. You or your authorized representative (typically, your health care provider) must request Medical Necessity determinations according to the procedures described below, in the Certificate, and in your provider's network participation documents as applicable.

When services or benefits are determined to be not Medically Necessary, you or your representative will receive a written description of the adverse determination, and may appeal the determination. Appeal procedures are described in the Certificate, in your provider's network participation documents, and in the determination notices.

**Preservice Medical Necessity Determinations**

When you or your representative request a required Medical Necessity determination prior to care, CG will notify you or your representative of the determination within 15 days after receiving the request. However, if more time is needed due to matters beyond CG's control, CG will notify you or your representative within 15 days after receiving your request. This notice will include the date a determination can be expected, which will be no more than 30 days after receipt of the request. If more time is needed because necessary information is missing from the request, the notice will also specify what information is needed, and you or your representative must provide the specified information to CG within 45 days after receiving the notice. The determination period will be suspended on the date CG sends such a notice of missing information, and the determination period will resume on the date you or your representative responds to the notice.

If the determination periods above would seriously jeopardize your life or health, your ability to regain maximum function, or in the opinion of a Physician with knowledge of your health condition, cause you severe pain which cannot be managed without the requested services, CG will make the preservice determination on an expedited basis. CG's Physician reviewer, in consultation with the treating Physician, will decide if an expedited determination is necessary. CG will notify you or

CIGNA00000427



**CIGNA HealthCare**

your representative of an expedited determination within 72 hours after receiving the request.

However, if necessary information is missing from the request, CG will notify you or your representative within 24 hours after receiving the request to specify what information is needed. You or your representative must provide the specified information to CG within 48 hours after receiving the notice. CG will notify you or your representative of the expedited benefit determination within 48 hours after you or your representative responds to the notice. Expedited determinations may be provided orally, followed within 3 days by written or electronic notification.

If you or your representative fails to follow CG's procedures for requesting a required preservice medical necessity determination, CG will notify you or your representative of the failure and describe the proper procedures for filing within 5 days (or 24 hours, if an expedited determination is required, as described above) after receiving the request. This notice may be provided orally, unless you or your representative requests written notification.

**Concurrent Medical Necessity Determinations**

When an ongoing course of treatment has been approved for you and you wish to extend the approval, you or your representative must request a required concurrent Medical Necessity determination at least 24 hours prior to the expiration of the approved period of time or number of treatments. When you or your representative requests such a determination, CG will notify you or your representative of the determination within 24 hours after receiving the request.

**Postservice Medical Necessity Determinations**

When you or your representative requests a Medical Necessity determination after services have been rendered, CG will notify you or your representative of the determination within 30 days after receiving the request. However, if more time is needed to make a determination due to matters beyond CG's control CG will notify you or your representative within 30 days after receipt of the request. This notice will include the date a determination can be expected, which will be no more than 45 days after receipt of the request.

If more time is needed because necessary information is missing from the request, the notice will also specify what information is needed, and you or your representative must provide the specified information to CG within 45 days after receiving the notice. The determination period will be suspended on the date CG sends such a notice of missing information, and the determination period will resume on the date you or your representative responds to the notice.

**Postservice Claim Determinations**

When you or your representative requests payment for services which have been rendered, CG will notify you of the claim payment determination within 30 days after receiving

the request. However, if more time is needed to make a determination due to matters beyond CG's control, CG will notify you or your representative within 30 days after receiving the request. This notice will include the date a determination can be expected, which will be no more than 45 days after receipt of the request. If more time is needed because necessary information is missing from the request, the notice will also specify what information is needed, and you or your representative must provide the specified information within 45 days after receiving the notice. The determination period will be suspended on the date CG sends such a notice of missing information, and resume on the date you or your representative responds to the notice.

**Notice of Adverse Determination**

Every notice of an adverse benefit determination will be provided in writing or electronically, and will include all of the following that pertain to the determination: information sufficient to identify the claim; the specific reason or reasons for the adverse determination; reference to the specific plan provisions on which the determination is based; a description of any additional material or information necessary to perfect the claim and an explanation of why such material or information is necessary; a description of the plan's review procedures and the time limits applicable, including a statement of a claimant's rights to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on appeal; upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination regarding your claim; and an explanation of the scientific or clinical judgment for a determination that is based on a Medical Necessity, experimental treatment or other similar exclusion or limit; information about any office of health insurance consumer assistance or ombudsman available to assist you with the appeal process; and in the case of a claim involving urgent care, a description of the expedited review process applicable to such claim.

FDRL77

# COBRA Continuation Rights Under Federal Law

### For You and Your Dependents

### What is COBRA Continuation Coverage?

Under federal law, you and/or your Dependents must be given the opportunity to continue health insurance when there is a "qualifying event" that would result in loss of coverage under the Plan. You and/or your Dependents will be permitted to continue the same coverage under which you or your Dependents were covered on the day before the qualifying

CIGNA00000428



**CIGNA HealthCare**

event occurred, unless you move out of that plan's coverage area or the plan is no longer available. You and/or your Dependents cannot change coverage options until the next open enrollment period.

**When is COBRA Continuation Available?**

For you and your Dependents, COBRA continuation is available for up to 18 months from the date of the following qualifying events if the event would result in a loss of coverage under the Plan:

- your termination of employment for any reason, other than gross misconduct, or
- your reduction in work hours.

For your Dependents, COBRA continuation coverage is available for up to 36 months from the date of the following qualifying events if the event would result in a loss of coverage under the Plan:

- your death;
- your divorce or legal separation; or
- for a Dependent child, failure to continue to qualify as a Dependent under the Plan.

**Who is Entitled to COBRA Continuation?**

Only a "qualified beneficiary" (as defined by federal law) may elect to continue health insurance coverage. A qualified beneficiary may include the following individuals who were covered by the Plan on the day the qualifying event occurred: you, your spouse, and your Dependent children. Each qualified beneficiary has their own right to elect or decline COBRA continuation coverage even if you decline or are not eligible for COBRA continuation.

The following individuals are not qualified beneficiaries for purposes of COBRA continuation: domestic partners, same sex spouses, grandchildren (unless adopted by you), stepchildren (unless adopted by you). Although these individuals do not have an independent right to elect COBRA continuation coverage, if you elect COBRA continuation coverage for yourself, you may also cover your Dependents even if they are not considered qualified beneficiaries under COBRA. However, such individuals' coverage will terminate when your COBRA continuation coverage terminates. The sections titled "Secondary Qualifying Events" and "Medicare Extension For Your Dependents" are not applicable to these individuals.

