# EXHIBIT DD

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE CIGNA CORPORATION PBM LITIGATION | Civil No. 16-cv-1702<br><br>May 3, 2019 |

**PLAINTIFFS' (1) FOURTH SET OF INTERROGATORIES, AND (2) THIRD SET OF REQUESTS FOR PRODUCTION TO: CIGNA HEALTH AND LIFE INSURANCE COMPANY AND OPTUMRX, INC.**

Pursuant to the Federal Rules of Civil Procedure, and subject to the definitions and instructions set forth below, plaintiffs Kimberly A. Negron, Courtney Gallagher, Daniel Perry, Nina Curol, and Roger Curol request that Defendants, Cigna Health and Life Insurance Company and OptumRx, Inc., within 30 days of service, (1) answer fully and under oath the below interrogatories, and (2) produce the documents requested herein.

**I.    Definitions**

Unless otherwise stated, the terms set forth below are defined as follows:

1. "Cigna" means Cigna Corporation and any of its parents, subsidiaries, affiliates, predecessor entities, successor entities, divisions, departments, groups, acquired entities, related entities, directors, officers, employees, partners, members, representatives, agents (including attorneys, accountants, consultants, investment advisors, or bankers), and any other person purporting to act on their behalf, including Cigna Health and Life Insurance Company ("CHL") and Cigna Pharmacy Management.

2. "Concerning" means relating to, referring to, describing, evidencing, or constituting.

3. "Optum" means OptumRx, Inc.  This includes any of its parents, subsidiaries, affiliates, predecessor entities, successor entities, divisions, departments, groups, acquired entities,

related entities, directors, officers, employees, partners, members, representatives, agents (including attorneys, accountants, consultants, investment advisors, or bankers), and any other person purporting to act on their behalf.

4. "Refer" or "relate" or "referring" or "relating" means all documents that comprise, explicitly or implicitly refer to, were reviewed in conjunction with, or were created, generated, or maintained, as a result of the subject matter of the request, including, without limitation, all documents which reflect, record, memorialize, embody, discuss, evaluate, consider, review, or report on the subject matter of the request.

5. "You or Your" means Defendant to which the request or interrogatory is made.

## II. Rules of Construction

1. All/Any/Each. The terms "all," "any," and "each" shall each be construed as encompassing any and all.

2. And/Or. The connectives "and" and "or" shall be construed either disjunctively or conjunctively, as necessary, to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

3. Including. "Including" shall be construed to include the phrase "but not limited to" and/or "without limitation."

4. Number. The use of the singular form of any word includes the plural and vice-versa.

5. Tense. The use of verb in any tense shall be construed to be in the tense necessary to bring within the scope of a request all responses that might otherwise be construed as outside its scope.

## III. Instructions to Interrogatories

1. Each interrogatory must be answered separately and fully in writing.

2. The answers must include all information in your possession, custody, or control, or known by your agents.

3. If you cannot answer any interrogatory fully after exercising due diligence, (a) so state and answer such interrogatory to the full extent possible; (b) specify the portion of such interrogatory that you contend you are unable to answer fully and the facts on which you rely to support that contention; and (c) state the full extent of your knowledge, information and belief concerning the unanswered portion of such interrogatory.

4. To the extent that an interrogatory calls for the disclosure of privileged information, the written response to that interrogatory should so indicate, but should disclose the balance of the information not subject to a claim of privilege that falls within the scope of the interrogatory.

5. If any information responsive to any of these interrogatories is claimed to be privileged or otherwise protected from discovery in whole or in part, identify each person who has knowledge of such information, or to whom such information has been communicated, and state with particularity the nature and basis of the claim of privilege in sufficient detail to permit the Court to adjudicate the validity of such claim.

6. You are under a continuing obligation to supplement your answers to these interrogatories.

**IV.   Fourth Set of Interrogatories to Cigna and Optum**

1. For purposes of class certification, identify each clause (e.g., "Your Payments," "Covered Expenses") in each plan that you contend makes a consequential fact more or less probable and the corresponding identifier for each form template for each such clause (e.g., "HC-PHR3 04-10 V4").

**V.     Fourth Set of Interrogatories to Cigna**

2.      Identify, by claim number (i.e., CLM_MUM), each transaction in the prescription drug transaction data produced by Cigna on January 20, 2019 that was pursuant to a plan containing the sentence: "In no event will the Copayment or Coinsurance for the Prescription Drug or Related Supply exceed the amount paid by the plan to the Pharmacy, or the Pharmacy's Usual and Customary (U&C) charge."

**VI.    Third Request for Production to Cigna**

1.      All documents (plans and templates) identified in response to Interrogatory 1 of the Fourth Set.

May 3, 2019

                          *s/ Robert A. Izard*
Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone:  860-493-6292
Facsimile: 860-493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
Mathew Jasinski  (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860-882-1681
Facsimile:   860-882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

I, Robert A. Izard, certify that, on May 3, 2019 I caused a true and correct copy of the foregoing document to be served on counsel for all parties via email and U.S. Mail.

Executed this 3rd day of May 2019 at West Harford, Connecticut.

*s/ Robert A. Izard*
Robert A. Izard (ct01601)
