# EXHIBIT EE

| | |
|---|---|
| **From:** | Christopher Barrett <cbarrett@ikrlaw.com> |
| **Sent:** | Monday, March 11, 2019 2:49 PM |
| **To:** | Shaffer, Brian W.; Costello, Joseph J.; Weddle, Lisa R.; Farrell, Eleanor R. |
| **Cc:** | Robert Izard; Craig Raabe; William H. Narwold; Meghan Oliver |
| **Subject:** | Re: Negron v. Cigna |

[EXTERNAL EMAIL]
Counsel,

Please let us know your availability Thursday or Friday to meet and confer about the various outstanding issues, including, but not limited to, the following:

-Plaintiffs' December 3 request for Cigna to produce all client generated plans, which Cigna represented would be produced by January 31.

-Plaintiffs' January 23 request that the following individuals be used as custodians: David Cordani, Edmund Skowronek, Kathleen Stevens, Mary Payeur, Tom McCarthy, Matt Manders, Chris Hocevar, Jason Meade, and Paul Schaeffer.

-Plaintiffs' January 23 request that the appropriate individuals from the Financial Planning and Analysis unit be used as custodians.

-Plaintiffs' January 23 request (a) that the senior management (identified in CIGNA00055862) involved in the deliberation and decision to collect spread from pharmacies be used as custodians and (b) that Cigna will identify these individuals.

-Plaintiffs' January 23 request that Cigna confirm that the custodians and search terms being used will find documents concerning deliberation about whether to collect spread, the estimated and actual losses from not collecting spread, and the projected and actual revenue that Cigna receives from spread.

-Whether Cigna will agree to Plaintiffs' March 7 proposal regarding the search terms to be used for the seven custodians proposed by Cigna on December 17, 2018.

-Whether Cigna will run the second and third searches proposed by Plaintiffs on February 25 ("provider has contracted directly or indirectly with Cigna for a different amount" and "provider has contracted directly or indirectly with CG for a different amount").

-Whether Cigna will revise its privilege log as requested on March 6.

-Whether Cigna will reproduce the plans as TIFFs as required by the Discovery Order.

Thanks,

Christopher M. Barrett
**Izard, Kindall & Raabe, LLP**
29 S. Main Street, Suite 305
West Hartford, CT 06107

(860) 493-6292

On Mar 8, 2019, at 4:17 PM, Christopher Barrett <cbarrett@ikrlaw.com> wrote:

Ellie,

Plaintiffs disagree that the definition of charges applies only to medical benefits and request that the second and third searches be run. For example, Plaintiff Perry's 2015 Plan states: "If you or any one of your Dependents . . . incurs expenses for **charges** made by a Pharmacy . . . Cigna will provide coverage for those expenses  . . . ." CIGNA00000169. The only definition of charges in that plan is: "The term '**charges**' means the actual billed charges; except when the provider has contracted directly or indirectly with Cigna for a different amount." CIGNA00000190.

If Cigna will not agree to run the second and third searches, please let us know your availability early next week to meet and confer on this issue.

We will get back to you about Facets searches.

Thanks,

Chris

Christopher M. Barrett
**Izard, Kindall & Raabe, LLP**
29 S. Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292

On Mar 8, 2019, at 12:09 PM, Farrell, Eleanor R. <eleanor.farrell@morganlewis.com> wrote:

Chris,

Cigna is running the first and fourth searches from your February 25 email on the Proclaim plans on the DST system.  The second and third searches, however, are phrases used in the definition of "Charges" as it relates to medical benefits.

Additionally, as we have discussed, Cigna believes that it has the ability to run similar text searches for Facets plans.  If there is a search that you would like to propose that Cigna run to test this capability for Facets, please let us know.

Thanks,
Ellie

2

**Eleanor R. Farrell**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5194 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Cell:
+1.814.769.1216
eleanor.farrell@morganlewis.com | www.morganlewis.com
Assistant: Fatima Sewell | +1.215.963.5382 | fatima.sewell@morganlewis.com

---

**From:** Christopher Barrett <cbarrett@ikrlaw.com>
**Sent:** Monday, February 25, 2019 4:30 PM
**To:** Farrell, Eleanor R. <eleanor.farrell@morganlewis.com>
**Cc:** Robert Izard <rizard@ikrlaw.com>; Craig Raabe <craabe@ikrlaw.com>; William H.
Narwold <bnarwold@motleyrice.com>; Meghan Oliver <moliver@motleyrice.com>;
Costello, Joseph J. <joseph.costello@morganlewis.com>; Shaffer, Brian W.
<brian.shaffer@morganlewis.com>; Veasman, Lisa <lisa.veasman@morganlewis.com>
**Subject:** Re: Negron v. Cigna

[EXTERNAL EMAIL]
Ellie,

In furtherance of our meet-and-confer efforts with respect to plan documents,
Plaintiffs request that Cigna also search the proclaim plans on the DST system
and provide the resulting reports for each of the the following phrases:

> "Charges means the discounted amount that the pharmacy benefits manager
> makes available to the Insurance Company"

> "provider has contracted directly or indirectly with Cigna for a different
> amount"

> "provider has contracted directly or indirectly with CG for a different
> amount"

> "prescription drug charge"

Let us know if you would like to discuss.

Thanks,

Chris

> On Feb 7, 2019, at 4:31 PM, Farrell, Eleanor R.
> <eleanor.farrell@morganlewis.com> wrote:

> Counsel,

As part of our meet-and-confer efforts with respect to plan documents, we have attached a sample report that includes documents from Cigna's DST system that stores certain documents for clients whose prescription drug transactions are handled on the Proclaim system.  We have designated this report "Attorneys' Eyes Only" subject to the parties' protective order.

The documents identified on this report include any plan or related document in the DST system created between 1/1/2010 and 12/4/2018 that contains the phrase "exceed the amount paid by the plan to the pharmacy."  As we have discussed, the "Effective Date" field reflects the effective date of that document for a particular client.  Cigna is currently unable to provide the end date for each document or when the phrase searched no longer appeared in particular documents for that client and plan.

Please note that clients on the Proclaim system reissue/update their plans periodically.  In the interim, there may be riders issued to address regulatory changes, benefit changes, or any other changes requested by the client during that interim period.  You will see various riders identified in the "Document Type" field.

Ellie

**Eleanor R. Farrell**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5194 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Cell: +1.814.769.1216
eleanor.farrell@morganlewis.com | www.morganlewis.com
Assistant: Fatima Sewell | +1.215.963.5382 | fatima.sewell@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.
<051078-06__101874314v1_2019.01.30 - Sample DST Report (AEO) - Cigna _ Negron.XLSX>