# EXHIBIT FF

Page 393

1

2     UNITED STATES DISTRICT COURT
      DISTRICT OF CONNECTICUT
3     Case No. 16-cv-1702
      - - - - - - - - - - - - - - - - -x
4     KIMBERLY A. NEGRON, Individually   :
      and on Behalf of All Others        :
5     Similarly Situated,                :
                                         :
6                         Plaintiffs, :
                                         :
7            - vs -                      :
                                         :
8     CIGNA CORPORATION and CIGNA HEALTH :
      AND LIFE INSURANCE COMPANY, et al.,:
9                                        :
                          Defendants. :
10    - - - - - - - - - - - - - - - - -x
11
12                        August 28, 2020
                          11:58 a.m.
13
14
15
16
17                 ***VOLUME II***
18
19
20         VIRTUAL DEPOSITION UPON ORAL
21    EXAMINATION OF TYLER LESTER, held at the
22    above-mentioned time and place, before Randi
23    Friedman, a Registered Professional Reporter,
24    within and for the State of New York.
25

Page 398

T. Lester

1  
2  sequence.  So it's -- it's updating over time as
3  the customer works through a deductible or
4  out-of-pocket maximum.
5      Q    Okay.  So when you say -- so as the
6  year goes on, each new transaction is added onto
7  the accumulation file, if you will?
8          MS. WEDDLE:  Object to form.
9          THE WITNESS:  Bob, are you
10   speaking specific to just pharmacy
11   deductible or a medical deductible or a
12   pharmacy and medical deductible?
13          MR. IZARD:  I'm just starting
14   generally and was then going to narrow it
15   down.
16          THE WITNESS:  So --
17          MS. WEDDLE:  If you understand,
18   you can answer.
19          THE WITNESS:  Maybe just to repeat
20   it back, you're asking as each claim comes
21   in, are we tracking the deductible every
22   single day and storing that information?
23  BY MR. IZARD:
24      Q    Yeah.
25      A    So we do track on a daily basis what

Page 399

T. Lester

1  
2  the customer's deductible might be, but we're not
3  storing what it was ten days ago if there was a
4  claim in between because it's overriding, that
5  now they achieved a certain amount toward the
6  deductible, so that the remaining accumulation
7  that they need to meet either of those factors
8  would now be smaller.
9      Q    I see.  So you're not tracking the
10  accumulation history, you're only tracking in
11  realtime the amount remaining before the member
12  hits the maximum; is that right?
13          MS. WEDDLE:  Same objection.
14          THE WITNESS:  That's correct.
15  BY MR. IZARD:
16      Q    And then when the member hits the
17  maximum, what does the record say?
18          MS. WEDDLE:  Objection.
19          THE WITNESS:  So each time a claim
20   is processed, it will check the current
21   status of a maximum.  And if that maximum
22   has already been met, then it will pay the
23   entire portion of the claim for that
24   customer.  They wouldn't have any cost share
25   remaining.

Page 400

T. Lester

1  
2  BY MR. IZARD:
3      Q    Then the file will just say "maximum
4  hit," or there's some designation that the
5  maximum has been hit?
6          MS. WEDDLE:  Same objection.
7          THE WITNESS:  So each claim will
8   check the maximum.  I don't know that
9   there's an indicator that says for
10   Individual A, the maximum has been met.
11   Instead, every time a claim is processed, it
12   checks against how much is left toward that
13   maximum.
14  BY MR. IZARD:
15      Q    Now are there separate deductibles for
16  pharmacy benefits and other kinds of benefits?
17      A    There can be.
18      Q    And are those tracked separately?
19      A    So when a -- if there are separate
20  deductibles, and particularly a pharmacy
21  deductible that is separate from anything that
22  occurs for medical benefits or behavioral
23  benefits, that would be tracked separately within
24  the DST system or -- I'll use Argus for our claim
25  processor.  But Argus would be tracking anything

