# EXHIBIT GG

# Morgan Lewis

**Eleanor R. Farrell**
Associate
+1.215.963.5194
eleanor.farrell@morganlewis.com

September 22, 2020

**VIA SECURE FILE TRANSFER**

Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107

Re: *Negron, et al. v. Cigna Health and Life Insurance Co.*, No. 3:16-cv-1702 (JAM)

Dear Chris:

As set forth in Cigna's responses to Interrogatory 1 of Plaintiffs' Eleventh Set of Interrogatories dated August 31, 2020, and subject to Cigna's objections and responses therein, we have enclosed the following:

- A DST report that includes any plan or plan-related document since 1/1/2010 created in the DST system for Proclaim that has the phrase "incur expenses for charges made by a pharmacy" (a phrase selected by Plaintiffs) (bearing Bates number CIGNA12478783).

In addition, and pursuant to our August 5, 2020 letter to Plaintiffs' Counsel and other communications, we have enclosed the following updated DST reports that include information from the BenOpt Code field in the DST system (where that field was populated in the DST system):

- A DST report that includes any plan or plan-related document since 1/1/2010 created in the DST system for Proclaim that has the phrase "incurs expenses for charges made by a pharmacy" (a phrase selected by Plaintiffs) (bearing Bates number CIGNA12478784);

- A DST report that includes any plan or plan-related document since 1/1/2010 created in the DST system for Proclaim that contains the phrase "required to pay a portion of the Covered Expenses for Prescription Drugs and Related Supplies" (also selected by Plaintiffs) (bearing Bates number CIGNA12478785); and

- A DST report that includes any plan or plan-related document since 1/1/2010 created in the DST system for Proclaim that contains the phrase "exceed the amount paid by the plan to the Pharmacy" (also selected by Plaintiffs) (bearing Bates number CIGNA12478786).

Upon your review of these reports, which have been generated from the DST system specifically for purposes of the litigation, you will note that they are not identical in all respects to the

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA 19103-2921      T +1.215.963.5000
United States                    F +1.215.963.5001

Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
September 22, 2020
Page 2

previously provided DST reports for the same excerpted language. For example, there may be additional entries on the updated reports because the new reports reflect plan or plan-related documents created in the DST system through the present, whereas the prior reports were generated for purposes of this litigation at various times in 2019. In addition, where one plan or plan-related document is associated with multiple benefit option codes, there are entries corresponding to each benefit option code reflected in the updated DST reports. Finally, there may be other variations between the entries on the original DST reports and the updated DST reports. Based on a reasonable investigation to date, evaluating each such variation would require manual review of the plan document entry, for example in DST, other data systems (e.g., Member Materials), and/or review of the plan document itself. Should you have any specific inquiries, however, we will are willing to meet and confer to discuss them.

Finally, Cigna reiterates that each of the DST reports enclosed herein is subject to the caveats and limitations previously described by Cigna, including, but not limited to, in its August 5, 2020 letter and its objections and responses to Plaintiffs' various sets of interrogatories. Further, these reports do not include any plans/plan-related documents for participants/beneficiaries of Cigna plans, where applicable. We have designated these reports "Confidential-Attorneys' Eyes Only" subject to the parties' protective order.

Sincerely,

/s/ Eleanor R. Farrell

Eleanor R. Farrell

Enclosures