# EXHIBIT KK

# Morgan Lewis

**Christopher M. Diffee**
Senior Attorney
+1.215.963.4687
christopher.diffee@morganlewis.com

January 30, 2019

**VIA SECURE FILE TRANSFER AND FEDEX**

Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107

Re:   <u>Negron, et al. v. Cigna Corp., et al.</u>, No. 3:16-cv-1702 (WWE)

Dear Counsel:

Defendant Cigna Health and Life Insurance Company ("CHLIC") produces the following documents and data in response to Plaintiffs' First Request for Production of Documents and in accordance with CHLIC's Initial Disclosures:

1. **Production Volume 21:**  This production bears Bates numbers CIGNA00207583 to CIGNA00380619 and includes additional responsive, non-privileged ESI collected from the various custodians previously agreed upon and using the search terms upon which the parties previously agreed.

2. **Production Volume 22:**  This production bears Bates numbers CIGNA00380620 to CIGNA00384030 and includes additional plan documents for the Named Plaintiffs' plan sponsors and the ASO agreements with the Named Plaintiffs' plan sponsors.  These documents were collected utilizing informal collection methods, as described in Section III of the April 24, 2017 Stipulation and Order Regarding Discovery of Electronically Stored Information (Dkt. 90).

3. **Transaction Data**:  The prescription drug transaction data for the putative class between October 13, 2010 and January 19, 2017, which is on an encrypted hard drive.  To access the content on the hard drive, plug the hard drive into a USB port and after the red light is glowing solid, enter the PIN 654781.  Then, once the green light turns on, please access the encrypted zip folder using the password to be provided separately.  The zip folder contains two files, facets.txt (bearing Bates number CIGNA00606946) and proclaim.txt (bearing Bates number CIGNA00606947), which are in fixed-width text files.  These documents have been designated by CHLIC as "Confidential--Attorney's Eyes Only" consistent with the Court's April 24, 2017 Protective Order (Dkt. 92).  CHLIC also has sent separately via Secure File Transfer a document bearing the Bates number CIGNA00606948 that contains the

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921          +1.215.963.5000
United States                                          +1.215.963.5001

Craig A. Raabe
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
January 30, 2019
Page 2

      layout for the files, which is slightly different than the layout we used for the Named Plaintiffs' data. That document has been designated as "Confidential' consistent with the Court's April 23, 2017 Protective Order (Dkt. 92). This data was collected utilizing informal collection methods, as described in Section III of the April 24, 2017 Stipulation and Order Regarding Discovery of Electronically Stored Information (Dkt. 90).

Consistent with the Court's April 24, 2017 Protective Order (Dkt. 92), CHLIC also has designated as "Confidential" or "Confidential--Attorney's Eyes Only" certain documents in Production Volumes 21 and 22. Media containing Production Volumes 21 and 22 will also be provided.

The production files are password protected, and the passwords will be provided via separate email.

Please let me know if you have any problem accessing these productions.

Sincerely,

*[signature: Chris Diffee]*

Christopher M. Diffee
Enclosure(s)

c:  Mathew P. Jasinski, MOTLEY RICE LLC (via secure file transfer)
    Michelle S. Grant, DORSEY & WHITNEY LLP (via secure file transfer)