# EXHIBIT MM

| | |
|---|---|
| **From:** | Veasman, Lisa <lisa.veasman@morganlewis.com> |
| **Sent:** | Friday, June 28, 2019 7:56 PM |
| **To:** | Christopher Barrett; Costello, Joseph J.; Shaffer, Brian W.; Farrell, Eleanor R. |
| **Cc:** | Robert Izard; Craig Raabe; Seth Klein; William H. Narwold; Meghan Oliver; Grant Michelle |
| **Subject:** | RE: Negron v. Cigna |

Chris – Responses to your questions are below:

1. <u>Additional Transaction Data Fields</u>:  This is an extremely time-consuming and burdensome inquiry insofar as it appears your request seems to draw from fields from different documents, different databases and different reporting concepts.  We are continuing to work with our client to investigate whether there is any good-faith reason for additional data fields to be produced.  In the meantime, however, and with respect to the prescription transaction data we have provided to you for the Named Plaintiffs and putative class, I can tell you that we have given Plaintiffs all of the data and fields that CHLIC and its experts are using to evaluate these transactions.

2. <u>Transaction Data Beyond January 19, 2017</u>: We are surprised to receive your request for data beyond January 19, 2017, as CHLIC made clear in its supplemental responses to Plaintiffs' First Set of Requests for Production of Documents served over a year ago that we would be producing transaction data through only January 19, 2017.  In any event, please let us know why Plaintiffs are seeking data beyond that date.  It is both time-consuming and burdensome to obtain, especially because CHLIC has not pulled and is not reviewing that data on its own.

3. <u>DST Search re: "incurs expenses for charges made by a Pharmacy"</u>:  Our client is still working on this search.  Again, these searches are burdensome and time-consuming to run.  We will provide an update no later than next Wednesday, July 3 as to an ETA on this report.

4. <u>Document Production Completion</u>:  Per the parties agreement, and the Court's entry of the new case management plan, the document completion deadline is not until October 4, 2019.  Nevertheless, CHLIC anticipates being able to complete its supplemental document production involving these additional custodians (excluding documents solely responsive to Plaintiffs' most recently served RFPs (Sets 4 and 5)), in the near term, although it will likely be after July 8 given the parties' deliverables on July 2nd and the upcoming July 4th holiday.

**Lisa Veasman**
**Morgan, Lewis & Bockius LLP**
300 South Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.7334 | Main: +1.213.612.2500 | Fax: +1.213.612.2501
lisa.veasman@morganlewis.com | www.morganlewis.com
Assistant: Gloria R. Moonesinghe | +1.213.612.7330 | gloria.moonesinghe@morganlewis.com

---

**From:** Christopher Barrett <cbarrett@ikrlaw.com>
**Sent:** Monday, June 24, 2019 10:52 AM
**To:** Costello, Joseph J. <joseph.costello@morganlewis.com>; Shaffer, Brian W. <brian.shaffer@morganlewis.com>; Veasman, Lisa <lisa.veasman@morganlewis.com>; Farrell, Eleanor R. <eleanor.farrell@morganlewis.com>
**Cc:** Robert Izard <rizard@ikrlaw.com>; Craig Raabe <craabe@ikrlaw.com>; Seth Klein <sklein@ikrlaw.com>; William H. Narwold <bnarwold@motleyrice.com>; Meghan Oliver <moliver@motleyrice.com>; Grant Michelle  <grant.michelle@dorsey.com>
**Subject:** Re: Negron v. Cigna

[EXTERNAL EMAIL]
Counsel,

On May 23, 2019, Plaintiffs notified Cigna that it failed to produce relevant information concerning the classes' prescription drug claims and asked that certain additional transaction fields be produced immediately. Cigna did not respond to that letter. Plaintiffs followed up by email on June 17 and asked when they could expect a response. Cigna did not respond to that email. If Cigna does not produce by this Friday, June 28, the requested additional fields for the classes' prescription drug transaction data, Plaintiffs intend to bring this issue to the Court for resolution.

Additionally, the transaction data produced by Cigna only includes claims up through January 19, 2017. However, the claims at issue in this action extend beyond that date. Please confirm by this Friday, June 28, that Cigna will produce transaction data for all claims up through June 1, 2019. To the extent the overcharges at issue in this litigation continue to occur, Plaintiffs reserve the right to request additional transaction data.

On May 17, 2019, Plaintiffs requested that Cigna search its DST system for plan booklets that contain "incurs expenses for charges made by a Pharmacy." On June 17, Plaintiffs emailed to ask when that report would be provided. Cigna did not respond to that email. If Cigna does not provide a date by when this report will be provided, Plaintiffs intend to also bring this issue to the Court for resolution.

On May 15, 2019, Cigna agreed that it would produce responsive documents from eight additional custodians, but Cigna has still not produced documents for several of these custodians. In fact, the recent production includes documents from custodians identified last year that should have been produced months ago.  Please confirm by this Friday, June 28, that Cigna will produce all responsive documents for these custodians by July 8, 2019.

Regards,

**Christopher M. Barrett**

**IZARD, KINDALL & RAABE, LLP**
29 S. Main St., Suite 305
West Hartford, CT 06107
860 493 6292


> On Jun 17, 2019, at 12:00 PM, Christopher Barrett <cbarrett@ikrlaw.com> wrote:
>
> Counsel,
>
> When can we expect a response to our May 23 letter?
>
> Also, when do you anticipate providing the DST report of plans that contain "incurs expenses for charges made by a Pharmacy"?
>
> Chris
>
> **Christopher M. Barrett**
>
> **IZARD, KINDALL & RAABE, LLP**
> 29 S. Main St., Suite 305
> West Hartford, CT 06107
> 860 493 6292

On May 23, 2019, at 1:06 PM, Christopher Barrett <cbarrett@ikrlaw.com> wrote:

Counsel,

Please see the attached letter.

Chris

**Christopher M. Barrett**

---

**IZARD, KINDALL & RAABE, LLP**
29 S. Main St., Suite 305
West Hartford, CT 06107
860 493 6292

<190523 LETTER re missing fields.pdf>