# EXHIBIT NN

| | |
|---|---|
| **From:** | Christopher Barrett <cbarrett@ikrlaw.com> |
| **Sent:** | Monday, June 24, 2019 1:52 PM |
| **To:** | Costello, Joseph J.; Shaffer, Brian W.; Weddle, Lisa R.; Farrell, Eleanor R. |
| **Cc:** | Robert Izard; Craig Raabe; Seth Klein; William H. Narwold; Meghan Oliver; Grant Michelle |
| **Subject:** | Re: Negron v. Cigna |

[EXTERNAL EMAIL]
Counsel,

On May 23, 2019, Plaintiffs notified Cigna that it failed to produce relevant information concerning the classes' prescription drug claims and asked that certain additional transaction fields be produced immediately. Cigna did not respond to that letter. Plaintiffs followed up by email on June 17 and asked when they could expect a response. Cigna did not respond to that email. If Cigna does not produce by this Friday, June 28, the requested additional fields for the classes' prescription drug transaction data, Plaintiffs intend to bring this issue to the Court for resolution.

Additionally, the transaction data produced by Cigna only includes claims up through January 19, 2017. However, the claims at issue in this action extend beyond that date. Please confirm by this Friday, June 28, that Cigna will produce transaction data for all claims up through June 1, 2019. To the extent the overcharges at issue in this litigation continue to occur, Plaintiffs reserve the right to request additional transaction data.

On May 17, 2019, Plaintiffs requested that Cigna search its DST system for plan booklets that contain "incurs expenses for charges made by a Pharmacy." On June 17, Plaintiffs emailed to ask when that report would be provided. Cigna did not respond to that email. If Cigna does not provide a date by when this report will be provided, Plaintiffs intend to also bring this issue to the Court for resolution.

On May 15, 2019, Cigna agreed that it would produce responsive documents from eight additional custodians, but Cigna has still not produced documents for several of these custodians. In fact, the recent production includes documents from custodians identified last year that should have been produced months ago.  Please confirm by this Friday, June 28, that Cigna will produce all responsive documents for these custodians by July 8, 2019.

Regards,

**Christopher M. Barrett**

**IZARD, KINDALL & RAABE, LLP**
29 S. Main St., Suite 305
West Hartford, CT 06107
860 493 6292


> On Jun 17, 2019, at 12:00 PM, Christopher Barrett <cbarrett@ikrlaw.com> wrote:
>
> Counsel,
>
> When can we expect a response to our May 23 letter?

1

Also, when do you anticipate providing the DST report of plans that contain "incurs expenses for charges made by a Pharmacy"?

Chris

**Christopher M. Barrett**

**IZARD, KINDALL & RAABE, LLP**
29 S. Main St., Suite 305
West Hartford, CT 06107
860 493 6292

> On May 23, 2019, at 1:06 PM, Christopher Barrett <cbarrett@ikrlaw.com> wrote:
>
> Counsel,
>
> Please see the attached letter.
>
> Chris
>
> **Christopher M. Barrett**
>
> **IZARD, KINDALL & RAABE, LLP**
> 29 S. Main St., Suite 305
> West Hartford, CT 06107
> 860 493 6292
>
> <190523 LETTER re missing fields.pdf>