# EXHIBIT OO

# (Redactions)

Page 1

```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT

     KIMBERLY A. NEGRON,        )
     Individually and on        )
     Behalf of All Others       )
     Similarly Situated,        )CIVIL ACTION NO.
     DANIEL PERRY,              )3:16-cv-1702
     Individually and on        )(JAM)
     Behalf of All Others       )
     Similarly Situated,        )
     COURTNEY GALLAGHER,        )
     Individually and on        )
     Behalf of All Others       )
     Similarly Situated,        )
     NINA CUROL,                )
     Individually and on        )
     Behalf of All Others       )
     Similarly Situated,        )
     ROGER CUROL,               )
     Individually and on        )
     Behalf of All Others       )
     Similarly Situated, and    )
     BILLY RAY BLOCKER,         )
     Individually and on        )
     Behalf of All Others       )
     Similarly Situated,        )
              Plaintiffs,       )
     vs.                        )
                                )
     CIGNA CORPORATION,         )
     CIGNA HEALTH AND LIFE      )
     INSURANCE COMPANY, and     )
     OPTUMRX, INC.,             )
              Defendants.       )
     _____)
     REMOTE DEPOSITION OF TYLER LESTER
          Tuesday, June 23, 2020

     Reported By:
     CATHI IRISH, RPR, CRR, CLVS, CCR
```

Page 302

LESTER

2  THE WITNESS: I would say that
3  pharmacy spreads generally, whether
4  there is negative reimbursement or
5  not, is a complex topic and
6  essentially it's a tradeoff between we
7  earn spreads on some of our business
8  where the clients have agreed to that.
9  On clients that are on pass-through,
10 we charge those clients higher
11 administrative fees that show up. So
12 the conversation with customers can be
13 complicated but I didn't have a strong
14 concern with it. It just meant that
15 it was more complex for our sales team
16 to have to walk customers through.
17 BY MR. IZARD:
18  Q. My question related to did you
19 care if the pharmacy shared clawback
20 information with members? So are you
21 using customer as member there or --
22  A. I was using customer as a member.
23 And I think the biggest issue was were
24 they revealing any sensitive contractual
25 information that Optum may have had.

Page 303

LESTER

2  There's no Cigna contractual information
3  as part of that transaction other than the
4  client rate that we had in place, which
5  the customer already knew.
6   Q. The next e-mail, 63, I believe,
7  is 321336.
8    Do you see that?
9   A. I do.
10  Q.

Page 304

LESTER

Page 305

LESTER



77 (Pages 302 - 305)

Veritext Legal Solutions
212-279-9424    www.veritext.com    212-490-3430



```
                                    Page 310
 1              LESTER
 2  [REDACTED]
 3  [REDACTED]
 4  [REDACTED]
 5  [REDACTED]
 6  [REDACTED]
 7  [REDACTED]
 8  [REDACTED]
 9  [REDACTED]
10  [REDACTED]
11  [REDACTED]
12  [REDACTED]
13  [REDACTED]
14  [REDACTED]
15  [REDACTED]
16  [REDACTED]
17  [REDACTED]
18  [REDACTED]
19  [REDACTED]
20  [REDACTED]
21  [REDACTED]
22  [REDACTED]
23  [REDACTED]
24  [REDACTED]
25  [REDACTED]
```

```
                                    Page 311
 1              LESTER
 2  [REDACTED]
 ...
25  [REDACTED]
```

```
                                    Page 312
 1              LESTER
 2  [REDACTED]
 3  [REDACTED]
 4       MR. SHAFFER:  I'm going to
 5  instruct the witness not to answer.
 6  He's answered the question, Bob,
 7  you're harassing him and being
 8  argumentative.  I instruct him not to
 9  answer the question.  Let's take a
10  break.
11       Can I get an accounting from the
12  videographer, the time on the record?
13       THE VIDEOGRAPHER:  Give me one
14  second.  The time is 5:08.  We're off
15  the record.
16       (Recess taken from 5:08 p.m. to
17  5:19 p.m.)
18       We're back on the record.  The
19  time is 5:19.
20  BY MR. IZARD:
21   Q.  Mr. Lester, just before the
22  break, Mr. Shaffer instructed you not to
23  answer a question.  Are you going to
24  follow that instruction?
25   A.  I am.
```

```
                                    Page 313
 1              LESTER
 2       MR. IZARD:  I have no further
 3  questions.
 4       MR. SHAFFER:  Michelle, do you
 5  have any questions?
 6  EXAMINATION
 7  BY MS. GRANT:
 8   Q.  I have a couple questions.  Good
 9  afternoon, Mr. Lester.
10   A.  Good afternoon.
11   Q.  Just a handful of questions.  I
12  know it's late in the day.
13       Did Optum Rx communicate with
14  pharmacies at the point of sale the cost
15  sharing amount the pharmacy was to collect
16  from the member?
17   A.  Only for the very small subset of
18  customers that migrated to the Rx plan
19  platform in 2014.  The majority of
20  customers, it went through the Argus
21  platform.
22   Q.  Was that only for a brief period
23  of time in 2014 as well?
24   A.  That's correct.
25   Q.  Those customers then later
```