# EXHIBIT RR

# Morgan Lewis

**Brian W. Shaffer**
Partner
+1.215.963.5103
brian.shaffer@morganlewis.com

May 1, 2020

**VIA ELECTRONIC MAIL**

Robert A. Izard, Esq.
Izard, Kindall & Raabe, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
rizard@ikrlaw.com

Re:   <u>Negron, et al. v. Cigna Corporation, et al.</u>, No. 3:16-cv-1702 (JAM)

Dear Bob:

I write in response to your April 22, 2020 letter, in which Plaintiffs assert alleged deficiencies in certain of Cigna's discovery responses which were served more than six months ago, back in September 2019. Plaintiffs take issue with both the content of Cigna's answers as well as Cigna's invocation of Rule 33(d) in those answers as a further source of information apparently sought by the interrogatories.

We note that Plaintiffs have repeatedly misrepresented the content and import of Cigna's answers to these interrogatories throughout the past several months, including in Plaintiffs' motion for class certification, the declaration of Plaintiffs' expert Launce Mustoe, and in your April 22nd letter, among others. Cigna believes that its prior responses to the interrogatories in question (Interrogatory 2 of Plaintiffs' 4th Set and Interrogatories 1 through 6 of Plaintiffs' 5th Set) were appropriate. Plaintiffs' dissatisfaction with Cigna's answers stems primarily from (1) flaws in the way the interrogatories were drafted, or in assumptions you made in drafting them; and (2) the fact that the answers Cigna properly gave do not support the flawed fiduciary duty theories Plaintiffs want to advance.

That being said, and given that Plaintiffs continue to struggle with understanding Cigna's answers to these Interrogatories, we are willing to further supplement our response to Interrogatory 2 of Plaintiffs' 4th Set and Interrogatories 1 through 6 of Plaintiffs' 5th Set in an effort further clarify them. We will endeavor to do so within two weeks. Given that Plaintiffs have had Cigna's responses since September, and due to the continuing challenges of stay-at-home orders and the COVID-19 pandemic, we believe that timing is more than reasonable under the circumstances.

In light of our willingness to further supplement our responses, I will not bother debating the legal positions or correcting the factual and other misstatements in your April 22nd letter. To be clear, Cigna does not agree with Plaintiffs' positions. Should our supplemental responses not resolve or

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921       ☏ +1.215.963.5000
United States                                   ℻ +1.215.963.5001

Robert A. Izard, Esq.
May 1, 2020
Page 2

significantly narrow the parties' disagreements, we will be prepared to discuss the applicable legal principles regarding Plaintiffs' discovery requests in the context of those supplemental responses.

Sincerely,

Brian W. Shaffer

BWS/hs