UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br>　　　　　　　　　　Defendants. | Civ. A. No. 16-cv-1702 (JAM) |

**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S
<u>MOTION TO SEAL DOCUMENTS</u>**

Pursuant to Local Civil Rule 5(e) and 7(a), Defendant Cigna Health and Life Insurance Company ("CHLIC") hereby moves to file the following documents under seal (together, the "Subject Documents"):

- Exhibit OO to the Declaration of Brian W. Shaffer (ECF 348);

- CHLIC's Opposition to Plaintiffs' Motion to Strike (ECF 347); and

- CHLIC's Reply in Support of its Motion to Exclude the Declaration and Testimony of Launce B. Mustoe, Jr. Offered in Support of Plaintiffs' Motion for Class Certification (ECF 345).

The Subject Documents were designated as "Confidential" or "Confidential—Attorney's Eyes Only" by the parties to this action pursuant to the Protective Order, which requires CHLIC to file them under seal. *See* Dkt. 92. As set forth more fully in the accompanying memorandum of law, these documents contain confidential, proprietary, and commercial sensitive information

that is appropriate for sealing. For these reasons, CHLIC respectfully seeks an order sealing the Subject Documents.

Dated: September 29, 2020

Respectfully submitted,

*/s/ Brian W. Shaffer*
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv23943)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860-240-2945
Facsimile: 860-240-2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2020, the foregoing document and all attachments thereto were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian Shaffer
Brian Shaffer