Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK_____   RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 0 hours 24 minutes

DATE: 09/22/2020   START TIME: 4:00pm   END TIME: 4:24pm

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:16-cv-01702-JAM

Negron

Craig Raabe

**Plaintiff's Counsel**

vs

CIGNA Corp. et al

Brian Shaffer

**Defendant's Counsel**

## COURTROOM MINUTES- CIVIL

☐ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing      ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

| | | | |
|---|---|---|---|
| ☐.....#319 Motion ORDER re Discovery Dispute | ☐ granted | ☑ denied | ☐ advisement |
| ☐.....#____ Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.....#____ Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.....#____ Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.....#____ Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.....#____ Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.....#____ Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐..... Oral Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐..... Oral Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐..... Oral Motion_____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐.... Oral Motion_____ | ☐ granted | ☐ denied | ☐ advisement |

☐..... ☐ Briefs(s) due _____ ☐ Proposed Findings due_____ Response due_____

☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ _____ ☐ filed ☐ docketed
☐............ Hearing continued until _____ at _____

Notes: The Court overruled defendant CHLIC's objection to the deposition of David Cordani.