UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>Defendants. | No. 16-cv-1702 (JAM)<br>(Consolidated)<br><br>CLASS ACTION<br><br>October 13, 2020 |

## **DECLARATION OF MEGHAN S. B. OLIVER**

I, Meghan S. B. Oliver, being of full age, certify and state as follows:

1. I am an attorney at law and a Member of the law firm of Motley Rice LLC admitted to practice in the State of South Carolina, the District of Columbia, and the Commonwealth of Virginia, and admitted *pro hac vice* in this case as counsel for Plaintiffs.

2. Attached hereto are true and correct copies of the following:

| **Exhibit Letter** | **Description** |
|---|---|
| Exhibit BV | February 6, 2017, Plaintiffs' First Request for Production of Documents |
| Exhibit BW | July 9, 2018, letter from Cigna's outside counsel to Plaintiffs' counsel **[Sealed – Redacted]** |
| Exhibit BX | Excerpts of the transcript of **Deposition of David Despard**, taken on May 15, 2020 in this Action **[Sealed]** |
| Exhibit BY | May 18, 2020 email from B. Shaffer to R. Izard, et al. |
| Exhibit BZ | Excerpts of the transcript of **Deposition of Cigna Corporate Representative, Tyler Lester**, taken on August 28, 2020 in this Action **[Sealed]** |

| Exhibit CA | December 17, 2018 letter from Cigna's outside counsel to Plaintiffs' counsel |
| --- | --- |
| Exhibit CB | February 27, 2020, Objections and Responses of Defendant Cigna Health and Life Insurance Company to Plaintiffs' Seventh Set of Interrogatories |
| Exhibit CC | January 15, 2014, email, **Bates CIGNA00179042 through CIGNA00179045** produced by Cigna in this Action **[Sealed]** |
| Exhibit CD | January 15, 2015, email, **Bates CIGNA00302909 through CIGNA00302910** produced by Cigna in this Action **[Sealed]** |
| Exhibit CE | Excerpts of the transcript of **Deposition of Cigna Corporate Representative Wilbur Parsell**, taken on October 7, 2020 in this Action **[Sealed]** |
| Exhibit CF | Document prepared by Plaintiffs comparing Cigna's March 17, 2017 Rule 26(a)(1) Disclosures and Cigna's October 6, 2020 Supplemental Rule 26(a)(1) Disclosures |
| Exhibit CG | Excerpts of the transcript of **Deposition of Justin Pitt**, taken on July 22, 2020 in this Action **[Sealed]** |
| Exhibit CH | Excerpts of the transcript of **Deposition of Stephanie Byrne**, taken on August 12, 2020 in this Action |
| Exhibit CI | Excerpts of the transcript of **Deposition of Dr. Gary Owens**, taken on July 29, 2020 in this Action |
| Exhibit CJ | October 13, 2020 Declaration of Launce B. Mustoe, Jr. **[Sealed - Redacted]** |

I hereby certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 13th day of October, 2020.

*/s/ Meghan S. B. Oliver*