UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>Defendants. | No. 16-cv-1702 (JAM)<br>(Consolidated)<br><br>CLASS ACTION<br><br><br><br>October 13, 2020 |

**MOTION TO SEAL**

Solely in accord with their duty under the Protective Order [ECF 92] in place in this litigation, Plaintiffs move to file under seal certain documents (the "Exhibits") attached to the Declaration of Meghan S. B. Oliver ("Oliver Decl."), as well as portions of Plaintiffs' Response to Cigna's Surreply Regarding Plaintiffs' Motion for Class Certification; Plaintiffs' Reply Memorandum Supporting Motion to Strike; and Plaintiffs' Surreply in Opposition to Cigna's Motion to Exclude (collectively, the "October 13 Pleadings") that discuss those Exhibits, all as filed on this date.[1]

Specifically, Plaintiffs move for the moment to seal the following Exhibits:

---

[1] Along with public sealed or redacted versions, Plaintiffs are herewith filing full versions of the Exhibits and October 13 Pleadings under seal, pending resolution of the confidentiality issues raised herein.

- **Exhibit CC and Exhibit CD**. These Exhibits consist of documents produced by Cigna under a "CONFIDENTIAL" designation.

- **Exhibit BX, Exhibit BZ, Exhibit CE, and Exhibit CG.** These Exhibits are excerpts from deposition transcripts that include testimony concerning documents Cigna has produced under a "CONFIDENTIAL" or "CONFIDENTIAL - ATTORNEYS' EYES ONLY" designation. The Protective Order at ¶ 15 specifies that "related transcript pages receive the same confidentiality designation as the original Designated Material."

- **Exhibit CJ.** This exhibit is a declaration from Plaintiffs' expert Launce B. Mustoe, Jr. analyzing data and information provided by Cigna. Plaintiffs seek to seal client identifying information contained in this exhibit.

- **Exhibit BW.** This exhibit is a letter from Cigna's outside counsel to Plaintiffs' counsel. Plaintiffs seek to seal portions of the letter discussing discovery responses that Cigna has designated "CONFIDENTIAL" or "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

Notwithstanding the filing of this motion, Plaintiffs do not believe that the confidential designation of these documents and testimony is appropriate. Although Plaintiffs do not believe that the Exhibits that are the subject of this motion can properly be sealed (with the exception of third parties' personal identifying information and personal health information), Plaintiffs are willing to meet and confer with Cigna on the issue. Should the parties be unable to reach an agreement, and unless otherwise instructed by the court, Plaintiffs will file a motion to de-designate, and the designating party shall bear the burden of defending its confidentiality designations. Protective Order at ¶ 14 ("Upon any such application [to de-designate], the burden shall be on the Designating Person to show why the designation is proper.").

Dated: October 13, 2020

Respectfully submitted,

*s/ Robert A. Izard*

Robert A. Izard (ct01601)
*Plaintiffs' Interim Co-Lead Class Counsel*
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone:  860-493-6292
Facsimile: 860-493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860-882-1681
Facsimile:   860-882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. Oliver, *pro hac vice*
Charlotte Loper, *pro hac vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843-216-9000
moliver@motleyrice.com
cloper@motleyrice.com

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, *pro hac vice*
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP

3

The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  860-537-5537
Facsimile:  860-537-4432
ecomite@scott-scott.com

Derek W. Loeser, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, *pro hac vice*
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206- 623-1900
Facsimile:  206-623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:  612-341-0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985-783-6789

Facsimile:   985-783-1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504-581-5644
Facsimile:   504-581-2156
andrew@lemmonlawfirm.com

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile, *pro hac vice pending*
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516-699-8890
Facsimile:   516-699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-908-4906
Facsimile:   866-747-3905
ekirkwood1@bellsouth.net

Karen Hanson Riebel, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, *pro hac vice pending*
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:  612-596-4097
Facsimile:   612-339-0981
khriebel@locklaw.com
kmarttila@locklaw.com

Brad J. Moore
STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330

        Telephone: 206.448.1777
        Facsimile: 206.728.2131
        Brad@stritmatter.com

        Daniel K. Bryson
        Jeremy R. Williams
        WHITFIELD, BRYSON & MASON, LLP
        900 W. Morgan Street
        Raleigh, NC 27603
        Telephone: 919-600-5000
        Facsimile:  919-600-5035
        Dan@wbmllp.com
        Jeremy@wbmllp.com

        Additional Counsel for Plaintiffs