UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> vs. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY. <br><br> Defendant. | No. 16-cv-1702 (JAM) <br><br><br><br><br> October 21, 2020 |

### JOINT STIPULATION TO CONDUCT DEPOSITIONS AFTER THE DEADLINE

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs") and Defendant Cigna Health and Life Insurance Company ("CHLIC") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to take three depositions beyond the period for fact discovery. In support thereof, the Parties respectfully state as follows:

1. Under the current scheduling order, fact discovery ended on October 12, 2020.

2. Prior to the end of fact discovery, Plaintiffs served a number of deposition notices, including a Rule 30(b)(6) notice (served on July 2, 2020), a notice for the deposition of David Cordani (served on August 26, 2020) and a notice for the deposition of Matthew Manders (served on September 29, 2020).

3. Since July, Plaintiffs conducted the Rule 30(b)(6) deposition through several witnesses on almost all of the topics designated, but a few topics remain for which CHLIC has designated Deborah Turner as the witness.

4. Due to scheduling issues for the deponents listed in Paragraph 2, they were not available during the fact discovery period, but they are now scheduled by mutual agreement for October 21 (Ms. Turner), October 22 (Mr. Cordani) and November 4 (Mr. Manders).

5. The Parties jointly request permission from the Court to conduct these depositions outside of the fact discovery period.

6. Further, because Mr. Manders is not available until after the October 28, 2020 hearing on pending motions, Plaintiffs reserve the right to request permission to advise the Court of any new testimony that may have a bearing on any pending motions. CHLIC reserves all rights should Plaintiffs request leave to do so.

WHEREFORE, the Parties respectfully request that the Court issue an order that this Joint Stipulation is approved.

October 21, 2020

Respectfully Submitted,

/s/ Brian W. Shaffer
  Brian W. Shaffer, *pro hac vice*
  Jeremy P. Blumenfeld, *pro hac vice*
  Eleanor R. Farrell, *pro hac vice*
  Matthew Klayman, *pro hac vice*
  MORGAN, LEWIS & BOCKIUS LLP
  1701 Market Street
  Philadelphia, PA 19103
  Telephone: 215.963.5000
  Facsimile: 215.963.5001
  brian.shaffer@morganlewis.com
  jeremy.blumenfeld@morganlewis.com
  eleanor.farrell@morganlewis.com
  matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860.240.2945

/s/ Robert A. Izard

Robert A. Izard (ct01601)
*Plaintiffs' Interim Co-Lead Class Counsel*
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860.493.6292
Facsimile: 860.493.6290
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

Facsimile: 860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. Oliver, *pro hac vice*
Charlotte Loper, *pro hac vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843-216-9000
moliver@motleyrice.com
cloper@motleyrice.com

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, *pro hac vice*
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, *pro hac vice*
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, *pro hac vice*
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, *pro hac vice*
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile, *pro hac vice*
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968

ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, *pro hac vice*
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, *pro hac vice*
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

Brad J. Moore
*Additonal Counsel for Plaintiffs*
STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
Telephone: 206.448.1777
Facsimile: 206.728.2131
Brad@stritmatter.com

Daniel K. Bryson
*Additional Counsel for Plaintiffs*
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile:  919-600-5035
Dan@wbmllp.com
Jeremy@wbmllp.com