

**Robert A. Izard**
rizard@ikrlaw.com

October 26, 2020

*Filed via ECF*

The Honorable Jeffrey A. Meyer
RICHARD E. LEE U.S. COURTHOUSE
141 Church Street, Courtroom 3
New Haven, CT  06510

      Re:    *Kimberly A. Negron, et al. v. CIGNA Corporation, et al.*
               D. Conn. Case 3:16-cv-01702(JAM)

Dear Judge Meyer:

      We are co-counsel for Plaintiffs in the above referenced action. Pursuant to a stipulation between the parties (*see* [ECF No. 366]), Plaintiffs conducted the deposition of Deborah Turner on October 21, 2020, following completion of briefing on Plaintiffs' pending motion for class certification. Ms. Turner is a senior claims manager at Cigna whom Cigna designated as a Rule 30(b)(6) witness on certain topics relating to Cigna's pharmacy benefits and claim procedures. Excerpts from Ms. Turner's deposition are attached hereto as Exhibit CK. Ms. Turner's testimony is relevant to whether Cigna's compliance with reasonable claim procedures in connection with network pharmacy claims is a classwide issue. Plaintiffs may refer to these excerpts during Wednesday's scheduled oral argument.

                                                             Respectfully submitted,

                                                             /s/ Robert A. Izard

                                                             Robert A. Izard (ct01601)
                                                             Craig A. Raabe (ct04116)
                                                              Seth R. Klein (ct18121)
                                                             Christopher M. Barrett (ct30151)
                                                             IZARD, KINDALL & RAABE, LLP
                                                             29 South Main Street, Suite 305
                                                             West Hartford, CT 06107

www.ikrlaw.com
Tel: (860) 493-6292  |  Fax: (860) 493-6290
29 South Main Street, Suite 305, West Hartford, CT 06107

The Honorable Jeffrey A. Meyer
October 26, 2020
Page 2

    860-493-6292
    860-493-6290 fax
    rizard@ikrlaw.com
    craabe@ikrlaw.com
    cbarrett@ikrlaw.com

    William H. Narwold (ct00133)
    Mathew Jasinski (ct27520)
    MOTLEY RICE LLC
    One Corporate Center
    20 Church Street, 17th Floor
    Hartford, CT 06103
    860-882-1681
    860-882-1682 fax
    bnarwold@motleyrice.com
    mjasinski@motleyrice.com

    Meghan S. B. Oliver
    MOTLEY RICE LLC
    28 Bridgeside Blvd.
    Mount Pleasant, SC 29464
    843-216-9000
    moliver@motleyrice.com

    Attorneys for Plaintiffs

cc: counsel for all parties (via ECF)