UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>                  Defendants. | Civ. A. No. 16-cv-1702 (JAM)<br><br>October 27, 2020 |

**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S
UNOPPOSED MOTION TO CORRECT EXHIBITS C, Q, BB, GG, AND HH
TO THE DECLARATION OF BRIAN W. SHAFFER (ECF NO. 348)**

Defendant Cigna Health and Life Insurance Company ("CHLIC") respectfully moves to correct Exhibits C, Q, BB, GG, and HH to the Declaration of Brian W. Shaffer (ECF No. 348). In support of this motion, CHLIC states as follows:

1. On September 29, 2020, CHLIC filed its Memorandum of Law in Opposition to Plaintiffs' Motion to Strike ("Opposition"). *See* ECF No. 347. In support of the Opposition, CHLIC filed the Declaration of Brian W. Shaffer (the "Shaffer Declaration"). *See* ECF No. 348. Attached to the Shaffer Declaration were a series of exhibits. *See* ECF No. 348-1 through 348-44.

2. CHLIC has discovered that Exhibits C, Q, BB, GG, and HH to the Shaffer Declaration at ECF Nos. 348-3 (C), 348-17 (Q), 348-28 (BB), 348-33 (GG), and 348-34 (HH), became corrupt when filed on the ECF system. This corruption resulted in illegible documents. Attached hereto are corrected, legible copies of Exhibits C, Q, BB, GG, and HH to the Shaffer

1

Declaration submitted in substitution in place of the documents filed at ECF Nos. 348-3, 348-17, 348-28, 348-33, and 348-34, respectively.

3. Good cause exists to grant CHLIC's Unopposed Motion to Correct and to substitute the attached versions of Exhibits C, Q, BB, GG, and HH in place of the corrupted versions filed at ECF Nos. 348-3, 348-17, 348-28, 348-33, and 348-34, respectively. The requested relief will allow the Court to consider the merits of Plaintiffs' Motion and CHLIC's Opposition on a complete and correct record.

4. Counsel for Plaintiffs consent to this Motion.

WHEREFORE, CHLIC respectfully requests that its Motion to Correct Exhibits C, Q, BB, GG, and HH to the Shaffer Declaration be granted such that (a) Exhibit C attached will be filed at ECF No. 348-3, (b) Exhibit Q attached will be filed at ECF No. 348-17, (c) Exhibit BB attached will be filed at ECF No. 348-28, (d) Exhibit GG attached will be filed at ECF No. 348-33, and (e) Exhibit HH attached will be filed at ECF No. 348-34.

Dated:  October 27, 2020

Respectfully submitted,

/s/ *Brian W. Shaffer*
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv23943)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  215-963-5000
Facsimile:  215-963-5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  860-240-2945
Facsimile:  860-240-2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2020, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Brian W. Shaffer*
Brian W. Shaffer