# EXHIBIT HH

# Morgan Lewis

**Eleanor R. Farrell**
Associate
+1.215.963.5194
eleanor.farrell@morganlewis.com

September 25, 2020

**VIA SECURE FILE TRANSFER**

Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107

Re:   <u>Negron, et al. v. Cigna Health and Life Insurance Co.</u>, No. 3:16-cv-1702 (JAM)

Dear Chris:

Pursuant to our August 5, 2020 letter and other communications, enclosed is an updated DST report that includes information from the BenOpt Code field in the DST system (where that field was populated in the DST system) related to the following request:

- Plan or plan-related documents since 1/1/2010 created in the DST system for Proclaim that contain the phrase "Charges means the discounted amount that the pharmacy benefits manager makes available to the Insurance Company" (selected by Plaintiffs) (bearing bates number CIGNA12478787).

Upon your review of this report, which has been generated from the DST system specifically for purposes of the litigation, you will note that it is not identical in all respects to the previously provided DST report for the same excerpted language. For example, there may be additional entries on the updated report because the new report reflects plan or plan-related documents created in the DST system through the present, whereas the prior report was generated for purposes of this litigation in 2019. In addition, where one plan or plan-related document is associated with multiple benefit option codes, there are entries corresponding to each benefit option code reflected in the updated DST report. Finally, there may be other variations between the entries on the original DST report and the updated DST report. Based on a reasonable investigation to date, evaluating each such variation would require manual review of the plan document entry, for example in DST, other data systems (e.g., Member Materials), and/or review of the plan document itself. Should you have any specific inquiries, however, we will are willing to meet and confer to discuss them.

We also note that it appears a technical problem occurred with respect to the "Funding Arrangement" column when the report was generated. You will see that all of entries in this field, unlike the original version that we produced on May 15, 2019, say "Funding Arrangement" rather than having a populated value such as "ERISA ASO." It is our understanding that Mr. Mustoe is

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA 19103-2921        ☎ +1.215.963.5000
United States                                    📠 +1.215.963.5001

Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
September 25, 2020
Page 2

not using this report for his opinions.  If Plaintiffs would like an updated report with this field corrected, Cigna can re-run it.  As we have explained, however, these reports can take weeks to run even to address one column.

Cigna reiterates that the DST report enclosed herein is subject to the caveats and limitations previously described by Cigna, including, but not limited to, in its August 5, 2020 letter and its objections and responses to Plaintiffs' various sets of interrogatories.  This report does not include any plans/plan-related documents for participants/beneficiaries of Cigna plans, where applicable.  We have designated this report "Confidential-Attorneys' Eyes Only" subject to the parties' protective order.

Cigna is working to finalize the two other DST reports that you have requested, and we will provide an update on expected timing of those reports next week.

Sincerely,

/s/ Eleanor R. Farrell

Eleanor R. Farrell

Enclosures