Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____    RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 2 hours 51 minutes

DATE: 10/28/2020    START TIME: 2:04 PM    END TIME: 4:55 PM

LUNCH RECESS    FROM: _____    TO: _____

RECESS (if more than ½ hr)    FROM: _____    TO: _____

CIVIL NO. 3:16-cv-01702-JAM

Negron et al                                            Robert Izard
                                                        Plaintiff's Counsel
            vs
CIGNA Corp.                                             Jeremy Blumenfeld
                                                        Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... #278   Motion to preclude declaration & testimony of Launce Mustoe   ☐ granted ☐ denied ☑ advisement
☑ ..... #205   Motion to certify class                                       ☐ granted ☐ denied ☑ advisement
☐ ..... #___   Motion _____                                                 ☐ granted ☐ denied ☐ advisement
☐ ..... #___   Motion _____                                                 ☐ granted ☐ denied ☐ advisement
☐ ..... #___   Motion _____                                                 ☐ granted ☐ denied ☐ advisement
☐ ..... #___   Motion _____                                                 ☐ granted ☐ denied ☐ advisement
☐ ..... #___   Motion _____                                                 ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____                                            ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____                                            ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____                                            ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____                                            ☐ granted ☐ denied ☐ advisement

☐ .....   ☐ Briefs(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ ..........   _____   ☐ filed ☐ docketed
☐ ..........   _____   ☐ filed ☐ docketed
☐ ..........   _____   ☐ filed ☐ docketed
☐ ..........   _____   ☐ filed ☐ docketed
☐ ..........   _____   ☐ filed ☐ docketed
☐ ..........   _____   ☐ filed ☐ docketed

☑ ..........   Both motions   Hearing continued until November 13th, 2020   at 2:30 PM

Notes: