Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____   RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 1 hours 23 minutes

DATE: 11/13/2020   START TIME: 2:33PM   END TIME: 3:56PM

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:16-cv-01702-JAM

Negron et al.

vs

Cigna Corp. et al.

Robert Izard
Plaintiff's Counsel

Jeremy Blumenfeld
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

| | # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | 278 | to preclude declaration & testimony of Launce Mustoe | ☐ | ☐ | ☑ |
| ☑ | 205 | to certify class | ☐ | ☐ | ☑ |
| ☐ | | Motion | ☐ | ☐ | ☐ |
| ☐ | | Motion | ☐ | ☐ | ☐ |
| ☐ | | Motion | ☐ | ☐ | ☐ |
| ☐ | | Motion | ☐ | ☐ | ☐ |
| ☐ | | Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |

☐ Briefs(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____ Hearing continued until _____ at _____

Notes: