UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al.,<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>                              Plaintiffs,<br>   vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE<br>COMPANY,<br><br>                              Defendant. | No. 16-cv-1702 (JAM)<br><br><br><br><br><br>April 23, 2021 |

**PLAINTIFFS' REPLY TO DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S REQUEST FOR SEALING OF DOCUMENTS [ECF 379]**

Plaintiffs submit this memorandum in reply to Defendant Cigna's filing [ECF 379] in support of sealing in part certain documents. Since the initial filing of Plaintiffs' motions to seal [ECF 365 & ECF 371], the parties have met and conferred numerous times, but remain unable to reach an agreement as to the treatment of two documents. *See* ECF 379 App. A. Plaintiffs' reply addresses only these documents that remain at issue: Exhibits CC and CD.

"The Supreme Court and the Second Circuit have recognized the public's right to access court records and proceedings, which is rooted in both the common law and the First Amendment." *Travelers Indem. Co. v. Excalibur Reinsurance Corp.*, 3:11-CV-1209 (CSH), 2013 WL 4012772, at *2 (D. Conn. Aug. 5, 2013). Consistent with this longstanding principle, "there is a strong presumption against sealing court records from public inspection." *Id.* The party seeking to overcome this presumption may do so only by showing "'an extraordinary circumstance or compelling need.'" *CSL Silicones, Inc. v. Midsun Grp. Inc.*, 3:14-CV-1897

1

(CSH), 2017 WL 4750701, at *1 (D. Conn. July 12, 2017) (quoting *Travelers Indem.*, 2013 WL 4012772, at *3). Any request to seal must be "'supported by clear and compelling reasons,'" and "'narrowly tailored to serve those reasons.'" *Travelers Indem.*, 2013 WL 4012772, at *15 (quoting D. Conn. L. Civ. R. 5(e)(3)); *Salomon Smith Barney, Inc. v. HBO & Co.*, No. 98CIV8721 (LAK), 2001 WL 225040, at *1 (S.D.N.Y. Mar. 7, 2001) (stating the producing party is "obliged to sustain the burden of establishing that good cause existed for continuing confidential treatment."). Cigna has failed to meet its burden.

Exhibit CC and Exhibit CD are emails from over six years ago relating to reprocessing pharmacy claims. Exhibit CC is an email thread from January 2014 identifying eight scenarios and describing how Cigna "would reprocess customer pharmacy claims based on specific payment issues." ECF 379 at 4. Exhibit CD is an email exchange from January 2015 that discusses "customer liability issues with respect to errors in processing prescription drug transactions." ECF 380 at 2. Cigna argues these documents should be sealed in part because they "reflect CHLIC's self-analysis of its existing procedures regarding customer payment issues and areas for potential revisions" and also contain "internal financial analysis" and "internal discussions of potential regulatory issues." *Id.* at 3.

Magistrate Judge Garfinkel de-designated documents substantially similar to Exhibits CC and CD in a previous ruling in this litigation. ECF 259 at 15 (discussing Exhibits U and W). Those documents also involved Cigna's "reprocessing and remediation practices and procedures" including its "ability to reprocess claims" – an issue "clearly relevant to the claims in this case." *Id.* Judge Garfinkel emphasized that the documents were from 2013 and 2014 and were thus "unlikely to reveal commercially sensitive information in 2020." *Id.* Here too, Cigna's conclusory statement that this information is "commercially harmful to CHLIC because it could

be used by competitors to show potential limitations in CHLIC's processes and potentially lure current and future customers away from CHLIC," does not satisfy its burden of showing the confidentiality of these document in 2021. ECF 380 at 3.

While Cigna attempts to underscore the "internal" nature of these emails, the fact that they were "not intended for public dissemination," *id*, does not make them "CONFIDENTIAL." *Salomon Smith Barney, Inc. v. HBO & Co.,* No. 98CIV8721, 2001 WL 225040, at *3 (S.D.N.Y. Mar. 7, 2001) ("[I]mplicit in the notion of 'confidential business information' is something beyond the mere fact that the particular datum has not previously been made available to the public.").

Finally, the information Cigna seeks to seal is directly relevant to this litigation. Cigna's capabilities to perform reprocessing is at issue in the pending class certification motion and the documents at issue could affect the Class Members' rights and recovery. At this stage of the litigation, where the Court is deciding class certification, the putative class members and public at large should not be deprived of the opportunity to review these relevant documents.

For the foregoing reasons, Cigna should be ordered to remove the confidentiality designations from Exhibit CC and Exhibit CD.

Dated: April 23, 2021                                     Respectfully submitted,

/s/ Robert A. Izard
Robert A. Izard (ct01601)
*Plaintiffs' Interim Co-Lead Class Counsel*
Craig A. Raabe (ct04116)
Seth R. Klein (ct18121)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone:  860-493-6292
Facsimile: 860-493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone:  860-882-1681
Facsimile:   860-882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. Oliver, *pro hac vice*
Charlotte Loper, *pro hac vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843-216-9000
moliver@motleyrice.com
cloper@motleyrice.com

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, *pro hac vice*
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP

The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:   212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  860-537-5537
Facsimile:   860-537-4432
ecomite@scott-scott.com

Derek W. Loeser, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, *pro hac vice*
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206- 623-1900
Facsimile:   206-623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:   612-341-0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985-783-6789

5

Facsimile: 985-783-1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504-581-5644
Facsimile: 504-581-2156
andrew@lemmonlawfirm.com

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile, *pro hac vice pending*
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516-699-8890
Facsimile: 516-699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205-908-4906
Facsimile: 866-747-3905
ekirkwood1@bellsouth.net

Karen Hanson Riebel, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, *pro hac vice pending*
LOCKRIDGE GRINDAL NAUEN,
P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612-596-4097
Facsimile: 612-339-0981
khriebel@locklaw.com
kmarttila@locklaw.com

Brad J. Moore
STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330

6

Telephone: 206.448.1777
Facsimile: 206.728.2131
Brad@stritmatter.com

Daniel K. Bryson
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile:  919-600-5035
Dan@wbmllp.com
Jeremy@wbmllp.com

Additional Counsel for Plaintiffs