# Exhibit 1

| Document at Issue | In Dispute? | Motion to Seal and Related Briefing | Parties' Positions | Joint Statement Exhibit No. |
|---|---|---|---|---|
| Exhibit I (ECF 315) | Y | Plaintiffs' Motion to Seal (ECF 316) CHLIC's Response (ECF 320) Plaintiffs' Reply (ECF 352) | CHLIC believes the entire document should be sealed. Plaintiffs believe the entire document should be unsealed. | Exhibit 2 |
| Exhibit T (ECF 315) | Y | Plaintiffs' Motion to Seal (ECF 316) CHLIC's Response (ECF 320) Plaintiffs' Reply (ECF 352) | Plaintiffs agree to all of CHLIC's proposed redactions except for the redaction at CIGNA00142284 (identified through a blue box in Exhibit 3), which Plaintiffs believe should be unsealed and CHLIC believes should be sealed. | Exhibit 3 |
| Exhibit AJ (ECF 315) | N | Plaintiffs' Motion to Seal (ECF 316) CHLIC's Response (ECF 320) Plaintiffs' Reply (ECF 352) | The Parties agree to seal the document in part (as indicated in Exhibit 4 through the red boxes with yellow highlighting).<br><br>**There is no remaining dispute regarding sealing this document.** | Exhibit 4 |
| Exhibit AZ (ECF 315) | N | Plaintiffs' Motion to Seal (ECF 316) CHLIC's Response (ECF 320) Plaintiffs' Reply (ECF 352 | The Parties agree to seal the document in part, as indicated in Exhibit 5. In particular, the Parties agree to seal the internal instructions that are shaded in grey with the exception of two instructions at CIGNA00173345, which are indicated through blue boxes.<br><br>**There is no remaining dispute regarding sealing this document.** | Exhibit 5 |

| Document at Issue | In Dispute? | Motion to Seal and Related Briefing | Parties' Positions | Joint Statement Exhibit No. |
|---|---|---|---|---|
| Exhibit BA (ECF 315) | Y | Plaintiffs' Motion to Seal (ECF 316) CHLIC's Response (ECF 320) Plaintiffs' Reply (ECF 352) | The Parties agree to seal the document as indicated in Exhibit 6 except for the portions (identified in blue boxes) in the second and third block on the first page at CIGNA00172950, which Plaintiffs believe should be unsealed and CHLIC believes should be sealed. | Exhibit 6 |
| Exhibit BC (ECF 315) | Y | Plaintiffs' Motion to Seal (ECF 316) CHLIC's Response (ECF 320) Plaintiffs' Reply (ECF 352) | The Parties agree to seal the document as indicated in Exhibit 7 except for the portions (identified in blue blues on Exhibit 7) in the second, third, and fourth block in the Schedule at CIGNA00172978–979, which Plaintiffs believe should be unsealed and CHLIC believes should be sealed. | Exhibit 7 |
| Exhibit BD (ECF 315) | Y | Plaintiffs' Motion to Seal (ECF 316) CHLIC's Response (ECF 320) Plaintiffs' Reply (ECF 352) | The Parties agree to seal the document as indicated in Exhibit 8 except for the portions (identified in blue blues on Exhibit 8) in the second, third, and fourth block in the Schedule at CIGNA00173085–086, which Plaintiffs believe should be unsealed and CHLIC believes should be sealed. | Exhibit 8 |
| Exhibit BJ (ECF 315) | Y | Plaintiffs' Motion to Seal (ECF 316) CHLIC's Response (ECF 320) Plaintiffs' Reply (ECF 352) | CHLIC believes the document should be sealed in full.  Plaintiffs believe the entire document should be unsealed. | Exhibit 9 |

