# EXHIBIT 1

| Updated Filing Exhibit Number | Document | Confidentiality Designation |
|---|---|---|
| **Motion to Seal [ECF 316]** | | |
| Exhibit 2 | ECF 314 Exhibit B | Seal in Part |
| Exhibit 3 | ECF 314 Exhibit E | Unseal |
| Exhibit 4 | ECF 314 Exhibit F | Unseal |
| Exhibit 5 | ECF 314 Exhibit H | Unseal |
| Exhibit 6 | ECF 314 Exhibit I | Unseal |
| Exhibit 7 | ECF 314 Exhibit J | Seal in Part |
| Exhibit 8 | ECF 314 Exhibit K | Unseal |
| Exhibit 9 | ECF 314 Exhibit L | Unseal |
| Exhibit 10 | ECF 314 Exhibit M | Unseal |
| Exhibit 11 | ECF 314 Exhibit P | Seal in Part |
| Exhibit 12 | ECF 314 Exhibit Q | Unseal |
| Exhibit 13 | ECF 314 Exhibit R | Unseal |
| Exhibit 14 | ECF 314 Exhibit S | Seal in Part |
| Exhibit 15 | ECF 314 Exhibit T | Seal in Part |
| Exhibit 16 | ECF 314 Exhibit U | Seal in Part |

| | | |
|---|---|---|
| Exhibit 17 | ECF 314 Exhibit V | Unseal |
| Exhibit 18 | ECF 314 Exhibit W | Unseal |
| Exhibit 19 | ECF 314 Exhibit X | Unseal |
| Exhibit 20 | ECF 314 Exhibit Y | Seal in Part |
| Exhibit 21 | ECF 314 Exhibit Z | Unseal |
| Exhibit 22 | ECF 314 Exhibit AC | Unseal |
| Exhibit 23 | ECF 314 Exhibit AD | Seal in Part |
| Exhibit 24 | ECF 314 Exhibit AF | Seal in Part |
| Exhibit 25 | ECF 314 Exhibit AG | Seal in part |
| Exhibit 26 | ECF 314 Exhibit AH | Unseal |
| Exhibit 27 | ECF 314 Exhibit AI | Unseal |
| Exhibit 28 | ECF 314 Exhibit AJ | Seal in Part |
| Exhibit 29 | ECF 314 Exhibit AK | Unseal |
| Exhibit 30 | ECF 314 Exhibit AN | Seal in Part |
| Exhibit 31 | ECF 314 Exhibit AO | Seal in Part |
| Exhibit 32 | ECF 314 Exhibit AP | Seal in Part |
| Exhibit 33 | ECF 314 Exhibit AR | Unseal |

| | | |
|---|---|---|
| Exhibit 34 | ECF 314 Exhibit AS | Unseal |
| Exhibit 35 | ECF 314 Exhibit AT | Unseal |
| Exhibit 36 | ECF 314 Exhibit AU | Unseal |
| Exhibit 37 | ECF 314 Exhibit AV | Unseal |
| Exhibit 38 | ECF 314 Exhibit AY | Seal in Part |
| Exhibit 39 | ECF 314 Exhibit AZ | Seal in Part |
| Exhibit 40 | ECF 314 Exhibit BA | Seal in Part |
| Exhibit 41 | ECF 314 Exhibit BB | Unseal |
| Exhibit 42 | ECF 314 Exhibit BC | Seal in Part |
| Exhibit 43 | ECF 314 Exhibit BD | Seal in Part |
| Exhibit 44 | ECF 314 Exhibit BE | Unseal |
| Exhibit 45 | ECF 314 Exhibit BG | Unseal |
| Exhibit 46 | ECF 314 Exhibit BH | Unseal |
| Exhibit 47 | ECF 314 Exhibit BI | Seal in Part |
| Exhibit 48 | ECF 314 Exhibit BL | Unseal |
| Exhibit 49 | ECF 314 Exhibit BM | Seal in Part |
| Exhibit 50 | ECF 314 Exhibit BO | Seal in Part |

| | | |
|---|---|---|
| Exhibit 51 | ECF 314 Exhibit BP | Unseal |
| Exhibit 52 | ECF 314 Exhibit BQ | Unseal |
| Exhibit 53 | ECF 314 Exhibit BR | Seal in Part |
| Exhibit 54 | ECF 314 Exhibit BU | Seal in Part |
| **Motion to Seal [ECF 331]** | | |
| Exhibit 55 | ECF 328 Exhibit A | Unseal |
| Exhibit 56 | ECF 328 Exhibit B | Seal in Part |
| Exhibit 57 | ECF 328 Exhibit C | Unseal |
| Exhibit 58 | ECF 328 Exhibit D | Seal in Part |
| Exhibit 59 | ECF 328 Exhibit E | Seal in Part |
| Exhibit 60 | ECF 328 Exhibit F | Unseal |
| Exhibit 61 | ECF 328 Exhibit G | Seal in Part |
| Exhibit 62 | ECF 328 Exhibit H | Unseal |
| **Motion to Seal [ECF 365]** | | |
| Exhibit 63 | ECF 363 Exhibit BW | Unseal |
| Exhibit 64 | ECF 363 Exhibit BX | Unseal |
| Exhibit 65 | ECF 363 Exhibit BZ | Unseal |

| Exhibit 66 | ECF 363 Exhibit CC | Unseal |
|---|---|---|
| Exhibit 67 | ECF 363 Exhibit CD | Unseal |
| Exhibit 68 | ECF 363 Exhibit CE | Unseal |
| Exhibit 69 | ECF 363 Exhibit CG | Unseal |
| Exhibit 70 | ECF 363 Exhibit CJ | Seal in Part |
| **Motion to Seal [ECF 371]** | | |
| Exhibit 71 | ECF 369 Exhibit CK | Unseal |

5