# EXHIBIT 5

# EXHIBIT 5

# EXHIBIT H

# Morgan Lewis

**Brian W. Shaffer**
Partner
+1.215.963.5103
brian.shaffer@morganlewis.com

February 7, 2019

**VIA ELECTRONIC MAIL**

Craig A. Raabe, Esq.
Izard, Kindall & Raabe, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107

Re:   *In re Cigna Corporation PBM Litigation* – No 3:16-CV-1702 (WWE)

Dear Craig:

We write in response to your January 23, 2019 letter (the "Letter") in which you further inquire about Cigna's document production, and also request that Cigna add another nine custodians.

### 1. Cigna's document production and custodians

Although you state otherwise in your Letter, Cigna has already responded to your inquiries regarding custodians. As confirmed in our December 13, 2018, December 17, 2018, and January 14, 2019 correspondence, Cigna has already identified relevant custodians in response to Plaintiffs' discovery requests and, we believe, agreed with Plaintiffs on the appropriate custodians for this matter. Cigna is still evaluating and assessing its position as to the nine (9) additional custodians requested in your January 23, 2019 letter. We can confirm for you, however, that senior management within Cigna Pharmacy Management are already custodians in this case. That is evident from the organizational charts and numerous other documents Cigna has produced to date. In addition, Cigna's document production already includes thousands of documents to/from or copied to those additional custodians, suggesting that any materially relevant communications have already been captured. Nonetheless, we will be in touch when Cigna has completed its assessment of your request.

As for your statement that you "have not seen documents concerning (1) management's deliberation and decision to proceed and (2) the estimated and actual losses from not collecting spread and the projected revenue if Cigna were to collect spread and the actual revenue from collecting spread," we reiterate that, assuming any such documents exist, they should be captured in Cigna's document production, including the almost-400,000 pages that Cigna recently produced.

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921          +1.215.963.5000
United States                                      +1.215.963.5001

DB1/ 102099186

Craig A. Raabe, Esq.
February 7, 2019
Page 2

2. **Organizational charts and Cigna's proposal concerning custodians**

As you know, we have been meeting-and-conferring about other methods to identify appropriate custodians, rather than produce organizational charts, which provide no information about the roles or responsibilities individuals may have had with respect to the issues involved in this case. To that end, on December 17, 2018, Cigna identified another 7 custodians based on the additional business units about which Plaintiffs inquired. Additionally, we invited Plaintiffs to list other potential custodians for Cigna's consideration given the numerous documents Cigna has produced, which you have done. Despite these additional efforts to help Plaintiffs identify appropriate custodians, we understand that you still want organizational charts. Although we believe they will not be probative of any issue, we have worked with our client to try to locate and obtain historical organizational charts. As we noted previously, they were not readily available and are maintained in archives. From October 2010 through 2018, Cigna's organizational charts have been kept on an internal Cigna website in a webpage format. Cigna does not have copies of its organizational charts for any given time, but does have charts that were generally captured on a monthly basis from that internal webpage. Notwithstanding Cigna's objections, we agree to produce those charts. Additionally, Cigna will produce relevant pharmacy-related organizational announcements.

As for Cigna's offer to run 10 searches against the 7 custodians we added, we understand that Plaintiffs reject that offer and are demanding that Cigna use all previously agreed-to search terms, or explain why certain of those terms are unduly burdensome or overly broad in the 7 additional custodians. We are conducting further analysis on those custodians and their data and will respond to you about search terms as soon as possible.

3. **Claims data**

On January 31, 2019, Cigna produced the prescription drug transaction data for the putative class. That data included all available fields that are relevant for purposes of this case. As for data fields regarding deductible information, Cigna's data only contains data fields regarding the dollar amount applied toward a customer's deductible for a particular transaction (DEDCT_APPLD_AMT). Our understanding is that the data is transaction-based and thus does not track the accumulation toward a particular customer's overall plan deductible.

***

We are available to further meet and confer with you after you have had an opportunity to consider the responses set forth herein and the documents recently produced.

Very truly yours,

*/s Brian W. Shaffer*

Brian W. Shaffer


cc:   All counsel of record

DB1/ 102099186