# EXHIBIT 6

# EXHIBIT I

Message

**From**: Prochazka, Kelly M 584 [Kelly.Prochazka@Cigna.com]
**Sent**: 5/28/2015 8:41:52 PM
**To**: Byrne, Stephanie C5PRC [Stephanie.Byrne@Cigna.com]
**Subject**: RE: No Clawback on DOD

Hi Steph,

This is almost a rhetorical question...almost...but since we have VA's at U&C is it correct that we don't have to worry about this issue (receiving spread on scripts from VA pharmacies)?? Rather we will want to ensure we do this appropriately once we move VA over to CTRX contracts, correct?

Thanks!
Kelly

---

**From:** Byrne, Stephanie C5PRC
**Sent:** Friday, May 15, 2015 6:12 PM
**To:** Pitt, Justin A B5PHR; Lester, Tyler M 446; Stacey, Edward V B5PHR; Bourdier, Maryanne B5PHR
**Cc:** Collins, Millicent B5PHR; Webster, Saianne E B5PHR; Prochazka, Kelly M 584; Flemming, William F (Bill) 523; SecureMessage
**Subject:** RE: No Clawback on DOD

Good detective work. The spread exempt table would turn off the dispense fee spread, but copay K would still generate negative amounts due. But we do want a couple of the claims reviewed to understand where the AWP is coming from and why pricesource Y. It looks like the AWP is much less than the MAC rate. Perhaps these claims really should be U&C, which gets rid of the dispense fee spread issue.

---

**From:** Pitt, Justin A B5PHR
**Sent:** Friday, May 15, 2015 7:42 PM
**To:** Byrne, Stephanie C5PRC; Lester, Tyler M 446; Stacey, Edward V B5PHR; Bourdier, Maryanne B5PHR
**Cc:** Collins, Millicent B5PHR; Webster, Saianne E B5PHR; Prochazka, Kelly M 584; Flemming, William F (Bill) 523; SecureMessage
**Subject:** RE: No Clawback on DOD

I had not pulled in client dispense fee in the spreadsheet, I only caught the difference by looking at some actual claims.....

---

**From:** Pitt, Justin A B5PHR
**Sent:** Friday, May 15, 2015 7:41 PM
**To:** Byrne, Stephanie C5PRC; Lester, Tyler M 446; Stacey, Edward V B5PHR; Bourdier, Maryanne B5PHR
**Cc:** Collins, Millicent B5PHR; Webster, Saianne E B5PHR; Prochazka, Kelly M 584; Flemming, William F (Bill) 523; SecureMessage
**Subject:** RE: No Clawback on DOD

I spot checked a few and some are the difference between client dispense fee ($1.10) and pharmacy dispense fee ($0.00), I found a copay K in there as well. Millicent, maybe you can put a couple of pharmacies on there with a future date and we can see what happens? It can give us a sense for next steps.

---

**From:** Byrne, Stephanie C5PRC
**Sent:** Friday, May 15, 2015 7:21 PM
**To:** Pitt, Justin A B5PHR; Lester, Tyler M 446; Stacey, Edward V B5PHR; Bourdier, Maryanne B5PHR
**Cc:** Collins, Millicent B5PHR; Webster, Saianne E B5PHR; Prochazka, Kelly M 584; Flemming, William F (Bill) 523; SecureMessage
**Subject:** RE: No Clawback on DOD

EXHIBIT 63 6/23/20

CONFIDENTIAL                                                                                                           CIGNA00321336

Based on this data, it appears the negative pharmacy amounts due are not being caused by spread pricing. Each one with negative amounts due are based on pricesource Y and it indicates the claim was allowed with an over ride due to the pharmacy requesting the product be dispensed. I can not make sense of the AWP amounts, which is often the customer cost share amount. Excluding these pharmacies from spread will not preventive these negative amounts due, if I am reading this file correctly.

We need a couple of these claims with negative amounts due audited to understand what is being populated in these claim fields and what is driving negative amounts due.

---

**From:** Pitt, Justin A B5PHR
**Sent:** Friday, May 15, 2015 5:24 PM
**To:** Lester, Tyler M 446; Stacey, Edward V B5PHR; Bourdier, Maryanne B5PHR
**Cc:** Collins, Millicent B5PHR; Webster, Saianne E B5PHR; Byrne, Stephanie C5PRC; Prochazka, Kelly M 584; Flemming, William F (Bill) 523; SecureMessage
**Subject:** RE: No Clawback on DOD

Here are the claims for DOD pharmacies since January of 2015.

Let me know if this gives you everything you need for analysis.

