# EXHIBIT 7

# EXHIBIT J

| | | | | | |
|---|---|---|---|---|---|
| exceed the amount paid by the plan to the pharmacy" | | | | | |
| Account Number | Account Name | Document Type | CN Number | Funding Arrangement | Effective Date |
| | | AC Rider | ACASOM16 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM13 | ASO ERISA | 1/1/13 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM13 | ASO ERISA | 1/1/13 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM13 | ASO ERISA | 1/1/13 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM14A | ASO ERISA | 7/1/14 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM13 | ASO ERISA | 1/1/13 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM13 | ASO ERISA | 7/1/13 |
| | | AC Rider | ACASOM13A | ASO ERISA | 7/1/13 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM14A | ASO ERISA | 1/1/14 |
| | | AC Rider | ACIalal | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM14A | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM14B | ASO ERISA | 9/1/14 |
| | | AC Rider | ACASOM14C | ASO ERISA | 9/1/14 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM15A | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM13 | ASO ERISA | 7/1/13 |
| | | AC Rider | ACASOM13 | ASO Non-ERISA | 7/1/13 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM13 | ASO ERISA | 11/1/13 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM13 | ASO Non-ERISA | 10/1/13 |
| | | AC Rider | ACASOM13A | ASO Non-ERISA | 10/1/13 |
| | | AC Rider | ACASOM12 | ASO ERISA | 10/1/12 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM15 | ASO ERISA | 1/1/15 |
| | | AC Rider | ACASOM14 | ASO ERISA | 1/1/14 |
| | | AC Rider | ACASOM13 | ASO ERISA | 4/1/13 |

ATTORNEYS' EYES ONLY