# EXHIBIT 9

# EXHIBIT L

Page 1

```
 1
 2        IN THE UNITED STATES DISTRICT COURT
 3          FOR THE DISTRICT OF CONNECTICUT
 4
 5    KIMBERLY A. NEGRON,          )
      Individually and on         )
 6    Behalf of All Others        )
      Similarly Situated,         )CIVIL ACTION NO.
 7    DANIEL PERRY,               )3:16-cv-1702
      Individually and on         )(JAM)
 8    Behalf of All Others        )
      Similarly Situated,         )
 9    COURTNEY GALLAGHER,          )
      Individually and on         )
10    Behalf of All Others        )REMOTE
      Similarly Situated,         )VIDEOTAPED
11    NINA CUROL,                  )30(b)(6)
      Individually and on         )DEPOSITION OF
12    Behalf of All Others        )DAMON
      Similarly Situated,         )HELLANDBRAND
13    ROGER CUROL,                 )
      Individually and on         )
14    Behalf of All Others        )
      Similarly Situated, and     )
15    BILLY RAY BLOCKER,           )
      Individually and on         )
16    Behalf of All Others        )
      Similarly Situated,         )
17              Plaintiffs,        )
                                   )
18          vs.                    )
                                   )
19    CIGNA CORPORATION,           )
      CIGNA HEALTH AND LIFE        )
20    INSURANCE COMPANY, and       )
      OPTUMRX, INC.,               )
21              Defendants.        )
      _____    )
22
23            Monday, August 10, 2020
24
      Reported By:
25    CATHI IRISH, RPR, CRR, CLVS, CCR
```

```
 1                    HELLANDBRAND
 2   information from ePro, does that include
 3   the customer's benefit selections?
 4            MR. BLUMENFELD:  Objection.
 5            THE WITNESS:  Can you clarify?
 6   BY MR. IZARD:
 7       Q.   Sure.  For example, when
 8   information comes over from ePro, would
 9   that information already have included
10   within it whether the client wants a
11   deductible plan or doesn't want a
12   deductible plan?
13       A.   Yes.
14       Q.   Okay.  And would it already have
15   built into the system whether the client
16   wants copay G or copay K, for example?
17            MR. BLUMENFELD:  Objection.
18            THE WITNESS:  It would but I
19        believe those are things that are
20        comments.
21   BY MR. IZARD:
22       Q.   Okay.  So I guess I'm trying to
23   figure out what the -- what questions are
24   answered in the DST system as opposed to
25   what questions are already answered when
```

```
 1                  HELLANDBRAND
 2    the information comes over from ePro.
 3              MR. BLUMENFELD:  Objection.
 4              THE WITNESS:  I'm sorry, are you
 5          asking what questions the analyst --
 6    BY MR. IZARD:
 7          Q.   I believe you said earlier that
 8    the DST analyst or somebody needs to
 9    answer questions in the DST system and
10    what I'm trying to figure out is if you
11    can tell me what information the DST
12    system needs input as opposed to what
13    information is already in the system
14    coming over from ePro.
15          A.   So the DST system is set up so
16    that it can automatically pull information
17    from ePro assuming there's a corresponding
18    field so the analysts don't have to answer
19    the questions but the questions still get
20    answered.
21          Q.   I see.
22          A.   And it's only the questions that
23    there isn't a corresponding field that
24    they have to answer manually.
25          Q.   I see.  So if information such as
```

```
 1                    HELLANDBRAND
 2    that requested on Exhibit 151 is already
 3    input into ePro, it would automatically be
 4    put into the DST system; is that right?
 5        A.   Correct.  Well, with the caveat
 6    that assuming there's language impact to
 7    it.
 8        Q.   I see.  So, for example, if we
 9    look at the first page of Exhibit 151, it
10    has deductible amounts and there's a box
11    to fill in the amount of the deductible.
12             Do you see that?
13        A.   Yes.
14        Q.   So if in ePro somebody wrote a
15    hundred dollar deductible, that
16    information would come over to DST and
17    nobody in DST would need to type in
18    anything into that box; is that fair?
19             MR. BLUMENFELD:  Objection.
20             THE WITNESS:  Yes, assuming
21         there's a field in ePro for that, it
22         would automatically come over, and
23         assuming there was language in the
24         document for that which says the
25         deductible amount.
```

1                    HELLANDBRAND

2        A.    Yes.

3        Q.    What's that refer to?

4        A.    That is another -- that's a code

5     that helps to identify the client's plan

6     and they are helpful because if a client

7     has like five OAP plans, each of those

8     Ben Opt codes would be unique to those

9     five OAP plans.

