# EXHIBIT 11

# EXHIBIT P

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>Defendants. | No. 16-cv-1702 (JAM)<br>(Consolidated)<br><br><br><br><br><br><br><br>September 3, 2020 |

### DECLARATION OF LAUNCE B. MUSTOE, JR., R.Ph.

I, Launce B. Mustoe, Jr., R.Ph., declare under penalty of perjury:

1. I have been retained by Plaintiffs in this action to, among other things, analyze the data produced by defendant Cigna Health and Life Insurance Company ("Cigna") in this action and to estimate the total aggregate Clawbacks taken by Cigna in connection with prescription drug purchases by Class members. In connection with my work in this case, I have prepared a Declaration in Support of Plaintiffs' Motion for Class Certification (ECF 208-1), which was filed on March 2, 2020, and a Written Report, which was served on Defendants on July 7, 2020.

2. In connection with responding to certain assertions and arguments made by Cigna in its Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, Plaintiffs' counsel has asked me provide the following observations of the data produced by Cigna, including the transaction data produced by Cigna (the "Prescription Drug Transaction Data").

1

3. Out of the Class's 71,058,863 transactions in Prescription Drug Transaction Data that have negative amount in the PHARM_PD_AMT field (i.e., a Clawback), **only 15 transactions (0.000%) have either no value, a zero, or "NULL" in the PLAN_OF_BEN field**.

4. Out of the Subclass's 32,045,556 transactions in Prescription Drug Transaction Data that have negative amount in the PHARM_PD_AMT field (i.e., a Clawback), **zero transactions (0.000%) have either no value, a zero, or "NULL" in the PLAN_OF_BEN field**.

5. The PLAN_OF_BEN field in the Prescription Drug Transaction Data contains the same identifying information that is found in the BEN_OPT_CD field in the DST Reports.

6. I have reviewed the transactions of the proposed Class Representatives and their families in the Prescription Drug Transaction Data, and there were 312 transactions with a negative amount in the PHARM_PD_AMT field (i.e., a Clawback), totaling approximately $1,482; and 10 transactions with positive spread (Client Rate is less than Pharmacy Rate) totaling approximately $33.

7. Out of the 2,875 accounts that are in DST Report 1 (i.e., in the Subclass), only 29 of these accounts (1%) are not in DST Reports 2/3 (i.e., in the Class).

8. Purchases of "specialty" drugs were generally not subject to Clawbacks and made up a relatively insignificant portion of the affected transactions. For example, out of the Class's approximately 71,058,863 Clawback transactions in the Prescription Drug Transaction Data, only 3,751 (.005%) were in connection with the purchase of drugs that are categorized as "specialty."

9. Prescription drug coupons are offered almost exclusively on branded drugs. Such drugs are generally not subject to Clawbacks and made up a relatively insignificant portion of the

2

affected transactions. Out of the Class's approximately 71,058,863 Clawback transactions, only 13,189 (.02%) were in connection with the purchase of the top twenty drugs by total coupon spending in 2018.[1] Out of the Subclass's approximately 32,045,556 Clawback transactions, only 245 (.001%) were in connection with the purchase of the top twenty drugs by total coupon spending in 2018.

    10.    Defendants' Exhibit 39 is an Open Access Plus Medical Benefits plan for sponsor ▇▇▇▇ (Account ▇▇▇) with an effective date of January 1, 2016. This plan's drug schedule has three tiers with the second and third tiers providing for coinsurance with a minimum and maximum copayment. Tier 2 provides for "30% subject to a minimum copay of $25 and a maximum copay of $50" and tier 3 provides for "45% subject to a minimum copay of $40 and a maximum copy of $80." According to the Prescription Drug Transaction Data, there were no tier 2 or 3 copayment Clawbacks; and for tier 1, there 358 copayment Clawbacks and 1,478 deductible Clawbacks for this account during the 2016 calendar year.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of September 2020.

*[signature: L B Mustoe Jr]*

**Launce B. Mustoe, Jr. R.Ph.**
Strategic Pharmacy Solutions LLC
3802 Kinsey Ct.
Columbia, MO 65203
Work: (573) 446-2030
Home: (573) 446-2031
Cell: 660-676-1141
lmustoe@strategicpharmacysolutions.com
www.strategicpharmacysolutions.com

---

[1] See Prescription Drug Coupon Study, Exhibit 9, at 14, available at www.mass.gov/doc/prescription-drug-coupon-study/download.

3