# EXHIBIT 12

# EXHIBIT Q

```
                                                            Page 1
 1
 2    UNITED STATES DISTRICT COURT
      DISTRICT OF CONNECTICUT
 3    Case No. 16-cv-1702
      - - - - - - - - - - - - - - - - - -x
 4    KIMBERLY A. NEGRON, Individually   :
      and on Behalf of All Others        :
 5    Similarly Situated,                :
                                         :
 6                         Plaintiffs,   :
                                         :
 7            - vs -                     :
                                         :
 8    CIGNA CORPORATION and CIGNA HEALTH :
      AND LIFE INSURANCE COMPANY, et al.,:
 9                                       :
                           Defendants.   :
10    - - - - - - - - - - - - - - - - - -x
11
12                              July 23, 2020
                                8:55 a.m.
13                              149 Sweet Pine Trail
                                Ponte Vedra, Forida
14
15
16
17
18
19
20
21          VIDEOTAPED VIRTUAL DEPOSITION UPON
22    ORAL EXAMINATION OF CLAUDIA SKARVINKO, held at
23    the above-mentioned time and place, before Randi
24    Friedman, a Registered Professional Reporter,
25    within and for the State of New York.
```

Page 29

1  C. Skarvinko
2  Product language has not been conducted since the
3  Legal Entity Alignment Project 2010."  Then it
4  says, "While there have been some language
5  changes made since 2010, these efforts have
6  focused on a specific need or needs, such as
7  dispensing logic"; do you see that?
8       A     Yes.
9       Q     So does Cigna use sort of a standard
10 form set of language for its plans?
11            MR. BLUMENFELD:  Objection.
12            THE WITNESS:  It depends on the
13       product.  We try to roll out standard
14       benefit options to clients depending on the
15       product, depending on the size of the
16       client, depending on the -- you know,
17       several other factors, but there are
18       standard benefits that we try to launch.
19            We are not a -- we tried not to
20       customize each individual employer's benefit
21       that came to Cigna.  That would not be
22       possible.  You have, you know, 6,000
23       clients.  You cannot have individual
24       products for those clients.  We tried to
25       customize and standardize our product

Page 57

1              C. Skarvinko
2    ASO network plans or other ASO plans, you could
3    go straight to the box at the bottom?
4        A    Correct.
5        Q    Okay.  Next to the last bullet point
6    says, "Client Elected Benefits (variable text)
7    must have feeds from installation systems to
8    auto-generate text in the documents."
9             Do you know what that refers to?
10                MR. BLUMENFELD:  Objection.
11                THE WITNESS:  My recollection was
12        that when we have products, we offer
13        options.  You know, do you want a co-pay
14        plan, a coinsurance plan, a fixed amount
15        plan?  What type of plan do you want?  There
16        are all these options that are available.
17        And when there's variable text or variable
18        benefits that clients can have or elect or
19        choose, we have to have a trigger or a feed
20        from the sole benefit to the document system
21        in order to know, you know, Client A chose
22        this option, print this text.  Client B
23        chose a different option, choose this text.
24        So they're having that elected benefit
25        trigger a specific text needs to be

Page 58

1                    C. Skarvinko
2        automated in our internal systems in order
3        to create the booklet.
4    BY MR. IZARD:
5        Q    But for each option, the text would be
6    the same for every client?
7        A    No.
8             MR. BLUMENFELD:  Objection.
9    BY MR. IZARD:
10       Q    No?
11       A    No.
12       Q    Well how do you automate it if the
13   text is different for each option?
14       A    Again, that would be coded -- when we
15   talked about the various systems at the beginning
16   of this call, the Doc Gen, the Issue Automation
17   and the other third system, I forget the term
18   there used, but -- and I said language gets
19   approved or sent to that area to code it, and
20   then -- so that variable text is coded.  And then
21   the sold benefit gets fed into those systems so
22   that the right text is used.
23       Q    Right.  I guess that's where I'm
24   confused.  If, for example, somebody wants -- as
25   I understood what you said and correct me if I'm

