# EXHIBIT 13

# EXHIBIT R

Page 1

1

2    UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
3    Case No. 16-cv-1702
     - - - - - - - - - - - - - - - - - -x
4    KIMBERLY A. NEGRON, Individually    :
     and on Behalf of All Others         :
5    Similarly Situated,                 :
                                         :
6                          Plaintiffs, :
                                         :
7             - vs -                     :
                                         :
8    CIGNA CORPORATION and CIGNA HEALTH :
     AND LIFE INSURANCE COMPANY, et al.,:
9                                        :
                           Defendants. :
10   - - - - - - - - - - - - - - - - - -x
11
12                              August 19, 2020
                                9:01 a.m.
13                              35 Lake Road
                                Columbia, Connecticut
14
15
16
17
18
19
20           VIDEOTAPED VIRTUAL DEPOSITION UPON
21   ORAL EXAMINATION OF WIL PARSELL, held at the
22   above-mentioned time and place, before Randi
23   Friedman, a Registered Professional Reporter,
24   within and for the State of New York.
25

```
                                        Page 30
```

1                    W. Parsell

2    CGHB-Diamond950.

3            Do you know what that is?

4        A    I have no idea on what that one is.

5        Q    The next one is DST.  You have some

6    familiarity?

7        A    That's document source tool.  That's

8    where we create documents.

9        Q    When you say, "that's where we create

10   documents," can you describe what you do there?

11       A    Well --

12               MR. BLUMENFELD:  Objection.

13               THE WITNESS:  -- a contract

14       analyst would go in when we have a final --

15       "e-prize" to be finalized, and then we can

16       run an auto feed between the DST system and

17       ePRO that would pull in the most data needed

18       to pick the right pages to create a

19       document.

