# EXHIBIT 14

# EXHIBIT S

This document produced in native file format only

CONFIDENTIAL
CIGNA07693614

## Customer Booklet/Certificate Comments

*Instructions for the Implementation Specialist:*
1. The "Cigna IS/IA - Internal Use Only " tab should be utilized by the Implementation Specialist/Associate to to track updates identified in the Initial PHA review prior to sending the client. The Implementation Manager will use the same form to document customer-requested language changes for same Renewal/Change period.
2. Enter all required information in lines 4-9 (orange section).
**3. NEW!! Enter the ePro Trans ID number used to perform the review on in line 10.**
4. Enter the requested changes in lines 14+.  Email your saved copy to the **PHA Reform** mailbox.

*Instructions for Contract Analyst:*
1. Enter all required information in lines 4-8 (purple section).
2. Assess requested changes and provide responses to each in lines 13+ in the Contracts Response columns.
3. Save the updated form(s) to the ESBPO drive with Account name/number and effective date of documents (example ABC Company 3333333 1-1-14). Return completed form.

| | | New/Renewal Trans ID: | |
| --- | --- | --- | --- |
| | | Change Trans ID (if applicable): | |
| Effective Date: | 08/01/2015 | Market Segment: | |
| Date of Initial Request: | 09/13/2015 | Contract Analyst: | |
| IM: | Perry Michaels | Comments: | |
| IS/IA: | Heather White | | |
| ePro Trans ID Number used for PHA Review | 8628182 | | |

| Document Information | | | Customer Request | | | | | Contracts Response | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Document Name/Benefit Option Code | Page # | Document Section | Type of Change Requested | ePro Update Needed? (Y/N) | New ePro Trans ID | Discrepancy Description (free text) | Prior Year Edit (Y/N) | Change Made? | Reason Change Not Made | Only used with Reason of "Other" | CA Name |
| CN001 | ? | The Schedule | Benefits - Schedule | Y | 8628182 | Rx copay logic changed to G. PBAB obtained. ePro updated. Does this impact the language within the Certificate? <br><br>I disagree. Per the Copay G logic Job Aid, the following language must be included, "In no event will the Copayment or Coinsurance for the Prescription Drug or Related Supply exceed the amount paid by the plan to the Pharmacy, or the Pharmacy's Usual and Customary (U&C) charge.  Usual & Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts that Pharmacy usually applies to its customers regardless of the customer's payment source." PBAB was obtained to change the logic to Copay G for this fully insured plan. I believe this language should be included. | | No | Other | Copay G does not apply to insured plans, there will be no language impact according to Copay G Job aid. Please see the attached screenshot of Copay G job aid | |
| | | | | | | | | No | Other | Please see the attached screenshot of Copay G job aid | |

renewing accounts in order to comply with our current network retail pharmacy agreement (i.e. Copay K logic, which allows the pharmacy to charge the customer the client elect copay or coinsurance).

NOTE:  Due to state filing requirements and approvals, insured plans will continue to use Copay K logic.  Insured clients will be implemented with Copay G once the state filing process is complete.

Use instruction below for ASO plans with an effective date prior to 09/01/2012
- "Copay G" logic only applies to ASO plans (including ASO Non-ERISA).
- It does not apply to Insured plans

Revision Date: 06/13/2012       Contract Analyst       Page-1
Pharmacy:  Copay G Job Aid

*This guide does not contain real member, provider or client data.  All examples and data elements are fictitious in accordance with CIGNA HealthCare's Privacy policy. Copyright CIGNA HealthCare, 2012*

# Frequently Asked Questions

## How do I complete the spreadsheet?

This form is used to track requested changes to the Plan Documents by the IS/IA during the Internal PHA review.

After the Implementation Manager sends the plan document(s) to the client, this document is used to capture the client's requested changes.

During an exchange with the client, the categories of this document can be shared with the client in order to help *structure* their feedback; however, this document is for internal use only and is not to be shared with the client.

Upon receiving client feedback, the Implementation Manager utilizes the "IS - IA - IM Internal Use Only " tab to capture customer-requested language changes and communicate the impacted areas/requests to the PHA Reform mailbox.

Complete lines 4-8 (orange section) with Account level information. Continue by entering change request information in each section, noting the applicable drop down options. This form can accommodate multiple documents per account. List all feedback, for each booklet, on this one form. Send your saved copy to the PHA Reform mailbox.

Contracts Analysts will complete lines 4-8 (purple section) and columns G-I and save this form to the ESBPO drive with Account name/number and effective date of documents (example ABC Company 3333333 1-1-14) The CA will send the completed PHA form to the IS, IA or IM.

## What kinds of changes does this document encompass?

**Cosmetic Change:**
Cosmetic changes may include, but are not limited to, formatting changes to headings/subheadings, altering page headers and footers, changing paragraph styles and font characteristics, Schedule and table reformatting, or moving text from one section of the booklet to another. *Optional service charges will apply*.

**Incorrect Benefits:** If a client observes that a benefit was loaded incorrectly, this document will be used to compare to ePro, verify client intent and result in an ePro update and potential correction within the contract.

**Note:** This document is not to be used for questions regarding language. Any questions that are not requesting a change should be directed to the contract analyst prior to the completion of this form.

## Why was the requested change not made?

**Federal Legislation:**
Federal legislation is a law passed by the US Congress. Cigna is required to apply Federal legislation to all plans regardless of funding. The language in the booklet generally cannot be removed or altered without approval from Cigna Legal. The following sections in the booklet are federally legislated.

**State Mandated Language:**
A state mandate is a law passed by an individual state legislature. Fully Insured or Minimum Premium funded accounts must adhere to all Contract (or Situs) state laws. Certain mandates will also apply to ASO-funded accounts which are Non-ERISA. Each state has separate and varied mandates.

**Filed Language / Cannot be Altered:**
Legislatures require language to be filed and approved by the Contract (or Situs) state's Department of Insurance. We are unable to alter approved language.

**Benefit Correctly Reflected / No Change Needed:**
The benefit or provision is reflected accurately based on the account source documents.

**Clarification Needed:**
Additional information is needed to respond to the inquiry.

**ASO Benefit Selection / Cannot be Altered:**
Administrative Services Only (ASO) funded accounts have additional benefit choices. If elected, the administration of the benefit must adhere to Cigna's standard policy and
**System Update Needed to Accommodate Change:**
The request does not match the account source documents. In order to alter, updates are required. Please confirm intent.
**Other:**
Does not fall into the above mentioned reasons. Please describe in the adjoining column.

## General Questions

**Why does the booklet not exactly mirror the Benefit Summary?**
The Benefit Summary is intended as a highlight of plan benefits. The booklet is a comprehensive plan document which outlines benefits and provisions in detail. It is not the intention for the format, text, or wording of the documents to match.

**What is a Booklet/Certificate, Certificate Rider, Annual Compliance Rider and Extra-territorial Rider?**
Booklet/Certificate - A document that contains the detailed benefits that a client has purchased, along with Schedule Maximums and Exclusions and manner in which the benefits will be paid. This document is a detailed description of coverage but it is not intended to be the entire Summary Plan Description ("SPD"). The SPD is maintained by the plan sponsor and must contain additional information required by the Department of Labor.

**Why is the Medicare section's font so large? Can it be changed?**
The font size is not a formatting error, but consciously enlarged for the intended audience.