# EXHIBIT 15

# EXHIBIT T

# Cigna Pharmacy Product Standards

*Proclaim/Bloomfield Platform (i.e. Non-Facets)*
*Network, Network POS, Open Access, PPO, EPO, Indemnity*
*All Funding and Rating Types -- Effective as of 2015*

**Plan Cost-Share** ........................................................................................................................ 3
  Plan Deductible ........................................................................................................................ 3
  In-Network Retail Cost Share ................................................................................................. 4
  Out-of-Network Retail Cost Share .......................................................................................... 5
  Home Delivery Cost Share ...................................................................................................... 6
  Out-of-Pocket (OOP) Maximum ............................................................................................. 7
  Annual Plan Maximum & Lifetime Plan Maximums ................................................................ 8
  External Pharmacy Benefit Managers Integration Capabilities ............................................. 8

**Prescription Drug Lists** ............................................................................................................. 9
  Drug Lists – Options, and Tier design .................................................................................... 9

**Pharmacy Benefit Features** ..................................................................................................... 11
  Day Supply ........................................................................................................................... 11
  Copay Processing Logic  (Lesser-  of logic) ......................................................................... 12
  Pharmacy Claim Logic   -  (Dispense as Written (DAW) logic) ............................................ 13
  Pharmacy Network ............................................................................................................... 15
  Home Delivery Programs ...................................................................................................... 15

**General Benefits** ...................................................................................................................... 17
  Contraceptives ..................................................................................................................... 17
  Infertility Drugs ..................................................................................................................... 17
  Preventive Drugs .................................................................................................................. 18
  Compound Drugs .................................................................................................................. 19
  Growth Hormones ................................................................................................................ 19
  Cigna Vaccine Program – Coverage through medical plan-- o ............................................. 20
  Diabetic Supplies ................................................................................................................. 20
  Injectables ............................................................................................................................ 20

**Benefit Buy-Ups** ...................................................................................................................... 21
  Tobacco  Cessation .............................................................................................................. 21
  Erectile Dysfunction (aka 'Lifestyle' medications) ............................................................... 21
  Prescription Vitamins ........................................................................................................... 22
  Prescription Diet Drugs ........................................................................................................ 22

1

Insulin Pens & Cartridges ................................................................................................................................ 24

Over- The- Counter (OTC) Medications ........................................................................................................ 24

Specialty Pharmacy ....................................................................................................................................... 25

TheraCare ...................................................................................................................................................... 26

Specialty Pharmacy Carve-Out ..................................................................................................................... 26

Prior Authorization ......................................................................................................................................... 27

Step Therapy .................................................................................................................................................. 27

Narcotic Therapy Management Program ....................................................................................................... 28

Complex Psychiatric Case Management Program ......................................................................................... 29

Well Informed – Gaps in Care Program ........................................................................................................ 29

CoachRx ......................................................................................................................................................... 30

**Exclusions** ...................................................................................................................................................... 31

Plan Exclusions ............................................................................................................................................. 31

2

CIGNA00142274

# Plan Cost-Share

## Plan Deductible

Pharmacy plans may or may not feature an annual deductible.   This deductible may or may not be combined with the medical plan (Cigna medical plans only).   Note – per PPACA, the deductible must accrue to the plan out-of-pocket maximum.

CDHP products require the use of a high deductible which is combined with medical and pharmacy. Please refer to the HRA/HSA product **Standard**s on Fuse ID 5036

| Benefit | In-Network | Out-of-Network |
|---|---|---|
| **Deductible**<br><br>**Note:** When both the deductible and out-of-pocket maximum is selected by the client, the same network option must be chosen for the deductible and out-of-pocket maximum. | **Standard:** none<br><br>**Alternative(s):**<br>In-Network Only, or combined In and Out-of-Network | **Standard:** none<br><br>**Alternative(s):**<br>Out-Network Only |
| **Deductible Accumulation** | **Standard:** Separate deductible for pharmacy and medical<br><br>**Alternative(s):** Combined deductible with Cigna Medical Products | **Standard**: Same as In-Network |
| **Plan Year** | **Standard**: Calendar year<br><br>**Alternative(s):** Contract year | **Standard**: Same as In-Network |
| **Individual Deductible Amount** | **Standard**: none)<br><br>**Preferred:** $150 - $500<br><br>**Alternative(s):** $0 - $500 ($50 increments)<br><br>Note: $50 is recommended with "Greater Of" pharmacy plans. | **Standard**: none<br><br>**Preferred:** 3x In-Network Deductible<br><br>**Alternative(s):** Same as In-Network, 2x In-Network Deductible |
| **Family Deductible Amount** | **Standard**: Not Applicable (or $0)<br><br>**Preferred:** 2x Aggregate<br><br>**Alternative(s):** 2x Individual, 3x Aggregate, 3x Individual | **Standard**: Not Applicable (or $0)<br><br>**Preferred:** 3x In-Network Deductible<br><br>**Alternative(s):** Same as In-Network, 2x In-Network Deductible |

3

CIGNA00142275

## In-Network Retail Cost Share

Cost share refers the customer's financial responsibility for a covered item under the plan.  This may be in the form of a copay, coinsurance, or a combination thereof.  The benefit design may include a mixture of copay or coinsurance is across benefit tiers. For example, Tier 1 & 2 could be copays and Tiers 3 & 4 are coinsurance.

**Cigna's Recommended Plan:**
Tier 1: $5 to $10
Tier 2: $25 to $60
Tier 3: $50 to $120
Tier 4: 20% with a $150 Max/script
Minimum of $15 copay difference between Tier 2 & 3

| Benefit | In-Network |
|---|---|
| **Retail Copay**<br><br>Copays must be in whole dollar increments.<br><br>. | Copay ranges per 30 day supply:<br><br>**Standard Copay Ranges:**<br>Tier 1: $0 to $30<br>Tier 2: $0 to $60<br>Tier 3: $0 to $120<br>Tier 4: $0 to $300<br><br>Copay amounts that fall outside the above ranges must be submitted to PBAB for review. |
| **Retail Coinsurance**<br><br>Coinsurance must be in 1% increments. | Coinsurance ranges per 30 day supply:<br><br>**Standard Coinsurance Ranges:**<br>Tier 1: 0-50%<br>Tier 2: 0-50%<br>Tier 3:  0-70%<br>Tier 4:  0-90%<br><br>Coinsurance amounts that fall outside the above ranges must be submitted to PBAB for review. |
| **Retail Coinsurance within Min/Max**<br><br>If using minimum and maximum plan design, amounts cannot be the same.<br><br>If maximum copay is in place on a tier, the minimum copay on the next tier must be higher than the max on the lower tier.<br><br>Min/Max copay ranges must be in a $5 increment. Coinsurance must be in 1% increments. | Ranges per 30 day supply:<br><br>**Standard Copay/Coinsurance Ranges:**<br>Tier 1: 0-50% with Min $0 to $30; Max $0-$30<br>Tier 2: 0-50% with Min $0 to $60; Max $0-$60<br>Tier 3:  0-70% with Min $0 to $120; Max $0-$120<br>Tier 4:  0-90% with Min $0 to $300; Max $0-$300<br><br>Any retail coinsurance or copay that falls outside above specified ranges must be submitted to PBAB for review. |

4

CIGNA00142276

## Out-of-Network Retail Cost Share

Due to our extensive national Pharmacy network, Cigna Pharmacy Management experiences a very small amount of out-of-network pharmacy claims.  More than 98% of all pharmacy claims are paid in-network through the on-line claim processing system at the point-of-sale.   However, with the introduction of limited pharmacy networks, which exclude specific chains and return additional savings to the client, for some clients who adopt these networks, and out –of-network options may be desired to ensure adequate access to covered drugs.

