# EXHIBIT 16

# EXHIBIT U

Message

| | |
|---|---|
| **From**: | Skarvinko, Claudia G B5PHR [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=CGSKAR] |
| **Sent**: | 5/24/2016 8:19:11 PM |
| **To**: | Furlong, Jean C2SO [Jean.Furlong@Cigna.com]; Jones, Christie C HHHH [Christie.Jones@Cigna.com] |
| **CC**: | Cunningham, Richard C (Rich) B5PHR [Richard.Cunningham@Cigna.com]; Nickerson, Jon (CTR) 584 [Jon.Nickerson@Cigna.com] |
| **Subject**: | RE: Benefit Language IA Presentation |
| **Attachments**: | SO PM Initiated IA Scope Deck 5-26-16.pptx; Summary of language changes for SFT 5_23_16.xlsx; Pharmacy Coverage Document CLEAN COPY.DOC |

Christie and Jean – attached you find the following documents for the IA meeting on 5/26. Rich will be presenting this as I am on PTO (thank you Rich).

- **SO PM Initiated IA Scope Deck** – this is the deck you requested me to update with the scope of our "boilerplate" language changes for SO to estimate.
- **Pharmacy Coverage Document** – this is the actual updated benefit language (ASO exemplar version from Legal). This provides the complete rewrite of the text to support the non-PPR text (and PPR text). While there may be some minor updates to this actual text -- consider this 99% complete -- some words may change (here and there), but you can certainly understand the essence of the changes from this version with annotated comments from Legal.
- **Summary of Language changes (Excel file)** provides guidance to each change made (referenced by page #) and the associated implementation strategy for each change. In column G you can filter on "Phase 1 - Non-PPR change - effective after 8/15/16 Release" to see each change being made that we need your support and cost estimate for. The other categories of implementation are; 1) Phase 1 -- PPR changes (already part of PPR) and 2) future language changes that we are filing with DOI but not implementing – no need to estimate these other 2 categories.

Please let me know if you have questions – I will be in the office for the remainder of this week - Wed morning and Thursday morning (out Friday). Thx.

*Claudia Skarvinko*

Pharmacy Product
Cigna Pharmacy Management
Phone: 860.226.3992, Fax: 860.226.4650
Email: Claudia.Skarvinko@cigna.com
Confidential, unpublished property of Cigna. Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel. (c) Copyright 2016 Cigna.

---

**From:** Furlong, Jean C2SO
**Sent:** Monday, May 23, 2016 6:55 AM
**To:** Skarvinko, Claudia G B5PHR
**Subject:** FW: Benefit Language IA Presentation

Hi Claudia, This is the PPT to be completed and submitted for the Impact Assessment intake meeting (5/26 pending Rich's availability). Any other artifacts that you have can also be submitted. Thanks!

---

**From:** Jones, Christie C HHHH
**Sent:** Friday, May 20, 2016 11:13 PM
**To:** Furlong, Jean C2SO
**Subject:** RE: Benefit Language IA Presentation

Here you go!

Have a great weekend!

**EXHIBIT 109**

CONFIDENTIAL                    CIGNA07722981

Christie Jones
Service Operations Project Governance
860-902-6453

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2016 Cigna.*

---

**From:** Furlong, Jean C2SO
**Sent:** Friday, May 20, 2016 5:00 PM
**To:** Jones, Christie C HHHH
**Subject:** Benefit Language IA Presentation

Hi Christie
Let's target the 5/26 meeting.  Can you send me the IA template so that I can have them complete it and return?


Project Name:  Benefit Language
BPMS #: 14903
Duration: 30 mins
Presenter:  Rich Cunningham
We're checking with Rich right now to find the open 30 min slot on his calendar.

Thanks



**Jean D Furlong, PMP**
Service Operations PMO | Portfolio Delivery | Rx & Dental Portfolio 860-226-3726  |  jean.furlong@cigna.com
Confidential, unpublished property of Cigna.  Do not duplicate or distribute.  Use and distribution limited solely to authorized personnel @2016 Cigna.

This document produced in native file format only

CONFIDENTIAL
CIGNA07722983



Program Name: Benefit Language Update
BPMS ID/Clarity ID: 14903
Business Area: Cigna Pharmacy Management
Slide Title: Scope

| | |
|---|---|
| **Business Problem / Opportunity** | A comprehensive end-to-end review, update and refiling of pharmacy benefit language has not been conducted since 2010. Lack of updated benefit plan language (a.k.a. "boilerplate language") impacts CPM's ability to implement and administer plan designs that grow our business (for ASO and insured clients). Identified areas of gapped language that will be re-written and supplied to customers in their plan booklets/certificates include [but is not limited to]; non-covered vs. |
| **Value Proposition** | Enhanced boilerplate benefit plan language must accurately describe how; 1) Cigna creates and manages pharmacy benefits for clients, 2) how Cigna manages drugs covered under Medical benefits, 3) how Cigna administers claims 4) how Cigna manages our medically necessary administrative policy, and 5) where customers may look (e.g. myCigna.com) to understand changes in drug coverage that supports their plan. In doing so, the result will be the ability to grow our business for both medical and pharmacy products. |

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

2



Program Name Benefit Language Update
BPMS ID/Clarity ID:14903
Business Area: Cigna Pharmacy Management
Slide Title: Scope



| Project Risks / Constraints | If we do not implement this new language, then CPM may experience legal, regulatory, client and customer risks due to inconsistencies between plan language and how we administer UM protocols. |



Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

4