# EXHIBIT 17

# EXHIBIT V

| | |
|---|---|
| From: | Orahood, Terri L     HHHH |
| Sent: | Thursday, July 7, 2011 7:29:39 PM |
| To: | Burns-McAvoy, Julie M     B5PHR; Hedman, Douglas S (Doug)     B5PHR; Claunch, Robin D     HHHH; Miramontes, Mary Beth     C8CDS; Ford, Dawn     1280; Atkinson, Victoria L     B5PHR; Cohen, Joseph D (Joe)     B5PHR; Selvidge, Cary B     HHHH; Ramsey, Bill; Smith, Trinity     584; Healey, Beth A     584; Martin, Charlotte R     584; Wedde, Sheryl R     599; Payeur, Mary K     584; Whitnah, Daniel R     584; Stevens, Kathleen R (Kathy)     584; Skowronek Jr, Edmund J     B6LPA |
| CC: | Burton, Derek     B5PHR; Priya, Siddharth (Sid)     1275; Mickle, Maeve E     1275; Jamarowicz, Tracy     1275; Federgreen, Jenna B     1280; Manivasagam, Karthikeyan     1280; Miller, Nanci     1275; Norrell, Kathy S     474 |
| Subject: | RE: Review Impacts of Copay G Standardization Project Follow Up |
| Attachments: | Argus Default Logic.doc |

Julie,
The folks from Service Operations were able to meet this morning, so I wanted to supply our impact and timing

### IMPACTS
From a State Filing perspective Karen M will need to chart the copay G logic language for ASO (SPDs and AC Riders)

Per Kathy Norrell, DST will need to change the current instruction to bring in the language for plans with the copay G on a non standard basis, to always include it for ASO clients (current language listed below) as of a certain effective date
**[Add text below for ASO plans with a copay with copay G ]**
   In no event will the Copayment for the Prescription Drug or Related Supply exceed the amount paid by the plan to the Pharmacy, or the Pharmacy's Usual and Customary (U&C) charge. Usual & Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts that Pharmacy usually applies to its customers regardless of the customer's payment source.

Per Mary Beth, once the charting is complete and the instructions are changed in DST it will be business as usual for contracts
- Renewals with no changes - Annual Compliance Rider would include the Copay G language
- Renewals with changes that would not trigger a new booklet- Annual Compliance Rider would include the Copay G language
- Renewal with major changes or renewals for plans that have not had a new booklet in 3yrs- SPD would be issued that includes the Copay G language

ePro would not need to capture the Copay G information since this would be the standard

### Timing
We feel very strongly that there needs to be Sales and Client communication on this change.  This change will be very visable to our clients since the language will either be in the SPD or the Annual Compliance Rider.  Since Natl ASO accounts are already well into their renewal process for 1-1-2012 we cannot support this for new and renewing business but we do feel we could support for new and renewing business 3-1-2012 and beyond but would be reliant on some of the outstanding items below being solved.

### Outstanding

- Need to have an exception process
- There absolutely needs to be Sales and Client communication as this change will be very visable since it must be documented in their SPD or Annual Compliance Rider
- Also would like to have Julie walk thru the logic grid that she shared on 6-30 (attached below)
- Existing accounts with the Copay G as a non standard based on information loaded in the comments section, can Argus code for this so that ePro clean up is not required?

*Terri Orahood*
*CAT/EPS Project Team*
*614-793-8490 (Home office)*

EXHIBIT
113

CONFIDENTIAL                                                                                                                                       CIGNA00050308

| | |
|---|---|
| **From:** | Burns-McAvoy, Julie M     B5PHR |
| **Sent:** | Thursday, June 30, 2011 10:07 AM |
| **To:** | Burns-McAvoy, Julie M     B5PHR; Hedman, Douglas S (Doug)     B5PHR; Claunch, Robin D     HHHH; Miramontes, Mary Beth     C8CDS; Ford, Dawn     1280; Orahood, Terri L     HHHH; Atkinson, Victoria L     B5PHR; Cohen, Joseph D (Joe)     B5PHR; Selvidge, Cary B     HHHH; Ramsey, Bill; Smith, Trinity     584; Healey, Beth A     584; Martin, Charlotte R     584; Wedde, Sheryl R     599; Payeur, Mary K     584; Whitnah, Daniel R     584; Stevens, Kathleen R (Kathy)     584; Skowronek Jr, Edmund J     B6LPA |
| **Cc:** | Burton, Derek     B5PHR; Priya, Siddharth (Sid)     1275; Mickle, Maeve E     1275; Jamarowicz, Tracy     1275; Federgreen, Jenna B     1280; Manivasagam, Karthikeyan     1280; Miller, Nanci     1275; Norrell, Kathy S     474 |
| **Subject:** | Review Impacts of Copay G Standardization Project Follow Up |

I would like to thank all of you who attended the meeting yesterday.  As promised I've attached a document that outlines the logic flow Argus will be applying.

<< File: Argus Default Logic.doc >>
I am also attaching the replay information for those of you who were unable to attend the meeting.

<< Message: Replay confirmation:  74250000 >>
Once I have the answers to the open questions I will forward them to the group.  In the meantime, please assess impacts to your area with regards to scope, size, and timing and provide me with your feedback by Monday, July 11th.  Thank you again for your support.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
CIGNA Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee.  Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized.  If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator.  Confidential, unpublished property of CIGNA.  Do not duplicate or distribute.  Use and distribution limited solely to authorized personnel. - © Copyright 2011 CIGNA.

| | |
|---|---|
| **From:** | Burns-McAvoy, Julie M     B5PHR |
| **Sent:** | Friday, June 24, 2011 8:23 AM |
| **To:** | Burns-McAvoy, Julie M     B5PHR; Hedman, Douglas S (Doug)     B5PHR; Claunch, Robin D     HHHH; Miramontes, Mary Beth     C8CDS; Ford, Dawn     1280; Orahood, Terri L     HHHH; Atkinson, Victoria L     B5PHR; Cohen, Joseph D (Joe)     B5PHR; Selvidge, Cary B     HHHH; Ramsey, Bill; Smith, Trinity     584; Healey, Beth A     584; Martin, Charlotte R     584; Wedde, Sheryl R     599; Payeur, Mary K     584; Whitnah, Daniel R     584; Stevens, Kathleen R (Kathy)     584; Skowronek Jr, Edmund J     B6LPA |
| **Cc:** | Burton, Derek     B5PHR; Priya, Siddharth (Sid)     1275; Mickle, Maeve E     1275; Jamarowicz, Tracy     1275; Federgreen, Jenna B     1280; Manivasagam, Karthikeyan     1280; Miller, Nanci     1275; Norrell, Kathy S     474 |
| **Subject:** | Review Impacts of Copay G Standardization Project |
| **When:** | Wednesday, June 29, 2011 3:00 PM-4:00 PM (GMT-05:00) Eastern Time (US & Canada). |
| **Where:** | Conference Number 866-731-3110 Passcode 487387 |

We would like to assess the impacts of the proposed Copay G Standardization project on your area.  Attached are the materials we will review.

<< File: CSR-Scope and Assessment Request Argus Approach.doc >>