# EXHIBIT 18

# EXHIBIT W

| | |
|---|---|
| **From:** | Jaster, Judy     HHHH |
| **Sent:** | Wednesday, August 15, 2012 6:30:52 PM |
| **To:** | Burns-McAvoy, Julie M     B5PHR; Smith, Trinity     584 |
| **CC:** | Skowronek Jr, Edmund J     B6LPA; Payeur, Mary K     584; Cohen, Joseph D (Joe)     B5PHR; Jaster, Judy     HHHH |
| **Subject:** | RE: Facets ASO book - 'Copay G' wording |

Julie,

The language you reference below was provided to us with instructions for it to be included in the Booklet.  **Redacted – Privileged**  **Redacted – Privileged**  I'm just trying to confirm whether or not there are any changes to the Administrative Services Contract for Copay G.

Thank you for clarifying.

*Judy Jaster*
Issue Systems - Contracts
Customer Architecture Process Improvement
303-838-4056
judy.jaster@cigna.com

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2012 Cigna.*

---

| | |
|---|---|
| **From:** | Burns-McAvoy, Julie M     B5PHR |
| **Sent:** | Wednesday, August 15, 2012 11:20 AM |
| **To:** | Jaster, Judy     HHHH; Smith, Trinity     584 |
| **Cc:** | Skowronek Jr, Edmund J     B6LPA; Payeur, Mary K     584; Cohen, Joseph D (Joe)     B5PHR |
| **Subject:** | RE: Facets ASO book - 'Copay G' wording |

Hello Everyone,

This information is not new.  As a result of the language in the pharmacy contracts, Cigna has been required to include Copay G language in all employer contracts when a client is to use Copay G.  The Copay G project just reinforced this practice.  ASO accounts will begin to automatically use Copay G as of 9/1/12.  Accounts will flip from Copay K to Copay G upon their renewal date.  All new and renewing ASO accounts being set up for 9/1/12 or greater should contain the Copay G language.  It was my understanding that the Contract System implementation had occurred on 6/20/12.  Mary Payeur should be able to provide more insight with regards to the work that has been done for your audience.  Below is the language that was agreed to be included in the contracts.

In no event will the Copayment for the Prescription Drug or Related Supply exceed the amount paid by the plan to the Pharmacy, or the Pharmacy's Usual and Customary (U&C) charge. Usual & Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts that Pharmacy usually applies to its customers regardless of the customer's payment source.

Please contact me if you have any questions.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee.  Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized.  If you are not the intended recipient, please notify us immediately by returning the e-mail to the

originator.  Confidential, unpublished property of Cigna.  Do not duplicate or distribute.  Use and distribution limited solely to authorized personnel. - © Copyright 2012 Cigna.

| | |
|---|---|
| **From:** | Jaster, Judy       HHHH |
| **Sent:** | Wednesday, August 15, 2012 12:16 PM |
| **To:** | Burns-McAvoy, Julie M      B5PHR; Smith, Trinity     584 |
| **Cc:** | Skowronek Jr, Edmund J      B6LPA; Payeur, Mary K      584; Jaster, Judy      HHHH |
| **Subject:** | FW: Facets ASO book - 'Copay G'  wording |

Hi Julie and Trinity,

It sounds like this implementation will require a revision to the contracts?  I don't believe we've received any wording for it.  If you have sent it, will you please resend?

Thank you,

*Judy Jaster*
Issue Systems - Contracts
Customer Architecture Process Improvement
303-838-4056
judy.jaster@cigna.com

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2012 Cigna.*

| | |
|---|---|
| **From:** | Stevens, Kathleen R (Kathy)      584 |
| **Sent:** | Tuesday, August 09, 2011 8:37 AM |
| **To:** | Payeur, Mary K      584; Scott, Alice R      584; Burns-McAvoy, Julie M      B5PHR; ia_book_team |
| **Cc:** | Skowronek Jr, Edmund J      B6LPA; compliance_ia_requests |
| **Subject:** | Facets ASO book - 'Copay G'  wording |

# Redacted – Privileged

CONFIDENTIAL                                                                                                                                   CIGNA00388461

CONFIDENTIAL  CIGNA00388462