# EXHIBIT 19

# EXHIBIT X

*ASO CA OPT-OUT: Include page if out-of-network RX coverage is included, and use specific text below.*

### PRESCRIPTION DRUG BENEFITS

**Your Payments**

Coverage for Prescription Drugs and Related Supplies purchased at a Pharmacy is subject to the Copayment or Coinsurance shown in the Schedule, after you have satisfied your Prescription Drug Deductible, if applicable. Please refer to the Schedule for any required Copayments, Coinsurance, Deductibles or Maximums if applicable.

*ASO: Add w/copay plan.*

When a treatment regimen contains more than one type of Prescription Drugs which are packaged together for your, or your Dependent's convenience, a Copayment will apply to each Prescription Drug.

*ASO: Remove text for coinsurance or copay plans without Copay G claim logic.*

*Q-Document (Seton OOA):   Use text below.*

In no event will the Copayment or Coinsurance for the Prescription Drug or Related Supply exceed the amount paid by the plan to the Pharmacy or the Pharmacy's Usual and Customary (U&C) charge. Usual & Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts that Pharmacy usually applies to its customers, regardless of the customer's payment source.

*ASO:CA OPT-OUT: Use text below.*

Coverage for Prescription Drugs and Related Supplies purchased at a Pharmacy is subject to the Copayment or Coinsurance shown in the Schedule, after you have satisfied your Prescription Drug Deductible, if applicable. Please refer to the Schedule for any required Copayments, Coinsurance, Deductibles or Maximums if applicable.

HC-PHR3

04-10
V4

EXHIBIT
122