# EXHIBIT 20

# EXHIBIT Y

| eCharting Checklist: | 2016-8-84 RX PPR and COC ASO |
|---|---|
| Release Date: | August 15, 2016 |

**EXHIBIT 121**

CONFIDENTIAL

CIGNA07715760



e-Charting Checklist – {2016-8-84 RX PPR and COC ASO }        **[ PAGE ]**        Revised [ DATE \@ "MM/dd/yyyy" ] [ TIME \@ "h:mm am/pm" ]

CONFIDENTIAL

CIGNA07715761

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| CGLIC CB Section System Document Name | CGLIC CB Page | New Page Code | Replaces Page Code or Source Page Used | New or Revised Endnote(s), if applicable | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| CHLIC Charting Tool Section Name | CHLIC Charting Tool Sub-section Name | New Form Code | Replaces Form Code or Source Form Used | Using State (from CHLIC Charting Tool) | ET for CHLIC Yes means there is currently ET text on page – whether or not change occurred in this folder. | AC Rider Impact |

CONFIDENTIAL

CIGNA07715762

| | | | | | | |
|---|---|---|---|---|---|---|
| 29- Covered Expenses- Rx ~~Under the Medical Product~~ | ~~01 – All medical plan t ypes (non-standard- not coded)~~ | N/A | ~~HC-COV16V1~~ | | N/A | N/A |
| 29- Covered Expenses- Rx Under the Medical Product | 02 – All medical plan types (standard) | HC-COV526 | N/A | In the Tool, changed using state from 'ASO' for all states that showed 'ASO'. KStevens. | N/A | N/A |
| 31-Pharmacy Schedule | 02-Use DST Standard RX Schedule including CA opt out | | | | N/A | N/A |
| 32 –Pharmacy - Covered Expenses | 01-     Cigna Rx/Rx+_and all Facets | HC-PHR136 | HC-PHR1V7 | In the Tool, changed using state from 'ASO' for all states that showed 'ASO'. KStevens. | N/A | N/A |
| 34 –Pharmacy – Your Payments | 01-     Cigna Rx/Rx+_and all Facets | HC-PHR138 | HC-PHR3V4 | In the Tool, removed 'ASO' as using state for RI. KStevens. | N/A | N/A |

CONFIDENTIAL

CIGNA07715763



CONFIDENTIAL

CIGNA07715764

| 50 - Definitions | Prescription Drug Charge | HC-DFS853 | N/A | | N/A | N/A | |

CONFIDENTIAL

CIGNA07715765



CONFIDENTIAL

CIGNA07715766



CONFIDENTIAL

CIGNA07715767



CONFIDENTIAL                                                                                                                    CIGNA07715768



CONFIDENTIAL

CIGNA07715769



CONFIDENTIAL

CIGNA07715770



CONFIDENTIAL

CIGNA07715771



CONFIDENTIAL



e-Charting Checklist – {2016-8-84 RX PPR and COC ASO }          [ PAGE ]                    Revised [ DATE \@ "MM/dd/yyyy" ] [ TIME \@ "h:mm am/pm" ]

CONFIDENTIAL

CIGNA07715773



e-Charting Checklist – {2016-8-84 RX PPR and COC ASO }    [ PAGE ]    Revised [ DATE \@ "MM/dd/yyyy" ] [ TIME \@ "h:mm am/pm" ]

CONFIDENTIAL

CIGNA07715774



CONFIDENTIAL

CIGNA07715775



e-Charting Checklist – {2016-8-84 RX PPR and COC ASO }          [ PAGE ]          Revised [ DATE \@ "MM/dd/yyyy" ] [ TIME \@ "h:mm am/pm" ]

CONFIDENTIAL                                                                                                 CIGNA07715776



CONFIDENTIAL

CIGNA07715777



CONFIDENTIAL

CIGNA07715778



CONFIDENTIAL

CIGNA07715779



e-Charting Checklist – {2016-8-84 RX PPR and COC ASO }          [ PAGE ]          Revised [ DATE \@ "MM/dd/yyyy" ] [ TIME \@ "h:mm am/pm" ]

CONFIDENTIAL                                                                                           CIGNA07715780



CONFIDENTIAL

CIGNA07715781



e-Charting Checklist – {2016-8-84 RX PPR and COC ASO }          [ PAGE ]          Revised [ DATE \@ "MM/dd/yyyy" ] [ TIME \@ "h:mm am/pm" ]

CONFIDENTIAL

CIGNA07715782



e-Charting Checklist – {2016-8-84 RX PPR and COC ASO }          [ PAGE ]          Revised [ DATE \@ "MM/dd/yyyy" ] [ TIME \@ "h:mm am/pm" ]

CONFIDENTIAL



CONFIDENTIAL

CIGNA07715784



CONFIDENTIAL

CIGNA07715785



CONFIDENTIAL

CIGNA07715786



CONFIDENTIAL

CIGNA07715787



e-Charting Checklist – {2016-8-84 RX PPR and COC ASO }          [ PAGE ]                    Revised [ DATE \@ "MM/dd/yyyy" ] [ TIME \@ "h:mm am/pm" ]

CONFIDENTIAL          CIGNA07715788



CONFIDENTIAL

CIGNA07715789



e-Charting Checklist – {2016-8-84 RX PPR and COC ASO }          [ PAGE ]          Revised [ DATE \@ "MM/dd/yyyy" ] [ TIME \@ "h:mm am/pm" ]

CONFIDENTIAL                                                                                    CIGNA07715790



CONFIDENTIAL

CIGNA07715791



CONFIDENTIAL

CIGNA07715792



CONFIDENTIAL

CIGNA07715793



CONFIDENTIAL

CIGNA07715794



CONFIDENTIAL

CIGNA07715795



CONFIDENTIAL

CIGNA07715796



e-Charting Checklist – {2016-8-84 RX PPR and COC ASO }          [ PAGE ]          Revised [ DATE \@ "MM/dd/yyyy" ] [ TIME \@ "h:mm am/pm" ]

CONFIDENTIAL

CIGNA07715797



CONFIDENTIAL

CIGNA07715798