# EXHIBIT 21

# EXHIBIT Z

This document produced in native format only

Historical Med wRx.xls

CONFIDENTIAL

Historical Med wRx v2

| State | Code | Effective Date | DST Release Date | ET | Section | Product |
|-------|------|----------------|------------------|-----|---------|---------|
| AK | HC-PHR3V1 | 7/1/2011 | 5/23/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V4 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR205 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |

Historical Med wRx v2

| | | | | | | |
|---|---|---|---|---|---|---|
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR231 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR138 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AL | HC-PHR3V1 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AL | HC-PHR3V2 | 7/1/2011 | 7/18/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AL | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AL | HC-PHR138 | 1/1/2017 | 8/21/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AL | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| AL | HC-PHR138 | 9/1/2018 | 5/21/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AR | HC-PHR3V1 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AR | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AR | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AR | HC-PHR205 | 2/10/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ASO | HC-PHR3V1 | 1/1/2011 | 1/10/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ASO | HC-PHR3V2 | 1/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ASO | HC-PHR138 | 1/1/2017 | 8/15/2016 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ASO | HC-PHR3V4 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ASO | HC-PHR138 | 1/1/2017 | 1/23/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ASO | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AZ | HC-PHR3V1 | 7/1/2011 | 3/21/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AZ | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AZ | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AZ | Use same code as for ASO | 7/1/2011 | 3/21/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AZ | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AZ | HC-PHR138 | 1/1/2017 | 4/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AZ | HC-PHR138 | 1/1/2017 | 4/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| AZ | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| CA | HC-PHR3V2 | 7/1/2012 | 8/20/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| CA | HC-PHR3V7 | 5/21/2018 | 5/21/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| CO | HC-PHR3V1 | 7/1/2011 | 3/21/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| CO | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| CO | Use same code as for ASO | 7/1/2011 | 3/21/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| CO | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| CO | HC-PHR138 | 1/1/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |

Historical Med wRx v2

| CO | HC-PHR138 | 6/19/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
|----|-----------|-----------|-----------|-------|-------------------------------|---------|
| CO | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| CO | HC-PHR138 | 9/1/2018 | 5/21/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| CT | HC-PHR3V2 | 7/1/2011 | 11/14/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| CT | HC-PHR138 | 4/7/2017 | 8/21/2017 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| CT | HC-PHR153 | 1/1/2017 | 6/12/2017 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| CT | HC-PHR153 | 4/7/2017 | 6/12/2017 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| CT | HC-PHR138 | 4/7/2017 | 8/21/2017 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| CT | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| CT | HC-PHR153 | 4/7/2017 | 8/21/2017 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| CT | HC-PHR138 | 4/7/2017 | 8/21/2017 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| DC | HC-PHR3V1 | 7/1/2011 | 3/21/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DC | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DC | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DC | Use same code as for ASO | 7/1/2011 | 3/21/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DC | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DC | HC-PHR138 | 1/1/2017 | 2/20/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DC | HC-PHR138 | 1/1/2017 | 2/20/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DC | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| DC | HC-PHR138 | 9/1/2018 | 5/21/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DC | HC-PHR251 | 3/6/2018 | 6/11/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DE | HC-PHR3V2 | 7/1/2011 | 8/15/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DE | HC-PHR3V2 | 7/1/2011 | 8/15/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DE | HC-PHR3V2 | 7/1/2011 | 8/15/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DE | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DE | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DE | HC-PHR138 | 2/22/2017 | 6/12/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DE | HC-PHR138 | 2/22/2017 | 6/12/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DE | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| DE | HC-PHR138 | 9/1/2018 | 5/21/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| DE | HC-PHR251 | 3/12/2018 | 6/11/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| FL | HC-PHR3V2 | 7/1/2011 | 10/17/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| FL | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| FL | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| FL | HC-PHR138 | 1/1/2017 | 3/13/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| FL | HC-PHR138 | 1/1/2017 | 3/13/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| FL | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| GA | HC-PHR3V2 | 7/1/2011 | 2/20/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| GA | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| GA | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| GA | HC-PHR138 | 1/1/2017 | 4/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| GA | HC-PHR138 | 1/1/2017 | 4/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |

