# **EXHIBIT 22**

# EXHIBIT AC

| | |
|---|---|
| **Message** | |
| From: | Hedman, Douglas S (Doug) B5PHR [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=DXHEDM] |
| Sent: | 3/1/2012 8:38:34 PM |
| To: | Burns-McAvoy, Julie M B5PHR [Julie.Burns-McAvoy@Cigna.com]; Anderson, James H (Jim) B5PHR [JAMES.ANDERSON2@Cigna.com]; Johnston, Katie (Kate) B5PHR [Katie.Johnston@Cigna.com]; Daab, Lisa B5PHR [lisa.daab@Cigna.com]; Ramsey, Bill [Bill.Ramsey@argushealth.com]; Miramontes, Mary Beth C8CDS [MaryBeth.Miramontes@Cigna.com]; Norrell, Kathy S 474 [Kathy.Norrell@Cigna.com]; Ford, Dawn 645 [Dawn.Ford@Cigna.com]; Payeur, Mary K 584 [Mary.Payeur@Cigna.com]; Selvidge, Cary B 584 [Cary.Selvidge@Cigna.com]; Orahood, Terri L HHHH [Terri.Orahood@Cigna.com]; Mickle, Maeve E 645 [Maeve.Mickle@Cigna.com]; Smith, Trinity 584 [Trinity.Smith@Cigna.com]; Messenger, Christine E (Chris) C8IMP [Christine.Messenger@Cigna.com]; Atkinson, Victoria L B5PHR [Victoria.Atkinson@Cigna.com]; Healey, Beth A 584 [Beth.Healey@Cigna.com]; Martin, Charlotte R 584 [Charlotte.Martin@Cigna.com]; Wedde, Sheryl R 599 [Sheryl.Wedde@Cigna.com]; Jamarowicz, Tracy 645 [TRACY.JAMAROWICZ@Cigna.com]; Miller, Nanci 645 [NANCI.MILLER@Cigna.com]; Cohen, Joseph D (Joe) B5PHR [JOSEPH.COHEN@Cigna.com]; Skowronek Jr, Edmund J B6LPA [Edmund.Skowronek@Cigna.com]; Stevens, Kathleen R (Kathy) 584 [Kathleen.Stevens@Cigna.com]; Martocci, Karen W B6LPA [Karen.Martocci@Cigna.com]; Reisner, Ronald S B5PHR [Ronald.Reisner@Cigna.com]; Meehan, Marlo L B5PHR [Marlo.Meehan@Cigna.com]; Gallina, Shannon HHHH [Shannon.Gallina@Cigna.com]; Collins, Millicent B5PHR [Millicent.collins@Cigna.com]; Goselin, Jason P 249 [JASON.GOSELIN@Cigna.com]; Garbrah, George 523 [George.Garbrah@teldrug.com] |
| CC: | Tamborello, Lisa A B5PHR [Lisa.Tamborello@Cigna.com] |
| Subject: | RE: Copay G Stabilization Status Meeting Notes |

The SPD language below is not specific to the type of plan design.   It is true regardless of copay or coinsurance.   For all new and renewing business as of 9/1/12, we should include this language in all ASO SPD's unless Copay K is approved through the exception process.

In no event will the Copayment for the Prescription Drug or Related Supply exceed the amount paid by the plan to the Pharmacy, or the Pharmacy's Usual and Customary (U&C) charge. Usual & Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts that Pharmacy usually applies to its customers regardless of the customer's payment source.

**Doug Hedman**
Marketing Product Manager
Cigna Pharmacy Management
Ph. 860.226.2725, Network 572.2725
doug.hedman@cigna.com

*Looking for Information?*   Visit the Cigna Pharmacy Management Home Page on FUSE

