# EXHIBIT 23

# EXHIBIT AD



This is a summary of benefits for your Pharmacy Plan. This document will be used to reflect how your Pharmacy plan will be loaded into our claim processing system. This document is for Internal Use with the Client/Broker and cannot be redistributed externally without Cigna approval.

# Cigna Pharmacy Benefit Summary

| | |
|---|---|
| **Account Name & Effective Date:** | |
| **Benefit Option(s):** | |



- 2 -

CONFIDENTIAL

CIGNA07729383

- 3 -



CONFIDENTIAL                                                                                                    CIGNA07729384



- 4 -

CONFIDENTIAL CIGNA07729385

| Co-pay Processing Logic -See Appendix O | [ FORMDROPDOWN ]  As of 9/1/12 Co-pay option K for ASO clients requires PBAB approval. |
|---|---|

[Content redacted]

CONFIDENTIAL                                                                                                    CIGNA07729386

- 6 -



CONFIDENTIAL

CIGNA07729387

- 7 -



CONFIDENTIAL

CIGNA07729388

- 8 -



CONFIDENTIAL

CIGNA07729389



- 9 -

CONFIDENTIAL

CIGNA07729390



- 10 -

CONFIDENTIAL

CIGNA07729391

Case 3:16-cv-01702-JAM Document 402-23 Filed 05/26/21 Page 13 of 14



- 11 -

CONFIDENTIAL

CIGNA07729392

- 12 -

CONFIDENTIAL CIGNA07729393