# EXHIBIT 24

# EXHIBIT AF

This document produced in native file format only



CONFIDENTIAL

CIGNA07722450

Revised 11/5/14

## Pharmacy PBAB Guidance

| Non-standard Benefit | Approval criteria or send to Rx SME | Group size limitation | Additional considerations | Optional Service Charge | Complexity |
|---|---|---|---|---|---|
| | | | | | |

Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012   6

Revised 11/5/14

## Pharmacy PBAB Guidance



| Copay G ex. Member pays lowest of discounted ingredient cost, U&C or copay | **ASO:** Copay G is standard - does not need review.<br><br>**Insured:** Send to Rx sme - some states have approved, others have not.   (ok to approve NJ, AZ for non-hmo;  CA for non-hmo) | Not Applicable | Effective with cases new or renewing as of 9/1/2012 Copay G is standard for ASO business.  See FUSE 34894 for more information.<br><br>**Denial Language for Insured Business:** National Network Pharmacy agreements require Copay K unless expressly prohibited in plan documentation.  Member copay language included in our national filings is not compliant with our network pharmacy contracts, therefore Copay G cannot be administered on cases with insured funding components.<br><br>**Alternative Denial Language for when Sales pushes back on CA or TX situs:** National Network Pharmacy agreements require Copay K unless expressly prohibited in plan documentation.  Non-standard Copay G for insured business requires incremental manual effort across multiple operational areas to coordinate and implement system set-up and language inclusion. This exception is not readily supported by the impacted operational areas.<br><br>Note: Copay Logic does not apply to OON claims |  |  |
|  |  |  |  | N/A | Medium |

Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**

| Non-standard Benefit | Approval criteria or send to Rx SME | Group size limitation | Additional considerations | Optional Service Charge | Complexity |
|---|---|---|---|---|---|
| **Copay K** ex. Member pays lower of U&C or copay | **ASO:** Deny<br><br>**Insured:** Do not review | | Effective with cases new or renewing as of 9/1/2012 Copay K is non-standard for ASO business, and not in the best interest of the customer. See FUSE 34894 for more information. | N/A | Medium |

Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012                    10

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012                    24

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012                25

Revised 11/5/14

**Pharmacy PBAB Guidance**



Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012

