# EXHIBIT 25

# EXHIBIT AG

**Message**

**From:** Montanaro, Karen W B6LPA [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=KWMART]
**Sent:** 1/30/2015 9:24:27 PM
**To:** Stone, Janet E B6LPA [janet.stone@Cigna.com]
**Subject:** RE: Copay G Request: ▓▓▓▓▓

Copay G is in the 2015 Rx filing. If the text in yellow is approved it's available with insured with pbab approval as a non-standard.

### PRESCRIPTION DRUG BENEFITS

### Your Payments

Coverage for Prescription Drugs and Related Supplies purchased at a Pharmacy is subject to the Copayment or Coinsurance shown in the Schedule, after you have satisfied your Prescription Drug Deductible, if applicable. Please refer to the Schedule for any required Copayments, Coinsurance, Deductibles or Maximums if applicable.
*Add w/copay plans.*

[When a treatment regimen contains more than one type of Prescription Drugs which are packaged together for your, [or your Dependent's] convenience, a Copayment will apply to each Prescription Drug.]
*Add w/copay or coinsurance plan with copay g logic.*


[In no event will the Copayment (and any additional costs required by this Plan for the Prescription Drug or Related Supply) or the Coinsurance for the Prescription Drug or Related Supply exceed the amount paid by the plan or the Pharmacy's Usual and Customary (U&C) charge. Usual & Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts that Pharmacy usually applies to its customers, regardless of the customer's payment source.]


**Karen Montanaro**
***State Filing Team***
***Regulatory & State Government Affairs***
*karen.montanaro@Cigna.com*
**phone: 860.226.5631/fax: 860.226.4693**          *HAWAII INFO*  *https://cigna-all.custhelp.com/app/answers/detail/a_id/36395/kw/Hawaii*

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 Cigna

---

**From:** Stone, Janet E B6LPA
**Sent:** Friday, January 30, 2015 3:54 PM
**To:** Montanaro, Karen W B6LPA
**Subject:** FW: Copay G Request: ▓▓▓▓▓

Karen, who should ask for these? I don't mind but only want to entertain the idea from a trusted source!!

*Janet Stone*
*Compliance Manager*
*Cigna Legal*


EXHIBIT 136

CONFIDENTIAL                                                                                                               CIGNA07497853

*Phone: 860.226.4408*
*Fax: 860.226.4692*
*Network: 572.4408*
*email: janet.stone@cigna.com*



*Confidential, unpublished property of CIGNA.*
*Do not duplicate or distribute.*
*Use and distribution limited solely to authorized personnel.*
*©Copyright 2015 by Cigna*

---

**From:** Ryder, Susan B5PHR
**Sent:** Friday, January 30, 2015 2:55 PM
**To:** Cabrera, Denise D HHHH
**Cc:** Crowe R.Ph, Mark HHHH; Nelson, Deborah A (Deb) HHHH; Stone, Janet E B6LPA
**Subject:** RE: Copay G Request:

Hi Denise -- In order for us to approve copay G for a fully insured client, Cigna has to be filed with the state to offer it. In Tennessee that hasn't happened yet. You are right, we don't expect to state to turn us down, but the step has not been taken yet as I understand it.

Ccing Deb Nelson and Janet Stone -- perhaps they can add any other commentary and also speak to expected timing for TN?

Sue Ryder     860.226.7382
Cigna Pharmacy Management - Product team
Pharmacy PBAB support & Pharmacy Exception Review Committee (ERC)

*Confidential, unpublished property of Cigna Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2014 Cigna*

---

**From:** Cabrera, Denise D HHHH
**Sent:** Friday, January 30, 2015 2:47 PM
**To:** Ryder, Susan B5PHR
**Cc:** Crowe R.Ph, Mark HHHH
**Subject:** Copay G Request:

Hey Sue, I want to dig deeper here since my understanding is that copay G became our standard a few years ago. I am not aware of any state legislature that would prevent this copay logic.
Knowing that BCBS TN was managing this way makes the point stronger. Just wanted your insight before scheduling time with compliance to review.

Denise

Office: 860.902.4814
Cell: 614.753.3079

---

**From:** Henderson, Russell F 549
**Sent:** Friday, January 30, 2015 1:23 PM
**To:** Crowe R.Ph, Mark HHHH; Cabrera, Denise D HHHH
**Subject:** RE: ▮

This is not good, PBAB denial below.

Can this be correct? I thought G was the original logic (more customer friendly), and then we would have had to file to be able to apply K, the leaner less customer friendly logic?

