# EXHIBIT 26

# EXHIBIT AH

DST Job # 470812 charted on 02/13/2013 by blkemp

| Data name | Question | Answer |
|---|---|---|
| ACCT_NUM | Account Number | xxxxxxx |
| ACCT_NAME | Account Name | EGWP Rider Template |
| EFF_DT | Effective Date | xxxxxxx |
| EFF_DT_TXT | Effective Date in Text | xxxxxxxxxxx |
| DCMNT_ID | Document ID | CR70xx-xx |
| DCMNT_TY | Document Type | Certificate Rider |
| DCMNT_FRMT | Formatting? | 8.5 x 11(2 Col) |
| LANG_TY | Language Type | English |
| BEN_REL_CD | Benefit Release? | 0107 |
| ALNC_NET | Alliance Network? | None |
| ALNC_PRTY | Alliance Party? | |
| ALNC_PLN | Alliance Plan? | No |
| LE_TY | Legal Entity Name | CGLIC |
| CTRCT_ST | Contract State? | CT |
| PROD_TY | Product Type | PHARM |
| FUND_TY | Funding Type | T/FI |
| ACCUM_TY | Accumulation Period Type? | Calendar |
| ASR_HOURS | Active Service Requirement | None |
| BEN_OPT_CD | Ben/Opt Code? | RX |
| CONTR_FDA_MAND | Decline FDA Mandatory Contraceptives at 100%? | Yes |
| DCMNT_SCT | Rider Main Sections | Definitions |
| DCMNT_SCT | Rider Main Sections | General Limitations |
| DCMNT_SCT | Rider Main Sections | Insuring Provisions |
| DCMNT_SCT | Rider Main Sections | Master Schedule |
| DCMNT_SCT | Rider Main Sections | State Notices |
| DEP_COV | Dependents covered? | Yes |
| DEP_TERM | Dependent Termination? | End of Calendar Month |
| DOM_PART | Domestic Partner? | No |
| HCR_GF_IND | Grandfather Status? | Exempt |
| MOD_COV_RX | Mail Order covered? | Yes |
| MOD_INN_T1_COPAY | MOD INN Tier 1 Copay Amount? (Note: do not | xx |


EXHIBIT 134

CONFIDENTIAL

CIGNA12367930

| Data name | Question | Answer |
|---|---|---|
| | include "$" symbol in response) | |
| MOD_INN_T2_COPAY | MOD INN Tier 2 Copay Amount? (Note: do not include "$" symbol in response) | xx |
| MOD_INN_T3_COINS | MOD INN Tier 3 Coinsurance Percentage? (Note: do not include "%" symbol in response) | xx |
| MOD_INN_T4_COINS | MOD INN Tier 4 Coinsurance Percentage? (Note: do not include "%" symbol in response) | xx |
| MOD_OON_COV | MOD OON Coverage? | No |
| MOD_PLAN_TY | Mail Order Plan Type? | Copay/Coinsurance |
| PHLDR_TY | Policyholder Type | Single Employer Group |
| RX_CONTR_OPT | Pharmacy Contraceptives Covered? | Yes |
| RX_DED_APP_MOD | Pharmacy Deductible Applies to MOD? | Yes |
| RX_DED_OPT | Pharmacy Deductible Option? | INN and OON |
| Rx_DEDUCT | Pharmacy Deductible? | Yes |
| RX_DIET | Diet Drugs? | No |
| RX_INN_DED_TY | Pharmacy INN Deductible Type? | Individual and Family |
| RX_INN_FAM_DED_AMT | Pharmacy INN Family Deductible Amount? (Note: do not include "$" symbol in response) | xx |
| RX_INN_FAM_OOP_AMT | Pharmacy INN Family OOP Amount? (Note: do not include "$" symbol in response) | xx |
| RX_INN_IND_DED_AMT | Pharmacy INN Individual Deductible Amount? (Note: do not include "$" symbol in response) | xx |

