# EXHIBIT 28

# EXHIBIT AJ

**PRESCRIPTION DRUG BENEFITS**

**For You and Your Dependents**

**Covered Expenses**

*If Dependents are covered; add highlighted text.*

If you or any one of your Dependents, while insured for Prescription Drug Benefits, incurs expenses for charges made by a Pharmacy, for Medically Necessary Prescription Drugs or Related Supplies ordered by a Physician, Cigna will provide coverage for those expenses as shown in the Schedule. Coverage also includes Medically Necessary Prescription Drugs and Related Supplies dispensed for a prescription issued to you or your Dependents by a licensed dentist for the prevention of infection or pain in conjunction with a dental procedure.

*If Dependents are covered; add highlighted text.*

When you or a Dependent is issued a prescription for Medically Necessary Prescription Drugs or Related Supplies as part of the rendering of Emergency Services and that prescription cannot reasonably be filled by a Participating Pharmacy, the prescription will be covered by Cigna, as if filled by a Participating Pharmacy.

**Limitations**

Each Prescription Order or refill shall be limited as follows:



- up to a consecutive 30-day supply, excluding Specialty Medications, at a retail Participating Pharmacy unless limited by the drug manufacturer's packaging; or

- up to a consecutive 90-day supply at a home delivery Participating Pharmacy, unless limited by the drug manufacturer's packaging; or
- to a dosage and/or dispensing limit as determined by the P&T Committee.

Coverage will be provided for three fills for each Maintenance Drug. The fourth prescription must be filled at a home delivery Participating Pharmacy for coverage under this Prescription Drug Benefit, subject to the provisions of this certificate.

HC-PHR1     04-

EXHIBIT 0165

▇▇▇▇▇▇▇▇▇▇▇▇

- up to a consecutive 30-day supply at a retail Participating Pharmacy unless limited by the drug manufacturer's packaging: or
- up to a consecutive 90-day supply, excluding Specialty Medications, at a home delivery Participating Pharmacy, unless limited by the drug manufacturer's packaging; or
- up to a consecutive 30-day supply for Specialty Medications at a home delivery Participating Pharmacy unless limited by the drug manufacturer's packaging; or
- to one fill of Specialty Medication at a retail Participating Pharmacy. If you exceed the one fill allowed at a retail Participating Pharmacy, you will be required to pay 100% of Cigna's discounted cost.
- to a dosage and/or dispensing limit as determined by the P&T Committee;

▇▇▇▇▇▇▇▇▇▇▇▇

**Covered Expenses**

▇▇▇▇▇▇▇▇▇▇▇▇

If you or any one of your Dependents, while insured for Prescription Drug Benefits, incurs expenses for charges made by a Pharmacy, for Medically Necessary Prescription Drugs or Related Supplies ordered by a Physician, Cigna will provide coverage for those expenses as shown in the Schedule. Coverage also includes Medically Necessary Prescription Drugs and Related Supplies dispensed for a prescription issued to you or your Dependents by a licensed dentist for the prevention of infection or pain in conjunction with a dental procedure.

**Limitations**

Each Prescription Order or refill shall be limited as follows:

- up to a consecutive 30-day supply, at a retail Pharmacy, unless limited by the drug manufacturer's packaging; or
- to a dosage and/or dispensing limit as determined by the P&T Committee.

▇▇▇▇▇▇▇▇▇▇▇▇

If you or any one of your Dependents, while insured for Prescription Drug Benefits, incurs expenses for charges made by a Pharmacy, for Medically Necessary Prescription Drugs or Related Supplies ordered by a Physician, Cigna will provide coverage for those expenses as shown in the Schedule. Coverage also includes Medically Necessary Prescription Drugs and Related Supplies dispensed for a prescription issued to you or your Dependents by a licensed dentist for the prevention of infection or pain in conjunction with a dental procedure.

▇▇▇▇▇▇▇▇▇▇▇▇

When you or a Dependent is issued a prescription for Medically Necessary Prescription Drugs or Related Supplies as part of the rendering of Emergency Services and that prescription cannot reasonably be filled by a Participating Pharmacy, the prescription will be covered by Cigna, as if filled by a Participating Pharmacy.

**Limitations**

Each Prescription Order or refill shall be limited as follows:

▪ ███████████████████████████████████████████

- up to a consecutive 30-day supply at a retail non-Participating Pharmacy unless limited by the drug manufacturer's packaging; or

- up to a consecutive 90-day supply at a retail Participating Pharmacy, unless ███████████████████████████████████████████

- up to a consecutive 90-day supply at a home delivery Participating Pharmacy, unless limited by the drug manufacturer's packaging; or

- to a dosage and/or dispensing limit as determined by the P&T Committee.