# EXHIBIT 29

# EXHIBIT AK

| | |
|---|---|
| From: | Orahood, Terri L    HHHH |
| Sent: | Tuesday, January 17, 2012 9:42:53 PM |
| To: | Burns-McAvoy, Julie M    B5PHR |
| Subject: | FW: Pharmacy Copay Logic K versus G (premier 3333849) |

Julie
Who is our rep on the copay G project for Sales and sales communciation?  Will an updated PBS be required for this change to the copay G logic?

# Terri Orahood
Client Advocacy and Customer Architecture Project Team
(614) 793-8490

http://www.cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2011-12 Cigna.

---

| | |
|---|---|
| From: | Orahood, Terri L    HHHH |
| Sent: | Tuesday, January 17, 2012 4:42 PM |
| To: |  Messenger, Christine E (Chris)    C8IMP; Hendrix, Adrienne P    HHHH |
| Subject: | RE: Pharmacy Copay Logic K versus G (premier 3333849) |

Ok so the standard would not be noted in the PBS…I will confirm with the project but I am assuming an updated PBS would not be required for just this change

# Terri Orahood
Client Advocacy and Customer Architecture Project Team
(614) 793-8490

http://www.cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2011-12 Cigna.

---

| | |
|---|---|
| From: | Messenger, Christine E (Chris)    C8IMP |
| Sent: | Tuesday, January 17, 2012 4:19 PM |
| To: | Orahood, Terri L    HHHH; Hendrix, Adrienne P    HHHH |
| Subject: | RE: Pharmacy Copay Logic K versus G (premier 3333849) |

There isn't a standard place on the PBS that indicates copay K as it's a standard - if Copay G is approved, it would be identified in PBS comments

---

| | |
|---|---|
| From: | Orahood, Terri L    HHHH |
| Sent: | Tuesday, January 17, 2012 3:18 PM |
| To: |  Hendrix, Adrienne P    HHHH; Messenger, Christine E (Chris)    C8IMP |
| Subject: | RE: Pharmacy Copay Logic K versus G (premier 3333849) |

Good Question, is the copay logic captured in the PBS when its copay K?

# Terri Orahood

Client Advocacy and Customer Architecture Project Team
(614) 793-8490

http://www.cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2011-12 Cigna.

---

| | |
|---|---|
| **From:** | Hendrix, Adrienne P    HHHH |
| **Sent:** | Tuesday, January 17, 2012 3:09 PM |
| **To:** | Orahood, Terri L    HHHH; Messenger, Christine E (Chris)    C8IMP |
| **Subject:** | RE: Pharmacy Copay Logic K versus G (premier 3333849) |

One more question about this, if this is the only change to pharmacy, would sales need to provide a PBS (pharmacy benefit summary) for this change?

Adrienne Hendrix
Regional Technical Coach-Southeast Implementation
757-312-0696
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2012 Cigna.*

---

| | |
|---|---|
| **From:** | Hendrix, Adrienne P    HHHH |
| **Sent:** | Tuesday, January 17, 2012 10:17 AM |
| **To:** | Orahood, Terri L    HHHH; Messenger, Christine E (Chris)    C8IMP |
| **Subject:** | RE: Pharmacy Copay Logic K versus G (premier 3333849) |

Thanks to both of you

Adrienne Hendrix
Regional Technical Coach-Southeast Implementation
757-312-0696
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2012 Cigna.*

---

| | |
|---|---|
| **From:** | Orahood, Terri L    HHHH |
| **Sent:** | Tuesday, January 17, 2012 10:11 AM |
| **To:** | Messenger, Christine E (Chris)    C8IMP; Hendrix, Adrienne P    HHHH |
| **Subject:** | RE: Pharmacy Copay Logic K versus G (premier 3333849) |

Adrienne

Currently if a client elects to use copay G logic it is considered client specific per FUSE 34894

I am currently working on a project that will make copay G the standard for ASO clients, however the implementation for that will not be before 9-1-2012..and as that project progresses information will be shared with Case Install via HTS

So until that project has been implemented the PBAB route would apply to any client wishing to apply copay G logic rather than Copay K

**Terri Orahood**
Client Advocacy and Customer Architecture Project Team

CONFIDENTIAL
CIGNA00050495

(614) 793-8490

http://www.cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2011-12 Cigna.

