# EXHIBIT 31

# EXHIBIT AO





ARGUS
A DST Company

January 28, 2014

Confidential and Attorneys' Eyes Only

DSTPS 003630

EXHIBIT 77



Copyright 2019 by Argus Health Systems, Inc.
All rights reserved.

The computer systems, procedures, databases, software programs, documentation and other materials (collectively "Information") created, maintained or provided by Argus Health Systems, Inc. ("Argus"), are proprietary to Argus and are confidential. Any unauthorized use or disclosure of any Argus Information is strictly prohibited and may result in civil liabilities.

Any person who knowingly and without authorization discloses or takes any Argus Information that is confidential, proprietary, or a trade secret, residing or existing internal or external to a computer, computer system, or computer network or who knowingly and without authorization accesses or causes to be accessed any computer, computer system, or computer network of Argus' or containing Argus Information, may be subject to criminal penalties under applicable law.

No part of any Argus Information may be reproduced, stored, disseminated or used, in any form or by any means, mechanical, electrical, or otherwise, without the prior written permission of Argus. Each authorized reproduction of any part of Argus Information must contain notice of Argus' copyright as follows: "Copyright 2019 by Argus Health Systems, Inc."

Companies, names, and/or data used in screens and sample output are fictitious unless otherwise noted. All of the information in this document constitutes a trade secret, privileged or confidential information; as such terms are interpreted under the Freedom of Information Act and applicable case law.



All of the information on this page constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law. Copyright 2019 by Argus Health Systems, Inc.



All of the information on this page constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law. Copyright 2019 by Argus Health Systems, Inc.

March 1, 2019                                                                                   4

Confidential and Attorneys' Eyes Only                                          DSTPS 003633

# Requirements Section

## Business Justification

### Background/Current Process

Currently the amount the plan pays is always reflected as $0 when there is an overpayment to the pharmacy by the member.

### Problem Description

Members occasionally do pay more than the cost of the drug, but currently logic is in place to inflate the ingredient cost to account for the overpayment and balance the claim, reflecting zero dollars owed to the pharmacy. This logic needs to be overridden so that the amount owed to the pharmacy can accurately reflect the negative amount. This negative amount will also then flow through the financial system and be reflected in the Argus financial processes and reports.

Update for customer numbers 215, 518 and 519.

### Completion Criteria

Point of Sale claim will show a negative amount when pricing calculations include the negative total paid.

All of the information on this page constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law. Copyright 2019 by Argus Health Systems, Inc.

All of the information on this page constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.



# Appendix

# Glossary

All of the information on this page constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law. Copyright 2019 by Argus Health Systems, Inc.

March 1, 2019                                                                                                      7

Confidential and Attorneys' Eyes Only                                                                       DSTPS 003636

# INTERNAL ARGUS USE ONLY

*If publishing this document to any customer, you must remove any documentation from this point on as it is for internal Argus use only!*

All of the information on this page constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

Confidential and Attorneys' Eyes Only



All of the information on this page constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law. Copyright 2019 by Argus Health Systems, Inc.

March 1, 2019 9

Confidential and Attorneys' Eyes Only DSTPS 003638



All of the information on this page constitutes a trade secret, privileged or confidential information, as such terms are interpreted under the Freedom of Information Act and applicable case law.

Confidential and Attorneys' Eyes Only