# EXHIBIT 33

# EXHIBIT AR

Message

| | |
|---|---|
| From: | Owen, Alan T B5PHR [/O=CIGNA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C51024] |
| Sent: | 5/2/2014 1:14:02 PM |
| To: | Stacey, Edward V B5PHR [Edward.Stacey@Cigna.com] |
| Subject: | RE: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off |

Good morning Ed,

As a follow-up to our discussion on Tuesday morning, I met with Justin Pitt and Julie Burns-McAvovy to address the questions you raised regarding ZBL, reconciliation statement and CLAWBACK. Please see Justin's answers in blue and Julie's answers in red addressing each question.

1)      Will this be different, and will we have different capabilities (to allow for it to be turned off during the deductible phase) after we migrate business to RxClaim?*[Justin Pitt]* I was not aware that this is different from the industry. I would say that if we need to, then we could have the capability to turn off during the deductible phase. It would have to be a discussion with CTRX to see if they do this today with other clients, or if this is a needed enhancement. *[Julie Burns-McAvoy]* We do not know if it will be different without looking at the Catamaran contract. What was built in Argus was to the standards that Catamaran specified.

2)      What does the current reconciliation statement that goes to the pharmacy that identifies the B transaction as a withhold actually say?  Does it say Cigna CLAWBACK or something horrendous like that?  Just wondering how the pharmacies have so quickly identified this.*[Justin Pitt]* No, it just shows the transaction and the balance that will be applied to the pharmacy based on that specific transaction. In reports most pharmacies receive on a weekly basis, the pharmacy will see in detail the positives and negatives of that payment cycles transactions. A summary at the end as well with a total balance for the pharmacy. *[Julie Burns-McAvoy]* What reconciliation statement are you referring to? Is it the 835 remittance? The 835 remittance is a document between the claim processor (in this case Argus) and pharmacy.  Argus includes all of their customer transactions on the 835 remittance therefore Cigna is unable to see it.  We would likely have to get a copy of the 835 remittance from Catamaran to understand how they reflect the negative pharmacy total paid to the pharmacies. What is a B transaction?

3)      What does the client see on their remittance invoice paper work "claw back"?*[Justin Pitt]* Not sure what the client sees. Since we are not taking money back from them, it more than likely looks like a normal transaction (i.e. plan owes $0.00, member paid full cost; plan owes $2.30, member paid $3.70 total cost is $6.00). *[Julie Burns-McAvoy]* I don't know what you mean by client remittance invoice paperwork.  We did not make any changes to the client or customer process as a result of this project.  The client totals have not changed. Pharmacy over payment does not touch the customers' liability or calculations.

4)      What are our thoughts and concerns around ZBL?*[Justin Pitt]* We do not have a full understanding of the global and state regulations in place today that is causing us to have to answer a lot of questions to the State, pharmacies, etc. Ultimately, spread is driving the ZBL concerns with pharmacies; we should truly consider other options that can offer to mitigate this. I am thinking that as long as this continues to gain exposure, States will eventually start implementing measures that will take away spread and make it much more difficult/cumbersome to implement logic that would allow us to continue on this path. *[Julie Burns-McAvoy]* Cigna was told by Catamaran that the recoupment of the dollars could not be in an administrative line item on the 835 remittance report, but rather needed to appear on the screen and associated with each claim transaction.  It had to be fully transparent.  Previously if the customer's liability was greater than the negotiated

EXHIBIT 96

CONFIDENTIAL                                                                                                                                                    CIGNA00260814

pharmacy ingredient cost the pharmacy ingredient cost was inflated so the balance owed to the pharmacy would be zero (i.e. customer's copay of $10, negotiated ingredient cost of $8 should have produced a -$2 owed to the pharmacy by Cigna. However the ingredient cost was changed to $10 producing a $0 owed to the pharmacy by Cigna.) In these cases pharmacies were getting overpaid, but the new system in place stops the overpayment.

An additional point to consider is if pharmacies are banding together to sue Cigna/Catamaran they may agree to stop processing claims for Cigna's customers and have the customer pay the full price of the prescription at the point of sale. They may inform the customer or the customer may call Cigna's Customer Service to find out how they submit a Direct Member Reimbursement to have their claim processed in order to get the money back from Cigna.

