# EXHIBIT 35

# EXHIBIT AT

**PRODUCED IN NATIVE**

CIGNA00002359

| Data Field | Data Type | Description |
|---|---|---|
| CLM_NUM | DECIMAL(12, 0) | Claim Number |
| RX_NUM | CHAR(8) | Prescription number associated with written prescription from doctor |
| RX_REFLL_NUM | CHAR(2) | First Fill = 0, First refill = 1, etc. |
| CUST_NUM | CHAR(4) | Identifies which claim platform is associated with client (e.g., 0215 - Proclaim Platform; 0518 - Facets Platform; 0519 - Facets "Payer" platform (third party administrator)) |
| CLNT_NUM | CHAR(4) | Argus value used to identify accounts |
| RX_ACCT_NUM | CHAR(7) | Cigna account number |
| CLM_SYS_CD | CHAR(1) | Claim system code used to designate the source of the eligibility and where the claim was processed |
| BRNCH_CD | CHAR(6) | Branch code |
| PLAN_OF_BEN | CHAR(10) | Product |
| MBR_NO | CHAR(12) | Unique Member Number |
| EMP_ID | INTEGER | Employee ID of primary insured |
| RELTN_CD | CHAR(2) | Relation to primary insured |
| NABP_PHARMCY_NUM | CHAR(7) | National Association of Board Pharmacies pharmacy number identifier |
| RX_WRTN_DT | DATE | Date the prescription was written |
| FILL_DT | DATE | Date the pharmacy filled the prescription |
| PAID_DT | DATE | Date the pharmacy was paid |
| ACT_MAC_DIF_AMT | DECIMAL(7, 2) | Member pay difference - e.g., when member requests brand over generic |
| DEDCT_APPLD_AMT | DECIMAL(7, 2) | Amount applied to deductible |
| DAYS_SUP_QTY | SMALLINT | Number of days supply for prescription |
| COPAY_COIN_AMT | DECIMAL(7, 2) | Copay_Amt + Coins_Amt + Act_Mac_Dif_Amt |
| METRC_QTY | DECIMAL(7, 2) | Quantity prescribed |
| INGRD_CST_AMT | DECIMAL(7, 2) | Ingredient cost to client |
| AWP_INGRD_CST_AMT | DECIMAL(7, 2) | Average Wholesale Price |
| DISP_FEE_AMT | DECIMAL(7, 2) | Dispensing fee charged to client |
| SALES_TAX_AMT | DECIMAL(7, 2) | Sales tax charged to client |
| TOT_PD_AMT | DECIMAL(8, 2) | Ingredient cost + dispense fee + sales tax - cost share |
| UNC_AMT | DECIMAL(7, 2) | Pharmacy's Usual and Customary amount |
| GENRC_CD_NUM | CHAR(5) | Generic Code Number - First Databank identifier/index which groups drugs of same ingredient, strength, and route |
| NDC_NUM | CHAR(11) | National Drug Code - CMS alternative which standardizes the code to 11 digits |
| NDC_PRODT_IND | CHAR(1) | 0 = supplies, 1 = generics, 2 = brands |
| FRMLRY_IND | CHAR(1) | 1 = "On the formulary", 2 = "Off the formulary" |
| PRC_SRC | CHAR(1) | Pricing Source: M = U&C, Y = AWP%, U = Submitted, P = MAC |
| CLM_TY | CHAR(1) | P=paid, R-reversed, A=adjusted, N=negates paid/adj claim to add adj line |
| ARGUS_NETWORK_ID | CHAR(4) | Argus Network ID |
| PRESC_FILLD_CNT | SMALLINT | Prescription filled |
| NEW_MBR_NO | CHAR(12) | Member number if changed for HIPAA |
| FUNDNG_SVC_CD | CHAR(1) | 2 - ASO, all else - Insured other |
| OUT_OF_NTWRK_IND | CHAR(1) | Out of Network Indicator |
| MBR_PIN | CHAR(15) | Member PIN |
| COMB_DED_IND | CHAR(1) | Combined Deductible indicator |
| RTNG_TY | CHAR(1) | Combined with FUNDNG_SVC_CD, this determines funding type |
| CLM_RECVD_DT | DATE | Date claim was received |
| TIER_CD | CHAR(2) | Copay tier |
| PHARM_GRP_TY | CHAR(2) | Pharmacy type (e.g., R - retail) |
| PHARM_INGRD_CST_AMT | DECIMAL(7, 2) | Ingredient cost to Cigna |
| PHARM_DISP_FEE_AMT | DECIMAL(7, 2) | Dispense fee to Cigna |
| PHARM_SALES_TAX_AMT | DECIMAL(7, 2) | Sales tax to Cigna |
| PHARM_PD_AMT | DECIMAL(9, 2) | Total paid by Cigna |
| PCCS_ID | CHAR(9) | Pricing option chosen by client. Unique ID defined for each combination of brand/generic discounts. |
| PRSCRPTN_ID | CHAR(12) | Prescription ID |
| EXPND_INGRD_CST_AMT | DECIMAL(11, 2) | Same as INGRD_CST_AMT, but field allows for more digits post-August 20, 2013 |
| EXPND_UNC_AMT | DECIMAL(11, 2) | Same as UNC_AMT, but field allows for more digits post-August 20, 2013 |
| EXPND_AWP_INGRD_AMT | DECIMAL(11, 2) | Same as AWP_INGRD_AMT, but field allows for more digits post-August 20, 2013 |
| EXPND_TOT_PD_AMT | DECIMAL(11, 2) | Same as TOT_PD_AMT, but field allows for more digits post-August 20, 2013 |
| EXPND_PHARM_INGRD_CST_AMT | DECIMAL(11, 2) | Same as PHARM_INGRD_CST_AMT, but field allows for more digits post-August 20, 2013 |