# EXHIBIT 36

# EXHIBIT AU

Sample claims from CIGNA00002361
Field descriptions from CIGNA07777352

| | A | B | C | D | E |
|---|---|---|---|---|---|
| | Field | Description | | | |
| 1 | CLM_NUM | Claim Number | 157495679591 | 166180368141 | 166185316051 |
| 2 | RX_NUM | Prescription number associated with written prescription from doctor | 90654830 | 7349582 | 7349581 |
| 3 | RX_REFLL_NUM | First Fill = 0, First refill = 1, etc. | 00 | 00 | 00 |
| 4 | CUST_NUM | Identifies which claim platform is associated with client (e.g., 0215 - Proclaim Platform; 0518 - Facets Platform; 0519 - Facets "Payer" platform (third party administrator) | 0215 | 0215 | 0215 |
| 5 | CLNT_NUM | Argus value used to identify accounts | 7825 | 7825 | 7825 |
| 6 | RX_ACCT_NUM | Cigna account number | 3336391 | 3336391 | 3336391 |
| 7 | CLM_SYS_CD | Claim system code used to designate the source of the eligibility and where the claim was processed | 3 | 3 | 3 |
| 8 | BRNCH_CD | Branch code | LAT02 | LAT02 | LAT02 |
| 9 | PLAN_OF_BEN | Product | OAPJX | OAPJX | OAPJX |
| 10 | MBR_NO | Unique Member Number | 16960557101 | 16960557101 | 16960557101 |
| 11 | EMP_ID | Employee ID of primary insured | 169605571 | 169605571 | 169605571 |
| 12 | RELTN_CD | Relation to primary insured | EE | EE | EE |
| 13 | NABP_PHARMCY_NUM | National Association of Board Pharmacies pharmacy number identifier | 3976529 | 3976391 | 3976391 |
| 14 | RX_WRTN_DT | Date the prescription was written | 20151214 | 20160805 | 20160805 |
| 15 | FILL_DT | Date the pharmacy filled the prescription | 20151215 | 20160805 | 20160805 |
| 16 | PAID_DT | Date the pharmacy was paid | 20151218 | 20160806 | 20160806 |
| 17 | ACT_MAC_DIF_AMT | Member pay difference - e.g., when member requests brand over generic | 0.00000 | 0.00000 | 0.00000 |
| 18 | DEDCT_APPLD_AMT | Amount applied to deductible | 2.44000 | 25.56000 | 4.20000 |
| 19 | DAYS_SUP_QTY | Number of days supply for prescription | 0.00000 | 0.00000 | 0.00000 |
| 20 | COPAY_COIN_AMT | Copay_Amt + Coins_Amt + Act_Mac_Dif_Amt | 37.86000 | 0.00000 | 0.00000 |
| 21 | METRC_QTY | Quantity prescribed | 180.00000 | 21.00000 | 28.00000 |
| 22 | INGRD_CST_AMT | Ingredient cost to client | 40.30000 | 24.56000 | 3.20000 |
| 23 | AWP_INGRD_CST_AMT | Average Wholesale Price | 433.21000 | 34.64000 | 32.48000 |
| 24 | DISP_FEE_AMT | Dispensing fee charged to client | 0.00000 | 1.00000 | 1.00000 |
| 25 | SALES_TAX_AMT | Sales tax charged to client | 0.00000 | 0.00000 | 0.00000 |
| 26 | TOT_PD_AMT | Ingredient cost + dispense fee + sales tax - cost share | 0.00000 | 0.00000 | 0.00000 |
| 27 | UNC_AMT | Pharmacy's Usual and Customary amount | 434.71000 | 31.81000 | 4.20000 |
| 28 | GENRC_CD_NUM | Generic Code Number - First Databank identifier/index which groups drugs of same ingredient, strength, and route | 25540 | 37499 | 35793 |
| 29 | NDC_NUM | National Drug Code - CMS alternative which standardizes the code to 11 digits | 31722022501 | 59746000103 | 65162019011 |
| 30 | NDC_PRODT_IND | 0 = supplies, 1 = generics, 2 = brands | G | G | G |
| 31 | FRMLRY_IND | 1 = "On the formulary", 2 = "Off the formulary" | F | F | F |
| 32 | PRC_SRC | Pricing Source: M = U&C, Y = AWP%, U = Submitted, P = MAC | Y | Y | Y |

