# EXHIBIT 37

# EXHIBIT AV

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 3   Case No. 16-cv-1702
     - - - - - - - - - - - - - - - - - -x
 4   KIMBERLY A. NEGRON, Individually   :
     and on Behalf of All Others        :
 5   Similarly Situated,                :
                                        :
 6                          Plaintiffs, :
                                        :
 7            - vs -                    :
                                        :
 8   CIGNA CORPORATION and CIGNA HEALTH :
     AND LIFE INSURANCE COMPANY, et al.,:
 9                                      :
                            Defendants. :
10   - - - - - - - - - - - - - - - - - -x
11
12                      July 22, 2020
                        9:05 a.m.
13                         - - -
14
15
16
17
18
19
20         VIDEOTAPED VIRTUAL DEPOSITION UPON
21   ORAL EXAMINATION OF JUSTIN PITT, held at the
22   above-mentioned time and place, before Randi
23   Friedman, a Registered Professional Reporter,
24   within and for the State of New York.
25
```

Page 48

1    J. Pitt
2    applied to zero out that claim.
3        Q    So with these two meanings, when is
4    one meaning used as opposed to the other?
5        A    I don't know.  You usually have to ask
6    for verification of what someone means by zero
7    balance claim.
8        Q    Are you familiar with the term
9    "clawback"?
10       A    I am familiar with the term.
11       Q    Is that synonymous with a negative
12   reimbursement?
13       A    Yes.
14       Q    So that the second meaning for zero
15   balance claim, does that involve a clawback or a
16   negative reimbursement?
17              MS. FARRELL:  Objection to form.
18       Go ahead.
19              THE WITNESS:  Yes, with negative
20       reimbursement, that second one.
21   BY MR. BARRETT:
22       Q    The first meaning for a zero balance
23   claim does not involve a clawback?
24       A    Correct.
25       Q    Do you recall when you first heard