# EXHIBIT 39

# EXHIBIT AZ

*Sched PHARM*

| Prescription Drug Benefits |
| :---: |
| **The Schedule** |

**For You** *remove for Employee only* **[and Your Dependents]**

███████████████████████████████████

This certificate issued pursuant to a policy, does not include pharmacy benefit coverage required by ACA 23-79-149, and is disclosed here pursuant to Arkansas 23-79-803, requirements relating to offering a health benefits plan not subject to state-mandated health benefits. If the policyholder has selected it, this certificate may include other pharmacy benefit coverage that is not consistent with the requirements of ACA 23-79-149.

This plan provides Prescription Drug benefits for Prescription Drugs and Related Supplies provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you *remove for Employee only* [and your Dependents] may be required to pay a portion of the Covered Expenses for Prescription Drugs and Related Supplies. That portion includes any applicable Copayment, Deductible and/or Coinsurance.

████████████████████

Certain medications covered under this plan and required as part of preventive care services (including contraceptive devices and oral contraceptives for women, detailed information is available at www.healthcare.gov/center/regulations/prevention/recommendations.html) are payable at 100% with no copayment or deductible, when purchased from a Participating Pharmacy. A written prescription is required.

█████████████████████████████

**Coinsurance**

The term Coinsurance means the percentage of charges for covered Prescription Drugs and Related Supplies that you or your Dependent are required to pay under this plan.

█████████████████████████████

**Coinsurance**

The term Coinsurance means the percentage of charges for covered Prescription Drugs and Related Supplies that you ███████████████[or your Dependent] are required to pay under this plan.

█████████████████████████████

**Coinsurance**

The term Coinsurance means the percentage of Charges for covered Prescription Drugs and Related Supplies that you ███████████████[or your Dependent] are required to pay under this plan.

█████████████████████████████

**Charges**

The term Charges means the discounted amount that the pharmacy benefits manager makes available to ████ ███████████████ with respect to Participating Pharmacies, and it means the actual billed charges when the Pharmacy is a non-Participating Pharmacy.

█████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173345

**Charges**

The term Charges means the amount charged by ███████████ to the plan when the Pharmacy is a Participating Pharmacy. ███████████████████████████████████
██████

██████████████████████████

**Copayments**

Copayments are expenses to be paid by you ████████████████ [or your Dependent] for Covered Prescription Drugs and Related Supplies. ███████████████████

**Note:**

If the cost of a covered Prescription Drug or Related Supply is less than the copayment for that Prescription Drug or Related Supply, you ████████████████ [or your Dependent] are responsible for the lesser amount.

████████████████████████████

**Annual Maximum**

The total amount of Prescription Drug benefits payable for all expenses incurred at a Pharmacy in a <contract><calendar> year will not exceed the Annual Maximums shown in The Schedule.

███████████████████████████████████

**<Contract> <Calendar> Year Deductible**

Deductibles are expenses to be paid by you ████████████████ [or your Dependent] for Covered Prescription Drugs and Related Supplies. These Deductibles are in addition to any copayments or coinsurance. Once the Deductible maximum shown in The Schedule has been reached you and your family need not satisfy any further Prescription Drug Deductible for the rest of that year.

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████

**Out-of-Pocket Expenses**

Out-of-Pocket Expenses are Covered Expenses incurred at a Pharmacy for Prescription Drugs and Related Supplies for which no payment is provided because of the Coinsurance factor ████████████████ When the Out-of-Pocket Maximum shown in The Schedule is reached, benefits are payable at 100%.

████████████████████████████████████

**Oral Chemotherapy Medication**

Prescription oral chemotherapy medication that is used to kill or slow the growth of cancerous cells is covered at 100% ███████████████████████ <after deductible> ███████████████
████████████████████ <with no deductible>.

████████████████████████████████████████

**Oral Chemotherapy Medication**

████████████████████████████

**Chemotherapy Medication**

Prescription ████████████████ <self-injectable and> oral chemotherapy medication that is used to kill or slow the growth of cancerous cells is covered at Participating Pharmacies at 100% ███████
██████████████████████████████████████

CONFIDENTIAL                                                      CIGNA00173346

<on a basis no less favorable than> the out of network medical cost share for injectable/IV chemotherapy.

