# EXHIBIT 40

# EXHIBIT BA

**Prescription Drug Benefits**
**The Schedule**

**For You** [redacted] **[and Your Dependents]**

This plan provides Prescription Drug benefits for Prescription Drug Products provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you [redacted] [and your Dependents] may be required to pay a portion of the Covered Expenses for Prescription Drug Products. That portion includes any applicable Copayment, Deductible and/or Coinsurance.

[redacted]

As applicable, your Deductible or Coinsurance payment will be based on the Prescription Drug Charge when the Pharmacy is a Network Pharmacy [redacted]

[redacted]

As applicable, your Deductible or Coinsurance payment will be based on the Usual and Customary Charge.

[redacted]

**Coinsurance**

The term Coinsurance means the percentage of Charges for covered Prescription Drug Products that you [redacted] [or your Dependent] are required to pay under this plan.

[redacted]

**Charges**

The term Charges means the Prescription Drug Charge when the Pharmacy is a Network Pharmacy [redacted]

[redacted]

**Charges**

The term Charges means the Usual and Customary Charge.

[redacted]

**Copayments (Copay)**

Copayments are expenses to be paid by you [redacted] [or your Dependent] for Covered Prescription Drug Products.

[redacted]

**Annual Maximum**

The total amount of Prescription Drug benefits payable for all expenses incurred at a Pharmacy in a <contract><calendar> year will not exceed the Annual Maximums shown in The Schedule.

[redacted]

**<Contract> <Calendar> Year Deductible**

Deductibles are expenses to be paid by you [redacted] [or your Dependent] for Covered Prescription Drug Products. These Deductibles are in addition to any Copayments or Coinsurance. Once the Deductible maximum shown in The Schedule has been reached you and your family need not satisfy any further Prescription Drug Deductible for the rest of that year.

**Out-of-Pocket Expenses**

Out-of-Pocket Expenses are Covered Expenses incurred at a Pharmacy for Prescription Drug Products for which no payment is provided because of the Coinsurance factor [redacted] When the Out-of-Pocket Maximum shown in The Schedule is reached, benefits are payable at 100%.

Page [ PAGE ] of [ NUMPAGES ] Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL CIGNA00172951

