# EXHIBIT 41

# EXHIBIT BB

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 3   Case No. 16-cv-1702
     - - - - - - - - - - - - - - - - - - -x
 4   KIMBERLY A. NEGRON, Individually   :
     and on Behalf of All Others        :
 5   Similarly Situated,                :
                                        :
 6                       Plaintiffs,    :
                                        :
 7            - vs -                    :
                                        :
 8   CIGNA CORPORATION and CIGNA HEALTH :
     AND LIFE INSURANCE COMPANY, et al.,:
 9                                      :
                         Defendants.    :
10   - - - - - - - - - - - - - - - - - -x
11
12                            July 24, 2020
                              11:03 a.m.
13                            149 Sweet Pine Trail
                              Ponte Vedra, Forida
14
15
16
17
18
19
20         VIDEOTAPED VIRTUAL DEPOSITION UPON
21   ORAL EXAMINATION OF KAREN MONTANARO, held at the
22   above-mentioned time and place, before Randi
23   Friedman, a Registered Professional Reporter,
24   within and for the State of New York.
25
```

Page 80

1         K. Montanaro
2    A    Yes.
3    Q    What?
4    A    An earlier version of PHR138.  I think
5  that's what you were asking about, 138; correct?
6    Q    Correct.  What did that earlier
7  version look like?
8    A    The earlier version would have aligned
9  with this eCharting Checklist and would have had
10 ASO instructions.
11   Q    Would the form language have been the
12 same?
13           MR. BLUMENFELD:  Objection.
14           THE WITNESS:  That, I don't
15    recall.
16 BY MR. RAABE:
17   Q    Okay.  Exhibit 121, let's go to the
18 page that ends in 5765.
19   A    Okay.  I'm there.
20   Q    Do you see on Line 50 under
21 Definitions, it says Prescription Drug Charge?
22   A    Yes.
23   Q    And than under the column for what is
24 being replaced, it says N/A; you see that?
25   A    Yes.

```
                                              Page 81
1                    K. Montanaro
2        Q     What's that mean?
3        A     That means there is no form in the
4    charting tool that it's replacing.
5        Q     Okay.
6              MR. RAABE:  Chris, let's make the
7        next Exhibit 1046.  That would be Exhibit
8        125.
9              (Plaintiffs' Exhibit 125 was
10       marked.)
11   BY MR. RAABE:
12       Q     Let me know when you have that.
13       A     I have it open.
14       Q     Okay.  Do you see the footer down the
15   left-hand side HC-DFS853 is the same as in the
16   new language column in Exhibit 121, HC-DFS853?
17       A     Yes.
18       Q     Is Exhibit 46 the language that was
19   new language defining prescription drug charge?
20             MR. BLUMENFELD:  Hey, Craig, do me
21       a favor; just give me a second to go back
22       and forth between the documents?
23             MR. RAABE:  Sure.
24             MR. BLUMENFELD:  Thank you.
25             THE WITNESS:  Could you repeat the
```