# EXHIBIT 42

# EXHIBIT BC

| **Prescription Drug Benefits**<br>**The Schedule** |
| --- |
| **For You** REDACTED **[and Your Dependents]** |
| This plan provides Prescription Drug benefits for Prescription Drug Products provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you REDACTED [and your Dependents] may be required to pay a portion of the Covered Expenses for Prescription Drug Products. That portion includes any applicable Copayment, Deductible and/or Coinsurance.<br><br>REDACTED |

As applicable, your Deductible or Coinsurance payment will be based on the Prescription Drug Charge when the Pharmacy is a Network Pharmacy REDACTED
REDACTED

REDACTED
As applicable, your Deductible or Coinsurance payment will be based on the Prescription Drug Charge.

REDACTED
As applicable, your Deductible or Coinsurance payment will be based on the Usual and Customary Charge.

REDACTED

**Coinsurance**

The term Coinsurance means the percentage of Charges for covered Prescription Drug Products that you REDACTED [or your Dependent] are required to pay under this plan.

REDACTED

**Charges**

The term Charges means the Prescription Drug Charge when the Pharmacy is a Network Pharmacy REDACTED
REDACTED

REDACTED

**Charges**

The term Charges means the Prescription Drug Charge

REDACTED

**Charges**

The term Charges means the Usual and Customary Charge.

REDACTED

**Copayments (Copay)**

Copayments are expenses to be paid by you REDACTED [or your Dependent] for Covered Prescription Drug Products.

REDACTED

**Annual Maximum**

The total amount of Prescription Drug benefits payable for all expenses incurred at a Pharmacy in a <contract><calendar> year will not exceed the Annual Maximums shown in The Schedule.

REDACTED

**<Contract> <Calendar> Year Deductible**

Deductibles are expenses to be paid by you REDACTED [or your Dependent] for Covered Prescription Drug Products. These Deductibles are in addition to any Copayments or Coinsurance. Once the Deductible maximum shown in The Schedule has been reached you and your family need not satisfy any further Prescription Drug Deductible for the rest of that year.

REDACTED

**Out-of-Pocket Expenses**

Out-of-Pocket Expenses are Covered Expenses incurred at a Pharmacy for Prescription Drug Products for which no payment is provided because of the Coinsurance factor REDACTED REDACTED When the Out-of-Pocket Maximum shown in The Schedule is reached, benefits are payable at 100%.

REDACTED

**Oral Chemotherapy Medication**

Prescription oral chemotherapy medication that is used to kill or slow the growth of cancerous cells is covered at participating pharmacies at 100% REDACTED <after deductible> REDACTED <with no deductible> and if applicable at non-participating pharmacies, REDACTED <the same as> REDACTED <is covered at the lower of the pharmacy cost share for oral chemotherapy medication or> REDACTED REDACTED <on a basis no less favorable than> the out of network medical cost share for injectable/IV chemotherapy.

REDACTED

**Oral Chemotherapy Medication**

Prescription oral chemotherapy medication that is used to kill or slow the growth of cancerous cells is covered at participating pharmacies at 100% REDACTED <after deductible> REDACTED <with no deductible>.

REDACTED

REDACTED

**Oral Chemotherapy Medication**

REDACTED

**Chemotherapy Medication**

Prescription REDACTED <self-injectable and> oral chemotherapy medication that is used to kill or slow the growth of cancerous cells is covered at Network Pharmacies at 100% REDACTED REDACTED <after deductible> REDACTED REDACTED <with no deductible> and if applicable at non-Network Pharmacies, REDACTED REDACTED <the same as> REDACTED <on a basis no less favorable than> the out of network medical cost share for injectable/IV chemotherapy.

REDACTED

**Oral Chemotherapy Medication**

Prescription oral chemotherapy medication that is used to kill or slow the growth of cancerous cells is covered at Network Pharmacies at 100% REDACTED <after deductible> REDACTED <with no deductible>.

