# EXHIBIT 43

# EXHIBIT BD

*Sched PHARM 90 Day Master*

REDACTED

Page [ PAGE ] of [ NUMPAGES ]
Pharmacy 90 Day Schedule – DST Release 09/18/2017

EXHIBIT
0159

CONFIDENTIAL
CIGNA00173084



| **Prescription Drug Benefits**<br>**The Schedule** |
|---|
| **For You** REDACTED **[and Your Dependents]** |
| REDACTED<br>This plan provides Prescription Drug benefits for Prescription Drug Products provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you REDACTED [and your Dependents] may be required to pay a Deductible, Copayment or Coinsurance requirement for Covered Expenses for Prescription Drug Products.<br><br>REDACTED<br>This plan provides Prescription Drug benefits for Prescription Drug Products provided by Pharmacies as shown in this Schedule. To receive Prescription Drug Benefits, you REDACTED [and your Dependents] may be required to pay a portion of the Covered Expenses for Prescription Drug Products. That portion includes any applicable Copayment, Deductible and/or Coinsurance.<br><br>REDACTED<br>As applicable, your Deductible or Coinsurance payment will be based on the REDACTED Prescription Drug Charge when the Pharmacy is a Network Pharmacy REDACTED REDACTED |

REDACTED
As applicable, your Deductible or Coinsurance payment will be based on the Prescription Drug Charge.

REDACTED
As applicable, your Deductible or Coinsurance payment will be based on the Usual and Customary Charge.

REDACTED

**Coinsurance**

The term Coinsurance means the percentage of REDACTED for covered Prescription Drug Products that you REDACTED [or your Dependent] are required to pay under this plan.

REDACTED

**Charges**

The term Charges means the Prescription Drug Charge when the Pharmacy is a Network Pharmacy REDACTED REDACTED

REDACTED

**Charges**

The term Charges means the Prescription Drug Charge

REDACTED

**Charges**

The term Charges means the Usual and Customary Charge.

REDACTED

**Copayments (Copay)**

Copayments are expenses to be paid by you REDACTED [or your Dependent] for Covered Prescription Drug Products.

REDACTED

**Annual Maximum**

The total amount of Prescription Drug benefits payable for all expenses incurred at a Pharmacy in a <contract><calendar> year will not exceed the Annual Maximums shown in The Schedule.

REDACTED

**<Contract> <Calendar> Year Deductible**

Deductibles are expenses to be paid by you REDACTED [or your Dependent] for Covered Prescription Drug Products. These Deductibles are in addition to any Copayments or Coinsurance. Once the Deductible maximum shown in The Schedule has been reached you and your family need not satisfy any further Prescription Drug Deductible for the rest of that year.

REDACTED

**Out-of-Pocket Expenses**

Out-of-Pocket Expenses are Covered Expenses incurred at a Pharmacy for Prescription Drug Products REDACTED REDACTED <for which no payment is provided> REDACTED

because of the Coinsurance factor REDACTED REDACTED When the Out-of-Pocket Maximum shown in The Schedule is reached, benefits are payable at 100%.

REDACTED

**Oral Chemotherapy Medication**

Prescription oral chemotherapy medication that is used to kill or slow the growth of cancerous cells is covered at participating pharmacies at 100% REDACTED <after deductible> REDACTED <with no deductible> and if applicable at non-participating pharmacies, REDACTED <the same as> REDACTED <is covered at the lower of the pharmacy cost share for oral chemotherapy medication or> REDACTED <on a basis no less favorable than> the out of network medical cost share for injectable/IV chemotherapy.

REDACTED

**Oral Chemotherapy Medication**

Prescription oral chemotherapy medication that is used to kill or slow the growth of cancerous cells is covered at participating pharmacies at 100% REDACTED <after deductible> REDACTED <with no deductible>.

REDACTED

REDACTED

**Oral Chemotherapy Medication**

REDACTED

**Chemotherapy Medication**

Prescription REDACTED <self-injectable and> oral chemotherapy medication that is used to kill or slow the growth of cancerous cells is covered at Network Pharmacies at 100% REDACTED REDACTED <after deductible> REDACTED REDACTED <with no deductible> and if applicable at non-Network Pharmacies, REDACTED REDACTED <the same as> REDACTED <on a basis no less favorable than> the out of network medical cost share for injectable/IV chemotherapy.

