# **EXHIBIT 45**

# EXHIBIT BG

1

2  UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF CONNECTICUT
3  No. 16-cv-1702 (JAM)
   ----------------------------------x
4  KIMBERLY A. NEGRON, DANIEL PERRY,
   COURTNEY GALLAGHER, NINA CUROL,
5  ROGER CUROL, and BILLY RAY BLOCKER,
   JR., Individually and on Behalf of All
6  Others Similarly Situated,

7        Plaintiffs,

8

9     - against -

10

11  CIGNA CORPORATION, CIGNA HEALTH
    AND LIFE INSURANCE COMPANY and
12  OPTUMRX, INC.,

13        Defendants.
   ----------------------------------x
14         August 28, 2020
             1:02 p.m.
15

16

17     Videotaped Deposition of ROBIN BOYCE,

18  taken by Plaintiffs, pursuant to Notice,

19  held via Zoom videoconference, before Todd

20  DeSimone, a Registered Professional

21  Reporter and Notary Public of the States of

22  New York and New Jersey.

42

1           R. BOYCE

2  things cannot be approved in the fully

3  insured context the fact that language

4  hasn't been filed with a state regulator?

5           MR. BLUMENFELD:  Objection.

6     A.    So if I'm understanding the

7  question, is one of the reasons we deny a

8  request because it is a fully insured case

9  and they have not filed language?

10    Q.    Yes.

11    A.    Then yes, that could be one of

12  the reasons that we denied something, yeah.

29

1      R. BOYCE

2 related action that PBAB took?

3      MR. BLUMENFELD: Objection,

4 outside the scope of the 30(b)(6).

5    A.   No, I'm not aware of anything

6 other than that logic.

7    Q.   Do you recall any instances

8 from 2010 through 2017 where a client made

9 a request to change from Copay K to Copay G

10 and then back to Copay K again?

11      MR. BLUMENFELD: Objection.

12    A.   I don't recall that, no.

13    Q.   Do you recall any instances

14 during that time frame where a client

15 requested to change from Copay G to Copay

16 K?

17      MR. BLUMENFELD: Objection.

18    A.   I don't recall specifically

19 clients that asked to do that.

20    Q.   Do you have a general

21 recollection of that happening?

22    A.   I believe that there was --

23  that there were requests both ways, but I

24  don't remember specifically any specifics

25  around it.