# EXHIBIT 46

# EXHIBIT BH

**Message**

| | |
|---|---|
| **From**: | Coale, M Brooke B HHHH [MBrooke.Coale@Cigna.com] |
| **Sent**: | 7/26/2016 2:41:24 PM |
| **To**: | Skarvinko, Claudia G HHHH [Claudia.Skarvinko@Cigna.com] |
| **Subject**: | RE: Copay G for ASO |

Hi!

I have not seen any requests like that recently – I feel like I may of a couple of years ago when I first started, but definitely not recently.

Thanks Claudia!!

_____
**From:** Skarvinko, Claudia G HHHH
**Sent:** Monday, July 25, 2016 4:32 PM
**To:** Coale, M Brooke B HHHH
**Subject:** FW: Copay G for ASO


Brooke – have you ever seen any requests for this?   Just want to make sure I received responses back from both you & Justin.   Thx.

_____
**From:** Pitt, Justin A B5PHR
**Sent:** Monday, July 25, 2016 3:44 PM
**To:** Skarvinko, Claudia G HHHH; Coale, M Brooke B HHHH
**Subject:** RE: Copay G for ASO


I have not seen any clients looking for Copay K, a.k.a opting out of Copay G. Thanks Claudia

**Justin Pitt**
CIGNA Pharmacy
**Pharmacy Product**
Phone:    860.226.7410   (Network:   572.7410)
Email:   Justin.Pitt@cigna.com
Confidential, unpublished property of CIGNA.   Do not duplicate or distribute.   Use and distribution limited solely to authorized personnel.    © Copyright 2016 CIGNA

_____
**From:** Skarvinko, Claudia G HHHH
**Sent:** Monday, July 25, 2016 1:56 PM
**To:** Pitt, Justin A B5PHR; Coale, M Brooke B HHHH
**Subject:** Copay G for ASO


Hi – Do you know if there has been any ASO clients that have opted out of the Copay G standard?    Need to know for Benefit Language – because we want to print the lesser of 3 (copay G) text in all ASO customer booklets, but Service Ops wants to know if all ASO clients get this – my answer is yes – but wanted to check with you.    Thx.

*Claudia Skarvinko*
Pharmacy Product
Cigna Pharmacy Management
Phone: 860.226.3992, Fax: 860.226.4650
Email: Claudia.Skarvinko@cigna.com
Confidential, unpublished property of Cigna.   Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.   (c) Copyright 2016 Cigna.

**EXHIBIT 0213**

CONFIDENTIAL                                                                                                                                    CIGNA07723565

CONFIDENTIAL

CIGNA07723566