# EXHIBIT 47

# EXHIBIT BI

Message
---

| | |
|---|---|
| **From**: | Poitras, Diana L (Diane) B5PHR [/O=CIGNA/OU=REGION01/CN=RECIPIENTS/CN=DLPOIT] |
| **Sent**: | 6/13/2013 9:24:43 PM |
| **To**: | Pharmacy Benefit Exception Intake [PharmacyBenefitExceptionIntake@Cigna.com] |
| **CC**: | Mulkey, Marcia H 643 [Marcia.Mulkey@Cigna.com]; Collins, Millicent B5PHR [Millicent.collins@Cigna.com]; Orellana, Jessica 526 [Jessica.Orellana@Cigna.com] |
| **Subject**: | RE: PBAB Request Completed: ▓▓▓▓▓▓▓▓▓▓ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670 |

Pharmacy Benefit Exception Intake will you be able to assist with the below.

---

**From:** Orellana, Jessica 526
**Sent:** Thursday, June 13, 2013 5:20 PM
**To:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR
**Cc:** Mulkey, Marcia H 643
**Subject:** Re: PBAB Request Completed: ▓▓▓▓▓▓▓ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

We are looking for the logic of why it goes from contract rate to U&C once they are out of their deductible

---

**From**: Collins, Millicent B5PHR
**Sent**: Thursday, June 13, 2013 05:18 PM
**To**: Poitras, Diana L (Diane) B5PHR; Orellana, Jessica 526
**Cc**: Mulkey, Marcia H 643
**Subject**: RE: PBAB Request Completed: ▓▓▓▓▓▓▓ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Customer copay options are not set up by Pharmacy Contracting. I am not aware of the initial logic set-up for copay option K, but is has been the standard option since my start in this department 13 years ago.

You may want to check with Argus to get more information on the initial request. Copay options are not part of our contract agreements with the pharmacies.

Thanks,
Millicent Collins

**From:** Poitras, Diana L (Diane) B5PHR
**Sent:** Thursday, June 13, 2013 3:58 PM
**To:** Orellana, Jessica 526
**Cc:** Collins, Millicent B5PHR; Mulkey, Marcia H 643
**Subject:** RE: PBAB Request Completed: ▓▓▓▓▓▓▓ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670
**Importance:** High

Hi Jessica,

I have reached out to Millicent again for some help with this.
I know on our previous call she provided information.
Since this is a FI account it is standardly set up with copay logic K.

Millicent,

Can you please respond.
Can you provide me some talking points as to why our contracts are set up this way.

Thanks in advance for your immediate assistance.

CONFIDENTIAL

EXHIBIT
131

CIGNA00236789

Diane L. Poitras
Pharmacy Account Installation Manager
CIGNA Pharmacy Management
Phone: 860-226-7171
E-mail: diane.poitras@cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 Cigna.

---

**From:** Orellana, Jessica 526
**Sent:** Thursday, June 13, 2013 3:52 PM
**To:** Poitras, Diana L (Diane) B5PHR
**Subject:** FW: PBAB Request Completed: ████████████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Hi Diane,

Any feedback today would be greatly appreciated since I'm off tomorrow and I would like to send the response out before I leave today.

Txs

Jessica Orellana
Account Manager
201.533.7847 office
201.320.9922 cell
646.277.8953 e-fax

Stay Informed on Reform - keeping you updated on the PPACA:
http://www.cigna.com/sites/healthcare_reform/index.html

---

**From:** Orellana, Jessica 526
**Sent:** Thursday, June 13, 2013 12:58 PM
**To:** Poitras, Diana L (Diane) B5PHR; Restifo, Irene E 526
**Cc:** Jukonski, Rosalie B5PHR
**Subject:** Re: PBAB Request Completed: ████████████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Hi Diane,

I notified the broker that it currently can't be done since we are waiting for state approval and obviously would still need PBAB approval after that.

