# EXHIBIT 48

# EXHIBIT BL

| | |
|---|---|
| From: | Anziano, Lexine       HHHH |
| Sent: | Tuesday, November 15, 2011 5:48:43 PM |
| To: | Hedman, Douglas S (Doug)      B5PHR; Haynes, Beverley      B5PHR; Ferguson, Brooke R      629; Cabrera, Denise D      HHHH; Burns-McAvoy, Julie M      B5PHR; Jukonski, Rosalie      B5PHR; SecureMessage |
| CC: | Meehan, Marlo L      B5PHR; Pizzanello, Dominick J      B5PHR; Morin, Michael J (Mike)      B5PHR |
| Subject: | RE: Copay K vs.. G Claim Samples |
| Attachments: | DeepView Examples for 11_4 projectV2.xls |

Please see additional tests (tabs 9 & 10).

---

| | |
|---|---|
| From: | Hedman, Douglas S (Doug)      B5PHR |
| Sent: | Monday, November 14, 2011 5:25 PM |
| To: | Haynes, Beverley      B5PHR; Ferguson, Brooke R      629; Cabrera, Denise D      HHHH; Burns-McAvoy, Julie M      B5PHR; Jukonski, Rosalie      B5PHR |
| Cc: | Meehan, Marlo L      B5PHR; Anziano, Lexine      HHHH; Pizzanello, Dominick J      B5PHR; Morin, Michael J (Mike)      B5PHR |
| Subject: | RE: Copay K vs.. G Claim Samples |

I reviewed the test samples. The results are pretty much what I expected except that I learned that coinsurance is calculated using U&C as the price basis when U&C is the lesser value (I always thought it was calculated from the ingredient cost). This is a good thing because U&C is the lesser value. However, I still have questions on how a coinsurance plan with a min/max copays works with both Copay K and Copay G.

Regarding Tab 8 (Copay G) specifically, would it be possible to run two more tests?

1) Run an example where the submitted ingredient cost is lowest (lower than the plan ingredient cost, U&C and lower than the minimum copay of $25).
2) Run an example where the U&C is lowest (lower that the submitted ingredient cost, the plan ingredient cost and the copay).

I want to ensure that we do not charge the minimum copay in these instances. In both cases I would hope we see the customer cost share equal a percent of the lowest value.

Additionally, can we find a Copay K case with a coinsurance min/max plan to run the same tests as were done on the Tab? I'm especially curious about this scenario.

Thanks

**Doug Hedman**
Marketing Product Manager
Cigna Pharmacy Management
Ph. 860.226.2725, Network 572.2725
doug.hedman@cigna.com

*Looking for Information?  Visit the* CIGNA Pharmacy Management Home Page on FUSE

*Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.  ©2011 CIGNA*

---

| | |
|---|---|
| From: | Haynes, Beverley      B5PHR |
| Sent: | Monday, November 14, 2011 11:00 AM |
| To: | Ferguson, Brooke R      629; Cabrera, Denise D      HHHH; Burns-McAvoy, Julie M      B5PHR; Hedman, Douglas S (Doug)      B5PHR; Jukonski, Rosalie      B5PHR |
| Cc: | Meehan, Marlo L      B5PHR; Anziano, Lexine      HHHH; Pizzanello, Dominick J      B5PHR; Morin, Michael J (Mike)      B5PHR |
| Subject: | FW: Copay K vs.. G Claim Samples |

Team, here is the follow-up from our meeting Nov 4th. Sample claims below from Lexine showing how claims are processed in Copay k, Copay G and Coinsurance. Please review and respond with questions.

Thanks Bev

CONFIDENTIAL
CIGNA00050406

**From:** Anziano, Lexine HHHH
**Sent:** Tuesday, November 08, 2011 1:25 PM
**To:** Haynes, Beverley B5PHR; Meehan, Marlo L B5PHR; Pizzanello, Dominick J B5PHR
**Subject:** FW: Copay K vs.. G Claim Samples

Attached are a few claim examples of copay K & copay G on coinsurance and copay plans. I made notes within the comment section on each claim. If you scroll down to the bottom of each claim, you'll be able to see the note that will better explain what is happening in the sample.
Here's a couple of key points we discussed and what I was able to demonstrate:

1) if a **coins** plan is set up with copay K and claim is paid off U & C, it will charge a coins % rather than the full U & C price (tab #1-Greatwide)
2) if a **coins** plan is set up with copay K and claim is paid off MAC, coins % will calculate off MAC even though copay K usually does not look at MAC as a variable for lesser of (tab #2-Greatwide)
3) if a **copay** plan is set up with copay K and claim is paid off MAC, full copay will apply if U & C is > than copay (tab 3-Shelby)
4) if a **copay** plan is set up with copay K and claim is paid off U & C (tab 4-Shelby)
5) Worldwide Flight copay K claim (tab 5)
6) Worldwide Flight copay G claim (tab 6)
7) if a coins plan with a min/max is set up with copay G and claim paid off U & C and U & C is < min, then copay = U & C (tab 7)
8) if a coins plan with a min/max is set up with copay G and claim paid off U & C and U & C is = min, then copay min (tab 8)

<< File: DeepView Examples for 11_4 project.xls >>

**Lexine Anziano**
**CIGNA Pharmacy Management Quality**
**Third Party Audit**
**Phone (413)786-6203 / e-Fax (860)298-6523**
lexine.anziano@cigna.com
*Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2011 CIGNA.*

CONFIDENTIAL

CIGNA00050407