# EXHIBIT 49

# EXHIBIT BM

This document produced in native file format only

CONFIDENTIAL

CIGNA00050408

ClaimTest Detail(Prod v179w - MIPCOM03) CLQA 11/04/11 13:59:52

[redacted]

[redacted]

Source: POS
Sex: Relationship: Action:
Patient Location:
Transition Code: Lvl of Service:
CMPD Cde: 0 Sbmsn Clrfn Cde:
Dx Cde/Qlfr:

| Rx # | N/R | Quantity | D/S | QLFR | N D C | | | Prescriber ID | Qlfr | DAW | Ingr Cost | Disp Fee | MDCD Amt | Rx Origin | Unit of Measure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12345 | | 5.000 | 30 | 03 | 00378 | 1743 | 89 | AA1111119 | 12 | 1 | 48.99 | | | 0 | |

Sales Tax: U&C: 100.00 Total Cost: Copay: Bal: Auth:

Plan Data, Errors, NDC, Add/Upd, POS/ECT, Deduct, Deduct2, Deduct3, CDHP, CDHC, Mbr Liability, DUR Resp
Calc Cost, Med/DUR, Misc 1, Misc 2, Misc 3, Benefit, Member, CMS, Med Pt D, Compound, Recon/Prmnt, NX OPR
DUR/Pps, OAC, Clinical, PSI, RxPreg, ServPreg, COB, ACR, FIR, Partial Fill, Wrk Comp, Messages
Pic Req, Sls Tax, Clncl2, Prvdr, Rx PP, Sx PP, Clm Req, Misc Rsp, Bnft Stg, Facility, Addnl Msg, COB Resp

| | SUB | PLAN |
|---|---|---|
| M Qnty: | 5.000 | 5.000 |
| Day Sply: | 30 | 30 |
| Ingr Cst: | 48.99 | 37.37 |
| Disp Fee: | 0.00 | 2.00 |
| Sls Tax: | 0.00 | 0.00 |
| Total: | 0.00 | 39.37 |
| Copay: | 0.00 | 11.81 |
| Balance: | 0.00 | 27.56 |
| Calc Bal: | 39.18 Sts: | 10 PWE |

PLAN DATA

| | | | | |
|---|---|---|---|---|
| AWP Cost: | 48.99 | Copay Amount: | 0.00 | Price Source: PLAN MAC |
| Apprved Amt: | 0.00 | Coins Amount: | 11.81 | Member Rmb: |
| Allowed Cst: | 37.37 | Mbr Pd Diff: | 0.00 | Copay Option: |
| Balance Amt: | 27.56 | MAC Ingr Cst: | 7.47 | |
| Mbr Ded Cst: | 0.00 | U & C Amount: | 100.00 | |
| Withhld Amt: | 0.00 | WAC Amount: | 39.20 | |
| Admnstr Fee: | 0.00 | VAC Admn Fee: | 0.00 | |
| Total Paid: | 27.56 | Generic Incentive Fee: | 0.00 | |

Comments (For printing purposes only - this info is not saved on the database)

[redacted] - coins plan - copay K - b/c claim price source is MAC, claim will pay off MAC (coins calculated off MAC despite the fact copay K usually does not look at MAC).

OK Clear Restore Close Help





















