# EXHIBIT 50

# EXHIBIT BO

| | |
|---|---|
| From: | Despard, David W    B5PHR |
| Sent: | Thursday, January 9, 2014 1:48:39 PM |
| To: | Burns-McAvoy, Julie M    B5PHR |
| Subject: | RE: Test Scenarios |

Could we quickly go over the scenarios?  Perhaps @ 3:30 today?

Thanks,

-Dave

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Thursday, January 09, 2014 7:59 AM
**To:** Despard, David W B5PHR
**Subject:** RE: Test Scenarios

Dave,

Yes, the plan refers to Cigna and what we owe the pharmacy.  I've attached a document which helps outline the difference between copay G (all ASO accounts today, unless on exception) and K (fully insured until Cigna files with the states) and the lesser of logic.  I've asked Stephanie Byrne to confirm because I believe Copay G created a $0 owed to the pharmacy by Cigna.

 << File: Production Support Knowledge Transfer Document.doc >>
Also, the [redacted] account does not seem to be one that is active in 2014.  Are you able to locate a fully insured HRA account?  I was able to use [redacted]

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

Confidential, unpublished property of Cigna.  Do not duplicate or distribute.  Use and distribution limited solely to authorized personnel. - © Copyright 2014 Cigna.

---

**From:** Despard, David W B5PHR
**Sent:** Thursday, January 09, 2014 7:54 AM
**To:** Burns-McAvoy, Julie M B5PHR
**Subject:** RE: Test Scenarios

Hi Julie,

I think I am getting lost in some of your terminology.  Is the plan referring to Cigna?  Please excuse my ignorance.  Can you define copay G and copay K for me?  I don't have a clear definition.

Thanks,

-Dave

EXHIBIT 0193

CONFIDENTIAL

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Wednesday, January 08, 2014 6:12 PM
**To:** VonBevern, Renee; Cigna Transition; Despard, David W B5PHR
**Subject:** Test Scenarios
**Importance:** High


Dave and Renee,

Below are the test scenarios I have documented for the Pharmacy Over Payment. Can you let me know if you think I am miss stating anything or have omitted anything. Thank you.

| Scenario Number | Scenario | Expected Outcome |
|---|---|---|
| 1 | * Copay G client.<br>* Customer is in their deductible phase and responsible for the full cost of the drug and dispense fee.<br>* Customer cost is greater than the contracted pharmacy ingredient cost and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | * Plan should receive the difference between the customer's deductible amount and the true payment owed to the pharmacy, equaling a positive balance owed to the pharmacy. |
| 2 | * Copay G client.<br>* Customer is in their deductible phase and responsible for the full cost of the drug and dispense fee.<br>* Customer cost is less than the contracted pharmacy ingredient cost and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | * Plan should receive the difference between the customer's deductible amount and the true payment owed to the pharmacy, equaling a positive balance owed to the pharmacy. |
| 3 | * Copay G client.<br>* Customer has a copay.<br>* Customer's copay is greater than the contracted pharmacy ingredient cost and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | * The plan should receive the difference between the customer's copay and the true payment owed to the pharmacy, equaling a positive balance owed to the pharmacy. |
| 4 | * Copay G client.<br>* Customer has a copay.<br>* Customer's copay is less than the contracted pharmacy ingredient cost and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | * The plan should receive the difference between the customer's copay and the true payment owed to the pharmacy, equaling a positive balance owed to the pharmacy. |
| 5 | * Copay G client.<br>* Customer has an HRA account, in their deductible phase and responsible for the full cost of the drug and dispense fee.<br>* Customer cost is greater than the contracted pharmacy ingredient cost and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | * The plan should receive the difference between the customer's deductible amount and the true payment owed to the pharmacy, equaling a positive balance owed to the pharmacy. |
| 6 | * Copay G client.<br>* Customer has an HRA account, in their deductible phase and responsible for the full cost of the drug and dispense fee.<br>* Customer cost is less than the contracted pharmacy ingredient cost and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | * The plan should receive the difference between the customer's deductible amount and the true payment owed to the pharmacy, equaling a positive balance owed to the pharmacy. |
| 7 | * Copay K client.<br>* Customer is in their deductible phase and responsible for the full cost of the drug and dispense fee.<br>* Customer cost is greater than the contracted pharmacy ingredient cost and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | * Plan should receive the difference between the customer's deductible amount and the true payment owed to the pharmacy, equaling a negative balance owed to the pharmacy. |
| | * Copay K client.<br>* Customer is in their deductible phase and responsible for the full cost of the drug and dispense fee.<br>* Customer cost is less than the contracted pharmacy ingredient cost | * Plan should receive the difference between the |

| | | |
|---|---|---|
| 8 | and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | customer's deductible amount and the true payment owed to the pharmacy, equaling a positive balance owed to the pharmacy. |
| 9 | * Copay K client.<br>* Customer has a copay.<br>* Customer's copay is greater than the contracted pharmacy ingredient cost and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | * The plan should receive the difference between the customer's copay and the true payment owed to the pharmacy, equaling a negative balance owed to the pharmacy. |
| 10 | * Copay K client.<br>* Customer has a copay.<br>* Customer's copay is less than the contracted pharmacy ingredient cost and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | * The plan should receive the difference between the customer's copay and the true payment owed to the pharmacy, equaling a positive balance owed to the pharmacy. |
| 11 | * Copay K client.<br>* Customer has an HRA account, in their deductible phase and responsible for the full cost of the drug and dispense fee.<br>* Customer cost is greater than the contracted pharmacy ingredient cost and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | * The plan should receive the difference between the customer's deductible amount and the true payment owed to the pharmacy, equaling a negative balance owed to the pharmacy. |
| 12 | * Copay K client.<br>* Customer has an HRA account, in their deductible phase and responsible for the full cost of the drug and dispense fee.<br>* Customer cost is less than the contracted pharmacy ingredient cost and dispense fee.<br>* Actual amount the pharmacy should receive is the contracted pharmacy ingredient cost and dispense fee. | * The plan should receive the difference between the customer's deductible amount and the true payment owed to the pharmacy, equaling a positive balance owed to the pharmacy. |

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

Confidential, unpublished property of Cigna.  Do not duplicate or distribute.  Use and distribution limited solely to authorized personnel. - © Copyright 2014 Cigna.

CONFIDENTIAL                                                                                                                                      CIGNA00056463