# **EXHIBIT 52**

# EXHIBIT BQ

Message

| | |
|---|---|
| **From**: | Switalska, Agata A B5PHR [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=N67181] |
| **Sent**: | 6/8/2012 12:40:56 PM |
| **To**: | Vancour, Karen A B5PHR [Karen.Vancour@Cigna.com]; Burton, Derek B5PHR [Derek.Burton@Cigna.com]; Hazelton, Jonathan M B5PHR [JONATHAN.HAZELTON@Cigna.com] |
| **Subject**: | RE: BPS Checkpoint - 2 out of 5 |
| **Attachments**: | Ongoing Remediations - BPS.xls; Inventory 6-8-12.xls |

Documents for our meeting:



Ongoing Remediations - B...        Inventory 6-8-12.xls

---

**From:** Nemesio, Jasmine V        B5PHR
**Sent:** Tuesday, May 29, 2012 1:15 PM
**To:** Nemesio, Jasmine V        B5PHR; Vancour, Karen A        B5PHR; Burton, Derek        B5PHR; Switalska, Agata A        B5PHR; Hazelton, Jonathan M        B5PHR
**Subject:** BPS Checkpoint - 2 out of 5
**When:** Friday, June 08, 2012 8:45 AM-9:00 AM (GMT-05:00) Eastern Time (US & Canada).
**Where:** 1-888-892-6703 or 719-955-1404 Passcode #710084

When: Friday, June 08, 2012 8:45 AM-9:00 AM (GMT-05:00) Eastern Time (US & Canada).
Where: 1-888-892-6703 or 719-955-1404 Passcode #710084

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*

Agata/Jon,

Please be prepared to give Karen and Derek a brief update on:
- Priority issues
- Escalated issues including any with Argus
- Team and team processes: if any, address any barriers that exist and what is being done to address them.
- HPSM/CMS inventory

CONFIDENTIAL                                                                                                    CIGNA00608547

EXHIBIT
81