# EXHIBIT 53

# EXHIBIT BR

**Issues List - Potential Exposure**

| ID | Date | Raised By | Business Owner | Issue | Description | Cause | Source of Error | Cigna control | $$ Impact (millions) | P&L Impact | Client/Customer/Pharmacy | Status/Controls in Place | Resolution and Remediation Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/29/2012 | Tyler Lester | | Negative spread on mail HRA claims (Split funding of HRA claims) | HRA claims crossing over deductible are not processing correctly. Pharmacy ING does not equal Client ING plus dispense fee resulting in neg spread | Claim balancing issue introduced by D0 for split HRA /out of pocket claims. The client ingredient cost is correct, but because the pharmacy ingredient cost is being inflated (actually doubled), it is resulting in negative spread. The claims that processed incorrectly are HRA claims. | Argus | Testing | $0.4 | | Pharmacy | Network Ops (Henry) and Pricing (Tyler) still determining if fix slated is accurate. Argus fix scheduled for production on 4/26/12. | - Issue resolved 4/26/12. - The impact report has been received and has been reviewed by Cigna. The impact has been determined to be $246,796.97. Currently we are finalizing all the approvals for the claim reversals: ETA is EOD 6/8 |
| 2 | 2/22/2012 | Steph Byrne | | Honeywell audit surfaced issue with generic specialty drug at mail not processing on the specialty fee schedule communicated. (Honeywell is being overcharged) | When a client has a specialty fee schedule at mail other than the "standard", generics on that fee schedule are being paid on national MAC and the fee schedule amount is ignored. | This is associated with mail fee schedule flexibility rolled out in specialty phase II. | Argus | Quality Review | $0.0 | $0.0 | Client | Less than $1K in PG risk | - Issue resolved 4/20/12. - The business has made the decision to not do recovery for this issue. |
| 3 | 2/22/2012 | Steph Byrne | | Low Client Dispense Fees | When a generic drug is on an exception table to MAC and the client is loaded for dispense fees greater than $0, it is instead being charged $0. It appears when a client has a client specific dispense fee, that is being ignored. | For clients with a dispense fee set to National (passthrough) on the Client Cost Schedule the dispense fee is set to $0 when the MAC rate from tables NDCA02150003 and MC006014 and when compound prescriptions are dispensed. This change took place after CSR 072611-001 was implemented in September 2011. | Argus | Quality | $0.7 | $0.7 | Cigna lost spread; client not charged dispense fee | Status: Business Project Manager (Deb Drzewiecki) has been assigned to manage the initiative to ensure the correction is coded and tested according to the specifications outlined by Tyler. Target install date is 4/16/12. Going forward, as part of the CSR/S&A process for Argus, Steph's team will be engaged for all items where pricing is being impacted to ensure all requirements and testing scenarios are discussed prior to submission. | - Issue resolved 4/20/12. - Currently Argus is reviewing the impact report. They should have an ETA with a timeline for the recovery by EOD 6/6 |
| 4 | 1/31/2012 | Steph Byrne | | Flat Discount for Retail Generics Logic not working properly (discovered when researching the issue below) | If a flat retail generic discount has been assigned to a client it will only apply to non-MAC and full pass through is applied to MAC drugs. For MAC drugs, it ignores the flat discount of AWP from the cost schedule and prices the claim at MAC (National MAC) or Chain MAC if claim is for a Chain pharmacy. | Incorrect process logic at ARGUS. Relatively small dollars, 3 of the 4 cases were supposed to be full pass through to begin with. | Argus | Testing | $0.02 | $0.02 | Client, Cigna | Status: Work request submitted to Argus with an estimated installation date of 4/16/12. Business Project Manager assigned from Pharmacy Operations is Deb Drzewiecki working with Tyler. | - Issue resolved 4/20/12. - The business has made the decision to not do recovery for this issue |
