# EXHIBIT 54

# EXHIBIT BU



# BUSINESS SOLUTIONS & DELIVERY

# PHARMACY EXTENDED LEADERSHIP TOUCHPOINT

August 8, 2016

Together, all the way.™



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491444





CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491445



Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491446



# Pharmacy Product Roadmap:  Clarity 15408; BPMS 14903

## Change Control Request-Description of Options*



**Risks, If Not Implemented**

If Cigna doesn't update benefit language into customer certificates or coverage/booklets then:
- We face exposure under ERISA – through a regulatory audit or a lawsuit filed by a customer (or, more likely, a class action by many customers) – for failure to follow the coverage documents or, worse, breach of fiduciary duty.

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

10

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491453



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491455

Confidential, are the sole property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2010 Cigna

13

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491456



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

CIGNA00491458



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491459



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491460



18

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491461



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491463



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491464