# EXHIBIT 55

# PLAINTIFFS' EXHIBIT A



Argus Transition: Pharmacy Over Payments

# *Pharmacy Business Requirements*

Document Status: [CONTROL Forms.ComboBox.1 \s]

Updated: 10/16/13
Version 1.0

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright [ DATE \@ "yyyy" \* MERGEFORMAT ] by CIGNA

EXHIBIT

185

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        CIGNA00149489

# DOCUMENT INFORMATION

## Project Information

| Project: | Argus Transition: 90 Day Network | BEN Code: | N/A |
|---|---|---|---|
| Project Sponsor: | David Cordani | Enterprise Project Manager: | Rick Scotson |
| Project Type: | [CONTROL Forms.ComboBox.1 \s] | Business Project Manager: | Julie Burns-McAvoy |
| | | IT Project Manager: | Maura Delaney |
| | | System Analysts: | N/A |
| | | Test Manager: | N/A |
| | | Pharmacy SMEs: | Stephanie Byrne<br>Karen Vancour<br>Ed Stacey |

## Document Change Log

| Date | Version# | Author | Comments | Approved By |
|---|---|---|---|---|
| 10/16/13 | 1.0 | Julie Burns-McAvoy | Initial submission. | Stephanie Byrne |
| | | | | |

## Related Documents

| Document Name | Purpose | Location |
|---|---|---|
| | | |
| | | |

# 1. PROJECT SUMMARY

There are instances where the amount due to pharmacies is a negative dollar amount. Today, the negative dollar amount is reflected as $0.00. Cigna needs the negative paid amount due to the pharmacies to be reflected as the true negative value. The change will allow Cigna to reduce the amount owed to pharmacies by the negative amount and eliminate current over payments to pharmacies.

# 2. REQUIREMENTS SECTION

| # | Business Requirements |
|---|---|
| 1. | The negative paid amount due to the pharmacies needs to be reflected as the true negative value. |

Example:

Today:

| Client IGC | Client Dispense Fee | Client Total Cost | Pharmacy IGC | Pharmacy Dispense Fee | Pharmacy Total Cost | Customer Cost Share | Pharmacy Amount Due |
|---|---|---|---|---|---|---|---|
| $ 23.50 | $ 1.50 | $ 25.00 | $ 18.50 | $ 1.50 | $ 20.00 | $ 25.00 | $ 0.00 |

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright [ DATE \@ "yyyy" \* MERGEFORMAT ] by CIGNA

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00149490

| | Future Ask: | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Client IGC | Client Dispense Fee | Client Total Cost | Pharmacy IGC | Pharmacy Dispense Fee | Pharmacy Total Cost | Customer Cost Share | Pharmacy Amount Due |
| | $ 23.50 | $ 1.50 | $ 25.00 | $ 18.50 | $ 1.50 | $ 20.00 | $ 25.00 | -$ 5.00 |
| 2. | All impacted downstream processes should be updated accordingly. | | | | | | | |
| 3. | All changes will need to be tested. | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |

## 3. GENERAL ASSUMPTIONS

| # | Business Assumptions |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## 4. QUESTIONS/OPEN ISSUES

| # | Questions/Open Issues |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright [ DATE \@ "yyyy" \* MERGEFORMAT ] by CIGNA

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00149491