# EXHIBIT 56

# PLAINTIFFS' EXHIBIT B

# Project Delivery to Production Support
# Knowledge Transfer Document

**Production Implementation Date**: 2/27/14

**Project Description**: *Pharmacy Over Payment*

- Customers occasionally pay the pharmacy more than the contracted cost of the drug.

- Previously under the Cigna pharmacy contracts pharmacies were allowed to keep the over payment, but now that Cigna is on Catamaran's pharmacy contracts the over payment dollars can be recouped from the pharmacies by Cigna.

**Key Functionality Being Delivered**:
- Effective 3/1/14, Argus will no longer inflate the pharmacy ingredient cost paid amount and report the dollars owed to the pharmacy as $0.

- The pharmacy ingredient cost will be the contracted cost and the total paid amount to the pharmacy will reflect the over payment by the customer as a negative amount owed to the pharmacy for automatic collection from the pharmacies when there is an over payment.

- Below is a paid claim example. The approach is to allow the plan Total Paid field to calculate to a negative amount when applicable.



1



CONFIDENTIAL

# Project Delivery to Production Support
# Knowledge Transfer Document

**Impacted Applications/Lines of Business**:

- The change will only be seen in the Argus GUI system for those users who have permission to view spread pricing.

- The negative plan Total Paid value will be captured on the Paid Claim Tape (PCT) files sent to Cigna.

- The change will apply to Commercial (Argus customer number 215), Select (Argus customer number 518) and Emerging Market (Argus customer number 519) lines of business on 3/1/14.

- The Global (Argus customer number 216) line of business will implement the change effective on 5/1/14.

**Key Contact Information**:
Cigna Project Manager: Julie Burns-McAvoy        Phone: 860-226-5721
Argus Project Manager: Renee VonBevern           Phone: 816-843-5721

CONFIDENTIAL                                                            CIGNA00057143