# EXHIBIT 58

# PLAINTIFFS' EXHIBIT D

**From:**      Smith, John M 357 [/O=CIGNA/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C50160]
**Sent:**      5/27/2014 8:37:08 PM
**To:**        Owen, Alan T B5PHR [Alan.Owen@Cigna.com]; Pitt, Justin A B5PHR [Justin.Pitt@Cigna.com]
**Subject:**   RE: Pharmacist Pricing Inquiry to Client---URGENT--Official Response Needed
**Attachments:** ZBL FAQ Draft - Client-Member-Agency Responses 052714_jms_v2.doc; ZBL FAQ Draft - Client-Member-Agency
               Responses 052714_CLEAN.doc


Hi Alan,

Thanks!  Attached are redline and clean versions.  I cleaned up the document with formatting changes.  The only key change/comment relates to the example used in the Government/Agency response: The example doesn't cover a scenario of a member in deductible phase and member is responsible for full cost of drug, which is higher than pharmacy paid amount.  Cigna may opt to remove using examples.

# Redacted – Privileged

Regards,
John

---

**From:** Owen, Alan T B5PHR
**Sent:** Tuesday, May 27, 2014 3:04 PM
**To:** Smith, John M 357; Pitt, Justin A B5PHR
**Subject:** RE: Pharmacist Pricing Inquiry to Client---URGENT--Official Response Needed

Hi John,

Great FAQ draft. I have provided some edits and additional language in red embedded in your draft, which I have attached. Please let me know if you have any questions.

Thanks,

Alan

**ALAN T. OWEN**, JD
Compliance Specialist
Cigna Pharmacy Management
900 Cottage Grove Road, Routing B5PHR
Hartford, CT 06152
ph 860.226.4304

Confidential, unpublished property of CIGNA.  Do not duplicate or distribute.  Use and distribution limited solely to authorized personnel.

© Copyright 2014 CIGNA

---

**From:** Smith, John M 357
**Sent:** Tuesday, May 27, 2014 1:10 PM
**To:** Owen, Alan T B5PHR; Pitt, Justin A B5PHR
**Subject:** RE: Pharmacist Pricing Inquiry to Client---URGENT--Official Response Needed

Hi Alan – Please, see attached document draft for FAQs(Member, Client & Government) and General Responses to Clients or Agencies.  It is not a final draft; Redacted – Privileged We can discuss. Thanks, John

**EXHIBIT
94**

CIGNA00433125

**From:** Owen, Alan T B5PHR
**Sent:** Thursday, May 22, 2014 12:17 PM
**To:** Smith, John M 357; Pitt, Justin A B5PHR
**Subject:** RE: Pharmacist Pricing Inquiry to Client---URGENT--Official Response Needed

Hi John,

Thanks, your response is helpful, but it raised more questions for me. I apologize for my confusion.  Based off your comments it appears there should be two separate response lists: one for members and another for clients. I do have a couple concerns which are in red below in your response.

Immediately below is the general language we have been using to respond to complaints. Perhaps we can leverage this language as a starting point for some of your points raised in your prior e-mail.

*The experience our customers have with the products and services we provide is critical to our success.  And, our customers are understandably sensitive to the amount they pay out-of-pocket for their prescription medications.  In order to improve the satisfaction of our customers, Cigna Pharmacy Management has changed its process and beginning 9/1/12 all ASO plans will use Copay G logic as a standard method of calculating the customers' out-of-pocket costs for prescription medications.*

*CHLIC has a contract with the client that holds CHLIC to meet specific guarantees. The costs to the customer and client are based on the benefits and discounts the client agreed to in the contract. In addition, Catamaran has contracts with the pharmacy and the amount the pharmacy is reimbursed is based on the agreed upon terms with Catamaran. If the pharmacy has an issue with their reimbursement, they should follow the appeals process in their provider manual to argue their reimbursement.*

*CHLIC provides its group clients and their plan participants with access to a pharmacy network that is maintained by CHLIC's vendor, Catamaran PBM of Illinois, Inc. ("Catamaran").  Accordingly, CHLIC does not maintain its own direct contract with [input pharmacy name] and, therefore, does not pay [input pharmacy name] Rather, Catamaran's contract with [input pharmacy name] governs the reimbursement that [input pharmacy name]   agreed to receive from Catamaran for drugs that it dispenses to Catamaran's clients (such as CHLIC), their respective downstream group clients and those clients' individual employees and dependents.*

Please let me know if I am off base?

