# EXHIBIT 59

# PLAINTIFFS' EXHIBIT E

*Interoffice Memo*



**Date :** September 19, 2013
**To :** David Cordani
Tom McCarthy
Matt Manders

**From :** Chris Hocevar

**Subject :** September Pharmacy MOR

▮▮▮ [redacted] ▮▮▮

Key levers that have driven better than expected plan performance include:
- Retail spread capture (volume and rates ▮▮▮

▮▮▮ [redacted] ▮▮▮

EXHIBIT 0221

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CIGNA07864278

Case 3:16-cv-01702-JAM   Document 402-59   Filed 05/26/21   Page 4 of 5

```
CPM MOR – Sept
Page [ PAGE  \* MERGEFORMAT ]
```



```
CPM MOR – Sept
Page [ PAGE  \* MERGEFORMAT ]
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    CIGNA07864279

```
CPM MOR – Sept
Page [ PAGE  \* MERGEFORMAT ]
```



- Mix of generic (generic price lower than copay and pharmacy keeping the margin) – claw back mechanisms currently being assessed

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA07864280