# EXHIBIT 60

# PLAINTIFFS' EXHIBIT F

Message
_____

**From:**        Hocevar, Christopher J (Chris) W2SLT [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=CJHOCE]
**Sent:**        4/7/2014 1:05:34 PM
**To:**          Hartzell, Beverly A (Bev) W2SLT [Beverly.Hartzell@Cigna.com]
**Subject:**     FW: Agenda for Rx Ops Review
**Attachments:** CPM Earnings_FY14_0314.xls

-----Original Message-----
From: Hocevar, Christopher J (Chris) W2SLT
Sent: Monday, April 07, 2014 8:10 AM
To: Cordani, David M W2SLT; McCarthy, Thomas A (Tom) TL15B; Manders, Matthew G (Matt) W2SLT; Palmer, Eric
P W2SLT; Staten, Christopher C5PRC; Brundin, Kelly K TL08G
Cc: Hocevar, Christopher J (Chris) W2SLT
Subject: Agenda for Rx Ops Review

Team --

Suggested agenda for today's meeting:

1) Market Update

        - Regulatory

        - Competitive

        - Producer

        - Pharma

3) Financial Projection

        - Roll Forward

        -  R&Os

        -  Key Decisions

4) Transition Plan

        -  Economic events

        - Home Delivery options

        - Administrative system transition

5) Repositioning the Business for Growth

        - Talent / Culture

        - Specialty Rx

        - Customer Health Engagement

        - Go to market differentiation


We look forward to the meeting

Chris



EXHIBIT
0243

CONFIDENTIAL

CIGNA07865347