# EXHIBIT 61

# PLAINTIFFS' EXHIBIT G

This document produced in native file format only

EXHIBIT
0244

CONFIDENTIAL - ATTORNEYS' EYES ONLY
CIGNA07865348

**Cigna Pharmacy Management**
FY14 Earnings Estimate
As of Feb '14 close



Zero Balance Due — Cigna owns the ZBD for all pharmacies expect for CVS and Walgreen