# EXHIBIT 62

# PLAINTIFFS' EXHIBIT H

61

1               ROUGH DRAFT - CONFIDENTIAL

2      A    Not that I remember, Craig.

3      Q    (By Mr. Raabe) Okay.  It's 20 of why don't

4   we take a break 'til five 5.  Ten of?

5             MR. SHAFFER:  Ten of should be

6      fine I think, Craig.  Ten minutes.

7             Whereupon there was a brief recess

8      from 10:41 a.m. until ten:  51:00 a.m.

9   BY MR. RAABE:

10      Q    (By Ms. Loper) This is Exhibit-227?

11   BY MR. RAABE:

12      Q    We're back on the record and Charlotte

13   has marked as the next Exhibit 227, Cigna

14   document 786-5360.  Let me know when why you've

15   got a look at that.

16      A    I have 360.  Die have it.

17      Q    This is an email from Christian

18   Stenrud, if I'm pronouncing that right.  Do you

19   know who that person is?

20      A    Stenrud.

21      Q    What was Christian's role in 2016?

22      A    I don't remember his official role,

23  but he would have been one of the senior people

24  in the communications area.

25      Q    And here he is writing to Mr. Manders,

93

1          ROUGH DRAFT - CONFIDENTIAL

2    of the zero balance and 90-day issue"; do you see

3    I do.

4       Q    Do you understand the Chris there to

5    be you?

6       A    I don't know if it is, but at that

7    time we were starting to have pretty heated

8    conversations on the reconciliation side of

9    Catamaran.

10      Q    And with regard to the zero balance

11   issue, what do you recall?

12      A    I knew it was one of many reconciling

13   items where we had a disagreement with Catamaran.

14      Q    What did the disagreement surround?

15      A    Craig, I don't know -- I don't

16   remember the details, but at that time, it was

17   when we were actually starting to kind of

18   implement some of the key components of the

19   contract, and with any implementation there's

20   always kind of puts and takes.  From what I

21   remember fourth quarter of 2013, there were a lot

22   of -- there were a lot of reconciled items that

23   weren't on the favorable side of how we would

24   have interpreted the contract.

25      Q    What's your understand zero balance to

94

1            ROUGH DRAFT - CONFIDENTIAL

2   mean?

3      A    I don't remember the details of it,

4   Craig.  I just know it was one of the economic

5   levers that we were not in align with.  The

6   contract with Catamaran was thousands and

7   thousands of pages.  This was like the first

8   couple months we were getting into it with them.

9      Q    Do you recall zero balance to involve

10   obtaining from pharmacies the differential

11   between what Catamaran was paying the pharmacies

12   and what members were paying in cost shares?

13      A    I don't.  There was a delta between

14   our contracted rates with Catamaran and what we

15   were actually seeing come through.  So I don't

16   know how that played through the zero balance

17   side of it.  I apologize I can't be more helpful

18   on this one.

19      Q    What's your best recollection of what

20  zero balance refers to?

21      A    The straightest line I can draw,

22  Craig, and I'm reaching is that there was trapped

23  money that sat between the contracted rates with

24  Catamaran and what sat at the retail side.  The

25  mechanics of it, I can't testify to go deeper

95

1             ROUGH DRAFT - CONFIDENTIAL

2  than that piece.

3      Q    When there was money sitting at the

4  retail side, where did that money come from?

5      A    I don't remember.  I had a laundry

6  list from the team that we were out of whack with

7  Catamaran.  At that time we were also having

8  fairly significant relationship issues beyond the

9  economic issues.

10      Q    If you look at the first page of this

11  Exhibit 177?

12      A    255?

13      Q    255.  It's an email from Dan Whitnah

14  to a number of people, and in the third paragraph

15  it says quote the third option in addition to

16  Stephanie's is a periodic clawback from

17  pharmacies by Catamaran; do you see that?

18    A    Yes.

19    Q    Did you ever have conversations with

20  anyone about that option?

21    A    Let me read the entire paragraph so I

22  have some context here.  Okay.  What was your

23  question again, I'm sorry?

24    Q    Did you ever have a conversation with

25  anyone about that third option of a periodic

137

1          ROUGH DRAFT - CONFIDENTIAL

2              THE WITNESS:  Yeah, sorry, Craig,

3      not that I remember.  That's a pretty

4      detailed topic for a finance committee.

5   BY MR. RAABE:

6      Q    Did you ever discuss with Mr. Cordani

7   that trapped money?

8      A    Not that I remember talking about

9   those specific terms but we would have talked

10   about the major reconciliations we had.

11      Q    Including the trapped money?

12              MR. SHAFFER:  Objection to form.

13              THE WITNESS:  Yeah, sorry, the

14      difference between the contracted rates as

15      well as what we're seeing come through the

16      results.

17   BY MR. RAABE:

18      Q    Tell us what you recall of those

19   conversations.

