# EXHIBIT 64

# EXHIBIT BX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

KIMBERLY A. NEGRON, Individually and on Behalf of All Others Similarly Situated, DANIEL PERRY, Individually and on Behalf of All Others Similarly Situated, COURTNEY GALLAGHER, Individually and on Behalf of All Others Similarly Situated, NINA CUROL, Individually and on Behalf of All Others Similarly Situated, ROGER CUROL, Individually and on Behalf of All Others Similarly Situated, and BILLY RAY BLOCKER, Individually and on Behalf of All Others Similarly Situated,
Plaintiffs,

vs.

CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and OPTUMRX, INC.,
Defendants.

CIVIL ACTION NO. 3:16-cv-1702 (JAM)

VIDEOCONFERENCE DEPOSITION OF
DAVID DESPARD
Friday, May 15, 2020

Reported By:
CATHI IRISH, RPR, CRR, CLVS, CCR

DESPARD

BY MR. IZARD:

Q. You can answer.

A. I'm involved in numerous activities within the software development lifecycle to ultimately arrive at delivery of software products.

Q. For the prescription drug business?

A. For Cigna's pharmacy business, yes. I don't usually refer to it as prescription drugs but Cigna's pharmacy. There's a lot more than prescription drugs, there's clinical programs, there's a lot more, so to speak.

Q. Are you aware this case concerns prescription drugs?

A. Yes, I am.

Q. And do you know what the Proclaim system is?

A. Yes, I do.

Q. What's Proclaim?

A. Proclaim is Cigna's medical engine for their commercial business.

Q. Just give me background. When I

DESPARD

everything in between be claims adjudication?

MR. BLUMENFELD: Objection.

THE WITNESS: You're describing a pharmacy event. Proclaim is a medical engine so it doesn't process pharmacy claims. So in my working definition, adjudication means from the time -- how the claim is processed and all in between. That's what it means to me. That's not an industry definition, that's my personal definition.

BY MR. IZARD:

Q. When you say Proclaim doesn't process pharmacy claims, so it has nothing to do with adjudication of pharmacy claims?

A. The only knowledge I have, and I'm not a specialist on Proclaim, a Proclaim would have an interface with pharmacy claims from a shared accumulation perspective, when the medical and pharmacy share accumulation parameters. So there's an interface between Argus and Proclaim,

                         DESPARD

Q. So does that create a problem when the two databases talk to each other?

A. I don't know that two databases talk to each other. Do you understand what I'm saying? I don't know of any issue with that. Databases typically don't talk to one another that have the same information.

Q. Our understanding, and again if you look at the three columns on the right, this is -- at least from our understanding, actual data regarding actual prescription drug transactions and the Exhibits 4 and 5 are actually excerpts of prescription drug transaction data of the plaintiffs themselves. So given that is what this information is, does that assist you in determining which database that comes from?

A. It does not.

Q. So which databases would hold the specific transaction data for each individual member claim? We've got about 500 million of them so which database

DESPARD

would hold 500 million individual customer claims?

MR. BLUMENFELD: Objection.

THE WITNESS: GHTR -- okay.

BY MR. IZARD:

Q. You can go ahead and answer.

A. Several databases have the same claim information represented. The fields might be different. Several databases could contain that claim information. Certainly GHTR. Their CCW would have that information that we spoke about. Pharm RDS would have that information. IMTDS would have that information.

Q. And why -- sorry.

A. Go ahead. I'm sorry. There are a bunch of databases.

Q. What does CCW do with this data?

A. I don't know. And I don't know why the redundancy exists like that. I believe, and I'm not an expert or have specialized knowledge, but each of those applications performs a different function so the data is distributed across numerous