# EXHIBIT 65

# EXHIBIT BZ

```
 1
 2    UNITED STATES DISTRICT COURT
      DISTRICT OF CONNECTICUT
 3    Case No. 16-cv-1702
      - - - - - - - - - - - - - - - - - -x
 4    KIMBERLY A. NEGRON, Individually   :
      and on Behalf of All Others        :
 5    Similarly Situated,                :
                                         :
 6                          Plaintiffs,  :
                                         :
 7             - vs -                    :
                                         :
 8    CIGNA CORPORATION and CIGNA HEALTH :
      AND LIFE INSURANCE COMPANY, et al.,:
 9                                       :
                            Defendants.  :
10    - - - - - - - - - - - - - - - - - -x
11
12                              August 28, 2020
                                11:58 a.m.
13
14
15
16
17                  ***VOLUME II***
18
19
20          VIRTUAL DEPOSITION UPON ORAL
21    EXAMINATION OF TYLER LESTER, held at the
22    above-mentioned time and place, before Randi
23    Friedman, a Registered Professional Reporter,
24    within and for the State of New York.
25
```

```
                                                     Page 401
 1                    T. Lester
 2    that is a pharmacy-only deductible amount.
 3         Q    Are you familiar with the term
 4    "combined deductible"?
 5         A    Yes, I am.
 6         Q    What's a combined deductible?
 7         A    A combined deductible is when costs
 8    for the medical benefit and pharmacy benefit both
 9    accumulate to a single deductible amount that can
10    be set at an individual level, a family level.
11         Q    When there is a combined deductible,
12    is the accumulation toward the pharmacy
13    deductible calculated separately or is that
14    record kept separately?
15         A    When there's a combined deductible in
16    place, that information is stored in our medical
17    claim processing system for a claim in this
18    instance.  And that information is shared in
19    realtime with Argus as the claim processor.
20         Q    I apologize if my question was
21    unclear.
22              If there's a combined deductible, does
23    Cigna keep, or Argus keep, separate records as to
24    accumulation -- the accumulation of pharmacy
25    deductible claims and the accumulation of medical
```

Page 441

1      T. Lester
2  reprocess a grouping of pharmacy transactions for
3  a particular customer for an entire plan year in
4  the past?
5       A     Not that I know of.
6       Q     You also were discussing, in the
7  pass-through arrangement, that an ASO client may
8  have a pricing arrangement, and that the amount
9  that is due from the client in those instances
10 would be the amount that -- the same amount that
11 the pharmacy receives as reimbursement for that
12 transaction.
13            Do you know if those ASO clients pay
14 anything else in connection with Cigna with
15 adjudication of those claims?
16      A     At the claim level, there would not be
17 any additional client reimbursement or revenue to
18 Cigna.  Instead, clients that select a
19 pass-through arrangement where we're not
20 generating revenue through spread would generally
21 be charged an administrative fee that they're
22 charged on a monthly basis.
23      Q     Do ASO clients who are receiving or
24 whoever -- who have a traditional spread pricing
25 arrangement, do they pay that same administrative