# EXHIBIT 66

# EXHIBIT CC

Message
---

**From:** Hazelton, Jonathan M B5PHR [/O=CIGNA/OU=REGION01/CN=RECIPIENTS/CN=C11061]
**Sent:** 1/15/2014 4:48:19 PM
**To:** Vancour, Karen A B5PHR [Karen.Vancour@Cigna.com]; Talbot Jr, H R (Rit) B5PHR [H.Talbot@Cigna.com]; Farina, Amy E B5PHR [Amy.Farina@Cigna.com]; Switalska, Agata A B5PHR [Agata.Switalska@Cigna.com]
**CC:** Quraishi, Mohammad I B5PHR [Mohammad.Quraishi@Cigna.com]; Atkinson, Victoria L B5PHR [Victoria.Atkinson@Cigna.com]; Torrey, Donna A B5PHR [Donna.Torrey@Cigna.com]
**Subject:** RE: Pharmacy Recovery Process and Guidelines

All looks correct to me with the exception of client ID should always be 215 selected from the drop down menu,
This should be: **Customer ID** should always be 215 selected from the drop down menu,

---

**From:** Vancour, Karen A B5PHR
**Sent:** Wednesday, January 15, 2014 11:03 AM
**To:** Talbot Jr, H R (Rit) B5PHR; Farina, Amy E B5PHR; Hazelton, Jonathan M B5PHR; Switalska, Agata A B5PHR
**Cc:** Quraishi, Mohammad I B5PHR; Atkinson, Victoria L B5PHR; Torrey, Donna A B5PHR
**Subject:** FW: Pharmacy Recovery Process and Guidelines

Rit, Amy, Jon and Agata,
Please review the below for accuracy... we need consolidated feedback.. thanks

Karen Vancour
CIGNA Pharmacy Management
Routing: B5PHR
Phone: 860.226.1647
Email: Karen.Vancour@cigna.com
Confidential, unpublished property of CIGNA Do not duplicate or distribute. Use and distribution limited solely to authorized personnel – © Copyright 2014 (CIGNA Corporation)

---

**From:** Kent, Sandra G HHHH
**Sent:** Wednesday, January 15, 2014 8:27 AM
**To:** Quraishi, Mohammad I B5PHR; Atkinson, Victoria L B5PHR; Jukonski, Rosalie B5PHR; Haynes, Beverley B5PHR; Vancour, Karen A B5PHR; Torrey, Donna A B5PHR; Hanson, Robert D 244
**Cc:** Patterson, Shelia M HHHH
**Subject:** Pharmacy Recovery Process and Guidelines

I need this reviewed and updated so that we can move forward to advise CAT team and Sales on what these processexs are going to look like. I would like this back before 12noon today. Unfortunately - Mohammad and Victoria were unavailable yesterday afternoon. Sandy

Pharmacy Recovery Process and Guidelines

The document outlines various scenarios where we may be required to take steps to perform recovery for clients and customers where there were issues in setting up the prescription drug plans, late set up of the plans, or no access to HRA or FSA funds.  While we will attempt to capture the most common scenarios, each client may be slightly different and may require addition work as a part of the recovery process.

Reporting Requirements

Pharmacy claim report from Argus is available on the following cycle:

| Cycle | Reporting available |
|---|---|
| Full Month | 4th |
| 6th | 10th |

12th            16th
18th            22nd
24th            28th


Reports should be requested by opening a ticket in the CSC to **Argus Pharmacy/GUI** and then select "**Special Report Requests**" from the menu, and **Claim Report Request.**

Complete the online form with
- client name,
- account number,
- client ID should always be 215 selected from the drop down menu,
- start and end dates,(reports should be requested when you have the date the system was corrected) and
- any special claim detail elements. Minimum should be EE SSN, customer first and last name, date filled, deductible, copay/coinsurance, plan paid, benefit options, days fill.

Most standard reports will come with all this information, as well as name of the prescriptions filled.

CSC Ticket number can be sent to a member of the SOS Team for escalation.


Project Recoveries


**1. Copay was wrong -**
Objective:  Reimburse the customer if they have been overcharged for their patient responsibility.
Actions Required:  Review report for the copays that were changed to identify the customers charged the wrong amount.

