# EXHIBIT 67

# EXHIBIT CD

Message

**From:** Thorpe, Joseph R C2SO [Joseph.Thorpe@Cigna.com]
**Sent:** 1/15/2015 9:00:56 PM
**To:** Smithberger, Raymond (Ray) B5PHR [RAYMOND.SMITHBERGER@Cigna.com]
**CC:** Vancura, Michelle HHHH [Michelle.Vancura@Cigna.com]
**Subject:** RE: client reimbursement for customer underpayment


Thanks Ray!   Do you have anyone chasing down the exposure?   If not, I can have Sandy Kent coordinate an initial analysis.

Also, I'm very concerned about the HSAs due to compliance issues.   We understand that home delivery has capability of billing the customer, but Sandy has had no luck getting folks over there to explore options.   Any thoughts?

I recommend that at least the 3 of us get together briefly to discuss a path forward.   We are getting a lot of questions and I want to ensure we can provide clear guidance.   I know you have a lot going on, so I'll look to you on timing.

Thanks,

_____
**From:** Smithberger, Raymond (Ray) B5PHR
**Sent:** Wednesday, January 14, 2015 1:54 PM
**To:** Thorpe, Joseph R C2SO
**Cc:** Vancura, Michelle HHHH
**Subject:** RE: client reimbursement for customer underpayment


Joseph – I am out of pocket most of today.

I agree we should make this simple.   Need to get to the exposure number but guessing it is in the few million dollar range at the most.   If that is the case, we should hold customers and client harmless – even with HSAs if we can.

I am copying Michelle V to get her perspective as well.

Raymond Smithberger
Cigna Pharmacy Management
Phone: 860.226.8004
Cell: 860.597.5300

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna


_____
**From:** Thorpe, Joseph R C2SO
**Sent:** Wednesday, January 14, 2015 10:53 AM
**To:** Smithberger, Raymond (Ray) B5PHR
**Subject:** client reimbursement for customer underpayment


Hi Ray – My teams are getting a lot of questions regarding what we will do for clients where the customer 'underpaid' at point of sale.

- **Scenario** - .01 deductible / standard benefits applied and customer is not charged applicable/full copay or deductible.

- **Problem** – We have no mechanism to seek customer liability.    For deductibles, the expectation, especially in the scenarios where individuals are on maintenance medications, is that they will meet their plan deductible throughout the year and it will become a moot point.    Copays are more problematic – again no way to recoup the dollars – but hopefully the impact is negligible as it is typically a low customer liability.
- **Recommendation**:    I consulted my team and Antoinette who dealt with this last year.    My current stance is that we will not go after the customer for payment, except in the case of HSAs where it puts us and clients at risk with the IRS for compliance.    In other situations, I am recommending to the markets that we revisit this after the dust settles.    Last year a few did come back to us late in the year for payment, but most never circled back.
- **Funding –** Some of our sales partners have made the client whole thru their P&L.    We paid a few clients out thru our small E&O budget last year.    I am not sure what dollars Pharmacy paid out.    This tends to become a painful negotiation process with sales when we do decide to make clients whole.

Let me know what your thoughts have been on this topic.    I'm hoping you will be at today's meeting with Brett for us to discuss briefly.

Thanks,

*Joseph Thorpe*
*Vice President, Client Implementation and Service*
*Cigna HealthCare Service Operations*
*Office: (860) 226-3285*
*BB:  (860) 578-6523*

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

CONFIDENTIAL                                                                                                                                                                                                           CIGNA00302910