# EXHIBIT 69

# EXHIBIT CG

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 3   Case No. 16-cv-1702
     - - - - - - - - - - - - - - - - - -x
 4   KIMBERLY A. NEGRON, Individually   :
     and on Behalf of All Others        :
 5   Similarly Situated,                :
                                        :
 6                        Plaintiffs,   :
                                        :
 7           - vs -                     :
                                        :
 8   CIGNA CORPORATION and CIGNA HEALTH :
     AND LIFE INSURANCE COMPANY, et al.,:
 9                                      :
                          Defendants.   :
10   - - - - - - - - - - - - - - - - - -x
11
12                     July 22, 2020
                       9:05 a.m.
13                       - - -
14
15
16
17
18
19
20         VIDEOTAPED VIRTUAL DEPOSITION UPON
21   ORAL EXAMINATION OF JUSTIN PITT, held at the
22   above-mentioned time and place, before Randi
23   Friedman, a Registered Professional Reporter,
24   within and for the State of New York.
25
```

Page 66

1               J. Pitt
2     Q    And the subject says, Design Sessions.
3    Pharmacy Over Payment/Zero Balance Claims Meeting
4    Notes.  If you want to just review this and see
5    if it refreshes your recollection at all about
6    the pharmacy overpayment project.
7     A    All right.  So I'm aware of the
8    project.  There's a lot of information in here
9    that would not pertain to me particularly, but I
10   am aware of the meeting.  Maybe not all of these
11   items that are bullet pointed out from Julie
12   Burns-McAvoy.
13    Q    That's fair.  And what was your role
14   with respect to this project?
15    A    So I was responsible for ensuring that
16   the pharmacy reimbursement, once the zero balance
17   due logic or negative reimbursement went in
18   place, was appropriate and accurate for
19   pharmacies and what they were contractually set
20   up for within their contracts of Catamaran.
21    Q    And were negative reimbursements
22   revenue for Cigna?
23    A    Were negative reimbursements revenue
24   for Cigna?
25    Q    Yes.

```
                                                 Page 67
 1                        J. Pitt
 2        A    Yes.
 3        Q    Do you know if any of the money
 4   collected as negative reimbursements was ever
 5   paid back to clients?
 6        A    I do not know.
 7        Q    Do you know whether any of the money
 8   collected as the negative reimbursement was ever
 9   reimbursed to members?
10              MS. FARRELL:  Objection.
11              MR. BARRETT:  I'm sorry.
12              MS. FARRELL:  You can answer.
13              THE WITNESS:  I do not know.
14   BY MR. BARRETT:
15        Q    So at the top of 716 of Exhibit 89,
16   there's reference to the 835 Report.
17             Do you know what this is discussing?
18        A    From looking at it, it appears that
19   Renee is going to work with the pharmacies to
20   develop test evidence to determine if there's any
21   impacts on the 835 Report.
22        Q    Do you know whether there was any
23   impact on the 835 Report?
24        A    I wasn't involved in it, so, no.
25        Q    Do you know what kind of impact could
```