# EXHIBIT 70

# EXHIBIT CJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>Defendants. | No. 16-cv-1702 (JAM)<br>(Consolidated)<br><br><br><br><br><br><br><br>October 13, 2020 |

## **DECLARATION OF LAUNCE B. MUSTOE, JR., R.Ph.**

I, Launce B. Mustoe, Jr., R.Ph., declare under penalty of perjury:

1. I have been retained by Plaintiffs in this action to, among other things, analyze the data produced by defendant Cigna Health and Life Insurance Company ("Cigna") in this action and to estimate the total aggregate Clawbacks taken by Cigna in connection with prescription drug purchases by Class members.

2. In connection with responding to certain assertions and arguments made by Cigna in its *Surreply in Opposition to Plaintiffs' Motion for Class Certification* (ECF 343) ("Cigna's Surreply"), Plaintiffs' counsel has asked me to provide the following observations of the data produced by Cigna, including the transaction data produced by Cigna (the "Prescription Drug Transaction Data").

1

3. In its Surreply, Cigna discusses ▇▇▇▇▇▇▇, which is an Open Access Plus Medical Benefits Plan for sponsor ▇▇▇▇▇▇▇ According to ▇▇▇ the account number is ▇▇▇ and the document number (also known as "CN number") is ASO9.

4. According to the revised DST 2 Report provided by Cigna, ▇▇▇ has an effective date of 1-1-2015, an Account Number of ▇▇▇, a CN number of ASO9, an arrangement of ASO ERISA, and a Benefit Option Code of OAPE.

5. The Prescription Drug Transaction Data associated with the ▇▇▇ — which is identified using the account number, the CN Number, the Benefit Option Code, and date — establishes that when Cigna adjudicated Tier 1 prescription drug claims for this plan, it did not consider minimum copayment provisions of the plan.

6. ▇▇▇ has three prescription drug tiers. According to the plan, Retail Prescription Drug Tier 1 purchases are generic drugs "subject to a minimum [copayment] of $6."

7. According to the Prescription Drug Transaction Data, for the calendar year 2015, Account number ▇▇▇, Ben Op Code OAPE, there were approximately 824 Tier 1 claims where the copayment was greater than $.01 and *less* than $6 of which 625 were subject to Clawbacks. In these transactions, *every* one of the less-than-$6 copayments except one was equal to the Client Rate.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of October 2020.

_____
**Launce B. Mustoe, Jr. R.Ph.**
Strategic Pharmacy Solutions LLC
3802 Kinsey Ct.
Columbia, MO 65203

2

Work: (573) 446-2030
Home: (573) 446-2031
Cell: 660-676-1141
lmustoe@strategicpharmacysolutions.com
www.strategicpharmacysolutions.com