UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:16-cv-1702-JAM<br><br><br><br>June 7, 2021 |

**PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER TO PERMIT THE FILING OF AN AMENDED CLASS CERTIFICATION MOTION**

Plaintiffs respectfully move to amend the scheduling order, as outlined in the table below, to permit Plaintiffs to file an amended motion for class certification narrowing the class definitions to address specific issues that the Court identified. As set forth in the accompanying memorandum of law, there is good cause to permit Plaintiffs to do so.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of all discovery: Fact and expert | Expert discovery was adjourned. | Same. Follow-up fact discovery pursuant to the Court's Order on the Motion to Strike to be propounded within 30 days of the Order on this motion |
| **Class certification and other filings:** | | |
| Amended Motion for Class Certification | None | 30 days from entry of the Order on this motion |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Opposition to Motion for Class Certification | None | 30 days from filing of Amended Motion for Class Certification |
| Plaintiffs' Reply in Support of Motion for Class Certification | None | 30 days from filing of Defendants' opposition to class certification |
| **Summary Judgment:** | | |
| Motions for summary judgment | Motions for summary judgment will be filed 60 days after the Court's ruling on Plaintiffs' second motion for class certification or the court of appeals' ruling on any Rule 23(f) petition, whichever is later. | Same |
| Oppositions to summary judgment | 60 days after motions for summary judgment are filed. | Same |
| Replies in support of motions for summary judgment | 30 days after oppositions to summary judgment are filed. | Same |
| Joint Trial Memorandum | If any claims remain to be tried following the Court's rulings on the parties' motions for summary judgment, the parties shall, within 60 days of the Court's summary judgment order, file a Joint Trial Memorandum proposing how any remaining claims should be tried. | Same |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Trial Ready | See above regarding Joint Trial Memorandum. | Same |

Cigna Health and Life Insurance Company objects to this motion.

Dated: June 7, 2021

Respectfully submitted,

*s/ Robert A. Izard*

Robert A. Izard (ct01601)
*Plaintiffs' Interim Co-Lead Class Counsel*
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
860-493-6292
860-493-6290 fax
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
860-882-1681
860-882-1682 fax
bnarwold@motleyrice.com
mjasinski@motleyrice.com

**Attorneys for Plaintiffs**