UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br>　　　　　　　　　　　　Defendants. | Civ. A. No. 16-cv-1702 (JAM)<br><br>June 17, 2021 |

**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S
<u>UNOPPOSED MOTION TO SEAL</u>**

　　　　Pursuant to Local Civil Rule 5(e) and 7(a), Defendant Cigna Health and Life Insurance Company ("CHLIC") respectfully submits this motion to seal one line in the transcript of the May 7, 2021 oral argument before Judge Vatti in this matter.  Specifically, CHLIC seeks an order sealing page 30, line 21, of that transcript, where Plaintiffs' counsel quotes from the text of Exhibit BA.  The language that is quoted was subsequently ordered sealed by the Court in its May 12, 2021 Order.  *See* ECF 398 (ordering Exhibit BA sealed in part in accordance with the agreement of the parties and the additional designations proposed by CHLIC).  CHLIC has consulted with Plaintiffs, who do not oppose this Motion.

　　　　The legal basis for sealing this portion of the hearing transcript is the same as the grounds for sealing this portion of Exhibit BA itself, which were previously presented to the Court in connection with Plaintiffs' Motion to Seal.  *See* ECF 316 (Plaintiffs' Motion to Seal); ECF 320 (CHLIC'S Memorandum in Support of Sealing) at 14-16 (presenting grounds for sealing in part

Exhibit BA). That legal basis was also recognized by the Court in its May 12, 2021 Order. *See*
ECF 398. Accordingly, good cause exists pursuant to Federal Rule of Civil Procedure 26(c) and
Local Rule 5 to seal in part this portion of the hearing transcript.

Dated: June 17, 2021                                Respectfully submitted,

                                                     /s/ Brian W. Shaffer
                                                    Brian W. Shaffer (phv08654)
                                                    Jeremy P. Blumenfeld (phv23943)
                                                    Eleanor R. Farrell (phv08309)
                                                    Matthew D. Klayman (phv08656)
                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                    1701 Market Street
                                                    Philadelphia, PA 19103
                                                    Telephone: +1.215.963.5000
                                                    Facsimile: +1.215.963.5001
                                                    brian.shaffer@morganlewis.com
                                                    jeremy.blumenfeld@morganlewis.com
                                                    eleanor.farrell@morganlewis.com
                                                    matthew.klayman@morganlewis.com

                                                    Lisa R. Weddle (phv08957)
                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                    300 South Grand Avenue
                                                    Twenty-Second Floor
                                                    Los Angeles, CA 90071-3132
                                                    Telephone: +1.213.612.2500
                                                    Facsimile: +1.213.612.2501
                                                    lisa.weddle@morganlewis.com

                                                    Michael Blanchard (ct25891)
                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                    One State Street
                                                    Hartford, CT 06103
                                                    Telephone: +1.860.240.2945
                                                    Facsimile: +1.860.240.2800
                                                    michael.blanchard@morganlewis.com

                                                    *Attorneys for Defendant Cigna Health and Life
                                                    Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2020, the foregoing document and any attachments thereto were filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                  /s/ Brian Shaffer
                                                  Brian Shaffer