# EXHIBIT A

| | |
|---|---|
| **From:** | Christopher Barrett <cbarrett@ikrlaw.com> |
| **Sent:** | Wednesday, June 3, 2020 4:12 PM |
| **To:** | Farrell, Eleanor R. |
| **Cc:** | Robert Izard; Craig Raabe; William H. Narwold; Oliver, Meghan; Grant.Michelle@dorsey.com; Shaffer, Brian W.; Blumenfeld, Jeremy P.; Weddle, Lisa R.; Klayman, Matthew D. |
| **Subject:** | Re: Negron v. Cigna |
| **Attachments:** | 051078-07__114281063v1_Cigna_Negron - Stip re Amended Class Definitions DRAFT (Plaintiff Edit).DOCX |

[EXTERNAL EMAIL]
Ellie,

We have revised the stipulation so Plaintiffs can seek amendment only to address specific issues identified by the Court. The Court clearly has the authority under Rule 23 to raise issues and ask that Plaintiffs address them and, on behalf of the proposed class, we need to be able to do so. Please let us know if this is agreeable to Defendants, and we can file.

With respect to plans that use the the phrase "incur expenses for charges made by a Pharmacy" instead of "incurs expenses for charges made by a Pharmacy," Plaintiffs consider the phrases to be substantively the same and to have the same legal effect and thus participants with either version should be considered to be in the Classes.

From a practical standpoint, it is not clear if this difference is material because — based on a search of the plans produced by Cigna — the accounts that have plans with the "incur" phrase are listed in DST Report 2. Accordingly, the different conjugations do not seem to materially affect the damages number. We are still evaluating the issue, but please let us know whether Defendants disagree and/or would like to confer on this issue.

Thanks

Chris

**Christopher M. Barrett**
**IZARD, KINDALL & RAABE, LLP**
29 S. Main St, Suite 305
West Hartford, CT 06107
860 493 6292


> On Jun 3, 2020, at 11:48 AM, Farrell, Eleanor R. <eleanor.farrell@morganlewis.com> wrote:
>
> Bob,
>
> Defendants CHLIC and Optum are willing to consent to Plaintiffs' motion to amend the class definitions, subject to certain conditions set forth in the attached proposed stipulation. Please let us know if it is agreeable to Plaintiffs or if you have any comments.
>
> Relatedly, in reviewing the amended class definitions, we identified plans where the "Covered Expenses" provision includes the phrase "incur expenses for charges made by a Pharmacy." A sample

plan is attached.  Given the proposed stipulation, we also want to know now whether Plaintiffs intend for those plans to satisfy the requirements of the amended class definitions where the verb "incur" is conjugated differently than in the amended class definitions ("incurs . . . ."). We would appreciate clarification on that point.

Thanks,
Ellie

**Eleanor R. Farrell**

**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5194 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Cell: +1.814.769.1216
eleanor.farrell@morganlewis.com | www.morganlewis.com
Assistant: Fatima Sewell | +1.215.963.5382 | fatima.sewell@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

<051078-07__114281063v1_Cigna_Negron - Stip re Amended Class Definitions [DRAFT].DOCX><CIGNA04075426_CIGNA027.pdf>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY and OPTUMRX, INC.,<br><br>Defendants. | No. 3:16-cv-1702 (JAM)<br><br><br><br><br><br><br><br>June __, 2020 |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs"), Defendant Cigna Health and Life Insurance Company ("CHLIC"), and Defendant OptumRx, Inc. ("Optum") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree to and submit for the Court's consideration the following stipulation. The Parties respectfully request that the Court enter this stipulation to resolve Plaintiffs' Motion to Amend Proposed Class Definitions [ECF No. 253].

Plaintiffs filed their Motion to Amend Proposed Class Definitions on May 20, 2020. As a preliminary response, Defendants filed a letter requesting, *inter alia,* that their deadline to oppose class certification be extended [ECF No. 255]. The Court directed Plaintiffs to respond to the request set forth in Defendants' letter. [ECF No. 256]. The Parties then jointly proposed the Seventh Amended Joint Case Management Plan, which resolved Defendants' scheduling request.

Case 3:16-cv-01702-JAM   Document 411-1   Filed 06/28/21   Page 5 of 8

[ECF No. 257]. The Court entered an order approving the Seventh Amended Joint Case Management Plan on May 28, 2020. [ECF No. 258].

Since then, the Parties have continued to confer and now agree as follows, subject to the Court's approval:

1. The proposed class and subclass definitions set forth in the Motion to Amend Proposed Class Definitions shall be substituted for the corresponding proposed definitions set forth in Plaintiffs' Motion for Class Certification [ECF No. 205].

2. Plaintiffs' Motion to Amend Proposed Class Definitions [ECF No. 253] is moot.

3. Plaintiffs shall not seek to amend their proposed class definitions further <span style="color:red">except to address any specific issue(s) identified by the Court</span>.

4. If Defendants believe in good faith that they need to re-depose Plaintiffs' proffered expert, Launce B. Mustoe, regarding his declaration in support of Plaintiffs' Motion for Class Certification [ECF No. 207-01], Plaintiffs shall pay for the costs of such deposition, not to exceed four hours.

June __, 2020                              Respectfully Submitted,

/s/ Brian W. Shaffer                       /s/ Robert A. Izard

                                           Robert A. Izard (ct01601)
Brian W. Shaffer (pro hac vice)            Plaintiffs' Interim Co-Lead Class Counsel
Jeremy P. Blumenfeld (pro hac vice)        Craig A. Raabe (ct04116)
Eleanor R. Farrell (pro hac vice)          Christopher M. Barrett (ct30151)
Matthew Klayman (pro hac vice)             IZARD, KINDALL & RAABE, LLP
MORGAN, LEWIS & BOCKIUS LLP                29 South Main Street, Suite 305
1701 Market Street                         West Hartford, CT 06107
Philadelphia, PA 19103                     Telephone: 860.493.6292
Telephone: 215.963.5000                    Facsimile: 860.493.6290
Facsimile: 215.963.5001                    rizard@ikrlaw.com
brian.shaffer@morganlewis.com              craabe@ikrlaw.com
jeremy.blumenfeld@morganlewis.com          cbarrett@ikrlaw.com

2

eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  860.240.2945
Facsimile:  860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*


/s/ Michelle S. Grant

Michelle S. Grant (pro hac vice)
William R. Stoeri (pro hac vice)
Andrew Holly (pro hac vice)
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600
Facsimile: 612.340.2868
stoeri.bill@dorsey.com
grant.michelle@dorsey.com
holly.andrew@dorsey.com

Kelly Frye Barnett (ct29817)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860.275.8200
Fax: 860.275.8206
E-mail: kbarnett@rc.com

*Attorneys for Defendant OptumRx, Inc.*

William H. Narwold (ct00133)
Plaintiffs' Interim Co-Lead Class Counsel
Mathew Jasinski (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo (ct27481)
Plaintiffs' Executive Committee Chair
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Plaintiffs' Executive Committee Member
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

3

Brian C. Gudmundson, pro hac vice
Plaintiffs' Executive Committee Member
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
Plaintiffs' Executive Committee Member
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Plaintiffs' Executive Committee Member
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
Plaintiffs' Executive Committee Member
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member

4

Kristen G. Marttila, pro hac vice
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*

**BY THE COURT:**

Date:   June __, 2020

_____
HON. JEFFREY A. MEYER
UNITED STATES DISTRICT COURT JUDGE