# EXHIBIT B

| | |
|---|---|
| **From:** | Farrell, Eleanor R. |
| **Sent:** | Friday, April 30, 2021 10:48 AM |
| **To:** | 'Robert Izard'; 'Craig Raabe'; 'William H Narwold - Motley Rice LLC (bnarwold@motleyrice.com)'; 'Oliver, Meghan' |
| **Cc:** | Shaffer, Brian W.; Blumenfeld, Jeremy P.; Weddle, Lisa R.; Klayman, Matthew D. |
| **Subject:** | Negron v. Cigna |
| **Attachments:** | CIGNA12484250 - AEO.xlsx |

Counsel,

Hope you are all well.  We've attached the remaining DST report for plan or plan-related documents since 1/1/2010 created in the DST system for Proclaim that contain the phrase **"required to pay a portion of the Covered Expenses for Prescription Drugs and Related Supplies"** (a phrase selected by Plaintiffs) (bearing bates number CIGNA12484250).  Cigna reiterates that the DST report attached is subject to the caveats and limitations previously described by Cigna, including, but not limited to, in its August 5, 2020 and December 9, 2020 letters and its objections and responses to Plaintiffs' various sets of interrogatories.  This report does not include any plans/plan-related documents for participants/beneficiaries of Cigna plans, where applicable.  We have designated this report "Confidential-Attorneys' Eyes Only" subject to the parties' protective order.

We previously discussed that the parties would move forward with expert discovery, starting with Mr. Mustoe amending his June 2020 report.  Let us know how you propose we proceed.

Thanks,
Ellie

**Eleanor R. Farrell**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5194 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Cell: +1.814.769.1216
eleanor.farrell@morganlewis.com | www.morganlewis.com
Assistant: Fatima Sewell | +1.215.963.5382 | fatima.sewell@morganlewis.com

