## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br>                              Defendant. | Civ. A. No. 16-cv-1702 (JAM)<br><br>July 13, 2021 |

## STIPULATION TO MODIFY THE SUMMARY
## JUDGMENT DEADLINE SET FORTH IN THE
## NINTH AMENDED STIPULATED JOINT CASE MANAGEMENT PLAN

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs") and Defendant Cigna Health and Life Insurance Company ("CHLIC") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and submit this stipulation as follows:

**WHEREAS**, on September 22, 2020, the Parties filed their Ninth Amended Stipulated Joint Case Management Plan (ECF 337), which the Court approved on September 30, 2020 (ECF 351);

**WHEREAS,** pursuant to the Ninth Amended Stipulated Joint Case Management Plan, any motions for summary judgment are to be filed sixty (60) days after the Court's ruling on Plaintiffs' motion for class certification or the court of appeals' ruling on any Rule 23(f) petition, whichever is later (*See* ECF 337);

**WHEREAS,** on May 20, 2021, the Court entered an Order Denying Plaintiff's Motion for Class Certification (ECF 401);

**WHEREAS,** pursuant to the Ninth Amended Stipulated Joint Case Management Plan, any motions for summary judgment are due by July 19, 2021, which is sixty (60) days after the Court's May 20, 2021 Order Denying Plaintiff's Motion for Class Certification (ECF 401);

**WHEREAS,** on June 7, 2021, Plaintiffs filed a Motion to Amend the Scheduling Order to Permit the Filing of an Amended Class Certification Motion (ECF 407);

**WHEREAS,** on June 28, 2021, CHLIC filed an Opposition to Plaintiffs' Motion to Amend the Scheduling Order to Permit the Filing of an Amended Class Certification Motion (ECF 411);

**WHEREAS,** on June 29, 2021, the Court issued an Order permitting Plaintiffs to file a reply to CHLIC's Opposition to Plaintiffs' Motion to Amend the Scheduling Order to Permit the Filing of an Amended Class Certification Motion by July 12, 2021 (ECF 412);

**WHEREAS,** the Parties have conferred about the existing July 19, 2021 summary judgment deadline and stipulate, consistent with the case schedule in the Parties' prior Joint Case Management Plans, that summary judgment should not be briefed while a request to pursue class certification is pending;

**THEREFORE, IT IS STIPULATED AND AGREED** that the summary judgment deadline is modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Motions for summary judgment | July 19, 2021 | If the Court **denies** Plaintiffs' Motion to Amend the Scheduling Order to Permit the Filing of an Amended Class Certification Motion (ECF 407), motions for summary judgment will be filed 30 days after the Court's denial.<br><br>If the Court **grants** Plaintiffs' Motion to Amend the Scheduling Order to Permit the Filing of an Amended Class Certification Motion (ECF 407), motions for summary judgment will be filed 60 days after the Court's ruling on Plaintiffs' motion for class certification or the court of appeals' ruling on any Rule 23(f) petition, whichever is later. |
| Oppositions to motions for summary judgment | 60 days after motions for summary judgment are filed. | Same |
| Replies in support of motions for summary judgment | 30 days after oppositions to summary judgment are filed. | Same |

Dated:  July 13, 2021

*/s/* Robert A. Izard
Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860.493.6292
Facsimile: 860.493.6290

Respectfully submitted,

*/s/* Brian W. Shaffer
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv08309)
Eleanor R. Farrell (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000

rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

*Attorneys for Plaintiffs*

Facsimile: 215.963.5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Lisa R. Weddle (phv08957)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: 213.612.2500
Facsimile: 213.612.2501
lisa.weddle@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860.240.2945
Facsimile: 860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life
Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 13, 2021, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Brian W. Shaffer
Brian W. Shaffer