UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., <br>    Plaintiffs, <br><br> v. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al., <br><br>    Defendants. | Civil No. 3:16-cv-1702 (JAM) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

In accordance with D. Conn. L. Civ. R. 7(e), the undersigned counsel, moves for the withdrawal of the appearance of Eleanor R. Farrell in the action on behalf of Defendant Cigna Health and Life Insurance Company ("CHLIC"). In support of this motion, the undersigned counsel represents that, effective January 21, 2022, Eleanor R. Farrell is no longer associated with Morgan, Lewis & Bockius LLP. CHLIC continues to be represented by*, inter alia*, Michael D. Blanchard, Brian W. Shaffer, Jeremy P. Blumenfeld, Lisa Weddle, and Matthew D. Klayman of the law firm of Morgan, Lewis & Bockius LLP.

Therefore, the undersigned counsel respectfully requests that this motion be granted.

Dated:  January 24, 2022

Respectfully submitted,

<u>s/ Brian W. Shaffer</u>
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv23943)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
<u>brian.shaffer@morganlewis.com</u>
<u>jeremy.blumenfeld@morganlewis.com</u>
<u>matthew.klayman@morganlewis.com</u>

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860-240-2945
Facsimile: 860-240-2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

**CERTIFICATE OF SERVICE**

I, Brian W. Shaffer, hereby certify that on January 24, 2022, I caused to be served the document filed herein via the Court's electronic filing system upon all counsel of record.

*s/ Brian W. Shaffer*