IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY et al.,<br><br>      Defendants. | Civ. A. No. 16-cv-1702 (JAM) |

**DECLARATION OF BRIAN W. SHAFFER IN SUPPORT OF
CHLIC'S LOCAL RULE 56(a)(1) STATEMENT OF UNDISPUTED MATERIAL FACTS**

I, Brian W. Shaffer, an attorney duly admitted to practice before this Court, being duly sworn, deposes and says:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendant Cigna Health and Life Insurance Company ("CHLIC"). I submit this declaration in support of CHLIC's Local Rule 56(a)(1) Statement of Undisputed Material Facts and in connection with CHLIC's Partial Motion for Summary Judgment.

2. Attached hereto are true and correct copies of the following:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **Exhibit A** | Excerpts of the Deposition Transcript of Tyler Lester (FILED UNDER SEAL) |
| **Exhibit B** | Excerpts of the Deposition Transcript of Kimberly Negron (FILED UNDER SEAL) |
| **Exhibit C** | Plaintiffs' Second Amended Responses to CHLIC'S First Interrogatories (FILED UNDER SEAL) |
| **Exhibit D** | 2014 Putnam Investments, Inc. ASO Agreement (CIGNA00002315–58) (FILED UNDER SEAL) |
| **Exhibit E** | Excerpts of the Deposition Transcript of Daniel Perry (FILED UNDER SEAL) |

| | |
|---|---|
| **Exhibit F** | 2012 Hampton Affiliates ASO Agreement (CIGNA00001817–56) (FILED UNDER SEAL) |
| **Exhibit G** | Excerpts of the Deposition Transcript of Roger Curol (FILED UNDER SEAL) |
| **Exhibit H** | Excerpts of the Deposition Transcript of Nina Curol (FILED UNDER SEAL) |
| **Exhibit I** | 2015 Island Operating Company, Inc. ASO Agreement (CIGNA00001245–79) (FILED UNDER SEAL) |
| **Exhibit J** | Excerpts of the Deposition Transcript of Billy Ray Blocker, Jr. (FILED UNDER SEAL) |
| **Exhibit K** | 2014 Cobb County ASO Agreement (CIGNA12361815-48) (UNSEALED) |
| **Exhibit L** | 2015 Sivantos ASO Agreement (CIGNA00381922–2009) (FILED UNDER SEAL) |
| **Exhibit M** | CHLIC's Supplemental Responses to Plaintiffs' Fifth Set of Interrogatories (FILED UNDER SEAL) |
| **Exhibit N** | Declaration of Danielle Wefelmeyer (UNSEALED) |
| **Exhibit O** | Excerpts of the Pharmacy Benefit Management Agreement ("PBM Agreement") (FILED UNDER SEAL) |
| **Exhibit P** | Optum's Responses to Plaintiffs' Second Interrogatories (FILED UNDER SEAL) |
| **Exhibit Q** | CHLIC's Responses to Plaintiffs' Second Interrogatories (FILED UNDER SEAL) |
| **Exhibit R** | Schedule 20 to the PBM Agreement (CIGNA00002860-3050) (FILED UNDER SEAL) |
| **Exhibit S** | Amendment No. 2 to the PBM Agreement (CIGNA00003138-3205) (FILED UNDER SEAL) |
| **Exhibit T** | Excerpts of the Deposition Transcript of Stephanie Byrne (UNSEALED) |
| **Exhibit U** | October 2, 2014 Email from S. Donabedien to J. Warner (ORX_00006120) (FILED UNDER SEAL) |
| **Exhibit V** | Excerpts of the Deposition Transcript of Michelle Emanuel-Johnson (FILED UNDER SEAL) |
| **Exhibit W** | Argus Fees and Expenses Provision (DSTPS000027-30) (FILED UNDER SEAL) |
| **Exhibit X** | Excerpts of the Master Services Agreement ("MSA") (FILED UNDER SEAL) |
| **Exhibit Y** | October 16, 2013 Email from S. Byrne to J. Burns-McAvoy (DSTPS000863) (FILED UNDER SEAL) |
| **Exhibit Z** | January 29, 2014 Email from R. King to R. VonBevern (DSTPS003642) (FILED UNDER SEAL) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  March 18, 2022

           MORGAN, LEWIS & BOCKIUS LLP

           /s/ *Brian W. Shaffer*
           Brian W. Shaffer