# EXHIBIT T

Page 84

1                S. Byrne
2  whether there was implementation of something
3  that you felt was substantially in compliance,
4  though wasn't to the letter?
5       A    My recollection is that it was not
6  implemented.  It was a very rigorous compliance
7  area.  It was very letter of the law.
8       Q    Were you familiar with something
9  called the Pharmacy Overpayments Project?
10      A    Yes, I'm familiar with the project.
11           MR. RAABE:  Charlotte, let's go to
12      document 1494985.
13           MS. LOPER:  Okay.  This will be
14      Exhibit 176.  You should be able to see it
15      now.
16           (Exhibit 176 was marked.)
17           THE WITNESS:  Okay.  Got it.
18  BY MR. RAABE:
19      Q    Okay.  So on the first page of Exhibit
20  176 in the upper left-hand corner says "Project
21  Name Argus Transition Pharmacy Overpayments."
22           Do you see that?
23      A    Yes.
24      Q    What's your recollection of what the
25  purpose of this project was?

Page 85

1            S. Byrne

2     A     When we executed on the deal with
3  Catamaran, now Optum, the deal was moved forward
4  on by Cigna to obtain more competitive discounts
5  from them contracting the retail pharmacy
6  network.  It was a pretty big deal and, again, we
7  were looking to find ways to be more competitive
8  in the big PBM industry.  And several RFPs came
9  out and Catamaran came back with what we thought
10 was a better discount level, a good enough of an
11 improvement that it was worth moving forward with
12 Catamaran.
13           That particular contract, the
14 justification of going through with it meant that
15 they had to deliver on the discounts that were
16 guaranteed in that contract, in order for us to
17 make sure that we were using those better
18 discounts to be more competitive in the
19 marketplace.  And we were very specific in that
20 contract that the discounts that they guaranteed
21 us were those based on those that the pharmacy
22 ultimately retained.
23           So we expected Catamaran to deliver on
24 those discounts, and the discounts would be
25 calculated based on the funds retained by the

1                    S. Byrne
2    pharmacy.
3        Q    Okay.  On the second page of this
4    document under the heading Roman numeral III,
5    Requests Summary -- let me know when you're
6    there.
7        A    Yeah.
8        Q    It says, "The change will allow Cigna
9    to reduce the amount owed to pharmacies by the
10   negative amount and eliminate current
11   overpayments to pharmacies"; right?
12       A    Yes.
13       Q    That's what we referred to before as
14   clawback; right?
15       A    No.  I would -- I would keep them
16   distinct, in that when Catamaran was not
17   delivering on the discounts that they guaranteed,
18   then the amounts -- based on the amounts the
19   pharmacy was retaining, we insisted that
20   Catamaran make us good as the contract said on
21   the amounts of discounts that they were going to
22   deliver in their contract.
23            There was a big blowup over the
24   contract per se, and Catamaran/Optum informed us
25   that it was not their problem that the pharmacy

Page 87

1       S. Byrne
2  was being paid these levels that was more than
3  what their contract said they were due, and that
4  if we had been on their platform, that they had
5  ways to adjudicate it correctly.
6       And Catamaran often used the word
7  "overpayments" to us.  "It's not our problem that
8  you're overpaying."  Our contention was "We're
9  not overpaying.  We're not doing anything
10 differently than we did prior to you paying our
11 network.  And by the way, your contract says this
12 is what your discounts are based on."
13      I was not involved in the discussions
14 directly with Catamaran over remedies for this
15 problem, but I know what came out of it is an
16 agreement, or a forced agreement onto Cigna that
17 we had to enhance the Argus systems to add an
18 adjudication feature that would be similar and
19 duplicate to what Optum/Catamaran would have been
20 able to be done on those systems.  And that that
21 difference, in a nutshell, was to allow the
22 amount due to the pharmacy to be less than zero.
23      Q    Under Roman numeral VI it references
24 Cigna Ascension project; do you know what that
25 is?