UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>  Defendants. | Civil No. 3:16-cv-1702 (JAM) |

### DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S MOTION TO SEAL DOCUMENTS IN SUPPORT OF ITS <u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

Pursuant to Local Civil Rules 5(e) and 7(a), Defendant Cigna Health and Life Insurance Company ("CHLIC"), by and through its undersigned counsel, hereby moves to file the following documents under seal (together, the "Subject Documents"):

- Exhibits A-J, L-M, O-S, and U-Z to the Declaration of Brian W. Shaffer in Support of CHLIC's Local Rule 56(a)(1) Statement of Undisputed Material Facts in Support of CHLIC's Partial Motion for Summary Judgment ("Shaffer Declaration") (ECF No. 425); and

- Any quotations or summaries of the Subject Documents contained in the unredacted versions of its Memorandum of Law in Support of its Motion for Partial Summary Judgment (ECF No. 423) or its Statement of Undisputed Material Facts (ECF No. 424) in support thereof.

The Subject Documents were designated as "Confidential" or "Confidential—Attorney's Eyes Only" by the parties to this action pursuant to the Protective Order, which requires CHLIC to file them under seal.  *See* ECF No. 92.  As set forth more fully in the accompanying memorandum of law, these documents contain confidential, proprietary, and commercially sensitive information, as well as personally identifying information and protected health

information exempt from disclosure under the Health Insurance Portability and Accountability Act of 1996. For these reasons, CHLIC respectfully seeks an order sealing the Subject Documents.

Dated: March 18, 2022            Respectfully submitted,

/s/ *Brian W. Shaffer*
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv23943)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860-240-2945
Facsimile: 860-240-2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2022, the foregoing document and all attachments thereto were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                             /s/ *Brian W. Shaffer*
                                                             Brian W. Shaffer