UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Civ. A. No. 16-cv-1702 (JAM)<br><br>May 17, 2022 |

**STIPULATION TO MODIFY THE EXPERT DISCOVERY SCHEDULE SET FORTH IN THE NINTH AMENDED STIPULATED JOINT CASE MANAGEMENT PLAN**

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs") and Defendant Cigna Health and Life Insurance Company ("CHLIC") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and submit this stipulation as follows:

**WHEREAS**, on September 22, 2020, the Parties filed their Ninth Amended Stipulated Joint Case Management Plan (ECF 337), which the Court approved on September 30, 2020 (ECF 351);

**WHEREAS,** pursuant to the Ninth Amended Stipulated Joint Case Management Plan, the Parties agreed that (a) Plaintiffs may amend the merits expert report of Launce Mustoe submitted previously on July 7, 2020, (b) the deadlines to submit other expert reports and to complete expert depositions would be adjourned, and (c) the Parties would propose a revised expert discovery schedule for the Court's consideration (*see* ECF 337);

**WHEREAS,** the Parties have conferred about a revised expert discovery schedule that will not impact any other existing case deadlines;

**THEREFORE, IT IS STIPULATED AND AGREED** that the Parties respectfully request entry of the following expert discovery schedule:

| Event | Prior Deadline | Proposed Deadline |
|---|---|---|
| **Experts:** | | |
| Plaintiffs' expert reports | July 6, 2020 (submitted), except amended report forthcoming | Amended report of Launce Mustoe due May 24, 2022 |
| CHLIC's expert reports | Adjourned | July 25, 2022 |
| Depositions completed | Adjourned | Deposition of Launce Mustoe: June 23, 2022<br><br>Depositions of CHLIC's experts: August 24, 2022 |

| | |
|---|---|
| Dated: May 17, 2022 | Respectfully submitted, |
| /s/Craig A. Raabe | /s/ Brian W. Shaffer |
| Robert A. Izard (ct01601) | Brian W. Shaffer (phv08654) |
| Craig A. Raabe (ct04116) | Jeremy P. Blumenfeld (phv08309) |
| Christopher M. Barrett (ct30151) | Matthew D. Klayman (phv08656) |
| IZARD, KINDALL & RAABE, LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 29 South Main Street, Suite 305 | 1701 Market Street |
| West Hartford, CT 06107 | Philadelphia, PA 19103 |
| Telephone: 860.493.6292 | Telephone: 215.963.5000 |
| Facsimile: 860.493.6290 | Facsimile: 215.963.5001 |
| rizard@ikrlaw.com | brian.shaffer@morganlewis.com |
| craabe@ikrlaw.com | jeremy.blumenfeld@morganlewis.com |
| cbarrett@ikrlaw.com | eleanor.farrell@morganlewis.com |
| | matthew.klayman@morganlewis.com |
| *Attorneys for Plaintiffs* | |
| | Lisa R. Weddle (phv08957) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 300 South Grand Avenue |
| | Twenty-Second Floor |
| | Los Angeles, CA 90071-3132 |
| | Telephone: 213.612.2500 |
| | Facsimile: 213.612.2501 |
| | lisa.weddle@morganlewis.com |
| | |
| | Michael D. Blanchard (ct25891) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | One State Street |
| | Hartford, CT 06103 |
| | Telephone: 860.240.2945 |
| | Facsimile: 860.240.2800 |
| | michael.blanchard@morganlewis.com |
| | |
| | *Attorneys for Defendant Cigna Health and Life Insurance Company* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2022, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian W. Shaffer
Brian W. Shaffer