UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY, <br><br> Defendant. | No. 16-cv-1702 (JAM) <br> (Consolidated) <br><br><br><br> May 17, 2022 |

**DECLARATION OF CRAIG A. RAABE IN SUPPORT OF
PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO
CIGNA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Craig A. Raabe, declare the following:

1. I am an attorney at the law firm of Izard Kindall & Raabe LLP. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Cigna's Motion for Partial Summary Judgment. I state the following based upon my personal knowledge.

2. Attached hereto are true and correct copies of the following:

| Exhibit No. | Description |
|---|---|
| 1 | Excerpts of 2008 Restated Agreement between Argus and CHLIC. **Sealed.** |
| 2 | Excerpts of the deposition of Tyler Lester |
| 3 | Excerpts of Master Services Agreement between Argus and CHLIC. **Sealed.** |
| 4 | Statement of Work No. 1 to Argus Agreement. **Sealed.** |
| 5 | Schedule A-1 to Statement of Work No. 1. **Sealed.** |
| 6 | Excerpts of Agreement between Optum and CHLIC. **Sealed.** |
| 7 | Schedule 8 to Optum Agreement. **Sealed.** |
| 8 | Excerpts of the deposition of Michelle Emanuel-Johnson. **Sealed.** |
| 9 | Excerpts of the deposition of Stephanie Byrne. **Sealed.** |
| 10 | "Pharmacy Over Payments" project the first page of which bears CIGNA00199866. Cigna designated this document as confidential, but it was previously ordered unsealed. ECF 259 at 13-14. |

| | |
|---|---|
| 11 | Document the first page of which bears CIGNA00248002. **Sealed in part.** Cigna designated the document as confidential, but it was previously ordered sealed in part. ECF 259 at 12. |
| 12 | Document the first page of which bears CIGNA00056016. **Sealed in part.** Cigna designated the document as confidential, but it was previously ordered sealed in part. ECF 259 at 13. |
| 13 | Document the first page of which bears CIGNA00054921. Cigna designated this document as confidential, but it was previously ordered unsealed. ECF 259 at 6-7. |
| 14 | Excerpts of the deposition of Christopher Hocevar. **Sealed in part.** |
| 15 | Document the first page of which bears CIGNA07722983. **Sealed in part.** Cigna designated the document as confidential, but it was previously ordered sealed in part. ECF 259 at 14-15. |
| 16 | Document the first page of which bears CIGNA07435181. **Sealed in part.** Plaintiffs have not redacted the portions that were included in their Second Amended Complaint, ECF 198. |
| 17 | Document the first page of which bears CIGNA00246200. **Sealed in part.** Plaintiffs have not redacted the portions that were included in their Second Amended Complaint, ECF 198. |
| 18 | Document the first page of which bears CIGNA00050555. **Sealed in part.** Plaintiffs have not redacted the portions that were included in their Second Amended Complaint, ECF 198. |
| 19 | Document the first page of which bears CIGNA00102075. **Sealed.** |
| 20 | Document the first page of which bears CIGNA00185904. **Sealed.** |
| 21 | Document the first page of which bears CIGNA00050557. **Sealed.** |
| 22 | Document the first page of which bears CIGNA00212990. **Sealed.** |
| 23 | Document the first page of which bears CIGNA00234841. **Sealed.** |
| 24 | Document the first page of which bears CIGNA07726198. **Sealed.** |
| 25 | Document the first page of which bears CIGNA00491444. **Sealed in part.** Cigna designated the document as confidential, but it was previously ordered sealed in part. ECF 398. |
| 26 | Document the first page of which bears CIGNA00491618. Cigna designated the document as confidential, but it was previously ordered unsealed. ECF 259 at 8-9. **Sealed in part**. |
| 27 | Document the first page of which bears CIGNA00054926. Cigna designated the document as confidential, but it was previously ordered unsealed. ECF 259 at 6-7. |
| 28 | Document the first page of which bears CIGNA00367624. Cigna designated the document as confidential, but has since de-designated it. ECF 209 at 1-2, ECF 210-19. |
| 29 | Document the first page of which bears CIGNA00177314. Cigna designated the document as confidential, but has since de-designated it. ECF 226 at 4-5. |

| | |
|---|---|
| 30 | Document the first page of which bears CIGNA00433125. **Sealed in part.** Cigna designated the document as confidential, but it was previously ordered sealed in part. ECF 398. |
| 31 | Document the first page of which bears CIGNA00180951. **Sealed in part.** Cigna designated the document as confidential, but it was previously ordered sealed in part. ECF 259 at 9-10. |
| 32 | Document the first page of which bears CIGNA00309575. Cigna designated the document as confidential, but it was previously ordered unsealed. ECF 259 at 11. **Sealed in part.** |
| 33 | Document the first page of which bears CIGNA07504937. **Sealed in part.** Cigna designated the document as confidential, but it was previously ordered sealed in part. ECF 259 at 7. |
| 34 | Document the first page of which bears CIGNA00180852. **Sealed.** |
| 35 | Document the first page of which bears CIGNA00192937. **Sealed.** |
| 36 | Excerpts of the deposition of David Cordani. **Sealed.** |
| 37 | Document the first page of which bears CIGNA00158091. **Sealed** |
| 38 | Document the first page of which bears CIGNA0055857. Cigna designated the document as confidential, but it was previously ordered unsealed. ECF 398. |
| 39 | Excerpts of document the first page of which bears CIGNA02386367. **Sealed.** |
| 40 | Cigna's Counterclaims in Arapahoe Surgery Center, LLC v. Cigna Healthcare, Inc., No. 13-cv-3422 (D. Colo.) |
| 41 | Excerpts of document the first page of which bears CIGNA00001317. **Sealed.** |
| 42 | Excerpts of document the first page of which bears CIGNA00001525. **Sealed.** This document was previously ordered sealed. ECF 398. |
| 43 | Excerpts of document the first page of which bears CIGNA00000330. **Sealed.** |
| 44 | Excerpts of Cigna's Opposition Memorandum in Arapahoe Surgery Center, LLC v. Cigna Healthcare, Inc., No. 13-cv-3422 (D. Colo.). |
| 45 | November 11, 2020 email from Plaintiffs' counsel to Cigna's counsel attaching Plaintiffs' Supplemental Responses to CHLIC's First Set of Interrogatories. |
| 46 | Excerpts of the deposition of Kimberly Negron. |
| 47 | Excerpts of the deposition of Roger Curol. |
| 48 | Excerpts of the deposition of Billy Ray Blocker. |
| 49 | Excerpts of the deposition of Daniel Perry. |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of May 2022 at West Harford, Connecticut.

                                                */s/ Craig A. Raabe*

Craig A. Raabe (ct04116)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860-493-6292
craabe@ikrlaw.com