# EXHIBIT 10



# Argus Transition: Pharmacy Over Payments HRA Claims

## *Pharmacy Business Requirements*

Document Status: [CONTROL Forms.ComboBox.1 \s]

Updated: 3/17/2014
Version 2.0

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright [ DATE \@ "yyyy" \* MERGEFORMAT ] by CIGNA

# DOCUMENT INFORMATION
## Project Information

| | | | |
|---|---|---|---|
| **Project:** | Argus Transition: Pharmacy Over Payments HRA Claims | **BEN Code:** | N/A |
| **Project Sponsor:** | David Cordani | **Enterprise Project Manager:** | Rick Scotson |
| **Project Type:** | [CONTROL Forms.ComboBox.1 \s] | **Business Project Manager:** | Julie Burns-McAvoy |
| | | **IT Project Manager:** | Debashis Dey |
| | | **System Analysts:** | TBD |
| | | **Test Manager:** | TBD |
| | | **Pharmacy SMEs:** | Justin Pitt Stephanie Byrne Dave Despard |

## Document Change Log

| Date | Version# | Author | Comments | Approved By |
|---|---|---|---|---|
| 2/24/14 | 1.0 | Julie Burns-McAvoy | Initial submission | Dave Despard |
| 2/27/14 | 1.5 | Julie Burns-McAvoy | Removed references to Health Savings Account (HSA) and added questions and answers 1-3 | Dave Despard |
| 2/28/14 | 1.6 | Julie Burns-McAvoy | Added follow up response to question 3 | Renee VonBevern |
| 3/17/14 | 2.0 | Julie Burns-McAvoy | Added question and answer 4 | Dave Despard |
| | | | | |

## Related Documents

| Document Name | Purpose | Location |
|---|---|---|
| Test Evidence - Pharmacy Over Payments HRA Claim 2-28-14.doc | Screen prints to support the answer to question 3. | [ EMBED Word.Document.8 \s ] |
| | | |
| | | |

# 1. PROJECT SUMMARY

There are instances where the amount due to pharmacies is a negative dollar amount.  Today, the negative dollar amount is not reflected for Health Reimbursement Accounts (HRAs) and Health Savings Accounts (HSAs).  Cigna needs the negative paid amount due to the pharmacies to be reflected as the true negative value.  The change will allow Cigna to reduce the amount owed to pharmacies by the negative amount and eliminate current over payments to pharmacies.

# 2. REQUIREMENTS SECTION

| # | Business Requirements |
|---|---|
| 1. | The Plan Total Paid field should reflect the negative amount owed to the pharmacy for |

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright [ DATE \@ "yyyy" \* MERGEFORMAT ] by CIGNA

CIGNA00199867

| | |
|---|---|
| | Health Reimbursement Account claims when the customer's liability is greater than the pharmacy contracted ingredient cost. *Refer to General Assumption 1* |
| 2. | ~~The Plan Total Paid field should reflect the negative amount owed to the pharmacy for Health Savings Account claims when the customer's liability is greater than the pharmacy contracted ingredient cost.~~ *~~Refer to General Assumption 2~~* |
| 3. | The negative Plan Total Paid amount needs to be reflected in the pharmacy point of sale system. |
| 4. | All impacted downstream processes should be updated accordingly. *Refer to Question 3* |
| 5. | All changes will need to be tested. |
| 6. | |
| 7. | |

## 3. GENERAL ASSUMPTIONS

| # | Business Assumptions |
|---|---|
| 1. | *Business Requirement 1* The total paid amount owed to the pharmacy needs to be reduced, but not the customer's liability amount being taken from their Health Reimbursement Account. |
| 2. | *~~Business Requirement 2~~* ~~The total paid amount owed to the pharmacy needs to be reduced, but not the Health Savings Account amount.~~ |
| 3. | |
| 4. | |
| 5. | |

