# EXHIBIT 11
## REDACTED

Message

| | |
|---|---|
| **From:** | Zaruba, George A6IT [/O=CIGNA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C48943] |
| **Sent:** | 12/12/2013 4:48:42 PM |
| **To:** | Urick, Paul N B5PHR [Paul.Urick@Cigna.com] |
| **CC:** | Burns-McAvoy, Julie M B5PHR [Julie.Burns-McAvoy@Cigna.com]; Vancour, Karen A B5PHR [Karen.Vancour@Cigna.com]; Crosson Sr, Balthasar A (Aaron) B5PHR [Balthasar.Crosson@Cigna.com] |
| **Subject:** | RE: Daily Update - Network Issues |

Paul,  Forwarded this request to Aaron last night and he reached out to Jonathan.  They are in the process now of running down the detail, last night was the first either of them had heard of this.  Not sure we can complete by tonight but hopefully updated by tomorrow.  Aaron,  Can you weigh in on this request.

Thanks

---

**From:** Urick, Paul N B5PHR
**Sent:** Thursday, December 12, 2013 11:46 AM
**To:** Zaruba, George A6IT
**Cc:** Burns-McAvoy, Julie M B5PHR; Vancour, Karen A B5PHR
**Subject:** RE: Daily Update - Network Issues

Guys — I had a meeting with Chris H this morning, and of course the ZBL is a top priority among our group and leadership.  I want to check in to see if we are back on track with IT resources for this critical area based on the discussion below.

Julie and George — Could you send an update by end of day with a summary on how this was addressed and whether we are back on track.  I need to bring in others if this is not the case, since it is a $100M+ issue for us.

Paul

---

**From:** Urick, Paul N B5PHR
**Sent:** Wednesday, December 11, 2013 8:42 PM
**To:** Zaruba, George A6IT
**Cc:** Burns-McAvoy, Julie M B5PHR; Vancour, Karen A B5PHR
**Subject:** Re: Daily Update - Network Issues

George: There are several names listed in the e-mail from Julie below. See items numbered 1 through 4 at the bottom of this message.
Paul

---

**From:** Zaruba, George A6IT
**Sent:** Wednesday, December 11, 2013 07:58 PM
**To:** Urick, Paul N B5PHR
**Cc:** Burns-McAvoy, Julie M B5PHR; Vancour, Karen A B5PHR
**Subject:** Re: Daily Update - Network Issues

Paul,  Who in IT are you guys working with?  Let me know and I'll poke around..

Thanks

Sent from my iPhone

On Dec 11, 2013, at 5:30 PM, "Urick, Paul N      B5PHR" <Paul.Urick@Cigna.com> wrote:

CONFIDENTIAL

George: Sorry to bother you on a resource matter. The zero balance loab (ZBL) issue is our top issue right now where there is $100M at stake. In our leadership team meeting this week, it was also reiterated. My sense is that it you give the IT folks below a nudge that they will respond with more prioritization here. Julie works with Karen Vancour, and Karen can assist to reinforce it as well from the business side, as can I if needed. This refers to items 1 - 3 below.

Karen: Could you please tip Kitty on the Global personel hold up? Kitty worked with them on projects and also helped us delay their migration to the 215 platform.

I am ok on the 200K

Paul

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Wednesday, December 11, 2013 05:02 PM
**To:** Urick, Paul N B5PHR; Vancour, Karen A B5PHR
**Cc:** Burns-McAvoy, Julie M B5PHR
**Subject:** RE: Daily Update - Network Issues

Paul,



**Pharmacy Over Payments/Zero Balance Claims** – I am continuing to run into hurdles with this project.  The initial downstream assessments moved along and I've walked through the impact analysis from Argus and folks understand the change being made and are on board with conducting a proof of concept.  Now I'm challenged with Pharmacy IT and other areas being able to conduct the proof of concept due to resources and timing.  Below is where I am at to date.

1.    Sri Jonnakota from Pharmacy IT has assigned Shraddha Dubey as the QC Lead.  Today he mentioned he only wanted her mocking up the 4 PCTs that go to Pharmacy IT and the other areas to mock up their respective PCT files.  There are only 4 layouts and 8 PCTs in total that need to be mocked up.  I want to deal with 1 QC Lead who manages all of the changes.  I provided them with the scenarios, exact location and field name of every file layout that needs to be changed, and contact names for each file.  We should be able to have Pharmacy IT mock up the files accordingly and send them to the respective recipients.  Dave Despard and I are meeting tomorrow morning first thing to discuss this further.

2.    Wendy Gerena (Pharmacy IT, GHTR) and Saritha Vanagri (VFR Claim) are on point to conduct the proof of concept as soon as they receive the files.

