# EXHIBIT 12
## REDACTED



CONFIDENTIAL

CIGNA00056016



CONFIDENTIAL

CIGNA00056017

From: Selvidge, Cary B 584
Sent: Monday, December 02, 2013 4:00 PM
To: Burns-McAvoy, Julie M B5PHR; SCOTSON, RICK (CTR) W4LAB
Cc: Cordova, Amy L 584; Jendrysik, Joseph D B5PHR
Subject: RE: Argus February Release

Thanks for clarifying Julie.

From: Burns-McAvoy, Julie M B5PHR
Sent: Monday, December 02, 2013 12:00 PM
To: SCOTSON, RICK (CTR) W4LAB
Cc: Selvidge, Cary B 584; Cordova, Amy L 584; Jendrysik, Joseph D B5PHR
Subject: RE: Argus February Release

Rick,

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com<mailto:Julie.Burns-McAvoy@cigna.com>

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

From: SCOTSON, RICK (CTR) W4LAB
Sent: Monday, December 02, 2013 1:08 PM
To: Burns-McAvoy, Julie M B5PHR

Cc: Selvidge, Cary B 584; Cordova, Amy L 584; Jendrysik, Joseph D B5PHR
Subject: RE: Argus February Release



What's the $100M a year loss you're referring to? ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

---

From: Burns-McAvoy, Julie M B5PHR
Sent: Monday, December 02, 2013 12:48 PM
To: SCOTSON, RICK (CTR) W4LAB
Cc: Selvidge, Cary B 584; Cordova, Amy L 584; Jendrysik, Joseph D B5PHR
Subject: RE: Argus February Release

Rick,

The question is not if we should decide to proceed. Management has already made the decision to proceed. Cigna is losing approximately $100M a year. Under the Catamaran pharmacy contracts we are able to collect this money. We are trying to assess downstream impacts of the change.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com<mailto:Julie.Burns-McAvoy@cigna.com>

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.





CONFIDENTIAL

CIGNA00056020



CONFIDENTIAL CIGNA00056021



CONFIDENTIAL
CIGNA00056022



CONFIDENTIAL
CIGNA00056023