# EXHIBIT 13

**From:** Cunningham, Patricia E (Patti)    B4SRS
**Sent:** Friday, November 1, 2013 3:20:54 PM
**To:** Burns-McAvoy, Julie M    B5PHR
**Subject:** RE: Urgent Request - Action Needed

Thanks – you gave me heart failure.....but at least it is pumping blood now!

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Friday, November 01, 2013 11:15 AM
**To:** Hazelton, Jonathan M B5PHR; Cunningham, Patricia E (Patti) B4SRS; Bird, Amber S C5PRC; Farina, Amy E B5PHR; Andros, Aneta W3SIU; Maas, Angela 539; Przyworski, Arthur J (Artie) HHHH; Deck, Rebecca S (Becky) 584; Perkins, Benjamin M B5PHR; Hill, Beth A HHHH; Reynolds, Bill Z 584; Tovey, Carol S 647; Macarthur, Chris A HHHH; Wadsley, Cynthia J (Cindy) 584; Meyer, David (Dave) 539; Klatte, David J 584; Bergstrom, Deborah H 584; Porter, Deborah A HHHH; Shearon, Deborah (Debbie) HHHH; Poitras, Diana L (Diane) B5PHR; Mcnamara, Dorine A 584; Pinsky, Douglas R B8MM; Fisher, Duane M HHHH; Bukovich, Erica L 539; Pillow, Gail E HHHH; Wilson, Gail L 584; Beck, Gerald R (Jerry) A1IT; Fago, Heather M B5PHR; del Rio, Irene A1IT; Nax-Gord, Jennifer HHHH; Demoney, Jessica L 584; Scoby, Jodie I HHHH; Sanders, Jody 584; Cohen, Joseph D (Joe) B5PHR; Ruggiero, June O B5PHR; Pitt, Justin A B5PHR; White, Justin 539; McEntee, Kara HHHH; Wisdom, Kathleen M 599; Turley, Kellie L B5PHR; Sawyer, Kenneth A 647; Kent, Kevin 539; Heagy, Lawrence R 599; Bates, Laurence E (Larry) HHHH; Wood, Leland D HHHH; Mangual, Leona T B5PHR; Reiner, Leslie A 539; Schroeder RPH, Leslie D 46K; George, Lindsay E 584; Von Almen, Michelle L HHHH; Rose, Michael J 584; Quraishi, Mohammad I B5PHR; Fertig, Nancy J HHHH; Sangoi, Niru W3SIU; Todd, Pamela C 584; Oddan, Pamela 539; Peoples, Perry S HHHH; Tuttle, Philip R B4MKT; Manjrekar, Rajendra (CTR) B5PHR; Cleere, Rebecca HHHH; Marcano, Rebecca L B5PHR; Bersalona, Richard 645; Shea, robert (CTR) B5PHR; Minicucci, Samantha A B5PHR; Kielbania, Sharon E B4SRS; Sheare, Sharon R HHHH; Bryll, Sheila J B4SRS; Roesner, Stephen H 647; Wegiel, Stephen P (Steve) B5PHR; Wolf, Steven F (Steve) 2135; Polzin, Stewart 539; Moyer, Susan C (Sue) 523; O'Brien, Terrence (Terry) B5PHR; Weiss, Terrie L 584; Underwood Jr, Thomas A W3SIU; Babcock, Thomas O (Toby) HHHH; Maloney, Tracy S 523; Smith, Trinity 584; Atkinson, Victoria L B5PHR; Flemming, William F (Bill) 523; Naro, Lucille M (Lu) HHHH; Sobolak, Stacey HHHH; Ajro, Gezime W3SIU; Eloge, Beverly (Bev) 539; Mader, Elizabeth A HHHH; Vancho, Carolyn B4SRS; Vanpraet, Richard D HHHH; Huntsinger, Deborah A 584; Grace, Ryan P W3SIU; Blouin, Gina-Marie (Gina Marie) B4SRS; Beckman, Anna B5PHR; Spieker, Ted B8MM; Smith, Candice M 539; Fluker, Christy HHHH; Vancho, Carolyn B4SRS; Christie, William 645; Sumner, Anthony W (Tony) HHHH; Guren, Michael (CTR) 307; Elbling, Sherrie (Ellen) 646; Lester, Tyler 446; Ruggiero, June O B5PHR; Flemming, William F (Bill) 523; Bryll, Sheila J B4SRS; Gentile, Gene V B5PHR; Eckloff Jr, Roy A B5PHR; O'Brien, Terrence (Terry) B5PHR
**Cc:** Despard, David W B5PHR
**Subject:** RE: Urgent Request - Action Needed

