# EXHIBIT 15
## REDACTED



Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

**Business Problem / Opportunity**

A comprehensive end-to-end review, update and refiling of pharmacy benefit language has not been conducted since 2010.  Lack of updated benefit plan language (a.k.a. "boilerplate language") impacts CPM's ability to implement and administer plan designs that grow our business (for ASO and insured clients).  Identified areas of gapped language

Enhanced boilerplate benefit plan language must accurately describe how; 1) Cigna creates and manages pharmacy benefits for clients,                              3) how Cigna administers claims

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

If we do not implement this new language, then CPM may experience legal, regulatory, client and customer risks due to inconsistencies between plan language and how we administer UM protocols. ▬▬▬▬▬▬▬

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

8



Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

11



Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna