# EXHIBIT 16
## REDACTED

Cigna will be implementing copay G logic so that the customer will always pay the lowest cost on their Prescription claim.    To do so, we will compare three items: the member's copay amount, the Usual & Customer (Cash) price submitted by the pharmacy, and the Discount Prescription Costs agreed to by the pharmacy with Cigna. The member will always pay the lowest of these three amounts.

Example #2
Member copay:   $15
Phcy U&C:       $24
Disc. Rate:     $8

The member cost share (copay) would be $8 in this scenario; member would never pay more than the total cost of the prescription reimbursed to the pharmacy.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA07435181



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA07435182