# EXHIBIT 17
## REDACTED



Jim – I think the terminology I provided earlier is actually incorrect/misleading. Our copay logic looks at the copay, U&C, and allowed cost (not ingredient cost) – and the customer OOP is the lesser of. This ensures the customer pays the lowest amount. The allowed cost is based on our contract with the pharmacy – the reimbursement amount we agree to for a drug for a pharmacy.



CONFIDENTIAL CIGNA00246201