# EXHIBIT 18
## REDACTED

**FUSE 34894 - Copay G: New Standard for Cigna Pharmacy Management**

[redacted]

[redacted] The Copay K method applies a 2-point comparison of the customer's applicable copay and the pharmacy's usual & customary (U&C) charge. [redacted] This method often results in the pharmacy charging the customer more than Cigna's allowed cost, or the cost at which Cigna has agreed to reimburse the pharmacy for any given drug. [redacted]

The new standard method, Copay G, adds a third point in the price comparison - the allowed cost. With the Copay G method, the customer pays the lowest of the applicable copay, U&C, or allowed cost.  *This guarantees that the customer will pay the lowest possible price.*

[redacted image]



CONFIDENTIAL                                                                                           CIGNA00050556