# EXHIBIT 25
## REDACTED



# BUSINESS SOLUTIONS & DELIVERY

# PHARMACY EXTENDED LEADERSHIP TOUCHPOINT

August 8, 2016

Together, all the way.™



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491444





CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491445



Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491446



Pharmacy Product Roadmap:  Clarity 15408; BPMS 14903

## Change Control Request-Description of Options*

| | Risks, If Not Implemented |
|---|---|
| | If Cigna doesn't update benefit language into customer certificates or coverage/booklets then:<br>• We face exposure under ERISA – through a regulatory audit or a lawsuit filed by a customer (or, more likely, a class action by many customers) – for failure to follow the coverage documents or, worse, breach of fiduciary duty. |

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © 2016 Cigna

Cigna.

10

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491453



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491456



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491457

CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

CIGNA00491458



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491459



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491460



18

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491461



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491463



CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491464