# EXHIBIT 26
## REDACTED

| Message | |
|---|---|
| From: | Cabrera, Denise D HHHH [Denise.Cabrera@Cigna.com] |
| Sent: | 8/11/2016 5:20:48 PM |
| To: | Moore, Barbara K HHHH [Barbara.Moore@Cigna.com]; Melanson, Jill L HHHH [Jill.Melanson@Cigna.com]; Walker, Kimberly G (Kim) HHHH [Kimberly.Walker@Cigna.com]; Bourdier, Maryanne B5PHR [Maryanne.Bourdier@Cigna.com] |
| CC: | Thompson, Lori R 620 [Lori.Thompson@Cigna.com] |
| Subject: | RE: ▇▇▇▇▇ retail claim dispute |
| Attachments: | ZBL FAQ Final.doc |

Jill,

I had a chance to discuss with Maryanne and she confirmed that these claims did process correctly, based on our retail pharmacy contracting. She also reminded me that we do have speaking points on zero balance logic that gives an example of "negative balance" billing (this is the "claw back" that the local pharmacists referenced). You have probably seen this previously as we initially sent it out 9/2014 and again 4/2016.

Here is the main point for this situation. You need to hold firm on the fact that the contract allows for this type of reimbursement. I realize this can be an unpleasant message to deliver but the client's contract allows us to manage discounts on their behalf.

Zero Balance Due Logic is a capability recently implemented in the Argus processing system that allows excess amounts paid to a pharmacy to be returned to Cigna though the PBM (Catamaran). This situation is created by customer cost sharing amounts defined in the client's plan description that are greater than the reimbursement amounts the PBM is contractually obligated to pay the pharmacy. This "excess amount" is funded by the customer at point-of-sale (POS), through their copay or deductible. In addition, the logic within Argus allows for the excess of the amount paid by the customer through the copay or deductible over the amount contractually owed to the pharmacy for reimbursement of the claim to be returned to Cigna through the PBM. This results in a "negative" payment being made to the pharmacy.

Example:
Customer is in their deductible phase and responsible for the full cost of the drug at POS (ingredient cost + dispense fee): $25.00
Catamaran has a contract in place with the pharmacy, ingredient cost plus dispense fee: $20.00

Logic in place results in a "negative" payment of $5.00 to the pharmacy. This amount will be recouped by Cigna, as a result of the deductible amount paid at POS over and above the reimbursement amount due to the pharmacy.

---

**From:** Cabrera, Denise D HHHH
**Sent:** Thursday, August 11, 2016 10:45 AM
**To:** Moore, Barbara K HHHH; Melanson, Jill L HHHH; Walker, Kimberly G (Kim) HHHH; Bourdier, Maryanne B5PHR
**Cc:** Thompson, Lori R 620
**Subject:** RE: ▇▇▇▇▇ retail claim dispute

Maryanne, Can you give us a few talking points around the breakout of costs, based on the claim examples below, to help us explain this in layman's terms? I also copied an example from July 2015 below.

| 2016 Label Name | Deductible Applied Amount | Plan Amount | Ingredient Cost Amount | AWP Ingredient Cost | Pharmacy Paid Amount | Pharmacy Ingredient Cost | Pharmacy Retail Spread Amount |
|---|---|---|---|---|---|---|---|
| | Customer Paid | Client will pay after DED met | | | | | |
| CLONIDINE HCL 0.2 MG TABLET | 0.00 | 6.59 | 5.19 | 10.80 | 2.30 | 0.90 | 4.29 |
| DESMOPRESSIN ACETATE 0.2 MG TB | 58.29 | 58.29 | 56.89 | 318.15 | -29.32 | 27.57 | 29.32 |
| DIVALPROEX SOD DR 250 MG TAB | 18.09 | 18.09 | 16.69 | 52.28 | 4.91 | 21.60 | -4.91 |
| DIVALPROEX SOD DR 500 MG TAB | 94.02 | 94.02 | 92.62 | 192.82 | -51.30 | 41.32 | 51.30 |
| FLUVOXAMINE MALEATE 100 MG TAB | 20.09 | 20.09 | 18.69 | 78.90 | -14.28 | 4.41 | 14.28 |
| IMIPRAMINE PAMOATE 75 MG CAP | 186.99 | 186.99 | 184.19 | 1,153.07 | -10.92 | 173.27 | 10.92 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        CIGNA00491618

