# EXHIBIT 27

| | |
|---|---|
| **From:** | Guren, Michael (CTR)    307 |
| **Sent:** | Friday, November 1, 2013 3:21:37 PM |
| **To:** | Cunningham, Patricia E (Patti)    B4SRS |
| **CC:** | Burns-McAvoy, Julie M    B5PHR; Boyle, John    HHHH; Patel, Jay V    307 |
| **Subject:** | RE: Urgent Request - Action Needed |

Hi Julie-

Essential Health Benefit plans are regulated by CMS, but fall under commercial business in Argus (215). Would there be an impact here?

Off the record, it seems strange that Cigna would charge a member for a copay that exceeds the ingredient cost + dispensing fee + tax (if applicable). To me that is no longer a "co"pay, but more of a single (over)payment by the customer.


**Michael Guren, PharmD**
Cigna Pharmacy Management
949-326-0122 (Direct)
949-212-8179 (Mobile)

---

**From:** Cunningham, Patricia E (Patti) B4SRS
**Sent:** Friday, November 01, 2013 8:01 AM
**To:** Burns-McAvoy, Julie M B5PHR; Bird, Amber S C5PRC; Farina, Amy E B5PHR; Andros, Aneta W3SIU; Maas, Angela 539; Przyworski, Arthur J (Artie) HHHH; Deck, Rebecca S (Becky) 584; Perkins, Benjamin M B5PHR; Hill, Beth A HHHH; Reynolds, Bill Z 584; Tovey, Carol S 647; Macarthur, Chris A HHHH; Wadsley, Cynthia J (Cindy) 584; Meyer, David (Dave) 539; Klatte, David J 584; Bergstrom, Deborah H 584; Porter, Deborah A HHHH; Shearon, Deborah (Debbie) HHHH; Poitras, Diana L (Diane) B5PHR; Mcnamara, Dorine A 584; Pinsky, Douglas R B8MM; Fisher, Duane M HHHH; Bukovich, Erica L 539; Pillow, Gail E HHHH; Wilson, Gail L 584; Beck, Gerald R (Jerry) A1IT; Fago, Heather M B5PHR; del Rio, Irene A1IT; Nax-Gord, Jennifer HHHH; Demoney, Jessica L 584; Scoby, Jodie I HHHH; Sanders, Jody 584; Hazelton, Jonathan M B5PHR; Cohen, Joseph D (Joe) B5PHR; Ruggiero, June O B5PHR; Pitt, Justin A B5PHR; White, Justin 539; McEntee, Kara HHHH; Wisdom, Kathleen M 599; Turley, Kellie L B5PHR; Sawyer, Kenneth A 647; Kent, Kevin 539; Heagy, Lawrence R 599; Bates, Laurence E (Larry) HHHH; Wood, Leland D HHHH; Mangual, Leona T B5PHR; Reiner, Leslie A 539; Schroeder RPH, Leslie D 46K; George, Lindsay E 584; Von Almen, Michelle L HHHH; Rose, Michael J 584; Quraishi, Mohammad I B5PHR; Fertig, Nancy J HHHH; Sangoi, Niru W3SIU; Todd, Pamela C 584; Oddan, Pamela 539; Peoples, Perry S HHHH; Tuttle, Philip R B4MKT; Manjrekar, Rajendra (CTR) B5PHR; Cleere, Rebecca HHHH; Marcano, Rebecca L B5PHR; Bersalona, Richard 645; Shea, robert (CTR) B5PHR; Minicucci, Samantha A B5PHR; Kielbania, Sharon E B4SRS; Sheare, Sharon R HHHH; Bryll, Sheila J B4SRS; Roesner, Stephen H 647; Wegiel, Stephen P (Steve) B5PHR; Wolf, Steven F (Steve) 2135; Polzin, Stewart 539; Moyer, Susan C (Sue) 523; O'Brien, Terrence (Terry) B5PHR; Weiss, Terrie L 584; Underwood Jr, Thomas A W3SIU; Babcock, Thomas O (Toby) HHHH; Maloney, Tracy S 523; Smith, Trinity 584; Atkinson, Victoria L B5PHR; Flemming, William F (Bill) 523; Naro, Lucille M (Lu) HHHH; Sobolak, Stacey HHHH; Ajro, Gezime W3SIU; Eloge, Beverly (Bev) 539; Mader, Elizabeth A HHHH; Vancho, Carolyn B4SRS; Vanpraet, Richard D HHHH; Huntsinger, Deborah A 584; Grace, Ryan P W3SIU; Blouin, Gina-Marie (Gina Marie) B4SRS; Beckman, Anna B5PHR; Spieker, Ted B8MM; Smith, Candice M 539; Fluker, Christy HHHH; Vancho, Carolyn B4SRS; Christie, William 645; Sumner, Anthony W (Tony) HHHH; Guren, Michael (CTR) 307; Elbling, Sherrie (Ellen) 646; Lester, Tyler 446; Ruggiero, June O B5PHR; Flemming, William F (Bill) 523; Bryll, Sheila J B4SRS; Gentile, Gene V B5PHR; Eckloff Jr, Roy A B5PHR; O'Brien, Terrence (Terry) B5PHR
**Cc:** Despard, David W B5PHR
**Subject:** RE: Urgent Request - Action Needed


