# EXHIBIT 29



# Catamaran
## National Provider Network Agreement Information

Dear Pharmacy Provider:

Thank you for your recent interest and inquiry regarding participation in the Catamaran National Network. Catamaran (formerly informedRx and Catalyst) provides the retail pharmacy network for millions of members today throughout the country and in your area.

Enclosed, please find the applicable Network documents required of you at this time to sign and send back. Upon completion, please either fax back to **866.244.8543**, send via email to **Provider.Relations@catamaranrx.com**, or mail to the address below:

**Catamaran**
**Attn: Provider Contracting**
**2441 Warrenville Rd Suite 610**
**Lisle, IL 60532**

Should you have any questions or concerns, please feel free to contact us at Provider.Relations@catamaranrx.com, or by calling 877.633.4701.

Sincerely,

Catamaran Provider Contracting

# PROVIDER AGREEMENT TERMS AND CONDITIONS

## 1. BACKGROUND

1.1 Catamaran PBM of Illinois, Inc. provides pharmacy benefit management services to various sponsors of health benefit plans ("Plans") which may include, but are not limited to health insurers, health maintenance organizations, third party pharmacy benefit managers, managed care organizations, preferred provider organizations, employers, self-insured groups and third party administrators for self-insured groups. A Plan, at its option, may either establish its own network of participating pharmacies (a "Plan Network") or rely on a network of pharmacies established by Catamaran (the "Catamaran Network") (collectively, the "Catamaran Pharmacy Networks") at which individuals and their dependents ("Members") who are entitled to receive benefits under that Plan may have prescriptions for pharmaceutical products dispensed.

1.2 Pharmacy desires to join, and Catamaran desires Pharmacy to join, the Catamaran Network and, if appropriate, certain Plan Networks.

1.3 In this Agreement the terms below are defined as follows:
  (a) "Agreement" means these terms and conditions, any Addendums, the Provider Manual and any schedules attached and incorporated by reference.
  (b) "Claim" means any prescription drug claim submitted by Pharmacy to Catamaran for which Pharmacy is to provide the Services described in this Agreement.
  (c) "Co-payment" or "Deductible" means a fixed dollar or a percentage portion of the charge for the pharmaceutical product being dispensed by Pharmacy to Member that is to be paid by Member.
  (d) "Member" means an individual person who is covered by a Plan.
  (e) "Transaction" means any transaction submitted by Pharmacy to the Catamaran System, whether it is incomplete, rejected, paid, a reversal, reversal reject, reversal due to Claim adjustment, or duplicate transaction.
  (f) "Records" means (but not necessarily limited to) all the prescription information required to validate the accuracy, completeness, and dispensing of the prescription, pharmacy, pharmacist and pharmacy technician licenses, and credentials.
  (g) "Services" means the pharmaceutical services provided by Pharmacy to members.
  (h) "Catamaran System" means the Catamaran online claim processing system.

## 2. SERVICE

2.1 Before dispensing a prescription drug to any Member of any Plan and submitting a Claim, Pharmacy will request Plan specific Member identification card from Member. Each Member's identification card will identify the Plan to which that Member belongs, that Member's name and an identification number assigned to that Member. The card is for identification purposes only and does not assure eligibility or coverage or that payment for prescriptions will be made to Pharmacy by Catamaran.

2.2 When submitting a Claim, Pharmacy will transmit electronically to Catamaran accurate data for that Claim. Claims will be transmitted no later than thirty (30) days from the date of service using telecommunications standards established by The Department of Health and Human Services Administrative Simplification or any successor organization (currently, the National Council for Prescription Drug Program's (NCPDP) Telecommunications Standard Version D.0. Catamaran will give Pharmacy at least thirty (30) days prior notice of any date by which Pharmacy will be required to transmit claims in accordance with any new standard approved by The Department of Health and Human Services Administrative Simplification or any successor organization. Any Claim submitted will also include but not be limited to the National Drug Code number for the package size from which the prescription is dispensed.

