# EXHIBIT 31
## REDACTED

Message

**From:** Fishbein, Jane B5PHR [/O=CIGNA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=N97275]
**Sent:** 4/24/2014 7:01:08 PM
**To:** Grant, Maryanne B5PHR [Maryanne.Grant@Cigna.com]
**Subject:** FW: ZBL Inquiry

FYI. CTRX reconnected with the pharmacy and reviewed all of the below points.

Thank you,
Jane

---

**From:** Chappel, Alanna [mailto:Alanna.Chappel@catamaranrx.com]
**Sent:** Thursday, April 24, 2014 2:35 PM
**To:** Fishbein, Jane B5PHR
**Cc:** provider.relations@catamaranrx.com; Madrid, Karen
**Subject:** RE: ZBL Inquiry

Hello,

I apologize for the delay Ann was out yesterday. I have spoken with Ann again. We did go over the points below. She did state she has not spoken to the member's plan since we 1st spoke. Ann was also in complete understanding of the points below.

Thanks,
**Alanna Chappel**
Provider Relations
**Catamaran**
1650 Spring Gate Lane
Las Vegas, NV 89134
**T: 702.477.7303**
F: 877.339.0784 (Toll Free)
Alanna.Chappel@CatamaranRx.com



---

**From:** Fishbein, Jane B5PHR [mailto:Jane.Fishbein@Cigna.com]
**Sent:** Thursday, April 24, 2014 12:53 PM
**To:** Chappel, Alanna
**Cc:** provider.relations@catamaranrx.com; Madrid, Karen
**Subject:** RE: ZBL Inquiry
**Importance:** High

Hi CTRX,

I really need a response on the below. Thank you

Jane

---

**From:** Fishbein, Jane B5PHR
**Sent:** Tuesday, April 22, 2014 2:33 PM

**To:** 'Chappel, Alanna'
**Cc:** Grant, Maryanne B5PHR; Madrid, Karen (Karen.Madrid@catamaranrx.com) (Karen.Madrid@catamaranrx.com)
**Subject:** RE: ZBL Inquiry
**Importance:** High

Hi Alanna,

This has become a highly escalated issue with Cigna's client (███████) since the pharmacy outreached directly to client. Cigna needs to verify that ZBL was explained in detail to the pharmacy, including all of the following points, using claim number 145075656061 (customer ID 215) as a reference point:

- Based on the pharmacy's contract with CTRX, the pharmacy's reimbursement for this claim at the current MAC is $14.32 plus a $1.40 dispense fee, for a total pharmacy reimbursement of $15.72
- Based on the Cigna client benefit structure, the client price may be more or less than CTRX's reimbursement to the pharmacy. For this particular claim, the client's cost is higher than the pharmacy's reimbursement
- The client's benefit dictates that when a member is in their deductible phase, the member will be responsible for the full client price. For this claim, the client price is $25
- The pharmacy's contract with CTRX allows CTRX/Cigna to collect any excess amount between the client's price and CTRX's reimbursement. For this claim, the amount collected by CTRX/Cigna was $9.28. This claim was paid correctly according to the pharmacy's contracted rate.
- Cigna's contract with the client and CTRX's contract with the pharmacy are two entirely separate agreements that are administered independently of one another
- Once again, an emphasis needs to be made that it is compulsory that the pharmacy not discuss these agreements with the member and/or the client

If any of these points were not communicated during your initial call with the pharmacy, please reach back out to Ann to review. Upon completion, please send me an email confirming that all of the above points were discussed with the pharmacy.

Please let me know if you have any questions.

Thank you for all that you do!

*Jane Fishbein*
**CIGNA Pharmacy Network Operations**
Phone: 860.226.3108
Fax: 860.226.3535
Email: jane.fishbein@cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2014 Cigna.

---

**From:** Chappel, Alanna [mailto:Alanna.Chappel@catamaranrx.com]
**Sent:** Thursday, April 17, 2014 2:59 PM
**To:** Fishbein, Jane B5PHR; provider.relations@catamaranrx.com
**Cc:** Webster, Saianne E B5PHR
**Subject:** RE: ZBL Inquiry

Hello,

I have spoken with Ann at the pharmacy. I did explain the ZBL to her. I did advise her that she cannot contact the member employer as this would hold her out of contract. She was concerned she feels the member is being over charged. She did state that the member requested her to call the employer but I did advise her that she was discussing her opinion with the member and the member should not be involved.

