# EXHIBIT 32
## REDACTED

Message
_____

| | |
|---|---|
| **From:** | Fishbein, Jane B5PHR [Jane.Fishbein@Cigna.com] |
| **Sent:** | 2/3/2015 6:14:02 PM |
| **To:** | Lewis, Lisa HHHH [Lisa.Lewis2@Cigna.com]; Harrison, Avery M 584 [Avery.Harrison@Cigna.com]; Pharmacy Network Operations [PharmacyNetworkOperations@Cigna.com] |
| **CC:** | Martin, Charlotte R 584 [Charlotte.Martin@Cigna.com]; Nejo, Yvette HHHH [Yvette.Nejo@Cigna.com]; Dimassa, Christopher M 584 [Christopher.Dimassa@Cigna.com]; Larocque, Suanne HHHH [Suanne.LaRocque@Cigna.com]; Walker, Lutricia 584 [Lutricia.Walker@Cigna.com]; Smith, John M 357 [John.Smith2@Cigna.com] |
| **Subject:** | RE: 612939 ▮▮▮▮▮▮▮ - New ponzi scheme |
| **Attachments:** | ZBL FAQ Final.doc |

Hi Lisa,

Attached are talking points surrounding this particular issue.  Sales can use these points to formulate a response to the client/broker.  Should you have any questions, please work with John Smith (CCed on this email).

Thank you,

*Jane Fishbein*

**CIGNA Pharmacy Network Operations**
Phone: 860.226.3108
Fax: 860.226.3535
Email: jane.fishbein@cigna.com

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

_____

**From:** Lewis, Lisa HHHH
**Sent:** Tuesday, February 03, 2015 1:08 PM
**To:** Harrison, Avery M 584; Fishbein, Jane B5PHR; Pharmacy Network Operations
**Cc:** Martin, Charlotte R 584; Nejo, Yvette HHHH; Dimassa, Christopher M 584; Larocque, Suanne HHHH; Walker, Lutricia 584
**Subject:** RE: 612939 ▮▮▮▮▮▮▮ - New ponzi scheme
**Importance:** High

Hi Jane, thanks again for your help on this issue however, can you assist the team on how to best respond to the broker/client, particularly since the "cat" is already out of the bag so to speak?   See team questions below.

**Lisa Lewis**
Pharmacy Implementation Manager
Cigna Pharmacy Client Services Operations Select Market
Office: 860-902-9751
Mobile:  614-381-1989
Email: lisa.lewis2@cigna.com

 Cigna.

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. ©
Copyright 2015 Cigna.

_____

**From:** Harrison, Avery M 584
**Sent:** Tuesday, February 03, 2015 1:03 PM
**To:** Lewis, Lisa HHHH
**Cc:** Martin, Charlotte R 584; Nejo, Yvette HHHH; Dimassa, Christopher M 584; Larocque, Suanne HHHH; Walker, Lutricia

CONFIDENTIAL - ATTORNEYS' EYES ONLY

584
**Subject:** RE: 612939 ███████ - New ponzi scheme

Thanks Lisa!  In all other instance I think that we could get by with providing the answer below.

Unfortunately, this does not help us explain to the broker/client **owner** what was received.  The broker indicated that this is the local pharmacy (friends) and the **owner's** wife is the pharmacist that provided the detail to the member/**owner** of SE readi-mix.

Plus, what is a PSAO & MHA?

I think we'll need an additional explanation since this is going back to the broker & owner.

Thanks,

Avery Harrison, CCWC
Client Service Consultant
8505 E Orchard Road, 5T-1
Greenwood Village, CO  80111

☎ Phone: (303) 323-9906 | eFax: (860) 847-5188 | ✉ Email: **Avery.Harrison@cigna.com**

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

---

**From:** Lewis, Lisa HHHH
**Sent:** Tuesday, February 03, 2015 10:44 AM
**To:** Harrison, Avery M 584
**Cc:** Martin, Charlotte R 584; Nejo, Yvette HHHH; Dimassa, Christopher M 584; Larocque, Suanne HHHH
**Subject:** FW: 612939 ███████ - New ponzi scheme

Hi Avery, see response from Pharmacy Network to this issue.

**Lisa Lewis**
Pharmacy Implementation Manager
Cigna Pharmacy Client Services Operations Select Market
Office: 860-902-9751
Mobile:  614-381-1989
Email: lisa.lewis2@cigna.com



Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.

---

**From:** Pharmacy Network Operations
**Sent:** Tuesday, February 03, 2015 12:01 PM
**To:** Lewis, Lisa HHHH; Pharmacy Network Operations
**Cc:** Cohen, Joseph D (Joe) B5PHR
**Subject:** RE: 612939 ███████ - New ponzi scheme

Good afternoon,

Please see the below response from Juan in CTRX Provider Relations regarding this issue:

CONFIDENTIAL - ATTORNEYS' EYES ONLY

I spoke with Danny, the pharmacy Manager. I explained that he is not to discuss reimbursement matters with members. I explained that any payment issue must be discussed with their PSAO, MHA. He fully understands the matter. He explained that he did not provide a payment breakdown to the member but to the members wife, who is an employee of his. The wife, a pharmacist shared this information with her husband who happens to be the member. He advised that this will not happen again as he is aware of how to handle the matter going forward.

