# EXHIBIT 33
## REDACTED

Message

| | |
|---|---|
| **From:** | Pharmacy Network Operations [PharmacyNetworkOperations@Cigna.com] |
| **Sent:** | 2/20/2015 8:54:47 PM |
| **To:** | Byrd, Kimberly (Kim) HHHH [KIMBERLY.BYRD@Cigna.com]; Pharmacy Network Operations [PharmacyNetworkOperations@Cigna.com] |
| **CC:** | McDaniel, Cole C3RAS [Cole.McDaniel@Cigna.com]; Vargas, Jeanette C2SO [Jeanette.Vargas@Cigna.com]; RX Care Advocate [RXCareAdvocate@Cigna.com] |
| **Subject:** | RE: (IMPORTANT): ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ HRA / Rx Concern (February 20, 2015) (RX CMS 0003456781) |
| **Attachments:** | TN Client Letter_032414 (4).doc |

Hi Kim,

I have attached Cigna Legal's pre-approved response to these types of inquiries and have incorporated the information for the specific claim in question. You can just copy and paste this into your Cigna letterhead. If you require anything else, that likely will have to wait until next week.

Let me know if you need anything else from me.

Thank you,

*Jane Fishbein*

**CIGNA Pharmacy Network Operations**
Phone: 860.226.3108
Fax: 860.226.3535
Email: jane.fishbein@cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.

---

**From:** Byrd, Kimberly (Kim) HHHH
**Sent:** Friday, February 20, 2015 3:39 PM
**To:** Pharmacy Network Operations
**Cc:** McDaniel, Cole C3RAS; Vargas, Jeanette C2SO; RX Care Advocate
**Subject:** RE: (IMPORTANT): ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ / Rx Concern (February 20, 2015) (RX CMS 0003456781)

Afternoon Jane –
Thank you… I appreciate the detailed explanation below for my edification and maybe others.
I need the best way to convey this message to the Client and the Broker that will translate to the member.

Do we have any communication prepared?

*Kim Byrd*
2014 Customer Centricity Ambassador

---

**From:** Pharmacy Network Operations
**Sent:** Friday, February 20, 2015 3:32 PM
**To:** Vargas, Jeanette C2SO; Byrd, Kimberly (Kim) HHHH; RX Care Advocate; Pharmacy Network Operations
**Cc:** McDaniel, Cole C3RAS
**Subject:** RE: (IMPORTANT): ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ HRA / Rx Concern (February 20, 2015) (RX CMS 0003456781)

Good afternoon,

While Cigna strives to maximize the overall discount that our customers receive on their prescription medication, there may be some variation from claim to claim on how deep that discount is. Much of this has to do with pricing guarantees that we have promised the client. On some claims, the Cigna's liability is higher than the customer's liability; in other cases, the situation is reversed.

That being said, our network pharmacies are contractually prohibited from discussing pricing with our customers. I asked Juan from Catamaran Provider Relations to reach out to this pharmacy. Juan spoke to Bob and reminded him of his contractual obligations to not discuss reimbursement matters with our customers. Juan also reminded the pharmacy of the MAC appeal process that the pharmacy must follow for pricing disputes. Should the pharmacy continue to break their contract, Juan advised that they would be reviewed for possible termination from the network.

I also sent this issue to Compliance for review since by printing their reimbursement on the patient's leaflet, the pharmacy may be in violation of their contract which would be a compliance issue. Once I hear from compliance on this piece, I will let the group know.

Lastly, I would like to provide some reassurance in terms of the customer's allegation that Cigna is doing anything 'illegal.' Cigna is not a non-profit corporation. We are not doing anything that any other for-profit business does not do.

Please let me know if you have any other concerns in the meantime while I wait to hear from Compliance.

Thank you,

*Jane Fishbein*

**CIGNA Pharmacy Network Operations**
900 Cottage Grove Road
Hartford, CT 06152

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.

---

**From:** Vargas, Jeanette C2SO
**Sent:** Friday, February 20, 2015 2:44 PM
**To:** Byrd, Kimberly (Kim) HHHH; RX Care Advocate; Pharmacy Network Operations
**Cc:** McDaniel, Cole C3RAS
**Subject:** RE: (IMPORTANT): ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ HRA / Rx Concern (February 20, 2015) (RX CMS 0003456781)
**Importance:** High

Hi,

Kim, I did reach out and they have already begun working on this. Also confirmed that we will get a response today. So definitely in the works!!

Thanks!!

