# **EXHIBIT 38**

**From:** Byrne, Stephanie   C5PRC
**Sent:** Friday, December 6, 2013 1:29:47 PM
**To:** Wadsley, Cynthia J (Cindy)   584; Burns-McAvoy, Julie M   B5PHR
**Subject:** RE: Urgent Request - Action Needed

What we show TPAs or any other client/customer should not change. We should not be showing any pharmacy rates today, we only show the client rates. Given how many times this has come up, I think we really need to confirm exactly what fields are being sent for Facets business.

For Proclaims business there are two sets of fields, one set for clients and one set for pharmacies. The set for clients, ingredient cost, dispense fees and client paid amounts are not changing and the client paid amount due will never be negative. The set for pharmacies is changing and the total amount due can be negative. I think we need the project to confirm that the client set of fields is also not changing for Facets.

I do remember reporting problems in 2009, but do know exactly what all the issues entailed. But I do know at least part of the problem was that the Pharmacy set of fields go into client reporting and a fix had to be made to only bring in client fields.

---

**From:** Wadsley, Cynthia J (Cindy) 584
**Sent:** Thursday, December 05, 2013 4:03 PM
**To:** Burns-McAvoy, Julie M B5PHR; Byrne, Stephanie C5PRC
**Subject:** RE: Urgent Request - Action Needed

My team does not show AWP or spread, but if you are referring to Ingredient Cost, sometimes our clients want to know a break-down of the cost of the drug and other costs such as taxes and dispensing fees. Even so, if we did not show Ingredient Cost, wouldn't we still show a customer cost of $30 and a plan cost of -$5.00? That's what I'm concerned about.

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Thursday, December 05, 2013 1:57 PM
**To:** Byrne, Stephanie C5PRC
**Cc:** Wadsley, Cynthia J (Cindy) 584
**Subject:** FW: Urgent Request - Action Needed

Stephanie,

Can you take a look at Cindy's reply below. Why would we (Cigna) be showing brokers and clients what Cigna pays the pharmacies? I would think this would need to function the same way we do with TPAs and the only information shown is what the client and customer pay. Can you provide me with your thoughts and how we might get in front of this as it relates to the February release deliverables. Thank you.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

**From:** Wadsley, Cynthia J (Cindy) 584
**Sent:** Thursday, December 05, 2013 2:50 PM
**To:** Burns-McAvoy, Julie M B5PHR
**Subject:** RE: Urgent Request - Action Needed

Hi Julie, yes, you are correct that we do not show the amount we pay to the pharmacies, but it looked like in your example below that on an individual claim it would show a negative plan paid amount. That's what has caused problems in the past and is why the Ingredient cost was grossed up. In the aggregate it would get buried, but we frequently provide reporting on an individual claim basis. I'm in Facets Customer Reporting and we support underwriting and Sales who often send our reports to brokers and our clients.

Typically the financial fields we show would be Ingredient Cost, Sales Tax and Dispensing Fees and these 3 fields added together would then be broken-down between Member Cost and Plan Cost. I realize other fields could come into play, but this is usually what we provide to our clients.

So considering your example below, would the new reporting show:

$27.50 + $0.00 + $2.50 = $30.00 ($30.00 member paid and $0.00 plan paid)

OR

$22.50 + $0.00 + $2.50 = $25.00 ($30.00 member paid and -$5.00 plan paid) ?

The latter is what I think would be problematic for our clients, so if that is the case I suppose Sales will have to figure out how to spin that!

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Thursday, December 05, 2013 6:03 AM
**To:** Wadsley, Cynthia J (Cindy) 584
**Subject:** RE: Urgent Request - Action Needed

Cindy,

Attached is the analysis Argus has provided on the PCT file layouts we currently receive and what fields will be changing as a result of this initiative. I walked through this with a group of folks yesterday and can certainly send you a copy of the replay and meeting minutes. This change impacts all of our Commercial and Global lines of business and is estimated to be approximately $100M in additional revenue to Cigna. You'll notice in the analysis that we are only changing the pharmacy total amount. The change will not impact client or customer pricing at all. I would not think that we would be sending the amount we pay the pharmacies to brokers and employers/clients. This has been confirmed to be the case for Emerging Markets. I'd be happy to talk this through with you if you would like. The more advanced analysis we can do the better off we will be when we do make the change. Thanking you in advance for your support.

