# EXHIBIT 50

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al.,<br><br>                      Plaintiffs,<br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>                      Defendant. | No. 16-cv-1702 (JAM)<br>(Consolidated)<br><br><br><br>May 16, 2022 |

## DECLARATION OF LAUNCE B. MUSTOE, JR., R.Ph. IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO CIGNA'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Launce B. Mustoe, Jr., R.Ph., declare under penalty of perjury the following:

1.  I have been retained by Plaintiffs in this action to, among other things, analyze the data produced by defendant Cigna Health and Life Insurance Company ("Cigna") in this action and to estimate the amount that Plaintiffs were overcharged for their cost shares in connection with prescription drug purchases from participating pharmacies.

2.  In connection with responding to certain assertions and arguments made by Cigna in support of its Motion for Partial Summary Judgment, Plaintiffs' counsel has asked me to analyze the data that Cigna produced, including the transaction data (the "Prescription Drug Transaction Data").

3.  The Prescription Drug Transaction Data includes transactions by Plaintiff Kimberly Negron and her family, including, but not limited to, the following eleven transactions:

**Selection of transactions by Negron family**

|  | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction_ID | 208321369 | 208417202 | 220888529 | 221000386 | 221028738 | 228263332 | 240745925 | 255416754 | 260500950 | 260640701 | 262655485 |
| Date filled | 20140818 | 20140818 | 20141106 | 20141106 | 20141106 | 20141221 | 20150310 | 20150604 | 20150706 | 20150706 | 20150718 |
| Claim_Status | P | P | P | P | P | P | P | P | P | P | P |
| Ingredient Cost | 9.40 | 8.72 | 8.58 | 6.83 | 6.10 | 14.03 | 5.58 | 11.14 | 3.37 | 10.00 | 10.00 |
| Dispensing Fee | 1.00 | 1.00 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 |
| Deductible payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Copayment | 10.00 | 9.72 | 9.85 | 8.10 | 7.37 | 10.00 | 6.85 | 10.00 | 4.64 | 10.00 | 10.00 |
| Pharmacy Ingredient Cost | 5.06 | 8.52 | 3.17 | 2.91 | 2.93 | 5.34 | 3.00 | 6.71 | 1.17 | 2.00 | 2.00 |
| Pharmacy Dispending Fee | 1.00 | 1.00 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 | 1.27 |
| Pharmacy Sales Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Paid to Pharmacy | 6.06 | 9.52 | 4.44 | 4.18 | 4.20 | 6.61 | 4.27 | 7.98 | 2.44 | 3.27 | 3.27 |
| Amount Paid by Cigna to Pharmacy | -3.94 | -0.20 | -5.41 | -3.92 | -3.17 | -3.39 | -2.58 | -2.02 | -2.20 | -6.73 | -6.73 |
| Member_Relationship | EE | EE | SP | SP | SP | EE | CH | CH | EE | EE | EE |
| Member ID | 01264206501 | 01264206501 | 01264206502 | 01264206502 | 01264206502 | 01264206501 | 01264206504 | 01264206504 | 01264206501 | 01264206501 | 01264206501 |
| Account Number | 3335044 | 3335044 | 3335044 | 3335044 | 3335044 | 3335044 | 3335044 | 3335044 | 3335044 | 3335044 | 3335044 |
| Plan_of_Ben | HIGH1 | HIGH1 | HIGH1 | HIGH1 | HIGH1 | HIGH1 | HIGH1 | HIGH1 | HIGH1 | HIGH1 | HIGH1 |

4. As just one example, for one of Plaintiff Negron's transactions, she paid a copayment of $10.00, even though the pharmacy was only being paid $6.06 for that prescription drug, resulting in a $3.94 "clawback." See Claim #1, above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of May 2022.

_____
Launce B. Mustoe, Jr., R.Ph.

Strategic Pharmacy Solutions LLC<br>
3802 Kinsey Ct.<br>
Columbia, MO 65203<br>
Work: (573) 446-2030<br>
lmustoe@strategicpharmacysolutions.com