UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al.,<br><br>                      Plaintiffs,<br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>                      Defendant. | No. 16-cv-1702 (JAM)<br>(Consolidated)<br><br><br><br>May 17, 2022 |

## PLAINTIFFS' MOTION TO SEAL

Solely in accordance with their duty under the Protective Order in place in this litigation, ECF 92, Plaintiffs move to file under seal in whole or in part: (1) certain documents and testimony ("Exhibits") attached to the Declaration of Craig A. Raabe filed in opposition to Cigna Health and Life Insurance Company's ("Cigna") Motion for Partial Summary Judgment, (2) certain limited portions of Plaintiffs' Memorandum of Law in Opposition to Cigna's Motion for Partial Summary Judgment that discuss those Exhibits, and (3) certain limited portions of Plaintiffs' Local Rule 56(a)(2) Statement of Facts that discuss those Exhibits.

With the exception of the documents that have previously been ordered sealed in whole or in part[1], Plaintiffs do not believe that Cigna or Argus's confidential designations of these Exhibits is appropriate. Nor do Plaintiffs believe that the documents can properly be sealed under the First

---

[1] This Court previously ordered the document that is Exhibit 42 sealed in full, ECF 398 (sealing Ex. AM), and the documents that are Exhibits 11, 12, 15, 25, 30, 31, and 33 sealed in part. ECF 259 (sealing in part Exs. E, D, H, O, and Q) and ECF 398 (sealing in part Exs. BU and D). Plaintiffs have also redacted personal identifying information from Exhibits 26 and 32. Plaintiffs do not object to sealing these Exhibits.

Amendment and controlling case law.² Although Plaintiffs do not believe that the documents that are the subject of this motion can properly be sealed (with the exception of the Exhibits listed in footnote 1 and any personal identifying information and personal health information), Plaintiffs are willing to meet and confer with Cigna and Argus on the issue. Should the parties be unable to reach an agreement, and unless otherwise instructed by the Court, Plaintiffs will file a motion to de-designate, and the designating party shall bear the burden of defending its confidentiality designations. ECF 92 ¶ 14 ("Upon any such application [to de-designate], the burden shall be on the Designating Person to show why the designation is proper").

Specifically, Plaintiffs move to seal in whole or in part the following Exhibits:

- **Exhibits: 6, 7, 11, 12, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 30, 31, 32, 33, 34, 35, 37, 39, 41, 42, 43** These Exhibits are documents produced by Cigna under a "CONFIDENTIAL" OR "CONFIDENTIAL-ATTORNEYS' EYES ONLY" designation. Plaintiffs do not seek to seal, and have filed publicly, the portions of Exhibits 16, 17, and 18 that Plaintiffs referenced in their Second Amended Complaint. ECF 198 ¶¶ 100-104.

---

² "The Supreme Court and the Second Circuit have recognized the public's right to access court proceedings, which is rooted in both the common law and the First Amendment." *Travelers Indem. Co. v. Excalibur Reinsurance Corp.*, 2013 WL 4012772, at *2 (D. Conn. Aug. 5, 2013). "[T]here is a strong presumption against sealing court records from public inspection," *id.*, and the party seeking to overcome this presumption may do so only by showing "an extraordinary circumstance or compelling need." *CSL Silicones, Inc. v. Midsun Grp.*, 2017 WL 4750701, at *1 (D. Conn. July 12, 2017) (internal quotation marks and citation omitted). The Second Circuit has further explained that "'[d]ocuments may be sealed if specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" *Lugosch v. Pyramid Co.*, 435 F.3d 110, 120 (2d Cir. 2006) (citation omitted).

- **Exhibits: 1, 3, 4, 5** These Exhibits are documents produced by nonparty Argus under a "CONFIDENTIAL" OR "CONFIDENTIAL-ATTORNEYS' EYES ONLY" designation.

- **Exhibits: 9, 14, 36** The Exhibits are excerpts from deposition transcripts of current or former Cigna employees that have been designated by Cigna as "CONFIDENTIAL" or include testimony related to documents designated as "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEYS' EYES ONLY." Under the Protective Order, "related transcript pages receive the same confidentiality designation as the original Designated Material." ECF 92 ¶ 15.

- **Exhibit: 8** This Exhibit is an excerpt from the deposition of Argus's Corporate Representative, Michelle Emanuel – Johnson, that discusses material designated as "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEYS' EYES ONLY."

Plaintiffs also move to file under seal a Declaration by Launce B. Mustoe Jr. Mr. Mustoe's declaration discusses data and information produced by Cigna under a "CONFIDENTIAL" designation.

Dated: May 17, 2022            Respectfully submitted,

*/s/ Craig A. Raabe*
Craig A. Raabe (ct04116)
Robert A. Izard (ct01601)
Seth R. Klein (ct18121)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860-493-6292
Facsimile: 860-493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
sklein@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
*Plaintiffs' Interim Co-Lead Class Counsel*
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-882-1681
Facsimile: 860-882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. Oliver, *pro hac vice*
Charlotte Loper, *pro hac vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843-216-9000
moliver@motleyrice.com
cloper@motleyrice.com

Joseph P. Guglielmo (ct27481)
*Plaintiffs' Executive Committee Chair*
Carey Alexander, *pro hac vice*
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building

4

230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:  212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone:  860-537-5537
Facsimile:  860-537-4432
ecomite@scott-scott.com

Derek W. Loeser, *pro hac vice*
*Plaintiffs' Executive Committee Member*
Gretchen S. Obrist, *pro hac vice*
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  206- 623-1900
Facsimile:  206-623-3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612-341-0400
Facsimile:  612-341-0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone:  985-783-6789
Facsimile:  985-783-1333

andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone:  504-581-5644
Facsimile:   504-581-2156
andrew@lemmonlawfirm.com

Ronen Sarraf
*Plaintiffs' Executive Committee Member*
Joseph Gentile, *pro hac vice pending*
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone:  516-699-8890
Facsimile:   516-699-8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone:  205-908-4906
Facsimile:   866-747-3905
ekirkwood1@bellsouth.net

Karen Hanson Riebel, *pro hac vice pending*
*Plaintiffs' Executive Committee Member*
Kristen G. Marttila, *pro hac vice pending*
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone:  612-596-4097
Facsimile:   612-339-0981
khriebel@locklaw.com
kmarttila@locklaw.com

Brad J. Moore
STRITMATTER KESSLER WHELAN
KOEHLER MOORE KAHLER
3600 15th Ave W, Suite 300
Seattle, WA 98119-1330
Telephone: 206.448.1777

6

Facsimile: 206.728.2131
Brad@stritmatter.com

Daniel K. Bryson
Jeremy R. Williams
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile:  919-600-5035
Dan@wbmllp.com
Jeremy@wbmllp.com

Additional Counsel for Plaintiffs