# EXHIBIT 3
# FILED UNDER SEAL



Master Services Agreement No.: MSA109468-Argus-2015

## MASTER SERVICES AGREEMENT

This Master Services Agreement ("**Agreement**") shall be effective as of January 1, 2016 ("**Effective Date**") by and between Cigna Corporate Services, LLC ("**Company**") with offices at Two Liberty Place, 1601 Chestnut Street, Philadelphia, PA  19192 and Argus Health Systems, Inc. ("**Supplier**") with offices at 1300 Washington Street, Kansas City, MO 64105. Company and Supplier are sometimes referred to herein individual as "**Party**" and together as the "**Parties**."

In consideration of the promises set forth in this Agreement and intending to be legally bound, the Parties agree as follows:

This Agreement includes this cover page, the attached Master Services Agreement General Terms and Conditions, the Exhibits specified below, which Exhibits are incorporated into this Agreement by reference, and any Statement(s) of Work executed by the Parties under this Agreement. Unless otherwise defined herein or therein, defined terms used in this Agreement, and the Exhibits and Statement(s) of Work hereto, have the meanings set forth in Exhibit 1.

- Exhibit 1: Definitions
- Exhibit 2: Acceptance Test Procedures
- Exhibit 3: Termination Assistance
- Exhibit 4: Information Protection Requirements
- Exhibit 5: Information Protection Service Levels
- Exhibit 6: IT Operational Requirements
- Exhibit 7: IT Service Levels
- Exhibit 8: Data Privacy Provisions
- Exhibit 9: Change Control Procedures
- Exhibit 10: Key Supplier Personnel
- Exhibit 11: Obligations of DST Systems, Inc. Upon a Release Event
- Exhibit 12: Project Request Procedures
- Exhibit 13: Governance
- Exhibit 14: Fees
- Exhibit 15: Business Associate Agreement

Confidential and Attorneys' Eyes Only

In witness whereof, the Parties have caused this Agreement to be executed by their duly authorized representatives as of the Effective Date set forth above.

**CIGNA CORPORATE SERVICES, LLC**

By: _____ (sign)

Name: __A. P. ABATE__ (print)

Title: __CFO__

Date: __10/19/15__

**ARGU_____, INC.**

By: _____ (sign)

Name: __J. Marc Palmer__ (print)

Title: __Presi.__

Date: __10/19/15__

DST Systems, Inc., only with respect to Section 1.7, Section 1.16 and Exhibit 11 to the Agreement

By: _____ (sign)

Name: __Gregg Wm. Givens__ (print)

Title: __Senior Vice President, CFO and Treasurer__

Date: __October 19, 2015__

"**Company Account Executive**" has the meaning set forth in Section 3.6 of the Agreement.

"**Company Auditors**" has the meaning set forth in Section 8.2 of the Agreement.

"**Company Client**" means any Person or group of Persons that has entered into a contract with Company or an Affiliated Company, pursuant to which benefits under one or more Company Plans are or will be made available, managed and/or administered by Company and/or any Affiliated Companies to or for the benefit of such Person or group of Persons or some or all employees, members, beneficiaries or other individuals associated with such Person or group of Persons.

"**Company Customer**" means an individual eligible for coverage under a Company Plan.

"**Company Data**" has the meaning set forth in Section 6.1 of the Agreement.

"**Company Indemnitees**" has the meaning set forth in Section 10.1 of the Agreement.

"**Company Marks**" has the meaning set forth in Section 5.2 of the Agreement.

"**Company Plan**" means any benefit product, plan, or program now or hereafter issued, managed, administered, distributed or otherwise serviced by Company or an Affiliated Company that includes or will include health-related and/or pharmacy-related benefits or services, including fully-insured and self-insured HMO, PPO, CDHP, exclusive provider organization ("**EPO**"), point-of-service ("**POS**"), workers' compensation and indemnity health insurance plans and products, disability plans, capitation plans or programs, Discount Card Plans, high deductible health plans ("**HDHP**"), medical only plans (with respect to Covered Drugs treated as a medical expense under such plans), plans where Company or an Affiliated Company provides services in support of a third party administrator that is not an Affiliated Company, international plans (to the extent pharmacy benefits are provided to Company Customers inside the United States), public and private Health Insurance Marketplaces, and any Optional Plan elected by Company pursuant to Section .

"**Company Policies**" means Company policies communicated to Supplier by Company.

"**Company Work Product**" has the meaning set forth in Section 7.2 of the Agreement.

"**Compound Drug**" means a Covered Drug that is designated by Company in the course of business as such.

"**Consortium**" means a group of Persons that have joined or allied, or been joined or allied, together through a consultant, coalition, collaboration or pooling mechanism for the purpose of purchasing health or drug benefits and plans.

"**Contract**" means any contract, agreement, subcontract, indenture, note, bond, loan, instrument, lease, mortgage, franchise, license, purchase order, sale order, understanding, arrangement or commitment, whether written or oral, that is legally binding.

"**Control**" and its derivatives mean, with respect to any entity, the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of such entity, whether through the ownership of voting securities (or other ownership interest), by contract or otherwise.

"**Cost Share**" means the amount that a Company Customer is required to pay under the terms of the applicable Company Plan for a Covered Drug dispensed to such Company Customer. Such payment may be referred to as an allowance, coinsurance, copayment, deductible, penalty or other similar amount and may be a fixed amount or a percentage of an amount.

"**Covered Drugs**" means prescription and over-the-counter drugs, medicines, agents, substances, devices, supplies, and other therapeutic products that are prescribed for a Company Customer and are covered under the Company Plan applicable to such Company Customer, or for which coverage is otherwise available to a Company Customer under the Company Plan applicable to such Company

Confidential and Attorneys' Eyes Only                                                                                      DSTPS 000664