# EXHIBIT 11
## FILED UNDER SEAL

| Message | |
|---|---|
| **From:** | Zaruba, George A6IT [/O=CIGNA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C48943] |
| **Sent:** | 12/12/2013 4:48:42 PM |
| **To:** | Urick, Paul N B5PHR [Paul.Urick@Cigna.com] |
| **CC:** | Burns-McAvoy, Julie M B5PHR [Julie.Burns-McAvoy@Cigna.com]; Vancour, Karen A B5PHR [Karen.Vancour@Cigna.com]; Crosson Sr, Balthasar A (Aaron) B5PHR [Balthasar.Crosson@Cigna.com] |
| **Subject:** | RE: Daily Update - Network Issues |

Paul,  Forwarded this request to Aaron last night and he reached out to Jonathan.  They are in the process now of running down the detail, last night was the first either of them had heard of this.  Not sure we can complete by tonight but hopefully updated by tomorrow.  Aaron,  Can you weigh in on this request.

Thanks

---

**From:** Urick, Paul N B5PHR
**Sent:** Thursday, December 12, 2013 11:46 AM
**To:** Zaruba, George A6IT
**Cc:** Burns-McAvoy, Julie M B5PHR; Vancour, Karen A B5PHR
**Subject:** RE: Daily Update - Network Issues

Guys — I had a meeting with Chris H this morning, and of course the ZBL is a top priority among our group and leadership.  I want to check in to see if we are back on track with IT resources for this critical area based on the discussion below.

Julie and George — Could you send an update by end of day with a summary on how this was addressed and whether we are back on track.  I need to bring in others if this is not the case, since it is a $100M+ issue for us.

Paul

---

**From:** Urick, Paul N B5PHR
**Sent:** Wednesday, December 11, 2013 8:42 PM
**To:** Zaruba, George A6IT
**Cc:** Burns-McAvoy, Julie M B5PHR; Vancour, Karen A B5PHR
**Subject:** Re: Daily Update - Network Issues

George: There are several names listed in the e-mail from Julie below. See items numbered 1 through 4 at the bottom of this message.
Paul

---

**From:** Zaruba, George A6IT
**Sent:** Wednesday, December 11, 2013 07:58 PM
**To:** Urick, Paul N B5PHR
**Cc:** Burns-McAvoy, Julie M B5PHR; Vancour, Karen A B5PHR
**Subject:** Re: Daily Update - Network Issues

Paul,  Who in IT are you guys working with?  Let me know and I'll poke around..

Thanks

Sent from my iPhone

On Dec 11, 2013, at 5:30 PM, "Urick, Paul N      B5PHR" <Paul.Urick@Cigna.com> wrote:

CONFIDENTIAL                                                                      CIGNA00248002

George: Sorry to bother you on a resource matter. The zero balance loab (ZBL) issue is our top issue right now where there is $100M at stake. In our leadership team meeting this week, it was also reiterated. My sense is that it you give the IT folks below a nudge that they will respond with more prioritization here. Julie works with Karen Vancour, and Karen can assist to reinforce it as well from the business side, as can I if needed. This refers to items 1 - 3 below.

Karen: Could you please tip Kitty on the Global personel hold up? Kitty worked with them on projects and also helped us delay their migration to the 215 platform.

I am ok on the 200K

Paul

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Wednesday, December 11, 2013 05:02 PM
**To:** Urick, Paul N B5PHR; Vancour, Karen A B5PHR
**Cc:** Burns-McAvoy, Julie M B5PHR
**Subject:** RE: Daily Update - Network Issues

Paul,

**90 Day Network** – Through further research I have determined that 16% (37,893) customers would be eligible for a 90 days' supply and could potentially be denied in December and January. We have been able to determine we can get in front of this by applying an authorization from 12/6/13-1/7/14. We have completed the authorization macro and Argus can process it, however they are now telling me there is a $5 charge per authorization. Meaning the cost would be $189,465. I have given the information to Karen and she thinks we should move forward however we need your approval for the funding.

There is currently DAW code being tested in UAT which should move to production shortly. Then followed by coding for a client. The team working on the client changes is on point to give their review of the test evidence high priority. Argus is currently working on coding the 90 Day Network changes. I do not have a final implementation date yet however it is going to be sooner than 1/1/14. I'm trying for 12/19 but no promises at this time. I am continuing to work with all parties involved to expedite this as quickly as possible.

I don't know if Customer Service saw a difference in call volume. I've reached out to Justin Pitt and he is looking into this for me. The fax blast was sent to Catamaran yesterday evening for distribution to the pharmacies.

