# EXHIBIT 12
## FILED UNDER SEAL

| | |
|---|---|
| **From:** | SCOTSON, RICK (CTR) W4LAB <RICK.SCOTSON@Cigna.com> |
| **Sent:** | Tuesday, December 10, 2013 2:19 PM |
| **To:** | Harrison, Robert J (Bob) 3W1A <Robert.Harrison@Cigna.com>; Burns-McAvoy, Julie M B5PHR <Julie.Burns-McAvoy@Cigna.com>; Selvidge, Cary B 584 <Cary.Selvidge@Cigna.com> |
| **Cc:** | Cordova, Amy L 584 <Amy.Cordova@Cigna.com>; Jendrysik, Joseph D B5PHR <Joseph.Jendrysik@Cigna.com>; Van Roekel, Mark (CTR) 3W1A <Mark.VanRoekel@Cigna.com>; Shepler, Stephen P 3W1A <Stephen.Shepler@Cigna.com>; Carl, David L 46K <David.Carl@Cigna.com>; Swift, Gordon N 3W1A <Gordon.Swift2@Cigna.com> |
| **Subject:** | RE: Argus February Release |

Bob/Steve, We need a ballpark est by Wed. All I'm looking for at this point is a conservative high-lvl est. Feels to me like this is at least a $250K all-in investment on the part of IT but maybe it's double that. I need your input please.

-----Original Message-----
From: SCOTSON, RICK (CTR) W4LAB
Sent: Tuesday, December 03, 2013 5:25 PM
To: Harrison, Robert J (Bob) 3W1A; Burns-McAvoy, Julie M B5PHR; Selvidge, Cary B 584
Cc: Cordova, Amy L 584; Jendrysik, Joseph D B5PHR; Van Roekel, Mark (CTR) 3W1A; Shepler, Stephen P 3W1A; Carl, David L 46K; Swift, Gordon N 3W1A
Subject: RE: Argus February Release

Bob,

My question is what's the all-in cost est from a Cigna perspective. This solution investment has not been approved yet.

I'm not looking for a specific est. I assume this is likely $250k all-in from a Cigna perspective. Just trying to get a ballpark.

Rick

---

From: Harrison, Robert J (Bob) 3W1A
Sent: Tuesday, December 03, 2013 4:46 PM
To: Burns-McAvoy, Julie M B5PHR; SCOTSON, RICK (CTR) W4LAB; Selvidge, Cary B 584
Cc: Cordova, Amy L 584; Jendrysik, Joseph D B5PHR; Van Roekel, Mark (CTR) 3W1A; Shepler, Stephen P 3W1A; Carl, David L 46K; Swift, Gordon N 3W1A
Subject: RE: Argus February Release

This addition of what I'm calling a 'Term Reason Code' to the Argus member files telling Argus a member is terminating due to the migration to Catamaran is fairly minor but impacts each Line of Business (East, West, Payer and the Globals). Each LOB needs to make this change to the membership file they send to Argus so this is as much a coordination effort as it is a coding effort.
Analysis has been completed and we can tie this 'code' to logic being developed right now so we will be able to deliver this 'Term Reason Code' in the May 2014 release. While Argus has slated this for their June 2014 release, I think the testing schedules between us match up fairly well so we should be able to work this out testing with Argus.
We will follow up with a Change Control to officially get this request into the pipeline and begin tracking it this week. In the meantime, if you have any questions please let me know. Thanks!

CONFIDENTIAL
CIGNA00056016

Bob Harrison
CIGNA HealthCare
HealthCare IT - Client and Customer Services ASG Phone 860-902-3011 FAX 860-687-9253
Robert.Harrison@CIGNA.COM Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 CIGNA

---

From: Burns-McAvoy, Julie M B5PHR
Sent: Tuesday, December 03, 2013 11:11 AM
To: SCOTSON, RICK (CTR) W4LAB; Selvidge, Cary B 584
Cc: Cordova, Amy L 584; Jendrysik, Joseph D B5PHR; Harrison, Robert J (Bob) 3W1A; Van Roekel, Mark (CTR) 3W1A; Shepler, Stephen P 3W1A; Carl, David L 46K
Subject: RE: Argus February Release

