# EXHIBIT 16
## FILED UNDER SEAL

Message

| | |
|---|---|
| From: | Boyle, John HHHH [/O=CIGNA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C48122] |
| Sent: | 3/5/2013 4:15:33 PM |
| To: | Skarvinko, Claudia G B5PHR [Claudia.Skarvinko@Cigna.com]; Aalto, Ginna 565 [Ginna.Aalto@Cigna.com] |
| CC: | Bocanegra, Susan A 565 [Susan.Bocanegra@Cigna.com] |
| Subject: | RE: IFP Rx Policy Language Question |

Sure.   Just so we are all on the same page, here is how this will work.

Cigna will be implementing copay G logic so that the customer will always pay the lowest cost on their Prescription claim.    To do so, we will compare three items: the member's copay amount, the Usual & Customer (Cash) price submitted by the pharmacy, and the Discount Prescription Costs agreed to by the pharmacy with Cigna. The member will always pay the lowest of these three amounts.

Example    #1
Member copay:   $15
Phcy U&C:          $4
Disc. Rate:         $8

The member cost share (copay) would be $4 in this scenario; member will never pay more than the total cost of the prescription reimbursed to the pharmacy.

Example #2
Member copay:   $15
Phcy U&C:          $24
Disc. Rate:         $8

The member cost share (copay) would be $8 in this scenario; member would never pay more than the total cost of the prescription reimbursed to the pharmacy.

Let me know if I captured this properly or reword at your discretion.

[The Copayment or Coinsurance for the Prescription Drug & Related Day Supply will be based the **lower of** a comparison of three calculated price points on the prescription as follows: 1) the calculated discounted amount paid by the plan to the Pharmacy; 2) the Pharmacy's Usual and Customary (U&C) prescription cost; or 3) the member's copay/coinsurance.

Note: Usual & Customary (U&C) means the established Pharmacy retail price it charges to any of its walk in "Cash" paying customers, (regardless of the customer's payment source.]

**John Boyle**
CIGNA Pharmacy Management
Select and Individual Segments
(cell) 314-591-9246
john.boyle@cigna.com

*Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. Copyright 2012 Cigna*

---
| | |
|---|---|
| From: | Skarvinko, Claudia G        B5PHR |
| Sent: | Tuesday, March 05, 2013 8:39 AM |
| To: | Aalto, Ginna       565; Boyle, John        HHHH |
| Cc: | Bocanegra, Susan A       565 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                                CIGNA07435181

**Subject:** RE: IFP Rx Policy Language Question

John - can you assist.   If we need to discuss I know we have some time on the calendar later today on another IFP subject.   Thx.

*Claudia Skarvinko*
Pharmacy Product
Cigna Pharmacy Management
Phone: 860.226.3992
Fax: 860.226.4650
Email: Claudia.Skarvinko@cigna.com
Confidential, unpublished property of Cigna.   Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.   (c) Copyright 2013 Cigna.

**Questions on Women's preventive medications due to PPACA?** Please visit FUSE 30421 - "Preventive Services" section for CPM's no cost preventive medication drug list.

---

**From:** Aalto, Ginna        565
**Sent:** Monday, March 04, 2013 9:17 PM
**To:** Skarvinko, Claudia G       B5PHR
**Cc:** Bocanegra, Susan A       565
**Subject:** IFP Rx Policy Language Question
**Importance:** High

Hi Claudia,

I am adding the prescription drug language pasted below to our individual policies. Can you please give me a plain-language description of this provision:

*Add w/copay or coinsurance plan with copay g logic.*

[In no event will the Copayment or Coinsurance for the Prescription Drug or Related Supply exceed the amount paid by the plan to the Pharmacy or the Pharmacy's Usual and Customary (U&C) charge. Usual & Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts that Pharmacy usually applies to its customers, regardless of the customer's payment source.]

We need to file our policies for 2014 compliance within the next 3-4 weeks so I need this quickly. Thank you for your help.

****************************************
Ginna R. Aalto
IFP core medical product
CIGNA Healthcare
OFFICE PHONE NUMBER   (805) 230-8302
ginna.aalto@cigna.com

<< OLE Object: Picture (Metafile) >>

*Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel.*
*© Copyright 2012 CIGNA*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                    CIGNA07435182