# EXHIBIT 17
## FILED UNDER SEAL

| Message | |
|---|---|
| From: | Burns-McAvoy, Julie M B5PHR [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=C21017] |
| Sent: | 11/12/2013 7:53:46 PM |
| To: | Ryder, Susan B5PHR [Susan.Ryder@Cigna.com]; Broski, James G (Jim) 584 [James.Broski@Cigna.com] |
| CC: | Mangual, Leona T B5PHR [Leona.Mangual@Cigna.com]; Collins, Millicent B5PHR [Millicent.collins@Cigna.com] |
| Subject: | RE: Updated Towers and Barrick OOP clinic data project for OOP |

I am not familiar with the responses we have been providing clients and brokers. I recommend speaking with someone in Pricing or Underwriting to see if they have an appropriate response.

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
Cigna Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee. Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized. If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator. Confidential, unpublished property of Cigna. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. - © Copyright 2013 Cigna.

**From:** Ryder, Susan B5PHR
**Sent:** Tuesday, November 12, 2013 2:46 PM
**To:** Broski, James G (Jim) 584
**Cc:** Mangual, Leona T B5PHR; Burns-McAvoy, Julie M B5PHR; Collins, Millicent B5PHR
**Subject:** FW: Updated Towers and Barrick OOP clinic data project for OOP

Jim – I think the terminology I provided earlier is actually incorrect/misleading. Our copay logic looks at the copay, U&C, and allowed cost (not ingredient cost) – and the customer OOP is the lesser of. This ensures the customer pays the lowest amount. The allowed cost is based on our contract with the pharmacy – the reimbursement amount we agree to for a drug for a pharmacy. FUSE 34894 has more information. What I'm not positive about is how we are supposed to address this with a client/broker – i.e. how we are supposed to answer these questions. Ccing Julie Burns McAvoy at Millicent's suggestion for any recommendations, unless Jim, you are feeling comfortable with how to respond.

*Sue Ryder*
Pharmacy Product
Cigna Pharmacy Management
860.226.7382
susan.ryder@cigna.com

Confidential, unpublished property of Cigna Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2013 Cigna

**From:** Peterman, Kiyo (Seattle) [mailto:Kiyo.Peterman@towerswatson.com]
**Sent:** Tuesday, November 12, 2013 11:53 AM
**To:** Broski, James G (Jim) 584; Tatar, Erin (Denver); Meldrum, Renee (renee.meldrum@walgreens.com); Croushore, Layla J HHHH
**Cc:** Phillips, Linda L HHHH; Wiley, Deborah W (Debbie) 474; Mangual, Leona T B5PHR; Ryder, Susan B5PHR
**Subject:** RE: Updated Towers and Barrick OOP clinic data project for OOP

Hi Jim – thank you for the follow up. Please see below:

Kiyo Peterman
T + 1 206 812 7275
kiyo.peterman@towerswatson.com

**From:** Broski, James G (Jim) 584 [mailto:James.Broski@Cigna.com]
**Sent:** November 12, 2013 8:49 AM
**To:** Peterman, Kiyo (Seattle); Tatar, Erin (Denver); Meldrum, Renee (renee.meldrum@walgreens.com); Croushore, Layla J HHHH

**Cc:** Phillips, Linda L HHHH; Wiley, Deborah W (Debbie) 474; Mangual, Leona T B5PHR; Ryder, Susan B5PHR
**Subject:** RE: Updated Towers and Barrick OOP clinic data project for OOP

Kiyo:

I just completed the discussion with the Cigna RX and service teams. The team members had a chance to review the questions in advance. This email will provide you with the Cigna reply.

Adjudication Logic:
- **Take Care is going to pass the exact same financial fields as they are currently and the amount in the U&C field should be used for the calculation of member cost share**: confirmed. OK
- **If the drug is on the preventive list, Cigna should be calculating member cost share at $0**; Correct. My records show that the preventive benefit will be for preventive generic drugs that that will be covered at no employee cost share (i.e. 100% and not count towards the deductible) for Barrick's HDHP in 2014. OK
- **For the PPO plan, the adjudication logic by the PBMs should follow the "lower of" logic and the PPO member should pay the lower of their copay or the amount in the U&C field on the claim**: confirmed with the clarification that this logic will include ingredient cost in addition to copay and UC field. Is Ingredient cost a calculated field by Cigna Rx? If so, what "contract rate" is it based on? I don't think this will be an issue, because calculated ingredient cost won't likely be the lowest cost, but want to make sure it doesn't ever get used.

**– one more along this vein: Please confirm whether Cigna PBM will be sending payment to the TC onsite pharmacy, for claims with plan responsibility, or if they will simply be calculating member cost-share.** Check suppression will continue for the RX, TC pharmacy will continue to manage the cost share application. Great, thank you.

If you have question or wish to discuss, let me know.

---------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: If you have received this email in error, please immediately notify the sender by e-mail at the address shown. This email transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright (c) 2013 Cigna
========================================================================================

*Notice of Confidentiality*
This transmission contains information that may be confidential. It has been prepared for the sole and exclusive use of the intended recipient and on the basis agreed with that person. If you are not the intended recipient of the message (or authorized to receive it for the intended recipient), you should notify us immediately; you should delete it from your system and may not disclose its contents to anyone else.

This e-mail has come to you from Towers Watson Delaware Inc. or Towers Watson Pennsylvania Inc.