# EXHIBIT 18
## FILED UNDER SEAL

**FUSE 34894 - Copay G: New Standard for Cigna Pharmacy Management**

The experience our customers have with the products and services we provide is critical to our success. And, our customers are understandably sensitive to the amount they pay out-of-pocket for their prescription medications. In order to improve the satisfaction of our customers, Cigna Pharmacy Management has changed its process and all ASO plans will now use "Copay G" logic as a standard method of calculating the customers' out-of-pocket costs for prescription medications.

Cigna has historically used the "Copay K" logic as a standard. Copay K has been the standard because our Network Retail Pharmacy agreements require it, unless expressly prohibited in plan documentation.  The Copay K method applies a 2-point comparison of the customer's applicable copay and the pharmacy's usual & customary (U&C) charge.  The system compares these two points and requires the customer to pay the lesser of the two amounts at the point of sale.  This method often results in the pharmacy charging the customer more than Cigna's allowed cost, or the cost at which Cigna has agreed to reimburse the pharmacy for any given drug.  Customers in Choice Fund plans have become aware of this discrepancy when prescription cost information is reported on their Quarterly Health Statement.

The new standard method, Copay G, adds a third point in the price comparison - the allowed cost.  With the Copay G method, the customer pays the lowest of the applicable copay, U&C, or allowed cost.  *This guarantees that the customer will pay the lowest possible price.*

Copay G has become a standard requirement in most consultant/broker Requests for Proposals.  As a result, Cigna processes requests from many clients to use Copay G on a non-standard basis.  The process uses manual efforts to ensure the benefit plan is properly set up in the claim system and the associated documentation uses appropriate language to comply with network pharmacy contracts.

*Beginning on 9/1/12 Cigna will use the Copay G method of calculation as a standard for all ASO clients.*  Copay G will automatically become the standard for new clients on their effective date and for existing clients on their renewal date.  Due to the need to ensure appropriate contract language is in place for each client, we cannot change the copay calculation method for any client on a mid-plan year basis.

Due to the timing of state filings required for insured business, automated solutions for ASO and insured business will need to be implemented in a phased approach.  The first phase will begin with ASO because they do not require state filing and approval.

The standard use of Copay G will apply to all ASO accounts and will not apply to fully insured business or Medicare. All fully insured clients will continue to use Copay K as the standard until further notice. If an ASO client requests Copay K, PBAB approval will be required.

Example of Copay K logic (lesser of copay or usual & customary (U&C) price)
    * Customer has $10 copay
    * Pharmacy charges U&C of $12
    * Cigna allowed cost is $8
    * Customer will be charged $10 copay

Example of Copay G logic (lesser of copay or usual & customary (U&C) price or allowed cost)
    * Customer has $10 copay
    * Pharmacy charges U&C of $12
    * Cigna allowed cost is $8
    * Customer will be charged $8 allowed cost

CONFIDENTIAL

<Insert link to Deep View/Lockton FUSE Page>

Attachments:
- Sales Talking Points
- Client Letter Template

CONFIDENTIAL

CIGNA00050556