# EXHIBIT 19
# FILED UNDER SEAL

## Project Delivery to Production Support
## Knowledge Transfer Document

**Production Implementation Date**: 9/1/12

**Project Description**: *Copay G*

- The experience our customers have with the products and services we provide is critical to our success.  And, our customers are understandably sensitive to the amount they pay out-of-pocket for their prescription medications.  In order to improve the satisfaction of our customers, Cigna Pharmacy Management has changed its process and beginning 9/1/12 all ASO plans will use Copay G logic as a standard method of calculating the customers' out-of-pocket costs for prescription medications.

- International and Third Party Administrative business under Argus customer numbers 216 and 519 have been applying the Copay G method since 1/1/12.  Copay G will automatically become the standard for new clients on their effective date and for existing clients on their renewal date for business transacted under Argus customer numbers 215 ad 518.  Due to the need to ensure appropriate contract language is in place for each client, we cannot change the copay calculation method for any client on a mid-plan year basis.

- All client-requested exemptions following their implementation of Copay G will not be processed retroactively.  This means any claims processed before the exemption request was made will not be reprocessed.  Instead, the exemption will be honored on a moving-forward basis only.

- The standard use of Copay G will apply to all ASO accounts and will not apply to fully insured or Medicare Part D business.  All fully insured clients will continue to use Copay K logic as the standard until further notice.  If a client already has Copay G on a non-standard basis, no action is required.  If an ASO client requests Copay K, PBAB approval is required.

**Key Functionality Being Delivered**:
- The change in calculating a customer's out-of-pocket costs has no impacts to clients, other than more satisfied employees.  This change does not affect costs for clients in any way.

- Customers will experience lower out-of-pocket costs for prescription medications when the overall cost of the drug is less than their copays.  To demonstrate this, the two calculation methods have been outlined below.

    o *New Copay G calculation method* (lesser of the copay/coinsurance **or** usual and customary (U&C) price **or** allowed cost).  This method guarantees the customer will pay the lowest possible price.

        ➢ Customer has $10 copay
        ➢ Pharmacy charges U&C of $12
        ➢ Cigna allowed cost is $8
        ➢ *Customer will be charged $8 allowed cost*

1

CONFIDENTIAL

CIGNA00102075

## Project Delivery to Production Support
## Knowledge Transfer Document

- o *Previous Copay K calculation method* (lesser of the copay/coinsurance **or** usual and customary (U&C) price).  This method often resulted in the pharmacy charging the customer more than Cigna's allowed cost, or the cost at which Cigna has agreed to reimburse the pharmacy for any given drug.

  - ➢ Customer has $10 copay
  - ➢ Pharmacy charges U&C of $12
  - ➢ Cigna allowed cost is $8
  - ➢ *Customer will be charged $10 copay*

**Key Assumptions**:
- Cigna has historically used Copay K logic as the standard method for calculating customers' out-of-pocket costs for their prescription medications.  The previous standard calculation method was required by our network pharmacy agreements unless expressly prohibited in client plan documentation.  However, Copay G has become a standard requirement in most consultant/broker Requests for Proposals.

- Cigna previously processed requests from many clients to use Copay G on a non-standard basis.  The process used manual efforts to ensure the benefit plan was properly set up in the claim system and the associated documentation used appropriate language to comply with network pharmacy contracts.  This change has removed the manual work and established a process to amend client contracts to reflect the Copay G method.

**Impacted Applications**:
- The automated Copay G functionality is available beginning on 9/1/12.  The 3270 and Argus GUI Client Parameter Screen will continue to show Reduce Copay Option K for all scenarios, while the Plan Screen will reflect the appropriate copay option.

**Key Contact Information**:
Business Project Manager: Julie Burns-McAvoy      Phone: 860-226-5721
Cigna Business Lead: Doug Hedman                  Phone: 860-226-2725
Argus Project Lead: Bill Ramsey                   Phone: 816-843-9563

---

**Scenarios**:

A sampling of scenarios has been provided below to demonstrate when the Copay G vs. Copay K methodology would be applied.

- *Scenario 1*
  - o Prescription for an ASO customer
  - o Client is not on the Copay G exception table
  - o Group renewal date is 9/1/12
  - o Fill date is on or after 9/1/12
  - o **Results**: Claim will pay using Copay G logic

2

CIGNA00102076

**Project Delivery to Production Support**
**Knowledge Transfer Document**

- *Scenario 2*
  - Prescription for an ASO customer
  - Client is not on the Copay G exception table
  - Group renewal date is 9/1/12
  - Fill date is before 9/1/12
  - **Results**: Claim will pay using Copay K logic

- *Scenario 3*
  - Prescription for an ASO customer
  - Client is not on the Copay G exception table
  - Group renewal date is 7/1/12
  - Fill date is on or after 9/1/12
  - **Results**: Claim will pay using Copay K logic until 7/1/13 then pay using Copay G logic

- *Scenario 4*
  - Prescription for an ASO customer
  - Client is not on the Copay G exception table
  - Group renewal date is 7/1/12
  - Fill date is before 9/1/12
  - **Results**: Claim will pay using Copay K logic

- *Scenario 5*
  - Prescription for an ASO customer
  - Client is not on the Copay G exception table
  - Group renewal date is 10/1/12
  - Fill date is on or after 9/1/12 but before 10/1/12
  - **Results**: Claim will pay using Copay K logic

- *Scenario 6*
  - Prescription for an ASO customer
  - Client is not on the Copay G exception table
  - Group renewal date is 10/1/12
  - Fill date is on or after 10/1/12
  - **Results**: Claim will pay using Copay G logic

- *Scenario 7*
  - Prescription for an ASO customer
  - Client is not on the Copay G exception table
  - Group renewal date is 10/1/12
  - Fill date is before 9/1/12
  - **Results**: Claim will pay using Copay K logic

- *Scenario 8*
  - Prescription for an ASO customer
  - Client is on the Copay G exception table
  - Group renewal date is 9/1/12
  - Fill date is on or after 9/1/12
  - **Results**: Claim will pay using Copay K logic

3

CIGNA00102077

**Project Delivery to Production Support
Knowledge Transfer Document**

- *Scenario 9*
  - Prescription for an ASO customer
  - Client is on the Copay G exception table
  - Group renewal date is 9/1/12
  - Fill date is before 9/1/12
  - **Results**: Claim will pay using Copay K logic

- *Scenario 10*
  - Prescription for an ASO customer
  - Client is on the Copay G exception table
  - Group renewal date is 7/1/12
  - Fill date is on or after 9/1/12
  - **Results**: Claim will pay using Copay K logic

- *Scenario 11*
  - Prescription for an ASO customer
  - Client is on the Copay G exception table
  - Group renewal date is 7/1/12
  - Fill date is before 9/1/12
  - **Results**: Claim will pay using Copay K logic

- *Scenario 12*
  - Prescription for an ASO customer
  - Client is on the Copay G exception table
  - Group renewal date is 10/1/12
  - Fill date is on or after 9/1/12 but before 10/1/12
  - **Results**: Claim will pay using Copay K logic

- *Scenario 13*
  - Prescription for an ASO customer
  - Client is on the Copay G exception table
  - Group renewal date is 10/1/12
  - Fill date is on or after 10/1/12
  - **Results**: Claim will pay using Copay K logic

- *Scenario 14*
  - Prescription for an ASO customer
  - Client is on the Copay G exception table
  - Group renewal date is 10/1/12
  - Fill date is before 9/1/12
  - **Results**: Claim will pay using Copay K logic

CONFIDENTIAL

CIGNA00102078