# EXHIBIT 21
# FILED UNDER SEAL

Cigna Pharmacy Management
900 Cottage Grove Road
Hartford, CT 06152



<Date>

<Address>

Dear <First Name> <Last Name>,

The health, well being, and sense of security of our customers are our main concerns. That's why we have made a change in the standard way that our network pharmacies are required to calculate out-of-pocket costs of prescription medications. Starting on the next renewal date of your Cigna pharmacy plan, our new standard method will begin and it will ensure that your employees always pay the least possible amount out-of-pocket for their prescription medications.

Our previous standard calculation method was required by our network pharmacy agreements, but we are now in the process of amending our contracting to reflect the new method that delivers the most savings to our customers.

> Example of **previous calculation method** (lesser of the copay/coinsurance **or** the usual & customary (U&C) price)
> - Customer has $10 copay
> - Pharmacy charges U&C of $12
> - Cigna allowed cost is $8
> - *Customer will be charged $10 copay*
>
> Example of **new calculation method** (lesser of the copay/coinsurance **or** the usual & customary (U&C) price **or** the allowed cost)
> - Customer has $10 copay
> - Pharmacy charges U&C of $12
> - Cigna allowed cost is $8
> - *Customer will be charged $8 allowed cost*

There will be no impact to you in any way, other than more satisfied employees with lower out-of-pocket costs for their prescription medications. If you have any questions about this change, feel free to contact me at <insert sale contact number>.

Thanks again for choosing Cigna.

Sincerely,


<Signature>
<Name>
<Title>
Cigna Pharmacy Management


"Cigna Pharmacy Management" and the "Tree of Life" logo are registered service marks of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided exclusively by such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Connecticut General Life Insurance Company, Cigna Health and Life Insurance Company, Tel-Drug, Inc., Tel-Drug of Pennsylvania, L.L.C., and HMO or service company subsidiaries of Cigna Health Corporation.