# EXHIBIT 22
## FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Burns-McAvoy, Julie M B5PHR [/O=CIGNA/OU=CORE/CN=RECIPIENTS/CN=C21017] |
| **Sent:** | 9/14/2011 7:59:13 PM |
| **To:** | Burns-McAvoy, Julie M B5PHR [Julie.Burns-McAvoy@CIGNA.COM]; Hedman, Douglas S (Doug) B5PHR [Douglas.Hedman@CIGNA.COM]; Burton, Derek B5PHR [Derek.Burton@CIGNA.COM]; Anderson, James H (Jim) B5PHR [JAMES.ANDERSON2@CIGNA.COM]; Johnston, Katie (Kate) B5PHR [Katie.Johnston@CIGNA.COM]; Daab, Lisa B5PHR [lisa.daab@cigna.com]; Ramsey, Bill [Bill.Ramsey@argushealth.com]; Miramontes, Mary Beth C8CDS [MaryBeth.Miramontes@CIGNA.COM]; Norrell, Kathy S 474 [Kathy.Norrell@CIGNA.com]; Ford, Dawn 645 [Dawn.Ford@CIGNA.com]; Payeur, Mary K 584 [Mary.Payeur@CIGNA.COM]; Selvidge, Cary B 584 [Cary.Selvidge@CIGNA.COM]; Orahood, Terri L HHHH [Terri.Orahood@CIGNA.com]; Mickle, Maeve E 645 [Maeve.Mickle@CIGNA.COM]; Smith, Trinity 584 [Trinity.Smith@CIGNA.COM]; Messenger, Christine E (Chris) C8IMP [Christine.Messenger@CIGNA.COM]; Atkinson, Victoria L B5PHR [Victoria.Atkinson@CIGNA.COM]; Healey, Beth A 584 [Beth.Healey@CIGNA.COM]; Martin, Charlotte R 584 [Charlotte.Martin@CIGNA.COM]; Wedde, Sheryl R 599 [Sheryl.Wedde@CIGNA.COM]; Jamarowicz, Tracy 645 [TRACY.JAMAROWICZ@CIGNA.com]; Miller, Nanci 645 [NANCI.MILLER@CIGNA.com]; Cohen, Joseph D (Joe) B5PHR [JOSEPH.COHEN@CIGNA.COM]; Skowronek Jr, Edmund J B6LPA [Edmund.Skowronek@CIGNA.COM]; Stevens, Kathleen R (Kathy) 584 [Kathleen.Stevens@CIGNA.COM]; Martocci, Karen W B6LPA [Karen.Martocci@CIGNA.COM]; Reisner, Ronald S B5PHR [Ronald.Reisner@CIGNA.COM]; Meehan, Marlo L B5PHR [Marlo.Meehan@CIGNA.COM]; Gallina, Shannon HHHH [Shannon.Gallina@CIGNA.com]; Collins, Millicent B5PHR [Millicent.collins@cigna.com]; Goselin, Jason P 249 [JASON.GOSELIN@cigna.com] |
| **CC:** | Tamborello, Lisa A B5PHR [Lisa.Tamborello@CIGNA.COM] |
| **Subject:** | Copay G Stabilization Status Meeting Notes |

Below are the notes from today's meeting.

Attendees:
Victoria Atkinson, Julie Burns-McAvoy, Joe Cohen, Millicent Collins, Lisa Daab, Dawn Ford, Jared Groneman, Doug Hedman, Kate Johnston, Marlo Meehan, Christine Messenger, Mary Beth Miramontes, Kathy Norrell, Terri Orahood, Mary Payeur, Bill Ramsey, Trinity Smith, Lisa Tamborello, Sheryl Wedde

~ Provided background on project. CIGNA has historically used the "Copay K" method as a standard to calculate the customers' out of pocket expense for covered prescriptions. Today, Copay K is the standard because our Network Pharmacy agreements require it, unless expressly prohibited in the plan's documentation. This method applies a 2-point comparison of the customer's applicable copay and the pharmacy's usual & customary (U&C) charge. The system compares these two points and requires the customer to pay the lesser of the two amounts at point of sale. This method often results in the pharmacy charging the customer more than CIGNA's allowed cost, or the cost at which CIGNA has agreed to reimburse the pharmacy for any given drug. Customers in Choice Fund plans become aware of this discrepancy when prescription cost data is reported on their Quarterly Health Statement.

The "Copay G" method of calculation adds a third point in the price compare, the allowed cost. With the Copay G method, the customer pays the lowest of the applicable copay or U&C or allowed cost. This guarantees that the customer will pay the lowest possible price. Copay G has become a standard requirement in most consultant/broker Requests for Proposal. As a result, CIGNA processes many clients to use Copay G on a non-standard basis. This process uses manual efforts to ensure that the claim system is structured properly and that plan documentation uses appropriate language to comply with network pharmacy contracts.

