# EXHIBIT 24
# FILED UNDER SEAL

| | Benefit | Proposed Changes | Certificate Language | Rate impact Y/N | Language / Filing Information | Segments | | | Platforms | | | Impacts | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | IFP | Select | Reg / Ntl | Proclaim | PMHS | Facets | TMC | Op Exp | Rev Gen | Priority |
| Claudia | Copay G | Use new text for ASO and insured. | In no event will the Copayment (and any additional costs required by this Plan for the Prescription Drug or Related Supply) or the Coinsurance for the Prescription Drug or Related Supply exceed the amount paid by the plan to the Pharmacy or the Pharmacy's Usual and Customary (U&C) charge. Usual & Customary (U&C) means the established Pharmacy retail cash price, less all applicable customer discounts that Pharmacy usually applies to its customers, regardless of the customer's payment source. | N | Language is final and ready to be filed. | x | x | | x | x | x | | | | |
| Claudia | Exclusion for Off label | Use ASO text for insured text. ASO text is more up to date in terms of the sources referenced in the exclusion | Food and Drug Administration (FDA) approved drugs used for purposes other than those approved by the FDA unless the drug is recognized for the treatment of the particular indication in the standard reference compendia (AHFS or The American Hospital Formulary Service Drug Information) or in medical literature. Medical literature means scientific studies published in peer-reviewed English-language bio-medical journals; | N | Language is final and ready to be filed. | x | x | | x | x | x | | | | |
| Jen | Specialty- 30 day fill at Home Delivery | * We want to be able to limit first fills on specialty at Home Delivery Pharmacies to 30 days and I think have the retail 30 day copay apply?  We do the 1/3rd today through the PA process and is very manual.  To administer in an automated fashion, I think the need was to allow the 30 day to apply.  I believe the need is the same for a product that only allows 30 days fills for specialty.  John P. should probably clarify.  But if there are plans to be able to administer the 1/3rd, that is even better. | Page 1<br>Each Prescription Order or refill shall be limited as follows:<br>up to a consecutive 90-day supply, excluding [the first fill of ] [Specialty Medications][Self administered Injectable Drugs], at a home delivery Participating Pharmacy, unless limited by the drug manufacturer's packaging; or<br>up to a consecutive 30-day supply for [the first fill of] [Specialty Medications][Self administered Injectable Drugs], at a home delivery Participating Pharmacy unless limited by the drug manufacturer's packaging; or   **The Schedule -add to all tiers**<br>[**[Specialty Medications][Self-Administered Injectable Drugs] are limited to a 30-day supply [for the first fill]<br><br>[and ]<br><br>[are subject to the same Copayment or Coinsurance that applies to retail Participating Pharmacies.]<br><br>[are subject to an amount that is one third of the home delivery Copayment or Coinsurance] | Y | Language is final and ready to be filed. | x | x | | x | x | x | | | | |
| Jen | Expand Definition of Specialty Medication | | Specialty Medication<br>The term Specialty Medication means high cost medications which are used to treat an underlying disease which is considered to be  rare and chronic  including, conditions which include, but not limited to, multiple sclerosis, hepatitis C or rheumatoid arthritis.  Specialty Medications may include high cost medications as well as medications that may require special handling and close supervision when being administered. | N | Language is final and ready to be filed. | | | | | | | | | | |
| Claudia | Exclusion New Lean Drug List | Use previously approved text that is used for closed formulary plans. * Want to make sure the language allows non-coverage of drugs on all formularies, not just lean.  For example, when Nexium goes generic, we will want to be able to not cover the brand across the board. | Existing text will remain unchanged:<br>Coverage for Prescription Drugs and Related Supplies provided by a Participating Pharmacy is limited to those Prescriptions Drugs and Related Supplies that appear on the Prescription Drug List.          Add New Exclusion:<br>• [non-Prescription Drug List drugs and Related Supplies;] | Y, during 2013 annual rate filing. | Language is final and ready to be filed. | x | x | | x | x | x | | | | |

| | Benefit | Proposed Changes | Certificate Language | Rate impact Y/N | Language / Filing Information | Segments: IFP | Select | Reg / Ntl | Platforms: Proclaim | PMHS | Facets | Impacts: TMC | Op Exp | Rev Gen | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claudia | **Exception Text for drugs that are medically necessary** | | Filing to support existing exception text with variability | N | | | | | | | | | | | |
| Claudia | **Member pay difference logic (DAW 2)   1-1-14** | Implementing "member pay difference logic" for all Bloomfield/Cigna East plans (excluding Med D/IPDP). What is MPD logic? When a physician writes a prescription for a brand drug, but a generic equivalent is available, if the customer requests the brand drug, they will pay their brand copay (or coinsurance) plus the difference in cost between the generic and brand drug cost. The MPD logic applies when the MD has not written DAW (dispense as written) on the prescription. | Revised text:  [In the event that you request ~~insist on a more expensive~~ a "brand-name" drug that has a generic equivalent ~~where a "generic" drug would otherwise have been dispensed~~, you will be financially responsible for the amount by which the cost of the "brand-name" drug exceeds the cost of the "generic" drug, plus the ~~required~~ ["brand-name"]["generic"] Copayment shown ~~identified~~ in the Schedule. ~~In addition, [for a non-Prescription Drug List drug, you will be financially responsible for the full cost of the non-Prescription Drug List drug.]]~~ Add when covered drugs must be on the Prescription Drug List. Add  New Exclusion: • [non-Prescription Drug List drugs and Related Supplies;] | | Language is final and ready to be filed. | x | x | x | x | | | | | | |
| Claudia | **Retail Rx Network effective  1-1-14** | Building a new retail network and applying it to the IFP segment (as the new standard), Select (Facets only - per client choice), IPDP (retail network with Preferred and non-preferred pharmacies as part of annual Med D refresh). IFP: create a new "narrower" retail pharmacy network and apply it to all IFP customers. Select: create a new "narrower" retail pharmacy network and provide the ability to offer it to clients administered on Facets/Denver platforms. Clients will retain the option to choose the existing retail pharmacy network or the new network. | No text impact. | | No Form filing Required. | x | | | | x | x | | | | |
| John | **IFP Drug List** | IFP Product Initiative - 5 Tier Plan Design | | | | x | | | | x | | | | | |
| | ~~Exclusion PPI~~ | | • ~~[Brand-Name* drugs that are used to treat stomach acid problems;]~~ • ~~[Brand Name* drugs that are not indicated a preferred on the Prescription Drug List; that are used to treat stomach acid problems;]~~ | | ~~Language is final and ready to be filed.~~ | | | | | | | | | | |
| | ~~Exclusion Glucose Test Strip~~ | | • ~~[Brand-Name* glucose test strips that are not indicated as preferred on the Prescription Drug List;]~~ | | ~~Language is final and ready to be filed.~~ | | | | | | | | | | |