IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY et al.,<br>　　　　　　　　　　Defendants. | Civ. A. No. 16-cv-1702 (JAM) |

### DECLARATION OF BRIAN W. SHAFFER IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' ADDITIONAL FACTS IN <u>OPPOSITION TO SUMMARY JUDGMENT</u>

I, Brian W. Shaffer, an attorney duly admitted to practice before this Court, being duly sworn, deposes and says:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendant Cigna Health and Life Insurance Company ("CHLIC"). I submit this declaration in support of CHLIC's Response to Plaintiffs' Additional Material Facts in Opposition to Summary Judgment.

2. Attached hereto are true and correct copies of the following:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **Exhibit AA** | Excerpts of the Deposition Transcript of Tyler Lester |
| **Exhibit BB** | Excerpts of the Deposition Transcript of David Cordani |
| **Exhibit CC** | Excerpts of the Deposition Transcript of Christopher Hocevar |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 16, 2022

          MORGAN, LEWIS & BOCKIUS LLP

          /s/ *Brian W. Shaffer*
          Brian W. Shaffer