# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Civil No. 3:16-cv-1702 (JAM) |

### DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S MOTION TO SEAL DOCUMENTS RELATED TO ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Local Civil Rules 5(e) and 7(a), Defendant Cigna Health and Life Insurance Company ("CHLIC"), by and through its undersigned counsel, hereby moves to file the following document under seal:

- Defendant's Response to Plaintiffs' Additional Material Facts ("Response") (ECF No. 444) that quote and summarize materials currently filed under seal with the Court in connection with Plaintiffs' Local Rule 56(a)(2) Statement of Facts ("Plaintiffs' Statement of Facts") (ECF No. 436).

As set forth more fully in the accompanying memorandum of law, Defendant's Response relies upon materials that are currently filed under seal in Plaintiffs' Statement of Facts and which are subject to a pending Motion to Seal (ECF No. 434). Until the Court addresses that pending Motion, Defendant requests the Court allow it to file its Response under seal as well. After the Court addresses that pending Motion to Seal, CHLIC will refile its Response with appropriate redactions to only those portions ordered sealed by the Court.

Dated: June 16, 2022

Respectfully submitted,

/s/ *Brian W. Shaffer*
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv23943)

Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860-240-2945
Facsimile: 860-240-2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2022, the foregoing document and all attachments thereto were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Brian W. Shaffer*
Brian W. Shaffer