UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Civ. A. No. 16-cv-1702 (JAM)<br><br>June 23, 2022 |

**STIPULATION TO MODIFY THE EXPERT DISCOVERY SCHEDULE SET FORTH IN THE NINTH AMENDED STIPULATED JOINT CASE MANAGEMENT PLAN**

Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs") and Defendant Cigna Health and Life Insurance Company ("CHLIC") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and submit this stipulation as follows:

**WHEREAS,** on September 22, 2020, the Parties filed their Ninth Amended Stipulated Joint Case Management Plan (ECF 337), which the Court approved on September 30, 2020 (ECF 351);

**WHEREAS,** pursuant to the Ninth Amended Stipulated Joint Case Management Plan, the Parties agreed that (a) Plaintiffs may amend the merits expert report of Launce Mustoe submitted previously on July 7, 2020, (b) the deadlines to submit other expert reports and to complete expert depositions would be adjourned, and (c) the Parties would propose a revised expert discovery schedule for the Court's consideration (*see* ECF 337);

**WHEREAS,** on May 17, 2022, the Parties filed a Stipulation to Modify the Expert Discovery Schedule Set Forth in the Ninth Amended Stipulated Joint Case Management Plan (ECF

429) (the "Stipulation") proposing a revised expert discovery schedule, which the Court has not yet approved;

**WHEREAS,** pursuant to the Stipulation, Plaintiffs served the amended report of Launce Mustoe on May 24, 2022;

**WHEREAS,** the Parties have conferred further about extending the remaining deadlines in the Stipulation to accommodate Mr. Mustoe's limited availability for deposition before June 23, 2022;

**THEREFORE, IT IS STIPULATED AND AGREED** that the Parties respectfully request entry of the following revised expert discovery schedule:

| Event | Prior Deadline | Proposed Deadline |
| --- | --- | --- |
| **Experts:** | | |
| CHLIC's expert reports | Adjourned<br><br>(July 25, 2022, per the Stipulation) | August 8, 2022 |
| Depositions completed | Adjourned<br><br>(Deposition of Launce Mustoe: June 23, 2022, per the Stipulation)<br><br>(Depositions of CHLIC's experts: August 24, 2022, per the Stipulation) | Deposition of Launce Mustoe: July 7, 2022<br><br>Depositions of CHLIC's experts: September 21, 2022 |

Dated: June 23, 2022

Respectfully submitted,

*/s/ Christopher M. Barrett*
Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860.493.6292
Facsimile: 860.493.6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

*Attorneys for Plaintiffs*

*/s/ Brian W. Shaffer*
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Lisa R. Weddle (phv08957)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: 213.612.2500
Facsimile: 213.612.2501
lisa.weddle@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860.240.2945
Facsimile: 860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2022, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Brian W. Shaffer*
Brian W. Shaffer