UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　　　Defendants. | Civ. A. No. 16-cv-1702 (JAM)<br><br>August 23, 2022 |

**SECOND STIPULATION TO MODIFY THE EXPERT DISCOVERY SCHEDULE SET FORTH IN THE NINTH AMENDED STIPULATED JOINT CASE MANAGEMENT PLAN**

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs") and Defendant Cigna Health and Life Insurance Company ("CHLIC") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to **extend the deadline by which Plaintiffs must depose CHLIC's experts from September 21, 2022 to October 28, 2022**, and submit this stipulation for approval as follows:

1. On May 17, 2022, the Parties filed a Stipulation to Modify the Expert Discovery Schedule Set Forth in the Ninth Amended Stipulated Joint Case Management Plan (ECF 429) (the "Stipulation") proposing a revised expert discovery schedule.

2. Pursuant to that schedule, CHLIC disclosed three experts on August 8, 2022.

3. Pursuant to the operative expert discovery schedule, Plaintiffs must depose CHLIC's experts on or before September 21, 2022.

4. On July 14, 2022, the Court referred the case to Magistrate Judge Vatti for the purpose of conducting a settlement conference, and Magistrate Judge Vatti set the settlement conference for September 29, 2022.

5. Due to the forthcoming settlement conference, the parties have stipulated, subject to Court approval, to extend the September 21, 2022 deadline by which Plaintiffs must depose CHLIC's experts to October 28, 2022.

6. The parties believe that this extension will allow the parties to focus their efforts on the settlement conference instead of preparing for and conducting depositions of CHLIC's three expert witnesses; and further that an extension will conserve the parties' resources in connection with such depositions, which ultimately may be unnecessary if the parties are able to negotiate a settlement. *See* Fed. R. Civ. P. 1.

**THEREFORE, IT IS STIPULATED AND AGREED** that the Parties respectfully request entry of the following revised expert discovery schedule:

| Event | Operative Deadline | Proposed Deadline |
|---|---|---|
| Depositions of CHLIC's experts: | September 21, 2022 | October 28, 2022 |

| | |
|---|---|
| Dated:  August 23, 2022 | Respectfully submitted, |
| */s/ Christopher M. Barrett* | */s/ Brian W. Shaffer* |
| Robert A. Izard (ct01601) | Brian W. Shaffer (phv08654) |
| Craig A. Raabe (ct04116) | Jeremy P. Blumenfeld (phv08309) |
| Christopher M. Barrett (ct30151) | Matthew D. Klayman (phv08656) |
| IZARD, KINDALL & RAABE, LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 29 South Main Street, Suite 305 | 1701 Market Street |
| West Hartford, CT 06107 | Philadelphia, PA 19103 |
| Telephone: 860.493.6292 | Telephone: 215.963.5000 |
| Facsimile: 860.493.6290 | Facsimile: 215.963.5001 |
| rizard@ikrlaw.com | brian.shaffer@morganlewis.com |
| craabe@ikrlaw.com | jeremy.blumenfeld@morganlewis.com |
| cbarrett@ikrlaw.com | eleanor.farrell@morganlewis.com |
| | matthew.klayman@morganlewis.com |
| *Attorneys for Plaintiffs* | |
| | Lisa R. Weddle (phv08957) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 300 South Grand Avenue |
| | Twenty-Second Floor |
| | Los Angeles, CA 90071-3132 |
| | Telephone: 213.612.2500 |
| | Facsimile: 213.612.2501 |
| | lisa.weddle@morganlewis.com |
| | |
| | Michael D. Blanchard (ct25891) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | One State Street |
| | Hartford, CT 06103 |
| | Telephone: 860.240.2945 |
| | Facsimile: 860.240.2800 |
| | michael.blanchard@morganlewis.com |
| | |
| | *Attorneys for Defendant Cigna Health and Life Insurance Company* |