UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON et al.<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY et al.<br><br>　　　　　　　　Defendants. | Civ. A. No. 16-cv-1702 (JAM) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COURT'S AUGUST 30 ORDER**

Pursuant to D. Conn. L. Civ. R. 7(b), Defendant Cigna Health and Life Insurance Company ("CHLIC") respectfully requests seven additional days (up to and including September 13, 2022) to respond to the Court's August 30, 2022 "Memorandum of Order" ("Order"). The Order provided Defendant with seven days (i.e., until **Tuesday, September 6, 2022**) to provide the Court with any supplemental briefing regarding the exhibits at issue, as well to provide the Court with copies of Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment ("Plaintiffs' Opposition"), Plaintiffs' Local Rule 56(a)2 Statement of Facts in Opposition to Summary Judgement ("Plaintiffs' Rule 56 Statement"), and Defendant's Response to Plaintiffs' Additional Facts in Opposition to Summary Judgment ("Defendant's Response") (all currently filed fully under seal) identifying proposed redactions in line with the Court's rulings. Given the volume of exhibits and briefing materials to review for proposed redactions, Defendant respectfully requests a short extension of seven days until **Tuesday, September 13, 2022** to comply with the Court's order. Plaintiffs consent to the relief requested herein.

Good cause exists for such extension, and in support of this motion, the undersigned states as follows:

1.      On May 17, 2022, Plaintiffs filed their Motion to Seal (ECF 434) certain exhibits related to Plaintiffs' Opposition (ECF 435) and Plaintiffs' Rule 56 Statement (ECF 436).

2.      On June 17, 2022, Defendant filed its Unopposed Response in Support of Plaintiffs' Motion to Seal (ECF 445).

3.      On August 30, 2022, the Court entered its Order, granting in part and denying in part without prejudice the Motion to Seal, and permitting Defendant seven days (i.e., on or before Tuesday, September 6, 2022) to provide the Court with the following: (1) any supplemental briefing to support sealing the documents at issue; and (2) copies of Plaintiffs' Opposition, Plaintiffs' Rule 56 Statement, and Defendant's Response with proposed redactions in line with the Court's Order regarding the sealing of materials referenced in that briefing. Order at 5-6.

4.      In the Court's Order, it denied sealing twelve exhibits, which Defendant is currently reviewing to determine if supplemental briefing might assist the Court's assessment of those materials. Regardless of whether supplemental briefing is provided, Defendant will likely provide the Court with proposed redactions to Plaintiffs' Opposition, Plaintiffs' Rule 56 Statement, and Defendant's Response because those briefs include extensive quotations and discussions of materials ordered sealed by the Court (which Defendant believes will, at least in certain instances, warrant continued sealing). Those three extensive briefs are, together, more than 100 pages, and they cite extensively from the exhibits filed in connection with Defendant's Motion for Partial Summary Judgment and Plaintiff's Opposition, as well as other materials previously filed with the Court.

5.      Accordingly, Defendant requires a short extension of time to evaluate these exhibits and the Court's Order, determine whether supplemental briefing is appropriate to assist the Court's review, and propose appropriate redactions to the associated briefing that accounts for the Court's ruling sealing certain evidence.  The September 6, 2022, deadline cannot reasonably be met despite Defendant's diligence, especially given the Labor Day holiday on September 5, 2022.

6.      For this reason, Defendant requests an additional seven (7) days within which to provide any response to the Court's Order.

7.      The undersigned has inquired of opposing counsel, and Plaintiffs do not object to the relief requested herein.

8.      This is the first motion for an extension of time for Defendant to respond to the Court's Order.

9.      Pursuant to Local Rule 7(b)(3), Defendant states that this motion was filed less than 48 hours after the Court's Order, and five days before the deadline in question, but due to the Labor Day holiday, only two business days before the deadline in question.  It was not filed earlier because it was necessary for Defendant to review the Court's Order, the exhibits at issue, and the related briefing in order to determine if an extension was necessary and the amount of additional time to request in order to respond satisfactorily to the Court's Order.  Local Rule 7(b)(2) also requires Defendant to consult with Plaintiffs regarding their position on this motion, which also required time for the parties to confer and a draft of the present motion to be shared.

WHEREFORE, Defendant respectfully requests an order from this Court extending the deadline to respond to the Order by seven (7) days up to and including September 13, 2022.

Dated: September 1, 2022

.

Respectfully submitted,

/s/ Brian W. Shaffer

Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv23943)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: +1.860.240.2945
Facsimile: +1.860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2022, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Brian W. Shaffer
      Brian W. Shaffer