UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al.,<br><br>                            Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and,<br><br>                            Defendant. | Civ. A. No. 16-cv-1702 (JAM)<br><br>September 13, 2022 |

**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S RESPONSE TO THE COURT'S AUGUST 30 MEMORANDUM OF ORDER (ECF 459)**

In response to the Court's August 30, 2022, Memorandum of Order (ECF 459) ("Order") addressing the pending Motions to Seal (ECF 434, 443), Defendant Cigna Health and Life Insurance Company ("CHLIC") provides the following response as permitted by that Order. After reviewing the Court's Order and the underlying materials addressed in the Order, CHLIC does not believe that supplemental briefing is necessary to assist the Court's assessment of those materials, or for the Court to further consider its rulings in the Order. CHLIC also reviewed Plaintiffs' Opposition to Defendant's Motion for Partial Summary Judgment, Plaintiffs' Local Rule 56(a)2 Statement of Facts in Opposition to Summary Judgement, and Defendant's Response to Plaintiffs' Additional Facts in Opposition to Summary Judgment ("Defendant's Response") in light of the Court's Order. CHLIC proposes to seal only one brief reference to a specific, non-party client identified in Defendant's Response. *See* Exhibit A at 14 (attached hereto). Such sealing is necessary to protect the privacy of entities not a party to this litigation and is consistent with this Court's Order sealing similar materials. *See* ECF 459 at 4-5.

Dated:  September 13, 2022

Respectfully submitted,

/s/ Brian W. Shaffer

Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv23943)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  +1.860.240.2945
Facsimile:  +1.860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2022, the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      /s/ Brian W. Shaffer
      Brian W. Shaffer