UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>                          Defendants. | Civ. A. No. 16-cv-1702 (JAM)<br><br>October 25, 2022 |

**THIRD STIPULATION TO MODIFY THE EXPERT DISCOVERY SCHEDULE SET FORTH IN THE NINTH AMENDED STIPULATED JOINT CASE MANAGEMENT PLAN**

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs") and Defendant Cigna Health and Life Insurance Company ("CHLIC") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to extend the deadline by which Plaintiffs must depose CHLIC's experts from October 28, 2022 to November 10, 2022 and submit this stipulation for approval as follows:

1.  On August 24, 2022, the Court approved the Parties' stipulation to extend the deadline by which Plaintiffs must depose CHLIC's experts to October 28, 2022. ECF 458.

2.  On October 17, 2022, Plaintiffs contacted CHLIC and requested deposition dates for CHLIC's three experts: Dr. May, Dr. Owens, and Dr. Wooten.

3.  On October 20, 2022, CHLIC informed Plaintiffs that none of the experts is available before the current deadline of October 28. Dr. Owens is available on October 31, 2022; Dr. Wooten is available on November 9, 2022; and Dr. May is available on November 10, 2022.

1

4. The Parties have stipulated, subject to the Court's approval, to extend the deadline by which Plaintiffs must depose CHLIC's experts to November 10, 2022.

5. The Parties believe this will be the final request for an extension of the expert discovery deposition deadline.

**THEREFORE, IT IS STIPULATED AND AGREED** that the Parties respectfully request entry of the following revised expert discovery schedule:

| Event | Operative Deadline | Proposed Deadline |
|---|---|---|
| Depositions of CHLIC's experts: | October 28, 2022 | November 10, 2022 |

Dated: October 25, 2022

Respectfully submitted,

/s/ *William H. Narwold*
William H. Narwold (ct00133)
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-882-1681
Facsimile: 860-882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Meghan S. B. Oliver, *pro hac vice*
Charlotte Loper, *pro hac vice*
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: 843-216-9000
moliver@motleyrice.com
cloper@motleyrice.com

Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860.493.6292
Facsimile: 860.493.6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

*Attorneys for Plaintiffs*

/s/ *Brian W. Shaffer*
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv08309)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
eleanor.farrell@morganlewis.com
matthew.klayman@morganlewis.com

Lisa R. Weddle (phv08957)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: 213.612.2500
Facsimile: 213.612.2501
lisa.weddle@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: 860.240.2945
Facsimile: 860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant Cigna Health and Life Insurance Company*