# Morgan Lewis

**Jeremy P. Blumenfeld**
Partner
+1.215.963.5258
jeremy.blumenfeld@morganlewis.com

November 10, 2022

**VIA ECF**

The Honorable Jeffrey A. Meyer
United States District Court for the District of Connecticut
Richard C. Lee United States Court House
141 Church Street, Courtroom 3
New Haven, CT 06510

Re:   <u>Kimberly A. Negron, et al. v. Cigna Health and Life Insurance Co., et al.</u>, Case No. 3:16-cv-01702 (JAM)

Dear Judge Meyer:

Defendant Cigna Health and Life Insurance Company ("CHLIC") respectfully submits this Notice of Supplemental Authority to bring to the Court's attention the decision in *Crichton v. Golden Rule Ins. Co.*, No. 07-3333, 576 F.3d 392 (7th Cir. Aug. 5, 2009) (attached as "Exhibit A"). This authority is relevant to Defendant's Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment (Dkt. 426-1), as well as Defendant's Reply Brief in Support of Defendant's Motion for Partial Summary Judgment (Dkt. 441) and may be addressed during oral argument.

Respectfully submitted,

*/s/ Jeremy P. Blumenfeld*

Jeremy P. Blumenfeld

c:   All counsel of record (via ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2022, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jeremy P. Blumenfeld*
Jeremy P. Blumenfeld