Civil- (Dec-2008)

HONORABLE: Jeffrey A. Meyer

DEPUTY CLERK Donna Barry    RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 0 hours 50 minutes

DATE: 11/17/22    START TIME: 2:01 p.m.    END TIME: 2:51 p.m.

LUNCH RECESS    FROM:    TO:

RECESS (if more than ½ hr)    FROM:    TO:

CIVIL NO. 3:16-cv-01702-JAM

Kimberly A. Negron et al.                                       Attys Raabe, Narwold, Barrett, Guglielmo
                                                                Plaintiff's Counsel
                    vs
CIGNA Corporation et al.                                        Attys Blumenfeld, Klayman
                                                                Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing             [ ] Show Cause Hearing
[ ] Evidentiary Hearing        [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] #422   Motion for Summary Judgment        [ ] granted [ ] denied [✓] advisement
[ ] #      Motion                             [ ] granted [ ] denied [ ] advisement
[ ] #      Motion                             [ ] granted [ ] denied [ ] advisement
[ ] #      Motion                             [ ] granted [ ] denied [ ] advisement
[ ] #      Motion                             [ ] granted [ ] denied [ ] advisement
[ ] #      Motion                             [ ] granted [ ] denied [ ] advisement
[ ] #      Motion                             [ ] granted [ ] denied [ ] advisement
[ ]        Oral Motion                        [ ] granted [ ] denied [ ] advisement
[ ]        Oral Motion                        [ ] granted [ ] denied [ ] advisement
[ ]        Oral Motion                        [ ] granted [ ] denied [ ] advisement
[ ]        Oral Motion                        [ ] granted [ ] denied [ ] advisement

[ ] Briefs(s) due ____  [ ] Proposed Findings due ____  Response due ____

[ ] _____   [ ] filed [ ] docketed
[ ] _____   [ ] filed [ ] docketed
[ ] _____   [ ] filed [ ] docketed
[ ] _____   [ ] filed [ ] docketed
[ ] _____   [ ] filed [ ] docketed
[ ] _____   [ ] filed [ ] docketed

[ ] _____ Hearing continued until _____ at _____

Notes: