UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR.,<br>      Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br>      Defendants. | Civil No. 3:16-cv-1702 (JAM) |

## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 7.1 of the United States District Court for the District of Connecticut's Local Rules of Civil Procedure, Defendant Cigna Health and Life Insurance Company hereby submits the following Amended Corporate Disclosure Statement:

Cigna Health and Life Insurance Company is not a publicly traded corporation or entity. Cigna Health and Life Insurance Company is a 100% wholly owned subsidiary of Connecticut General Life Insurance Company.

Connecticut General Life Insurance Company is a 100% wholly owned subsidiary of Connecticut General Corporation, which is a 100% wholly owned subsidiary of Cigna Holdings, Inc., which is a 100% wholly owned subsidiary of Cigna Holding Company, which is a 100% wholly owned subsidiary of The Cigna Group, a publicly traded company.

The Cigna Group has no parent corporation, and no publicly held corporation owns 10% or more of the stock of The Cigna Group.

Dated: March 2, 2023

                                                 */s/ Brian W. Shaffer*
Brian W. Shaffer (phv08654)
Jeremy P. Blumenfeld (phv23943)
Matthew D. Klayman (phv08656)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
matthew.klayman@morganlewis.com

Lisa R. Weddle (phv08957)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: +1.213.612.2500
Facsimile: +1.213.612.2501
lisa.weddle@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone: +1.860.240.2945
Facsimile: +1.860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Cigna Health and Life Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of March, 2023, a true and correct copy of the foregoing Amended Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

DATED: March 2, 2023　　　　　　　　　　*/s/ Brian W. Shaffer*
　　　　　　　　　　　　　　　　　　　　Brian W. Shaffer