UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., | No. 16-cv-1702 (JAM) |
| Plaintiffs, | |
| vs. | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY et al., | June 7, 2023 |
| Defendants. | |

**JOINT MOTION TO CONTINUE STAY OF DEADLINES**

The parties had a settlement conference with Magistrate Judge Vatti on June 1, 2023. The parties anticipate that settlement discussions with Magistrate Judge Vatti will continue in the next few weeks.

WHEREFORE, the parties respectfully request that the Court grant this motion and issue an order (1) continuing the stay of all deadlines in this action; and (2) directing the parties to report the case settled or to file a joint status report on or before June 30, 2023.

June 7, 2023

/s/ Brian W. Shaffer*
Brian W. Shaffer (pro hac vice)
Jeremy P. Blumenfeld (pro hac vice)
Matthew Klayman (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000

Respectfully Submitted,

/s/ Craig A. Raabe
Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860.493.6292

Facsimile: 215.963.5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  860.240.2945
Facsimile:  860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*

\* Signed with consent pursuant to Electronic Filing Policies & Procedures.

Facsimile: 860.493.6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo (ct27481)
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com

gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member

Kristen G. Marttila, pro hac vice

LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*