UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., | No. 16-cv-1702 (JAM) |
| Plaintiffs, | |
| vs. | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, | July 21, 2023 |
| Defendant. | |

**JOINT MOTION TO CONTINUE STAY OF DEADLINES**

The parties continue their settlement discussions in good faith. They remain hopeful that they will reach a resolution, but due to internal requirements at CHLIC, they have not yet been able to reach a settlement. The parties anticipate being able to advise the Court whether a settlement has been reached by August 4, 2023.

WHEREFORE, the parties respectfully request that the Court grant this motion and issue an order (1) continuing the stay of all deadlines in this action; and (2) directing the parties to file a joint status report on or before August 4, 2023.

July 21, 2023

/s/ Brian W. Shaffer*
Brian W. Shaffer (pro hac vice)
Jeremy P. Blumenfeld (pro hac vice)
Matthew Klayman (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street

Respectfully Submitted,

/s/ Craig A. Raabe
Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305

Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
brian.shaffer@morganlewis.com
jeremy.blumenfeld@morganlewis.com
matthew.klayman@morganlewis.com

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  860.240.2945
Facsimile:  860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*

\* Signed with consent pursuant to Electronic Filing Policies & Procedures.

West Hartford, CT 06107
Telephone: 860.493.6292
Facsimile: 860.493.6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

William H. Narwold (ct00133)
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

Joseph P. Guglielmo (ct27481)
Carey Alexander, pro hac vice
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384

dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member

- 4 -

                                      Kristen G. Marttila, pro hac vice
                                      LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
                                      100 Washington Avenue S, Suite 2200
                                      Minneapolis, MN 55401
                                      Telephone: 612.596.4097
                                      Facsimile: 612.339.0981
                                      khriebel@locklaw.com
                                      kmarttila@locklaw.com

                                      *Attorneys for Plaintiffs*