UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON et al., | No. 16-cv-1702 (JAM) |
| Plaintiffs, | |
| vs. | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY et al., | August 4, 2023 |
| Defendants. | |

## CONSENT MOTION TO CONTINUE STAY OF DEADLINES

Defendant Cigna Health and Life Insurance Company ("CHLIC") respectfully requests that the Court issue an order (1) continuing the stay of all deadlines in this action, and (2) directing the parties to report the case settled or to file a joint status report on or before August 18, 2023.

The parties continue their settlement discussions in good faith. They remain hopeful that they will reach a resolution, but due to internal requirements at CHLIC and pre-existing travel and vacation schedules of CHLIC's in-house and outside counsel, they have not yet been able to reach a settlement. The parties anticipate being able to advise the Court whether a settlement has been reached by August 18, 2023.

Counsel for CHLIC has conferred with counsel for Plaintiffs. Plaintiffs consent to the relief sought herein.

WHEREFORE, CHLIC respectfully request that the Court grant this Motion and issue an order (1) continuing the stay of all deadlines in this action; and (2) directing the parties to report the case settled or to file a joint status report on or before August 18, 2023.

| | |
|---|---|
| August 4, 2023 | Respectfully Submitted, |
| | /s/ Brian W. Shaffer* |
| Michael D. Blanchard (ct25891) | Brian W. Shaffer (pro hac vice) |
| MORGAN, LEWIS & BOCKIUS LLP | Jeremy P. Blumenfeld (pro hac vice) |
| One State Street | Matthew Klayman (pro hac vice) |
| Hartford, CT 06103 | MORGAN, LEWIS & BOCKIUS LLP |
| Telephone: 860.240.2945 | 1701 Market Street |
| Facsimile: 860.240.2800 | Philadelphia, PA 19103 |
| michael.blanchard@morganlewis.com | Telephone: 215.963.5000 |
| | Facsimile: 215.963.5001 |
| | brian.shaffer@morganlewis.com |
| | jeremy.blumenfeld@morganlewis.com |
| | matthew.klayman@morganlewis.com |
| | *Attorneys for Defendant CHLIC* |