UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, et al., | No. 16-cv-1702 (JAM) |
| Plaintiffs, | |
| vs. | |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, | August 18, 2023 |
| Defendant. | |

**JOINT MOTION TO CONTINUE STAY OF DEADLINES IN LIGHT OF SETTLEMENT**

The parties have reached a settlement, but have not yet completed a formal settlement agreement. They expect to do so within the next thirty days.

WHEREFORE, the parties respectfully request that the Court grant this motion and issue an order continuing the stay of all deadlines in this action until September 22, 2023, by which time they will complete their settlement agreement and withdraw this action.

August 18, 2023

Respectfully Submitted,

/s/ Brian W. Shaffer*

Brian W. Shaffer (pro hac vice)
Jeremy P. Blumenfeld (pro hac vice)
Matthew Klayman (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001

/s/ Craig A. Raabe

Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
Christopher M. Barrett (ct30151)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: 860.493.6292
Facsimile: 860.493.6290

| | |
|---|---|
| brian.shaffer@morganlewis.com<br>jeremy.blumenfeld@morganlewis.com<br>matthew.klayman@morganlewis.com | rizard@ikrlaw.com<br>craabe@ikrlaw.com<br>cbarrett@ikrlaw.com |
| Michael D. Blanchard (ct25891)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One State Street<br>Hartford, CT 06103<br>Telephone: 860.240.2945<br>Facsimile: 860.240.2800<br>michael.blanchard@morganlewis.com<br><br>*Attorneys for Defendant CHLIC* | William H. Narwold (ct00133)<br>Mathew Jasinski, (ct27520)<br>MOTLEY RICE LLC<br>One Corporate Center<br>20 Church Street, 17th Floor<br>Hartford, CT 06103<br>Telephone: 860.882.1681<br>Facsimile: 860.882.1682<br>bnarwold@motleyrice.com<br>mjasinski@motleyrice.com |
| | Joseph P. Guglielmo (ct27481)<br>Carey Alexander, pro hac vice<br>SCOTT+SCOTT,<br>ATTORNEYS AT LAW, LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: 212.223.6444<br>Facsimile: 212.223.6334<br>jguglielmo@scott-scott.com<br>calexander@scott-scott.com |
| * Signed with consent pursuant to Electronic Filing Policies & Procedures. | |
| | Erin Green Comite (ct24886)<br>SCOTT+SCOTT, ATTORNEYS AT LAW, LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>Telephone: 860.537.5537<br>Facsimile: 860.537.4432<br>ecomite@scott-scott.com |
| | Derek W. Loeser, pro hac vice<br>Gretchen S. Obrist, pro hac vice<br>KELLER ROHRBACK, LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>Telephone: 206.623.1900<br>Facsimile: 206.623.3384<br>dloeser@kellerrohrback.com<br>gobrist@kellerrohrback.com |

Brian C. Gudmundson, pro hac vice
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member

Kristen G. Marttila, pro hac vice
LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200

- 4 -

Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*