UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KIMBERLY A. NEGRON, DANIEL PERRY, COURTNEY GALLAGHER, NINA CUROL, ROGER CUROL, and BILLY RAY BLOCKER, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br> v.<br><br>CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and OPTUMRX, INC.,<br><br>      Defendants. | No. 16-cv-1702 (JAM)<br><br><br><br><br><br><br><br>September 20, 2023 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

  Plaintiffs Kimberly Negron, Daniel Perry, Courtney Gallagher, Nina Curol, Roger Curol, and Billy Ray Blocker, Jr. ("Plaintiffs") and Defendant Cigna Health and Life Insurance Company (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action hereby is and shall be voluntarily dismissed with prejudice, without fees and costs to either party, and the parties waive all rights to appeal.

Dated:  September 20, 2023             Respectfully submitted,

/s/ Brian W. Shaffer*                 /s/ Craig A. Raabe
Brian W. Shaffer (pro hac vice)
Jeremy P. Blumenfeld (pro hac vice)        Robert A. Izard (ct01601)
Matthew Klayman (pro hac vice)          Craig A. Raabe (ct04116)
MORGAN, LEWIS & BOCKIUS LLP         Christopher M. Barrett (ct30151)
1701 Market Street                 IZARD, KINDALL & RAABE, LLP
Philadelphia, PA 19103              29 South Main Street, Suite 305
Telephone: 215.963.5000             West Hartford, CT 06107
Facsimile: 215.963.5001              Telephone: 860.493.6292

1

| | |
|---|---|
| brian.shaffer@morganlewis.com<br>jeremy.blumenfeld@morganlewis.com<br>matthew.klayman@morganlewis.com | Facsimile: 860.493.6290<br>rizard@ikrlaw.com<br>craabe@ikrlaw.com<br>cbarrett@ikrlaw.com |

Michael D. Blanchard (ct25891)
MORGAN, LEWIS & BOCKIUS LLP
One State Street
Hartford, CT 06103
Telephone:  860.240.2945
Facsimile:  860.240.2800
michael.blanchard@morganlewis.com

*Attorneys for Defendant CHLIC*

William H. Narwold (ct00133)
Mathew Jasinski, (ct27520)
MOTLEY RICE LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860.882.1681
Facsimile: 860.882.1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

\* Signed with consent pursuant to Electronic Filing Policies & Procedures.

Joseph P. Guglielmo (ct27481)
Carey Alexander, pro hac vice
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
calexander@scott-scott.com

Erin Green Comite (ct24886)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860.537.5537
Facsimile: 860.537.4432
ecomite@scott-scott.com

Derek W. Loeser, pro hac vice
Gretchen S. Obrist, pro hac vice
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
dloeser@kellerrohrback.com
gobrist@kellerrohrback.com

Brian C. Gudmundson, pro hac vice
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com

Andrew A. Lemmon, pro hac vice
LEMMON LAW FIRM LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985.783.6789
Facsimile: 985.783.1333
andrew@lemmonlawfirm.com
- and -
650 Poydras Street, Suite 2335
New Orleans, LA 70130
Telephone: 504.581.5644
Facsimile: 504.581.2156
andrew@lemmonlawfirm.com

Ronen Sarraf
Joseph Gentile, pro hac vice
SARRAF GENTILE LLP
14 Bond Street, Suite 212
Great Neck, NY 11021
Telephone: 516.699.8890
Facsimile: 516.699.8968
ronen@sarrafgentile.com
joseph@sarrafgentile.com

E. Kirk Wood, pro hac vice
WOOD LAW FIRM, LLC
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205.908.4906
Facsimile: 866.747.3905
ekirkwood1@bellsouth.net
Karen Hanson Riebel, pro hac vice
Plaintiffs' Executive Committee Member
Kristen G. Marttila, pro hac vice

3

LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: 612.596.4097
Facsimile: 612.339.0981
khriebel@locklaw.com
kmarttila@locklaw.com

*Attorneys for Plaintiffs*