FDRL85

**Secondary Qualifying Events**

If, as a result of your termination of employment or reduction in work hours, your Dependent(s) have elected COBRA

continuation coverage and one or more Dependents experience another COBRA qualifying event, the affected Dependent(s) may elect to extend their COBRA continuation coverage for an additional 18 months (7 months if the secondary event occurs within the disability extension period) for a maximum of 36 months from the initial qualifying event. The second qualifying event must occur before the end of the initial 18 months of COBRA continuation coverage or within the disability extension period discussed below. Under no circumstances will COBRA continuation coverage be available for more than 36 months from the initial qualifying event. Secondary qualifying events are: your death; your divorce or legal separation; or, for a Dependent child, failure to continue to qualify as a Dependent under the Plan.

**Disability Extension**

If, after electing COBRA continuation coverage due to your termination of employment or reduction in work hours, you or one of your Dependents is determined by the Social Security Administration (SSA) to be totally disabled under title II or XVI of the SSA, you and all of your Dependents who have elected COBRA continuation coverage may extend such continuation for an additional 11 months, for a maximum of 29 months from the initial qualifying event.

To qualify for the disability extension, all of the following requirements must be satisfied:

1. SSA must determine that the disability occurred prior to or within 60 days after the disabled individual elected COBRA continuation coverage; and

2. A copy of the written SSA determination must be provided to the Plan Administrator within 60 calendar days after the date the SSA determination is made AND before the end of the initial 18-month continuation period.

If the SSA later determines that the individual is no longer disabled, you must notify the Plan Administrator within 30 days after the date the final determination is made by SSA. The 11-month disability extension will terminate for all covered persons on the first day of the month that is more than 30 days after the date the SSA makes a final determination that the disabled individual is no longer disabled.

All causes for "Termination of COBRA Continuation" listed below will also apply to the period of disability extension.

CIGNA00000429



**CIGNA HealthCare**

**Medicare Extension for Your Dependents**

When the qualifying event is your termination of employment or reduction in work hours and you became enrolled in Medicare (Part A, Part B or both) within the 18 months before the qualifying event, COBRA continuation coverage for your Dependents will last for up to 36 months after the date you became enrolled in Medicare. Your COBRA continuation coverage will last for up to 18 months from the date of your termination of employment or reduction in work hours.

FDRL21

**Termination of COBRA Continuation**

COBRA continuation coverage will be terminated upon the occurrence of any of the following:

- the end of the COBRA continuation period of 18, 29 or 36 months, as applicable;
- failure to pay the required premium within 30 calendar days after the due date;
- cancellation of the Employer's policy with CIGNA;
- after electing COBRA continuation coverage, a qualified beneficiary enrolls in Medicare (Part A, Part B, or both);
- after electing COBRA continuation coverage, a qualified beneficiary becomes covered under another group health plan, unless the qualified beneficiary has a condition for which the new plan limits or excludes coverage under a pre-existing condition provision. In such case coverage will continue until the earliest of: (a) the end of the applicable maximum period; (b) the date the pre-existing condition provision is no longer applicable; or (c) the occurrence of an event described in one of the first three bullets above; or
- any reason the Plan would terminate coverage of a participant or beneficiary who is not receiving continuation coverage (e.g., fraud).

**Moving Out of Employer's Service Area or Elimination of a Service Area**

If you and/or your Dependents move out of the Employer's service area or the Employer eliminates a service area in your location, your COBRA continuation coverage under the plan will be limited to out-of-network coverage only. In-network coverage is not available outside of the Employer's service area. If the Employer offers another benefit option through CIGNA or another carrier which can provide coverage in your location, you may elect COBRA continuation coverage under that option.

FDRL22                                                          V1

**Employer's Notification Requirements**

Your Employer is required to provide you and/or your Dependents with the following notices:

- An initial notification of COBRA continuation rights must be provided within 90 days after your (or your spouse's) coverage under the Plan begins (or the Plan first becomes subject to COBRA continuation requirements, if later). If you and/or your Dependents experience a qualifying event before the end of that 90-day period, the initial notice must be provided within the time frame required for the COBRA continuation coverage election notice as explained below.
- A COBRA continuation coverage election notice must be provided to you and/or your Dependents within the following timeframes:
  (a) if the Plan provides that COBRA continuation coverage and the period within which an Employer must notify the Plan Administrator of a qualifying event starts upon the loss of coverage under the Plan, 44 days after loss of coverage under the Plan;
  (b) if the Plan provides that COBRA continuation coverage and the period within which an Employer must notify the Plan Administrator of a qualifying event starts upon the occurrence of a qualifying event, 44 days after the qualifying event occurs; or
  (c) in the case of a multi-employer plan, no later than 14 days after the end of the period in which Employers must provide notice of a qualifying event to the Plan Administrator.

**How to Elect COBRA Continuation Coverage**

The COBRA coverage election notice will list the individuals who are eligible for COBRA continuation coverage and inform you of the applicable premium. The notice will also include instructions for electing COBRA continuation coverage. You must notify the Plan Administrator of your election no later than the due date stated on the COBRA election notice. If a written election notice is required, it must be post-marked no later than the due date stated on the COBRA election notice. If you do not make proper notification by the due date shown on the notice, you and your Dependents will lose the right to elect COBRA continuation coverage. If you reject COBRA continuation coverage before the due date, you may change your mind as long as you furnish a completed election form before the due date.

Each qualified beneficiary has an independent right to elect COBRA continuation coverage. Continuation coverage may be elected for only one, several, or for all Dependents who are qualified beneficiaries. Parents may elect to continue coverage on behalf of their Dependent children. You or your spouse may elect continuation coverage on behalf of all the qualified beneficiaries. You are not required to elect COBRA

CIGNA00000430



continuation coverage in order for your Dependents to elect COBRA continuation.

FDRL23

## How Much Does COBRA Continuation Coverage Cost?

Each qualified beneficiary may be required to pay the entire cost of continuation coverage. The amount may not exceed 102% of the cost to the group health plan (including both Employer and Employee contributions) for coverage of a similarly situated active Employee or family member. The premium during the 11-month disability extension may not exceed 150% of the cost to the group health plan (including both employer and employee contributions) for coverage of a similarly situated active Employee or family member. For example:

If the Employee alone elects COBRA continuation coverage, the Employee will be charged 102% (or 150%) of the active Employee premium. If the spouse or one Dependent child alone elects COBRA continuation coverage, they will be charged 102% (or 150%) of the active Employee premium. If more than one qualified beneficiary elects COBRA continuation coverage, they will be charged 102% (or 150%) of the applicable family premium.

### When and How to Pay COBRA Premiums

*First payment for COBRA continuation*

If you elect COBRA continuation coverage, you do not have to send any payment with the election form. However, you must make your first payment no later than 45 calendar days after the date of your election. (This is the date the Election Notice is postmarked, if mailed.) If you do not make your first payment within that 45 days, you will lose all COBRA continuation rights under the Plan.