Page 401

T. Lester

1  
2  that is a pharmacy-only deductible amount.
3      Q    Are you familiar with the term
4  "combined deductible"?
5      A    Yes, I am.
6      Q    What's a combined deductible?
7      A    A combined deductible is when costs
8  for the medical benefit and pharmacy benefit both
9  accumulate to a single deductible amount that can
10  be set at an individual level, a family level.
11      Q    When there is a combined deductible,
12  is the accumulation toward the pharmacy
13  deductible calculated separately or is that
14  record kept separately?
15      A    When there's a combined deductible in
16  place, that information is stored in our medical
17  claim processing system for a claim in this
18  instance.  And that information is shared in
19  realtime with Argus as the claim processor.
20      Q    I apologize if my question was
21  unclear.
22          If there's a combined deductible, does
23  Cigna keep, or Argus keep, separate records as to
24  accumulation -- the accumulation of pharmacy
25  deductible claims and the accumulation of medical

3 (Pages 398 - 401)

Page 402

T. Lester

1
2 deductible claims and other types of claims that
3 might fit within the combined deductible, or is
4 it just one aggregate number?
5          MS. WEDDLE:  Object to form.
6    Lacks foundation, calls for speculation.
7          You can answer, Tyler, if you
8    know.
9          THE WITNESS:  It is combined in
10    the aggregate.
11 BY MR. IZARD:
12    Q    Do you know if Argus keeps track of
13 the pharmacy deductible in a pharmacy-only
14 deductible plan in the same way you just
15 described, in that they just track the remaining
16 amount due and don't keep the individual
17 transaction history?
18          MS. WEDDLE:  Same objections.
19 BY MR. IZARD:
20    Q    Let me rephrase that.
21          Do you know how Argus accounts for the
22 pharmacy-only deductible?
23          MS. WEDDLE:  Object to form.
24          THE WITNESS:  I don't know.
25          MS. WEDDLE:  Lacks foundation,

Page 403

T. Lester

1
2    calls for speculation.
3 BY MR. IZARD:
4    Q    I'm sorry, you said you don't know?
5    A    I do not know how the Argus technology
6 tracks a pharmacy-only deductible.
7    Q    Do you get any information from Argus
8 about tracking the pharmacy-only deductible?
9 When I say "you" I mean Cigna.
10    A    To my knowledge, we don't have the
11 same realtime connection when it is a
12 pharmacy-only deductible.  Those amounts are
13 housed within the Argus claim processing system.
14    Q    Does Cigna keep any kind of track
15 about accumulation for any pharmacy-only
16 deductible?  Do you have any idea how far a
17 member's gone toward their deductible?
18    A    We know through the Argus system, so
19 if a customer would call our customer service
20 department and ask about the status of their
21 pharmacy deductible, the current status, that
22 customer service individual has access into a
23 user interface with Argus that would provide that
24 information.
25    Q    Now we were talking about individual

Page 404

T. Lester

1
2 deductibles and I think you mentioned the phrase
3 "family deductible."  What's a family deductible?
4    A    Family deductibles are sometimes put
5 in place to combine all claims or transactions,
6 all benefit payments, at a family unit level.  So
7 we have a few different levels that we offer:
8 Employee plus child, employee plus spouse or
9 family.  And there would be -- an employer can
10 select a different deductible level for that
11 family unit than on an individual basis.
12    Q    Does Cigna account for accumulation
13 toward a family deductible in the same way?
14    A    Yes, we do.
15    Q    And are there family deductibles for
16 pharmacy deductible-only plans?
17    A    Yes.
18    Q    Do you know how accumulations for a
19 family deductible in a pharmacy-only deductible
20 plan is accounted for?
21    A    It would be treated the same way as an
22 individual deductible basis.  That information
23 from Cigna would be sent to Argus that says, here
24 is the family deductible.  And from there, Argus
25 is responsible for checking claims and -- against

Page 405

T. Lester

1
2 that deductible at a family level, because we
3 also send them information in our eligibility
4 files about who a member of a family is, so they
5 can combine those dollars together.
6    Q    Now does Cigna track the accumulation
7 of co-payments and deductible payments toward a
8 particular member's out-of-pocket maximum?
9    A    Yes.
10    Q    And are there family out-of-pocket
11 maximums and individual out-of-pocket maximums?
12    A    Yes.
13    Q    Are there pharmacy-only out-of-pocket
14 maximums, and also combined out-of-pocket
15 maximums, that would combine medical co-payments
16 and deductible payments with pharmacy deductible
17 co-payments and deductible payments?
18          MS. WEDDLE:  Object to form.
19    Compound.
20          You can answer, Tyler.
21          THE WITNESS:  Yes, there are
22 combined out-of-pocket maximums.  To my
23 knowledge, the Affordable Care Act required
24 employer-sponsored plans and all health
25 plans to have a combined out-of-pocket