| Document at Issue | In Dispute? | Motion to Seal and Related Briefing | Parties' Positions | Joint Statement Exhibit No. |
|---|---|---|---|---|
| Exhibit BK (ECF 315) | Y | Plaintiffs' Motion to Seal (ECF 316) CHLIC's Response (ECF 320) Plaintiffs' Reply (ECF 352) | CHLIC believes the document should be sealed in full.  Plaintiffs believe the entire document should be unsealed. | Exhibit 10 |
| Exhibit BR (ECF 315) | Y | Plaintiffs' Motion to Seal (ECF 316) CHLIC's Response (ECF 320) Plaintiffs' Reply (ECF 352) | CHLIC believes the entire document should be sealed.  Plaintiffs agree to seal everything except for those portions identified through blue boxes in Exhibit 11. | Exhibit 11 |
| Letter Brief (ECF 325) | Y | Plaintiffs' Motion to Seal (ECF 327) CHLIC's Response (ECF 339) Plaintiffs' Reply (ECF 352) | CHLIC believes the portion of the document identified through yellow highlighting on page 4 of Exhibit 12 should be sealed.  (This text refers to Exhibit I (ECF 315), discussed above.)  Plaintiffs believe that portion should be unsealed. | Exhibit 12 |
| Letter Brief Exhibit E (ECF 329) | N | Plaintiffs' Motion to Seal (ECF 331) CHLIC's Response (ECF 339) Plaintiffs' Reply (ECF 352) | The Parties agree that the portions of the document (as indicated in Exhibit 13 through the red boxes with yellow highlighting) should be sealed in part.<br><br>**There is no remaining dispute regarding sealing this document.** | Exhibit 13 |

| Document at Issue | In Dispute? | Motion to Seal and Related Briefing | Parties' Positions | Joint Statement Exhibit No. |
|---|---|---|---|---|
| Letter Brief Exhibit G (ECF 329) | N | Plaintiffs' Motion to Seal (ECF 331) CHLIC's Response (ECF 339) Plaintiffs' Reply (ECF 352) | The Parties agree that the portions of the document (as indicated in Exhibit 14 through the red boxes with yellow highlighting) should be sealed in part.<br><br>**There is no remaining dispute regarding sealing this document.** | Exhibit 14 |
| Exhibit CC (ECF 363) | Y | Plaintiffs' Motion to Seal (ECF 365) CHLIC's Response (ECF 379) Plaintiffs' Reply (filed April 23, 2021) CHLIC's Further Response (to be filed April 30, 2021) | CHLIC believes the document should be sealed in part (as indicated in Exhibit 15 through the red boxes with yellow highlighting). Plaintiffs believe the entire document should be unsealed. | Exhibit 15 |
| Exhibit CD (ECF 363) | Y | Plaintiffs' Motion to Seal (ECF 365) CHLIC's Response (ECF 379) Plaintiffs' Reply (filed April 23, 2021) CHLIC's Further Response (to be filed April 30, 2021) | CHLIC believes the document should be sealed in part (as indicated in Exhibit 16 through the red boxes with yellow highlighting). Plaintiffs believe the entire document should be unsealed. | Exhibit 16 |
| Argus Document – Exhibit AN (ECF 315) | N | Plaintiffs' Motion to Seal (ECF 316) | Plaintiffs and non-party Argus agree that portions of the document (as indicated in Exhibit 17 through the yellow highlighting) should be sealed in part. CHLIC took no position on this document.<br><br>**There is no remaining dispute regarding sealing this document.** | Exhibit 17 |

| Document at Issue | In Dispute? | Motion to Seal and Related Briefing | Parties' Positions | Joint Statement Exhibit No. |
|---|---|---|---|---|
| Argus Document – Exhibit AO (ECF 315) | N | Plaintiffs' Motion to Seal (ECF 316) | Plaintiffs and non-party Argus agree that portions of the document (as indicated in Exhibit 18 through the yellow highlighting) should be sealed in part. CHLIC took no position on this document.<br><br>**There is no remaining dispute regarding sealing this document.** | Exhibit 18 |