---

**From:** Lester, Tyler M 446
**Sent:** Friday, May 08, 2015 4:10 PM
**To:** Pitt, Justin A B5PHR; Stacey, Edward V B5PHR; Bourdier, Maryanne B5PHR
**Cc:** Collins, Millicent B5PHR; Webster, Saianne E B5PHR; Byrne, Stephanie C5PRC; Prochazka, Kelly M 584; Flemming, William F (Bill) 523
**Subject:** RE: No Clawback on DOD

When will you be able to have an impact analysis available? I'd like to see that before we stop collecting spread at these pharmacies. Since it's been going on for over a year I'm guessing a few more days of negative payments isn't going to be the end of the world.

Steph and Kelly, fyi for schedule 20.

Bill, fyi for client discounts.

**Tyler Lester**
Cigna Pharmacy Pricing
Phone: 919.854.8123



*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna*

---

**From:** Pitt, Justin A B5PHR
**Sent:** Friday, May 08, 2015 4:06 PM
**To:** Stacey, Edward V B5PHR; Bourdier, Maryanne B5PHR; Lester, Tyler M 446
**Cc:** Collins, Millicent B5PHR; Webster, Saianne E B5PHR
**Subject:** FW: No Clawback on DOD

Hello,

Please see the email chain below. Currently ZBL is taking place with DOD pharmacies and we have been notified by CTRX that there is language in their contract that this is not allowed.

CONFIDENTIAL                                                                                                                   CIGNA00321337

Millicent will need to get a CSR ready for Argus to get logic built in to fix this...in the meantime, due to the urgent nature of this, we are thinking that we can place the pharmacies on the "exempt from spread" table as a temporary fix, ensuring no zbl happens on at least 215 business for now (exempt from spread table does not apply to 518,519 or 216).

I am going to pull claim information to assess impact, but in the meantime, please review and provide a response as soon as possible on whether you feel this is a viable interim solution. If you would like to have a meeting to discuss further, please let us know.

Thank you.

**From:** Hanley, Megan [mailto:Megan.Hanley@catamaranrx.com]
**Sent:** Friday, May 08, 2015 3:50 PM
**To:** Pitt, Justin A B5PHR; Collins, Millicent B5PHR; Webster, Saianne E B5PHR
**Subject:** RE: No Clawback on DOD

This message was sent securely using ZixCorp

Hey Cigna folks!
   So this topic is heating up quickly! The DOD has a call next week with our legal team as well as they spoke of calling people at Argus to relay the urgency. Is there anyway to get Argus to expedite this request?

Thanks and happy Friday!
Megan

---

**From:** Pitt, Justin A B5PHR [mailto:Justin.Pitt@Cigna.com]
**Sent:** Thursday, May 07, 2015 10:51 AM
**To:** Collins, Millicent B5PHR; Hanley, Megan; Webster, Saianne E B5PHR
**Subject:** RE: No Clawback on DOD

Got it. Thanks!

---

**From:** Collins, Millicent B5PHR
**Sent:** Thursday, May 07, 2015 11:29 AM
**To:** 'Hanley, Megan'; Pitt, Justin A B5PHR; Webster, Saianne E B5PHR
**Subject:** RE: No Clawback on DOD

We can't restrict access. When we send the CSR to Argus, it's that we suppress ZBL at those specific phcys —regardless of client ID.

Thanks,
Millicent Collins

**From:** Hanley, Megan [mailto:Megan.Hanley@catamaranrx.com]
**Sent:** Thursday, May 07, 2015 11:13 AM
**To:** Collins, Millicent B5PHR; Pitt, Justin A B5PHR; Webster, Saianne E B5PHR
**Subject:** RE: No Clawback on DOD

This message was sent securely using ZixCorp

Millicent is right, I don't think we can restrict access to these pharmacies.

---

**From:** Collins, Millicent B5PHR [mailto:Millicent.collins@Cigna.com]
**Sent:** Thursday, May 07, 2015 10:04 AM
**To:** Pitt, Justin A B5PHR; Hanley, Megan; Webster, Saianne E B5PHR
**Subject:** RE: No Clawback on DOD

From my understanding any Veteran or person in the armed forces can utilize a DOD phcy.

CONFIDENTIAL

Thanks,
Millicent Collins

**From:** Pitt, Justin A B5PHR
**Sent:** Thursday, May 07, 2015 11:03 AM
**To:** Hanley, Megan; Collins, Millicent B5PHR; Webster, Saianne E B5PHR
**Subject:** RE: No Clawback on DOD

Ok, thanks Megan.

Are standard clients allowed to use DOD pharmacies? My curiosity is kicking in now on how it work for both VHA and DOD. Do we have to, or should we be blocking off our broad network clients from these pharmacies as well?

Millicent, we can discuss CSR in our meeting today if we have time.

Megan, we will keep you posted.