10       Q.    What's an -- I'm sorry, I didn't

11    mean to cut you off.

12       A.    No, I'm fine.

13       Q.    What's an OAP plan?

14       A.    That's one of our products, the

15    Open Access Plus medical plan.

16       Q.    Do you know if each type of

17    benefit has a different Ben Opt code?

18            MR. BLUMENFELD:  Objection.

19            THE WITNESS:  Each type of

20       benefit?

21    BY MR. IZARD:

22       Q.    For example, would a deductible

23    plan have a different Ben Opt code than a

24    copay plan, for example?

25       A.    It's based on medical plan types

1          HELLANDBRAND
2    and different plans so each plan is going
3    to have five different Ben Opt codes.
4          Q.   I'm sorry, run that by me again?
5          A.   If they have five different
6    plans, they are each going to have five
7    different Ben Opt codes.
8          Q.   Do you know what a certificate
9    number or CN number is?
10         A.   Yes.
11         Q.   Which do you prefer, or what
12   would you like me to call them?
13         A.   I'm fine with either one.  They
14   both mean the same thing.  It's just a way
15   to identify a client's certificate.
16   Again, if they have multiple certificates
17   in the plan, it's a way to find out which
18   one you're talking about.
19         Q.   What's the difference between a
20   Ben Opt code and a CN number?
21         A.   So Ben Opt code refers to their
22   plan, what plan they have, and CN number
23   is specific to their certificate.
24         Q.   So when you say plan, that would
25   be the benefit design?

Page 36

```
 1                    HELLANDBRAND
 2    called job aid?
 3         A.    I am.
 4         Q.    What's job aid?
 5         A.    That is something for the -- that
 6    helps the contract analysts with their
 7    documents, the things that can't be
 8    automated that might be nonstandard.
 9         Q.    Is this a DST function or a
10    outside the DST function?
11         A.    It's outside of DST.
12         Q.    How does job aid interact with
13    DST, if at all?
14         A.    It doesn't in a systematic way.
15         Q.    Okay.  Does it in a
16    non-systematic way?
17         A.    Yeah, yes, so if there's a
18    nonstandard edit that's required, the
19    analyst would use that job aid to
20    determine how to modify their documents,
21    if necessary.
22         Q.    Are there any restrictions as to
23    what modifications can be made?
24              MR. BLUMENFELD:  Objection.
25              THE WITNESS:  Are there any
```

```
 1              HELLANDBRAND

 2      restrictions?

 3   BY MR. IZARD:

 4      Q.   Every word in there or are there

 5   substandardized provisions that you can't

 6   change?

 7           MR. BLUMENFELD:  Bob, are you

 8       asking about in the system or are you

 9       asking about something more general?

10           MR. IZARD:  I'm asking about job

11       aid.

12           MR. BLUMENFELD:  Objection.

13           THE WITNESS:  I believe that they

14       are standardized.

15   BY MR. IZARD:

16      Q.   I'm sorry, what's standardized?

17      A.   I believe the edits are

18   standardized.  We don't want folks

19   deviating too much from that and changing

20   the intent of the document.

21      Q.   So Cigna doesn't, except for

22   perhaps client-generated plans, Cigna does

23   not do custom plans; is that right?

24           MR. BLUMENFELD:  Objection.

25           THE WITNESS:  Could you repeat
```

```
 1                    HELLANDBRAND
 2       in August now.  Like, for example,
 3       we've gotten language that won't apply
 4       until 1/1/21 so...
 5   BY MR. IZARD:
 6       Q.   Again, where would I -- is there
 7   a record somewhere of effective dates of
 8   language?  How would I know what the
 9   effective date was?
10            MR. BLUMENFELD:  Objection.
11            THE WITNESS:  So we don't have a
12       systematic way to check.  I think it's
13       manual.  If you give us a page code to
14       look up, we could do some research and
15       find out when it was effective.
16   BY MR. IZARD:
17       Q.   When you say page code, that
18   would be what indicates in this document
19   HC-PHR1 code?
20       A.   Correct.
21       Q.   Have you seen a document like
22   this before?  Do you know what this
23   document is?
24       A.   Yes, this looks like what we call
25   the source page, the boilerplate language
```

```
 1              HELLANDBRAND
 2   that would come down an example of it with
 3   instructions on it.
 4        Q.    How do you use the source page?
 5             MR. BLUMENFELD:  Objection.
 6             THE WITNESS:  This could mean
 7        like the starting point and you can
 8        see things that are highlighted in
 9        bold.  Those would be like
10        instructions that we would automate so
11        if you see dependents are covered in
12        highlighted text, you would have a
13        question in DST about whether or not
14        dependents are covered.  If they are,
15        it would pull in that highlighted
16        text.  If they are not, then they
17        don't put that highlighted text.
18   BY MR. IZARD:
19        Q.    When you say we pull it in,
20   depending on how you answered the question
21   the system would pull it in automatically;
22   is that right?
23        A.    That's right.
24        Q.    And would this text apply to both
25   ASO plans and insured plans?
```