Page 59

1              C. Skarvinko
2    wrong, that the client can select from among a
3    number of different options.  Once that option is
4    selected, that option is input into the system,
5    and the document generation system generates the
6    text that's associated with that option; right?
7         A    Correct.
8         Q    Okay.  So my question is, is the text
9    that the system generates for that specific
10   option the same for every planner?
11              MR. BLUMENFELD:  Objection.
12              THE WITNESS:  For that specific
13        option, yes, because it's automated -- I'm
14        sorry, I didn't understand your question.
15   BY MR. IZARD:
16        Q    Maybe I misspoke.
17        A    No.  That was a good example.  Yes,
18   for that specific option, Option 1 out of 3, the
19   text would be standard for all the plans;
20   correct.
21        Q    Now the last bullet point says, "ASO
22   clients who produce their own booklets need to be
23   informed of new text."
24              What does that refer to?
25        A    Exactly what it says.  We did not

1                    C. Skarvinko
2    benefits displayed in the schedule of benefits."
3    And then "Describes coverage for products found
4    on an emergency basis."
5            Do you know what those two bullet
6    points refer to?
7                MR. BLUMENFELD:  Bob, I think it
8        says "filled on emergency basis."
9                MR. IZARD:  Sorry, "filled."
10   BY MR. IZARD:
11       Q    Let's start with the first part,
12   "Relates coverage to benefits displayed in the
13   schedule of benefits," do you know what that
14   refers to?
15       A    All right.  So the schedule of
16   benefits is the part of the coverage document
17   that the customer receives that outlines their
18   specific benefits.  For example, if I have a
19   5,000-dollar deductible, it lists $5,000.00.  If
20   I have a 10-dollar co-pay, it lists a 10-dollar
21   co-pay.  So the schedule of benefits typically
22   displays various cost shares.
23            So this benefits for prescription drug
24   products relates coverage to those benefits
25   displayed in the schedule of benefits.  It just

Page 64

1      C. Skarvinko
2  ties the coverage to the schedule.  The details
3  of the cost shares specific to that customer.
4      Q    Okay.  The next item says, "Your
5  payments for prescription drug products," and the
6  first bullet point says, "Clarifies existing
7  claim logic known as Co-Pay G versus Co-Pay K
8  internally"; do you see that?
9      A    Yes.
10     Q    Do you recall what was not clear that
11 needed to be clarified?
12     A    I do not.
13     Q    If you would please turn to Page
14 7724807.
15     A    Yes.
16     Q    Second bullet point down talks about
17 Introduction, and then says, "Coupons, incentives
18 and other communications"?
19     A    Yes.
20     Q    Then over the Details it says, "In
21 addition to this text within the body of the
22 certificate, we have new exclusion for coupons
23 not available for redemption"; do you see that?
24     A    Yes.
25     Q    Do you know what that refers to?

Page 93

```
 1                    C. Skarvinko
 2    customer, I do not know.
 3          Q    I see.  Okay.  Let me ask you a
 4    question.  The first sentence says, "If you or
 5    any of your dependents while insured" --
 6    withdrawn.
 7               In your role in the product group,
 8    were you familiar with the prescription drug
 9    products that Cigna offered?
10          A    Yes.
11          Q    And the first sentence says, "If you
12    or any of your dependents while insured for
13    prescription drug benefits incurs expenses for
14    charges made by a pharmacy"; do you see that?
15          A    Yes.
16          Q    "Cigna will provide coverage for those
17    expenses"; do you see that?
18          A    Yes.
19          Q    Do you recall any product where Cigna
20    offered coverage for expenses that were greater
21    than a pharmacy was paid for prescription drugs?
22               MR. BLUMENFELD:  Objection.
23               THE WITNESS:  No.
24    BY MR. IZARD:
25          Q    If you would, please, let's go forward
```