20               It's a series of questions that

21       need to be answered in order to get the

22       document right.  And with the auto feed,

23       that answers most of those questions.  There

24       may still be a few manual questions that

25       need to be added if something hasn't been

```
                                          Page 31
  1                       W. Parsell
  2        automated, but for the most part it's
  3        automated.
  4   BY MR. RAABE:
  5        Q     When you say "a series of questions,"
  6   what kinds of questions?
  7        A     I'd have to pull up a list, but it
  8   would ask you, you know, various questions about
  9   the benefits.  What you have.  You know, maybe
 10   types of -- anything that wouldn't be automated.
 11   Maybe certain things about co-pays; stuff like
 12   that.
 13        Q     That's within -- and that's within
 14   ePRO?
 15        A     That's within DST, the questions would
 16   come up.  Most of the data we need would
 17   automatically pull in.
 18        Q     So let's take a step back, Mr.
 19   Parsell.  I want you to kind of breakdown for
 20   people who don't understand ePRO or DST, how
 21   those platforms are used to generate, for
 22   instance, an SPD.
 23              Do you know what an SPD is?
 24        A     Summary plan description.
 25        Q     Right.  Is ePRO and DST used to create
```

```
                                        Page 32
 1                      W. Parsell
 2   SPDs?
 3         A     Yes.
 4         Q     Can you walk us through step-by-step
 5   how those platforms are used to create an SPD?
 6         A     Well ePRO's the big database that has
 7   all the benefits in it.  It's got general
 8   accounting information in it.  It's got benefit
 9   information in it.  It's got eligibility
10   information.  Financial information.  DST is the
11   tool that houses like the pages you need to pull
12   to create a document.
13         Q     Okay.  So let's break this down.  So a
14   Cigna client, an employer says, I would like to
15   have pharmacy benefits.
16               How is ePRO used to make sure that
17   that client gets the pharmacy benefits that it
18   has contracted for?
19         A     Well, when you run the auto feed
20   between DST and ePRO, it's going to pull in
21   what's in ePRO --
22         Q     Who --
23         A     -- to make sure the right pages are
24   pulled or the right information is assembled to
25   create an appropriate document.
```

```
                                       Page 36
 1                    W. Parsell
 2   that to mean?
 3        A     The date that plan is effective.  See
 4   it's 1/1/2021, is an example.  That would be the
 5   effective date if that was the renewal or it's a
 6   brand new piece of business effective 1/1/2021,
 7   the effective date is 1/1/2021.
 8        Q     When you said earlier that DST works
 9   at the benefit option level, what do you mean by
10   that?
11        A     You create the appropriate benefit
12   options within DST.  Say you want to create a new
13   PPO certificate effective 1/1/21.  That would
14   probably name it Certificate 001, and then you
15   would put the right ben op code that went along
16   with that from ePRO.  It would be CN001.
17   Certificate No. 001, if it was a brand new
18   account that was fully insured.
19        Q     And for each account when a new plan
20   is created, does it get a distinctive CN code?
21                  MR. BLUMENFELD:  Objection.
22                  THE WITNESS:  A fully-insured
23        account, yes.  If there were three benefit
24        options on there, you would get CN001, CN002
25        and CN003.
```

```
                                           Page 37
 1                      W. Parsell
 2    BY MR. RAABE:
 3         Q     Each benefit option has a distinctive
 4    CN code?
 5                    MR. BLUMENFELD:  Objection.
 6                    THE WITNESS:  Not always.
 7    BY MR. RAABE:
 8         Q     You said earlier that DST does not
 9    work at the member level.
10               Does it work at the client level; that
11    is, the employer level?
12         A     It's an internal system we use.
13    Clients can't see what's in there.  We create
14    documents for clients in that system.
15         Q     And in that system, the DST system,
16    can you go back and determine what plan language
17    a client had on a particular date?
18         A     Yes.
19         Q     How would you do that?
20         A     You just look up an older book or
21    document or rider, whatever you wanted to look
22    at.
23         Q     Break that down for us in more detail.
24    What would you actually --
25         A     You put in an account number in DST.
```

```
                                        Page 38
 1                    W. Parsell
 2   You would open it up and you'd look at the
 3   available documents under that account number.
 4   They would go back as long as the account
 5   existed -- well maybe not as long as the account
 6   existed.  As long as the DST system existed.
 7   That's been about 20 something years now.  How
 8   long is it?  Yeah, about 20 years.
 9        Q     That would show you all of the plans
10   that that employer had?
11        A     That were created in that system, yes.
12        Q     When you say "created in the system,"
13   what do you mean?
14        A     The options they had.  The documents
15   that were created for them.  The history of it.
16   One employer at a time.  That's how you'd look it
17   up.
18        Q     So it would show by employer all of
19   the plans?
20        A     Or account number, which would be an
21   employer.
22        Q     Right.  So it would show for a
23   particular account number all of the plans that
24   that employer had?
25        A     Yes, that were created in that system.
```

```
                                         Page 71
 1                     W. Parsell
 2   broker.
 3        Q     Okay.  So is it fair to say that the
 4   PHA website contains drafts, and the Member
 5   Materials website contains finalized?
 6        A     That's correct.
 7        Q     And DST contains both the drafts and
 8   the finalized?
 9        A     Correct.
10        Q     Do you know what PHA stands for?
11        A     Policyholder approval.
12        Q     So what is that PHA process?
13        A     The PHA process I'll repeat again.
14   That's when documents are sent out to the client
15   or broker by the case install person, and they
16   review those documents, and they will come back
17   with any questions or modifications for proposed
18   things they want to do to those documents.
19        Q     When you say "they," who are you
20   referring to?
21        A     Broker or client.
22        Q     Okay.  And if they have modifications
23   that they are proposing, what happens?
24        A     The case install person would need to
25   load those mod -- those proposed modifications
```

```
 1                    W. Parsell
 2      A      That's correct.
 3      Q      When did that process change?
 4      A      About a year and a half ago.  We got a
 5   lot of pushback from case install about
 6   finalizing the documents like that, so they
 7   wanted to wait.
 8      Q      What do you mean "pushback"?
 9      A      Because if you finalize something,
10   then they come back with more changes.  You've
11   got to copy the document over and put it out
12   there again with a different name.
13      Q      Okay.  So the last sentence I read
14   there, the term "FileNet" with the N capitalized,
15   what's that?
16      A      That's the system that our Member
17   Materials kind of would look back into.  That's a
18   repository.  I can't speak to much about it, but
19   it's where other areas store documents out there,
20   too, not just us.  That's the bigger underlying
21   system that Member Materials takes a look into.
22   It's a window into it.
23      Q      So did Member Materials draw
24   information from FileNet?
25      A      Yes.
```

```
                                             Page 78
 1                        W. Parsell
 2        Q      Who is responsible for managing
 3    FileNet?  What department?
 4        A      IT.
 5        Q      Skip a sentence.  Next sentence says,
 6    "When documents are approved and ready to be
 7    finalized, send notification to the contract
 8    analyst listed in Vista."
 9                What's your understanding of what that
10    means?
11        A      That would be the contract analyst on
12    my team or on one of the other teams that
13    would -- that's responsible for creating those
14    documents so they get notified that they're ready
15    to finalize.
16        Q      And when they're finalized, are they
17    then posted in Member Materials?
18        A      Correct.
19        Q      So does Member Materials populate the
20    website that a member can actually log onto to
21    see their documents?
22        A      No.  That would be -- members have to
23    look at things through mycigna.com.  That would
24    be the mapping in Valor that would enable that.
25        Q      Okay.  When you say -- I'm not a
```

```
                                            Page 101
 1                        W. Parsell
 2         A      Yes.
 3         Q      The fourth column over in the middle
 4    of the page in Exhibit 206 says Document Eff Dt.
 5              Do you know what that stands for?
 6         A      On this case history form I'm looking
 7    at?
 8         Q      Yes.
 9         A      The document name?
10         Q      Just before that column it says
11    Document Eff --
12         A      Effective date.  Document effective
13    date.  Eff, effective.  Dt is date.
14         Q      Okay.  And then the next column is the
15    Document Name?
16         A      Yes.
17         Q      First one is CN026; you see that?
18         A      Certificate No. 26.
19         Q      Would that indicate that there had
20    been 25 prior certificates to this account?
21         A      Yes.  It's been around awhile.
22         Q      Every time there's a new certificate,
23    there's a distinctive CN number generated;
24    correct?
25         A      Yes.  Or it has a lot of certificates.
```

```
                                          Page 102
 1                    W. Parsell
 2    You know, it depends.
 3        Q     And does that apply to both fully
 4    insured and ASO business; that is, that there
 5    would be a distinctive CN number for --
 6                    MR. BLUMENFELD:  Object.
 7                    THE WITNESS:  It wouldn't be a CN
 8         number for ASO.  It would be ASO No. 1 or
 9         ASO 026.
10    BY MR. RAABE:
11        Q     So CN is only for fully insured?
12        A     Yeah.  It stands for Certificate of
13    Coverage.  Certificate No.  CN.
14        Q     And in the ASO context for any new ASO
15    plan, there would be a distinctive number and
16    they would run in sequence?
17        A     Yes.
18                    MR. BLUMENFELD:  Objection.
19    BY MR. RAABE:
20        Q     A few columns over it says Policy
21    Codes.
22              Do you know what that refers to?
23        A     Benefit options.
24        Q     That's the same as ben op?
25        A     That is the -- the old way of doing
```