Additional, some states required out of network covered for insured plans.   Insured medical plans (such as, PPO) with in and out-of-network coverage may have to offer out-of-network pharmacy coverage in the following states: AL, AR, CT, GA,HI, ID, KY, MA, MD, ME, MN, MO, MT, NC, ND, NE, NJ, NV, OH, OK, TX, UT, VA. Refer to iComply – check the "Product Restrictions Bulletin".

**Note**:  To access out-of-network benefits, if offered,  the customer must pay 100% of the cost of the drug at time of purchase and submit a claim for reimbursement. Reimbursement will be based on of the network pharmacy cost of the drug after the copay/coinsurance amount

**Note**: There is an "out-of-network only" or "combined in and out-of-network" option for deductibles, annual maximums and out-of-pocket maximums.  Refer to deductibles, annual maximums, and out-of-pocket maximums for more details.

| Benefit | Out-of-Network |
| --- | --- |
| **Out-of-Network Retail Coinsurance**<br><br>Coinsurance must be in 1% increments.<br><br>███████████████████ | **Standard:**<br>Not Covered<br><br>**Alternative(s):**<br>Flat coinsurance 0%-70%<br><br>Any retail coinsurance, as a whole percentage amount, that falls outside of the specified range must be submitted to PBAB for review. |
| **Out-of-Network Retail Copays for ASO Only – always requires PBAB approval**<br><br>███████████████████ | **Standard:**<br>Not Covered<br><br>**Alternative(s) with PBAB Review\*:**<br>Copay or coinsurance by tier:<br>Tier 1: $0-$100 or 0% to 70%; up to $100 max (If Max copay used)<br>Tier 2: $0 to $200 or 0% to 70% up to $200 max  (If Max copay used)<br>Tier 3: $0 to $120 to 0% to 70% up to $500 max  (If Max copay used)<br>Tier 4: $0 to $750; or 0% to 90% up to $750 max  (If Max copay used)<br><br>\*Does not guarantee approval and must submit non-Standard through PBAB process. |

5

## Home Delivery Cost Share

Cigna Home Delivery Pharmacy is the mail service pharmacy for Cigna and a core component of Cigna's pharmacy product offering and value proposition. Cigna Home Delivery Pharmacy is also Cigna's Specialty Pharmacy. The Home Delivery pharmacy benefit provides a cost effective option for customers and also promotes increased medication adherence.

The home delivery cost share refers to the customer's financial responsibility for covered medications obtained through Cigna Home Delivery Pharmacy.  This can be in the form of a copay, coinsurance, or combination thereof.   A mixture of copay or coinsurance is available across tiers. For example, Tier 1 & 2 could be copays and Tier 3 & 4 could be coinsurance.

████████████████████████

| Benefit | In-Network |
|---|---|
| **Home Delivery Copay**<br><br>Copays must be in whole dollar increments.<br><br>**Note:** The following situs states have Equalization Mandates which refer to allowing customers to obtain a 90 day supply at retail pharmacies at the same cost share as available through home delivery: AR, DE, IL, MD, ME, MO, NC, ND, NE, SD, TN and VT. Cigna complies with equalization mandates automatically through an Argus module that automatically applies a 3X copay to mail and retail for a 90-day supply. | **Standard**:<br>2.5x retail copays per tier<br><br>**Alternative(s):**<br>3x retail copays per tier<br>2x retail copays per tier<br><br>**Standard** Copay/Coinsurance Ranges for Home Delivery:<br>Tier 1: $0 to $90<br>Tier 2: $0 to $180<br>Tier 3: $0 to $360<br>Tier 4: $0 to $900 |
| **Home Delivery Coinsurance**<br><br>Coinsurance must be in 1% increments. | Coinsurance ranges per 30 day supply:<br><br>**Standard Coinsurance Ranges:**<br>Tier 1: 0-50%<br>Tier 2: 0-50%<br>Tier 3:  0-70%<br>Tier 4:  0-90%<br><br>Any retail coinsurance that falls outside above specified ranges must be submitted to PBAB for approval. |
| **Home Deliver Coinsurance within Min/Max**<br><br>If using minimum and maximum plan design, amounts cannot be the same.<br><br>The minimum or maximum copay will be calculated based on 2x, 2.5x or 3x the retail minimum and/or maximum.<br><br>If maximum copay is in place on a tier, the minimum copay on the next tier must be higher than the max on the lower tier. Recommend a $20 difference. | Ranges per 30 day supply:<br><br>**Standard Copay/Coinsurance Ranges:**<br>Tier 1: 0-50% with Min $0 to $90; Max $0-$90<br>Tier 2: 0-50% with Min $0 to $180; Max $0-$180<br>Tier 3:  0-70% with Min $0 to $360; Max $0-$360<br>Tier 4:  0-90% with Min $0 to $900; Max $0-$900<br><br>Any retail coinsurance or copay that falls outside above specified ranges must be submitted to PBAB for review.. |

6

CONFIDENTIAL

## Out-of-Pocket (OOP) Maximum

Due to PPACA, all pharmacy plans must feature an out-of-pocket maximum (OOP).   All pharmacy deductibles, copays and coinsurance must accumulate toward the out-of-pocket maximum. The plan can have either separate OOP maximums for pharmacy and medical, or they may be combined.

In-network pharmacy out-of-pocket maximum amounts plus medical out-of-pocket amounts cannot exceed the Federal Maximum out-of-pocket amount (2015: $6,600 individual / $13,200 family; 2016: $6,850 individual / $13,700 family). Note: The 2015 out-of-pocket maximum for HSA plans is $6,450/$12,900.   Note these limits apply to in-network;  plans may include a higher OOP amount for out-of-network benefits and still be in compliance with PPACA.

| Benefit | | Out-of-Network |
|---|---|---|
| **OOP Applicable to Network**<br><br>**Note:** When both the deductible and out-of-pocket maximum is selected by the client, the same network option must be chosen for the deductible and out-of-pocket maximum. | **Standard**: Combined In and Out-of-Network<br><br>**Alternative(s):**<br>In-Network Only | **Standard:** Combined In and Out-of-Network |
| **OOP Accumulation** | **Standard:** Separate out-of-pocket maximum for pharmacy and medical<br><br>**Alternative(s):** Combined out-of-pocket maximum with Cigna Medical Products | **Standard**: Same as In-Network |
| **Plan Year** | **Standard:** Calendar year<br><br>**Alternative(s):** Contract year | **Standard:** Same as In-Network |
| **Individual OOP Amount** | **Standard:** $XX per person<br><br>**2015 Range:** $500 - $6,600 ($50 increments)<br><br>**2016 Range:** $500 - $6,850 ($50 increments) | **Standard:** $XX per person<br><br>**Preferred:** Same as in-network<br><br>**Alternative(s):** |
| **Family OOP Amount** | **Standard:** $XX per person<br><br>**2015 Range:** $1,000 - $13,200 ($50 increments)<br><br>**2016 Range:** $1,000 - $13,700 ($50 increments)<br><br>**Preferred:** 2x Aggregate<br><br>**Alternative(s):** 2x Individual, 3x Aggregate or 3x Individual not | **Standard:** $XX per person<br><br>**Preferred:** same as in-network<br><br>**Alternative(s):**<br><br>**Preferred:**  same as in-network<br><br>**Alternative(s):** |

7

CONFIDENTIAL

exceeding $13,200 for 2015 and
$13,700 for 2016.