Historical Med wRx v2

| GA | HC-PHR138 | 7/1/2017 | 8/21/2017 | TRUE | 34 - Pharmacy - Your Payments | Medical |
|----|-----------|----------|-----------|------|-------------------------------|---------|
| HI | HC-PHR3V2 | 7/1/2011 | 11/14/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IA | HC-PHR3V1 | 7/1/2011 | 5/23/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IA | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IA | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IA | HC-PHR138 | 1/13/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IA | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| IA | HC-PHR138 | 9/1/2018 | 5/21/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ID | HC-PHR3V2 | 7/1/2011 | 12/19/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ID | HC-PHR138 | 1/1/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ID | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ID | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| ID | HC-PHR3V2 | 7/1/2011 | 12/19/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ID | HC-PHR138 | 1/1/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ID | HC-PHR138 | 3/27/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ID | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| ID | HC-PHR138 | 9/1/2018 | 5/21/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IL | HC-PHR3V2 | 2/1/2012 | 5/21/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IL | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IL | HC-PHR138 | 4/4/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IL | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| IN | HC-PHR3V2 | 7/1/2011 | 10/17/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IN | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IN | HC-PHR138 | 1/26/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| IN | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| IN | HC-PHR138 | 9/1/2018 | 5/21/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| KS | HC-PHR3V2 | 7/1/2011 | 9/19/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| KS | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| KS | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| KS | HC-PHR138 | 10/17/2017 | 2/19/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| KS | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| KY | HC-PHR3V2 | 1/1/2012 | 3/19/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| KY | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| KY | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| KY | HC-PHR138 | 1/1/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| KY | HC-PHR157V1 | 1/1/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| KY | HC-PHR157V1 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| LA | HC-PHR138 | 1/1/2017 | 5/22/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| LA | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| LA | HC-PHR138 | 1/1/2017 | 7/10/2017 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| LA | HC-PHR138 | 1/1/2017 | 5/22/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| LA | HC-PHR3V2 | 7/1/2012 | 7/16/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |

Historical Med wRx v2

| | | | | | | |
|---|---|---|---|---|---|---|
| MA | HC-PHR3V2 | 7/1/2011 | 11/14/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MA | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MA | HC-PHR138 | 1/1/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MD | HC-PHR15V1 | 1/1/2012 | 3/19/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MD | HC-PHR138 | 8/30/2017 | 3/19/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MD | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| MD | HC-PHR15V1 | 1/1/2012 | 3/19/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MD | HC-PHR138 | 8/30/2017 | 3/19/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MD | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| ME | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ME | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ME | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ME | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ME | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ME | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| MI | HC-PHR3V2 | 7/1/2011 | 12/19/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MI | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MI | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MI | HC-PHR138 | 1/26/2017 | 5/22/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MI | HC-PHR138 | 1/26/2017 | 5/22/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MI | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| MN | HC-PHR3V2 | 7/1/2011 | 11/14/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MN | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MN | HC-PHR231 | 8/3/2017 | 10/23/2017 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| MO | HC-PHR138 | 5/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MO | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MO | HC-PHR138 | 5/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MO | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| MS | HC-PHR3V1 | 7/1/2011 | 5/23/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MS | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MS | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MS | HC-PHR138 | 3/9/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| MS | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| NC | HC-PHR3V1 | 7/1/2011 | 5/23/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NC | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NC | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NC | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NC | HC-PHR138 | 2/28/2017 | 6/12/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NC | HC-PHR138 | 7/10/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NC | HC-PHR138 | 2/28/2017 | 6/12/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NC | HC-PHR138 | 10/1/2017 | 11/13/2017 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| ND | HC-PHR3V2 | 9/1/2011 | 7/16/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |