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.   ©2012 Cigna*

---

| | |
|---|---|
| From: | Burns-McAvoy, Julie M       B5PHR |
| Sent: | Wednesday, February 29, 2012 12:28 PM |
| To: | Burns-McAvoy, Julie M       B5PHR; Hedman, Douglas S (Doug)       B5PHR; Anderson, James H (Jim)       B5PHR; Johnston, Katie (Kate)       B5PHR; Daab, Lisa       B5PHR; Ramsey, Bill; Miramontes, Mary Beth       C8CDS; Norrell, Kathy S       474; Ford, Dawn       645; Payeur, Mary K       584; Selvidge, Cary B       584; Orahood, Terri L       HHHH; Mickle, Maeve E       645; Smith, Trinity       584; Messenger, Christine E (Chris)       C8IMP; Atkinson, Victoria L       B5PHR; Healey, Beth A       584; Martin, Charlotte R       584; Wedde, Sheryl R       599; Jamarowicz, Tracy       645; Miller, Nanci       645; Cohen, Joseph D (Joe)       B5PHR; Skowronek Jr, Edmund J       B6LPA; Stevens, Kathleen R (Kathy)       584; Martocci, Karen W       B6LPA; Reisner, Ronald S       B5PHR; Meehan, Marlo L       B5PHR; Gallina, Shannon       HHHH; Collins, Millicent       B5PHR; Goselin, Jason P       249; Garbrah, George       523 |
| Cc: | Tamborello, Lisa A       B5PHR |
| Subject: | Copay G Stabilization Status Meeting Notes |

Below are the notes from today's meeting.

Attendees:
Victoria Atkinson, Julie Burns-McAvoy, Joe Cohen, George Garbrah, Mary Beth Miramontes, Mary Payeur,

**EXHIBIT 0183**

CONFIDENTIAL              CIGNA00218848

Bill Ramsey, Lisa Tamborello

~ The sales communications are complete. A meeting has been scheduled to discuss when the materials should be published to Fuse and made available to the sales organization.

~ Bill has confirmed that a report of current clients with Copay G can be run out of Argus.

~ Mary Beth asked for confirmation that the language only needs to be put into the contracts for copay plans and not coinsurance plans.

~ No changes need to be made in CIT. Mary asked that we speak with Barb Cosgrove regards the case install process for Facets. Joe also suggested we might want to speak with Anthony Florio.

Takeaways:
~ Doug to confirm the language placement.
~ Julie to confirm with Vendor Feeds when the preliminary group file will be made available for Argus.
~ Julie and Joe to confirm contacts within Facets case install. Julie to call Barb.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2012 Cigna.

---

**From:** Burns-McAvoy, Julie M   B5PHR
**Sent:** Wednesday, August 31, 2011 2:29 PM
**To:** Burns-McAvoy, Julie M   B5PHR; Hedman, Douglas S (Doug)   B5PHR; Anderson, James H (Jim)   B5PHR; Johnston, Katie (Kate)   B5PHR; Daab, Lisa   B5PHR; Ramsey, Bill; Miramontes, Mary Beth   C8CDS; Norrell, Kathy S   474; Ford, Dawn   645; Payeur, Mary K   584; Selvidge, Cary B   584; Orahood, Terri L   HHHH; Mickle, Maeve E   645; Smith, Trinity   584; Messenger, Christine E (Chris)   C8IMP; Atkinson, Victoria L   B5PHR; Healey, Beth A   584; Martin, Charlotte R   584; Wedde, Sheryl R   599; Jamarowicz, Tracy   645; Miller, Nanci   645; Cohen, Joseph D (Joe)   B5PHR; Skowronek Jr, Edmund J   B6LPA; Stevens, Kathleen R (Kathy)   584; Martocci, Karen W   B6LPA; Reisner, Ronald S   B5PHR; Meehan, Marlo L   B5PHR; Gallina, Shannon   HHHH; Collins, Millicent   B5PHR; Goselin, Jason P   249; Garbrah, George   523
**Cc:** Tamborello, Lisa A   B5PHR
**Subject:** Copay G Stabilization Status Meeting
**When:** Wednesday, February 29, 2012 11:00 AM-12:00 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** Conference Number 866-731-3110 Passcode 487387

12/15/11 - Extended reoccurring date throughout 2012.
-----

You are receiving this meeting series because your area has been identified as one which will be impacted by the Copay G Stabilization project. Our first status meeting will address the following items.

1. Implementation date(s)
2. Previous questions and answers
3. Issues/risks log
4. Project plan

CONFIDENTIAL                                                                                                                                   CIGNA00218849

Please feel free to contact me if you have any questions in the meantime. Thanking you all in advance for your support.

CONFIDENTIAL
CIGNA00218850