### Related Information for Q&A:

| | | | |
|---|---|---|---|
| Opportunity | ▮ | Benefit Review ID | BR-646324 |
| Activity Request | ▮ | Record Type | Benefit Q&A Review |
| Activity Request Status | Completed | Funding | Experienced Rated - Fully Insured |

### PBAB Request Details - Sales:

| | | | |
|---|---|---|---|
| Product | CIGNA Pharmacy | Request Description - Sales | Need to match incumbent by applying Copay G logic (lesser of copay or usual & customary (U&C) price or allowed cost). Customers have noticed the increase in Rx cost share at the point of sale. |
| Plan Name(s) | OAP HRA and PPO HRA | | |

### PBAB Review Details:

| | | | |
|---|---|---|---|
| Review Result | Denied | OSS Charge | |
| Review Impact | State Filings | AR Consultant | Jennifer Zabetakis |
| Recommendation/Alternative | We are not filed in the state of TN for Copay Logic G. We cannot offer this. | Date Completed | 1/30/2015 |
| NS Type | Prescription Drugs | Secondary PBAB Consultant | |
| NS Detail | Copay G Logic | | |
| Program Opt Out | ☐ | | |

**Russ Henderson**
Senior Client Manager, Cigna
3400 Players Club Pkwy, Suite 140, Memphis, TN 38125
Phone: 901.748.4103   Fax: 646.878.0733
russell.henderson@cigna.com

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

---

**From:** Henderson, Russell F 549
**Sent:** Wednesday, January 28, 2015 10:45 AM
**To:** Crowe R.Ph, Mark HHHH; Cabrera, Denise D HHHH
**Subject:** FW: ▮

CONFIDENTIAL                                                                                                        CIGNA07497855

Hi Mark, in anticipation of the next steps required, I've requested PBAB approval for the more customer friendly lesser of logic (lesser of copay/U&C/allowed amount).

FYI below on the broker's confirmation, just in case we were curious.

Thanks again for all your help.  You are always accessible and an endless wealth of industry knowledge!

**Russ Henderson**
Senior Client Manager, Cigna
3400 Players Club Pkwy, Suite 140, Memphis, TN 38125
Phone: 901.748.4103   Fax: 646.878.0733
russell.henderson@cigna.com

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

---

**From:** Weiss, Stacy [mailto:Stacy.Weiss@willis.com]
**Sent:** Wednesday, January 28, 2015 8:27 AM
**To:** Henderson, Russell F 549
**Cc:** Morgan-Joe, Nuria
**Subject:** Re: ▮▮▮▮▮▮▮▮▮▮

Russ,
I have confirmed with Dr. Jeff Campbell, director of pharmacy services for BCBST, that their PBM contracts do have the "lesser of" logic in place.
Please reach out to your Pharmacy team to have this logic put in place for ▮▮▮
Thanks.

Sent from my iPhone

On Jan 27, 2015, at 3:03 PM, Henderson, Russell F 549 <Russell.Henderson@Cigna.com> wrote:

<image003.gif>
Hi Jackie, we're going to pull some information to research this inquiry.  Back in touch ASAP.

Thanks!

**Russ Henderson**
Senior Client Manager, Cigna
3400 Players Club Pkwy, Suite 140, Memphis, TN 38125
Phone: 901.748.4103   Fax: 646.878.0733
russell.henderson@cigna.com

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

---

**From:** Jackie Diaz [mailto:Jackie_Diaz▮▮▮▮▮▮▮▮
**Sent:** Tuesday, January 27, 2015 9:26 AM
**To:** Henderson, Russell F 549; White, Ronnie W 549
**Cc:** Sherry Strole; Weiss, Stacy
**Subject:** ▮▮▮▮▮▮▮▮▮▮

Hi Ronnie or Russ,

CONFIDENTIAL                                                                                               CIGNA07497856

Can someone reach out to ▮▮▮▮▮ since she would like to understand why her prescriptions this year are costing more.

It is my understanding that she paid less than the co-pay with BCBS and now she is required to pay the $10 co-pay?

▮▮▮ can be reached by email at ▮▮▮▮▮▮▮ or by phone at 901-334-4257. Thank you for your prompt attention!

Jackie Diaz | *Director, Benefits & Payroll*
(901) 775-5424 Office | (901) 546-0172 Fax | (901) 581-3570 Mobile
<image004.png>

THIS ELECTRONIC MESSAGE TRANSMISSION CONTAINS INFORMATION AND DOCUMENTS WHICH MAY BE CONFIDENTIAL, LEGALLY PRIVILEGED, OR ATTORNEY-WORK PRODUCT. THE INFORMATION IS INTENDED TO BE FOR THE SOLE USE OF THE INDIVIDUAL(S) OR ENTITY (OR ENTITIES) NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE BE AWARE THAT ANY REVIEW, DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY ME BY TELEPHONE OR ELECTRONIC MAIL IMMEDIATELY AND DELETE AND/OR DESTROY ALL FILES RELATING TO THIS EMAIL AND ANY DOCUMENTS CONTAINED THEREIN FROM YOUR COMPUTER.
NOTE: This transmission is protected by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.

--------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by e-mail at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright (c) 2015 Cigna
================================================================================

___

For information pertaining to Willis' email confidentiality and monitoring policy, usage restrictions, or for specific company registration and regulatory status information, please visit
http://www.willis.com/email_trailer.aspx

We are now able to offer our clients an encrypted email capability for secure communication purposes. If you wish to take advantage of this service or learn more about it, please let me know or contact your Client Advocate for full details. ~W67897
___