| Data name | Question | Answer |
|---|---|---|
| RX_INN_IND_OOP_AMT | Pharmacy INN Individual OOP Amount? (Note: do not include "$" symbol in response) | xx |
| RX_INN_OOP_TY | Pharmacy INN OOP Type? | Individual and Family |
| RX_INN_RET_T1_COPAY | Retail Pharmacy INN Tier 1 Copay Amount? (Note: do not include "$" symbol in response) | xx |
| RX_INN_RET_T2_COPAY | Retail Pharmacy INN Tier 2 Copay Amount? (Note: do not include "$" symbol in response) | xx |
| RX_INN_RET_T3_COINS | Retail Pharmacy INN Tier 3 Coinsurance Percentage? (Note: do not include "%" symbol in response) | xx |
| RX_INN_RET_T4_COINS | Retail Pharmacy INN Tier 4 Coinsurance Percentage? (Note: do not include "%" symbol in response) | xx |
| RX_LIFESTYLE | Lifestyle Drugs? | No |
| RX_MIN_MAX_OPT | Pharmacy - Min/Max Copay Option? (Note: if Pharmacy Min/Max Copay Does NOT apply, select "No Min/Max Copay") | No Min/Max Copay |
| RX_OON_DED_TY | Pharmacy OON Deductible Type? | Individual and Family |
| RX_OON_FAM_DED_AMT | Pharmacy OON Family Deductible Amount? (Note: do not include "$" symbol in response) | xx |
| RX_OON_FAM_OOP_AMT | Pharmacy OON Family OOP Amount? (Note: do not include "$" symbol in response) | xx |
| RX_OON_IND_DED_AMT | Pharmacy OON Individual Deductible Amount? (Note: do not include "$" symbol in response) | xx |

CONFIDENTIAL

| Data name | Question | Answer |
|---|---|---|
| RX_OON_IND_OOP_AMT | Pharmacy OON Individual OOP Amount? (Note: do not include "$" symbol in response) | xx |
| RX_OON_OOP_TY | Pharmacy OON OOP Type? | Individual and Family |
| RX_OON_RET_T1_COINS | Retail Pharmacy OON Tier 1 Coinsurance Percentage? (Note: do not include "%" symbol in response) | xx |
| RX_OON_RET_T2_COINS | Retail Pharmacy OON Tier 2 Coinsurance Percentage? (Note: do not include "%" symbol in response) | xx |
| RX_OON_RET_T3_COINS | Retail Pharmacy OON Tier 3 Coinsurance Percentage? (Note: do not include "%" symbol in response) | xx |
| RX_OON_RET_T4_COINS | Retail Pharmacy OON Tier 4 Coinsurance Percentage? (Note: do not include "%" symbol in response) | xx |
| RX_OOP_MAX | Pharmacy OOP Maximum? | Yes |
| RX_OOP_MAX_OPT | Select the item which applies to the Pharmacy OOP Maximum. (note: select "None" if no items apply to the Pharmacy OOP Max) | Rx Copay and Rx Deductible |
| RX_OOP_OPT | Pharmacy OOP Option? | INN and OON |
| RX_ORAL_OPT | Pharmacy Oral Infertility Drugs Covered? | No |
| RX_PKG_MED | Pharmacy Packaged With Medical? | Yes |
| RX_PKG_MED_OPT | Medical Product Packaged With Pharmacy? (Note: if Medical Product is not shown in list, select "N/A") | N/A |
| RX_PLAN_TY_OPT | Pharmacy Plan Type? | Copay |
| RX_PREV_DED_WAIVER | Preventive Drugs Excluded from Deductible? | No |
| RX_SMOKING_OPT | Pharmacy Smoking | No |

CONFIDENTIAL

| Data name | Question | Answer |
|---|---|---|
| | Cessation? | |
| RX_TIER | Pharmacy Tier Level? | xx |
| RX_VIT | Prescription Vitamins? | No |
| RxMax_SEP | Pharmacy Annual Maximum? | No |
| TIER4_BEN_RX | 4 Tier Copay/Coinsurance Benefit Structure? | Copay,Copay,Copay,Copay |
| Tier4_RX | Tier 4 Options? | Self Administered Drugs |
| VERS_CD_RX | Pharmacy Benefit Release Code? | 0107 |

CONFIDENTIAL
CIGNA12367930_0004