---

| | |
|---|---|
| From: | Messenger, Christine E (Chris)    C8IMP |
| Sent: | Tuesday, January 17, 2012 9:57 AM |
| To: | Hendrix, Adrienne P    HHHH; Orahood, Terri L    HHHH |
| Subject: | RE: Pharmacy Copay Logic K versus G (premier 3333849) |

Hi Adrienne - there is a project underway but I am not familiar with a "work around" - as it is today, I believe PBAB approval would be required.

Hi Terri - Can you assist Adrienne?

Thanks,
Chris

---

| | |
|---|---|
| From: | Hendrix, Adrienne P    HHHH |
| Sent: | Tuesday, January 17, 2012 9:49 AM |
| To: | Messenger, Christine E (Chris)    C8IMP |
| Subject: | FW: Pharmacy Copay Logic K versus G (premier 3333849) |

Hi Chris

Are you aware of any dicusssions that might be upcomping pertaining to this topic for Case Install?

Adrienne Hendrix
Regional Technical Coach-Southeast Implementation
757-312-0696

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2012 Cigna.*

---

| | |
|---|---|
| From: | Moody, James W (Jamie)    474 |
| Sent: | Sunday, January 15, 2012 3:30 PM |
| To: | Hills, Robert W (Rob)    225; Alford, Kimberly E (Kim)    620; Hendrix, Adrienne P    HHHH |
| Cc: | Clark, Beverly M    HHHH |
| Subject: | RE: Pharmacy Copay Logic K versus G (premier 3333849) |

Adrienne,
Can you help with the below?

**Jamie Moody**
Director, Client Advocacy
Chattanooga Service Center
7555 Goodwin Rd.
Chattanooga, TN 37421
Phone: 423.499.3193
Fax: 423.499.3373
Cell: 423.290.8132
Network: 755.3193
Email: Jamie.Moody@CIGNA.com

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2012 Cigna.*

CONFIDENTIAL
CIGNA00050496

| | |
|---|---|
| From: | Hills, Robert W (Rob)    225 |
| Sent: | Wednesday, January 11, 2012 2:31 PM |
| To: | Moody, James W (Jamie)    474; Alford, Kimberly E (Kim)    620 |
| Cc: | Clark, Beverly M    HHHH |
| Subject: | RE: Pharmacy Copay Logic K versus G (premier 3333849) |

We need to know the process if the cases for 1/1/12 were not included to automatically go to logic G. He says that the connversion will be at next renewal starting in mid 2012. If we have a case that needs to go now, do they still need PBAB approval and comments in the ePro. What is the interim process to add when the client has had issues arise.

Thanks, Rob

| | |
|---|---|
| From: | Moody, James W (Jamie)    474 |
| Sent: | Thursday, December 08, 2011 8:33 AM |
| To: | Saunders, Alicia P    HHHH; Johnson, Amanda    HHHH; Gallaher, Angela M    474; Bell-Williams, April L    HHHH; Finney, Ben A    474; Clark, Beverly M    HHHH; Flanigan, Carolyn E (Caroline)    474; Henderson, Christina B (Brooke)    474; Walker, Deanna Dale (Deanna)    HHHH; Cartwright, Debbie    HHHH; May, Delphia D    HHHH; Hancock, Diccie B    620; Lynn, Evelyn M    474; Patton, Foressa A    474; Guinn, Hilary D    474; Wood, Jacola Ann (Jacola)    474; Hamilton, John L    474; Condroski, Lauren M    474; Eberhart, Lolita L    HHHH; Prescott, Mary E    474; Merchant, Melanie L    620; Mathis, Michael Sean (Sean)    474; Blaney, Patricia A    620; Pope, Patti V    620; Samsel, Rachel G    HHHH; Allen, Robert L (Rob)    HHHH; Hills, Robert W (Rob)    225; Thompson, Shane G    HHHH; Reidy, Sharon D    474; Roberts, Shelly S    474; Cantrell, Sonya R    474; Sillers, Susan C    620; Murphy, Tammy H    620; Ramos, Thelma    HHHH; Cornely, Theresa L (Terri)    HHHH; Boamah, Tracey M    474; Capone, Tracey L    HHHH; McCormick, Wanda R    HHHH |
| Subject: | FW: Pharmacy Copay Logic K versus G |