Please let me know if you need anything else.

Thank you,

-Alan

ALAN T. OWEN, JD
Compliance Specialist
Cigna Pharmacy Management
900 Cottage Grove Road, Routing B5PHR
Hartford, CT 06152
ph 860.226.4304

Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.
© Copyright 2014 CIGNA

---

**From:** Stacey, Edward V B5PHR
**Sent:** Thursday, April 24, 2014 4:11 PM
**To:** Owen, Alan T B5PHR
**Subject:** FW: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off

Hi Alan,
Please see me on this tomorrow morning. Just pop in. The earlier the better.
Thanks
Ed

*Ed Stacey*
Network Operations
Cigna Pharmacy Management, B5PHR
Phone: 860.226.0897 / Fax: 860.226.0815



Confidential, unpublished property of Cigna.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2014 Cigna

---

**From:** Stacey, Edward V B5PHR
**Sent:** Thursday, April 24, 2014 4:09 PM
**To:** Vancura, Michelle HHHH; Whitnah, Daniel R 584
**Subject:** RE: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off

Hi Michelle,
Will gather the info and respond in a day or so.

Ed

*Ed Stacey*
Network Operations
Cigna Pharmacy Management, B5PHR
Phone: 860.226.0897 / Fax: 860.226.0815



*Confidential, unpublished property of Cigna.*
*Do not duplicate or distribute.*
*Use and distribution limited solely to authorized personnel.*
© Copyright 2014 Cigna

---

**From:** Vancura, Michelle HHHH
**Sent:** Tuesday, April 22, 2014 6:26 PM
**To:** Stacey, Edward V B5PHR; Whitnah, Daniel R 584
**Subject:** FW: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off

Hi Ed....

The ZBL logic has been rearing its ugly head within the independent pharmacy world...and subsequently with our customers and clients.

One thing to note, is that we are doing this differently than most of the industry; specifically that the ZBL is turned 'on' during a deductible phase of a customer benefit.  A couple of questions for you;

1)      Will this be different, and will we have different capabilities (to allow for it to be turned off during the deductible phase) after we migrate business to RxClaim?
2)      What does the current reconciliation statement that goes to the pharmacy that identifies the B transaction as a withhold actually say?  Does it say Cigna CLAWBACK or something horrendous like that?  Just wondering how the pharmacies have so quickly identified this.

Steph provided me these results, but I don't know how to read them...
Any insight is appreciated!

---

**From:** Byrne, Stephanie C5PRC
**Sent:** Tuesday, April 22, 2014 7:51 AM
**To:** Vancura, Michelle HHHH
**Subject:** FW: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off

FYI, this is the Catamaran approval of the Argus ZBD processing for East business, Facets has not been implemented yet.

---

**From:** Urick, Paul N B5PHR
**Sent:** Friday, February 21, 2014 5:04 PM
**To:** Burns-McAvoy, Julie M B5PHR; Riley, Catherine M (Kitty) 633
**Cc:** Byrne, Stephanie C5PRC; Vancour, Karen A B5PHR
**Subject:** RE: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off

I approve to move ahead with the install.  The Catamaran understanding of 215, 518 and 519 is correct.

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Friday, February 21, 2014 4:40 PM
**To:** Urick, Paul N B5PHR; Riley, Catherine M (Kitty) 633
**Cc:** Byrne, Stephanie C5PRC; Vancour, Karen A B5PHR; Burns-McAvoy, Julie M B5PHR

**Subject:** FW: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off
**Importance:** High

Below is the conditional sign-off I have received from Catamaran.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2014 Cigna.

---

**From:** Wefelmeyer, Danielle [mailto:Danielle.Wefelmeyer@catamaranrx.com]
**Sent:** Friday, February 21, 2014 3:33 PM
**To:** Dubey, Shraddha (CTR) B5PHR; Burns-McAvoy, Julie M B5PHR
**Cc:** Zhang, Wen; Pitt, Justin A B5PHR; Beatty, Ashley; Olson, Kim
**Subject:** RE: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off

Shraddha / Julie -- We approve of the zero balance logic of customer 215. Through our testing it appears that the test claims are pricing accurately in the daily claim extract and per the screen shot.