EXHIBIT 0003

| # | Field | Description | | | |
|---|---|---|---|---|---|
| 33 | CLM_TY | P=paid, R-reversed, A=adjusted, N=negates paid/adj claim to add adj line | P | P | P |
| 34 | ARGUS_NETWORK_ID | Argus Network ID | 1000 | 0100 | 0100 |
| 35 | PRESC_FILLD_CNT | Prescription filled | 1.00000 | 1.00000 | 1.00000 |
| 36 | NEW_MBR_NO | Member number if changed for HIPAA | 16960557101 | 16960557101 | 16960557101 |
| 37 | FUNDNG_SVC_CD | 2 - ASO, all else - Insured other | 2 | 2 | 2 |
| 38 | OUT_OF_NTWRK_IND | Out of Network Indicator | I | I | I |
| 39 | MBR_PIN | Member PIN | NULL | NULL | NULL |
| 40 | COMB_DED_IND | Combined Deductible indicator | Y | Y | Y |
| 41 | RTNG_TY | Combined with FUNDNG_SVC_CD, this determines funding type | NULL | NULL | NULL |
| 42 | CLM_RECVD_DT | Date claim was received | 20151215 | 20160805 | 20160805 |
| 43 | TIER_CD | Copay tier | 01 | 01 | 01 |
| 44 | PHARM_GRP_TY | Pharmacy type (e.g., R - retail) | M | R | R |
| 45 | PHARM_INGRD_CST_AMT | Ingredient cost to Cigna | 40.30000 | 11.81000 | 1.20000 |
| 46 | PHARM_DISP_FEE_AMT | Dispense fee to Cigna | 0.00000 | 1.30000 | 1.30000 |
| 47 | PHARM_SALES_TAX_AMT | Sales tax to Cigna | 0.00000 | 0.00000 | 0.00000 |
| 48 | PHARM_PD_AMT | Total paid by Cigna | 0.00000 | -12.45000 | -1.70000 |
| 49 | PCCS_ID | Pricing option chosen by client. Unique ID defined for each combination of brand/generic discounts. | NULL | NULL | NULL |
| 50 | PRSCRPTN_ID | Prescription ID | 90654830 | 7349582 | 7349581 |
| 51 | EXPND_INGRD_CST_AMT | Same as INGRD_CST_AMT, but field allows for more digits post-August 20, 2013 | 40.30000 | 24.56000 | 3.20000 |
| 52 | EXPND_UNC_AMT | Same as UNC_AMT, but field allows for more digits post-August 20, 2013 | 434.71000 | 31.81000 | 4.20000 |
| 53 | EXPND_AWP_INGRD_AMT | Same as AWP_INGRD_AMT, but field allows for more digits post-August 20, 2013 | 433.21000 | 34.64000 | 32.48000 |
| 54 | EXPND_TOT_PD_AMT | Same as TOT_PD_AMT, but field allows for more digits post-August 20, 2013 | 0.00000 | 0.00000 | 0.00000 |
| 55 | EXPND_PHARM_INGRD_CST_AMT | Same as PHARM_INGRD_CST_AMT, but field allows for more digits post-August 20, 2013 | 40.30000 | 11.81000 | 1.20000 |
| 56 | COPAY_AMT | Copay Amount | 37.86000 | 0.00000 | 0.00000 |
| 57 | COINS_AMT | Coinsurance Amount | 0.00000 | 0.00000 | 0.00000 |