CONFIDENTIAL

CIGNA00173347

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY ** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| ████████████████ | | |
| **Lifetime Maximum** | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| ███████████████████████████████ | | |
| **Annual Maximum**<br><br>Individual Annual Maximum | ████████████<br>$! per person<br>Not Applicable | ████████████<br>$! per person<br>Not Applicable |
| Family Annual Maximum | ████████████<br>$! per family<br>Not Applicable | ████████████<br>$! per family<br>Not Applicable |
| ███████████████████████████ | | |
| **<Contract> <Calendar> Year Deductible**<br>Individual | ████████████<br>$! per person<br>Not Applicable | ████████████<br>$! per person<br>Not Applicable |
| Family | ████████████<br>$! per family<br>Not Applicable | ████████████<br>$! per family<br>Not Applicable |
| ███████████████████████████ | | |
| **<Contract> <Calendar> Year Deductible**<br>Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| ███████████████████████████ | | |
| **Note:** Generic Drugs are not subject to the Deductible | | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173348

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY ** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | | |

**Preventive Medications**

Prescription medications used to prevent any of the following medical conditions are not subject to the Deductible. However, this does not include any drugs or medications used to treat an existing illness, injury or condition.

- hypertension, high cholesterol, diabetes, asthma, osteoporosis, stroke, prenatal nutrient deficiency
- nutrient deficiency
- smoking cessation
- antiobesity and weight loss

**Preventive Medications**

Prescription medications prescribed for preventive purposes are not subject to the Deductible. This does not include any drugs or medications used to treat an existing illness, injury or condition.

| **Out-of-Pocket Maximum** | | |
|---|---|---|
| Individual | $! per person <br> Not Applicable | $! per person <br> Not Applicable |
| Family | $! per family <br> Not Applicable | $! per family <br> Not Applicable |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173349

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY ** | Non-PARTICIPATING PHARMACY |
|---|---|---|
| ████████████████████████████████████ | | |
| **Out-of-Pocket Maximum** Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| ████████████████████████████████████ | | |
| **Retail Prescription Drugs\*\*** | **The amount you pay for each 30-day supply** | **The amount you pay for each 30-day supply** |
| ████████████████████████████████████ | | |
| **Prescription Drugs\*\*** | **Applies to Each 30-day Supply** | **Applies to Each 30-day Supply** |
| ████████████████████████████████████ | | |

Certain medications covered under this plan and required as part of preventive care services (detailed information is available at www.healthcare.gov) are payable at 100% with no copayment or deductible, when purchased from a Participating Pharmacy. A written prescription is required.

Note: Contraceptive devices and oral contraceptives are payable as shown in The Schedule

████████████████████████████████

████████████████████████████████

Tier 1 refers to the first Tier of the prescription drug plan which indicates how each drug assigned to that tier will be paid.

████████████████████████████████

Tier 2 refers to the second Tier of the prescription drug plan which indicates how each drug assigned to that tier will be paid.

████████████████████████████████

Tier 3 refers to the third Tier of the prescription drug plan which indicates how each drug assigned to that tier will be paid.

████████████████████████████████

Tier 4 refers to the fourth Tier of the prescription drug plan which indicates how each drug assigned to that tier will be paid.

████████████████████████████████

CONFIDENTIAL                                              CIGNA00173350



| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| Each tier is clearly labeled in the schedule with a chart of the benefits that are included in each tier. | | |
| **Tier 1** | | |
| ████████████████ | ████████████████ | ████████████████ |
| Generic * | Non-Maintenance Drugs: | In-network coverage only |
| ████████████████ | ████████████████ | ████████████████ |
| Generic* drugs on the Prescription Drug List | No charge after $! copay | !% after ████████ deductible |
| | ████████████ | ████████████████ |
| | No charge after $! copay after ████████████████ | !% |
| | ████████████ | |
| | !% | |
| | ████████████████ | |
| | !% after ████████████ deductible | |
| | ████████████████ | |
| | The greater of !% or $!, then the plan pays 100% | |
| | ████████████████ | |
| | The greater of !% or $!, then the plan pays 100% after ████████████ | |
| | ████████████████ | |
| | !%, subject to a <minimum of $!> and a <maximum of $!>, then the | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173351