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| [redacted] | | |
| **Lifetime Maximum** | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| [redacted] | | |
| **Annual Maximum**<br><br>Individual Annual Maximum | [redacted]<br>$! per person<br>Not Applicable | [redacted]<br>$! per person<br>Not Applicable |
| Family Annual Maximum | [redacted]<br>$! per family<br>Not Applicable | [redacted]<br>$! per family<br>Not Applicable |
| [redacted] | | |
| **<Contract> <Calendar> Year Deductible***<br>Individual | [redacted]<br>$! per person<br>Not Applicable | [redacted]<br>$! per person<br>Not Applicable |
| Family | [redacted]<br>$! per family<br>Not Applicable | [redacted]<br>$! per family<br>Not Applicable |
| [redacted] | | |
| **<Contract> <Calendar> Year Deductible***<br>Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| [redacted] | | |
| ***Note:** Generic Drugs at a Pharmacy are not subject to the Deductible | | |
| [redacted] | | |
| **Non-PPACA Preventive Medications**<br>Non-PPACA Preventive Medications used to prevent any of the following medical conditions and that are | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| dispensed by a Pharmacy are not subject to the Deductible:<br>• hypertension, high cholesterol, diabetes, asthma, osteoporosis, stroke, prenatal nutrient deficiency<br>[redacted]<br>• nutrient deficiency<br>• smoking cessation<br>• antiobesity and weight loss | | |
| [redacted] | | |
| **Out-of-Pocket Maximum**<br>Individual | [redacted]<br>$! per person<br>Not Applicable | [redacted]<br>$! per person<br>Not Applicable |
| Family | [redacted]<br>$! per family<br>Not Applicable | [redacted]<br>$! per family<br>Not Applicable |
| [redacted] | | |
| **Out-of-Pocket Maximum**<br>Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| [redacted] | | |
| **Maintenance Drug Products**<br>Maintenance Drug Products must be filled in an amount equal to a consecutive 90 day supply per Prescription Order or Refill at a retail [redacted] Pharmacy [redacted] after [redacted] 30-day supply fill[s] at a retail [redacted] Pharmacy [redacted] If you do not fill your Maintenance Drug Products in a 90-day supply at a retail [redacted] Pharmacy [redacted] after the specified 30-day supply fill limit, the Plan will not cover the Maintenance Drug Product. | | |
| [redacted] | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| **Maintenance Drug Products**<br>Maintenance Drug Products _may be filled in an amount up to a consecutive 90 day supply per Prescription Order or Refill at a retail [redacted] | | |
| [redacted] | | |
| Certain Preventive Care Medications covered under this plan and required as part of preventive care services (detailed information is available at www.healthcare.gov) are payable at 100% with no Copayment or Deductible, when purchased from a Network Pharmacy. A written prescription is required.<br>Note: Contraceptive devices and oral contraceptives are payable as shown in The Schedule. | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| [redacted] | | |
| **Prescription Drug Products at Retail Pharmacies** | **The amount you pay for up to a consecutive 30-day supply at a Network Pharmacy** | **The amount you pay for up to a consecutive 30-day supply at a non-Network Pharmacy** |
| [redacted] | | |
| Certain Specialty Prescription Drug Products are only covered when dispensed by a home delivery Pharmacy, after 1 fill of the Specialty Prescription Drug Product at a retail Pharmacy. | | |
| [redacted]<br><Tier 1> | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| [redacted]<br>Generic Drugs and Brand Drugs<br><br>[redacted]<br>Generic Drugs<br><br>[redacted]<br>Generic Drugs on the Prescription Drug List | [redacted]<br>Non-Maintenance Drug Products:<br><br>[redacted]<br>No charge after $! copay<br><br>[redacted]<br>No charge after $! copay after [redacted]<br>[redacted]<br><br>[redacted]<br>!%<br><br>[redacted]<br>!% after [redacted] Deductible<br><br>[redacted]<br>The greater of !% or $!, then the plan pays 100%<br><br>[redacted]<br>The greater of !% or $!, then the plan pays 100% after<br>[redacted]<br><br>[redacted] | [redacted]<br>In-network coverage only<br><br>[redacted]<br>Non-Maintenance Drug Products:<br><br>[redacted]<br>!% after [redacted] Deductible<br><br>[redacted]<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