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| REDACTED | | |
| **Lifetime Maximum** | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| REDACTED | | |
| **Annual Maximum**<br>Individual Annual Maximum | REDACTED<br>$! per person<br>Not Applicable | REDACTED<br>$! per person<br>Not Applicable |
| Family Annual Maximum | REDACTED<br>$! per family<br>Not Applicable | REDACTED<br>$! per family<br>Not Applicable |
| REDACTED | | |
| **<Contract> <Calendar> Year Deductible***<br>Individual | REDACTED<br>$! per person<br>Not Applicable | REDACTED<br>$! per person<br>Not Applicable |
| Family | REDACTED<br>$! per family<br>Not Applicable | REDACTED<br>$! per family<br>Not Applicable |
| REDACTED | | |
| **<Contract> <Calendar> Year Deductible***<br>Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| REDACTED | | |
| *Note: Generic Drugs at a Pharmacy are not subject to the Deductible | | |
| REDACTED | | |
| REDACTED **Preventive Medications** | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| REDACTED Preventive Medications used to prevent any of the following medical conditions and that are dispensed by a Pharmacy are not subject to the Deductible:<br>• hypertension, high cholesterol, diabetes, asthma, osteoporosis, stroke, prenatal nutrient deficiency<br>REDACTED<br>• nutrient deficiency<br>REDACTED<br>• smoking cessation<br>REDACTED<br>• additional smoking cessation drugs not provided under federal preventive services<br>• antiobesity and weight loss | | |
| REDACTED | | |
| **Out-of-Pocket Maximum**<br>Individual | REDACTED<br>$! per person<br>Not Applicable<br>REDACTED<br>The total of both the medical and Pharmacy Out-of-Pocket Maximums will not exceed $7,150, indexed annually. | REDACTED<br>$! per person<br>Not Applicable |
| Family | REDACTED<br>$! per family<br>Not Applicable<br>REDACTED<br>The total of both the medical and Pharmacy Out-of-Pocket Maximums will not exceed $14,300, indexed annually. | REDACTED<br>$! per family<br>Not Applicable |
| REDACTED | | |
| **Out-of-Pocket Maximum**<br>Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| REDACTED | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|

REDACTED

**Maintenance Drug Products**
Maintenance Drug Products must be filled in an amount equal to a consecutive 90 day supply per Prescription Order or Refill at a retail <REDACTED><REDACTED> Pharmacy < REDACTED <REDACTED> REDACTED>, after <REDA REDACT> 30-day supply fill[s] at a retail <REDACTED> Pharmacy <REDACTED <REDACTED> REDACTED>. If you do not fill your Maintenance Drug Products in a 90-day supply at a retail <REDACTED><REDACTED> Pharmacy <REDACTED REDACTED <REDACTED> REDACTED> after the specified 30-day supply fill limit, the Plan will not cover the Maintenance Drug Product.

REDACTED

**Maintenance Drug Products**
Maintenance Drug Products may be filled in an amount up to a consecutive 90 day supply per Prescription Order or Refill at a retail <REDACTED><REDACTED> Pharmacy <REDACTED <REDACTED> REDACTED>.

REDACTED

Certain Preventive Care Medications covered under this plan and required as part of preventive care services (detailed information is available at www.healthcare.gov) are payable at 100% with no Copayment or Deductible, when purchased from a Network Pharmacy. A written prescription is required.
Note: Contraceptive devices and oral contraceptives are payable as shown in The Schedule.