REDACTED

**Chemotherapy Medication**

Prescription orally administered or self-injectable chemotherapy medication that is used to kill or slow the growth of cancerous cells is covered at Participating Pharmacies at 100% REDACTED REDACTED <after deductible> REDACTED REDACTED <with no deductible> and at non- Participating Pharmacies, the same as the out of network medical cost share for injectable/IV chemotherapy.

**Use the following for # OH# HIC. Delete for Standalone RX plans.**

**Oral Chemotherapy Medication**

Prescription oral chemotherapy medication that is used to kill or slow the growth of cancerous cells is covered at Network Pharmacies at 100% REDACTED <after deductible> REDACTED <with no deductible>.

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| REDACTED | | |
| **Please see our website at www.mycigna.com or call the Member Services number on the back of your ID card for the most current listing of formulary drugs.** | | |
| REDACTED | | |
| **Lifetime Maximum** | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| REDACTED | | |
| **Annual Maximum**<br><br>Individual Annual Maximum | REDACTED<br>$! per person<br>Not Applicable | REDACTED<br>$! per person<br>Not Applicable |
| Family Annual Maximum | REDACTED<br>$! per family<br>Not Applicable | REDACTED<br>$! per family<br>Not Applicable |
| REDACTED | | |
| **<Contract> <Calendar> Year Deductible***<br>Individual | REDACTED<br>$! per person<br>Not Applicable | REDACTED<br>$! per person<br>Not Applicable |
| Family | REDACTED<br>$! per family<br>Not Applicable | REDACTED<br>$! per family<br>Not Applicable |
| REDACTED | | |
| **<Contract> <Calendar> Year Deductible***<br>Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| REDACTED | | |
| *Note: Generic Drugs at a Pharmacy are not subject to the Deductible | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| REDACTED | | |

REDACTED **Preventive Medications**

REDACTED Preventive Medications used to prevent any of the following medical conditions and that are dispensed by a Pharmacy are not subject to the Deductible:

- hypertension, high cholesterol, diabetes, asthma, osteoporosis, stroke, prenatal nutrient deficiency

REDACTED

- nutrient deficiency

REDACTED

- smoking cessation

REDACTED

- additional smoking cessation drugs not provided under federal preventive services
- antiobesity and weight loss

REDACTED

| | | |
|---|---|---|
| **Out-of-Pocket Maximum**<br>Individual | REDACTED<br>$! per person<br>Not Applicable<br>REDACTED<br>The total of both the medical and Pharmacy Out-of-Pocket Maximums will not exceed $7,150, indexed annually. | REDACTED<br>$! per person<br>Not Applicable |
| Family | REDACTED<br>$! per family<br>Not Applicable<br>REDACTED<br>The total of both the medical and Pharmacy Out-of-Pocket Maximums will not exceed $14,300, indexed annually. | REDACTED<br>$! per family<br>Not Applicable |

REDACTED

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| REDACTED | | |
| **Out-of-Pocket Maximum**<br>Individual | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |
| Family | Refer to the Medical Benefits Schedule | Refer to the Medical Benefits Schedule |

REDACTED

**Maintenance Drug Products**

Maintenance Drug Products must be filled in an amount equal to a consecutive 90 day supply per Prescription Order or Refill at a retail <REDACTED><REDACTED> Pharmacy < REDACTED <REDACTED> REDACTED>, after <REDACTED> 30-day supply fill[s] at a retail <REDACTED> Pharmacy < REDACTED <REDACTED> REDACTED>. If you do not fill your Maintenance Drug Products in a 90-day supply at a retail <REDACTED><REDACTED> Pharmacy <REDACTED REDACTED <REDACTED> REDACTED> after the specified 30-day supply fill limit, the Plan will not cover the Maintenance Drug Product.

REDACTED

**Maintenance Drug Products**

Maintenance Drug Products may be filled in an amount up to a consecutive 90 day supply per Prescription Order or Refill at a retail <REDACTED><REDACTED> Pharmacy <REDACTED <REDACTED> REDACTED>.

REDACTED

Certain Preventive Care Medications covered under this plan and required as part of preventive care services (detailed information is available at www.healthcare.gov) are payable at 100% with no Copayment or Deductible, when purchased from a Network Pharmacy. A written prescription is required.