He would like to get an explanation as to why our contracts work this way. Where under deductible it is contracted rate and under co-pay is U&C. He understands it currently can't be changed but would like to provide our client an explanation as to why we have it set up this way.

CONFIDENTIAL                                                                                                    CIGNA00236790

Txs

---

**From**: Poitras, Diana L (Diane) B5PHR
**Sent**: Thursday, June 13, 2013 09:47 AM
**To**: Restifo, Irene E 526; Cohen, Joseph D (Joe) B5PHR; Orellana, Jessica 526
**Cc**: Jukonski, Rosalie B5PHR
**Subject**: RE: PBAB Request Completed: ▆▆▆▆▆▆▆▆ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Hi Irene,

I understand that, but it should not have been communicated to the broker until you received the PBAB approval.

Diane L. Poitras
Pharmacy Account Installation Manager
CIGNA Pharmacy Management
Phone: 860-226-7171
E-mail: diane.poitras@cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 Cigna.

---

**From**: Restifo, Irene E 526
**Sent**: Thursday, June 13, 2013 9:02 AM
**To**: Poitras, Diana L (Diane) B5PHR; Cohen, Joseph D (Joe) B5PHR; Orellana, Jessica 526
**Subject**: Re: PBAB Request Completed: ▆▆▆▆▆▆▆▆ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Hi Diane we were just checking if anyone had another idea as we have been put in a really bad position. We told the broker ok based on the call and now we have to tell them no and was hoping someone could come up with some creative idea to keep the promise we made. Thanks

---

**From**: Poitras, Diana L (Diane) B5PHR
**Sent**: Thursday, June 13, 2013 08:56 AM
**To**: Cohen, Joseph D (Joe) B5PHR; Orellana, Jessica 526
**Cc**: Restifo, Irene E 526
**Subject**: RE: PBAB Request Completed: ▆▆▆▆▆▆▆▆ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Jessica,

We have already discussed the below, without PBAB approval we can not change this to Copay G logic.

Diane L. Poitras
Pharmacy Account Installation Manager
CIGNA Pharmacy Management
Phone: 860-226-7171
E-mail: diane.poitras@cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 Cigna.

**From:** Cohen, Joseph D (Joe) B5PHR
**Sent:** Wednesday, June 12, 2013 5:37 PM
**To:** Orellana, Jessica 526; Poitras, Diana L (Diane) B5PHR
**Cc:** Restifo, Irene E 526
**Subject:** RE: PBAB Request Completed: ▇▇▇▇▇▇▇  Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Hi Jess -

I am sorry, but any ProClaim pharmacy issue you get must go through Diane Poitras. Diane is the Pharmacy AIM who handles the Tri-State office. I manage the Facets Pharmacy Book of Business. Diane should be able to help you out with this issue, and point you to any FUSE documents regarding Copay K vs Copay G that are out there.

Joe

Joe Cohen
Pharmacy Account Implementation Manager
CIGNA Pharmacy Management
Routing: B5PHR
Phone: 860.226.6854
Email: Joseph.Cohen@CIGNA.com

The information contained in this e-mail may be confidential and is intended solely for the use of the named addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of CIGNA Do not duplicate or distribute. Use and distribution limited solely to authorized personnel – © Copyright 2013 (CIGNA Corporation)

---

**From:** Orellana, Jessica 526
**Sent:** Tuesday, June 11, 2013 8:11 PM
**To:** Cohen, Joseph D (Joe) B5PHR
**Cc:** Restifo, Irene E 526
**Subject:** FW: PBAB Request Completed ▇▇▇▇▇▇▇  Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Hi Joe,

We have the above group that is fully insured proclaim and we were originally told that they were allowed to provide a change to co-pay G as long as we got PBAB approval. They said we could accommodate this plan under fully insured proclaim. I informed my client that we were requesting plan G since they have plan K where under their HRA deductible we paid contracted rate and under co-pay they would pay U&C if the cost was less. Of course, the head guy's wife in HR notices that under deductible she paid a little over 8.00 for a 30 day supply and then under co-pay she was charged a little over 15 for a 30 day supply. This caused the noise and they want us to cover it under contract like it was under deductible. We are being told that we are waiting approval for all states but don't have it yet and we can't make the change. Is there any other option we can provide them in the meantime?