| 5 | 1/31/2012 | Tyler Lester | | Cases with Hardcoded Generic Discounts | 4 accounts were found to have flat discounts hardcoded for retail generic. | Mainly misinterpretations of the RAF, misleading info from Medical underwriters | Case Install, medical UW | Case Install, Quality Review | $0.02 | $0.02 | Client, Cigna | Met with Adam, Chalon, Paul and Steph to discuss. Making some minor enhancements to the RAF. Chalon is creating training for the Medical UW. Paul hosted a meeting for his team with UW for more direction and guidance on interpreting the RAF | - Issue resolved 4/1/12. - 1 account, Clarcor, requires remediation. - Rosalie's team is completing remediation with a target date of 5/14/12 |
| 6 | 2/2/2012 | Chalon Carpenter | | Large cases installed incorrectly | An audit by Chalon on 31 cases found 4 installed incorrectly, one being Honeywell installed as full pass through brand vs quoted discount. | Mainly misinterpretations of the RAF, misleading info from Medical underwriters, not reviewed by Rx UW | Case Install, medical UW | Case Install, Quality Review | $0.03 | $0.03 | Client, Cigna | See Above - Will pay out in PG if discounts guaranteed not delivered by year end. | - Issue number 5 is the same issue, however discovered by a different person. |
| 7 | 12/6/2011 | Steph Byrne | | Cost Plan A Logic | When AWP-% is less than the Client MAC amount, the value is populating the client pricing when DAW option A is used. This results in either no spread pricing or less than expected spread pricing. | Cost Plan A project was implemented to start to take AWP-% into consideration for pharmacy pricing if a MAC price existed and AWP-% was less than MAC. Previously, AWP-% was not a consideration when a MAC assisted for DAW A. This was a missed requirement transfer into design documents by Argus during the project development and implementation process. | Argus | Testing | $1.1 | $0.2 | Client | Fix went into Production 12/5/11 Remediation occurred January 2012 Investigation on recoupment of lost spread on claims that were not re-processed completed on 4/10/12 Impact - ~ $197,565 negotiating split with Argus | - Issue resolved 12/5/11 - Remediation completed 1/2012 - Karen working with Argus to determine split of $197,565 not yet paid out |
| 8 | | 2011 | Lockton/Deepview | ASO Audits on Deepview/Lockton accounts - where a list of Brand drugs were agreed upon to be adjudicated with generic discounts | Generic Classification Guarantees. Cigna incorrectly included claims (that were guaranteed to be paid as generic in Attachment A of the ASO Agreement) as brands. | Contract was negotiated, did not go through PBAB process. Case installation was never made aware and therefore was not set up to adjudicate that way. | PBAB process not used | Quality? | $2.1 | $2.1 | Client | The current ASO Agreement with this client directly goes against CPM's strategy and value proposition. It is not supportive of improving health outcomes and does not provide meaningful value to the customers of this plan. A detailed review is required. - Brookhaven payout of $600k was made for 2010 Audit. **Redacted – Privileged** **Redacted – Privileged** - Once approach is agreed upon, present to SLT for approval by 2/28/12 - Once approval is received, engage Lockton and BSA in discussion by 3/2/12 - Engage other Lockton clients as appropriate, timing TBD | **Redacted – Privileged** by Mike. This is the approach that we will follow for future contracts. - The Sales organization, Mike and SLT members are working on Lockton and BSA. This is not going to be an issue going forward beyond 2012. - The individual client teams and our sales organization have engaged other Lockton clients as appropriate. |