Thanks,

Alan

**ALAN T. OWEN**, JD
Compliance Specialist
Cigna Pharmacy Management
900 Cottage Grove Road, Routing B5PHR
Hartford, CT 06152
ph 860.226.4304

Confidential, unpublished property of CIGNA.  Do not duplicate or distribute.  Use and distribution limited solely to authorized personnel.

© Copyright 2014 CIGNA.

---

**From:** Smith, John M 357
**Sent:** Thursday, May 22, 2014 11:20 AM
**To:** Owen, Alan T B5PHR; Pitt, Justin A B5PHR
**Subject:** RE: Pharmacist Pricing Inquiry to Client---URGENT--Official Response Needed

CIGNA00433126

Alan,

For our clients, we want to avoid a conversation that highlights Cigna's lower payment to pharmacies and the higher charge invoiced to clients (essentially Spread Pricing).  It creates a situation in which the client may ask for the same price Cigna pays the pharmacy.  Thus, it will reduce Cigna margin & revenue if the client gets the same pricing we pay pharmacies.  Conversely, client facing communication should reinforce the following (as example):

1. Claims processed accurately and according to client contract. We could state precisely what you wrote that the claims will be processed accurately and according to the client contract. I assume CTRX processes claims the same way regardless of which client contract. If not then we would need to know the differing language to address the different client contracts. So what if a pharmacy calls saying the claim is not processing correctly? We can't use a general response saying it is, so we would need specific information from the pharmacy for CTRX to verify that the claim processed correctly.
2. Member doesn't owe pharmacy beyond contracted charged amount processed by system. Are we talking about co-pays, deductibles, etc.? If so, then again we can probably state precisely what you wrote.
3. Provide phone number for member questions/inquiries. We will have to reach out to CTRX to obtain their contact info for both client and customer inquiries.
4. Describe (in general) impact of member in deductible phase. I do not have the different CTRX member contracts so I do not know what occurs in the deductible phase for me to describe. I assume there are several different phases especially depending on the type of deductible the member has that would impact the member.
5. Members should continue to submit claims through their benefit for financial and clinical benefits. I would need to know CTRX's process for members to submit claims through their benefit plans. It would be helpful to have the process down to relay to the member and the page reference in their member benefits manual.
6. Highlight Cigna's commitment to oversee the pharmacy communications and resolve pharmacy issues (through the strategic partnership with CTRX). [Note: Cigna likely should avoid mentioning CTRX specifically.  But, internally we understand there are escalations to CTRX to manage the pharmacy contractual relationships, etc.) Shouldn't CTRX be handling and resolving pharmacy issues directly? Granted we receive some in but based on prior conversations - typically Cigna passes the issues on to CTRX to work on the issues jointly. We should already have a standard response to this that Pharmacy Network is using?

We would anticipate that members/clients will have questions surrounding many of these type of topics.  Does this help?  If not, we can have a quick discussion.

Thanks,
John

---

**From:** Owen, Alan T B5PHR
**Sent:** Thursday, May 22, 2014 10:00 AM
**To:** Pitt, Justin A B5PHR; Smith, John M 357
**Subject:** RE: Pharmacist Pricing Inquiry to Client---URGENT--Official Response Needed

Hi John,

Quick question – highlighted below you state "Cigna should avoid explaining the 'spread model'" but in your e-mail yesterday, Sale's has asked for talking points on ZBL. I am little confused on the direction we are going. Can you please provide some clarification for me?

Thanks,

Alan

CONFIDENTIAL

CIGNA00433127

ALAN T. OWEN, JD
Compliance Specialist
Cigna Pharmacy Management
900 Cottage Grove Road, Routing B5PHR
Hartford, CT 06152
ph 860.226.4304

Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.

© Copyright 2014 CIGNA.

---

**From:** Pitt, Justin A B5PHR
**Sent:** Thursday, May 22, 2014 10:09 AM
**To:** Owen, Alan T B5PHR
**Subject:** FW: Pharmacist Pricing Inquiry to Client---URGENT--Official Response Needed

This seems more like a letter that can be attached as an additional item for Sales to use if they receive any inquiries from Clients. Maybe this helps form some additional language around client cost share (No change to customers benefit with zbl being turned off). Since Denise Cabrera is asking for something and she already has this letter, seems like a high-level explanation is needed for Sales.

Some good bullet points below from John as well.

Thanks.