20      A    You know, Craig not much more than

21   that.  You know, most of my updates were through

22   Matt Manders and Eric Palmer as kind of my boss

23   as the finance officer.  They got aggregated up

24   to even a more higher level as they rolled

25   through.

138

1          ROUGH DRAFT - CONFIDENTIAL

2     Q    So my question before is whether you

3   had those conversations with Mr. Cordani, and you

4   said that you did; right?

5     A    I said that I had conversation on the

6   reconciled items, yes.

7     Q    So do you have any recollection of

8   those conversations as you sit here today?

9     A    The details, no.  Just knowing in

10   fourth quarter that we were starting to go down a

11   bad path with one of our partners along a 10-year

12   deal.

13    Q    So what do you recall saying to him

14   and what do you recall Mr. Cordani saying to you?

15    A    I don't remember, Craig.  I mean,

16   again, this was a very significant move for the

17   company to enter a 10-year strategic

18   relationship, and was really trying to figure out

19   how to get that relationship back on track.

20   Q   So let's mark as Exhibit 241 document

21  149550?

22          MS. LOPER:  This will be Exhibit

23   242, actually.  The other one was 241.

24          MR. RAABE:  I'm sorry.  242.  You

25   should be able to see it.

142

1           ROUGH DRAFT - CONFIDENTIAL

2      Q     What is Rx Ops Review in the subject

3  line?

4      A     Yeah, I'm assuming it's a pharmacy ops

5  review.

6      Q     Did you have periodic pharmacy ops

7  reviews with Mr. Cordani, Mr. McCarthy, Mr.

8  Manders and Mr. Palmer and others?

9      A     We had reviews.  I don't remember how

10  frequent they were.

11     Q     What was the purpose of them?

12     A     High level, you know, status of

13  relationship with Catamaran.  Status of

14  performance of the business.  You know, status

15  of, you know, culture, talent; things like that.

16     Q     Do you recall discussing the ZBL issue

17  in any of those ops reviews with Mr. Cordani?

18     A     I don't, sorry.

19          MR. RAABE:  Let's mark the

20      attachment as the next exhibit.  The

21      attachment is entitled CPM Earnings_FY14.

22          MS. LOPER:  Okay.  Just to

23      compare, this is Bates No. 7865348?

24              MR. RAABE:  Yes.

25              MS. LOPER:  This will be Exhibit

143

1          ROUGH DRAFT - CONFIDENTIAL

2     244.

3   BY MR. RAABE:

4     Q     Let me know when you have that one up.

5     A     Okay.

6     Q     In the middle of the page there's

7   Roman Numeral I, impact of amendment with

8   Catamaran.  Below that it says zero balance due;

9   do you see where I am?

10    A     Yes.

11    Q     Over in the commentary section it says

12   Cigna owns Z B declaration for all farms sees

13   except CVS and Walgreens do you see that?

14    A     I do.

15    Q     What does that signify?

16    A     I don't remember, sorry.

17    Q     According to the earlier email that

18   was something that you were reporting something

19   up to Mr. Cordani and others; right?

20          MR. SHAFFER:  Objection to form.

21          THE WITNESS:  Can you ask the

22      question again?

23   BY MR. RAABE:

24      Q    According to the earlier email we just

25   looked at to which this was an attachment.

144

1           ROUGH DRAFT - CONFIDENTIAL

2   You're reporting that information up to Mr.

3   Cordani and others; correct?

4      A    This is an attachment to that email,

5   is that what you're suggesting?

6      Q    Yes.

7      A    Oh.  And the question again?

8      Q    You were reporting this information

9   about zero balance due to Mr. Cordani and others;

10   correct?

11      A    If this was attached to the email that

12   was sent out with the agenda, it was a part of

13   the meeting.

14      Q    Let's mark 288417.

15           MS. LOPER:  Okay.

16   BY MR. RAABE:

17      Q    Before I continue you don't have any

18   recollection of what was discussed at that

19   meeting; right?

20   A   I don't, sorry.

21       MS. LOPER:  This will be Exhibit

22   245.  I'll let you know when it's posted.

23   You should be able to see it now.

24       THE WITNESS:  Okay.  I have it.

25

145

1       ROUGH DRAFT - CONFIDENTIAL

2   BY MR. RAABE:

3   Q   This is another email in which you

4   were sending to Mr. Cordani and others a mid pre

5   read document; right?

6   A   Do you have the attachment I could see

7   as well.

8   Q   Yeah.  We're going to mark that in

9   just a second.

10   A   This is a pre read document for

11   pharmacy business review on Monday at 4:00 p.m.

12   dated 10/24 /14.

13   Q   So the subject line is pharmacy

14   business review.  How often would you conduct a

15   pharmacy business review with Mr. Cordani?

16   A   I don't know the answer to that

17   question, Craig.  It was more than a handful of

18   times.

19       Q    Really?

20       A    Again I can't be for certain.

21       Q    What's your best recollection?

22       A    A handful of time.  Again I can't be

23   for certain the frequency.

24       Q    So that would be a handful of times

25   between 2013 and when?