- If the copay should have been less than that charged the customer, Argus checks can be requested to reimburse the customer the difference.
- If the customer was charged less than the intended copay, the amount overpaid by the plan is the difference between the two.
- If there is a fund involved(FSA or HRA) please refer to  # XX below


**Coinsurance was wrong –**
**Objective**:  Reimburse the customer if thye have been overcharged for their patient responsibility
**Actions required**:  Review the report to identify the impacted customers.

- The AIM on the account may need to order an additional report to calculate the difference in cost to the customer.  However, you may be able to use the report to calculate the difference if you are able to identify the coinsurance levels when there is tiered coverage.

- If the coinsurance should have been less than that charged the customer, Argus checks can be requested to reimburse the customer the difference.

- If the customer was charged less than the intended coinsurance, the amount overpaid by the plan is the difference between the two.
- If there is a fund involved(FSA or HRA) please refer to  # XX below


**Deductible is applied or is the wrong amount(higher)**
**Objective:  Reimburse the customer if they have been overcharged and remove any deductible from the pharmacy plan or reduce it to the correct amount**

**Actions required:**   Reports will identify the amount of deductible taken for each prescription drug filled.
- The AIM on the account may need to order an additional report to calculate the correct cost to the customer.  In some instance you may be able to calculate the difference if the change is simply the level of deductible taken.
- If there  should have been no deductible applied, a negative preload will need to be entered to remove the deductible.
- An argus check can be issued to repay the customer for the difference between the deductible charged and the correct copay/coinsurance.
- If there is a fund involved(FSA or HRA) please refer to #XXX below


**Deductible not applied and should be (this applies to both Pharmacy only deductible and Integrated Pharmacy/Medical Deductibles**
**Objective:**
**Actions:**  Reports can identify all customers who were not charged any deductible.  We do not have any system capability to reprocess pharmacy claims to charge the customer any additional deductible liability.   Generally, once the deductible is in place,  future prescriptions will apply appropriately and there is no impact overall to the plan, it is simply the order in which the deductible applies.

- In some situations, we can apply the coinsurance or copay to the amount of the deductible, to allow credit to the customer.
- For customers with an FSA or HRA, there is no adverse impact or action needed.



**Deductible and/or OOP should be shared with medical and are not**
**Objective:   Make sure the customer deductible taken on pharmacy is correctly applied to the medical program.**

**Actions:**  Review reports for any individuals who were charged deductible
- Integrated Accumulator Team to work this project to ensure that pharmacy deductible is loaded to proclaim.
- This may require a history load to proclaim
- A clear and build may be requested by the Pharmacy AIM
- Any overcharge of deductible or OOP will be reimbursed to the customer via an Argus check
- If FSA/HRA funds are involved,  additional steps may be required to reimburse the fund

**Deductible and OOP should not be shared with medical but is**
**Objective:  (1) Reimburse the customer for any excess deductible or OOP applied (2) Remove deductible that should not have been taken from the medical plan.**

**Actions:**  Review reports to identify any individuals who were charged deductible
- Integrated Accumulator Team to work this project ot ensure that the pharmacy deductible is removed from proclaim.
- This may require that the plan is not "uncombined" at proclaim in order for them to remove the amount in the proclaim pharmacy accumulation buckets
- Any overcharge of deductible or OOP will be reimbursed to the customer via an Argus check

- If FSA/HRA funds are involved, additional steps may be required to reimburse the fund.

**Customer is not fund ready** – Once the client is fund ready, the claims report can be sent as a project to the CCF Claims team, and payment can be issued from the applicable fund(HRA or FSA) directly to the customer. The customer can also direct submit the claim for reimbursement.

Please note: For HSA customers or debit card customers, we are not able to issue payment from the funds to the customers.

**Customer ACF indicator is not correct in Pharmacy system –**

Once the client is fund ready, the claims report can be sent as a project to the CCF Claims team, and payment can be issued from the applicable fund(HRA or FSA) directly to the customer. The customer can also direct submit the claim for reimbursement.

CONFIDENTIAL