## 4. QUESTIONS/OPEN ISSUES

| # | Questions/Open Issues |
|---|---|
| 1. | How do you expect the dollars to populate in the MQ process? Cigna does not expect there to be any changes made to the MQ process. The dollars being taken from the customer's HRA should be reflected the same way they are today. |
| 2. | Are you requesting any changes in that process, or just to update the fields on these claims and then let them flow through as they populate today? We expect the process to be the same regardless of whether the money paid to the pharmacy by the customer is cash, credit card, or taken from an Health Reimbursement Account. |
| 3. | *Business Requirement 4* Are there other downstream processes you are requesting changes to, or are you asking us to do some level of analysis to determine what the downstream impacts might be? Your Business Requirement #4 seems to imply we are accounting for what those impacts are, but we would first need to identify them and then figure out whether we can do anything about them. That will require some additional time to assess. The PCT files and point of sale system need to reflect the reduction in dollars to the pharmacies accurately for payments made from a customer's HRA. All other processes impacted by the original Pharmacy Over Payment project delivered in February need to take in account claims paid for by a customer's HRA. Argus won't be reflecting a negative total paid amount for HRA claims. Today we populate |

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright [ DATE \@ "yyyy" \* MERGEFORMAT ] by CIGNA

CONFIDENTIAL
CIGNA00199868

the entire amount owed to the pharmacy by Cigna, with the full funding coming from the customers' HRA account. Going forward however, the amount owed to the pharmacy should reflect the pre-inflated amount and the HRA account should reflect the entire negative deduction. Here is how it is documented based on what is being seen now.

The screen prints above show how these claims are processing now, and it appears to be the case even with the new logic in place to allow negative total paid. They are still inflating the cost due to D.0 processing and the full amount is being reflected in the total paid field. For non-HRA claims we would expect the overpayment to reflect the -$1.05 in the Total Paid field for the attached example, but for the HRA claims, we would expect the total paid field to reflect $1.58.

Reimbursed/Contracted Ingredient Cost plus Dispense Fee = $1.58
Inflated Ingredient Cost plus Dispense Fee = $2.63

The amount to be paid by the customer out of their HRA account is $2.63, but only the $1.58 should be paid to the pharmacy. The other $1.05 should be kept by Cigna. The trick is to reflect the $1.58 in the total paid field and the -$2.63 to be reflected in the HRA account. It won't reflect a negative amount because nothing has been paid to the pharmacy at point of sale. It is being funded through the HRA amounts.

| | |
|---|---|
| 4. | I support this approach assuming the change that was installed for February (customer liability accounted for at point of sale) remains intact. I expect the Argus PCT solution will allow the following for HRA claims:<br><br>    -the pharmacy total paid field allowed to go negative which is important because the negative in this field provides the means to recoup the overpayment. (note- Cigna reimburses Argus the sum of the pharmacy total paid + HRA and (FSA internal to Cigna).<br>    -report retail spread field appropriately.<br>    -keep the HRA field representing the customer liability paid post point of sale.<br>Note HSA needs to be removed from all documentation for this request as it does not apply.<br>Everything that was put in place remains intact, but there is an additional piece to support the HRA accounts that will not necessarily allow the claims to reflect a negative total paid. It may just be reduced by the amount that the customer paid out of their HRA account toward the contracted amount. I sent the attached email earlier so let me know if you have concerns with what will be reflected in the total paid field here as it will be the same on your PCT – right?<br>The challenge I have is relating your screens to what we have on the PCT. In my view of the world (PCT), I want the HRA to continue to reflect the same amount the customer would have paid if they paid with cash/credit card at point of sale. Additionally, I would want the pharmacy total paid field to reflect the amount which equates to the outstanding pharmacy liability — (the HRA amount + (any plan liability), i.e. Cigna wants to recoup its overpayment.)<br><br>For example : If the total cost of the drug to the pharmacy was $10 and the cost to the customer was $20 (assume they are under deductible) I would want the total pharmacy paid bucket on the PCT to be -$10, the retail spread to be $10 and the HRA to be $20. The outstanding amount due the pharmacy is $10 (they received nothing at point of sale) so the calculation is the $10 — HRA amount ($20)= -$10 (pharmacy total paid). In this transaction, Cigna will 1) reimburse Argus $20 from the HRA and then 2) reduce the payment by $10 since the pharmacy total paid is -$10 resulting in what the pharmacy was |

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright [ DATE \@ "yyyy" \* MERGEFORMAT ] by CIGNA

CONFIDENTIAL

CIGNA00199869

expecting 3) $10.