3.    We spoke with Barbara Wilber and Rodolfo Lenin Diaz for Cigna Home Delivery Pharmacy.  Lenin says the loading of the PCT will work with the negatives, however he does not know off hand what will be impacted

CIGNA00248003

based on the process they run for accounting.  He indicated today that he does not have the time to conduct the necessary testing as part of the proof of concept given the other Catamaran priorities he is working on and resource constraints.  There are also questions with regards to how MailRx will handle a negative number from a biller.  Lenin provided Thomas Walther as a possible contact.  Allan Scott is going to reach out to Thomas tomorrow.  Dave Despard and I are meeting tomorrow morning first things to discuss these issues further.

4.      Global North America - Ganapathi Subramanian and LoriAnn Dowling have identified potential issues but want to run the proof of concept to be certain.  Teresa Valls has indicated that they don't have the time to conduct the necessary testing as part of the proof of concept given the other Catamaran priorities being worked on and resource constraints.

Global United Kingdom – Craig Russell provided an initial assessment but want to be part of the proof of concept.  Once we send him the file he is not sure how long it will take him to process it but they will work on it as fast as they can.

5.      Facets Select is unsure whether they will have issues.  They believe the system will take in everything and that the information going to brokers and clients will be okay, however they want to use the proof of concept to validate this.  I'm working with Susan Duerst and Linda Luther.  Linda believes they may have issues conducting the proof of concept given the other Catamaran priorities being worked on and resource constraints.

6.      The non-Facets PCT files and Emerging Market PCTs do not have any pharmacy data on them so we are not going to conduct a proof of concept for these files.  We will have them generated as part of Argus' testing in January to verify this but at this time there is nothing to mock up.

**I'm having a difficult time getting folks to understand the urgency and importance of this work given all of their other priorities.  Folks have been very willing to talk and walk thought things with us but actual work on their part is a different story since many of them are focused on May deliverables.  Anything you can do to help with this would be greatly appreciated.**

Julie Burns-McAvoy, MBA, CLU

Business Senior Project Manager

Cigna Pharmacy Management

Routing: B5PHR

Phone: 860-226-5721

E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee.  Access, copying or re-use of the e-mail or any information contained herein by any other person is not authorized.  If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator.  Confidential, unpublished property of Cigna.  Do not duplicate or distribute.  Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

---

**From:** Urick, Paul N B5PHR
**Sent:** Wednesday, December 11, 2013 3:23 PM
**To:** Burns-McAvoy, Julie M B5PHR; Vancour, Karen A B5PHR
**Subject:** RE: Daily Update - Network Issues

Ok. Thanks!

████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████
█████████████████████████████

Paul

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Wednesday, December 11, 2013 9:19 AM
**To:** Urick, Paul N B5PHR; Vancour, Karen A B5PHR
**Subject:** RE: Daily Update - Network Issues

CIGNA00248004

Paul,



Julie Burns-McAvoy, MBA, CLU

Business Senior Project Manager

Cigna Pharmacy Management

Routing: B5PHR

Phone: 860-226-5721

E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

---

**From:** Urick, Paul N B5PHR
**Sent:** Tuesday, December 10, 2013 9:16 PM
**To:** Vancour, Karen A B5PHR; Burns-McAvoy, Julie M B5PHR
**Subject:** RE: Daily Update - Network Issues

---

**From:** Vancour, Karen A B5PHR
**Sent:** Tuesday, December 10, 2013 6:17 PM
**To:** Burns-McAvoy, Julie M B5PHR; Urick, Paul N B5PHR
**Subject:** RE: Daily Update - Network Issues

Julie,

CIGNA00248005

Please let me know if you have any questions.

Karen Vancour
CIGNA Pharmacy Management
Routing: B5PHR
Phone: 860.226.1647
Email: Karen.Vancour@cigna.com
Confidential, unpublished property of CIGNA Do not duplicate or distribute. Use and distribution limited solely to authorized personnel – © Copyright 2013 (CIGNA Corporation)

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Tuesday, December 10, 2013 5:27 PM
**To:** Urick, Paul N B5PHR
**Cc:** Vancour, Karen A B5PHR; Burns-McAvoy, Julie M B5PHR
**Subject:** Daily Update - Network Issues

Paul,

I am starting a new e-mail chain to see if Karen is able to receive the communications.  The following is where we are at for the ████████████ and Pharmacy Over Payments/Zero Balance Claims p████████

Pharmacy Over Payments/Zero Balance Claims – The Test Lead began mocking up the PCT files for the proof of concept.  Teresa Valls has brought it to my attention that Global (North America) will most likely be impacted but are having resource constraints with regards to conducting the proof of concept and possibly testing in January.  **Paul, can you escalate this and see what can be done.**  Attached is the latest assessment by LoriAnne Dowling and Ganapathi Subramania.

  << Message: PCT Change Analysis - Pharmacy Over Payment  Discussion- >>

Julie Burns-McAvoy, MBA, CLU

Business Senior Project Manager

Cigna Pharmacy Management

                                                          CIGNA00248006

Routing: B5PHR

Phone: 860-226-5721

E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee.  Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized.  If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator.  Confidential, unpublished property of Cigna.  Do not duplicate or distribute.  Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

CIGNA00248007