Sorry, should have mentioned this change only applies to Commercial and Global business.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

---

**From:** Hazelton, Jonathan M B5PHR
**Sent:** Friday, November 01, 2013 11:07 AM
**To:** Cunningham, Patricia E (Patti) B4SRS; Burns-McAvoy, Julie M B5PHR; Bird, Amber S C5PRC; Farina, Amy E B5PHR; Andros, Aneta W3SIU; Maas, Angela 539; Przyworski, Arthur J (Artie) HHHH; Deck, Rebecca S (Becky) 584; Perkins, Benjamin M B5PHR; Hill, Beth A HHHH; Reynolds, Bill Z 584; Tovey, Carol S 647; Macarthur, Chris A HHHH; Wadsley, Cynthia J (Cindy) 584; Meyer, David (Dave) 539; Klatte, David J 584; Bergstrom, Deborah H 584; Porter, Deborah A

HHHH; Shearon, Deborah (Debbie) HHHH; Poitras, Diana L (Diane) B5PHR; Mcnamara, Dorine A 584; Pinsky, Douglas R B8MM; Fisher, Duane M HHHH; Bukovich, Erica L 539; Pillow, Gail E HHHH; Wilson, Gail L 584; Beck, Gerald R (Jerry) A1IT; Fago, Heather M B5PHR; del Rio, Irene A1IT; Nax-Gord, Jennifer HHHH; Demoney, Jessica L 584; Scoby, Jodie I HHHH; Sanders, Jody 584; Cohen, Joseph D (Joe) B5PHR; Ruggiero, June O B5PHR; Pitt, Justin A B5PHR; White, Justin 539; McEntee, Kara HHHH; Wisdom, Kathleen M 599; Turley, Kellie L B5PHR; Sawyer, Kenneth A 647; Kent, Kevin 539; Heagy, Lawrence R 599; Bates, Laurence E (Larry) HHHH; Wood, Leland D HHHH; Mangual, Leona T B5PHR; Reiner, Leslie A 539; Schroeder RPH, Leslie D 46K; George, Lindsay E 584; Von Almen, Michelle L HHHH; Rose, Michael J 584; Quraishi, Mohammad I B5PHR; Fertig, Nancy J HHHH; Sangoi, Niru W3SIU; Todd, Pamela C 584; Oddan, Pamela 539; Peoples, Perry S HHHH; Tuttle, Philip R B4MKT; Manjrekar, Rajendra (CTR) B5PHR; Cleere, Rebecca HHHH; Marcano, Rebecca L B5PHR; Bersalona, Richard 645; Shea, robert (CTR) B5PHR; Minicucci, Samantha A B5PHR; Kielbania, Sharon E B4SRS; Sheare, Sharon R HHHH; Bryll, Sheila J B4SRS; Roesner, Stephen H 647; Wegiel, Stephen P (Steve) B5PHR; Wolf, Steven F (Steve) 2135; Polzin, Stewart 539; Moyer, Susan C (Sue) 523; O'Brien, Terrence (Terry) B5PHR; Weiss, Terrie L 584; Underwood Jr, Thomas A W3SIU; Babcock, Thomas O (Toby) HHHH; Maloney, Tracy S 523; Smith, Trinity 584; Atkinson, Victoria L B5PHR; Flemming, William F (Bill) 523; Naro, Lucille M (Lu) HHHH; Sobolak, Stacey HHHH; Ajro, Gezime W3SIU; Eloge, Beverly (Bev) 539; Mader, Elizabeth A HHHH; Vancho, Carolyn B4SRS; Vanpraet, Richard D HHHH; Huntsinger, Deborah A 584; Grace, Ryan P W3SIU; Blouin, Gina-Marie (Gina Marie) B4SRS; Beckman, Anna B5PHR; Spieker, Ted B8MM; Smith, Candice M 539; Fluker, Christy HHHH; Vancho, Carolyn B4SRS; Christie, William 645; Sumner, Anthony W (Tony) HHHH; Guren, Michael (CTR) 307; Elbling, Sherrie (Ellen) 646; Lester, Tyler 446; Ruggiero, June O B5PHR; Flemming, William F (Bill) 523; Bryll, Sheila J B4SRS; Gentile, Gene V B5PHR; Eckloff Jr, Roy A B5PHR; O'Brien, Terrence (Terry) B5PHR
**Cc:** Despard, David W B5PHR
**Subject:** RE: Urgent Request - Action Needed