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NORTRIPTYLINE HCL 50 MG CAP | 29.07 | 29.07 | 26.27 | 13.07 | -19.66 | 6.61 | 19.66 |
| RISPERIDONE 2 MG TABLET | 26.32 | 26.32 | 24.92 | 456.42 | -19.29 | 5.63 | 19.29 |
| Total | 432.87 | 439.46 | 425.46 | 2,275.51 | -137.56 | 281.31 | 144.15 |

| 2015 Label Name | Deductible Applied Amount | Plan Amount | Ingredient Cost Amount | AWP Ingredient Cost | Pharmacy Paid Amount | Pharmacy Ingredient Cost | Pharmacy Retail Spread Amount |
|---|---|---|---|---|---|---|---|
| CLONIDINE HCL 0.2 MG TABLET | 0.00 | 6.01 | 4.61 | 11.41 | 2.05 | 0.65 | 3.96 |
| DESMOPRESSIN ACETATE 0.2 MG TB | 61.54 | 61.54 | 60.14 | 236.07 | -33.14 | 27.00 | 33.14 |
| DIVALPROEX SOD DR 250 MG TAB | 9.11 | 9.11 | 7.71 | 54.02 | -6.05 | 1.66 | 6.05 |
| DIVALPROEX SOD DR 500 MG TAB | 29.10 | 29.10 | 27.70 | 199.24 | 37.64 | 65.34 | -37.64 |
| FLUVOXAMINE MALEAT 100 MG TAB | 19.19 | 19.19 | 17.79 | 81.53 | -10.37 | 7.42 | 10.37 |
| RISPERIDONE 2 MG TABLET | 34.68 | 34.68 | 33.28 | 471.56 | -27.77 | 5.51 | 27.77 |
| Total | 153.62 | 159.63 | 151.23 | 1,053.83 | -37.64 | 107.58 | 43.65 |

---

**From:** Moore, Barbara K HHHH
**Sent:** Thursday, August 11, 2016 9:58 AM
**To:** Cabrera, Denise D HHHH; Melanson, Jill L HHHH; Walker, Kimberly G (Kim) HHHH; Bourdier, Maryanne B5PHR
**Cc:** Thompson, Lori R 620
**Subject:** RE: ▇▇▇▇ retail claim dispute

Good morning,

Additional financial info has been pulled into the claims file for internal review.

Regards,

Barbara

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2016 Cigna.*

---

**From:** Cabrera, Denise D HHHH
**Sent:** Wednesday, August 10, 2016 4:37 PM
**To:** Melanson, Jill L HHHH; Walker, Kimberly G (Kim) HHHH; Bourdier, Maryanne B5PHR
**Cc:** Thompson, Lori R 620; Moore, Barbara K HHHH
**Subject:** RE: ▇▇▇▇ retail claim dispute

Barbara will request full financials on this individual. It's a slippery slope since it's an insured account but I realize we need to review internally in case this issue escalates further.
Please keep in mind that there may not be a way to change the contracting/reimbursement on this drug.

Maryanne
We'll need you to weigh in if the issue escalates further. Here is the claim detail. The differential does seem unreasonable. Do you know of similar issues with Optum's contracting? Is there any opportunity to review this with them? This client happens to be a law firm so we need to fully address the concern on egregious pricing. The retail pharmacist has already mentioned "claw back pricing" see below.

<u>Fill date 6/24/2016</u>
<u>U&C: $948.66</u>
<u>Ingredient cost: $60.21</u>
<u>Dispensing fee: $1.40</u>

<u>Member responsibility:</u> $140.33
<u>Amount Paid to Pharmacy:</u> -$78.72 (note the minus sign — this means Cigna is recouping $78.72 from our next check based on this claim — this is the part we had to relay to the member — Medicaid does not pay based on the copay, only on the ingredient cost plus dispensing fee. In this case Medicaid pays the $61.61 only).

▮▮▮▮▮▮▮s responsible for paying the $140.33 as returned on the claim; however, the pharmacy MAC rate for the drug is $61.61.