Are we changing the ingredient cost charged?

We CANNOT charge a member more than the price of the drug – it is AGAINST CMS compliance.
We CANNOT report a different ingredient cost to the government than what is charged at POS.

I don't see this as viable for Medicare Part D.

CONFIDENTIAL
CIGNA00054926

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Friday, November 01, 2013 10:51 AM
**To:** Bird, Amber S C5PRC; Farina, Amy E B5PHR; Andros, Aneta W3SIU; Maas, Angela 539; Przyworski, Arthur J (Artie) HHHH; Deck, Rebecca S (Becky) 584; Perkins, Benjamin M B5PHR; Hill, Beth A HHHH; Reynolds, Bill Z 584; Tovey, Carol S 647; Macarthur, Chris A HHHH; Wadsley, Cynthia J (Cindy) 584; Meyer, David (Dave) 539; Klatte, David J 584; Bergstrom, Deborah H 584; Porter, Deborah A HHHH; Shearon, Deborah (Debbie) HHHH; Poitras, Diana L (Diane) B5PHR; Mcnamara, Dorine A 584; Pinsky, Douglas R B8MM; Fisher, Duane M HHHH; Bukovich, Erica L 539; Pillow, Gail E HHHH; Wilson, Gail L 584; Beck, Gerald R (Jerry) A1IT; Fago, Heather M B5PHR; del Rio, Irene A1IT; Nax-Gord, Jennifer HHHH; Demoney, Jessica L 584; Scoby, Jodie I HHHH; Sanders, Jody 584; Hazelton, Jonathan M B5PHR; Cohen, Joseph D (Joe) B5PHR; Ruggiero, June O B5PHR; Pitt, Justin A B5PHR; White, Justin 539; McEntee, Kara HHHH; Wisdom, Kathleen M 599; Turley, Kellie L B5PHR; Sawyer, Kenneth A 647; Kent, Kevin 539; Heagy, Lawrence R 599; Bates, Laurence E (Larry) HHHH; Wood, Leland D HHHH; Mangual, Leona T B5PHR; Reiner, Leslie A 539; Schroeder RPH, Leslie D 46K; George, Lindsay E 584; Von Almen, Michelle L HHHH; Rose, Michael J 584; Quraishi, Mohammad I B5PHR; Fertig, Nancy J HHHH; Sangoi, Niru W3SIU; Todd, Pamela C 584; Oddan, Pamela 539; Cunningham, Patricia E (Patti) B4SRS; Peoples, Perry S HHHH; Tuttle, Philip R B4MKT; Manjrekar, Rajendra (CTR) B5PHR; Cleere, Rebecca HHHH; Marcano, Rebecca L B5PHR; Bersalona, Richard 645; Shea, robert (CTR) B5PHR; Minicucci, Samantha A B5PHR; Kielbania, Sharon E B4SRS; Sheare, Sharon R HHHH; Bryll, Sheila J B4SRS; Roesner, Stephen H 647; Wegiel, Stephen P (Steve) B5PHR; Wolf, Steven F (Steve) 2135; Polzin, Stewart 539; Moyer, Susan C (Sue) 523; O'Brien, Terrence (Terry) B5PHR; Weiss, Terrie L 584; Underwood Jr, Thomas A W3SIU; Babcock, Thomas O (Toby) HHHH; Maloney, Tracy S 523; Smith, Trinity 584; Atkinson, Victoria L B5PHR; Flemming, William F (Bill) 523; Naro, Lucille M (Lu) HHHH; Sobolak, Stacey HHHH; Ajro, Gezime W3SIU; Eloge, Beverly (Bev) 539; Mader, Elizabeth A HHHH; Vancho, Carolyn B4SRS; Vanpraet, Richard D HHHH; Huntsinger, Deborah A 584; Grace, Ryan P W3SIU; Blouin, Gina-Marie (Gina Marie) B4SRS; Beckman, Anna B5PHR; Spieker, Ted B8MM; Smith, Candice M 539; Fluker, Christy HHHH; Vancho, Carolyn B4SRS; Christie, William 645; Sumner, Anthony W (Tony) HHHH; Guren, Michael (CTR) 307; Elbling, Sherrie (Ellen) 646; Lester, Tyler 446; Ruggiero, June O B5PHR; Flemming, William F (Bill) 523
**Cc:** Despard, David W B5PHR; Burns-McAvoy, Julie M B5PHR
**Subject:** Urgent Request - Action Needed
**Importance:** High