2.3 Pharmacy will comply with all applicable requirements governing the privacy, security and protection of data while in its custody or control or while being transmitted to or from the Catamaran System. Catamaran will cause the Catamaran System to be operated and maintained so as to comply with all applicable requirements governing the privacy, security and protection of data while in the custody or control of Catamaran.

2.4 Pharmacy will submit claim reversals for prescriptions that have been approved, but are not dispensed to a Member for any reason within thirty (30) days of original claim submission date.

CONFIDENTIAL                                                                                                                    CIGNA00177315

## 3. RESPONSIBILITIES of PHARMACY

3.1 Pharmacy will:
   (a) provide such cooperation, information and assistance as may be necessary, or as may be reasonably requested by Catamaran from time to time.
   (b) obtain and maintain all telecommunications services needed to permit the electronic communication of information to and from the Catamaran System.
   (c) comply with all local, state, and federal laws and regulations, including but not limited to those relating to operation of a pharmacy or the protection of personal health information. Without limiting the foregoing, Pharmacy must be registered with the United States Drug Enforcement Administration. Upon request, Pharmacy will provide Catamaran with a copy of any information that Catamaran may reasonably require to verify compliance with this section including, but not limited to, copies of any license (state or federal) to operate Pharmacy or any location thereof or any registration or the licenses of any Pharmacist or Pharmacy Technician employed by Pharmacy.
   (d) immediately notify Catamaran of any investigation, hearing or trial (relating to the operation of Pharmacy or prescription drugs in general) that could result in Pharmacy or any Pharmacist or Pharmacy Technician employed by Pharmacy being sanctioned or penalized (be it criminal, regulatory or civil). In addition, Pharmacy will immediately notify Catamaran of the outcome of any such investigation or hearing or trial.
   (e) ensure that any Pharmacist or Pharmacy Technician employed by Pharmacy has all licenses required to legally perform his or her job and that the performance of his or her job complies with any applicable code of conduct for pharmacy professionals.
   (f) provide services without discrimination and in a professional manner to Members covered by Plans that use the Catamaran Network for the submission of Claims.
   (g) maintain adequate inventory of prescription drug products and supplies.
   (h) when providing services to any Member of a Plan, do so in accordance with that Plan's Payer Sheet and any other policies, procedures or initiatives of that Plan including, but not limited to, managed care cost containment initiatives, acceptance of electronic responses to Claims, generic substitution, formulary management and drug utilization review. This includes but is not limited to intervening with Members and/or prescribing physicians to promote Plan-appropriate utilization, formulary compliance, cost management, and other reasonable managed care initiatives.
   (i) at a minimum, provide and maintain professional liability insurance of no less than one million dollars ($1,000,000.00) per occurrence and three million dollars ($3,000,000.00) in aggregate, and shall not allow such policies lapse or cancel or materially modify them so as to reduce or negate the coverage of such policies without thirty (30) days prior written notice to Catamaran. Upon request, Pharmacy will provide to Catamaran evidence of all required insurance in the form of a certificate of insurance, duly completed and executed by an insurer. The insurance requirements of this Section 3.1(i) do not limit the obligation of the Pharmacy to indemnify Catamaran as described below and in no way act as a waiver of any of Pharmacy's obligations under this Agreement.
   (j) for a period of not less than three (3) years from making any Claim and, in any event, for a period not less than that required by law, maintain the Claim information submitted, a log to verify each Claim made pursuant to this Agreement including but not limited to the prescription number for the underlying prescription, the date on which the Claim was authorized, the date on which the underlying prescription was dispensed, the pharmaceutical product dispensed, the amount dispensed, records of Co-payments, an authorization for release of information to Catamaran and Plan in order to process the Claim, and the signature of Member or Member's agent to obtain such consents as may be necessary to permit the disclosure, transmission or use of any information concerning Member, including a specific consent that allows Catamaran to disclose such information to the Plan to which that Member belongs, in connection with the performance by Catamaran of any Services hereunder and to verify that the underlying prescription was dispensed.
   (k) consider the information provided by Catamaran via the CATAMARAN System when preparing and dispensing pharmaceutical products to Members.
   (l) with respect to any Claim, collect any Co-payment indicated in the claim response message from Catamaran to the Pharmacy in the exact amount specified in that message and not seek any further compensation from Member for dispensing the pharmaceutical product.