Thanks,
Alanna Chappel
Provider Relations
Catamaran
1650 Spring Gate Lane
Las Vegas, NV 89134
T: 702.477.7303
F: 877.339.0784 (Toll Free)
achappel@catamaranrx.com



---

**From:** Fishbein, Jane B5PHR [mailto:Jane.Fishbein@Cigna.com]
**Sent:** Thursday, April 17, 2014 10:41 AM
**To:** provider.relations@catamaranrx.com; Chappel, Alanna
**Cc:** Webster, Saianne E B5PHR
**Subject:** ZBL Inquiry
**Importance:** High

Hi Alanna/CTRX,

Could you please reach out to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ regarding ZBL and explain to them the 3/1 change that was implemented for Cigna Commercial plans?

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

Please let me know when you have spoken to the pharmacy.

Thank you!

*Jane Fishbein*

**CIGNA Pharmacy Network Operations**
Phone: 860.226.3108
Fax: 860.226.3535
Email: jane.fishbein@cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2014 Cigna.

---

**From:** RX Care Advocate
**Sent:** Wednesday, April 16, 2014 09:53 AM
**To:** Cordell, Bethany K 549; Provider Relations (Provider.Relations@catamaranrx.com) <Provider.Relations@catamaranrx.com>
**Subject:** FW: Pharmacy Charge Questions

Provider Relations—Can you please assist with this issue. The example given is for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The pharmacy is going to the employer and stating Cigna is charging them for prescriptions and in return is charging the customer. Bethany is needing assistance is going back to client.

Please let me know if I can provide any additional assistance!

Stephanie Forkenbrock
Rx Service Coordinator

Client Implementation and Service
Phone: 815-929-6305
Fax: 860-687-9681
Email: stephanie.forkenbrock@cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2014 Cigna.

**From:** AccountManagementTeam
**Sent:** Tuesday, April 15, 2014 6:23 AM
**To:** RX Care Advocate
**Cc:** Cordell, Bethany K 549
**Subject:** FW: Pharmacy Charge Questions
**Importance:** High

Rx Care

Can you assist with the retail claims

*Thank you,*
*Laura Derry*
*Cigna Home Delivery Pharmacy*
*Customer Service Analyst - Account Management*
*: 2500 E 52nd St N | Sioux Falls, SD 57104*
*: 605.373.4840   Extension: 373.4840*
*: 605.373.4841*
*: Laura.Derry@Cigna.com*

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2014 Cigna

**From:** Cordell, Bethany K 549
**Sent:** Monday, April 14, 2014 4:28 PM
**To:** AccountManagementTeam
**Subject:** Fw: Pharmacy Charge Questions
**Importance:** High

Good afternoon,

Please see the email chain below with the attached screen shot. Please advise or point me in the right direction.

**From:** ▮
**Sent:** Monday, April 14, 2014 12:52 PM
**To:** ▮ ; Cordell, Bethany K 549
**Cc:** ▮
**Subject:** RE: Pharmacy Charge Questions

I hope all is well.

CONFIDENTIAL

Find attached a screen shot from the pharmacy in Little Rock on the pricing issues described below.
The cost of the prescription is in Green: $11.36
The employee cost is in White: $18.38
The charge back to CIGNA or remit back amount is Red: -$7.73
This was done on 3.19.14

It looks like the employee is paying the pharmacy the negotiated price, plus paying CIGNA as well.

Any assistance you can give me on this will be greatly appreciated.
THANKS

---

**From:**
**Sent:** Wednesday, April 09, 2014 10:51 AM
**To:** Cordell, Bethany K 549 (Bethany.Cordell@Cigna.com)
**Cc:**
**Subject:** RE: Pharmacy Charge Questions

I just spoke with the pharmacist and she is going back over her remittances and see what she can pull for us.
She states that it did not happen on the first prescription that she filled for the participant but it did after that and that is what really caught her eye.
Once I hear back from her I will update you with an email.

THANKS

---

**From:**
**Sent:** Wednesday, April 09, 2014 10:47 AM
**To:** Cordell, Bethany K 549 (Bethany.Cordell@Cigna.com)
**Cc:**
**Subject:** RE: Pharmacy Charge Questions
**Importance:** High

I have never heard of this or come across this and think if this was the case you would be hearing about it universally and with every pharmacist... I really think / hope there is some confusion on the pharmacist part. If we can get the actual member name / fill date / pharmacy name / prescription Bethany should be able to research and find out what is happening.

Thanks!



CONFIDENTIAL
CIGNA00180955

Case 3:16-cv-01702-JAM   Document 432-31   Filed 05/17/22   Page 7 of 9

New England Financial is the registered mark for New England Life Insurance Company and New England Securities, Boston, MA 02116. Strategic Financial Partners is a general agency of New England Life Insurance Company.