Let me know if I can be of additional assitance

*Jane Fishbein*

**CIGNA Pharmacy Network Operations**
Phone: 860.226.3108
Fax: 860.226.3535
Email: jane.fishbein@cigna.com

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

---

**From:** Lewis, Lisa HHHH
**Sent:** Monday, February 02, 2015 4:25 PM
**To:** Pharmacy Network Operations
**Cc:** Cohen, Joseph D (Joe) B5PHR
**Subject:** RE: 612939 ▮▮▮▮▮▮ - New ponzi scheme

See attached claim from the pharmacy.

**Lisa Lewis**
Pharmacy Implementation Manager
Cigna Pharmacy Client Services Operations Select Market
Office: 860-902-9751
Mobile: 614-381-1989
Email: lisa.lewis2@cigna.com



Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.

---

**From:** Cohen, Joseph D (Joe) B5PHR
**Sent:** Monday, February 02, 2015 4:16 PM
**To:** Pharmacy Network Operations
**Cc:** Lewis, Lisa HHHH
**Subject:** RE: 612939 ▮▮▮▮▮▮ - New ponzi scheme

Good afternoon PNO –

Can you please see Lisa's e-mail below and reach out to this pharmacist to explain the contract he signed?   Lisa might also be forwarding you another e-mail of the same type she had last week.

Thanks
Joe

Joe Cohen
Select Segment Lead, Cigna Pharmacy Client Services Operations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Routing: B5PHR
Office: 860.226.6854
Cell: 860.387.5863
Email: Joseph.Cohen@CIGNA.com

The information contained in this e-mail may be confidential and is intended solely for the use of the named addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of CIGNA Do not duplicate or distribute. Use and distribution limited solely to authorized personnel – © Copyright 2015 (CIGNA Corporation)

**From:** Lewis, Lisa HHHH
**Sent:** Monday, February 02, 2015 3:53 PM
**To:** Cohen, Joseph D (Joe) B5PHR
**Subject:** RE: 612939 ███████ - New ponzi scheme
**Importance:** High

Hi Joe, May I call you about this the below claim? This is another issue where the retail pharmacist is complaining about the cost of the actual cost of the drug as $11.85 (ACQ), the member liab is $28.40 because they have a ded to meet and finally the RPH says Cigna is asking for $20.90 (see attached pharmacy claim). Is this correct? I am having trouble understanding how to breakdown the financial activity of the claim.





**Lisa Lewis**
Pharmacy Implementation Manager
Cigna Pharmacy Client Services Operations Select Market
Office: 860-902-9751
Mobile:  614-381-1989
Email: lisa.lewis2@cigna.com



Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. ©
Copyright 2015 Cigna.

**From:** Harrison, Avery M 584
**Sent:** Monday, February 02, 2015 12:20 PM
**To:** Lewis, Lisa HHHH
**Cc:** Martin, Charlotte R 584; Nejo, Yvette HHHH; Dimassa, Christopher M 584; Larocque, Suanne HHHH
**Subject:** FW: 612939 ▬▬▬▬ - New ponzi scheme
**Importance:** High

Hi Lisa!  Please see the email trail below and attached document.  Would you mind reviewing and assisting
Chris & I with an answer for this pharmacy/broker surrounding their thoughts of how this particular Rx is being
processed.

CONFIDENTIAL - ATTORNEYS' EYES ONLY     CIGNA00309579

Thank you,

Avery Harrison, CCWC
Client Service Consultant
8505 E Orchard Road, 5T-1
Greenwood Village, CO  80111

☏ Phone: (303) 323-9906 | eFax: (860) 847-5188 | ✉ Email: **Avery.Harrison@cigna.com**

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.*

**From:** Dimassa, Christopher M 584
**Sent:** Monday, February 02, 2015 10:01 AM
**To:** Harrison, Avery M 584
**Subject:** Fw: New ponzi scheme - █████████

Hi Avery,

Can you please look into the below for us? Seems very odd to me

Thanks

**From:** ████████████████████████████
**Sent:** Monday, February 02, 2015 05:44 AM
**To:** Dimassa, Christopher M 584
**Subject:** FW: New ponzi scheme

Chris,
See below and see if you can understand and please call me.  This is our local pharmacy friends and the OWNER's wife on ████████ works for him. I am really confused on this one☹



**Securities and Investment Advisory Services offered through** ██████████████████████ **(member SIPC)**

████████████████████ **is not a subsidiary of nor controlled by** ████████████████

**Confidentiality Notice:**  This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities.  They may also be work product and/or protected by the attorney-client privilege or other privileges.  Delivery to someone other than the intended recipient(s) shall not be deemed to waive any privilege.  Review, distribution, storage, transmittal or other use of the email and any attachment by an unintended recipient is expressly prohibited.  If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** ████████████████████████████
**Sent:** Friday, January 30, 2015 4:53 PM
**To:** ████████
**Subject:** New ponzi scheme

████

This new insurance ████████ has is doing something that appears unethicle if not illegal.
The plan is processing a claim that requires me to collect above and over the cost of the drug and then pay it back to them.
The claim I attached to this email is forcing me to take reimbursment below cost, collect a bunch from thge patien so I can pay them $20.90 for the privlidge of getting to fill at a loss. Then pay processing fees and the credit card fees as they charge the copays to the health savings card.

I hope you can tell me why? I am seriously thinking of filing a complaint with the insurance commissioner.

This is not right, and you sold it to them.

████████████



PRIVILEGED AND CONFIDENTIAL: This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential or privileged information. It is your responsibility to ensure that all proprietary, confidential or privileged information contained here-in is masked/encrypted prior to any further distribution. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you're not the intended recipient, please notify the sender immediately by return email and delete this communication and destroy all copies.

CONFIDENTIAL - ATTORNEYS' EYES ONLY