*Jeanette Vargas*
Service Coordinator Supervisor - Service Operations
Client Implementation and Service
900 Cottage Grove Road
Bloomfield, CT 06002
☎ **Voice:** 860-226-6061 / Network 8-572-6061

CONFIDENTIAL

☎ Cell: 860-256-1292
✉ Email: jeanette.vargas@cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.

---

**From:** Byrd, Kimberly (Kim) HHHH
**Sent:** Friday, February 20, 2015 2:35 PM
**To:** RX Care Advocate; Pharmacy Network Operations; Vargas, Jeanette C2SO
**Cc:** McDaniel, Cole C3RAS
**Subject:** RE: (IMPORTANT): ███████████████████████ HRA / Rx Concern (February 20, 2015) (RX CMS 0003456781)
**Importance:** High

Thank you Stephanie –
I definitely need PNO to add more insight... In the member's eye they are paying far more for the script than the value according to what they are seeing on the receipt.
I can certainly understand the confusion and where clarity is necessary for this concern.

Jeanette - Is there an actual person we can reach out to with PNO? I have to have this concern closed today at the request of the Broker and the Client.



*Kim Byrd*
2014 Customer Centricity Ambassador

---

**From:** RX Care Advocate
**Sent:** Friday, February 20, 2015 1:32 PM
**To:** Byrd, Kimberly (Kim) HHHH; Pharmacy Network Operations
**Cc:** McDaniel, Cole C3RAS; Vargas, Jeanette C2SO
**Subject:** FW: (IMPORTANT): ███████████████████████ HRA / Rx Concern (February 20, 2015) (RX CMS 0003456781)
**Importance:** High

Hi Kim,

An outreach was made to Bob (pharmacy supervisor) at ███████████ to get some information on this situation. He stated the receipt they give the customer shows the amount the pharmacy is being reimbursed from Cigna. When the amount the customer is seeing taken from the HRA is the discounted drug cost of the claim. I have included Pharmacy Network Operations to see if they can provide more information on this and help explain what is happening.

PNO – Can you please help with this issue? The customer ID# is ███████. The claims are for the customer and spouse.

Please let me know if I can provide any additional assistance!

Stephanie Forkenbrock
Pharmacy Service Coordinator
Client Implementation and Service
Phone: 815-929-6305
Fax: 860-687-9681
Email: stephanie.forkenbrock@cigna.com

Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2015 Cigna.

---

**From:** Byrd, Kimberly (Kim) HHHH
**Sent:** Friday, February 20, 2015 10:27 AM
**To:** McDaniel, Cole C3RAS; RX Care Advocate; Vargas, Jeanette C2SO
**Subject:** (IMPORTANT): [redacted] HRA / Rx Concern (February 20, 2015)
**Importance:** High

Good Morning All –
Can we please handle this concern as a priority at the request of the Broker?
In an earlier e-mail sent to the Rx Team, I advised [redacted] accused Cigna of illegal actions (e-mail attached).
Thereafter, the Client shared the attached PDF and stated below "Can you please review as they may be an error regarding overpayment from his HRA account"

Your insight, research and etc would be greatly appreciated.

*Kim Byrd*
2014 Customer Centricity Ambassador

---

**From:** [redacted]
**Sent:** Friday, February 20, 2015 11:10 AM
**To:** [redacted]; Byrd, Kimberly (Kim) HHHH
**Cc:** Watson, Brandon 355; Suzette Pillig
**Subject:** Re: [redacted] / HRA Claim

Kim-
I'm in a meeting next 2 hours. Can we make this a priority and resolve today?
Thank you.
Best.
DSW.

----- Original Message -----
From: [redacted]
To: Byrd, Kimberly (Kim) HHHH <KIMBERLY.BYRD@Cigna.com>
Cc: Watson, Brandon 355 <Brandon.watson@Cigna.com>; [redacted]
Sent: Fri Feb 20 10:25:37 2015
Subject: [redacted] / HRA Claim

Hi Kim,

Attached are copies of [redacted] claims. Can you please review as they may be an error regarding overpayment from his HRA account.

Thanks,



-----Original Message-----
From: xeroxcopier@anchin.com [mailto:xeroxcopier@anchin.com]
Sent: Friday, February 20, 2015 9:59 AM
To: Yonette Anderson
Subject: Scanned from a Xerox multifunction device

Please open the attached document. It was scanned and sent to you using a Xerox multifunction device.

Attachment File Type: pdf

multifunction device Location: 16th Floor Kitchen Area
Device Name: XWC7775-16b

For more information on Xerox products and solutions, please visit http://www.xerox.com

*********************************************************************
This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (212) 840-3456 and also indicate the sender's name.

Thank You
*********************************************************************