<< File: PCT File Analysis - Summary.xls >>
Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

**From:** Wadsley, Cynthia J (Cindy) 584
**Sent:** Wednesday, December 04, 2013 6:06 PM
**To:** Burns-McAvoy, Julie M B5PHR
**Subject:** RE: Urgent Request - Action Needed

Hi Julie, I'm sorry to be a late entrant into this, but I was out of the office for the first two weeks of November and am finally getting through all of my e-mails. I would have missed your quick deadline anyway.

I know that when the Facets business migrated from ESI to Argus in 2009 that we ran into problems with brokers and employers/clients asking why we were charging more than the price of the drug and showing a negative paid amount on our reports. It really put our credibility at stake if I remember correctly. I believe that the reporting solution to that issue was to have Argus gross up the ingredient cost for external reporting purposes only. I had believed that behind the scenes we were still reporting this accurately and collecting this amount from the pharmacies ... however, it sounds like that is not the case.

So I just wondered if anyone else brought up these concerns and if there was another way to recoup the money from the pharmacies without making the reporting changes proposed? Does this affect both Facets and ProClaim business? I realize it is a high-profile issue, so if a solution has already been determined, what is it?

Thanks!

**Cindy Wadsley**
Informatics Specialist
Cigna Information Management & Analytics
8505 E. Orchard Rd | 584
Greenwood Village, CO 80111
Tel: 303-729-7320
Email: cynthia.wadsley@cigna.com
Confidential. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. ©Copyright 2013 by CIGNA.

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Friday, November 01, 2013 9:15 AM
**To:** Hazelton, Jonathan M B5PHR; Cunningham, Patricia E (Patti) B4SRS; Bird, Amber S C5PRC; Farina, Amy E B5PHR; Andros, Aneta W3SIU; Maas, Angela 539; Przyworski, Arthur J (Artie) HHHH; Deck, Rebecca S (Becky) 584; Perkins, Benjamin M B5PHR; Hill, Beth A HHHH; Reynolds, Bill Z 584; Tovey, Carol S 647; Macarthur, Chris A HHHH; Wadsley, Cynthia J (Cindy) 584; Meyer, David (Dave) 539; Klatte, David J 584; Bergstrom, Deborah H 584; Porter, Deborah A HHHH; Shearon, Deborah (Debbie) HHHH; Poitras, Diana L (Diane) B5PHR; Mcnamara, Dorine A 584; Pinsky, Douglas R B8MM; Fisher, Duane M HHHH; Bukovich, Erica L 539; Pillow, Gail E HHHH; Wilson, Gail L 584; Beck, Gerald R (Jerry) A1IT; Fago, Heather M B5PHR; del Rio, Irene A1IT; Nax-Gord, Jennifer HHHH; Demoney, Jessica L 584; Scoby, Jodie I HHHH; Sanders, Jody 584; Cohen, Joseph D (Joe) B5PHR; Ruggiero, June O B5PHR; Pitt, Justin A B5PHR; White, Justin 539; McEntee, Kara HHHH; Wisdom, Kathleen M 599; Turley, Kellie L B5PHR; Sawyer, Kenneth A 647; Kent, Kevin 539; Heagy, Lawrence R 599; Bates, Laurence E (Larry) HHHH; Wood, Leland D HHHH; Mangual, Leona T B5PHR; Reiner, Leslie A 539; Schroeder RPH, Leslie D 46K; George, Lindsay E 584; Von Almen, Michelle L HHHH; Rose, Michael J 584; Quraishi, Mohammad I B5PHR; Fertig, Nancy J HHHH; Sangoi, Niru W3SIU; Todd, Pamela C 584; Oddan, Pamela 539; Peoples, Perry S HHHH; Tuttle, Philip R B4MKT; Manjrekar, Rajendra (CTR) B5PHR; Cleere, Rebecca HHHH; Marcano, Rebecca L B5PHR; Bersalona, Richard 645; Shea, robert (CTR) B5PHR; Minicucci, Samantha A B5PHR; Kielbania, Sharon E B4SRS; Sheare, Sharon R HHHH; Bryll, Sheila J B4SRS; Roesner, Stephen H 647; Wegiel, Stephen P (Steve) B5PHR; Wolf, Steven F (Steve) 2135; Polzin, Stewart 539; Moyer, Susan C (Sue) 523; O'Brien, Terrence (Terry) B5PHR; Weiss, Terrie L 584; Underwood Jr, Thomas A W3SIU; Babcock, Thomas O (Toby) HHHH; Maloney, Tracy S 523; Smith, Trinity 584; Atkinson, Victoria L B5PHR; Flemming, William F (Bill) 523; Naro, Lucille M (Lu) HHHH; Sobolak, Stacey HHHH; Ajro, Gezime W3SIU; Eloge, Beverly (Bev) 539; Mader, Elizabeth A HHHH; Vancho, Carolyn B4SRS; Vanpraet, Richard D HHHH; Huntsinger, Deborah A 584; Grace, Ryan P W3SIU; Blouin, Gina-Marie (Gina Marie) B4SRS; Beckman, Anna B5PHR; Spieker, Ted B8MM; Smith, Candice M 539; Fluker, Christy HHHH; Vancho, Carolyn B4SRS; Christie, William 645; Sumner, Anthony W (Tony) HHHH; Guren, Michael (CTR) 307; Elbling, Sherrie (Ellen) 646; Lester, Tyler 446; Ruggiero, June O B5PHR; Flemming, William F (Bill) 523; Bryll, Sheila J B4SRS; Gentile, Gene V B5PHR; Eckloff Jr, Roy A B5PHR; O'Brien, Terrence (Terry) B5PHR
**Cc:** Despard, David W B5PHR
**Subject:** RE: Urgent Request - Action Needed