**Pharmacy Over Payments/Zero Balance Claims** – I am continuing to run into hurdles with this project. The initial downstream assessments moved along and I've walked through the impact analysis from Argus and folks understand the change being made and are on board with conducting a proof of concept. Now I'm challenged with Pharmacy IT and other areas being able to conduct the proof of concept due to resources and timing. Below is where I am at to date.

1.      Sri Jonnakota from Pharmacy IT has assigned Shraddha Dubey as the QC Lead. Today he mentioned he only wanted her mocking up the 4 PCTs that go to Pharmacy IT and the other areas to mock up their respective PCT files. There are only 4 layouts and 8 PCTs in total that need to be mocked up. I want to deal with 1 QC Lead who manages all of the changes. I provided them with the scenarios, exact location and field name of every file layout that needs to be changed, and contact names for each file. We should be able to have Pharmacy IT mock up the files accordingly and send them to the respective recipients. Dave Despard and I are meeting tomorrow morning first thing to discuss this further.

2.      Wendy Gerena (Pharmacy IT, GHTR) and Saritha Vanagri (VFR Claim) are on point to conduct the proof of concept as soon as they receive the files.

3.      We spoke with Barbara Wilber and Rodolfo Lenin Diaz for Cigna Home Delivery Pharmacy. Lenin says the loading of the PCT will work with the negatives, however he does not know off hand what will be impacted

CONFIDENTIAL

based on the process they run for accounting. He indicated today that he does not have the time to conduct the necessary testing as part of the proof of concept given the other Catamaran priorities he is working on and resource constraints. There are also questions with regards to how MailRx will handle a negative number from a biller. Lenin provided Thomas Walther as a possible contact. Allan Scott is going to reach out to Thomas tomorrow. Dave Despard and I are meeting tomorrow morning first things to discuss these issues further.

4.    Global North America - Ganapathi Subramanian and LoriAnn Dowling have identified potential issues but want to run the proof of concept to be certain. Teresa Valls has indicated that they don't have the time to conduct the necessary testing as part of the proof of concept given the other Catamaran priorities being worked on and resource constraints.

Global United Kingdom – Craig Russell provided an initial assessment but want to be part of the proof of concept. Once we send him the file he is not sure how long it will take him to process it but they will work on it as fast as they can.

5.    Facets Select is unsure whether they will have issues. They believe the system will take in everything and that the information going to brokers and clients will be okay, however they want to use the proof of concept to validate this. I'm working with Susan Duerst and Linda Luther. Linda believes they may have issues conducting the proof of concept given the other Catamaran priorities being worked on and resource constraints.

6.    The non-Facets PCT files and Emerging Market PCTs do not have any pharmacy data on them so we are not going to conduct a proof of concept for these files. We will have them generated as part of Argus' testing in January to verify this but at this time there is nothing to mock up.

**I'm having a difficult time getting folks to understand the urgency and importance of this work given all of their other priorities. Folks have been very willing to talk and walk thought things with us but actual work on their part is a different story since many of them are focused on May deliverables. Anything you can do to help with this would be greatly appreciated.**

Julie Burns-McAvoy, MBA, CLU

Business Senior Project Manager

Cigna Pharmacy Management

Routing: B5PHR

Phone: 860-226-5721

E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

---

**From:** Urick, Paul N B5PHR
**Sent:** Wednesday, December 11, 2013 3:23 PM
**To:** Burns-McAvoy, Julie M B5PHR; Vancour, Karen A B5PHR
**Subject:** RE: Daily Update - Network Issues

Ok. Thanks!

How big is this in reality? I saw the worst case that Karen sent, but do we have a better sense today? What is the resolution date? Is customer service seeing a difference in customer calls? Have we got the data to them and have an approach?

Paul

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Wednesday, December 11, 2013 9:19 AM
**To:** Urick, Paul N B5PHR; Vancour, Karen A B5PHR
**Subject:** RE: Daily Update - Network Issues

CIGNA00248004

Paul,

I don't understand all of the technical details but below is what I do understand.

- Pharmacies are set up with different types of plans; primary, alternative, and alternative 2.

- Within each plan pharmacies prioritize the networks. There are thousands of networks not including our Client Specific Networks.

- The Primary Pharmacy Plan is generally made up of network 100 which are the 30 days' supply pharmacies.

- The Alternative Pharmacy Plans are generally made up on network 400 which are the 90 days' supply pharmacies, but this is not always the case.

- The Pharmacy Plan is part of the coverage code. For clients under Argus customer number 215 all coverage codes are assigned an Alternative Pharmacy Plan, however only clients with a 90 day program for 3x at retail are assigned an Alternative Pharmacy Plan for clients under Argus customer number 518 and 519.

- For prescriptions of 33 days' supply or greater the logic is currently looking at the Alternative Pharmacy Plan. If one is not available the claim is currently denying.