Rick,

My understanding is the new expectation is a value would be included in an existing field on the current eligibility file. As part of Argus' design, they would apply the custom migration message to pharmacists for customers with the migration value, all other customers would receive the message used today. We do not need to change the Scope and Assessment request submitted to Argus. We just need to provide Argus with our design once we determine what value and field we will be using on the eligibility file. Otherwise, the migration message will be displayed to pharmacist for all customers like originally planned. What I need to know and be able to communicate to Argus is which direction Cigna will be taking and the specifics around that design approach.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com<mailto:Julie.Burns-McAvoy@cigna.com>

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

---

From: SCOTSON, RICK (CTR) W4LAB
Sent: Tuesday, December 03, 2013 9:35 AM
To: Selvidge, Cary B 584; Burns-McAvoy, Julie M B5PHR
Cc: Cordova, Amy L 584; Jendrysik, Joseph D B5PHR; Harrison, Robert J (Bob) 3W1A; Van Roekel, Mark (CTR) 3W1A; Shepler, Stephen P 3W1A; Carl, David L 46K
Subject: RE: Argus February Release

We have a disconnect. Julie's message, supported by the low cost est, gives me the impression that Argus believes that the req is still a single, updated message for them to send to the pharmacist for all eligibility non-matches (regardless of reason).

If we still want to explore the option of a better customer experience by having a different message for migration than other eligibility issues then we must have Argus reassess for us.

If we're going to stick with a single, new message from Argus then there is no Cigna development work to be done and we should have the teams stop the assessment & design work underway.

---

From: Selvidge, Cary B 584
Sent: Monday, December 02, 2013 4:00 PM
To: Burns-McAvoy, Julie M B5PHR; SCOTSON, RICK (CTR) W4LAB
Cc: Cordova, Amy L 584; Jendrysik, Joseph D B5PHR
Subject: RE: Argus February Release

Thanks for clarifying Julie.

Rick, looks like we know the Argus cost. Have you seen any cost impacts from the Cigna perspective yet so we can decide if we can make a decision on the claims routing issue?

---

From: Burns-McAvoy, Julie M B5PHR
Sent: Monday, December 02, 2013 12:00 PM
To: SCOTSON, RICK (CTR) W4LAB
Cc: Selvidge, Cary B 584; Cordova, Amy L 584; Jendrysik, Joseph D B5PHR
Subject: RE: Argus February Release

Rick,

Sorry I was referring to the Pharmacy Over Payment or otherwise known as the Zero Balance Claims project. The issue you are referencing pertains to Claims Routing. Since Cigna was not ready and Argus needed their design signed off on by the end of November in order not to jeopardize the Argus February release we moved the Argus changes from the Argus February release tentatively to the Argus June release. I am still waiting to hear back from Jasmine and Bob on the final Cigna design. The Claims Routing messaging was approved from an Argus perspective. The estimate is 151 hours and is a relatively small change for Argus. It is currently planned to be one custom message to the pharmacist for all terminations regardless to whether the customer was termed because of migration or because he or she no longer has Cigna benefits.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com<mailto:Julie.Burns-McAvoy@cigna.com>

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

---

From: SCOTSON, RICK (CTR) W4LAB
Sent: Monday, December 02, 2013 1:08 PM
To: Burns-McAvoy, Julie M B5PHR

Cc: Selvidge, Cary B 584; Cordova, Amy L 584; Jendrysik, Joseph D B5PHR
Subject: RE: Argus February Release

According to Cary, the formal decision has not been made yet and the $$ investment req'd to support the req is a factor in the decision.

What's the $100M a year loss you're referring to? The requirement I'm talking about is whether we have Argus provide a differentiated msg back to the pharmacy when they don't get an eligibility match for a submitted claim. The original decision was just to have Argus provide a different std msg. That would be a simple change on their part and require no change on ours. Because this does not provide for the ideal customer experience, there is interest in potentially providing a differentiated msg… the existing one for non matches and a new one for migrated customers.

What's the Argus est to provide the migrated customer message and supporting logic?