To facilitate a better customer experience CIGNA will use the Copay G method of calculation as a standard for all ASO customers going forward. This will be implemented for new business on their effective date and for existing business on their renewal date. Due to the need to ensure appropriate contract language is in place for each client we cannot change the copay calculation method for any client on a mid-plan year basis.

Due to the timing of state filings required for insured business, automated solutions for ASO and insured

business will need to be implemented in a phased approach.   The first phase would begin with ASO as this business does not require state filing and approval. Insured business will be handled through a separate project at a later time.

Example of Copay K logic: lesser of copay or usual & customary (U&C) charge
* Customer has a $10 copay
* Pharmacy charges U&C of $12
* CIGNA allowed cost is $8
* Customer will be charged $10 copay.

Example of Copay G logic: lesser of copay or usual & customary (U&C) charge or allowed cost
* Customer has a $10 copay
* Pharmacy charges U&C of $12
* CIGNA allowed cost is $8
* Customer will be charged $8 allowed cost.

~ The project's implementation date will be varying.   The Third Party Administrators are currently being converted to copay G.   This process will remain as it is today.   International business will begin converting accounts with effective dates of 1/1/12 or greater.   An implementation date for Commercial business transacted on ePro and Facets still needs to be established.   There is an open issue with regards to renewal date and the data element that can be used to effectively communicate when a group should begin applying the copay G logic.

~ There are a number of questions that have been captured and answered.   These will be distributed to the group for review.

~ 12 risks have been identified.   10 have mitigation strategies in place.   The 2 remaining issues are around the data element that can be used to effectively communicate when a group should begin applying the copay G logic.   The issues/risk log will be distributed to the group.

~ Julie has drafted an initial project plan.   Please review the items and provide feedback.   The plan will be distributed to the group for review.

~ Terri asked a question about the status of the Commercial implementation date and where we stand. Additional research is being conducted and a follow up meeting will be set up once we have new information.

Takeaways:
~ Julie to send out questions and answers. - Completed 9/14/11
~ Julie to send out issues/risks log. - Completed 9/14/11
~ Julie to share project plan with team. - Completed 9/14/11

Julie Burns-McAvoy, MBA, CLU
Business Senior Project Manager
CIGNA Pharmacy Management
Routing: B5PHR
Phone: 860-226-5721
E-mail: Julie.Burns-McAvoy@cigna.com

The information contained in this e-mail may be confidential and is intended solely for the use of the names addressee.   Access, copying or re-use of the e-mail or any information contained therein by any other person is not authorized.   If you are not the intended recipient, please notify us immediately by returning the e-mail to the originator.   Confidential, unpublished property of CIGNA.   Do not duplicate or distribute.   Use and distribution limited solely to authorized personnel. - © Copyright 2011 CIGNA.

| | |
|---|---|
| **From:** | Burns-McAvoy, Julie M    B5PHR |
| **Sent:** | Wednesday, August 31, 2011 2:29 PM |
| **To:** | Burns-McAvoy, Julie M   B5PHR; Hedman, Douglas S (Doug)   B5PHR; Burton, Derek   B5PHR; Anderson, James H (Jim)   B5PHR; Johnston, Katie (Kate)   B5PHR; Daab, Lisa   B5PHR; Ramsey, Bill; Miramontes, Mary Beth   C8CDS; Norrell, Kathy S   474; Ford, Dawn   645; Payeur, Mary K   584; Selvidge, Cary B   584; Orahood, Terri L   HHHH; Mickle, Maeve E   645; Smith, Trinity   584; Messenger, Christine E (Chris)   C8IMP; Atkinson, Victoria L   B5PHR; Healey, Beth A   584; Martin, Charlotte R   584; Wedde, Sheryl R   599; Jamarowicz, Tracy   645; Miller, Nanci   645; Cohen, Joseph D (Joe)   B5PHR; Skowronek Jr, Edmund J   B6LPA; Stevens, Kathleen R (Kathy)   584; Martocci, Karen W   B6LPA; Reisner, Ronald S   B5PHR; Meehan, Marlo L   B5PHR; Gallina, Shannon   HHHH; Collins, Millicent   B5PHR; Goselin, Jason P   249 |
| **Cc:** | Tamborello, Lisa A   B5PHR |
| **Subject:** | Copay G Stabilization Status Meeting |
| **When:** | Wednesday, September 14, 2011 11:00 AM-12:00 PM (GMT-05:00) Eastern Time (US & Canada). |
| **Where:** | Conference Number 866-731-3110 Passcode 487387 |

You are receiving this meeting series because your area has been identified as one which will be impacted by the Copay G Stabilization project.   Our first status meeting will address the following items.

1. Implementation date(s)
2. Previous questions and answers
3. Issues/risks log
4. Project plan

Please feel free to contact me if you have any questions in the meantime.   Thanking you all in advance for your support.

CONFIDENTIAL
CIGNA00212992