*Subsequent payments*

After you make your first payment for COBRA continuation coverage, you will be required to make subsequent payments of the required premium for each additional month of coverage. Payment is due on the first day of each month. If you make a payment on or before its due date, your coverage under the Plan will continue for that coverage period without any break.

*Grace periods for subsequent payments*

Although subsequent payments are due by the first day of the month, you will be given a grace period of 30 days after the first day of the coverage period to make each monthly payment. Your COBRA continuation coverage will be provided for each coverage period as long as payment for that coverage period is made before the end of the grace period for that payment. However, if your payment is received after the due date, your coverage under the Plan may be suspended

during this time. Any providers who contact the Plan to confirm coverage during this time may be informed that coverage has been suspended. If payment is received before the end of the grace period, your coverage will be reinstated back to the beginning of the coverage period. This means that any claim you submit for benefits while your coverage is suspended may be denied and may have to be resubmitted once your coverage is reinstated. If you fail to make a payment before the end of the grace period for that coverage period, you will lose all rights to COBRA continuation coverage under the Plan.

FDRL24                                                                V2

### You Must Give Notice of Certain Qualifying Events

If you or your Dependent(s) experience one of the following qualifying events, you must notify the Plan Administrator within 60 calendar days after the later of the date the qualifying event occurs or the date coverage would cease as a result of the qualifying event:

- Your divorce or legal separation;
- Your child ceases to qualify as a Dependent under the Plan; or
- The occurrence of a secondary qualifying event as discussed under "Secondary Qualifying Events" above (this notice must be received prior to the end of the initial 18- or 29-month COBRA period).

(Also refer to the section titled "Disability Extension" for additional notice requirements.)

Notice must be made in writing and must include: the name of the Plan, name and address of the Employee covered under the Plan, name and address(es) of the qualified beneficiaries affected by the qualifying event; the qualifying event; the date the qualifying event occurred; and supporting documentation (e.g., divorce decree, birth certificate, disability determination, etc.).

CIGNA00000431



**CIGNA HealthCare**

---

**Newly Acquired Dependents**

If you acquire a new Dependent through marriage, birth, adoption or placement for adoption while your coverage is being continued, you may cover such Dependent under your COBRA continuation coverage.  However, only your newborn or adopted Dependent child is a qualified beneficiary and may continue COBRA continuation coverage for the remainder of the coverage period following your early termination of COBRA coverage or due to a secondary qualifying event. COBRA coverage for your Dependent spouse and any Dependent children who are not your children (e.g., stepchildren or grandchildren) will cease on the date your COBRA coverage ceases and they are not eligible for a secondary qualifying event.

**COBRA Continuation for Retirees Following Employer's Bankruptcy**

If you are covered as a retiree, and a proceeding in bankruptcy is filed with respect to the Employer under Title 11 of the United States Code, you may be entitled to COBRA continuation coverage. If the bankruptcy results in a loss of coverage for you, your Dependents or your surviving spouse within one year before or after such proceeding, you and your covered Dependents will become COBRA qualified beneficiaries with respect to the bankruptcy. You will be entitled to COBRA continuation coverage until your death. Your surviving spouse and covered Dependent children will be entitled to COBRA continuation coverage for up to 36 months following your death. However, COBRA continuation coverage will cease upon the occurrence of any of the events listed under "Termination of COBRA Continuation" above.

FDRL25                                                          V1

**Trade Act of 2002**

The Trade Act of 2002 created a new tax credit for certain individuals who become eligible for trade adjustment assistance and for certain retired Employees who are receiving pension payments from the Pension Benefit Guaranty Corporation (PBGC) (eligible individuals). Under the new tax provisions, eligible individuals can either take a tax credit or get advance payment of 65% of premiums paid for qualified health insurance, including continuation coverage. If you have questions about these new tax provisions, you may call the Health Coverage Tax Credit Customer Contact Center toll-free at 1-866-628-4282. TDD/TYY callers may call toll-free at 1-866-626-4282. More information about the Trade Act is also available at www.doleta.gov/tradeact/2002act_index.cmf.

In addition, if you initially declined COBRA continuation coverage and, within 60 days after your loss of coverage under the Plan, you are deemed eligible by the U.S. Department of Labor or a state labor agency for trade adjustment assistance

(TAA) benefits and the tax credit, you may be eligible for a special 60 day COBRA election period. The special election period begins on the first day of the month that you become TAA-eligible. If you elect COBRA coverage during this special election period, COBRA coverage will be effective on the first day of the special election period and will continue for 18 months, unless you experience one of the events discussed under "Termination of COBRA Continuation" above. Coverage will not be retroactive to the initial loss of coverage. If you receive a determination that you are TAA-eligible, you must notify the Plan Administrator immediately.

**Interaction With Other Continuation Benefits**

You may be eligible for other continuation benefits under state law. Refer to the Termination section for any other continuation benefits.

FDRL82

# ERISA Required Information

The name of the Plan is:

    Putnam Investments Welfare Plan

The name, address, ZIP code and business telephone number of the sponsor of the Plan is:

    Putnam Investments Welfare Plan
    One Post Office Square
    Boston, MA 02109
    617-760-1000

| Employer Identification Number (EIN) | Plan Number |
|---|---|
| 261080669 | 501 |

The name, address, ZIP code and business telephone number of the Plan Administrator is:

    Employer named above

The name, address and ZIP code of the person designated as agent for the service of legal process is:

    Employer named above

The office designated to consider the appeal of denied claims is:

    The CG Claim Office responsible for this Plan

The cost of the Plan is shared by Employee and Employer.

The Plan's fiscal year ends on 12/31.

The preceding pages set forth the eligibility requirements and benefits provided for you under this Plan.

CIGNA00000432


**CIGNA HealthCare**

**Plan Trustees**

A list of any Trustees of the Plan, which includes name, title and address, is available upon request to the Plan Administrator.

**Plan Type**

The plan is a healthcare benefit plan.

**Collective Bargaining Agreements**

You may contact the Plan Administrator to determine whether the Plan is maintained pursuant to one or more collective bargaining agreements and if a particular Employer is a sponsor. A copy is available for examination from the Plan Administrator upon written request.

FDRL27

**Discretionary Authority**

The Plan Administrator delegates to CG the discretionary authority to interpret and apply plan terms and to make factual determinations in connection with its review of claims under the plan. Such discretionary authority is intended to include, but not limited to, the determination of the eligibility of persons desiring to enroll in or claim benefits under the plan, the determination of whether a person is entitled to benefits under the plan, and the computation of any and all benefit payments. The Plan Administrator also delegates to CG the discretionary authority to perform a full and fair review, as required by ERISA, of each claim denial which has been appealed by the claimant or his duly authorized representative.