4 (Pages 402 - 405)

Page 406

T. Lester

2  maximum. So I'm not aware of pharmacy-only
3  out-of-pocket maximums but there's always
4  the potential that they could exist.
5  BY MR. IZARD:
6  Q   Does Cigna account for accumulation
7  toward out-of-pocket maximums the same way it
8  accounts for accumulation of deductibles?
9       MS. WEDDLE: Object to form.
10      THE WITNESS: That's correct. So
11  the same process that we walked through that
12  each new claim will subtract from that, we
13  overwrite that value and then check against
14  what occurs for out-of-pocket maximum as
15  well.
16 BY MR. IZARD:
17  Q   Is there any difference between
18  tracking the out-of-pocket maximum AMV and --
19      (Whereupon there was a discussion
20  off the record.)
21 BY MR. IZARD:
22  Q   Is there any difference in the
23  procedure for tracking the accumulation of
24  deductible payments and tracking the accumulation
25  toward the out-of-pocket maximum?

Page 407

T. Lester

2  A   Not to my knowledge.
3  Q   And with respect to any out-of-pocket
4  maximum that's pharmacy only, if that occurs,
5  that would be done by Argus; is that right?
6  A   That's correct.
7  Q   I believe -- correct me if I'm wrong,
8  but your answers have related to accumulation
9  toward an annual deductible and out-of-pocket
10  maximum in a current plan year; is that right?
11  A   That's right.
12  Q   Does Cigna keep historic data or prior
13  plan years concerning accumulations toward
14  out-of-pocket maximums or deductibles?
15  A   We would have the end-of-year balance
16  at a individual or family level for each
17  customer.
18  Q   Okay. Anything else?
19  A   Not to my knowledge.
20      MR. IZARD: Charlotte, can you
21  please put up CIGNA 7466358?
22      MS. LOPER: Yeah. It will be
23  marked as Exhibit 207.
24      MR. IZARD: 207.
25      (Exhibit 207 was marked.)

Page 408

T. Lester

2  BY MR. IZARD:
3  Q   This is a document with a lot of
4  technical stuff in it. I'm not going to ask you
5  a lot about it. I just want to ask if this
6  generally describes the system you use to keep
7  track of accumulations toward deductibles and
8  out-of-pocket maximums.
9       You can just flip through it. I'm
10  just asking that very general question, and in
11  particular, you may want to focus in on the
12  summary of the first page. That's the level of
13  detail I'm interested in.
14  A   Okay. I see this document, so give me
15  a moment.
16  Q   Sure.
17  A   All right. I've read this summary.
18  Q   Do you know what the CATS system is?
19  A   I do not.
20  Q   Well, you see on that first page where
21  it says Summary of CATS, is that your
22  understanding of how the accumulator system
23  works?
24      MS. WEDDLE: Object to form.
25

Page 409

T. Lester

2  BY MR. IZARD:
3  Q   Very generally speaking.
4  A   Generally speaking, I know there is a
5  messaging service that communicates across all of
6  the claim processing platforms to send
7  information back and forth about the status of
8  accumulators.
9       For example, I don't believe it lists
10  Argus as one of the vendors that is impacted, and
11  that message-based system that I mentioned is how
12  we have the realtime -- near realtime check, that
13  our claim processing system can check a system to
14  determine these levels of a deductible or
15  out-of-pocket maximum, send information back for
16  the claim to be processed, and then send
17  information back about that claim itself to,
18  therefore, adjust that accumulator. I wasn't
19  familiar with the name of that system, but this
20  is consistent with how I've had it described by
21  partners.
22  Q   Okay. Great.
23      MR. IZARD: Charlotte, let's load
24  the next document, 51142, please.
25      MS. LOPER: Okay. This will be

5 (Pages 406 - 409)