**From:** Hanley, Megan [mailto:Megan.Hanley@catamaranrx.com]
**Sent:** Thursday, May 07, 2015 11:00 AM
**To:** Collins, Millicent B5PHR; Pitt, Justin A B5PHR
**Subject:** RE: No Clawback on DOD

*This message was sent securely using ZixCorp*

My outlook has been so bad -- I thought I responded to this and NOPE! Sitting in my draft box for some reason. Ugh.

Anyhow yes, to the DOD for sure -- we can't be clawing back dollars from them. Apparently they don't like it! ☺

**From:** Collins, Millicent B5PHR [mailto:Millicent.collins@Cigna.com]
**Sent:** Monday, May 04, 2015 11:58 AM
**To:** Hanley, Megan; Pitt, Justin A B5PHR
**Subject:** RE: No Clawback on DOD

So, you're referring to ZBL (zero balance logic). Okay, would this apply to all VHA and DOD claims?

Thanks,
Millicent Collins

**From:** Hanley, Megan [mailto:Megan.Hanley@catamaranrx.com]
**Sent:** Monday, May 04, 2015 12:45 PM
**To:** Collins, Millicent B5PHR; Pitt, Justin A B5PHR
**Subject:** RE: No Clawback on DOD

*This message was sent securely using ZixCorp*

No -- where we calculate a phr due amt that is less than the client pat pay so we take money back from the pharmacy. It's similar to the VT legislation, Justin, did you work on that?

**From:** Collins, Millicent B5PHR [mailto:Millicent.collins@Cigna.com]
**Sent:** Monday, May 04, 2015 11:40 AM
**To:** Hanley, Megan
**Subject:** RE: No Clawback on DOD

Do you mean in the way of transaction fees?

Thanks,
Millicent Collins

**From:** Hanley, Megan [mailto:Megan.Hanley@catamaranrx.com]
**Sent:** Monday, May 04, 2015 12:17 PM
**To:** Collins, Millicent B5PHR
**Subject:** No Clawback on DOD

*This message was sent securely using ZixCorp*

Hi Millicent,
  We have to stop any clawback or negative amount due on claims going through the DOD – is this something you can request Argus to do? How would we go about this?

Thanks!
Megan

Megan Hanley
**Manager, Retail Network Operations**

Catamaran
1600 McConnor Parkway
Schaumburg, IL  60173

T : 224.231.1563
M: 630.453.7257
megan.hanley@catamaranrx.com



This communication, including any attachments, may contain information that is confidential and may be privileged and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender. Thank you for your cooperation.

---
This message was secured by ZixCorp(R).
---
CONFIDENTIALITY NOTICE: If you have received this email in error,
please immediately notify the sender by e-mail at the address shown.
This email transmission may contain confidential information.  This
information is intended only for the use of the individual(s) or entity to
whom it is intended even if addressed incorrectly.  Please delete it from
your files if you are not the intended recipient.  Thank you for your
compliance.  Copyright (c) 2015 Cigna
================================================================

This communication, including any attachments, may contain information that is confidential and may be privileged and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender. Thank you for your cooperation.

---
This message was secured by ZixCorp(R).

CONFIDENTIAL
CIGNA00321340

--------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: If you have received this email in error,
please immediately notify the sender by e-mail at the address shown.
This email transmission may contain confidential information. This
information is intended only for the use of the individual(s) or entity to
whom it is intended even if addressed incorrectly. Please delete it from
your files if you are not the intended recipient. Thank you for your
compliance. Copyright (c) 2015 Cigna
================================================================================

This communication, including any attachments, may contain information that is confidential and may be privileged and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender. Thank you for your cooperation.

--------------------------------------------------------------------------------
This message was secured by ZixCorp(R).
--------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: If you have received this email in error,
please immediately notify the sender by e-mail at the address shown.
This email transmission may contain confidential information. This
information is intended only for the use of the individual(s) or entity to
whom it is intended even if addressed incorrectly. Please delete it from
your files if you are not the intended recipient. Thank you for your
compliance. Copyright (c) 2015 Cigna
================================================================================

This communication, including any attachments, may contain information that is confidential and may be privileged and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender. Thank you for your cooperation.

--------------------------------------------------------------------------------
This message was secured by ZixCorp(R).
--------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: If you have received this email in error,
please immediately notify the sender by e-mail at the address shown.
This email transmission may contain confidential information. This
information is intended only for the use of the individual(s) or entity to
whom it is intended even if addressed incorrectly. Please delete it from
your files if you are not the intended recipient. Thank you for your
compliance. Copyright (c) 2015 Cigna
================================================================================

This communication, including any attachments, may contain information that is confidential and may be privileged and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender. Thank you for your cooperation.

--------------------------------------------------------------------------------
This message was secured by ZixCorp(R).