                    HELLANDBRAND

1

2    or what but there's a way they can elect

3    Ben Opt in the document and it will

4    somehow get out there.  I'm not familiar

5    with the process, I'm sorry.

6        Q.   You say elect the Ben Opt.  What

7    does that mean?

8        A.   So each plan will have a unique

9    Ben Opt code.  They will each have five

10   different Ben Opt codes.

11       Q.   What does the Ben Opt code tell

12   you?

13       A.   It doesn't really tell you much.

14   It's just a way to identify one plan from

15   another.  It's just a unique code to each

16   plan.  It doesn't really tell you much

17   beyond that.  You have to go into the

18   systems and see what plan details are.

19       Q.   (Inaudible) client drafted plans,

20   client sponsored plans?

21       A.   I'm sorry, I didn't hear that.

22       Q.   Client drafted plans, if the

23   client writes its own plans, do you get

24   involved in that?

25       A.   Me specifically, I don't.  Our

```
 1                    HELLANDBRAND
 2   team doesn't.  I don't know.  I believe
 3   the contract analyst team would.
 4        Q.   Okay.  So are they stored in the
 5   DST system?
 6             MR. BLUMENFELD:  Objection.
 7             THE WITNESS:  I'm not sure.
 8             MR. IZARD:  Do you know --
 9        withdrawn.
10             Let's move ahead a little bit to
11        exhibit 12365598, DST excerpt.
12             (Exhibit 162, document Bates
13        labeled CIGNA12365598 through 599,
14        marked for identification.)
15             MS. LOPER:  This will be Exhibit
16        162.  You should be able to see it
17        now.
18             THE WITNESS:  Okay, I can see it.
19   BY MR. IZARD:
20        Q.   Are you familiar with the DST
21   reports that were run in this case that
22   were searching for portions of plan
23   language?
24        A.   Yes.
25        Q.   So what this is, they are pretty
```

                        HELLANDBRAND

1

2  big files; right?

3       A.   Yes.

4       Q.   What this is, this is an excerpt

5  of one of the searches for account number

6  335044 and the name of the account is

7  Putnam Investments, okay?

8       A.   Okay.

9       Q.   Can you describe how these

10  searches were done?

11           MR. BLUMENFELD:  Objection.

12           THE WITNESS:  We received a

13       request to search for documents

14       containing certain language so we send

15       the request over to our IT partners

16       and they used a query with the

17       criteria we sent them like you see

18       here, account number, account name,

19       that type and so forth, and then on

20       top of that we requested that the

21       information pull back any documents

22       that contain that language.

23  BY MR. IZARD:

24       Q.   So the system can search for

25  languages like you can search for language

```
 1                HELLANDBRAND
 2    with your eyes; is that right?
 3              MR. BLUMENFELD:  Objection.
 4              THE WITNESS:  Theoretically, yes.
 5         That's a simplified way of saying it.
 6    BY MR. IZARD:
 7         Q.   Now, this would search for
 8    language with respect to discretionary
 9    authority, I'll represent that to you.
10    But if you look over at the first four
11    entries, they all have the same effective
12    date.
13              Do you see that?  It's January 1,
14    2012?
15         A.   Yes.
16         Q.   And then if you look at the CN
17    number, that's a certificate number we
18    talked about earlier, they go CN 01 to 04.
19              Do you see that?
20         A.   Yes.
21         Q.   And then they have four different
22    Ben Opt codes.
23              Do you see that?  CORE, HIGH VIS
24    and HIGHR.
25              Do you see that?
```