## Annual Plan Maximum & Lifetime Plan Maximums

Grandfathered or non-grandfathered clients that cover any benefits defined as Essential Health Benefits **cannot** impose annual or lifetime limits on the dollar value of those benefits.

## External Pharmacy Benefit Managers Integration Capabilities

In order to fully integrate the Medical and Pharmacy programs and achieve superior integration capabilities, clients must elect Cigna Pharmacy. The advantages of a fully integrated Cigna Pharmacy program include:

- Integrated clinical programs and case management across medical and pharmacy - resulting in better health outcomes as well as cost management.
- Full administrative and service capabilities (single ID card, integrated online tools, integrated customer service, integrated client billing and eligibility services).
- Helps employers better manage their overall health trend - the annual cost of providing all health related benefits.

For the value of Cigna Pharmacy data integration vs. external pharmacy benefits manager (PBM), see Fuse ID 32510.

Upon exception *, Cigna offers integration capabilities with two of the largest national Pharmacy Benefit Managers:
- CVS Caremark
- Express Scripts (ESI)

See Fuse ID 11097 for additional information.*  **Requires PBAB review.**

████████████████████████████████████████████

Our ability to integrate with these vendors offers the following features:
- Combines Medical and Pharmacy Deductible and Out-of-Pocket Values based on a frequency noted in the chart below
- Health Savings Account (HSA) customers have the flexibility to utilize their HSA debit card/checkbook at their discretion while at the pharmacy to cover their payment liability
- Health Reimbursement Account (HRA) customers are able to obtain prescriptions using their Cigna Choice Fund HRA balance at the point of sale, which eliminates any out-of-pocket payment by the customer.
- Eliminates the need for customers to direct submit claims for reimbursement from their HRA.
- **While not required by PPACA, some clients are choosing to offer an integrated Out-of-Pocket Maximum when carving out Pharmacy to a non-Cigna PBM. Cigna can accommodate this with PBAB approval for only the PBM's noted above.**

8

CIGNA00142280

# Prescription Drug Lists

## Drug Lists – Options, and Tier design

Cigna currently offers two drugs list options for clients:   Value and Standard

Our recommended and most cost-effective drug list is the **Value Drug List (Drug List Available on Fuse ID 37718):**

The Value PDL is a leaner formulary with less Preferred Brands than our Standard drug list with additional exclusions:

- Excludes certain high cost drugs to maximize rebates while preserving access to medically necessary medications.
- Excludes PPI & Allergy drug classes.
- Unlike the PPI/Allergy drug class exclusions, these drugs may be covered subject to medical necessity exception process.

Value Prescription Drug List includes savings of 4-5% on pharmacy claim costs as compared to the Standard Prescription Drug List.

Additionally, recommended for clients with 2,000 lives or higher, the Value drug list is available with a supplementary drug removal table (exclusion list), which eliminates additional specific drugs/drug classes from the drug list, providing additional cost savings opportunities for clients.

The **Standard** drug list **(Drug List Available on Fuse ID 4651),**  is our more extensive drug list, an open formulary which promotes cost-effective, clinically appropriate prescription drug products.

| Benefit | In-Network & Out-of-Network |
|---|---|
| **Value Drug List & Tier Design** | **Standard(s):**<br>Value 3 Tier (Drug List Available on Fuse ID 37718)<br>Tier 1:  Generic Drugs<br>Tier 2:  Preferred Brand Name Drugs<br>Tier 3:  Non-Preferred Brand Name Drugs<br><br>Value 4 Tier (Drug List Available on Fuse ID 37718)<br>Tier 1:  Generic Drugs<br>Tier 2:  Preferred Brand Name Drugs<br>Tier 3:  Non-Preferred Brand Name Drugs<br>Tier 4:  Specialty injectables |

9

CIGNA00142281

| Benefit | In-Network & Out-of-Network |
|---|---|
| **Standard  Drug List  & Tier Design**<br>████████████████████ | **Option(s):**<br>**Standard** 3 Tier ([Drug List Available on Fuse ID 4651](#))<br>Tier 1:  Generic Drugs<br>Tier 2:  Preferred Brand Name Drugs<br>Tier 3:  Non-Preferred Brand Name Drugs<br><br>**Standard** 4 Tier Specialty ([Drug List Available on Fuse ID 4651](#))<br>Tier 1:  Generic Drugs<br>Tier 2:  Preferred Brand Name Drugs<br>Tier 3:  Non-Preferred Brand Name Drugs<br>Tier 4:  Specialty injectables |

10

CONFIDENTIAL

CIGNA00142282

# Pharmacy Benefit Features

## Day Supply

Cigna applies day supply limits to retail and home delivery benefits.

**Note:** The following situs states have Equalization Mandates: AR, DE, IL, MD, ME, MO, NC, ND, NE, SD, TN and VT, which refers to allowing customers to obtain a 90 day supply of medications at retail pharmacies at the same benefit level as offered through the home delivery benefit. Cigna complies with equalization mandates automatically through an Argus module that automatically applies a 3X copay to mail and retail for a 90-day supply.

| Retail Day Supply | Home Delivery Day Supply |
|---|---|
| **Standard:** 30 day supply per prescription | **Standard:** 90 day supply per prescription |
| **Alternative(s) without PBAB approval:** 31, 32 or 34 day supply per prescription | |
| **Alternative(s) with PBAB Review*:** Any day supply greater than 34 days unless state mandated.  Example – 90 day supply at retail. | **Alternative(s) subject to PBAB Review*:**<br>• Any day supply greater than 90 days unless state mandated.<br>• Specialty drugs limited to 30 day supply at home delivery.<br><br>*\* Does not guarantee approval and must submit non-standard through PBAB process* |

11

CIGNA00142283

## Copay Processing Logic  (Lesser- of logic)

Copay processing logic refers to the hierarchy of various factors in the claims processing system to determine the customer cost share (copay) for covered drugs, to ensure the customer is paying the lowest amount of the considered factors.   The copay logic is assigned based  on the funding of the client – ASO vs. Fully Insured, due to our requirement to be in compliance with current state filings.

For ASO clients, our copay logic is "lesser of three" factors. (aka "copay G logic")
For Fully Insured clients, our copay logic is "lesser of two factors. (aka  "copay K logic)

| | (ASO)<br>Lesser of copay, U&C or allowed cost | (Insured)<br>Lesser of copay or U&C |
|---|---|---|
| Customer Copay | ✔ | ✔ |
| Usual & Customary Price | ✔ | ✔ |
| Cigna Allowed Cost | ✔ | |

**Alternative(s) with PBAB Review\***
- Copay G for Insured accounts with approved filing

See Fuse ID 34894 for additional information

**Do Not Sell:** Copay K for ASO,  or Copay G for insured accounts in states where not allowed.

*Does not guarantee approval and must submit non-standard through PBAB process.*

CONFIDENTIAL

CIGNA00142284

## Pharmacy Claim Logic   -  (Dispense as Written (DAW) logic)

Pharmacists automatically substitute generics for brand name prescriptions unless a doctor specifies brand is necessary. However,  a customer may choose to request brand name prescriptions even though their doctor approved the generic. This choice comes with a cost - which has historically been paid by clients.

Pharmacy claim logic, or DAW logic, refers to how and when a financial penalty is applied when a brand is chosen, when a generic equivalent is available.