Historical Med wRx v2

| | | | | | | |
|---|---|---|---|---|---|---|
| ND | HC-PHR138 | 2/3/2017 | 8/14/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ND | HC-PHR138 | 2/3/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| ND | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| NE | HC-PHR3V1 | 7/1/2011 | 4/18/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NE | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NE | Use same code as for ASO | 7/1/2011 | 4/18/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NE | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NE | HC-PHR138 | 1/9/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NE | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| NJ | HC-PHR18V1 | 7/1/2011 | 5/23/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NJ | HC-PHR138 | 1/1/2018 | 4/16/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NJ | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| NJ | HC-PHR138 | 12/11/2017 | 4/16/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| NM | HC-PHR3V2 | 7/1/2011 | 1/23/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NM | HC-PHR3V2 | 7/1/2011 | 1/23/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NM | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NV | HC-PHR3V2 | 7/1/2011 | 7/18/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NV | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NV | HC-PHR138 | 7/26/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| NV | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| OH | HC-PHR138 | 4/10/2017 | 8/21/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OH | HC-PHR138 | 5/1/2017 | 8/21/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OH | HC-PHR138 | 4/10/2017 | 8/21/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OH | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| OH | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| OK | HC-PHR3V2 | 7/1/2011 | 12/19/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OK | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OK | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OK | HC-PHR138 | 1/1/2017 | 2/20/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OK | HC-PHR138 | 9/1/2018 | 5/21/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OK | HC-PHR138 | 1/1/2017 | 2/20/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OK | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| OR | HC-PHR3V2 | 7/1/2011 | 10/17/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OR | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OR | HC-PHR138 | 11/15/2017 | 4/16/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| OR | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| PA | HC-PHR3V2 | 7/1/2011 | 1/23/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| PA | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| PA | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| PA | HC-PHR138 | 1/1/2017 | 4/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| PA | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| PA | HC-PHR138 | 1/1/2017 | 4/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |

Historical Med wRx v2

| PA | HC-PHR138 | 1/1/2018 | 4/16/2018 | FALSE | 34 - Pharmacy - Your Payments | Medical |
|----|-----------|----------|-----------|-------|-------------------------------|---------|
| PA | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| PA | HC-PHR138 | 1/1/2017 | 4/10/2017 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| PA | HC-PHR138 | 1/1/2017 | 4/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| PR | HC-PHR3V2 | 3/17/2014 | 3/17/2014 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| RI | HC-PHR3V4 | 1/1/2017 | 8/15/2016 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| RI | HC-PHR138 | 1/5/2017 | 5/22/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| RI | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| RI | HC-PHR3V4 | 2/1/2014 | 5/19/2014 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| RI | HC-PHR138 | 1/5/2017 | 5/22/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| RI | HC-PHR138 | 1/5/2017 | 5/22/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| RI | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| SC | HC-PHR3V1 | 7/1/2011 | 4/18/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SC | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SC | Use same code as for ASO | 7/1/2011 | 4/18/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SC | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SC | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SC | HC-PHR138 | 2/24/2017 | 6/12/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SC | HC-PHR138 | 2/24/2017 | 6/12/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SC | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| SD | HC-PHR3V1 | 7/1/2011 | 4/18/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SD | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SD | Use same code as for ASO | 7/1/2011 | 4/18/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SD | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SD | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SD | HC-PHR138 | 1/24/2017 | 9/18/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| SD | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| TN | HC-PHR3V2 | 7/1/2011 | 9/19/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| TN | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| TN | HC-PHR138 | 11/15/2017 | 4/16/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| TN | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |
| TX | HC-PHR3V2 | 1/1/2012 | 2/20/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| TX | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| TX | HC-PHR138 | 6/6/2017 | 8/14/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| UT | HC-PHR3V1 | 7/1/2011 | 3/21/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| UT | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| UT | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| UT | HC-PHR138 | 4/10/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| UT | HC-PHR138 | 4/10/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| UT | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| UT | HC-PHR138 | 1/1/2017 | 7/10/2017 | FALSE | 34 - Pharmacy - Your Payments | Medical |
| UT | Use same code as for ASO | 7/1/2011 | 3/21/2011 | FALSE | 34 - Pharmacy - Your Payments | Medical |