Additional information to what I sent you guys yesterday.

**Jamie Moody**
Director, Client Advocacy
Chattanooga Service Center
7555 Goodwin Rd.
Chattanooga, TN 37421
Phone: 423.499.3193
Fax: 423.499.3373
Cell: 423.290.8132
Network: 755.3193
Email: Jamie.Moody@CIGNA.com
 << OLE Object: Picture (Metafile) >>
Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2011 Cigna.

| | |
|---|---|
| From: | Miller, Ronald E (Ronnie)    474 |
| Sent: | Wednesday, December 07, 2011 3:22 PM |
| To: | Abbruzzese, Jeannie    HHHH; Chatman III, Lawrence M (Larry)    300; Chavez, Jessica    359; Dobson, Stacie M    HHHH; Hipp, Anthony    249; Huber, Deborah A    249; Ivey, Susan M    HHHH; Lang, Brian M    620; Madison, Dena S    249; McGuire, Mary E    225; Moody, James W (Jamie)    474; Mulryan, Tara S    HHHH; Owens, Marlette N    629; Petrosky, Maryclare R    521; Pochas, Michelle L    521; Samberg, Rochelle P (Shelly)    685; Sylar, Carol W    474; Wilson, DeAnn    474; Witherspoon, Rhonda J    244 |
| Cc: | Hipp, Anthony    249; Metzdorf, Kellie M    244; Shelton, Christen Janean (Christen)    481; Rabe, Donna L    584; Montanari, Paul M    C2SO |
| Subject: | FW: Pharmacy Copay Logic K versus G |

This situation occurred today in New England Regional market and Mary brought to my attention to assist in confirming next steps and awareness.

Below is clarity from our Pharmacy team

Questions, let me know

CONFIDENTIAL
CIGNA00050497

Ronnie

<< OLE Object: Picture (Metafile) >>
Ronald E. Miller (Ronnie)
Vice President, Client Advocacy
East Region
CIGNA Healthcare
7555 Goodwin Road 474
Chattanooga, Tennessee 37421

Routing Code 474 - Chattanooga Service Center
Business Phone: 423.490.4474
Cell Phone:   423.596.6575
Fax Number:  1.866.236.1320

*Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.* © *Copyright 2011 CIGNA.*

| | |
|---|---|
| **From:** | Hedman, Douglas S (Doug)     B5PHR |
| **Sent:** | Wednesday, December 07, 2011 3:17 PM |
| **To:** | Haynes, Beverley     B5PHR; Miller, Ronald E (Ronnie)     474; Jukonski, Rosalie     B5PHR |
| **Cc:** | Urick, Paul N     B5PHR; McLaughlin, Janet     C2SO; Fitch, Autumn L     474; Stickney, Cathrin     HHHH; Boyce, Robin     C4PRD; Morin, Michael J (Mike)     B5PHR; Belcher, Paul R     HHHH |
| **Subject:** | RE: Pharmacy Copay Logic K versus G |

Bev -

As you stated there is a project underway (only indirectly related to the DeepView / Lockton effort) that will automatically set new and renewing ASO cases to Copay G.  This capability is anticipated to be implemented sometime in mid 2012 after which the processing of manual ePro comments, or PBAB approval, for Copay G will no longer be necessary.  Following implementation of this capability, all existing ASO plans will automatically convert as of their next renewal, and new ASO cases will be automatically set up with Copay G.