Customers 518 and 519 do not pass claim validation through the daily claim extract. Many claims are not accurately calculating the un-adjusted ingredient cost found in the field 'INGRD_CST'. On the daily claim extract the ingredient cost within field 'PHR_INGRD_CST' is the adjudicated ingredient cost. The adjudicated ingredient cost in the test claims are not reflecting the appropriate negative amount due. Based upon discussion with Julie there is hard coding in the system that is preventing customers 518 and 519 to produce the negative amount due. In the test claims when the amount due is inflated, the un-inflated ingredient cost field (i.e. 'INGRD_CST') is not accurate . Please see the example below. The last column contains the variance between the INGRD_CST on the test files and the expected value based upon the calculated lower of logic.

| CLAIM_NBR | PRICE_SOURCE | ARGUS_NTWK_ID | SUBM_METRIC_DEC_QTY | PHR_INGRD_CST | INGRD_CST | DISPN_FEE_ |
|---|---|---|---|---|---|---|
| 154410003141 | P | 0100 | 10.000 | 3.73 | 0.00 | 1.27 |
| 154410002911 | P | 0100 | 30.000 | 5.30 | 0.00 | 1.30 |
| 154410003221 | P | 0100 | 30.000 | 5.20 | 0.00 | 1.40 |

Thanks,
Danielle

**Danielle Wefelmeyer** | **Phone:** (301) 548-2934



---

**From:** Wefelmeyer, Danielle
**Sent:** Friday, February 21, 2014 12:12 PM
**To:** Dubey, Shraddha (CTR) B5PHR
**Cc:** Zhang, Wen; Burns-McAvoy, Julie M B5PHR; Pitt, Justin A B5PHR; Beatty, Ashley; Olson, Kim
**Subject:** RE: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off

Shraddha – The approval from Wen is for the test of the file format and successful loading of the files. This is not approval of the ZBL pricing logic. We will be sending a separate validation for the pricing logic.

Thank you,
Danielle

**Danielle Wefelmeyer** | Phone: (301) 548-2934



---

**From:** Zhang, Wen
**Sent:** Friday, February 21, 2014 12:08 PM
**To:** Dubey, Shraddha (CTR) B5PHR; Wefelmeyer, Danielle; Beatty, Ashley; Pitt, Justin A B5PHR; Yelle, Robert R C7DWM; Shapiro, Ralph V C6ITF; Pittenger, Robert C C6ITF; Wilson, Patrick (CTR) 584; Prince, Joan L 584; Plencner, Rachel A 584; Sandler, Shawn A 584; Nagarkatte, Pranav (CTR) 584; Wiens, Donna M 584; Washburn, James D 599; Charles, Joshua (CTR) 584; Manoharan, Dinesh Babu (CTR) 474; Brouillet, Jason R C6ITF
**Cc:** Jonnakota, Srinivas B5PHR; Burns-McAvoy, Julie M B5PHR
**Subject:** RE: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off

Hi Shraddha,

I have send our testing result in the previous. Just in case you did captured all test summary, here are final test summary on Catamaran DW team.

| Test File Name | Loaded Date | Records Count | Actual Test File Name |
|---|---|---|---|
| 1031623_CIG_FIN_PCT_0518_MEDPHR_CCYYMMDDHHMISS.zip | 2/19/2014 9:33 | 24 | 1031623_CIG_FIN_PCT_05 |
| 1031623_CIG_FIN_PCT_0518_RTL_CCYYMMDDHHMISS.zip | 2/19/2014 8:55 | 24 | 1031623_CIG_FIN_PCT_05 |
| 1031623_CIG_FIN_PCT_0519_CCYYMMDDHHMISS.zip | 2/19/2014 9:41 | 24 | 1031623_CIG_FIN_PCT_05 |
| 1031623_CIG_RTL_ANLY_PCT_0215_CCYYMMDDHHMISS.zip | 2/19/2014 7:38 | 28 | 1031623_CIG_RTL_ANLY_P |