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | plan pays 100%<br><br>████████████████<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after<br>████████████████ | |
| | ████████████████<br><br>Maintenance Drugs:<br>$! for the first 3 fills, then the plan pays 100%.<br><br>████████████████<br><br>Maintenance Drugs:<br>$! for the first 3 fills, then the plan pays 100% after<br>████████████████<br><br>████████████████<br><br>Maintenance Drugs:<br>!% for the first 3 fills.<br><br>████████████████<br><br>Maintenance Drugs:<br>!% after ██████████ deductible for the first 3 fills. | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173352

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | ▮▮▮▮▮▮▮▮▮▮<br><br>Maintenance Drugs:<br>The greater of !% or $! for the first 3 fills, then the plan pays 100%.<br><br>▮▮▮▮▮▮▮▮▮▮<br><br>Maintenance Drugs:<br>The greater of !% or $! for the first 3 fills, then the plan pays 100% after ▮▮▮▮▮▮<br><br>▮▮▮▮▮▮▮▮▮▮<br><br>Maintenance Drugs:<br>!%, subject to a <minimum of $!> and a <maximum of $!> for the first 3 fills, then the plan pays 100%.<br><br>▮▮▮▮▮▮▮▮▮▮<br><br>Maintenance Drugs:<br>!%, subject to a <minimum of $!> and a <maximum of $!> for the first 3 fills, then the plan pays 100% after ▮▮▮▮▮▮ deductible. | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL   CIGNA00173353

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | ███████████████ For refills after the 3rd fill, you pay 100%. | |
| | ███████████████ For refills after the 3rd fill, you pay 100% after ████████ | |
| | ███████████████ $! after the 3rd fill, then the plan pays 100%. | |
| | ███████████████ $! after the 3rd fill, then the plan pays 100% after ████████ | |
| | ███████████████ !% after the 3rd fill. | |

CONFIDENTIAL                                                                                        CIGNA00173354

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| |  | |
| | The greater of !% or $! after the 3rd fill, then the plan pays 100%. | |
| | The greater of !% or $! after the 3rd fill, then the plan pays 100% after | |
| | !%, subject to a <minimum of $!> and a <maximum of $!> after the 3rd fill, then the plan pays 100%. | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173355

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
|  | ▮▮▮▮▮▮▮▮▮▮▮ <br><br> !%, subject to a <minimum of $!> and a <maximum of $!> after the 3rd fill, then the plan pays 100% after ▮▮▮▮▮▮▮ deductible. |  |
| **Tier 2** |  |  |
| ▮▮▮▮▮▮▮▮▮▮▮ <br><br> Brand-Name * <br><br> ▮▮▮▮▮▮▮▮▮▮▮ <br><br> Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent ▮▮▮▮▮▮▮▮▮▮ if the average price of the class is $100 and under for a 30-day supply | ▮▮▮▮▮▮▮▮▮▮ <br><br> Non-Maintenance Drugs: <br><br> ▮▮▮▮▮▮▮▮▮ <br><br> No charge after $! copay <br><br> ▮▮▮▮▮▮▮▮ <br><br> No charge after $! copay after ▮▮▮▮▮▮▮▮▮ <br><br> ▮▮▮▮▮▮▮▮ <br><br> !% <br><br> ▮▮▮▮▮▮▮▮▮ <br><br> !% after ▮▮▮▮▮ deductible <br><br> ▮▮▮▮▮▮▮▮ <br><br> The greater of !% or $ !, then the plan pays 100% <br><br> ▮▮▮▮▮▮▮▮▮ <br><br> The greater of !% or $!, then the plan pays 100% after ▮▮▮▮▮▮▮ <br><br> ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ <br><br> In-network coverage only <br><br> !% after ▮▮▮▮▮▮ deductible <br><br> !% |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173356

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% ▮▮▮ !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after ▮▮▮ deductible | |
| | ▮▮▮ Maintenance Drugs: $! for the first 3 fills, then the plan pays 100%. ▮▮▮ Maintenance Drugs: $! for the first 3 fills, then the plan pays 100% after ▮▮▮ ▮▮▮ Maintenance Drugs: !% for the first 3 fills. ▮▮▮ Maintenance Drugs: !% after ▮▮▮ deductible for the first 3 fills  Include the following when | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL
CIGNA00173357