| --- | --- | --- |
| | [redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after [redacted] Deductible | |
| | [redacted]<br>Maintenance Drug Products:<br>[redacted]<br>No charge after $! copay after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>No charge after $! copay for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>!% for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>!% after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted] | [redacted]<br>Maintenance Drug Products:<br>[redacted]<br>!% after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>!% for the first [redacted] fills, then no coverage for a 30-day supply |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | [redacted]<br>The greater of !% or $!, then the plan pays 100% for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>The greater of !% or $!, then the plan pays 100% after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>Maintenance Drug Products:<br>Use for copay plans<br>$! for the first [redacted] fills, then you pay $!<br>Use for coinsurance plans<br>% for the first [redacted] fills, then you pay % | |
| **Tier 2** | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| [redacted]<br>Brand Drugs<br>[redacted]<br>Brand Drugs designated as preferred on the Prescription Drug List [redacted] if the average price of the class is $100 and under for a 30-day supply | [redacted]<br>Non-Maintenance Drug Products:<br>[redacted]<br>No charge after $! copay<br>[redacted]<br>No charge after $! copay after [redacted]<br>[redacted]<br>!%<br>[redacted]<br>!% after [redacted] Deductible<br>[redacted]<br>The greater of !% or $ !, then the plan pays 100%<br>[redacted]<br>The greater of !% or $!, then the plan pays 100% after [redacted]<br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% | [redacted]<br>In-network coverage only<br>[redacted]<br>Non-Maintenance Drug Products:<br>[redacted]<br>!% after [redacted] Deductible<br>[redacted]<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | after [REDACTED] Deductible | |
| | [REDACTED] Maintenance Drug Products: [REDACTED] No charge after $! copay after [REDACTED] Deductible for the first [REDACTED] fills, then no coverage for a 30-day supply [REDACTED] No charge after $! copay for the first [REDACTED] fills, then no coverage for a 30-day supply [REDACTED] !% for the first [REDACTED] fills, then no coverage for a 30-day supply [REDACTED] !% after [REDACTED] Deductible for the first [REDACTED] fills, then no coverage for a 30-day supply [REDACTED] The greater of !% or $!, then the plan pays 100% for the first [REDACTED] fills, then no coverage for a 30-day supply [REDACTED] The greater of !% or $!, then the plan pays 100% after [REDACTED] Deductible for the first [REDACTED] fills, then no coverage for | [REDACTED] Maintenance Drug Products: [REDACTED] !% after [REDACTED] Deductible for the first [REDACTED] fills, then no coverage for a 30-day supply [REDACTED] !% for the first [REDACTED] fills, then no coverage for a 30-day supply |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | a 30-day supply<br><br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>Maintenance Drug Products:<br>[redacted]<br>$! for the first [redacted] fills, then you pay $!<br>[redacted]<br>% for the first [redacted] fills, then you pay % | |
| **Tier 3** | | |
| [redacted]<br>Brand Drugs designated as non-preferred on the Prescription Drug List<br>[redacted]<br>Brand Drugs designated as preferred on the Prescription Drug List if the average price of the class is over $100 for a 30-day supply | [redacted]<br>Non-Maintenance Drug Products:<br><br>[redacted]<br>No charge after $! copay<br><br>[redacted] | [redacted]<br><br>[redacted]<br>In-network coverage only<br><br>[redacted]<br>Non-Maintenance Drug Products:<br><br>[redacted]<br>!% after [redacted] Deductible |

 Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL CIGNA00172960



| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
| --- | --- | --- |
| | No charge after $! copay after<br>!%<br>!% after Deductible<br>The greater of !% or $ !, then the plan pays 100%<br>The greater of !% or $!, then the plan pays 100% after<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after Deductible | !% |
| | Maintenance Drug Products:<br>No charge after $! copay after Deductible for the first fills, then no coverage for a 30-day supply | Maintenance Drug Products:<br>!% after Deductible for the first fills, then no coverage for a 30-day supply<br>!% for the first fills, then no coverage for a 30-day supply |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | [redacted]<br>No charge after $! copay for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>!% for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>!% after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>The greater of !% or $!, then the plan pays 100% for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>The greater of !% or $!, then the plan pays 100% after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br>!%, subject to a <minimum | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | of $!> and a <maximum of $!>, then the plan pays 100% after [REDACTED] Deductible for the first [REDACTED] [REDACTED] fills, then no coverage for a 30-day supply<br><br>[REDACTED]<br><br>[REDACTED]<br>Maintenance Drug Products:<br>[REDACTED]<br>$! for the first [REDACTED] fills, then you pay $!<br>[REDACTED]<br>% for the first [REDACTED] fills, then you pay % | |
| **Tier 4** | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | Non-Maintenance Drug Products:<br>No charge after $! copay | In-network coverage only |
| Self-Administered Injectable Drugs (e.g. injectable drugs used to treat rheumatoid arthritis, hepatitis C, multiple sclerosis, asthma) | No charge after $! copay after | Non-Maintenance Drug Products:<br>!% after Deductible<br>!% |
| Drugs in the following Therapeutic Class: | !%<br>!% after<br>Deductible | |
| • Oral Contraceptive drugs and prescription appliances for contraception<br>• Drugs for the treatment of sexual dysfunction, including but not limited to erectile dysfunction, delayed ejaculation, anorgasmy, and decreased libido<br>• Antihistamines<br>• Expectorants, Cough & Cold drugs | The greater of !% or $!, then the plan pays 100% | |
| Brand Drug designated as non-preferred on the Prescription Drug List | The greater of !% or $!, then the plan pays 100% after | |
| | !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% | |
| | !%, subject to a <minimum of $!> and a <maximum of | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | $!>, then the plan pays 100% after [redacted] Deductible | |
| | [redacted] Maintenance Drug Products: [redacted] No charge after $! copay after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted] No charge after $! copay for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted] !% for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted] !% after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted] The greater of !% or $!, then the plan pays 100% for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted] | [redacted] Maintenance Drug Products:<br><br>[redacted] !% after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted] !% for the first [redacted] fills, then no coverage for a 30-day supply |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | [redacted] The greater of !% or $!, then the plan pays 100% after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after [redacted] Deductible for the first [redacted] fills, then no coverage for a 30-day supply<br><br>[redacted]<br><br>Maintenance Drug Products:<br><br>[redacted]<br><br>$! for the first [redacted] fills, then you pay $!<br><br>[redacted]<br><br>% for the first [redacted] fills, then you pay % | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| [redacted] | | |
| **Prescription Drug Products at Retail [redacted] Pharmacies** | **The amount you pay for up to a consecutive 90-day supply at a [redacted] Pharmacy** | **The amount you pay for up to a consecutive 90-day supply at a non-[redacted] Pharmacy** |
| [redacted] | | |
| Certain Specialty Prescription Drug Products are only covered when dispensed by a home delivery Pharmacy, after 1 fill of the Specialty Prescription Drug Product at a retail Pharmacy. | | |
| [redacted] | | |
| Specialty Prescription Drug Products are limited to up to a consecutive 30-day supply per Prescription Order or Refill. | | |
| [redacted] | | |
| Note: In this context, a retail Designated Pharmacy is a retail Network Pharmacy that has contracted with Cigna for dispensing of covered Prescription Drug Products, including Maintenance Drug Products, in 90-day supplies. | | |
| [redacted]<br>**<Tier 1>**<br>[redacted]<br>Generic Drugs and Brand Drugs<br>[redacted]<br>Generic Drugs<br>[redacted]<br>Generic Drugs on the Prescription Drug List | [redacted]<br>No charge after $! copay<br>[redacted]<br>No charge after $! copay after [redacted]<br>[redacted]<br>!%<br>[redacted]<br>!% after [redacted] Deductible<br>[redacted] | [redacted]<br>[redacted]<br>[redacted]<br>!% after [redacted] Deductible<br>[redacted]<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | The greater of !% or $!, then the plan pays 100%<br><br>[redacted]<br>The greater of !% or $!, then the plan pays 100% after [redacted]<br><br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after [redacted] Deductible | |
| **Tier 2**<br>[redacted]<br>Brand Drugs<br><br>[redacted]<br>Brand Drugs designated as preferred on the Prescription Drug List | [redacted]<br>No charge after $! copay<br><br>[redacted]<br>No charge after $! copay after [redacted]<br><br>[redacted]<br>!%<br><br>[redacted]<br>!% after [redacted] Deductible<br><br>[redacted]<br>The greater of !% or $ !, then the plan pays 100% | [redacted]<br>[redacted]<br>In-network coverage only<br><br>[redacted]<br>[redacted]<br>!% after [redacted] Deductible<br>[redacted]<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | [redacted]<br>The greater of !% or $!, then the plan pays 100% after<br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after [redacted] Deductible | |