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| REDACTED | | |
| **Prescription Drug Products at Retail Pharmacies** | **The amount you pay for up to a consecutive 30-day supply at a Network Pharmacy** | **The amount you pay for up to a consecutive 30-day supply at a non-Network Pharmacy** |
| REDACTED | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|



Certain Specialty Prescription Drug Products are only covered when dispensed by a home delivery Pharmacy, after 1 fill of the Specialty Prescription Drug Product at a retail Pharmacy.

| REDACTED | | |
|---|---|---|
| <Tier 1> | | |

Pharmacy 90 Day Schedule – DST Release 08/21/2017

CONFIDENTIAL

CIGNA00172984

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| REDACTED<br>Generic Drugs and Brand Drugs | REDACTED<br>Non-Maintenance Drug Products: | REDACTED<br>In-network coverage only |
| REDACTED<br>Generic Drugs | REDACTED<br>No charge after $! copay | REDACTED<br>Non-Maintenance Drug Products: |
| REDACTED<br>Generic Drugs on the Prescription Drug List | REDACTED<br>No charge after $! copay after REDACTED REDACTED | REDACTED<br>!% after <REDACTED> Deductible |
| REDACTED<br>Preferred Generic Drugs on the Prescription Drug List | REDACTED<br>!% | REDACTED<br>!% |
| | REDACTED<br>!% after REDACTED Deductible | |
| | REDACTED<br>The greater of !% or $!, then the plan pays 100% | |
| | REDACTED<br>The greater of !% or $!, | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | then the plan pays 100% after REDACTED REDACTED<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after REDACTED Deductible | |
| | REDACTED<br><br>Maintenance Drug Products:<br>REDACTED<br>No charge after $! copay after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED | REDACTED<br><br>In-network coverage only<br><br>REDACTED<br><br>Maintenance Drug Products:<br><br>REDACTED<br>!% after <REDACTED> Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | No charge after $! copay for the first <REDACTED> fills, then no coverage for a 30-day supply | REDACTED<br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply |
| | REDACTED<br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply | |
| | REDACTED<br>!% after REDACTED Deductible for the first <REDA REDACT> fills, then no coverage for a 30-day supply | |
| | REDACTED<br>The greater of !% or $!, then the plan pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply | |
| | REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED Deductible for the first <REDAC REDACT> fills, then no coverage for a 30-day supply | |
| | REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply | |
| | REDACTED | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>$! for the first <REDACTED> fills, then you pay $!<br>REDACTED<br>% for the first <REDACTED> fills, then you pay % | |
| **Tier 2** | | |
| REDACTED<br>Brand Drugs<br>REDACTED<br>Brand Drugs designated as preferred on the Prescription Drug List REDACTED REDACTED if the average price of the class is $100 and under for a 30-day supply<br>REDACTED<br>Preferred Brand Drugs on the Prescription Drug List | REDACTED<br>Non-Maintenance Drug Products:<br>REDACTED<br>No charge after $! copay<br><br>REDACTED<br>No charge after $! copay after REDACTED REDACTED<br><br>REDACTED<br>!% | REDACTED<br>In-network coverage only<br><br>REDACTED<br>Non-Maintenance Drug Products:<br><br>REDACTED<br>!% after REDACTED Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>!% after < REDACTED > Deductible<br><br>REDACTED<br>REDACTED<br>The greater of !% or $ !, then the plan pays 100%<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED REDACTED<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after < REDACTED > Deductible | |