Note: Contraceptive devices and oral contraceptives are payable as shown in The Schedule.

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| REDACTED | | |
| **Prescription Drug Products at Retail Pharmacies** | **The amount you pay for up to a consecutive 30-day supply at a Network Pharmacy** | **The amount you pay for up to a consecutive 30-day supply at a non-Network Pharmacy** |
| REDACTED | | |
| Certain Specialty Prescription Drug Products are only covered when dispensed by a home delivery Pharmacy, after 1 fill of the Specialty Prescription Drug Product at a retail Pharmacy. | | |
| REDACTED<br>**<Tier 1>** | | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| REDACTED<br>Generic Drugs and Brand Drugs | REDACTED<br>Non-Maintenance Drug Products: | REDACTED<br>In-network coverage only |
| REDACTED<br>Generic Drugs | REDACTED<br>No charge after $! REDACTED<br>REDACTED | REDACTED<br>Non-Maintenance Drug Products: |
| REDACTED<br>Generic Drugs on the Prescription Drug List | REDACTED<br>No charge after $! REDACTED<br>REDACTED<br>REDACTED after<br>REDACTED | REDACTED<br>!% after <REDACTED><br>Deductible |
| REDACTED<br>Preferred Generic Drugs on the Prescription Drug List | REDACTED<br>!% | REDACTED<br>!% |
| | REDACTED<br>!% after<br>REDACTED<br>Deductible | |
| | REDACTED<br>The greater of !% or $!, then the REDACTED<br>REDACTED | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
| --- | --- | --- |
| | REDACTED pays 100%<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED REDACTED pays 100% after REDACTED<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100%<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100% after REDACTED Deductible | |
| | REDACTED<br>Maintenance Drug Products: | REDACTED<br>In-network coverage only |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>No charge after $! REDACTED REDACTED REDACTED after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>No charge after $! REDACTED REDACTED REDACTED for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED REDACTED pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED | REDACTED<br>Maintenance Drug Products:<br><br>REDACTED<br>!% after <REDACTED> Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | The greater of !% or $!, then the REDACTED REDACTED REDACTED pays 100% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>Maintenance Drug Products:<br>REDACTED<br>$! for the first <REDACTED> fills, then you pay $!<br>REDACTED<br>% for the first <REDACTED> fills, then you pay % | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| **Tier 2** | | |
| REDACTED<br>Brand Drugs<br>REDACTED<br>Brand Drugs designated as preferred on the Prescription Drug List REDACTED<br>REDACTED if the average price of the class is $100 and under for a 30-day supply<br>REDACTED<br>Preferred Brand Drugs on the Prescription Drug List | REDACTED<br>Non-Maintenance Drug Products:<br>REDACTED<br>No charge after $! REDACTED<br>REDACTED <copay> REDACTED<br>REDACTED<br><br>REDACTED<br>No charge after $! REDACTED<br>REDACTED <copay> REDACTED<br>REDACTED after<br>REDACTED<br>REDACTED<br><br>REDACTED<br>!%<br><br>REDACTED<br>!% after<br><REDACTED><br>Deductible<br><br>REDACTED<br>The greater of !% or $ !, then the REDACTED<br>REDACTED<br>REDACTED pays 100%<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED | REDACTED<br>REDACTED<br>In-network coverage only<br><br>REDACTED<br>Non-Maintenance Drug Products:<br><br>REDACTED<br>!% after REDACTED<br>Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED REDACTED pays 100% after REDACTED REDACTED<br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100%<br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100% after <REDACTED> Deductible | |
| | REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>No charge after $! REDACTED REDACTED REDACTED after REDACTED Deductible for the first <REDA REDACTE> fills, then no coverage for a 30-day supply<br>REDACTED | REDACTED<br>REDACTED<br>In-network coverage only<br>REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>!% after <REDACTED> Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br>REDACTED |

Page [ PAGE ] of [ NUMPAGES ]

Pharmacy 90 Day Schedule – DST Release 09/18/2017

CONFIDENTIAL CIGNA00173098

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>No charge after $! REDACTED REDACTED REDACTED for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% after REDACTED Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED REDACTED pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED REDACTED pays 100% after REDACTED Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED | !% for the first <REDACTED> fills, then no coverage for a 30-day supply |