Txs

Jessica Orellana
Account Manager
201.533.7847 office
201.320.9922 cell
646.277.8953 e-fax

Stay Informed on Reform - keeping you updated on the PPACA:
http://www.cigna.com/sites/healthcare_reform/index.html

CONFIDENTIAL                                                                                                                     CIGNA00236792

**From:** Orellana, Jessica 526
**Sent:** Tuesday, June 11, 2013 12:01 PM
**To:** Poitras, Diana L (Diane) B5PHR; Restifo, Irene E 526; Montanaro, Karen W B6LPA; Ryder, Susan B5PHR; Prinzi, Lori L 584
**Cc:** Collins, Millicent B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Yes, that is correct but we did ask if it was something that can be implemented if we got the approval.

Jessica Orellana
Account Manager
201.533.7847 office
201.320.9922 cell
646.277.8953 e-fax

Stay Informed on Reform - keeping you updated on the PPACA:
http://www.cigna.com/sites/healthcare_reform/index.html

---

**From:** Poitras, Diana L (Diane) B5PHR
**Sent:** Tuesday, June 11, 2013 12:00 PM
**To:** Orellana, Jessica 526; Restifo, Irene E 526; Montanaro, Karen W B6LPA; Ryder, Susan B5PHR; Prinzi, Lori L 584
**Cc:** Collins, Millicent B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

To clarify, only with PBAB approval.

Diane L. Poitras
Pharmacy Account Installation Manager
CIGNA Pharmacy Management
Phone: 860-226-7171
E-mail: diane.poitras@cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 Cigna.

---

**From:** Orellana, Jessica 526
**Sent:** Tuesday, June 11, 2013 10:07 AM
**To:** Restifo, Irene E 526; Montanaro, Karen W B6LPA; Ryder, Susan B5PHR; Prinzi, Lori L 584
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Based on our call it was either Diana or Millicent that provided us with this answer

Txs

Jessica Orellana
Account Manager
201.533.7847 office
201.320.9922 cell
646.277.8953 e-fax

Stay Informed on Reform - keeping you updated on the PPACA:
http://www.cigna.com/sites/healthcare_reform/index.html

---

**From:** Restifo, Irene E 526
**Sent:** Tuesday, June 11, 2013 9:42 AM
**To:** Montanaro, Karen W B6LPA; Orellana, Jessica 526; Ryder, Susan B5PHR; Prinzi, Lori L 584
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ▇▇▇▇▇▇▇ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Is there anything we can do besides changing funding to give them the benefit we promised? Jessica who told you this could be done?

Thanks

*Irene Restifo*
*Director of Client Management*
*Tel: 201.533.7828*
*Fax: 860.697.7726*
*Irene.aalto@cigna.com*
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013*

---

**From:** Montanaro, Karen W B6LPA
**Sent:** Tuesday, June 11, 2013 9:40 AM
**To:** Orellana, Jessica 526; Restifo, Irene E 526; Ryder, Susan B5PHR; Prinzi, Lori L 584
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ▇▇▇▇▇▇▇ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

No NJ is a filing state.


**Karen Montanaro**
**State Filing Team**
**Regulatory & State Government Affairs**
karen.montanaro@Cigna.com
phone: 860.226.5631/fax: 860.226.4693       HAWAII INFO  https://cigna-all.custhelp.com/app/answers/detail/a_id/36395/kw/Hawaii

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 Cigna

**From:** Orellana, Jessica 526
**Sent:** Tuesday, June 11, 2013 8:43 AM
**To:** Montanaro, Karen W B6LPA; Restifo, Irene E 526; Ryder, Susan B5PHR; Prinzi, Lori L 584
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███████████████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Good Morning,

Just following up on the below since the situs state and product was requested.