| 9 | | 2011 | Lockton/Deepview | ASO Audits on Deepview/Lockton accounts - Copay G logic | Cigna did not administer the plan as defined by the ASO agreement as it relates to the copay payment logic and overcharged employees. | Claim Accounting - Cigna Pharmacy did not receive an ePro or sales notification to structure the account with Copay G logic therefore the account was not set up with the default logic of Copay K. - Effective 1/1/2012, the Brookhaven Account has been set to Copay G logic and claims are being paid correctly as indicated in the agreement - Effective 1/1/2011, this account has been set to Copay G logic and claims are being paid correctly as indicated in the agreement | PBAB process not used | Quality? | $0.5 | $0.5 | Customer overpayment | Remediation for Brookhaven and Arch targeted completion date is 5/31/12 - Client copays will be established at renewal. | - Rosalie's Team is completing remediation for Brookhaven and Arch with a target date of 5/31/12 |
| 10 | 1/31/2012 | Kellie Turley | | Net Ops submitted incorrect ACS audit file to Argus | Net Ops submitted and incorrect ACS file to Argus which resulted in a payment of $2.7M to pharmacies instead of charge to pharmacies for audit infractions ($1.3M Commercial; $1.4M Medicare) | Net Ops manual error & lack of controls within NetOps, Finance & Argus | Network Operations | | $2.7M expect total recovery | $466K ($186K Commercial + $280K Medicare) | Pharmacy & Cigna | NetOps added Management review of submission files; Finance proactively reviewing notification Emails from NetOps & Argus is not placing pharmacy balances without Email approval from Pharmacy Finance | - Issue resolved 5/4/12 - $2.4M have been recovered, collections for the remaining dollars are ongoing |
| 11 | 1/31/2012 | Kellie Turley | | HMS submitted incorrect claim file to Argus | HMS (Medicaid claim subrogation vendor) submitted an incorrect file to Argus which paid $1.4M to one state agency ...when it should have been multiple state agencies. Initially funded by Cigna ASO clients & Cigna; subsequent reversal to Cigna clients funded by Cigna | HMS error | HMS | No Cigna owner | $1.4M recovered $1.4M | $1.4M | Client & Cigna | April 2012 Status: Louisiana Dept of Health (state agency paid in error) should be sending Cigna reimbursement check for $1.4M Cigna oversight needs to be assigned. Currently there is no one at Cigna overseeing HMS. | - Issue resolved 4/27/12 - $1.4M have been recovered |
| 12 | 1/31/2012 | Kellie Turley | | HMS submitted incorrect claim file to Argus | HMS (Medicaid claim subrogation vendor) submitted an incorrect file to Argus which paid $1.4M to one state agency...when it should have been multiple state agencies. Initial payment by Cigna clients & Cigna. | HMS error | HMS | No Cigna owner | $.25M recovered $.25M | $.25M | Client & Cigna | April 2012 Status: Wisconsin Dept of Health (state agency paid in error) reversals should be reprocessed by HMS/Argus. Cigna oversight needs to be assigned. Currently there is no one at Cigna overseeing HMS. | - Issue resolved 4/27/12 - $.25M have been recovered |
| 13 | 1/31/2012 | Kellie Turley | | Pharmacy balances on NABP # not systematically carried over to Affiliate | Net Ops places pharmacy balances at individual NABP level which are not successfully carried over to the Affiliate level | Communications gap from Argus: 2 pharmacies were rolled up to an affiliate without Cigna knowing. Pharmacies received duplicate payments as a result of this gap. | Argus | Network Operations | $.15M expect total recovery | | Pharmacy & Cigna | Every e-mail sent to Argus regarding audit activities has affiliate instructions. | - The plan is to recover the $.15M from affiliate on 5/31/12 |
| 14 | 4/6/2012 | Jared Groneman | | CIGNA identified a Multi-Ingredient Compound issue where compound drug dispense fees are not being returned in some cases. | The global 'lesser of' logic for Multi-Ingredient Compound claims has been in place since 2010. The logic compares the lesser of AWP-%, U&C, MAC and Submitted Ingredient Cost instead of Submitted Total Cost. CIGNA also has Multi-Ingredient Compound claims set up to satisfy the member cost first and then back the remainder into dispense fee. Because the lesser of comparison is looking at ingredient cost, the dispense fee is often lost and not returned for the pharmacy. This is not evident during claim testing because we usually use a large value for ingredient cost (like $100) so ingredient cost is artificially inflated and when lesser of comparison logic is performed, it returns the dispense fee. | It was originally thought to be a D,0 balancing issue, but has actually turned out to be a problem with Multi Ingredient Compound claim 'lesser of' logic that results in pharmacy under payment in specific situations. | Argus | Testing | ? | | Pharmacy & Cigna | 4/12/2012 a possible fix is to change the Argus global MIC module to correct the global 'lesser of' logic. 