---

**From:** Smith, John M 357
**Sent:** Tuesday, April 22, 2014 8:29 AM
**To:** Crowe R.Ph, Mark HHHH; Grant, Maryanne B5PHR
**Cc:** Cabrera, Denise D HHHH; Cordell, Bethany K 549; Pitt, Justin A B5PHR; Webster, Saianne E B5PHR; Fishbein, Jane B5PHR; Stacey, Edward V B5PHR
**Subject:** RE: Pharmacist Pricing Inquiry to Client---URGENT--Official Response Needed

Good Day Everyone,

Attached is a draft letter for review. Below are a few key considerations upon your review:

- Cigna should **avoid** explaining the "spread pricing" model, as it could open up client/account management conversations regarding a potential "pass-thru" contract upon renewal, etc.
- Letter reinforces the strategic partnership with Catamaran; it outlines Catamaran as owner of pharmacy contracts & processes for reimbursement inquiries.
- In contrast, Cigna owns the client relationship. Therefore, a statement was inserted regarding Cigna's review of the member benefit, mentions the deductible stage, and validation of accuracy of claims billing.
- The letter was kept streamlined similar to the Rutherford County, TN letter.

Potential Next Steps:

# Redacted – Privileged

4. Determine if a formal letter is required or if the letter will be uses for talking points directly with client through Sales & Account Management. [M.Crowe, D.Cabrera]

I hope this helps; we can discuss alternative courses of action during the scheduled call later today.

Thanks,
John

CIGNA00433128

**From:** Crowe R.Ph, Mark HHHH
**Sent:** Friday, April 18, 2014 7:13 PM
**To:** Smith, John M 357; Grant, Maryanne B5PHR
**Cc:** Cabrera, Denise D HHHH; Cordell, Bethany K 549; Pitt, Justin A B5PHR; Webster, Saianne E B5PHR; Fishbein, Jane B5PHR; Stacey, Edward V B5PHR
**Subject:** RE: Pharmacist Pricing Inquiry to Client---URGENT--Official Response Needed

Hi John-

Thanks so much, we sincerely appreciate it. Happy Easter to all!

Mark

**Mark Crowe, RPh.**
**Clinical Account Manager - CIGNA Pharmacy Management**
**Work: 614.389.4881 | Cell: 614.307.8385 | email: mark.crowe@cigna.com**

*Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2014 CIGNA.*

---

**From:** Smith, John M 357
**Sent:** Friday, April 18, 2014 7:31 PM
**To:** Crowe R.Ph, Mark HHHH; Grant, Maryanne B5PHR
**Cc:** Cabrera, Denise D HHHH; Cordell, Bethany K 549; Pitt, Justin A B5PHR; Webster, Saianne E B5PHR; Fishbein, Jane B5PHR; Stacey, Edward V B5PHR
**Subject:** RE: Pharmacist Pricing Inquiry to Client---URGENT--Official Response Needed

Hi Mark -- I'd be glad to assist; no problem at all.  Let me get to my destination this weekend and I can boot-up & initiate a letter we can begin vetting internally.  Happy Easter, John

---

**From:** Crowe R.Ph, Mark HHHH
**Sent:** Friday, April 18, 2014 10:42 AM
**To:** Smith, John M 357; Grant, Maryanne B5PHR
**Cc:** Cabrera, Denise D HHHH; Cordell, Bethany K 549; Pitt, Justin A B5PHR; Webster, Saianne E B5PHR; Fishbein, Jane B5PHR; Stacey, Edward V B5PHR
**Subject:** RE: Pharmacist Pricing Inquiry to Client---URGENT--Official Response Needed
**Importance:** High

Hi Maryanne and John-

I hate to send another email on this, but we really need the Network team to take the lead on this response as it is escalating (see below). John, much as you assisted with our "spread pricing issues" in Rutherford County, can you please work with Maryanne to put together a good client/broker facing response that will withhold external scrutiny? (I know you're not in this role anymore John, but if you can share the letter you crafted for Rutherford County, that may help guide the type of response we need.)

I'm apologize for asking for this extra step, but to be honest, if Denise and I put something out there and we end up not positioning it correctly, the ramifications could take your team longer with damage control than what it would for assembling this initial response.

I will set up a call, but please proceed with crafting the response in the interim. Many thanks!