I believe the total paid field will reflect $10 in your scenario but the HRA amount would be $20. The contracted amount is $10 that is due to the pharmacy and while $20 will be taken out of the HRA account, only $10 would be paid to the pharmacy. You would keep the other $10, which reflects the member overpayment. So rather than getting $10 back from the pharmacy, you would be funding $10 less. That total paid field has to reflect the amount owed to the pharmacy and they are only getting $10.

If you make the pharmacy total paid field a positive $10 then we will reimburse you $30. The HRA for $20 and the $10 in the pharmacy total paid. Why can't Argus make the total paid a negative number in this situation? Why is it different than the non HRA scenario where we deduct future funds (negative pharmacy total paid)? We have always assumed the pharmacy total paid field is irrespective of the HRA funds and outstanding pharmacy liability is the sum of the pharmacy total paid + HRA amount (includes FSA for Cigna people). You will notice in a token scenario where there is no overpayment that the PCT's pharmacy total paid field is set to $0 when the HRA amount satisfies the remaining pharmacy liability. i.e. no spread scenario client IC = pharmacy IC and member is under deduct. We get pharmacy total paid = $0 and the pharmacy liability is satisfied with the amount in the HRA.

Example:
Client IC - $20
Pharmacy IC - $20
Member deductible not met

PCT fields
Deduct-$20
Client IC-$20
**Pharmacy IC-$20……………..outstanding pharmacy liability**
**Pharmacy Total Paid-$0………………pharmacy total paid is zero….**
Total Paid (client)-$0
HRA-$20…………………………HRA satisfies the outstanding pharmacy liability

Because nothing is paid at point of sale by the customer. Those dollars are part of what has to be funded by Cigna. In the non-HRA scenarios, the customer overpaid at point of sale so the dollars have to reflect a negative amount in order to recoup the dollars initially paid to the pharmacy. In the HRA case Cigna owes the reduced amount in order to keep, rather than recover the overpayment by the member.

Where I struggle is nothing is paid at point of sale in the HRA non overpayment scenario. Why is the amount remitted at POS so critical in this process? When the dust settles Cigna is overpaying why does it matter that it's an i.o.u. vs. cash?

I think there is manipulation occurring on your PCT that is doing this then because what I saw with the example that you sent previously is that it is populating the total paid field with what the customer's HRA amount is. I would assume that what we are doing will then calculate appropriately on the PCT because we aren't changing that. The total paid amount is what we use to know what to fund the pharmacy. What you actually fund us never matches what we fund the pharmacy. We may need to do some type of analysis on how this will interact with calculations being done on your PCT then to account for the differences you are seeing from that file vs. what we reflect in our system. The fields are populated from the claim, but PCT's manipulate data per customer requests. I know you have custom coding so it is being changed there; not in our system.

In my opinion it's a show stopper without identifying the impacts to our PCT. I will let others weigh in.

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright [ DATE \@ "yyyy" \* MERGEFORMAT ] by CIGNA

CONFIDENTIAL                                                                                    CIGNA00199870

| | |
|---|---|
| | Lynda confirmed that your PCT program does have a step where the Total Paid field does subtract the HRA amount so your PCT should be fine.  The Total Paid field will be what is reflected in GUI and it will then subtract the amount the member owes from the HRA account, which should result in your expected calculation. |
| | Good news.  It sounds like testing is the next step. |
| 5. | |

Confidential, unpublished property of CIGNA
Do not duplicate or distribute - Use and distribution limited solely to authorized personnel
© Copyright [ DATE \@ "yyyy" \* MERGEFORMAT ] by CIGNA

CONFIDENTIAL

CIGNA00199871