Patti,

There shouldn't be impact to IPDP or MAPD as there is no spread logic. Also EGWP spread is different than commercial, All the calculations on the claim are based off the pharmacy rates currently and the client rates are handled behind the scenes so I don't foresee and impact to EGWP Spread either. I think this is mainly a commercial concern.


Jonathan Hazelton
Pharmacy BPS Med-D support
Jonathan.hazelton@cigna.com
860-226-1918

---

**From:** Cunningham, Patricia E (Patti) B4SRS
**Sent:** Friday, November 01, 2013 11:01 AM
**To:** Burns-McAvoy, Julie M B5PHR; Bird, Amber S C5PRC; Farina, Amy E B5PHR; Andros, Aneta W3SIU; Maas, Angela 539; Przyworski, Arthur J (Artie) HHHH; Deck, Rebecca S (Becky) 584; Perkins, Benjamin M B5PHR; Hill, Beth A HHHH; Reynolds, Bill Z 584; Tovey, Carol S 647; Macarthur, Chris A HHHH; Wadsley, Cynthia J (Cindy) 584; Meyer, David (Dave) 539; Klatte, David J 584; Bergstrom, Deborah H 584; Porter, Deborah A HHHH; Shearon, Deborah (Debbie) HHHH; Poitras, Diana L (Diane) B5PHR; Mcnamara, Dorine A 584; Pinsky, Douglas R B8MM; Fisher, Duane M HHHH; Bukovich, Erica L 539; Pillow, Gail E HHHH; Wilson, Gail L 584; Beck, Gerald R (Jerry) A1IT; Fago, Heather M B5PHR; del Rio, Irene A1IT; Nax-Gord, Jennifer HHHH; Demoney, Jessica L 584; Scoby, Jodie I HHHH; Sanders, Jody 584; Hazelton, Jonathan M B5PHR; Cohen, Joseph D (Joe) B5PHR; Ruggiero, June O B5PHR; Pitt, Justin A B5PHR; White, Justin 539; McEntee, Kara HHHH; Wisdom, Kathleen M 599; Turley, Kellie L B5PHR; Sawyer, Kenneth A 647; Kent, Kevin 539; Heagy, Lawrence R 599; Bates, Laurence E (Larry) HHHH; Wood, Leland D HHHH; Mangual, Leona T B5PHR; Reiner, Leslie A 539; Schroeder RPH, Leslie D 46K; George, Lindsay E 584; Von Almen, Michelle L HHHH; Rose, Michael J 584; Quraishi, Mohammad I B5PHR; Fertig, Nancy J HHHH; Sangoi, Niru W3SIU; Todd, Pamela C 584; Oddan, Pamela 539; Peoples, Perry S HHHH; Tuttle, Philip R B4MKT; Manjrekar, Rajendra (CTR) B5PHR; Cleere, Rebecca HHHH; Marcano, Rebecca L