---

**From:** Melanson, Jill L HHHH
**Sent:** Wednesday, August 10, 2016 3:08 PM
**To:** Cabrera, Denise D HHHH; Walker, Kimberly G (Kim) HHHH; Bourdier, Maryanne B5PHR
**Cc:** Thompson, Lori R 620; Mulkey, Marcia H 643; Roberts, Crystal HHHH; Moore, Barbara K HHHH
**Subject:** RE: ▮▮▮▮▮▮▮ retail claim dispute

I don't need a full file - I just need the data on this family. It is also not something that is going to be released externally. I am not concerned with the group as a whole but with this particular member. I need to know if we are charging crazy amounts for all drugs or a particular drug.

I know there is a report available because in one of our calls this information was reference. I just do not have a copy of that report.

I don't know where else to go at this point. I can't create a solution on my own. Is there ANY exceptions we can make for this member?

Thank you.

Jill Melanson
Sr. Client Manager - North Florida
2701 N Rocky Point Drive # 800
Tampa, FL 33607
Phone: 860-902-4732/Fax 1-844-709-2848

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2016 Cigna*

---

**From:** Cabrera, Denise D HHHH
**Sent:** Wednesday, August 10, 2016 2:05 PM
**To:** Melanson, Jill L HHHH; Walker, Kimberly G (Kim) HHHH; Bourdier, Maryanne B5PHR
**Cc:** Thompson, Lori R 620; Mulkey, Marcia H 643; Roberts, Crystal HHHH; Moore, Barbara K HHHH
**Subject:** ▮▮▮▮▮▮▮ retail claim dispute

Some of this is out of our control since retail pharmacies are under the contracting agreement that Optum manages on our behalf. If you'd like to schedule time to discuss I would include Maryanne from our Network team.

If you want a full data file you'll need to submit a request to CIMA since it's fully insured — we don't typically have full financial information for FI.

---

**From:** Melanson, Jill L HHHH
**Sent:** Friday, August 05, 2016 5:50 PM
**To:** Cabrera, Denise D HHHH; Walker, Kimberly G (Kim) HHHH
**Cc:** Thompson, Lori R 620; Mulkey, Marcia H 643; Roberts, Crystal HHHH; Moore, Barbara K HHHH

Although I appreciate the report, this is not what I asked for. I already have a report similar to this one and it does not allow me to do any type of analysis. I need to know what the ingredient cost and dispensing fee are too so that I can compare to the member responsibility. This only shows what we charged the member.

Denise – I advised Dean Mirabella and John Murphy of this situation since this is a law firm and this issue could be very problematic (even more so than it already is). I will need to go to Legal because at this point, although I can fund the "return" our profit back to the member, he doesn't think we will be able to from a legal standpoint which puts us right back where we started. . We need to find a way in the system to allow us to process this members claims without charging more than the ingredient cost plus dispending fee. Does anyone have any ideas – we have to be able to do something. If we need some type of management approval since it is fully insured, I am sure I can get it.

On a side note, both John and Dean are interested in how much profit we made off of this one member. The report that I asked for will allow me to answer that. I need two reports – one for CY 2015 and one for CYTD 2016.

---

**From:** Cabrera, Denise D HHHH
**Sent:** Friday, August 05, 2016 4:22 PM
**To:** Melanson, Jill L HHHH; Walker, Kimberly G (Kim) HHHH
**Cc:** Thompson, Lori R 620; Mulkey, Marcia H 643; Roberts, Crystal HHHH; Moore, Barbara K HHHH
**Subject:** RE: EGWP PDP Rx Claim Issue - Cigna-HealthSpring clients

Barbara was able to obtain the attached report. I hope this helps in your review.

---

**From:** Melanson, Jill L HHHH
**Sent:** Monday, August 01, 2016 3:04 PM
**To:** Cabrera, Denise D HHHH; Walker, Kimberly G (Kim) HHHH
**Cc:** Thompson, Lori R 620; Mulkey, Marcia H 643; Roberts, Crystal HHHH
**Subject:** RE: EGWP PDP Rx Claim Issue - Cigna-HealthSpring clients

Is there someone out there that can get me the listing that I requested below? I would like to see 2015 and 2016. I need to understand the difference between the actual cost plus dispensing fee and what the member was actually charged.