Hello RxFocus Users,

I have an urgent request from management. They are asking us to react to a missed revenue opportunity. In the current world pharmacies are keeping our retail spread when the customer liability (often times deductible) exceeds the pharmacy contracted rate. Below is a summary of what is being proposed as a possible change. We need to understand if you feel your RxFocus reports will be affected by the change. Would you need to make changes to your report logic and if so is it feasible to have them made by February 27, 2014? This is being supported by the highest levels of Cigna management as it represents a tremendous loss of revenue. Your understanding of its urgency is greatly appreciated. Please let me know your thoughts by mid-day Monday November 4th. Thank you.

### Overview
Customers occasionally pay the pharmacy more than the cost of the drug because of spread. Cigna allowed the pharmacies to keep the overpayment with our own contracts, but now that we are on Catamaran's contracts, we need to recoup the dollars from the pharmacies. Today Argus inflates the ingredient cost paid and reports the dollars as $0 due rather than a negative, which does not provide an avenue for automatically collecting from the pharmacies.

### Proposal
The proposed solution is for Argus to make a change to reflect the overpayment by the customer as a negative amount owed to the pharmacy and ensure that funding reflects the negative amount in an automated way. Below is a paid claim example. The approach would be to simply report the copay or co-insurance as calculated and allow the Plan Paid to calculate to a negative amount.

CONFIDENTIAL

CIGNA00054927

| Argus Field | Argus Field Name | Today's world- cannot collect $5 | Suggested way to collect $5 |
|---|---|---|---|
| | RESPONSE PRICING SEGMENT - AM23 | | |
| 506-F6 | INGREDIENT COST PAID (22.50) (Pharmacy calculated cost of the drug.) | $27.50 | $22.50 |
| 507-F7 | DISPENSING FEE PAID (2.50) | $2.50 | $2.50 |
| 521-FL | INCENTIVE AMOUNT PAID | $0.00 | $0.00 |
| 558-AW | FLAT SALES TAX AMOUNT PAID | $0.00 | $0.00 |
| 559-AX | PERCENTAGE SALES TAX AMOUNT PAID | $0.00 | $0.00 |
| 565-J4 | OTHER AMOUNT PAID | $0.00 | $0.00 |
| 505-F5 | PATIENT PAY AMOUNT (Member deductible and or liability.) | $30.00 | $30.00 |
| 571-NZ | AMOUNT ATTIBUTED TO PROCESSOR FEE | $0.00 | $0.00 |
| 518-FI | AMOUNT OF COPAY (Member liability) | $30.00 | $30.00 |
| 509-F9 | TOTAL AMOUNT PAID (Pharmacy Paid Amount – What Cigna pays to the pharmacy.) | $0.00 | -$5.00 |

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.