3.2 Notwithstanding the foregoing, Pharmacy maintains the right to use the best professional judgment of its Pharmacist(s) in matters relating to the preparation and dispensing of pharmaceutical products, and **Pharmacy** remains solely responsible for the operation and maintenance of Pharmacy.

3.3 Unless required to do so by operation of law or order of any court or governmental authority, Pharmacy will not share information concerning the terms of this Agreement or other proprietary information, including but not limited to, reimbursement rates and pricing as provided to Pharmacy by Catamaran with

CONFIDENTIAL                                                                                                                    CIGNA00177316

any other person or entity without the permission of Catamaran. If any such disclosure is made or contemplated, Pharmacy will notify Catamaran.

3.4 Pharmacy represents that its primary method of dispensing or distributing pharmaceutical products is not by mail or other common carrier.

## 4. REIMBURSEMENT and PAYMENT

4.1 Reimbursement rates vary from Plan to Plan. Catamaran will implement zero balance pricing logic (pharmacy will receive the lower of usual and customary price or co-payment) when allowed by the Plan. Refer to Network Addendums, Schedules, Provider Manual or the on-line transaction response for Plan or network reimbursement. In addition, reimbursement will be limited by the pharmacies submitted ingredient cost plus dispensing fee (plus tax, if applicable), total submitted gross amount due, or usual and customary cash price that would be given under the same circumstances if the Member did not possess pharmacy benefit coverage. The on-line transaction response pricing prevails, unless an overpayment is made to Pharmacy.

4.2 For applicable Plans, Catamaran will use commercially reasonable efforts to secure timely payment from Plans. For applicable Plans, Pharmacy expressly acknowledges that until Catamaran receives payment in respect of a Claim from the applicable Plan, Catamaran has no obligation to make any payment to Pharmacy in respect of that Claim and that no interest or other penalty or damages will accrue.

## 5. RECORDS, AUDIT and RECOVERY

5.1 During the term of this Agreement and for one (1) year following the expiration or termination of this Agreement, Catamaran shall, upon reasonable prior notice to Pharmacy, have the right to request, review or verify any or all records relating to any Transaction and any payments made or required to be made related to that Transaction, whether paid or payable by Pharmacy to Catamaran or by Catamaran to Pharmacy, however recorded during Pharmacy's regular business hours. Catamaran will be entitled, at Catamaran's cost, to obtain and to make copies of any Records or part thereof, for the purpose of carrying out the review or audit. Pharmacy shall cooperate with and extend all reasonable and necessary support to Catamaran to facilitate the review or audit. If any such audit discloses any material breach of this Agreement or:
   (a) any payment in respect of any Claim, made by Catamaran to Pharmacy (not subsequently refunded by Pharmacy to Catamaran) for any Claim reversed or rejected; or
   (b) any payment in respect of any Claim, made by Catamaran to Pharmacy (not subsequently refunded by Pharmacy to Catamaran) that is in excess of the amount that Catamaran indicated would be paid for that Claim; or
   (c) any payment not attributable to a particular Claim; or
   (d) any payment in excess of the amount that Catamaran would have paid for a particular Claim if it were for the size, quantity or type of prescription drug actually dispensed; or
   (e) a payment in response to a Claim for which Pharmacy does not have a full set of Records;
   Pharmacy shall refund to Catamaran (through an offset of future payments or make payment in the absence of future balances) the aggregate of all such amounts.

5.2 Catamaran may appoint an external auditor to conduct any such audit on Catamaran's behalf. Catamaran does not make any warranty, representation or condition that the services will be without errors or deficiencies or will meet Pharmacy's requirements.

## 6. INDEMNIFICATION

6.1 Pharmacy and Catamaran mutually agree to indemnify and hold the other party and its employees, agents, suppliers and subcontractors harmless from all losses, damages and expenses incurred in connection with any claims, demands and other liabilities asserted against them as a result of either party's use of any product or service provided by one party to the other under this Agreement or any breach by either party of this Agreement.

CONFIDENTIAL                                                                                                                                  CIGNA00177317