If you do not wish to receive commercial emails from MetLife or its affiliates in the future, email your request to dnss@metlife.com. Do not respond to this email to opt-out. You may also contact us in writing at MetLife Customer Privacy Center, P. O. Box 489, Warwick, Rhode Island 02887-9954. Please allow up to 10 days for us to process your opt-out. You may receive emails from us during that time, for which we apologize. If you are eligible for benefits through an employer that offers benefits provided by a MetLife company, this opt-out will not apply to emails relating to those benefits.

**From:**
**Sent:** Wednesday, April 09, 2014 10:44 AM
**To:** Cordell, Bethany K 549 (Bethany.Cordell@Cigna.com)
**Cc:**
**Subject:** RE: Pharmacy Charge Questions

That is what is causing the pharmacist confusion. Why is CIGNA making the pharmacy pay CIGNA back money on a plan they have not contributed toward the prescription of the participant.
When the pharmacist was charged for this she started charging the employee on the amount that she was being paid not the extra amount.
I will give the pharmacy a call to get an actual case for you.

THANKS

**From:**
**Sent:** Wednesday, April 09, 2014 10:38 AM
**To:** Cordell, Bethany K 549 (Bethany.Cordell@Cigna.com)
**Cc:**
**Subject:** RE: Pharmacy Charge Questions

Sorry... I am a little confused... what do you mean Cigna charges the pharmacy back this amount? If they are on a HDHP and have not met the deductible the member should be paying the full price of the drug (after discount is applied) and Cigna is paying zero on the prescription.

Can you give us a specific example so we can verify what the pharmacist is telling you is accurate... see how the script is processing and is specific to Wunderlich, etc.

Thanks!



CONFIDENTIAL

CIGNA00180956



New England Financial is the registered mark for New England Life Insurance Company and New England Securities, Boston, MA 02116. Strategic Financial Partners is a general agency of New England Life Insurance Company.

If you do not wish to receive commercial emails from MetLife or its affiliates in the future, email your request to dnss@metlife.com. Do not respond to this email to opt-out. You may also contact us in writing at MetLife Customer Privacy Center, P. O. Box 489, Warwick, Rhode Island 02887-9954. Please allow up to 10 days for us to process your opt-out. You may receive emails from us during that time, for which we apologize. If you are eligible for benefits through an employer that offers benefits provided by a MetLife company, this opt-out will not apply to emails relating to those benefits.

---

**Sent:** Wednesday, April 09, 2014 10:31 AM
**To:** Cordell, Bethany K 549 (Bethany.Cordell@Cigna.com)
**Cc:**
**Subject:** Pharmacy Charge Questions

Bethany,

I spoke with a pharmacist in Arkansas this week and she has concerns about the way CIGNA is billing participants and charging her back the for portions of the prescription cost. Here are a couple of examples of the things she is speaking about:

Example: $26.72  CIGNA says to charge participant
         $15.35  Pharmacy is paid
         $11.37  CIGNA charges the pharmacy back this amount

Example: $34.62  CIGNA says to charge participant
         $ 4.79  Pharmacy is paid
         $29.83  CIGNA charges the pharmacy back this amount

The pharmacist says this is not a normal practice with most high deductible plans she provides for. When the participant is required to pay the full negotiated amount the insurance company normally does not require the pharmacy to pay them back any of those monies.  Our question to you is, with the high deductible plan that we have is it normal for CIGNA to charge the pharmacy back for a portion of the prescription cost if the participant is paying the negotiated rate.

Any information you can share will be appreciated.
THANKS



The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.
"WorldSecure <nef.com>" made the following
 annotations on 04/09/14, 11:36:59

CONFIDENTIAL                                                                                         CIGNA00180957

```
------------------------------------------------------------------------
The information contained in this message may be CONFIDENTIAL and is for the intended
addressee only.  Any unauthorized use, dissemination of the information, or copying of
this message is prohibited.  If you are not the intended addressee, please notify the
sender immediately and delete this message.
========================================================================
```

The information contained in this message may be CONFIDENTIAL and is for the intended addressee only. Any unauthorized use, dissemination of the information, or copying of this message is prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

```
"WorldSecure <nef.com>" made the following
 annotations on 04/09/14, 11:46:23
------------------------------------------------------------------------
The information contained in this message may be CONFIDENTIAL and is for the intended
addressee only.  Any unauthorized use, dissemination of the information, or copying of
this message is prohibited.  If you are not the intended addressee, please notify the
sender immediately and delete this message.
========================================================================
```

---

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by e-mail at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright (c) 2014 Cigna

===========================================================================

This communication, including any attachments, may contain information that is confidential and may be privileged and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender. Thank you for your cooperation.

---

This message was secured by ZixCorp[(R)].

---

CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by e-mail at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright (c) 2014 Cigna

===========================================================================

This communication, including any attachments, may contain information that is confidential and may be privileged and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender. Thank you for your cooperation.

---

This message was secured by ZixCorp[(R)].