Sorry, should have mentioned this change only applies to Commercial and Global business.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

**From:** Hazelton, Jonathan M B5PHR
**Sent:** Friday, November 01, 2013 11:07 AM
**To:** Cunningham, Patricia E (Patti) B4SRS; Burns-McAvoy, Julie M B5PHR; Bird, Amber S C5PRC; Farina, Amy E B5PHR; Andros, Aneta W3SIU; Maas, Angela 539; Przyworski, Arthur J (Artie) HHHH; Deck, Rebecca S (Becky) 584; Perkins, Benjamin M B5PHR; Hill, Beth A HHHH; Reynolds, Bill Z 584; Tovey, Carol S 647; Macarthur, Chris A HHHH; Wadsley, Cynthia J (Cindy) 584; Meyer, David (Dave) 539; Klatte, David J 584; Bergstrom, Deborah H 584; Porter, Deborah A HHHH; Shearon, Deborah (Debbie) HHHH; Poitras, Diana L (Diane) B5PHR; Mcnamara, Dorine A 584; Pinsky, Douglas R B8MM; Fisher, Duane M HHHH; Bukovich, Erica L 539; Pillow, Gail E HHHH; Wilson, Gail L 584; Beck, Gerald R (Jerry) A1IT; Fago, Heather M B5PHR; del Rio, Irene A1IT; Nax-Gord, Jennifer HHHH; Demoney, Jessica L 584; Scoby, Jodie I HHHH; Sanders, Jody 584; Cohen, Joseph D (Joe) B5PHR; Ruggiero, June O B5PHR; Pitt, Justin A B5PHR; White, Justin 539; McEntee, Kara HHHH; Wisdom, Kathleen M 599; Turley, Kellie L B5PHR; Sawyer, Kenneth A 647; Kent, Kevin 539; Heagy, Lawrence R 599; Bates, Laurence E (Larry) HHHH; Wood, Leland D HHHH; Mangual, Leona T B5PHR; Reiner, Leslie A 539; Schroeder RPH, Leslie D 46K; George, Lindsay E 584; Von Almen, Michelle L HHHH; Rose, Michael J 584; Quraishi, Mohammad I B5PHR; Fertig, Nancy J HHHH; Sangoi, Niru W3SIU; Todd, Pamela C 584; Oddan, Pamela 539; Peoples, Perry S HHHH; Tuttle, Philip R B4MKT; Manjrekar, Rajendra (CTR) B5PHR; Cleere, Rebecca HHHH; Marcano, Rebecca L B5PHR; Bersalona, Richard 645; Shea, robert (CTR) B5PHR; Minicucci, Samantha A B5PHR; Kielbania, Sharon E B4SRS; Sheare, Sharon R HHHH; Bryll, Sheila J B4SRS; Roesner, Stephen H 647; Wegiel, Stephen P (Steve) B5PHR; Wolf, Steven F (Steve) 2135; Polzin, Stewart 539; Moyer, Susan C (Sue) 523; O'Brien, Terrence (Terry) B5PHR; Weiss, Terrie L 584; Underwood Jr, Thomas A W3SIU; Babcock, Thomas O (Toby) HHHH; Maloney, Tracy S 523; Smith, Trinity 584; Atkinson, Victoria L B5PHR; Flemming, William F (Bill) 523; Naro, Lucille M (Lu) HHHH; Sobolak, Stacey HHHH; Ajro, Gezime W3SIU; Eloge, Beverly (Bev) 539; Mader, Elizabeth A HHHH; Vancho, Carolyn B4SRS; Vanpraet, Richard D HHHH; Huntsinger, Deborah A 584; Grace, Ryan P W3SIU; Blouin, Gina-Marie (Gina Marie) B4SRS; Beckman, Anna B5PHR; Spieker, Ted B8MM; Smith, Candice M 539; Fluker, Christy HHHH; Vancho, Carolyn B4SRS; Christie, William 645; Sumner, Anthony W (Tony) HHHH; Guren, Michael (CTR) 307; Elbling, Sherrie (Ellen) 646; Lester, Tyler 446; Ruggiero, June O B5PHR; Flemming, William F (Bill) 523; Bryll, Sheila J B4SRS; Gentile, Gene V B5PHR; Eckloff Jr, Roy A B5PHR; O'Brien, Terrence (Terry) B5PHR
**Cc:** Despard, David W B5PHR
**Subject:** RE: Urgent Request - Action Needed