- The Change Request is going to remove the denial and allow the claim to go through at either a 30 or 90 days' supply rate depending on what has been coded for the pharmacy. My understanding is this was how the logic worked prior to the change being implemented.

Julie Burns-McAvoy, MBA, CLU

Business Senior Project Manager

Cigna Pharmacy Management

Routing: B5PHR

Phone: 860-226-5721

E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

---

**From:** Urick, Paul N B5PHR
**Sent:** Tuesday, December 10, 2013 9:16 PM
**To:** Vancour, Karen A B5PHR; Burns-McAvoy, Julie M B5PHR
**Subject:** RE: Daily Update - Network Issues

Ok. What is an "alternative pharmacy plan". What is the exact issue = why does it only impact these customers and clients? Does the claim just deny, or does it pay at the wrong rate? For either scenario, why is that the case? I want to understand this fully please so that I can appropriately escalate it.

---

**From:** Vancour, Karen A B5PHR
**Sent:** Tuesday, December 10, 2013 6:17 PM
**To:** Burns-McAvoy, Julie M B5PHR; Urick, Paul N B5PHR
**Subject:** RE: Daily Update - Network Issues

Julie,

Thanks for the update...

90 Day Network... The worst case scenario is:

- Cannot get a fix in until 1/2/14

- Impacting 1,426 clients; 223,982 customers (not all these customers fill 90 scripts at retail)

Mitigation:

- Pharmacies are getting a 'fax blast' notifying them of the issue and the phone number to call to get an override placed into the system to process the claim

- Call Centers are notified of the issue to help with calls coming in

- Operations is **investigating :** of the potential 223k impacted customers which ones would potentially initiate a refill before mid-January so a Prior Auth could be loaded so the customer would not be impacted at point of sale

- Working with the 'requestors' of the change requests ahead of the fix for this issue to see if testing and sign off can be expedited to enable movement of this into production earlier than 1/2/14

Julie is working with Justin Pitt and Ed Stacey on this issue.  They are talking daily about the status and mitigation steps that are in place.  Those conversations take place after the 8:30am daily call with Argus.

Please let me know if you have any questions.

Karen Vancour
CIGNA Pharmacy Management
Routing: B5PHR
Phone: 860.226.1647
Email: Karen.Vancour@cigna.com

Confidential, unpublished property of CIGNA Do not duplicate or distribute. Use and distribution limited solely to authorized personnel – © Copyright 2013 (CIGNA Corporation)

---

**From:** Burns-McAvoy, Julie M B5PHR
**Sent:** Tuesday, December 10, 2013 5:27 PM
**To:** Urick, Paul N B5PHR
**Cc:** Vancour, Karen A B5PHR; Burns-McAvoy, Julie M B5PHR
**Subject:** Daily Update - Network Issues

Paul,

I am starting a new e-mail chain to see if Karen is able to receive the communications.  The following is where we are at for the 90 Day Network and Pharmacy Over Payments/Zero Balance Claims projects.

90 Day Network – Pharmacy Network Operations continues to look for ways to mitigate impacts to customers as a result of the coverage codes without an alternative pharmacy plan.  They sent out a fax blast to pharmacies letting them know of the issue and to contact the Call Center for an override.  They have also posted a message on the web site for pharmacists.  Communications were sent on Friday and Monday to the Call Centers (Mary Coyle, Brenda Palmer, Mary Ann Grandinetti, and Melanie Bunevicius) informing them of the issue and asking them to cascade the communications to other associates.  We have determined that there are 887 clients and 104,517 customers under Argus customer number 518 and 539 clients and 119,465 customers under Argus customer number 519 that could be impacted.  We are further looking at the number of customers who would be eligible for a 90 days' supply prescription refill from now until the change request can be implemented.  I have determined there are 2 items in front of the change request.  I am working with the business owners to have these expedited so that we can implement the change request code sooner than 1/1/14.

Pharmacy Over Payments/Zero Balance Claims – The Test Lead began mocking up the PCT files for the proof of concept.  Teresa Valls has brought it to my attention that Global (North America) will most likely be impacted but are having resource constraints with regards to conducting the proof of concept and possibly testing in January.  **Paul, can you escalate this and see what can be done.**  Attached is the latest assessment by LoriAnne Dowling and Ganapathi Subramania.

  << Message: PCT Change Analysis - Pharmacy Over Payment  Discussion- >>

Julie Burns-McAvoy, MBA, CLU

Business Senior Project Manager

Cigna Pharmacy Management

Routing: B5PHR

Phone: 860-226-5721

E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee.  Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized.  If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator.  Confidential, unpublished property of Cigna.  Do not duplicate or distribute.  Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

CONFIDENTIAL