---

From: Burns-McAvoy, Julie M B5PHR
Sent: Monday, December 02, 2013 12:48 PM
To: SCOTSON, RICK (CTR) W4LAB
Cc: Selvidge, Cary B 584; Cordova, Amy L 584; Jendrysik, Joseph D B5PHR
Subject: RE: Argus February Release

Rick,

The question is not if we should decide to proceed. Management has already made the decision to proceed. Cigna is losing approximately $100M a year. Under the Catamaran pharmacy contracts we are able to collect this money. We are trying to assess downstream impacts of the change.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com<mailto:Julie.Burns-McAvoy@cigna.com>

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

---

From: SCOTSON, RICK (CTR) W4LAB
Sent: Monday, December 02, 2013 12:34 PM
To: Burns-McAvoy, Julie M B5PHR
Cc: Selvidge, Cary B 584; Cordova, Amy L 584
Subject: FW: Argus February Release

Julie,

Do we have an est from Argus for this piece of work should we decide to proceed?

Rick

---

From: Harrison, Robert J (Bob) 3W1A
Sent: Monday, November 18, 2013 11:12 AM
To: SCOTSON, RICK (CTR) W4LAB; Van Roekel, Mark (CTR) 3W1A; Baten, Jasmine N B5PHR; Burns-McAvoy, Julie M B5PHR; Selvidge, Cary B 584
Cc: Grant, Kristen W 3W1A; Metelsky, Marcy (CTR) 3W1A; Cordova, Amy L 584
Subject: RE: Argus February Release

There is no Migration Coordinator connection to Argus with this work. No field exists on the Argus Group or Member file layouts for a Term Reason Code so Cigna will identify a location on the existing Group or Member feeds for Argus.

• We must add this Term Reason Code on files from all lines of business (East, West, Payer and the Globals) when appropriate and send them to Argus.
• Argus will use this code when present to identify the member has termed with Argus due to migration to Catamaran.
• Argus will then use that code to send a more customer friendly message that will appear on the Pharmacy screen and indicate the reason for the term and redirect them to the correct BIN/PCN.

This change will not delay implementation of the Group and Member work scheduled for the May release. It is new work that we're assessing now and will slot as soon as we can but no later than the August release. Any questions let me know. Thanks!

Bob Harrison
CIGNA HealthCare
HealthCare IT - Client and Customer Services ASG Phone 860-902-3011 FAX 860-687-9253
Robert.Harrison@CIGNA.COM<mailto:Robert.Harrison@CIGNA.COM>
Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 CIGNA

---

From: SCOTSON, RICK (CTR) W4LAB
Sent: Monday, November 18, 2013 10:20 AM
To: Van Roekel, Mark (CTR) 3W1A; Baten, Jasmine N B5PHR; Burns-McAvoy, Julie M B5PHR; Selvidge, Cary B 584; Harrison, Robert J (Bob) 3W1A
Cc: Grant, Kristen W 3W1A; Metelsky, Marcy (CTR) 3W1A; Cordova, Amy L 584
Subject: RE: Argus February Release

Jasmine,

Last time we discussed this req we agreed there was no migration coordinator connection… that we were going to keep things simple for Argus and just change the existing std message.

When did this plan change and why? The adds unplanned cost & some amount of incremental delivery risk.

Rick

---

From: Van Roekel, Mark (CTR) 3W1A
Sent: Monday, November 18, 2013 10:15 AM

To: SCOTSON, RICK (CTR) W4LAB; Baten, Jasmine N B5PHR; Burns-McAvoy, Julie M B5PHR; Selvidge, Cary B 584; Harrison, Robert J (Bob) 3W1A
Cc: Grant, Kristen W 3W1A; Metelsky, Marcy (CTR) 3W1A
Subject: RE: Argus February Release

Summary, although I would like Bob to chime in:

• Argus wants an indicator to be sent to them when a group migrates from them to Catamaran so if a member shows the old id card at pharmacy (w/old bin/pcn) Argus will display a softer message to Pharmacy.
• Thus, each line of biz (East, west, payer & global) will need to modify their group files to include this indicator.
--mvr