**Plan Modification, Amendment and Termination**

The Employer as Plan Sponsor reserves the right to, at any time, change or terminate benefits under the Plan, to change or terminate the eligibility of classes of employees to be covered by the Plan, to amend or eliminate any other plan term or condition, and to terminate the whole plan or any part of it. The procedure by which benefits may be changed or terminated, by which the eligibility of classes of employees may be changed or terminated, or by which part or all of the Plan may be terminated, is contained in the Employer's Plan Document, which is available for inspection and copying from the Plan Administrator designated by the Employer. No consent of any participant is required to terminate, modify, amend or change the Plan.

Termination of the Plan together with termination of the insurance policy(s) which funds the Plan benefits will have no adverse effect on any benefits to be paid under the policy(s) for any covered medical expenses incurred prior to the date that policy(s) terminates. Likewise, any extension of benefits under the policy(s) due to you or your Dependent's total disability which began prior to and has continued beyond the

date the policy(s) terminates will not be affected by the Plan termination. Rights to purchase limited amounts of life and medical insurance to replace part of the benefits lost because the policy(s) terminated may arise under the terms of the policy(s). A subsequent Plan termination will not affect the extension of benefits and rights under the policy(s).

Your coverage under the Plan's insurance policy(s) will end on the earliest of the following dates:

- the date you leave Active Service (or later, as explained in the Termination Section);
- the date you are no longer in an eligible class;
- if the Plan is contributory, the date you cease to contribute;
- the date the policy(s) terminates.

See your Plan Administrator to determine if any extension of benefits or rights are available to you or your Dependents under this policy(s). No extension of benefits or rights will be available solely because the Plan terminates.

**Statement of Rights**

As a participant in the plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

FDRL83

**Receive Information About Your Plan and Benefits**

- examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure room of the Employee Benefits Security Administration.

- obtain, upon written request to the Plan Administrator, copies of documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) and updated summary plan description. The administrator may make a reasonable charge for the copies.

- receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each person under the Plan with a copy of this summary financial report.

**Continue Group Health Plan Coverage**

- continue health care coverage for yourself, your spouse or Dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your Dependents may have to pay for such coverage. Review this summary plan

CIGNA00000433



**CIGNA HealthCare**

description and the documents governing the Plan on the rules governing your federal continuation coverage rights.

- reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect federal continuation coverage, when your federal continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA. If your claim for a welfare benefit is denied or ignored you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

FDRL29

**Enforce Your Rights**

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court.

In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court.

The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

FDRL59

**Notice of an Appeal or a Grievance**

The appeal or grievance provision in this certificate may be superseded by the law of your state. Please see your explanation of benefits for the applicable appeal or grievance procedure.

GM6000   NOT90

# The Following Will Apply to Residents of Massachusetts

## When You Have a Concern or a Complaint

For the purposes of this section, any reference to "you," "your" or "Member" also refers to a representative or provider designated by you to act on your behalf, including, but not limited to your guardian, conservator, holder of a power of attorney, health care agent, family member, or other person authorized by you in writing or by law, unless otherwise noted.

We want you to be completely satisfied with the care you receive. That is why we have established a process for addressing your concerns and solving your problems.

CIGNA00000434


**CIGNA HealthCare**

**Start with Member Services**

We are here to listen and help. If you have a concern regarding a person, a service, the quality of care, or contractual benefits, you can call our toll-free number and explain your concern to one of our Customer Service representatives. You can also express that concern in writing at the following:

> Customer Services Toll-Free Number that appears on your Benefit Identification card, explanation of benefits or claim form.

> Address that appears on your Benefit Identification card, explanation of benefits or claim form.

CG has an inquiry process during which CG may attempt to answer questions and/or resolve concerns communicated by you, to your satisfaction within three working days. This process shall not be used for review of an adverse determination that must be reviewed through the internal appeals process. When this inquiry process fails to answer your questions or resolve your concerns to your satisfaction within three working days, the inquiry will, at your option be subject to the internal appeal process.

GM6000 APL728

The inquiry process includes the following:

- provision in writing to members of a clear, concise and complete description of the inquiry process;
- protocol to receive and address an inquiry as expeditiously as possible, and to determine whether your inquiry has been resolved to your satisfaction;
- protocol to provide written notice to you when your inquiry has not been explained or resolved to your satisfaction within 3 working days of the inquiry, of the right to have the inquiry processed as an internal appeal at your option, including reduction of an oral inquiry to writing by CG;
- written acknowledgment and written resolution of the inquiry; and
- a system for maintaining records of each inquiry communicated by you, and response thereto, for a period of 2 years, which records shall be subject to inspection by the Commissioner of Insurance and the Department.

We will do our best to resolve the matter on your initial contact. If you are not satisfied with the results of a coverage decision, you can start the appeals procedure.

GM6000 APL668

**Internal Appeals Process**

CG has an internal appeals process. To initiate an appeal, you must submit a request for an appeal in writing within 365 days of receipt of a denial notice. You should state the reason why you feel your appeal should be approved and include any supporting information. We will acknowledge receipt of your appeal within 5 working days.

If you are unable or choose not to write, you may ask to register your appeal by calling the toll-free number on your Benefit Identification card or claim form. You may also register your appeal by electronic means provided that an oral appeal made by you shall be reduced to writing by CG and a copy forwarded to you within 48 hours of receipt, except where this time limit is waived or extended by mutual written agreement of you and CG.

Any appeal that requires the review of medical records shall include your or your authorized representative's signature on a form provided promptly by CG authorizing the release of medical and treatment information relevant to your appeal. You shall have access to any medical information and records relevant to your appeal that is in the possession of CG and under its control. CG shall request authorization from you when necessary for requests reduced to writing by CG and for any written requests lacking authorization.

In the event that you do not provide the signed authorization within 30 days of the receipt of the appeal, CG may, in its discretion, issue a resolution of the appeal without review of some or all of the medical records.

Your appeal will be reviewed and the decision made by someone not involved in the initial decision. For appeals involving Medical Necessity or clinical appropriateness, the Physician reviewer will consult with at least one Physician actively practicing in the same or similar specialty who typically treats the medical condition, performs the procedure or provides the treatment as the care under consideration, as determined by CG's Physician reviewer. For required preservice and concurrent care coverage determinations, the review will be completed within 30 calendar days and for postservice claims, the review will be completed within 30 working days. You will be notified in writing of the appeal decision within 30 working days of receipt of the appeal. The 30-work-day time limit noted above may be waived or extended by mutual written agreement between you and CG.