Page 109

```
 1                    HELLANDBRAND
 2        benefit option.
 3              MR. BLUMENFELD:  Objection.
 4              THE WITNESS:  So that would be
 5        very nonstandard.  I won't say it
 6        would never happen but it wouldn't be
 7        systematically automated.  They would
 8        have to do a lot of manual updates to
 9        make that happen.
10   BY MR. IZARD:
11        Q.   The CN 9 for that year, 2013, the
12   Ben Opt code, it's got a screen of zeros.
13   Do you know what that means?
14              MR. BLUMENFELD:  Objection.
15              THE WITNESS:  No, I don't.
16   BY MR. IZARD:
17        Q.   Do you know what null stands for
18   in the search engine?
19        A.   No data was found or it wasn't a
20   real document.
21        Q.   Why would no data be found?
22              MR. BLUMENFELD:  Objection.
23              THE WITNESS:  So that's a field
24        that is required to be entered and if
25        it's not a real document, either
```

```
 1                   HELLANDBRAND
 2        it's -- nothing was entered or it
 3        occurred at a time when that wasn't a
 4        required field.
 5   BY MR. IZARD:
 6        Q.   Do you know when the Ben Opt code
 7   became a required field?
 8             MR. BLUMENFELD:  Objection.
 9             THE WITNESS:  I don't.  I want to
10        say around 2012 maybe but I'm not a
11        hundred percent sure.
12   BY MR. IZARD:
13        Q.   Do you know if claims were
14   processed under a Ben Opt code for a
15   particular plan, that would tell you it's
16   not a draft; is that correct?
17        A.   I couldn't speak to that.  I'm
18   not familiar with the claims process.
19        Q.   Let's look -- if we get to 2014,
20   you can see that the Putnam plans changed,
21   the CN numbers changed to ASO1.
22             Do you see that?
23        A.   I do.
24        Q.   The rest of the column, they all
25   begin ASO something.
```

Page 118

HELLANDBRAND

1

2      at.  So say a client had five different

3      OAP plans, they would have five different

4      documents.  Without that Ben Opt code, you

5      wouldn't know which of those five

6      documents would be tied to which of those

7      five Ben types they were using, plans.

8            Q.   So for each year -- I'm sorry, so

9      for each year, the HIGH1 will refer to one

10     particular document, the HIGH -- I'm

11     sorry, the HIGH1 will refer to one

12     specific client plan document, HIHR1 will

13     refer to a second specific client plan

14     document, VISP1 will refer to a third

15     specific client claim document; is that

16     right?

17           A.   Yes.

18           Q.   So if I'm a member and I call up

19     and say, you know, I don't remember what

20     my plan says, could you send it to me, if

21     Cigna can link the member with the Ben Opt

22     code, then -- and the employer, then they

23     will know which plan that member is part

24     of; is that right?

25                MR. BLUMENFELD:  Objection.

Page 131

                    HELLANDBRAND

1
2    M existed on the page code itself in the
3    system, that would be a different story.
4    But because they are manually adding an M
5    within the Word document, I don't know if
6    the search would pick that up.
7         Q.    Well, at least for portions of
8    plan language, the system was searching
9    for words in the document; right?
10        A.    Yeah, that was a string of
11   phrases but because these page codes,
12   there's a portion of it on the left and a
13   portion of it on the right.  I don't know
14   that the search would work that way.
15        Q.    The last thing I wanted to ask
16   you about was a couple of questions about
17   the null entry for the Ben Opt code.  Do
18   you recall discussing that?
19        A.    Yes.
20        Q.    I believe you said that 2012 or
21   so, including the Ben Opt code became
22   mandatory, is that right, you were
23   supposed to put it in?
24        A.    Yes.
25        Q.    After that, other than where the

```
 1              HELLANDBRAND
 2   document was a draft or a sample or a
 3   dummy, were there any other circumstances
 4   in which a null should show up in the DST
 5   report for the Ben Opt code?
 6            MR. BLUMENFELD:  Objection.
 7            THE WITNESS:  Not that I can
 8        think of.  I don't know -- on the off
 9        chance there was something wrong with
10        the query, I know these are huge
11        queries that sometimes take weeks to
12        do.  If something stalled out, I don't
13        know, but nothing that comes to mind.
14            MR. IZARD:  Thank you.  I have no
15        more questions.
16            MR. BLUMENFELD:  You said you're
17        done, Bob?
18            MR. IZARD:  Yes.
19            MR. BLUMENFELD:  Great, I don't
20        have any questions for this witness.
21        Thank you very much, Damon.  The court
22        reporter is now going to -- and the
23        videographer will now sort of conclude
24        things so bear with us for another
25        minute.
```