Cigna's standard logic is DAW/Member pay difference, which is the industry standard.  See below for details.

| Benefit | In & Out of Network |
|---|---|
| **RECOMMENDED STANDARD:**<br>**Dispense as Written (DAW) / Member Pay Difference**<br><br>If a customer receives a brand name drug when there is a generic equivalent, the customer pays the generic copay, plus the cost difference between the brand and generic drug.   However, if the prescribing physician indicates, "Dispense as Written – DAW", on the prescription, the penalty does not apply, and the brand copay applies.<br><br>**Note:** Patient Requests Brand/Member Pay Difference cannot be implemented for the following insured CHMO products in: CA (including network products), CT, IL, KS, MO, NC, TN and TX, and must follow the opt-out case install process. | **Standard:** DAW/MPD  applies for all funding types and the penalty does not accumulate toward the deductible and/or the out-of-pocket maximum.<br><br>**Alternative(s):**<br>• ASO clients can opt out of DAW/MPD *without* PBAB approval.<br>• Non-ASO clients can opt out of DAW/MPD with the GM's approval required. *No PBAB approval required.*<br><br>==Alternative(s) with PBAB Review*==<br>• Instead of applying the generic copay, apply the brand copay.<br>• Allow DAW/MPD to accumulate toward deductible and/or Out of Pocket maximum.<br><br>*\*Does not guarantee approval and must submit non-standard through PBAB process* |
| **Mandatory Generic**<br><br>To further require the use of generic drugs, consider mandatory generic.<br><br>If a customer receives a brand name drug when there is a generic equivalent, the customer must pay the brand copay plus the difference between the brand and generic price. The penalty will apply <u>regardless</u> if the physician indicates DAW. | **Available to ASO clients who opt of DAW/MPD.**<br><br>**Available to non-ASO clients who receive GM approval to opt out of DAW/MPD.**<br><br>==Alternative(s) with PBAB Review*==<br>• Apply mandatory generic<br>• Apply generic copay instead of brand<br><br>*\*Does not guarantee approval and must submit non-standard through PBAB process.* |

13

CONFIDENTIAL

| **No Mandatory Generic/Generic Push** | **Available to ASO clients who opt of DAW/MPD.** |
|---|---|
| If a customer receives generic drug, they pay the generic copay.  If the customer receives a brand name drug, even when there is a generic equivalent, the customer pays the brand copay only– no penalty is applied. | **Available to non-ASO clients who receive GM approval to opt out of DAW/MPD.** |

14

CONFIDENTIAL

CIGNA00142286

## Pharmacy Network

### Network Options

**Standard National Network:**

Cigna's extensive national pharmacy includes over 67,000 pharmacies including major chains such as CVS, Walgreens, Kroger, Target, etc.,

The national network is available to all clients, however specifically recommended for all clients with less than 2,000 employees.  For clients with more than 2,000 employees, the limited networks are recommended for the highest cost savings – see below.

**Limited Network Options\***

Cigna now delivers greater opportunity to clients by offering our Limited Pharmacy Networks which enable clients to achieve additional savings by offering a leaner network, which excludes CVS, or Walgreens, or both chains.   Since removing a chain or chain may result in a change in the level of access to network pharmacies for some customers, careful analysis through underwriting models is key to determining whether this is the right solution for a given client. These limited networks are available to, and recommended to be considered for all clients with 2,000 or more employees:

The available limited network are:

- ***National minus CVS***
- ***National minus Walgreens***
- ***National minus CVS and Walgreens***

**\*To request analysis for one or more of these networks for your client, complete the required form on Fuse ID 74902 and submit to the Pharmacy Benefit Exception mailbox.**

**Pharmacy Client Specific Network\***

For clients who own their own pharmacies, e.g. retail/grocery, hospital, onsite clinic, they may wish to add these pharmacies to the pharmacy network for their plan enrollees, and/or they may wish to establish a benefit differential to steer employees to those client-owned pharmacies.   Cigna can administer pharmacy client specific networks, providing the arrangements meet Cigna requirements, and the required information is provided to the Pharmacy network team with the proper lead time of 90 calendar days prior to the effective date.,

**\*For a CSN request, see Fuse ID 19585 for the form and instructions on how to submit the request.**

## Home Delivery Programs

Two programs are available to clients to increase utilization of Cigna Home Delivery Pharmacy.

Incentivized Home Delivery Pharmacy provides a benefit incentive for the customer to obtain their maintenance medications through CDHP. They can still fill at retail, but after a certain number of fills, the benefit reimbursement will be lower at retail than if they went to CDHP.

Exclusive Home Delivery Pharmacy is a program that mandates fill of maintenance medications through CDHP after a certain number of fills at retail, otherwise the medications are not covered under the plan.

Note:  The Exclusive Home Delivery program and Incentivized Home Delivery program will NOT be offered or available to insured plans unless filed and approved by the state. Cigna Healthcare is not filed to offer these benefits on an insured basis.  Additionally, home delivery equalization and other home delivery legislation (i.e. legislation prohibits an insurance

15

CIGNA00142287

carrier or HMO to limit pharmacy coverage to home delivery drugs/services only) precludes Cigna Healthcare from offering these programs in many states.

| Benefit | Options |
| --- | --- |
| **Exclusive Home Delivery**<br><br>Exclusive Home Delivery Program requires certain maintenance medications,  such as those utilized on a routine or continuing basis for the prevention or treatment of chronic or long-term health conditions, contraception and/or other medications as specified by Cigna, be filled only through the home delivery program.  The program allows for a limited number of fills at a retail pharmacy, after which the plan will deny coverage for refills requested at a retail pharmacy..<br><br>**Note:** Customer communication is required to properly implement this program effectively. See <u>Fuse ID 7952</u> for additional information. | **Standard Number of Fills Permitted**: Three fills. Therefore, the fourth and forward prescriptions would be required to be filled by Cigna Home Delivery Pharmacy.<br><br>**Standard Maintenance Drug List:**<br>• Available on FUSE 7952<br>• Includes oral contraceptives on the maintenance drug list.<br>• Option to exclude oral contraceptives on the maintenance drug list.<br><br>**Standard Day Supply:**<br>• 30 day supply at retail<br>• 90 day supply at home delivery<br><br>==**Alternative(s) with PBAB Review\*:**==<br>• Variation of number of fills (e.g., 1 or 2) allowed before required to fill at home delivery.<br><br>*\*Does not guarantee approval and must submit non-standard through PBAB process* |
| **Incentivized Home Delivery**<br><br>Incentivized Home Delivery Program is an alternative approach and will incentivize a customer to utilize home delivery vs. retail.  Specifically, the customer will be charged higher copay for the prescriptions filled at a retail pharmacy after a specific number of fills at retail – typically three.   .<br><br>With a typical arrangement, the customer can pay the home delivery copay for the home delivery supply (up to 90 day) if filled at Cigna Home Delivery Pharmacy.  Or, if they choose to go to retail after exhausting the number of fills at retail for that medication,  they will pay a higher copay (the home delivery copay) for a 30 day supply at retail<br><br>**Note:** Customer communication is required to implement this program effectively. See <u>Fuse ID 7952</u> for additional information. | **Standard Number of Fills Permitted**: Three fills. Therefore, the fourth and forward prescriptions would be required to be filled by Cigna Home Delivery Pharmacy.<br><br>**Standard Maintenance Drug List:**<br>• Available on FUSE 7952<br>• Includes oral contraceptives on the maintenance drug list.<br>• Option to exclude oral contraceptives on the maintenance drug list.<br><br>**Standard Day Supply:**<br>• 30 day supply at retail<br>• 90 day supply at home delivery<br><br>==**Alternative(s) with PBAB Review\*:**==<br>• Variation of number of fills allowed (e.g. 1 or 2) before required to fill at home delivery or increased copay.<br><br>*\* Does not guarantee approval and must submit non-standard through PBAB process* |