Historical Med wRx v2

| | | | | | |
|---|---|---|---|---|---|
| UT | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE34 - Pharmacy - Your Payments | Medical |
| UT | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| UT | HC-PHR138 | 4/10/2017 | 7/10/2017 | FALSE34 - Pharmacy - Your Payments | Medical |
| UT | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE34 - Pharmacy - Your Payments | Medical |
| VA | HC-PHR3V2 | 3/1/2012 | 4/16/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| VA | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| VI | HC-PHR3V2 | 9/1/2011 | 2/20/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| VI | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| VI | HC-PHR138 | 1/1/2017 | 9/18/2017 | FALSE34 - Pharmacy - Your Payments | Medical |
| VI | HC-PHR138 | 5/3/2017 | 9/18/2017 | FALSE34 - Pharmacy - Your Payments | Medical |
| VI | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE34 - Pharmacy - Your Payments | Medical |
| VT | HC-PHR3V2 | 1/1/2012 | 4/16/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| VT | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| VT | HC-PHR138 | 1/1/2017 | 9/18/2017 | FALSE34 - Pharmacy - Your Payments | Medical |
| VT | HC-PHR3V2 | 1/1/2012 | 4/16/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| VT | HC-PHR138 | 5/1/2017 | 9/18/2017 | FALSE34 - Pharmacy - Your Payments | Medical |
| VT | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE34 - Pharmacy - Your Payments | Medical |
| VT | HC-PHR3V2 | 1/1/2012 | 4/16/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| VT | HC-PHR138 | 5/21/2018 | 5/21/2018 | TRUE34 - Pharmacy - Your Payments | Medical |
| VT | HC-PHR138 | 5/18/2017 | 9/18/2017 | FALSE34 - Pharmacy - Your Payments | Medical |
| VT | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE34 - Pharmacy - Your Payments | Medical |
| WA | HC-PHR3V2 | 10/1/2016 | 9/12/2016 | FALSE34 - Pharmacy - Your Payments | Medical |
| WA | HC-PHR138 | 1/1/2018 | 3/19/2018 | FALSE34 - Pharmacy - Your Payments | Medical |
| WA | HC-PHR138 | 1/1/2018 | 3/19/2018 | FALSE34 - Pharmacy - Your Payments | Medical |
| WA | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE34 - Pharmacy - Your Payments | Medical |
| WI | HC-PHR3V1 | 7/1/2011 | 5/23/2011 | FALSE34 - Pharmacy - Your Payments | Medical |
| WI | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE34 - Pharmacy - Your Payments | Medical |
| WI | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| WI | HC-PHR138 | 3/3/2017 | 9/18/2017 | FALSE34 - Pharmacy - Your Payments | Medical |
| WI | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE34 - Pharmacy - Your Payments | Medical |
| WV | HC-PHR3V1 | 7/1/2011 | 4/18/2011 | FALSE34 - Pharmacy - Your Payments | Medical |
| WV | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE34 - Pharmacy - Your Payments | Medical |
| WV | Use same code as for ASO | 7/1/2011 | 4/18/2011 | FALSE34 - Pharmacy - Your Payments | Medical |
| WV | HC-PHR138 | 1/25/2017 | 9/18/2017 | FALSE34 - Pharmacy - Your Payments | Medical |
| WV | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| WV | HC-PHR138 | 1/25/2017 | 9/18/2017 | FALSE34 - Pharmacy - Your Payments | Medical |
| WV | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE34 - Pharmacy - Your Payments | Medical |
| WY | HC-PHR3V1 | 7/1/2011 | 4/18/2011 | FALSE34 - Pharmacy - Your Payments | Medical |
| WY | HC-PHR3V2 | 7/1/2011 | 6/13/2011 | FALSE34 - Pharmacy - Your Payments | Medical |
| WY | Use same code as for ASO | 7/1/2011 | 4/18/2011 | FALSE34 - Pharmacy - Your Payments | Medical |
| WY | HC-PHR3V2 | 9/1/2012 | 6/11/2012 | FALSE34 - Pharmacy - Your Payments | Medical |
| WY | HC-PHR138 | 1/1/2017 | 9/18/2017 | FALSE34 - Pharmacy - Your Payments | Medical |

Historical Med wRx v2

| WY | HC-PHR138 | 9/1/2018 | 5/21/2018 | TRUE | 34 - Pharmacy - Your Payments | Medical |