Any current uptick of manual ePro effort being requested of Ronnie's team would be a result of more awareness in the Sales organization that Copay G logic is currently applied through the non-standard process.  The minor updates to FUSE #34894 on 12/1/11 was not intended to encourage a mass manual conversion effort for 1/1/12 business.

Cases with ASO funding that should consider converting to Copay G prior to availability of the automated solution are:

- New or renewing Choice Fund business with pharmacy copay benefits (this was communicated via FUSE #34894 prior to 1/1/11)
- New cases where Copay G was a RFP requirement or otherwise required to win the bid, e.g. DeepView
- Renewing non-Choice Fund clients that have previously raised concerns about our current standard copay calculation logic

Cases that can wait for the automated conversion to occur should wait.

Thanks,

**Doug Hedman**
Marketing Product Manager
Cigna Pharmacy Management
Ph. 860.226.2725, Network 572.2725
doug.hedman@cigna.com

CONFIDENTIAL                                                                                                                                                        CIGNA00050498

*Looking for Information?   Visit the* [CIGNA Pharmacy Management Home Page on FUSE](#)

*Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.  ©2011 CIGNA*

| | |
|---|---|
| **From:** | Haynes, Beverley    B5PHR |
| **Sent:** | Wednesday, December 07, 2011 2:31 PM |
| **To:** | Miller, Ronald E (Ronnie)    474; Jukonski, Rosalie    B5PHR |
| **Cc:** | Urick, Paul N    B5PHR; McLaughlin, Janet    C2SO; Fitch, Autumn L    474; Stickney, Cathrin    HHHH; Boyce, Robin    C4PRD; Hedman, Douglas S (Doug)    B5PHR; Morin, Michael J (Mike)    B5PHR |
| **Subject:** | RE: Pharmacy Copay Logic K versus G |

Ronnie, the FUSE update was made by Doug Hedman and I think it was a one word change to the previous FUSE. You are correct on similar discussions related to Lockton and Deepview accounts. The Sales teams should follow the current manual process to update the Copay Logic as appropriate base on the contract terms. This information was shared with our project team a couple weeks ago. Following the PBAB approval process…

There is another initiative in Pharmacy to globally change accts from Copay K to Copay G as appropriate scheduled for June/July 2012 not 1/1/2012. Doug Hedman from our Product Marketing Team owns the related FUSE and is working on the global change initiative.

Doug, can you clarify or provide additional guidance on this topic? Anticipated number of clients impacted?

Thanks Bev.…

*Beverley S. Haynes   6σBB*

**CPM Quality Lead**
Phone: 860-226-6893
Blackberry: 860-463-0430
beverley.haynes@cigna.com

<< OLE Object: Picture (Metafile) >>

*Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2011 CIGNA.*

---

**From:** Miller, Ronald E (Ronnie) 474
**Sent:** Wednesday, December 07, 2011 1:12 PM
**To:** Haynes, Beverley B5PHR; Jukonski, Rosalie B5PHR
**Cc:** Urick, Paul N B5PHR; McLaughlin, Janet C2SO; Fitch, Autumn L 474; Stickney, Cathrin HHHH; Boyce, Robin C4PRD
**Subject:** FW: Pharmacy Copay Logic K versus G

Beverly,
Can you assist in steering me or advise about this new initiative that was published in FUSE last week 12\01?  I know we have been in discussions regarding this logic for DeepView and Lockton clients and having that corrected at renewal as part of a special project.  Is this a new endeavor that for this grouping of clients (ASO in these products) there will be a global initiative to correct set up specific to 01.01.2012 and try to influence changes?

Need some guidance on specifics of this change and timing of decision as we in case installation have the majority of our ePros for 01.01 renewals already downstreamed and in the works and this will cause additional rework and ePro iterations.  Also has PBAB been involved in planning on how they will manage this volume?

Do we have an anticipated volume of clients that this change will impact?

Any direction or guidance is appreciated?