CONFIDENTIAL                                                                                                                    CIGNA00260818

| | | | |
|---|---|---|---|
| 1031623_CIG_RTL_ANLY_PCT_0519_CCYYMMDDHHMISS.zip | 2/19/2014 8:02 | 24 | 1031623_CIG_RTL_ANLY_P |
| 1031623_CIG_RTL_ANLY_PCT_0518_CCYYMMDDHHMISS.zip | 2/19/2014 8:16 | 59 | 1031623_CIG_RTL_ANLY_P |
| FIN_PCT_0215_CCYYMMDDHHMISS.zip | 2/20/2014 11:25 | 3133 | FIN_PCT_0215_CCYYMMD |

Thanks,
Wen

---

**From:** Dubey, Shraddha (CTR) B5PHR [mailto:Shraddha.Dubey@Cigna.com]
**Sent:** Friday, February 21, 2014 11:43 AM
**To:** Zhang, Wen; Wefelmeyer, Danielle; Beatty, Ashley; Pitt, Justin A B5PHR; Yelle, Robert R C7DWM; Shapiro, Ralph V C6ITF; Pittenger, Robert C C6ITF; Wilson, Patrick (CTR) 584; Prince, Joan L 584; Plencner, Rachel A 584; Sandler, Shawn A 584; Nagarkatte, Pranav (CTR) 584; Wiens, Donna M 584; Washburn, James D 599; Charles, Joshua (CTR) 584; Manoharan, Dinesh Babu (CTR) 474; Brouillet, Jason R C6ITF
**Cc:** Jonnakota, Srinivas B5PHR; Burns-McAvoy, Julie M B5PHR
**Subject:** FW: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off

Hello All – I am still to receive approval on Test Evidence summary from you all.
Please provide it ASAP.

Thanks,

Shraddha Dubey
Pharmacy IT QA
Phone: 860-593-9029

---

**From:** Dubey, Shraddha (CTR) B5PHR
**Sent:** Friday, February 21, 2014 9:34 AM
**To:** Burns-McAvoy, Julie M B5PHR; Despard, David W B5PHR; Jendrysik, Joseph D B5PHR; Pitt, Justin A B5PHR; Scott, Allan (CTR) 2140; Jonnakota, Srinivas B5PHR; Lester, Tyler 446; Padams, Joshua C TL05P; Byrne, Stephanie C5PRC; Stacey, Edward V B5PHR; Vangari, Saritha (CTR) HHHH; Patlolla, Santosh (CTR) 3W1A; Pandian, Prasannakumar (CTR) 3W1A; Stephens, Kyle A A8SUW; Lazaroff, Linda L A8SUW; Wick, Lisa A W4LAB; Gerena, Wendy (CTR) B5PHR; Michaci, Deepak Kottana (CTR) 446; Brouillet, Jason R C6ITF; Lyons, Rosemary N C5TRS; Miller, Dale HHHH; Pittenger, Robert C C6ITF; Shapiro, Ralph V C6ITF; Wilson, Patrick (CTR) 584; Cady, Mark A 584; Plencner, Rachel A 584; Sandler, Shawn A 584; Niver, Jonathan B5PHR; Kolega, Joseph M (Joe) 584; Nagarkatte, Pranav (CTR) 584; Wiens, Donna M 584; Prince, Joan L 584; Washburn, James D 599; Duerst, Susan T 599; Kania, Deborah C (Debbie) 599; Durrschmidt, Lizette 3W4A; Diaz, Rodolfo Lenin 2140; Wilber, Barbara L (Barb) 539; Walther, Thomas 2140; Angert, Gorana 2140; King, Christine M (Chris) 599; Wilcox, Kindra K 584; Devin, Hillary (CTR) 584; Smith, Denise Y 599; Charles, Joshua (CTR) 584; Manoharan, Dinesh Babu (CTR) 474; 'amanda.f.gravenhorst@accenture.com'; Steidle, Stephen (CTR) LL2; Sullivan, Susan W B5PHR; Jain, Girish K TL07A; Smith, Joanne HHHH; Edward, Ignatius Auxilian (CTR) LLCLM; Pandian, Prasannakumar (CTR) 3W1A; Jain, Girish K TL07A; Stern, Jonathan 523; Vancour, Karen A B5PHR; Sullivan, Susan W B5PHR; Jonnakota, Srinivas B5PHR; Nair, Deepa Sulochanan (CTR) B5PHR; Padams, Joshua C TL05P; Rowles, Nancy HHHH; Duka, Enkeleda C6ACC; Hidalgo, Cheri W HHHH; Wills PMP, Kerry R A6IT; Rover, Kelly (CTR) HHHH; Jaffe, Eric S TL07A; Bostic, Marlene R HHHH; Maddur, Ramamohan B5PHR; Wilson, Sharon H 446; Viswanathan, Kartik (CTR) 3W4A; Palaniappan Muthusamy, Senthilkumar B5PHR; Sakthivel, Padmavathi (CTR) Offshore; 'cdaughtridge@deloitte.com'; 'ramcgee@deloitte.com'; Tingley-Pigge, Elizabeth A (Beth Anne) HHHH; Lathe, Jason B5PHR; Kenna, Martha A 584;