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | ████████████████ | |
| | **Maintenance Drugs:** The greater of !% or $! for the first 3 fills, then the plan pays 100%. | |
| | ████████████████ | |
| | **Maintenance Drugs:** The greater of !% or $! for the first 3 fills, then the plan pays 100% after ████████ | |
| | ████████████████ | |
| | **Maintenance Drugs:** !%, subject to a <minimum of $!> and a <maximum of $!> for the first 3 fills, then the plan pays 100%. | |
| | ████████████████ | |
| | **Maintenance Drugs:** !%, subject to a <minimum of $!> and a <maximum of $!> for the first 3 fills, then the plan pays 100% after ████████ deductible. | |
| | ████████████████ | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL                                                                                    CIGNA00173358

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | For refills after the 3rd fill, you pay 100%. <br><br> ███████████████ <br><br> For refills after the 3rd fill, you pay 100% after ███████ <br><br> ███████████████ <br><br> $! after the 3rd fill, then the plan pays 100%. <br><br> ███████████████ <br><br> $! after the 3rd fill, then the plan pays 100% after ███████ <br><br> ███████████████ <br><br> !% after the 3rd fill. <br><br> ███████████████ <br><br> !% after ███████ after the 3rd fill. <br><br> ███████████ | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173359

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | ████████████ The greater of !% or $! after the 3rd fill, then the plan pays 100%. | |
| | ████████████ The greater of !% or $! after the 3rd fill, then the plan pays 100% after ████████████ | |
| | ████████████ !%, subject to a <minimum of $!> and a <maximum of $!> after the 3rd fill, then the plan pays 100%. | |
| | ████████████ !%, subject to a <minimum of $!> and a <maximum of $!> after the 3rd fill, then the plan pays 100% after ████████ deductible. | |
| **Tier 3** | | |
| ████████████ | ████████████ | ████████████ |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173360

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| ███████ <br> Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List <br><br> ████████████████████ <br><br> Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent if the average price of the class is over $100 for a 30-day supply | ████████████████████ <br> Non-Maintenance Drugs: <br><br> ████████████████ <br> No charge after $! copay <br><br> ██████████████ <br> No charge after $! copay after <br> ████████████████████ <br><br> ██████████████████ <br> !% <br> ████████████████ <br> !% after ████████ <br> deductible <br> ████████████████ <br> The greater of !% or $ !, then the plan pays 100% <br><br> ██████████████████ <br> The greater of !% or $!, then the plan pays 100% after <br> ████████████████ <br><br> ███████████████ <br> !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% <br> ███████████████ <br><br> !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after <br> ██████████ deductible | specifics <br> In-network coverage only <br><br> !% after ████████████ <br> deductible <br><br> !% |
| | ████████████████████ | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173361

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | ██████████████ | |
| | Maintenance Drugs:<br>$! for the first 3 fills, then the plan pays 100%. | |
| | ████████████████████████ | |
| | Maintenance Drugs:<br>$! for the first 3 fills, then the plan pays 100% after ██████████ | |
| | ████████████████████████ | |
| | Maintenance Drugs:<br>!% for the first 3 fills. | |
| | ████████████████████████ | |
| | Maintenance Drugs:<br>!% after █████████ deductible for the first 3 fills. | |
| | ████████████████████████ | |
| | Maintenance Drugs:<br>The greater of !% or $! for the first 3 fills, then the plan pays 100%. | |
| | ████████████████████████ | |

CONFIDENTIAL

CIGNA00173362

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | ███ | |
| | Maintenance Drugs: | |
| | The greater of !% or $! for the first 3 fills, then the plan pays 100% after ████████ ████ | |
| | ████████████ | |
| | Maintenance Drugs: | |
| | !%, subject to a <minimum of $!> and a <maximum of $!> for the first 3 fills, then the plan pays 100%. | |
| | ████████████ | |
| | Maintenance Drugs: | |
| | !%, subject to a <minimum of $!> and a <maximum of $!> for the first 3 fills, then the plan pays 100% after ██████ deductible. | |
| | ████████████ | |
| | For refills after the 3rd fill, you pay 100%. | |
| | ████████████ | |
| | For refills after the 3rd fill, you pay 100% after ████████ | |
| | ████████ | |

CONFIDENTIAL

CIGNA00173363

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| |  | |

$! after the 3rd fill, then the plan pays 100%.