| **Tier 3**<br>Brand Drugs designated as non-preferred on the Prescription Drug List | [redacted]<br>No charge after $! copay<br>[redacted]<br>No charge after $! copay after<br>[redacted]<br>!%<br>[redacted]<br>!% after [redacted] Deductible<br>[redacted]<br>The greater of !% or $ !, then the plan pays 100%<br>[redacted] | [redacted]<br>In-network coverage only<br>[redacted]<br>!% after [redacted] Deductible<br>[redacted]<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | a deductible<br>The greater of !% or $!, then the plan pays 100% after [redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after [redacted] deductible | |
| **Tier 4**<br>[redacted]<br>Self-Administered Injectable Drugs (e.g. injectable drugs used to treat rheumatoid arthritis, hepatitis C, multiple sclerosis, asthma)<br>[redacted]<br>Drugs in the following Therapeutic Class:<br>[redacted]<br>• Oral Contraceptive drugs and prescription appliances for contraception<br>• Drugs for the treatment of sexual dysfunction, including but not limited to erectile dysfunction, | [redacted]<br>No charge after $! copay<br>[redacted]<br>No charge after $! copay after [redacted]<br>!%<br>[redacted]<br>!% after [redacted] Deductible<br>[redacted]<br>The greater of !% or $!, then the plan pays 100%<br>[redacted]<br>The greater of !% or $!, then the plan pays 100% after [redacted] | [redacted]<br>In-network coverage only<br>[redacted]<br>!% after [redacted] Deductible<br>[redacted]<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| delayed ejaculation, anorgasmy, and decreased libido<br>• Antihistamines<br>• Expectorants, Cough & Cold drugs<br>[redacted]<br>Brand Drug designated as non-preferred on the Prescription Drug List | [redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after [redacted] Deductible | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| [redacted] | | |
| **Prescription Drug Products at Home Delivery Pharmacies** | **The amount you pay for up to a consecutive 90-day supply at a Network Pharmacy** | **The amount you pay for up to a consecutive 90-day supply at a non-Network Pharmacy** |
| [redacted] | | |
| Specialty Prescription Drug Products are limited to up to a consecutive 30-day supply per Prescription Order or Refill. | | |
| [redacted] **Tier 1** | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| [redacted]<br>Generic Drugs and Brand Drugs<br><br>[redacted]<br>Generic Drugs<br><br>[redacted]<br>Generic Drugs on the Prescription Drug List | [redacted]<br>No charge after $! copay<br><br>[redacted]<br>No charge after $! copay after [redacted]<br><br>[redacted]<br>!%<br><br>[redacted]<br>!% after [redacted] Deductible<br><br>[redacted]<br>The greater of !% or $!, then the plan pays 100%<br><br>[redacted]<br>The greater of !% or $!, then the plan pays 100% after [redacted]<br><br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>[redacted] | [redacted]<br>In-network coverage only<br><br>[redacted]<br>!% after [redacted] Deductible<br><br>[redacted]<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| | !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after Deductible | |
| **Tier 2** | | |
| Brand Drugs<br><br>Brand Drugs designated as preferred on the Prescription Drug List if the average price of the class is $100 and under for a 30-day supply | No charge after $! copay<br><br>No charge after $! copay after<br><br>!%<br><br>!% after Deductible<br><br>The greater of !% or $!, then the plan pays 100%<br><br>The greater of !% or $!, then the plan pays 100% after<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% | In-network coverage only<br><br>!% after Deductible<br><br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| | !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after Deductible | |
| **Tier 3** | | |
| Brand Drugs designated as non-preferred on the Prescription Drug List<br><br>Brand Drugs designated as preferred on the Prescription Drug List if the average price of the class is over $100 for a 30-day supply | No charge after $! copay<br><br>No charge after $! copay after<br><br>!%<br><br>!% after Deductible<br><br>The greater of !% or $!, then the plan pays 100%<br><br>The greater of !% or $!, then the plan pays 100% after<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after Deductible | In-network coverage only<br><br>!% after Deductible<br><br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| **Tier 4** | | |
| [redacted]<br><br>[redacted]<br>Self-Administered Injectable Drugs (e.g. injectable drugs used to treat rheumatoid arthritis, hepatitis C, multiple sclerosis, asthma)<br>[redacted]<br>Drugs in the following Therapeutic Class:<br><br>[redacted]<br>• Oral Contraceptive drugs and prescription appliances for contraception<br>• Drugs for the treatment of sexual dysfunction, including but not limited to erectile dysfunction, delayed ejaculation, anorgasmy, and decreased libido<br>• Antihistamines<br>• Expectorants, Cough & Cold drugs<br><br>[redacted]<br>Brand Drug designated as non-preferred on the Prescription Drug List | [redacted]<br>No charge after $! copay<br><br>[redacted]<br>No charge after $! copay after [redacted]<br><br>[redacted]<br>!%<br><br>[redacted]<br>!% after [redacted] Deductible<br><br>[redacted]<br>The greater of !% or $!, then the plan pays 100%<br><br>[redacted]<br>The greater of !% or $!, then the plan pays 100% after [redacted]<br><br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>[redacted]<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after [redacted] Deductible | [redacted]<br>In-network coverage only<br><br>[redacted]<br>!% after [redacted] Deductible<br>[redacted]<br>!% |

Page [ PAGE ] of [ NUMPAGES ] Pharmacy Schedule – DST Release 06/13/2016

CONFIDENTIAL CIGNA00172977