| | REDACTED | REDACTED |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>No charge after $! copay after REDACTED Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>No charge after $! copay for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% after REDACTED Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED Deductible for the first <REDACTED> fills, then no coverage for a 30-day | REDACTED<br>In-network coverage only<br><br>REDACTED<br>Maintenance Drug Products:<br><br>REDACTED<br>!% after <REDACTED> Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | supply<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>Maintenance Drug Products:<br>REDACTED<br>$! for the first <REDACTED> fills, then you pay $!<br>REDACTED<br>% for the first <REDACTED> fills, then you pay % | |
| **Tier 3** | | |
| REDACTED<br>Brand Drugs designated as non-preferred on the Prescription Drug List<br>REDACTED<br>Brand Drugs designated as preferred on the Prescription Drug List if the average price of the class is over $100 for a 30-day supply | REDACTED<br><br>Non-Maintenance Drug Products: | REDACTED<br>In-network coverage only<br><br>REDACTED |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| REDACTED<br>Non-Preferred Generic Drugs and Brand Drugs on the Prescription Drug List | REDACTED<br>No charge after $! copay<br><br>REDACTED<br>No charge after $! copay after REDACTED REDACTED<br><br>REDACTED<br>!%<br>REDACTED<br>!% after REDACTED Deductible<br>REDACTED<br>REDACTED #<br>The greater of !% or $ !, then the plan pays 100%<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED REDACTED<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br>REDACTED | REDACTED<br>Non-Maintenance Drug Products:<br><br>REDACTED<br>!% after <REDACTED> Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after <REDACTED> Deductible | |
| | REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>No charge after $! copay after REDACTED Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>No charge after $! copay for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% after REDACTED Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% for the first <REDACTED> fills, | REDACTED<br>In-network coverage only<br>REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>!% after <REDACTED> Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after REDACTED Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>$! for the first <REDACTED> fills, then you pay $!<br>REDACTED<br>% for the first <REDACTED> fills, then you pay % | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| **Tier 4** | | |
| REDACTED<br><br>REDACTED<br>Self-Administered Injectable Specialty Prescription Drug Products<br><br>REDACTED<br>Drugs in the following Therapeutic Class:<br><br>REDACTED<br>• Oral Contraceptive drugs and prescription appliances for contraception<br>• Drugs for the treatment of sexual dysfunction, including but not limited to erectile dysfunction, delayed ejaculation, anorgasmy, and decreased libido<br>• Antihistamines<br>• Expectorants, Cough & Cold drugs<br><br>REDACTED<br>Brand Drug designated as non-preferred on the Prescription Drug List<br>REDACTED<br>Specialty Prescription Drug Products on the Prescription Drug List | REDACTED<br>Non-Maintenance Drug Products:<br><br>REDACTED<br>No charge after $! copay<br><br>REDACTED<br>No charge after $! copay after REDACTED REDACTED<br><br>REDACTED<br>!%<br><br>REDACTED<br>!% after REDACTED Deductible<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100%<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED REDACTED<br><br>REDACTED | REDACTED<br>In-network coverage only<br><br>REDACTED<br>Non-Maintenance Drug Products:<br><br>REDACTED<br>!% after <REDACTED> Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after <REDACTED> Deductible | |
| | REDACTED<br><br>Maintenance Drug Products:<br><br>REDACTED<br><br>No charge after $! copay after REDACTED Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>No charge after $! copay for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>!% after | REDACTED<br><br>REDACTED<br><br>In-network coverage only<br><br>REDACTED<br><br>Maintenance Drug Products:<br><br>REDACTED<br><br>!% after <REDACTED> Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>$! for the first <REDACTED> fills, then you pay $!<br>REDACTED<br>% for the first <REDACTED> fills, then you pay % | |