Page [ PAGE ] of [ NUMPAGES ]

Pharmacy 90 Day Schedule – DST Release 09/18/2017

CONFIDENTIAL CIGNA00173099

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>$! for the first <REDACTED> fills, then you pay $!<br>REDACTED<br>% for the first <REDACTED> fills, then you pay % | |
| **Tier 3** | | |
| REDACTED<br>Brand Drugs designated as non-preferred on the Prescription Drug List<br>REDACTED<br>Brand Drugs designated as preferred on the Prescription Drug List if the average price of the class is over $100 for a 30-day supply<br>REDACTED<br>Non-Preferred Generic Drugs and Brand | REDACTED<br>Non-Maintenance Drug Products: | REDACTED<br>REDACTED<br>In-network coverage only<br><br>REDACTED |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
| --- | --- | --- |
| Drugs on the Prescription Drug List | REDACTED<br>No charge after $! REDACTED REDACTED REDACTED<br><br>REDACTED<br>No charge after $! REDACTED REDACTED REDACTED after REDACTED REDACTED<br><br>REDACTED<br>!%<br>REDACTED<br>!% after < REDACTED > Deductible<br>REDACTED<br>The greater of !% or $ !, then the REDACTED REDACTED REDACTED pays 100%<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED REDACTED pays 100% after REDACTED REDACTED<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED | Non-Maintenance Drug Products:<br>REDACTED<br>!% after REDACTED Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED pays 100% REDACTED !%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100% after < REDACTED > Deductible | |
| | REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>No charge after $! REDACTED REDACTED REDACTED after REDACTED Deductible for the first < REDACTED REDACTED > fills, then no coverage for a 30-day supply<br>REDACTED<br>No charge after $! REDACTED REDACTED REDACTED for the first < REDACTED > fills, then no coverage for a 30-day supply<br>REDACTED<br>!% for the first < REDACTED > fills, then no coverage for a 30-day supply<br>REDACTED | REDACTED<br>REDACTED<br>In-network coverage only<br>REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>!% after < REDACTED > Deductible for the first < REDACTED > fills, then no coverage for a 30-day supply<br>REDACTED<br>!% for the first < REDACTED > fills, then no coverage for a 30-day supply |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>!% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED REDACTED pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED REDACTED pays 100% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | $!>, then the REDACTED REDACTED REDACTED pays 100% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>Maintenance Drug Products:<br>REDACTED<br>$! for the first <REDACTED> fills, then you pay $!<br>REDACTED<br>% for the first <REDACTED> fills, then you pay % | |

Page [ PAGE ] of [ NUMPAGES ]

Pharmacy 90 Day Schedule – DST Release 09/18/2017

CONFIDENTIAL

CIGNA00173104

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| **Tier 4** | | |
| REDACTED<br>REDACTED<br>Self-Administered Injectable Specialty Prescription Drug Products<br>REDACTED<br>Drugs in the following Therapeutic Class:<br>REDACTED<br>• Oral Contraceptive drugs and prescription appliances for contraception<br>• Drugs for the treatment of sexual dysfunction, including but not limited to erectile dysfunction, delayed ejaculation, anorgasmy, and decreased libido<br>• Antihistamines<br>• Expectorants, Cough & Cold drugs<br>REDACTED<br>Brand Drug designated as non-preferred on the Prescription Drug List<br>REDACTED<br>Specialty Prescription Drug Products on the Prescription Drug List | REDACTED<br>Non-Maintenance Drug Products:<br>REDACTED<br>No charge after $! REDACTED<br>REDACTED<br>REDACTED<br>No charge after $! REDACTED<br>REDACTED<br>REDACTED after<br>REDACTED<br>REDACTED<br>!%<br>REDACTED<br>!% after<br><REDACTED><br>Deductible<br>REDACTED<br>The greater of !% or $!, then the REDACTED<br>REDACTED<br>REDACTED pays 100%<br>REDACTED<br>The greater of !% or $!, then the REDACTED<br>REDACTED<br>REDACTED pays 100% after<br>REDACTED | REDACTED<br>REDACTED<br>In-network coverage only<br>REDACTED<br>Non-Maintenance Drug Products:<br>REDACTED<br>!% after <REDACTED><br>Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100%<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED REDACTED pays 100% after < REDACTED > Deductible | |
| | REDACTED<br>Maintenance Drug Products:<br>REDACTED<br>No charge after $! REDACTED REDACTED REDACTED after REDACTED Deductible for the first < REDAC REDACT > fills, then no coverage for a 30-day supply<br><br>REDACTED<br>No charge after $! REDACTED REDACTED | REDACTED<br>REDACTED<br>REDACTED<br>In-network coverage only<br>REDACTED<br>Maintenance Drug Products:<br><br>REDACTED<br>!% after < REDACTED > Deductible for the first < REDACTED > fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% for the first < REDACTED > fills, then no coverage for a 30-day supply |



| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED REDACTED pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED REDACTED pays 100% after REDACTED Deductible for the first <REDACTED REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>REDACTED pays 100% for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED<br>REDACTED<br>REDACTED pays 100% after<br>REDACTED<br>Deductible for the first <REDACTED> fills, then no coverage for a 30-day supply<br><br>REDACTED<br><br>Maintenance Drug Products:<br><br>REDACTED<br>$! for the first <REDACTED> fills, then you pay $!<br>REDACTED<br>% for the first <REDACTED> fills, then you pay % | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| REDACTED | | |
| **Prescription Drug Products at Retail <REDACTED> Pharmacies** | **The amount you pay for up to a consecutive 90-day supply at a <REDACTED> <REDACTED> Pharmacy** | **The amount you pay for up to a consecutive 90-day supply at a non-<REDACTED><REDACTED> Pharmacy** |
| REDACTED | | |
| Certain Specialty Prescription Drug Products are only covered when dispensed by a home delivery Pharmacy, after 1 fill of the Specialty Prescription Drug Product at a retail Pharmacy. | | |
| REDACTED | | |
| Specialty Prescription Drug Products are limited to up to a consecutive 30-day supply per Prescription Order or Refill | | |
| REDACTED | | |
| Note: In this context, a retail Designated Pharmacy is a retail Network Pharmacy that has contracted with Cigna for dispensing of covered Prescription Drug Products, including Maintenance Drug Products, in 90-day supplies per Prescription Order or Refill. | | |



| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| REDACTED<br><Tier 1> | | |
| REDACTED<br>Generic Drugs and Brand Drugs | | |
| REDACTED<br>Generic Drugs | REDACTED<br>No charge after $! REDACTED REDACTED REDACTED | REDACTED<br>REDACTED<br>In-network coverage only |
| REDACTED<br>Generic Drugs on the Prescription Drug List | | REDACTED<br>!% after <REDACTED> Deductible<br>REDACTED<br>!% |
| REDACTED<br>Preferred Generic Drugs on the Prescription Drug List | REDACTED<br>No charge after $! REDACTED REDACTED REDACTED after REDACTED | |
| | REDACTED<br>!% | |
| | REDACTED<br>!% after REDACTED Deductible | |
| | REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED pays 100% | |
| | REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED pays 100% after REDACTED REDACTED | |
| | REDACTED | |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100%<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100% after REDACTED Deductible | |
| **Tier 2**<br>REDACTED<br>Brand Drugs<br><br>REDACTED<br>Brand Drugs designated as preferred on the Prescription Drug List<br><br>REDACTED<br>Preferred Brand Drugs on the Prescription Drug List | REDACTED<br>No charge after $! REDACTED<br>REDACTED<br><br>REDACTED<br>No charge after $! REDACTED<br>REDACTED<br>REDACTED after<br>REDACTED<br><br>REDACTED<br>!%<br><br>REDACTED<br>!% after <REDACTED> Deductible<br><br>REDACTED<br>The greater of !% or $ !, then | REDACTED<br><br>REDACTED<br>In-network coverage only<br><br>REDACTED<br>!% after REDACTED Deductible<br><br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | the REDACTED REDACTED pays 100%<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED pays 100% after < REDACTED REDACTED<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100%<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100% after < REDACTED > Deductible | |
| **Tier 3**<br><br>Brand Drugs designated as non-preferred on the Prescription Drug List<br><br>REDACTED<br>Non-Preferred Generic Drugs and Brand Drugs on the Prescription Drug List | REDACTED<br>No charge after $! REDACTED<br>REDACTED<br><br>REDACTED<br>No charge after $! REDACTED<br>REDACTED<br>REDACTED after<br>REDACTED | REDACTED<br><br>REDACTED<br>In-network coverage only<br><br>REDACTED<br>!% after < REDACTED > Deductible<br>REDACTED<br>!% |