Txs

Jessica Orellana
Account Manager
201.533.7847 office
201.320.9922 cell
646.277.8953 e-fax

Stay Informed on Reform - keeping you updated on the PPACA:
http://www.cigna.com/sites/healthcare_reform/index.html

---

**From:** Orellana, Jessica 526
**Sent:** Monday, June 10, 2013 1:51 PM
**To:** Montanaro, Karen W B6LPA; Restifo, Irene E 526; Ryder, Susan B5PHR; Prinzi, Lori L 584
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███████████████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

NJ and it's HRA OA+

Jessica Orellana
Account Manager
201.533.7847 office
201.320.9922 cell
646.277.8953 e-fax

Stay Informed on Reform - keeping you updated on the PPACA:
http://www.cigna.com/sites/healthcare_reform/index.html

---

**From:** Montanaro, Karen W B6LPA
**Sent:** Monday, June 10, 2013 1:50 PM
**To:** Restifo, Irene E 526; Ryder, Susan B5PHR; Prinzi, Lori L 584; Orellana, Jessica 526
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███████████████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

No I don't. What is the situs state of the account and what medical product?

CONFIDENTIAL                                                                                        CIGNA00236795

**Karen Montanaro**
*State Filing Team*
*Regulatory & State Government Affairs*
*karen.montanaro@Cigna.com*

*phone: 860.226.5631/fax: 860.226.4693      HAWAII INFO   https://cigna-all.custhelp.com/app/answers/detail/a_id/36395/kw/Hawaii*

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 Cigna

---

**From:** Restifo, Irene E 526
**Sent:** Monday, June 10, 2013 1:41 PM
**To:** Montanaro, Karen W B6LPA; Ryder, Susan B5PHR; Prinzi, Lori L 584; Orellana, Jessica 526
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ▮▮▮▮▮▮▮▮ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Any idea when this may be avaiable?

Thanks

*Irene Restifo*
*Director of Client Management*
*Tel: 201.533.7828*
*Fax: 860.697.7726*
*Irene.aalto@cigna.com*
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013*

---

**From:** Montanaro, Karen W B6LPA
**Sent:** Monday, June 10, 2013 12:47 PM
**To:** Ryder, Susan B5PHR; Restifo, Irene E 526; Prinzi, Lori L 584; Orellana, Jessica 526
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ▮▮▮▮▮▮▮▮ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Copay G is part of the Benefit Release Filings which are currently on hold.

**Karen Montanaro**
*State Filing Team*
*Regulatory & State Government Affairs*
*karen.montanaro@Cigna.com*

*phone: 860.226.5631/fax: 860.226.4693      HAWAII INFO   https://cigna-all.custhelp.com/app/answers/detail/a_id/36395/kw/Hawaii*

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 Cigna

**From:** Ryder, Susan B5PHR
**Sent:** Friday, June 07, 2013 2:18 PM
**To:** Restifo, Irene E 526; Prinzi, Lori L 584; Orellana, Jessica 526; Montanaro, Karen W B6LPA
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███████████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Irene I'm not sure who told you you could do this. My understanding as that while we are in the process of filing Copay G in all/most states for insured business, none are approved yet. I believe we are looking toward 1/1/14 for this.

Karen - can you comment?

*Sue Ryder*
Pharmacy Product
Cigna Pharmacy Management
860.226.7382
susan.ryder@cigna.com

*Confidential, unpublished property of Cigna Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 Cigna*

---

**From:** Restifo, Irene E 526
**Sent:** Friday, June 07, 2013 1:38 PM
**To:** Prinzi, Lori L 584; Orellana, Jessica 526; Ryder, Susan B5PHR
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███████████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Sue can you please advise where we are on the filing of FI Copay G. We had an internal call and we were told we could do it and we told the broker this and now we are told filing is pending.