4/16/2012 a possible fix is to combine the Pricing module updates for MIC changes with the 3 Profit Levers changes currently being tested in UAT and moved to production on 4/16/12. | - Phase 1 (Cigna specific fix) is scheduled to be implemented 5/22/12 - Phase 2 (Argus global fix) is scheduled to be implemented 6/28/12 - The business has made a decision to wait until the 6/28 issue is in production to do any recovery. |
| 15 | 3/13/2012 | Gene Gentile | | POS Processing Ingredient Cost at $0 - Pharmacies were receiving a $0 ingredient cost on claims being submitted on 3/13. A pricing package had been moved into production during downtime that impacted how claims were pricing for Customers 349 and 350. The package was backed out at 10:35 am CST on 3/13. | The pricing modules updated for the CSR to override the Transplant errors used a UAT version of the modules as the base for the coding. This base version included the efficiency updates which were planned and scheduled for an installation with supporting claims processing logic on 3/15. Because the Cigna request was moved to production ahead of the claims processing code, this caused claims to receive a $0 ingredient cost. | Cigna was not aware that the pricing package was going to be implemented. | Argus | | ? | | Pharmacy and Customer | Issue corrected 3/26/12 Waiting for reimbursement to pharmacies and customer adjustments. Guidance provided by CMS does not allow Cigna to forgive customer owed amounts. Cigna advised Argus of decision from CMS and to approach members for reimbursement. Cigna gave direction to Argus NOT to send any members to collections and requested a copy of the communication that will be sent to customers. | - Fix completed 3/26/12 - Pharmacies reimbursed by Argus for ingredient costs on 3/23/12 and copays on 4/24/12. - Cigna reviewing the letter template to be sent to customers by Argus for recoupment of copays |
| 16 | 3/23/2012 | Troy Wieck | | DAW 1 vs 2 on MAC at and b. Unexpected amount is showing up for member liability on DAW 1 claims for MAC B plan designs and both DAW 1 & 2 on MAC A for Argus customer #516 and #519. The copay/coinsurance amounts and penalty amounts are not as they should be. (Document sent with email from Troy Wieck) | Maximum member liability is being determined by pharmacy contracted rate instead of client rate for member penalty situations. Will be submitting a scope and assess for Argus to change coding. | Coding error with regards to how the logic is being applied. | Argus | Testing | ? | | Customer | Troy is submitting a Customer Service Request to Argus to have the coding updated. | - Awaiting approach from Argus on Customer Service Request. |
| 17 | 2/3/2012 | Stacey Chaluex/ Nancy Nevedo | | Retail Specialty Network HRA Accounts Argus discovered that members that paid with their HRA account showed an overpayment on the adjustment report resulting in a DMR being sent to the member. The member was credited for their overpayment by virtue of the adjustment process. The claim record stores the member cost share, whether paid by the member at POS or through an HRA, and is used in the adjustment reporting and assessment of the overpayment. Because the report did not denote HRA amounts, members were noted as due a reimbursement. | HRA members were double paid. They received credit to their HRA account as well as received a DMR check in the amount of their overpayment. Argus reporting did not denote HRA amounts, members were noted as due reimbursement. | Claims were remediated and Argus' DMR process did not take into consideration how the customer paid