Mark

**Mark Crowe, RPh.**
**Clinical Account Manager - CIGNA Pharmacy Management**
**Work: 614.389.4881 | Cell: 614.307.8385 | email: mark.crowe@cigna.com**

CONFIDENTIAL

CIGNA00433129

*Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2014 CIGNA.*

---

**From:** Cordell, Bethany K 549
**Sent:** Friday, April 18, 2014 11:27 AM
**To:** Crowe R.Ph, Mark HHHH
**Subject:** Fw: Life Event Question
**Importance:** High


---

**From:** Gilmore, Tracie [mailto:███████████████████]
**Sent:** Friday, April 18, 2014 10:18 AM
**To:** Evelyn Winbush <███████████████████>; Cordell, Bethany K 549
**Cc:** Abrina Bell <██████████████████    Tara Y. Motley <███████████████
**Subject:** RE: Life Event Question

This all just sounds so odd... how did Cigna even know how the pharmacist was?  I cannot imagine Cigna calling and doing that???  Bethany please respond on this ASAP and let us know... we need to get to the bottom of what is going on with all of this as it is painting Cigna in a bad light and I really do not think Cigna is doing what this pharmacist is saying... really believe there is some misunderstanding, but need the clarification to come from Cigna.

Thank you...

*Tracie Gilmore*
Group Sales Coordinator




---

**From:** Evelyn Winbush [mailto:███████████████████]
**Sent:** Thursday, April 17, 2014 3:14 PM
**To:** Gilmore, Tracie; Cordell, Bethany K 549 (Bethany.Cordell@Cigna.com)
**Cc:** Abrina Bell; Tara Y. Motley
**Subject:** RE: Life Event Question

Thank you.

I heard from ▮▮▮▮▮ today, the spouse of our employee with the pharmacy issues in Little Rock.
She informed me that CIGNA has called the pharmacist and informed the pharmacist that she should not speak with me anymore, however they did not give her an explanation of the issue.

Evelyn

---

**From:** Gilmore, Tracie [mailto:t▮▮▮▮▮▮▮▮▮]
**Sent:** Thursday, April 17, 2014 1:26 PM
**To:** Evelyn Winbush; Cordell, Bethany K 549 (Bethany.Cordell@Cigna.com)
**Cc:** Abrina Bell; Tara Y. Motley
**Subject:** RE: Life Event Question
**Importance:** High

Hi Evelyn….

I spoke to Bethany today and she said that once you have terminated the employee and added her to the spouse's plan to let her know.  She can go in and "manually" issue the deductible credit because it is under the same policy number.

Also, the pharmacy management is reviewing the screen snap shot, etc. that was sent and she hopes to hear back on that this afternoon.

Thanks!

*Tracie Gilmore*
Group Sales Coordinator



---

**From:** Evelyn Winbush [mailto▮▮▮▮▮▮▮▮]
**Sent:** Wednesday, April 16, 2014 11:00 AM

**To:** Gilmore, Tracie; Cordell, Bethany K 549 (Bethany.Cordell@Cigna.com)
**Cc:** Abrina Bell; Tara Y. Motley
**Subject:** Life Event Question
**Importance:** High

Good Morning Ladies,

I hope all is going well for you both.  I am not sure which of you will be able to answer this question for me.
We have a different kind of life event situation today.  We have a husband and wife team where one has been terminated and now the other has the qualifying event status.
The spouse is eligible to pick up the benefits May 1st but the question is this:  will this be a brand new start to the deductible process?
They have not met the deductible but have gotten a bit on the way with it already.  They have all coverage medical, dental and vision family plans.
Any information you can share with me on this situation will be greatly appreciated.


Thanks
*Evelyn Winbush*
*Senior HR Generalist*

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only.  Any unauthorized use, dissemination of the information, or copying of this message is prohibited.  If you are not the intended addressee, please notify the sender immediately and delete this message.
"WorldSecure <nef.com>" made the following
 annotations on 04/17/14, 14:25:33
-----------------------------------------------------------------------
The information contained in this message may be CONFIDENTIAL and is for the intended
addressee only.  Any unauthorized use, dissemination of the information, or copying of
this message is prohibited.  If you are not the intended addressee, please notify the
sender immediately and delete this message.
=======================================================================
The information contained in this message may be CONFIDENTIAL and is for the intended addressee only.  Any unauthorized use, dissemination of the information, or copying of this message is prohibited.  If you are not the intended addressee, please notify the sender immediately and delete this message.
"WorldSecure <nef.com>" made the following
 annotations on 04/18/14, 11:18:58
-----------------------------------------------------------------------
The information contained in this message may be CONFIDENTIAL and is for the intended
addressee only.  Any unauthorized use, dissemination of the information, or copying of
this message is prohibited.  If you are not the intended addressee, please notify the
sender immediately and delete this message.
=======================================================================