CONFIDENTIAL
CIGNA00054922

<mark>

B5PHR; Bersalona, Richard 645; Shea, robert (CTR) B5PHR; Minicucci, Samantha A B5PHR; Kielbania, Sharon E B4SRS; Sheare, Sharon R HHHH; Bryll, Sheila J B4SRS; Roesner, Stephen H 647; Wegiel, Stephen P (Steve) B5PHR; Wolf, Steven F (Steve) 2135; Polzin, Stewart 539; Moyer, Susan C (Sue) 523; O'Brien, Terrence (Terry) B5PHR; Weiss, Terrie L 584; Underwood Jr, Thomas A W3SIU; Babcock, Thomas O (Toby) HHHH; Maloney, Tracy S 523; Smith, Trinity 584; Atkinson, Victoria L B5PHR; Flemming, William F (Bill) 523; Naro, Lucille M (Lu) HHHH; Sobolak, Stacey HHHH; Ajro, Gezime W3SIU; Eloge, Beverly (Bev) 539; Mader, Elizabeth A HHHH; Vancho, Carolyn B4SRS; Vanpraet, Richard D HHHH; Huntsinger, Deborah A 584; Grace, Ryan P W3SIU; Blouin, Gina-Marie (Gina Marie) B4SRS; Beckman, Anna B5PHR; Spieker, Ted B8MM; Smith, Candice M 539; Fluker, Christy HHHH; Vancho, Carolyn B4SRS; Christie, William 645; Sumner, Anthony W (Tony) HHHH; Guren, Michael (CTR) 307; Elbling, Sherrie (Ellen) 646; Lester, Tyler 446; Ruggiero, June O B5PHR; Flemming, William F (Bill) 523; Bryll, Sheila J B4SRS; Gentile, Gene V B5PHR; Eckloff Jr, Roy A B5PHR; O'Brien, Terrence (Terry) B5PHR
**Cc:** Despard, David W B5PHR
**Subject:** RE: Urgent Request - Action Needed

Are we changing the ingredient cost charged?

We CANNOT charge a member more than the price of the drug – it is AGAINST CMS compliance.
We CANNOT report a different ingredient cost to the government than what is charged at POS.

I don't see this as viable for Medicare Part D.

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Friday, November 01, 2013 10:51 AM
**To:** Bird, Amber S C5PRC; Farina, Amy E B5PHR; Andros, Aneta W3SIU; Maas, Angela 539; Przyworski, Arthur J (Artie) HHHH; Deck, Rebecca S (Becky) 584; Perkins, Benjamin M B5PHR; Hill, Beth A HHHH; Reynolds, Bill Z 584; Tovey, Carol S 647; Macarthur, Chris A HHHH; Wadsley, Cynthia J (Cindy) 584; Meyer, David (Dave) 539; Klatte, David J 584; Bergstrom, Deborah H 584; Porter, Deborah A HHHH; Shearon, Deborah (Debbie) HHHH; Poitras, Diana L (Diane) B5PHR; Mcnamara, Dorine A 584; Pinsky, Douglas R B8MM; Fisher, Duane M HHHH; Bukovich, Erica L 539; Pillow, Gail E HHHH; Wilson, Gail L 584; Beck, Gerald R (Jerry) A1IT; Fago, Heather M B5PHR; del Rio, Irene A1IT; Nax-Gord, Jennifer HHHH; Demoney, Jessica L 584; Scoby, Jodie I HHHH; Sanders, Jody 584; Hazelton, Jonathan M B5PHR; Cohen, Joseph D (Joe) B5PHR; Ruggiero, June O B5PHR; Pitt, Justin A B5PHR; White, Justin 539; McEntee, Kara HHHH; Wisdom, Kathleen M 599; Turley, Kellie L B5PHR; Sawyer, Kenneth A 647; Kent, Kevin 539; Heagy, Lawrence R 599; Bates, Laurence E (Larry) HHHH; Wood, Leland D HHHH; Mangual, Leona T B5PHR; Reiner, Leslie A 539; Schroeder RPH, Leslie D 46K; George, Lindsay E 584; Von Almen, Michelle L HHHH; Rose, Michael J 584; Quraishi, Mohammad I B5PHR; Fertig, Nancy J HHHH; Sangoi, Niru W3SIU; Todd, Pamela C 584; Oddan, Pamela 539; Cunningham, Patricia E (Patti) B4SRS; Peoples, Perry S HHHH; Tuttle, Philip R B4MKT; Manjrekar, Rajendra (CTR) B5PHR; Cleere, Rebecca HHHH; Marcano, Rebecca L B5PHR; Bersalona, Richard 645; Shea, robert (CTR) B5PHR; Minicucci, Samantha A B5PHR; Kielbania, Sharon E B4SRS; Sheare, Sharon R HHHH; Bryll, Sheila J B4SRS; Roesner, Stephen H 647; Wegiel, Stephen P (Steve) B5PHR; Wolf, Steven F (Steve) 2135; Polzin, Stewart 539; Moyer, Susan C (Sue) 523; O'Brien, Terrence (Terry) B5PHR; Weiss, Terrie L 584; Underwood Jr, Thomas A W3SIU; Babcock, Thomas O (Toby) HHHH; Maloney, Tracy S 523; Smith, Trinity 584; Atkinson, Victoria L B5PHR; Flemming, William F (Bill) 523; Naro, Lucille M (Lu) HHHH; Sobolak, Stacey HHHH; Ajro, Gezime W3SIU; Eloge, Beverly (Bev) 539; Mader, Elizabeth A HHHH; Vancho, Carolyn B4SRS; Vanpraet, Richard D HHHH; Huntsinger, Deborah A 584; Grace, Ryan P W3SIU; Blouin, Gina-Marie (Gina Marie) B4SRS; Beckman, Anna B5PHR; Spieker, Ted B8MM; Smith, Candice M 539; Fluker, Christy HHHH; Vancho, Carolyn B4SRS; Christie, William 645; Sumner, Anthony W (Tony) HHHH; Guren, Michael (CTR) 307; Elbling, Sherrie (Ellen) 646; Lester, Tyler 446; Ruggiero, June O B5PHR; Flemming, William F (Bill) 523
**Cc:** Despard, David W B5PHR; Burns-McAvoy, Julie M B5PHR
**Subject:** Urgent Request - Action Needed
**Importance:** High