We do not think we have to reimburse the member for 2015 because he met his OOP and it is likely the plan paid more out than what is overall responsibility was (in excess of $4000), but I still need the report to be able to see how much would have gone to the deductible if we just charged the ingredient cost+ dispensing fee to confirm my theory that the member would have met his OOP max even if he had been charged the lower amount. For 2015, it appears that with the higher Rx costs, he may have just gotten there faster than he might have otherwise.

UW has agreed that we can reimburse the member the difference through OS funds for 2016 since the member has not met his deductible. Once he meets the deductible it will no longer matter because the drug will be covered at 100%.

Thank you,

Jill Melanson
Sr. Client Manager – North Florida
2701 N Rocky Point Drive # 800
Tampa, FL 33607
Phone: 860-902-4732/Fax 1-844-709-2848

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2016 Cigna

---

**From:** Melanson, Jill L HHHH
**Sent:** Friday, July 29, 2016 2:49 PM
**To:** Cabrera, Denise D HHHH; Walker, Kimberly G (Kim) HHHH

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Cc:** Thompson, Lori R 620; Mulkey, Marcia H 643; Roberts, Crystal HHHH
**Subject:** RE: EGWP PDP Rx Claim Issue - Cigna-HealthSpring clients

Regardless of Medicaid - I still think it is wrong to charge a customer 172% more than what the drug costs especially when they are in their deductible period.

They are fully insured so they can't make the exception; however, we can but not sure how to accomplish this. I need to know who has that authority. Can we make it so this members drugs only pay the drug cost + dispensing fee. This is not just impact one drug. It is impacting all of this members drugs.

The biggest problem aside from the charge, is that when we brought this issue back around the week of June 26th - we were told that changing the logic would rectify the situation so we changed the logic. We relayed this to the customer that we had identified the issue and were getting the system updated to correct AND once the fix was in place, we would have the claims reprocessed. It appeared that the fix worked as the pharmacy came back to us and said the claim paid right. But then a few days later, it happened again sand we are back to the initial problem (although many feel that it is not a problem).

Me, Kimberly Doyle and Kim Walker now look like complete idiots and are going to take a lot of heat for this issue. I am going to have to go back to ████████ and the member and tell them both that we processed these correctly in the first place, you do have to pay the higher amount and we are not processing any old claims. Any one care to join me on a call and explain how these claims are processing correctly because I can't understand it so I know they will not either.

If I could figure out a way to get the difference between the actual drug cost + dispensing fee and what the member's true responsibility was, then maybe I could determine the total impact and reimburse him from OS or some other fund. Is there anyone that can help me with that? This is going back to 1/1/2015.

Thank you.

Jill Melanson
Sr. Client Manager - North Florida
2701 N Rocky Point Drive # 800
Tampa, FL 33607
Phone: 860-902-4732/Fax 1-844-709-2848

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2016 Cigna*

---

**From:** Cabrera, Denise D HHHH
**Sent:** Friday, July 29, 2016 2:31 PM
**To:** Melanson, Jill L HHHH; Walker, Kimberly G (Kim) HHHH
**Cc:** Thompson, Lori R 620; Mulkey, Marcia H 643; Roberts, Crystal HHHH
**Subject:** RE: EGWP PDP Rx Claim Issue - Cigna-HealthSpring clients

I'm checking with our network contracting lead but it is likely that the Optum contract will remain as it is and process the claw back – which is supposed to be billed to the pharmacy. Unfortunately customers on a coinsurance plan in the DED are responsible for this amount.

I don't think there is more that can be done from a retail network contract perspective so you may want to pursue a copay override/exception, with approval from the client. This is a unique situation since they are dual eligible with Medicaid. I would suggest a flat copay for this drug. I don't know the legality of using the Medicaid benefit solely (or first) when you have primary insurance but I think you have to submit to the primary before Medicaid.