Patti,

There shouldn't be impact to IPDP or MAPD as there is no spread logic. Also EGWP spread is different than commercial, All the calculations on the claim are based off the pharmacy rates currently and the client rates are handled behind the scenes so I don't foresee and impact to EGWP Spread either. I think this is mainly a commercial concern.

Jonathan Hazelton
Pharmacy BPS Med-D support
Jonathan.hazelton@cigna.com
860-226-1918

**From:** Cunningham, Patricia E (Patti) B4SRS
**Sent:** Friday, November 01, 2013 11:01 AM
**To:** Burns-McAvoy, Julie M B5PHR; Bird, Amber S C5PRC; Farina, Amy E B5PHR; Andros, Aneta W3SIU; Maas, Angela 539; Przyworski, Arthur J (Artie) HHHH; Deck, Rebecca S (Becky) 584; Perkins, Benjamin M B5PHR; Hill, Beth A HHHH; Reynolds, Bill Z 584; Tovey, Carol S 647; Macarthur, Chris A HHHH; Wadsley, Cynthia J (Cindy) 584; Meyer, David (Dave) 539; Klatte, David J 584; Bergstrom, Deborah H 584; Porter, Deborah A HHHH; Shearon, Deborah (Debbie) HHHH; Poitras, Diana L (Diane) B5PHR; Mcnamara, Dorine A 584; Pinsky, Douglas R B8MM; Fisher, Duane M HHHH; Bukovich, Erica L 539; Pillow, Gail E HHHH; Wilson, Gail L 584; Beck, Gerald R (Jerry) A1IT; Fago, Heather M B5PHR; del Rio, Irene A1IT; Nax-Gord, Jennifer HHHH; Demoney, Jessica L 584; Scoby, Jodie I HHHH; Sanders, Jody 584; Hazelton, Jonathan M B5PHR; Cohen, Joseph D (Joe) B5PHR; Ruggiero, June O B5PHR; Pitt, Justin A B5PHR; White, Justin 539; McEntee, Kara HHHH; Wisdom, Kathleen M 599; Turley, Kellie L B5PHR; Sawyer, Kenneth A 647; Kent, Kevin 539; Heagy, Lawrence R 599; Bates, Laurence E (Larry) HHHH; Wood, Leland D HHHH; Mangual, Leona T B5PHR; Reiner, Leslie A 539; Schroeder RPH, Leslie D 46K; George, Lindsay E 584; Von Almen, Michelle L HHHH; Rose, Michael J 584; Quraishi, Mohammad I B5PHR; Fertig, Nancy J HHHH; Sangoi, Niru W3SIU; Todd, Pamela C 584; Oddan, Pamela 539; Peoples, Perry S HHHH; Tuttle, Philip R B4MKT; Manjrekar, Rajendra (CTR) B5PHR; Cleere, Rebecca HHHH; Marcano, Rebecca L B5PHR; Bersalona, Richard 645; Shea, robert (CTR) B5PHR; Minicucci, Samantha A B5PHR; Kielbania, Sharon E B4SRS; Sheare, Sharon R HHHH; Bryll, Sheila J B4SRS; Roesner, Stephen H 647; Wegiel, Stephen P (Steve) B5PHR; Wolf, Steven F (Steve) 2135; Polzin, Stewart 539; Moyer, Susan C (Sue) 523; O'Brien, Terrence (Terry) B5PHR; Weiss, Terrie L 584; Underwood Jr, Thomas A W3SIU; Babcock, Thomas O (Toby) HHHH; Maloney, Tracy S 523; Smith, Trinity 584; Atkinson, Victoria L B5PHR; Flemming, William F (Bill) 523; Naro, Lucille M (Lu) HHHH; Sobolak, Stacey HHHH; Ajro, Gezime W3SIU; Eloge, Beverly (Bev) 539; Mader, Elizabeth A HHHH; Vancho, Carolyn B4SRS; Vanpraet, Richard D HHHH; Huntsinger, Deborah A 584; Grace, Ryan P W3SIU; Blouin, Gina-Marie (Gina Marie) B4SRS; Beckman, Anna B5PHR; Spieker, Ted B8MM; Smith, Candice M 539; Fluker, Christy HHHH; Vancho, Carolyn B4SRS; Christie, William 645; Sumner, Anthony W (Tony) HHHH; Guren, Michael (CTR) 307; Elbling, Sherrie (Ellen) 646; Lester, Tyler 446; Ruggiero, June O B5PHR; Flemming, William F (Bill) 523; Bryll, Sheila J B4SRS; Gentile, Gene V B5PHR; Eckloff Jr, Roy A B5PHR; O'Brien, Terrence (Terry) B5PHR
**Cc:** Despard, David W B5PHR
**Subject:** RE: Urgent Request - Action Needed