From: SCOTSON, RICK (CTR) W4LAB
Sent: Monday, November 18, 2013 10:10 AM
To: Van Roekel, Mark (CTR) 3W1A; Baten, Jasmine N B5PHR; Burns-McAvoy, Julie M B5PHR; Selvidge, Cary B 584; Harrison, Robert J (Bob) 3W1A
Cc: Grant, Kristen W 3W1A; Metelsky, Marcy (CTR) 3W1A
Subject: RE: Argus February Release


Can someone please summarize the "claims routing" work to be done by Argus and the "group and member file indicator work" that this thread implies is connected. The only change I'm aware of is to the std eligibiliy not found message returned to the pharmacy. I wasn't aware there were any corresponding changes needed on our side.


From: Van Roekel, Mark (CTR) 3W1A
Sent: Monday, November 18, 2013 9:40 AM
To: Baten, Jasmine N B5PHR; Burns-McAvoy, Julie M B5PHR; Selvidge, Cary B 584; Harrison, Robert J (Bob) 3W1A
Cc: Grant, Kristen W 3W1A; Metelsky, Marcy (CTR) 3W1A; SCOTSON, RICK (CTR) W4LAB
Subject: RE: Argus February Release

Copying the man of the hour.


From: Van Roekel, Mark (CTR) 3W1A
Sent: Monday, November 18, 2013 9:37 AM
To: Baten, Jasmine N B5PHR; Burns-McAvoy, Julie M B5PHR; Selvidge, Cary B 584
Cc: Grant, Kristen W 3W1A; Metelsky, Marcy (CTR) 3W1A; SCOTSON, RICK (CTR) W4LAB
Subject: RE: Argus February Release


Jasmine:

This is a new requirement just emerging last week.

• Bob, please provide some background/context and next actions/dates
• Kristin/Marcy, utilizing Bob's explanation, please create a change order to accommodate the new requirement.

Jasmine: if our approach/understanding is satisfactory, please let us know or supply comments/feedback using

CONFIDENTIAL                                                                                                                    CIGNA00056021

REPLY ALL to this note.

Thanks

--mvr

---

From: Baten, Jasmine N B5PHR
Sent: Monday, November 18, 2013 9:22 AM
To: Burns-McAvoy, Julie M B5PHR; Selvidge, Cary B 584
Cc: Van Roekel, Mark (CTR) 3W1A
Subject: RE: Argus February Release


Ok, I have to get confirmation from the eligibility work stream when the group and member file indicator work can be done to notify Argus of which release we'll be ready for. Including Mark Van Roekel for input on this. Thanks.


Jasmine N. Baten
Cigna Pharmacy Management
900 Cottage Grove Road, Routing B5PHR
Hartford, CT 06152 ph 860.226.6192

Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.• Copyright 2013 CIGNA.

---

From: Burns-McAvoy, Julie M B5PHR
Sent: Monday, November 18, 2013 9:11 AM
To: Selvidge, Cary B 584; Baten, Jasmine N B5PHR
Subject: RE: Argus February Release


Cary and Jasmine,

I am pulling the Claims Routing Argus work from the February release. Please let me know which Argus release, June or August, the changes should be rescheduled to. Thank you.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com<mailto:Julie.Burns-McAvoy@cigna.com>

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

From: Burns-McAvoy, Julie M B5PHR
Sent: Friday, November 15, 2013 4:14 PM
To: Selvidge, Cary B 584
Cc: Baten, Jasmine N B5PHR
Subject: FW: Argus February Release
Importance: High

Cary,

In Jasmine's absence can you confirm for me that the Argus Claims Routing work is to be pulled from their February release? I need to notify Argus immediately.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com<mailto:Julie.Burns-McAvoy@cigna.com>

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

---

From: Burns-McAvoy, Julie M B5PHR
Sent: Friday, November 15, 2013 4:12 PM
To: Baten, Jasmine N B5PHR
Subject: Argus February Release
Importance: High

Jasmine,

I need to know if you are going to pull out of the February release. Argus' design starts on Monday and I can not have your project jeopardizing the other two projects in the same release. I need to let Argus know immediately.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com<mailto:Julie.Burns-McAvoy@cigna.com>

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.