GM6000 APL729

CIGNA00000435



A written resolution shall include a substantive clinical justification that is consistent with generally accepted principles of professional medical practice, and shall at a minimum:

(1) identify the specific information upon which the adverse determination was based;

(2) discuss your presenting symptoms or condition, diagnosis and treatment interventions and the specific reasons such medical evidence fails to meet the relevant medical review criteria;

(3) specify alternative treatment options covered by CG, if any;

(4) reference and include applicable clinical practice guidelines and review criteria; and

(5) include a clear, concise and complete description of CG's formal internal grievance process and the procedures for obtaining external review pursuant to Massachusetts law.

Please note that an appeal not properly acted upon by CG within the required time limits stated in this certificate shall be deemed resolved in your favor. Time limits include any extensions made by mutual written agreement between you, or your authorized representative, and CG.

If an appeal is filed concerning the termination of ongoing coverage or treatment, the disputed coverage or treatment shall remain in effect at CG's expense through completion of the internal appeal process regardless of the final internal appeal decision.

**Expedited Internal Appeal Process**

You or your authorized representative may request that the internal appeal process be expedited for immediate and urgently needed services. When an appeal is expedited, we will respond orally with a decision within 48 hours, followed up in writing. Issues related to administrative, eligibility or benefit coverage limits or exclusions are not eligible for the expedited internal appeal process.

CG will provide a written resolution before your discharge from a Hospital if you submit the appeal while you are an inpatient in a Hospital.

GM6000 APL731

During the 48-hour period while the expedited internal appeal decision is pending, a denial of coverage for medical services or durable medical equipment may be reversed if the treating Physician certifies that, in his opinion: (1) the service or use of durable medical equipment at issue in an appeal is Medically Necessary, (2) a denial of coverage for such services or durable medical equipment would create a substantial risk of serious harm to the patient, and (3) such risk of serious harm is

so immediate that the provision of such services or durable medical equipment should not await the outcome of the normal appeal process.

In the event a treating Physician exercises the option of automatic reversal earlier than 48 hours for medical services or durable medical equipment, the treating Physician must further certify as to the specific, immediate and severe harm that will result to the patient absent action within the 48-hour time period.

**Expedited Internal Appeal Process for Terminally Ill Persons**

When an appeal is submitted by or on behalf of a person with a terminal illness, a resolution shall be provided to the person within 5 working days from the receipt of the appeal.

If the expedited internal appeal process affirms the denial of coverage or treatment to a terminally ill person, CG will provide the person within 5 working days of the decision: (a) a statement setting forth the specific medical and scientific reasons for denying coverage or treatment and (b) a description of alternative treatment, services or supplies covered or provided by CG, if any.

GM6000 APL673

If the expedited internal appeal process affirms the denial of coverage or treatment to a terminally ill person, CG will allow the person and/or the person's authorized representative to request a conference. The conference shall be scheduled within 10 days of receiving a request from the person and/or the person's authorized representative; provided however that the conference shall be held within 5 working days of the request if the treating Physician determines, after consultation with the Physician reviewer or his designee, and based on standard medical practice, that the effectiveness of either the proposed treatment, services or supplies or any alternative treatment, services or supplies covered by CG, would be materially reduced if not provided at the earliest possible date. At the conference, CG shall permit the attendance of the person and/or the person's authorized representative. At the conference, the person and/or the person's authorized representative, and a representative of CG who has authority to determine the disposition of the appeal shall review the information provided to the person and/or the person's authorized representative.

**Voluntary Committee Review**

If you are still dissatisfied with the appeal decision, you may either request a voluntary CG committee review or an external review described under "Your Right to Contact the Commonwealth of Massachusetts." To initiate a voluntary committee review, follow the same process required for an

CIGNA00000436



**CIGNA HealthCare**

internal appeal. If you are still dissatisfied after the voluntary CG committee review, you may request an external review.

Your voluntary committee review will be conducted by the Appeals Committee, which consists of a minimum of three people. Anyone involved in the prior decision may not vote on the Appeals Committee. You may present your situation to the committee in person or by conference call.

We will acknowledge in writing that we have received your request for a voluntary committee review and schedule a committee review. The voluntary committee review will be completed within 30 working days of receipt of your request. If more time or information is needed to make the determination, we will notify you in writing to request an extension of up to 15 calendar days and to specify any additional information needed by the Appeals Committee to complete the review. You will be notified in writing of the Appeals Committee's decision with five working days after the Appeals Committee meeting, and within the committee review time frames above if the Appeals Committee does not approve the requested coverage.

GM6000 APL723

**Your Right to Contact the Commonwealth of Massachusetts**

You have the right to contact the Office of Patient Protection for assistance or for a copy of the grievance report at any time. The Office of Patient Protection may be contacted at the following:

> Massachusetts Office of Patient Protection
> 800-436-7757 (telephone)
> 617-624-5046 (fax)
> www.state.ma.us/dph/opp

The following information is available from the Office of Patient Protection:

(1) a list of sources of independently published information assessing insured satisfaction and evaluating the quality of health care services offered by the carrier;

(2) the percentage of Physicians who voluntarily and involuntarily terminated participation contracts with the carrier during the previous calendar year for which such data has been compiled and the three most common reasons for voluntary and involuntary Physician disenrollment;

(3) the percentage of premium revenue expanded by the carrier for health care services provided to insureds for the most recent year for which information is available; and

(4) a report detailing, for the previous calendar year, the total number of: (a) filed appeals, appeals that were approved

internally, appeals that were denied internally, and appeals that were withdrawn before resolution; and (b) external appeals pursued after exhausting the internal appeal process and the resolution of all such external appeals.

GM6000 APL734                                                                V1

**External Review Procedure from the Office of Patient Protection**

If you are not fully satisfied with CG's final determination regarding your Medical Necessity or clinical appropriateness appeal after having completed CG's internal appeals process, you or your authorized representative may request an external review by filing a request in writing with the Office of Patient Protection within 45 days of receipt of the written notice of CG's final determination.

You can call the Office of Patient Protection at 800-436-7757 to initiate this process. You also have the right to contact the Office of Patient Protection for a copy of the grievance report at any time. The External Review panel will notify you of its decision **within 60 working days of receipt of your request for review**. You shall pay a fee of $25 to the Office of Patient Protection, which shall accompany the request for a review. The fee may be waived by said office if it determines that the payment of the fee would result in an extreme financial hardship to you.

You may request to have your request for review processed as an expedited external review. Any request for an expedited external review shall contain a certification, in writing, from a Physician, that delay in the providing or continuation of health care services that are the subject of a final adverse determination, would pose a serious and immediate threat to your health. Upon a finding that a serious and immediate threat to the insured exists, the Office of Patient Protection shall qualify such request as eligible for an expedited external review.