16

CIGNA00142288

# General Benefits

## Contraceptives

Contraceptive coverage is standardly included in the preventive component of a pharmacy plans.  Additional, PPACA Women's Health provision requires that certain over the counter and generic contraceptive drugs, devices are covered at no cost to the customers, such as generic oral contraceptives, spermicides, sponge, female condom, "morning after pill (generic version), injection, etc..   The details on the PPACA requirement, include exceptions, can be found on Fuse 30421 or 69492.

| Benefit | In Network | Out-of-Network |
|---|---|---|
| **Contraceptives**<br><br>Note: Diaphragms are currently the only contraceptive devices covered under the pharmacy plan. | **Standard:** Cover PPACA no-cost contraceptive at 100%. All other contraceptives covered at the applicable cost-share.<br><br>Note this coverage is not required of exempt employers - grandfathered or religious non-profit.<br><br>==**Alternative(s) with PBAB review\*:**==<br>• Cover contraceptives not on Cigna's preventive list (i.e. Nuvaring).<br>• Cover generic and preferred brand contraceptives at zero cost-share.<br><br>**Grandfathered or Religious Employers Only:** Option to not cover contraceptives.<br><br>**Religious Non-profit Clients Only**: Cigna contraceptive only plan must be installed.<br><br>*\* Does not guarantee approval and must submit non-standard through PBAB process* | **Standard**: N/A<br><br>**Alternative(s):** Apply out-of-network cost-sharing if applicable. |

## Infertility Drugs

Infertility drugs are covered under the medical plan if the client chooses "Medical Infertility Option 2". if the client does choose "Medical Infertility Option 2," then infertility injectable drugs are covered under the medical plan.

Oral fertility drugs are covered under the oral contraceptives buy-up option under the pharmacy plan. The client must purchase the oral contraceptives buy-up option when Medical Infertility Option 2 is elected.   This buy up is available to clients who choose Option 1 also, however the requests must be submitted to PBAB for review.

| Benefit | In Network | Out-of-Network |
|---|---|---|
| Medical Infertility Option #1 | **Standard:** Excluded | **Standard:** Excluded |

17

CIGNA00142289

| | | |
|---|---|---|
| | **Alternative(s) with PBAB review\*:**<br>Cover oral fertility medications<br><br>*\* Does not guarantee approval and must submit non-standard through PBAB process* | |
| Medical Infertility Option #2 | **Standard:** Include infertility injectable drugs and oral fertility drugs at the applicable tier cost-share. | **Standard:** Same as out-of-network plan cost-share. |

## Preventive Drugs

Preventive drug coverage is a standard and key component of a pharmacy plan.  Additionally, PPACA includes a no cost preventive drug coverage requirement.  Cigna's preventive coverage standardly includes seven (7) drug classes: high blood pressure, high cholesterol, diabetes, asthma, osteoporosis, heart attack and stroke, and prenatal nutrient deficiency.

Additionally, there is the option to include three (3) additional drug classes to the preventive benefit:  tobacco cessation (brand medications) , weight loss, and nutrient deficiency.

The standard preventive drug list was determined by reviewing outlined guidance from US Treasury and IRS.  Based on this guidance, Cigna Pharmacy Management and our medical experts selected classes of drugs that are preventive in nature.  We do not recommend that clients modify this list as it may impact HSA qualification. For those plans that are not associated with an HSA, any modification to the preventive drug list requires PBAB approval.

The plan design for preventive drugs typically features a financial incentive to encourage utilization of preventive medications.  Examples include waiver of deductible, as well as a zero cost share for generics at home delivery.

See Fuse ID 11499 for additional information including the preventive drug list.

| Benefit | In Network | Out-of-Network |
|---|---|---|
| Preventive Drug Coverage | **Standard Deductible:** Waive the combined medical / pharmacy deductible or pharmacy-only deductible for preventive drugs in all seven (7) drug classes.<br><br>**Alternative(s) for Deductible:** Waive deductible for three (3) additional drug classes: tobacco cessation, weight loss, and nutrient deficiency<br><br>**Standard Cost-Share:** Apply applicable tier cost-share.<br><br>**Alternative(s) for Cost-Share:**<br>• Waive the generic preventive drug copay (or coinsurance) in addition to waiving the preventive drug deductible for drug classes above.<br>• Waive the generic preventive drug copay (or coinsurance) at home delivery. | **Standard**: If applicable, apply out-of-network cost-share. |

18

CIGNA00142290

**Alternative(s) with PBAB review\*:**
- In addition to waiving the generic cost-share, waive the preferred brand cost share.

*\* Does not guarantee approval and must submit non-standard through PBAB process*

## Compound Drugs

Compounding drugs is the science of combining, mixing, or altering ingredients of a drug to create a medication tailored to the needs of an individual patient. The price of compounded drugs is dictated by the pharmacy which can vary widely. Although compounds may be of value within small subsets of patients, they are not generally the most cost-effective and/or clinically-efficient options available. They do not require FDA approval which means that the FDA does not verify their safety or effectiveness.
See Fuse ID 76690 for additional information.

| Benefit | In Network | Out-of-Network |
|---|---|---|
| **Pre-authorization for Compound Drugs** | **Standard**: Pre-authorization required for any compound medications $200 and over.<br><br>**Alternative(s) with PBAB review\*:**<br>- Decrease or increase pre-authorization threshold.<br>- Exclude coverage for all compounds<br><br>*\* Does not guarantee approval and must submit non-standard through PBAB process* | **Standard**: Same as in-network |

## Growth Hormones

Growth hormones are included as a part of Specialty Pharmacy Management. Through clinical management, the goal is to reduce costs while maintaining the same clinical outcomes and service experience for customers, clients, and doctors. The Home Delivery team contacts both the patient and the doctor to inform them of the preferred medication.

| Benefit | In Network | Out-of-Network |
|---|---|---|
| Growth Hormone Coverage | **Standard:** Included at applicable tier cost-share. | **Standard:** If applicable, apply out-of-network cost-share. |

19

CIGNA00142291

## Cigna Vaccine Program – Coverage through medical plan

Cigna does not offer vaccines to be covered through the pharmacy benefit. However, the Cigna Vaccine program provides clients with vaccine coverage through the medical plan.  Customers receive selected vaccines at our network pharmacies but the claim is paid through the medical plan.

See Fuse ID 34117 for details.

| Benefit | In Network | Out-of-Network |
|---|---|---|
| Vaccine Coverage at Retail Pharmacy | **Standard:** Covered | **Standard:** Not Covered |

## Diabetic Supplies

Diabetic supplies covered under the pharmacy plan include items such as diabetic strips, lancets, swabs and needles. Note that insulin itself is not considered a diabetic supply, as it is a diabetic medication.

| Benefit | In Network | Out-of-Network |
|---|---|---|
| **Diabetic Supplies Coverage** | **Standard:** Diabetic supplies are covered at the applicable tier cost-share. | **Standard:** If applicable, diabetic supplies are covered at the applicable tier cost-share. |
|  | **Alternative(s) with PBAB review\*:** <br>• Cover diabetic supplies generics at $0 cost-share. <br>• Cover diabetic supplies generic and preferred brands at $0 cost-share. <br>\* *Does not guarantee approval and must submit non-standard through PBAB process* |  |

## Injectables

Self-Administered injectable drugs are covered under the PHARMACY plan, including but not limited to drugs used to treat:  Migraine headaches, diabetes, vitamin deficiency, blood clots, anaphylactic reactions, asthma, bone diseases, growth hormones, hepatitis C, multiple sclerosis, arthritis.   These items are typically covered within the standard tiers of the benefit design, or may be covered on a fourth tier either separately or alongside other specialty medications.