Thanks
Ronnie

<< OLE Object: Picture (Metafile) >>
Ronald E. Miller (Ronnie)
Vice President, Client Advocacy
East Region
CIGNA Healthcare
7555 Goodwin Road 474
Chattanooga, Tennessee 37421

Routing Code 474 - Chattanooga Service Center
Business Phone: 423.490.4474
Cell Phone:   423.596.6575
Fax Number:  1.866.236.1320

*Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.* © *Copyright 2011 CIGNA.*

---

**From:** Belcher, Paul R HHHH
**Sent:** Tuesday, December 06, 2011 2:21 PM
**To:** Bazzano, James L W3SLS; Craig, Lori C W3SLS; Donnelly, Michael W3SLS; Reincke, Gregory (Greg) 334; Shanks, Jan E 334; Zappone, Kellie W3SLS; Cichy, John M W3SLS; Brewer, Frederick J (Fred) 596; Mailloux, Carmen M 454; Pettinato, Brian J 454; Drago, Michael W 307; Fisher, Chad D 307; Haughey, Kelly A 307; Henderson, Lidia 307; Hendricks, Eric J 307; Lyons, Shawn M 454; Mandy, Christopher J 307
**Cc:** Morrison, Scott 307; Higgins, James C (Jim) 307; Cuddeback, Brian W3SLS; Demosthenes, James P (Jim) HHHH
**Subject:** Pharmacy Copay Logic K versus G

Hi,
I wanted to send out a brief update regarding the conversion of ASO clients from copay logic K to copay logic G. I have copied/pasted the text from Fuse# 34894 below. Unfortunately, there is no way currently to automatically convert ASO copay clients from copay logic K to copay logic G. This will need to be submitted to PBAB. This is outlined below in the Fuse update.

In an effort to reduce/eliminate possible Customer dissatisfaction, **the Pharmacy and Choice Fund Product teams are recommending the use of "Copay G" logic for new and existing ASO clients with Choice Fund products (HSA, HRA, and FSA) and a Pharmacy copay plan in place.** This option should apply to ASO clients with one or more pharmacy plans that use copays, including minimum or maximum copays. Copay G logic is not necessary for clients that only use flat coinsurance pharmacy benefit plans. **Updated 12/01/11**

Our current copay logic default is "Copay K", which is required by our network pharmacy agreements unless expressly prohibited in the plan's summary plan description (SPD). However, "Copay K" can result in the customer paying the copay even when the discounted cost of the drug is lower than the copay amount. This logic has seen heightened awareness by our customers due to the issuance of Health Statements where the cost to the customer is higher than the actual cost for one or more pharmacy transactions.

Therefore, we are requesting Sales implement Copay G logic on all New Choice Fund ASO plans with pharmacy copays, and that this change is made at the next renewal for all existing Choice Fund ASO clients with pharmacy copays. "Copay G" is nonstandard and requires PBAB approval. PBAB Approval applies to both new and renewing accounts.

To request the exception for Copay G logic, please submit the request to PBAB. Once PBAB has approved, Sales must provide the PBAB approval to Case Install to ensure that the following comment is reflected in the pharmacy section of ePro for every benefit option that has any form of copay benefit (i.e., flat copay, and coinsurance with min and / or max copay): PBAB approved COPAY G logic.

CONFIDENTIAL                                                                                                                                                                  CIGNA00050500

This comment is also required upon renewal for all ASO non Choice Fund plans previously approved by PBAB for "Copay G". Without this comment, the SPD will not include the exception language which could create compliance exposure for CIGNA with our contracted network pharmacies.

Many of you may already be aware of this but I thought it was a good idea to send out to everyone as a reminder. Thanks.

Paul R. Belcher, PharmD
Clinical Account Manager
Cigna Pharmacy Management
Office: 203-758-3289
Cell: 860-803-1259
E-Mail: Paul.Belcher@Cigna.com

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2011 Cigna.*

CONFIDENTIAL
CIGNA00050501