Palmer, Susan J C6ACC; Pampana, Vijay Kumar (CTR) B5PHR; Nair, Deepa Sulochanan (CTR) B5PHR; Turley, Kellie L B5PHR; Edward, Ignatius Auxilian (CTR) LLCLM; Sharma, Hari O A3PMO; Walther, Thomas 2140; Sedli, Gary (CTR) 2140; Diaz, Rodolfo Lenin 2140; Thompson, Kim A 584; Johnmeyer, Kelly D 599
**Subject:** RE: Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off
**Importance:** High

Good Morning All,

Please provide approval on Test Evidence Summary by noon today.
We need to provide sign off to Argus.

Those who have already provided sign off , please ignore the mail.

Thanks,

Shraddha Dubey
Pharmacy IT QA
Phone: 860-593-9029

_____

**From:** Dubey, Shraddha (CTR) B5PHR
**Sent:** Thursday, February 20, 2014 1:43 PM
**To:** Burns-McAvoy, Julie M B5PHR; Despard, David W B5PHR; Jendrysik, Joseph D B5PHR; Pitt, Justin A B5PHR; Scott, Allan (CTR) 2140; Jonnakota, Srinivas B5PHR; Lester, Tyler 446; Padams, Joshua C TL05P; Byrne, Stephanie C5PRC; 'stephanie.caldwell@argushealth.com'; VonBevern, Renee (Renee.VonBevern@argushealth.com); Stacey, Edward V B5PHR; Vangari, Saritha (CTR) HHHH; Patlolla, Santosh (CTR) 3W1A; Pandian, Prasannakumar (CTR) 3W1A; Stephens, Kyle A A8SUW; Lazaroff, Linda L A8SUW; Wick, Lisa A W4LAB; Gerena, Wendy (CTR) B5PHR; Michaci, Deepak Kottana (CTR) 446; Brouillet, Jason R C6ITF; Lyons, Rosemary N C5TRS; Miller, Dale HHHH; Pittenger, Robert C C6ITF; Shapiro, Ralph V C6ITF; Wilson, Patrick (CTR) 584; Cady, Mark A 584; Plencner, Rachel A 584; Sandler, Shawn A 584; Niver, Jonathan B5PHR; Kolega, Joseph M (Joe) 584; Nagarkatte, Pranav (CTR) 584; Wiens, Donna M 584; Prince, Joan L 584; Washburn, James D 599; Duerst, Susan T 599; Kania, Deborah C (Debbie) 599; Durrschmidt, Lizette 3W4A; Diaz, Rodolfo Lenin 2140; Wilber, Barbara L (Barb) 539; Walther, Thomas 2140; Angert, Gorana 2140; King, Christine M (Chris) 599; Wilcox, Kindra K 584; Devin, Hillary (CTR) 584; Smith, Denise Y 599; Charles, Joshua (CTR) 584; Manoharan, Dinesh Babu (CTR) 474; 'amanda.f.gravenhorst@accenture.com'; Steidle, Stephen (CTR) LL2; Sullivan, Susan W B5PHR; Jain, Girish K TL07A; Smith, Joanne HHHH; Edward, Ignatius Auxilian (CTR) LLCLM; Pandian, Prasannakumar (CTR) 3W1A; Jain, Girish K TL07A; Stern, Jonathan 523; Vancour, Karen A B5PHR; Sullivan, Susan W B5PHR; Jonnakota, Srinivas B5PHR; Nair, Deepa Sulochanan (CTR) B5PHR; Padams, Joshua C TL05P; Rowles, Nancy HHHH; Duka, Enkeleda C6ACC; Hidalgo, Cheri W HHHH; Wills PMP, Kerry R A6IT; Rover, Kelly (CTR) HHHH; Jaffe, Eric S TL07A; Bostic, Marlene R HHHH; Maddur, Ramamohan B5PHR; Wilson, Sharon H 446; Viswanathan, Kartik (CTR) 3W4A; Palaniappan Muthusamy, Senthilkumar B5PHR; Sakthivel, Padmavathi (CTR) Offshore; 'cdaughtridge@deloitte.com'; 'ramcgee@deloitte.com'; Tingley-Pigge, Elizabeth A (Beth