$! after the 3rd fill, then the plan pays 100% after

!% after the 3rd fill.

!% after ████ deductible after the 3rd fill.

The greater of !% or $! after the 3rd fill, then the plan pays 100%.

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173364

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | ██████████████████ | |
| | The greater of !% or $! after the 3rd fill, then the plan pays 100% after ████████ | |
| | ████████████████████ | |
| | !%, subject to a <minimum of $!> and a <maximum of $!> after the 3rd fill, then the plan pays 100%. | |
| | ████████████████████ | |
| | !%, subject to a <minimum of $!> and a <maximum of $!> after the 3rd fill, then the plan pays 100% after ████████ deductible. | |
| **Tier 4** | | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173365

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| ███████████████ | ███████████████ | ███████████ |
| | Non-Maintenance Drugs: | In-network coverage only |
| | ███████████████ | |
| | No charge after $! copay | !% after ████████████ deductible |
| | ███████████████ | |
| Self-Administered Injectable Drugs (e.g. injectable drugs used to treat rheumatoid arthritis, hepatitis C, multiple sclerosis, asthma) | No charge after $! copay after ███████████████ | !% |
| ███████████████ | | |
| Drugs in the following Therapeutic Class: | ███████████████ | |
| ███████████████ | !% | |
| ███████████████ | ███████████████ | |
| | !% after ███████████ deductible | |
| | ███████████████ | |
| | The greater of !% or $!, then the plan pays 100% | |
| | ███████████████ | |
| • Oral Contraceptive drugs and prescription appliances for contraception | The greater of !% or $!, then the plan pays 100% after ███████████ | |
| • Drugs for the treatment of sexual dysfunction, including but not limited to erectile dysfunction, delayed ejaculation, anorgasmy, and decreased libido | ███████████████ | |
| • Antihistamines | !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% | |
| • Expectorants, Cough & Cold drugs | ███████████████ | |
| ███████████████ | !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after ██████████ deductible | |
| Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | | |
| | ███████████████ | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173366

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | ███████████████ | |
| | Maintenance Drugs: | |
| | $! for the first 3 fills, then the plan pays 100%. | |
| | ███████████████ | |
| | Maintenance Drugs: | |
| | $! for the first 3 fills, then the plan pays 100% after | |
| | ███████████████ | |
| | Maintenance Drugs: | |
| | !% for the first 3 fills. | |
| | ███████████████ | |
| | Maintenance Drugs: | |
| | !% after ██████ deductible for the first 3 fills. | |
| | ███████████████ | |
| | Maintenance Drugs: | |
| | The greater of !% or $! for the first 3 fills, then the plan pays 100%. | |
| | ███████████████ | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173367

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | ▮▮▮▮▮▮▮▮▮▮ | |
| | Maintenance Drugs: The greater of !% or $! for the first 3 fills, then the plan pays 100% after ▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮▮▮ | |
| | Maintenance Drugs: !%, subject to a <minimum of $!> and a <maximum of $!> for the first 3 fills, then the plan pays 100%. | |
| | ▮▮▮▮▮▮▮▮▮▮ | |
| | Maintenance Drugs: !%, subject to a <minimum of $!> and a <maximum of $!> for the first 3 fills, then the plan pays 100% after ▮▮▮▮ | |
| | ▮▮▮▮▮▮▮▮▮▮ | |
| | For refills after the 3rd fill, you pay 100%. | |
| | ▮▮▮▮▮▮▮▮▮▮ | |
| | For refills after the 3rd fill, you pay 100% after | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173368

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|



$! after the 3rd fill, then the plan pays 100%.

$! after the 3rd fill, then the plan pays 100% after

!% after the 3rd fill.

!% after deductible after the 3rd fill.