REDACTED

| **Prescription Drug Products at Retail <REDACTED> Pharmacies** | **The amount you pay for up to a consecutive 90-day supply at a <REDACTED> <REDACTED> Pharmacy** | **The amount you pay for up to a consecutive 90-day supply at a non-<REDACTED><REDACTED> Pharmacy** |
|---|---|---|

REDACTED

Certain Specialty Prescription Drug Products are only covered when dispensed by a home delivery Pharmacy, after 1 fill of the Specialty Prescription Drug Product at a retail Pharmacy.

REDACTED

Specialty Prescription Drug Products are limited to up to a consecutive 30-day supply per Prescription Order or Refill

REDACTED

Note: In this context, a retail Designated Pharmacy is a retail Network Pharmacy that has contracted with Cigna for dispensing of covered Prescription Drug Products, including Maintenance Drug Products, in 90-day supplies per Prescription Order or Refill.



| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| REDACTED<br><Tier 1> | | |
| REDACTED<br>Generic Drugs and Brand Drugs | | |
| REDACTED<br>Generic Drugs | REDACTED<br>No charge after $! copay | REDACTED<br>REDACTED<br>In-network coverage only |
| REDACTED<br>Generic Drugs on the Prescription Drug List | REDACTED<br>No charge after $! copay after REDACTED | REDACTED<br>!% after <REDACTED> Deductible |
| REDACTED<br>Preferred Generic Drugs on the Prescription Drug List | REDACTED<br>!% | REDACTED<br>!% |
| | REDACTED<br>!% after REDACTED Deductible | |
| | REDACTED<br>The greater of !% or $!, then the plan pays 100% | |
| | REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED | |
| | REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after REDACTED Deductible | |
| **Tier 2**<br>REDACTED<br>Brand Drugs<br>REDACTED<br>Brand Drugs designated as preferred on the Prescription Drug List<br>REDACTED<br>Preferred Brand Drugs on the Prescription Drug List | REDACTED<br>No charge after $! copay<br>REDACTED<br>No charge after $! copay after REDACTED<br>REDACTED<br>!%<br>REDACTED<br>!% after <REDACTED> Deductible<br>REDACTED<br>The greater of !% or $ !, then the plan pays 100%<br>REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED<br>REDACTED | REDACTED<br>REDACTED<br>In-network coverage only<br>REDACTED<br>!% after REDACTED Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after <REDACTED> Deductible | |
| **Tier 3**<br>Brand Drugs designated as non-preferred on the Prescription Drug List<br>REDACTED<br>Non-Preferred Generic Drugs and Brand Drugs on the Prescription Drug List | REDACTED<br>No charge after $! copay<br>REDACTED<br>No charge after $! copay after REDACTED<br>REDACTED<br>!%<br>REDACTED<br>!% after <REDACTED> Deductible<br>REDACTED<br>The greater of !% or $ !, then the plan pays 100%<br>REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED | REDACTED<br>In-network coverage only<br>REDACTED<br>!% after <REDACTED> Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
| --- | --- | --- |
| | REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after <REDACTED> deductible | |
| **Tier 4**<br>REDACTED<br>REDACTED<br>Self-Administered Injectable Specialty Prescription Drug Products<br>REDACTED<br>Drugs in the following Therapeutic Class:<br>REDACTED<br>• Oral Contraceptive drugs and prescription appliances for contraception<br>• Drugs for the treatment of sexual dysfunction, including but not limited to erectile dysfunction, delayed ejaculation, anorgasmy, and decreased libido | REDACTED<br>Specialty Prescription Drug Products are limited to up to a consecutive 30 day supply per Prescription Order or Refill<br>REDACTED<br>REDACTED<br>No charge after $! copay<br>REDACTED<br>No charge after $! copay after REDACTED<br>REDACTED<br>!%<br>REDACTED<br>!% after <REDACTED> Deductible<br>REDACTED | REDACTED<br>Specialty Prescription Drug Products are limited to up to a consecutive 30 day supply per Prescription Order or Refill<br>REDACTED<br>REDACTED<br>In-network coverage only<br>REDACTED<br>!% after <REDACTED> Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| • Antihistamines<br>• Expectorants, Cough & Cold drugs | REDACTED<br>The greater of !% or $!, then the plan pays 100% | |
| REDACTED<br>Brand Drug designated as non-preferred on the Prescription Drug List | REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED | |
| REDACTED<br>Specialty Prescription Drug Products on the Prescription Drug List | REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after <REDACTED> Deductible | |

 