Page [ PAGE ] of [ NUMPAGES ] Pharmacy 90 Day Schedule – DST Release 09/18/2017

CONFIDENTIAL CIGNA00173112

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>!%<br>REDACTED<br>!% after <REDACTED> Deductible<br>REDACTED<br>The greater of !% or $ !, then the plan pays 100%<br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED pays 100% after REDACTED REDACTED<br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100%<br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100% after <REDACTED> deductible | |
| **Tier 4**<br>REDACTED | REDACTED | REDACTED |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| REDACTED<br>Self-Administered Injectable Specialty Prescription Drug Products<br>REDACTED<br>Drugs in the following Therapeutic Class:<br>REDACTED<br>• Oral Contraceptive drugs and prescription appliances for contraception<br>• Drugs for the treatment of sexual dysfunction, including but not limited to erectile dysfunction, delayed ejaculation, anorgasmy, and decreased libido<br>• Antihistamines<br>• Expectorants, Cough & Cold drugs<br>REDACTED<br>Brand Drug designated as non-preferred on the Prescription Drug List<br>REDACTED<br>Specialty Prescription Drug Products on the Prescription Drug List | Specialty Prescription Drug Products are limited to up to a consecutive 30 day supply per Prescription Order or Refill<br>REDACTED<br>REDACTED<br>No charge after $! REDACTED<br>REDACTED<br>REDACTED<br>No charge after $! REDACTED<br>REDACTED<br>REDACTED after<br>REDACTED<br>REDACTED<br>!%<br>REDACTED<br>!% after < REDACTED ><br>Deductible<br>REDACTED<br>The greater of !% or $!, then the REDACTED<br>REDACTED pays 100%<br>REDACTED<br>The greater of !% or $!, then the REDACTED<br>REDACTED pays 100%<br>after REDACTED<br>REDACTED<br>REDACTED<br>!%, subject to a <minimum of | REDACTED<br>Specialty Prescription Drug Products are limited to up to a consecutive 30 day supply per Prescription Order or Refill<br>REDACTED<br>REDACTED<br>REDACTED<br>In-network coverage only<br>REDACTED<br>!% after < REDACTED ><br>Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | Non-NETWORK PHARMACY |
|---|---|---|
| | $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100%<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100% after <REDACTED> Deductible | |

Page [ PAGE ] of [ NUMPAGES ]

Pharmacy 90 Day Schedule – DST Release 09/18/2017

CONFIDENTIAL

CIGNA00173115

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| REDACTED | | |
| **Prescription Drug Products at Home Delivery Pharmacies** | **The amount you pay for up to a consecutive 90-day supply at a Network Pharmacy** | **The amount you pay for up to a consecutive 90-day supply at a non-Network Pharmacy** |
| REDACTED | | |
| Specialty Prescription Drug Products are limited to up to a consecutive 30-day supply per Prescription Order or Refill and are subject to the same Copayment or Coinsurance that applies to retail Pharmacies. | | |
| REDACTED<br>**Tier 1** | | |
| REDACTED<br>Generic Drugs and Brand Drugs<br><br>REDACTED<br>Generic Drugs<br><br>REDACTED<br>Generic Drugs on the Prescription Drug List<br><br>REDACTED<br>Preferred Generic Drugs on the Prescription Drug List | REDACTED<br><br>No charge after $!REDACTED<br>REDACTED<br><br>REDACTED<br><br>No charge after $!REDACTED<br>REDACTED<br>REDACTED after<br>REDACTED<br><br>REDACTED<br><br>!%<br><br>REDACTED<br><br>!% after REDACTED<br>Deductible<br><br>REDACTED | REDACTED<br><br>In-network coverage only<br><br>REDACTED<br><br>!% after <REDACTED><br>Deductible<br><br>REDACTED<br><br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
| --- | --- | --- |
| | REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED pays 100%<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED pays 100% after REDACTED<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100%<br><br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100% after REDACTED Deductible | |
| **Tier 2** | | |
| REDACTED Brand Drugs<br><br>REDACTED | REDACTED<br>No charge after $! REDACTED REDACTED | REDACTED<br>In-network coverage only<br><br>REDACTED |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| Brand Drugs designated as preferred on the Prescription Drug List REDACTED REDACTED REDACTED if the average price of the class is $100 and under for a 30-day supply | REDACTED<br>No charge after $! REDACTED REDACTED REDACTED after REDACTED | !% after < REDACTED > Deductible<br>REDACTED<br>!% |
| REDACTED Preferred Brand Drugs on the Prescription Drug List | REDACTED<br>!%<br>REDACTED<br>!% after < REDACTED > Deductible<br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED pays 100%<br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED pays 100% after REDACTED<br>REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100%<br>REDACTED | |



| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100% after < REDACTED > Deductible | |
| **Tier 3** | | |
| REDACTED<br>Brand Drugs designated as non-preferred on the Prescription Drug List<br>REDACTED<br>Brand Drugs designated as preferred on the Prescription Drug List if the average price of the class is over $100 for a 30-day supply<br>REDACTED<br>Non-Preferred Generic Drugs and Brand Drugs on the Prescription Drug List | REDACTED<br>No charge after $! REDACTED REDACTED REDACTED<br>REDACTED<br>No charge after $! REDACTED REDACTED REDACTED after REDACTED<br>REDACTED<br>!%<br>REDACTED<br>!% after < REDACTED > Deductible<br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED pays 100%<br>REDACTED<br>The greater of !% or $!, then the REDACTED REDACTED pays 100% after REDACTED | REDACTED<br>In-network coverage only<br>REDACTED<br>!% after < REDACTED > Deductible<br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| | REDACTED<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100%<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100% after <REDACTED> Deductible | |

Page [ PAGE ] of [ NUMPAGES ]

Pharmacy 90 Day Schedule – DST Release 09/18/2017

CONFIDENTIAL CIGNA00173120

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
|---|---|---|
| **Tier 4** | | |
| REDACTED<br><br>REDACTED<br>Self-Administered Injectable Specialty Prescription Drug Products<br><br>REDACTED<br>Drugs in the following Therapeutic Class:<br><br>REDACTED<br>• Oral Contraceptive drugs and prescription appliances for contraception<br>• Drugs for the treatment of sexual dysfunction, including but not limited to erectile dysfunction, delayed ejaculation, anorgasmy, and decreased libido<br>• Antihistamines<br>• Expectorants, Cough & Cold drugs<br><br>REDACTED<br>Brand Drug designated as non-preferred on the Prescription Drug List<br><br>REDACTED<br>Specialty Prescription Drug Products on the Prescription Drug List | REDACTED<br>Specialty Prescription Drug Products are limited to up to a consecutive 30 day supply per Prescription Order or Refill<br><br>REDACTED<br>No charge after $! REDACTED<br>REDACTED<br><br>REDACTED<br>No charge after $! REDACTED<br>REDACTED<br>REDACTED after<br>REDACTED<br><br>REDACTED<br>!%<br><br>REDACTED<br>!% after REDACTED<br>Deductible<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED<br>REDACTED pays 100%<br><br>REDACTED<br>The greater of !% or $!, then the REDACTED<br>REDACTED pays 100% after<br>REDACTED | REDACTED<br>Specialty Prescription Drug Products are limited to up to a consecutive 30 day supply per Prescription Order or Refill<br><br>REDACTED<br>In-network coverage only<br><br>REDACTED<br>!% after < REDACTED ><br>Deductible<br><br>REDACTED<br>!% |

| BENEFIT HIGHLIGHTS | NETWORK PHARMACY | NON-NETWORK PHARMACY |
| --- | --- | --- |
| | REDACTED<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100%<br><br>REDACTED<br><br>!%, subject to a <minimum of $!> and a <maximum of $!>, then the REDACTED REDACTED pays 100% after <REDACTED> Deductible | |

Page [ PAGE ] of [ NUMPAGES ]

Pharmacy 90 Day Schedule – DST Release 09/18/2017

CONFIDENTIAL

CIGNA00173122