Thanks

*Irene Restifo*
*Director of Client Management*
*Tel: 201.533.7828*
*Fax: 860.697.7726*
*Irene.aalto@cigna.com*
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013*

---

**From:** Prinzi, Lori L 584
**Sent:** Friday, June 07, 2013 10:43 AM
**To:** Restifo, Irene E 526; Orellana, Jessica 526
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███████████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

CONFIDENTIAL

CIGNA00236797

Sue Ryder may have some details (I don't know the details).

---

**From:** Restifo, Irene E 526
**Sent:** Friday, June 07, 2013 8:36 AM
**To:** Prinzi, Lori L 584; Orellana, Jessica 526
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Thats not really an option at this point.

I know you mentioned the filing is pending-what is the timeframe on that and does that mean we may be able to do this in the future?

*Irene Restifo*
*Director of Client Management*
*Tel: 201.533.7828*
*Fax: 860.697.7726*
*Irene.aalto@cigna.com*
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013*

---

**From:** Prinzi, Lori L 584
**Sent:** Friday, June 07, 2013 10:32 AM
**To:** Restifo, Irene E 526; Orellana, Jessica 526
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

The only option for this scenario is for the group to move to ASO.

---

**From:** Restifo, Irene E 526
**Sent:** Friday, June 07, 2013 8:21 AM
**To:** Prinzi, Lori L 584; Orellana, Jessica 526
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** Re: PBAB Request Completed: ███████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Is there any other option or way to get to the benefit they want and we promised? Thanks

---

**From:** Prinzi, Lori L 584
**Sent:** Friday, June 07, 2013 10:14 AM
**To:** Restifo, Irene E 526; Orellana, Jessica 526
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ███████ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Hi Irene – I wished that I could help to find a way but unfortunately Fully insured Copay G filing has not been approved. Obviously we cannot agree to sell a product that we are not approved for, I'm sorry.

**From:** Restifo, Irene E 526
**Sent:** Thursday, June 06, 2013 2:23 PM
**To:** Prinzi, Lori L 584; Orellana, Jessica 526
**Cc:** Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ▓▓▓▓▓▓▓▓ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Hi Lori we asked a few times on our internal if this could be done and we were reassured it could be done. Basically we need it covered the same way whether ded or copay applies - meaning contracted rate not U&C. This is a better benefit to the member and does not impact Cigna so hoping you can help us find a way to accomplish this.

Thanks
*Irene Restifo*
*Director of Client Management*
*Tel: 201.533.7828*
*Fax: 860.697.7726*
*Irene.aalto@cigna.com*
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013*

---

**From:** Prinzi, Lori L 584
**Sent:** Thursday, June 06, 2013 3:04 PM
**To:** Orellana, Jessica 526
**Cc:** Restifo, Irene E 526; Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ▓▓▓▓▓▓▓▓ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

I don't, sorry (Sue Ryder may have additional info.).

---

**From:** Orellana, Jessica 526
**Sent:** Thursday, June 06, 2013 12:55 PM
**To:** Prinzi, Lori L 584
**Cc:** Restifo, Irene E 526; Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ▓▓▓▓▓▓▓▓ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Thank you! We were told it can be done and that was the message I delivered based on final approval but didn't foresee an issue. Do we know how long this will take in pending status?