for the claim initially and issued checks for all transactions, even those where the clients' HRA accounts had been already credited. | Argus | Process | $0.24M | | Customer | Reporting has been updated to include the HRA values so that Cigna can determine how they want to remediate these claims with each incident. In addition, Argus has created a document for Cigna to fill out each time claims for an incident are adjusted. Argus wanted to do after the customer for the money and Cigna said no. | - Issue partially resolved 4/30/12 - Argus sent a check to Cigna for ~ $4,000 for those checks they were able to void - $4,000 will be credited to client back accounts starting 5/1/12 - A check for the $20,940 for checks cashed is needed from Argus. |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 82

CIGNA00608548

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Account Name | ASO Language | Request in ePro | Set up in Argus | 2010 Copay Error | 2011 Copay Error | 2010 Discount shortfall | 2011 Discount Shortfall | 2010 Generic Classification Shortfall | 2011 Generic Classification Shortfall | 2012 Potential Financial Risk (H,J) | Total Financial Risk | Total Profit 3 Year | Net Profit/Loss - 3year view (10,11,12) | Status | 2010 Total Claim Impact for Copay G | 2011 Total Claim Impact for Copay G | Argus - Adjustment cost (2.27 - adjust $, fee, letter) |
| 2 | | | | | Cust overpmt | Cust overpmt | PG pmt | PG pmt | Client Overpmt | Client Overpmt | Client Overpmt | | | | | | | |
| 3 | | Copay G | None | Copay K (until 9/1/11 changed) | $32,519 | $10,348 | $11,006 | $7,062 | $6 | $20 | $7,082 | $68,043 | $206,644 | $138,601 | Pending mtg with Senior Sales, Pharmacy, Implementation leaders to agree on next steps with customers and Client | 3,924 | 1,763 | $12,909.49 |
| 4 | | Copay G | None | Copay K (until 9/1/11 changed) | $34,161 | $22,500 | $1,208 | $543 | $12 | $0 | $543 | $58,967 | $98,378 | $39,411 | Pending mtg with Senior Sales, Pharmacy, Implementation leaders to agree on next steps with customers and Client | 8,018 | 5,862 | $31,507.60 |
| 5 | | Copay G | None | Copay K (Until 1/1/12 changed) | $93,390 | $85,380 | $42,045 | $16,082 | $600,797 | $714,950 | $731,032 | $2,283,677 | $1,853,788 | ($429,889) | 2010 Audit Response sent to Lockton for review by BSA and Deepview. Awaiting next steps from Lockton | 22,405 | 22,231 | $101,323.72 |
| 6 | | Copay G | Copay G | G logic | $0 | $0 | $639 | $149 | N/A? | N/A? | TBD | $788 | $207,184 | $206,396 | No errors identified for Copay logic, researching other error classifications by 2/17/12. | 0 | 0 | $0.00 |
| 7 | | Copay G | None | Copay K | Coinsurance | Coinsurance | TBD | $21,350.45 | TBD | TBD | $21,350.45 | TBD | $234,834 | TBD | Researching other error classifications by 2/17/12. | 0 | 0 | $0.00 |
| 8 | | Copay G | None | Copay K | Np Pmt Deepview - approx $139K other Broker | $78,722.17 | N/A? | $6,089 | N/A? | $17 | $6,106 | $90,934 | $556,200 | $465,266 | Researching other error classifications by 2/17/12. | 0 | 14,468 | $32,842.36 |
| 9 | | Copay G | None | Copay K | $74,182 | $61,417.00 | N/A? | $18,571 | N/A? | $47 | $18,618 | $172,835 | $558,883 | $386,048 | Researching other error classifications by 2/17/12. | 11,376 | 11,354 | $51,597.10 |
| 10 | | ASO | ASO | ASO | ASO | ASO | $842 | $15,410 | $362 | $101 | $15,511 | $32,226 | $422,060 | $389,834 | Researching error classifications by 2/17/12. | | | $0.00 |
| 11 | TOTAL | | $0 | $0 | $234,252 | $258,368 | $55,740 | $85,257 | $601,177 | $715,135 | $800,243 | $2,707,470 | $4,137,971 | $1,195,667 | | | Total | $230,180.27 |
| 12 | | | | | | | * check processed on 8/4 | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | |
| 14 | N/A - need to validate language in the contract | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | |
| 17 | TBD - missing Attachment A list (referenced in the ASO) | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 20 | ASO - reviewing ASO for Copay language - data analysis to complete | | | | | | | | | | | | | | | | | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00608549