Hello RxFocus Users,

I have an urgent request from management. They are asking us to react to a missed revenue opportunity. In the current world pharmacies are keeping our retail spread when the customer liability (often times deductible)

exceeds the pharmacy contracted rate. Below is a summary of what is being proposed as a possible change. We need to understand if you feel your RxFocus reports will be affected by the change. Would you need to make changes to your report logic and if so is it feasible to have them made by February 27, 2014? This is being supported by the highest levels of Cigna management as it represents a tremendous loss of revenue. Your understanding of its urgency is greatly appreciated. Please let me know your thoughts by mid-day Monday November 4th. Thank you.

**Overview**

Customers occasionally pay the pharmacy more than the cost of the drug because of spread. Cigna allowed the pharmacies to keep the overpayment with our own contracts, but now that we are on Catamaran's contracts, we need to recoup the dollars from the pharmacies. Today Argus inflates the ingredient cost paid and reports the dollars as $0 due rather than a negative, which does not provide an avenue for automatically collecting from the pharmacies.

**Proposal**

The proposed solution is for Argus to make a change to reflect the overpayment by the customer as a negative amount owed to the pharmacy and ensure that funding reflects the negative amount in an automated way. Below is a paid claim example. The approach would be to simply report the copay or co-insurance as calculated and allow the Plan Paid to calculate to a negative amount.

| RESPONSE PRICING SEGMENT - AM23 | | | |
|---|---|---|---|
| Argus Field | Argus Field Name | Today's world- cannot collect $5 | Suggested way to collect $5 |
| 506-F6 | INGREDIENT COST PAID (22.50) (Pharmacy calculated cost of the drug.) | $27.50 | $22.50 |
| 507-F7 | DISPENSING FEE PAID (2.50) | $2.50 | $2.50 |
| 521-FL | INCENTIVE AMOUNT PAID | $0.00 | $0.00 |
| 558-AW | FLAT SALES TAX AMOUNT PAID | $0.00 | $0.00 |
| 559-AX | PERCENTAGE SALES TAX AMOUNT PAID | $0.00 | $0.00 |
| 565-J4 | OTHER AMOUNT PAID | $0.00 | $0.00 |
| 505-F5 | PATIENT PAY AMOUNT (Member deductible and or liability.) | $30.00 | $30.00 |
| 571-NZ | AMOUNT ATTIBUTED TO PROCESSOR FEE | $0.00 | $0.00 |
| 518-FI | AMOUNT OF COPAY (Member liability) | $30.00 | $30.00 |
| 509-F9 | TOTAL AMOUNT PAID (Pharmacy Paid Amount – What Cigna pays to the pharmacy.) | $0.00 | -$5.00 |

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.