---

**From:** Melanson, Jill L HHHH
**Sent:** Friday, July 29, 2016 11:21 AM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CIGNA00491622

**To:** Walker, Kimberly G (Kim) HHHH; Cabrera, Denise D HHHH
**Cc:** Thompson, Lori R 620; Mulkey, Marcia H 643; Roberts, Crystal HHHH
**Subject:** RE: EGWP PDP Rx Claim Issue - Cigna-HealthSpring clients

I don't get this – this is so unfair for this member. I can't believe we can live with ourselves charging the member 172% more than what this drug costs. Since the provider opened his mouth to the member about the drug charges and what Cigna is saying he owes, they are very well aware that they are paying a LOT more and that Cigna is making some significant profit from this one drug script alone. I can only imagine how much we made going back to 1/1/2015 until now considering this member has scripts filled almost weekly.

This is a law firm. I can guarantee that they will pursue this legally. We need to be prepared for this.

Can someone get me a report that shows what the drug cost is, what dispensing fee is and what we told the provider they could charge – similar to what is in the grid below. I would love to know how much profit we are making off of this one individual. I may need to see if we can somehow reimburse him that profit.

---

**From:** Walker, Kimberly G (Kim) HHHH
**Sent:** Friday, July 29, 2016 10:50 AM
**To:** Melanson, Jill L HHHH
**Cc:** Thompson, Lori R 620; Mulkey, Marcia H 643; Roberts, Crystal HHHH
**Subject:** RE: EGWP PDP Rx Claim Issue - Cigna-HealthSpring clients

Hi Jill:

I spoke to Millicent this morning regarding ███████ pharmacy and based off the information provided the pharmacy is correct in what he is doing:

In the example on 6/24:

Fill date 6/24/2016-
U&C fee on claim : $948.66
Ingredient cost $60.21
Dispensing fee $1.40
Member responsibility $140.33
Amount Paid to Pharmacy: -$78.72 (note the minus sign – this means Cigna is recouping $78.72 from our next check based on this claim – this is the part we had to relay to the member – Medicaid does not pay based on the copay, only on the ingredient cost plus dispensing fee. In this case Medicaid pays the $61.61 only).

███████ is responsible for paying the $140.33 as returned on the claim; however, the pharmacy MAC rate for the drug is $61.61. The difference between member responsibility and MAC rate is the cost sharing spread which spread cost across Cigna's plans which I believe was stated when this issue was first initiated. This is the profit share Denise mentions in her email on 6/29/2016.
In the absence of Medicaid, ███████ is responsible for $140.33. Once Medicaid pays their portion the pharmacy should collect the difference. In this case the difference is $78.72; therefore, the customer still saw a savings. Now if the provider is collecting $140 + 78.00 he is wrong and adjustments should be made.

I am not sure there is anything else we can do. Our systems are correct with how the claims are being process and the pharmacy is correct. I can circle back to the pharmacy and let him know we are not reprocessing any claims at this point. Please let me know your thoughts.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                    CIGNA00491623

| UCF | | PLAN | | | TOTAL MEMBER LIABILITY | |
|---|---|---|---|---|---|---|
| M Qnty: | 31.000 | 31.000 | Mbr Ded Cst: | 140.33 | Total Claim Cst: | 61.61 |
| Day Sply: | 31 | 31 | Mbr Pd Diff: | 0.00 | Total Mbr Liability: | 140.33 |
| Ingr Cst: | 940.66 | 60.21 | Mpd Appl Ded: | 0.00 | Total Plan Liability: | 0.00 |
| Disp Fee: | 8.00 | 1.40 | Mpd Appl Mop: | 0.00 | HRA Amount: | 0.00 |
| Sls Tax: | 0.00 | 0.00 | Copay Amount: | 0.00 | FSA Amount: | 0.00 |
| Total: | 948.66 | 61.61 | Coins Amount: | 0.00 | HSA Amount: | 0.00 |
| Copay: | 0.00 | 140.33 | Total Due at Pos: | 140.33 | ADJ Amount: | 0.00 |
| Balance: | 0.00 | 0.00 | | | SPAP Amount: | 0.00 |
| Calc Bal: | 948.66 | | | | | |

---

**From:** Melanson, Jill L HHHH <Jill.Melanson@Cigna.com>
**Date:** July 28, 2016 at 4:21:52 PM EDT
**To:** Pendergrast, John B HHHH <John.Pendergrast@Cigna.com>, Cabrera, Denise D HHHH <Denise.Cabrera@Cigna.com>
**Cc:** Walker, Kimberly G (Kim) HHHH <Kimberly.Walker@Cigna.com>, Roberts, Crystal HHHH <Crystal.Roberts@Cigna.com>, Crowe R.Ph, Mark HHHH <Mark.Crowe@Cigna.com>, Mulkey, Marcia H 643 <Marcia.Mulkey@Cigna.com>
**Subject:** RE: EGWP PDP Rx Claim Issue - Cigna-HealthSpring clients