Are we changing the ingredient cost charged?

We CANNOT charge a member more than the price of the drug – it is AGAINST CMS compliance.
We CANNOT report a different ingredient cost to the government than what is charged at POS.

I don't see this as viable for Medicare Part D.

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Friday, November 01, 2013 10:51 AM
**To:** Bird, Amber S C5PRC; Farina, Amy E B5PHR; Andros, Aneta W3SIU; Maas, Angela 539; Przyworski, Arthur J (Artie) HHHH; Deck, Rebecca S (Becky) 584; Perkins, Benjamin M B5PHR; Hill, Beth A HHHH; Reynolds, Bill Z 584; Tovey, Carol S 647; Macarthur, Chris A HHHH; Wadsley, Cynthia J (Cindy) 584; Meyer, David (Dave) 539; Klatte, David J 584; Bergstrom, Deborah H 584; Porter, Deborah A HHHH; Shearon, Deborah (Debbie) HHHH; Poitras, Diana L (Diane) B5PHR; Mcnamara, Dorine A 584; Pinsky, Douglas R B8MM; Fisher, Duane M HHHH; Bukovich, Erica L 539; Pillow, Gail E HHHH; Wilson, Gail L 584; Beck, Gerald R (Jerry) A1IT; Fago, Heather M B5PHR; del Rio, Irene A1IT; Nax-Gord, Jennifer HHHH; Demoney, Jessica L 584; Scoby, Jodie I HHHH; Sanders, Jody 584; Hazelton, Jonathan M B5PHR; Cohen, Joseph D (Joe) B5PHR; Ruggiero, June O B5PHR; Pitt, Justin A B5PHR; White, Justin 539; McEntee, Kara HHHH; Wisdom, Kathleen M 599; Turley, Kellie L B5PHR; Sawyer, Kenneth A 647; Kent, Kevin 539; Heagy, Lawrence R 599; Bates, Laurence E (Larry) HHHH; Wood, Leland D HHHH; Mangual, Leona T B5PHR; Reiner, Leslie A 539; Schroeder RPH, Leslie D 46K; George, Lindsay E 584; Von Almen, Michelle L HHHH; Rose, Michael J 584; Quraishi, Mohammad I B5PHR; Fertig, Nancy J HHHH; Sangoi, Niru W3SIU; Todd, Pamela C 584; Oddan, Pamela 539; Cunningham, Patricia E (Patti) B4SRS;