GM6000 APL671

If the subject matter of the external review involves the termination of ongoing services, you may apply to the external review panel to seek the continuation of coverage for the terminated service during the period the review is pending. Any such request must be made before the end of the second business day following receipt of the final adverse determination. The review panel may order the continuation of coverage or treatment, where it determines that substantial harm to your health may result, absent such continuation or for such other good cause as the review panel shall determine.

CIGNA00000437



**CIGNA HealthCare**

Any such continuation of coverage shall be at CG's expense regardless of the final external review determination.

The remainder of the cost for an external review shall be borne by CG. Upon completion of the external review, the Office of Patient Protection shall bill CG the amount established pursuant to contract between the Department and the assigned external review agency minus the $25 fee, which is your responsibility.

In connection with any request for an external review, CG shall assure that you or your authorized representative will have access to any medical or dental information and records relating to your case, in the possession of CG or under its control.

The decision of the External Review panel will be binding.

GM6000 APL726

### Notice of Benefit Determination on Appeal

Every notice of a determination on appeal will be provided in writing or electronically and, if an adverse determination, will include: (1) the specific reason or reasons for the adverse determination; (2) reference to the specific plan provisions on which the determination is based; (3) a statement that the claimant is entitled to receive, upon request and free of charge, reasonable access to and copies of all documents, records, and other Relevant Information as defined; (4) a statement describing any voluntary appeal procedures offered by the plan and the claimant's right to bring an action under ERISA section 502(a); (5) upon request and free of charge, a copy of any internal rule, guideline, protocol or other similar criterion that was relied upon in making the adverse determination regarding your appeal, and an explanation of the scientific or clinical judgment for a determination that is based on a Medical Necessity, experimental treatment or other similar exclusion or limit.

You also have the right to bring a civil action under Section 502(a) of ERISA if you are not satisfied with the decision on review. You or your plan may have other voluntary alternative dispute resolution options such as Mediation. One way to find out what may be available is to contact your local U.S. Department of Labor office and your State insurance regulatory agency. You may also contact the Plan Administrator.

### Relevant Information

Relevant Information is any document, record, or other information which (a) was relied upon in making the benefit determination; (b) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (c)

demonstrates compliance with the administrative processes and safeguards required by federal law in making the benefit determination; or (d) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit or the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

### Legal Action

If your plan is governed by ERISA, you have the right to bring a civil action under Section 502(a) of ERISA if you are not satisfied with the outcome of the Appeals Procedure. In most instances, you may not initiate a legal action against CG until you have completed the Internal Appeals process.

GM6000 APL675

# Definitions

### Active Service

You will be considered in Active Service:

- on any of your Employer's scheduled work days if you are performing the regular duties of your work on that day either at your Employer's place of business or at some location to which you are required to travel for your Employer's business.

- on a day which is not one of your Employer's scheduled work days if you were in Active Service on the preceding scheduled work day.

DFS1 M

### Bed and Board

The term Bed and Board includes all charges made by a Hospital on its own behalf for room and meals and for all general services and activities needed for the care of registered bed patients.

DFS14

### Charges

The term "charges" means the actual billed charges; except when the provider has contracted directly or indirectly with CG for a different amount.

DFS940

CIGNA00000438



**CIGNA HealthCare**

**Custodial Services**

Any services that are of a sheltering, protective, or safeguarding nature. Such services may include a stay in an institutional setting, at-home care, or nursing services to care for someone because of age or mental or physical condition. This service primarily helps the person in daily living. Custodial care also can provide medical services, given mainly to maintain the person's current state of health. These services cannot be intended to greatly improve a medical condition; they are intended to provide care while the patient cannot care for himself or herself. Custodial Services include but are not limited to:

- Services related to watching or protecting a person;
- Services related to performing or assisting a person in performing any activities of daily living, such as: (a) walking, (b) grooming, (c) bathing, (d) dressing, (e) getting in or out of bed, (f) toileting, (g) eating, (h) preparing foods, or (i) taking medications that can be self administered, and
- Services not required to be performed by trained or skilled medical or paramedical personnel.

DFS1812

**Dependent**

Dependents are:

- your lawful spouse;
- your former spouse; unless the divorce decree provides otherwise;
- your Domestic Partner; and
- any child of yours who is under 26 years of age, including any child for two years after the end of the calendar year in which the child last qualified as a dependent under 26 U.S.C. 106, whichever occurs first;
- any unmarried child of yours who is 26 or more years old and primarily supported by you and incapable of self-sustaining employment by reason of mental or physical handicap which existed prior to attaining age 26. Proof of the child's condition and dependence must be submitted to CG within 31 days after the date the child ceases to qualify above. During the next two years CG may, from time to time, require proof of the continuation of such condition and dependence. After that, CG may require proof no more than once a year.

A child includes:

- a legally adopted child. Coverage for an adopted child will begin (a) on the date of the filing of a petition to adopt such child, provided the child has been residing in your home as a foster child, and for whom you have been receiving foster care payments; or (b) when a child has been placed in your

home by a licensed placement agency for purposes of adoption;

- a stepchild who lives with you; and
- a child born to one of your Dependent children, as long as your grandchild is living with you and (a) your Dependent child is insured, or (b) your grandchild is primarily supported by you.

If your Domestic Partner has a child who lives with you, that child will also be included as a Dependent.

Anyone who is eligible as an Employee will not be considered as a Dependent.

No one may be considered as a Dependent of more than one Employee.

DFS2026                                                                V1

**Domestic Partner**

A Domestic Partner is defined as a person of the same sex who:

- shares your permanent residence;
- has resided with you for no less than one year;
- is no less than 18 years of age;
- is financially interdependent with you and has proven such interdependence by providing documentation of at least two of the following arrangements: common ownership of real property or a common leasehold interest in such property; community ownership of a motor vehicle; a joint bank account or a joint credit account; designation as a beneficiary for life insurance or retirement benefits or under your partner's will; assignment of a durable power of attorney or health care power of attorney; or such other proof as is considered by CG to be sufficient to establish financial interdependency under the circumstances of your particular case;
- is not a blood relative any closer than would prohibit legal marriage; and
- has signed jointly with you, a notarized affidavit which can be made available to CG upon request.

In addition, you and your Domestic Partner will be considered to have met the terms of this definition as long as neither you nor your Domestic Partner:

- has signed a Domestic Partner affidavit or declaration with any other person within twelve months prior to designating each other as Domestic Partners hereunder;
- is currently legally married to another person; or
- has any other Domestic Partner, spouse or spouse equivalent of the same or opposite sex.

**myCIGNA.com**

CIGNA00000439



**CIGNA HealthCare**

You and your Domestic Partner must have registered as Domestic Partners, if you reside in a state that provides for such registration.