Note:  Physician administered injectable drugs are covered under the MEDICAL plan, including but not limited to drugs used to treat: chemotherapy, hemophilia, RSV (respiratory syncytial virus), endocrine & metabolic agents, infertility, immunizations

| Benefit | In-Network | Out-of-Network |
|---|---|---|
| **Self-Administered Injectables** | **Standard**: covered subject to plan cost share, subject to **Standard** quantity limits and pre-authorization where applicable. <br><br>**Alternative with PBAB review**: <br>Cover self-injectables at 4th tier benefit level. | **Standard**: not covered <br><br>**Alternative(s) with PBAB review\*:** <br>Covered at the OON benefit level |

20

CIGNA00142292

# Benefit Buy-Ups

## Tobacco  Cessation

PPACA mandates, as part of the preventive benefits, coverage of over-the-counter (OTC) (generic and brands) and Generic Prescription tobacco cessation medications at no cost sharing, no deductible (in-network pharmacies only). Two 90-day courses of medication therapy provided in a plan year.   Prescription brand medications (i.e., Chantix) will be covered at no cost sharing when the healthcare professional designates OTC or generic prescription products as "medically inappropriate" for the patient.

Note this benefit applies regardless of 'grandfathered' status, due to the low cost (<.01 PEPM across Cigna book of business).

Additionally, while the PPACA provision essentially negates the need for a Tobacco Cessation "buy up", for clients who want to include coverage of brand prescription tobacco cessation medications (e.g. Chantix), the buy up is still available.

| Benefit | In-Network | Out-of-Network |
|---|---|---|
| **Over the Counter (OTC) generic and brand, as well as generic prescription medications.** | **Standard**: 100% (no deductible, no copay or coinsurance).  Two 90-day courses of treatment per plan year | **Standard**: not covered |
| | **Alternative(s):** In addition to above, addition of coverage for brand medications through "buy up" covered at plan cost share. | **Alternative(s):** Covered at OON benefit level |

## Erectile Dysfunction (aka 'Lifestyle' medications)

Self-funded clients have the option to purchase a lifestyle or sexual dysfunction medication therapy buy-up program for an additional cost.  Drugs included in this option are subject to plan deductible and cost share, subject to pre-authorization and **Standard** quantity limits.

Cigna classifies the following drugs (as well as their generic equivalents as applicable) as lifestyle drugs (quantity limits in parentheses):
• Caverject® (six vials)
• Cialis® (eight pills, regardless of strength of Cialis)
• Edex® (six vials, one kit)
• Levitra® (eight pills)
• Muse® (six suppositories)
• Staxyn®(eight pills)
• Stendra® (eight pills)
• Viagra® (eight pills)

21

CIGNA00142293

| Benefit | In-Network | Out-of-Network |
|---|---|---|
| **Erectile Dysfunction medications** | **Standard**: not covered<br><br>**Alternative(s):** Available as a buy up, subject to deductible, plan cost share, **Standard** quantity limits, and **Standard** pre-authorization requirements<br><br>==Alternative (with PBAB approval):== Cover at other than plan cost share (e.g. 100%);   Removal of quantity limits.<br>*\* Does not guarantee approval and must submit non-standard through PBAB process* | **Standard**: not covered<br><br>**Alternative(s):** Cover at OON benefit level |

## Prescription Vitamins

PPACA legislation does mandate the coverage of certain prescription vitamins, as indicated on FUSE **https://cigna-all.custhelp.com/app/answers/detail/a_id/75317**.

Coverage of other prescription vitamins is available is available through a buy-up option.   The prescription vitamins must be FDA approved, and include but are not limited to the following:

| Benefit | In-Network | Out-of-Network |
|---|---|---|
| **Prescription Vitamins (buy up)** | **Standard**: not covered<br><br>**Alternative(s):** Available as a buy up, subject to deductible, plan cost share, **Standard** quantity limits.<br><br>==Alternative(s) with PBAB review\*:== Cover at other than plan cost share (e.g. 100%)<br>*\* Does not guarantee approval and must submit non-standard through PBAB process* | **Standard**: not covered<br><br>**Alternative(s):** Cover at OON benefit level |

## Prescription Diet Drugs

Self-funded clients have the option to purchase a prescription diet drugs buy-up program for an additional cost.  Drugs included in this option are subject to plan deductible and cost share, subject to pre-authorization and **Standard** quantity limits.   The medications that are included in this buy up are as follows (subject to change):

| benzphetamine hcl | Didrex | 50mg | Tablet |
|---|---|---|---|
| phentermine hcl | phentermine hcl | 15mg | Capsule |

CONFIDENTIAL

CIGNA00142294

| phentermine hcl | phentermine hcl | 30mg | Capsule |
|---|---|---|---|
| phentermine hcl | phentermine hcl | 37.5mg | Capsule |
| phentermine hcl | phentermine hcl | 18.75mg | Capsule |
| phentermine hcl | phentermine hcl | 37.5mg | Tablet |
| phentermine hcl | phentermine hcl | 8mg | Tablet |
| phentermine Resin | Ionamin | 15mg | Capsule SA |
| phentermine Resin | Ionamin | 30mg | Capsule SA |
| diethylpropion hcl | Tenuate | 25mg | Tablet |
| diethylpropion hcl | Tenuate Dospan | 75mg | Tablet SA |
| phendimetrazine tartrate | phendiet | 35mg | Capsule |
| phendimetrazine tartrate | Prelu-2 | 105mg | Capsule SA |
| phendimetrazine tartrate | phendimetra-zine tartrate | 35mg | Tablet |
| phentermine hcl | Suprenza ODT | 15mg | Tablet Rapidis |
| phentermine hcl | Suprenza ODT | 30mg | Tablet Rapidis |
| phentermine/topiramate | Qsymia | CPMP 24 HR | 3.75-23 MG |
| phentermine/topiramate | Qsymia | CPMP 24HR | 7.5MG-46MG |
| phentermine/topiramate | Qsymia | CPMP 24HR | 15 MG-92MG |
| phentermine/topiramate | Qsymia | CPMP 24HR | 11.25-69MG |
| lorcaserin hcl | Belviq | 10mg | Tablet |
| nal trexone hcl/bupropion hcle | Contrave ER | 8 MG-90 MG | Tablet ER |
| liraglutide | Saxenda | 3 MG/0.5ML | PEN INJCTR |
| orlistat | Xenical | 120 mg | Capsule |

| Benefit | In-Network | Out-of-Network |
|---|---|---|
| **Prescription Diet Drugs** | **Standard**: not covered<br><br>**Alternative(s):** Available as a buy up, subject to deductible, plan cost share, **Standard** quantity limits, and **Standard** pre-authorization requirements<br><br>==**Alternative(s) with PBAB review\*:**== Cover at other than plan cost share (e.g. 100%);   Removal of quantity limits.<br>*\* Does not guarantee approval and must submit non-standard through PBAB process* | **Standard**: not covered<br><br>**Alternative(s):** Cover at OON benefit level |

23

CIGNA00142295

## Insulin Pens & Cartridges

Pen devices are available either as pre-filled syringes (used and disposed) or as a pen device used with insulin-filled cartridges. The cartridges are purchased as refills.  The length of time the medication in the pen will last depends upon the dosing.