Anne) HHHH; Lathe, Jason B5PHR; Kenna, Martha A 584; Palmer, Susan J C6ACC; Pampana, Vijay Kumar (CTR) B5PHR; Nair, Deepa Sulochanan (CTR) B5PHR; Turley, Kellie L B5PHR; Edward, Ignatius Auxilian (CTR) LLCLM; Sharma, Hari O A3PMO; Walther, Thomas 2140; Sedli, Gary (CTR) 2140; Angert, Gorana 2140; Diaz, Rodolfo Lenin 2140; Thompson, Kim A 584; Johnmeyer, Kelly D 599
**Subject:** Approval Notification :Argus Transition- Pharmacy Over Payment -Summary of Test Results v1.1 Sign Off
**Importance:** High

Hello All,

Please review **Argus Transition- Pharmacy Over Payment -Summary of Test Results** document currently at version**<< 1.1>>**

You are requested to signify your Approval or Rejection by using the supplied **voting buttons.** All approvals are expected by **2/21/2014**
If you are Rejecting or Conditionally Approving, please provide a detailed feedback ASAP so that your concerns can be addressed.

CONFIDENTIAL                                                                                                                                CIGNA00260820

**SharePoint copy:**
**<Test Evidence Summary> :**
https://centralhub.cigna.com/project/epms12736/06%20Testing/2014%20Releases/February/Feb%2028%20-%20Off%20release/Test%20-%20Pharmacy%20Over%20Payments%20Summary%20of%20Test%20Results%202-20-14v1.1.doc

**Approvals required:**

| Role | Name |
|---|---|
| Cigna Project Managers | Julie Burns-McAvoy (Business) |
| Cigna QA Leads | Srinivas Jonnakota |
| Business Analysts | NA |
| Developers | NA |
| Participating Applications(s) | VFR Claim, CBOR, Stop Loss, Interface, IM, 1099, CHIRPS, GL/GLSS – Regional and National<br>GHTR – Regional, National, Select and Emerging Markets<br>MailRx - Cigna Home Delivery Pharmacy<br>Eurocare – Global United Kingdom<br>Diamond – Global North America<br>Facets – Select Retail and MedPharm<br>One Source – Select Retail and MedPharm<br>SAP – Select and Emerging Markets<br>Genasys - Emerging Markets<br>Third Party Administrators<br>Catamaran<br>Argus |

Thanks,

Shraddha Dubey
Pharmacy IT QA
Phone: 860-593-9029

---------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by e-mail at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright (c) 2014 Cigna
==============================================================================

This communication, including any attachments, may contain information that is confidential and may be privileged and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender. Thank you for your cooperation.

---------------------------------------------------------------------------
This message was secured by ZixCorp(R).

CONFIDENTIAL                                                                                                                                CIGNA00260822