CONFIDENTIAL     CIGNA00173369

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | The greater of !% or $! after the 3rd fill, then the plan pays 100%. | |
| | ███████████████████ | |
| | The greater of !% or $! after the 3rd fill, then the plan pays 100% after ████████████ ████████ | |
| | ███████████████████ | |
| | !%, subject to a <minimum of $!> and a <maximum of $!> after the 3rd fill, then the plan pays 100%. | |
| | ███████████████████ | |
| | !%, subject to a <minimum of $!> and a <maximum of $!> after the 3rd fill, then the plan pays 100% after ████████████ deductible. | |

███████████████████

* Designated as per generally-accepted industry sources and adopted by the Insurance Company

███████████████████████████████████████████████

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173370

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| ████████████ | | |
| ████████████ | | |
| **Specialty Medications are covered at mail order Participating Pharmacies only. | | |
| ████████████ | | |
| **Specialty Medications are covered through home delivery only. | | |
| ████████████████████████████████████████████████████ | | |
| ████████████ | | |
| **Specialty Medications are covered at mail order Participating Pharmacies only. | | |
| ** You pay 100% of Cigna's discounted cost after the first fill of Specialty Medication. | | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173371

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| ███████████████████████████████████ | | |
| ████████████████████ **Mail Order Drugs** ████████████████████ ████████████████████ **Home Delivery Prescription Drugs\*\*** | The amount you pay for each 90-day supply | The amount you pay for each 90-day supply |
| ███████████████████████████████████ | | |
| ████████████████████ **Mail Order Drugs** ████████████████████ **Home Delivery Prescription Drugs\*\*** | Applies to Each 90-day Supply | Applies to Each 90-day Supply |
| ███████████████████████████████████ | | |

Certain medications covered under this plan and required as part of preventive care services (detailed information is available at www.healthcare.gov) are payable at 100% with no copayment or deductible, when purchased from a Participating Pharmacy. A written prescription is required.

Note: Contraceptive devices and oral contraceptives are payable as shown in The Schedule.

| **Tier 1** | | |
|---|---|---|
| ████████████████ Generic \* ████████████████ Generic\* drugs on the Prescription Drug List | ████████████████ No charge after $! copay ████████████████ No charge after $! copay after ████████████████ ████████████████ | ████████████████ In-network coverage only !% after ████████ deductible ████████████████ |

CONFIDENTIAL                                                                 CIGNA00173372

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | ████████████████ !% | !% |
| | ████████████████ !% after ██████ deductible | |
| | ████████████████ The greater of !% or $!, then the plan pays 100% | |
| | ████████████████ The greater of !% or $!, then the plan pays 100% after ██████ | |
| | ████████████████ !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% | |
| | ████████████████ !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after ██████ deductible | |
| **Tier 2** | | |
| Brand-Name * ████████████████ | ████████ No charge after $! copay | ████████ In-network coverage only |
| ████████ Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent ██████ ██████ if the average price of the class is | ████████ No charge after $! copay after ████████ | !% after deductible ██████ !% |

CONFIDENTIAL

CIGNA00173373

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| $100 and under for a 30-day supply | ███████████████<br><br>!%<br><br>███████████████<br><br>!% after ██████████ deductible<br><br>███████████████<br><br>The greater of !% or $!, then the plan pays 100%<br><br>███████████████<br><br>The greater of !% or $!, then the plan pays 100% after ███████████████<br><br>███████████████<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>███████████████<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after ██████████ deductible | |
| **Tier 3** | | |
| ███████████████<br><br>Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List<br><br>███████████████<br><br>Brand-Name* drugs designated as preferred on the Prescription Drug List with no Generic equivalent if the average price of the class is over $100 for a 30-day supply | ███████████████<br><br>No charge after $! copay<br><br>███████████████<br><br>No charge after $! copay after ███████████████<br><br>███████████████<br><br>!% | ███████████████<br><br>In-network coverage only<br><br>!% after ████████████ deductible<br><br>!% |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL   CIGNA00173374

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| | ██████████████ <br><br> !% after ███████ deductible <br><br> ██████████████ <br><br> The greater of !% or $!, then the plan pays 100% <br><br> ██████████████ <br><br> The greater of !% or $!, then the plan pays 100% after ██████████████ <br><br> ██████████████ <br><br> !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% <br><br> ██████████████ <br><br> !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after ███████████ deductible | |
| **Tier 4** | | |