CONFIDENTIAL

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| REDACTED | | |
| **Prescription Drug Products at Home Delivery Pharmacies** | **The amount you pay for up to a consecutive 90-day supply at a Network Pharmacy** | **The amount you pay for up to a consecutive 90-day supply at a non-Network Pharmacy** |
| REDACTED | | |
| Specialty Prescription Drug Products are limited to up to a consecutive 30-day supply per Prescription Order or Refill and are subject to the same Copayment or Coinsurance that applies to retail Pharmacies. | | |
| REDACTED<br>**Tier 1** | | |
| REDACTED<br>Generic Drugs and Brand Drugs<br><br>REDACTED<br>Generic Drugs<br><br>REDACTED<br>Generic Drugs on the Prescription Drug List<br><br>REDACTED<br>Preferred Generic Drugs on the Prescription Drug List | REDACTED<br>No charge after $! copay<br><br>REDACTED<br>No charge after $! copay after REDACTED<br><br>REDACTED<br>!%<br><br>REDACTED<br>!% after REDACTED Deductible<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% | REDACTED<br>In-network coverage only<br><br>REDACTED<br>!% after <REDACTED> Deductible<br><br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED<br><br>REDACTED<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after REDACTED Deductible | |
| **Tier 2** | | |
| REDACTED Brand Drugs<br><br>REDACTED<br>Brand Drugs designated as preferred on the Prescription Drug List REDACTED REDACTED REDACTED if the average price of the class is $100 and under for a 30-day supply<br><br>REDACTED<br>Preferred Brand Drugs on the Prescription Drug List | REDACTED<br>No charge after $! copay<br><br>REDACTED<br>No charge after $! copay after REDACTED<br><br>REDACTED<br>!%<br><br>REDACTED | REDACTED<br>In-network coverage only<br><br>REDACTED<br>!% after <REDACTED> Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| | !% after <REDACTED> Deductible<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100%<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after <REDACTED> Deductible | |
| **Tier 3** | | |
| REDACTED<br>Brand Drugs designated as non-preferred on the Prescription Drug List<br><br>REDACTED<br>Brand Drugs designated as preferred on the Prescription Drug List if the average price of the class is over $100 for a 30- | REDACTED<br>No charge after $! copay<br><br>REDACTED<br>No charge after $! copay after REDACTED<br><br>REDACTED | REDACTED<br>In-network coverage only<br><br>REDACTED<br>!% after <REDACTED> Deductible<br>REDACTED<br>!% |

  
| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| day supply<br><br>REDACTED<br>Non-Preferred Generic Drugs and Brand Drugs on the Prescription Drug List | REDACTED<br>!%<br><br>REDACTED<br>!% after <REDACTED> Deductible<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100%<br><br>REDACTED<br>The greater of !% or $!, then the plan pays 100% after<br>REDACTED<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after <REDACTED> Deductible | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| **Tier 4** | | |
| REDACTED | REDACTED<br>Specialty Prescription Drug Products are limited to up to a consecutive 30 day supply per Prescription Order or Refill | REDACTED<br>Specialty Prescription Drug Products are limited to up to a consecutive 30 day supply per Prescription Order or Refill |
| REDACTED<br>Self-Administered Injectable Specialty Prescription Drug Products | REDACTED<br>No charge after $! copay | REDACTED<br>In-network coverage only |
| REDACTED<br>Drugs in the following Therapeutic Class: | REDACTED<br>No charge after $! copay after REDACTED | REDACTED<br>!% after <REDACTED> Deductible |
| REDACTED<br>• Oral Contraceptive drugs and prescription appliances for contraception<br>• Drugs for the treatment of sexual dysfunction, including but not limited to erectile dysfunction, delayed ejaculation, anorgasmy, and decreased libido<br>• Antihistamines<br>• Expectorants, Cough & Cold drugs | REDACTED<br>!%<br>REDACTED<br>!% after REDACTED Deductible | REDACTED<br>!% |
| REDACTED<br>Brand Drug designated as non-preferred on the Prescription Drug List | REDACTED<br>The greater of !% or $!, then the plan pays 100% | |
| REDACTED<br>Specialty Prescription Drug Products on the Prescription Drug List | REDACTED<br>The greater of !% or $!, then the plan pays 100% after REDACTED<br>REDACTED | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| | !%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100%<br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the plan pays 100% after <REDACTED> Deductible | |

Page [ PAGE ] of [ NUMPAGES ]

Pharmacy 90 Day Schedule – DST Release 08/21/2017

CONFIDENTIAL CIGNA00173009