Txs

Jessica Orellana
Account Manager
201.533.7847 office
201.320.9922 cell
646.277.8953 e-fax

Stay Informed on Reform - keeping you updated on the PPACA:
http://www.cigna.com/sites/healthcare_reform/index.html

CONFIDENTIAL                                                                                                  CIGNA00236799

**From:** Prinzi, Lori L 584
**Sent:** Thursday, June 06, 2013 2:53 PM
**To:** Orellana, Jessica 526
**Cc:** Restifo, Irene E 526; Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** RE: PBAB Request Completed: ▮▮▮▮▮▮▮▮▮▮ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Hi –sorry I failed to note the response with the fact that we are NOT filed and approved for this logic on Fully Insured (I've updated the response accordingly).
I confirmed with Sue Ryder that filing approval is pending.
Lori

---

**From:** Orellana, Jessica 526
**Sent:** Thursday, June 06, 2013 12:26 PM
**To:** Prinzi, Lori L 584
**Cc:** Restifo, Irene E 526; Collins, Millicent B5PHR; Poitras, Diana L (Diane) B5PHR; Keenan, Jeffrey W B3SBS
**Subject:** FW: PBAB Request Completed: ▮▮▮▮▮▮▮▮▮▮ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670
**Importance:** High

Lori,

Not understanding the reason for the denial? Pharmacy, UW, and management confirmed this can be done on fully insured proclaims as long as we got approval. This is not costing Cigna additional dollars by any means and we are just trying to mend the relationship between the broker and client since it was never explained correctly that under ded it is covered under contracted rate and under co-pay it's U&C. Cigna continues to pay the contracted rate and the customer is liable for the difference between contracted rate and U&C if it's lesser than the co-pay.

Let me know if you need us to schedule a call but we should really have no reason why this should be denied.

Txs

Jessica Orellana
Account Manager
201.533.7847 office
201.320.9922 cell
646.277.8953 e-fax

Stay Informed on Reform - keeping you updated on the PPACA:
http://www.cigna.com/sites/healthcare_reform/index.html

---

**From:** Herrick, April 526
**Sent:** Thursday, June 06, 2013 1:33 PM
**To:** Orellana, Jessica 526
**Subject:** FW: PBAB Request Completed: ▮▮▮▮▮▮▮▮▮▮ Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

April Herrick
Sales Support Consultant
Cigna Healthcare
*A Business of Caring*
499 Washington Blvd., 2nd Floor
Jersey City, NJ  07310-1608

Office: 201.533.7920
Efax:   860.697.4670
april.herrick@cigna.com

Cigna delivers healthy results!
Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 Cigna

---

**From:** Lori Prinzi [mailto:lori.prinzi@cigna.com]
**Sent:** Wednesday, June 05, 2013 3:46 PM
**To:** Herrick, April 526; Keenan, Jeffrey W B3SBS
**Subject:** PBAB Request Completed: [redacted] Oppty: OP-1429646; Activity Type: PBAB Q&A; Activity: #-1306-908670

Did you know? That PBAB works with decision makers across Cigna to accommodate non-standard items, and while we are able to allow and approve many items, there are things that cannot be approved for a myriad of reasons. We strive to supply alternatives that meet the needs of our clients while ensuring that we are not in contention with Legal guidance, published Benefit and Coverage guidelines, system limitations and Cigna's strategy.

The Product and Benefit Advisory Board Request for Activity: #-1306-908670 is complete and the response can be viewed using the "Benefit Summary" button on the activity request. Click on the link below to view the request and from there you can click on the "Benefit Summary" to see the disposition of the reviews for your opportunity:
https://na5.salesforce.com/a097000000aEynY

Any reference to an internal source or process will be identified by {bracketing} in the PBAB response. While this will assist in identifying information to be shared with a client, any information extracted from the PBAB response will still require review and may require adjustment by the requestor to ensure that appropriate external verbiage is messaged correctly.

Questions on the process? Please visit our FUSE page for FAQ's and information. PBAB FUSE # 6715

PBAB wants to hear from you and we've made it easier! Click on the activity request completion link above and scroll to the bottom of the activity request screen to take our survey. The survey is newly automated in Salesforce and takes two minutes to respond. We appreciate your feedback!

CONFIDENTIAL                                                                                                                CIGNA00236801