For the ▓▓▓▓ member, Kim, Crystal and I were able to determine that we are adjudicating the claims correctly. The member responsibility is the ingredient cost plus the dispensing fee since he is still in his deductible period. From the member and client's perspective, ▓▓▓▓ Pharmacy is charging them more. Crystal mentioned that Marcia was possibly reaching out to the contacting Network Operations team for Optum.

This provider has been telling the member many things that should not be shared as it is not the members' issue. They need to educate the provider as to not to discuss reimbursements with the member or reach out directly to the employer regarding the problem. The contact at Parkside indicated that Optum told him that he was not doing anything wrong, but if that was the case, why is he collecting more than the what we allowed from the member.

At this point, Kim is going to send Bill Gillis at ▓▓▓▓ a report showing the allowed amounts for this member and is asking him to provide the amount he charged. If he charged more than what we allowed, we need to know why. If his contract with Optum allows him to collect more than what we allow, then that is a problem that needs to be rectified.

---

**From:** Cabrera, Denise D HHHH
**Sent:** Thursday, July 28, 2016 3:52 PM
**To:** Pendergrast, John B HHHH
**Cc:** Roberts, Crystal HHHH; Mulkey, Marcia H 643; Crowe R.Ph, Mark HHHH; Melanson, Jill L HHHH; Walker, Kimberly G (Kim) HHHH
**Subject:** RE: EGWP PDP Rx Claim Issue - Cigna-HealthSpring clients

John,

Are you aware of this issue? We've had a lot of noise on this account due to one customer being charged a higher amount than the claim cost. We changed them to Copay G logic and thought we solved it but I'm concerned that there is a deeper issue. Should Crystal open a Reliability ticket?

---

**From:** Melanson, Jill L HHHH
**Sent:** Thursday, July 28, 2016 4:15 AM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**To:** Roberts, Crystal HHHH
**Cc:** Cabrera, Denise D HHHH; Walker, Kimberly G (Kim) HHHH; Crowe R.Ph, Mark HHHH
**Subject:** Fwd: EGWP PDP Rx Claim Issue - Cigna-HealthSpring clients

Good morning team. Based on tbe below is this something that could be impacting ▓▓▓? We put in the new logic for ▓▓▓ as it was suggested and appears we are still having issues.

---

**From:** "Moore, Jessica B4SRS"
**Sent:** Thursday, July 28, 2016 12:17 AM
**To:** "Melanson, Jill L HHHH"
**CC:** "Ficaro, John H B4SRS" ,"Miles, Jennifer S HHHH" ,"Laica, Donna M HHHH"
**Subject:** EGWP PDP Rx Claim Issue - Cigna-HealthSpring clients

Hello,

An issue has been identified that is impacting some of our Cigna-HealthSpring Rx clients. Optum (previously Catamaran), the vendor for our Cigna-HealthSpring EGWP Part D plans put a system coding correction into production, on January 22, 2016. It has since been discovered that this is now causing claim processing errors in RxClaim in which customer cost shares are being either overstated or understated on some claims. This issue is not limited to Cigna-HealthSpring, it is affecting other customers utilizing Optum as well. **A fix is expected to go into production on August 31. They are unable to put a fix in place before that date.**

There are a couple different scenarios, but only scenario 4 impacts ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The current impact to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ as of 06/29/2016 is to one retiree. This number could grow until the fix goes in on August 31. The final impact once the fix is in place should be available in September.

Please review the talking points and let me know if you would like to notify ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ at this time. If you would like to have a call to discuss this issue internally or externally with the client let me know.

Thank you,

Jessica Moore
Medicare Client Service Manager
Cigna Senior & Retiree Services
Network: 8.572.1575
Phone: (860)226-1575
Fax: (860)375-1221
Jessica.Moore@Cigna.com
*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2016 Cigna.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                           CIGNA00491625