Peoples, Perry S HHHH; Tuttle, Philip R B4MKT; Manjrekar, Rajendra (CTR) B5PHR; Cleere, Rebecca HHHH; Marcano, Rebecca L B5PHR; Bersalona, Richard 645; Shea, robert (CTR) B5PHR; Minicucci, Samantha A B5PHR; Kielbania, Sharon E B4SRS; Sheare, Sharon R HHHH; Bryll, Sheila J B4SRS; Roesner, Stephen H 647; Wegiel, Stephen P (Steve) B5PHR; Wolf, Steven F (Steve) 2135; Polzin, Stewart 539; Moyer, Susan C (Sue) 523; O'Brien, Terrence (Terry) B5PHR; Weiss, Terrie L 584; Underwood Jr, Thomas A W3SIU; Babcock, Thomas O (Toby) HHHH; Maloney, Tracy S 523; Smith, Trinity 584; Atkinson, Victoria L B5PHR; Flemming, William F (Bill) 523; Naro, Lucille M (Lu) HHHH; Sobolak, Stacey HHHH; Ajro, Gezime W3SIU; Eloge, Beverly (Bev) 539; Mader, Elizabeth A HHHH; Vancho, Carolyn B4SRS; Vanpraet, Richard D HHHH; Huntsinger, Deborah A 584; Grace, Ryan P W3SIU; Blouin, Gina-Marie (Gina Marie) B4SRS; Beckman, Anna B5PHR; Spieker, Ted B8MM; Smith, Candice M 539; Fluker, Christy HHHH; Vancho, Carolyn B4SRS; Christie, William 645; Sumner, Anthony W (Tony) HHHH; Guren, Michael (CTR) 307; Elbling, Sherrie (Ellen) 646; Lester, Tyler 446; Ruggiero, June O B5PHR; Flemming, William F (Bill) 523
**Cc:** Despard, David W B5PHR; Burns-McAvoy, Julie M B5PHR
**Subject:** Urgent Request - Action Needed
**Importance:** High


Hello RxFocus Users,

I have an urgent request from management. They are asking us to react to a missed revenue opportunity. In the current world pharmacies are keeping our retail spread when the customer liability (often times deductible) exceeds the pharmacy contracted rate. Below is a summary of what is being proposed as a possible change. We need to understand if you feel your RxFocus reports will be affected by the change. Would you need to make changes to your report logic and if so is it feasible to have them made by February 27, 2014? This is being supported by the highest levels of Cigna management as it represents a tremendous loss of revenue. Your understanding of its urgency is greatly appreciated. Please let me know your thoughts by mid-day Monday November 4th. Thank you.

**Overview**
Customers occasionally pay the pharmacy more than the cost of the drug because of spread. Cigna allowed the pharmacies to keep the overpayment with our own contracts, but now that we are on Catamaran's contracts, we need to recoup the dollars from the pharmacies. Today Argus inflates the ingredient cost paid and reports the dollars as $0 due rather than a negative, which does not provide an avenue for automatically collecting from the pharmacies.

**Proposal**
The proposed solution is for Argus to make a change to reflect the overpayment by the customer as a negative amount owed to the pharmacy and ensure that funding reflects the negative amount in an automated way. Below is a paid claim example. The approach would be to simply report the copay or co-insurance as calculated and allow the Plan Paid to calculate to a negative amount.

| Argus Field | Argus Field Name | Today's world-cannot collect $5 | Suggested way to collect $5 |
|---|---|---|---|
| | **RESPONSE PRICING SEGMENT - AM23** | | |
| 506-F6 | INGREDIENT COST PAID (22.50) (Pharmacy calculated cost of the drug.) | $27.50 | $22.50 |
| 507-F7 | DISPENSING FEE PAID (2.50) | $2.50 | $2.50 |
| 521-FL | INCENTIVE AMOUNT PAID | $0.00 | $0.00 |
| 558-AW | FLAT SALES TAX AMOUNT PAID | $0.00 | $0.00 |
| 559-AX | PERCENTAGE SALES TAX AMOUNT PAID | $0.00 | $0.00 |
| 565-J4 | OTHER AMOUNT PAID | $0.00 | $0.00 |
| | PATIENT PAY AMOUNT (Member deductible and or | | |

| | | | |
|---|---|---|---|
| 505-F5 | liability.) | $30.00 | $30.00 |
| 571-NZ | AMOUNT ATTIBUTED TO PROCESSOR FEE | $0.00 | $0.00 |
| 518-FI | AMOUNT OF COPAY (Member liability) | $30.00 | $30.00 |
| 509-F9 | TOTAL AMOUNT PAID (Pharmacy Paid Amount – What Cigna pays to the pharmacy.) | $0.00 | -$5.00 |

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.