The sections of this certificate entitled "COBRA Continuation Rights Under Federal Law" and "Medical Insurance for Former Spouse" will not apply to your Domestic Partner and his or her Dependents.

DFS1391                                                                                          V1

### Emergency Medical Condition

An Emergency Medical Condition is a medical condition, whether physical, or mental, manifesting itself by symptoms of sufficient severity, including severe pain, that the absence of prompt medical attention could reasonably be expected by a prudent layperson who possesses an average knowledge of health and medicine, to result in placing the health of an insured or another person in serious jeopardy, cause serious impairment to body function, or serious dysfunction of any body organ or part. With respect to a pregnant woman, an emergency medical condition is one whereby the woman is having contractions or is experiencing some other distress and there is inadequate time to safely transfer her to another Hospital before delivery, or when the transfer may threaten her life or the life of unborn child.

DFS1665

### Emergency Services

Emergency Services are services for medical, psychiatric, surgical, Hospital and related health care services and testing, including ambulance service, which are required to treat the sudden, unexpected onset of a bodily injury or serious illness which an average prudent layperson expects to result in serious medical complications, loss of life or permanent impairment to body organs or parts; with respect to a pregnant woman, serious injury to herself or her unborn child. The insured should call 911 or a local equivalent when an emergency occurs.

The Hospital emergency department shall take all reasonable steps to initiate contact with the insurance company or its designee within 30 minutes of stabilization and such authorization shall be deemed granted if there has been no response to that call within 30 minutes. Also, in the event the attending Physician and on-call Physician do not agree on what constitutes appropriate medical treatment, the opinion of the attending Physician shall prevail. If the treatment is consistent with generally accepted principles of professional medical practice and is a covered benefit under the policy, it will be considered appropriate treatment.

If emergency care cannot reasonably be provided by a preferred provider, payment for care will be made at the same level and in the same manner as if the insured were treated by a preferred provider.

DFS1666

### Employee

The term Employee means a full-time or part-time employee of the Employer who is currently in Active Service. The term does not include employees who are temporary or who normally work less than 20 hours a week for the Employer.

DFS1427 M

### Employer

The term Employer means the Policyholder and all Affiliated Employers.

DFS212

### Expense Incurred

An expense is incurred when the service or the supply for which it is incurred is provided.

DFS60

### Free-Standing Surgical Facility

The term Free-standing Surgical Facility means an institution which meets all of the following requirements:

- it has a medical staff of Physicians, Nurses and licensed anesthesiologists;
- it maintains at least two operating rooms and one recovery room;
- it maintains diagnostic laboratory and x-ray facilities;
- it has equipment for emergency care;
- it has a blood supply;
- it maintains medical records;
- it has agreements with Hospitals for immediate acceptance of patients who need Hospital Confinement on an inpatient basis; and

CIGNA00000440



**CIGNA HealthCare**

- it is licensed in accordance with the laws of the appropriate legally authorized agency.

DFS682

### Hospice Care Program

The term Hospice Care Program means:

- a coordinated, interdisciplinary program to meet the physical, psychological, spiritual and social needs of dying persons and their families;
- a program that provides palliative and supportive medical, nursing and other health services through home or inpatient care during the illness;
- a program for persons who have a Terminal Illness and for the families of those persons.

DFS70

### Hospice Care Services

The term Hospice Care Services means any services provided by: (a) a Hospital, (b) a Skilled Nursing Facility or a similar institution, (c) a Home Health Care Agency, (d) a Hospice Facility, or (e) any other licensed facility or agency under a Hospice Care Program.

DFS599

### Hospice Facility

The term Hospice Facility means an institution or part of it which:

- primarily provides care for Terminally Ill patients;
- is accredited by the National Hospice Organization;
- meets standards established by CG; and
- fulfills any licensing requirements of the state or locality in which it operates.

DFS72

### Hospital

The term Hospital means:

- an institution licensed as a hospital, which: (a) maintains, on the premises, all facilities necessary for medical and surgical treatment; (b) provides such treatment on an inpatient basis, for compensation, under the supervision of

Physicians; and (c) provides 24-hour service by Registered Graduate Nurses;

- an institution which qualifies as a hospital, a psychiatric hospital or a tuberculosis hospital, and a provider of services under Medicare, if such institution is accredited as a hospital by the Joint Commission on the Accreditation of Healthcare Organizations; or
- an institution which: (a) specializes in treatment of Mental Health and Substance Abuse or other related illness; (b) provides residential treatment programs; and (c) is licensed in accordance with the laws of the appropriate legally authorized agency.

The term Hospital will not include an institution which is primarily a place for rest, a place for the aged, or a nursing home.

DFS1693

### Hospital Confinement or Confined in a Hospital

A person will be considered Confined in a Hospital if he is:

- a registered bed patient in a Hospital upon the recommendation of a Physician;
- receiving treatment for Mental Health and Substance Abuse Services in a Partial Hospitalization program;
- receiving treatment for Mental Health and Substance Abuse Services in a Mental Health or Substance Abuse Residential Treatment Center.

DFS1836

### Injury

The term Injury means an accidental bodily injury.

DFS147

### Maximum Reimbursable Charge - Medical

The Maximum Reimbursable Charge for covered services is determined based on the lesser of:

- the provider's normal charge for a similar service or supply; or
- a policyholder-selected percentage of a schedule developed by CG that is based upon a methodology similar to a methodology utilized by Medicare to determine the allowable fee for the same or similar service within the geographic market.

CIGNA00000441



The percentage used to determine the Maximum Reimbursable Charge is listed in The Schedule.

In some cases, a Medicare based schedule will not be used and the Maximum Reimbursable Charge for covered services is determined based on the lesser of:

- the provider's normal charge for a similar service or supply; or
- the 80th percentile of charges made by providers of such service or supply in the geographic area where it is received as compiled in a database selected by CG.

The Maximum Reimbursable Charge is subject to all other benefit limitations and applicable coding and payment methodologies determined by CG. Additional information about how CG determines the Maximum Reimbursable Charge is available upon request.

GM6000 DFS1997                                    V14

### Medicaid

The term Medicaid means a state program of medical aid for needy persons established under Title XIX of the Social Security Act of 1965 as amended.

DFS192

### Medically Necessary/Medical Necessity

The term Medically Necessary/Medical Necessity means health care services and supplies that are consistent with generally accepted principles of professional medical practice as determined by whether the service:

- is the most appropriate available supply or level of service for you in considering potential benefits and harms to the individual; and
- is known to be effective, based on scientific evidence, professional standards and expert opinion, in improving health outcomes; and
- for services and interventions not in widespread use, is based on scientific evidence.