All ASO pharmacy plans will **Standard**ly cover insulin pens and cartridges without a prior authorization.  For all non ASO accounts, end state pharmacy plans generally exclude pens and cartridges (insulin delivery devices) utilized by diabetics as these items are considered convenience items.  However, there are four instances in which we would approve the use of pens and cartridges under the pharmacy benefit due to medical necessity:

- if member is visually impaired;
- if member has dexterity problems;
- for school aged children (up to 18 years) who need to give insulin at school;
- for occupational situations where the adult can't take the needle to work and the pen is acceptable.

However, coverage for non-ASO clients may be available, with ==PBAB approval==, in states where we are filed to provide such coverage.

| Benefit | In-Network | Out-of-Network |
|---|---|---|
| **Insulin Pens & Cartridges** | **Standard**:<br>ASO;  Covered<br>Non-ASO:  Not covered except for medical necessity<br><br>==**Alternative(s) with PBAB review\*:**==<br>For Non-ASO: Subject to deductible, plan cost share.   Will be approved only as state filings permit. | **Standard**: not covered<br><br>**Alternative(s):**<br>ASO:  Cover at OON benefit level<br><br>==**Alternative(s) with PBAB review\*:**==<br>For Non-ASO: Subject to OON benefit level.   Will be approved only as state filings permit. |

## Over- The- Counter (OTC) Medications

Over- the- counter (OTC) medications are **Standard**ly excluded from all plans.   However, some clients choose to offer some level of OTC coverage – some or all drug classes - to encourage use of lower cost medications.   With ==PBAB approval==, this coverage may be offered with the following stipulations:

- **To be covered, the OTC medication must be FDA approved, and accompanied by a valid prescription**
- **Cigna's Drug Price Quote Tool will not price OTC medications.**
- **ePro comments will be required.**

| Benefit | In-Network | Out-of-Network |
|---|---|---|
| **Over The Counter medications** | **Standard**: not covered<br><br>==**Alternative(s) with PBAB review\*:**==<br>Specific or all drug classes of OTC medications covered at plan cost share or other specified cost share.<br>*\* Does not guarantee approval and must submit non-standard through PBAB process* | **Standard**: not covered<br><br>==**Alternative(s) with PBAB review\*:**==<br>Specific or all drug classes of OTC medications covered at Cover at OON benefit level |

24

CIGNA00142296

# Specialty Pharmacy

## Specialty Pharmacy

Specialty Pharmacy refers to drugs that are derived from biotechnology processes or a small molecule.   These drugs treat the underlying disease for very rare and chronic conditions, such as multiple sclerosis, rheumatoid arthritis, hepatitis c, and cancer.   They require special handling and require close supervision when being administered.   The specialty market is growing immensely and the impact of these drugs is substantial.  Specialty medications are the fastest growing component of health plan costs, creating a major concern for all stakeholders. Only 4% of customers take a specialty medication but they drive 24% of total health care costs, so it is a large focus for employers and Pharmacy Benefit Managers, including Cigna Pharmacy Management.

Specialty pharmacy is one of the fastest growing spaces within the marketplace. We deliver total health care by driving affordability for our clients and customers to achieve superior outcomes within each condition and therapeutic area.

We optimize personal and professional productivity for a more powerful and positive impact.
• 3%–4% total utilization management savings under pharmacy and medical
• 30% discount off average wholesale price
• SRx Care Options saved an average of $66k/customer for our specialty customers

For additional information on specialty pharmacy and the support Cigna Pharmacy Management offers to clients and customers, see FUSE 32531.

| Benefit | Recommended Options |
| --- | --- |
| **Specialty Pharmacy program** <br><br> ■■■■■■■■■ | **Standard**: <br> Specialty drugs must be covered. Use of the Specialty prescription drug list is required. <br><br> **Alternative(s)**: <br> n/a |
| **Plan Design** <br><br><br> ■■■■■■■■■ | **Standard**: <br> Cigna recommends clients cover pharmacy-covered Specialty medications within a three-tier pharmacy benefit design. <br><br> For medical benefits, coverage varies by the plan design. <br><br> **Alternative(s)**: <br> We allow, but do not recommend, setting up a fourth tier specialty benefit. Since there are concerns with adherence and affordability within 4th tier designs, the suggested structure for a "4th tier" benefit is a coinsurance with a maximum customer cost share. |
| **Days Supply Limitations** | **Standard**: <br> - 30-Day limit on Oral Oncology & Hep C Specialty Drugs for Home Delivery <br><br> - 90-Day limit on all other Specialty Medications at Home Delivery <br><br> **Alternative(s)**: <br> n/a |

25

CIGNA00142297

| Home Delivery Option | Standard:<br>Exclusive Specialty Pharmacy Home Delivery<br><br>Alternative(s):<br>**Standard** Open Specialty Network with Cigna Specialty Pharmacy Option |
|---|---|
| Utilization Management | Standard:<br>Include **Standard** Prior Authorization Program |

## TheraCare

Targeted condition drug therapy program for customers using specialty injectable medications for a number of chronic conditions.  Objective is to focus on quality health care, improve customer safety and productivity and increase adherence to care guidelines.

Helps customers better understand their condition, medication side effects and importance of adherence. The targeted conditions will address up to 40 percent of total specialty costs. Coordinates with other Cigna health advocacy programs.

(FUSE 16948)

| Benefit | Recommended Options |
|---|---|
| TheraCare program | Standard:<br>TheraCare is included as a part of SRx Management<br><br>Alternative(s):<br>Clients can choose to opt out of TheraCare, however this is not recommended |

## Specialty Pharmacy Carve-Out

Specialty drugs represent some of the fastest-growing drivers of rising costs in a company's benefit program.  Standalone pharmacy benefit managers -- PBMs -- often entice clients with promises of lower costs so they will mandate coverage of healthcare professional-administered benefits through them -- a practice known as "carve out".

While the promise may sound appealing, the reality is that the PBMs are the only ones who win.  When faced with this important coverage decision, clients should be aware of the negative impact carve out has on all stakeholders.

Cigna's position is that the movement of medically-administered Specialty drugs to an external pharmacy benefit manager creates a negative experience for customers and HCPs, and often does not yield significant savings for clients.

(see FUSE 32531)

| Benefit | Recommended Options |
|---|---|
| Carve-Out Protocol | Standard:<br>Cigna recommends clients keep both Medical and Pharmacy Specialty Drugs with Cigna .  All carve out requests will be denied via PBAB..<br><br>Alternative(s):<br>n/a |

26

CIGNA00142298

# Clinical Programs

## Prior Authorization

Cigna's prior authorization program offers broad prescription drug coverage while promoting safe, clinically appropriate drug use.

This programs ensures the appropriate usage of certain medications, as well as supports overall  cost management of as by requiring that certain high-cost medications be reviewed for medical necessity before being dispensed.

| Benefit | Recommended Options |
|---|---|
| **Prior Authorization** | **Standard**:<br>Cigna's recommended **Standard** is to require prior authorization on certain prescription drugs as identified by the Cigna P&T committee.<br><br>**Alternative(s)- PBAB approval required:**<br>Waive PA for certain medications, which will be reviewed on a drug by drug basis with clinical team.<br><br><br>Note:<br>Note that **Standard** quantity limits must remain in place, even if approval is given to remove certain PA requirements. |

## Step Therapy

Step Therapy is a clinical cost management program designed to promote the use of low-cost, therapeutically appropriate medications. For many conditions, several medication options are available and Step Therapy helps an individual and physician choose the most affordable option.