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173375

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| ███████████████ | No charge after $! copay | ███████████████ |
| | | In-network coverage only |
| | ████████████ No charge after $! copay after ████████ | !% after ████████ deductible |
| | | !% |
| ████████████ Self-Administered Injectable Drugs (e.g. injectable drugs used to treat rheumatoid arthritis, hepatitis C, multiple sclerosis, asthma) | ██████████ !% | |
| ████████████ Drugs in the following Therapeutic Class: ████████████ | ██████████ !% after ████████ deductible | |
| ████████████ | ██████████ The greater of !% or $!, then the plan pays 100% | |
| • Oral Contraceptive drugs and prescription appliances for contraception | ██████████ The greater of !% or $!, then the plan pays 100% after ████████ | |
| • Drugs for the treatment of sexual dysfunction, including but not limited to erectile dysfunction, delayed ejaculation, anorgasmy, and decreased libido | ██████████ !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% | |
| • Antihistamines • Expectorants, Cough & Cold drugs | | |
| ████████████ Brand-Name* drugs with a Generic equivalent and drugs designated as non-preferred on the Prescription Drug List | ██████████ !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after ████████ deductible | |

████████████████████

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173376

| BENEFIT HIGHLIGHTS | PARTICIPATING PHARMACY | Non-PARTICIPATING PHARMACY |
|---|---|---|
| * Designated as per generally-accepted industry sources and adopted by the Insurance Company |  |  |

■Specialty Medications are limited to a 30-day supply and are subject to the same Copayment or Coinsurance that applies to retail Participating Pharmacies.

| **Prescription Drug Benefits** **The Schedule** |
|---|

**File a Paper Claim**

The Cigna HealthCare pharmacy program is designed for your convenience. You just present your Cigna HealthCare ID card and pay your copay. There are no claim forms to fill out.

However, on occasions due to travel and emergencies, you may have to use a Non-Network pharmacy and need to file a paper claim. Or you mistakenly paid full price for an In-Network prescription. Instructions are as follows:

**Instructions**
1. Go to the [ HYPERLINK "http://www.cigna.com/health/consumer/service/forms/forms_pharmacy_claim.pdf" ].
2. Complete ALL information in the top sections.
3. **Sign** and date the Certification Statement in the area provided.
4. Complete the RETURN ADDRESS section of the form.
5. Submit a separate form for each family member.
6. The lower section must be completed in full for each prescription dispensed. If you have questions regarding the information needed to complete the form, contact your pharmacist.
7. Print **two copies** of the claim form.
8. **Keep a copy for your records**.
9. Mail the claim form within one year of the prescription fill date, along with original receipts (not cash register receipts), to:

    Connecticut General Life Insurance Company
    Pharmacy Service Center
    P.O. Box 3598
    Scranton, Pennsylvania 18505–0598

- Submit a separate form for each family member.

- For more than four prescriptions, use additional forms as necessary.

CONFIDENTIAL

CIGNA00173377

## Prescription Drug Benefits
## The Schedule

The lower section must be completed in full for each prescription dispensed. If you have questions regarding the information needed to complete the form, contact your pharmacist.

**NOTICE/Disclaimer:** ██████████████████ Cigna has contracted with network providers to charge only agreed upon coinsurance, copayments, or deductibles for covered services. You may not be billed for additional amounts which exceed the amounts agreed upon by ██████████ Cigna and the network providers for covered services.

Below is an example of what the Member's cost could be for In-network or Out-of Network pharmacy claim for a coinsurance plan. The scenario is for a prescription drug where the average wholesale price of the drug is $100. For the purposes of this example the deductible has been met. Your actual out-of-pocket member responsibility may be different due to your specific plan and benefits.

For more details on your benefits, you can review your certificate.

|  | ████████████ | ████████████ |
|---|---|---|
| A. Average Wholesale Drug Price | $100 | $100 |
| B. Discounted Drug Cost | $85 (contracted amount) | $100 |
| C. Deductible Amount or Copay | 0 | 0 |
| D. Plan Coinsurance Benefit (example) | 20% | 50% |
| E. Amount Member pays out-of-pocket based on plan coinsurance of (D) | $85 x 20%=$17 | $100 x 50%=$50 |

████████████████████████████
HC-SOC343

████████████████████████████
HC-SOC346

████████████████████████████
HC-SOC347

████████████████████████████
HC-SOC348

████████████████████████████
HC-SOC349

Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL

CIGNA00173378