DFS1810

### Medicare

The term Medicare means the program of medical care benefits provided under Title XVIII of the Social Security Act of 1965 as amended.

DFS149

### Necessary Services and Supplies

The term Necessary Services and Supplies includes:

- any charges, except charges for Bed and Board, made by a Hospital on its own behalf for medical services and supplies actually used during Hospital Confinement;
- any charges, by whomever made, for licensed ambulance service to or from the nearest Hospital where the needed medical care and treatment can be provided; and
- any charges, by whomever made, for the administration of anesthetics during Hospital Confinement.

The term Necessary Services and Supplies will not include any charges for special nursing fees, dental fees or medical fees.

DFS151

### Nurse

The term Nurse means a Registered Graduate Nurse, a Licensed Practical Nurse or a Licensed Vocational Nurse who has the right to use the abbreviation "R.N.," "L.P.N." or "L.V.N."

DFS155

### Other Health Care Facility

The term Other Health Care Facility means a facility other than a Hospital or hospice facility. Examples of Other Health Care Facilities include, but are not limited to, licensed skilled nursing facilities, rehabilitation Hospitals and subacute facilities.

DFS1686

### Other Health Professional

The term Other Health Professional means an individual other than a Physician who is licensed or otherwise authorized under the applicable state law to deliver medical services and supplies. Other Health Professionals include, but are not

CIGNA00000442



**CIGNA HealthCare**

limited to physical therapists, registered nurses and licensed practical nurses.

DFS1685

**Participating Pharmacy**

The term Participating Pharmacy means a retail pharmacy with which Connecticut General Life Insurance Company has contracted to provide prescription services to insureds; or a designated mail-order pharmacy with which CG has contracted to provide mail-order prescription services to insureds.

DFS1937

**Participating Provider**

The term Participating Provider means a hospital, a Physician or any other health care practitioner or entity that has a direct or indirect contractual arrangement with CIGNA to provide covered services with regard to a particular plan under which the participant is covered.

DFS1910

**Pharmacy**

The term Pharmacy means a retail pharmacy, or a mail-order pharmacy.

DFS1934

**Pharmacy & Therapeutics (P & T) Committee**

A committee of CG Participating Providers, Medical Directors and Pharmacy Directors which regularly reviews Prescription Drugs and Related Supplies for safety and efficacy. The P&T Committee evaluates Prescription Drugs and Related Supplies for potential addition to or deletion from the Prescription Drug List and may also set dosage and/or dispensing limits on Prescription Drugs and Related Supplies.

DFS1919

**Physician**

The term Physician means a licensed medical practitioner who is practicing within the scope of his license and who is licensed to prescribe and administer drugs or to perform surgery. The term Physician includes obstetricians,

pediatricians, certified nurse midwives or nurse practitioners. It will also include any other licensed or certified medical practitioner, such as a podiatrist, a dentist, a chiropractor, or an optometrist, whose services are required to be covered by law in the locality where the policy is issued if he is:

- operating within the scope of his license; and

- performing a service for which benefits are provided under this plan when performed by a Physician.

DFS1973V1

**Prescription Drug**

Prescription Drug means; (a) a drug which has been approved by the Food and Drug Administration for safety and efficacy; (b) certain drugs approved under the Drug Efficacy Study Implementation review; or (c) drugs marketed prior to 1938 and not subject to review, and which can, under federal or state law, be dispensed only pursuant to a Prescription Order.

DFS1708

**Prescription Drug List**

Prescription Drug List means a listing of approved Prescription Drugs and Related Supplies. The Prescription Drugs and Related Supplies included in the Prescription Drug List have been approved in accordance with parameters established by the P&T Committee. The Prescription Drug List is regularly reviewed and updated.

DFS1924

**Prescription Order**

Prescription Order means the lawful authorization for a Prescription Drug or Related Supply by a Physician who is duly licensed to make such authorization within the course of such Physician's professional practice or each authorized refill thereof.

DFS1711

**myCIGNA.com**

CIGNA00000443



**CIGNA HealthCare**

---

**Primary Care Physician**

The term Primary Care Physician means a Physician or nurse practitioner: (a) who qualifies as a Participating Provider in general medicine, internal medicine, family practice or pediatrics; and (b) who has been selected by you, as authorized by the Provider Organization, to provide or arrange for medical care for you or any of your insured Dependents.

DFS622V2

**Psychologist**

The term Psychologist means a person who is licensed or certified as a clinical psychologist. Where no licensure or certification exists, the term Psychologist means a person who is considered qualified as a clinical psychologist by a recognized psychological association. It will also include any other licensed counseling practitioner whose services are required to be covered by law in the locality where the policy is issued if he is:

- operating within the scope of his license; and
- performing a service for which benefits are provided under this plan when performed by a Psychologist.

DFS170

**Related Supplies**

Related Supplies means diabetic supplies (insulin needles and syringes, lancets and glucose test strips), needles and syringes for injectables covered under the pharmacy plan, and spacers for use with oral inhalers.

DFS1710

**Review Organization**

The term Review Organization refers to an affiliate of CG or another entity to which CG has delegated responsibility for performing utilization review services. The Review Organization is an organization with a staff of clinicians which may include Physicians, Registered Graduate Nurses, licensed mental health and substance abuse professionals, and other trained staff members who perform utilization review services.

DFS1688

**Sickness – For Medical Insurance**

The term Sickness means a physical or mental illness. It also includes pregnancy. Expenses incurred for routine Hospital

and pediatric care of a newborn child prior to discharge from the Hospital nursery will be considered to be incurred as a result of Sickness.

DFS531

**Skilled Nursing Facility**

The term Skilled Nursing Facility means a licensed institution (other than a Hospital, as defined) which specializes in:

- physical rehabilitation on an inpatient basis; or
- skilled nursing and medical care on an inpatient basis;

but only if that institution: (a) maintains on the premises all facilities necessary for medical treatment; (b) provides such treatment, for compensation, under the supervision of Physicians; and (c) provides Nurses' services.

DFS193

**Terminal Illness**

A Terminal Illness will be considered to exist if a person becomes terminally ill with a prognosis of six months or less to live, as diagnosed by a Physician.

DFS197

**Urgent Care**

Urgent Care is medical, surgical, Hospital or related health care services and testing which are not Emergency Services, but which are determined by CG, in accordance with generally accepted medical standards, to have been necessary to treat a condition requiring prompt medical attention. This does not include care that could have been foreseen before leaving the immediate area where you ordinarily receive and/or were scheduled to receive services. Such care includes, but is not limited to, dialysis, scheduled medical treatments or therapy, or care received after a Physician's recommendation that the insured should not travel due to any medical condition.

DFS1534

---

CIGNA00000444