Cigna's Step Therapy program focuses on conditions that traditionally account for a significant percentage of overall drug costs. These conditions include high blood pressure (ACEI / ARB), stomach acid (PPI), high cholesterol (Statins), Hyperactivity Disorder (ADHD), Bone Loss, Depression (SSRI / SNRI), Sleep (Hypnotics), Allergy (Nasal Steroids), Non-Narcotic Pain Relievers (NSAID), Overactive Bladder (OAB), Narcotic Pain Relievers, Mental Health (Atypical Psych), Asthma, and Skin Treatment (TI).

Step Therapy options include: choice of drug classes, the Grace Period, Pay and Educate process, and the level of intervention method (how the "steps" work).

([FUSE 34473](#))

| Benefit | Recommended Options |
|---|---|
| **Step Therapy Drug Classes** | **Standard**:<br>Include step therapy for all 14 standard drug classes.<br><br>**Alternative(s)**:<br>ASO clients only – select a subset of the standard 14 classes for Step Therapy |

27

CIGNA00142299

| | Non-Preferred Brand Lockout - selectively exclude non-preferred brand medications, for any combination of the 14 step therapy drug classes, at the drug class level |
| --- | --- |
| **Grace Period** | **Standard**:<br>60 day grace period<br><br>**Alternative(s):** Grace periods of 30, 60, 90, or 120 days (ASO – only) |
| **Pay and Educate** | **Standard**:<br> Include Pay and Educate Option<br><br>**Alternative(s):**<br>Opt out of Pay and Educate |
| **Level of Intervention (LOI)** | **Standard**:<br>Moderate Level of Intervention<br><br>**Alternative(s) with PBAB approval:**<br>Options:<br>Conservative level of intervention<br>Aggressive level of intervention<br>Non-preferred brand lockout.<br><br>Note:<br>See Fuse 34473 for details on LOI options<br>Requests for ASO clients for conservative LOI require UW approval and projected savings is adjusted (reduced).<br><br>Any level of intervention (LOI) that would apply a step edit against a rebated preferred brand (PB) product needs Pharmaceutical Contracting approval via PBAB. |

## Narcotic Therapy Management Program

This program addresses potential inappropriate utilization of narcotics and other controlled substance, and encourages better management of pain by offering resources including integration with behavioral health, disease management low back pain program, special investigation and pharmacy lock-in.

The program generates an average integrated medical and pharmacy cost savings (excluding inpatient) of $2200 per targeted customer when reviewed using a three-month pre-intervention to a three-month post-intervention window.

**Additional details on this program can be found on FUSE 33433**

| Benefit | Recommended Options |
| --- | --- |
| **Narcotics Therapy Management Program** | **Standard**:<br>The Narcotics Therapy Management is a standard component of all pharmacy programs for clients with Cigna Behavioral Health, pharmacy and medical coverage.<br><br>**Alternative(s):** |

28

CIGNA00142300



| | n/a |
|---|---|
| ■■■■■■■■■■■■■ | |

## Complex Psychiatric Case Management Program

This program addresses the utilization of multiple psychotropic drugs, and / or customers who are seeing a primary care physician rather than a psychiatrist.  The program integrated with Cigna's behavioral intensive care management program.

The program features peer to peer physician consultation by Cigna behavioral psychiatrist.  Customers targeted for intervention through our Complex Psychiatric Case Management program had an average $2,750 lower combined medical and pharmacy costs post intervention versus pre-intervention.

Additional details can be found on FUSE 33448.

| Benefit | Recommended Options |
|---|---|
| **Complex psychiatric case management program**<br><br>■■■■■■■■■■■■ | **Standard:**<br>The complex psychiatric case management program is a standard component of all pharmacy programs for clients who have Cigna Behavioral Advantage and Cigna pharmacy.<br><br>**Alternative(s):**<br>n/a |

## Well Informed – Gaps in Care Program

Our well informed program focuses on adherence issues and other gaps in care for customers with specific chronic conditions where more disciplined medication therapy compliance can result in greater health benefits. The program features coordinated clinical interventions between pharmacists and other health advocacy team customers such as case managers and disease management nurses.

Additional information can be found on FUSE 9673.

| Benefit | Recommended Options |
|---|---|
| **Well Informed program**<br><br>■■■■■■■■■■■■ | **Standard:**<br>Cigna **Standard**ly includes our Well Informed/gaps-in-care program in all pharmacy plans.  Through application of clinical rules to medical and pharmacy data, identified gaps in medication adherence, and addresses those gaps with both customers and health care professionals.<br><br>**Alternative(s):**<br>n/a |

29

CONFIDENTIAL

CIGNA00142301

## CoachRx

The CoachRx program assesses customers' medication adherence barriers and seeks to overcome them and improve medication adherence for major chronic conditions through condition education, text, telephone and e-mail reminders, financial incentives and coaching, based on the individual's choice.

 Additional details can be found on FUSE 33471

| Benefit | Recommended Options |
| --- | --- |
| **CoachRx program** | **Standard**: <br> Cigna recommends including CoachRx in all pharmacy benefit plans. <br><br> **Alternative(s):** <br> Clients can choose to opt out of the CoachRx program, however this is highly discouraged. |

30

CONFIDENTIAL

CIGNA00142302

# Exclusions

## Plan Exclusions

The following items are **Standard**ly excluded from coverage under the pharmacy plan:

- Over-the-counter prescription drugs
- Any drug or medication that is pharmaceutically equivalent (in strength, regardless of form) to an over- the-counter drug or medication other than insulin
- FDA approved prescription drugs used for purposes other than those approved by the FDA unless the drug is recognized for the treatment of the particular indication. (See preceding section regarding Experimental Drugs and Off-Label Use for policy and requirements.)
- Investigational or experimental drugs, or drugs used for non-FDA approved indications
- Disposable/consumable medical supplies, therapeutic devices or appliances
- Any fertility drugs,  or implantable  contraceptive devices ** (See below)
- Immunization agents, biological products for allergy immunizations,  biological sera, blood and blood products
- Any prescription drugs or medications used for treatment of erectile dysfunction (i.e., Viagra, Levitra, Cialis, Caverject, Edex, and Muse.) *
- Any prescription vitamins (other than pre-natal vitamins) *
- Fluoride products *
- Drugs used for cosmetic purposes, such as, drugs to reduce wrinkles, fade cream products, hair loss (i.e., Topical Minoxidil (Rogaine), Propecia, Lac Hydrin, Atopiclair,  etc.)
- Nutritional and dietary supplements
- Anti-obesity drugs, anorexients *
- Brand prescription smoking cessation products*
- Replacement of Prescription Drugs due to loss or theft
- Medications used to enhance athletic performance
- Medications which are to be taken by or administered to a member while the member is a patient in a licensed hospital, skilled nursing facility, rest home or similar institution which operates on it premises or allows to be operated on its premises a facility for dispensing pharmaceuticals
- Drugs consumed at the place given or drugs dispensed by a physician
- Prescriptions more than one year from the original date of issue

Note:  Some exclusions have been made available to customers in the buy-up options.
** Infertility drugs are covered under medical plan (and subject to overall infertility lifetime maximum) if "Medical Infertility Option 2" is selected.  Injectable drugs are covered under the medical plan and oral drugs are covered under pharmacy.
*** All of these, with the exception of the two indicated (Cyanocobalamin and Insulin) have quantity limitations, but no prior authorizations are necessary.

31

CIGNA00142303